UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| David Hsieh,<br>Plaintiff,<br><br>v.<br><br>Apache Deepwater, LLC, et al.,<br>Defendants. | CIVIL ACTION<br><br>NO. 3:19-CV-00408<br><br>JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON |

**<u>OPPOSITION TO PLAINTIFF'S MOTION TO REMAND</u>**

**NOW INTO COURT**, through undersigned counsel comes Ensco Offshore Company, and pursuant to Rule 10 of the Federal Rules of Civil Procedure, incorporates by reference, as if pleaded herein, all of the arguments asserted by Schlumberger Technology Corporation (Rec. Doc. 32) and Apache Deepwater, LLC in their Memoranda in Opposition to Plaintiff's Motion to Remand (Rec. Doc. 24). As explained by Schlumberger in its Memorandum in Opposition, Plaintiff is not a Jones Act seaman. *See Langston v. Schlumberger*, 809 F.2d 1192 (5th Cir. 1987); *Ardleigh v. Schlumberger Ltd.*, 832 F.2d 933 (5th Cir. 1987); *Cunningham v. Schlumberger Well Services*, 937 F. Supp. 570 (W.D. La. 1996). Therefore, Plaintiff's Jones Act allegations do not prohibit removal of this case to federal court, and the Court should deny Plaintiff's motion to remand.

Further, as Ensco argued in state court, Plaintiff's unseaworthiness claim, and any other Jones Act-based claims, should be dismissed, with prejudice. *See Young v. T.T. Barge Servs. Mile 237, LLC*, 290 F. Supp. 3d 562, 569 (E.D. La. Dec. 5, 2017) ("Plaintiff is not a seaman. . . . Because plaintiff's claims for negligence, unseaworthiness, and maintenance and cure are premised on his status as a seaman, his complaint must be dismissed."); *Martin v. Fab-Con, Inc.*,

7 F. Supp. 3d 645, 651 (E.D. La. 2014) ("The Court's finding that plaintiff is not a Jones Act seaman also means that plaintiff's unseaworthiness claim against Fab-Con must fail.").

Respectfully submitted:

*/s/ R. Blake Crohan*
Michael A. McGlone, (#9318)
R. Blake Crohan, (#37648)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050

mike.mcglone@keanmiller.com
blake.crohan@keanmiller.com

**Attorneys for Ensco Offshore Company**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on this 9th day of August, 2019.

*/s/ R. Blake Crohan*
R. Blake Crohan