UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID HSIEH                                                           CIVIL ACTION

VERSUS

APACHE DEEPWATER, LLC ET AL              NO.: 19-408-BAJ-JW

## ORDER

Schlumberger moves the Court to reconsider, in part, its Order (Doc. 41) severing Plaintiff's Jones Act claim and remanding it to the 19th Judicial District Court for the Parish of East Baton Rouge. (Doc. 44). Schlumberger submits that the Court should have determined whether the Jones Act claim was fraudulently pleaded before determining that the claim was statutorily nonremovable. (*Id.*). But Schlumberger fails to address the jurisprudential basis for the Court's ruling on the particular issue. *See Landerman v. Tarpon Operating and Dev., L.L.C.*, 19 F. Supp. 3d 678 (E.D. La. 2014).

The Court finds Judge Vance's reconciliation of *Lackey v. Atl. Richfield Co.*, 990 F.2d 202 (5th Cir. 1993) with 28 U.S.C. § 1441(c) in *Landerman* more persuasive than the interpretation that is offered by Schlumberger and based on an unpublished report and recommendation. *See Gardner v. Fieldwood Energy, LLC*, No. H-18-0841, 2019 WL 885638, at *1 (S.D. Tex. Jan. 30, 2019).

1

Accordingly,

**IT IS ORDERED** that the **Motion for Reconsideration (Doc. 44)** is **DENIED**.

Baton Rouge, Louisiana, this 30th day of August, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**