**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID HSIEH** | **CIVIL ACTION NO: 3:19-408** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **APACHE DEEPWATER, LLC, ET AL.** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON** |

**DEFENDANT ENSCO OFFSHORE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION (REMAND)**

NOW INTO COURT, through undersigned counsel, Defendant, Ensco Offshore Company, submits this Memorandum in Opposition to Plaintiff's Motion for Reconsideration and pursuant to Rule 10 of the Federal Rules of Civil Procedure hereby adopts and joins Defendant Apache Deepwater, LLC's Opposition to Plaintiff's Motion for Reconsideration (Remand) [Rec. D. 55] and incorporates the same arguments in Apache's Opposition herein by reference, as if copied herein *in extenso*.

WHEREFORE, Defendant, Ensco Offshore Company, opposes Plaintiff's Motion for Reconsideration because this Court maintains subject matter jurisdiction over this matter and, therefore, requests this Court deny Plaintiff's Motion for Reconsideration.

Respectfully submitted:

*/s/ R. Chauvin Kean*

Michael A. McGlone, (#9318)
R. Chauvin Kean, (#36526)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

mike.mcglone@keanmiller.com
chauvin.kean@keanmiller.com

***Attorneys for Ensco Offshore Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the Court's CM/ECF system and a copy sent to all counsel of record by electronic means on this 15th day of October, 2019.

*/s/ R. Chauvin Kean*
R. Chauvin Kean