# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**DAVID HSIEH**                                           CIVIL ACTION NO. 19-408

**VERSUS**                                                     JUDGE JACKSON

**APACHE DEEPWATER, LLC, ET AL.**           MAGISTRATE WILKINSON

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, David Hsieh (hereinafter "Plaintiff" or "Mr. Hsieh"), who respectfully applies to this Honorable Court, pursuant to Federal Rules of Civil Procedure Rule 37(a)(3) (B), for an order compelling Defendant, Texaco Inc. (hereinafter "Texaco") to fully answer and respond to Plaintiff's Request For Admission, Interrogatories, And Request For Production To All Premises Defendants (A.K.A. Producing Company) (hereinafter "Discovery Request"), as explained in the accompanying Memoranda of Law and set forth herein:

In accordance with Federal Rules of Civil Procedure Rule 33, Plaintiff propounded his Discovery Request on Defendant, Texaco on October 13, 2020. In response to Plaintiff's Discovery Request, Texaco served Plaintiff with their response on March 4, 2021.

Thereafter, pursuant to Federal Rules of Civil Procedure Rule 37, Counsel for Plaintiff and Counsel for Texaco met and conferred and exchanged numerous emails regarding Plaintiff's Discovery Request before seeking court intervention. As detailed herein, the results of this conference indicate that Texaco has failed to uphold its duty to supplement. Consequently, Plaintiff has elected to file a Motion to Compel out of an abundance of caution.

**WHEREFORE** Mr. Hsieh prays that this Honorable Court grant the foregoing Motion to Compel Discovery.

Respectfully submitted,

**WATERS & KRAUS, LLP**

_____ _____
SUSANNAH CHESTER-SCHINDLER,
Bar No. 33523
CHARLES E. J. PHIPPS
Bar No. 39037
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252

**COUNSEL FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via e-mail, facsimile, by hand, and/or by depositing same in the U.S. Mail, postage prepaid and properly addressed, this 11th day of June 2021.

_____

SUSANNAH CHESTER-SCHINDLER

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DAVID HSIEH**                                          **CIVIL ACTION NO. 19-408**

**VERSUS**                                                      **JUDGE JACKSON**

**APACHE DEEPWATER, LLC, ET AL.**          **MAGISTRATE WILKINSON**

## ORDER

Considering the foregoing Motion:

**IT IS HEREBY ORDERED** that Defendant, Texaco Inc., appear and show cause, if any,

why the aforesaid Motion to Compel Discovery should not be granted as prayed for, on the _____

day of _____, 2021, at _____ o'clock in the ___. M.


BATON ROUGE, LOUISIANA this _____ day of June 2021.


_____
HON. JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**DAVID HSIEH**                                              **CIVIL ACTION NO. 19-408**

**VERSUS**                                                          **JUDGE JACKSON**

**APACHE DEEPWATER, LLC, ET AL.**               **MAGISTRATE WILKINSON**

## MEMORANDA OF LAW
## IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY

This Memoranda of Law is submitted by Plaintiff, David Hsieh (hereinafter "Plaintiff" or "Mr. Hsieh"), in support of his Motion to Compel Discovery. Mr. Hsieh requests that this Honorable Court issue an order pursuant to Federal Rules of Civil Procedure Rule 37(a)(3)(B), for an order compelling Defendant, Texaco Inc. (hereinafter "Texaco") to fully answer and respond to Plaintiff's Request For Admission, Interrogatories, And Request For Production To All Premises Defendants (A.K.A. Producing Company) (hereinafter "Discovery Request").

### I.      INTRODUCTION

Suit was commenced in the above styled matter on June 26, 2018 for Mr. Hsieh's development of lung cancer and malignant mesothelioma, the signal cancer of asbestos exposure.[1] Since that time, Plaintiff's ability to move this case forward has been obstructed by Texaco's use of "Preliminary Statements" and boiler plate objections submitted in response to Plaintiff's Discovery Request. As such, Plaintiff seeks this Court's intervention and prays that the Court compel Texaco to remove its boiler plate objections and respond to Plaintiff's Discovery Request with all non-privileged responsive documents and information. More specifically, as discussed *infra*, central to

---

[1] *See e.g.* Victor L. Roggli et al., *Pathology of Asbestos-Associated Diseases* 149 (2d ed. 2004) (excerpts only).

Plaintiff's Discovery Request is information pertaining to Texaco's well records, mud program, and business relationships within the Gulf of Mexico.

## II.    FACTUAL AND PROCEDURAL HISTORY

### A.    Factual History.

On January 7, 1980, Mr. Hsieh began his twenty-four-year career with Schlumberger, a company specializing in locating oil and gas "pay zones." [2] From his start date in 1980 through 1991, Mr. Hsieh worked in the "field" for Schlumberger,[3] which meant that Mr. Hsieh worked aboard vessels in the deep waters of the Gulf of Mexico.[4] Due to the unique nature of the sand-shale sequence off the coast of Louisiana, the loss of drilling mud circulation was extremely common.[5] Mr. Hsieh recalled that a loss of circulation occurred "many, many times" on his jobs, [6] estimating this issue arose approximately 60% of the time he worked offshore.[7]

To regain mud circulation and maintain the appropriate pressure down-hole when a loss occurred, the mud program (i.e. the ingredients in the mud) had to be remediated.[8] Remediation of the mud program required the addition of additives – including asbestos additives.[9] The bags of additives were placed  into the mud system via a hopper, which was typically located slightly above the rig floor behind the draw works.[10] Mr. Hsieh's work units were, likewise, located near

---

[2] *See* Ex. 4, Volume I Deposition Transcript of David Hsieh, dated July 15, 2020 ("Vol. I Hsieh Dep. Tr."), at 37:22-38:9, 45:7-51:13.

[3] *Id.* at 39:1-10, 108:25-109:7.

[4] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 39:1-10,

[5] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 78:4-79:11.  For frame of reference, drilling mud is designed to "circulate" soil, sediment, and other down hole materials away from the drill bit.

[6] *Id.* at 79:6-11.

[7] *Id.* at 79:12-80:20.

[8] *Id.*

[9] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 80:21-81:22; *see also*, Ex. 11, Eddy Dep. Tr. at 104:20-109:6.

[10] *Id.* at 82:16-83:18; *see also* Ex. 11, Eddy Dep. Tr. at 67:7-68:2, 101:17-22, 110:6-117:20. (recalling the addition of additives to the mud and explaining that Mr. Hsieh's diagram depicting the mud hopper in close proximity to and slightly above the drill floor was quite possible and that he'd "seen in mud pit configurations every combination imaginable depending on how real estate had to be used on the rig.).

the rig floor so that the Schlumberger employees could maintain a clear line of sight during the logging process.[11]

As a result, Mr. Hsieh's work was routinely conducted near, and directly below, the hopper.[12] Mr. Hsieh expressly recalled getting raw additives on his skin and feeling them blow into his face, forcing him to inhale them as he prepared his tools and moved about the vessel.[13] Mr. Hsieh was further exposed to drilling mud while obtaining mud samples and working hands on with his tools in the field.[14] As his tools came out of the ground, they were dripping and caked with drilling mud, which landed on Mr. Hsieh's skin and coveralls.[15] Mr. Hsieh recalled being "washed" in mud when a tool became lodged down hole and was forced out.[16] Due to the time sensitive nature of his work, Mr. Hsieh was not afforded an opportunity to change his clothing before going to his unit.[17] As a result, the mud dried on his skin and clothing as he conducted his work inside.[18] Mr. Hsieh explained this occurred throughout his time in the field – even when he advanced to a specialty position as a Repeat Formation Tester.[19]

Critically, to date, Defendant has not identified any alternative source of asbestos exposure other than drilling mud additives. In addition, pertinent to the proportionality assessment *infra,* Mr. Hsieh has continued to incur substantial medical expenses for his treatment through the course of this case. As of April 29, 2021his medical expenses totaled approximately $1, 231, 855.96.[20]

---

[11] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 56:9-62:25, 82:16-83:18.
[12] *Id.* at 82:16-83:18.
[13] *Id.* at 84:12-85:18.
[14] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 90:25-97:11.
[15] *Id.*
[16] *Id.* at 97:12-101:11.
[17] *Id.*
[18] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 90:25-101:11. *See also*, Ex. 11, Eddy Dep. Tr. at 110:19-111:16 (explaining that, whether on land or offshore, drilling mud gets on "everything.").
[19] *See* Ex. 4, Vol. I Hsieh Dep. Tr. at 101:12-109:14.
[20] *See* Ex. 9, Plaintiff's Preliminary Billing Analysis, dated April 29, 2021.

**B.     Procedural History.**

On October 13, 2020, Mr. Hsieh propounded his Discovery Request upon Texaco.[21] Plaintiff was served with Texaco's responses to its Discovery Request on March 4, 2021.[22] Following a review of the Defendant's responses, Plaintiff transmitted to Texaco a letter correspondence which outlined the areas requiring supplementation and requested a meet and confer conference pursuant to Federal Rules of Civil Procedure Rule 37(a)(1).[23] Plaintiff raised concerns with Texaco's use of general "boiler plate" objections and misrepresentations of fact within its preliminary statement.[24]

Thereafter, on April 23, 2021, undersigned Counsel and Counsel for Defendant (Ms. Vickie Thompson), conducted a telephonic meet and confer to Plaintiff's concerns with the form and substance of Texaco's discovery responses.   Counsel for Texaco agreed at that time to withdraw "most objections."  Further, Counsel for Texaco averred that Defendant had "done every search imaginable."  When pressed, however, Counsel acknowledged the following: she had not personally conducted or oversaw the search; Defendant had not searched for all areas of the Gulf of Mexico as of that date; and the search was conducted not via a search of the actual, existing well records but rather was a search of the index thereof.[25]

Subsequently, to alleviate Defendant's concern regarding the geographical scope of Plaintiff's inquiries, Plaintiff identified a targeted list of drilling "areas" within the Gulf of

---

[21] Ex. 1, Dis. Propounded by Pl. (10/13/20).

[22] Ex. 2, Dis. Responses by Def. Texaco (3/04/21).

[23] Fed. R. Civ. P. 37(a)(1). *See also* Ex. 3 Pl.['s] Correspondence to Def. Texaco (4/21/21).

[24] Ex. 3 Pl.['s] Correspondence to Def. Texaco (4/21/21).

[25] This style of search is notably inadequate because, dependent upon the manner in which the index is organized, it is quite possible that Defendant's specific search terms (i.e. Schlumberger, David Hsieh, and the names of the rigs identified to date, would not appear in a garden variety index of well records.

Mexico,[26] which Plaintiff requested Defendant search.[27]  These areas included those originally identified by Mr. Hsieh in his deposition (and referenced in Request for Production No. 3) as well as nine (9) additional areas.  These areas were provided based on undersigned Counsel's discussion with Mr. Hsieh's supervisor, Mr. Eddy identified *infra*, regarding the key drilling areas in the Gulf of Mexico from 1980 through 1987.

Then, on May 12, 2021, undersigned Counsel and Ms. Thompson spoke again regarding the progress of Texaco's search.  At that time, Counsel for Texaco stated she was unsure if only the index was searched and also advised that she was unsure whether all areas identified by Plaintiff and his Counsel for the discreet years of 1980-87 had been searched.  This is notable, given that Plaintiff had limited the geographical scope of his inquiry via email to all "premise" Defendants and had always maintained a discreet limitation on his dates (i.e. from 1980-1987).

Also, on May 12, 2021, Counsel for Plaintiff sent Counsel for Texaco, as well as all other "premise/product" Defendants' attorneys, an email correspondence whereby she proposed that the parties agree to a joint Motion for Extension of Time.[28] Plaintiff's Counsel made said proposal after being advised during numerous Rule 37 meet and confers with attorneys for the "premise/product" Defendants' of their ongoing searches for well records or their intention(s) of amending their initial discovery with supplemental productions.[29]The parties jointly agreed and filed with the Court their Agreed Motion For Extension Of Time on May 14, 2021.[30]

Finally, on May 19, 2021, Counsel for Texaco served upon the Plaintiff their Frist Supplemental Response and Objections to Plaintiff's Requests for Admission, Interrogatories and

---

[26] For frame of reference, the Gulf of Mexico is divided into "areas," which are in turn divided into "fields" and, then, "blocks" for drilling purposes.
[27] *See* Ex. 10, Plaintiff's Email to Ms. Thompson, dated April 29, 2021 ("Geo. Email").
[28] Ex. 5 Pl.['s] Correspondence to premise/product Def.[s] (5/12/21).
[29] *Id.*
[30] *See* Unopposed Am. Mot. For Extension of Time, 5/14/21, Case 3:19-cv-00408-BAJ-DPC.

Requests for Production to All Premises Defendants (hereinafter "First Supplemental Discovery")
as well as its Second Supplemental Response and Objections to Plaintiff's Requests for Admission,
Interrogatories and Requests for Production to All Premises Defendants (hereinafter "Second
Supplemental Discovery").[31]

## III.    STANDARD OF REVIEW

Rule 33 of the Federal Rules of Civil Procedure provides for the service of written
interrogatories.[32] A party seeking discovery under Rule 33 may serve interrogatories on any other
party, and the interrogatories "may relate to any matter that may be inquired into under Rule
26(b)."[33] Rule 34 of the Federal Rules of Civil Procedure provides for the discovery of documents
and tangible items.[34] A party seeking discovery must serve a request for production on the party
believed to be in possession, custody, or control of the documents or other evidence.[35] The request
is to be in writing and must set forth, among other things, the desired items with "reasonable
particularity." Thereafter, a party must respond or object to interrogatories and requests for
production.

Substantively, Federal Rule of Civil Procedure 26(b) allows "discovery regarding any
matter, not privileged, that is relevant to the claim or defense of any party."[36] The Federal Rules
of Civil Procedure therefore permit broad discovery, allowing inquiry into any matter that bears
on, or that reasonably could lead to other matters that could bear on, any issue related to the claim

---

[31] Ex. 6, Def. Texaco's First Supp. Resp. and Obj. to Pl.'s Request for Admission, Interrogatories, and Request for Production to All Premises Defendants (5/19/21); Ex. 7, Def. Texaco's Second Supp. Resp. and Obj. to Pl.'s Request for Admission, Interrogatories, and Request for Production to All Premises Defendants (5/19/21).
[32] *See* Fed. R. Civ. P. 33(a)(2).
[33] *Id.*
[34] *See* Fed. R. Civ. P. 34(a).
[35] *Id.* Fed. R. Civ. P. 34(b)(1)(A).
[36] Fed. R. Civ. P. 26(b)(1) (emphasis added).

or defense at issue.[37]   Thus, while a relevancy objection may be raised, [38] once a showing of relevancy has been made, the burden is with the responding party to present sufficient reason why discovery should not be allowed.[39] To that end, a court may limit the frequency or extent of discovery **only** if it determines that: "(i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive; (ii) the party seeking discovery has had ample opportunity to obtain the information by discovery in the action; or (iii) the proposed discovery is outside the scope permitted by Rule 26(b)(1)."[40]

If a party fails to respond fully to discovery requests in the time allowed by the Federal Rules of Civil Procedure, the party seeking discovery may move to compel responses and for appropriate sanctions under Rule 37, as an "evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer or respond."[41]   The party filing the motion to compel "bears the burden of showing that the materials and information sought are relevant to the action or will lead to the discovery of admissible evidence."[42]   "Once the moving party establishes that the materials requested are within the scope of permissible discovery, the burden shifts to the party resisting discovery to show why the discovery is irrelevant, overly broad or unduly burdensome or oppressive, and thus should not be permitted."[43]

---

[37] *McCoy v. SC Tiger Manor, LLC,* No. CV 19-723-JWD-SDJ, 2021 WL 1080930, at *2 (M.D. La. Mar. 19, 2021); *Price v. Plantation Mgmt. Co.,* 2009 WL 10680023, at *1–2 (M.D. La. Dec. 17, 2009); *Coughlin v. Lee*, 946 F.2d 1152, 1159 (5th Cir. 1991); Fed. R. Civ. P. 26(b)(1).
[38] *McCoy v. SC Tiger Manor, LLC,* No. CV 19-723-JWD-SDJ, 2021 WL 1080930, at *2 (M.D. La. Mar. 19, 2021); *Price v. Plantation Mgmt. Co.,* 2009 WL 10680023, at *1–2 (M.D. La. Dec. 17, 2009); *Coughlin v. Lee*, 946 F.2d 1152, 1159 (5th Cir. 1991); Fed. R. Civ. P. 26(b)(1).
[39] *Price*, 2009 WL 10680023, at *1–2 (M.D. La. Dec. 17, 2009); *Andritz Sprout-Bauer, Inc. v. Beazer East, Inc.*, 174 F.R.D. 609 (D.C. Pa. 1997).
[40] Fed. R. Civ. P. 26(b)(2)(C)(emphasis added).
[41] Fed. R. Civ. P. 37(a)(4).
[42] *McCoy,* 2021 WL 1080930, at *2 (M.D. La. Mar. 19, 2021); *Tingle*, 2016 WL 7230499, at *2 (quoting *Mirror Worlds Techs., LLC v. Apple Inc.*, No. 13-419, 2016 WL 4265758, at *1 (E.D. Tex. Mar. 17, 2016)).
[43] *Id.* (quoting Mirror Worlds, 2016 WL 4265758, at *1). See also Wymore v. Nail, No. 14-3493, 2016 WL 1452437,

Before reaching the merits of a party's Motion to Compel, the Court must examine whether the requirements of Federal Rule of Civil Procedure 37 have been met.[44] According to Rule 37(a)(1), if a party moves for an order compelling disclosure or discovery, "[t]he motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."[45] Importantly, "[a] trial court enjoys wide discretion in determining the scope and effect of discovery."[46]

## IV.    ARGUMENT AND AUTHORITIES

Texaco has failed to meet their discovery obligations pursuant to Federal Rules of Civil Procedure Rules 26, 33, and 34, by declining to search for, much less produce, discoverable documents and information in its responses to Plaintiff's Discovery Request. Consequently, pursuant to Federal Rule of Civil Procedure Rule 37, Plaintiff files this Motion to Compel Discovery after multiple attempts in good faith to confer with Defendant to obtain discovery without court action.

### A.  Defendants Has Lodged Numerous, Improper Boiler Plate Objections.

Defendant has lodged a series of "General Objections" at the outset of its discovery responses as well as in response to each and every answer and response thereafter.[47]  As a practical matter, such boiler plate objections made it impossible for Plaintiff's Counsel to determine if

---

at *1 (W.D. La. Apr. 13, 2016) ("Once a party moving to compel discovery establishes that the materials and information it seeks are relevant or will lead to the discovery of admissible evidence, the burden rests upon the party resisting discovery to substantiate its objections.").

[44] *McCoy,* 2021 WL 1080930, at *3 (M.D. La. Mar. 19, 2021).

[45] Fed. R. Civ. P. 37(a)(1).

[46] *Sanders v. Shell Oil Co.*, 678 F.2d 614, 618 (5th Cir. 1982) (citation omitted).

[47] *See* Ex. 2, Dis. Responses by Def. Texaco (3/04/21).

Defendant has substantive information, which it is withholding subject to objections, or simply does not have any responsive information or documents responsive to a particular inquiry.

Moreover, such objections are plainly improper under the Federal Rules of Civil Procedure, as Rule 33 requires objections to be specific to the interrogatory or request for production at issue.[48] As such, boiler plate objections, such as those lodged by Texaco, have routinely been held to be "meaningless and constitute a waste of time for opposing counsel and the court. . ."[49] The holding in *Rosalez* is particularly applicable here, where Texaco have made ongoing general objection(s).  Yet, there is no connection between the "General Objections" and the responses to specific Interrogatories and Requests for Production.

Initially, Texaco's boiler plate objection violated Rule 33 of the Federal Rules of Civil Procedure which requires "the grounds for objecting to an interrogatory must be stated with specificity."[50] To that end, in response to all of Plaintiff's Request for Admissions, Texaco provided the following boiler plate objection:

> "In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Gulf Oil, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rules of Civil Procedure 26(b)(1) provides:
>
> Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties'

---

[48] *See* Fed. R. Civ. P. 33(b)(4).
[49] *See Rosalez Funez et al. v. E.M.S.P., LLC et al.*, No. 16-1922, 2016 WL 5337981, at *2-3 (E.D. La. 2016) (citing the Western District of Louisiana's evaluation of boilerplate objections in *Weems v. Hodentt*, 2011 WL 3100554, at *1 (W.D. La. July 25, 2011)).
[50] *See* Fed. R. Civ. P. 33(a)(4).

resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant ; and, (2) that this exposure caused or was a substantial factor in bringing about his mesothelioma." *Romano v. Metro Life Ins. Co.,* 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So. 3d 176, 182; *see also Palermo v. Port of New Orleans*, 2004-1804 (La App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet this burden of proving causation in this case against Defendant, Hsieh Must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Gulf Oil on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Gulf Oil was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Gulf Oil at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's well sites. This request seeks categories of information limited in geographical scope only "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters of the Gulf Coast states" as overbroad, vague, ambiguous, and

undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Gulf Oil operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf Oil drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure. If Hsieh is able to provide additional information regarding Hsieh work history as it related to Gulf Oil, Defendant may be able to admit or deny this request.

Subject to and not without waiving the forgoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery."[51]

Similarly, Texaco employs the same boiler plate objection for Plaintiff's Interrogatories, Nos. 2 and 8, as well as to Plaintiff's Request for Production, 2, 3, 4, 5, 6, 7, 8, 9, 26, 27, 28, 29, and 30. Comparable issues – regarding Defendant's use of boiler plate objections relying in addition to an assertion that a substantive response is predicated on knowledge of Plaintiff's work

---

[51] Ex. 2, Dis. Responses by Def. Texaco (3/04/21).

history, where none is necessary to answer – also plague the Interrogatories, Nos. 7 and Requests for Production, Nos. 13, 14, 16, 18, 19, and 22.

**B.    Defendant's Supplemental Discovery Responses Remain Substantively Deficient.**

It is well-established that oil and gas companies such as Texaco keep profuse and largely confidential well records. To that end, Plaintiff crafted inquiries, which are narrowly tailored to dates at issue, the well type at issue, and worked performed by Ms. Hsieh during the course and scope of his employment with Schlumberger. Plaintiff has offered three days of deposition testimony where he identified specific job duties at Schlumberger; the years he performed those duties; how those duties exposed him to drilling mud additives; identified both vessels and jumps points; and key areas of the Gulf of Mexico he worked. Consequently, Plaintiff's Discovery Request of Defendant, Texaco is neither overly broad nor unduly burdensome, as not these Discovery Request are narrowly tailored to the matters relevant to this case.  As such, Texaco is in the best position to 1) locate its well records maintained from 1980 through 1987, 2) identify well sites within the Gulf of Mexico, and 3) provided substantive responses regarding Texaco's rigs and mud program utilized by its employee in the Gulf of Mexico. Thus, Texaco March 4, 2021 discovery responses should be found to be defective and required by law to be supplemented.

With regard to Texaco's First Supplemental Discovery, Counsel for Texaco supplemented their response to Plaintiff's Request for Admissions.[52] However, Defendant also maintained its Preliminary Statement and previously relied upon boiler plate objections to Plaintiff's Interrogatories and Request for production, despite the many areas outlined in Plaintiff's April 21, 2021 letter to Texaco. Specifically, Texaco's First Supplemental Discovery is deficient in that it is comprised of forty (40) documents regarding nine (9) of Texaco's wells.[53] Importantly, these

---

[52] Ex. 6, Def. Texaco's First Supp. Resp. and Obj. to Pl.'s Request for Admission, Interrogatories, and Request for Production to All Premises Defendants (5/14/21)
[53] *Id.*

documents lacked uniformity, are incomplete, and could not possibly be an exhaustive account of Mr. Hsieh's work at sea from 1980 through 1987.[54] Texaco's First Supplemental Discovery is also substantively defective as it does not contain a single document regarding its mud program.

Likewise, Texaco's Second Supplemental Discovery maintained Defendant's Preliminary Statement and previously relied upon boiler plate objections to Plaintiff's Discovery Request despite the many areas outlined in Plaintiff's April 21, 2021 letter to Texaco.[55] Defendant only supplemented its responses to Plaintiff's Request For Production, Nos. 2, 3, and 4.[56] Defendant provided Plaintiff with information regarding multiple field logs and information regarding a Report on Oil Well: U.S. Dept. of Interior Geological Survey.[57] What is noticeably missing is information regarding Texaco's mud program and the additives used therein. Plaintiff asserts that Texaco's Second Supplemental Discovery is defective and requires supplementation.

## V.    CONCLUSION

As recounted above, Defendant, Texaco has not provided any substantive discovery to Plaintiff. Consequently, Mr. Hsieh prays that this Honorable Court grant the foregoing Motion to Compel Discovery.

---

[54] Ex. 6, Def. Texaco's First Supp. Resp. and Obj. to Pl.'s Request for Admission, Interrogatories, and Request for Production to All Premises Defendants (5/14/21).
[55] Ex. 7, Def. Texaco's Second Supp. Resp. and Obj. to Pl.'s Request for Admission, Interrogatories, and Request for Production to All Premises Defendants (5/19/21).
[56] *Id.*
[57] *Id.*

Respectfully submitted,

**WATERS & KRAUS, LLP**

_____ _____

SUSANNAH CHESTER-SCHINDLER,
Bar No. 33523
CHARLES E. J. PHIPPS
Bar No. 39037
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: 214-357-6244
Facsimile: 214-357-7252

**COUNSEL FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUSIANA

DAVID HSIEH,

  Plaintiff,

v.

APACHE DEEPWATER, LLC, et al.,

  Defendants.

CIVIL ACTION NO: 3:19-CV-00408-BAJ-JW

JUDGE BRIAN A. JACKSON

MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT

## PLAINTIFF'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO ALL PREMISE DEFENDANTS (A.K.A. PRODUCING COMPANY)

COMES NOW Plaintiff David Hsieh ("Mr. Hsieh") and serves these Requests for Admission, Interrogatories and Requests for Production to All Premise Defendants (a.k.a. Producing Company)  pursuant to Federal Rules of Civil Procedure 36, 33, and 34, respectively. As required by the aforementioned rules, Defendant must respond to the interrogatories and request for production, *infra*, within 30 days of service of this request.

## PREMISE DEFENDANTS:

**BP AMERICA INC.** (*sued individually and as successor-in-interest to* THE STANDARD OIL COMPANY *and* THE STANDARD OIL COMPANY (OHIO)), a Delaware Corporation with its principal place of business in the State of Texas;

**BP CORPORATION NORTH AMERICA INC.** (*sued individually and as successor-in-interest to* ATLANTIC RICHFIELD COMPANY), an Indiana Corporation with its principal place of business in the State of Texas;

**BP PRODUCTS NORTH AMERICA INC.** (*sued individually and as successor-in-interest to* BP EXPLORATION & OIL INC., *successor-in-interest to* BP EXPLORATION INC. *f/k/a* SOHIO PETROLEUM COMPANY), a Maryland Corporation with its principal place of business in the State of Illinois;

**CHEVRON U.S.A. INC.**  *f/k/a* GULF OIL CORPORATION (*sued individually and as successor-in-interest to* AMERIPEL, INC. *f/k/a* GULF GOODRICH CHEMICALS, INCORPORATED, *successor-in-interest to* GULF OIL COMPANY and WARREN

Exhibit 1
Page 1 of 11

PETROLEUM CORPORATION), a Pennsylvania Corporation with its principal place of business in the State of California;

**CONOCOPHILLIPS COMPANY** *f/k/a* PHILLIPS PETROLEUM COMPANY (*sued individually and as successor-by-merger to* CONOCO INC. *and* CONTINENTAL OIL COMPANY), a Delaware Corporation with its principal place of business in the State of Texas;

**EXXON MOBIL CORPORATION** *f/k/a* EXXON CORPORATION, a New Jersey Corporation with its principal place of business in the State of Texas;

**EXXONMOBIL OIL CORPORATION**, a New York Corporation with its principal place of business in the State of Texas;

**SHELL OFFSHORE, INC**. (*sued individually and as successor-in-interest to* SHELL DEEPWATER DEVELOPMENT INC. and SHELL DEEPWATER PRODUCTION INC.), a Delaware Corporation with its principal place of business in the State of Texas;

**SHELL OIL COMPANY**[SC1] (*sued individually and as successor-in-interest to* ROYAL DUTCH SHELL PLC *and* SHELL UNION OIL CORPORATION), a Delaware Corporation with its principal place of business in the State of Texas;

**SWEPI LP** *f/k/a* and *d/b/a* SHELL WESTERN E&P INC., a Delaware Corporation with its principal place of business in the State of Texas;

**TEXACO INC.,** a Delaware Corporation with its principal place of business in the State of California;

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**  Please admit that you utilized Schlumberger for wireline services on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**REQUEST FOR ADMISSION NO 2:**  Please admit that you allowed the use of asbestos-containing drilling mud additives when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**REQUEST FOR ADMISSION NO. 3:**  Please admit that you allowed the use of Flosal, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

Exhibit 1
Page 2 of 11

**REQUEST FOR ADMISSION NO. 4:**  Please admit that you allowed the use of Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**REQUEST FOR ADMISSION NO. 5:**  Please admit that you allowed the use of  Super Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**REQUEST FOR ADMISSION NO. 6:**  Please admit that you allowed the use of IMCO Shurlift, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**REQUEST FOR ADMISSION NO. 7:**  Please admit that you allowed the use of Visquick, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

## INTERROGATORIES AND
## REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:**  Please describe your system for maintaining well files.  A complete answer will include the length of time well files are maintained for a given well; whether files are maintained electronically, in hard copy, or in both mediums; where the well files are maintained, whether electronic or hard copy; and the identity of the person(s) or department(s) responsible for the maintenance of the well files.  If this system varies based on location and time frame, please limit the answer to the system(s) in place for maintaining well files related to wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled between the years 1980 and 1987.

**REQUEST FOR PRODUCTION NO 1:**  Please produce all documents and tangible things relating to Defendant's document and record retention (and/or destruction) policies or procedures, including, but not limited to:

    a.  any supplements, addenda, memoranda, operating bulletins, revisions, or any other
        superseding instructions that refer to the stoppage, suspension or resumption of
        responsive policies or procedures; and

Exhibit 1
Page 3 of 11

     b.     policies or procedures regarding documents or records created, maintained, or stored by electronic, digital, optical and/or magnetic means (such as microfilm, microfiche, imaging, scanning, or storage on tapes, disks, CD or DVD-based media, databases, or on any computer hardware, backup system, download system, file dumping or other system of information management, whether on-site or off-site).

If the policies and procedures vary based on location, please limit the answer to the system(s) in place for maintaining well files related to wells in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled during the years 1980-1987.

**INTERROGATORY NO. 2:**  Did you ever maintain an agreement to exclusively utilize any Schlumberger entity's wireline services during the time frame from 1980-1987 for jobs in the Gulf of Mexico or the coastal waters of the Gulf Coast states?

**REQUEST FOR PRODUCTION NO 2:**  Regardless of whether it was exclusive, please produce all contracts, agreements, scopes of work, work orders, invoices, documents, and other tangible things relating to any work performed for you by any Schlumberger entity on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states.

**REQUEST FOR PRODUCTION NO. 3:**  To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states and on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame), particularly including, but not limited to, those wells located in the Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal drilling areas.  Note:  this request specifically seeks, but is not limited to, information regarding the mud program for the well during the drilling process, prior to production.

**REQUEST FOR PRODUCTION NO. 4:**  To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states, on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame) and which utilized the following mobile rigs and barges:

     a.    SEDCO 471
     b.    SEDCO 472
     c.    BOOKER 950
     d.    Penrod 63
     e.    Penrod 67
     f.    Penrod 69
     g.    Mariner 3
     h.    Mariner 7
     i.    Discovery 534
     j.    Discovery Seven Seas

Exhibit 1
Page 4 of 11

      k.   Rowan Gorilla 3
      l.   Diamond M
      m.  Dolphin 8
      n.   Transworld 60
      o.   Sapata
      p.   Shell Rig 11

**REQUEST FOR PRODUCTION NO 5:**  Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Imco, a division of Halliburton, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**REQUEST FOR PRODUCTION NO 6:**  Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Magcobar, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**REQUEST FOR PRODUCTION NO 7:**  Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Baroid, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**REQUEST FOR PRODUCTION NO 8:**  Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Montello for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**REQUEST FOR PRODUCTION NO 9:**  Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Drilling Specialties Company, for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

Exhibit 1
Page 5 of 11

**INTERROGATORY NO. 3:**  When and how did Defendant first learn that inhalation of asbestos fibers can lead to the development of each of the following asbestos-related diseases:

   a.    asbestosis,
   b.    mesothelioma,
   c.    lung cancer.

**REQUEST FOR PRODUCTION NO. 10:**  Please produce all documents and tangible things that indicate the time and/or manner in which Defendant learned inhalation of asbestos fibers by humans can lead to the development of the following asbestos-related diseases:

   a.    asbestosis,
   b.    mesothelioma
   c.    lung cancer.

**INTERROGATORY NO. 4:**  Please identify all trade organizations, trade associations, and any other groups to which Defendant belonged in which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published before 1980. This list should include (but is not limited to) any membership in the American Hygiene Foundation, Industrial Hygiene Foundation, Chemical Manufacturer's Association (or its predecessor, the MCA), American Chemical Council, American Petroleum Institute, Texas Chemical Council, National Safety Council, American National Standards Institute (ANSI), Asbestos Information Association, Industrial Medical Association, American Society of Mechanical Engineers; American Society for Testing and Materials, Chlorine Institute, American Industrial Hygiene Association, National Insulation Manufacturers Association, Asbestos Textile Institute, Society of Automotive Engineers, Society of Petroleum Engineers, ACGIH, American Occupational Medicine Association, American Public Health Association, Friction Materials Standards Institute, Brake Lining Manufacturer's Association, American Medical Association, NIOSH and any state safety organizations.

**REQUEST FOR PRODUCTION NO. 11:**  Please produce all documents and tangible things containing any information Defendant received before 1987, relating to the hazards of asbestos, sulphur, or nuisance dust in general that was discussed, disseminated, or in any way published by any organization, association, or group listed in Defendant's response to the Interrogatory immediately above, or by any other trade organization or group.

**INTERROGATORY NO. 5:**  Please identify each of Defendant's employees, former employees, or representatives who attended any proceeding, symposium, or conference of a scientific, medical, or technical nature, before 1987, during which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published (e.g., the effects of human or nonhuman exposure to asbestos, populations at risk, etc.).  A response to this Interrogatory should include any attendance at the Seventh Saranac Symposium in 1952, the Proceedings of the New York Academy of Sciences in October of 1964, any meetings held by the Exxon Corporation in Houston, Texas, or meetings of any organization listed in Defendant's response to Interrogatory No. 2.  For each person identified in the response to this Interrogatory, please also list the proceeding, symposium, or conference the person attended; provide the date

Exhibit 1
Page 6 of 11

and location of the proceeding, symposium, or conference; provide the identity of the person within Defendant's organization who received or was designated to receive the attending person's report of the information gathered at such proceeding, symposium, or conference; and describe the manner in which such reports were made.

**REQUEST FOR PRODUCTION NO. 12:**  Please produce all documents and tangible things related to any meeting, attended by any of Defendant's employees, former employees, or representatives, that indicate any discussion, consideration, or information regarding asbestos or nuisance dust in general.  This Request for Production specifically seeks, but is not limited to, meeting agendas, minutes, notes or memoranda from any proceeding, symposium or conference listed in Defendant's Response to the preceding Interrogatory, as well as from safety committees, purchasing committees or other groups within Defendant's organization generated before 1987.

**INTERROGATORY NO. 6:**  Please describe Defendant's medical, safety, and/or industrial hygiene programs from the Defendant's inception through 1987.  Specifically, please describe when Defendant first established each of its medical departments, safety departments, and/or industrial hygiene department; the name or designation of each department; and each person associated with the department, including, but not limited to, the director, manager, physician, nurse, medical personnel, safety engineer, industrial hygienist, safety personnel, and other employees in such department who were employed by Defendant or contracted with Defendant at any time.  The answer to this interrogatory should include both corporate level programs and those programs in place at the Premise at Issue.

**REQUEST FOR PRODUCTION NO. 13:**  Please produce all documents and tangible things relating to Defendant's establishment of the medical, safety, and/or industrial hygiene departments noted in Defendant's response to the Interrogatory immediately above.  This Request for Production specifically seeks, but is not limited to, any policies, procedures or guidelines given to each such department by Defendant's management, and any programs, testing, or other actions taken by each such department regarding the hazards of asbestos, silica, or nuisance dust in general.

**REQUEST FOR PRODUCTION NO. 14:**  Please produce all documents and tangible things, received or obtained by Defendant before 1987, that indicate that inhaled asbestos fibers can be hazardous to human or non-human health.  This Request for Production specifically seeks, but is not limited to all responsive books, articles, reports, pamphlets and manufacturer's instructions.

**REQUEST FOR PRODUCTION NO. 15:**  Please produce all documents and tangible things relating to the inventories of all Defendant's libraries, research repositories, or other archives that contain magazines, journals, books, publications or other documents related to asbestos, pneumoconiosis, or any other dust-related disease (including, but not limited to, the effects of exposure to asbestos, industrial hygiene measures relating to asbestos dust, and medical information or research relating to asbestos or its effects on animals or humans, populations at risk, etc.).  This Request for Production specifically seeks, but is not limited to all card catalogs, indices, holding lists, databases, other record management systems, and subscription lists for periodicals such as Journal of the American Medical Association, Industrial Medicine, Journal of Industrial Hygiene and Toxicology, National Safety News, Industrial Hygiene Foundation Digest, and Public Health Reports of the United States.

Exhibit 1
Page 7 of 11

**REQUEST FOR PRODUCTION NO. 16:**  Please produce all documents and tangible things containing information concerning the hazards of asbestos or nuisance dust in general that Defendant published, distributed, or disseminated at any time prior to 1987.

**REQUEST FOR PRODUCTION NO. 17:**  Please produce all documents and tangible things relating to communications between Defendant and any of its worker's compensation insurance carriers or any other insurance companies, at any time prior to 1987, regarding asbestos-containing products, the hazards of asbestos, or hazards of nuisance dust in general and any asbestos-related studies, analyses or testing conducted by any insurance carriers, which were provided to Defendant.

**REQUEST FOR PRODUCTION NO. 18:**  Please produce copies of all affidavits, depositions, and trial transcripts of Defendant's employees, former employees, or representatives taken in any matter involving an alleged injury or claimed property damage from asbestos or asbestos related products where the injury at issue occurred, even in part, prior to 1987.  This specifically includes, but is not limited to, those pertaining to cases involving allegations of asbestos exposure through drilling mud additives.

**REQUEST FOR PRODUCTION NO. 19:**  Please produce all documents and tangible things that indicate Defendant's participation in, or funding of, any research regarding the health effects of asbestos exposure.

**REQUEST FOR PRODUCTION NO. 20:**  Please produce all reports, writings (whether published or unpublished) and other documents and tangible things that were written, created, reviewed, and/or edited by any expert Defendant plans to call at trial, and that pertain, in any way, to the hazards of asbestos.  Plaintiff will accept a list in lieu of the actual publications.

**REQUEST FOR PRODUCTION NO. 21:**  Please produce all documents and tangible things Defendant's counsel provided to any of Defendant's expert or fact witnesses as a result of the filing of this case and/or which any expert of fact witness may rely upon in this case.  To the extent this request inadvertently seeks information provided to consulting-only experts, Plaintiff seeks only the documents, not the identity, of said expert(s).

**REQUEST FOR PRODUCTION NO. 22:**  Please produce all documents and tangible things relating to air monitoring, industrial hygiene evaluations, dust level counts or measurements, destructive testing of any asbestos-containing products, and any other asbestos-related environmental testing or monitoring conducted during drilling operations prior to 1987.  This Request for Production specifically includes, but is not limited to: all documents and tangible things relating to any of Defendant's actions taken or decisions made as a result of any such testing or monitoring.

Exhibit 1
Page 8 of 11

**REQUEST FOR PRODUCTION NO. 23:**  Please produce all documents and tangible things (including, but not limited to: photographs, videos, or other depictions) showing any safety precautions taken to protect persons from the hazards of asbestos, nuisance dust in general, during drilling operations prior to 1987, including, but not limited to: containment areas, warning signs, safety handbooks, videos or slide presentations, protective clothing, ventilation, engineering controls, and respiratory protection.

**REQUEST FOR PRODUCTION NO. 24:**  Please produce all documents and tangible things related to safety meetings conducted during offshore drilling operations with contractors such as Schlumberger at any time before 1987.

**INTERROGATORY NO. 7:**  Please identify and describe any program or procedure Defendant instigated for ceasing use, abating, removing, or encapsulating asbestos and/or asbestos-containing products or otherwise instigating an effort to reduce fiber release during offshore drilling operations.  This specifically includes, but is not limited to, any program or procedure to eliminate the use of asbestos drilling mud additives.

**REQUEST FOR PRODUCTION NO. 25:**  Please produce all documents and tangible things relating to each item identified in the immediately preceding interrogatory to the extent they have not already been produced in response to previous Requests for Production.

**INTERROGATORY NO. 8:**  Please identify each person by title and, if possible, name employed by Defendant whose duties and responsibilities during the relevant time period included communicating with Schlumberger wireline engineers such as Mr. Hsieh, working in the Gulf of Mexico and the coastal waters of the Gulf Coast states between 1980 and 1987 regarding any of the following matters:

      a.      distributing work assignments;

      b.      instructing wireline engineers regarding safety measures;

      c.      distributing work and safety equipment at the; and

      d.      monitoring safety during drilling operations.

**REQUEST FOR PRODUCTION NO. 26:**  Please produce all documents and tangible things relating to any communications between Defendant and Mr. Hsieh regarding any of the matters noted in the Interrogatory immediately above.

**REQUEST FOR PRODUCTION NO. 27:**  To the extent they have not already been provided, please produce all safety manuals, guidelines, policies, rules, regulations, procedures, memoranda, or other documents and tangible things distributed by Defendant regarding asbestos to any person working in offshore drilling operations prior to 1987.

.

Exhibit 1
Page 9 of 11

**REQUEST FOR PRODUCTION NO. 28:**  Please produce all documents and tangible things relating to cost-risk analyses, cost-benefit analyses, or any other study, analysis, report, or document generated or obtained by Defendant before 1987, that discusses the cost of abating, removing, replacing, or encapsulating asbestos or implementing any safeguards or engineering controls designed to protect persons from the hazards of asbestos.  This is specifically directed at, but not limited to, documents pertaining to the use of asbestos containing drilling muds.

**REQUEST FOR PRODUCTION NO. 29:**  Please produce all documents and tangible things relating to Defendant's consideration of alternatives to the use of asbestos-containing drilling muds before 1987.

**REQUEST FOR PRODUCTION NO. 30:**  Please produce any and all indemnity and insuring agreements under which any person may be liable to satisfy part or all of a judgment rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**REQUEST FOR PRODUCTION NO. 31:**  Please produce all written statements of any person with knowledge of relevant facts, including any written statement signed or otherwise adopted or approved in writing by the person making it and any stenographic, mechanical, or electrical or other type of recording of a witness's oral statement, or any substantially verbatim transcription of such a recording.  This request does not include notes taken by a lawyer or their agent during a conversation with a witness.

Respectfully submitted,
**WATERS & KRAUS, LLP**

_____

SUSANNAH B. CHESTER-SCHINDLER
LA Bar No. 33523
3219 McKinney Avenue
Dallas, TX 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

Exhibit 1
Page 10 of 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Plaintiff's Requests for Admission, Interrogatories, and Requests for Production to Premise Defendants has been served upon all counsel of record via e-mail on this 13th day of October, 2020.

_____

SUSANNAH B. CHESTER-SCHINDLER

Exhibit 1
Page 11 of 11

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HSIEH, | |
| Plaintiff, | CIVIL ACTION NO: 3:19-CV-00408-BAJ-JW |
| | JUDGE BRIAN A. JACKSON |
| v. | MAGISTRATE JUDGE DONNA PHILLIPS |
| | CURRAULT |
| APACHE DEEPWATER, LLC, et al., | |
| Defendants. | |

## DEFENDANT TEXACO INC.' S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO ALL PREMISE DEFENDANTS (A.K.A. PRODUCING COMPANY)

TO:   Plaintiff, DAVID HSIEH, by and through his attorneys of record Susannah B. Chester-Schindler, Waters & Kraus, LLP, 3219 McKinney Avenue, Dallas, Texas  75204.

Pursuant to the Federal Rules of Civil Procedure, Defendant, Defendant Texaco Inc., a Delaware Corporation (also referred to as Defendant), serves the following Responses and Objections to Plaintiff's Requests for Admission, Interrogatories and Requests for Production to All Premise Defendants (a/k/a Producing Company).

Respectfully submitted,

STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

*/s/ Vickie R. Thompson*
Vickie R. Thompson (#34789)
1400 San Jacinto Building
595 Orleans Street
Beaumont, Texas 77701-3255
(409) 981-1000 – TEL
(409) 981-1010 – FAX
vthompson@strongpipkin.com

ATTORNEYS FOR DEFENDANT,
DEFENDANT TEXACO INC., a
Delaware Corporation

Exhibit 2
Page 1 of 50

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document is being furnished to Plaintiff's counsel via e-serve on this the 4th day of March, 2021.

*/s/ Vickie R. Thompson*
Vickie R. Thompson

Exhibit 2
Page 2 of 50

## PRELIMINARY STATEMENT AND OBJECTIONS

Plaintiff, David Hsieh's (Hsieh) lawsuit claims that he was routinely exposed to asbestos-containing drilling mud and/or additives from approximately 1980 through 1987, stemming from his employment with Schlumberger, Ltd., where he worked as an open hole field engineer ("logger") on drilling rigs located in the Gulf of Mexico and the coastal waters of the Gulf Coast states. Hsieh further alleges that numerous defendants in in this lawsuit, including Texaco Inc. ("Defendant" or "Texaco") were operators of these drilling rigs. However, Hsieh has been unable to identify the name of any wells in which Texaco was the operator or the specific location of any well sites during this time frame. Furthermore, there is no evidence that Hsieh was exposed to any asbestos-containing products while working on wells in which Texaco was the operator. Hsieh specifically admitted during his deposition that he had no personal knowledge as to whether he worked around any asbestos containing drilling mud and/or additives while working on wells in which Texaco was the operator. First and foremost, without specific information as to the alleged drilling rigs or wells where Texaco was the alleged operator, this discovery a overly broad, unduly burdensome and not tailored to the matters relevant to this case. To show the over breadth and burdensome scope of this discovery, without specific information concerning rig names and well sites relating to Texaco, these discovery requests would force Defendant to search its files for every well drilled for eight years in the Gulf of Mexico, which alone encompasses over 600,000 square miles. This does not even include the "coastal waters of the Gulf Coast states." Defendant states that once Hsieh provides adequate information to allow Defendant to understand the basis for the claims asserted, Defendant responses may be supplemented.

Defendant objects to any discovery which seeks disclosure of information protected by the attorney-client privilege, the health care provider privilege, joint or common defense privileges, the work product privilege or the trade secrets privilege.

Defendant objects to Hsieh's written discovery to the extent that they seeks disclosure of trade secrets, proprietary material, and other confidential information protected from discovery.

Defendant objects to all requests to the extent they seek information which is not in Defendant's possession, custody or control. Defendant further objects to any discovery request seeking to charge it with knowledge or information held by its "predecessors or subsidiaries," or requiring it to provide information regarding drilling rigs and well sites that Hsieh has yet to specifically identify. The requested information is beyond the scope of proper discovery, totally irrelevant in relation to facilities, wells and/or units affiliated with Defendant where Hsieh did not perform any work. The probative value of this information is clearly outweighed by the excessive expense and waste of resources in requiring Defendant to respond to said discovery.

Defendant, as noted above, objects to these request to the extent that the burden or expense of proposed discovery outweighs its likely benefit and they fail to meet the proportionality requirement of Fed. R. Civ. Proc. 26(b)(1).

Defendant objects to these request to the extent that they seek to compel Defendant to create documents of information that do not already exist.

Exhibit 2
Page 3 of 50

Any objection to Hsieh's written discovery made by Defendant should not be interpreted to necessarily mean that Defendant is in possession of non-privileged information responsive to a discovery request.

## RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that you utilized Schlumberger for wireline services on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; *see also Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.,* CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.

Exhibit 2
Page 4 of 50

Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure. If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Hsieh is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO 2:** Please admit that you allowed the use of asbestos-containing drilling mud additives when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling

Exhibit 2
Page 5 of 50

wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co*., 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; *see also Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would

Exhibit 2
Page 6 of 50

require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure. If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO. 3:** Please admit that you allowed the use of Flosal, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos

Exhibit 2
Page 7 of 50

product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.  For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure.  Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therfrom.  For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure.  If Hsieh is able to provide

Exhibit 2
Page 8 of 50

additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO. 4:** Please admit that you allowed the use of Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of

Exhibit 2
Page 9 of 50

irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure. If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO. 5:** Please admit that you allowed the use of Super Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

Exhibit 2
Page 10 of 50

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the

Exhibit 2
Page 11 of 50

"Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure. If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request. As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO. 6:** Please admit that you allowed the use of IMCO Shurlift, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

Exhibit 2
Page 12 of 50

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case. For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure. Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom. For

Exhibit 2
Page 13 of 50

these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure.  If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request.  As a result, Defendant is unable to either admit or deny this Request pending further discovery.

**REQUEST FOR ADMISSION NO. 7:** Please admit that you allowed the use of Visquick, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling wells and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Gulf on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific

Exhibit 2
Page 14 of 50

drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Texaco of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.  For this reason alone, this request falls outside the scope of discoverable information as provided by the Federal Rules of Civil Procedure.  Moreover, the vast temporal and geographical scope of documents and information sought place on Defendant an unreasonable burden and responding to this request would require great expense, far outweighing the benefit – if any – that Hsieh would derive therefrom.  For these reasons, Defendant objects to this request as failing to adhere to the proportionality requirements set forth in the federal Rules of Civil Procedure.  If Hsieh is able to provide additional information regarding Hsieh work history as it related to Texaco, Defendant may be able to admit or deny this request.

Subject to and without waiving the foregoing objections, at this time, Defendant has made a reasonable inquiry based on the limited information provided by Hsieh and the information available to Defendant is insufficient to enable Defendant to admit or deny this request.  As a result, Defendant is unable to either admit or deny this Request pending further discovery.

Exhibit 2
Page 15 of 50

## DEFENDANT TEXACO INC.'S RESPONSES AND OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:**  Please describe your system for maintaining well files.  A complete answer will include the length of time well files are maintained for a given well; whether files are maintained electronically, in hard copy, or in both mediums; where the well files are maintained, whether electronic or hard copy; and the identity of the person(s) or department(s) responsible for the maintenance of the well files. If this system varies based on location and time frame, please limit the answer to the system(s) in place for maintaining well files related to wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled between the years 1980 and 1987.

## ANSWER:

Defendant objects to this interrogatory on the grounds that it is overly broad and unduly burdensome in that it is not limited to the alleged Texaco work sites and to the time frame in question related to this lawsuit.  Furthermore, Defendant objects to the extent that this request seeks information that is confidential and proprietary and to the extent this request is not limited to the time frame at issue in this lawsuit.

Subject to and without waiving the foregoing objections, Defendant states that it maintains historical inactive business records at an offsite facility that is owned and operated by an independent third party.

**REQUEST FOR PRODUCTION NO 1:** Please produce all documents and tangible things relating to Defendant's document and record retention (and/or destruction) policies or procedures, including, but not limited to:

a. any supplements, addenda, memoranda, operating bulletins, revisions, or any other superseding  instructions that refer to the stoppage, suspension or resumption of responsive policies or procedures; and

b. policies or procedures regarding documents or records created, maintained, or stored by electronic, digital, optical and/or magnetic means (such as microfilm, microfiche, imaging, scanning, or storage on tapes, disks, CD or DVD-based media, databases, or on any computer hardware, backup system, download system, file dumping or other system of information management, whether on-site or off-site).

If the policies and procedures vary based on location, please limit the answer to the system(s) in place for maintaining well files related to wells in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled during the years 1980-1987.

Exhibit 2
Page 16 of 50

**RESPONSE**:

Defendant objects to this request on the grounds that it is overly broad and unduly burdensome in that it is not limited to the alleged Gulf work sites and to the time frame in question related to this lawsuit.  Furthermore, Defendant objects to the extent that this request seeks information that is confidential and proprietary and to the extent this request is not limited to the time frame at issue in this lawsuit.

Subject to and without waiving the foregoing objections, Defendant states that yes, it has a document retention policy and the effective date of the latest version is November 13, 2013.

**INTERROGATORY NO. 2:** Did you ever maintain an agreement to exclusively utilize any Schlumberger entity's wireline services during the time frame from 1980-1987 for jobs in the Gulf of Mexico or the coastal waters of the Gulf Coast states?

**ANSWER**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease.  *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific

Exhibit 2
Page 17 of 50

drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 2:**  Regardless of whether it was exclusive, please produce all contracts, agreements, scopes of work, work orders, invoices, documents, and other tangible things relating to any work performed for you by any Schlumberger entity on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the

Exhibit 2
Page 18 of 50

grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible

Exhibit 2
Page 19 of 50

task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 3:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states and on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame), particularly including, but not limited to, those wells located in the Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal drilling areas. Note: this request specifically seeks, but is not limited to, information regarding the mud program for the well during the drilling process, prior to production.

<u>**RESPONSE**</u>:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively

Exhibit 2
Page 20 of 50

identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 4:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states, on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame) and which utilized the following mobile rigs and barges:

a.    SEDCO 471
b.    SEDCO 472
c.    BOOKER 950
d.    Penrod 63
e.    Penrod 67

Exhibit 2
Page 21 of 50

f.    Penrod 69
g.    Mariner 3
h.    Mariner 7
i.    Discovery 534
j.    Discovery Seven Seas
k.    Rowan Gorilla 3
l.    Diamond M
m.    Dolphin 8
n.    Transworld 60
o.    Sapata
p.    Shell Rig 11

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Defendant further objects on the grounds that this is a fishing expedition because none of the above identified drill rigs have been identified by Hsieh as having any relationship to Texaco. Due to Hsieh being unable to identify the drilling rig name and well names relating to Texaco, Defendant further objects to this request as premature. For example, Hsieh identifies the Diamond M in this request, however, this is a company and not the name of a drilling rig. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific

Exhibit 2
Page 22 of 50

drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 5:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Imco, a division of Halliburton, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

<u>**RESPONSE**</u>:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the

Exhibit 2
Page 23 of 50

grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible

Exhibit 2
Page 24 of 50

task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 6:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Magcobar, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a

Exhibit 2
Page 25 of 50

fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Gulf operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 7:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Baroid, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

<u>**RESPONSE**</u>:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the

Exhibit 2
Page 26 of 50

grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Gulf operated drilling rigs, Defendant is faced with the nearly impossible task

Exhibit 2
Page 27 of 50

of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 8:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Montello for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to

Exhibit 2
Page 28 of 50

lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO 9:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Drilling Specialties Company, for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the

Exhibit 2
Page 29 of 50

grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible

Exhibit 2
Page 30 of 50

task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**INTERROGATORY NO. 3:**  When and how did Defendant first learn that inhalation of asbestos fibers can lead to the development of each of the following asbestos-related diseases:

a.     asbestosis,
b.     mesothelioma,
c.     lung cancer.

**RESPONSE**:

Subject to the General Objections asserted above, Defendant states that it appears that Texaco Inc. was aware by 1949 that recommendations for asbestos concentrations in the air were in existence and there was alleged to be a connection between prolonged, heavy asbestos exposure and certain lung problems; however, no lung dysfunction was known at the levels of exposure present during work performed at the Premise at Issue by worker(s) situated such as David Hsieh in this case.  In the mid-1960's, Texaco Inc. became aware that Dr. Selikoff published reports proposing a relationship between asbestos exposure under certain, specified circumstances and effects to the health of construction insulators.  By 1970, Texaco Inc. was aware of publications which attributed (in part), to asbestos the condition termed mesothelioma in some workers.

**REQUEST FOR PRODUCTION NO. 10:** Please produce all documents and tangible things that indicate the time and/or manner in which Defendant learned inhalation of asbestos fibers by humans can lead to the development of the following asbestos-related diseases:

a.     asbestosis,
b.     mesothelioma
c.     lung cancer.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, to the extent documents exists, defendant will make those documents available to inspect and copy to the extent they are not

Exhibit 2
Page 31 of 50

otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**INTERROGATORY NO. 4:** Please identify all trade organizations, trade associations, and any other groups to which Defendant belonged in which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published before 1980. This list should include (but is not limited to) any membership in the American Hygiene Foundation, Industrial Hygiene Foundation, Chemical Manufacturer's Association (or its predecessor, the MCA), American Chemical Council, American Petroleum Institute, Texas Chemical Council, National Safety Council, American National Standards Institute (ANSI), Asbestos Information Association, Industrial Medical Association, American Society of Mechanical Engineers; American Society for Testing and Materials, Chlorine Institute, American Industrial Hygiene Association, National Insulation Manufacturers Association, Asbestos Textile Institute, Society of Automotive Engineers, Society of Petroleum Engineers, ACGIH, American Occupational Medicine Association, American Public Health Association, Friction Materials Standards Institute, Brake Lining Manufacturer's Association, American Medical Association, NIOSH and any state safety organizations.

**ANSWER:**

Subject to the General Objections asserted above, Defendant states that it did not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations. After reasonable investigation, Defendant states the following:

The records of Defendant reflects membership in several of the associations listed above. To the best of Texaco Inc.'s knowledge, the company had been a corporate member of the American Petroleum Institute (API) since approximately 1949. Texaco Inc. was a member of all thirteen of API's General Committees. Defendant has no records readily available to it that would reflect membership in API committees during the time period referenced in this case. The general committees in which this Defendant has been a participating member are: Communications, Expiration and Production, Federal Regulations; Finance and Accounting and Information System; Health Environment and Safety; Law; Marine Transportation; Marketing; Pipelines; Refining; State Relations; Statistics and Taxation.

Defendant Texaco Inc. was also a member of the Chemical Manufacturers Assn/American Chemistry Council from 1962 to 1987. Texaco Inc. was also a member of the National Safety Council, although continuity of dates of membership is currently unknown. Defendant will supplement as further information is ascertained.

Additionally, various medical directors, industrial hygienists, plant managers and health and safety managers of Defendant's facilities have been members of the following organizations:

American Industrial Hygiene Association
Gulf Coast Section of the American Industrial Hygiene Association and

Exhibit 2
Page 32 of 50

The American Academy of Occupational Medicine.

The exact years of membership are currently unknown.

Defendant cannot verify that each organization disseminated information concerning asbestos. Defendant is unable to specify the name of each individual who may have attended meetings, however, generally, industrial hygienists have attended meetings related to industrial hygiene organizations and medical doctors have attended meetings of medical organizations.

**REQUEST FOR PRODUCTION NO. 11:** Please produce all documents and tangible things containing any information Defendant received before 1987, relating to the hazards of asbestos, sulphur, or nuisance dust in general that was discussed, disseminated, or in any way published by any organization, association, or group listed in Defendant's response to the Interrogatory immediately above, or by any other trade organization or group.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as it relates to "the hazards of … nuisance dust in general" in that such inquiry is overly broad, vague. Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, Defendant states that it does not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations.  To the extent documents exist, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**INTERROGATORY NO. 5:**  Please identify each of Defendant's employees, former employees, or representatives who attended any proceeding, symposium, or conference of a scientific, medical, or technical nature, before 1987, during which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published (e.g., the effects of human or nonhuman exposure to asbestos, populations at risk, etc.). A response to this Interrogatory should include any attendance at the Seventh Saranac Symposium in 1952, the Proceedings of the New York Academy of Sciences in October of 1964, any meetings held by the Exxon Corporation in Houston, Texas, or meetings of any organization listed in Defendant's response to Interrogatory No. 2. For each person identified in the response to this Interrogatory, please also list the proceeding, symposium, or conference the person attended; provide the date and location of the proceeding, symposium, or conference; provide the identity of the person within Defendant's organization who received or was designated to receive the attending person's

Exhibit 2
Page 33 of 50

report of the information gathered at such proceeding, symposium, or conference; and describe the manner in which such reports were made.

**ANSWER:**

In addition to the General Objections asserted above, Defendant objects to this interrogatory as it relates to "the hazards of … nuisance dust in general" in that such inquiry is overly broad, vague. Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, Defendant states that it does not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level or from which it might have received published information. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations

**REQUEST FOR PRODUCTION NO. 12:** Please produce all documents and tangible things related to any meeting, attended by any of Defendant's employees, former employees, or representatives, that indicate any discussion, consideration, or information regarding asbestos or nuisance dust in general. This Request for Production specifically seeks, but is not limited to, meeting agendas, minutes, notes or memoranda from any proceeding, symposium or conference listed in Defendant's Response to the preceding Interrogatory, as well as from safety committees, purchasing committees or other groups within Defendant's organization generated before 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to the request to the extent it seeks "information regarding … nuisance dust in general" in that such request is overly broad, vague.  Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, Defendant states that it does not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations.

Defendant is unable to identify each seminar, symposium, conference or other gathering that any officer, agent or representative of Defendant may have attended concerning the subject of asbestos.

Exhibit 2
Page 34 of 50

To the extent documents exist, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**INTERROGATORY NO. 6:** Please describe Defendant's medical, safety, and/or industrial hygiene programs from the Defendant's inception through 1987. Specifically, please describe when Defendant first established each of its medical departments, safety departments, and/or industrial hygiene department; the name or designation of each department; and each person associated with the department, including, but not limited to, the director, manager, physician, nurse, medical personnel, safety engineer, industrial hygienist, safety personnel, and other employees in such department who were employed by Defendant or contracted with Defendant at any time. The answer to this interrogatory should include both corporate level programs and those programs in place at the Premise at Issue.

**ANSWER:**

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit. Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, Defendant identifies the following persons who may have had responsibility at the corporate and or facility level:

Defendant lists the following physicians who worked for Defendant

The corporate medical directors for Texaco Inc. included Dr. Melvin Newquist (deceased) for the time period 1941 through 1959. Dr. Curtis H. Baylor (deceased) for the time period 1959 through 1974. Dr. Harold Hyder (deceased) was the medical director from 1974 through 1975. Dr. Eugene R. Stanton (deceased) was the medical director from 1975 through 1986.

Retired employees of Defendant should be contacted only through counsel of record for Defendant.

**REQUEST FOR PRODUCTION NO. 13:** Please produce all documents and tangible things relating to Defendant's establishment of the medical, safety, and/or industrial hygiene departments noted in Defendant's response to the Interrogatory immediately above. This Request for Production specifically seeks, but is not limited to, any policies, procedures or guidelines given to each such department by Defendant's management, and any programs, testing, or other actions taken by each such department regarding the hazards of asbestos, silica, or nuisance dust in general.

Exhibit 2
Page 35 of 50

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, if Plaintiff will identify any work sites and alleged dates and location on Defendant's premise(s) where he allegedly worked, Defendant will be better able to search its records to determine whether it has information responsive to this request.  If responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 14:** Please produce all documents and tangible things, received or obtained by Defendant before 1987, that indicate that inhaled asbestos fibers can be hazardous to human or non-human health. This Request for Production specifically seeks, but is not limited to all responsive books, articles, reports, pamphlets and manufacturer's instructions.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to the request as it relates to "inhaled asbestos fibers can be hazardous to human or non-human health" as vague and irrelevant and does not relate to Plaintiff's claims in this case.  Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 15:** Please produce all documents and tangible things relating to the inventories of all Defendant's libraries, research repositories, or other archives that contain magazines, journals, books, publications or other documents related to asbestos, pneumoconiosis, or any other dust-related disease (including, but not limited to, the effects of exposure to asbestos, industrial hygiene measures relating to asbestos dust, and medical information or research relating to asbestos or its effects on animals or humans, populations at risk, etc.).  This Request for Production specifically seeks, but is not limited to all card catalogs, indices, holding lists, databases, other record management systems, and subscription lists for periodicals such as Journal of the American Medical Association, Industrial Medicine, Journal of Industrial

Exhibit 2
Page 36 of 50

Hygiene and Toxicology, National Safety News, Industrial Hygiene Foundation Digest, and Public Health Reports of the United States.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or any Texaco work sites.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**REQUEST FOR PRODUCTION NO. 16:** Please produce all documents and tangible things containing information concerning the hazards of asbestos or nuisance dust in general that Defendant published, distributed, or disseminated at any time prior to 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request to the extent it inquires about "the hazards of…nuisance dust in general" as that inquiry is vague and overly broad and without limitation as to time.  Defendant further objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 17:** Please produce all documents and tangible things relating to communications between Defendant and any of its worker's compensation insurance carriers or any other insurance companies, at any time prior to 1987, regarding asbestos-containing products, the hazards of asbestos, or hazards of nuisance dust in general and any asbestos-related studies, analyses or testing conducted by any insurance carriers, which were provided to Defendant.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career. Further, this request seeks confidential information because the request as phrased could include documents which violate the personal privacy privilege of Defendant's employees

Exhibit 2
Page 37 of 50

by requesting confidential workers' compensation files about individuals whose medical condition is not at issue in this case.

Subject to and without waiving the foregoing objections, Defendant is unaware of such documents related to the allegations in the instant action.

**REQUEST FOR PRODUCTION NO. 18:** Please produce copies of all affidavits, depositions, and trial transcripts of Defendant's employees, former employees, or representatives taken in any matter involving an alleged injury or claimed property damage from asbestos or asbestos related products where the injury at issue occurred, even in part, prior to 1987. This specifically includes, but is not limited to, those pertaining to cases involving allegations of asbestos exposure through drilling mud additives.

RESPONSE:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or any Texaco work sites. Furthermore, Defendant objects this request on the grounds that it is premature in that Hsieh has failed to identify any specific Texaco site he worked on during his work career.

**REQUEST FOR PRODUCTION NO. 19:** Please produce all documents and tangible things that indicate Defendant's participation in, or funding of, any research regarding the health effects of asbestos exposure.

RESPONSE:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit. Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objection, Defendant states that if responsive documents are located, it will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 20:** Please produce all reports, writings (whether published or unpublished) and other documents and tangible things that were written, created, reviewed, and/or edited by any expert Defendant plans to call at trial, and that pertain, in any way, to the hazards of asbestos. Plaintiff will accept a list in lieu of the actual publications.

Exhibit 2
Page 38 of 50

**RESPONSE**:

Defendant objects to the request as it relates to "the hazards of asbestos" in that such inquiry is overly broad and vague.  Further, Defendant objects to this request in that it is premature. Defendant has not yet determined what persons may be used as expert witnesses. Defendant will produce any such writings created for this case as these reports or writings are finalized.

**REQUEST FOR PRODUCTION NO. 21:** Please produce all documents and tangible things Defendant's counsel provided to any of Defendant's expert or fact witnesses as a result of the filing of this case and/or which any expert of fact witness may rely upon in this case. To the extent this request inadvertently seeks information provided to consulting-only experts, Plaintiff seeks only the documents, not the identity, of said expert(s).

**RESPONSE**:

Defendant objects because this request seeks information concerning experts greater than that permitted by Rules 194 and 195 of the Federal Rules of Civil Procedure.

Subject to and without waiving the foregoing objection, experts have not been finalized at this time.  Defendant reserves the right to supplement this response.

**REQUEST FOR PRODUCTION NO. 22:** Please produce all documents and tangible things relating to air monitoring, industrial hygiene evaluations, dust level counts or measurements, destructive testing of any asbestos-containing products, and any other asbestos-related environmental testing or monitoring conducted during drilling operations prior to 1987. This Request for Production specifically includes, but is not limited to: all documents and tangible things relating to any of Defendant's actions taken or decisions made as a result of any such testing or monitoring.

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objection, if Plaintiff identifies a specific Texaco site he worked on during his career, Defendant will be in a position to search it records and at such times, Defendant states that if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 23:** Please produce all documents and tangible things (including, but not limited to: photographs, videos, or other depictions) showing any safety precautions taken to protect persons from the hazards of asbestos, nuisance dust in general, during

Exhibit 2
Page 39 of 50

drilling operations prior to 1987, including, but not limited to: containment areas, warning signs, safety handbooks, videos or slide presentations, protective clothing, ventilation, engineering controls, and respiratory protection.

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objection, if Plaintiff identifies a specific Texaco site he worked on during his career, Defendant will be in a position to search it records and at such times, Defendant states that if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 24:** Please produce all documents and tangible things related to safety meetings conducted during offshore drilling operations with contractors such as Schlumberger at any time before 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or Plaintiff's employer.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**INTERROGATORY NO. 7:** Please identify and describe any program or procedure Defendant instigated for ceasing use, abating, removing, or encapsulating asbestos and/or asbestos-containing products or otherwise instigating an effort to reduce fiber release during offshore drilling operations.  This specifically includes, but is not limited to, any program or procedure to eliminate the use of asbestos drilling mud additives.

**ANSWER:**

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**REQUEST FOR PRODUCTION NO. 25:** Please produce all documents and tangible things relating to each item identified in the immediately preceding interrogatory to the extent they have not already been produced in response to previous Requests for Production.

Exhibit 2
Page 40 of 50

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**INTERROGATORY NO. 8:**  Please identify each person by title and, if possible, name employed by Defendant whose duties and responsibilities during the relevant time period included communicating with Schlumberger wireline engineers such as Mr. Hsieh, working in the Gulf of Mexico and the coastal waters of the Gulf coast states between 1980 and 1987 regarding any of the following matters:

a.      distributing work assignments;

b.      instructing wireline engineers regarding safety measures;

c.      distributing work and safety equipment at the; and

d.      monitoring safety during drilling operations.

**ANSWER:**

In addition to the General Objections asserted above, Defendant objects to this interrogatory as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this interrogatory on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease.

Exhibit 2
Page 41 of 50

*Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This interrogatory is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 26:** Please produce all documents and tangible things relating to any communications between Defendant and Mr. Hsieh regarding any of the matters noted in the Interrogatory immediately above.

<u>**RESPONSE**</u>:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs,

Exhibit 2
Page 42 of 50

well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would

Exhibit 2
Page 43 of 50

require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that it is not aware of any such documents.

**REQUEST FOR PRODUCTION NO. 27:** To the extent they have not already been provided, please produce all safety manuals, guidelines, policies, rules, regulations, procedures, memoranda, or other documents and tangible things distributed by Defendant regarding asbestos to any person working in offshore drilling operations prior to 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to

Exhibit 2
Page 44 of 50

lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 28:** Please produce all documents and tangible things relating to cost-risk analyses, cost-benefit analyses, or any other study, analysis, report, or document generated or obtained by Defendant before 1987, that discusses the cost of abating, removing, replacing, or encapsulating asbestos or implementing any safeguards or engineering controls designed to protect persons from the hazards of asbestos. This is specifically directed at, but not limited to, documents pertaining to the use of asbestos containing drilling muds.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to

Exhibit 2
Page 45 of 50

Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease.  *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and

Exhibit 2
Page 46 of 50

pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Gulf operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 29:** Please produce all documents and tangible things relating to Defendant's consideration of alternatives to the use of asbestos-containing drilling muds before 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a

Exhibit 2
Page 47 of 50

fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 30:** Please produce any and all indemnity and insuring agreements under which any person may be liable to satisfy part or all of a judgment rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Exhibit 2
Page 48 of 50

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co*., 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this

Exhibit 2
Page 49 of 50

request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 31:** Please produce all written statements of any person with knowledge of relevant facts, including any written statement signed or otherwise adopted or approved in writing by the person making it and any stenographic, mechanical, or electrical or other type of recording of a witness's oral statement, or any substantially verbatim transcription of such a recording. This request does not include notes taken by a lawyer or their agent during a conversation with a witness.

**<u>RESPONSE</u>**:

Defendant states that it is not aware of any statement except the deposition testimony of Plaintiff.

Exhibit 2
Page 50 of 50

**waterskraus**

April 21, 2021

**VIA EMAIL** vthompson@strongpipkin.com
Vickie R. Thompson
Strong Pipkin Bissell & Ledyard, L.L.P.
1400 San Jacinto Building
595 Orleans Street
Beaumont, Texas 77701-3255

Re:    *David Hsieh v. Apache Deepwater LLC et al.*, United District
Court for the Middle District of Louisiana, Cause No.
3:19-cv-0048-BAJ – JCW

Dear Vickie,

Thank you for your client Texaco Inc.'s ("Texaco") Responses and Objections
to Plaintiff's Requests for Admission, Interrogatories, and Requests for
Production to all Premise Defendants (a.k.a. producing company).  I have now
had an opportunity to review your client's responses and believe there are
multiple areas, which require supplementation.

**Boilerplate Objections**

First, your client has lodged a series of generalized objections in the
"Preliminary Statement and Objections" at the outset of its discovery responses
as well as in response to each and every Answer and Response thereafter, with
the exception of Requests for Production Nos. 21 and 31.  As we have discussed
in previous matters, such boilerplate objections make it impossible for me to
determine if your client has responsive information, which it is withholding
subject to its objections, or simply does not have any information or documents
responsive to a particular inquiry.

Rules 33(b)(3) and 34(b)(2)(c) of the Federal Rules of Civil Procedure
("FRCP") expressly instruct that a party is to respond to interrogatories and
requests for production to the extent the inquiry is not objectionable.  As one
district has noted, such objections are frankly "meaningless and constitute a
waste of time for opposing counsel and the court. . ."  *See Rosalez Funez et al.
v. E.M.S.P., LLC et al.*, No. 16-1922, 2016 WL 5337981, at *2-3 (E.D. La.
2016) (citing the Western District of Louisiana's evaluation of boilerplate
objections in *Weems v. Hodentt*, 2011 WL 3100554, at *1 (W.D. La. July 25,

Exhibit 3
Page 1 of 4

2011)). Surely, not every word of every discovery request propounded on Texaco is objectionable.

These repeated objections are further compounded by what is, essentially, an excerpt from a motion for summary judgment that follows the objections. As I hope I have sufficiently demonstrated in previous cases against your firm, I am well-familiar with the burden of proof for product identification and, by extension, causation in toxic tort cases – particularly asbestos. Inserting extensive legalese regarding this burden is unnecessary and unproductive.

To that end, however, Plaintiff has offered three days of deposition testimony. During the course of that deposition, Mr. Hsieh testified regarding, *inter alia*, his specific job duties at Schlumberger; the dates he performed those duties; how those duties exposed him to drilling mud additives; the vessels he worked aboard; key areas of the Gulf of Mexico in which he worked (i.e. Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal); his "jump points;" and the maximum distance he would have traveled into the Gulf of Mexico therefrom (i.e. two hours via helicopter and twelve hours via boat). Plainly put, to suggest that Mr. Hsieh is engaging in a "fishing expedition" and requesting Defendant "produce nearly unlimited categories of information" is inaccurate.

It is well-established that oil and gas companies such as Texaco keep copious and largely confidential well records. Plaintiff has crafted specific interrogatories and requests for production, limited to the dates at issue, the well type at issue and, of course, limited to those on which Schlumberger worked. It is not grounds for objection that the answers to these inquiries generate significant volumes of information. To the contrary, the volume of information is simply proportional to the extensive work David Hsieh performed for your client among others as a wireline engineer.

It is notable, however, that several of these inquiries do not require any information regarding Mr. Hsieh's work sites to provide an answer. For example, your client has lodged a lengthy objection to Request for Admission No. 1, which simply requests that your client admit or deny that it utilized Schlumberger as a wireline service during the relevant time frame and in the relevant drilling region – there is absolutely no element of this request for admission regarding Mr. Hsieh. Yet your client has objected. To point out the obvious, had your client simply denied this request, then Plaintiff would know that Texaco may not be properly in this case.

Exhibit 3
Page 2 of 4

Comparable issues – in other words an objection based on a lack of information as to Plaintiff's work history where none is necessary to answer – also plague the following interrogatories and requests for production:

Interrogatories:  1, 2, 7, 8,
Requests for Production:  2, 3, 4, 5, 6, 7, 8, 9, 22, 23, 24, 25, 27, 28, 29, 30

Therefore, please remove these boiler plate objections to the extent they are unnecessary and produce all non-privileged responsive information. Presuming Texaco intends to maintain some of these objections, please notify Plaintiff such that we may either amend the inquiry or seek a ruling by the Court on the propriety of the objection.  This request pertains to both your client's General Objections as well as every Request for Admission, Request for Production, and Interrogatory, except Requests for Production Nos. 21 and 31.

## Privilege Log

Second, in the Preliminary Statement and Objections, Texaco has objected to Plaintiff's discovery on whole to the extent it seeks information that is privileged or protected by the work product doctrine.  To that end, please provide a full privilege log of all materials withheld subject to these objections.

## Confidentiality Agreement

Third, in General Objection No. 4, your client has objected to producing materials to the extent they involve the disclosure of "trade secrets, proprietary information, and other confidential information . . ."  To date, however, your client has declined to propose a confidentiality agreement – an issue I expressly raised in the Rule 26(f) conference with Counsel as well as the Rule 26(f) conference with the Court.

Therefore, please remove this objection and provide a proposed Confidentiality Agreement.

## Document Storage Facility

Fourth, throughout Texaco's answers and responses to the "state of the art" questions, Defendant has referenced its willingness to make responsive documents available from its document storage facility.  There are several key questions I would like to address before arranging such an inspection:

Exhibit 3
Page 3 of 4

- Are these repository documents scanned electronically? If so, given the unprecedented COVID-19 pandemic, these documents should be produced electronically versus simply "made available."

- How are these documents organized? I am aware that the Chevron entities, of which I understand Texaco to now be one, have historically maintained a general asbestos repository, which contains documents compiled for litigation purposes. If this is the production that Texaco is referencing in these answers and responses, this is a deficient production. Kept for litigation does not equate to kept in the ordinary course of business and there is no indication in Texaco's responses that they have been organized by request as the FRCP contemplates.

Please provide the foregoing information within the next 72 hours, as well as an indication of whether the documents are indexed, so that Plaintiff may determine how to proceed with this inspection.

<u>**Summation**</u>

As always, Plaintiff would prefer to come to a mutually agreeable resolution regarding the foregoing issues. Candidly, however, I am concerned regarding our ability to do so given the breadth of your client's objections and the dearth of information your client has provided to date. Therefore, please let me know your availability to discuss these issues telephonically this week so that we may come to an understanding regarding your client's concerns. I am generally available after 11:00 a.m. each day.

Thank you for your prompt attention to these matters and I hope you and your family are well as we (hopefully) pull out of the COVID-19 pandemic.

Sincerely,

_____

Susannah B. Chester-Schindler

Exhibit 3
Page 4 of 4

1                    UNITED STATES DISTRICT COURT
2                    MIDDLE DISTRICT OF LOUISIANA
3      DAVID HSIEH,
4                         Plaintiff,
5      -vs-                              NO.
                                         3:19-CV-00408-BAJ-JW
6
       APACHE DEEPWATER, LLC, et al.,
7
                         Defendants.
8      _____/
9
10       19th JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE
11                       STATE OF LOUISIANA
12
       DAVID HSIEH,
13
                         Plaintiff,
14
       -vs-                              NO. 670885
15
       APACHE DEEPWATERS, LLC, et al.,    DIVISION 25
16
                         Defendants.
17     _____/
18
19
20       VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID HSIEH
21                Volume I - Pages 1 through 207
22
23          Taken before NICOLETTE SMITH, CSR, RPR
24                      CSR No. 11275
25                      July 15, 2020

                                                    Page 1

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 1 of 255

```
1                       I N D E X
2                                                    PAGE
3     EXAMINATION BY MS. CHESTER-SCHINDLER              9
4     EXAMINATION BY MR. MOIR                          142
5
6
7                    E X H I B I T S
8     PLAINTIFF'S
                                                     PAGE
9
      Exhibit 1        Diagram entitled "The Process   44
10                     of Drilling a Hole" (Not
                       attached)
11
      Exhibit 2        Diagram entitled "Open Hole     57
12                     Logging" (Not attached)
13    Exhibit 3        Diagram entitled "Rig Layout     61
                       Top View" (Not attached)
14
      Exhibit 4        Diagram entitled "Side View"     63
15                     (Not attached)
16    DEFENDANT'S
17
      Exhibit 1        Stanford Progress Notes dated   166
18                     4/21/20
19    Exhibit 2        Stanford Progress Notes dated   179
                       6/8/2020
20
      Exhibit 3        Stanford Progress Notes dated   188
21                     7/10/18
22    Exhibit 4        MyHealth email message from     199
                       Analisa Vargas to David Hsieh
23
      Exhibit 5        MyHealth email message from     201
24                     David Hsieh to Dr. Yeung
25
                                              Page 2
```

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 2 of 255

```
 1      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID HSIEH

 2

 3          BE IT REMEMBERED, that pursuant to Notice and on

 4      this 15th day of July, 2020, commencing at the hour of

 5      9:52 a.m., via videoconference, before me, NICOLETTE

 6      SMITH, RPR, CSR No. 11275, a Certified Shorthand

 7      Reporter, licensed by the State of California, appeared

 8      DAVID HSIEH, produced as a witness in said action, and

 9      being by me first duly sworn pursuant to stipulation, was

10      thereupon examined as a witness in said cause.

11

12      (All parties appeared via Zoom)

13                      ---oOo---

14      APPEARANCES:

15      Appearing on behalf of the Plaintiff (Superior Court and
        Federal Court):

16
                        SUSANNAH B. CHESTER-SCHINDLER

17                      Waters Kraus & Paul
                        3141 Hood Street, Suite 700

18                      Dallas, TX 75219
                        (214) 357-6244

19                      schester@waterskraus.com

20
        Appearing on behalf of the Defendant Chevron Phillips

21      Chemical Company LP (Federal Court):

22                      ALEX COSCULLUELA
                        Adams and Reese LLP

23                      1221 McKinney Street, Suite 4400
                        Houston, TX 77010

24                      (713) 352-5151
                        alex.cosculluela@arlaw.com

25

                                                 Page 3
```

Exhibit 4
Page 3 of 255

```
 1    Appearing on behalf of the Defendant ConocoPhillips
      Company (Federal Court):
 2
                         TYSON SHOFSTAHL
 3                       Adams and Reese LLP
                         701 Poydras Street
 4                       New Orleans, LA 70139
                         (502) 581-3234
 5                       tyson.shofstahl@arlaw.com
 6
      Appearing on behalf of the Defendant Murphy Exploration &
 7    Production Company - USA (Federal Court):
 8                       ROBERT S. EMMETT
                         Baker, Donelson, Bearman, Caldwell &
 9                         Berkowitz, PC
                         201 St. Charles Avenue, Suite 3600
10                       New Orleans, LA 70170
                         (504) 566-5261
11                       remmett@bakerdonelson.com
12
      Appearing on behalf of the Defendant Exxon Mobil
13    Corporation; ExxonMobil Oil Corporation (Federal Court):
14                       JOHN ALLAIN VIATOR
                         Bienvenu, Bonnecaze, Foco, Viator &
15                         Holinga, APLLC
                         4210 Bluebonnet Boulevard
16                       Baton Rouge, LA 70809
                         (225) 388-5600
17                       john.viator@bblawla.com
18
                         PATRICK R. FOLLETTE
19                       Chehardy|Sherman|Williams
                         One Galleria Boulevard, Suite 1100
20                       Metairie, LA 70001
                         (504) 833-5600
21                       patrick@thetrialteam.com
22
23
24
25
                                                    Page 4
```

```
 1   Appearing on behalf of the Defendant Schlumberger
     (Superior Court):
 2
                      PETER MOIR
 3                    Forman Watkins & Krutz LLC
                      201 St. Charles Avenue, Suite 2100
 4                    New Orleans, LA 70170
                      (601) 690-8600
 5                    peter.moir@formanwatkins.com
 6
     Appearing on behalf of the Defendant Apache Deepwater,
 7   LLC (Federal Court):
 8                    WILLIAM L. SCHUETTE
                      Jones Walker LLP
 9                    445 North Boulevard, Suite 800
                      Baton Rouge, LA 7802
10                    (225) 248-2067
                      wschuette@joneswalker.com
11
12   Appearing on behalf of the Defendant Badger Oil
     Corporation (Federal Court):
13
                      BRIAN LINDSEY
14                    Kean|Miller LLP
                      2020 West Pinhook Road, Suite 303
15                    Lafayette, LA 70508
                      (337) 235-2232
16                    brian.lindsey@keanmiller.com
17
     Appearing on behalf of the Defendant ENSCO (Federal
18   Court:
19                    MICHAEL MCGLONE
                      Kean|Miller LLP
20                    99 Poydras Street, Suite 3600
                      New Orleans, LA 70112
21                    (504) 585-3059
                      mike.mcglone@keanmiller.com
22
23
24
25
```

Page 5

Exhibit 4
Page 5 of 255

```
 1    Appearing on behalf of the Defendants Shell Oil Company;
      NuStar Pipeline (Federal Court):
 2
                         JAY JALENAK
 3                       Kean|Miller LLP
                         400 Convention Street, Suite 700
 4                       Baton Rouge, LA 70802-5628
                         (225) 382-3438
 5                       jay.jalenak@keanmiller.com
 6
      Appearing on behalf of the Defendant BP Corporation North
 7    America Inc.; BP Products North America Inc.; BP America
      Inc. (Federal Court):
 8
                         RICHARD M. CRUMP
 9                       Maron Marvel Bradley Anderson & Tardy
                         P.O. Box 22803
10                       Jackson, MS 39225-2803
                         (601) 969-4272
11                       rcrump@maronmarvel.com
12
      Appearing on behalf of the Defendant Cypress Energy
13    Corporation (Federal Court):
14                       RODGER "RORY" G. GREEN, JR.
                         Ottinger|Hebert
15                       1313 West Pinhook Road
                         Lafayette, LA 70503
16                       (337) 232-2606
                         rggreen@ohllc.com
17
18    Appearing on behalf of the Defendant Sunbelt Energy, Ltd.
      (Federal Court):
19
                         RODGER "RORY" G. GREEN, JR.
20                       Ottinger|Hebert
                         1313 West Pinhook Road
21                       Lafayette, LA 70503
                         (337) 232-2606
22                       rggreen@ohllc.com
23
24
25
                                                     Page 6
```

Exhibit 4
Page 6 of 255

```
1    Appearing on behalf of the Defendants Union Carbide
     Corporation; Montello (Federal Court):
2
                       ERNEST G. FOUNDAS
3                      Pugh Accardo Attorneys at Law
                       1100 Poydras Street, Suite 3200
4                      New Orleans, LA 70163
                       (504) 799-4500
5                      efoundas@pugh-law.com
6
     Appearing on behalf of the Defendant Chevron U.S.A., Inc.
7    (Federal Court):
8                      JOHN W. BRIDGER
                       Strong Pipkin Bissell & Ledyard, L.L.P.
9                      Two River Way, Suite 1020
                       Houston, TX 77056
10                     (713) 210-4380
                       jbridger@strongpipkin.com
11
12   Appearing on behalf of the Defendant Baker Hughes
     Oilfield Operations, LLC; Baker Hughes, a GE Company, LLC
13   (Federal Court):
14                     ROBERT E. WILLIAMS, IV
                       Sulzer & Williams, L.L.C.
15                     201 Holiday Boulevard, Suite 335
                       Covington, LA 70433
16                     (985) 898-0608
                       rwilliams@sulzerandwilliams.com
17
18   ALSO PRESENT:  Dustin Brown, Videographer
                    Angela Callier, Adams and Reese LLP
19                  Jennifer Bradford, Forman Watkins & Krutz
20
21
22
23
24
25
                                              Page 7
```

Exhibit 4
Page 7 of 255

```
 1            THE VIDEOGRAPHER:  Good morning.  We are

 2   on record at 9:51 a.m. on -- excuse me.  It is

 3   July 15th, 2020.  This is the video-recorded

 4   deposition of David Hsieh.

 5            My name is Dustin Brown, here with our        09:52

 6   court reporter, Nicolette Smith.  This deposition

 7   is being recorded using Zoom technology, and all

 8   participants are attending remotely.  The caption

 9   of this case is "Hsieh vs. Apache Deepwaters, LLC,

10   et al."                                                09:52

11            Please note that audio and video recording

12   will take place unless all parties agree to go off

13   the record.  It is agreed that appearances will be

14   emailed in.

15            And we can swear in the witness.              11:47

16                    DAVID HSIEH,

17               sworn as a witness,

18                testified as follows:

19       MS. CHESTER-SCHINDLER:  Before we proceed

20   with direct examination, the parties would like to    09:53

21   put several stipulations on the record.

22            First and foremost, we are reserving all

23   objections except to the form of the question,

24   leading, and responsiveness.  And there's no need

25   to state the basis for the objection, appreciating    09:53
```

<div align="right">Page 8</div>

Exhibit 4
Page 8 of 255

1    that we are in federal court and state court.

2           Second of all, because we are taking this

3    remotely, via Zoom, the parties have agreed that if

4    an objection comes in after the answer, then it

5    will still be acknowledged and considered by the          09:53

6    court.

7           Then last -- or excuse me -- next is, one

8    objection is good for all.

9           And finally, there is no need for the

10   objecting party to identify themselves for the           09:53

11   record.  It will simply be, for purposes of the

12   defendants, "Defendant:  Objection."

13          Does anyone else have any additional

14   stipulations they would like to put on the record

15   at this time?                                             09:54

16          All right.  Hearing none, then we can

17   proceed.

18   EXAMINATION BY MS. CHESTER-SCHINDLER:

19       Q.  All right.  Good morning, sir.  Can you

20   please introduce yourself to the ladies and            09:54

21   gentlemen of the jury.

22       A.  Yes.  Good morning.  My name is David

23   Hsieh.

24       Q.  Mr. Hsieh, are you currently suffering

25   from any health issues?                                   09:54

                                                        Page 9

1        A.  I'm currently under treatment for lung

2     adenocarcinoma and mesothelioma in the pleura of my

3     right lung, as well as renal-cell carcinoma.

4        Q.  Do you have an understanding of what type

5     of illnesses adenocarcinoma, mesothelioma, and          09:54

6     renal-cell carcinoma are?  Are they types of

7     cancer?

8        A.  Yes.  They're all malignant cancer, none

9     of them -- none of which were metastasized.  And

10    they all originated in that organ.  I was diagnosed     09:55

11    with the lung and the mesothelioma at the same time

12    back in early 2018.  So yes, they're all cancers.

13       Q.  Have you had an opportunity to discuss

14    your cancer diagnoses with your doctors?

15       A.  The initial diagnosis, the doctor couldn't      09:55

16    quite figure out what triggered everything, because

17    I'm a nonsmoker, never smoked, and he just -- he

18    didn't have a -- I would say a clue as to how I got

19    it.  But after the pathology test, he only

20    mentioned the fact that mesothelioma is caused by       09:55

21    exposure to asbestos.  And that's all I can

22    remember.

23       Q.  Mr. Hsieh, then what I'd like to do today

24    is walk through your personal and your professional

25    history to try to identify those times when you may     09:56

                                                Page 10

Exhibit 4
Page 10 of 255

```
1    have been exposed to asbestos.  So let's start at
2    the very beginning, sir.  What is your date of
3    birth?
4         A.  I was born on September 9th, 1957.
5         Q.  Where were you born?                        09:56
6         A.  I was born in Taipei, Taiwan.
7         Q.  What was your mother's name?
8         A.  Her name is -- was Mae Kuo, K-u-o, Hsieh.
9         Q.  Did your mother work outside the home or
10   in the home when you were growing up?               09:56
11        A.  When I was growing up, my mother did not
12   work outside the home.
13        Q.  To your knowledge, were you ever exposed
14   to asbestos through your mother in any way?
15        A.  No.                                         09:57
16        Q.  What is your father's name?
17        A.  George Jy, J-y, Hsieh.
18        Q.  What did your father do for a living?
19        A.  He was -- he worked for the government of
20   Taiwan.  He was a civil servant all his career.     09:57
21        Q.  Prior to -- do you recall -- excuse me.
22            What -- you said he was a civil servant.
23   What types of organizations within the government
24   did he work in?
25        A.  From my -- from what I can remember, he     09:57
```

Page 11

Exhibit 4
Page 11 of 255

```
1    worked for -- he first worked at the railroad
2    bureau of Taiwan.  Then he worked for the overseas
3    Chinese Affairs Administration of the Taiwan
4    government, the Republic of China.  Later, he
5    became -- he worked for the Ministry of Foreign      09:58
6    Affairs for Taiwan.  Meaning he was a -- he was in
7    the foreign service until he -- until his death.
8         Q.  And so essentially he was a diplomat?
9         A.  Yes, he was.  He was a diplomat
10   representing Taiwan.                                  09:58
11        Q.  Did your father ever work in any
12   industrial or military branch of the government?
13        A.  He did not.
14        Q.  To your knowledge, have you ever been
15   exposed to asbestos through your father?             09:58
16        A.  No.
17        Q.  Do you have any siblings?
18        A.  I have a sister.
19        Q.  And what is your sister's name?
20        A.  Her name was -- is Linda Edgar.  She's      09:58
21   married to someone with the last name Edgar.
22        Q.  How -- is Linda older than you, or is she
23   younger?
24        A.  She is two years younger than I.
25        Q.  Did you ever work with your sister either   09:58
```

                                              Page 12

Exhibit 4
Page 12 of 255

```
 1     while you two were living at home together or later
 2     in life?
 3         A.  Well, I actually -- we worked the same
 4     time in a restaurant, where I was a waiter and she
 5     was the hostess together, in Atlanta, Georgia.        09:59
 6         Q.  And we'll discuss your professional
 7     history in more detail in a little while, including
 8     your waiter history.  But to your knowledge, were
 9     you ever exposed to asbestos through your sister?
10         A.  No.                                           09:59
11         Q.  Mr. Hsieh, we've discussed your family,
12     and I would now like to discuss your family homes
13     and the schools that you attended growing up.  You
14     mentioned you were born in Taipei.  Where is the
15     earliest childhood home that you recall?             09:59
16         A.  From what my relatives told me, I was
17     born -- the home that I was born -- well, not what
18     I'm born in but that I was first born was a small
19     wooden house -- it was a Japanese wooden house in
20     the district of Shilin in northern Taipei.  That's   10:00
21     all I can remember.
22         Q.  Do you have any recollection of how that
23     Japanese-style house was constructed?
24         A.  I have no memories of the home at all.  I
25     was told it was a wooden house in that               10:00
```

Page 13

Exhibit 4
Page 13 of 255

1    neighborhood.

2        Q.  Appreciating that you were very young and

3    your memory is limited, can you estimate how long

4    you lived in the Japanese-style wooden home?

5        A.  I believe it was -- I was still probably        10:00

6    two years old or something before there was a big

7    flood in Taipei, where we were flooded out and we

8    had to move and take shelter at my mother's

9    sister's home, one of her sisters' home.

10       Q.  Approximately how old were you when you        10:01

11   had to go to your mother's sister, or your aunt?

12       A.  My guess would be from age two to -- two

13   or three to maybe four or -- four maybe.

14       Q.  So sometime between approximately 1960 and

15   1961?                                                   10:01

16       A.  That's about right.

17       Q.  Okay.  During the three-year time frame

18   that you were living in the home, to the extent you

19   can remember -- again, the Japanese-style home --

20   do you ever recall any form of construction being      10:01

21   performed on it, to the extent you have a memory?

22       A.  I do remember rice fields outside our

23   house, because I have vivid memories of geese in

24   the field because I was bitten by a goose when I

25   was little.                                             10:02

                                              Page 14

Exhibit 4
Page 14 of 255

1     Q.   They're very mean.   You have to watch out

2   for them.

3     A.   That's what I remember of my childhood at

4   that home.   Obviously, I was told later that's

5   where I was when the goose bit me.   But that's all     10:02

6   I can remember of my early childhood.

7     Q.   So, fair to say you don't have any

8   knowledge personally of being exposed to asbestos

9   from that home, correct?

10     A.   That's correct.                                  10:02

11     Q.   Did you attend any type of preschool

12   before the age of three?

13     A.   There was no preschool in Taiwan at that

14   time.   No, I did not.

15     Q.   Where did you live after the flood and      10:02

16   you -- after leaving your aunt's house?

17     A.   Apparently, we -- I do not remember

18   anything about staying at the aunt's home except,

19   you know, being told by my parents later about my

20   interactions with my cousins.   But I do remember     10:02

21   that we lived nearby, near our -- my aunt, very

22   close walking distance, where I attended the first

23   year of kindergarten, which is a three-year program

24   in Taiwan.

25     Q.   Do you recall what the home that you were     10:03

Page 15

Exhibit 4
Page 15 of 255

1    living in was constructed of?

2        A.  I do not remember everything in it.  Only

3    thing I can remember about the place I lived was

4    that it had a small yard, and all I can remember is

5    eating edamame under a tree with my sister during        10:03

6    some time.

7        Q.  So, fair to say that you don't have any

8    personal knowledge of being exposed to asbestos

9    from that home, fair?

10       A.  Correct.  That's correct.                        10:03

11       Q.  You mentioned that there is a three-year

12   program for kindergarten in Taipei -- or Taiwan.

13   Do you recall -- do you have any memory of the

14   first kindergarten that you attended while you were

15   living in the home near your aunt?                       10:04

16       A.  I -- the only reason I can remember that I

17   was actually attending that kindergarten was

18   because we later transferred to another one.  And

19   the three-year program is divided into the lower

20   class, the middle class, and upper class, and            10:04

21   obviously, up until you're -- you turn six.  So no,

22   I have no recollection of the class or even where

23   the school was.  It had to be very close to where

24   we were living.

25       Q.  So it would be fair to say that you don't        10:04

Page 16

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 16 of 255

1    have any memory of any major form of construction

2    or way that you would have been exposed to asbestos

3    from that school?

4        A.   That's correct.

5        Q.   Where did you live next after moving from        10:04

6    the home where your -- near your aunt?

7        A.   Apparently, my father was -- he joined the

8    foreign -- Overseas Chinese Affairs Administration

9    of the Taiwanese government, and he was assigned

10   government housing in Taipei, so we moved from        10:05

11   Beitou, which is a suburb in the northern

12   part -- northern district of Taipei, into the city.

13   My -- and I attended the middle class of

14   kindergarten, which would have been when I will be

15   four, I think.        10:05

16       Q.   So would this have been approximately 1961

17   or 1962 when you moved?

18       A.   Precisely.

19       Q.   Do you recall anything about how the home

20   that you moved to was constructed?        10:05

21       A.   I can only remember it was a row of low --

22   meaning just single-story building that's all

23   connected, like what you would call a row house.

24   But these are one-story homes that all have cement

25   walls on the outside, along the lane -- of the        10:06

                                              Page 17

Exhibit 4
Page 17 of 255

```
 1    little lane that links the big street, and they
 2    were all cemented, and a small front yard, like an
 3    L-shape, and then go into the major -- the rooms
 4    where we actually lived in.
 5         I -- that's all I -- all the -- that's the      10:06
 6    only thing about a construction of the house that
 7    we lived in that I can remember.
 8         Q.  During the time frame that you were living
 9    in this row house that was made of cement, do you
10    recall any type of construction being performed on    10:06
11    the house?
12         A.  No, I do not.
13         Q.  Do you have any reason to believe that you
14    may have been exposed to asbestos while living in
15    that home?                                            10:07
16         A.  No, I do not.
17         Q.  How long did you live in the row houses in
18    the city?
19         A.  I believe until 1964.  No.  After I -- we
20    moved out during my second-grade time, so that        10:07
21    would be the year that I turned seven.  So
22    '57 . . . '64, yes.
23         Q.  Did you attend, then, the remainder of
24    kindergarten and first grade while you were living
25    in the row house?                                     10:07
```

Page 18

Exhibit 4
Page 18 of 255

1          A.   Yes.   In Taipei, I finish up the two years

2     of kindergarten requirement over there in Taipei.

3          Q.   Were there -- was there any form of

4     construction at the school or schools you attended

5     for kindergarten and first grade?                    10:07

6          A.   No.   I do not believe.

7          Q.   To your knowledge, were you ever exposed

8     to asbestos while attending those schools?

9          A.   No.

10         Q.   Where did your family move in 1964 after   10:08

11    leaving the row house?

12         A.   My father was employed by the Ministry of

13    Foreign Affairs, and again, they have assigned

14    housing for all the family members of the

15    employees, and we moved back to Beitou near our --  10:08

16    where my aunt lived, you know, when we took shelter

17    during the flood.   So we moved to the housing

18    compound that belonged to the Ministry of Foreign

19    Affairs.

20         Q.   Can you describe, to the extent you        10:08

21    recall, how the housing compound was constructed.

22         A.   It was, if you will say, a gated

23    community.   Is -- it was a compound of apartment

24    blocks of ten apartments to each building.   There

25    were ten buildings and -- with gardens and          10:09

                                             Page 19

1    playgrounds and other meeting facilities that's all

2    walled in.  So we lived in an exclusive

3    neighborhood that is only for the diplomats for

4    Taiwan.

5        Q.  Do you recall what the exterior walls of        10:09

6    the homes and gardens looked like?

7        A.  They -- yes.  They were all brick, red

8    bricks.  The apartment buildings as well as the

9    wall were the same color, red bricks.

10       Q.  How long did you live in this -- the          10:09

11   red-brick location?

12       A.  I actually lived there two different

13   times.  The first time was when my father first

14   joined the foreign service, from, I said, '64 until

15   '67.  We later moved there again, upon return to      10:10

16   Taiwan after his first assignment, in '70 to '73.

17       Q.  Okay.  And we'll talk about that second

18   time momentarily.

19           During the first time you were living

20   there, from roughly 1964 until 1967, do you ever      10:10

21   recall any construction being performed at the

22   compound?

23       A.  No.

24       Q.  To your knowledge, were you ever exposed

25   to asbestos during the time you were living in the    10:10

                                                    Page 20

Exhibit 4
Page 20 of 255

1    compound, again, from roughly 1964 to 1967?

2        A.  No.

3        Q.  Where did you attend school during that

4    time frame?

5        A.  In the first year that I moved there, my        10:10

6    mother followed everybody's example and put me in a

7    local private school nearby, because most of the

8    colleagues of my father's children -- no -- the

9    children of the colleagues went to that school.  It

10    was an elite private school.        10:11

11            So I went to the school called Wei Ge,

12    W-e-i G-e.  That school is still there today.  It

13    is still one of the best schools in Taiwan.  But I

14    did go there when it was just a private elementary

15    orphanage -- school.        10:11

16        Q.  And what grades did you go through at Wei

17    Ge?

18        A.  I was at Wei Ge for second grade and third

19    grade.

20        Q.  During the time frame when you were        10:11

21    attending Wei Ge, do you recall any construction

22    being performed on the school?

23        A.  No.

24        Q.  Do you have any reason to believe that you

25    were exposed to asbestos while attending Wei Ge for        10:11

                                                    Page 21

Exhibit 4
Page 21 of 255

1    second and third grade?

2        A.  No.

3        Q.  Now, you seemed to indicate that your mom

4    followed the group initially.  Did you attend any

5    other elementary schools other than Wei Ge during      10:12

6    the time frame you were living in the compound?

7        A.  At the end of grade three, my mother

8    complained that it was very costly to send me to

9    school, and she said, "A school is a school.

10   Public schools are just as good."  So she enrolled     10:12

11   me at the Beitou municipal elementary school away

12   from the rest of my friends.  So I attended grade

13   four after the summer of -- after the summer of

14   grade three.

15       Q.  During the time frame that you were            10:12

16   attending the Beitou municipal school, do you

17   recall any construction being performed at the

18   school?

19       A.  No.

20       Q.  Do you have any reason to believe you were     10:12

21   exposed to asbestos while attending the Beitou

22   municipal school?

23       A.  No.

24       Q.  You mentioned that your father got his

25   first assignment shortly after, in 1967.  Where did    10:13

Page 22

Exhibit 4
Page 22 of 255

1    you move at that time?

2        A.  He was assigned to -- at that time, called

3    the Chinese embassy in Manila, Philippines.  So our

4    whole family moved to Manila in 1967.

5        Q.  Where in Manila did your family live?        10:13

6        A.  We lived in an apartment building right

7    behind the embassy -- not the new embassy -- just

8    one street over, in Manila.  The district was

9    called Malate, M-a-l-a-t-e.

10       Q.  How long did you live in the apartment in    10:13

11   the Malate district?

12       A.  We were in Manila for three years.  Till

13   1970.

14       Q.  All right.  During that three years from

15   1967 to 1970, approximately, do you recall any       10:14

16   construction being performed on your family's

17   apartment?

18       A.  No.

19       Q.  To your knowledge, were you ever exposed

20   to asbestos while living in Manila?                  10:14

21       A.  No.

22       Q.  Where did you attend school while you were

23   living in Manila?

24       A.  When we first moved to the Philippines,

25   because the education in Chinese was important and   10:14

                                          Page 23

1    there were Chinese schools available for the

2    overseas Chinese population, so my parents enrolled

3    me into the Chinese school called Paco, P-a-c-o,

4    Paco Chinese School.

5           The system in the Philippines at that time    10:14

6    were just half-day schools, so we were able to

7    attend the school -- the English classes, which is

8    English only, at Paco in the morning.  And after

9    lunchtime, we would be in all Chinese lessons for

10   the afternoon.  So the first school we went to was    10:15

11   Paco Chinese School.

12        Q.  What grades did you attend Paco Chinese

13   School?

14        A.  I was -- when I first got to the

15   Philippines, because I spoke no English, for the    10:15

16   morning, my sister and I were in grade one, just to

17   be able to learn English, while in the afternoon, I

18   go to fifth grade because my Chinese was superior

19   than most of the overseas Chinese there.  So I was

20   supposed to be fifth grade anyway.  So grade one in    10:15

21   the morning, fifth grade in the afternoon.

22        Q.  Did you attend any other schools while you

23   were living in Manila?

24        A.  Yes.  Within a couple months, my mother

25   realized that even though I was supposedly learning    10:16

                                              Page 24

Exhibit 4
Page 24 of 255

```
1    English at Paco, all our classmates were Chinese,

2    they're overseas Chinese, born and raised in the

3    Philippines.  And they were obviously very

4    interested in us because we spoke very good Chinese

5    and we spoke the local dialect, which is very          10:16

6    similar to the dialect in Taiwan.

7          And so they all loved to converse with us

8    in Mandarin or in the Taiwanese dialect and

9    disrupting us, and she felt that we were learning

10   no English.  And --                                    10:16

11      Q.  So in other words, you were speaking

12   Chinese and not English in your English class?

13      A.  We were immersed in the Chinese

14   environment, yes.  So she said, "No.  This is not

15   working.  You have to go to a local school just to     10:16

16   learn English."  So she changed our morning routine

17   to the Malate Catholic School, which is right --

18   walking distance from where our apartment is.  So

19   in the morning, I would go to Malate Chinese

20   School -- Malate Catholic School; in the afternoon,    10:17

21   go to Paco Chinese School still.

22      Q.  During the time frame you were attending

23   Malate Catholic School and Paco Chinese School, was

24   there any form of construction performed in either?

25      A.  No.  There was none.                            10:17
```

Page 25

1      Q.   To your knowledge, were you ever exposed

2   to asbestos while attending either of those

3   schools?

4      A.   No.

5      Q.   Where did you attend middle school?          10:17

6      A.   After I finished sixth grade at Paco

7   Chinese School, I stopped going to Malate.  I

8   finished only fourth grade, you know, having my

9   English good enough to finish grade four.  We -- I

10  was enrolled into a school in the Philippines,     10:18

11  called Xavier School.  X-a-v-i-e-r.  It was a -- it

12  was a private school as well, a Catholic private

13  school.  That was starting grade seven.

14     Q.   Do you recall any form of construction

15  occurring at the Xavier Middle School?             10:18

16     A.   No.

17     Q.   To your knowledge, were you ever exposed

18  to asbestos while attending Xavier Middle School?

19     A.   No.

20     Q.   You indicated that you lived with your      10:18

21  family in Manila until 1970.  Where did you move

22  after that?

23     A.   My father was reassigned back home, to

24  Taiwan, so we moved back in 1970, back to the same

25  housing compound that I described a little earlier,  10:18

Page 26

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 26 of 255

1    where we moved to in 1964.

2        Q.  How long did you live in the compound the

3    second time?

4        A.  The second time, for three years, from '70

5    to '73.                                                    10:19

6        Q.  Do you recall any construction being

7    performed at the compound the second time that you

8    lived there?

9        A.  No.

10       Q.  Do you have any reason to believe you may      10:19

11   have been exposed to asbestos while living at the

12   compound the second time?

13       A.  No.

14       Q.  I'm sorry.  I didn't hear you, David.

15       A.  "No."  I did not.                               10:19

16       Q.  Thank you.

17           Where did you attend school when you

18   returned to the housing compound the second time

19   with your family?

20       A.  I was already in middle school, so I went      10:19

21   to the public school, the Beitou Middle School in

22   town.

23       Q.  What grades did you complete at Beitou

24   Middle School?

25       A.  It would have been the equivalent of grade     10:19

                                                   Page 27

Exhibit 4
Page 27 of 255

1    eight and nine.

2         Q.   And where did you attend tenth grade?

3         A.   After the middle school, the natural

4    progression in Taiwan is to go to what we call

5    senior high school.  So that would be the high                    10:19

6    school, which is three years.  And so for tenth

7    grade, I was in the Chien Kuo Municipal Senior High

8    School.  Chien Kuo is -- it's pronounced "Chien

9    Kuo," but it's spelled -- because the school still

10   exists today -- spelled C-h-i-e-n K-u-o.                          10:20

11        Q.   Do you recall any construction being

12   performed at Beitou or the Chien Kuo school while

13   you were attending there?

14        A.   No.

15        Q.   To your knowledge, were you ever exposed            10:20

16   to asbestos while attending Beitou or Chien Kuo?

17        A.   No.

18        Q.   You indicated that your family lived in

19   the compound until 1973.  Where did you move that

20   year?                                                            10:20

21        A.   After -- in the summer of '73, my father

22   was assigned to the consulate general in Atlanta,

23   Georgia.  It was a new consulate to be opened, and

24   he was the consul, the second-in-command.  So we

25   moved to the United States in '73.                               10:21

                                              Page 28

Exhibit 4
Page 28 of 255

1    Q.  Where did you live when you moved to

2    Atlanta?

3    A.  When we first moved there, we had

4    temporarily -- we were temporarily staying in a

5    high-rise apartment, downtown Atlanta, on West    10:21

6    Peachtree Street, I believe.

7    Q.  Do you recall any construction being

8    performed in the high-rise on Peachtree Street?

9    A.  No.

10    Q.  To your knowledge, were you ever exposed    10:21

11    to asbestos while living in that apartment?

12    A.  No.

13    Q.  Where did your family move after you left

14    the high-rise on Peachtree Street?

15    A.  We got a single-family home in Chamblee,    10:21

16    Georgia, which is northeast -- northeastern part of

17    Atlanta, shortly after we got to Atlanta.  So we

18    moved to Chamblee, moved to the ranch home --

19    ranch-style home in Chamblee.

20    Q.  Do you recall how the ranch-style home in    10:22

21    Chamblee was connect -- was constructed?

22    A.  Well, it's a single-family home, a ranch,

23    and I think it was a wooden -- I mean, a brick

24    veneer.  Just a ranch-style home.  Was one single

25    story with crawl space underneath.  That's all.    10:22

Page 29

1    Q.  Do you recall any construction being

2  performed while you were living in that ranch-style

3  home?

4    A.  No.

5    Q.  To your knowledge, were you ever exposed    10:22

6  to asbestos from living in that ranch-style home?

7    A.  No.

8    Q.  Where did you attend high school in

9  Atlanta?

10    A.  I went to Chamblee High School.    10:22

11    Q.  Do you recall any construction being

12  performed at Chamblee?

13    A.  No.

14    Q.  To your knowledge, were you ever exposed

15  to asbestos while attending Chamblee High School?    10:22

16    A.  No.

17    Q.  What year did you graduate from high

18  school?

19    A.  1975.

20    Q.  Once you graduated, did you continue your    10:23

21  education or did you go straight into the

22  workforce?

23    A.  After high school, I was accepted at

24  Georgia Institute of Technology.  You know, we call

25  it Georgia Tech.    10:23

Page 30

Exhibit 4
Page 30 of 255

1        Q.   What was your major at Georgia Tech?

2        A.   I ended up graduating with a degree in

3   engineering.  Electrical engineering.  Sorry.  So I

4   had a bachelor's of science of electrical

5   engineering.                                        10:23

6        Q.   What year did you graduate?

7        A.   1979.

8        Q.   During the time frame you were attending

9   Georgia Tech, do you recall any construction being

10  performed at the school?                            10:23

11       A.   No.

12       Q.   To your knowledge, would you have been

13  exposed to asbestos while attending Georgia Tech?

14       A.   No.

15       Q.   Mr. Hsieh, have we now identified all of  10:23

16  your family homes and schools?

17       A.   Yes.

18       Q.   Am I correct, then, that to your

19  knowledge, you were never exposed to asbestos from

20  any of your family homes or the schools you          10:24

21  attended?

22       A.   Yes.

23       Q.   Mr. Hsieh, I want to discuss your

24  professional history now, your work history.

25       A.   Okay.                                      10:24

                                                Page 31

Exhibit 4
Page 31 of 255

1    Q.   What was your very first job?

2    A.   Very first job I got paid for was being a

3    busboy at the restaurant down on the bottom of the

4    apartment buildings that we lived temporarily in

5    Atlanta.  You know, the big high-rise.  There was a    10:24

6    small -- a little restaurant on the bottom -- on

7    the ground floor, and I was -- I worked there as a

8    busboy.

9    Q.   Do you recall the name of the restaurant?

10    A.   Yes.  It's called Trader Eng's, E n-g,    10:24

11    apostrophe, "s."

12    Q.   Do you have any reason to believe you may

13    have been exposed to asbestos while working as a

14    busboy at Trader Eng's?

15    A.   No.    10:25

16    Q.   What was your next job after working as a

17    busboy there?

18    A.   After we moved out of the apartment and

19    into the house in Chamblee, I got a job at the

20    local McDonald's in Chamblee.    10:25

21    Q.   How'd that turn out for you?

22    A.   I spent -- I worked a total of two days at

23    McDonald's.  I didn't last very long.

24    Q.   Okay.  And where did you go to work next

25    after you left McDonald's?    10:25

Page 32

Exhibit 4
Page 32 of 255

1      A.  I joined a -- I went to work for a -- for

2    the Peking Restaurant, which just opened up in

3    Atlanta, as a busboy, right after McDonald's.

4      Q.  And is that restaurant, the Peking

5    Restaurant, where you worked with your sister?      10:26

6      A.  That's correct.

7      Q.  To your knowledge, were you ever exposed

8    to asbestos while working as a busboy and

9    ultimately waiter at McDonald's or the Peking

10   Restaurant?                                         10:26

11     A.  No.

12     Q.  Did you have any other jobs before you

13   graduated from high school or college?

14     A.  Actually, I did.  I was -- in the summer

15   of '74, after working at the Peking for over a year  10:26

16   as a busboy on weekends because I was going to

17   school, high school, I was -- I had an opportunity

18   to work for the Southwestern Publishing Company,

19   who assigned me to New Orleans to work as a

20   door-to-door salesman for their books.              10:26

21     Q.  How long did you work for Southwestern

22   Publishing selling books down in Louisiana?

23     A.  I was assigned to go to New Orleans, and I

24   was -- I spent the whole summer down in New Orleans

25   in '74.                                             10:27

Page 33

1        Q.   And were you a successful book salesman?

2        A.   I was pretty bad.  I was -- I did not make

3    a single sale.

4        Q.   All right.  When you were at least trying

5    to sell books, did you ever have an occasion to          10:27

6    sell books on the Westbank?

7        A.   I believe so, because I was -- we rented

8    an apartment, in a group of us, the whole team.  We

9    stayed in Harahan, Louisiana, very close to Huey P.

10   Long Bridge, and I know that we had driven -- we         10:27

11   would drive across the Mississippi to the Westbank,

12   looking for what we'd call, quote/unquote, proper

13   neighborhoods that might find potential clients to

14   buy our books.

15       Q.   Mr. Hsieh, I will represent to you, that        10:28

16   in some neighborhoods, there were driveways and a

17   few streets that were made of asbestos scrap, which

18   can appear, at times, similar to white gravel.  Can

19   you describe the streets and driveways in the areas

20   of the Westbank where you worked.                        10:28

21       A.   All I can remember is that we went to pick

22   nice-looking neighborhoods, similar to where I was

23   staying in Atlanta.  So they would have been all

24   paved driveways, you know, con- -- not concrete --

25   on concrete-paved driveways.  I don't recall these       10:28

                                              Page 34

Exhibit 4
Page 34 of 255

1    gravel type of driveways, because that's what I had

2    in Louisiana.  So no, I don't believe that I ever

3    saw any type of those driveways.

4        Q.  To your knowledge, then, were you exposed

5    to asbestos at all while working as a book          10:28

6    salesman?

7        A.  No.

8        Q.  Mr. Hsieh, you explained that other than

9    this brief, if not unsuccessful, stint as a book

10   salesman, you worked primarily at the Peking        10:29

11   Restaurant through college.  Where did you work

12   after graduating from Georgia Tech?

13       A.  After graduation, I joined a company

14   called the Atlantic Power Systems.  Straight out of

15   school.  Within a month --                          10:29

16       Q.  What line -- oh.  I'm sorry.  Go ahead.

17       A.  I'm sorry.  Within a month after

18   graduation, I joined the Atlantic Power Systems.

19       Q.  What line of business was Atlantic Power

20   Systems in?                                         10:29

21       A.  Atlantic Power Systems provide emergency

22   power generation systems for hospitals, airports,

23   for emergency power.

24       Q.  How long did you work at Atlantic Power

25   Systems?                                            10:29

Page 35

Exhibit 4
Page 35 of 255

1        A.  I was there until late November, early

2   December of '75.  So less than six months.

3        Q.  I'm sorry, sir.  Did you say '75 or '79?

4        A.  I'm sorry.  It is '79.  After I graduated.

5   Correct.  Sorry.  Yes.                          10:30

6        Q.  Not a problem.  Just want to make sure we

7   get our years straight.

8        A.  Okay.

9        Q.  What were your job -- well, first of all,

10  what's your job title when you started at Atlantic   10:30

11  Power Systems?

12       A.  I -- being the engineer from Georgia Tech

13  and their first engineer, I was obviously first --

14  you know, just the title was -- job title was

15  engineer.  But my sales manager, my boss, decided    10:30

16  that because I'm the only degreed engineer at

17  Atlantic Power Systems, he said that I am the chief

18  engineer.  So my business card said chief engineer

19  for Atlantic Power Systems.

20       Q.  The one, the only, and the chief, huh?       10:30

21       A.  That's right.

22       Q.  All right.  What were your job duties as

23  chief engineer at Atlantic Power Systems?

24       A.  I would attend trade shows to meet

25  potential customers.  But we do a lot of cold calls  10:31

                                         Page 36

1    from the office, to potential contractors that are

2    engaged in projects to build hospitals and

3    airports, to see if they have a need or a

4    specification in their plan to have emergency

5    power.  And we would try to sell them our          10:31

6    concept -- our system, you know, for emergency

7    power and talk about our merits.  And if we get a

8    bite, we -- I was to go visit and explain what our

9    systems can do.

10       Q.  You made a reference to your office.  Did    10:31

11   you ever actually work in any manufacturing plants

12   while you employed -- were employed with Atlantic

13   Power Systems?

14       A.  No.

15       Q.  Did you ever perform any work on the        10:31

16   equipment the company was selling?

17       A.  No.

18       Q.  To your knowledge, were you ever exposed

19   to asbestos while working as chief engineer at

20   Atlantic Power Systems?                             10:32

21       A.  No.

22       Q.  Where did you begin working in the end of

23   1979 when you left that company?

24       A.  I resigned from Atlantic Power Systems

25   because I got a job offer from Schlumberger down in  10:32

                                          Page 37

Exhibit 4
Page 37 of 255

```
 1    Louisiana.  So I was to start work on January 7th,

 2    1980, in Larose, Louisiana.

 3          (The court reporter requested

 4    clarification.)

 5    BY MS. CHESTER-SCHINDLER:                          10:32

 6       Q.  Mr. Hsieh, how long did you work for

 7    Schlumberger?

 8       A.  I spent 24 years with Schlumberger.  I

 9    left in 2004.

10       Q.  What line of business was Schlumberger in?   10:33

11       A.  Schlumberger was in the business of

12    finding oil and gas for the oil companies.  They

13    invented a series of technologies to allow the oil

14    companies to identify potential oil- or

15    hydrocarbon-bearing zones down below, so to prevent   10:33

16    the blowouts that -- you know, in order to identify

17    oil, Schlumberger was able to identify potential

18    pay zones while they're drilling a hole.  So I was

19    there --

20       Q.  So -- oh.  I'm sorry, sir.                  10:33

21       A.  I'm sorry.

22          So for Schlumberger, they're in the

23    business of helping oil companies identify

24    potential pay zones which could be monetized by the

25    company if they further develop it.                10:34
```

                                                    Page 38

Exhibit 4
Page 38 of 255

1      Q.  Can you identify some of the oil companies

2   that you worked with early in your career with

3   Schlumberger.

4      A.  I was working out of Larose offshore,

5   which we served all the oil companies that were        10:34

6   drilling wells in offshore Gulf of Mexico that

7   loaded out of Grand Isle, Fourchon, and sometimes

8   Venice.  In that vicinity.  So offshore Louisiana.

9   And it covered all the oil companies that were

10   operating during the '80s.                             10:34

11      Q.  Can you list some of them for us?

12      A.  Of course.  Gulf Oil, Exxon, Conoco.  Even

13   BP.  And some other, smaller companies.  Tenneco,

14   CNG, Phillips.  There was just -- just all the oil

15   companies that you can think about today.  Texaco.     10:35

16   And of course after the -- all the reorganization,

17   you know, some names have changed.  But whoever had

18   a hole to drill in the Gulf of Mexico, I had -- I

19   was on.

20      Q.  All right.  Did you ever perform any work,     10:35

21   then, for Shell?

22      A.  Yes.  Shell as well.

23         DEFENSE COUNSEL:  Object to form.

24   BY MS. CHESTER-SCHINDLER:

25      Q.  Did you ever perform any work for Mobil?       10:35

Page 39

Exhibit 4
Page 39 of 255

1          A.   Mobil Oil?  Yes.  I had actually been on

2     rigs where Mobil was the operator.

3               DEFENSE COUNSEL:  Object to form.

4     BY MS. CHESTER-SCHINDLER:

5          Q.   Sir, you said earlier that you were          10:35

6     assigned to the Larose offshore district and made

7     some reference to the points where you would leave

8     Venice, I believe you said, Fourchon, and a few

9     others.  When you say "offshore," where generally

10    were you working?                                       10:36

11         A.   Larose offshore, as the word indicates, it

12    only serves customers that's in offshore

13    environment.  So we always have to either fly out

14    or take a boat to the rig, which is an offshore

15    drilling rig, and we perform the same duties as if     10:36

16    we were on land and drive a logging truck to the

17    location.  So we cover all the offshore rigs in the

18    area, near the loading docks where we would

19    service.

20         Q.   Mr. Hsieh, for those members of the jury      10:36

21    who haven't had the opportunity to work in the

22    oil and gas industry, I'd like to take a moment to

23    orient them on the basic drilling process.  In

24    laymen's terms, can you explain for us the basic

25    process of drilling a hole offshore, using a            10:37

                                                   Page 40

Exhibit 4
Page 40 of 255

1    diagram if necessary.

2        A.   Of course.  I have made some sketches that

3    I would be glad to go over with you.

4        Q.   Sure.  Why don't we take a moment to

5    refocus on those sketches.                          10:37

6        A.   Okay.  I was --

7        Q.   I will say, sir, just at least for those

8    on the Zoom, you may need to move the easel just a

9    little bit closer.

10       A.   Okay.                                       10:37

11       Q.   If possible.

12       A.   Is this --

13       Q.   Or the computer, alternatively.

14       A.   Is this better?

15       Q.   Maybe just a tad closer.  But that is       10:37

16   getting better.

17       A.   Okay.  This is -- well, this covers the

18   entire page, so . . .

19       Q.   Okay.  All right.  Go ahead and explain

20   what you have prepared here for us today.            10:38

21       A.   Okay.  So the classic idea of drilling a

22   well to -- for hydrocarbon is that the oil company

23   and the geologists take some guess for potential

24   high-hydrocarbon-bearing zones, and they need to

25   drill a hole to produce the oil out because that's   10:38

                                        Page 41

```
 1    what makes the money.

 2            And the seafloor is just like land, where

 3    it's a sequence of deposition of different rocks.

 4    And the Gulf of Mexico typically is

 5    shale and sandstone and shale sequence.  So sand,    10:38

 6    shale, sand, shale sequence.

 7            And the classic example of oil-bearing

 8    zones are where the formation forms a dome.  And

 9    because the sandstone fluid's in there --

10    typically, in the sand -- sandstone, because         10:38

11    they're made of grains of sand, you will have

12    water.

13            And if you have organic deposits --

14    hydrocarbon is formed over millions of years, and

15    the gas will float to the top, and followed by oil,  10:39

16    and then, of course, it'd be water.  The reason it

17    stops here is because if it has shale rock above

18    it -- shale is impermeable.  It works as a seal.

19    And if they identify the formation down below, they

20    normally take a wild guess and say, "This is where   10:39

21    we need to drill."

22            In the old days, as everyone knows, people

23    drill on land and then they have a big blowout and

24    they get showered in this black oil and they hug

25    each other, because they say, "We're rich."  But     10:39
```

Page 42

Exhibit 4
Page 42 of 255

1    now, of course, offshore, you cannot have that,

2    because you can't recapture -- you can't collect

3    the oil and you will create an environmental

4    disaster.  So therefore, they first have to guess

5    where it might be.                              10:40

6            And the process of drilling a wildcat

7    well, exploration well, is they set up a drilling

8    rig and they drill down -- drill through the -- on

9    water -- this is the Gulf of Mexico -- water, and

10   then they will have a drilling rig on the water,   10:40

11   and it will drill into the seafloor and then

12   drill -- make hole with sections of 90-foot joints

13   of drilling pipes that's hollow in the middle.  And

14   these are all threaded, connected until it reach --

15   until it's long enough to reach the bottom.  And    10:40

16   many of the holes are over 10,000 feet in depth.

17           So you have lots of pipes going down with

18   a drill bit below, and mud or drilling fluid is

19   pumped down the middle.  Because as you cut the

20   rocks, you have broken pieces of rock, of cuttings,  10:40

21   and you have to wash it out.

22           So mud is pumped through the pipes,

23   through the drill bit, and it washes all the

24   cuttings to the surface.  And they will make a

25   hole, what we call open hole, meaning it's just a    10:41

Page 43

Exhibit 4
Page 43 of 255

1    open bore hole in -- through the rocks.

2          And this is the process of drilling for an

3    oil well.  And if they get lucky or they were smart

4    and guess in the right place, you will hit the gas

5    and the oil and, of course, the water-bearing          10:41

6    zones.  And then you -- we would help them figure

7    out how to produce them later.

8      Q.  Thank you, sir.  I appreciate that.  You

9    can go ahead and take a seat.

10     A.  Thank you.  I was seated.                          10:41

11     Q.  You were seated.  Okay.

12         MR. FOUNDAS:  Susie, this is Ernest.  I

13   just wanted to make sure we mark that drawing as an

14   exhibit.

15         MS. CHESTER-SCHINDLER:  Sure.  We can mark       10:42

16   that as Plaintiff's Exhibit No. 1.  And I

17   believe -- and David, you can correct me if I'm

18   wrong -- that is the diagram entitled "The Process

19   of Drilling a Hole"?

20         THE WITNESS:  Yes.  That's how I titled         10:42

21   it, yes.

22         MS. CHESTER-SCHINDLER:  So for the record,

23   Plaintiff's Exhibit No. 1 is Mr. Hsieh's diagram

24   of -- entitled "The Process of Drilling a Hole."

25         (Plaintiff's Exhibit No. 1 marked for           10:42

                                        Page 44

Exhibit 4
Page 44 of 255

```
 1              identification.)

 2   BY MS. CHESTER-SCHINDLER:

 3        Q.  Mr. Hsieh, what was your job title when

 4   you began working at Schlumberger?

 5        A.  When I first started, I was a JFE, which      10:42

 6   means junior field engineer.

 7        Q.  When you began your career with

 8   Schlumberger, did you undergo any form of training

 9   on how to perform your job as a JFE?

10        A.  Yes.  Schlumberger has a standardized        10:42

11   training program for all their field engineers.

12   And as JFE, you would start out with a ten-week

13   training -- learning-center training first, before

14   some on-the-job training later.  So I had to go

15   through a series of training with Schlumberger at     10:43

16   the beginning.

17        Q.  Where was this training conducted?

18        A.  From Larose, we were assembled in the

19   Belle Chasse Learning Center.  Belle Chasse is just

20   south of New Orleans.  So we started out our          10:43

21   training program at the Belle Chasse Learning

22   Center.

23        Q.  Can you describe for us what type of

24   training you received at Schlumberger's Belle

25   Chasse Learning Center.                               10:43
```

Page 45

1    A.  At Belle Chasse, it was for ten weeks.  It

2    was Monday through Fridays, in the morning, you

3    know, from eight to four or five, all classroom

4    settings, learning about the science and the

5    principles of measurement, of the technology of        10:44

6    Schlumberger and the design of the equipment that

7    Schlumberger invented so that we would be familiar

8    with the principles behind it and how it operated.

9         And then that will be obviously mixed with

10   some lab work, where actually we will have some        10:44

11   hands-on with the actual electronic equipment so we

12   understand from the description of textbook what it

13   really looks like.

14        On the weekends, after the five days of

15   class, we would be tasked to perform a logging job,    10:44

16   which is what all fuel engineers do.  Because you

17   make a log to give it to the oil companies, and

18   this is how Schlumberger makes money.  So on the

19   weekend, we would practice what we learned during

20   the week and try to operate and handle the             10:45

21   equipment all weekend long.

22    Q.  And is the process that you learned

23   commonly termed "open-hole logging"?

24    A.  During -- yes and no.  During the learning

25   center, we were taught of all the different tools      10:45

Page 46

Exhibit 4
Page 46 of 255

1    which applies to both open- and case-hole logging.

2    I said that I was in open-hole logging.  It was

3    strictly the discretion of the district manager to

4    assign me to open-hole or case-hole work.  But I

5    happened to work only in open-hole all my career.    10:45

6    But we learned all the basics of all the tools that

7    applied to both open- and case-hole logging.

8         Q.  I see.

9              So at the Belle Chasse Learning Center,

10   you learned how to do both open-hole logging and    10:46

11   case-hole logging, but when you were actually

12   performing your work for Schlumberger, you only did

13   open-hole logging, correct?

14        A.  That's correct.

15        Q.  Can you describe again in laymen's terms    10:46

16   what open-hole logging is, using a diagram if it

17   will assist you.

18        A.  Yeah.  I think that would be good.  Let me

19   go through --

20        Q.  All right.  Let's shift back here.    10:46

21        A.  Is this close enough?  Let me shift -- let

22   me get this -- sorry.

23              Is this okay?

24        Q.  Maybe just a hair closer, if you can get

25   it --    10:46

                                        Page 47

Exhibit 4
Page 47 of 255

1      A.   All right.

2      Q.   -- before you start your description.

3  Okay?

4      A.   All right.  I explained about -- I'm

5  talking about open-hole logging because that's what      10:46

6  I did when I was working in Larose.

7           I mentioned about drilling a hole earlier.

8  I think I did -- on the diagram, I did show, but I

9  didn't explain it.  The gas and the oil are

10  underground, under pressure, a potentially extreme      10:47

11  pressure.  That's why in the movie the Deepwater

12  Horizon and everybody in Louisiana and Texas is

13  aware back in 20- -- 2010 the Deepwater Horizon

14  that was drilled -- that was done by BP had the

15  big, major blowout, because all the pressure from      10:47

16  the well escaped and shot out to the Gulf of

17  Mexico.

18           So open-hole is after you finish

19  drilling -- you know, I mentioned about drilling

20  mud that's down there.  The mud is                      10:47

21  heavier-than-water fluid.  That is designed to

22  present a pressurized column of pressure to contain

23  the pressure from the formation which is pushing

24  out, so -- because this is just pure rock, this is

25  open-faced rock.                                        10:48

                                          Page 48

Exhibit 4
Page 48 of 255

```
1              And the mud is there to help prevent any

2      kind of blowout.  And you want to balance it.

3      Because if it's too heavy, too much pressure, it

4      could damage the rock and cause a collapse.  So

5      mud -- the mud program is designed to maintain the      10:48

6      stability of the hole, the shape of the hole, and

7      then the pressure.

8              So this is what we call open-hole, because

9      only in open-hole can you actually safely -- not --

10     clearly measure -- identify the hydrocarbon-bearing     10:48

11     zone.

12             Schlumberger invented a lot of instruments

13     that is designed and housed in a cylindrical shape

14     so that our logging unit up here on the rig floor

15     would -- through two pulleys and a drum of cable        10:48

16     with seven conductors, you know, seven electrical

17     wires that's connected to this equipment where we

18     can operate and retrieve the data on the surface

19     computer downhole.

20             And depending on what the company -- the        10:49

21     oil company wants, we take different measurements.

22     Some send out electrical current, some send out

23     mechanical energy like sound.  You know, we measure

24     how fast sound travels through the rock.  And, you

25     know, the measurements are sent through the mud         10:49
```

Page 49

1    medium into the rock, and then we would have

2    sensors to measure back.

3        And we will also send radiation from the

4    tool.  The radiation will go into the rock and then

5    comes back in a weaker form of radiation, and we          10:49

6    would measure that.  Or we actually take physical

7    samples through tools that either shore -- shoot

8    core bullets to take a physical rock sample, or a

9    probe, like a needle, that's inserted into the rock

10   and take pressure readings or fluid samples and           10:50

11   retrieve them so that we can confirm the type of --

12   types of hydrocarbon in the hole.

13       So the Schlumberger open-hole logging is

14   to operate these machines in a -- in -- while the

15   hole is still open and so we can do all these            10:50

16   measurements after they finish drilling.

17       Q.  Thank you, sir.

18       And is the process of using one of those

19   types of equipment -- for example, the mechanical

20   or the sonar -- is that called "making a run"?          10:50

21       A.  The tools are designed to take all these

22   measurements.  Some can be combined together.

23       So our first run of the tools back then

24   was the electrical log and the sound -- the sonic

25   tool, the sound tool.  So we would run the first         10:51

                                           Page 50

Exhibit 4
Page 50 of 255

```
1    one with electrical and mechanical sound, and then

2    after that, we would run the radiation tools.  And

3    there are two different radiation tools that we run

4    together.

5         When we finish with that, there's another        10:51

6    electrical measurement tool that we run.  And then

7    typically after the three runs, we would run a

8    fourth run to take samples.  Could be core samples;

9    it could be fluid samples, like I mentioned.

10   Sometimes core and fluids are needed.  It will be     10:51

11   separately.  It will be five runs, it could be six

12   runs.  Depending on the order of the oil company,

13   it could be multiple runs.

14        Q.   Thank you.

15             Returning briefly to your training.          10:51

16   During the course of your training at Belle Chasse,

17   did you receive any that was specifically focused

18   on safety?

19        A.   Yes.  Most certainly.  Schlumberger --

20   we -- at Schlumberger, we work in very hazardous       10:52

21   environment, you know, with heavy machineries

22   around us, moving equipment.  And our own

23   equipment -- which I mentioned a little earlier,

24   that those tools are easily two to three hundred

25   pounds that takes two men to handle.                   10:52
```

                                        Page 51

Exhibit 4
Page 51 of 255

```
 1            So the first issues that we have -- the

 2       first safety concern that we have is called

 3       "lifting, stepping, and handling" training, because

 4       they teach us how to properly lift heavy equipment

 5       in order not to damage your spine, your back, and        10:52

 6       then how to step, you know, over obstacles and how

 7       to handle them while you're having a heavy load.

 8       That's one of the first basic safety training that

 9       they emphasize.

10            And because I mentioned that there's              10:53

11       radiation that we deal with for the second run, we

12       have to go through very strict radiation training

13       and pass the NRC test, which is the Nuclear

14       Regulatory Commission test.  For all nuclear

15       industry workers, we have to take the same test and     10:53

16       pass before we can go on with our career.  So we

17       all have to be trained on radiation safety, on the

18       principles of exposure or how to minimize harm from

19       radiation.

20            And then I mentioned about a core bullet.          10:53

21       It's done with explosives, so we have to learn

22       about handling -- how to handle explosives and how

23       to make sure that the working environment is safe

24       from unwanted explosion.

25            Those are the major safety hazards.                10:54
```

Page 52

Exhibit 4
Page 52 of 255

```
 1            And having said all this, because we work
 2    offshore, obviously we have to learn about offshore
 3    survival, meaning that in a case of a blowout like
 4    the movie -- and I don't know if everyone has seen
 5    the Deepwater Horizon -- but being able to be          10:54
 6    willing to jump off the rig, you know, from a
 7    hundred feet above and then still survive in the
 8    water, swimming away from a fire and debris.
 9            So we all have to do all this training and
10    then how to escape from a crashed helicopter if it     10:54
11    had a water crash, and that we manage to survive,
12    how to get out of it and swim away.
13            So those were the safety focus and the
14    training for Schlumberger offshore engineers.
15       Q.  You mentioned that one of your runs could       10:55
16    involve radioactive material.  Did you wear a
17    dosimeter when handling radioactive material for
18    Schlumberger?
19       A.  We had to handle it even at the learning
20    center.  So we were assigned a dosimeter starting      10:55
21    shortly after we started working.  And we regularly
22    have to turn them in for the official reading and
23    making sure that we do not exceed the dosage that's
24    set by law.
25       Q.  And did your dosimeter ever reflect excess      10:55
```

Page 53

Exhibit 4
Page 53 of 255

1    exposure to radiation?

2        A.  I never had a situation where I had too

3    much exposure.

4        Q.  Sir, you've listed a variety of things for

5    safety training:  lifting, carrying the explosives,    10:55

6    offshore survival skills.  Did you ever receive at

7    any point any training on the hazards of asbestos,

8    from Schlumberger?

9        A.  No.

10        Q.  Once you completed your training at Belle    10:56

11    Chasse, what was the process or test for breaking

12    out to work on your own in the field?

13        A.  Oh.  After learning center, we go back to

14    our assigned district and we were assigned to a

15    crew which is made of one engineer and two    10:56

16    operators.  And I am the trainee -- trainee

17    engineer, or the JFE still, and I will have a

18    training engineer who heads the crew.

19            And I'm supposed to have at least ten OJT,

20    ten on-the-job training, meaning that I have to    10:56

21    perform the jobs under his supervision at least ten

22    times.  And he would observe me and make sure that

23    I am able to handle my own if I were out there by

24    myself.

25            So at least ten jobs before we prepare a    10:57

                                        Page 54

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 54 of 255

```
 1    series of oral presentations on the company

 2    organization and the science -- the principles of

 3    our equipment and tools, to show understanding of

 4    the oil and gas business that Schlumberger's in,

 5    and then get approved by the division -- by the        10:57

 6    headquarters in New Orleans before we are allowed

 7    to what we call break out.  "Break out" meaning do

 8    a final job on your own at least after the ten jobs

 9    with supervision.

10         Q.  All right.  Approximately when did you        10:57

11    break out as a field engineer on your own?

12         A.  I would think two or three months later

13    after I got out of learning center.  So that would

14    have been in -- well, maybe a little longer.  Maybe

15    in July or August of 1980 I was -- I finished my       10:58

16    ten jobs and had a chance to do a breakout job.

17              Mind you, a breakout job has to be picked

18    and selected, meaning that they would want to

19    maximize the test.  They want a full suite of runs

20    where you actually get to perform everything that      10:58

21    Schlumberger did.  If it were just a simple, single

22    run, which can happen, that's not good enough as a

23    test.  So we have to wait for the right type of

24    jobs, the right moment.

25              And I think I broke out sometime in          10:58
```

Page 55

Exhibit 4
Page 55 of 255

1    September or August.

2        Q.   Um-hmm.

3            Mr. Hsieh, you explained for us earlier

4    that you were assigned to the Larose offshore

5    district, of course.  And I want to discuss with        10:59

6    you your work environment a little more

7    specifically.

8        A.   Okay.

9        Q.   Can you describe the basic layout of the

10   locations you worked at offshore, using a diagram        10:59

11   if necessary.

12       A.   Off -- yeah.  Of course.  Offshore -- let

13   me get this.  Let's see.

14           DEFENSE COUNSEL:  Susie, have we marked

15   that?                                                    10:59

16           MS. CHESTER-SCHINDLER:  Yes.

17           Before you flip, David --

18           THE WITNESS:  Yes.

19           MS. CHESTER-SCHINDLER:  -- let's mark as

20   Exhibit No. 2 --                                         10:59

21           THE WITNESS:  Okay.

22           MS. CHESTER-SCHINDLER:  Plaintiff's

23   Exhibit No. 2 will be the diagram of open-hole

24   logging, or -- which is entitled, quote, What is

25   Open Hole Logging.                                       10:59

                                            Page 56

Exhibit 4
Page 56 of 255

```
 1              (Plaintiff's Exhibit No. 2 marked for

 2              identification.)

 3          THE WITNESS:  Can I flip now?

 4          MS. CHESTER-SCHINDLER:  Yeah.  You can

 5   flip now.  Thank you.                            10:59

 6          THE WITNESS:  When I go offshore -- I'm

 7   going to show you a basic rig layout and -- to

 8   understand the environment that we work in.

 9              A rig is simply a working space, which,

10   obviously, because it's offshore, it's a -- it's    11:00

11   what we call a deck.  And we'll talk about how the

12   deck is made up.  But the deck is a big metal

13   surface where you have the rig floor, the derrick.

14   We all know drilling is with a big tower.  And this

15   would be the truss structure of the derrick.  And    11:00

16   the rig floor is right under the derrick, and this

17   will be the crown.

18              So any rig -- any drilling rig will have

19   all the drilling operations on one end of it.  It

20   could be anywhere on it as long as all the drilling  11:00

21   operation's there.  And because for Schlumberger we

22   need to -- our tools go down the hole, so our

23   operating unit, the logging unit, needs to be in

24   visual sight of the rig floor.

25              So typically, whenever we are contracted   11:01
```

                                            Page 57

1    to perform logging for a rig, depending on what the

2    operator -- the oil company is, we talk to the rig

3    people and decide the optimum location to put our

4    unit.  It's typically on the rig floor or near the

5    rig floor with, you know, close vicinity to the                11:01

6    rig -- to the hole.

7           And -- so all the drilling operations

8    happen here.  You have a lot of different

9    machineries related to drilling, and it's multi --

10   and many, many decks, because the operation is very    11:01

11   vertical.

12          And the -- I mentioned that there are

13   90-foot joints and drill pipes.  The pipes are on

14   this deck -- pipe deck under -- one level below the

15   rig floor, typically 50 feet below, through the        11:02

16   entrance of the derrick, which is a reverse V.  And

17   we call it, in the oil field, a vee-door.  This is

18   where all the pipes enter and go up straight, you

19   know, 90 foot at a time, so they can keep going

20   down and then drill into -- up to 20,000 feet         11:02

21   sometimes.

22          And then there is a wooden -- what we call

23   a catwalk.  You prep all the drill pipes on the

24   wooden plank, and then you -- with a chain, you

25   drag it up to the top so you can make it up and        11:02

                                          Page 58

Exhibit 4
Page 58 of 255

1    then go into the hole.

2            So a rig -- any rig anywhere would have

3    moving -- you know, cranes to pick up the heavy

4    loads, pipes on the pipe deck with a catwalk in the

5    middle and our Schlumberger unit and our tools,        11:02

6    which I showed you earlier, of our logging tools,

7    also being cylindrical, elongated when we prepare

8    them.  We also put it on the catwalk, make all the

9    preparation and make sure that the cable, the

10   electrical connection is working, everything.          11:03

11           So when we start work, we pull it up

12   through the pulleys, up the ramp -- up the catwalk,

13   up the ramp, into the vee-door just like they do

14   with the drill pipes, and then we lower into the

15   bottom of the hole and take measurement.               11:03

16           So any rig, no matter what rig it is,

17   would -- and this is a top view -- I'm sorry -- the

18   top view of a rig layout, which include the

19   drilling operations, which include my unit and

20   where the pipes are and where we prepare our tools.    11:03

21           On the other end will be the living

22   quarters, the galley, the bridge where the company

23   offices, and could be the -- helideck could be on

24   this side, for helicopters to land and leave.

25           So generally, this is a top -- this is a       11:04

                                                    Page 59

Exhibit 4
Page 59 of 255

1    very classic layout of a rig floor if you're

2    looking from the top.

3          I want to --

4        Q.  Did you ever have to go find the keys for

5    the vee-door?                                      11:04

6        A.  That was a joke for all the worms.  Yeah.

7    Anybody that first go out, they'll tell them to go

8    find the keys to the vee-door.  If they've never

9    been told what a vee-door is, they will have to go

10   around and ask where the keys to the vee-door is.   11:04

11   But obviously, this is the vee-door.  And that was

12   just a joke, yes, a industry joke.

13       Q.  All right.  I interrupted you.  You were

14   going to show us I believe the next levels of

15   the --                                             11:04

16       A.  Yes.  I want to show you the -- a side

17   view, because I mentioned that there's multiple

18   decks from the rig floor to house all the

19   associated equipment dealing with drilling, because

20   you can't have certain things that's far away.  So   11:05

21   this is essentially what makes up for the drilling

22   operation, and this is what they're out there for.

23          I have a side view.  Do you want to mark

24   this as another exhibit?

25       Q.  Yes.  Thank you, David.  Let's mark your    11:05

                                        Page 60

Exhibit 4
Page 60 of 255

1    diagram, which is the "Rig Layout Top View," as

2    Plaintiff's Exhibit No. 3.

3            (Plaintiff's Exhibit No. 3 marked for

4            identification.)

5    BY MS. CHESTER-SCHINDLER:                          11:05

6        Q.  And you can go ahead and flip the page to

7    your deck view.

8        A.  I have a side view, a slight modification

9    of a side view for ease of understanding.

10           I mentioned about the derrick, you know,    11:05

11   the big superstructure that -- that's right over

12   the rig floor where the drilling take place, the

13   controls of the drilling.  And I mentioned that our

14   logging unit will be on the rig-floor level, as

15   close to the hole as possible because we want to    11:06

16   have direct line of sight and also because we

17   always have to handle our tools near the hole.

18           And below it will be multiple decks where

19   they will have, you know, different equipment to

20   protect the well, protect the pipes, house the      11:06

21   motors, the pumps.  And then the mud pit, which is

22   a reservoir of the mud that they drill with, will

23   be down below.  And then there will be decks higher

24   than the drill floor, in the back, to house other

25   things.                                             11:06

                                        Page 61

1              I -- and just for reference, there's the

2     ramp.  And this is roughly a 50-foot drop, you

3     know, a 45-degree ramp down to the catwalk.

4     Remember the -- and below this is the -- below this

5     is all -- empty space down to the water.  Only the          11:07

6     superstructures have these multiple decks below to

7     have all the necessary equipment associated with

8     drilling.

9              And the catwalk is -- well, where I

10    mentioned all the drill pipes and other -- and our          11:07

11    tools being put on so they can go into the hole.

12             And I want to mention this because the mud

13    system -- the mud pit being down below, with the

14    reservoir of the mud, whenever they add anything to

15    the mud to change the recipe, they have a hopper           11:07

16    and some sort of mud pump, mud mixer to mix the

17    hopper and the additives into the hopper, mix it

18    well to the mud pit.  And typically they would be

19    on the rig-floor level or at a level higher than

20    where we are.                                               11:08

21             And this is a typical rig layout, a side

22    view, from my -- from our side of the view, but we

23    could be on either side of the rig floor.  So just

24    to illustrate the relevance of the major working

25    parts of the rig.                                           11:08

                                                  Page 62

Exhibit 4
Page 62 of 255

1       Q.   Thank you.

2            Mr. Hsieh, what was the drilling apparatus

3    you've just described attached to?   In other words,

4    is this a platform?   Is this a mobile rig?   What

5    were these?                                        11:08

6            MR. COSCULLUELA:   Susie, before you go,

7    this is Alex Cosculluela.   Could you have him

8    identify that side drawing and identify it by an

9    exhibit number, please?

10           MS. CHESTER-SCHINDLER:   Sure.            11:08

11           For the record, this is Plaintiff's

12   Exhibit No. 4, entitled "Side View."

13           MR. COSCULLUELA:   "Side View."   Okay.

14   Thank you.

15           (Plaintiff's Exhibit No. 4 marked for     11:09

16           identification.)

17   BY MS. CHESTER-SCHINDLER:

18      Q.   All right.   Mr. Hsieh, one more time.

19   What was the drilling apparatus you've just

20   described attached to?                             11:09

21      A.   As I mentioned, this is a layout of the

22   drilling rig.   A rig could be on any type of vessel

23   that -- because offshore drilling, they have to

24   move the location.   As you all know, that finding

25   oil is a guessing game.   So the very simple        11:09

Page 63

Exhibit 4
Page 63 of 255

1    principle of exploration is that it's hit or miss.

2    Therefore, you want to have mobility.

3        And offshore Louisiana, there were many

4    different types of vessels to carry out or to

5    support these drilling rigs to get to the location.    11:09

6    And in the case of a wildcat well where the

7    probability of finding oil is low, they

8    should -- they just pull up and then leave.

9        So rigs offshore consist of jackups and

10    floaters, which are -- towards the end, they were    11:10

11    normally semisubmersibles.  Semisubmersible.  And

12    on -- the rig could be housed on top of a existing

13    platform that is already out there.  Say, for

14    example, because there is some production

15    underneath, over the water, there is enough    11:10

16    structure to support a rig.  They would put it on

17    there and then perform the same operation that I

18    mentioned to drill holes.

19    Q.   Thank you.

20        Can you explain for us in more detail what    11:11

21    a semisubmersible or a floater is.

22    A.   Yes.  Of course.

23        A semisubmersible is a rig that is very

24    mobile.  It's a floating vessel that goes to waters

25    that's deeper than 30 -- 300 feet, you know, to    11:11

Page 64

```
 1    thousands of feet.  And it's designed -- the -- it

 2    has a hull, which is basically like a ship but then

 3    is shaped differently because it's going to have

 4    the drilling -- drill floor, the rig floor, the

 5    drill -- the derrick, everything that's housed          11:12

 6    there.  But it's a floater because it has -- it

 7    will have legs connected to a big ballast.

 8           So they get towed to the water, to the

 9    location in the water.  But because the water depth

10    is more than 300 feet or, say, even 250 feet, where    11:12

11    a jackup cannot reach the bottom, in order to be

12    able to stabilize the rig, they will pump water

13    into the ballast so that the rig will sink lower,

14    the ballast would be below.  And this is designed

15    for stability because of the waves.  If it were        11:12

16    floating on top of the water, then the waves would

17    cause it to be very unstable.

18           So a semisubmersible means that half of it

19    is submerged below the water surface.  So the

20    ballast is -- has the water pumped in, it will sink    11:13

21    down in a semisubmersible generally, and then they

22    will have -- they will have anchors down to the

23    seafloor, which, like I said, are typically a

24    thousand feet or even deeper.

25           So a floater -- this is one major type of        11:13
```

                                                        Page 65

Exhibit 4
Page 65 of 255

1    floater.

2            Floater could be just a drillship, which

3    would be a ship shape, a ship hull, with a derrick

4    in the middle.  But then a drillship is unstable.

5    But the mobility is the highest, obviously.  When         11:13

6    it's done, it just pulls anchor, it can sail to

7    another location.

8        Q.  I see.

9            What is a jackup rig?

10       A.  Yes.  Jackup, I mentioned that, you know,          11:13

11   it needs to be in 300 feet of water or less,

12   because say you have the water and then you have

13   a -- the seafloor at 200 feet.

14           A jackup is, again, a hull.  Could be any

15   shape, normally triangular, but, you know, with the       11:14

16   drilling superstructures on it.  And then of the

17   end, of the edges, you'll have big legs that's --

18   typically, they were 300 feet.  And they call it

19   jackup, just like the old -- the jacks that we used

20   when we have a flat tire for our car.  Have big           11:14

21   gears that you have to crank up to move the legs.

22           So in the case where they get floated out

23   to the water, they would jack the legs down until

24   it steps and gets to the bottom.  So it's actually

25   standing on firm ground with the big gears jacking        11:15

                                                Page 66

Exhibit 4
Page 66 of 255

1    the legs up so the hull goes up so they can start

2    drilling about a hundred feet, you know, from the

3    water.

4            So a jackup rig, again, is a mobile rig,

5    but of course it takes longer for it to move.  But        11:15

6    it's also floated to locations.  And it has legs

7    they can stand on the bottom, and it's totally

8    stable.  But its limit is how long the jack -- the

9    legs can be.  And typically my experience is that

10   the jackup legs are 300 feet.  So they have to be        11:15

11   in water that's less than 200 because, you know,

12   normally there's a clearance of a hundred feet from

13   the water.

14           So that's what a jackup rig is.

15       Q.  Can you estimate the amount of time you           11:15

16   spent working on mobile rigs, such as jackups and

17   floaters, versus platforms, when you were in the

18   field with Schlumberger.

19       A.  Yes.  As far as -- for all the jobs I

20   worked offshore, I would say 70 percent of the time      11:16

21   I'm on a mobile rig, which is a jackup,

22   semisubmersible, or a floater, like a drillship,

23   versus a platform.

24       Q.  So the majority of your work as a field

25   engineer would have been on mobile rigs.  Is that        11:16

                                        Page 67

Exhibit 4
Page 67 of 255

1  correct?

2       A.  Yes.

3       Q.  Can you list for us some of the

4  locations -- in other words, mobile rigs such as

5  floaters or semisubmersibles and platforms -- where    11:16

6  you worked.

7       A.  The locations are, like I said, all

8  offshore, and they could be as far -- we never can

9  see land where we are, wherever we are.

10          It all depends on the actual blocks of the    11:17

11  leases that the oil company got from either the

12  state government or the federal government.  And

13  they drill wells with the rigs that they

14  contracted.

15          I have been as far out as one-hour        11:17

16  helicopter ride.  Just like the movie the Deepwater

17  Horizon, in fact, they loaded out the same dock and

18  flew on the same type of helicopter, the S-76, like

19  I did, even back in the '80s.  They were the

20  Cadillacs of all the helicopters.  Or we could be    11:17

21  riding boats out to the rig.  And I have ridden as

22  long as ten hours out to the rig, because boats

23  travel a lot slower.

24          So locationwise, I have been all over the

25  gulf, offshore Louisiana, or even Alabama, Florida,    11:17

                                        Page 68

Exhibit 4
Page 68 of 255

```
 1    Texas.
 2        Q.  Can you name for us some of the mobile
 3    rigs that you've worked on.
 4        A.  I certainly remember some of the rigs.
 5        The mobile rigs -- many drillships I           11:18
 6    remember clearly were Sedco 471, Sedco 472.  The
 7    jackups were the Penrod series.  Penrod 63, Penrod
 8    67, Penrod 69, I believe.  And the floaters had
 9    Mariner 3 and Mariner 7.  And then there was a
10    Diamond M series that I cannot remember the names   11:18
11    of those Diamond M rigs.
12        And then ODECO rigs and then the Glomar
13    Pacific, the Discovery 534, Discovery Seven Seas
14    for drillships, and many, many other types of
15    jackup -- well, there was one that I particularly   11:19
16    remember, called the Zapata Vinegaroon.  It's a
17    jackup rig that I learned -- that we all learned to
18    hate, but that's a different story.
19        But yes, I remember that -- those type of
20    rigs.  That's all I can remember.                   11:19
21        I -- for -- the Shell Rig 11 is a -- was
22    a -- I think a jackup rig, and I was off working --
23    drilling for Shell, that I was on.  I was on some
24    Norwegian semisubmersible that I cannot remember
25    the name of.  So lots of -- Rowan Gorilla -- Rowan  11:19
```

Page 69

Exhibit 4
Page 69 of 255

1   Gorilla rig.  Rowan Gorilla III, I think.  They

2   were a very new jackup that came out in mid -- the

3   mid '80s.

4        Those are some of the names that I can

5   remember.                                          11:20

6        Q.  Do you recall any mobile rigs called the

7   Dolphin 8?

8        A.  Oh, yes.  I do.  I do.  I'm sorry.  There

9   was a Dolphin -- the Dolphin 8, and I think there

10  was a                                              11:20

11  Dolphin 9 that worked for Exxon.  And I was on it

12  many, many times.

13       Q.  Did you recall a rig called the Transworld

14  69?

15       A.  Transworld 69 was the first rig I went on   11:20

16  after I break out.  I was on it for my first job

17  ever.

18       Q.  And do you recall a rig called the Booker

19  950?

20       A.  Yes.  I was on the Booker 950, which we     11:20

21  called the Booker Hilton for reasons that I can

22  certainly explain if it needs to be.  But I have

23  been on the

24  Booker 950 many, many times.

25       Q.  When you were conducting your work after    11:21

Page 70

Exhibit 4
Page 70 of 255

1    you broke out as a field engineer for Schlumberger,

2    what was your work schedule?

3        A.  Out of Larose, we worked ten and five,

4    meaning ten days on call -- these are 24-hour days,

5    you know, from midnight to midnight counting as one     11:21

6    day -- and then five days off.  That would be

7    our -- you know, your 7/2 schedule.

8          Five -- the five days off, it starts at

9    midnight of the first day until midnight of the

10   fifth day.  So essentially you don't get five days,    11:21

11   because you get five 24-hour periods, which is

12   basically four days.

13         So I work ten and five, on call during the

14   first ten days.  That was our work schedule.  And

15   we -- when we get called, we go out while we're        11:21

16   doing our ten-day hitch, perform the jobs, come

17   back, and get called out again, and you keep doing

18   it until we reach days off.

19       Q.  Can you estimate how long the average job

20   would be for a given company while you were working    11:22

21   as a field engineer for Schlumberger.

22       A.  As I mentioned earlier about open-hole

23   logging, you -- everyone could appreciate the fact

24   that once they finish the open-hole drilling,

25   Schlumberger goes in there and put their tools down    11:22

                                        Page 71

```
1    into the hole to perform the survey, the

2    measurement.  They cannot drill anymore.

3          And the contractor, the drilling company,

4    charges the oil company on a daily basis, a day

5    rate, if you would, to hire the equipment and the     11:22

6    personnel to drill wells.  So when Schlumberger

7    goes out, it was a necessary operation that

8    disrupts their operation, so we were under pressure

9    to perform everything as efficiently as possible,

10   get out of the way so they can continue to drill     11:23

11   wells.

12         So when I start working, I do not -- I

13   cannot stop.  I do not have the luxury of taking a

14   break, because everyone that works offshore work a

15   24-hour shift -- a 12-hour shift.  I'm sorry.        11:23

16         For us, I have done more than one

17   estimate.  Each time I go on a job, I average over

18   a period of six -- or a year, every time I go on a

19   job, I was -- be working nonstop for 30 hours to

20   36 hours without any resting time.                   11:23

21      Q.  So the average job would be, ballpark, 30

22   to 36 hours?

23      A.  Nonstop.  Correct.

24         DEFENSE COUNSEL:  Susie, I'm going to

25   object to the form of the question and to the prior  11:24
```

                                                     Page 72

Exhibit 4
Page 72 of 255

```
 1   question.  I'm going to object to his nonresponsive

 2   answer.  And the form objection is, does the

 3   36-hour or whatever time period he's talking about

 4   pertain to travel time as well, or just time on the

 5   rig?  Just to clarify.                              11:24

 6        THE WITNESS:  After I started the actual

 7   work, I cannot stop, because the well is waiting

 8   for me to -- so they can continue drilling.

 9        So the 36 hours that I just gave is when I

10   start performing my job taking over the hole.  So I  11:24

11   am out to the -- I'm on the rig.  I may be there

12   for five days, but for 36 hours, I am nonstop.  I

13   can't even go to the galley to eat.  They will

14   bring food to my unit.  I cannot shower, I cannot

15   sleep.                                              11:24

16        My record, for the record, was 72 hours

17   nonstop.  And I didn't realize until -- when I

18   finished rigging down and I lay down on the --

19   under the crane, on the wooden -- on a pile of

20   wood, then I saw the third sunrise.  I realized     11:25

21   it's the third continuous sunrise.  Then I knew it

22   was 72 hours.

23        So we were under tremendous pressure to be

24   efficient.  And we cannot afford to stop.  Because

25   I am the only person that's authorized to operate   11:25
```

Page 73

1    and interpret the data and do quality control,

2    like -- what I mean is.  So I have to continue

3    working when the rig is sort of shut down.

4         MS. CHESTER-SCHINDLER:  Thank you.

5    BY MS. CHESTER-SCHINDLER:                            11:25

6         Q.  Did you personally have an office in

7    Larose?

8         A.  Yes.  In the Larose district, we would be

9    separated by open-hole and cased-hole engineers.

10   And there was an office, a big general office, for   11:26

11   all the open-hole engineers on one side.  I

12   actually had a desk there.  And in the back, it

13   will be the shop area where we do maintenance and

14   cleanup of the tools.  And then the yard where

15   trucks and tools are kept.  So I did have a desk in  11:26

16   the engineers' office in Larose.

17        Q.  Can you estimate for us what percentage of

18   your time would be spent at your desk in Larose

19   versus offshore on logging jobs such as that you

20   just described.                                      11:26

21        A.  I would say 70 percent of the time I am

22   away from my office, I am either on the road or

23   actually performing a job offshore.

24        Q.  Mr. Hsieh, I'd like to direct your

25   attention back to the diagram you had drawn of your  11:27

                                           Page 74

1    basic worksites and specifically to the levels

2    where you identified the mud pits and the hopper.

3        A.  Okay.

4        Q.  Can you explain for the members of the

5    jury who may be unfamiliar with this process, what        11:27

6    exactly is mud.

7        A.  Yes.  Of course.

8            I mentioned in open-hole logging that in

9    order to drill the well and because the drill bit

10   cuts up the rocks into small pieces, you have to        11:27

11   pump in a high-pressure fluid through the pipe,

12   through and coming out of the drill bit to wash the

13   cuttings up.

14           If you -- if you know your children

15   playing, digging a hole in the -- at the beach,        11:27

16   digging a hole, you know that the deeper you

17   deep -- once you dig a hole that's too deep, the

18   sand on the side will collapse.  The same principle

19   happens.  And of course when you dig, you -- with

20   the scoop, you can scoop the sand out.        11:28

21           But offshore, in the holes like this

22   that's 10,000 feet or deeper and the hole only

23   being eight inches in diameter, you cannot get the

24   cuttings -- you can't scoop it out.  So the mud

25   washes all the cuttings up the side, what we call        11:28

Page 75

Exhibit 4
Page 75 of 255

1    annulus of the hole, wash it up, and then they

2    would analyze the cuttings, of course, to know what

3    they have drilled through.

4         The mud is kept in the hole, as I

5    mentioned, because of the pressure from all the          11:28

6    porous sands, porous rocks that they drill through.

7    Because it's open, it's a open hole, and the

8    pressure could easily just gush out.  Whatever's in

9    the rocks would come out.

10        So the mud is there to maintain stability        11:29

11   of maintaining the pressure -- hydrostatic pressure

12   to push against any kind of pressure that's trying

13   to come out of the rock.  And so -- and we call it

14   mud because the consistency just looks like a soil

15   mud, the color.                                          11:29

16        Did I answer your question?

17   Q.   Yes, you did.  Thank you.

18   A.   Okay.

19   Q.   Do you -- you've mentioned pressure

20   several times throughout our discussion today.  Do      11:29

21   you have an understanding of what the average

22   pressure can be downhole?

23   A.   Obviously, it's related to the depth --

24   Q.   Sure.

25   A.   -- the depth of the formation.  But the            11:29

                                          Page 76

Exhibit 4
Page 76 of 255

```
 1    pressures that -- and also depending on whether

 2    there is hydrocarbon in it or not.  If there's

 3    hydrocarbon, the gas that forms in there creates

 4    more pressure, pushes to try to push the oil and

 5    try to push against the shale cap.  The pressures      11:30

 6    could be thousands of psi, six or seven thousand.

 7    Normally, one and a half, two times more than what

 8    water -- hydrostatic pressure of a water column

 9    would be.

10         So some may ask why couldn't you just            11:30

11    drill with seawater.  Seawater's only eight pounds,

12    eight and a half pounds per gallon.  That does not

13    present enough weight of a weight column to contain

14    the pressure.  And they have to add extra weight to

15    the fluid to balance out the pressure that's in the   11:30

16    rocks.

17         Q.  Do you have an understanding of what the

18    average temperature can be downhole, appreciating

19    it can vary by depth?

20         A.  Of course.  Like I said, depending on        11:31

21    depth and its -- normally, the high is close to

22    200, or our equipment -- Schlumberger equipment was

23    rated to 350 degrees, and we typically see 200,

24    200-plus degrees downhole.  And we have tools

25    that's made to stand up to 400 degrees.  There are    11:31
```

Page 77

Exhibit 4
Page 77 of 255

1  wells that's, you know, 20,000 feet deep that has

2  very high pressure rating and also temperatures of

3  up to 400 degrees Fahrenheit.

4      Q.  Sir, you also described for us earlier,

5  with some of your other diagrams, the circulation          11:31

6  of the mud.  Are you familiar with the phrase "loss

7  of circulation"?

8      A.  Quite familiar with loss of circulation.

9  Happens a lot.  Because in Louisiana, the

10  formations -- the sand-shale sequence that I just          11:31

11  described tends to be what we call uncompacted.

12  Meaning, that as you drill through them, the actual

13  physical damage by the bit loosens the rocks'

14  bounding, and they tend to collapse.

15          And sometimes mud gets sucked into a          11:32

16  certain part of the rocks, and a lot of mud would

17  be lost through -- into the rock.  Sometimes there

18  could be a cavern underneath.  And therefore, you

19  have what they call loss of circulation.

20          Circulation means that -- when I mentioned          11:32

21  about the pipe pumping the mud through the bit and

22  carrying the cuttings out.  But because the

23  formation got broken down and mud is going in, you

24  don't get any return mud.  Just like the blowout in

25  the BP Deepwater Horizon.  The same thing sort of          11:32

Page 78

Exhibit 4
Page 78 of 255

```
1    happened.  Mud level was dropping.

2         So a loss of circulation is when the mud

3    levels drop, the mud would drop, and then they

4    actually realize that the mud was going somewhere

5    else and the hole is unstable.                11:33

6         Q.  When you were working as a field engineer

7    for Schlumberger, then, did you experience a loss

8    of circulation on some of your jobs?

9         A.  Many, many times.  Like I mentioned,

10   because the fact that the formation is prone to   11:33

11   have loss of circulation in Louisiana.

12        Q.  Can you estimate how often -- you said

13   "many times" -- you would have experienced a loss

14   of circulation on your jobs as a Schlumberger field

15   engineer.                                     11:33

16             MR. MOIR:  (Indiscernible).

17             THE WITNESS:  Oh.  Okay.  I -- my --

18             THE COURT REPORTER:  I'm sorry.  I can't

19   hear you.

20             MS. CHESTER-SCHINDLER:  We can't hear you,

21   Peter.

22             Just wait, David.

23             THE WITNESS:  Okay.

24             MR. MOIR:  (Indiscernible).

25             THE COURT REPORTER:  I'm sorry.  I still
```

Page 79

Exhibit 4
Page 79 of 255

1    can't hear you.

2              MR. MOIR:  Objection.  Form.

3              THE COURT REPORTER:  Thank you.

4              MS. CHESTER-SCHINDLER:  We got that part.

5    What are you saying after?                          11:34

6              MR. MOIR:  I just said "Objection.  Form."

7    I withdrew the "leading" objection.

8              MS. CHESTER-SCHINDLER:  Thank you.

9    BY MS. CHESTER-SCHINDLER:

10         Q.  Go ahead, David.                          11:34

11         A.  I -- my estimate is, that over 60 percent

12    of the time, we would encounter a loss of

13    circulation where they have to remediate the mud

14    program.

15         Q.  As a general rule, if there is one, when   11:34

16    would a loss of circulation occur on your jobs?

17         A.  Typically, when we first arrive at the rig

18    or after arrival or on our way to the rig, a loss

19    of circulation can occur.  And then they have to

20    scramble to try to contain it.                      11:34

21         Q.  You mentioned earlier, just now, I think,

22    a phrase called "remediate the mud."  What does

23    that mean, and how does that prevent a loss of

24    circulation?

25         A.  As I mentioned, a loss of circulation, you  11:35

                                        Page 80

```
 1    know, is happening when the mud is actually being

 2    lost, it does not return to the surface and lost

 3    into the hole because something happened down

 4    below.  And no one can see it.  They can only guess

 5    that certain formation was taking in too much mud.    11:35

 6    Mud is not being returned to the surface.

 7            So they first have to try to seal the

 8    leak.  You know, like the bleeding.  They have to

 9    try to stop the bleeding of the mud into the rocks.

10    So they have additives designed to be mixed into     11:35

11    the mud to help plug up the seal -- or plug up the

12    holes, so to speak.  And to remediate the mud, this

13    is one thing they need to do.

14            And the second thing is to also make sure

15    the mud weight is up to par.  It could be where      11:36

16    they need to increase the mud weight or adjust the

17    mud weight based on the response of the loss of

18    circulation.

19        Q.  Did you ever witness additives being

20    added, to the hopper you previously identified,      11:36

21    while working as a field engineer?

22        A.  Frequently.

23        Q.  How were the mud additives you saw

24    packaged?

25        A.  They were in big sacks like you would --     11:36
```

Page 81

Exhibit 4
Page 81 of 255

1   in construction, like sacks of cement, in those 25-

2   or 50-pound sacks.

3        And they're added into the hopper by the

4   roustabouts that's been directed by the mud

5   engineer to, say, put certain amount of stuff into        11:36

6   the hopper to add into the mud.  They would

7   carry -- I would notice that they would carry the

8   sack on their shoulder, walk to the hopper and then

9   slash it open with a jackknife and then pour the

10  contents onto the hopper.                                 11:37

11     Q.  What color were the additives that were

12  packaged in these bags and placed into the hopper?

13     A.  I can only say that the times that I

14  actually looked at it, I recall them being very

15  light color, whitish pellets that they poured in.         11:37

16     Q.  Can you explain for us how close or far

17  away you would typically be from the hopper when

18  the roustabouts were pouring in the additives in

19  the manner you just described.

20        DEFENSE COUNSEL:  Objection.  Form.            11:37

21  BY MS. CHESTER-SCHINDLER:

22     Q.  You can answer.

23     A.  Oh.  Okay.

24        As I mentioned on the rig layout, I said

25  that all the drilling operations has to be around        11:37

                                              Page 82

Exhibit 4
Page 82 of 255

1    the rig floor, which includes our logging unit.

2    And I indicate on a side view that -- where the mud

3    hopper could be.  I also mentioned that our unit

4    could be anywhere on -- near the rig floor.  But

5    maybe not there.  But oftentimes we could be                11:38

6    directly below the hopper, a little offset, because

7    we're closer to the rig's floor center.  And they

8    would be behind the drawworks.

9         So sometimes when we pass by there,

10   because I walk in and out of my unit all the time,          11:38

11   I would notice the operation.  That's what I have

12   recollections of.  So I'm very, very close to the

13   actual operation of adding additives.

14        Now, if they are adding additives and I am

15   down on the catwalk checking on my tools, we are            11:38

16   50 feet below -- you know, below the rig floor and

17   a lot of times downwind, and we have had particles

18   blown into our direction as well.

19        DEFENSE COUNSEL:  Objection.

20   Nonresponsive.  Move to strike.                             11:39

21   BY MS. CHESTER-SCHINDLER:

22        Q.  Sir, David, just because we've had an

23   objection, to make sure we're all on the same page,

24   can you estimate the range in feet of how close you

25   could be to the additives.  In other words, the            11:39

Page 83

1    closest distance and the farthest distance.

2       A.   The closest I ever been, that I can

3    remember, is, like I said, right above our unit.

4    So it would be ten feet above us, on a deck that's

5    ten feet above us.  So they were 15 feet away from          11:39

6    us, almost just directly above us.

7            The farthest thing away if they are just

8    up there on the rig floor and I'm down there on a

9    catwalk -- it's a 50-foot drop and -- to the tool.

10   Probably 100, 150 feet away.  But the wind would           11:39

11   carry those things to me.

12      Q.   You've mentioned twice now that the wind

13   would occasionally carry these pellets or additives

14   to you.  Did you ever actually have contact with

15   the additives?                                             11:40

16           DEFENSE COUNSEL:  Object to form.

17           THE WITNESS:  Yes.

18   BY MS. CHESTER-SCHINDLER:

19      Q.   You can answer.

20      A.   Yes.  Very frequently.                             11:40

21      Q.   Did the additives get on your skin?

22      A.   Yes, it has.  I've had that happen to me.

23      Q.   Did the drilling-mud additives get on your

24   clothing?

25      A.   Yes.                                               11:40

                                         Page 84

Exhibit 4
Page 84 of 255

```
1               DEFENSE COUNSEL:  Form.

2    BY MS. CHESTER-SCHINDLER:

3        Q.  Do you recall ever having the additives

4    hit your face?

5               DEFENSE COUNSEL:  Objection.  Form.      11:40

6               THE WITNESS:  Yes.  Many times I will have

7    those pellets in my face.

8    BY MS. CHESTER-SCHINDLER:

9        Q.  Did you inhale additives while working for

10   Schlumberger?                                        11:40

11       A.  While working around there, we were not

12   told to have breathing, you know, masks or

13   breathing apparatus, so when they hit our face,

14   I've actually experienced those things in my mouth.

15   I can feel it in my teeth, and I know that I         11:41

16   definitely have -- I was not -- trying not to

17   breathe and never told not to breathe.  So I am

18   sure that I've inhaled them.

19               DEFENSE COUNSEL:  Objection.

20   BY MS. CHESTER-SCHINDLER:                            11:41

21       Q.  Were you ever told to stay away from the

22   hopper when drilling-mud additives were being added

23   to the mud?

24       A.  I've never been warned on a rig regarding

25   any additives with the mud.  Obviously, with         11:41
```

Page 85

Exhibit 4
Page 85 of 255

```
 1    sandblasting and welding, they cordoned places off

 2    because of the potential hazards, but never with

 3    adding anything to the mud.

 4        Q.  So you were never advised that the

 5    drilling-mud additives could be hazardous, correct?   11:41

 6        A.  No rigs --

 7            DEFENSE COUNSEL:  Objection.  Leading.

 8            MS. CHESTER-SCHINDLER:  I'll rephrase.

 9    BY MS. CHESTER-SCHINDLER:

10        Q.  Mr. Hsieh, were you ever warned that the       11:41

11    drilling-mud additives could be hazardous?

12        A.  No.

13            DEFENSE COUNSEL:  Objection.  Leading.

14    BY MS. CHESTER-SCHINDLER:

15        Q.  You can answer.                                11:42

16        A.  No.  I've never been warned.

17        Q.  Were you ever advised to wear a mask when

18    around drilling-mud additives?

19        A.  No.

20        Q.  Mr. Hsieh, I'd like you to share with us a     11:42

21    little more information about the specific job

22    duties you had as a field engineer.  Can you list

23    for us your basic job duties, and then I'd like to

24    discuss each of them in a little more detail.

25            DEFENSE COUNSEL:  Hey, Susie, can we take      11:42
```

                                                   Page 86

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 86 of 255

```
 1    a break soon?  It's been quite a while we've been

 2    going.

 3          MS. CHESTER-SCHINDLER:  Yeah.  Why don't

 4    we go ahead and answer this question.  So I'm going

 5    to repeat my question so the witness can answer.        11:42

 6    BY MS. CHESTER-SCHINDLER:

 7      Q.  Mr. Hsieh, can you list for us your basic

 8    job duties as a field engineer, and then we can

 9    discuss each of those in more detail.

10      A.  Yes.                                              11:42

11          My job, obviously, out there is try to

12    make money for Schlumberger.  And what we do is

13    produce the log that tells them where the oil and

14    gas can be and the relative ease of production so

15    that they can monetize it and say, "I have so much    11:43

16    money down below, and this is an asset that we need

17    to develop."

18          My specific responsibilities after I get

19    out there, number one is to understand the mud that

20    I have to work with, because that is the medium       11:43

21    from which -- through which my equipment will take

22    all the measurements.

23          So my first job is to go down to the mud

24    pit, take a beaker full of mud samples, whatever

25    they had in the mud pit, because I have to know       11:43
```

                                                 Page 87

Exhibit 4
Page 87 of 255

1    what's in it and also take some electrical

2    measurement of it to dial into the computer for

3    compensation of our measurement.

4         And then I have to check out all of my

5    equipment, my tools, per the company's order, to        11:44

6    make sure that they're in working order after a

7    long, rough ride on the ocean -- on the sea,

8    because they go through a lot of shakes and

9    vibrations.

10         And then, of course, I have to make all        11:44

11   the runs and then all the quality control and then

12   the data interpretation and deliver the logs in

13   print form at the end.  All this without -- with

14   super efficiency so that we can get out of the way

15   as soon as possible in order for them to go back to        11:44

16   drilling.

17    Q.  You indicated that you had to make all the

18   runs, and you described briefly for us earlier what

19   those were.  Did that include doing the core

20   sampling with the explosives?        11:44

21    A.  Core gun runs normally happen at the very

22   end.  And yes, the geologists of the oil companies,

23   once they identify pay zones, would want actual

24   physical cores so that they can send it to core

25   labs and do some analysis so that they know the        11:45

Page 88

Exhibit 4
Page 88 of 255

1    properties of the oil or the gas that is trapped in

2    the rock.

3            So yes, I -- when we do make those -- have

4    those orders, I have to make at least one core run,

5    if not more, sometimes multiple core runs to                11:45

6    retrieve as many cores as they want.

7        Q.   Thank you, sir.

8            MS. CHESTER-SCHINDLER:  All right.  It is

9    currently 1:45 Central.  Why don't we take a

10   ten-minute break, and then we can go back on the             11:45

11   record.

12           THE VIDEOGRAPHER:  Going off the record at

13   11:45 a.m.

14           (The parties agreed to go off the record

15           from 11:45 a.m. to 12:01 p.m.)                       12:02

16           THE VIDEOGRAPHER:  We're back on the

17   record at 12:01 p.m.

18           MS. CHESTER-SCHINDLER:  Sir, before we

19   proceed, just a brief housekeeping matter.  I'd

20   like to ensure that we have labeled your final               12:02

21   diagram in the background as a plaintiff's exhibit.

22           Madam court reporter, can you tell me

23   which exhibit we're on?  I believe it's either 4 or

24   5.

25           THE COURT REPORTER:  It's actually 4 -- 5     12:02

                                              Page 89

Exhibit 4
Page 89 of 255

1    is our last one -- or 5 is this one.  4 was the

2    last one, and it was the side view.

3          MS. CHESTER-SCHINDLER:  Okay.  And -- I'm

4    sorry.  Can you say that one more time?

5          THE COURT REPORTER:  Sure.  5 is -- will

6    be the next exhibit marked.  And 4, the last one

7    you marked, was the side view.

8          MS. CHESTER-SCHINDLER:  Okay.  And is

9    that -- is the side view, David, the one you have

10   in the background, or was that the previous one?

11         THE WITNESS:  It is this one.

12         MS. CHESTER-SCHINDLER:  The side view is,

13   correct?

14         THE WITNESS:  This is the Exhibit 4, as

15   she just mentioned.

16         MS. CHESTER-SCHINDLER:  Okay.  Then

17   actually, I think there was some miscommunication

18   there, Ernest.  We don't need to mark it.  It's

19   already marked as Exhibit No. 4.  And we will not

20   need an Exhibit No. 5.                            12:03

21         Thank you.  I appreciate that.

22   BY MS. CHESTER-SCHINDLER:

23      Q.  David, are you ready?

24      A.  Yes, I am.

25      Q.  Okay.  All right.  Sir, you have just     12:03

Page 90

Exhibit 4
Page 90 of 255

1    listed for us the basic job duties that you had as

2    a field engineer for Schlumberger, and I'd like to

3    discuss several of them in some more detail.

4         One of the duties that you mentioned was

5    the necessity of understanding the mud and getting      12:03

6    a sample.  Can you explain for us the process of

7    getting a sample from the mud pit.

8      A.  Yes.

9         In our unit, there is a beaker, and when I

10   first -- when I first get on the rig, in order to        12:03

11   know the mud properties, I have to take the beaker

12   and go all the way down to the mud pit, which, I

13   mentioned earlier in the layout, it's more than one

14   deck below.  So I will climb down stairs, get to

15   the -- get to the mud pit and then kind of stir it       12:04

16   up with a beaker a little bit to get it sort of

17   homogenous and then scoop some mud into the beaker,

18   bring it back to the unit.

19        And I need to conduct electric --

20   electrical current tests to measure how well            12:04

21   electricity is conducted through it, what we call

22   conductivity, because it affects our reading when

23   we do the electrical log, so that we know how --

24   what compensation to put in.

25        And then that is -- and of course the mud          12:04

                                              Page 91

Exhibit 4
Page 91 of 255

1    engineer tells me the mud weight.  And the mud

2    weight affects the radiation readings.  So that --

3    we need to know that to dial into the -- for the

4    compensation.

5          That is what I do at the beginning to          12:05

6    collect the mud samples.

7      Q.  Thank you.

8          When you were going through that process,

9    did drilling mud ever get on your hands or skin?

10     A.  It's very easy to touch the mud.  Yes.         12:05

11     Q.  Did drilling mud ever get on your

12   clothing?

13     A.  Yes.

14     Q.  Would you have an opportunity to change

15   your work clothes when drilling mud got on your     12:05

16   skin and clothing in those situations?

17     A.  No, not right away.  I would just -- if

18   whatever mud I touch, whether it was my hand or

19   getting on my clothing, I would be in my unit

20   working to prepare for the job, meaning that I       12:05

21   would be working in there for a few hours to make

22   sure the tools are working.

23     Q.  Would the mud dry on your clothing, then?

24     A.  Yes.

25     Q.  Mr. Hsieh, you also indicated that you        12:06

Page 92

Exhibit 4
Page 92 of 255

```
 1    were responsible for checking the equipment both at

 2    the beginning and also, I believe you said, during

 3    the runs.  Am I correct that -- were you ever --

 4    excuse me.  Were you ever exposed to drilling mud

 5    while inspecting equipment during runs?              12:06

 6           DEFENSE COUNSEL:  Objection.  Form.

 7    BY MS. CHESTER-SCHINDLER:

 8       Q.  You can answer.

 9       A.  Yes.  I -- I'm always exposed to the mud

10    during runs.                                         12:06

11           After we rig up to go into the hole,

12    remember, the tool is nice and clean, and then we

13    make sure we know where the zero point is because

14    we measure everything by depth.  And the tool would

15    go in, and it gets immersed into the open hole,      12:06

16    into the mud environment, as I described earlier.

17           When it comes out of the hole, I --

18    normally, on our first run, I may or may not go to

19    the tool to inspect it, but oftentimes, for

20    whatever reason, to look at physical condition,      12:07

21    whatever, I -- if I'm just there on the floor, I

22    will go there and help handle the tool, because we

23    have to swap out the tools and I have to prepare

24    for the second run.  I would, you know, help push

25    the tool out and then get the second one up.         12:07
```

                                                   Page 93

Exhibit 4
Page 93 of 255

1          I could easily be touching -- the mud

2     would still be draining from the cable and the top

3     of the tool as we handle it after the tool comes

4     out and preparing for the second run.

5          Q.  On those occasions, would the mud get on        12:07

6     your skin?

7          A.  If I wear short-sleeved coveralls, very,

8     very likely, very frequently, yes.

9          Q.  Did the mud get on your clothing?

10         A.  Easily.  Yes.                                    12:08

11         Q.  Did you have an opportunity to change your

12    clothes between runs?

13         A.  As I mentioned, once I started working, I

14    averaged 30 hours -- 36 hours without sleep.  So

15    no, we didn't have the luxury to be able to go in      12:08

16    at end of our shift to even shower.

17         Q.  Would the mud then dry on your clothing?

18         A.  Most definitely while we were sitting in

19    the unit doing the quality-control checks, it will

20    dry up in the unit.                                     12:08

21         Q.  Another task you identified, again as part

22    of the run process, was taking core samples.  Do

23    you recall that discussion?

24         A.  Of course.  I do.

25         Q.  Can you describe the process of taking          12:08

Page 94

Exhibit 4
Page 94 of 255

1      core samples as a field engineer with Schlumberger.

2          A.   Yes.

3              I mentioned that a core sample is a way to

4      collect the actual rock samples from down below so

5      that the geologist or petrophysicist of the oil          12:09

6      companies could take it to a core lab and actually

7      make a detailed study of the rock from which they

8      will try to produce this hydrocarbon.

9              And a core gun is nothing but empty

10     barrels, like a jar, a steel, iron jar that is          12:09

11     packed with explosives on the back.  And down

12     below, at the depth that they specify, it would

13     be -- we would explode it, and this empty bullet

14     goes into the rock and cuts into the rock, and then

15     it will be retained by some steel wires.  And then      12:09

16     we pull on it until it's loosened, and we will

17     bring back a core of the rock at that depth.

18             Based on our measurement, we identify

19     certain areas where the gas zone is and the oil,

20     and this confirms the measurement as well as being      12:10

21     able to properly study what's in the rocks.  As a

22     core gun has very -- it's not -- even though it's a

23     long -- not a cylinder, but it's very long to be

24     able to fit in the hole.  It has very rugose -- a

25     rugose shape, and so it will catch a lot of mud         12:10

Page 95

1    cake and collect a lot of mud.

2         And I am the person -- the only person

3    responsible to handle the core without

4    contaminating it, meaning that, you know, you don't

5    touch the core.  And so I have to handle each core        12:10

6    separately, to punch it out, put it in a clean jar,

7    glass jar, and seal it, label it, give it to the

8    geologist.  And in the process, I'm touching the

9    core gun that has caked-up mud and still

10   dripping mud even though we try to wash it off as          12:11

11   much as we can.

12        Q.  As a result, did you get mud on your skin?

13        A.  Oh, yes.

14        Q.  Did you get mud on your clothing?

15        A.  Yes.                                              12:11

16        Q.  Did you have a chance to change your

17   clothes after you took the core gun samples?

18        A.  No.  I still have to work.  I still have a

19   lot of work to do before I -- we can rig down and

20   can -- and finish.                                         12:11

21        Q.  Did the mud dry on your clothing?

22        A.  Of course it did.

23        Q.  Did you continue to work in your unit, in

24   the confined space, with that dried mud on your

25   clothing?                                                  12:11

                                               Page 96

1          A.   Yes.   After the core run, even if we

2     run -- finish running, I still have to make all the

3     films that we recorded and then develop it in the

4     dark room, make the sepia and then produce the

5     blueprints after annotation of all the measurements    12:12

6     we took and make all the prints and take care of

7     all the paperwork from which we can bill the oil

8     company for the services we do.

9          So I still have several hours that I stay

10    in the unit with this mud residue or the dried-up    12:12

11    mud in my clothes or in my -- on my body.

12         Q.   Mr. Hsieh, were there ever occasions when

13    your tools or equipment would get stuck downhole?

14         A.   Happens a lot in the Gulf of Mexico.

15         I -- in my illustration, I show what a    12:12

16    open hole is, and I show that it was a straight,

17    vertical hole.   But in actual practice, it's very

18    hard to drill a hole straight -- like a straight

19    line.   Because of the rock formation, the bit will

20    walk.   It would -- could be a corkscrew shape, it    12:13

21    could be slightly deviated.

22         For whatever reason, if the formation has

23    a tendency to suck in more mud, our cable and tool,

24    which goes down, and as they come up during

25    logging, which I described, the cable cuts into    12:13

Page 97

Exhibit 4
Page 97 of 255

 1   certain ledges and creates a leak in the thing --

 2   in the rock.

 3         Or the tool that may have passed through a

 4   certain area where it's likely to suck in mud

 5   because the loss of circulation, the mud wasn't          12:13

 6   prepared properly or there's still a problem with

 7   the hole, the tool gets sucked in differentially

 8   because of the pressure difference, and then we are

 9   unable to pull.

10         The cable is only good enough to pull          12:13

11   7,000 pounds, and we have over a few thousand

12   pounds of weight already from the cable and the

13   tool combined.  Therefore, we couldn't pull any

14   more without risking a -- you know, breaking it

15   off.                                                  12:14

16         When the tool gets stuck, this is -- we

17   have to go to a -- an operation called fishing or

18   cut and thread, meaning that we have to go retrieve

19   the tool.  We can no longer do a logging.

20         And cut and thread involves putting drill      12:14

21   pipes -- cut the cable on the surface, add the

22   drill pipe in all the way down -- you know, 90 foot

23   at a time, which is very long -- go to the bottom.

24         The face -- instead of a drill bit, on the

25   bottom, we have a grappler, something to catch        12:14

<div align="right">Page 98</div>

Exhibit 4
Page 98 of 255

```
 1    the -- the tool is designed with a fishing head to

 2    allow friction to grab on to it.  And once you grab

 3    on to the steel body, you can pull a lot of weight

 4    without, you know, worrying about a cable being

 5    broken.                                              12:15

 6          This time, the cable is broken,

 7    intentionally broken and retrieved.  So you have

 8    the empty pipe, the pipe which is -- as it goes

 9    in -- remember, because of the mud, the pipe is

10    full of mud.  And then it catches the fish head,    12:15

11    which is our tool.  It grab -- grabs it.  And then

12    you have all this pipe on top that is full of mud

13    inside.

14          As it come out, when they break each

15    joint, you have 90 foot of pipe full of mud that    12:15

16    gushes down, and everybody gets washed.

17          Obviously, in the beginning, if they

18    retrieve the fish, I don't have to be on the floor.

19    But towards the end, I want to make sure that my

20    tool is not damaged or I need to inspect to see if  12:15

21    it is damaged.

22          As we get to the -- close to the end, the

23    last few joints on there, I get splashed with mud

24    from the last few joints as well.  This is what we

25    call wet string, when they pull wet strings,        12:16
```

<div align="right">Page 99</div>

1    meaning that each string is full of mud and it will

2    just rain down, whatever was in the pipe.  And I --

3    and this tool being stuck is the worst case of us

4    being washed with whatever mud was in the hole.

5        Q.  Sir, would you have an opportunity to get        12:16

6    cleaned up and change your clothes after that

7    fishing expedition, as it were, with the mud?

8        A.  Of course not right away, you know, once

9    we are there.

10            But with the wet string, we get mud all        12:16

11   over.  We inspect the tools to make sure that we

12   are okay.  Then we will have had -- because like I

13   say, it's a long operation to cut the thread that

14   pipes in.  If the tool is down, say, 10,000 feet,

15   it would be many, many hours.  More than ten hours.   12:16

16            By then, we would have had a replacement

17   cable.  Because we had to break the cable, we have

18   to put the new cable in.  So while they would pull

19   the tool out, if we're lucky, nothing's wrong.  And

20   they wanted to condition the hole so we can go back   12:17

21   in and run it, we have to change out a cable and

22   prepare for the next run.

23            Typically, after all those things are

24   done, we might have a break, but never enough time

25   to relax, to shower.  Because shower is -- it shows   12:17

Page 100

Exhibit 4
Page 100 of 255

1    that you are totally done.  So as a habit, I will

2    not go shower.  Might just go get something to eat

3    and rest in between.

4          So no, we would never think about changing

5    out the clothes just because there's some mud on          12:17

6    it.

7          Q.  Would the mud dry on your clothing?

8          A.  By then, it would have been dry, yes.

9          Q.  At any time, were you ever advised that

10   the dry drilling mud could be hazardous to you?          12:18

11         A.  No.  Never.

12         Q.  Mr. Hsieh, how long were you a field

13   engineer for Schlumberger?

14         A.  I was a field engineer throughout the

15   '80s.  So actually, I was a field engineer until          12:18

16   1991, I think.

17         Q.  And are there -- you mentioned earlier

18   that there was a JFE.  In other words, a junior

19   field engineer.  And then you progressed to field

20   engineer.  Are there other levels of engineer out          12:18

21   in the field?

22         A.  Yes.  The progression with Schlumberger in

23   terms of promotions was, after FE, we would go

24   through a series of tests for our knowledge to

25   become a senior field engineer, an SFE.              12:18

Page 101

Exhibit 4
Page 101 of 255

1          And then the next level is what we call a

2     GFE, a general field engineer, typically meaning

3     that we are now a general who has general knowledge

4     of all the Schlumberger technologies that is

5     offered.  The duties don't change.  We're still        12:19

6     doing the same thing, trying to make money for

7     Schlumberger out there.  But after -- a GFE is the

8     last level before they would consider you to be

9     promoted out of the field to a real office job.

10        Q.  Do you recall approximately how long you        12:19

11    were a field engineer before you advanced to senior

12    field engineer?

13        A.  I believe I'd become an SFE sometime in --

14    around '82 to '83.  In that time period.

15        Q.  Did I understand you correctly just now,        12:19

16    that as a senior field engineer, your job was

17    essentially the same as that of a field engineer?

18    Or were there differences?

19        A.  They were the same.  All the things that

20    we have to perform were the same.  It's just the       12:20

21    company knows that you are more senior.  And they

22    verify that through some oral presentations and

23    different observations to give you that promotion.

24    And you get a little hike in your base pay.  But to

25    the customer, there is no difference from what we       12:20

                                              Page 102

Exhibit 4
Page 102 of 255

1    do.

2        Q.  Did you continue, then, to experience

3    exposure to mud in the manner you've previously

4    described?

5        A.  Oh, yes.  Everything's the same.                12:20

6        Q.  As a senior field engineer, were you ever

7    warned then that the drilling mud could be

8    hazardous?

9        A.  No.  Not at any time during the field

10   career.                                                 12:20

11       Q.  How long did you hold the title of senior

12   field engineer before your next advancement?

13       A.  I think I was an SFE until about '86, '87.

14       Q.  What was your next job?

15       A.  Before I became a general field engineer,       12:21

16   I was actually assigned a new position.  It was a

17   trial.  It was a test.  Because back in 1986, the

18   oil prices crashed, and everyone -- half the people

19   in the Gulf Coast all the way to Lafayette went

20   bankrupt.  So I was given -- I was not laid off,        12:21

21   fortunately, but I was given the opportunity to

22   move to a new tool called -- well, a new position

23   called a RFT engineer.  Prior to that, there were

24   no such positions.

25           RFTs were specialized tools run by what we       12:21

                                            Page 103

Exhibit 4
Page 103 of 255

1    call general operators, very experienced operators.

2    And so I was --

3         Q.  If I may, what does "RFT" stand for?

4         A.  Yes.  "RFT" meant "repeat formation

5    tester."  It was a cash cow for Schlumberger, a         12:22

6    one-and-only type of equipment.

7             So a RFT was very complex, and they have

8    never had engineers in the Gulf of Mexico that

9    specialized in performing those operations.  And we

10   were given the task partly because there was a          12:22

11   abundance of engineers -- they wanted to preserve

12   the number of engineers, I believe, so they gave us

13   a chance to do something different.

14            So I was selected to be an RFT specialist

15   out of a -- just -- there were just a few of us.        12:22

16   And I serviced the entire Gulf Coast, meaning not

17   just out of Larose, but I had to cover Lafayette,

18   Houston, sometimes all the way to Victoria, Texas.

19        Q.  Was your work -- excuse me.  Did your work

20   continue to be offshore?                                12:23

21        A.  Only offshore.  I was strictly an offshore

22   engineer running the RFT tool.

23        Q.  In laymen's terms, can you explain for us

24   what your duties entailed running the RFT tool.

25        A.  Yes.  An RFT, as I mentioned, the repeat       12:23

Page 104

Exhibit 4
Page 104 of 255

1    formation tester, was designed to --

2           THE WITNESS:  Does that horn bother you

3    guys?

4           MS. CHESTER-SCHINDLER:  Let's ask the --

5    let's take a short pause and ask the videographer.    12:23

6           Is that going to pick up in the background

7    of the video --

8           THE VIDEOGRAPHER:  It is, yeah.

9           MS. CHESTER-SCHINDLER:  -- Dustin?

10          THE VIDEOGRAPHER:  Yes.                        12:23

11          MS. CHESTER-SCHINDLER:  Okay.  Let's pause

12   for just a minute.  I heard it briefly.

13          Did it go off?

14          THE WITNESS:  Somebody just shut the alarm

15   off, I think.                                          12:23

16          MS. CHESTER-SCHINDLER:  Okay.

17          THE WITNESS:  It was a car alarm.

18          MS. CHESTER-SCHINDLER:  Yeah.  I could

19   hear it.

20   BY MS. CHESTER-SCHINDLER:                              12:23

21      Q.  All right.  I'll repeat the question.  In

22   laymen's terms, can you explain for us what the job

23   duties of an RFT specialist were.

24      A.  Yeah.

25          An RFT is designed with a -- I mentioned a     12:24

                                              Page 105

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 105 of 255

```
1    needle probe.  So it's -- if you would consider

2    it's like a hypodermic needle that we put in our

3    body.  A medical needle.

4           So it's a mechanical probe that goes into

5    the rock and suck out any kind of tiny amounts of      12:24

6    fluid so they can read the pressure that's in the

7    formation, or better yet, let the oil and gas flow

8    in, into a big sample chamber that we have down

9    below that we put and deploy into the hole up to

10   two and, you know, three gallons so we can collect     12:24

11   actual hydrocarbon samples.

12           So the RFT tool can read limited numbers

13   of pressures.  The pressure points are necessary

14   for the geologists to map out the reservoir,

15   knowing what type of formation pressure they have      12:25

16   so they can better understand how well the

17   formation will produce when they actually perform

18   the production from this sand, from this pay zone.

19           And then the oil that it retrieve, they

20   can actually study the PVT analysis, the pressure,     12:25

21   volume, temperature analysis, to know the quality

22   of the oil grade so that they know how much it is

23   worth.

24           So a RFT tool was a wonder because we

25   basically had no competition at that time, and it      12:25
```

Page 106

Exhibit 4
Page 106 of 255

1    was routinely called out to verify once they have

2    confirmed a pay zone.

3        Q.  As an RFT specialist using this very

4    intricate tool, were you ever on the drilling

5    floor?                                              12:26

6        A.  All the time.  Whenever we dressed the

7    tool before going in and after the tool comes out.

8    Because we have to -- there is some pressure traps

9    that we have to bleed off to -- you know, for

10   safety reasons, and then to read the pressure from   12:26

11   the sample chambers and later on retrieve the

12   mud -- the oil samples, if we collected any, on the

13   catwalk later.

14          So I have to be handling the tool a lot of

15   times, a lot more than I did with the previous,      12:26

16   other tool runs.

17       Q.  Were you ever exposed to drilling mud as

18   an RFT specialist working with the tool on the

19   floor?

20       A.  A lot more than the other tools.  Because    12:26

21   the RFT tool has a very odd shape.  Even though I

22   mentioned the core gun is rugose in the shape, RFT

23   tool actually physically expands and open up

24   against the hole with anchors and then a probe and

25   the needle sticking in with a rubber seal, and all   12:27

                                              Page 107

Exhibit 4
Page 107 of 255

1    that mechanism tend to catch, you know, and scrape

2    the mud as they move around the hole.

3          So when I -- when they come out and I

4    hand -- I have to reach the access of the pressure

5    ports and the fluid ports, I am always touching          12:27

6    whatever's on the tool, which is inevitable.

7          Q.  Would the mud get on your clothing?

8          A.  Yes.

9          Q.  Did it get on your skin?

10         A.  Yes.                                            12:27

11         Q.  As an RFT specialist, would you have a

12   chance to change your clothes after the mud got on

13   them?

14         A.  No.  Not right away.  We have a lot of

15   work to do even after we run, so -- and then we          12:28

16   still have to do the same thing with the logs that

17   I mentioned that we -- because we record everything

18   we do.  So the RFT specialist has to annotize and

19   then make the prints as well.  So we have a lot of

20   work inside a unit after the exposure to the mud        12:28

21   that we touched.

22         Q.  Would the mud dry while you were working

23   in your unit?

24         A.  Yes.

25         Q.  How long did you work as an RFT specialist    12:28

Page 108

Exhibit 4
Page 108 of 255

1    offshore for Schlumberger?

2        A.  From '86, when I was first assigned, until

3    about '91 when, after '91, I was promoted out of

4    the field.  So from '86 to '91.

5        Q.  After that promotion, did you ever go back          12:28

6    to working in the field?

7        A.  I did not.

8        Q.  And to be clear:  Was that the case for

9    Schlumberger as well as your future employers?  In

10   other words, you never went back to working in the       12:29

11   field?

12       A.  That's correct.  None of the other,

13   subsequent jobs I took required that I do any type

14   of fieldwork.

15       Q.  When you left the field in approximately          12:29

16   1991, what job did you take that -- at that time

17   with Schlumberger?

18       A.  I was transferred to our Houston

19   manufacturing plant, downtown Houston, south of

20   University of Houston, on I-45.  I was in the            12:29

21   manufacturing quality-control department as a

22   customers acceptance testing engineer, what we

23   called a CAT engineer, customer acceptance testing.

24       Q.  In the customer acceptance -- excuse me --

25   customer acceptance testing position, did you           12:29

Page 109

```
 1    actually work on equipment or did you work in an
 2    office?
 3         A.  I worked in an office.  I worked with the
 4    data that are generated from testing all the
 5    manufactured equipment, to make sure that they        12:30
 6    comply with our specifications.
 7              Because my customers -- the customer in my
 8    title is our internal customer, which is all the
 9    field locations around the world.  We want to
10    gather information and make sure that the             12:30
11    manufacturing process and then the latest,
12    subsequent shipping process to the location --
13    could be in West Africa, could be any -- you know,
14    in the jungle of Sumatra -- that when they arrive,
15    they were still working functionally, properly.      12:30
16              And so I collect the CAT cards that they
17    are supposed to send back, and we reported to the
18    New York headquarters about manufacturing quality.
19         Q.  Thank you.
20              How long did you work in that              12:31
21    quality-control position, if you will?
22         A.  I was a CAT until nineteen ninety- -- late
23    '93, I think.  Middle --
24         Q.  And then --
25         A.  Middle part of '93.  Sorry.                 12:31
```

                                             Page 110

1      Q.   I'm sorry.  Go ahead.

2      A.   I'm sorry.

3      Q.   I didn't mean to speak over you.

4      A.   Middle part of '93.

5      Q.   And then what was your next position with        12:31

6   Schlumberger?

7      A.   They offered me a position in Taiwan to

8   start up a joint venture for another division of

9   Schlumberger, and I took that.

10     Q.   How long did you -- I'm sorry.  Go ahead.      12:31

11     A.   I'm sorry.

12          And I took it.  So I was -- in late -- in

13   mid-'93, I was in the process of transitioning to a

14   different industry, as you may -- if you would.

15     Q.   But still employed by Schlumberger,             12:31

16   correct?

17     A.   Still under Schlumberger.  Different

18   division.  Yes.

19     Q.   How long did you work on this joint

20   venture in Taiwan with Schlumberger?                    12:32

21     A.   I started the joint venture in '94.  I was

22   there until late '98.  In Taiwan.

23     Q.   And then what was your next position with

24   Schlumberger?

25     A.   I was then transferred to another joint         12:32

Page 111

Exhibit 4
Page 111 of 255

1    venture of another -- yet another industry of

2    Schlumberger, to central part of China in late '98.

3        Q.  How long did you work on this project in

4    Central China for Schlumberger?

5        A.  I was there -- I was the general manager        12:32

6    of that JV until about 2001, I think.  2001, yes.

7        Q.  And just to ensure that we're all on the

8    same page:  When you were conducting this joint

9    venture for Schlumberger in Taiwan, as well as the

10   project in Central China, were you working in a        12:33

11   plant or office setting or both?

12       A.  The joint ventures were also supposedly

13   manufacturing, but in Taiwan, they were just

14   assembly and tests, meaning we assemble

15   manufactured kits coming from South Carolina and we    12:33

16   would -- our workers would put them together and

17   calibrate the meters.  So we -- I was in what we

18   call a factory, but I was always in an office.

19       Q.  And same question for your project in

20   Central China.                                          12:33

21       A.  Yes.  That was also -- it had two

22   different manufacturing facilities building pay

23   phones and also making smart cards, IC cards,

24   similar to the SIM cards that we use today in our

25   mobile phones.                                          12:34

                                        Page 112

1          But we -- I had two plants.  One is a pay

2     phone card -- a pay phone plant, one was a card

3     plant.  I was the general manager, so I was in the

4     office the whole time.  I was not in the plant.

5          Q.  I apologize if I missed this, Mr. Hsieh.          12:34

6     How long did you work on the Central China project?

7          A.  I mentioned that I left around 2001.

8          Q.  And what was your next position after

9     that?

10         A.  I was in charge of the Asia Pacific          12:34

11    product, what we call product line, for a public

12    communications manager for Asia Pacific, basically

13    looking over all our manufacturing plant besides

14    the one in Central China.

15         Q.  How long did you hold that position?          12:35

16         A.  I was there until two thousand and -- just

17    about a year.  2002, maybe beginning of 2003.

18         Q.  Is that when you ultimately left

19    Schlumberger and took a new position?

20         A.  No.  After that, I was -- I moved back to          12:35

21    the oil field services arm of Schlumberger.  China.

22    And I was there to help develop new business with

23    the Chinese oil fields.

24         Q.  How long did you work in that capacity

25    developing new business in the Chinese oil fields?          12:35

Page 113

Exhibit 4
Page 113 of 255

```
1           A.   I was there until 2004.

2           Q.   Where did you go in 2004?

3           A.   I joined Alcatel, which is a

4      telecommunication equipment manufacturer.

5           Q.   What was your position with Alcatel?        12:35

6           A.   I started out as VP of business

7      development for energy industries.

8           Q.   How long were you the VP of business

9      development for energy industries with Alcatel?

10          A.   Alcatel went through a merger/acquisition    12:36

11     exercise with Lucent Technologies of the United

12     States.  It was becoming Alcatel-Lucent.  And in

13     2006, because of the reorganization, they were

14     trying to place me somewhere else.  They were going

15     to change the group where -- from which I was        12:36

16     working under, and so I left Alcatel in 2007.

17          Q.   To ensure that we're still on the same

18     page:  Tracking briefly back to your final

19     positions at Schlumberger, were those office

20     positions, or did you actually work in a plant      12:36

21     setting?

22          A.   They were all office positions.

23          Q.   And would the same be true for the time

24     frame you were a VP with Alcatel?

25          A.   Yes.                                        12:37
```

Page 114

Exhibit 4
Page 114 of 255

1      Q.   Where did you go in 2007?

2      A.   I joined Baker Hughes International, in

3   the China office.

4      Q.   What was your position with Baker Hughes

5   International?                                          12:37

6      A.   I was recruited and hired on as the

7   corporate business development manager for Baker

8   Hughes International.

9      Q.   How long did you work in that position?

10     A.   Shortly after I joined, I think -- let's     12:37

11  see.  That was 2007.  So maybe 2008 or so, there

12  was a reorganization within Baker Hughes.  They

13  were changing the whole group and changing their

14  business models, and I became key accounts manager,

15  obviously in China, with the new group.               12:37

16     Q.   Um-hmm.

17          Am I correct, sir, that that would be an

18  office setting you were working in as opposed to a

19  plant setting?

20     A.   Yes.  Still in a office, in Beijing.         12:38

21     Q.   How long did you work with Baker Hughes,

22  total?

23     A.   From 2007, I worked until September of

24  2015.

25     Q.   And throughout that time frame, were you    12:38

                                              Page 115

```
 1    working in an office setting or a plant setting?

 2        A.   Always in an office.

 3        Q.   What position did you take in 2015?

 4        A.   In 2015, I was laid off by Baker Hughes

 5    because I had just come off my meningioma surgery      12:38

 6    and reapplication.  So at that time, I took on a

 7    job with a friend, called Haimoa (phonetic)

 8    Technologies.  This is a Chinese company.  Still

 9    working in the oil field.

10        Q.   How long did you work -- or -- well, first    12:39

11    of all, what was your job title at Haimoa?

12        A.   I was hired on as the marketing director

13    for Haimoa.

14        Q.   How long did you work as marketing

15    director for Haimoa?                                   12:39

16        A.   I left Haimoa on a -- terms of leave of

17    absence.  Basically resigned in early February of

18    2016.  So I was not there -- I was only there for

19    three, four months.

20        Q.   And what were the circumstances             12:39

21    surrounding your leave of absence?

22        A.   Of course 2015 and 2016 saw a steep drop

23    of oil prices very similar to what we were -- what

24    we are experiencing now.  It was a fight between

25    the Saudis and the Russians to try to kill the        12:40
```

Page 116

```
1    American shale revolution, and the prices were

2    going down so fast that Haimoa was under a

3    financial burden.

4         And I knew that they -- I took the job for

5    personal reasons, because of my work visa, which    12:40

6    has nothing to do with, you know, what I -- what we

7    did -- what we did.  But in order to stay in

8    Beijing, I needed a visa.  And the only way to get

9    a visa -- you can't just change from a work visa at

10   Baker Hughes to a tourist right away.  I had to     12:40

11   continue getting a employment visa.

12        And in 2016, my mother passed away at --

13   on January 31, and it happened to be right before

14   Chinese New Year.  So over the ten-day holiday in

15   China, I came back to Atlanta to take care of the   12:40

16   funeral and all her affairs afterwards.  And I went

17   back and decided that I no longer need to work

18   and -- in such a condition -- economic condition

19   for our industry.  And so I explained to Haimoa

20   that I would take leave of absence and leave.       12:41

21       Q.  My understanding is, that since you left

22   Haimoa in 2016, you haven't held a job with an

23   actual company.  Is that correct?

24       A.  That is correct.

25       Q.  Have you considered ever opening your own   12:41
```

Page 117

```
 1    consulting company?

 2        A.  That thought has crossed my mind, because

 3    lots of people were encouraging me to do that with

 4    the vast experience I had across three different

 5    industries.  And it was -- it made sense to me.          12:41

 6    And various contacts throughout my career and other

 7    places saw that as an opportunity.  It happened to

 8    other markets.  So they approached me, and I was

 9    toying with the idea.

10        Q.  Mr. Hsieh, I want to shift gears now           12:42

11    briefly, and I would like to discuss your medical

12    history.  My understanding is, that starting in

13    approximately 2008, you began to have some specific

14    problems, starting with bladder cancer.  Is that

15    correct?                                                12:42

16        A.  That's correct.  In 2009, I was diagnosed

17    with bladder cancer.

18        Q.  Am I correct that later, some years later,

19    you also were diagnosed with a nonmalignant brain

20    tumor?                                                  12:42

21        A.  That's correct.

22        Q.  What year did that occur?

23        A.  The brain tumor happened in 2015.

24        Q.  And, of course, now you are currently

25    suffering from three forms of cancer, correct?         12:43
```

<div align="right">Page 118</div>

1    Lung cancer, mesothelioma, and renal-cell

2    carcinoma?

3         Yes.

4         DEFENSE COUNSEL:  Objection to form.

5    Leading.                                          12:43

6         THE WITNESS:  Do I answer?

7    BY MS. CHESTER-SCHINDLER:

8    Q.  Sir, do you know what types of cancer you

9    have?

10   A.  Yes.  I -- since the bladder cancer and      12:43

11   after years of chemotherapy, I'm supposedly clear

12   of any recurring cancer, but I have since been

13   diagnosed with cancer in the lung -- the

14   adenocarcinoma -- as well as mesothelioma.  And

15   recently, the latest, is the renal-cell carcinoma,  12:43

16   which is cancer in the liver.

17   Q.  Sir, have you discussed with --

18   A.  In the kidney.  I'm sorry.  Kidney.

19   Q.  Sorry?

20   A.  Not liver.  I said liver.  I was wrong.      12:43

21   Kidney.

22   Q.  Ah.  Thank you.  I should have caught

23   that.  I apologize.

24        Sir, have you discussed with your doctors

25   having any genetic testing?                       12:44

                                        Page 119

Exhibit 4
Page 119 of 255

1           A.  It was mentioned to me, especially

2      during -- or after they discovered the kidney

3      cancer.  And yes, they had suggested that as a way

4      to ensure that my children would know ahead of time

5      what type of genes I might have that may -- that        12:44

6      they may suffer, they may try to -- how do you

7      say -- avoid -- or do frequent testing to avoid

8      similar fates as I.

9           Q.  Sir, I'll represent to you that there's a

10     genetic mutation known as the BAP1 mutation which       12:44

11     can predispose people to developing some cancer,

12     such as mesothelioma, when they're exposed to

13     asbestos.  Have you had any testing to see if you

14     have the BAP1 mutation such that you might be more

15     vulnerable to asbestos exposure?                        12:45

16          DEFENSE COUNSEL:  Objection to form.

17     Leading.

18     BY MS. CHESTER-SCHINDLER:

19          Q.  You can answer.

20          A.  I've not done any testing.  I've not even      12:45

21     heard of that being done.  When the doctors that

22     found the kidney cancer suggested the gene --

23     genetic testing was simply to say that it would

24     benefit my children to know ahead of time and

25     because -- assuming that they also test, and to         12:45

                                             Page 120

Exhibit 4
Page 120 of 255

```
 1    know if they have the same genes as I.

 2           I've never heard of the BAP whatever.  And

 3    I have arranged -- and I actually thought that

 4    would be a good idea, to protect my children.

 5           And -- because I have so many follow-ups      12:46

 6    and so many treatments lately in the last two

 7    years, and a lot of travel, I've not had the

 8    chance -- I actually had made some appointments

 9    with Stanford, but because of the recent COVID-19

10    situation, the last -- when I had the appointment   12:46

11    in March, they call and said, "We only do a video

12    consultation."

13           And I said, "Well, how do you" -- "How do

14    you" -- "How do you test me?"

15           He said, "We'll send you a kit.  You just     12:46

16    do your own swab."

17           And I just didn't think that that -- if

18    it's that simple, then that's not what I want.  I

19    said -- and I thought COVID-19 won't last this

20    long, and so I said, "I'll wait until you allow     12:46

21    physical visits again."

22           And so far, I've postponed it twice.

23    They've called me twice, and I still feel more

24    comfortable being able to go in.  So I have

25    indefinitely postponed that testing for the         12:47
```

                                              Page 121

```
 1    same -- for the reasons that I mentioned earlier,
 2    you know, so that my children would be
 3    knowledgeable about this situation, of my genes.
 4        Q.  Sir, you've mentioned your children a
 5    couple times.  I'd like for you to share with us        12:47
 6    some of your family history.
 7            Are you married?
 8        A.  Yes, I am.
 9        Q.  What is your wife's name?
10        A.  Her name is Elaine.                             12:47
11        Q.  And when did you and Elaine get married?
12        A.  We got married in 1987.  December 22nd, I
13    think.
14        Q.  Do you -- good for you, because many
15    people don't recall the actual date.  So you did.      12:47
16    You get points for that.
17            Where did you-all get married?
18        A.  We were married in New Orleans, in Gretna,
19    Louisiana, on the Westbank.
20        Q.  And do you have -- I assume you have          12:47
21    children.  You've mentioned them a couple times.
22    How many children do you have?
23        A.  We have two boys.
24        Q.  What are their names?
25        A.  Alex and Albert.                               12:48
```

Page 122

Exhibit 4
Page 122 of 255

1        Q.   Do Alex and Albert live nearby?

2        A.   Yes.  They are both in the Bay Area where

3    we live, and that is one reason we -- when we

4    retired, we decided to settle here in the Bay Area.

5    One -- Alex lives within 20 minutes.  Albert is          12:48

6    just in

7    San Francisco, which is less than an hour's drive.

8        Q.   And how old are Albert and Alex?

9        A.   Alex is the older one.  He's 31.  Albert

10   is 26.                                                   12:48

11       Q.   You've mentioned your desire to protect

12   your children.  I have a question for you.  Have

13   you discussed your cancer diagnoses with your sons?

14       A.   I have updated them on the situation from

15   the day that I was diagnosed with the lung cancer        12:48

16   and then later the mesothelioma, of course the

17   recent renal-cell.  They are aware of everything,

18   from bladder cancer on, and meningioma, everything.

19       Q.   Can you describe for us the doctors visit

20   where you learned that you had lung cancer and           12:49

21   mesothelioma.

22       A.   The lung cancer was caught by accident or

23   it was in a surprise, because I was -- at that

24   time, only had health insurance in Taiwan because I

25   was no longer employed.  And so I went back to           12:49

Page 123

Exhibit 4
Page 123 of 255

```
 1    Taiwan.  Being still a citizen of Taiwan, I have
 2    national health insurance.
 3         And because of my -- I had a heart attack
 4    in 2012.  I have two stents in my body.  During the
 5    annual stress test that the doctors perform, when I      12:49
 6    went back a year later, he said that there was a
 7    positive -- there was a -- there was a positive
 8    test from the year before.  He wanted to do a CT
 9    scan of my heart to look at all the -- what do you
10    call those -- big blood vessels.                          12:50
11       Q.  Arteries?
12       A.  Arteries.  Yes.  Sorry.  And --
13       Q.  That's okay.
14       A.  -- he wanted to look at it to make sure
15    that I don't have new blockages, with the CT scan.      12:50
16    And that would have been an out-of-pocket expense.
17    And I said, "No problem.  I will do that.  Tell
18    radiology that I will accept that."
19         And then they said, "By the way, since
20    we're doing your heart, why don't we do the CT of      12:50
21    your chest also?  It's just right there.  Why don't
22    you bother to take a look at it?  It's just an
23    additional" -- whatever, you know, three
24    thousand -- $3,000.  And I agreed.
25         And so we did the CT scan.  And with the          12:51
```

Page 124

Exhibit 4
Page 124 of 255

1    CT of the chest -- the heart, by the way, they said

2    everything is clear and there's no issues despite

3    the positive test.  So he said, "Everything's okay.

4    You're" -- "You don't need any intervention."

5         But with the CT of the chest, they found          12:51

6    three nodules, small nodules.  I guess RBG

7    originally, of the supreme court, also were found

8    nodules.  That's the closest I can explain.

9         And so they wanted to take a biopsy of the

10   nodules from my lungs, and of course I agreed to       12:51

11   that.  And the nodules came back -- and then the

12   biopsy came back as malignant adenocarcinoma.  They

13   said it was lung cancer.  Therefore, they have to

14   deal with it.  And the protocol was to remove the

15   parts with the cancer.  They have to resection it      12:52

16   off.  So --

17        Q.  How did you feel when they told you you

18   had lung cancer?

19        A.  Obviously, I was shocked.  And we

20   discussed with the doctor.  He said he's not sure,     12:52

21   since I don't smoke.  But he said, "Maybe your

22   Beijing pollution is bad."  So -- because I lived

23   in Beijing for so many years.  However, there's no

24   conclusion as to why I had that.

25        And he decided to perform surgery, and we         12:52

                                              Page 125

Exhibit 4
Page 125 of 255

1    scheduled surgery for the lung cancer in late 2017,

2    and it was done in early 2018.  During this --

3        Q.  What type of surgery did you have?  In

4    other words, what procedure was it?

5        A.  Okay.  They had to remove the top -- I had        12:52

6    three nodules, as I mentioned.  The right lung has

7    three lobes.  The upper lobe had one nodule that

8    they have to remove, so they have to cut out a --

9    resection a wedge, about a third of the upper lobe.

10   And then the two other nodules were not as clearly        12:53

11   defined.  They were larger area.  And so they

12   wanted to remove the entire lower lobe, which would

13   mean 50 percent of my lung would be removed.

14            I did some searches.  I understood that

15   you can live the one healthy lung with no problem        12:53

16   and that Pope Francis only had one lung since he

17   was a teenager.  So I was relieved.

18            And then they said, "In Taiwan, we have

19   these minimal" -- "minimally invasive surgery

20   called VATS," which means video-assisted thoracic        12:53

21   surgery, so that they wouldn't have to cut open my

22   whole chest with a ten-inch incision.  And I felt

23   comfortable going in for that because -- knowing

24   that it's okay not to have half of the right lung

25   and I just need time to recuperate.                      12:54

                                          Page 126

Exhibit 4
Page 126 of 255

1          So that was the surgery that was discussed

2     and performed.

3          Q.  And did your doctors ultimately elect to

4     take out part of your lung?

5          A.  During the VATS, V-A-T-S, the Doctor, you          12:54

6     know, he was -- he had the video camera in there,

7     and he was able to successfully resection the upper

8     wedge on the upper lobe.

9          And then he moved on down to the lower

10    lobe to try to resection the entire lower lobe,          12:54

11    which I mentioned 50 percent of my right lung.  He

12    was shocked to see that the lung -- well, I -- he

13    said there's no evidence as to what he saw.  He

14    said that he saw -- when he went down with the

15    video camera to the lower lobe, he saw that the          12:55

16    lung -- or that that part was covered in red spots,

17    and he was surprised, because prior to the surgery,

18    besides CT, we did MRIs and P-E-T, PET scans, to

19    confirm the cancer.

20         And so during surgery, because he was          12:55

21    surprised, he decided to abort the resection of the

22    entire lower lobe, and instead he took some tissue

23    samples because he wanted to test pathology to see

24    what it is that he's seeing, that he wasn't able to

25    see with the imaging.          12:55

                                        Page 127

1        Q.   What was the result of that test?

2        A.   I came out of surgery with a chest tube

3    because they wanted to suck out all the air bubbles

4    that may have been introduced.  And it took me over

5    a week to recover.  I didn't know there was a          12:56

6    pathology test pending, that tissue -- I thought

7    that my lung was removed.

8             And I was surprised to know that I was

9    able to get up and walk, you know, 30 minutes

10   fairly quickly, within four or five days.  I was      12:56

11   telling my kids, who were here in the Bay Area,

12   that "It's okay to lose half a lung," you know.  "I

13   can do all this."

14            About seven days later, close to discharge

15   time, the doctor came into the room and told me       12:56

16   that -- he told me the story which I just

17   mentioned, about red spots and the pathology.  And

18   he said, you know, "We had to do this.  It was

19   nothing that I've seen.  And you can apply for the

20   path report in" -- I don't know -- "in a couple       12:56

21   days, but you're okay to be discharged now."  So I

22   was discharged first before the pathology test

23   results ever came back.

24            In Taiwan, the pathology test was not just

25   given to you.  You have to pay for the report, the    12:57

                                            Page 128

1    written report.  So on the day that it was ready,

2    I -- we went to the hospital, get a number so that

3    you can be serviced, and then we say we want a path

4    test result from this date.  And then later, they

5    printed out the copy and gave it to me.                12:57

6         So I read -- I was the first one to read

7    before the doctors were able to talk to me.  And I

8    saw the word "malignant mesothelioma,

9    pleural" -- you know, "pleural mesothelioma,"

10   something like that.                                    12:57

11        Q.  Was Elaine with you when --

12        A.  Yes.

13        Q.  -- you got the pathology report?

14        A.  We were together.  We went to the hospital

15   together.                                               12:57

16        We -- I remember getting it from the

17   service counter, and it was on the ground floor.

18   And then we went to the coffee shop, and when I saw

19   the diagnosis -- the word "mesothelioma" is

20   unfamiliar to me.  It was -- I don't -- I did some     12:58

21   Google searches.  Then I -- and then it just says

22   it's a -- this is a cancer that happens to the

23   lung, the lining of the lung, and it says the

24   stomach or heart, and that there's no cure.  That's

25   all I can remember of what the search --               12:58

                                          Page 129

Exhibit 4
Page 129 of 255

1     Q.  How did you feel when you read those

2    words, "no cure"?

3     A.  I was shocked.

4     Q.  Do you need a break, David?

5     A.  I was really very calm.  I said, "Wow.  No        12:58

6    cure.  I can't believe it."  Then I remember, you

7    know, all the times I came back to the States in

8    the summer for summer camps.  On the -- when you

9    watch TV, there will be commercials, you know, of

10   the word "mesothelioma."  "We can help."  I said,     12:59

11   "Oh.  I did see" -- "I have seen," you know,

12   "commercials about it."  But obviously, I never

13   knew what it was.

14        But in Taipei, when we saw that -- I

15   showed it to her.  We were both calm.  Because I've   12:59

16   gone through so many, everything finding out by

17   accident.  You know, the lung cancer was -- you

18   know, was just accidental finding.  And then this

19   added on to that.

20        So we waited to see the doctor, of course.        12:59

21   I can't remember.  The same day or the next day or

22   whatever.

23     Q.  How did Elaine react?

24     A.  She was talking.  She was calm.  Because

25   she knew -- during the VATS, the doctor came out      12:59

                                             Page 130

Exhibit 4
Page 130 of 255

```
1    and say, "I'm sorry.  I can't do anything.  I have
2    never seen this type of red spots, so I didn't cut
3    it off.  But don't tell your husband.  I took some
4    samples."  So she knew all throughout my recovery
5    that, you know, this is supposed to happen.          01:00
6         Q.  That it might get worse?
7         A.  Yeah.
8             So she knew that there's something else,
9    but then she was calm the whole time.  She never,
10   you know, would cry to me.  She says she cried when  01:00
11   the doctor first told her that there's nothing he
12   could do.
13            But then when the path test results came
14   back, you know, I said, "Wow.  Mesothelioma."
15   That's how -- that -- we didn't have much of a       01:00
16   reaction.
17        Q.  Did you continue your treatment in Taiwan?
18        A.  When we finally get to see the doctor -- I
19   said the same -- the next day or the same day,
20   whatever -- he said, "Your results came back.  You   01:01
21   have mesothelioma."  And then he tells it to me in
22   Chinese.  He said, "We don't" -- "We see very few
23   of these cases.  Maybe you get one case in Taiwan
24   every year."
25            And when I searched -- I did some searches   01:01
```

Page 131

Exhibit 4
Page 131 of 255

1    about mesothelioma, and I saw that in America the

2    average cases per year is over 3,000.  So -- and he

3    said Taiwan, you see one, you know.

4         And then he said, "We know how to treat

5    it.  We have the Internet.  We know," you know,           01:01

6    "what chemicals to use.  Normally you treat it with

7    chemotherapy" and whatever.

8         And then, of course, I said, "No way.  I'm

9    not going to do it here," you know, "for

10   experiment."  I lived right here in Bay Area.  I          01:01

11   have Stanford.  I have one of the best hospitals in

12   the world next to me.  So I said, "No.  I'm going

13   back.  Even though Obamacare is going to be very

14   costly, I'm going to try to get on and then try to

15   get help from the experts."                               01:02

16      Q.  And did you proceed to get treatment at

17   Stanford?

18      A.  Yes.  I was able to qualify for the ACA,

19   the former CARES Act, under the change of life, you

20   know, because I repatriated after 25 years              01:02

21   overseas.  And then I got the insurance policy that

22   would cover Stanford, and I came back and looked

23   for the specialist that would work on mesothelioma.

24   And I --

25      Q.  Did Stanford confirm your diagnosis?               01:02

                                          Page 132

Exhibit 4
Page 132 of 255

1          A.   Stanford requested tissue samples from

2     Taiwan, which they kept a block of my samples from

3     the surgery, and they were able to get some slides

4     from Taiwan, and they tested it for the pathology,

5     with the same results as it was found in Taiwan.        01:03

6     So it confirms the same pathology results.  But the

7     funny thing is, Stanford's imagery -- you know, the

8     CTs, the peeds -- the PETs, the MRIs -- are --

9     still could not identify the mesothelioma.

10         Q.   When you say "identify," you indicated        01:03

11    that they confirmed the diagnosis.  Are they simply

12    unable to see it on these scans?

13         A.   From what I understand --

14              DEFENSE COUNSEL:  Objection.  Form.

15    Leading.                                                01:03

16              THE WITNESS:  Well, the pathology test is

17    a test of the actual tissue samples, and the lab

18    confirms that "You have malignant mesothelioma

19    cancer," found in the tissues that came from my

20    lower -- right lower lobe.                              01:04

21              The PET scans and the MRIs and the CT

22    scans that Stanford did, they see a normal lung

23    except for the lung adenocarcinoma.  But they can't

24    see this classic mesothelioma that they routinely

25    treat people with.  So they said, "From the           01:04

                                        Page 133

Exhibit 4
Page 133 of 255

1    imaging, we can't see the evidence of mesothelioma,

2    but your pathology test confirms that you have" --

3    or "the tissue samples does have mesothelioma."

4    BY MS. CHESTER-SCHINDLER:

5        Q.  To ensure we're all on the same page:  Did          01:04

6    the pathology sample that Stanford tested indicate

7    that you had malignant mesothelioma?

8            DEFENSE COUNSEL:  Object to form.

9            THE WITNESS:  Yes.  The pathology test was

10   the same result as what I got in Taiwan.  And           01:04

11   remember, in Taiwan, they didn't see it in the PET

12   scan nor the MRI.  And that's why he was surprised

13   when he went in.  And he took the tissue samples

14   that tested out, you know, positive for pleural

15   mesothelioma, malignant mesothelioma, which is what     01:05

16   exactly -- that's what exactly Stanford got.  This

17   is what they have.

18   BY MS. CHESTER-SCHINDLER:

19       Q.  So at this juncture, the hospital in

20   Taiwan, and Stanford, have pathologically confirmed    01:05

21   that you have mesothelioma.  Is that correct?

22       A.  That is correct.

23           DEFENSE COUNSEL:  Objection.  Leading.

24   BY MS. CHESTER-SCHINDLER:

25       Q.  Mr. Hsieh, what treatment have you              01:05

                                        Page 134

```
1    undergone for your adenocarcinoma, or lung cancer,

2    and your mesothelioma?

3        A.  As I said, the upper right lobe was

4    resectioned, so it was just cut off.  And so that

5    cancer -- that nodule was removed.                    01:05

6            The lower one, since it was aborted, I

7    came back to Stanford.  First thing they wanted to

8    do was chemotherapy, which supposedly had these two

9    drugs Alimta and Cisplatin that is supposed to

10   treat both meso and lung cancer.  So I went through   01:06

11   I think four rounds of the chemotherapy and then

12   follow-up with radiation therapy of the nodules in

13   my right lower lobe -- I had radiation treatment --

14   to eliminate the cancer.

15       Q.  For those members of the jury who may not      01:06

16   have directly experienced what cancer is like, can

17   you describe what it was like to go through the

18   chemotherapy treatments.

19       A.  Obviously, we all familiar with people

20   with chemo -- going through chemo, say with breast     01:07

21   cancer or other types of cancer, and the first

22   thing we think about is bald -- you know, baldness,

23   losing all your hair.  I was very pleasantly

24   surprised to learn that this chemotherapy will not

25   make you lose hair.  That's why I still have a nice    01:07
```

                                                Page 135

Exhibit 4
Page 135 of 255

1    full head of hair.

2         It caused a lot of fatigue.  Side effects

3    were fatigue and lots of discomfort, and vomiting

4    and all that.  So I -- throughout my four rounds of

5    chemo, I suffered a lot of fatigue and occasional        01:07

6    vomiting and loss of appetite.

7         But the worst thing I actually had was

8    hiccups.  I actually had this strangest experience.

9    I had, I counted, uncontrollably hiccups --

10   involuntary hiccups every -- one in every -- one        01:08

11   hiccups every five seconds.  And I would just -- it

12   would just go nonstop.  There's no way I could stop

13   it.

14        And I look up on the Internet about how to

15   fix it.  Talking about sitting upside down and          01:08

16   drink -- try to gulp down a glass of water.  I

17   can't drink it going -- upside down.  But it didn't

18   help.

19   Q.  I wondered.

20   A.  It didn't help, you know.  And then             01:08

21   gulping down lemon juice.

22        Anyway, nothing worked until -- it

23   happened on the weekend, so I couldn't get the

24   doctor's attention until Monday.  And they knew

25   what to do.  They had a prescription, a special        01:08

                                        Page 136

Exhibit 4
Page 136 of 255

1    drug for that, that stopped the hiccups.  And that

2    helped relieve a lot.

3          And then of course living in Palo Alto --

4    and that was March, April.  The weather was

5    pleasant, so every day, we will go out and walk.          01:08

6    So I slowly walked with my wife, and we were able

7    to build up my strength during the chemo process.

8          Q.  Mr. Hsieh, if you imagined that you had

9    not been diagnosed with lung cancer or mesothelioma

10   or renal-cell carcinoma, what did you imagine your          01:09

11   future to be like with Elaine and your sons?

12         A.  I have two wonderful boys, very

13   successful.  They were -- became totally

14   independent out of school.  Of course, I pay for

15   their college.  I was -- I'm very proud to say that          01:09

16   I actually did that.  Private school payment.

17         You know, we were living in Beijing, so we

18   didn't have any state residency.  Even though my

19   younger, Albert, went to UC Davis, he had to pay

20   just like the international students.  So it's just          01:09

21   like a private college that -- where Alex went to

22   Johns Hopkins.

23         And -- so obviously, even with the loss of

24   the job in -- from the oil industry, I was well set

25   for a good retirement.  And so I envisioned, you          01:10

                                              Page 137

Exhibit 4
Page 137 of 255

1    know, lots of traveling.  Because my wife is from

2    Malaysia, and I love the food in Malaysia.  And I'm

3    from -- originally from Taiwan.  We love the street

4    foods over there in Asia.  So we would be able to

5    cross the Pacific, you know, frequently and enjoy        01:10

6    life.  That was the plan.

7         Q.  What do your plans look like now?

8         A.  I have so many follow-ups, and of course

9    with this newest diagnosis, the treatment plan is

10   for two years of a monthly infusion for my              01:10

11   immunotherapy for the kidney cancer.  I'm tied to

12   Stanford.  I'm stuck here.  You know, only within a

13   month, I can only go away.  And my insurance is

14   only good for the state of California, so I can't

15   go anywhere else.                                       01:11

16        Q.  How has your diagnosis with lung cancer

17   and mesothelioma and now your kidney cancer

18   affected your relationship with Elaine?

19        A.  Surprisingly, she never complained.  You

20   know, from -- obviously, from the brain tumor and       01:11

21   all, it was very tough, very tough to recover.  She

22   was like -- I always joked around that she was my

23   chief nurse.  She would be very strict with my

24   diet, very strict with my blood sugar levels, and

25   always watching out for me, always cooking the          01:11

                                         Page 138

Exhibit 4
Page 138 of 255

1  supposed balanced diet that I need.  So never a

2  complaint about how it's affecting our lifestyles.

3  And -- so even the doctors in their visit notes

4  would say "super-supportive wife."

5      Q.  Do your sons have an understanding of          01:12

6  whether there is a cure for mesothelioma?

7      A.  Well, when I first searched it, I told

8  them, you know, it says no cure.  Of course I've

9  been telling them clearly what the prognosis is --

10  or the diagnosis is.  And they actually came in     01:12

11  and -- in the consultation with the thoracic

12  oncologist about mesothelioma and the different

13  treatments that they would do.  So they are well

14  informed about the situation.

15      Q.  Have you spoken with them about their         01:12

16  feelings about this process?

17      A.  Not directly about the feelings.

18          Obviously, with the -- from the

19  first -- from the beginning of the brain tumor,

20  both were concerned enough to fly back to Beijing   01:13

21  to see me before the surgery.  Obviously, it could

22  have been the last time that I ever see them.

23  Albert was just going to graduate from UC Davis.

24  Alex was working already, and he had a difficult

25  time to get off his project, apparently.  But I saw  01:13

                                        Page 139

1    them before the surgery.

2         And so they've been supportive, and I tell

3    them what's going on.  And sometimes they ask me,

4    "Well, how's your blood sugar this time?" and

5    whatever.  So they are under- -- they are totally        01:13

6    understanding.

7         And Albert was very sad when he first

8    heard -- while he was still in Davis -- about the

9    diagnosis.  Because they knew I had double vision,

10   and then when we finally saw the CT scan with the        01:14

11   big tumor, he was crying over the FaceTime, you

12   know.  So no --

13        Q.  And this was the meningioma?

14        A.  The meningioma.  Yes.  And so --

15        Q.  And --                                          01:14

16        A.  -- the boys are --

17        Q.  And you were able to have surgery for

18   that, correct?

19        A.  Yeah.  Very scary surgery.  Because they

20   cut open my whole skull, pull down my -- the entire      01:14

21   scalp, the face, so they can reach the tumor.

22   Because the tumor is right there in the middle,

23   right next to the brainstem, so that's the only way

24   they can access it.  And they scrape off the tumor

25   until most of it is removed.  There's still a            01:14

Page 140

1    residual amount of tumor stuck in there.  And then

2    they sew my skull back, my skull and scalp back.

3         So it was a very --

4    Q.  Do you have double vision anymore?

5    A.  No.  I am -- I look healthy.  I feel good.     01:14

6    Just some slight impairment on my left, because

7    during the surgery, when they have to access

8    through my right brain, I had some what they call

9    minor ministrokes, if you would.

10   Q.  Having been through that, how did your          01:15

11   sons take the information that you now had three

12   more cancers in the last several years?

13   A.  They never express "What?  More?"  You

14   know, they never use those type of words.  They

15   just take it, accept it, and say "Wow.  Okay."  And  01:15

16   of course I don't tell them to ask for sympathy.  I

17   simply tell them the facts and what the treatment

18   entails so they accept it, you know, as it is.  And

19   they show support and love through other ways but

20   obviously never complain and say "What's wrong with  01:15

21   you?"  You know, that type of attitude.

22   Q.  How are you going to move forward with

23   these diagnoses and your treatment?

24   A.  Well, it's funny, you know.  One comes

25   after the other.  So my college roommate would say,  01:16

                                            Page 141

```
 1    "So what else is going to go wrong?  You've got

 2    everything else happen to just about all your

 3    organs."  You know.  "What's next?"  And obviously,

 4    I can't answer that, and sometimes that is a

 5    sarcastic question.                                   01:16

 6            So I am taking it as it comes along and,

 7    you know, understanding the science as much as I

 8    can and understanding -- you know, be well informed

 9    about a treatment and go about managing the side

10    effects as much as I can and live as good a life as  01:16

11    I can.

12            MS. CHESTER-SCHINDLER:  Thank you,

13    Mr. Hsieh.  Those are all the questions that I have

14    for you today.

15            We'll go ahead and go off the record.        01:16

16            THE WITNESS:  Okay.

17            THE VIDEOGRAPHER:  Going off record at

18    1:16 p.m.

19            (The parties agreed to go off the record

20            from 1:16 p.m. to 2:30 p.m.)                 02:10

21            THE VIDEOGRAPHER:  We're back on the

22    record at 2:30 p.m.

23    EXAMINATION BY MR. MOIR:

24        Q.  My name is Peter Moir.  I represent

25    Schlumberger, and I'm going to have some questions   02:30
```

                                        Page 142

Exhibit 4
Page 142 of 255

1    for you that's going to go into -- we're going to

2    talk about your family history, more of your

3    medical history, as well as your work experience.

4        A.  Okay.

5        Q.  But before I start that, I'm a little        02:31

6    unclear, only because I had a friend who -- David,

7    spelled the same way, and he pronounced it "Shay."

8    How do you pronounce your last name?

9        A.  Throughout my career in the '80s, I always

10   identified myself when I call out to the rig, to     02:31

11   the company men, "I am David Shay."  And then when

12   I show up on the rig, the company man would look at

13   me and say, "Did I talk to you?  Did I talk to you?

14   You're the guy that called me?"  I say, "Yeah.  I'm

15   Irish-Chinese."  And he'd get a chuckle, you know.   02:31

16   Because "Shay" is obviously easy to pronounce and

17   "Hsieh" is difficult with this weird spelling.

18        And I was stopped at U.S. Customs many

19   times in the past, in the '90s, because someone

20   with the same name and same birth day, not the      02:32

21   birth year, was wanted for some financial fraud

22   charges.  And I was kept by the FBI at the customs,

23   and where they have to call sometimes, on

24   weekends -- they say, "Oh.  We can't get through

25   San Antonio, Texas, FBI office, so we've got to     02:32

                                              Page 143

1    keep you here.  You can't cross the border."

2              And finally, after a few times, I managed

3    to get some sort of answer from the agent, from the

4    TS- -- not a TSA, but the border control,

5    understanding that it's because someone with my          02:32

6    name is a most wanted person or whatever.  I say,

7    "Hey, I" -- "He" -- "I am from Taiwan, but I never

8    lived in the states that they lived in."  Because

9    they told me a little bit.

10             But no, this is the third David Hsieh that     02:32

11   I've heard of, now that you mention.

12       Q.  Well, I hope -- I -- well, Mr. Hsieh --

13       A.  Yes.

14       Q.  -- I hope it wasn't my friend who the FBI

15   was looking for.  That's all I can say about that.       02:33

16       A.  I hope not too.  I hope it is a third

17   person.

18       Q.  Okay.  So behind you, you have some

19   drawings that you've done.  When did you prepare

20   those drawings?                                          02:33

21       A.  Just the last few days.  It's always in

22   the head of -- in the back of my head thinking

23   about this, but then yesterday I did the sketches.

24       Q.  Okay.  When is the last time that you met

25   in person with Ms. Chester?                              02:33

                                              Page 144

Exhibit 4
Page 144 of 255

1        A.    Who's Ms. Chester?

2        Q.    Susie.

3             MS. CHESTER-SCHINDLER:    Schindler.    Susie.

4             THE WITNESS:    Oh.    Schindler.

5             MR. MOIR:    Schindler.                          02:33

6             THE WITNESS:    Susie.

7             I have only met Susie once.    It was 2018,

8    maybe?

9    BY MR. MOIR:

10        Q.    2018?                                          02:33

11        A.    I think so.

12        Q.    Okay.    You've been very active and

13   involved in the medical treatment you've been

14   getting.    Is that true?

15        A.    That is correct.                              02:33

16        Q.    You've had access to many of your medical

17   records over the past couple of years, correct?

18        A.    Access to all -- yeah.

19        Q.    Through MyHealth?

20        A.    Yeah.    At Stanford, I have access to it    02:34

21   anytime I want to see it, yes.

22        Q.    Okay.    And you've reviewed -- as you know,

23   you've got medical records that have been

24   generated.    You've reviewed them and even commented

25   on the medical records to your doctors, correct?     02:34

                                            Page 145

```
 1        A.  Well --

 2             MS. CHESTER-SCHINDLER:  Object to the

 3    form.

 4             THE WITNESS:  To the extent that --

 5    normally, I mean, I don't go back to verify        02:34

 6    anything.

 7             But after seeing a doctor, they would

 8    include what they call visit notes, and in the

 9    visit notes, there's the brief description of my

10    medical history, and sometimes I read through them,  02:34

11    and if I see anything that's a little off but, you

12    know, not necessarily critical, I let it go, but

13    then if something is off the mark, sometimes I will

14    remind them, "This is not really true.  This is

15    what really happened."                             02:35

16             So I do see them, but I never actively get

17    involved with any of the information.  Because they

18    write them down, so I just leave them as it is.

19    BY MR. MOIR:

20        Q.  Well, you -- when you see some -- a        02:35

21    report, for instance, you might email your doctor

22    or one of the nurse practitioners and ask them a

23    question about it.

24        A.  Oh, yes.

25        Q.  Is that fair?                              02:35
```

                                        Page 146

Exhibit 4
Page 146 of 255

```
1          A.   When I see them and if I have a question,

2    I have easy access through MyHealth app to send

3    them a message.  And I will always refer to as, you

4    know, this is follow-up questions after a visit, or

5    prescription questions or update MyHealth, any of      02:35

6    that sort.

7          Q.   And as you indicated earlier, you've even

8    done some online research about some of the medical

9    issues that you've faced over the past few years.

10         A.   Well, what I mentioned earlier was, that    02:36

11   when I first got the pathology test result in 2018,

12   I was unfamiliar with mesothelioma and I Googled

13   it, you know, on the spot there in Taiwan -- in

14   Taipei.

15              Later on, with the renal-cell -- with the   02:36

16   chemotherapy for my lungs, I would Google to look

17   at side effects with regards to the use of the

18   different drugs that they use, just to understand

19   more about what to expect, yes.

20         Q.   Okay.  And because of the limitations on    02:36

21   face-to-face contact with the COVID-19, many of the

22   doctor visits that you've had over the past few

23   months, since March of this year, have been by

24   video or Zoom, just like we're doing today.

25         A.   They had all been video through MyHealth.   02:36
```

Page 147

Exhibit 4
Page 147 of 255

1      Q.    Okay.  You're currently in Palo Alto?

2      A.    Yes.  I live in Palo Alto.

3      Q.    You moved there in the spring of 2018?

4      A.    We actually purchased the property in

5  2017, when we left China.  Only reason, like I          02:37

6  mentioned, is because our -- both our boys are here

7  in the Bay Area and we've always known that Palo

8  Alto has very, very mild climate.  So we've -- my

9  wife always enjoyed this area.  So we decided to

10  purchase a property here.                               02:37

11          And then because of the insurance -- I

12  think I mentioned earlier I have insurance --

13  health insurance in Taiwan.  I chose to not get on

14  a expensive insurance policy here in America and I

15  did all my follow-up in Taipei, because they were      02:37

16  all follow-ups.

17      Q.    Yeah.  But in terms of moving to Palo

18  Alto, did you move --

19      A.    I'm sorry.

20      Q.    -- to Palo Alto in the spring of 2018?        02:38

21      A.    Yeah.  After purchase of the property in

22  '17, we had moved all of our furniture and we

23  stayed here, except for the medical trips to

24  Taipei, until --

25      Q.    Okay.                                          02:38

Page 148

Exhibit 4
Page 148 of 255

1    A.  -- of course, the diagnosis of the lung

2    cancer where I came back for Christmas and then

3    telling them I'm going back for the VATS after

4    Christmas.  So we've had -- our residence was here

5    already.                                            02:38

6    Q.  Okay.  I wasn't clear on this.  You

7    retired in 2016?  Is that correct?

8    A.  I official- -- yes.  From Haimoa, I was --

9    which is my last employer.  In 2016, in February, I

10   took a leave of absence, and I basically resigned   02:38

11   myself from further working in the oil business.

12   Q.  And when you retired or took this leave of

13   absence from Haimo, where were you living at that

14   time in 2016?

15   A.  I was still living in Beijing.               02:39

16   Q.  Okay.  And how old were you at the age

17   when you retired or took this leave of absence --

18   A.  Well --

19   Q.  -- from Haimo?

20   A.  I was born in '57, so early '16 I was -- I  02:39

21   just turned -- 59, is it?  Yeah.

22       Fifty-eight.  In September of '15.

23   Q.  Okay.  So that was before you were

24   diagnosed with lung cancer and before you were

25   diagnosed with mesothelioma.  Is that correct?     02:39

                                        Page 149

Exhibit 4
Page 149 of 255

1      A.   Correct.   That's correct.

2      Q.   Now, was -- there's been some reference in

3   an interrogatory answer.   I don't want to pull that

4   up.   But was part of the reason that you stopped

5   working to take care of your mother, who was ill at     02:39

6   the time?

7      A.   Yes.   She was put to hospice the same time

8   that I was going through my brain surgery.   The

9   doctor said three or four months.   And I was very

10  sad because I had tend to her all through her          02:40

11  chemotherapy, chemo sessions, because of her liver

12  cancer in the previous two years until my double

13  vision, my diagnosis of the brain tumor and then

14  subsequent surgery in June of 2015.   And right

15  before that, she was pronounced -- the doctor said,   02:40

16  "Nothing I can do.   Go to hospice."

17          But I think and I believe -- and I can't

18  believe I believe this.   But I think mentally she

19  fought so hard because she wasn't going to let her

20  life just go away without seeing her son, who is       02:40

21  going through such a traumatic experience.

22          She pulled through the hospice.   She lived

23  an extra three or four months beyond what a doctor

24  said she could live.   And so after my recovery, I

25  was still able to go back to see her as her case --   02:41

                                        Page 150

Exhibit 4
Page 150 of 255

1    her situation worsened.

2        Q.   And the traumatic situation that she was

3    seeing her son, that being you, go through was the

4    treatment for the symptoms from and the surgery for

5    the meningioma, correct?                              02:41

6        A.   That's right.  Well, of course, to her, it

7    just simply means brain surgery, you know, surgery

8    of the head.

9        Q.   Now, in 2009 when you were diagnosed with

10   bladder cancer, you were living in Beijing, China.    02:41

11   Is that correct?

12       A.   That's correct.

13       Q.   And after you were diagnosed with the

14   bladder cancer and you underwent surgery there, did

15   you move from Beijing to Hong Kong or did you just    02:41

16   go to Hong Kong for medical treatment later?

17       A.   I was still being treated by the same

18   doctor, the same urologist, in Beijing.  It was

19   a -- I can't remember how frequently -- monthly or

20   quarterly installation of a chemical called BCG to    02:42

21   keep the surgery area clear of cancer.

22            The BCG that he recommended was a foreign

23   product that had to be smuggled into China.  It

24   came into Hong Kong, and then the local hospital in

25   Beijing had a way to get a courier to bring it in,    02:42

                                             Page 151

Exhibit 4
Page 151 of 255

1    smuggle it in, into Beijing for me to use it, for

2    the doctor to instill it into my bladder.

3         So I did not go to Hong Kong until one day

4    the pharmacy in Beijing told me that their courier

5    has ended this relationship with them and that        02:42

6    they're unable to obtain the BCG product that I

7    needed.  And she said, "You have to go to Hong Kong

8    yourself to get it and bring it back, and we'll

9    treat you, or you use the local product."

10        And because I trust my urologist, I say,         02:43

11   "Well, the only source is the BCG that I can only

12   get it in Hong Kong."  Then I flew to Hong Kong for

13   the regular treatment.

14        Q.  Okay.  But in terms of Hong Kong, you also

15   went to Hong Kong for treatment for some of your      02:43

16   cardiac issues, correct?

17        A.  The cardiac issues -- the cardiac -- the

18   heart doctor was in 2012, which is --

19        Q.  Right.

20        A.  -- several years later.                      02:43

21        Q.  Okay.  And -- but you didn't live in Hong

22   Kong in 2012 when you went there --

23        A.  I've never had a residence in Hong Kong.

24        Q.  Okay.  And then in 2015, you went to Hong

25   Kong for the surgery, the brain surgery, the          02:43

Page 152

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 152 of 255

1    craniotomy for the meningioma.  Is that correct?

2         A.   That is not.  The crane -- the

3    craniotomy -- the meningioma was treated in

4    Beijing, in the same hospital where the bladder

5    cancer occurred -- took place.                          02:44

6         Q.   Oh.  Okay.  Okay.

7              And then in 2017 when you went to Taipei

8    for them to follow up on your heart, your cardiac

9    issues, to take the picture -- the CT of your

10   heart, that was only to go back there for the         02:44

11   treatment, because you had the benefit of the

12   national health care that was provided to Taiwanese

13   citizens.  Is that correct?

14        A.   Well, partially.

15             Yes, that was the reason why I went back.   02:44

16   But I started -- you know, I did not have -- I was

17   not employed nor was I -- nor did I have any health

18   insurance when I was living in Beijing after 2016,

19   when I resigned.  And since Beijing is a simple

20   flight to Taipei, I did all my follow-up, which       02:45

21   included the meningioma, the bladder cancer, the

22   cardiac situation, which I have to follow up on a

23   regular basis, and then I went back and established

24   my relations with the doctors in Taipei.

25             So starting in 2016, I made regular trips   02:45

                                          Page 153

Exhibit 4
Page 153 of 255

1    to Taipei for all this, including the one in 2017

2    when the cardiac -- cardiologist says, "Your test

3    in 2016 and the stress test show a positive result,

4    so I want to do a CT of your heart."

5         MS. CHESTER-SCHINDLER:  Objection.                02:45

6    Nonresponsive.

7    BY MR. MOIR:

8       Q.  So basically, the -- you were going

9    to -- you started going to the doctors in Taipei

10   after you took the leave of absence from Haimo.       02:45

11   You no longer had the insurance, so you went to the

12   doctors in Taipei for the follow-up on your

13   meningioma, your bladder cancer, and your cardiac

14   issues, correct?

15      A.  That's correct.                                02:46

16         MS. CHESTER-SCHINDLER:  Objection.  Form.

17   BY MR. MOIR:

18      Q.  And we've heard a little bit -- and

19   we'll -- I'll ask you -- I'll be asking you some

20   more detailed questions about this.  But then after  02:46

21   they made the diagnosis in January of 2018, when

22   they went in to do the surgery you talked about,

23   made the diagnosis of mesothelioma, then you

24   decided to get a second opinion, you got the

25   insurance you needed, and made your move to Palo      02:46

                                        Page 154

Exhibit 4
Page 154 of 255

1    Alto, in effect, permanent.  Is that fair?

2        A.   Yes.  I decided, that to get the expertise

3    on treatment for mesothelioma, the only place it

4    will be, the United States, and since I already

5    have a residence here.  I cannot leave it to the          02:46

6    hands of the doctors in Taiwan, even though I have

7    good health insurance there, so we decided to move

8    back and repatriate back to Palo Alto.

9        Q.   Okay.  And at Stanford, they took some

10   tissue, a biopsy, in March of 2018 to confirm the        02:47

11   diagnosis of the lung cancer and mesothelioma,

12   correct?

13       A.   Well, they requested that I request from

14   the hospital in Taipei to get some slides from the

15   block of the tissue samples that they took during        02:47

16   the surgery in early 2018 in Taipei, to confirm the

17   pathology test.  So I was able to contact the

18   hospital and the surgeon that performed the VATS,

19   and they helped me with the right contacts, and I

20   was able to receive them, sent to the Stanford           02:48

21   Hospital.

22            And Stanford tested them to -- sent it to

23   their path lab, and they tested them with the same

24   result that Taipei ended up getting -- had.

25       Q.   Okay.  So did you not undergo a -- an            02:48

                                              Page 155

Exhibit 4
Page 155 of 255

1    additional biopsy procedure in March of 2018 at

2    Stanford?

3        A.   No.

4        Q.   Okay.

5        A.   It was not done.                              02:48

6        Q.   Okay.  That's fine.  I was unclear from

7    the records.

8            Then in -- beginning in early April and

9    running until early June, you underwent

10   chemotherapy treatment for your lung cancer and    02:48

11   mesothelioma.  This is, again, 2018 at Stanford.

12   Is that right?

13       A.   Roughly that time frame.  Four rounds of

14   chemo every -- I can't remember.  Every month,

15   maybe?  Yes.                                        02:48

16       Q.   Through into early -- early to mid-June?

17   Somewhere in that time frame?  2018?

18       A.   Must have been.  If it were April through

19   June, then it could have been every three weeks.

20   Maybe it's every three weeks for four times.        02:49

21   That'd make it three months.  Yes.

22       Q.   Okay.  And then you also received some

23   radiation treatment for your mesothelioma in late

24   July of 2018?  Is that right?

25       A.   The radiation treatment was for the other   02:49

                                           Page 156

Exhibit 4
Page 156 of 255

1    two nodules which was -- remain in my lower right

2    lobe.  Of lung cancer, not mesothelioma.

3        Q.  Okay.

4        A.  Because you can --

5        Q.  Okay.                                        02:49

6        A.  Those are the ones you can see, that was

7    aborted during the surgery in Taipei.

8        Q.  Now, since July of 2018, you've not

9    received any type of treatment for your lung cancer

10   or mesothelioma.  Is that right?                     02:49

11           MS. CHESTER-SCHINDLER:  Objection.  Form.

12           THE WITNESS:  Yeah.  I've only had a month

13   of -- quarterly follow-ups of CT scans to see -- to

14   look for any clues -- any changes to my lungs since

15   the chemo treatment.  And every quarter, it came     02:50

16   back stable.  You know, no major changes, no visual

17   of evidence of mesothelioma.  So therefore, no need

18   for any treatment.

19   BY MR. MOIR:

20       Q.  Okay.  So can you answer my question.        02:50

21   Since late July of 2018, you've not received any

22   treatment for your lung cancer or your

23   mesothelioma, correct?

24           MS. CHESTER-SCHINDLER:  Objection.  Form.

25           THE WITNESS:  Well, only after the           02:50

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 157 of 255

```
1     radiation.  After the --

2              MR. MOIR:  Right.

3              THE WITNESS:  -- radiation --

4              MR. MOIR:  Which was late July --

5              THE WITNESS:  Yes.                        02:51

6              MR. MOIR:  -- early August of 2018.

7              THE WITNESS:  After that, there were --

8     there has only been follow-up checks and -- because

9     the results are the same.  There have been no new

10    additional treatment for the lungs, for the        02:51

11    mesothelioma and the adenocarcinoma.

12    BY MR. MOIR:

13         Q.  And that's roughly two years ago.  Is that

14    fair?

15         A.  Close.  Yes.  Very close.  Coming up on    02:51

16    two years.

17         Q.  You also have been getting follow-up

18    periodic checkups over the years for your bladder

19    cancer?  Correct?

20         A.  I still do.                                02:51

21         Q.  And also for your meningioma.  They'll

22    take pictures, MRIs --

23         A.  MRI of the brain.  Because I still have

24    some remnants of the tumor that's next to my

25    brainstem, which was too difficult to remove at     02:51
```

Page 158

```
 1    that time.  And so the MRI basically show -- make

 2    sure that it was -- it is -- it remains stable, it

 3    is not growing.  Even though it was treated -- I

 4    was treated with a Gamma Knife after the surgery,

 5    you know, to hope the radiation would kill off the      02:52

 6    tumor.  It kept it, you know, stable, as far as I

 7    understand, that it remained stable all these

 8    years.

 9          And all the follow-ups for the

10    cardiologist and the urologist and the neurosurgeon    02:52

11    are for these three past diseases.

12       Q.  Mr. Hsieh, if you -- and I need to do the

13    same thing because it's a -- just wait until I'm

14    done with my question, because --

15       A.  Okay.                                            02:52

16       Q.  -- Nicolette can't take us both down at

17    the same time.  Is that okay?

18       A.  Of course it's okay.  I'm sorry.

19       Q.  It's all right.  We all do it, so don't

20    worry about it.                                         02:52

21       A.  What's this about multitasking?

22       Q.  With respect to the kidney cancer, as you

23    recall, this is a -- they first started seeing a

24    small lesion on your right kidney in the summer of

25    2018 when they were doing these CT checkups for        02:53
```

Page 159

Exhibit 4
Page 159 of 255

1    you, correct?

2        A.   That's right.  In fact, it was shortly

3    after the radiation of my lung cancer, of the

4    remaining nodules.  And then they did a follow-up

5    CT to see how the lung cancer came out as a result    02:53

6    of radiation treatment.  The radiology oncologist

7    seemed to have noticed a lesion in the kidney.  So

8    he found it by accident as well.

9        Q.   And they -- then they started watching it

10   and looking at the subsequent CTs until in mid-2019    02:53

11   they decided to go in and take a biopsy to see if

12   it was, in fact, kidney cancer, correct?

13       A.   I do believe the biopsy was earlier than

14   that.  But they did wait one more quarter, you

15   know, and did another CT to compare the change and    02:54

16   thought that the growth was faster than they would

17   like, so they recommended a biopsy, and it turned

18   out to be malignant renal-cell cancer.

19       Q.   And when they -- and then in July of 2019,

20   roughly a year ago, you underwent a procedure to    02:54

21   try to remove the kidney cancer, called

22   cryoablation, correct?

23       A.   That's correct.

24       Q.   And that's where they try to freeze the

25   tumor cells, in effect.    02:54

                                        Page 160

```
 1        A.   Exactly.  That is the -- that's what's
 2   supposed to happen.  Yes.
 3        Q.   Now, earlier this year -- you know, you're
 4   being followed for your renal-cell cancer, you're
 5   being followed for your mesothelioma, you're being      02:55
 6   followed for your lung cancer.  Earlier this year,
 7   maybe December to January, you went on a trip to
 8   Malaysia for about three weeks with your family.
 9   Is that correct?
10        A.   That's right.                                 02:55
11        Q.   And when you came back from that trip, in
12   February, they -- again, they went in to take a CT
13   to see how you're doing, see how these different
14   cancers are doing, if they're progressing, if
15   they're stable, what the status is of them, just       02:55
16   like they'd been doing on a quarterly basis,
17   correct?
18        A.   Yes.
19        Q.   And they found that the renal-cell cancer,
20   the kidney cancer, looked like it was coming back       02:55
21   in the area where they had done this cryoablation
22   treatment, correct?
23        A.   Not exactly.  What I understand is that
24   the cryoablation did eliminate the original cancer
25   in the area where they treated it, but somehow the      02:56
```

                                                   Page 161

Exhibit 4
Page 161 of 255

```
 1    came cancer, which they, of course, confirmed from

 2    the -- another biopsy, was occurring again, on the

 3    sides of the kidney and some outside, near the fat.

 4    That's what I heard.  So it's the same cancer, but

 5    not in the same place.                            02:56

 6        Q.  And this is in February of this year,

 7    February of 2020, correct?

 8        A.  I cannot remember the actual date, but

 9    fairly recent, yes.

10        Q.  And the difference was that this time,     02:56

11    although it's the same cancer, it had started to

12    change, and it had what was called a sarcomatoid

13    differentiation.  Is that your understanding?

14            MS. CHESTER-SCHINDLER:  Objection.  Form.

15            THE WITNESS:  I've seen that word used,     02:56

16    and I never understood exactly what it meant.

17            What I understand through their

18    explanation is that the same cancer somehow came

19    back, but now it's on the side of the kidney and on

20    some fat near there, and it needed a radical        02:57

21    nephrectomy to treat -- to be treated.  Some sort

22    of a RFA, which is a radiofrequency ablation, you

23    know, either cryoablation or -- it was some sort of

24    radiation -- no longer can work because it's in

25    multiple locations.  Therefore, they wanted to     02:57
```

                                                        Page 162

Exhibit 4
Page 162 of 255

1    remove the entire kidney.

2          But while they are -- when I was awaiting

3    the verdict on that, the surgeon says, "Do

4    immunotherapy."  They did the biopsy and then they

5    did some other test to see if the available            02:57

6    immunotherapy drugs could apply to the cells, the

7    specific cancer cells, and it matched.  So they

8    say, "Hey, we have the drugs.  We can do

9    immunotherapy."

10          So instead of a radical nephrectomy, which      02:58

11    means the entire removal of my right kidney, they

12    say to me that "You" -- "We can save your kidney by

13    going through immunotherapy."

14          MS. CHESTER-SCHINDLER:  Object to the

15    nonresponsive portion.  Move to strike.               02:58

16    BY MR. MOIR:

17    Q.  One thing they did is they changed the

18    grade of the cancer to a grade 4.  Do you recall

19    that?

20    A.  That, I do not recall.  I learned through         02:58

21    my experience of -- you know, recently, with all

22    these different diagnoses, that grades or stages

23    mean very little.  All I know is that all mine were

24    found in the very early stages.  They were all

25    found early, and I'm considered lucky because they    02:58

Page 163

Exhibit 4
Page 163 of 255

```
 1    found it early.  And there are ways to deal with

 2    them -- better ways to deal with them.

 3         Q.  Okay.  And -- but in terms of the -- so

 4    you've been diagnosed with the four cancers as well

 5    as the meningioma.  But of the four cancers,              02:59

 6    bladder, lung, mesothelioma, renal cell, and the

 7    meningioma, the only one that you currently are

 8    receiving treatment for is the kidney cancer, is

 9    the renal-cell cancer.  Is that correct?

10         A.  Yes.                                             02:59

11         Q.  Okay.  Now, I want to -- you're also being

12    followed for these other cancers, but you're not

13    receiving treatment for them.  Is that fair?

14         A.  Yes.

15         Q.  Okay.  Now, I want to talk -- go through        02:59

16    some of the details of your medical history from

17    the medical records that we received from Stanford.

18    But first I want to -- the first thing I want to

19    ask you about is your family medical history.

20              And you know, Mr. Hsieh, that when you          03:00

21    first see a doctor, one of the things they ask you

22    about is the number of questions about your past

23    medical history, your social history, your work

24    history, your family medical history, correct?

25         A.  That's right.                                   03:00
```

Page 164

Exhibit 4
Page 164 of 255

```
 1          Q.  Okay.  They might ask you if you smoke,

 2     and if so, how much you smoke, how often, things

 3     like that.

 4          A.  Yes.

 5          Q.  Is that right?                            03:00

 6          Now, you've provided information to your

 7     doctors about your family medical history.  Is that

 8     right?

 9          A.  Yes, I did.

10          Q.  Okay.  So the first exhibit that we're    03:00

11     going to mark, we're going to just mark it as

12     Exhibit 1, and it's going to get loaded into the

13     Marked Exhibit folder.  It's a medical history.

14     It's a document -- it's about 12 or 13 pages long.

15          A.  Mmm.                                      03:01

16          Q.  And once it's loaded, what I'd like you to

17     do is turn to page 103 of the document.  The

18     document numbers are in the lower right corner.

19          A.  Okay.

20          Q.  That's the medical record number.         03:01

21          A.  You mean the page number?

22          Q.  It's going to be -- it's going to be

23     about -- Mr. Hsieh, it's going to be about the

24     fifth page of the document.  But if you look in the

25     lower right corner --                              03:01
```

Page 165

Exhibit 4
Page 165 of 255

```
 1          A.    Um-hmm.

 2          Q.    -- medical records are numbered, and this

 3    is page 103.

 4          A.    Okay.  Hold on.  I'm trying to open the

 5    PDF.                                                  03:01

 6             THE COURT REPORTER:  Okay.  And I just

 7    want to confirm.  You want to mark it 1 even though

 8    the plaintiffs marked theirs --

 9             MR. MOIR:  Just call it Defense 1.  Yeah.

10    I'm sorry.

11             THE COURT REPORTER:  Okay.

12             MS. CHESTER-SCHINDLER:  Thank you, Peter.

13             MR. MOIR:  Just to make it easy.

14             (Defendant's Exhibit No. 1 marked for

15             identification.)                            03:01

16             MS. CHESTER-SCHINDLER:  And Peter, while

17    we're all getting oriented, could you please tell

18    me which page you're directing us to?

19             MR. MOIR:  It's "Page 103" in the lower

20    right corner.  It should be the fifth page or so of  03:02

21    the PDF.

22             MS. CHESTER-SCHINDLER:  Thank you.

23             THE WITNESS:  How do I change pages?

24             MR. MOIR:  You might need Dustin to show

25    you.                                                 03:02
```

Page 166

Exhibit 4
Page 166 of 255

```
 1              THE WITNESS:  Okay.  I can't scroll down.
 2     Apparently, there's a -- there's a way --
 3              MR. MOIR:  If you click on it --
 4              THE WITNESS:  Oh.  Okay.  Wait.
 5              MR. MOIR:  -- and open the document --      03:02
 6              THE WITNESS:  Page 1 of 14.  Okay.  I see.
 7              MR. MOIR:  Go to page 5 of the PDF.
 8              THE WITNESS:  5?  Okay.
 9              MR. MOIR:  Yeah.
10              THE WITNESS:  And where will I look?        03:02
11              MR. MOIR:  You should see -- yeah.  You
12     should see at the bottom, Mr. Hsieh, "Family and
13     Social History."  Do you see that?
14              THE WITNESS:  Oh, yes.  I do.  I do.
15              MR. MOIR:  Okay.                            03:02
16     BY MR. MOIR:
17         Q.  And so this is Exhibit 1.
18         A.  Um-hmm.
19         Q.  And this was prepared -- if you go to the
20     cover, it's prepared by nurse practitioner Joanne     03:02
21     Chien in April of 2020 at Stanford.
22         A.  Okay.
23         Q.  This is a GU Medical Oncology return
24     visit, and it just -- it's a list of history,
25     medical records -- or medical history, surgical      03:03
```

Page 167

Exhibit 4
Page 167 of 255

1    history, things of that nature.  I just want to

2    focus on the family and social history --

3        A.  Sure.

4        Q.  -- here at the bottom.

5        A.  Okay.                                           03:03

6        Q.  And did you -- do you remember going in to

7    see the nurse practitioner to get -- maybe to get

8    an immunotherapy treatment at Stanford Medical

9    Center?

10        A.  No.  When I started immunotherapy, it was    03:03

11   all done by video.  They explained to me over the

12   phone what's supposed to happen, and then it was

13   all video visits except for one where the medical

14   oncologist -- because I had some side effect with

15   my thyroid, she wanted to physically see me so that  03:03

16   she can feel my thyroid, because that could not be

17   done with -- via video.  But all other visits,

18   including visits with Joanne, were all video.

19        Q.  Okay.  In any event, at the bottom here,

20   it says family history includes "Father -            03:04

21   urothelial cancer, deceased."  What age was your

22   father diagnosed with urothelial cancer?

23        A.  Should have been -- let's see.  1992.  So

24   he should have been six- -- I think he will be in

25   his early 60s.                                        03:04

                                                Page 168

Exhibit 4
Page 168 of 255

1    Q.  Early 60s?

2    A.  Yes.

3    Q.  Was he diagnosed with any other cancers,

4    to your knowledge?

5    A.  No.  He started out with -- in fact, he          03:04

6    was actually later -- in fact, I heard it was

7    cancer in the urinary tract.  This other word is

8    unfamiliar to me.  But eventually it went to the

9    bladder, it went to the kidney.  He had the bladder

10   and kidney -- a kidney removed, but then it          03:05

11   metastasized to his lymph nodes and bones, so

12   therefore, he did not make it because of this one

13   cancer.  Of course, at the end, like I mentioned,

14   the cancer was in the -- in his hip bones and his

15   lymph nodes.                                         03:05

16   Q.  Now -- and the cancer ultimately is -- was

17   the cause of his death.  Is that correct?

18   A.  Yeah.

19   Q.  Okay.  Did anyone else in your father's

20   family have cancer, to your knowledge?              03:05

21   A.  Only have a uncle.  He has a brother that

22   lives in Mainland China.  As far as I know, he's

23   still healthy.

24   Q.  Okay.  Did the doctors ever offer an

25   opinion to you, that you were aware -- you know,     03:05

Page 169

Exhibit 4
Page 169 of 255

1    that -- or offer an opinion as to what they thought

2    was the cause of your father's cancer?

3        A.  That was never discussed.

4        Q.  Okay.  Now, your mother -- going back to

5    this medical record.  Your mother had liver cancer,    03:06

6    correct?

7        A.  Yes.

8        Q.  At what age was your mother first

9    diagnosed with liver cancer?

10       A.  It would have been two thousand -- let's    03:06

11   see -- fourteen, thirteen.  Roughly two thousand

12   four- -- thirteen.  She would have been sixty- --

13   she was born in 1935, so 60 plus.

14           No, no, no.  More than 60.

15           Couldn't have been.  She died at 71.    03:06

16   Around 2015, she would have been -- couldn't have

17   been 60.  She was born in 1935.  That would be --

18   oh.  No.

19       Q.  Eighty.  Eighty.  I believe it's 80.

20       A.  Then that's not true.  She was born in    03:07

21   1935, and then she got diagnosed around 2015.  She

22   didn't -- she died after 71, I think, in 2016.

23       Q.  Okay.  Did she have any other cancers

24   other than the liver cancer?

25       A.  No.    03:07

                                            Page 170

1      Q.  Did she have any known risk factors for

2    liver cancer, that you're aware of?

3          MS. CHESTER-SCHINDLER:  Objection.  Form.

4          THE WITNESS:  I wouldn't know that, but

5    she was also type 2 diabetes -- diabetic.                03:07

6    BY MR. MOIR:

7      Q.  Okay.  And you have type 2 diabetes,

8    correct?

9      A.  That's correct.

10     Q.  Now, you say here that several aunts had       03:07

11   cancer, all deceased.  Were these sisters of your

12   mother?

13     A.  Yes.  My mother.

14     Q.  How many sisters of your mother died of

15   cancer or were diagnosed with cancer?                    03:08

16     A.  I couldn't say that they all died from

17   cancer, but I think -- one, two, three -- three of

18   them -- she had five sisters, elder sisters, and at

19   least three had some form of cancer before they

20   died, but they died from other reasons -- from          03:08

21   other reasons.

22     Q.  Okay.  Do you have any other -- you have a

23   sister.  Does your sister have cancer?

24     A.  No.

25     Q.  How old is your sister?                            03:08

Page 171

Exhibit 4
Page 171 of 255

1        A.   She's two years younger than me, so she'd

2   be 60.

3        Q.   Okay.  And when you were diagnosed with

4   bladder cancer, you were six- -- you were 51?

5        A.   Fifty-two?  Fifty-two.                    03:08

6        Q.   Fifty-two when you were diagnosed with

7   bladder cancer.

8        A.   Correct.

9        Q.   Do you know at what age your mother's

10  three sisters who had cancer -- what age they were   03:09

11  when they were first diagnosed?  If you know.

12       A.   No, I do not know.

13       Q.   Okay.  Have any doctors commented to you

14  on your family history of cancer and whether it

15  might explain one or more of your cancers?          03:09

16       A.   That was never offered as a possible

17  reason for why I am -- why I have so many.  But --

18  so no.  No one's ever say, "Well, look at your

19  family history.  That's why you have this many,

20  because you're all related."                        03:09

21       Q.   Okay.  Now, you have raised the fact that

22  you have a family history of cancer when you've

23  talked to some of the doctors at Stanford about

24  genetic testing, correct?

25       A.   Yes.  They usually -- the doctors would   03:10

Page 172

Exhibit 4
Page 172 of 255

```
 1    know about my parents.

 2         And then it was mentioned to me -- I think

 3    after the kidney -- the renal-cell cancer, that the

 4    oncologist say, "You might benefit from doing

 5    genetics testing.  We have a special" -- "a          03:10

 6    specialist here that is very good, that you should

 7    go see them and understand, purely for the benefit

 8    of knowing that you might have some special genes

 9    in your body and you want to make sure that your

10    children is aware and that they can do testings to   03:10

11    know ahead of time, you know, what to look out

12    for."

13         Q.  Mr. Hsieh, let's go back to the exhibit

14    that you have up there.  Go back to page 1, please.

15         A.  Oh.  Okay.                                  03:11

16         Q.  Page 1 of the PDF.  That should say the --

17    have the cover "Stanford Health Care."  "Today's

18    Date:  4/21/2020."  You see all that?

19         A.  Hold on.

20         Okay.  I should, yes.  4/21.  Yes.             03:11

21         Q.  Okay.  Now go to the bottom, and they have

22    "Oncologic History."  That's -- you know now that

23    "oncologic" means "cancer" history, basically,

24    correct?

25         A.  Um-hmm.  Um-hmm.                            03:11
```

Page 173

Exhibit 4
Page 173 of 255

1        Q.   Is that right?

2        A.   Yes.

3        Q.   Okay.  And here they start out talking

4   about your bladder cancer, the initial diagnosis in

5   September of 2009, and then surgery, TURBT --          03:11

6        A.   Um-hmm.

7        Q.   -- in Beijing in October of 2009.  And if

8   you go to the next page, Mr. Hsieh -- it's a long

9   question -- but then you had it again in December

10  of 2009, correct?  Repeat TURBT?                       03:12

11       A.   Well, I don't know why I repeated.  No.  I

12  mean, the 2009 was followed with TRUB -- TURBT, and

13  it was just one time.  So it should be the same

14  thing, because it is the same year.

15       Q.   Okay.  Well, in any event, TURBT is a        03:12

16  surgery you undergo to remove the bladder cancer,

17  correct?

18       A.   That's correct.

19       Q.   And then they -- then you underwent

20  immunotherapy for your bladder cancer.  That's the     03:12

21  BCG six times.  That's the BCG drug that you were

22  talking about, where they had to get the special

23  courier to bring it in from outside, correct?

24       A.   Yes.

25       Q.   And then from -- and that was in early       03:12

                                          Page 174

Exhibit 4
Page 174 of 255

1    2010.  And then from March of 2010 to March of

2    2013, for three years, they gave you basically

3    immunotherapy maintenance treatment, is what this

4    says.  Is that correct?

5        A.  I don't understand the difference.          03:13

6    Because it is still BCG.  And I'm not sure what

7    "SWOG protocol" means.  But as far as I'm

8    concerned, it was BCG all the way, unless the first

9    six ones -- six of them were more concentrated, you

10   know, more frequent, and then the other            03:13

11   immunotherapy over the three-year period was

12   less -- you know, lower frequency.

13       Q.  Right.  So --

14       A.  I do not -- yeah.  I do not know of the

15   difference.                                        03:13

16       Q.  Yeah.

17           So basically, you had immunotherapy

18   treatment for your bladder cancer beginning in

19   January of 2010 and then continuing for a little

20   over three years into 2013.  Is that consistent    03:14

21   with your recollection?

22       A.  Yeah.  Basically, the idea was that you

23   had to follow up for five years to make sure that

24   you don't have a recurrence before they can say

25   that, you know, you're cancer-free or something.   03:14

                                            Page 175

Exhibit 4
Page 175 of 255

1          Q.  And then -- so then in looking at this,

2     then you've been undergoing on an intermittent

3     basis these tests to make sure the bladder cancer

4     hasn't come back, called a cytoscopy (phonetic),

5     correct?                                            03:14

6          A.  Yes.  That's correct.  Using a scope.

7          Q.  That's a --

8          A.  That's a scope to go in there and look for

9     any redness, any infections in the bladder so that

10    they can hopefully catch anything early.            03:14

11         Q.  Is that -- and the last, most recent one

12    was in December of 2019.  Do you know whether you

13    have another one scheduled?

14         A.  I have to go back to MyHealth.  I actually

15    don't remember.  But I think the last time I met     03:15

16    with the urologist, she felt that even though

17    earlier this year there were some signs of

18    infection -- and when she took some urine samples,

19    it all cleared up later, saying that it was okay,

20    just E. coli or other types of viral -- bacteria     03:15

21    infection.  And I just take -- took some medicine.

22          But as far as a cystoscopy is concerned,

23    he -- she may have changed the schedule.  It used

24    to be every quarter.  She may have said that "It

25    looks stable now.  Maybe you can do it every six     03:15

                                            Page 176

Exhibit 4
Page 176 of 255

```
 1    months."  I actually don't know the next planned

 2    schedule for the cystoscopy.

 3        Q.  Basically, is it fair, in your

 4    understanding, that you've been undergoing regular

 5    monitoring for the bladder cancer since 2013 but        03:16

 6    not receiving treatment, per se, for it?  Is that

 7    fair?

 8        A.  Yes.  I would say definitely it's fair.

 9    But I did mention that late last year, early this

10    year, before and after the Malaysian trip, there        03:16

11    were some infection.  She found some E. coli

12    infection, where I had to take some oral

13    medication.  But then the follow-up cystoscopy

14    after the drug was used up came back negative.  So

15    overall, the bladder health is considered good and      03:16

16    no treatment for -- certainly not for cancer.

17        Q.  Okay.  Now, did your -- did any of your

18    doctors -- have any of your doctors ever told you

19    what they thought caused your bladder cancer?

20        A.  No.  The first one, of course I had asked.       03:17

21    And he asked the standard questions:  Do you smoke?

22    Are you a painter?  That type of thing.  But then

23    he linked to my offshore experience, and I said I

24    worked in the oil rigs but of course I didn't work

25    with -- you know, with paint or those type of           03:17
```

Page 177

Exhibit 4
Page 177 of 255

1   substances all the time.

2          So he -- it was nonconclusive, and he

3   could not -- he did not offer any suggestion that

4   it's more -- most likely because of this or that

5   and just says it happens.                          03:17

6      Q.  You know that one of the main risk factors

7   for bladder cancer is smoking, right?

8      A.  Well, since he mentioned if -- asked if I

9   smoked, I would assume that, yes.

10     Q.  But you never smoked, did you?              03:17

11     A.  That's correct.

12     Q.  You -- do you know whether age is another

13  risk factor for bladder cancer?

14     A.  No.  I --

15         MS. CHESTER-SCHINDLER:  Objection.  Form.    03:18

16         THE WITNESS:  I'm not aware.

17  BY MR. MOIR:

18     Q.  Okay.  Did you -- before you were

19  diagnosed with bladder cancer, did you have any

20  notable health issues?                             03:18

21     A.  Besides being diagnosed with type 2

22  diabetes, I have none.  And I've never even been

23  hospitalized, you know, up until then.

24     Q.  Up until 2009 when the --

25     A.  For the bladder cancer.  Yes.              03:18

                                        Page 178

Exhibit 4
Page 178 of 255

1      Q.  Okay.

2      A.  First time ever.

3      Q.  Now, let's add another exhibit.  We're

4   going to move on to another exhibit.  And this will

5   be Exhibit 2, Defendant's Exhibit 2.  You're going       03:18

6   to have to go in -- Jennifer's going to add it to

7   the marked exhibits, and so you have to refresh

8   that folder.

9           (Defendant's Exhibit No. 2 marked for

10          identification.)                                  03:19

11  BY MR. MOIR:

12     Q.  And it should be progress notes by Heather

13  Ann Wakelee, 6/8/2020.  June 8, 2020.  Let me know

14  when you have it pulled up, please.

15     A.  I see two of the same.  July 15th.  I           03:19

16  haven't seen a June 8th.

17          MS. CHESTER-SCHINDLER:  David, are you

18  sure you're looking at the --

19          MR. MOIR:  Refresh the folder.

20          THE WITNESS:  Yes.  I have refreshed and I      03:19

21  see two exhibits.  First -- you know, you have dot,

22  dot, dot behind it.  They're both -- well, they're

23  different -- well, they're both updated by Peter,

24  and the date of modification is July 15th.  So --

25          MR. MOIR:  Yeah.  That's today.  So you        03:19

                                        Page 179

1    want to click on the second one.  That -- you're

2    seeing when it was updated.

3          THE WITNESS:  Yes.  The smaller file, I

4    think.  401.

5          MR. MOIR:  Yeah.                          03:20

6          THE WITNESS:  Okay.

7          MR. MOIR:  You got it now?

8          THE WITNESS:  Encounter notes.  Progress

9    notes.  Yes.

10          MR. MOIR:  Yep.  Is that -- yep.  And it    03:20

11    says "Wakelee, Heather Ann, MD," 6/8/2020, 9 a.m.?

12          THE WITNESS:  That's her.  Yes.

13          MR. MOIR:  Okay.

14    BY MR. MOIR:

15      Q.  Now -- so this is Dr. Wakelee, and she is    03:20

16    your -- one of your oncologists, correct?

17      A.  She is the person -- first person I met.

18    She is obviously the expert on mesothelioma.

19      Q.  Okay.  She is what is known as a thoracic

20    oncologist --                                    03:20

21      A.  Yes.  Correct.

22      Q.  -- as far as you understand it.  Is that

23    right?

24      A.  Yes.

25      Q.  Okay.  And she is followed -- she is the    03:20

                                          Page 180

1    doctor at Stanford who is following you for your

2    lung cancer and your mesothelioma, correct?

3        A.  That's correct.

4        Q.  And she also prepares notes of the visits,

5    and those notes include your medical history.  She        03:20

6    has her own collection of your medical history in

7    her notes, correct?

8        A.  I suppose so.  I don't always read

9    everything.  Most of them sound the same.  And I've

10   seen her, you know, so many times since 2018, I          03:21

11   have never tried to clear -- to go through

12   everything she writes down.

13       Q.  Now, you last saw her on June 8 of 2020 by

14   video.  That was about five weeks ago from today,

15   on a video visit.  Is that correct?                      03:21

16       A.  That was -- last time, it was a video

17   visit.  I can't remember the exact date.  It sounds

18   about right.

19       Q.  About five weeks ago?

20       A.  Well, you say June 8th.  Makes sense,            03:21

21   because she wanted to see me back in October.

22       Q.  Okay.  So you went -- now, when you

23   went -- before you actually had your video visit

24   with her, you had gone into Stanford Medical Center

25   to get a CT scan taken, correct?                         03:22

                                               Page 181

Exhibit 4
Page 181 of 255

1      A.  Yes.  The protocol is to go a couple days

2  before, go to the imaging center to do a CT scan of

3  the chest, of the lungs.  And then hopefully, by

4  the video visit, she would have the results and

5  interpretation and she will tell me what they have        03:22

6  seen, what the tumor board have concluded, and what

7  to do next.

8      Q.  Now, unless you're having tests done, like

9  having a CT taken, or actually getting an infusion

10  of immunotherapy, you are perfectly comfortable        03:22

11  visiting with the doctors at Stanford by video,

12  just like we're doing here, just like you did with

13  Dr. Wakelee five weeks ago, correct?

14          MS. CHESTER-SCHINDLER:  Objection.  Form.

15          THE WITNESS:  Well, there was -- yeah.        03:22

16  Because of the restriction and the fact that with

17  Wakelee it has been very -- you know, more of the

18  same for two years -- in fact, going on three --

19  video visits were -- is obviously okay.  Because

20  I've known the person, I've heard the similar        03:23

21  stories.

22          And so yes, that is the result of the

23  current pandemic, and there's not a whole lot you

24  can do unless if I am going in because of a

25  emergency.        03:23

                                        Page 182

Exhibit 4
Page 182 of 255

```
1    BY MR. MOIR:
2        Q.   Okay.  So going down to this first page,
3    she's got, in dates, oncologic history.  You see on
4    6/1/15 -- that's June 1, '15 -- that's where
5    they -- she makes a note of the craniotomy for        03:24
6    resection of meningioma.  That's the brain surgery
7    that you corrected me and said that took place in
8    Beijing, not in Hong Kong, correct?
9        A.   That's correct.  It was done in Beijing.
10   It was done on June 3rd.                               03:24
11       Q.   Okay.  And that surgery, that brain
12   surgery's -- and you described it briefly.  You
13   said they actually cut into the skull bone, they
14   lift up the bone to get access to the brain so they
15   can remove the tumor that they see in there,          03:24
16   correct?
17       A.   That's correct.
18       Q.   Now, the symptoms -- you mentioned a few
19   minutes ago -- I hadn't heard this earlier in your
20   testimony -- that one of the symptoms that you had    03:24
21   that prompted you to go get checked out for this
22   meningioma was you had double vision.  Is that
23   right?
24       A.   Yes.  I developed double vision in the
25   early months of 2015.  I could not see through both   03:24
```

Page 183

Exhibit 4
Page 183 of 255

1    eyes because I'm seeing double the whole time.  I

2    had to go buy an eye patch.  So I was always

3    looking through just one eye.  I can function well

4    with one eye.  Obviously, you know, not being able

5    to drive.  But in the leading months to the                03:25

6    eventual surgery, I was always wearing an eye

7    patch.

8        Q.  And because you were having these

9    symptoms, the doctors in Beijing decided that the

10   best course of treatment would be to actually go           03:25

11   in, have the craniotomy, and try to remove the

12   meningioma.  Is that correct?

13       A.  Well, not because of the symptoms.

14           MS. CHESTER-SCHINDLER:  Objection.  Form.

15           THE WITNESS:  The symptom led me to a              03:25

16   final CT scan, and of course the CT scan revealed

17   this huge golf-ball-sized tumor in the middle of my

18   forehead.

19           And I might add, that in the beginning of

20   2015, I had just transferred from Chengdu to               03:25

21   Beijing with Baker Hughes, and I was denied health

22   insurance because of my prior history.  And

23   therefore, for a few months, I had no insurance.

24           And therefore, I did not recognize the

25   severity of my double vision at first, until              03:26

                                            Page 184

1    eventually I foot my own bill to get the CT scan at

2    a Hong Kong-run -- Hong Kong-run clinic before --

3    no.  Actually, a Chinese hospital specializing in

4    neurosurgery.

5         And then they said, "This could be fatal.        03:26

6    You need to treat it right away."  And that is when

7    we found out how serious the situation was.

8         MS. CHESTER-SCHINDLER:  Object to the

9    nonresponsive portion.  Move to strike.

10   BY MR. MOIR:                                          03:26

11      Q.  Even though this is a -- was not

12   malignant, a meningioma can -- can be fatal if it

13   gets large enough and if it's in the wrong place in

14   the brain.  Is that your understanding?

15      A.  That's my --                                   03:27

16        MS. CHESTER-SCHINDLER:  Objection.  Form.

17        THE WITNESS:  Yes, that's my

18   understanding.  To -- not to the details of how it

19   would affect me, but certainly continued growth

20   would affect a lot of other functions in my brain,   03:27

21   to -- in my body.

22   BY MR. MOIR:

23      Q.  In addition to the craniotomy, you also

24   received a form of high-beam radiation treatment on

25   the meningioma, called Gamma Knife, correct?         03:27

                                              Page 185

Exhibit 4
Page 185 of 255

1        A.  After the radiation -- because as I

2    mentioned, the tumor was right there in the middle,

3    right next to the brainstem, the surgeon said that

4    they could not totally clean out the tumor.  There

5    was some remnants of the tumor kept in my head.        03:27

6    And therefore, they needed the Gamma Knife, which

7    is a focused radiation treatment I think developed

8    in Norway or Sweden, to try to zap the remainder of

9    the tumor, to hope to kill it.

10        Yes, I did receive that.  I don't remember        03:28

11    when, but shortly after the surgery.  Maybe in

12    September.

13        Q.  But the meningioma is still there,

14    although it's not the one they removed, obviously,

15    or what they removed.  But the -- you still have a        03:28

16    meningioma, correct?

17        A.  As I mentioned, the remnant of the

18    original tumor -- because it was right next to the

19    brainstem, they were careful not to disturb the

20    nerves and the brainstem.  They could only scrape        03:28

21    off as much as they carefully could, you know, of

22    the brain tumor, and there were some of the tumor

23    masses that was left in my brain.

24        So it's the original tumor, that they

25    zapped it with the Gamma Knife.  And then I've had        03:28

Page 186

Exhibit 4
Page 186 of 255

1    to follow up with MRI of the brain every year to

2    make sure that it is not coming back, it is not

3    growing again.

4        Q.  And in -- on Dr. Wakelee's notes, her

5    first page, there's a reference to October 2017.        03:29

6    "MRI brain -  23 x 10 mm lesion" -- that's about,

7    mmm, an inch by half an inch, more or less --

8    "meningioma" -- "favored to be meningioma."  And

9    that's consistent with your understanding, correct?

10            MS. CHESTER-SCHINDLER:  Objection.  Form.        03:29

11            THE WITNESS:  I can't say that, because

12   Wakelee is not the neurosurgeon, and this would

13   have been explained to me by Dr. Hayden (phonetic).

14   But, you know, the size was never explained to me.

15   But now that I see it, I'm sure, obviously, that is     03:29

16   the measured size.  And from the neurologist, she

17   said that it is stable.  So it must have been, you

18   know, whatever is left of it from 2015.

19   BY MR. MOIR:

20       Q.  And they -- just like with the bladder         03:30

21   cancer, doing the cytoscopy, they do these MRIs of

22   your brain periodically to take a look and see if

23   it's -- if the meningioma's there, if it's growing

24   and could potentially cause you problems again.  Is

25   that correct?                                           03:30

                                              Page 187

```
1          A.   Yes.  I have to continue to follow up I
2     think on a annual basis to compare with the
3     previous MRI to see if there's any changes in the
4     meningioma.
5          Q.   No doctors ever suggested to you that your     03:30
6     meningioma had anything to do with any particular
7     risk factor.  Is that correct?
8          A.   That's correct.
9          Q.   No one said it was from anything you did
10     at work or anything having to do with your           03:31
11     lifestyle, correct?
12          A.   Correct.
13          Q.   Before we talk about the lung cancer, the
14     mesothelioma, and the renal-cell cancer in more
15     detail, I want to ask you about your history of      03:31
16     heart disease and the various surgical and cardiac
17     procedures you've undergone and the latest medical
18     information that you've received about your heart
19     condition.
20              So the next exhibit -- you're going to      03:31
21     need to, again, refresh Marked Exhibits.  It's
22     going to be Exhibit 3, Defendant's Exhibit 3.
23              (Defendant's Exhibit No. 3 marked for
24              identification.)
25     BY MR. MOIR:                                          03:31
```

<div align="right">Page 188</div>

1      Q.  And this is a -- progress notes again,

2  from Stanford.  "ENCOUNTER NOTES" at the top.  Lee

3  Long Chang.  Dated July 10, 2018.  So roughly two

4  years ago going to see a doctor, a cardiologist, at

5  Stanford, named Dr. Chang.  Do you recall going to      03:32

6  see Dr. Chang?

7      A.  The name does not ring a bell.

8      Q.  You've seen a couple of cardiologists at

9  Stanford who follow you for your heart, correct?

10      A.  Well, I only go see one main person.  But     03:32

11  then the procedure -- what do you call that

12  procedure.  The procedure may have been performed

13  by someone else.  But ultimately, Dr. Yeung, Alan

14  Yeung, is the cardiologist that would answer my --

15  you know, that would actually be responsible to      03:32

16  talk to me about my condition.  And so

17  Dr. --

18      Q.  Okay.

19      A.  -- Chang, I don't know.

20      Q.  Okay.  Well, do you -- you have it pulled     03:32

21  up?  The first page?

22      A.  I just have -- yeah.  Chang, Lee Long.

23  Yes.

24      Q.  Yeah.

25          And this says "Cardiology Clinic New      03:32

                                          Page 189

```
 1    Patient Visit."  So this appears to be the first
 2    time you saw a cardiologist at Stanford.  Does that
 3    refresh your recollection?
 4         A.   2018.  It should be, because I --
 5         Q.   Okay.                                    03:33
 6         A.   -- I only came back in -- you know, in
 7    March or February of 2018.  Yes.
 8         Q.   Now, if you go down, it says under "ID" --
 9    there's "David Hsieh" -- "Hsieh" -- I'm trying to
10    get it right.                                      03:33
11         A.   That's okay.
12         Q.   And then --
13         A.   Just stay with "Shay."
14         Q.   -- the next paragraph, it talks about "in
15    2012."  Go down to the bottom of that paragraph.
16         A.   Um-hmm.
17         Q.   And it's talking about the chemotherapy
18    you underwent for the lung cancer and mesothelioma.
19    And they said a pneumonectomy was considered for
20    treatment of both the lung cancer and the
21    mesothelioma.  You see that?
22         A.   Wait.  I don't know which paragraph.
23         Q.   It's the long paragraph on the first page.
24    It's the very --
25         A.   It's the top -- the first one, right?      03:33
```

Page 190

Exhibit 4
Page 190 of 255

1          ". . . the evaluation and ultimate

2     diagnosis of both stage 1A NSCLC and

3     mesothelioma."

4          ". . . chemotherapy in April."

5          ". . . and pneumorectomy [sic] was        03:34

6     considered for treatment."

7          Yes.  I see that now.

8     Q.   Okay.  Then if you go -- so basically,

9     they -- at Stanford, according to this note, they

10    were considering -- after your chemotherapy was     03:34

11    done with your lung cancer and your mesothelioma,

12    they were considering some type of surgery.  And

13    before they did that, they wanted to do a

14    preoperative workup.  Do you see where they talk

15    about that?  "As part of the preoperative workup"?  03:34

16    A.   Where would that be?  I'm sorry.

17    Q.   The next paragraph.

18    A.   Part of the preop, yes, workup.  ". . . he

19    underwent stress echo," which is for the heart,

20    yeah.  "Resting" blah, blah, blah.  And "No ECO     03:34

21    [sic] changes."  Yeah.

22    Q.   Let me ask you about the first -- that

23    first part, the resting LVEF.  You know that -- you

24    now know that "LVEF" means "left ventricular

25    ejection fraction," right?                          03:35

                                        Page 191

Exhibit 4
Page 191 of 255

```
 1        A.   Uh-huh.   Uh-huh.

 2             MS. CHESTER-SCHINDLER:   Objection.   Form.

 3   BY MR. MOIR:

 4        Q.   Is that correct?

 5             MS. CHESTER-SCHINDLER:   Same objection.      03:35

 6             THE WITNESS:   Yeah.   I think so.

 7   BY MR. MOIR:

 8        Q.   And that's a way to measure how well the

 9   left side of your heart is working, in effect.

10        A.   Yeah.                                         03:35

11        Q.   And you know that a -- you know from

12   talking to your cardiologist that an ejection

13   fraction of the left ventricular -- or left

14   ventricle of 35 percent is not good.   You want it

15   to be higher than that.                                03:35

16        A.   I think so.

17             MS. CHESTER-SCHINDLER:   Objection.   Form.

18             David, pause just a minute before you

19   answer so I don't speak over you.   Okay?

20             THE WITNESS:   Okay.                          03:35

21             MS. CHESTER-SCHINDLER:   Thank you.

22   BY MR. MOIR:

23        Q.   Is that correct?

24        A.   I think so.   I don't know what the minimal

25   should be for a normal person, but I think I          03:35
```

                                             Page 192

1    remember saying that the ejection fraction is not

2    enough.

3        Q.  Now, did Dr. Chang or one of the doctors

4    at Stanford tell you what they believed caused this

5    low ejection fraction?                                    03:36

6        A.  That was --

7            MS. CHESTER-SCHINDLER:  Objection.  Form.

8            THE WITNESS:  No.  I -- we did not touch

9    on this subject.

10   BY MR. MOIR:                                              03:36

11       Q.  Okay.  By the way, did either your father

12   or mother -- in addition to their history of

13   cancer, did either of them have a history of heart

14   disease?

15       A.  No.                                               03:36

16       Q.  Now, going back up to this long paragraph.

17   It says (as read):  In 2012, while living in

18   Chengdu, he developed chest discomfort, nausea,

19   went to a local hospital where he was found to have

20   an MI.                                                    03:36

21           Did you have a heart attack in 2012?

22       A.  I did.  It was a AMI or something.  Yeah.

23       Q.  And the doctors in China, in Chengdu, put

24   a stent in one of your arteries, correct?

25       A.  That's right.                                     03:37

                                            Page 193

Exhibit 4
Page 193 of 255

1        Q.   To clear up the blockage?

2        A.   Yes.

3        Q.   And then in a few months later, you went

4   to -- this says in November 2012 you sought a

5   second opinion in Hong Kong where you underwent a        03:37

6   repeat coronary angiogram and received a second

7   stent.   Is that correct?

8        A.   Yes.

9        Q.   Okay.  Now, when you visited with

10  Dr. Chang, do you know whether Dr. Chang had all of       03:37

11  the heart tests that had been done on you in China

12  or in Hong Kong?

13            MS. CHESTER-SCHINDLER:   Objection.   Form.

14            THE WITNESS:   I do not know.  And I'm sure

15  they did not have the information from China,             03:37

16  because Chengdu is not like Beijing or Shanghai.

17  It was difficult to even get the records.   And

18  whatever records I had were all in Chinese, and I

19  don't remember ever having to translate it.   In

20  Hong Kong, I think I mentioned, you know, the            03:38

21  history.

22            But I don't believe I -- I may have had

23  some records with me that I had given to Stanford

24  when I first sought to be a patient with Wakelee,

25  so they may have had some of the information that I       03:38

Page 194

Exhibit 4
Page 194 of 255

```
1    provided, which I carry with me when I received

2    them from Hong Kong.

3    BY MR. MOIR:

4        Q.   Okay.  Then it says that in 2016 in Taipei

5    you underwent a stress test which was reportedly      03:38

6    positive.  Is that -- and do you know what a stress

7    test is?

8        A.   Yeah.  You know, walking on the treadmill,

9    you know, with increasing speed and slope.

10       Q.   And you want -- when you do a stress test    03:39

11   that's testing your heart, you want it to be

12   negative, not positive.  Is that fair?

13       A.   That's correct.  You want it to be

14   negative, yes.

15       Q.   Okay.  And that's what -- then you go back   03:39

16   to Taipei.  Again, this is in the fall of 2017.

17   And this is when you were talking earlier about

18   they took -- in effect, they took a CT picture of

19   your heart, right?

20       A.   Yes.  Because of the positive result from   03:39

21   the previous year.  The cardiologist say, "Ah.  I'm

22   glad you're back.  Last year, when we did the

23   stress test, there was a positive test result, and

24   I want to look at your heart with a CT."

25       Q.   Okay.  Now, I want you to go to the next     03:39
```

Page 195

Exhibit 4
Page 195 of 255

1    page.  It should say 652 at the very bottom.

2        A.  Yes.  I'm there.

3        Q.  Do you see it?

4        A.  Yeah.

5        Q.  Okay.  Go down near the bottom.  It          03:40

6    says "Other Studies."  Do you see that?

7        A.  I see.

8        Q.  And it says "CCTA from Taipei 9/2017,"

9    September 2017.  My question is, is do you know

10   whether the doctors at Stanford actually have a       03:40

11   copy of the -- either on CD or received a copy of

12   the CCTA itself, the CT -- it's a coronary CT

13   angiogram, I think is what it's called.  Do you

14   know if they have a copy of it?

15       A.  I don't even have a copy of that.  I never    03:40

16   was asked to obtain one.  So no, I don't think that

17   they have a copy.

18       Q.  Okay.  And over to the right, it says, "No

19   RCA seen."  Do you see that?

20       A.  Yes.                                          03:40

21       Q.  "RCA" means "right coronary artery,"

22   right?

23       A.  Yes.  I was born without one.

24       Q.  So you only -- you do not have a right

25   coronary artery in your heart?                        03:41

1    A.  Yes.  I am missing one, of which they said

2    it's normal, it's okay to be born with only two

3    instead of three.

4    Q.  That's a -- and in terms of your heart

5    disease and your two, as opposed to three, coronary    03:41

6    arteries, those conditions have nothing to do with

7    your prior work history in any way.  Is that your

8    understanding?

9          MS. CHESTER-SCHINDLER:  Objection.  Form.

10          THE WITNESS:  I can only say that it was    03:41

11    casually mentioned to me that they did not see this

12    right coronary -- whatever you call a RCA is.  And

13    when I asked, they explained to me that this is

14    fine, it happens.  And they never say, "Ah.

15    Because of this, you had this."  So no, it was --    03:42

16    nothing's ever tied to the lack of RCA.

17    BY MR. MOIR:

18    Q.  Yeah.  And I guess that's my question, is

19    no one's ever told you what caused your heart

20    disease that you have.  Correct?    03:42

21    A.  Well, the theory was that I had high

22    cholesterol.  So they say that the buildup of

23    plaque eventually caused the plaque to break up and

24    plug up my artery.

25    Q.  And by the way, since you went into the    03:42

Page 197

Exhibit 4
Page 197 of 255

```
 1    hospital in China back in 2012, you've not really

 2    had any chest pain or chest discomfort.  Is that

 3    right?

 4        A.  Yes.  It never happened again.

 5        Q.  So they said it might be cholesterol        03:42

 6    that's caused plaque to build up, but they don't

 7    know for sure what has caused your heart disease.

 8    Is that fair?

 9            MS. CHESTER-SCHINDLER:  Objection.  Form.

10            THE WITNESS:  I don't know.  But then, you   03:43

11    know, they -- I remember clearly during the

12    procedure -- because I was awake.  And the doctors

13    in Chengdu were saying, "Okay.  Move down a little

14    bit more."  You know, whatever.  "Here it is.

15    Let's do it."  And all I know is that they did     03:43

16    something, and sure enough, very soon after that,

17    my pain cleared up and I was okay.

18            But then they never came back and say,

19    "Ah.  We see this, we see that because of this."

20    They just told me to recoup myself, you know, walk  03:43

21    around and get my strength back, and then

22    discharged me.  I was never able to talk to the

23    doctors in China to discuss what led to this.

24    BY MR. MOIR:

25        Q.  And no other doctor has told you what they   03:43
```

                                                    Page 198

Exhibit 4
Page 198 of 255

```
 1   believe caused your heart attack or the need to

 2   have the two stents put in your heart, correct?

 3      A.  The only real thing --

 4          MS. CHESTER-SCHINDLER:  Objection.  Form.

 5          THE WITNESS:  The only real thing the       03:44

 6   doctor in Hong Kong did.  But he did say that in

 7   China they did not put enough stent.  The blockage

 8   was longer than one stent could have opened up, so

 9   he inserted another stent.

10   BY MR. MOIR:                                       03:44

11      Q.  Okay.  So I -- the next exhibit

12   is -- should be Exhibit 4.  It's being added to

13   your -- it's being added to the Marked Exhibits

14   folder.

15          (Defendant's Exhibit No. 4 marked for       03:44

16          identification.)

17   BY MR. MOIR:

18      Q.  And it should be -- at the top, it should

19   say "6/5/2020 5:30 PM."  Analisa Vargas.  At the

20   top.  Do you see that?                             03:44

21      A.  No.  I'm still refreshing right now.  Hold

22   on.

23      Q.  Okay.  Sorry.  Just -- you know what?  Let

24   me know when you have the document up.

25      A.  Sure.                                       03:45
```

Page 199

```
1           Q.  Any luck?

2           A.  I just opened it.

3           Q.  Oh.

4           A.  Vargas.  Analisa Vargas.  Yes.

5           Q.  Yeah.  Now, if you go down to the bottom,      03:45

6      it says "CT CHEST WITH CONTRAST:  6/5/2020" --

7           A.  I see that.

8           Q.  -- "8:20."  This is the CT that they took

9      of your chest about, mmm, 40 days ago, more or

10     less?                                                   03:46

11          A.  Yeah.  That's right.  That's right.

12          Q.  Okay.  If you go to the second page, we're

13     looking at different things, like "FINDINGS."

14     They've got "Thyroid," "Lymph nodes,"

15     "Vasculature," and then it says "Heart."             03:46

16          A.  Uh-huh.  I see that.

17          Q.  "Severe coronary artery calcification."

18     That's what they were reporting on the CT scan.

19     And you looked at this CT result when you pulled up

20     your MyHealth records, correct?                        03:46

21          A.  Yes.  Uh-huh.

22          Q.  Is that -- am I right?

23          A.  Yes.  I did look at it.

24          Q.  Okay.  Then I want to add a -- and in

25     fact, you asked your doctor --                         03:46
```

Page 200

Exhibit 4
Page 200 of 255

```
 1              MR. MOIR:  Let's go ahead and load

 2      Exhibit 5.

 3              (Defendant's Exhibit No. 5 marked for

 4              identification.)

 5              MS. CHESTER-SCHINDLER:  While that's         03:47

 6      loading, David, do you need to check your glucose,

 7      or did you just now check it?

 8              THE WITNESS:  I just checked it.  Sorry.

 9              MS. CHESTER-SCHINDLER:  Okay.

10              MR. MOIR:  Oh.  I'm sorry.                   03:47

11              THE WITNESS:  No.  That's okay.

12              MR. MOIR:  Mr. Hsieh, if you need to take

13      a break when we're not taking a break, it's

14      perfectly acceptable to say "I want to take a

15      break."                                             03:47

16              THE WITNESS:  I understand.

17              MR. MOIR:  Okay?

18              THE WITNESS:  Thank you.  I'm okay right

19      now.  I -- since you're -- whatever you're doing, I

20      had to check my glucose.  I have a continuous       03:47

21      feature.  All I do is scan with my phone, so . . .

22              MR. MOIR:  And this is for your diabetes?

23              THE WITNESS:  Because I'm going through

24      treatment and I'm taking steroids and it's doing

25      crazy things with my blood glucose.  Totally        03:47
```

                                                     Page 201

Exhibit 4
Page 201 of 255

```
 1    uncharacteristics of my normal management of my

 2    diabetes.  So I needed a 24-hour continuous glucose

 3    meter to monitor the trend to prevent hypoglycemia

 4    and for lots of other side effects.

 5    BY MR. MOIR:                                        03:48

 6        Q.  Mr. Hsieh, you should be able to pull up

 7    Exhibit 5.

 8        A.  Going away from the one we just opened?

 9        Q.  Yes.  We're -- the one that reported the

10    results of the CT.                                  03:48

11        A.  On the heart.  The heart.  No, you already

12    talked -- we were in the CT.  You were talking

13    about the heart, severe coronary artery --

14        Q.  Calcification.  Correct.  Now I want you

15    to move on to the next exhibit, because it's an     03:48

16    email from you to Dr. Yeung.

17        A.  That's right.  Okay.  Hold on.  I'm

18    getting there.

19            Okay.  Yes.

20        Q.  And my only -- so this is Defendant's       03:48

21    Exhibit 5.  It's a email from you -- a MyHealth

22    email message from you to Dr. Yeung.  This is --

23    you've seen -- you've pulled up the results of the

24    CT scan, looked at them, and this is you sending an

25    email back to Dr. Yeung, noticing that on "Heart"   03:49
```

                                                    Page 202

Exhibit 4
Page 202 of 255

```
1    it says "Severe coronary artery."  You just repeat

2    the finding, including the fat deposition related

3    to prior myocardial infarct, correct?

4        A.  Yes.

5            MS. CHESTER-SCHINDLER:  Is that a -- what      03:49

6    is the question, Peter?  I'm sorry.

7            MR. MOIR:  Your -- "This is you writing an

8    email."  That was my question.  And he said yes.

9            THE WITNESS:  That is my email to

10   Dr. Yeung, yes.                                        03:49

11           MR. MOIR:  Yeah.

12   BY MR. MOIR:

13       Q.  So you're looking at the results of the

14   testing that they're doing on you.  And when you

15   have a question or a comment for your doctors, you     03:49

16   write them an email back, correct?

17       A.  Yes.  I always follow up with questions.

18           Hold on.  Hold on.

19       Q.  Sure.

20           THE VIDEOGRAPHER:  Can we go off the           03:50

21   record very quickly?

22           MR. MOIR:  Yes.

23           MS. CHESTER-SCHINDLER:  Yes.  Let's go off

24   the record.

25           THE VIDEOGRAPHER:  Going off the record --     03:50
```

Page 203

Exhibit 4
Page 203 of 255

1          MS. CHESTER-SCHINDLER:  We can always cut

2     it out.

3          THE VIDEOGRAPHER:  -- at 3:49 p.m.

4          (The parties agreed to go off the record

5          from 3:49 p.m. to 3:54 p.m.)                    03:50

6          THE VIDEOGRAPHER:  Back on the record at

7     3:54 p.m.

8          THE WITNESS:  Someone else had a question?

9          THE COURT REPORTER:  Oh.  This is the

10    court reporter.  I was just wondering, if any        03:54

11    counsel wanted a copy of the transcript, if they

12    could email me, let me know.

13         MS. CHESTER-SCHINDLER:  Will do.

14         THE COURT REPORTER:  Thank you.

15         Okay.  Did you want to make any statement      03:55

16    about why we're stopping a little early?

17         MR. MOIR:  No.  We'll just pick up

18    tomorrow at 9:30 Pacific, 11:30 Central.

19         THE VIDEOGRAPHER:  Okay.

20         THE COURT REPORTER:  Okay.                      03:55

21         THE VIDEOGRAPHER:  We're going off record

22    at 3:54 p.m.  This concludes today's testimony

23    given by David Hsieh.  Media will be retained by

24    Veritext Legal Solutions.  Thank you.

25         (Total time on record is 4 hours, 28

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 204 of 255

```
1              minutes.)
2              (Whereupon the deposition was adjourned at
3              3:55 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 205

Exhibit 4
Page 205 of 255

```
1                SIGNATURE OF DEPONENT

2

3        I, the undersigned, DAVID HSIEH, do hereby

4   certify that I have read the foregoing deposition

5   and find it to be a true and accurate transcription

6   of my testimony, with the following corrections, if

7   any:

8   PAGE     LINE         CHANGE

9   _____   _____   _____

10  _____   _____   _____

11  _____   _____   _____

12  _____   _____   _____

13  _____   _____   _____

14  _____   _____   _____

15  _____   _____   _____

16  _____   _____   _____

17  _____   _____   _____

18  _____   _____   _____

19  _____   _____   _____

20  _____   _____   _____

21  _____   _____   _____

22  _____   _____   _____

23

24                  _____

                    DAVID HSIEH, Date

25

                                      Page 206
```

```
 1              REPORTER'S CERTIFICATE

 2

 3          I, NICOLETTE SMITH, do hereby certify:

 4          That DAVID HSIEH, in the foregoing

 5    deposition named, was sworn by me as a witness in

 6    the above-entitled action at the time and place

 7    therein specified;

 8          That said deposition was taken before me

 9    at said time and place, and was taken down in

10    shorthand by me, a Certified Shorthand Reporter of

11    the State of California, and was thereafter

12    transcribed into typewriting, and that the

13    foregoing transcript constitutes a full, true and

14    correct report of said deposition and of the

15    proceedings which took place;

16          That before completion of the proceedings,

17    review of the transcript was not requested.

18          IN WITNESS WHEREOF, I have hereunder

19    subscribed my hand this 28th day of July 2020.

20

21

22          _____
            NICOLETTE SMITH, RPR

23          CSR NO. 11275
            State of California

24

25

                                          Page 207
```

**[& - 357-6244]**

| & |
|---|
| **&**   3:17 4:6,8,14 |
| 5:3 6:9 7:8,14,19 |

| 0 |
|---|
| **00408**   1:5 |

| 1 |
|---|

**1**   1:21 2:9,17
  44:16,23,25
  165:12 166:7,9,14
  167:6,17 173:14
  173:16 183:4
**10**   187:6 189:3
**10,000**   43:16 75:22
  100:14
**100**   84:10
**1020**   7:9
**103**   165:17 166:3
  166:19
**11**   69:21
**1100**   4:19 7:3
**11275**   1:24 3:6
  207:23
**12**   72:15 165:14
**1221**   3:23
**12:01**   89:15,17
**13**   165:14
**1313**   6:15,20
**14**   167:6
**142**   2:4
**15**   1:25 84:5
  149:22 183:4
**150**   84:10
**15th**   3:4 8:3
  179:15,24
**16**   149:20
**166**   2:17
**17**   148:22
**179**   2:19
**188**   2:20

**19**   121:9,19 147:21
**1935**   170:13,17,21
**1957**   11:4
**1960**   14:14
**1961**   14:15 17:16
**1962**   17:17
**1964**   18:19 19:10
  20:20 21:1 27:1
**1967**   20:20 21:1
  22:25 23:4,15
**1970**   23:13,15
  26:21,24
**1973**   28:19
**1975**   30:19
**1979**   31:7 37:23
**1980**   38:2 55:15
**1986**   103:17
**1987**   122:12
**199**   2:22
**1991**   101:16
  109:16
**1992**   168:23
**19th**   1:10
**1:16**   142:18,20
**1:45**   89:9
**1a**   191:2

| 2 |
|---|

**2**   2:11,19 56:20,23
  57:1 171:5,7
  178:21 179:5,5,9
**20**   48:13 123:5
**20,000**   58:20 78:1
**200**   66:13 67:11
  77:22,23,24
**2001**   112:6,6 113:7
**2002**   113:17
**2003**   113:17
**2004**   38:9 114:1,2
**2006**   114:13
**2007**   114:16 115:1
  115:11,23

**2008**   115:11
  118:13
**2009**   118:16 151:9
  174:5,7,10,12
  178:24
**201**   2:23 4:9 5:3
  7:15
**2010**   48:13 175:1,1
  175:19
**2012**   124:4 152:18
  152:22 190:15
  193:17,21 194:4
  198:1
**2013**   175:2,20
  177:5
**2015**   115:24 116:3
  116:4,22 118:23
  150:14 152:24
  170:16,21 183:25
  184:20 187:18
**2016**   116:18,22
  117:12,22 149:7,9
  149:14 153:18,25
  154:3 170:22
  195:4
**2017**   126:1 148:5
  153:7 154:1 187:5
  195:16 196:9
**2018**   10:12 126:2
  145:7,10 147:11
  148:3,20 154:21
  155:10,16 156:1
  156:11,17,24
  157:8,21 158:6
  159:25 181:10
  189:3 190:4,7
**2019**   160:10,19
  176:12
**2020**   1:25 3:4 5:14
  8:3 162:7 167:21
  179:13 181:13

**207:19**
**207**   1:21
**210-4380**   7:10
**2100**   5:3
**21303**   207:22
**214**   3:18
**225**   4:16 5:10 6:4
**22803**   6:9
**22nd**   122:12
**23**   187:6
**232-2606**   6:16,21
**235-2232**   5:15
**24**   38:8 71:4,11
  72:15 202:2
**248-2067**   5:10
**25**   1:15 82:1
  132:20
**250**   65:10
**26**   123:10
**28**   204:25
**28th**   207:19
**2:30**   142:20,22

| 3 |
|---|

**3**   2:13,20 61:2,3
  69:9 188:22,22,23
**3,000**   124:24 132:2
**30**   64:25 72:19,21
  94:14 128:9
**300**   64:25 65:10
  66:11,18 67:10
**303**   5:14
**31**   117:13 123:9
**3141**   3:17
**3200**   7:3
**335**   7:15
**337**   5:15 6:16,21
**35**   192:14
**350**   77:23
**352-5151**   3:24
**357-6244**   3:18

Page 1

Exhibit 4
Page 208 of 255

[36 - accardo]

**36**   72:20,22 73:3,9
  73:12 94:14
**3600**   4:9 5:20
**382-3438**   6:4
**388-5600**   4:16
**39225-2803**   6:10
**3:19**   1:5
**3:49**   204:3,5
**3:54**   204:5,7,22
**3:55**   205:3
**3rd**   183:10

**4**

**4**   2:14,22 63:12,15
  89:23,25 90:1,6,14
  90:19 163:18
  199:12,15 204:25
**4/21**   173:20
**4/21/20**   2:18
**4/21/2020**   173:18
**40**   200:9
**400**   6:3 77:25 78:3
**401**   180:4
**4210**   4:15
**44**   2:9
**4400**   3:23
**445**   5:9
**45**   62:3 109:20
**471**   69:6
**472**   69:6

**5**

**5**   2:23 89:24,25
  90:1,5,20 167:7,8
  201:2,3 202:7,21
**50**   58:15 62:2 82:2
  83:16 84:9 126:13
  127:11
**502**   4:4
**504**   4:10,20 5:21
  7:4

**51**   172:4
**534**   69:13
**566-5261**   4:10
**57**   2:11 18:22
  149:20
**581-3234**   4:4
**585-3059**   5:21
**59**   149:21
**5:30**   199:19

**6**

**6/1/15**   183:4
**6/5/2020**   199:19
  200:6
**6/8/2020**   2:19
  179:13 180:11
**60**   80:11 170:13,14
  170:17 172:2
**601**   5:4 6:10
**60s**   168:25 169:1
**61**   2:13
**63**   2:14 69:7
**64**   18:22 20:14
**652**   196:1
**67**   20:15 69:8
**670885**   1:14
**69**   69:8 70:14,15
**690-8600**   5:4

**7**

**7**   69:9
**7,000**   98:11
**7/10/18**   2:21
**7/2**   71:7
**70**   20:16 27:4
  67:20 74:21
**700**   3:17 6:3
**70001**   4:20
**701**   4:3
**70112**   5:20
**70139**   4:4

**70163**   7:4
**70170**   4:10 5:4
**70433**   7:15
**70503**   6:15,21
**70508**   5:15
**70802-5628**   6:4
**70809**   4:16
**71**   170:15,22
**713**   3:24 7:10
**72**   73:16,22
**73**   20:16 27:5
  28:21,25
**74**   33:15,25
**75**   36:2,3
**75219**   3:18
**76**   68:18
**77010**   3:23
**77056**   7:9
**7802**   5:9
**79**   36:3,4
**799-4500**   7:4
**7th**   38:1

**8**

**8**   70:7,9 179:13
  181:13
**80**   170:19
**800**   5:9
**80s**   39:10 68:19
  70:3 101:15 143:9
**82**   102:14
**83**   102:14
**833-5600**   4:20
**86**   103:13 109:2,4
**87**   103:13
**898-0608**   7:16
**8:20**   200:8
**8th**   179:16 181:20

**9**

**9**   2:3 70:11 180:11

**9/2017**   196:8
**90**   43:12 58:13,19
  98:22 99:15
**90s**   143:19
**91**   109:3,3,4
**93**   110:23,25 111:4
  111:13
**94**   111:21
**950**   70:19,20,24
**969-4272**   6:10
**98**   111:22 112:2
**985**   7:16
**99**   5:20
**9:30**   204:18
**9:51**   8:2
**9:52**   3:5
**9th**   11:4

**a**

**a.m.**   3:5 8:2 89:13
  89:15 180:11
**ablation**   162:22
**able**   24:6,17 38:17
  53:5 54:23 65:12
  94:15 95:21,24
  121:24 127:7,24
  128:9 129:7
  132:18 133:3
  137:6 138:4
  140:17 150:25
  155:17,20 184:4
  198:22 202:6
**abort**   127:21
**aborted**   135:6
  157:7
**absence**   116:17,21
  117:20 149:10,13
  149:17 154:10
**abundance**   104:11
**aca**   132:18
**accardo**   7:3

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 209 of 255

[accept - apartment]

accept 124:18
141:15,18
acceptable 201:14
acceptance 109:22
109:23,24,25
accepted 30:23
access 108:4
140:24 141:7
145:16,18,20
147:2 183:14
accident 123:22
130:17 160:8
accidental 130:18
accounts 115:14
accurate 206:5
acknowledged 9:5
acquisition 114:10
act 132:19
action 3:8 207:6
active 145:12
actively 146:16
actual 46:11 68:10
73:6 78:12 83:13
88:23 95:4 97:17
106:11 117:23
122:15 133:17
162:8
adams 3:22 4:3
7:18
add 62:14 77:14
82:6 98:21 179:3
179:6 184:19
200:24
added 81:20 82:3
85:22 130:19
199:12,13
adding 83:13,14
86:3
addition 185:23
193:12

additional 9:13
124:23 156:1
158:10
additives 62:17
81:10,19,23 82:11
82:18 83:13,14,25
84:13,15,21,23
85:3,9,22,25 86:5
86:11,18
adenocarcinoma
10:2,5 119:14
125:12 133:23
135:1 158:11
adjourned 205:2
adjust 81:16
administration
12:3 17:8
advanced 102:11
advancement
103:12
advised 86:4,17
101:9
affairs 12:3,6 17:8
19:13,19 117:16
affect 185:19,20
afford 73:24
africa 110:13
afternoon 24:10
24:17,21 25:20
age 14:12 15:12
149:16 168:21
170:8 172:9,10
178:12
agent 144:3
ago 158:13 160:20
181:14,19 182:13
183:19 189:4
200:9
agree 8:12
agreed 8:13 9:3
89:14 124:24

125:10 142:19
204:4
ah 119:22 195:21
197:14 198:19
ahead 35:16 41:19
44:9 61:6 80:10
87:4 111:1,10
120:4,24 142:15
173:11 201:1
air 128:3
airports 35:22
37:3
al 1:6,15 8:10
alabama 68:25
alan 189:13
alarm 105:14,17
albert 122:25
123:1,5,8,9 137:19
139:23 140:7
alcatel 114:3,5,9
114:10,12,16,24
alex 3:22 63:7
122:25 123:1,5,8,9
137:21 139:24
alex.cosculluela
3:24
alimta 135:9
allain 4:14
allow 38:13 99:2
121:20
allowed 55:6
alternatively
41:13
alto 137:3 148:1,2
148:8,18,20 155:1
155:8
america 6:7,7,7
132:1 148:14
american 117:1
ami 193:22

amount 67:15
82:5 141:1
amounts 106:5
analisa 2:22
199:19 200:4
analysis 88:25
106:20,21
analyze 76:2
anchor 66:6
anchors 65:22
107:24
anderson 6:9
angela 7:18
angiogram 194:6
196:13
ann 179:13 180:11
annotation 97:5
annotize 108:18
annual 124:5
188:2
annulus 76:1
answer 9:4 73:2
76:16 82:22 84:19
86:15 87:4,5 93:8
119:6 120:19
142:4 144:3 150:3
157:20 189:14
192:19
antonio 143:25
anybody 60:7
anymore 72:2
141:4
anytime 145:21
anyway 24:20
136:22
apache 1:6,15 5:6
8:9
apartment 19:23
20:8 23:6,10,17
25:18 29:5,11
32:4,18 34:8

[apartments - back]

apartments 19:24
apllc 4:15
apologize 113:5
  119:23
apostrophe 32:11
app 147:2
apparatus 63:2,19
  85:13
apparently 15:17
  17:7 139:25 167:2
appear 34:18
appearances 3:14
  8:13
appeared 3:7,12
appearing 3:15,20
  4:1,6,12 5:1,6,12
  5:17 6:1,6,12,18
  7:1,6,12
appears 190:1
appetite 136:6
applied 47:7
applies 47:1
apply 128:19
  163:6
appointment
  121:10
appointments
  121:8
appreciate 44:8
  71:23 90:21
appreciating 8:25
  14:2 77:18
approached 118:8
approved 55:5
approximately
  14:10,14 17:16
  23:15 55:10
  102:10 109:15
  118:13
april 137:4 156:8
  156:18 167:21

191:4
area 40:18 74:13
  98:4 123:2,4
  126:11 128:11
  132:10 148:7,9
  151:21 161:21,25
areas 34:19 95:19
arlaw.com 3:24
  4:5
arm 113:21
arranged 121:3
arrival 80:18
arrive 80:17
  110:14
arteries 124:11,12
  193:24 197:6
artery 196:21,25
  197:24 200:17
  202:13 203:1
asbestos 10:21
  11:1,14 12:15
  13:9 15:8 16:8
  17:2 18:14 19:8
  20:25 21:25 22:21
  23:20 26:2,18
  27:11 28:16 29:11
  30:6,15 31:13,19
  32:13 33:8 34:17
  35:5 37:19 54:7
  120:13,15
asia 113:10,12
  138:4
asked 177:20,21
  178:8 196:16
  197:13 200:25
asking 154:19
assemble 112:14
assembled 45:18
assembly 112:14
asset 87:16

assign 47:4
assigned 17:9
  19:13 23:2 28:22
  33:19,23 40:6
  53:20 54:14,14
  56:4 103:16 109:2
assignment 20:16
  22:25
assist 47:17
assisted 126:20
associated 60:19
  62:7
assume 122:20
  178:9
assuming 120:25
atlanta 13:5 28:22
  29:2,5,17,17 30:9
  32:5 33:3 34:23
  117:15
atlantic 35:14,18
  35:19,21,24 36:10
  36:17,19,23 37:12
  37:20,24
attached 2:10,12
  2:13,15 63:3,20
attack 124:3
  193:21 199:1
attend 15:11 18:23
  21:3 22:4 23:22
  24:7,12,22 26:5
  27:17 28:2 30:8
  36:24
attended 13:13
  15:22 16:14 17:13
  19:4 22:12 31:21
attending 8:8
  16:17 19:8 21:21
  21:25 22:16,21
  25:22 26:2,18
  28:13,16 30:15
  31:8,13

attention 74:25
  136:24
attitude 141:21
attorneys 7:3
audio 8:11
august 55:15 56:1
  158:6
aunt 14:11 15:21
  16:15 17:6 19:16
aunt's 15:16,18
aunts 171:10
authorized 73:25
available 24:1
  163:5
avenue 4:9 5:3
average 71:19
  72:17,21 76:21
  77:18 132:2
averaged 94:14
avoid 120:7,7
awaiting 163:2
awake 198:12
aware 48:13
  123:17 169:25
  171:2 173:10
  178:16

b

b 2:7 3:16
bachelor's 31:4
back 10:12 19:15
  26:23,24,24 47:20
  48:13 50:2,5,23
  52:5 54:13 61:24
  68:19 71:17 74:12
  74:25 88:15 89:10
  89:16 91:18 95:11
  95:17 100:20
  103:17 109:5,10
  110:17 113:20
  114:18 117:15,17
  123:25 124:6

[back - blah]

125:11,12 128:23 130:7 131:14,20 132:13,22 135:7 139:20 141:2,2 142:21 144:22 146:5 149:2,3 150:25 152:8 153:10,15,23 155:8,8 157:16 161:11,20 162:19 170:4 173:13,14 176:4,14 177:14 181:21 187:2 190:6 193:16 195:15,22 198:1 198:18,21 202:25 203:16 204:6

**background** 89:21 90:10 105:6

**bacteria** 176:20

**bad** 34:2 125:22

**badger** 5:12

**bags** 82:12

**baj** 1:5

**baker** 4:8 7:12,12 115:2,4,7,12,21 116:4 117:10 184:21

**bakerdonelson.c...** 4:11

**balance** 49:2 77:15

**balanced** 139:1

**bald** 135:22

**baldness** 135:22

**ball** 184:17

**ballast** 65:7,13,14 65:20

**ballpark** 72:21

**bankrupt** 103:20

**bap** 121:2

**bap1** 120:10,14

**barrels** 95:10

**base** 102:24

**based** 81:17 95:18

**basic** 40:23,24 52:8 56:9 57:7 75:1 86:23 87:7 91:1

**basically** 65:2 71:12 106:25 113:12 116:17 149:10 154:8 159:1 173:23 175:2,17,22 177:3 191:8

**basics** 47:6

**basis** 8:25 72:4 153:23 161:16 176:3 188:2

**baton** 1:10 4:16 5:9 6:4

**bay** 123:2,4 128:11 132:10 148:7

**bblawla.com** 4:17

**bcg** 151:20,22 152:6,11 174:21 174:21 175:6,8

**beach** 75:15

**beaker** 87:24 91:9 91:11,16,17

**beam** 185:24

**bearing** 38:15 41:24 42:7 44:5 49:10

**bearman** 4:8

**becoming** 114:12

**began** 45:4,7 118:13

**beginning** 11:2 45:16 92:5 93:2 99:17 113:17 139:19 156:8 175:18 184:19

**behalf** 3:15,20 4:1 4:6,12 5:1,6,12,17 6:1,6,12,18 7:1,6 7:12

**beijing** 115:20 117:8 125:22,23 137:17 139:20 149:15 151:10,15 151:18,25 152:1,4 153:4,18,19 174:7 183:8,9 184:9,21 194:16

**beitou** 17:11 19:15 22:11,16,21 27:21 27:23 28:12,16

**believe** 14:5 18:13 18:19 19:6 21:24 22:20 27:10 29:6 32:12 34:7 35:2 40:8 44:17 60:14 69:8 89:23 93:2 102:13 104:12 130:6 150:17,18 150:18 160:13 170:19 194:22 199:1

**believed** 193:4

**bell** 189:7

**belle** 45:19,19,21 45:24 46:1 47:9 51:16 54:10

**belonged** 19:18

**benefit** 120:24 153:11 173:4,7

**berkowitz** 4:9

**best** 21:13 132:11 184:10

**better** 41:14,16 106:7,16 164:2

**beyond** 150:23

**bienvenu** 4:14

**big** 14:6 18:1 32:5 42:23 48:15 57:12 57:14 61:11 65:7 66:17,20,25 74:10 81:25 106:8 124:10 140:11

**bill** 97:7 185:1

**biopsy** 125:9,12 155:10 156:1 160:11,13,17 162:2 163:4

**birth** 11:3 143:20 143:21

**bissell** 7:8

**bit** 15:5 41:9 43:18 43:23 75:9,12 78:13,21 91:16 97:19 98:24 144:9 154:18 198:14

**bite** 37:8

**bitten** 14:24

**black** 42:24

**bladder** 118:14,17 119:10 123:18 151:10,14 152:2 153:4,21 154:13 158:18 164:6 169:9,9 172:4,7 174:4,16,20 175:18 176:3,9 177:5,15,19 178:7 178:13,19,25 187:20

**blah** 191:20,20,20

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 212 of 255

[bleed - called]

**bleed** 107:9
**bleeding** 81:8,9
**block** 133:2
  155:15
**blockage** 194:1
  199:7
**blockages** 124:15
**blocks** 19:24 68:10
**blood** 124:10
  138:24 140:4
  201:25
**blown** 83:18
**blowout** 42:23
  48:15 49:2 53:3
  78:24
**blowouts** 38:16
**bluebonnet** 4:15
**blueprints** 97:5
**board** 182:6
**boat** 40:14
**boats** 68:21,22
**body** 97:11 99:3
  106:3 124:4 173:9
  185:21
**bone** 183:13,14
**bones** 169:11,14
**bonnecaze** 4:14
**book** 34:1 35:5,9
**booker** 70:18,20
  70:21,24
**books** 33:20,22
  34:5,6,14
**border** 144:1,4
**bore** 44:1
**born** 11:4,5,6
  13:14,17,17,18,18
  25:2 149:20
  170:13,17,20
  196:23 197:2
**boss** 36:15

**bother** 105:2
  124:22
**bottom** 32:3,6
  43:15 59:15 65:11
  66:24 67:7 98:23
  98:25 167:12
  168:4,19 173:21
  190:15 196:1,5
  200:5
**boulevard** 4:15,19
  5:9 7:15
**bounding** 78:14
**box** 6:9
**boys** 122:23
  137:12 140:16
  148:6
**bp** 6:6,7,7 39:13
  48:14 78:25
**bradford** 7:19
**bradley** 6:9
**brain** 118:19,23
  138:20 139:19
  141:8 150:8,13
  151:7 152:25
  158:23 183:6,11
  183:14 185:14,20
  186:22,23 187:1,6
  187:22
**brainstem** 140:23
  158:25 186:3,19
  186:20
**branch** 12:12
**break** 55:7,7,11
  70:16 72:14 87:1
  89:10 99:14
  100:17,24 130:4
  197:23 201:13,13
  201:15
**breaking** 54:11
  98:14

**breakout** 55:16,17
**breast** 135:20
**breathe** 85:17,17
**breathing** 85:12
  85:13
**brian** 5:13
**brian.lindsey** 5:16
**brick** 20:7,11
  29:23
**bricks** 20:8,9
**bridge** 34:10
  59:22
**bridger** 7:8
**brief** 35:9 89:19
  146:9
**briefly** 51:15
  88:18 105:12
  114:18 118:11
  183:12
**bring** 73:14 91:18
  95:17 151:25
  152:8 174:23
**broke** 55:25 71:1
**broken** 43:20
  78:23 99:5,6,7
**brother** 169:21
**brown** 7:18 8:5
**bubbles** 128:3
**build** 37:2 137:7
  198:6
**building** 17:22
  19:24 23:6 112:22
**buildings** 19:25
  20:8 32:4
**buildup** 197:22
**bullet** 52:20 95:13
**bullets** 50:8
**burden** 117:3
**bureau** 12:2
**busboy** 32:3,8,14
  32:17 33:3,8,16

**business** 35:19
  36:18 38:10,11,23
  55:4 113:22,25
  114:6,8 115:7,14
  149:11
**buy** 34:14 184:2

**c**

**c** 24:3 28:10
**cable** 49:15 59:9
  94:2 97:23,25
  98:10,12,21 99:4,6
  100:17,17,18,21
**cadillacs** 68:20
**cake** 96:1
**caked** 96:9
**calcification**
  200:17 202:14
**caldwell** 4:8
**calibrate** 112:17
**california** 3:7
  138:14 207:11,23
**call** 17:23 28:4
  30:24 34:12 43:25
  49:8 55:7 57:11
  58:17,22 66:18
  71:4,13 75:25
  76:13 78:11,19
  91:21 99:25 102:1
  104:1 112:18
  113:11 121:11
  124:10 141:8
  143:10,23 146:8
  166:9 189:11
  197:12
**called** 21:11 23:2,9
  24:3 26:11 32:10
  35:14 50:20 52:2
  69:16 70:6,13,18
  70:21 71:15,17
  80:22 98:17
  103:22,23 107:1

[called - change]

109:23 116:7
121:23 126:20
143:14 151:20
160:21 162:12
176:4 185:25
196:13
**callier** 7:18
**calls** 36:25
**calm** 130:5,15,24
131:9
**camera** 127:6,15
**camps** 130:8
**cancer** 10:7,8,14
118:14,17,25
119:1,8,10,12,13
119:16 120:3,11
120:22 123:13,15
123:18,20,22
125:13,15,18
126:1 127:19
129:22 130:17
133:19 135:1,5,10
135:14,16,21,21
137:9 138:11,16
138:17 149:2,24
150:12 151:10,14
151:21 153:5,21
154:13 155:11
156:10 157:2,9,22
158:19 159:22
160:3,5,12,18,21
161:4,6,19,20,24
162:1,4,11,18
163:7,18 164:8,9
168:21,22 169:7
169:13,14,16,20
170:2,5,9,24 171:2
171:11,15,15,17
171:19,23 172:4,7
172:10,14,22
173:3,23 174:4,16

174:20 175:18,25
176:3 177:5,16,19
178:7,13,19,25
181:2 187:21
188:13,14 190:18
190:20 191:11
193:13
**cancers** 10:12
141:12 161:14
164:4,5,12 169:3
170:23 172:15
**cap** 77:5
**capacity** 113:24
**caption** 8:8
**car** 66:20 105:17
**carbide** 7:1
**carcinoma** 10:3,6
119:2,15 137:10
**card** 36:18 113:2,2
**cardiac** 152:16,17
152:17 153:8,22
154:2,13 188:16
**cardiologist** 154:2
159:10 189:4,14
190:2 192:12
195:21
**cardiologists**
189:8
**cardiology** 189:25
**cards** 110:16
112:23,23,24
**care** 97:6 117:15
150:5 153:12
173:17
**career** 11:20 39:2
45:7 47:5 52:16
103:10 118:6
143:9
**careful** 186:19
**carefully** 186:21

**cares** 132:19
**carolina** 112:15
**carry** 64:4 82:7,7
84:11,13 195:1
**carrying** 54:5
78:22
**case** 8:9 47:1,4,7
47:11 53:3 64:6
66:22 100:3 109:8
131:23 150:25
**cased** 74:9
**cases** 131:23 132:2
**cash** 104:5
**casually** 197:11
**cat** 109:23 110:16
110:22
**catch** 95:25 98:25
108:1 176:10
**catches** 99:10
**catholic** 25:17,20
25:23 26:12
**catwalk** 58:23
59:4,8,12 62:3,9
83:15 84:9 107:13
**caught** 119:22
123:22
**cause** 3:10 49:4
65:17 169:17
170:2 187:24
**caused** 10:20
136:2 177:19
193:4 197:19,23
198:6,7 199:1
**cavern** 78:18
**ccta** 196:8,12
**cd** 196:11
**cell** 10:3,6 119:1
119:15 123:17
137:10 147:15
160:18 161:4,19
164:6,9 173:3

188:14
**cells** 160:25 163:6
163:7
**cement** 17:24 18:9
82:1
**cemented** 18:2
**center** 45:13,19,22
45:25 46:25 47:9
53:20 54:13 55:13
83:7 168:9 181:24
182:2
**central** 89:9 112:2
112:4,10,20 113:6
113:14 204:18
**certain** 60:20
78:16 81:5 82:5
95:19 98:1,4
**certainly** 51:19
69:4 70:22 177:16
185:19
**certificate** 207:1
**certified** 3:6
207:10
**certify** 206:4
207:3
**chain** 58:24
**chamber** 106:8
**chambers** 107:11
**chamblee** 29:15
29:18,19,21 30:10
30:12,15 32:19,20
**chance** 55:16
96:16 104:13
108:12 121:8
**chang** 189:3,5,6
189:19,22 193:3
194:10,10
**change** 62:15
92:14 94:11 96:16
100:6,21 102:5
108:12 114:15

[change - closer]

117:9 132:19
160:15 162:12
166:23 206:8
**changed** 25:16
39:17 163:17
176:23
**changes** 157:14,16
188:3 191:21
**changing** 101:4
115:13,13
**charge** 113:10
**charges** 72:4
143:22
**charles** 4:9 5:3
**chasse** 45:19,19,21
45:25 46:1 47:9
51:16 54:11
**check** 88:4 201:6,7
201:20
**checked** 183:21
201:8
**checking** 83:15
93:1
**checks** 94:19
158:8
**checkups** 158:18
159:25
**chehardy** 4:19
**chemical** 3:21
151:20
**chemicals** 132:6
**chemo** 135:20,20
136:5 137:7
150:11 156:14
157:15
**chemotherapy**
119:11 132:7
135:8,11,18,24
147:16 150:11
156:10 190:17
191:4,10

**chengdu** 184:20
193:18,23 194:16
198:13
**chest** 124:21 125:1
125:5 126:22
128:2 182:3
193:18 198:2,2
200:6,9
**chester** 2:3 3:16
8:19 9:18 38:5
39:24 40:4 44:15
44:22 45:2 56:16
56:19,22 57:4
61:5 63:10,17
74:4,5 79:20 80:4
80:8,9 82:21
83:21 84:18 85:2
85:8,20 86:8,9,14
87:3,6 89:8,18
90:3,8,12,16,22
93:7 105:4,9,11,16
105:18,20 119:7
120:18 134:4,18
134:24 142:12
144:25 145:1,3
146:2 154:5,16
157:11,24 162:14
163:14 166:12,16
166:22 171:3
178:15 179:17
182:14 184:14
185:8,16 187:10
192:2,5,17,21
193:7 194:13
197:9 198:9 199:4
201:5,9 203:5,23
204:1,13
**chevron** 3:20 7:6
**chief** 36:17,18,20
36:23 37:19
138:23

**chien** 28:7,8,8,12
28:16 167:21
**childhood** 13:15
15:3,6
**children** 21:8,9
75:14 120:4,24
121:4 122:2,4,21
122:22 123:12
173:10
**china** 12:4 112:2,4
112:10,20 113:6
113:14,21 115:3
115:15 117:15
148:5 151:10,23
169:22 193:23
194:11,15 198:1
198:23 199:7
**chinese** 12:3 17:8
23:3,25 24:1,2,3,4
24:9,11,12,18,19
25:1,2,4,12,13,19
25:21,23 26:7
113:23,25 116:8
117:14 131:22
143:15 185:3
194:18
**cholesterol** 197:22
198:5
**chose** 148:13
**christmas** 149:2,4
**chuckle** 143:15
**circulation** 78:5,7
78:8,19,20 79:2,8
79:11,14 80:13,16
80:19,24,25 81:18
98:5
**circumstances**
116:20
**cisplatin** 135:9
**citizen** 124:1

**citizens** 153:13
**city** 17:12 18:18
**civil** 11:20,22
**clarification** 38:4
**clarify** 73:5
**class** 16:20,20,20
16:22 17:13 25:12
46:15
**classes** 24:7
**classic** 41:21 42:7
60:1 133:24
**classmates** 25:1
**classroom** 46:3
**clean** 93:12 96:6
186:4
**cleaned** 100:6
**cleanup** 74:14
**clear** 109:8 119:11
125:2 149:6
151:21 181:11
194:1
**clearance** 67:12
**cleared** 176:19
198:17
**clearly** 49:10 69:6
126:10 139:9
198:11
**click** 167:3 180:1
**clients** 34:13
**climate** 148:8
**climb** 91:14
**clinic** 185:2
189:25
**close** 15:22 16:23
34:9 47:21 58:5
61:15 77:21 82:16
83:12,24 99:22
128:14 158:15,15
**closer** 41:9,15
47:24 83:7

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 215 of 255

[closest - contact]

**closest** 84:1,2
125:8
**clothes** 92:15
94:12 96:17 97:11
100:6 101:5
108:12
**clothing** 84:24
92:12,16,19,23
94:9,17 96:14,21
96:25 101:7 108:7
**clue** 10:18
**clues** 157:14
**cng** 39:14
**coast** 103:19
104:16
**coffee** 129:18
**cold** 36:25
**coli** 176:20 177:11
**collapse** 49:4
75:18 78:14
**colleagues** 21:8,9
**collect** 43:2 92:6
95:4 96:1 106:10
110:16
**collected** 107:12
**collection** 181:6
**college** 33:13
35:11 137:15,21
141:25
**color** 20:9 76:15
82:11,15
**column** 48:22 77:8
77:13
**combined** 50:22
98:13
**come** 71:16 76:9
76:13 97:24 99:14
108:3 116:5 176:4
**comes** 9:4 50:5
93:17 94:3 107:7
141:24 142:6

**comfortable**
121:24 126:23
182:10
**coming** 75:12
112:15 158:15
161:20 187:2
**command** 28:24
**commencing** 3:4
**comment** 203:15
**commented**
145:24 172:13
**commercials**
130:9,12
**commission** 52:14
**commonly** 46:23
**communications**
113:12
**community** 19:23
**companies** 38:12
38:14,23 39:1,5,9
39:13,15 46:17
88:22 95:6
**company** 3:21 4:1
4:7 6:1 7:12 33:18
35:13 37:16,23
38:25 41:22 49:20
49:21 51:12 55:1
58:2 59:22 68:11
71:20 72:3,4 97:8
102:21 116:8
117:23 118:1
143:11,12
**company's** 88:5
**compare** 160:15
188:2
**compensation**
88:3 91:24 92:4
**competition**
106:25
**complain** 141:20

**complained** 22:8
138:19
**complaint** 139:2
**complete** 27:23
**completed** 54:10
**completion** 207:16
**complex** 104:7
**comply** 110:6
**compound** 19:18
19:21,23 20:22
21:1 22:6 26:25
27:2,7,12,18 28:19
**computer** 41:13
49:19 88:2
**con** 34:24
**concentrated**
175:9
**concept** 37:6
**concern** 52:2
**concerned** 139:20
175:8 176:22
**concluded** 182:6
**concludes** 204:22
**conclusion** 125:24
**concrete** 34:24,25
**condition** 93:20
100:20 117:18,18
188:19 189:16
**conditions** 197:6
**conduct** 91:19
**conducted** 45:17
91:21
**conducting** 70:25
112:8
**conductivity**
91:22
**conductors** 49:16
**confined** 96:24
**confirm** 50:11
127:19 132:25
155:10,16 166:7

**confirmed** 107:2
133:11 134:20
162:1
**confirms** 95:20
133:6,18 134:2
**connect** 29:21
**connected** 17:23
43:14 49:17 65:7
**connection** 59:10
**conoco** 39:12
**conocophillips** 4:1
**consider** 102:8
106:1
**considered** 9:5
117:25 163:25
177:15 190:19
191:6
**considering**
191:10,12
**consist** 64:9
**consistency** 76:14
**consistent** 175:20
187:9
**constitutes** 207:13
**constructed** 13:23
16:1 17:20 19:21
29:21
**construction**
14:20 17:1 18:6
18:10 19:4 20:21
21:21 22:17 23:16
25:24 26:14 27:6
28:11 29:7 30:1
30:11 31:9 82:1
**consul** 28:24
**consulate** 28:22,23
**consultation**
121:12 139:11
**consulting** 118:1
**contact** 84:14
147:21 155:17

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 216 of 255

[contacts - crossed]

**contacts** 118:6
155:19
**contain** 48:22
77:13 80:20
**contaminating**
96:4
**contents** 82:10
**continue** 30:20
72:10 73:8 74:2
96:23 103:2
104:20 117:11
131:17 188:1
**continued** 185:19
**continuing** 175:19
**continuous** 73:21
201:20 202:2
**contracted** 57:25
68:14
**contractor** 72:3
**contractors** 37:1
**contrast** 200:6
**control** 74:1 88:11
94:19 109:21
110:21 144:4
**controls** 61:13
**convention** 6:3
**converse** 25:7
**cooking** 138:25
**copy** 129:5 196:11
196:11,14,15,17
204:11
**cordoned** 86:1
**core** 50:8 51:8,10
52:20 88:19,21,24
89:4,5 94:22 95:1
95:3,6,9,17,22
96:3,5,5,9,17 97:1
107:22
**cores** 88:24 89:6
**corkscrew** 97:20

**corner** 165:18,25
166:20
**coronary** 194:6
196:12,21,25
197:5,12 200:17
202:13 203:1
**corporate** 115:7
**corporation** 4:13
4:13 5:12 6:6,13
7:1
**correct** 15:9,10
16:10,10 17:4
31:18 33:6 36:5
44:17 47:13,14
68:1 72:23 86:5
90:13 93:3 109:12
111:16 115:17
117:23,24 118:15
118:16,18,21,25
134:21,22 140:18
145:15,17,25
149:7,25 150:1,1
151:5,11,12
152:16 153:1,13
154:14,15 155:12
157:23 158:19
160:1,12,22,23
161:9,17,22 162:7
164:9,24 169:17
170:6 171:8,9
172:8,24 173:24
174:10,17,18,23
175:4 176:5,6
178:11 180:16,21
181:2,3,7,15,25
182:13 183:8,9,16
183:17 184:12
185:25 186:16
187:9,25 188:7,8
188:11,12 189:9
192:4,23 193:24

194:7 195:13
197:20 199:2
200:20 202:14
203:3,16 207:14
**corrected** 183:7
**corrections** 206:6
**correctly** 102:15
**cosculluela** 3:22
63:6,7,13
**costly** 22:8 132:14
**counsel** 39:23 40:3
56:14 72:24 82:20
83:19 84:16 85:1
85:5,19 86:7,13,25
93:6 119:4 120:16
133:14 134:8,23
204:11
**counted** 136:9
**counter** 129:17
**counting** 71:5
**couple** 24:24
122:5,21 128:20
145:17 182:1
189:8
**courier** 151:25
152:4 174:23
**course** 39:12,16
41:2 42:16 43:1
44:5 51:16 56:5
56:12 64:22 67:5
75:7,19 76:2
77:20 88:10 91:25
94:24 96:22 100:8
116:22 118:24
123:16 125:10
130:20 132:8
137:3,14 138:8
139:8 141:16
149:1 151:6
159:18 162:1
169:13 177:20,24

184:10,16
**court** 1:1,10 3:15
3:15,21 4:1,7,13
5:1,7,12,18 6:1,7
6:13,18 7:1,7,13
8:6 9:1,1,6 38:3
79:18,25 80:3
89:22,25 90:5
125:7 166:6,11
204:9,10,14,20
**cousins** 15:20
**cover** 40:17
104:17 132:22
167:20 173:17
**coveralls** 94:7
**covered** 39:9
127:16
**covers** 41:17
**covid** 121:9,19
147:21
**covington** 7:15
**cow** 104:5
**crane** 73:19 153:2
**cranes** 59:3
**craniotomy** 153:1
153:3 183:5
184:11 185:23
**crank** 66:21
**crash** 53:11
**crashed** 53:10
103:18
**crawl** 29:25
**crazy** 201:25
**create** 43:3
**creates** 77:3 98:1
**crew** 54:15,18
**cried** 131:10
**critical** 146:12
**cross** 138:5 144:1
**crossed** 118:2

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 217 of 255

[crown - deposition]

**crown** 57:17
**crump** 6:8
**cry** 131:10
**crying** 140:11
**cryoablation**
  160:22 161:21,24
  162:23
**csr** 1:23,24 3:6
  207:23
**ct** 124:8,15,20,25
  125:1,5 127:18
  133:21 140:10
  153:9 154:4
  157:13 159:25
  160:5,15 161:12
  181:25 182:2,9
  184:16,16 185:1
  195:18,24 196:12
  196:12 200:6,8,18
  200:19 202:10,12
  202:24
**cts** 133:8 160:10
**cure** 129:24 130:2
  130:6 139:6,8
**current** 49:22
  91:20 182:23
**currently** 9:24
  10:1 89:9 118:24
  148:1 164:7
**customer** 102:25
  109:23,24,25
  110:7,8
**customers** 36:25
  40:12 109:22
  110:7
**customs** 143:18,22
**cut** 43:19 98:18,20
  98:21 100:13
  126:8,21 131:2
  135:4 140:20
  183:13 204:1

**cuts** 75:10 95:14
  97:25
**cuttings** 43:20,24
  75:13,24,25 76:2
  78:22
**cv** 1:5
**cylinder** 95:23
**cylindrical** 49:13
  59:7
**cypress** 6:12
**cystoscopy** 176:22
  177:2,13
**cytoscopy** 176:4
  187:21

**d**

**d** 2:1
**daily** 72:4
**dallas** 3:18
**damage** 49:4 52:5
  78:13
**damaged** 99:20,21
**dark** 97:4
**data** 49:18 74:1
  88:12 110:4
**date** 11:2 122:15
  129:4 162:8
  173:18 179:24
  181:17 206:24
**dated** 2:17,19,20
  189:3
**dates** 183:3
**david** 1:3,12,20
  2:22,24 3:1,8 8:4
  8:16 9:22 27:14
  44:17 56:17 60:25
  79:22 80:10 83:22
  90:9,23 130:4
  143:6,11 144:10
  179:17 190:9
  192:18 201:6
  204:23 206:3,24

207:4
**davis** 137:19
  139:23 140:8
**day** 3:4 24:6 71:6
  71:9,10,16 72:4
  117:14 123:15
  129:1 130:21,21
  131:19,19 137:5
  143:20 152:3
  207:19
**days** 32:22 42:22
  46:14 71:4,4,6,8
  71:10,12,14,18
  73:12 128:10,14
  128:21 144:21
  182:1 200:9
**deal** 52:11 125:14
  164:1,2
**dealing** 60:19
**death** 12:7 169:17
**debris** 53:8
**deceased** 168:21
  171:11
**december** 36:2
  122:12 161:7
  174:9 176:12
**decide** 58:3
**decided** 36:15
  117:17 123:4
  125:25 127:21
  148:9 154:24
  155:2,7 160:11
  184:9
**deck** 57:11,12,12
  58:14,14 59:4
  61:7 84:4 91:14
**decks** 58:10 60:18
  61:18,23 62:6
**deep** 75:17,17 78:1
**deeper** 64:25
  65:24 75:16,22

**deepwater** 1:6 5:6
  48:11,13 53:5
  68:16 78:25
**deepwaters** 1:15
  8:9
**defendant** 3:20
  4:1,6,12 5:1,6,12
  5:17 6:6,12,18 7:6
  7:12 9:12
**defendant's** 2:16
  166:14 179:5,9
  188:22,23 199:15
  201:3 202:20
**defendants** 1:7,16
  6:1 7:1 9:12
**defense** 39:23 40:3
  56:14 72:24 82:20
  83:19 84:16 85:1
  85:5,19 86:7,13,25
  93:6 119:4 120:16
  133:14 134:8,23
  166:9
**defined** 126:11
**definitely** 85:16
  94:18 177:8
**degree** 31:2 62:3
**degreed** 36:16
**degrees** 77:23,24
  77:25 78:3
**deliver** 88:12
**denied** 184:21
**department**
  109:21
**depending** 49:20
  51:12 58:1 77:1
  77:20
**depends** 68:10
**deploy** 106:9
**deponent** 206:1
**deposition** 1:20
  3:1 8:4,6 42:3

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 218 of 255

[deposition - doctors]

203:2 205:2 206:4
207:5,8,14
**deposits** 42:13
**depth** 43:16 65:9
76:23,25 77:19,21
93:14 95:12,17
**derrick** 57:13,15
57:16 58:16 61:10
65:5 66:3
**describe** 19:20
34:19 45:23 47:15
56:9 94:25 123:19
135:17
**described** 26:25
63:3,20 74:20
78:4,11 82:19
88:18 93:16 97:25
103:4 183:12
**description** 46:12
48:2 146:9
**design** 46:6
**designed** 48:21
49:5,13 50:21
65:1,14 81:10
99:1 105:1,25
**desire** 123:11
**desk** 74:12,15,18
**despite** 125:2
**detail** 13:7 64:20
86:24 87:9 91:3
188:15
**detailed** 95:7
154:20
**details** 164:16
185:18
**develop** 38:25
87:17 97:3 113:22
**developed** 183:24
186:7 193:18
**developing** 113:25
120:11

**development**
114:7,9 115:7
**deviated** 97:21
**diabetes** 171:5,7
178:22 201:22
202:2
**diabetic** 171:5
**diagnosed** 10:10
118:16,19 119:13
123:15 137:9
149:24,25 151:9
151:13 164:4
168:22 169:3
170:9,21 171:15
172:3,6,11 178:19
178:21
**diagnoses** 10:14
123:13 141:23
163:22
**diagnosis** 10:15
129:19 132:25
133:11 138:9,16
139:10 140:9
149:1 150:13
154:21,23 155:11
174:4 191:2
**diagram** 2:9,11,13
2:14 41:1 44:18
44:23 47:16 48:8
56:10,23 61:1
74:25 89:21
**diagrams** 78:5
**dial** 88:2 92:3
**dialect** 25:5,6,8
**diameter** 75:23
**diamond** 69:10,11
**died** 170:15,22
171:14,16,20,20
**diet** 138:24 139:1
**difference** 98:8
102:25 162:10

175:5,15
**differences** 102:18
**different** 20:12
42:3 46:25 49:21
51:3 58:8 61:19
64:4 69:18 102:23
104:13 111:14,17
112:22 118:4
139:12 147:18
161:13 163:22
179:23 200:13
**differentially** 98:7
**differentiation**
162:13
**differently** 65:3
**difficult** 139:24
143:17 158:25
194:17
**dig** 75:17,19
**digging** 75:15,16
**diplomat** 12:8,9
**diplomats** 20:3
**direct** 8:20 61:16
74:24
**directed** 82:4
**directing** 166:18
**direction** 83:18
**directly** 83:6 84:6
135:16 139:17
**director** 116:12,15
**disaster** 43:4
**discharge** 128:14
**discharged** 128:21
128:22 198:22
**discomfort** 136:3
193:18 198:2
**discovered** 120:2
**discovery** 69:13
69:13
**discretion** 47:3

**discuss** 10:13 13:6
13:12 31:23 56:5
86:24 87:9 91:3
118:11 198:23
**discussed** 13:11
119:17,24 123:13
125:20 127:1
170:3
**discussion** 76:20
94:23
**disease** 188:16
193:14 197:5,20
198:7
**diseases** 159:11
**disrupting** 25:9
**disrupts** 72:8
**distance** 15:22
25:18 84:1,1
**district** 1:1,2,10
13:20 17:12 23:8
23:11 40:6 47:3
54:14 56:5 74:8
**disturb** 186:19
**divided** 16:19
**division** 1:15 55:5
111:8,18
**dock** 68:17
**docks** 40:18
**doctor** 10:15
125:20 127:5
128:15 130:20,25
131:11,18 146:7
146:21 147:22
150:9,15,23
151:18 152:2,18
164:21 181:1
189:4 198:25
199:6 200:25
**doctor's** 136:24
**doctors** 10:14
119:24 120:21

[doctors - effects]

123:19 124:5
127:3 129:7 139:3
145:25 153:24
154:9,12 155:6
165:7 169:24
172:13,23,25
177:18,18 182:11
184:9 188:5 193:3
193:23 196:10
198:12,23 203:15
**document** 165:14
165:17,18,24
167:5 199:24
**doing** 71:16,17
88:19 94:19 102:6
124:20 147:24
159:25 161:13,14
161:16 173:4
182:12 187:21
201:19,24 203:14
**dolphin** 70:7,9,9
70:11
**dome** 42:8
**donelson** 4:8
**door** 33:20,20
58:17 59:13 60:5
60:8,9,10,11
**dosage** 53:23
**dosimeter** 53:17
53:20,25
**dot** 179:21,22,22
**double** 140:9
141:4 150:12
183:22,24 184:1
184:25
**downhole** 49:19
76:22 77:18,24
97:13
**downtown** 29:5
109:19

**downwind** 83:17
**dr** 2:24 180:15
182:13 187:4,13
189:5,6,13,17
193:3 194:10,10
202:16,22,25
203:10
**drag** 58:25
**draining** 94:2
**drawing** 44:13
63:8
**drawings** 144:19
144:20
**drawn** 74:25
**drawworks** 83:8
**dressed** 107:6
**dried** 96:24 97:10
**drill** 39:18 41:25
42:21,23 43:8,8,11
43:12,18,23 58:13
58:20,23 59:14
61:22,24 62:10
64:18 65:4,5
68:13 72:2,6,10
75:9,9,12 76:6
77:11 78:12 97:18
98:20,22,24
**drilled** 48:14 76:3
**drilling** 2:10 38:18
39:6 40:15,23,25
41:21 43:6,7,10,13
43:18 44:2,19,24
48:7,19,19 50:16
57:14,18,19,20
58:7,9 59:19
60:19,21 61:12,13
62:8 63:2,19,22,23
64:5 65:4 66:16
67:2 69:23 71:24
72:3 73:8 82:25
84:23 85:22 86:5

86:11,18 88:16
92:9,11,15 93:4
101:10 103:7
107:4,17
**drillship** 66:2,4
67:22
**drillships** 69:5,14
**drink** 136:16,17
**dripping** 96:10
**drive** 34:11 40:16
123:7 184:5
**driven** 34:10
**driveways** 34:16
34:19,24,25 35:1,3
**drop** 62:2 79:3,3
84:9 116:22
**dropping** 79:1
**drug** 137:1 174:21
177:14
**drugs** 135:9
147:18 163:6,8
**drum** 49:15
**dry** 92:23 94:17
94:20 96:21 101:7
101:8,10 108:22
**duly** 3:9
**dustin** 7:18 8:5
105:9 166:24
**duties** 36:22 40:15
86:22,23 87:8
91:1,4 102:5
104:24 105:23

**e**

**e** 2:1,7 7:14 21:12
21:12 23:9 26:11
28:10 32:10
127:18 176:20
177:11
**earlier** 26:25 40:5
48:7 51:23 56:3
59:6 71:22 78:4

80:21 88:18 91:13
93:16 101:17
122:1 147:7,10
148:12 160:13
161:3,6 176:17
183:19 195:17
**earliest** 13:15
**early** 10:12 15:6
36:1 39:2 116:17
126:2 149:20
155:16 156:8,9,16
156:16 158:6
163:24,25 164:1
168:25 169:1
174:25 176:10
177:9 183:25
204:16
**ease** 61:9 87:14
**easel** 41:8
**easily** 51:24 76:8
94:1,10
**east** 1:10
**easy** 92:10 143:16
147:2 166:13
**eat** 73:13 101:2
**eating** 16:5
**echo** 191:19
**eco** 191:20
**economic** 117:18
**edamame** 16:5
**edgar** 12:20,21
**edges** 66:17
**education** 23:25
30:21
**effect** 155:1
160:25 168:14
192:9 195:18
**effects** 136:2
142:10 147:17
202:4

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 220 of 255

[efficiency - excuse]

efficiency 88:14
efficient 73:24
efficiently 72:9
efoundas 7:5
eight 28:1 46:3
  75:23 77:11,12
  149:22
eighty 170:19,19
either 12:25 25:24
  26:2 40:13 50:7
  62:23 68:11 74:22
  89:23 162:23
  193:11,13 196:11
ejection 191:25
  192:12 193:1,5
elaine 122:10,11
  129:11 130:23
  137:11 138:18
elder 171:18
elect 127:3
electric 91:19
electrical 31:3,4
  49:16,22 50:24
  51:1,6 59:10 88:1
  91:20,23
electricity 91:21
electronic 46:11
elementary 21:14
  22:5,11
eliminate 135:14
  161:24
elite 21:10
elongated 59:7
email 2:22,23
  146:21 202:16,21
  202:22,25 203:8,9
  203:16 204:12
emailed 8:14
embassy 23:3,7,7
emergency 35:21
  35:23 37:4,6

182:25
emmett 4:8
emphasize 52:9
employed 19:12
  37:12,12 111:15
  123:25 153:17
employees 19:15
employer 149:9
employers 109:9
employment
  117:11
empty 62:5 95:9
  95:13 99:8
encounter 80:12
  180:8 189:2
encouraging 118:3
ended 31:2 152:5
  155:24
energy 6:12,18
  49:23 114:7,9
eng's 32:10,14
engaged 37:2
engineer 36:12,13
  36:15,16,18,18,23
  37:19 45:6 54:15
  54:17,18 55:11
  67:25 71:1,21
  79:6,15 81:21
  82:5 86:22 87:8
  91:2 92:1 95:1
  101:13,14,15,19
  101:20,20,25
  102:2,11,12,16,17
  103:6,12,15,23
  104:22 109:22,23
engineering 31:3,3
  31:5
engineers 45:11
  46:16 53:14 74:9
  74:11,16 104:8,11
  104:12

english 24:7,8,15
  24:17 25:1,10,12
  25:12,16 26:9
enjoy 138:5
enjoyed 148:9
enrolled 22:10
  24:2 26:10
ensco 5:17
ensure 89:20
  112:7 114:17
  120:4 134:5
entailed 104:24
entails 141:18
enter 58:18
entire 41:18
  104:16 126:12
  127:10,22 140:20
  163:1,11
entitled 2:9,11,13
  2:14 44:18,24
  56:24 63:12 207:6
entrance 58:16
environment
  25:14 40:13 51:21
  52:23 56:6 57:8
  93:16
environmental
  43:3
envisioned 137:25
equipment 37:16
  46:6,11,21 49:17
  50:19 51:22,23
  52:4 55:3 60:19
  61:19 62:7 72:5
  77:22,22 87:21
  88:5 93:1,5 97:13
  104:6 110:1,5
  114:4
equivalent 27:25
ernest 7:2 44:12
  90:18

escape 53:10
escaped 48:16
especially 120:1
essentially 12:8
  60:21 71:10
  102:17
established 153:23
estimate 14:3
  67:15 71:19 72:17
  74:17 79:12 80:11
  83:24
et 1:6,15 8:10
evaluation 191:1
event 168:19
  174:15
eventual 184:6
eventually 169:8
  185:1 197:23
everybody 48:12
  99:16
everybody's 21:6
everything's 103:5
  125:3
evidence 127:13
  134:1 157:17
exact 181:17
exactly 75:6
  134:16,16 161:1
  161:23 162:16
examination 2:3,4
  8:20 9:18 142:23
examined 3:10
example 21:6 42:7
  50:19 64:14
exceed 53:23
excess 53:25
exclusive 20:2
excuse 8:2 9:7
  11:21 93:4 104:19
  109:24

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 221 of 255

[exercise - feet]

**exercise** 114:11
**exhibit** 2:9,11,13
2:14,17,19,20,22
2:23 44:14,16,23
44:25 56:20,23
57:1 60:24 61:2,3
63:9,12,15 89:21
89:23 90:6,14,19
90:20 165:10,12
165:13 166:14
167:17 173:13
179:3,4,5,5,9
188:20,22,22,23
199:11,12,15
201:2,3 202:7,15
202:21
**exhibits** 179:7,21
188:21 199:13
**existing** 64:12
**exists** 28:10
**expands** 107:23
**expect** 147:19
**expedition** 100:7
**expense** 124:16
**expensive** 148:14
**experience** 67:9
79:7 103:2 118:4
136:8 143:3
150:21 163:21
177:23
**experienced** 79:13
85:14 104:1
135:16
**experiencing**
116:24
**experiment**
132:10
**expert** 180:18
**expertise** 155:2
**experts** 132:15

**explain** 37:8 40:24
41:19 48:9 64:20
70:22 75:4 82:16
91:6 104:23
105:22 125:8
172:15
**explained** 35:8
48:4 56:3 117:19
168:11 187:13,14
197:13
**explanation**
162:18
**explode** 95:13
**exploration** 4:6
43:7 64:1
**explosion** 52:24
**explosives** 52:21
52:22 54:5 88:20
95:11
**exposed** 11:1,13
12:15 13:9 15:8
16:8 17:2 18:14
19:7 20:24 21:25
22:21 23:19 26:1
26:17 27:11 28:15
29:10 30:5,14
31:13,19 32:13
33:7 35:4 37:18
93:4,9 107:17
120:12
**exposure** 10:21
52:18 54:1,3
103:3 108:20
120:15
**express** 141:13
**extent** 14:18,21
19:20 146:4
**exterior** 20:5
**extra** 77:14 150:23
**extreme** 48:10

**exxon** 4:12 39:12
70:11
**exxonmobil** 4:13
**eye** 184:2,3,4,6
**eyes** 184:1

**f**

**face** 85:4,7,13
98:24 140:21
147:21,21
**faced** 48:25 147:9
**facetime** 140:11
**facilities** 20:1
112:22
**fact** 10:20 68:17
71:23 79:10 160:2
160:12 169:5,6
172:21 182:16,18
200:25
**factor** 178:13
188:7
**factors** 171:1
178:6
**factory** 112:18
**facts** 141:17
**fahrenheit** 78:3
**fair** 15:7 16:7,9,25
146:25 155:1
158:14 164:13
177:3,7,8 195:12
198:8
**fairly** 128:10
162:9
**fall** 195:16
**familiar** 46:7 78:6
78:8 135:19
**family** 13:11,12
19:10,14 23:4,5
26:21 27:19 28:18
29:13,15,22 31:16
31:20 122:6 143:2
161:8 164:19,24

165:7 167:12
168:2,20 169:20
172:14,19,22
**family's** 23:16
**far** 60:20 67:19
68:8,15 82:16
121:22 159:6
169:22 175:7
176:22 180:22
**farthest** 84:1,7
**fast** 49:24 117:2
**faster** 160:16
**fat** 162:3,20 203:2
**fatal** 185:5,12
**fates** 120:8
**father** 11:18 12:11
12:15 17:7 19:12
20:13 22:24 26:23
28:21 168:20,22
193:11
**father's** 11:16
21:8 169:19 170:2
**fatigue** 136:2,3,5
**favored** 187:8
**fbi** 143:22,25
144:14
**fe** 101:23
**feature** 201:21
**february** 116:17
149:9 161:12
162:6,7 190:7
**federal** 3:15,21 4:1
4:7,13 5:7,12,17
6:1,7,13,18 7:1,7
7:13 9:1 68:12
**feel** 85:15 121:23
125:17 130:1
141:5 168:16
**feelings** 139:16,17
**feet** 43:16 53:7
58:15,20 64:25

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 222 of 255

[feet - form]

65:1,10,10,24
66:11,13,18 67:2
67:10,12 75:22
78:1 83:16,24
84:4,5,5,10 100:14
**felt** 25:9 126:22
176:16
**field** 14:24 45:6,11
54:12 55:11 58:17
67:18,24 71:1,21
79:6,14 81:21
86:22 87:8 91:2
95:1 101:12,14,15
101:19,19,21,25
102:2,9,11,12,16
102:17 103:6,9,12
103:15 109:4,6,11
109:15 110:9
113:21 116:9
**fields** 14:22
113:23,25
**fieldwork** 109:14
**fifth** 24:18,20,21
71:10 165:24
166:20
**fifty** 149:22 172:5
172:5,6
**fight** 116:24
**figure** 10:16 44:6
**file** 180:3
**films** 97:3
**final** 55:8 89:20
114:18 184:16
**finally** 9:9 131:18
140:10 144:2
**financial** 117:3
143:21
**find** 34:13 60:4,8
206:5
**finding** 38:12
63:24 64:7 130:16

130:18 203:2
**findings** 200:13
**fine** 156:6 197:14
**finish** 19:1 26:9
48:18 50:16 51:5
71:24 96:20 97:2
**finished** 26:6,8
55:15 73:18
**fire** 53:8
**firm** 66:25
**first** 3:9 8:22 12:1
13:18 15:22 16:14
18:24 19:5 20:13
20:13,16,19 21:5
22:25 23:24 24:10
24:14 29:3 32:1,2
36:9,13,13 43:4
45:5,13 50:23,25
52:1,2,8 60:7
70:15,16 71:9,14
80:17 81:7 87:23
91:10,10 93:18
109:2 116:10
128:22 129:6
131:11 135:7,21
139:7,19 140:7
147:11 159:23
164:18,18,21
165:10 170:8
172:11 175:8
177:20 179:2,21
180:17 183:2
184:25 187:5
189:21 190:1,23
190:25 191:22,23
194:24
**fish** 99:10,18
**fishing** 98:17 99:1
100:7
**fit** 95:24

**five** 46:3,14 51:11
71:3,6,8,8,10,11
71:13 73:12
128:10 136:11
171:18 175:23
181:14,19 182:13
**fix** 136:15
**flat** 66:20
**flew** 68:18 152:12
**flight** 153:20
**flip** 56:17 57:3,5
61:6
**float** 42:15
**floated** 66:22 67:6
**floater** 64:21 65:6
65:25 66:1,2
67:22
**floaters** 64:10
67:17 68:5 69:8
**floating** 64:24
65:16
**flood** 14:7 15:15
19:17
**flooded** 14:7
**floor** 32:7 49:14
57:13,16,24 58:4,5
58:15 60:1,18
61:12,14,24 62:19
62:23 65:4,4 83:1
83:4,7,16 84:8
93:21 99:18 107:5
107:19 129:17
**florida** 68:25
**flow** 106:7
**fluid** 43:18 48:21
50:10 51:9 75:11
77:15 106:6 108:5
**fluid's** 42:9
**fluids** 51:10
**fly** 40:13 139:20

**foco** 4:14
**focus** 53:13 168:2
**focused** 51:17
186:7
**folder** 165:13
179:8,19 199:14
**follette** 4:18
**follow** 121:5
135:12 138:8
147:4 148:15,16
153:8,20,22
154:12 157:13
158:8,17 159:9
160:4 175:23
177:13 187:1
188:1 189:9
203:17
**followed** 21:6 22:4
42:15 161:4,5,6
164:12 174:12
180:25
**following** 181:1
206:6
**follows** 8:18
**food** 73:14 138:2
**foods** 138:4
**foot** 43:12 58:13
58:19 62:2 84:9
98:22 99:15 185:1
**foregoing** 206:4
207:4,13
**forehead** 184:18
**foreign** 12:5,7
17:8 19:13,18
20:14 151:22
**foremost** 8:22
**form** 8:23 14:20
17:1 19:3 25:24
26:14 39:23 40:3
45:8 50:5 72:25
73:2 80:2,6 82:20

Page 16

[form - go]

84:16 85:1,5
88:13 93:6 119:4
120:16 133:14
134:8 146:3
154:16 157:11,24
162:14 171:3,19
178:15 182:14
184:14 185:16,24
187:10 192:2,17
193:7 194:13
197:9 198:9 199:4
**forman**  5:3 7:19
**formanwatkins.c...**
5:5
**formation**  42:8,19
48:23 76:25 78:23
79:10 81:5 97:19
97:22 104:4 105:1
106:7,15,17
**formations**  78:10
**formed**  42:14
**former**  132:19
**forms**  42:8 77:3
118:25
**fortunately**
103:21
**forward**  141:22
**fought**  150:19
**found**  120:22
125:5,7 133:5,19
160:8 161:19
163:24,25 164:1
177:11 185:7
193:19
**foundas**  7:2 44:12
**four**  14:13,13
17:15 22:13 26:9
46:3 71:12 116:19
128:10 135:11
136:4 150:9,23
156:13,20 164:4,5

170:12
**fourchon**  39:7
40:8
**fourteen**  170:11
**fourth**  26:8 51:8
**fraction**  191:25
192:13 193:1,5
**frame**  14:17 18:8
21:4,20 22:6,15
25:22 31:8 114:24
115:25 156:13,17
**francis**  126:16
**francisco**  123:7
**fraud**  143:21
**free**  175:25
**freeze**  160:24
**frequency**  175:12
**frequent**  120:7
175:10
**frequently**  81:22
84:20 94:8 138:5
151:19
**friction**  99:2
**fridays**  46:2
**friend**  116:7 143:6
144:14
**friends**  22:12
**front**  18:2
**fuel**  46:16
**full**  55:19 87:24
99:10,12,15 100:1
136:1 207:13
**function**  184:3
**functionally**
110:15
**functions**  185:20
**funeral**  117:16
**funny**  133:7
141:24
**furniture**  148:22

**further**  38:25
149:11
**future**  109:9
137:11

**g**

**g**  6:14,19 7:2
21:12 32:10
**galleria**  4:19
**galley**  59:22 73:13
**gallon**  77:12
**gallons**  106:10
**game**  63:25
**gamma**  159:4
185:25 186:6,25
**gardens**  19:25
20:6
**gas**  38:12 40:22
42:15 44:4 48:9
55:4 77:3 87:14
89:1 95:19 106:7
**gated**  19:22
**gather**  110:10
**ge**  7:12 21:11,17
21:18,21,25 22:5
**gears**  66:21,25
118:10
**geese**  14:23
**gene**  120:22
**general**  28:22
74:10 80:15 102:2
102:3,3 103:15
104:1 112:5 113:3
**generally**  40:9
59:25 65:21
**generated**  110:4
145:24
**generation**  35:22
**genes**  120:5 121:1
122:3 173:8
**genetic**  119:25
120:10,23 172:24

**genetics**  173:5
**gentlemen**  9:21
**geologist**  95:5 96:8
**geologists**  41:23
88:22 106:14
**george**  11:17
**georgia**  13:5 28:23
29:16 30:24,25
31:1,9,13 35:12
36:12
**getting**  41:16 91:5
91:7 92:19 117:11
129:16 145:14
155:24 158:17
166:17 182:9
202:18
**gfe**  102:2,7
**give**  46:17 96:7
102:23
**given**  71:20
103:20,21 104:10
128:25 194:23
204:23
**glad**  41:3 195:22
**glass**  96:7 136:16
**glomar**  69:12
**glucose**  201:6,20
201:25 202:2
**go**  8:12 14:11 18:3
21:14,16 24:18
25:15,19,21 28:4
30:21 32:24 33:23
35:16 37:8 41:3
41:19 44:9 45:14
47:19 50:4 52:12
52:16 54:13 57:6
57:22 58:18 59:1
60:4,7,7,9 61:6
62:11 63:6 71:15
72:17,18 73:13
80:10 87:4,23

Page 17

Exhibit 4
Page 224 of 255

[go - hate]

88:8,15 89:10,14
91:12 93:11,15,18
93:22 94:15 98:17
98:18,23 100:20
101:2,2,23 105:13
109:5 111:1,10
114:2 115:1
121:24 135:17
136:12 137:5
138:13,15 142:1,9
142:15,15,19
143:1 146:5,12
150:16,20,25
151:3,16 152:3,7
153:10 160:11
164:15 167:7,19
173:7,13,14,21
174:8 176:8,14
179:6 181:11
182:1,2 183:21
184:2,10 189:10
190:8,15 191:8
195:15,25 196:5
200:5,12 201:1
203:20,23 204:4
**goes** 64:24 67:1
71:25 72:7 95:14
97:24 99:8 106:4
**going** 26:7 33:16
43:17 57:7 58:19
60:14 65:3 72:24
73:1 78:23 79:4
87:2,4 89:12 92:8
105:6 107:7
114:14 117:2
126:23 132:9,12
132:13,14 135:20
136:17 139:23
140:3 141:22
142:1,17,25 143:1
143:1 149:3 150:8

150:19,21 154:8,9
163:13 165:11,11
165:12,22,22,23
168:6 170:4 179:4
179:5,6 182:18,24
183:2 188:20,22
189:4,5 193:16
201:23 202:8
203:25 204:21
**golf** 184:17
**good** 8:1 9:8,19,22
22:10 25:4 26:9
47:18 55:22 98:10
121:4 122:14
137:25 138:14
141:5 142:10
155:7 173:6
177:15 192:14
**google** 129:21
147:16
**googled** 147:12
**goose** 14:24 15:5
**gorilla** 69:25 70:1
70:1
**government** 11:19
11:23 12:4,12
17:9,10 68:12,12
**grab** 99:2,2,11
**grabs** 99:11
**grade** 18:20,24
19:5 21:18,19
22:1,7,12,14 24:16
24:18,20,20,21
26:6,8,9,13 27:25
28:2,7 106:22
163:18,18
**grades** 21:16
24:12 27:23
163:22
**graduate** 30:17
31:6 139:23

**graduated** 30:20
33:13 36:4
**graduating** 31:2
35:12
**graduation** 35:13
35:18
**grains** 42:11
**grand** 39:7
**grappler** 98:25
**gravel** 34:18 35:1
**green** 6:14,19
**gretna** 122:18
**ground** 32:7 66:25
129:17
**group** 22:4 34:8
114:15 115:13,15
**growing** 11:10,11
13:13 159:3 187:3
187:23
**growth** 160:16
185:19
**gu** 167:23
**guess** 14:12 41:23
42:20 43:4 44:4
81:4 125:6 197:18
**guessing** 63:25
**gulf** 39:6,12,18
42:4 43:9 48:16
68:25 97:14
103:19 104:8,16
**gulp** 136:16
**gulping** 136:21
**gun** 88:21 95:9,22
96:9,17 107:22
**gush** 76:8
**gushes** 99:16
**guy** 143:14
**guys** 105:3

## h

**h** 2:7 28:10
**habit** 101:1
**haimo** 149:13,19
154:10
**haimoa** 116:7,11
116:13,15,16
117:2,19,22 149:8
**hair** 47:24 135:23
135:25 136:1
**half** 24:6 65:18
77:7,12 103:18
126:24 128:12
187:7
**hand** 92:18 108:4
207:19
**handle** 46:20
51:25 52:7,22
53:19 54:23 61:17
93:22 94:3 96:3,5
**handling** 52:3,22
53:17 107:14
**hands** 46:11 92:9
155:6
**happen** 55:22 58:8
84:22 88:21 131:5
142:2 161:2
168:12
**happened** 47:5
79:1 81:3 117:13
118:7,23 136:23
146:15 198:4
**happening** 81:1
**happens** 75:19
78:9 97:14 129:22
178:5 197:14
**harahan** 34:9
**hard** 97:18 150:19
**harm** 52:18
**hate** 69:18

Page 18

[hayden - hospital]

**hayden** 187:13
**hazardous** 51:20
  86:5,11 101:10
  103:8
**hazards** 52:25
  54:7 86:2
**head** 99:1,10
  136:1 144:22,22
  151:8 186:5
**headquarters** 55:6
  110:18
**heads** 54:18
**health** 9:25 123:24
  124:2 148:13
  153:12,17 155:7
  173:17 177:15
  178:20 184:21
**healthy** 126:15
  141:5 169:23
**hear** 27:14 79:19
  79:20 80:1 105:19
**heard** 105:12
  120:21 121:2
  140:8 144:11
  154:18 162:4
  169:6 182:20
  183:19
**hearing** 9:16
**heart** 124:3,9,20
  125:1 129:24
  152:18 153:8,10
  154:4 188:16,18
  189:9 191:19
  192:9 193:13,21
  194:11 195:11,19
  195:24 196:25
  197:4,19 198:7
  199:1,2 200:15
  202:11,11,13,25
**heather** 179:12
  180:11

**heavier** 48:21
**heavy** 49:3 51:21
  52:4,7 59:3
**hebert** 6:14,20
**held** 117:22
**helicopter** 53:10
  68:16,18
**helicopters** 59:24
  68:20
**helideck** 59:23
**help** 44:6 49:1
  81:11 93:22,24
  113:22 130:10
  132:15 136:18,20
**helped** 137:2
  155:19
**helping** 38:23
**hereunder** 207:18
**hey** 86:25 144:7
  163:8
**hiccups** 136:8,9,10
  136:11 137:1
**high** 28:5,5,7 29:5
  29:8,14 30:8,10,15
  30:17,23 32:5
  33:13,17 41:24
  75:11 77:21 78:2
  185:24 197:21
**higher** 61:23
  62:19 192:15
**highest** 66:5
**hike** 102:24
**hilton** 70:21
**hip** 169:14
**hire** 72:5
**hired** 115:6
  116:12
**history** 10:25 13:7
  13:8 31:24,24
  118:12 122:6
  143:2,3 146:10

164:16,19,23,23
  164:24,24 165:7
  165:13 167:13,24
  167:25 168:1,2,20
  172:14,19,22
  173:22,23 181:5,6
  183:3 184:22
  188:15 193:12,13
  194:21 197:7
**hit** 44:4 64:1 85:4
  85:13
**hitch** 71:16
**hmm** 56:2 115:16
  166:1 167:18
  173:25,25 174:6
  190:16
**hold** 103:11
  113:15 166:4
  173:19 199:21
  202:17 203:18,18
**hole** 2:10,11 38:18
  39:18 40:25 41:25
  43:12,25,25 44:1
  44:19,24 46:23
  47:1,2,4,4,5,7,10
  47:11,13,16 48:5,7
  48:18 49:6,6,8,9
  50:12,13,15 56:23
  56:25 57:22 58:6
  59:1,15 61:15,17
  62:11 71:22,24
  72:1 73:10 74:9,9
  74:11 75:8,15,16
  75:17,22 76:1,4,7
  79:5 81:3 93:11
  93:15,17 95:24
  97:16,17,18 98:7
  100:4,20 106:9
  107:24 108:2
**holes** 43:16 64:18
  75:21 81:12

**holiday** 7:15
  117:14
**holinga** 4:15
**hollow** 43:13
**home** 11:9,10,12
  13:1,15,17,24 14:4
  14:9,9,18,19 15:4
  15:9,18,25 16:9,15
  17:6,19 18:15
  26:23 29:15,18,19
  29:20,22,24 30:3,6
**homes** 13:12 17:24
  20:6 31:16,20
**homogenous**
  91:17
**hong** 151:15,16,24
  152:3,7,12,12,14
  152:15,21,23,24
  183:8 185:2,2
  194:5,12,20 195:2
  199:6
**hood** 3:17
**hope** 144:12,14,16
  144:16 159:5
  186:9
**hopefully** 176:10
  182:3
**hopkins** 137:22
**hopper** 62:15,17
  62:17 75:2 81:20
  82:3,6,8,10,12,17
  83:3,6 85:22
**horizon** 48:12,13
  53:5 68:17 78:25
**horn** 105:2
**hospice** 150:7,16
  150:22
**hospital** 129:2,14
  134:19 151:24
  153:4 155:14,18
  155:21 185:3

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 226 of 255

[hospital - infusion]

193:19 198:1
**hospitalized**
    178:23
**hospitals**  35:22
    37:2 132:11
**hostess**  13:5
**hour**  3:4 68:15
    71:4,11 72:15,15
    73:3 202:2
**hour's**  123:7
**hours**  68:22 72:19
    72:20,22 73:9,12
    73:16,22 92:21
    94:14,14 97:9
    100:15,15 204:25
**house**  13:19,19,23
    13:25 14:23 15:16
    17:23 18:6,9,11,25
    19:11 32:19 60:18
    61:20,24
**housed**  49:13
    64:12 65:5
**housekeeping**
    89:19
**houses**  18:17
**housing**  17:10
    19:14,17,21 26:25
    27:18
**houston**  3:23 7:9
    104:18 109:18,19
    109:20
**how'd**  32:21
**how's**  140:4
**hsieh**  1:3,12,20
    2:22,24 3:1,8 8:4
    8:9,16 9:23,24
    10:23 11:8,17
    13:11 31:15,23
    34:15 35:8 38:6
    40:20 45:3 56:3
    63:2,18 74:24

86:10,20 87:7
92:25 97:12
101:12 113:5
118:10 134:25
137:8 142:13
143:17 144:10,12
159:12 164:20
165:23 167:12
173:13 174:8
190:9,9 201:12
202:6 204:23
206:3,24 207:4
**hsieh's**  44:23
**huey**  34:9
**hug**  42:24
**huge**  184:17
**hughes**  7:12,12
    115:2,4,8,12,21
    116:4 117:10
    184:21
**huh**  36:20 192:1,1
    200:16,21
**hull**  65:2 66:3,14
    67:1
**hundred**  51:24
    53:7 67:2,12
**husband**  131:3
**hydrocarbon**
    38:15 41:22,24
    42:14 49:10 50:12
    77:2,3 95:8
    106:11
**hydrostatic**  76:11
    77:8
**hypodermic**  106:2
**hypoglycemia**
    202:3

**i**

**ic**  112:23
**idea**  41:21 118:9
    121:4 175:22

**identification**  45:1
    57:2 61:4 63:16
    166:15 179:10
    188:24 199:16
    201:4
**identified**  31:15
    75:2 81:20 94:21
    143:10
**identify**  9:10
    10:25 38:14,16,17
    38:23 39:1 42:19
    49:10 63:8,8
    88:23 95:18 133:9
    133:10
**iii**  70:1
**illnesses**  10:5
**illustrate**  62:24
**illustration**  97:15
**imagery**  133:7
**imagine**  137:10
**imagined**  137:8
**imaging**  127:25
    134:1 182:2
**immersed**  25:13
    93:15
**immunotherapy**
    138:11 163:4,6,9
    163:13 168:8,10
    174:20 175:3,11
    175:17 182:10
**impairment**  141:6
**impermeable**
    42:18
**important**  23:25
**inch**  126:22 187:7
    187:7
**inches**  75:23
**incision**  126:22
**include**  59:18,19
    88:19 146:8 181:5

**included**  153:21
**includes**  83:1
    168:20
**including**  13:7
    154:1 168:18
    203:2
**increase**  81:16
**increasing**  195:9
**indefinitely**
    121:25
**independent**
    137:14
**indicate**  22:3 83:2
    134:6
**indicated**  26:20
    28:18 88:17 92:25
    133:10 147:7
**indicates**  40:11
**indiscernible**
    79:16,24
**industrial**  12:12
**industries**  114:7,9
    118:5
**industry**  40:22
    52:15 60:12
    111:14 112:1
    117:19 137:24
**inevitable**  108:6
**infarct**  203:3
**infection**  176:18
    176:21 177:11,12
**infections**  176:9
**information**  86:21
    110:10 141:11
    146:17 165:6
    188:18 194:15,25
**informed**  139:14
    142:8
**infusion**  138:10
    182:9

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 227 of 255

[inhale - kidney]

inhale  85:9
inhaled  85:18
initial  10:15 174:4
initially  22:4
inserted  50:9
  199:9
inside  99:13
  108:20
inspect  93:19
  99:20 100:11
inspecting  93:5
installation  151:20
instance  146:21
instill  152:2
institute  30:24
instruments  49:12
insurance  123:24
  124:2 132:21
  138:13 148:11,12
  148:13,14 153:18
  154:11,25 155:7
  184:22,23
intentionally  99:7
interactions  15:20
interested  25:4
intermittent  176:2
internal  110:8
international
  115:2,5,8 137:20
internet  132:5
  136:14
interpret  74:1
interpretation
  88:12 182:5
interrogatory
  150:3
interrupted  60:13
intervention  125:4
intricate  107:4
introduce  9:20

introduced  128:4
invasive  126:19
invented  38:13
  46:7 49:12
involuntary
  136:10
involve  53:16
involved  145:13
  146:17
involves  98:20
irish  143:15
iron  95:10
isle  39:7
issues  9:25 52:1
  125:2 147:9
  152:16,17 153:9
  154:14 178:20
it'd  42:16
iv  7:14

### j

j  11:17
jack  66:23 67:8
jacking  66:25
jackknife  82:9
jacks  66:19
jackson  6:10
jackup  65:11 66:9
  66:10,14,19 67:4
  67:10,14,21 69:15
  69:17,22 70:2
jackups  64:9
  67:16 69:7
jalenak  6:2
january  38:1
  117:13 154:21
  161:7 175:19
japanese  13:19,23
  14:4,19
jar  95:10,10 96:6
  96:7

jay  6:2
jay.jalenak  6:5
jbridger  7:10
jennifer  7:19
jennifer's  179:6
jfe  45:5,9,12 54:17
  101:18
joanne  167:20
  168:18
job  32:1,2,16,19
  36:9,10,14,22
  37:25 45:3,9,14
  46:15 54:20 55:8
  55:16,17 70:16
  71:19 72:17,19,21
  73:10 74:23 86:21
  86:23 87:8,11,23
  91:1 92:20 102:9
  102:16 103:14
  105:22 109:16
  116:7,11 117:4,22
  137:24
jobs  33:12 54:21
  54:25 55:8,16,24
  67:19 71:16 74:19
  79:8,14 80:16
  109:13
john  4:14 7:8
john.viator  4:17
johns  137:22
joined  17:7 20:14
  33:1 35:13,18
  114:3 115:2,10
joint  99:15 111:8
  111:19,21,25
  112:8,12
joints  43:12 58:13
  99:23,24
joke  60:6,12,12
joked  138:22

jones  5:8
joneswalker.com
  5:10
jr  6:14,19
judicial  1:10
juice  136:21
july  1:25 3:4 8:3
  55:15 156:24
  157:8,21 158:4
  160:19 179:15,24
  189:3 207:19
jump  53:6
juncture  134:19
june  150:14 156:9
  156:16,19 179:13
  179:16 181:13,20
  183:4,10
jungle  110:14
junior  45:6 101:18
jury  9:21 40:20
  75:5 135:15
jv  112:6
jw  1:5
jy  11:17

### k

k  11:8 28:10
kean  5:14,19 6:3
keanmiller.com
  5:16,21 6:5
keep  58:19 71:17
  144:1 151:21
kept  74:15 76:4
  133:2 143:22
  159:6 186:5
key  115:14
keys  60:4,8,10
kidney  119:18,18
  119:21 120:2,22
  138:11,17 159:22
  159:24 160:7,12
  160:21 161:20

Page 21

162:3,19 163:1,11
163:12 164:8
169:9,10,10 173:3
**kids** 128:11
**kill** 116:25 159:5
186:9
**kind** 49:2 76:12
91:15 106:5
**kindergarten**
15:23 16:12,14,17
17:14 18:24 19:2
19:5
**kit** 121:15
**kits** 112:15
**knew** 73:21 117:4
130:13,25 131:4,8
136:24 140:9
**knife** 159:4 185:25
186:6,25
**know** 15:19 19:16
26:8 30:24 32:5
34:10,24 36:14
37:6 38:16 39:17
46:3 48:19 49:16
49:23,25 51:21
52:6 53:4,6 57:14
58:5,19 59:3
61:10,19 62:3
63:24 64:25 66:10
66:15 67:2,11
71:5,7 75:14,16
76:2 78:1 81:1,8
83:16 85:12,15
87:25 88:25 91:11
91:23 92:3 93:13
93:24 96:4 98:14
98:22 99:4 100:8
106:10,21,22
107:9 108:1
110:13 117:6
119:8 120:4,24

121:1 122:2
124:23 127:6
128:5,8,9,12,18,20
129:9 130:7,9,11
130:17,18 131:5
131:10,14 132:3,4
132:5,5,9,20 133:7
134:14 135:22
136:20 137:17
138:1,5,12,20
139:8 140:12
141:14,18,21,24
142:3,7,8 143:15
145:22 146:12
147:4,13 151:7
153:16 157:16
159:5,6 160:15
161:3 162:23
163:21,23 164:20
169:22,25 171:4
172:9,11,12 173:1
173:11,11,22
174:11 175:10,12
175:14,25 176:12
177:1,25 178:6,12
178:23 179:13,21
181:10 182:17
184:4 186:21
187:14,18 189:15
189:19 190:6,22
191:23,24 192:11
192:11,24 194:10
194:14,20 195:6,8
195:9 196:9,14
198:7,10,11,14,15
198:20 199:23,24
204:12
**knowing** 106:15
126:23 173:8
**knowledge** 11:13
12:14 13:8 15:8

16:8 19:7 20:24
23:19 26:1,17
28:15 29:10 30:5
30:14 31:12,19
33:7 35:4 37:18
101:24 102:3
169:4,20
**knowledgeable**
122:3
**known** 120:10
148:7 171:1
180:19 182:20
**knows** 42:22
102:21
**kong** 151:15,16,24
152:3,7,12,12,14
152:15,22,23,25
183:8 185:2,2
194:5,12,20 195:2
199:6
**kraus** 3:17
**krutz** 5:3 7:19
**kuo** 11:8 28:7,8,9
28:12,16

**l**

**l** 5:8 18:3 23:9
**l.l.c.** 7:14
**l.l.p.** 7:8
**la** 4:4,10,16,20 5:4
5:9,15,20 6:4,15
6:21 7:4,15
**lab** 46:10 95:6
133:17 155:23
**label** 96:7
**labeled** 89:20
**labs** 88:25
**lack** 197:16
**ladies** 9:20
**lafayette** 5:15 6:15
6:21 103:19
104:17

**laid** 103:20 116:4
**land** 40:16 42:2,23
59:24 68:9
**lane** 17:25 18:1
**large** 185:13
**larger** 126:11
**larose** 38:2 39:4
40:6,11 45:18
48:6 56:4 71:3
74:7,8,16,18
104:17
**late** 36:1 110:22
111:12,22 112:2
126:1 156:23
157:21 158:4
177:9
**lately** 121:6
**latest** 110:11
119:15 188:17
**law** 7:3 53:24
**law.com** 7:5
**lay** 73:18
**laymen's** 40:24
47:15 104:23
105:22
**layout** 2:13 56:9
57:7 59:18 60:1
61:1 62:21 63:21
82:24 91:13
**leading** 8:24 80:7
86:7,13 119:5
120:17 133:15
134:23 184:5
**leak** 81:8 98:1
**learn** 24:17 25:16
52:21 53:2 135:24
**learned** 46:19,22
47:6,10 69:17,17
123:20 163:20
**learning** 24:25
25:9 45:13,19,21

Exhibit 4
Page 229 of 255

[learning - look]

45:25 46:4,24
47:9 53:19 54:13
55:13
**leases** 68:11
**leave** 40:7 59:24
64:8 116:16,21
117:20,20 146:18
149:10,12,17
154:10 155:5
**leaving** 15:16
19:11
**led** 184:15 198:23
**ledges** 98:1
**ledyard** 7:8
**lee** 189:2,22
**left** 29:13 32:25
37:23 38:9 109:15
113:7,18 114:16
116:16 117:21
141:6 148:5
186:23 187:18
191:24 192:9,13
192:13
**legal** 204:24
**legs** 65:7 66:17,21
66:23 67:1,6,9,10
**lemon** 136:21
**lesion** 159:24
160:7 187:6
**lessons** 24:9
**level** 58:14 61:14
62:19,19 79:1
102:1,8
**levels** 60:14 75:1
79:3 101:20
138:24
**licensed** 3:7
**life** 13:2 132:19
138:6 142:10
150:20

**lifestyle** 188:11
**lifestyles** 139:2
**lift** 52:4 183:14
**lifting** 52:3 54:5
**light** 82:15
**limit** 67:8
**limitations** 147:20
**limited** 14:3
106:12
**linda** 12:20,22
**lindsey** 5:13
**line** 35:16,19
38:10 61:16 97:19
113:11 206:8
**lining** 129:23
**linked** 177:23
**links** 18:1
**list** 39:11 68:3
86:22 87:7 167:24
**listed** 54:4 91:1
**little** 13:7 14:25
18:1 26:25 32:6
41:9 51:23 55:14
56:6 83:6 86:21
86:24 91:16
102:24 143:5
144:9 146:11
154:18 163:23
175:19 198:13
204:16
**live** 15:15 17:5
18:17 20:10 23:5
23:10 27:2 29:1
123:1,3 126:15
142:10 148:2
150:24 152:21
**lived** 14:4 15:21
16:3 18:4,7 19:16
20:2,12 23:6
26:20 27:8 28:18
32:4 125:22

132:10 144:8,8
150:22
**liver** 119:16,20,20
150:11 170:5,9,24
171:2
**lives** 123:5 169:22
**living** 11:18 13:1
14:18 16:1,15,24
18:8,14,24 20:19
20:25 22:6 23:20
23:23 24:23 27:11
29:11 30:2,6
59:21 137:3,17
149:13,15 151:10
153:18 193:17
**llc** 1:6,15 5:3,7
7:12,12 8:9
**llp** 3:22 4:3 5:8,14
5:19 6:3 7:18
**load** 52:7 201:1
**loaded** 39:7 68:17
165:12,16
**loading** 40:18
201:6
**loads** 59:4
**lobe** 126:7,9,12
127:8,10,10,15,22
133:20 135:3,13
157:2
**lobes** 126:7
**local** 21:7 25:5,15
32:20 151:24
152:9 193:19
**location** 20:11
40:17 58:3 63:24
64:5 65:9 66:7
110:12
**locations** 56:10
67:6 68:4,7 110:9
162:25

**locationwise** 68:24
**log** 46:17 50:24
87:13 91:23
**logging** 2:12 40:16
46:15,23 47:1,2,7
47:10,11,13,16
48:5 49:14 50:1
56:24,25 57:23
58:1 59:6 61:14
71:23 74:19 75:8
83:1 97:25 98:19
**logs** 88:12 108:16
**long** 14:3 18:17
20:10 23:10 27:2
32:23 33:21 34:10
35:24 38:6 43:15
46:21 57:20 67:8
68:22 71:19 88:7
95:23,23 98:23
100:13 101:12
102:10 103:11
108:25 110:20
111:10,19 112:3
113:6,15,24 114:8
115:9,21 116:10
116:14 121:20
165:14 174:8
189:3,22 190:23
193:16
**longer** 55:14 67:5
98:19 117:17
123:25 154:11
162:24 199:8
**look** 93:20 124:9
124:14,22 136:14
138:7 141:5
143:12 147:16
157:14 165:24
167:10 172:18
173:11 176:8
187:22 195:24

Page 23

Exhibit 4
Page 230 of 255

[look - marvel]

200:23

**looked** 20:6 82:14
132:22 161:20
200:19 202:24

**looking** 34:12,22
60:2 113:13
144:15 160:10
176:1 179:18
184:3 200:13
203:13

**looks** 46:13 76:14
176:25

**loosened** 95:16

**loosens** 78:13

**lose** 128:12 135:25

**losing** 135:23

**loss** 78:6,8,19 79:2
79:7,11,13 80:12
80:16,18,23,25
81:17 98:5 136:6
137:23

**lost** 78:17 81:2,2

**lot** 36:25 49:12
58:8 68:23 78:9
78:16 83:17 88:8
95:25 96:1,19
97:14 99:3 107:14
107:15,20 108:14
108:19 121:7
136:2,5 137:2
182:23 185:20

**lots** 43:17 69:25
118:3 136:3 138:1
202:4

**louisiana** 1:2,11
33:22 34:9 35:2
38:1,2 39:8 48:12
64:3 68:25 78:9
79:11 122:19

**love** 138:2,3
141:19

**loved** 25:7

**low** 17:21 64:7
193:5

**lower** 16:19 59:14
65:13 126:12
127:9,10,15,22
133:20,20 135:6
135:13 157:1
165:18,25 166:19
175:12

**lp** 3:21

**lucent** 114:11,12

**luck** 200:1

**lucky** 44:3 100:19
163:25

**lunchtime** 24:9

**lung** 10:1,3,11
119:1,13 123:15
123:20,22 125:13
125:18 126:1,6,13
126:15,16,24
127:4,11,12,16
128:7,12 129:23
129:23 130:17
133:22,23 135:1
135:10 137:9
138:16 149:1,24
155:11 156:10
157:2,9,22 160:3,5
161:6 164:6 181:2
188:13 190:18,20
191:11

**lungs** 125:10
147:16 157:14
158:10 182:3

**luxury** 72:13
94:15

**lvef** 191:23,24

**lymph** 169:11,15
200:14

**m**

**m** 6:8 23:9 69:10
69:11

**machineries** 51:21
58:9

**machines** 50:14

**madam** 89:22

**mae** 11:8

**main** 178:6 189:10

**mainland** 169:22

**maintain** 49:5
76:10

**maintaining** 76:11

**maintenance**
74:13 175:3

**major** 17:1 18:3
31:1 48:15 52:25
62:24 65:25
157:16

**majority** 67:24

**making** 50:20
53:23 112:23

**malate** 23:9,11
25:17,19,20,23
26:7

**malaysia** 138:2,2
161:8

**malaysian** 177:10

**malignant** 10:8
125:12 129:8
133:18 134:7,15
160:18 185:12

**man** 143:12

**manage** 53:11

**managed** 144:2

**management**
202:1

**manager** 36:15
47:3 112:5 113:3
113:12 115:7,14

**managing** 142:9

**mandarin** 25:8

**manila** 23:3,4,5,8
23:12,20,23 24:23
26:21

**manner** 82:19
103:3

**manufactured**
110:5 112:15

**manufacturer**
114:4

**manufacturing**
37:11 109:19,21
110:11,18 112:13
112:22 113:13

**map** 106:14

**march** 121:11
137:4 147:23
155:10 156:1
175:1,1 190:7

**mariner** 69:9,9

**mark** 44:13,15
56:19 60:23,25
90:18 146:13
165:11,11 166:7

**marked** 44:25
56:14 57:1 61:3
63:15 90:6,7,19
165:13 166:8,14
179:7,9 188:21,23
199:13,15 201:3

**marketing** 116:12
116:14

**markets** 118:8

**maron** 6:9

**maronmarvel.com**
6:11

**married** 12:21
122:7,11,12,17,18

**marvel** 6:9

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 231 of 255

[mask - mind]

| | | | |
|---|---|---|---|
| **mask** 86:17 | 87:22 97:5 | **mention** 62:12 | 156:11,23 157:2 |
| **masks** 85:12 | **mechanical** 49:23 | 144:11 177:9 | 157:10,17,23 |
| **masses** 186:23 | 50:19 51:1 106:4 | **mentioned** 10:20 | 158:11 161:5 |
| **matched** 163:7 | **mechanism** 108:1 | 13:14 16:11 22:24 | 164:6 180:18 |
| **material** 53:16,17 | **media** 204:23 | 48:7,19 51:9,23 | 181:2 188:14 |
| **matter** 59:16 | **medical** 106:3 | 52:10,20 53:15 | 190:18,21 191:3 |
| 89:19 | 118:11 143:3 | 58:12 60:17 61:10 | 191:11 |
| **maximize** 55:19 | 145:13,16,23,25 | 61:13 62:10 63:21 | **message** 2:22,23 |
| **mcdonald's** 32:20 | 146:10 147:8 | 64:18 66:10 71:22 | 147:3 202:22 |
| 32:23,25 33:3,9 | 148:23 151:16 | 75:8 76:5,19 | **met** 144:24 145:7 |
| **mcglone** 5:19 | 164:16,17,19,23 | 78:20 79:9 80:21 | 176:15 180:17 |
| **mckinney** 3:23 | 164:24 165:7,13 | 80:25 82:24 83:3 | **metairie** 4:20 |
| **md** 180:11 | 165:20 166:2 | 84:12 90:15 91:4 | **metal** 57:12 |
| **mean** 15:1 29:23 | 167:23,25,25 | 91:13 94:13 95:3 | **metastasized** 10:9 |
| 74:2 80:23 111:3 | 168:8,13 170:5 | 101:17 104:25 | 169:11 |
| 126:13 146:5 | 181:5,6,24 188:17 | 105:25 107:22 | **meter** 202:3 |
| 163:23 165:21 | **medication** 177:13 | 108:17 113:7 | **meters** 112:17 |
| 174:12 | **medicine** 176:21 | 120:1 122:1,4,21 | **mexico** 39:6,18 |
| **meaning** 12:6 | **medium** 50:1 | 123:11 126:6 | 42:4 43:9 48:17 |
| 17:22 43:25 53:3 | 87:20 | 127:11 128:17 | 97:14 104:8 |
| 54:20 55:7,18 | **meet** 36:24 | 147:10 148:6,12 | **mi** 193:20 |
| 71:4 78:12 92:20 | **meeting** 20:1 | 169:13 173:2 | **michael** 5:19 |
| 96:4 98:18 100:1 | **members** 19:14 | 178:8 183:18 | **mid** 70:2,3 111:13 |
| 102:2 104:16 | 40:20 75:4 135:15 | 186:2,17 194:20 | 156:16 160:10 |
| 112:14 | **memories** 13:24 | 197:11 | **middle** 1:2 16:20 |
| **means** 45:6 65:18 | 14:23 | **merger** 114:10 | 17:13 26:5,15,18 |
| 78:20 126:20 | **memory** 14:3,21 | **merits** 37:7 | 27:20,21,24 28:3 |
| 151:7 163:11 | 16:13 17:1 | **meso** 135:10 | 43:13,19 59:5 |
| 173:23 175:7 | **men** 51:25 143:11 | **mesothelioma** | 66:4 110:23,25 |
| 191:24 196:21 | **meningioma** 116:5 | 10:2,5,11,20 119:1 | 111:4 140:22 |
| **meant** 104:4 | 123:18 140:13,14 | 119:14 120:12 | 184:17 186:2 |
| 162:16 | 151:5 153:1,3,21 | 123:16,21 129:8,9 | **midnight** 71:5,5,9 |
| **measure** 49:10,23 | 154:13 158:21 | 129:19 130:10 | 71:9 |
| 50:2,6 91:20 | 164:5,7 183:6,22 | 131:14,21 132:1 | **mike.mcglone** |
| 93:14 192:8 | 184:12 185:12,25 | 132:23 133:9,18 | 5:21 |
| **measured** 187:16 | 186:13,16 187:8,8 | 133:24 134:1,3,7 | **mild** 148:8 |
| **measurement** 46:5 | 188:4,6 | 134:15,15,21 | **military** 12:12 |
| 51:6 59:15 72:2 | **meningioma's** | 135:2 137:9 | **miller** 5:14,19 6:3 |
| 88:2,3 95:18,20 | 187:23 | 138:17 139:6,12 | **millions** 42:14 |
| **measurements** | **mentally** 150:18 | 147:12 149:25 | **mind** 55:17 118:2 |
| 49:21,25 50:16,22 | | 154:23 155:3,11 | |

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 232 of 255

[mine - myocardial]

**mine** 163:23
**minimal** 126:19
  192:24
**minimally** 126:19
**minimize** 52:18
**ministrokes** 141:9
**ministry** 12:5
  19:12,18
**minor** 141:9
**minute** 89:10
  105:12 192:18
**minutes** 123:5
  128:9 183:19
  205:1
**miscommunicati...**
  90:17
**missed** 113:5
**missing** 197:1
**mississippi** 34:11
**mix** 62:16,17
**mixed** 46:9 81:10
**mixer** 62:16
**mm** 187:6
**mmm** 165:15
  187:7 200:9
**mobil** 4:12 39:25
  40:1,2
**mobile** 63:4 64:24
  67:4,16,21,25 68:4
  69:2,5 70:6
  112:25
**mobility** 64:2 66:5
**models** 115:14
**modification** 61:8
  179:24
**moir** 2:4 5:2 79:16
  79:24 80:2,6
  142:23,24 145:5,9
  146:19 154:7,17
  157:19 158:2,4,6
  158:12 163:16

166:9,13,19,24
167:3,5,7,9,11,15
167:16 171:6
178:17 179:11,19
179:25 180:5,7,10
180:13,14 183:1
185:10,22 187:19
188:25 192:3,7,22
193:10 195:3
197:17 198:24
199:10,17 201:1
201:10,12,17,22
202:5 203:7,11,12
203:22 204:17
**mom** 22:3
**moment** 40:22
  41:4 55:24
**momentarily**
  20:18
**monday** 46:2
  136:24
**monetize** 87:15
**monetized** 38:24
**money** 42:1 46:18
  87:12,16 102:6
**monitor** 202:3
**monitoring** 177:5
**montello** 7:1
**month** 35:15,17
  138:13 156:14
  157:12
**monthly** 138:10
  151:19
**months** 24:24 36:2
  55:12 116:19
  147:23 150:9,23
  156:21 177:1
  183:25 184:5,23
  194:3
**morning** 8:1 9:19
  9:22 24:8,16,21

25:16,19 46:2
**mother** 11:9,11,14
  21:6 22:7 24:24
  117:12 150:5
  170:4,5,8 171:12
  171:13,14 193:12
**mother's** 11:7
  14:8,11 172:9
**motors** 61:21
**mouth** 85:14
**move** 14:8 19:10
  23:1 26:21 28:19
  29:13 41:8 63:24
  66:21 67:5 83:20
  103:22 108:2
  141:22 148:18
  151:15 154:25
  155:7 163:15
  179:4 185:9
  198:13 202:15
**moved** 17:10,17
  17:20 18:20 19:15
  19:17 20:15 21:5
  23:4,24 26:24
  27:1 28:25 29:1,3
  29:18,18 32:18
  113:20 127:9
  148:3,22
**movie** 48:11 53:4
  68:16
**moving** 17:5 51:22
  59:3 148:17
**mri** 134:12 158:23
  159:1 187:1,6
  188:3
**mris** 127:18 133:8
  133:21 158:22
  187:21
**mud** 43:18,22
  48:20,20 49:1,5,5
  49:25 61:21,22

62:12,13,14,15,16
62:16,18 75:2,6,24
76:4,10,14,15 78:6
78:15,16,21,23,24
79:1,2,3,4 80:13
80:22 81:1,5,6,9
81:11,12,15,16,17
81:23 82:4,6 83:2
84:23 85:22,23,25
86:3,5,11,18 87:19
87:23,24,25 91:5,7
91:11,12,15,17,25
92:1,1,6,9,10,11
92:15,18,23 93:4,9
93:16 94:1,5,9,17
95:25 96:1,9,10,12
96:14,21,24 97:10
97:11,23 98:4,5
99:9,10,12,15,23
100:1,4,7,10 101:5
101:7,10 103:3,7
107:12,17 108:2,7
108:12,20,22
**multi** 58:9
**multiple** 51:13
  60:17 61:18 62:6
  89:5 162:25
**multitasking**
  159:21
**municipal** 22:11
  22:16,22 28:7
**murphy** 4:6
**mutation** 120:10
  120:10,14
**myhealth** 2:22,23
  145:19 147:2,5,25
  176:14 200:20
  202:21
**myocardial** 203:3

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 233 of 255

**[n - object]**

| n | | | northeastern |
|---|---|---|---|

**n**  2:1 28:10 32:10
**name**  8:5 9:22
  11:7,8,16 12:19,20
  12:21 32:9 69:2
  69:25 122:9,10
  142:24 143:8,20
  144:6 189:7
**named**  189:5
  207:5
**names**  39:17 69:10
  70:4 122:24
**national**  124:2
  153:12
**natural**  28:3
**nature**  168:1
**nausea**  193:18
**near**  15:21 16:15
  17:6 19:15 40:18
  58:4 61:17 83:4
  162:3,20 196:5
**nearby**  15:21 21:7
  123:1
**necessarily**  146:12
**necessary**  41:1
  56:11 62:7 72:7
  106:13
**necessity**  91:5
**need**  8:24 9:9 37:3
  41:8,24 42:21
  57:22 81:13,16
  87:16 90:18,20
  91:19 92:3 99:20
  117:17 125:4
  126:25 130:4
  139:1 157:17
  159:12 166:24
  185:6 188:21
  199:1 201:6,12
**needed**  51:10
  117:8 152:7

154:25 162:20
  186:6 202:2
**needle**  50:9 106:1
  106:2,3 107:25
**needs**  57:23 66:11
  70:22
**negative**  177:14
  195:12,14
**neighborhood**
  14:1 20:3
**neighborhoods**
  34:13,16,22
**nephrectomy**
  162:21 163:10
**nerves**  186:20
**neurologist**  187:16
**neurosurgeon**
  159:10 187:12
**neurosurgery**
  185:4
**never**  10:17 31:19
  54:2 60:8 68:8
  85:17,24 86:2,4,16
  100:24 101:4,11
  104:8 109:10
  121:2 130:12
  131:2,9 138:19
  139:1 141:13,14
  141:20 144:7
  146:16 152:23
  162:16 170:3
  172:16 178:10,22
  181:11 187:14
  196:15 197:14
  198:4,18,22
**new**  4:4,10 5:4,20
  7:4 23:7 28:23
  33:19,23,24 45:20
  55:6 70:2 100:18
  103:16,22,22
  110:18 113:19,22

113:25 115:15
  117:14 122:18
  124:15 158:9
  189:25
**newest**  138:9
**nice**  34:22 93:12
  135:25
**nicolette**  1:23 3:5
  8:6 159:16 207:3
  207:22
**nine**  28:1
**nineteen**  110:22
**ninety**  110:22
**nodes**  169:11,15
  200:14
**nodule**  126:7
  135:5
**nodules**  125:6,6,8
  125:10,11 126:6
  126:10 135:12
  157:1 160:4
**nonconclusive**
  178:2
**nonmalignant**
  118:19
**nonresponsive**
  73:1 83:20 154:6
  163:15 185:9
**nonsmoker**  10:17
**nonstop**  72:19,23
  73:12,17 136:12
**normal**  133:22
  192:25 197:2
  202:1
**normally**  42:20
  64:11 66:15 67:12
  77:7,21 88:21
  93:18 132:6 146:5
**north**  5:9 6:6,7
**northeast**  29:16

**northeastern**
  29:16
**northern**  13:20
  17:11,12
**norway**  186:8
**norwegian**  69:24
**notable**  178:20
**note**  8:11 183:5
  191:9
**notes**  2:17,19,20
  139:3 146:8,9
  179:12 180:8,9
  181:4,5,7 187:4
  189:1,2
**nothing's**  100:19
  197:16
**notice**  3:3 82:7
  83:11
**noticed**  160:7
**noticing**  202:25
**november**  36:1
  194:4
**nrc**  52:13
**nsclc**  191:2
**nuclear**  52:13,14
**number**  63:9
  87:19 104:12
  129:2 164:22
  165:20,21
**numbered**  166:2
**numbers**  106:12
  165:18
**nurse**  138:23
  146:22 167:20
  168:7
**nustar**  6:1

| o | | | |
|---|---|---|---|

**o**  11:8 24:3 28:10
**obamacare**  132:13
**object**  39:23 40:3
  72:25 73:1 84:16

Page 27

Exhibit 4
Page 234 of 255

[object - once]

134:8 146:2
163:14 185:8
**objecting** 9:10
**objection** 8:25 9:4
  9:8,12 73:2 80:2,6
  80:7 82:20 83:19
  83:23 85:5,19
  86:7,13 93:6
  119:4 120:16
  133:14 134:23
  154:5,16 157:11
  157:24 162:14
  171:3 178:15
  182:14 184:14
  185:16 187:10
  192:2,5,17 193:7
  194:13 197:9
  198:9 199:4
**objections** 8:23
**observations**
  102:23
**observe** 54:22
**obstacles** 52:6
**obtain** 152:6
  196:16
**obviously** 15:4
  16:21 25:3 36:13
  46:9 53:2 57:10
  60:11 66:5 76:23
  85:25 87:11 99:17
  115:15 125:19
  130:12 135:19
  137:23 138:20
  139:18,21 141:20
  142:3 143:16
  180:18 182:19
  184:4 186:14
  187:15
**occasion** 34:5
**occasional** 136:5

**occasionally** 84:13
**occasions** 94:5
  97:12
**occur** 80:16,19
  118:22
**occurred** 153:5
**occurring** 26:15
  162:2
**ocean** 88:7
**october** 174:7
  181:21 187:5
**odd** 107:21
**odeco** 69:12
**offer** 37:25 169:24
  170:1 178:3
**offered** 102:5
  111:7 172:16
**office** 37:1,10 74:6
  74:10,10,16,22
  102:9 110:2,3
  112:11,18 113:4
  114:19,22 115:3
  115:18,20 116:1,2
  143:25
**offices** 59:23
**official** 53:22
  149:8
**offset** 83:6
**offshore** 39:4,6,8
  40:6,9,11,12,14,17
  40:25 43:1 53:2,2
  53:14 54:6 56:4
  56:10,12 57:6,10
  63:23 64:3,9
  67:20 68:8,25
  72:14 74:19,23
  75:21 104:20,21
  104:21 109:1
  177:23
**oftentimes** 83:5
  93:19

**oh** 35:16 38:20
  54:13 70:8 79:17
  82:23 96:13 103:5
  130:11 143:24
  145:4 146:24
  153:6 167:4,14
  170:18 173:15
  200:3 201:10
  204:9
**ohllc.com** 6:16,22
**oil** 4:13 5:12 6:1
  38:12,12,13,14,17
  38:23 39:1,5,9,12
  39:14 40:1,22
  41:22,25 42:7,15
  42:24 43:3 44:3,5
  46:17 48:9 49:21
  51:12 55:4 58:2
  58:17 63:25 64:7
  68:11 72:4 77:4
  87:13 88:22 89:1
  95:5,19 97:7
  103:18 106:7,19
  106:22 107:12
  113:21,23,25
  116:9,23 137:24
  149:11 177:24
**oilfield** 7:12
**ojt** 54:19
**okay** 14:17 20:17
  31:25 32:24 36:8
  41:6,10,17,19,21
  44:11 47:23 48:3
  56:8,21 63:13
  75:3 76:18 79:17
  79:23 82:23 90:3
  90:8,16,25 100:12
  105:11,16 124:13
  125:3 126:5,24
  128:12,21 141:15
  142:16 143:4

144:18,24 145:12
145:22 147:20
148:1,25 149:6,16
149:23 152:14,21
152:24 153:6,6
155:9,25 156:4,6
156:22 157:3,5,20
159:15,17,18
164:3,11,15 165:1
165:10,19 166:4,6
166:11 167:1,4,6,8
167:15,22 168:5
168:19 169:19,24
170:4,23 171:7,22
172:3,13,21
173:15,20,21
174:3,15 176:19
177:17 178:18
179:1 180:6,13,19
180:25 181:22
182:19 183:2,11
189:18,20 190:5
190:11 191:8
192:19,20 193:11
194:9 195:4,15,25
196:5,18 197:2
198:13,17 199:11
199:23 200:12,24
201:9,11,17,18
202:17,19 204:15
204:19,20
**old** 14:6,10 42:22
  66:19 123:8
  149:16 171:25
**older** 12:22 123:9
**once** 30:20 54:10
  71:24 75:17 88:23
  94:13 99:2 100:8
  107:1 145:7
  165:16

Page 28

Exhibit 4
Page 235 of 255

[oncologic - patient]

oncologic  173:22
  173:23 183:3
oncologist  139:12
  160:6 168:14
  173:4 180:20
oncologists  180:16
oncology  167:23
one's  172:18
  197:19
ones  157:6 175:9
online  147:8
ooo  3:13
open  2:11 43:25
  44:1 46:23 47:1,2
  47:4,5,7,10,13,16
  48:5,18,25 49:8,9
  50:13,15 56:23,25
  71:22,24 74:9,11
  75:8 76:7,7 82:9
  93:15 97:16
  107:23 126:21
  140:20 166:4
  167:5
opened  28:23 33:2
  199:8 200:2 202:8
opening  117:25
operate  46:20
  49:18 50:14 73:25
operated  46:8
operating  39:10
  57:23
operation  58:10
  60:22 64:17 72:7
  72:8 83:11,13
  98:17 100:13
operation's  57:21
operations  7:12
  57:19 58:7 59:19
  82:25 104:9
operator  40:2 58:2

operators  54:16
  104:1,1
opinion  154:24
  169:25 170:1
  194:5
opportunity  10:13
  33:17 40:21 92:14
  94:11 100:5
  103:21 118:7
opposed  115:18
  197:5
optimum  58:3
oral  55:1 102:22
  177:12
order  38:16 51:12
  52:5 65:11 75:9
  88:5,6,15 91:10
  117:7
orders  89:4
organ  10:10
organic  42:13
organization  55:2
organizations
  11:23
organs  142:3
orient  40:23
oriented  166:17
original  161:24
  186:18,24
originally  125:7
  138:3
originated  10:10
orleans  4:4,10 5:4
  5:20 7:4 33:19,23
  33:24 45:20 55:6
  122:18
orphanage  21:15
ottinger  6:14,20
outside  11:9,12
  14:22 17:25 162:3
  174:23

overall  177:15
overseas  12:2 17:8
  24:2,19 25:2
  132:21

**p**

p  24:3 34:9 127:18
p.m.  89:15,17
  142:18,20,20,22
  204:3,5,5,7,22
  205:3
p.o.  6:9
pacific  69:13
  113:10,12 138:5
  204:18
packaged  81:24
  82:12
packed  95:11
paco  24:3,4,8,11
  24:12 25:1,21,23
  26:6
page  2:2,8 41:18
  61:6 83:23 112:8
  114:18 134:5
  165:17,21,24
  166:3,18,19,20
  167:6,7 173:14,16
  174:8 183:2 187:5
  189:21 190:23
  196:1 200:12
  206:8
pages  1:21 165:14
  166:23
paid  32:2
pain  198:2,17
paint  177:25
painter  177:22
palo  137:3 148:1,2
  148:7,17,20
  154:25 155:8
pandemic  182:23

paperwork  97:7
par  81:15
paragraph  190:14
  190:15,22,23
  191:17 193:16
parents  15:19 24:2
  173:1
parish  1:10
part  17:12 29:16
  78:16 80:4 94:21
  110:25 111:4
  112:2 127:4,16
  150:4 191:15,18
  191:23
partially  153:14
participants  8:8
particles  83:17
particular  188:6
particularly  69:15
parties  3:12 8:12
  8:20 9:3 89:14
  142:19 204:4
partly  104:10
parts  62:25 125:15
party  9:10
pass  52:13,16 83:9
passed  98:3
  117:12
patch  184:2,7
path  128:20 129:3
  131:13 155:23
pathologically
  134:20
pathology  10:19
  127:23 128:6,17
  128:22,24 129:13
  133:4,6,16 134:2,6
  134:9 147:11
  155:17
patient  190:1
  194:24

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 236 of 255

[patrick - pneumonectomy]

patrick  4:18,21
paul  3:17
pause  105:5,11
  192:18
paved  34:24,25
pay  38:18,24
  88:23 102:24
  106:18 107:2
  112:22 113:1,2
  128:25 137:14,19
payment  137:16
pc  4:9
pdf  166:5,21 167:7
  173:16
peachtree  29:6,8
  29:14
peeds  133:8
peking  33:2,4,9,15
  35:10
pellets  82:15 84:13
  85:7
pending  128:6
penrod  69:7,7,7,8
people  42:22 58:3
  103:18 118:3
  120:11 122:15
  133:25 135:19
percent  67:20
  74:21 80:11
  126:13 127:11
  192:14
percentage  74:17
perfectly  182:10
  201:14
perform  37:15
  39:20,25 40:15
  45:9 46:15 54:21
  55:20 58:1 64:17
  71:16 72:1,9
  102:20 106:17
  124:5 125:25

performed  14:21
  18:10 20:21 21:22
  22:17 23:16 25:24
  27:7 28:12 29:8
  30:2,12 31:10
  127:2 155:18
  189:12
performing  47:12
  73:10 74:23 104:9
period  72:18 73:3
  102:14 175:11
periodic  158:18
periodically
  187:22
periods  71:11
permanent  155:1
person  73:25 96:2
  96:2 144:6,17,25
  180:17,17 182:20
  189:10 192:25
personal  10:24
  16:8 117:5
personally  15:8
  74:6
personnel  72:6
pertain  73:4
pet  127:18 133:21
  134:11
peter  5:2 79:21
  142:24 166:12,16
  179:23 203:6
peter.moir  5:5
petrophysicist
  95:5
pets  133:8
pharmacy  152:4
philippines  23:3
  23:24 24:5,15
  25:3 26:10
phillips  3:20 39:14

phone  113:2,2
  168:12 201:21
phones  112:23,25
phonetic  116:7
  176:4 187:13
phrase  78:6 80:22
physical  50:6,8
  78:13 88:24 93:20
  121:21
physically  107:23
  168:15
pick  34:21 59:3
  105:6 204:17
picked  55:17
picture  153:9
  195:18
pictures  158:22
pieces  43:20 75:10
pile  73:19
pinhook  5:14 6:15
  6:20
pipe  58:14 59:4
  75:11 78:21 98:22
  99:8,8,9,12,15
  100:2
pipeline  6:1
pipes  43:13,17,22
  58:13,13,18,23
  59:4,14,20 61:20
  62:10 98:21
  100:14
pipkin  7:8
pit  61:21 62:13,18
  87:24,25 91:7,12
  91:15
pits  75:2
place  8:12 16:3
  44:4 61:12 114:14
  153:5 155:3 162:5
  183:7 185:13
  207:6,9,15

placed  82:12
places  86:1 118:7
plaintiff  1:4,13
  3:15
plaintiff's  2:8
  44:16,23,25 56:22
  57:1 61:2,3 63:11
  63:15 89:21
plaintiffs  166:8
plan  37:4 138:6,9
plank  58:24
planned  177:1
plans  138:7
plant  109:19
  112:11 113:2,3,4
  113:13 114:20
  115:19 116:1
plants  37:11 113:1
plaque  197:23,23
  198:6
platform  63:4
  64:13 67:23
platforms  67:17
  68:5
playgrounds  20:1
playing  75:15
pleasant  137:5
pleasantly  135:23
please  8:11 9:20
  63:9 166:17
  173:14 179:14
pleura  10:2
pleural  129:9,9
  134:14
plug  81:11,11
  197:24
plus  77:24 170:13
pm  199:19
pneumonectomy
  190:19

Page 30

Exhibit 4
Page 237 of 255

[pneumorectomy - progress]

pneumorectomy
  191:5
pocket  124:16
point  54:7 93:13
points  40:7 106:13
  122:16
policy  132:21
  148:14
pollution  125:22
pope  126:16
population  24:2
porous  76:6,6
portion  163:15
  185:9
ports  108:5,5
position  103:16,22
  109:25 110:21
  111:5,7,23 113:8
  113:15,19 114:5
  115:4,9 116:3
positions  103:24
  114:19,20,22
positive  124:7,7
  125:3 134:14
  154:3 195:6,12,20
  195:23
possible  41:11
  61:15 72:9 88:15
  172:16
postponed  121:22
  121:25
potential  34:13
  36:25 37:1 38:14
  38:17,24 41:23
  86:2
potentially  48:10
  187:24
pound  82:2
pounds  51:25
  77:11,12 98:11,12

pour  82:9
poured  82:15
pouring  82:18
power  35:14,18,19
  35:21,22,23,24
  36:11,17,19,23
  37:5,7,13,20,24
poydras  4:3 5:20
  7:3
practice  46:19
  97:17
practitioner
  167:20 168:7
practitioners
  146:22
precisely  17:18
predispose  120:11
preop  191:18
preoperative
  191:14,15
prep  58:23
preparation  59:9
prepare  54:25
  59:7,20 92:20
  93:23 100:22
  144:19
prepared  41:20
  98:6 167:19,20
prepares  181:4
preparing  94:4
preschool  15:11
  15:13
prescription
  136:25 147:5
present  7:18 48:22
  77:13
presentations  55:1
  102:22
preserve  104:11
pressure  48:10,11
  48:15,22,23 49:3,7

50:10 72:8 73:23
  75:11 76:5,8,11,11
  76:12,19,22 77:4,8
  77:14,15 78:2
  98:8 106:6,13,15
  106:20 107:8,10
  108:4
pressures  77:1,5
  106:13
pressurized  48:22
pretty  34:2
prevent  38:15
  49:1 80:23 202:3
previous  90:10
  107:15 150:12
  188:3 195:21
previously  81:20
  103:3
prices  103:18
  116:23 117:1
primarily  35:10
principle  64:1
  75:18
principles  46:5,8
  52:18 55:2
print  88:13
printed  129:5
prints  97:6 108:19
prior  11:21 72:25
  103:23 127:17
  184:22 197:7
  203:3
private  21:7,10,14
  26:12,12 137:16
  137:21
probability  64:7
probably  14:5
  84:10
probe  50:9 106:1,4
  107:24

problem  36:6 98:6
  124:17 126:15
problems  118:14
  187:24
procedure  126:4
  156:1 160:20
  189:11,12,12
  198:12
procedures  188:17
proceed  8:19 9:17
  89:19 132:16
proceedings
  207:15,16
process  2:9 40:23
  40:25 43:6 44:2
  44:18,24 46:22
  50:18 54:11 75:5
  91:6 92:8 94:22
  94:25 96:8 110:11
  110:12 111:13
  137:7 139:16
produce  41:25
  44:7 87:13 95:8
  97:4 106:17
produced  3:8
product  113:11,11
  151:23 152:6,9
production  4:7
  64:14 87:14
  106:18
products  6:7
professional  10:24
  13:6 31:24
prognosis  139:9
program  15:23
  16:12,19 45:11,21
  49:5 80:14
progress  2:17,19
  2:20 179:12 180:8
  189:1

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 238 of 255

[progressed - realized]

| | | q | radioactive 53:16 |
|---|---|---|---|

progressed 101:19
progressing
  161:14
progression 28:4
  101:22
project 112:3,10
  112:19 113:6
  139:25
projects 37:2
promoted 102:9
  109:3
promotion 102:23
  109:5
promotions
  101:23
prompted 183:21
prone 79:10
pronounce 143:8
  143:16
pronounced 28:8
  143:7 150:15
proper 34:12
properly 52:4
  95:21 98:6 110:15
properties 89:1
  91:11
property 148:4,10
  148:21
protect 61:20,20
  121:4 123:11
protocol 125:14
  175:7 182:1
proud 137:15
provide 35:21
provided 153:12
  165:6 195:1
psi 77:6
public 22:10 27:21
  113:11
publishing 33:18
  33:22

pugh 7:3,5
pull 59:11 64:8
  95:16 98:9,10,13
  99:3,25 100:18
  140:20 150:3
  202:6
pulled 150:22
  179:14 189:20
  200:19 202:23
pulleys 49:15
  59:12
pulls 66:6
pump 62:16 65:12
  75:11
pumped 43:19,22
  65:20
pumping 78:21
pumps 61:21
punch 96:6
purchase 148:10
  148:21
purchased 148:4
pure 48:24
purely 173:7
purposes 9:11
pursuant 3:3,9
push 76:12 77:4,5
  93:24
pushes 77:4
pushing 48:23
put 8:21 9:14 21:6
  58:3 59:8 62:11
  64:16 71:25 82:5
  91:24 96:6 100:18
  106:2,9 112:16
  150:7 193:23
  199:2,7
putting 98:20
pvt 106:20

**q**

qualify 132:18
quality 74:1 88:11
  94:19 106:21
  109:21 110:18,21
quarter 157:15
  160:14 176:24
quarterly 151:20
  157:13 161:16
quarters 59:22
question 8:23
  72:25 73:1 76:16
  87:4,5 105:21
  112:19 123:12
  142:5 146:23
  147:1 157:20
  159:14 174:9
  196:9 197:18
  203:6,8,15 204:8
questions 142:13
  142:25 147:4,5
  154:20 164:22
  177:21 203:17
quickly 128:10
  203:21
quite 10:16 78:8
  87:1
quote 34:12 56:24

**r**

r 4:18 26:11
radiation 50:3,4,5
  51:2,3 52:11,12,17
  52:19 54:1 92:2
  135:12,13 156:23
  156:25 158:1,3
  159:5 160:3,6
  162:24 185:24
  186:1,7
radical 162:20
  163:10

radioactive 53:16
  53:17
radiofrequency
  162:22
radiology 124:18
  160:6
railroad 12:1
rain 100:2
raised 25:2 172:21
ramp 59:12,13
  62:2,3
ranch 29:18,19,20
  29:22,24 30:2,6
range 83:24
rate 72:5
rated 77:23
rating 78:2
rbg 125:6
rca 196:19,21
  197:12,16
rcrump 6:11
reach 43:14,15
  65:11 71:18 108:4
  140:21
react 130:23
reaction 131:16
read 106:6,12
  107:10 129:6,6
  130:1 146:10
  181:8 193:17
  206:4
reading 53:22
  91:22
readings 50:10
  92:2
ready 90:23 129:1
real 102:9 199:3,5
realize 73:17 79:4
realized 24:25
  73:20

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 239 of 255

[really - rephrase]

**really** 46:13 130:5
146:14,15 198:1
**reapplication**
116:6
**reason** 16:16
18:13 21:24 22:20
27:10 32:12 42:16
93:20 97:22 123:3
148:5 150:4
153:15 172:17
**reasons** 70:21
107:10 117:5
122:1 171:20,21
**reassigned** 26:23
**recall** 11:21 13:15
14:20 15:25 16:13
17:19 18:10 19:21
20:5,21 21:21
22:17 23:15 26:14
27:6 28:11 29:7
29:20 30:1,11
31:9 32:9 34:25
70:6,13,18 82:14
85:3 94:23 102:10
122:15 159:23
163:18,20 189:5
**recapture** 43:2
**receive** 51:17 54:6
155:20 186:10
**received** 45:24
156:22 157:9,21
164:17 185:24
188:18 194:6
195:1 196:11
**receiving** 164:8,13
177:6
**recipe** 62:15
**recognize** 184:24
**recollection** 13:22
16:22 175:21
190:3

**recollections**
83:12
**recommended**
151:22 160:17
**record** 8:2,13,21
9:11,14 44:22
63:11 73:16,16
89:11,12,14,17
108:17 142:15,17
142:19,22 165:20
170:5 203:21,24
203:25 204:4,6,21
204:25
**recorded** 8:3,7
97:3
**recording** 8:11
**records** 145:17,23
145:25 156:7
164:17 166:2
167:25 194:17,18
194:23 200:20
**recoup** 198:20
**recover** 128:5
138:21
**recovery** 131:4
150:24
**recruited** 115:6
**recuperate** 126:25
**recurrence** 175:24
**recurring** 119:12
**red** 20:7,9,11
127:16 128:17
131:2
**redness** 176:9
**reese** 3:22 4:3 7:18
**refer** 147:3
**reference** 37:10
40:7 62:1 150:2
187:5
**reflect** 53:25

**refocus** 41:5
**refresh** 179:7,19
188:21 190:3
**refreshed** 179:20
**refreshing** 199:21
**regarding** 85:24
**regards** 147:17
**regular** 152:13
153:23,25 177:4
**regularly** 53:21
**regulatory** 52:14
**related** 58:9 76:23
172:20 203:2
**relations** 153:24
**relationship**
138:18 152:5
**relative** 87:14
**relatives** 13:16
**relax** 100:25
**relevance** 62:24
**relieve** 137:2
**relieved** 126:17
**remain** 157:1
**remainder** 18:23
186:8
**remained** 159:7
**remaining** 160:4
**remains** 159:2
**remediate** 80:13
80:22 81:12
**remember** 10:22
11:25 13:21 14:19
14:22 15:3,6,17,20
16:2,3,4,16 17:21
18:7 34:21 62:4
69:4,6,10,16,19,20
69:24 70:5 84:3
93:12 99:9 129:16
129:25 130:6,21
134:11 151:19
156:14 162:8

168:6 176:15
181:17 186:10
193:1 194:19
198:11
**remembered** 3:3
**remind** 146:14
**remmett** 4:11
**remnant** 186:17
**remnants** 158:24
186:5
**remotely** 8:8 9:3
**removal** 163:11
**remove** 125:14
126:5,8,12 158:25
160:21 163:1
174:16 183:15
184:11
**removed** 126:13
128:7 135:5
140:25 169:10
186:14,15
**renal** 10:3,6 119:1
119:15 123:17
137:10 147:15
160:18 161:4,19
164:6,9 173:3
188:14
**rented** 34:7
**reorganization**
39:16 114:13
115:12
**repatriate** 155:8
**repatriated**
132:20
**repeat** 87:5 104:4
104:25 105:21
174:10 194:6
203:1
**repeated** 174:11
**rephrase** 86:8

Page 33

[replacement - rigs]

**replacement**
100:16
**report** 128:20,25
129:1,13 146:21
207:14
**reported** 110:17
202:9
**reportedly** 195:5
**reporter** 3:7 8:6
38:3 79:18,25
80:3 89:22,25
90:5 166:6,11
204:9,10,14,20
207:10
**reporter's** 207:1
**reporting** 200:18
**represent** 34:15
120:9 142:24
**representing**
12:10
**republic** 12:4
**request** 155:13
**requested** 38:3
133:1 155:13
207:17
**required** 109:13
**requirement** 19:2
**research** 147:8
**resection** 125:15
126:9 127:7,10,21
183:6
**resectioned** 135:4
**reserving** 8:22
**reservoir** 61:22
62:14 106:14
**residence** 149:4
152:23 155:5
**residency** 137:18
**residual** 141:1
**residue** 97:10

**resigned** 37:24
116:17 149:10
153:19
**respect** 159:22
**response** 81:17
**responsibilities**
87:18
**responsible** 93:1
96:3 189:15
**responsiveness**
8:24
**rest** 22:12 101:3
**restaurant** 13:4
32:3,6,9 33:2,4,5
33:10 35:11
**resting** 72:20
191:20,23
**restriction** 182:16
**result** 96:12 128:1
129:4 134:10
147:11 154:3
155:24 160:5
182:22 195:20,23
200:19
**results** 128:23
131:13,20 133:5,6
158:9 182:4
202:10,23 203:13
**retained** 95:15
204:23
**retired** 123:4
149:7,12,17
**retirement** 137:25
**retrieve** 49:18
50:11 89:6 98:18
99:18 106:19
107:11
**retrieved** 99:7
**return** 20:15
78:24 81:2 167:23

**returned** 27:18
81:6
**returning** 51:15
**revealed** 184:16
**reverse** 58:16
**review** 207:17
**reviewed** 145:22
145:24
**revolution** 117:1
**rfa** 162:22
**rft** 103:23 104:3,4
104:7,14,22,24,25
105:23,25 106:12
106:24 107:3,18
107:21,22 108:11
108:18,25
**rfts** 103:25
**rggreen** 6:16,22
**rice** 14:22
**rich** 42:25
**richard** 6:8
**ridden** 68:21
**ride** 68:16 88:7
**riding** 68:21
**rig** 2:13 40:14,15
43:8,10 49:14
53:6 57:7,9,13,16
57:18,18,24 58:1,2
58:4,5,6,15 59:2,2
59:16,16,18 60:1
60:18 61:1,12,14
62:19,21,23,25
63:4,22,22 64:12
64:16,23 65:4,12
65:13 66:9 67:4,4
67:14,21 68:21,22
69:17,21,22 70:1
70:13,15,18 73:5
73:11 74:3 80:17
80:18 82:24 83:1
83:4,16 84:8

85:24 91:10 93:11
96:19 143:10,12
**rig's** 83:7
**rigging** 73:18
**right** 9:16,19 10:3
14:16 23:6,14
25:17 33:3 34:4
36:21,22 39:20
41:19 44:4 47:20
48:1,4 55:10,23,24
57:16 60:13 61:11
63:18 84:3 89:8
90:25 92:17 100:8
105:21 108:14
117:10,13 124:21
126:6,24 127:11
132:10 133:20
135:3,13 140:22
140:23 141:8
150:14 151:6
152:19 155:19
156:12,24 157:1
157:10 158:2
159:19,24 160:2
161:10 163:11
164:25 165:5,8,18
165:25 166:20
174:1 175:13
178:7 180:23
181:18 183:23
185:6 186:2,3,18
190:10,25 191:25
193:25 195:19
196:18,21,22,24
197:12 198:3
199:21 200:11,11
200:22 201:18
202:17
**rigs** 40:2,17 64:5,9
67:16,25 68:4,13
69:3,4,5,11,12,20

Page 34

Exhibit 4
Page 241 of 255

[rigs - schindler]

70:6 86:6 177:24
**ring**  189:7
**rise**  29:5,8,14 32:5
**risk**  171:1 178:6
    178:13 188:7
**risking**  98:14
**river**  7:9
**road**  5:14 6:15,20
    74:22
**robert**  4:8 7:14
**rock**  42:17 43:20
    48:24,25 49:4,24
    50:1,4,8,9 76:13
    78:17 89:2 95:4,7
    95:14,14,17 97:19
    98:2 106:5
**rocks**  42:3 43:20
    44:1 75:10 76:6,9
    77:16 78:13,16
    81:9 95:21
**rodger**  6:14,19
**room**  97:4 128:15
**roommate**  141:25
**rooms**  18:3
**rory**  6:14,19
**rouge**  1:10 4:16
    5:9 6:4
**rough**  88:7
**roughly**  20:20
    21:1 62:2 156:13
    158:13 160:20
    170:11 189:3
**rounds**  135:11
    136:4 156:13
**roustabouts**  82:4
    82:18
**routine**  25:16
**routinely**  107:1
    133:24
**row**  17:21,23 18:9
    18:17,25 19:11

**rowan**  69:25,25
    70:1
**rpr**  1:23 3:6
    207:22
**rubber**  107:25
**rugose**  95:24,25
    107:22
**rule**  80:15
**run**  50:20,23,25
    51:2,3,6,7,8 52:11
    55:22 89:4 93:18
    93:24 94:4,22
    97:1,2 100:21,22
    103:25 108:15
    185:2,2
**running**  97:2
    104:22,24 156:9
**runs**  51:7,11,12,13
    53:15 55:19 88:11
    88:18,21 89:5
    93:3,5,10 94:12
    107:16
**russians**  116:25
**rwilliams**  7:16

**s**

**s**  2:7 4:8 32:11
    68:18 127:5
**sack**  82:8
**sacks**  81:25 82:1,2
**sad**  140:7 150:10
**safe**  52:23
**safely**  49:9
**safety**  51:18 52:2
    52:8,17,25 53:13
    54:5 107:10
**sail**  66:6
**sale**  34:3
**sales**  36:15
**salesman**  33:20
    34:1 35:6,10

**sample**  50:8 91:6,7
    95:3 106:8 107:11
    134:6
**samples**  50:7,10
    51:8,8,9 87:24
    92:6 94:22 95:1,4
    96:17 106:11
    107:12 127:23
    131:4 133:1,2,17
    134:3,13 155:15
    176:18
**sampling**  88:20
**san**  123:7 143:25
**sand**  42:5,6,10,11
    75:18,20 78:10
    106:18
**sandblasting**  86:1
**sands**  76:6
**sandstone**  42:5,9
    42:10
**sarcastic**  142:5
**sarcomatoid**
    162:12
**saudis**  116:25
**save**  163:12
**saw**  35:3 73:20
    81:23 116:22
    118:7 127:13,14
    127:15 129:8,18
    130:14 132:1
    139:25 140:10
    181:13 190:2
**saying**  80:5 176:19
    193:1 198:13
**says**  129:21,23
    131:10 139:8
    154:2 163:3
    168:20 175:4
    178:5 180:11
    189:25 190:8
    193:17 194:4

195:4 196:6,8,18
    200:6,15 203:1
**scalp**  140:21 141:2
**scan**  124:9,15,25
    134:12 140:10
    181:25 182:2
    184:16,16 185:1
    200:18 201:21
    202:24
**scans**  127:18
    133:12,21,22
    157:13
**scary**  140:19
**schedule**  71:2,7,14
    176:23 177:2
**scheduled**  126:1
    176:13
**schester**  3:19
**schindler**  2:3 3:16
    8:19 9:18 38:5
    39:24 40:4 44:15
    44:22 45:2 56:16
    56:19,22 57:4
    61:5 63:10,17
    74:4,5 79:20 80:4
    80:8,9 82:21
    83:21 84:18 85:2
    85:8,20 86:8,9,14
    87:3,6 89:8,18
    90:3,8,12,16,22
    93:7 105:4,9,11,16
    105:18,20 119:7
    120:18 134:4,18
    134:24 142:12
    145:3,3,4,5 146:2
    154:5,16 157:11
    157:24 162:14
    163:14 166:12,16
    166:22 171:3
    178:15 179:17
    182:14 184:14

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 242 of 255

[schindler - services]

185:8,16 187:10
192:2,5,17,21
193:7 194:13
197:9 198:9 199:4
201:5,9 203:5,23
204:1,13
**schlumberger** 5:1
37:25 38:7,8,10,11
38:17,22 39:3
45:4,8,10,15 46:6
46:7,18 47:12
49:12 50:13 51:19
51:20 53:14,18
54:8 55:21 57:21
59:5 67:18 71:1
71:21,25 72:6
77:22 79:7,14
85:10 87:12 91:2
95:1 101:13,22
102:4,7 104:5
109:1,9,17 111:6,9
111:15,17,20,24
112:2,4,9 113:19
113:21 114:19
142:25
**schlumberger's**
45:24 55:4
**school** 16:23 17:3
19:4 21:3,7,9,10
21:11,12,15,22
22:9,9,9,11,16,18
22:22 23:22 24:3
24:4,7,10,11,13
25:15,17,20,20,21
25:23,23 26:5,7,10
26:11,12,13,15,18
27:17,20,21,21,24
28:3,5,6,8,9,12
30:8,10,15,18,23
31:10 33:13,17,17
35:15 137:14,16

**schools** 13:13 19:4
19:8 21:13 22:5
22:10 24:1,6,22
26:3 31:16,20
**schuette** 5:8
**science** 31:4 46:4
55:2 142:7
**scoop** 75:20,20,24
91:17
**scope** 176:6,8
**scramble** 80:20
**scrap** 34:17
**scrape** 108:1
140:24 186:20
**scroll** 167:1
**se** 177:6
**sea** 88:7
**seafloor** 42:2
43:11 65:23 66:13
**seal** 42:18 81:7,11
96:7 107:25
**search** 129:25
**searched** 131:25
139:7
**searches** 126:14
129:21 131:25
**seas** 69:13
**seat** 44:9
**seated** 44:10,11
**seawater** 77:11
**seawater's** 77:11
**second** 9:2 18:20
20:17 21:18 22:1
27:3,4,7,12,18
28:24 52:11 81:14
93:24,25 94:4
154:24 180:1
194:5,6 200:12
**seconds** 136:11
**sections** 43:12

**sedco** 69:6,6
**see** 37:3 47:8
56:13 66:8 68:9
77:23 81:4 99:20
115:11 120:13
127:12,23,25
130:11,20 131:18
131:22 132:3
133:12,22,24
134:1,11 139:21
139:22 145:21
146:11,16,20
147:1 150:25
157:6,13 160:5,11
161:13,13 163:5
164:21 167:6,11
167:12,13 168:7
168:15,23 170:11
173:7,18 179:15
179:21 181:21
183:3,15,25
187:15,22 188:3
189:4,6,10 190:21
191:7,14 196:3,6,7
196:19 197:11
198:19,19 199:20
200:7,16
**seeing** 127:24
146:7 150:20
151:3 159:23
180:2 184:1
**seen** 53:4 128:19
130:11 131:2
162:15 179:16
181:10 182:6
189:8 196:19
202:23
**selected** 55:18
104:14
**sell** 34:5,6 37:5

**selling** 33:22 37:16
**semisubmersible**
64:11,21,23 65:18
65:21 67:22 69:24
**semisubmersibles**
64:11 68:5
**send** 22:8 49:22,22
50:3 88:24 110:17
121:15 147:2
**sending** 202:24
**senior** 28:5,7
101:25 102:11,16
102:21 103:6,11
**sense** 118:5 181:20
**sensors** 50:2
**sent** 49:25 155:20
155:22
**separated** 74:9
**separately** 51:11
96:6
**sepia** 97:4
**september** 11:4
56:1 115:23
149:22 174:5
186:12 196:9
**sequence** 42:3,5,6
78:10
**series** 38:13 45:15
55:1 69:7,10
101:24
**serious** 185:7
**servant** 11:20,22
**served** 39:5
**serves** 40:12
**service** 12:7 20:14
40:19 129:17
**serviced** 104:16
129:3
**services** 97:8
113:21

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 243 of 255

[sessions - smoked]

**sessions** 150:11
**set** 43:7 53:24
 137:24
**setting** 112:11
 114:21 115:18,19
 116:1,1
**settings** 46:4
**settle** 123:4
**seven** 18:21 26:13
 49:16,16 69:13
 77:6 128:14
**severe** 200:17
 202:13 203:1
**severity** 184:25
**sew** 141:2
**sfe** 101:25 102:13
 103:13
**shakes** 88:8
**shale** 42:5,5,6,6,17
 42:18 77:5 78:10
 117:1
**shanghai** 194:16
**shape** 18:3 49:6,13
 66:3,15 95:25
 97:20 107:21,22
**shaped** 65:3
**share** 86:20 122:5
**shay** 143:7,11,16
 190:13
**she'd** 172:1
**shell** 6:1 39:21,22
 69:21,23
**shelter** 14:8 19:16
**sherman** 4:19
**shift** 47:20,21
 72:15,15 94:16
 118:10
**shilin** 13:20
**ship** 65:2 66:3,3
**shipping** 110:12

**shocked** 125:19
 127:12 130:3
**shofstahl** 4:2
**shoot** 50:7
**shop** 74:13 129:18
**shore** 50:7
**short** 94:7 105:5
**shorthand** 3:6
 207:10,10
**shortly** 22:25
 29:17 53:21
 115:10 160:2
 186:11
**shot** 48:16
**shoulder** 82:8
**show** 48:8 55:3
 57:7 60:14,16
 97:15,16 141:19
 143:12 154:3
 159:1 166:24
**showed** 59:6
 130:15
**shower** 73:14
 94:16 100:25,25
 101:2
**showered** 42:24
**shows** 36:24
 100:25
**shut** 74:3 105:14
**siblings** 12:17
**sic** 191:5,21
**side** 2:14 59:24
 60:16,23 61:8,9
 62:21,22,23 63:8
 63:12,13 74:11
 75:18,25 83:2
 90:2,7,9,12 136:2
 142:9 147:17
 162:19 168:14
 192:9 202:4

**sides** 162:3
**sight** 57:24 61:16
**signature** 206:1
 207:22
**signs** 176:17
**sim** 112:24
**similar** 25:6 34:18
 34:22 112:24
 116:23 120:8
 182:20
**simple** 55:21
 63:25 121:18
 153:19
**simply** 9:11 57:9
 120:23 133:11
 141:17 151:7
**single** 17:22 29:15
 29:22,24 34:3
 55:21
**sink** 65:13,20
**sir** 9:19 11:2 36:3
 38:20 40:5 41:7
 44:8 50:17 54:4
 78:4 83:22 89:7
 89:18 90:25 100:5
 115:17 119:8,17
 119:24 120:9
 122:4
**sister** 12:18,25
 13:9 14:11 16:5
 24:16 33:5 171:23
 171:23,25
**sister's** 12:19 14:9
**sisters** 14:9 171:11
 171:14,18,18
 172:10
**sitting** 94:18
 136:15
**situation** 54:2
 121:10 122:3
 123:14 139:14

**151**:1,2 153:22
 185:7
**situations** 92:16
**six** 16:21 36:2
 51:11 72:18 77:6
 168:24 172:4
 174:21 175:9,9
 176:25
**sixth** 26:6
**sixty** 170:12
**size** 187:14,16
**sized** 184:17
**sketches** 41:2,5
 144:23
**skills** 54:6
**skin** 84:21 92:9,16
 94:6 96:12 108:9
**skull** 140:20 141:2
 141:2 183:13
**slash** 82:9
**sleep** 73:15 94:14
**sleeved** 94:7
**slides** 133:3
 155:14
**slight** 61:8 141:6
**slightly** 97:21
**slope** 195:9
**slower** 68:23
**slowly** 137:6
**small** 13:18 16:4
 18:2 32:6 75:10
 125:6 159:24
**smaller** 39:13
 180:3
**smart** 44:3 112:23
**smith** 1:23 3:6 8:6
 207:3,22
**smoke** 125:21
 165:1,2 177:21
**smoked** 10:17
 178:9,10

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 244 of 255

[smoking - story]

**smoking**  178:7
**smuggle**  152:1
**smuggled**  151:23
**social**  164:23
  167:13 168:2
**soil**  76:14
**solutions**  204:24
**somebody**  105:14
**son**  150:20 151:3
**sonar**  50:20
**sonic**  50:24
**sons**  123:13
  137:11 139:5
  141:11
**soon**  87:1 88:15
  198:16
**sorry**  27:14 31:3
  35:16,17 36:3,4,5
  38:20,21 47:22
  59:17 70:8 72:15
  79:18,25 90:4
  110:25 111:1,2,10
  111:11 119:18,19
  124:12 131:1
  148:19 159:18
  166:10 191:16
  199:23 201:8,10
  203:6
**sort**  62:16 74:3
  78:25 91:16 144:3
  147:6 162:21,23
**sought**  194:4,24
**sound**  49:23,24
  50:24,25 51:1
  181:9
**sounds**  181:17
**source**  152:11
**south**  45:20
  109:19 112:15
**southwestern**
  33:18,21

**space**  29:25 57:9
  62:5 96:24
**speak**  81:12 111:3
  192:19
**speaking**  25:11
**special**  136:25
  173:5,8 174:22
**specialist**  104:14
  105:23 107:3,18
  108:11,18,25
  132:23 173:6
**specialized**  103:25
  104:9
**specializing**  185:3
**specific**  86:21
  87:18 118:13
  163:7
**specifically**  51:17
  56:7 75:1
**specification**  37:4
**specifications**
  110:6
**specified**  207:7
**specify**  95:12
**speed**  195:9
**spelled**  28:9,10
  143:7
**spelling**  143:17
**spent**  32:22 33:24
  38:8 67:16 74:18
**spine**  52:5
**splashed**  99:23
**spoke**  24:15 25:4,5
**spoken**  139:15
**spot**  147:13
**spots**  127:16
  128:17 131:2
**spring**  148:3,20
**st**  4:9 5:3
**stability**  49:6
  65:15 76:10

**stabilize**  65:12
**stable**  67:8 157:16
  159:2,6,7 161:15
  176:25 187:17
**stage**  191:2
**stages**  163:22,24
**stairs**  91:14
**stand**  67:7 77:25
  104:3
**standard**  177:21
**standardized**
  45:10
**standing**  66:25
**stanford**  2:17,19
  2:20 121:9 132:11
  132:17,22,25
  133:1,22 134:6,16
  134:20 135:7
  138:12 145:20
  155:9,20,22 156:2
  156:11 164:17
  167:21 168:8
  172:23 173:17
  181:1,24 182:11
  189:2,5,9 190:2
  191:9 193:4
  194:23 196:10
**stanford's**  133:7
**start**  11:1 38:1
  45:12 48:2 59:11
  67:1 72:12 73:10
  111:8 143:5 174:3
**started**  36:10 45:5
  45:20 53:21 73:6
  94:13 111:21
  114:6 153:16
  154:9 159:23
  160:9 162:11
  168:10 169:5
**starting**  26:13
  53:20 118:12,14

  153:25
**starts**  71:8
**state**  1:11 3:7 8:25
  9:1 68:12 137:18
  138:14 207:11,23
**statement**  204:15
**states**  1:1 28:25
  114:12 130:7
  144:8 155:4
**status**  161:15
**stay**  85:21 97:9
  117:7 190:13
**stayed**  34:9 148:23
**staying**  15:18 29:4
  34:23
**steel**  95:10,15 99:3
**steep**  116:22
**stent**  193:24 194:7
  199:7,8,9
**stents**  124:4 199:2
**step**  52:6
**stepping**  52:3
**steps**  66:24
**steroids**  201:24
**sticking**  107:25
**stint**  35:9
**stipulation**  3:9
**stipulations**  8:21
  9:14
**stir**  91:15
**stomach**  129:24
**stop**  72:13 73:7,24
  81:9 136:12
**stopped**  26:7
  137:1 143:18
  150:4
**stopping**  204:16
**stops**  42:17
**stories**  182:21
**story**  17:22,24
  29:25 69:18

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 245 of 255

[story - system]

128:16

**straight** 30:21
35:14 36:7 58:18
97:16,18,18

**strangest** 136:8

**street** 3:17,23 4:3
5:20 6:3 7:3 18:1
23:8 29:6,8,14
138:3

**streets** 34:17,19

**strength** 137:7
198:21

**stress** 124:5 154:3
191:19 195:5,6,10
195:23

**strict** 52:12 138:23
138:24

**strictly** 47:3
104:21

**strike** 83:20
163:15 185:9

**string** 99:25 100:1
100:10

**strings** 99:25

**strong** 7:8

**strongpipkin.com**
7:10

**structure** 57:15
64:16

**stuck** 97:13 98:16
100:3 138:12
141:1

**students** 137:20

**studies** 196:6

**study** 95:7,21
106:20

**stuff** 82:5

**style** 13:23 14:4,19
29:19,20,24 30:2,6

**subject** 193:9

**submerged** 65:19

**subscribed** 207:19

**subsequent** 109:13
110:12 150:14
160:10

**substances** 178:1

**suburb** 17:11

**successful** 34:1
137:13

**successfully** 127:7

**suck** 97:23 98:4
106:5 128:3

**sucked** 78:15 98:7

**suffer** 120:6

**suffered** 136:5

**suffering** 9:24
118:25

**sugar** 138:24
140:4

**suggested** 120:3
120:22 188:5

**suggestion** 178:3

**suite** 3:17,23 4:9
4:19 5:3,9,14,20
6:3 7:3,9,15 55:19

**sulzer** 7:14

**sulzerandwillia...**
7:16

**sumatra** 110:14

**summer** 22:13,13
28:21 33:14,24
130:8,8 159:24

**sunbelt** 6:18

**sunrise** 73:20,21

**super** 88:14 139:4

**superior** 3:15 5:1
24:18

**superstructure**
61:11

**superstructures**
62:6 66:16

**supervision** 54:21
55:9

**support** 64:5,16
141:19

**supportive** 139:4
140:2

**suppose** 181:8

**supposed** 24:20
54:19 110:17
131:5 135:9 139:1
161:2 168:12

**supposedly** 24:25
112:12 119:11
135:8

**supreme** 125:7

**sure** 36:6 41:4
44:13,15 52:23
53:23 54:22 59:9
63:10 76:24 81:14
83:23 85:18 88:6
90:5 92:22 93:13
99:19 100:11
110:5,10 124:14
125:20 159:2
168:3 173:9 175:6
175:23 176:3
179:18 187:2,15
194:14 198:7,16
199:25 203:19

**surface** 43:24
49:18 57:13 65:19
81:2,6 98:21

**surgeon** 155:18
163:3 186:3

**surgery** 116:5
125:25 126:1,3,19
126:21 127:1,17
127:20 128:2
133:3 139:21
140:1,17,19 141:7
150:8,14 151:4,7,7

151:14,21 152:25
152:25 154:22
155:16 157:7
159:4 174:5,16
183:6,11 184:6
186:11 191:12

**surgery's** 183:12

**surgical** 167:25
188:16

**surprise** 123:23

**surprised** 127:17
127:21 128:8
134:12 135:24

**surprisingly**
138:19

**surrounding**
116:21

**survey** 72:1

**survival** 53:3 54:6

**survive** 53:7,11

**susannah** 3:16

**susie** 44:12 56:14
63:6 72:24 86:25
145:2,3,6,7

**swab** 121:16

**swap** 93:23

**swear** 8:15

**sweden** 186:8

**swim** 53:12

**swimming** 53:8

**swog** 175:7

**sworn** 3:9 8:17
207:5

**sympathy** 141:16

**symptom** 184:15

**symptoms** 151:4
183:18,20 184:9
184:13

**system** 24:5 37:6
62:13

[systems - thetrialteam.com]

**systems**  35:14,18
35:20,21,22,25
36:11,17,19,23
37:9,13,20,24

**t**

**t**  2:7 23:9 127:5,18
**tad**  41:15
**taipei**  11:6 13:14
13:20 14:7 16:12
17:10,12 19:1,2
130:14 147:14
148:15,24 153:7
153:20,24 154:1,9
154:12 155:14,16
155:24 157:7
195:4,16 196:8
**taiwan**  11:6,20
12:2,3,6,10 15:13
15:24 16:12 20:4
20:16 21:13 25:6
26:24 28:4 111:7
111:20,22 112:9
112:13 123:24
124:1,1 126:18
128:24 131:17,23
132:3 133:2,4,5
134:10,11,20
138:3 144:7
147:13 148:13
155:6
**taiwanese**  17:9
25:8 153:12
**take**  8:12 14:8
40:14,22 41:4,23
42:20 44:9 49:21
50:6,8,10,21 51:8
52:15 59:15 61:12
86:25 87:21,24
88:1 89:9 91:11
95:6 97:6 105:5
109:16 116:3

117:15,20 124:22
125:9 127:4
141:11,15 150:5
153:9 158:22
159:16 160:11
161:12 176:21
177:12 187:22
201:12,14
**taken**  1:23 181:25
182:9 207:8,9
**takes**  51:25 67:5
**talk**  20:17 37:7
57:11 58:2 129:7
143:2,13,13
164:15 188:13
189:16 191:14
198:22
**talked**  154:22
172:23 202:12
**talking**  48:5 73:3
130:24 136:15
174:3,22 190:17
192:12 195:17
202:12
**talks**  190:14
**tardy**  6:9
**task**  94:21 104:10
**tasked**  46:15
**taught**  46:25
**teach**  52:4
**team**  34:8
**tech**  30:25 31:1,9
31:13 35:12 36:12
**technologies**  38:13
102:4 114:11
116:8
**technology**  8:7
30:24 46:5
**teenager**  126:17
**teeth**  85:15

**telecommunicati...**
114:4
**tell**  60:7 89:22
124:17 131:3
140:2 141:16,17
166:17 182:5
193:4
**telling**  128:11
139:9 149:3
**tells**  87:13 92:1
131:21
**temperature**
77:18 106:21
**temperatures**  78:2
**temporarily**  29:4
29:4 32:4
**ten**  19:24,25 45:12
46:1 54:19,20,21
54:25 55:8,16
68:22 71:3,4,13,14
71:16 84:4,5
89:10 100:15
117:14 126:22
**tend**  78:14 108:1
150:10
**tendency**  97:23
**tends**  78:11
**tenneco**  39:13
**tenth**  28:2,6
**termed**  46:23
**terms**  40:24 47:15
101:23 104:23
105:22 116:16
148:17 152:14
164:3 197:4
**test**  10:19 52:13,14
52:15 54:11 55:19
55:23 103:17
120:25 121:14
124:5,8 125:3
127:23 128:1,6,22

128:24 129:4
131:13 133:16,17
134:2,9 147:11
154:2,3 155:17
163:5 195:5,7,10
195:23,23
**tested**  133:4 134:6
134:14 155:22,23
**tester**  104:5 105:1
**testified**  8:18
**testimony**  183:20
204:22 206:6
**testing**  109:22,23
109:25 110:4
119:25 120:7,13
120:20,23 121:25
172:24 173:5
195:11 203:14
**testings**  173:10
**tests**  91:20 101:24
112:14 176:3
182:8 194:11
**texaco**  39:15
**texas**  48:12 69:1
104:18 143:25
**textbook**  46:12
**thank**  27:16 44:8
44:10 50:17 51:14
57:5 60:25 63:1
63:14 64:19 74:4
76:17 80:3,8 89:7
90:21 92:7 110:19
119:22 142:12
166:12,22 192:21
201:18 204:14,24
**that'd**  156:21
**theirs**  166:8
**theory**  197:21
**therapy**  135:12
**thetrialteam.com**
4:21

Page 40

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 247 of 255

[thing - touch]

**thing** 16:3 18:6
78:25 81:13,14
84:7 98:1 102:6
108:16 133:7
135:7,22 136:7
159:13 163:17
164:18 174:14
177:22 199:3,5
**things** 54:4 60:20
61:25 84:11 85:14
100:23 102:19
164:21 165:2
168:1 200:13
201:25
**think** 17:15 29:23
39:15 47:18 48:8
55:12,25 69:22
70:1,9 80:21
90:17 101:4,16
103:13 105:15
110:23 112:6
115:10 121:17
122:13 135:11,22
145:11 148:12
150:17,18 168:24
170:22 171:17
173:2 176:15
180:4 186:7 188:2
192:6,16,24,25
194:20 196:13,16
**thinking** 144:22
**third** 21:18 22:1
73:20,21 126:9
144:10,16
**thirteen** 170:11,12
**thoracic** 126:20
139:11 180:19
**thought** 118:2
121:3,19 128:6
160:16 170:1
177:19

**thousand** 65:24
77:6 98:11 113:16
124:24 170:10,11
**thousands** 65:1
77:6
**thread** 98:18,20
100:13
**threaded** 43:14
**three** 14:13,17
15:12,23 16:11,19
22:7,14 23:12,14
27:4 28:6 51:7,24
55:12 106:10
116:19 118:4,25
124:23 125:6
126:6,7 141:11
150:9,23 156:19
156:20,21 159:11
161:8 171:17,17
171:19 172:10
175:2,11,20
182:18 197:3,5
**thyroid** 168:15,16
200:14
**tied** 138:11 197:16
**till** 23:12
**time** 9:15 10:11
13:4 14:17 15:14
16:6 18:8,20
20:13,18,19,25
21:4,20 22:6,15
23:1,2 24:5 25:22
27:3,4,7,12,18
31:8 58:19 63:18
67:15,20 72:17,18
72:20 73:3,4,4
74:18,21 80:12
83:10 90:4 98:23
99:6 100:24 101:9
102:14 103:9
106:25 107:6

109:16 113:4
114:23 115:25
116:6 120:4,24
123:24 126:25
128:15 131:9
139:22,25 140:4
144:24 149:14
150:6,7 156:13,17
159:1,17 162:10
173:11 174:13
176:15 178:1
179:2 181:16
184:1 190:2
204:25 207:6,9
**times** 10:25 20:13
34:18 54:22 70:12
70:24 76:20 77:7
79:9,13 82:13
83:17 85:6 107:15
122:5,21 130:7
143:19 144:2
156:20 174:21
181:10
**tiny** 106:5
**tire** 66:20
**tissue** 127:22
128:6 133:1,17
134:3,13 155:10
155:15
**tissues** 133:19
**title** 36:10,14,14
45:3 103:11 110:8
116:11
**titled** 44:20
**today** 10:23 21:12
28:10 39:15 41:20
76:20 112:24
142:14 147:24
179:25 181:14
**today's** 173:17
204:22

**told** 13:16,25 15:4
15:19 60:9 85:12
85:17,21 125:17
128:15,16 131:11
139:7 144:9 152:4
177:18 197:19
198:20,25
**tomorrow** 204:18
**tool** 50:4,25,25
51:6 84:9 93:12
93:14,19,22,25
94:3,3 97:23 98:3
98:7,13,16,19 99:1
99:11,20 100:3,14
100:19 103:22
104:22,24 106:12
106:24 107:4,7,7
107:14,16,18,21
107:23 108:6
**tools** 46:25 47:6
50:7,21,23 51:2,3
51:24 55:3 57:22
59:5,6,20 61:17
62:11 71:25 74:14
74:15 77:24 83:15
88:5 92:22 93:23
97:13 100:11
103:25 107:20
**top** 2:13 42:15
58:25 59:17,18,25
60:2 61:1 64:12
65:16 94:2 99:12
126:5 189:2
190:25 199:18,20
**total** 32:22 115:22
204:25
**totally** 67:7 101:1
137:13 140:5
186:4 201:25
**touch** 92:10,18
96:5 193:8

Page 41

[touched - typically]

| | | | |
|---|---|---|---|
| touched 108:21 | traveling 138:1 | truck 40:16 | two 7:9 12:24 13:1 |
| touching 94:1 96:8 | travels 49:24 | trucks 74:15 | 14:6,12,12 19:1 |
| 108:5 | treadmill 195:8 | true 114:23 | 20:12 32:22 49:15 |
| tough 138:21,21 | treat 132:4,6 | 145:14 146:14 | 51:3,24,25 54:15 |
| tourist 117:10 | 133:25 135:10 | 170:20 206:5 | 55:12 77:7 106:10 |
| towed 65:8 | 152:9 162:21 | 207:13 | 112:21 113:1,16 |
| tower 57:14 | 185:6 | truss 57:15 | 121:6 122:23 |
| town 27:22 | treated 151:17 | trust 152:10 | 124:4 126:10 |
| toying 118:9 | 153:3 159:3,4 | try 10:25 37:5 | 135:8 137:12 |
| tracking 114:18 | 161:25 162:21 | 46:20 77:4,5 | 138:10 150:12 |
| tract 169:7 | treatment 10:1 | 80:20 81:7,9 | 157:1 158:13,16 |
| trade 36:24 | 131:17 132:16 | 87:11 95:8 96:10 | 170:10,11 171:17 |
| trader 32:10,14 | 134:25 135:13 | 116:25 120:6 | 172:1,5,5,6 179:15 |
| trained 52:17 | 138:9 141:17,23 | 127:10 132:14,14 | 179:21 182:18 |
| trainee 54:16,16 | 142:9 145:13 | 136:16 160:21,24 | 189:3 197:2,5 |
| training 45:8,11 | 151:4,16 152:13 | 184:11 186:8 | 199:2 |
| 45:13,13,14,15,17 | 152:15 153:11 | trying 34:4 76:12 | tx 3:18,23 7:9 |
| 45:21,24 51:15,16 | 155:3 156:10,23 | 85:16 102:6 | type 10:4 15:11 |
| 52:3,8,12 53:9,14 | 156:25 157:9,15 | 114:14 166:4 | 18:10 35:1,3 |
| 54:5,7,10,18,20 | 157:18,22 158:10 | 190:9 | 45:23 50:11 55:23 |
| transcribed | 160:6 161:22 | ts 144:4 | 63:22 65:25 68:18 |
| 207:12 | 164:8,13 168:8 | tsa 144:4 | 69:19 104:6 |
| transcript 204:11 | 175:3,18 177:6,16 | tube 128:2 | 106:15 109:13 |
| 207:13,17 | 184:10 185:24 | tumor 118:20,23 | 120:5 126:3 131:2 |
| transcription | 186:7 190:20 | 138:20 139:19 | 141:14,21 157:9 |
| 206:5 | 191:6 201:24 | 140:11,21,22,24 | 171:5,7 177:22,25 |
| transferred 16:18 | treatments 121:6 | 141:1 150:13 | 178:21 191:12 |
| 109:18 111:25 | 135:18 139:13 | 158:24 159:6 | types 10:6 11:23 |
| 184:20 | tree 16:5 | 160:25 182:6 | 50:12,19 64:4 |
| transitioning | tremendous 73:23 | 183:15 184:17 | 69:14 119:8 |
| 111:13 | trend 202:3 | 186:2,4,5,9,18,22 | 135:21 176:20 |
| translate 194:19 | trial 103:17 | 186:22,24 | typewriting |
| transworld 70:13 | triangular 66:15 | turbt 174:5,10,12 | 207:12 |
| 70:15 | tried 181:11 | 174:15 | typical 62:21 |
| trapped 89:1 | triggered 10:16 | turn 16:21 32:21 | typically 42:4,10 |
| traps 107:8 | trip 161:7,11 | 53:22 165:17 | 51:7 57:25 58:4 |
| traumatic 150:21 | 177:10 | turned 18:21 | 58:15 62:18 65:23 |
| 151:2 | trips 148:23 | 149:21 160:17 | 66:18 67:9 77:23 |
| travel 68:23 73:4 | 153:25 | tv 130:9 | 80:17 82:17 |
| 121:7 | trub 174:12 | twice 84:12 121:22 | 100:23 102:2 |
| | | 121:23 | |

Page 42

[tyson - view]

tyson  4:2
tyson.shofstahl
  4:5

**u**

u  11:8 28:10
u.s.  143:18
u.s.a.  7:6
uc  137:19 139:23
uh  192:1,1 200:16
  200:21
ultimate  191:1
ultimately  33:9
  113:18 127:3
  169:16 189:13
um  56:2 115:16
  166:1 167:18
  173:25,25 174:6
  190:16
unable  98:9
  133:12 152:6
uncharacteristics
  202:1
uncle  169:21
unclear  143:6
  156:6
uncompacted
  78:11
uncontrollably
  136:9
undergo  45:8
  155:25 174:16
undergoing  176:2
  177:4
undergone  135:1
  188:17
underground
  48:10
underneath  29:25
  64:15 78:18
undersigned  206:3

understand  46:12
  57:8 87:19 102:15
  106:16 133:13
  147:18 159:7
  161:23 162:17
  173:7 175:5
  180:22 201:16
understanding
  10:4 55:3 61:9
  76:21 77:17 91:5
  117:21 118:12
  139:5 140:6 142:7
  142:8 144:5
  162:13 177:4
  185:14,18 187:9
  197:8
understood
  126:14 162:16
underwent  151:14
  156:9 160:20
  174:19 190:18
  191:19 194:5
  195:5
unfamiliar  75:5
  129:20 147:12
  169:8
union  7:1
unit  49:14 57:23
  57:23 58:4 59:5
  59:19 61:14 73:14
  83:1,3,10 84:3
  91:9,18 92:19
  94:19,20 96:23
  97:10 108:20,23
united  1:1 28:25
  114:11 155:4
university  109:20
unquote  34:12
unstable  65:17
  66:4 79:5

unsuccessful  35:9
unwanted  52:24
update  147:5
updated  123:14
  179:23 180:2
upper  16:20 126:7
  126:9 127:7,8
  135:3
ups  121:5 138:8
  148:16 157:13
  159:9
upside  136:15,17
urinary  169:7
urine  176:18
urologist  151:18
  152:10 159:10
  176:16
urothelial  168:21
  168:22
usa  4:7
use  112:24 132:6
  141:14 147:17,18
  152:1,9
usually  172:25

**v**

v  26:11 58:16
  127:5
vargas  2:22
  199:19 200:4,4
variety  54:4
various  118:6
  188:16
vary  77:19
vasculature
  200:15
vast  118:4
vats  126:20 127:5
  130:25 149:3
  155:18
vee  58:17 59:13
  60:5,8,9,10,11

veneer  29:24
venice  39:8 40:8
ventricle  192:14
ventricular  191:24
  192:13
venture  111:8,20
  111:21 112:1,9
ventures  112:12
verdict  163:3
verify  102:22
  107:1 146:5
veritext  204:24
versus  67:17,23
  74:19
vertical  58:11
  97:17
vessel  63:22 64:24
vessels  64:4
  124:10
viator  4:14,14
vibrations  88:9
vicinity  39:8 58:5
victoria  104:18
video  8:3,11 105:7
  121:11 126:20
  127:6,15 147:24
  147:25 168:11,13
  168:17,18 181:14
  181:15,16,23
  182:4,11,19
videoconference
  1:20 3:1,5
videographer  7:18
  8:1 89:12,16
  105:5,8,10 142:17
  142:21 203:20,25
  204:3,6,19,21
videotaped  1:20
  3:1
view  2:13,14 59:17
  59:18 60:17,23

Aiken Welch, A Veritext Company
510-451-1580

Exhibit 4
Page 250 of 255

[view - west]

61:1,7,8,9 62:22
62:22 63:12,13
83:2 90:2,7,9,12
**vinegaroon** 69:16
**viral** 176:20
**visa** 117:5,8,9,9,11
**vision** 140:9 141:4
150:13 183:22,24
184:25
**visit** 37:8 123:19
139:3 146:8,9
147:4 167:24
181:15,17,23
182:4 190:1
**visited** 194:9
**visiting** 182:11
**visits** 121:21
147:22 168:13,17
168:18 181:4
182:19
**visual** 57:24
157:16
**vivid** 14:23
**volume** 1:21
106:21
**vomiting** 136:3,6
**vp** 114:6,8,24
**vs** 1:5,14 8:9
**vulnerable** 120:15

**w**

**w** 7:8 21:12
**wait** 55:23 79:22
121:20 159:13
160:14 167:4
190:22
**waited** 130:20
**waiter** 13:4,8 33:9
**waiting** 73:7
**wakelee** 179:13
180:11,15 182:13
182:17 187:12

194:24
**wakelee's** 187:4
**walk** 10:24 82:8
83:10 97:20 128:9
137:5 198:20
**walked** 137:6
**walker** 5:8
**walking** 15:22
25:18 195:8
**wall** 20:9
**walled** 20:2
**walls** 17:25 20:5
**want** 31:23 36:6
49:2 55:18,19
56:5 60:3,16,23
61:15 62:12 64:2
88:23 89:6 99:19
110:9 118:10
121:18 129:3
145:21 150:3
154:4 164:11,15
164:18,18 166:7,7
168:1 173:9 180:1
188:15 192:14
195:10,11,13,24
195:25 200:24
201:14 202:14
204:15
**wanted** 44:13
100:20 104:11
124:8,14 125:9
126:12 127:23
128:3 135:7
143:21 144:6
162:25 168:15
181:21 191:13
204:11
**wants** 49:21
**warned** 85:24
86:10,16 103:7

**wash** 43:21 75:12
76:1 96:10
**washed** 99:16
100:4
**washes** 43:23
75:25
**watch** 15:1 130:9
**watching** 138:25
160:9
**water** 42:12,16
43:9,9,10 44:5
48:21 53:8,11
62:5 64:15 65:8,9
65:9,12,16,19,20
66:11,12,23 67:3
67:11,13 77:8,8
136:16
**waters** 3:17 64:24
**waterskraus.com**
3:19
**watkins** 5:3 7:19
**waves** 65:15,16
**way** 7:9 11:14
17:2 72:10 80:18
88:14 91:12 95:3
98:22 103:19
104:18 117:8
120:3 124:19
125:1 132:8
136:12 140:23
143:7 151:25
167:2 175:8 192:8
193:11 197:7,25
**ways** 141:19 164:1
164:2
**we've** 13:11 83:22
87:1 143:25 148:7
148:8 149:4
154:18
**weaker** 50:5

**wear** 53:16 86:17
94:7
**wearing** 184:6
**weather** 137:4
**wedge** 126:9 127:8
**week** 45:12 46:20
128:5
**weekend** 46:19,21
136:23
**weekends** 33:16
46:14 143:24
**weeks** 46:1 156:19
156:20 161:8
181:14,19 182:13
**wei** 21:11,16,18,21
21:25 22:5
**weight** 77:13,13
77:14 81:15,16,17
92:1,2 98:12 99:3
**weird** 143:17
**welding** 86:1
**wells** 39:6 68:13
72:6,11 78:1
**went** 21:9,11
24:10 27:20 30:10
33:1 34:21 70:15
103:19 109:10
114:10 117:16
123:25 124:6
127:14 129:2,14
129:18 134:13
135:10 137:19,21
152:15,22,24
153:7,15,23
154:11,22 161:7
161:12 169:8,9
181:22,23 193:19
194:3 197:25
**west** 5:14 6:15,20
29:5 110:13

Page 44

[westbank - year]

**westbank** 34:6,11
  34:20 122:19
**wet** 99:25,25
  100:10
**whatever's** 76:8
  108:6
**whereof** 207:18
**white** 34:18
**whitish** 82:15
**wife** 137:6 138:1
  139:4 148:9
**wife's** 122:9
**wild** 42:20
**wildcat** 43:6 64:6
**william** 5:8
**williams** 4:19 7:14
  7:14
**willing** 53:6
**wind** 84:10,12
**wires** 49:17 95:15
**withdrew** 80:7
**witness** 3:8,10
  8:15,17 44:20
  56:18,21 57:3,6
  73:6 79:17,23
  81:19 84:17 85:6
  87:5 90:11,14
  105:2,14,17 119:6
  133:16 134:9
  142:16 145:4,6
  146:4 157:12,25
  158:3,5,7 162:15
  166:23 167:1,4,6,8
  167:10,14 171:4
  178:16 179:20
  180:3,6,8,12
  182:15 184:15
  185:17 187:11
  192:6,20 193:8
  194:14 197:10
  198:10 199:5

201:8,11,16,18,23
  203:9 204:8 207:5
  207:18
**wonder** 106:24
**wondered** 136:19
**wonderful** 137:12
**wondering** 204:10
**wood** 73:20
**wooden** 13:19,19
  13:25 14:4 29:23
  58:22,24 73:19
**word** 40:11 129:8
  129:19 130:10
  162:15 169:7
**words** 25:11 63:3
  68:4 83:25 101:18
  109:10 126:4
  130:2 141:14
**work** 11:9,12,24
  12:11,25 31:24
  32:24 33:1,18,19
  33:21 35:11,24
  37:11,15 38:1,6
  39:20,25 40:21
  46:10 47:4,5,12
  51:20 53:1 54:12
  56:6 57:8 59:11
  67:24 70:25 71:2
  71:13,14 72:14
  73:7 87:20 92:15
  96:18,19,23
  104:19,19 108:15
  108:20,25 110:1,1
  110:20 111:19
  112:3 113:6,24
  114:20 115:9,21
  116:10,14 117:5,9
  117:17 132:23
  143:3 162:24
  164:23 177:24
  188:10 197:7

**worked** 11:19 12:1
  12:1,2,5 13:3 32:7
  32:22 33:5 34:20
  35:10 39:2 56:10
  67:20 68:6 69:3
  70:11 71:3 110:3
  110:3 115:23
  136:22 177:24
**workers** 52:15
  112:16
**workforce** 30:22
**working** 25:15
  32:13,16 33:8,15
  35:5 37:19,22
  39:4 40:10 45:4
  48:6 52:23 53:21
  57:9 59:10 62:24
  67:16 69:22 71:20
  72:12,19 74:3
  79:6 81:21 85:9
  85:11 88:6 92:20
  92:21,22 94:13
  107:18 108:22
  109:6,10 110:15
  112:10 114:16
  115:18 116:1,9
  139:24 149:11
  150:5 192:9
**works** 42:18 72:14
**worksites** 75:1
**workup** 191:14,15
  191:18
**world** 110:9
  132:12
**worms** 60:6
**worry** 159:20
**worrying** 99:4
**worse** 131:6
**worsened** 151:1
**worst** 100:3 136:7

**worth** 106:23
**wow** 130:5 131:14
  141:15
**write** 146:18
  203:16
**writes** 181:12
**writing** 203:7
**written** 129:1
**wrong** 44:18
  100:19 119:20
  141:20 142:1
  185:13
**wschuette** 5:10

**x**

**x** 2:1,7 26:11
  187:6
**xavier** 26:11,15,18

**y**

**y** 11:17
**yard** 16:4 18:2
  74:14
**yeah** 47:18 56:12
  57:4 60:6 87:3
  105:8,18,24 131:7
  140:19 143:14
  145:18,20 148:17
  148:21 149:21
  157:12 166:9
  167:9,11 169:18
  175:14,16,22
  179:25 180:5
  182:15 189:22,24
  191:20,21 192:6
  192:10 193:22
  195:8 196:4
  197:18 200:5,11
  203:11
**year** 14:17 15:23
  15:23 16:11,19
  18:21 21:5 28:20

Page 45

**[year - zoom]**

| | |
|---|---|
| 30:17 31:6 33:15 | 88:23 |
| 72:18 113:17 | **zoom**   3:12 8:7 9:3 |
| 117:14 118:22 | 41:8 147:24 |
| 124:6,8 131:24 | |
| 132:2 143:21 | |
| 147:23 160:20 | |
| 161:3,6 162:6 | |
| 174:14 175:11 | |
| 176:17 177:9,10 | |
| 187:1 195:21,22 | |
| **years**   12:24 14:6 | |
| 19:1 23:12,14 | |
| 27:4 28:6 36:7 | |
| 38:8 42:14 118:18 | |
| 119:11 121:7 | |
| 125:23 132:20 | |
| 138:10 141:12 | |
| 145:17 147:9 | |
| 150:12 152:20 | |
| 158:13,16,18 | |
| 159:8 172:1 175:2 | |
| 175:20,23 182:18 | |
| 189:4 | |
| **yep**   180:10,10 | |
| **yesterday**   144:23 | |
| **yeung**   2:24 189:13 | |
| 189:14 202:16,22 | |
| 202:25 203:10 | |
| **york**   110:18 | |
| **young**   14:2 | |
| **younger**   12:23,24 | |
| 137:19 172:1 | |

**z**

**zap**   186:8
**zapata**   69:16
**zapped**   186:25
**zero**   93:13
**zone**   49:11 95:19
 106:18 107:2
**zones**   38:15,18,24
 41:24 42:8 44:6

Page 46

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Exhibit 4
Page 254 of 255

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 4
Page 255 of 255

| From: | Susannah Chester-Schindler |
|---|---|
| To: | "aec@arlaw.com"; "alex.Cosculluela@arlaw.com"; "alexandra.rossi@keanmiller.com"; "allison.benoit@keanmiller.com"; "amaher@maronmarvel.com"; "amartin@sulzerandwilliams.com"; "angela.callier@arlaw.com"; "angela.mcleod@formanwatkins.com"; "anthony.lascaro@bblawla.com"; "anthony.williams@keanmiller.com"; "arthurm@fpwk.com"; "asbestos@sulzerandwilliams.com"; "asbestos@bblawla.com"; "bcampbell@sulzerandwilliams.com"; "buraslaw@gmail.com"; "carmenrodriguez@joneswalker.com"; "carolyn.marsh@keanmiller.com"; "charlie.cerise@arlaw.com"; "chauvin.kean@keanmiller.com"; "clanassa@maronmarvel.com"; "clittle@maronmarvel.com"; "dan@hughesaplc.com"; "david.bienvenu@bblawla.com"; "db@chehardy.com"; "dbabin@hmhlp.com"; "dhughesoffice@bellsouth.net"; "diane.broussard@keanmiller.com"; "dmb@chehardy.com"; "dstein@pugh-law.com"; "ebr@chehardy.com"; "efoundas@pugh-law.com"; "epercy@liskow.com"; "fdeblanc@kuchlerpolk.com"; "gayla.moncla@keanmiller.com"; "greg.anding@keanmiller.com"; "hughesaplc@aol.com"; "iuo@chehardy.com"; "iwilliams@sulzerandwilliams.com"; "jade.shaffer@bblawla.com"; "jason.bryan@keanmiller.com"; "jay.jalenak@keanmiller.com"; "jennifer.holtzclaw@bblawla.com"; "jmw@chehardy.com"; "john.viator@bblawla.com"; "jwm@chehardy.com"; "katrina.gwin@bblawla.com"; "kbruno@preisplc.com"; "kdelk@bakerdonelson.com"; "kedwards@strongpipkin.com"; "KelleyBuras@gmail.com"; "kjordan@pugh-law.com"; "kleboeuf@preisplc.com"; "klesslie@bakerdonelson.com"; "LAeservice@formanwatkins.com"; "lana.lawrence@arlaw.com"; "lchebert@ohllc.com"; "lexi.holinga@bblawla.com"; "llicciardiello@Liskow.com"; "lmcculloch@morganlewis.com"; "lmichiels@pugh-law.com"; "luann.martone@keanmiller.com"; "lwalters@joneswalker.com"; "lyndy.rayborn@formanwatkins.com"; "mdotson@joneswalker.com"; "melissa.addison@arlaw.com"; "melissa.fuller@formanwatkins.com"; "mfussell@ohllc.com"; "mike.mcglone@keanmiller.com"; "Mimi.Arthur@formanwatkins.com"; "Mitchell.tedesco@morganlewis.com"; "mjv@hmhlp.com"; "MLB-LA-Asbestos@morganlewis.com"; "mricheson@pugh-law.com"; "mstjulien@pugh-law.com"; "nrv@chehardy.com"; "pam.knighten@keanmiller.com"; "pctownsdin@ohllc.com"; "peter.moir@formanwatkins.com"; "phutton@maronmarvel.com"; "rcrump@maronmarvel.com"; "RDille@maronmarvel.com"; "remmett@bakerdonelson.com"; "rsulzer@sulzerandwilliams.com"; "rwilliams@sulzerandwilliams.com"; "rzotti@maronmarvel.com"; "sdbaker10@hotmail.com"; "seissman@gmail.com"; "shauna.vallet@bblawla.com"; "shofstahltb@arlaw.com"; "sjohnson@pugh-law.com"; "snapolitano@maronmarvel.com"; "sstromain@joneswalker.com"; "stannehill@bakerdonelson.com"; "tammy.gibson@keanmiller.com"; "tgegenheimer@pugh-law.com"; "tlapoint@kuchlerpolk.com"; "ttarleton@joneswalker.com"; "ucclaasbestos@pugh-law.com"; "vthompson@strongpipkin.com"; "wschuette@joneswalker.com"; "yvonne.evans@arlaw.com"; "CSW-Exxon@chehardy.com"; "jmw@chehardy.com"; "iuo@chehardy.com"; "dmb@chehardy.com" |
| Cc: | Kaycie Pressley; Charles E.J. Phipps |
| Subject: | David Hsieh v. Apache Deepwater et al. - Motion for Extension of Time |
| Date: | Wednesday, May 12, 2021 4:47:01 PM |
| Importance: | High |

Dear Counsel,

In speaking with the premise/production Defendants' Counsel, I have been advised that all of these Defendants are in an ongoing process of searching for well records or still in the process of amending their actual discovery and preparing their supplemental productions. Each lack a firm date this week by which they will be produced. Rather than file Motions to Compel based on prior discovery responses, Plaintiff is proposing a Motion for Extension of Time for the fact deadline (as well as the other deadlines and trial if necessary) from May 14, 2021 to June 11, 2021. **Please advise by noon tomorrow if your client opposes this extension of time so that Plaintiff may determine if we need to file a Motion for Extension of Time, Motions to Compel, or both.**

As I believe you are all aware, well records are generally quite comprehensive and they will either reveal the presence of asbestos additives on David's rigs or they will not. Thus, it is imperative that we have these records to determine how and if the case should proceed against the current parties.

Thank you.



**Susannah Chester-Schindler | Partner**
3141 Hood Street, Suite 700 | Dallas, TX 75219
Toll Free 800-226-9880 | Phone 214-357-6244

Exhibit 5
Page 1 of 2

Fax 214-357-7252
schester@waterskraus.com | www.waterskraus.com.

Exhibit 5
Page 2 of 2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID HSIEH,

     Plaintiff,

v.

APACHE DEEPWATER, LLC, et al.,

     Defendants.

CIVIL ACTION NO: 3:19-CV-00408-BAJ-JW
JUDGE BRIAN A. JACKSON
MAGISTRATE JUDGE DONNA PHILLIPS
CURRAULT

## DEFENDANT TEXACO INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION, INTERROGATORIES, AND REQUESTS FOR PRODUCTION TO ALL PREMISE DEFENDANTS (A.K.A. PRODUCING COMPANY)

TO:   Plaintiff, DAVID HSIEH, by and through his attorneys of record Susannah B. Chester-Schindler, Waters & Kraus, LLP, 3219 McKinney Avenue, Dallas, Texas 75204.

     Pursuant to the Federal Rules of Civil Procedure, Defendant, Texaco Inc., a Delaware Corporation (also referred to as "Defendant" or "Texaco"), serves the following First Supplemental Responses and Objections to Plaintiff's Requests for Admission, Interrogatories and Requests for Production to All Premise Defendants (a/k/a Producing Company).

                 Respectfully submitted,

                 STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

                 */s/ Vickie R. Thompson*
                 Vickie R. Thompson (#34789)
                 1400 San Jacinto Building
                 595 Orleans Street
                 Beaumont, Texas 77701-3255
                 (409) 981-1000 – TEL
                 (409) 981-1010 – FAX
                 vthompson@strongpipkin.com

                 ATTORNEYS FOR DEFENDANT,
                 DEFENDANT TEXACO INC., a
                 Delaware Corporation

Exhibit 6
Page 1 of 105

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document is being furnished to Plaintiff's counsel via e-serve on this the 13th day of May, 2021.

/s/ Vickie R. Thompson
Vickie R. Thompson

Exhibit 6
Page 2 of 105

## PRELIMINARY STATEMENT AND OBJECTIONS

Plaintiff, David Hsieh's (Hsieh) lawsuit claims that he was exposed to asbestos-containing drilling mud and/or additives from approximately 1980 through 1987, stemming from his employment with Schlumberger, Ltd., where he worked as an open hole field engineer ("logger") on drilling rigs located in the Gulf of Mexico and the costal waters of the Gulf Coast states.  Hsieh further alleges that numerous defendants in in this lawsuit, including Texaco Inc. ("Defendant" or "Texaco") were operators of these drilling rigs.  However, Hsieh has been unable to identify the name of any wells in which Texaco was the operator or the location of any well sites during this time frame.  Furthermore, there is no evidence that Hsieh was exposed to any asbestos-containing products while working on wells in which Texaco was the operator.  Hsieh specifically admitted during his deposition that he had no personal knowledge as to whether he worked around any asbestos containing drilling mud and/or additives while working on wells in which Texaco was the operator.  First and foremost, without specific information as to the alleged drilling rigs or wells where Texaco was the alleged operator, this discovery is overly broad, unduly burdensome and not tailored to the matters relevant to this case. To show the over breadth and burdensome scope of this discovery, without specific information concerning rig names and well sites relating to Texaco, these discovery requests would force Defendant to search its files for every well drilled for eight years in the Gulf of Mexico, which alone encompasses over 600,000 square miles. This does not even include the "coastal waters of the Gulf Coast states." Defendant states that once Hsieh provides adequate and specific information to allow Defendant to understand the basis for the claims asserted, Defendant responses may be supplemented.

Defendant, as noted above, objects to these requests to the extent that the burden or expense of proposed discovery outweighs its likely benefit and they fail to meet the proportionality requirement of Fed. R. Civ. Proc. 26(b)(1).

## RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Please admit that you utilized Schlumberger for wireline services on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO 2:** Please admit that you allowed the use of asbestos-containing drilling mud additives when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

Exhibit 6
Page 3 of 105

**REQUEST FOR ADMISSION NO. 3:** Please admit that you allowed the use of Flosal, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 4:** Please admit that you allowed the use of Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 5:** Please admit that you allowed the use of Super Visbestos, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 6:** Please admit that you allowed the use of IMCO Shurlift, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 7:** Please admit that you allowed the use of Visquick, an asbestos-containing drilling mud additive, when a loss of circulation occurred on newly drilled wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states during the time frame from 1980-1987.

**RESPONSE:**

Denied.

Exhibit 6
Page 4 of 105

## DEFENDANT TEXACO INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:**  Please describe your system for maintaining well files.  A complete answer will include the length of time well files are maintained for a given well; whether files are maintained electronically, in hard copy, or in both mediums; where the well files are maintained, whether electronic or hard copy; and the identity of the person(s) or department(s) responsible for the maintenance of the well files. If this system varies based on location and time frame, please limit the answer to the system(s) in place for maintaining well files related to wells located in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled between the years 1980 and 1987.

## ANSWER:

Defendant states that it maintains historical inactive business records at an offsite facility that is owned and operated by an independent third party.

**REQUEST FOR PRODUCTION NO 1:** Please produce all documents and tangible things relating to Defendant's document and record retention (and/or destruction) policies or procedures, including, but not limited to:

a.     any supplements, addenda, memoranda, operating bulletins, revisions, or any other superseding  instructions that refer to the stoppage, suspension or resumption of responsive policies or procedures; and

b.     policies or procedures regarding documents or records created, maintained, or stored by electronic, digital, optical and/or magnetic means (such as microfilm, microfiche, imaging, scanning, or storage on tapes, disks, CD or DVD-based media, databases, or on any computer hardware, backup system, download system, file dumping or other system of information management, whether on-site or off-site).

If the policies and procedures vary based on location, please limit the answer to the system(s) in place for maintaining well files related to wells in the Gulf of Mexico and the coastal waters of the Gulf Coast states, which were newly drilled during the years 1980-1987.

## RESPONSE:

Defendant states that yes, it has a document retention policy and the effective date of the latest version is April 1, 2020.

**INTERROGATORY NO. 2:** Did you ever maintain an agreement to exclusively utilize any Schlumberger entity's wireline services during the time frame from 1980-1987 for jobs in the Gulf of Mexico or the coastal waters of the Gulf Coast states?

Exhibit 6
Page 5 of 105

**ANSWER**:

Defendant has not been able to locate any agreements during the relevant years with Schlumberger. Defendant does not believe any such agreement would have been exclusive.

**REQUEST FOR PRODUCTION NO 2:** Regardless of whether it was exclusive, please produce all contracts, agreements, scopes of work, work orders, invoices, documents, and other tangible things relating to any work performed for you by any Schlumberger entity on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.

Exhibit 6
Page 6 of 105

Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states see documents Bates Numbered HSIEHTEX 00001 – 00077 attached hereto to these discovery responses. Further, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 3:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states and on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame), particularly including, but not limited to, those wells located in the Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal drilling areas. Note: this request specifically seeks, but is not limited to, information regarding the mud program for the well during the drilling process, prior to production.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the

Exhibit 6
Page 7 of 105

grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible

Exhibit 6
Page 8 of 105

task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states see documents Bates Numbered HSIEHTEX 00001 – 000039 attached hereto to these discovery responses.  Further, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant may be able to supplement its response and provide further responsive documentation.

**REQUEST FOR PRODUCTION NO. 4:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states, on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame) and which utilized the following mobile rigs and barges:
a.    SEDCO 471
b.    SEDCO 472
c.    BOOKER 950
d.    Penrod 63
e.    Penrod 67
f.    Penrod 69
g.    Mariner 3
h.    Mariner 7
i.    Discovery 534
j.    Discovery Seven Seas
k.    Rowan Gorilla 3
l.    Diamond M
m.    Dolphin 8
n.    Transworld 60
o.    Sapata
p.    Shell Rig 11

**RESPONSE**:

Plaintiff was not able to testify that Texaco was the operator when he worked on any of these rigs.  Nevertheless, Defendant has made a diligent search and found no records for SEDCO 471, SEDCO 472, Booker 950, Penrod 63, Penrod 67, Mariner 3, Mariner 7, Discovery 534, Discovery Seven Seas, Rowan Gorilla 3, Dolphin 8 and Shell Rig 11.  Defendant found some records regarding Penrod 69, Diamond M (which is a company, not a rig), Transworld 69 and Sapata (which is assumed to be Zapata, which is a company, not a rig and the search was limited to the Zapata Vinegaroon, the only Zapata drilling rig that Hsieh testified to working on during the applicable time frame).  Defendant states see documents Bates Numbered 00011 – 00014 attached hereto to these discovery responses.

Exhibit 6
Page 9 of 105

**REQUEST FOR PRODUCTION NO 5:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Imco, a division of Halliburton, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

No records have been found.

**REQUEST FOR PRODUCTION NO 6:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Magcobar, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

No records have been located.

**REQUEST FOR PRODUCTION NO 7:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you by Baroid, on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos

Exhibit 6
Page 10 of 105

product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles.  Without more details regarding Hsieh's work on Gulf operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response. Defendant further states that based on the limited information provided by Hsieh, Defendant is continuing to determine if it has documents responsive to this request and if locate will supplement.  See also documents produced in responses to Request for Production No. 4.

Exhibit 6
Page 11 of 105

**REQUEST FOR PRODUCTION NO 8:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Montello for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE**:

No records have been located.

**REQUEST FOR PRODUCTION NO 9:** Please produce all contracts, agreements, scopes of work, work orders, invoices, mud program details, documents, and other tangible things relating to any work performed for you and/or products supplied to you by Drilling Specialties Company, for newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states and on which Schlumberger was the wireline service company (i.e. during the 1980-87 time frame).

**RESPONSE:**

No records have been located.

**INTERROGATORY NO. 3:** When and how did Defendant first learn that inhalation of asbestos fibers can lead to the development of each of the following asbestos-related diseases:

a.    asbestosis,
b.    mesothelioma,
c.    lung cancer.

**RESPONSE**:

Defendant states that it appears that Texaco Inc. was aware by 1949 that recommendations for asbestos concentrations in the air were in existence and there was alleged to be a connection between prolonged, heavy asbestos exposure and certain lung problems; however, no lung dysfunction was known at the levels of exposure present during work performed at the Premise at Issue by worker(s) situated such as David Hsieh in this case, especially since no asbestos drilling muds were used offshore in the Gulf of Mexico area during the applicable time frame of the instant matter. In the mid-1960's, Texaco Inc. became aware that Dr. Selikoff published reports proposing a relationship between asbestos exposure under certain, specified circumstances and effects to the health of construction insulators. By 1970, Texaco Inc. was aware of publications which attributed (in part), to asbestos the condition termed mesothelioma in some workers.

**REQUEST FOR PRODUCTION NO. 10:** Please produce all documents and tangible things that indicate the time and/or manner in which Defendant learned inhalation of asbestos fibers by humans can lead to the development of the following asbestos-related diseases:

Exhibit 6
Page 12 of 105

a. asbestosis,
b. mesothelioma
c. lung cancer.

**RESPONSE**:

Any documents to the extent they are responsive to the specific case allegations made in this lawsuit will be made available for Plaintiff to inspect and copy as they are kept in the ordinary course of business at a mutually agreeable time to the extent they are not otherwise protected or privileged.

**INTERROGATORY NO. 4:** Please identify all trade organizations, trade associations, and any other groups to which Defendant belonged in which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published before 1980. This list should include (but is not limited to) any membership in the American Hygiene Foundation, Industrial Hygiene Foundation, Chemical Manufacturer's Association (or its predecessor, the MCA), American Chemical Council, American Petroleum Institute, Texas Chemical Council, National Safety Council, American National Standards Institute (ANSI), Asbestos Information Association, Industrial Medical Association, American Society of Mechanical Engineers; American Society for Testing and Materials, Chlorine Institute, American Industrial Hygiene Association, National Insulation Manufacturers Association, Asbestos Textile Institute, Society of Automotive Engineers, Society of Petroleum Engineers, ACGIH, American Occupational Medicine Association, American Public Health Association, Friction Materials Standards Institute, Brake Lining Manufacturer's Association, American Medical Association, NIOSH and any state safety organizations.

**ANSWER:**

Defendant states that it did not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations. After reasonable investigation, Defendant states the following:

The records of Defendant reflects membership in several of the associations listed above. To the best of Texaco's knowledge, the company had been a corporate member of the American Petroleum Institute (API) since approximately 1949. Texaco was a member of all thirteen of API's General Committees. Defendant has no records readily available to it that would reflect membership in API committees during the time period referenced in this case. The general committees in which this Defendant has been a participating member are: Communications, Expiration and Production, Federal Regulations; Finance and Accounting and Information System; Health Environment and Safety; Law; Marine Transportation; Marketing; Pipelines; Refining; State Relations; Statistics and Taxation.

Defendant Texaco was also a member of the Chemical Manufacturers Assn/American Chemistry Council from 1962 to 1987. Texaco was also a member of the National Safety Council, although

Exhibit 6
Page 13 of 105

continuity of dates of membership is currently unknown. Defendant will supplement as further information is ascertained.

Additionally, various medical directors, industrial hygienists, plant managers and health and safety managers of Defendant's facilities have been members of the following organizations:

American Industrial Hygiene Association
Gulf Coast Section of the American Industrial Hygiene Association and
The American Academy of Occupational Medicine.

The exact years of membership are currently unknown.

Defendant cannot verify that each organization disseminated information concerning asbestos. Defendant is unable to specify the name of each individual who may have attended meetings, however, generally, industrial hygienists have attended meetings related to industrial hygiene organizations and medical doctors have attended meetings of medical organizations.

**REQUEST FOR PRODUCTION NO. 11:** Please produce all documents and tangible things containing any information Defendant received before 1987, relating to the hazards of asbestos, sulphur, or nuisance dust in general that was discussed, disseminated, or in any way published by any organization, association, or group listed in Defendant's response to the Interrogatory immediately above, or by any other trade organization or group.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as it relates to "the hazards of … nuisance dust in general" in that such inquiry is overly broad, vague. Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit. Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objections, Defendant states that it does not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level. Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations. To the extent documents exist, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**INTERROGATORY NO. 5:** Please identify each of Defendant's employees, former employees, or representatives who attended any proceeding, symposium, or conference of a scientific, medical, or technical nature, before 1987, during which information relating to the hazards of asbestos or nuisance dust in general was discussed, disseminated, or in any way published (e.g., the effects of human or nonhuman exposure to asbestos, populations at risk, etc.). A response to

Exhibit 6
Page 14 of 105

this Interrogatory should include any attendance at the Seventh Saranac Symposium in 1952, the Proceedings of the New York Academy of Sciences in October of 1964, any meetings held by the Exxon Corporation in Houston, Texas, or meetings of any organization listed in Defendant's response to Interrogatory No. 2. For each person identified in the response to this Interrogatory, please also list the proceeding, symposium, or conference the person attended; provide the date and location of the proceeding, symposium, or conference; provide the identity of the person within Defendant's organization who received or was designated to receive the attending person's report of the information gathered at such proceeding, symposium, or conference; and describe the manner in which such reports were made.

**ANSWER:**

Defendant objects to this interrogatory as it relates to "the hazards of … nuisance dust in general" in that such inquiry is overly broad, vague.  Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.

Subject to and without waiving the foregoing objections, Defendant states that it does not maintain a comprehensive central listing of all organizations and associations of which it may have been a member or in which it may have participated at a corporate level or site level or from which it might have received published information.  Further, Defendant does not maintain a centralized list of its employees' memberships and affiliations.

**REQUEST FOR PRODUCTION NO. 12:** Please produce all documents and tangible things related to any meeting, attended by any of Defendant's employees, former employees, or representatives, that indicate any discussion, consideration, or information regarding asbestos or nuisance dust in general. This Request for Production specifically seeks, but is not limited to, meeting agendas, minutes, notes or memoranda from any proceeding, symposium or conference listed in Defendant's Response to the preceding Interrogatory, as well as from safety committees, purchasing committees or other groups within Defendant's organization generated before 1987.

**RESPONSE**:  **N/A** – See Response to Interrogatory No. 5.

**INTERROGATORY NO. 6:** Please describe Defendant's medical, safety, and/or industrial hygiene programs from the Defendant's inception through 1987. Specifically, please describe when Defendant first established each of its medical departments, safety departments, and/or industrial hygiene department; the name or designation of each department; and each person associated with the department, including, but not limited to, the director, manager, physician, nurse, medical personnel, safety engineer, industrial hygienist, safety personnel, and other employees in such department who were employed by Defendant or contracted with Defendant at any time.  The answer to this interrogatory should include both corporate level programs and those programs in place at the Premise at Issue.

Exhibit 6
Page 15 of 105

**ANSWER:**

Defendant identifies the following persons who may have had responsibility at the corporate level:

The Corporate medical directors for Texaco Inc. included Dr. Melvin Newquist (deceased) for the time period 1941 through 1959.  Dr. Curtis H. Baylor (deceased) for the time period 1959 through 1974.  Dr. Harold Hyder (deceased) was the medical directory from 1974 through 1975.  Dr. Eugene R. Stanton (deceased) was the medical director from 1975 through 1986.

Retired employees of Defendant should be contacted only through counsel of record for Defendant.

**REQUEST FOR PRODUCTION NO. 13:** Please produce all documents and tangible things relating to Defendant's establishment of the medical, safety, and/or industrial hygiene departments noted in Defendant's response to the Interrogatory immediately above. This Request for Production specifically seeks, but is not limited to, any policies, procedures or guidelines given to each such department by Defendant's management, and any programs, testing, or other actions taken by each such department regarding the hazards of asbestos, silica, or nuisance dust in general.

**RESPONSE**:

To the extent there are responsive documents to the specific case allegations made in this lawsuit, Defendant will make such responsive documents available for Plaintiff to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 14:** Please produce all documents and tangible things, received or obtained by Defendant before 1987, that indicate that inhaled asbestos fibers can be hazardous to human or non-human health. This Request for Production specifically seeks, but is not limited to all responsive books, articles, reports, pamphlets and manufacturer's instructions.

**RESPONSE**:

To the extent there are responsive documents to the specific case allegations made in this lawsuit, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as the are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 15:** Please produce all documents and tangible things relating to the inventories of all Defendant's libraries, research repositories, or other archives that contain magazines, journals, books, publications or other documents related to asbestos, pneumoconiosis, or any other dust-related disease (including, but not limited to, the effects of exposure to asbestos, industrial hygiene measures relating to asbestos dust, and medical information or research relating to asbestos or its effects on animals or humans, populations at risk,

Exhibit 6
Page 16 of 105

etc.). This Request for Production specifically seeks, but is not limited to all card catalogs, indices, holding lists, databases, other record management systems, and subscription lists for periodicals such as Journal of the American Medical Association, Industrial Medicine, Journal of Industrial Hygiene and Toxicology, National Safety News, Industrial Hygiene Foundation Digest, and Public Health Reports of the United States.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or any Texaco work sites. Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**REQUEST FOR PRODUCTION NO. 16:** Please produce all documents and tangible things containing information concerning the hazards of asbestos or nuisance dust in general that Defendant published, distributed, or disseminated at any time prior to 1987.

**RESPONSE**:

To the extent there are responsive documents to the specific case allegations made in this lawsuit, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 17:** Please produce all documents and tangible things relating to communications between Defendant and any of its worker's compensation insurance carriers or any other insurance companies, at any time prior to 1987, regarding asbestos-containing products, the hazards of asbestos, or hazards of nuisance dust in general and any asbestos-related studies, analyses or testing conducted by any insurance carriers, which were provided to Defendant.

**RESPONSE**:

Defendant objects to this request for production as this request seeks confidential information because the request as phrased could include documents which violate the personal privacy privilege of Defendant's employees by requesting confidential workers' compensation files about individuals whose medical condition is not at issue in this case.

Subject to and without waiving the foregoing objections, Defendant is unaware of such documents related to the allegations in the instant action.

**REQUEST FOR PRODUCTION NO. 18:** Please produce copies of all affidavits, depositions, and trial transcripts of Defendant's employees, former employees, or representatives taken in any matter involving an alleged injury or claimed property damage from asbestos or asbestos related products where the injury at issue occurred, even in part, prior to 1987. This specifically includes,

Exhibit 6
Page 17 of 105

but is not limited to, those pertaining to cases involving allegations of asbestos exposure through drilling mud additives.

**RESPONSE**:

Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case in that it is not limited the facts of this case, the time frame that is applicable to this lawsuit (1981 -1987), Hsieh's employer, the drilling rigs that Hsieh allegedly worked on during the applicable time frame in which Defendant was the operator, the areas, fields and blocks of the Gulf of Mexico that Hsieh allegedly worked. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.

Exhibit 6
Page 18 of 105

Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that it is not aware of any to date related to the specific fields and/or rigs requested in the instant discovery request; other than the recent deposition of John Lofton taken on May 5, 2021; but, if Hsieh can provide more specific information, Defendant will continue its investigation into same.

**REQUEST FOR PRODUCTION NO. 19:** Please produce all documents and tangible things that indicate Defendant's participation in, or funding of, any research regarding the health effects of asbestos exposure.

**RESPONSE**:

Defendant is not aware of any such funding regarding offshore workers such as Plaintiff.

**REQUEST FOR PRODUCTION NO. 20:** Please produce all reports, writings (whether published or unpublished) and other documents and tangible things that were written, created, reviewed, and/or edited by any expert Defendant plans to call at trial, and that pertain, in any way, to the hazards of asbestos. Plaintiff will accept a list in lieu of the actual publications.

**RESPONSE**:

Defendant objects to the request as it relates to "the hazards of asbestos" in that such inquiry is overly broad and vague. Defendant will produce any such writings created for this case as these reports or writings are finalized in accordance with the scheduling order.

**REQUEST FOR PRODUCTION NO. 21:** Please produce all documents and tangible things Defendant's counsel provided to any of Defendant's expert or fact witnesses as a result of the filing of this case and/or which any expert of fact witness may rely upon in this case. To the extent this

Exhibit 6
Page 19 of 105

request inadvertently seeks information provided to consulting-only experts, Plaintiff seeks only the documents, not the identity, of said expert(s).

**RESPONSE**:

Defendant objects because this request seeks information concerning experts greater than that permitted by Rules 194 and 195 of the Federal Rules of Civil Procedure.

Subject to and without waiving the foregoing objection, experts have not been finalized at this time.  Defendant reserves the right to supplement this response.

**REQUEST FOR PRODUCTION NO. 22:** Please produce all documents and tangible things relating to air monitoring, industrial hygiene evaluations, dust level counts or measurements, destructive testing of any asbestos-containing products, and any other asbestos-related environmental testing or monitoring conducted during drilling operations prior to 1987. This Request for Production specifically includes, but is not limited to: all documents and tangible things relating to any of Defendant's actions taken or decisions made as a result of any such testing or monitoring.

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or to offshore operations.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Subject to and without waiving the foregoing objection, if Plaintiff identifies a specific Texaco site he worked on during his career, Defendant will be in a position to search it records and at such times, Defendant states that if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protective or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its documents storage facility.

**REQUEST FOR PRODUCTION NO. 23:** Please produce all documents and tangible things (including, but not limited to: photographs, videos, or other depictions) showing any safety precautions taken to protect persons from the hazards of asbestos, nuisance dust in general, during drilling operations prior to 1987, including, but not limited to: containment areas, warning signs, safety handbooks, videos or slide presentations, protective clothing, ventilation, engineering controls, and respiratory protection.

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or to offshore operations.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

Exhibit 6
Page 20 of 105

Subject to and without waiving the foregoing objection, if Plaintiff identifies a specific Texaco site he worked on during his career, Defendant will be in a position to search it records and at such times, Defendant states that if responsive documents are located, Defendant will make those documents available to inspect and copy to the extent they are not otherwise protected or privileged at a mutually agreeable time and upon reasonable notice as they are kept in the ordinary course of business at its document storage facility.

**REQUEST FOR PRODUCTION NO. 24:** Please produce all documents and tangible things related to safety meetings conducted during offshore drilling operations with contractors such as Schlumberger at any time before 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit or Plaintiff's employer.  Furthermore, Defendant to objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**INTERROGATORY NO. 7:** Please identify and describe any program or procedure Defendant instigated for ceasing use, abating, removing, or encapsulating asbestos and/or asbestos-containing products or otherwise instigating an effort to reduce fiber release during offshore drilling operations.  This specifically includes, but is not limited to, any program or procedure to eliminate the use of asbestos drilling mud additives.

**ANSWER:**

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**REQUEST FOR PRODUCTION NO. 25:** Please produce all documents and tangible things relating to each item identified in the immediately preceding interrogatory to the extent they have not already been produced in response to previous Requests for Production.

**RESPONSE**:

Defendant objects to this request for production as overly broad and unduly burdensome in that it is not limited to the time frame at issue in this lawsuit.  Furthermore, Defendant objects this request on the grounds that it is premature in that Plaintiff has failed to identify any specific Texaco site he worked on during his work career.

**INTERROGATORY NO. 8:** Please identify each person by title and, if possible, name employed by Defendant whose duties and responsibilities during the relevant time period included communicating with Schlumberger wireline engineers such as Mr. Hsieh, working in the Gulf of

Exhibit 6
Page 21 of 105

Mexico and the coastal waters of the Gulf coast states between 1980 and 1987 regarding any of the following matters:

a.    distributing work assignments;

b.    instructing wireline engineers regarding safety measures;

c.    distributing work and safety equipment at the; and

d.    monitoring safety during drilling operations.

**ANSWER:**

In addition to the General Objections asserted above, Defendant objects to this interrogatory as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this interrogatory on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease.  *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This interrogatory is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.

Exhibit 6
Page 22 of 105

Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Plaintiff's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 26:** Please produce all documents and tangible things relating to any communications between Defendant and Mr. Hsieh regarding any of the matters noted in the Interrogatory immediately above.

**RESPONSE**:

Defendant has not located such documents.

**REQUEST FOR PRODUCTION NO. 27:** To the extent they have not already been provided, please produce all safety manuals, guidelines, policies, rules, regulations, procedures, memoranda, or other documents and tangible things distributed by Defendant regarding asbestos to any person working in offshore drilling operations prior to 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to

Exhibit 6
Page 23 of 105

Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that:  (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma."  *Romano v. Metro Life Ins. Co*., 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181.  In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020).  Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence.  This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator.  Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof.  Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute.  This request is clearly not proportional to the needs of this case.  Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh.  Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked.  Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites.  This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states."  First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request.  Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles.  Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and

Exhibit 6
Page 24 of 105

pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 28:** Please produce all documents and tangible things relating to cost-risk analyses, cost-benefit analyses, or any other study, analysis, report, or document generated or obtained by Defendant before 1987, that discusses the cost of abating, removing, replacing, or encapsulating asbestos or implementing any safeguards or engineering controls designed to protect persons from the hazards of asbestos. This is specifically directed at, but not limited to, documents pertaining to the use of asbestos containing drilling muds.

<u>**RESPONSE**</u>:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or

Exhibit 6
Page 25 of 105

additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Gulf operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Gulf drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 29:** Please produce all documents and tangible things relating to Defendant's consideration of alternatives to the use of asbestos-containing drilling muds before 1987.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant

Exhibit 6
Page 26 of 105

further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding

Exhibit 6
Page 27 of 105

Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request.  As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Defendant further objects to this request on the grounds that it is overly broad in that it is not limited to the relevant time frame (1980 to 1985) against this Defendant.

Subject to and without waiving the foregoing objections, Defendant states that it is not aware that it used any asbestos drilling mud additives during the applicable time frame (1981 to 1985); therefore, it has no responsive documents during the relevant time frame**.**  See, also John Lofton deposition taken in this matter on May 5, 2021.

**REQUEST FOR PRODUCTION NO. 30:** Please produce any and all indemnity and insuring agreements under which any person may be liable to satisfy part or all of a judgment rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:

Defendant has not located such documents.

**REQUEST FOR PRODUCTION NO. 31:** Please produce all written statements of any person with knowledge of relevant facts, including any written statement signed or otherwise adopted or approved in writing by the person making it and any stenographic, mechanical, or electrical or other type of recording of a witness's oral statement, or any substantially verbatim transcription of such a recording. This request does not include notes taken by a lawyer or their agent during a conversation with a witness.

**RESPONSE**:

Defendant states that it is not aware of any statement except the deposition testimonies of Plaintiff, John Lofton, Steve Eddy, Steve Diana, Fred Kellerman and, possible Schlumberger fact witnesses.  Furthermore, Defendant states that this designation includes all witnesses who will be deposed in this lawsuit, including Defendant and Texaco.

Exhibit 6
Page 28 of 105

S.S. 164 #1

Schlumberger
TENNECO LOG

DUAL INDUCTION-SFL-SONIC

COMPANY TEXACO, INCORPORATED

**CLEAN COPY-DO NOT MARK**

WELL OCS-G-5202 Well No. 1

FIELD SHIP SHOAL AREA BLOCK 164

COUNTY OFFSHORE STATE LOUISIANA

SHIP SHOAL AREA BLOCK 164
RIG: DIXILYN 77

Other Services:
FDC/CNL
TDT
HDT

| API SERIAL NO. | TWP. | RANGE |
|---|---|---|
| 1771140711B | | |

| Permanent Datum | MWL | Elev. 0.0 | Elev. K.B. 9 |
|---|---|---|---|
| Log Measured From | KB | 91.0 Ft. Above Perm. Datum | D.F. |
| Drilling Measured From | KB | | G.L. M |

| Date | 17/SEP/83 | 29/SEP/83 | 27/OCT/83 | 9/DEC/ |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth-Driller | 4550 | 11879 | 14880 | 16854 |
| Depth-Logger | 4552 | 14899 | 14517 | 16818 |
| Btm. Log Interval | 4549 | 11896 | 14511 | 16818 |
| Top Log Interval | 324 | 4502 | 4502 | 14846 |
| Casing-Driller | 20" @ 1191 | 20" @ 1191 | 13 3/8 @ 4505 | 9 5/8 @ |
| Casing-Logger | 20" @ 1191 | 20" @ 1191 | 4502 | 14846 |
| Bit Size | 12 1/4 | 12 1/4 | 12 1/4 | 8 1/2 |
| Type Fluid in Hole | GEL LIGNO | LIGNOSULF | LIGNOSULF | OIL BA |
| Dens.   Vis. | 9.7 36   47.50 | 10.0 58   63.0 | 11.5   45.0 | |
| pH   Fluid Loss | 10.0   5.0 ml | 10.5   | 11.0   13.2 ml | |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | |
| Rm @ Meas. Temp. | 0.980@75 F | 0.080@75 F | 0.980@78 F | |
| Rmf @ Meas. Temp. | 0.660@75 F | 0.831@75 F | 0.802@78 F | |
| Rmc @ Meas. Temp. | 0.990@75 F | 1.150@75 F | 1.440@78 F | |
| Source: Rmf   Rmc | PRESS PRESS | PRESS PRESS | PRESS PRESS | |
| Rm @ BHT | 0.542@129 F | 0.473@180 F | 0.382@217 F | |
| Circulation Stopped | 1200   9/16 | 0200   9/29 | 1900   10/21 | 2000 |
| Logger on Bottom | 1940   9/16 | 1290   9/29 | 2030   10/22 | 1230 |
| Max. Rec. Temp. | 129 F | 180 F | 216 F | 242 |
| Equip.   Location | F 262   LAR | F 262   LAR | F 262   LAR | F 263 |
| Recorded By | U. LILE | A. SALA | MANGELL | ROLLER |

| | | | | | |
|---|---|---|---|---|---|
| Date | | | | | |
| Run No. | | | | | |
| Depth – Driller | | | | | |
| Depth – Logger (Schl.) | | | | | |
| Btm. Log Interval | | | | | |
| Top logged Interval | | | | | |
| Casing – Driller | | | | | |
| Casing – Logger | | | | | |
| Bit Size | | | | | |
| Type Fluid in Hole | | | | | |
| Dens. | Vis. | | | | | |
| pH | Fluid Loss | | | | | |
| Source of Sample | | | | | |
| Rm. @ Meas. Temp. | | | | | |
| Rmf @ Meas. Temp. | | | | | |
| Rmc @ Meas. Temp. | | | | | |
| Source: Rmf Rmc | | | | | |
| Rm. @ BHT | | | | | |
| Circulation Stopped | | | | | |
| Logger on Bottom | | | | | |
| Max. Rec. Temp. | | | | | |
| Equip. | Location | | | | | |
| Recorded By | | | | | |
| Witnessed By Mr. | | | | | |

| Permanent Datum: | Elev. | Elev. K.B. |
|---|---|---|
| Log Measured From | Ft. Above Perm. Datum | D.F. |
| Drilling Measured from | | G.L. |

| | | | | | |
|---|---|---|---|---|---|
| Date | 15/DEC/83 | | | | |
| Run No. | FIVE | | | | |
| Depth – Driller | 17761 | | | | |
| Depth – Logger (Schl.) | 17686 | | | | |
| Btm. Log Interval | 17678 | | | | |
| Top Log Interval | 16300 | | | | |
| Casing – Driller | 9578@14837 | | | | |
| Casing – Logger | 14846 | | | | |
| Bit Size | 8.50 | | | | |
| Type Fluid in Hole | OIL BASE MUD | | | | |
| Dens. | Vis. | 14.5 | 54 | | | |
| pH | Fluid Loss | | | | | |
| Source of Sample | BELOW INFT. | | | | |
| Rm. @ Meas. Temp. | @ | @ | @ | @ | |
| Rmf @ Meas. Temp. | @ | @ | @ | @ | |
| Rmc @ Meas. Temp. | @ | @ | @ | @ | |
| Source: Rmf Rmc | | | | | |
| Rm. @ BHT | @ 246 | @ | @ | @ | |
| Circulation Stopped | 2100 12/15 | | | | |
| Logger on Bottom | 0330 12/14 | | | | |
| Max. Rec. Temp. | 246 | | | | |
| Equip. | Location | P262 LAR | | | | |
| Recorded By | HRILL | | | | |
| Witnessed By Mr. | | | | | |

HSIEHTEX 00002

Exhibit 6
Page 30 of 105

| | ONE | TWO | THREE | FOUR | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| RUN NO. | ONE | TWO | THREE | FOUR | SCALE CHANGES | | | |
| Service Order No. | 139636 | 139556 | 138934 | 138792 | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Fluid Level | FULL | FULL | FULL | FULL | | | | |
| Salinity PPM CL | 7000 | 24500 | 1800 | 320,000 | | | | |
| EQUIPMENT DATA | | | | | | | | |
| Ind. Panel No. | BD1474 | BD1474 | BD1474 | BD576 | | | | |
| Meas. Panel No. | CBC1379 | FBBC1379 | CBC1379 | CBC1200 | | | | |
| Ind Cart. No. | 1432 | 1476 | 1476 | 1432 | | | | |
| Ind. Sonde No. | 1264 | 5542 | 5542 | 1264 | | | | |
| Sonic Panel No. | DA2043 | DA2043 | DA2043 | D6204 | REMARKS | | | |
| Oscil Panel No. | | | | | RUN 1 23 DEVIATED ONE 48 | | | |
| Sonic Cart. No. | MAI169 | MAI169 | MAT169 | MAT169 | RUN 3 1 TIME ELAPSED SINCE C R C | | | |
| Sonic Sonde No. | 66867 | S6367 | S6367 | 5636 | STORED 15 HRS 1 0 2 | | | |
| G. R. Cart. No. | 3651 | 63245 | 62245 | 3650 | 12 21 17 3 2 16 LOGGERS D D NOT | | | |
| G. R. Panel No. | BC1362 | BC1362 | BC1362 | BC1362 | REACH D D DUE TO HOLE CONDITIONS | | | |
| Caliper No. | | | | | G R C 1 THE BEFORE POOH 3 HRS | | | |
| TTR No. | | | | | THIS LOG RECORDED BACK TO CASING | | | |
| CRE No. | | | | | DER THO TO NO DUE STRETCH CORREC | | | |
| CPW No. | | | | | TH ONE SONIC LOG RECORDED USING | | | |
| Centralizer Device | | | | | AUTO GAIN FEATURE SPD SHLD 1 | | | |
| CALIBRATION DATA | | | | | 1980 9805 MAX DEV 56 8 A | | | |
| Surf. ILD S.E. | 6.3 | 6.96 | 6.6 | 6.6 | 24651 LOG CONTAINED IN TWO | | | |
| Surf. ILM S.E. | 7.61 | 7.78 | 7.7 | 7.7 | D S CONTINUOUS LOG LES | | | |
| ILD S.E. Corrected @ Depth | 6.35 | 6.78 | 6.06 | 6.6 | RUN 1 TIME ELAPSED SINCE C R C | | | |
| ILM S.E. Corrected @ Depth | 7.63 | 7.70 | 7.7 | 7.3 | STOPPED 16 HRS 2 WAS BROKEN | | | |
| Depth LD ILM Zero Set | | | | | CIRCULATED 3 HRS BEFORE PULLING | | | |
| G R. BKGD. CPS | 8 | 8 | 8 | 8 | OUT OF THE HOLE D NEVER REAC | | | |
| G. R. Source CPS | 1596 | 1462 | 129 | 150 | HLD DUE TO HOLE CONDITIONS | | | |
| G.R. Cal. Set | 140 | 141 | 125 | 142 | C R C TIME BEFORE POOH 48 HRS | | | |
| G R. T.C. CAL | AUTO | AUTO | AUTO | AUTO | MAX DEV 54 SONIC LOG RECORDED | | | |
| LOGGING DATA | | | | | US NG AUTO GAIN THIS LOG INCLU | | | |
| G. R. Sens Log | 20 120 | 20 120 | 20 120 | 20 120 | DES A CABLE STRETCH CORRECTION | | | |
| G. R. T.C. Log | AUTO | AUTO | AUTO | AUTO | TD NEVER REACHED DUE TO HOLE | | | |
| Speed F.P.M. | 60 | 60 | 60 | 90 | CONDITIONS | | | |

HSIEHTEX 00003

Exhibit 6
Page 31 of 105

| RUN NO. | FIVE | | | | SCALE CHANGES | | |
|---|---|---|---|---|---|---|---|
| Service Order/No. | 139002 | | | | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Fluid Level | Full | | | | | | | |
| Salinity, PPM CL | 388,000 | | | | | | | |
| EQUIPMENT DATA | | | | | | | | |
| Ind. Panel No. | BD1474A | | | | | | | |
| Mem. Panel No. | CBC13-791 | | | | | | | |
| Ind. Cart. No. | 0411-97 | | | | | | | |
| Ind. Sonde No. | EC426 | | | | REMARKS | | |
| Sonic Panel No. | 0A20/7 | | | | RUN 5 CIRCULATED 24 HRS ON | | |
| Oscl Panel No. | | | | | BOTTOM BEFORE PULLING OUT. | | |
| Sonic Cart. No. | MA17V | | | | REPEATED SECTION 15 THIS DOWN. | | |
| Sonic Sonde No. | S.6443 | | | | LOG FEET PBD 0 ANCHR LOG. | | |
| G. R. Cart. No. | UCA580-7 | | | | RUN 5 RERAN RUN 2 | | |
| G. R. Panel No. | BC1262 | | | | | | |
| Caliper No. | | | | | | | |
| TIR No. | | | | | | | |
| DRE No. | | | | | | | |
| CPW No. | | | | | | | |
| Centralizer Device | | | | | | | |
| CALIBRATION DATA | | | | | | | |
| Surf. ILD S.E. | 15 | | | | | | |
| Surf. ILM S.E. | 8 B | | | | | | |
| ILD S.E. Corrected @ Depth | 5.7 | | | | | | |
| ILM S.E. Corrected @ Depth | 8 8 | | | | | | |
| Depth ILD & ILM Zero Set | | | | | | | |
| G. R. BKGD CPS. | 6 | | | | | | |
| G. R. Source CPS | 129 | | | | | | |
| G. R. Cali Sens. | 136 | | | | | | |
| G. R. TLC/CAL | AUTO | | | | | | |
| LOGGING DATA | | | | | | | |
| G. R. Sens. Log | 10 LFD | | | | | | |
| G. R. TC Log | AUTO | | | | | | |
| Speed F.P.M. | 40 | | | | | | |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or willful negligence on our part, be liable for any loss or damage resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.



LOG000384399

TEXACO

1" Copy 17711 40718

**Schlumberger**

DUAL INDUCTION/SFL-GR

CSU   Field Log

| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5202 #1 |
| FIELD: | SHIP SHOAL BLOCK 164 |
| COUNTY: | OFFSHORE |
| STATE: | LA |
| NATION: | USA |
| LOCATION: | X=2177580.81 Y=937.48 |
| | 9526.5FSL & 2875.61FWL |
| | RIG:DIXILYN 77 |

PERMANENT DATUM:      MWL          ELEVATIONS
ELEV. OF PERM. DATUM:     0'        KB:      91.0
LOG MEASURED FROM:    RKB           DF:      90.0
    91.0 '     ABOVE PERM. DATUM.   GL:       0.0
DRLG. MEASURED FROM:    RKB

DATE:               22 OCT 1983
RUN NO:             3

DEPTH-DRILLER:      14880.0
DEPTH-LOGGER:       14517.0
BTM. LOG INTERVAL:  14511.0
TOP LOG INTERVAL:    4502.0

CASING-DRILLER:      4505         1124
CASING-LOGGER:       4502         1124
CASING:             13.375         20

BIT SIZE:           12.25
TD DEPTH:           14880

**HSIEHTEX 00005**

Exhibit 6
Page 33 of 105

PROGRAM TAPE NO:
SERVICE ORDER NO: 138934

DART

- - - - - - OTHER SERVICES -

TYPE FLUID IN HOLE:        LIGNOSULFONATE
DENSITY:                   11.5 LB/G
VISCOSITY:                 45.0 S
PH:                        11.0
FLUID LOSS:                3.2 C3
SOURCE OF SAMPLE:          FLOWLINE
RM:                        0.980 OHMM AT 78.0 DEGF
RMF:                       0.802 OHMM AT 78.0 DEGF
RMC:                       1.440 OHMM AT 78.0 DEGF
SOURCE RMF RMC:            PRESS /PRESS
RM AT BHT:                 0.382 OHMM AT 211. DEGF
RMF AT BHT:                0.312 OHMM AT 211. DEGF
RMC AT BHT:                0.561 OHMM AT 211. DEGF

TIME CIRC STOPPED:         1900 10/2
TIME LOGGER ON BTM:        1030    Time Elapsed Since Circ Stopped 15½ Hrs

MAX REC TEMP:              210 DEGF / $T_1 = 210$   $T_2 = 211$   $T_3 = 211$

LOGGING UNIT NO:           4581
LOGGING UNIT LOC:          LAROSE
RECORDED BY:               L. MANGELLI
WITNESSED BY:              R. RANDLE

HSIEHTEX 00006

Exhibit 6
Page 34 of 105

REMARKS: *CIRC TIME BEFORE POOH = 3½ HRS.*    HOLE CONDITIONS

THIS LOG RECORDED BACK TO CASING DEPTH TO INCLUDE STRETCH
CORRECTION. SONIC LOG RECORDED USING AUTO GAIN FEATURE.
SP SHIFT @ 9810- 9805
CHLORIDES 1800 PPM. MAX DEV 56.8 @ 12455
LOG CONTAINED IN TWO DISCONTINUOUS LOG FILES

EQUIPMENT NUMBERS-

| | | | |
|---|---|---|---|
| DIS 1542 | DIC 1476 | SGC JC 2245 | SLC MA 169 |
| SLS SC 367 | IEM BD 1474 | NLM BC 1362 | SLM DA 2043 |
| CPU CBC 1379 | MTU 5993 | | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

FILE        0

| | | ILD (OHMM) | | |
|---|---|---|---|---|
| | | 0.0 | 10.000 | |
| | | SFLA(OHMM) | | |
| | | 0.0 | 2.0000 | |
| | | FLA(OHMM) | | |
| GR (GAPI) | | 0.0 | 10.000 | |
| 0.0000 | 120.00 | | CILD (MMHO) | |
| SP (MV) | | | | |
| -180.0 | 20.000 | 8000.0 | | 0.0 |

HSIEHTEX 00007

Exhibit 6
Page 35 of 105



HSIEHTEX 00008

Exhibit 6
Page 36 of 105



S-5527 #1

L0600034042A

TEXACO

## Schlumberger

# DUAL INDUCTION-SFL-SONIC
### WITH LINEAR CORRELATION LOG

| COMPANY | TEXACO INCORPORATED |
| WELL | OCS-G 5527 WELL #1 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE STATE LOUISIANA |

Other Services:
FDC GNL HDT
CORES

API SERIAL NO. 177104105

| | | | Elev. K.B. 68.0 |
| Permanent Datum: | MWL | | D.F. 57.0 |
| Log Measured From | KB | 68.0 Ft. Above Perm. Datum | G.L. |
| Drilling Measured From | KB | | MWL |

| | | | | |
|---|---|---|---|---|
| Date | 12/16/83 | 12/22/83 | 12/26/83 | 01/11/84 |
| Run. No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 4050 | 6360 | 6650 | 11050 |
| Depth–Logger | 4031 | 6349 | 6650 | 11042 |
| Btm. Log Interval | 4029 | 6346 | 6647 | 11039 |
| Top Log Interval | 1336 | 4015 | 6290 | 6597 |
| Casing–Driller | 20" @ 1334 | 16" @ 4004 | 16" @ 4004 | 13 3/8 @ 6600 |
| Casing–Logger | 1336 | 4015 | 4015 | 6597 |
| Bit Size | 12 1/4 | 14 3/4 | 12 1/4 | 12 1/4 |
| Type Fluid In Hole | LOW SOLIDS | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. Visc. | 10.0 50 | 12.8 46 | 12.8 46 | 35.0 |
| pH Fluid Loss | 10.5 | 10.5 3.3 ml | 12.5 3.3 ml | 11.0 20 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.180 @ 78 | 0.735 @ 70 | 0.735 @ 70 | 0.964 @ 65 |
| Rmf @ Meas. Temp. | 1.060 @ 78 | 0.448 @ 70 | 0.448 @ 70 | 0.793 @ 65 |
| Rmc @ Meas. Temp. | 1.310 @ 78 | 1.370 @ 70 | 1.370 @ 70 | 1.540 @ 65 |
| Source: Rmf Rmc | PRESS PRESS | PRESS PRESS | PRESS PRESS | FLOW FLOW |
| Rm @ BHT | 0.659 @ 145 | 0.410 @ 131 | 0.410 @ 131 | 0.444 @ 149 |
| Circulation Stopped | 0530 12/16 | 1800 12/24 | 1800 | 0110 |
| Logger on Bottom | 1000 1246 | 0500 12/25 | 0300 | 0110 |
| Max. Rec. Temp. | 145 | 131 | 131 | 149 |
| Equip. Location. | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | MORRIS | DANIELS | DANIELS | GLENN |
| Witnessed By | HEBERT | FERGUSON | FERGUSON | TURLINGTON |

**HSIEHTEX 00009**

Exhibit 6
Page 37 of 105

| Date | | | | |
|---|---|---|---|---|
| Run No. | | | | |
| Depth — Driller | | | | |
| Depth—Logger (Schl.) | | | | |
| Btm. Log Interval | | | | |
| Top logged interval | | | | |
| Casing—Driller | @ | @ | @ | @ |
| Casing—Logger | | | | |
| Bit Size | | | | |
| Type Fluid In Hole | | | | |
| Dens. \| Visc. | | | | |
| pH \| Fluid Loss | ml | ml | ml | ml |
| Source of Sample | | | | |
| Rm @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Source: Rmf \| Rmc | | | | |
| Rm @ BHT | @ °F | @ °F | @ °F | @ °F |
| Circulation Stopped | | | | |
| Logger on Bottom | | | | |
| Max. Rec. Temp. | °F | °F | °F | °F |
| Equip. \| Location | | | | |
| Recorded By | | | | |
| Witnessed By Mr. | | | | |

Permanent Datum: MWL ; Elev.: 0.0 Elev. K.B. 68.0
Log Measured From KB 68.0 Ft. Above Perm. Datum D.F. 67.0
Drilling Measured From KB MWL

| Date | 01/28/84 | 02/10/84 | 02/18/84 |
|---|---|---|---|
| Run No. | FIVE | SIX | SEVEN |
| Depth—Driller | 12142 | 13262 | 14260 |
| Depth—Logger (Schl.) | 12142 | 13260 | 14254 |
| Btm. Log Interval | 12139 | 13257 | 14252 |
| Top Log Interval | 10999 | 12138 | 12137 |
| Casing—Driller | 9 5/8@11004 | 7" @12140 | 7" @12140 |
| Casing—Logger | 10999 | 12140 | 12137 |
| Bit Size | 8 1/2 | 5 3/4 | 5 3/4 |
| Type Fluid In Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. \| Visc. | 17.3 \| 50.0 | 17.7 \| 54.0 | 17.8 \| 63.0 |
| pH \| Fluid Loss | 10.0 \| 1.8 ml | 11.5 \| 1.9 ml | 12.0 \| 2.0 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.070@68 °F | 0.820@77 °F | 0.820@70 °F |
| Rmf @ Meas. Temp. | 0.448@68 °F | 0.412@72 °F | 0.450@70 °F |
| Rmc @ Meas. Temp. | 1.190@68 °F | 1.900@72 °F | 1.540@70 °F |
| Source: Rmf \| Rmc | PRESS \| PRESS | MEAS \| MEAS | PRESS \| PRESS |
| Rm @ BHT | 0.418@76 °F | 0.309@202 °F | 0.29@211 °F |
| Circulation Stopped | 2130  01/27 | 0100  02/10 | 0300  02/18 |
| Logger on Bottom | 0644  01/28 | 1130  02/10 | 1330  02/18 |
| Max. Rec. Temp. | 176 °F | 202 °F | 211 °F |
| Equip. \| Location | F-266 MCDS | F-266 MCDS | F-266 MCDS |
| Recorded By | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By Mr. | O'BREIN | CALAHAN | RYTHMER |

HSIEHTEX 00010

Exhibit 6
Page 38 of 105

# EUGENE ISLAND BLK #3

*Dual Induction Focused Log -*

## DUAL INDUCTION FOCUSED L
## GAMMA RAY  11-4-87

FILE COPY - COM - OCS REGION LA

| | |
|---|---|
| FILE NO. **B5712R** | COMPANY  TEXACO INC. |
| API NO. 1771041209 | WELL  OCS-G-5529 WELL NO. |
| | FIELD  EUGENE ISLAND 397 |
| | COUNTY  OFFSHORE    STATE LA. |

LOCATION:
RETURN TO
RIG  DIAMOND M CENTURY
8190.25' FNL  CENTRAL
E.I  397  EXPLORATION

**FINAL PRINT**

OTHER SERVIC

| | | | |
|---|---|---|---|
| PERMANENT DATUM  M.L. | ELEV  N/A | | ELEVATION |
| LOGGING MEASURED FROM  R.K.B.  504' | FT. ABOVE P.D. | | KB  504 |
| DRILLING MEASURED FROM  R.K.B. | | | DF  503 |
| | | | GL  0 |

| | | | |
|---|---|---|---|
| DATE | 30 AUG 1987 | RECEIVED | 9-9-87 |
| RUN | 1 | | 125 |
| SERVICE ORDER | 139899 | NOV 4 1987 | 143158 |
| DEPTH-DRILLER | 3514' | | 5285 |
| DEPTH-LOGGER | 3514' | LAFAYETTE DISTRICT | 6199 |
| BOTTOM LOGGED INTERVAL | 3512' | OCS Region, Louisiana | 5196 |
| TOP LOGGED INTERVAL | 1442' | | 3736 |
| CASING - DRILLER | 20" | @ 1448' | 716  @ 3465 |
| CASING - LOGGER | 1442' | | 3464  3 |
| BIT SIZE | 12 1/4" | | 14.75 |
| TYPE FLUID IN HOLE | LOW SILT | EXPIRED LEASE | |
| DENSITY / VISCOSITY | 10.0 | 46 | 12.0  46 |
| PH / FLUID LOSS | 10.5 | 40 | 12.0  10.8 |
| SOURCE OF SAMPLE | FLOWLINE | Public Information | |
| RM  AT MEAS. TEMP. | .125 | 0.76 | 82 |
| RMF  AT MEAS. TEMP. | .364 | 0.76 | 79  92 |
| RMC  AT MEAS. TEMP. | 1.05 | 0.76  Released by M | 92 |
| SOURCE OF  RMF / RMC | MEASURED | MEASURED | MER.  MER. |
| RM  AT BHT | .256 | 0 128 | 97  0 128 |
| TIME SINCE CIRCULATION | 4 HRS. | | 4 HRS |
| MAX. REC. TEMP. DEG. F | 128 | | 128 |
| EQUIP.  NO. / LOC. | 8101  HOUMA | | 8701  HOUM |
| RECORDED BY | ROBINSON | | EWING |
| WITNESSED BY | HARRISON | | WILLIAMS |

FOR U.S. GOVERNMENT USE ONLY

**HSIEHTEX 00011**

Exhibit 6
Page 39 of 105

| DATE | DEPTH | STATUS | MUD | E. LOG | CSG. | REMARKS |
|------|-------|--------|-----|--------|------|---------|
| 3/25/87 | | Loc | | | | |
| 8/26 | 1514 | RN9. 20" | 86 | 3 O%0 654 W/146 | | |
| 9/2 | 3514 | RNG. CSG. | 10 | 20" @ 1480 w/2100 | | IND @ 3514- SWC's |
| 9/9 | 4196 | ∅ | 12.5 | 16" @ 3465 w/2400 | | |
| 9/16 | 7300 | ∅ | TOT | 13³/₈ @ 5148 w/1700 | | C5205: IND/SON @ 6205 - SWX's |
| 9/22 | 8255 | d | 15.7 | 9⁵/₈ @ 7245 w/1500 | | IND/SON/NRD @ 7289- SWC's |
| 9/30 | 8800 | WOC | 16.9 | 75/8°Z 7015- 8795 w/2200 | | IND/ECL/LR @ 8800 - SWC's |
| 10/7 | 10068 | PR. TD BTA | 17.3 | | | IND/SON @ T.D. - NO SW L - NO OHP |
| 10/13 | 10068 | ✓ | | | | CCB/DL |
| | | | | | | P+A |
| | | | | | | 10/8/87 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

HSIEHTEX 00012

Exhibit 6
Page 40 of 105

IN MAKING INTERPRETATIONS OF LOGS, OUR
EMPLOYEES WILL GIVE CUSTOMER THE BENE-
FIT OF THEIR BEST JUDGEMENT, BUT, SINCE
ALL INTERPRETATIONS ARE OPINIONS BASED
ON INFERENCES FROM ELECTRICAL OR OTHER
MEASURMENTS, WE CANNOT, AND WE DO NOT
GUARANTEE THE ACCURACY OR CORRECTNESS
OF ANY INTERPRETATION. WE SHALL NOT BE
LIABLE OR RESPONSIBLE FOR ANY LOSS,
COST, DAMAGES, OR EXPENSES WHATSOEVER
INCURRED OR SUSTAINED BY THE CUSTOMER
RESULTING FROM ANY INTERPRETATION MADE
BY ANY OF OUR EMPLOYEES.

| | | | | | |
|---|---|---|---|---|---|
| 9/15/87 | | 9-22-87 | | 10,81,87& | |
| 3 | | 4 | | 5 | |
| 14289 | | 12884 | | 14887& | |
| 7300 FT. | | 8800 | | 10063 | |
| 7289 FT. | | 8788 | | 10064 | |
| 7286 FT. | | 8786 | | 10061 | |
| 4900 FT. | | 7000 | | 8795 | |
| 13 3/8" | @ 5148 FT. | 9 5/8" | @ 7245 | 7-5/8" | @ 8 |
| 5145 FT. | | 7240 | | 8795 | |
| 12 1/4" | | 8 1/2" | | 6 1/2" | |
| LIMEMORREX | | LIME MORREX | | LOW LIME MORREX | |
| 15.7 | 51 | 16.9 | 42 | 17.3 | 54 |
| 12.0 | 6.9 | 12.0 | 3.2 | 12.0 | 3 |
| FLOWLINE | | FLOWLINE | | FLOWLINE | |
| 0.607 | @ 75 | 0.61 | @ 75 | .44 | @ 75 |
| 0.27 | @ 75 | 0.26 | @ 75 | .238 | @ 75 |
| 1.45 | @ 75 | 1.3 | @ 75 | 1.31 | @ 75 |
| MEASURED | MEASURED | MEAS. | MEAS. | MEASURED | M |
| 0.325 | @ 140 | 0.29 | @ 156 | .194 | @ 1 |
| 14 HRS. | | 6 HRS | | 6 HOURS | |
| 140/140 | | 156 | | 170 | |
| 8701 | HOUMA | 8701 | HOUMA | 8701 | H |
| C.L. RICHERSON | | MILSTEAD | | ROBINSON | |
| J. HARRISON/R. WRIGHT | | WILLIAMS | | WOJOHN | |

**HSIEHTEX 00013**

Exhibit 6
Page 41 of 105

*8160M*

## LOCATION

GRID#

SURFACE
8080' FNL & 3050' FWL of Blk. 397
8190          3051

## WELL DESCRIPTION

API # 1771041209

CHEVRON# [ ][ ][ ][ ][ ]

AREA
COUNTY  Eugene Island    BLOCK# 397    FIELD 397

OPERATOR  Texaco    S.L I    OCS# 5529    WELL# 3

X: 1,867,851    Y: (-)260,246
ZONE 1702    D/WTR 540    DIST/SHORE
PBHL

INITIAL CLASS    FINAL    JV    F/O

ACT/8HL    TVD

## DRILLING HISTORY

CONTRACTOR/RIG  D. M. CENTURY    TYPE

SPUD DATE 8/23/87    COMPLETION DATE

ELEV. 68'

## COMPLETION RECORD:

| IP PIs | | FARO | | |
|---|---|---|---|---|
| + | MCFG | | CH | TP |
| GOR GOR | GLY | | | SI |
| IP PIs | | FARO | | |
| + | MCFG | | CH | TP |
| GOR GOR | GLY | | | SI |
| IP PIs | | FARO | | |
| + | MCFG | | CH | TP |
| GOR GOR | GLY | | | SI |
| IP PIs | | FARO | | |

BS, 40 OO
BPL OO
BS OO
BC OO

### EFFECTIVES:

BS, 40 (IND) LAT FDC CDNL DIP
MT, GR FT, DS; SMPL SON

### MISCELLANEOUS:

PTD 10,600'

DIST. PROD

T/SALT

B/SALT

T.D. LOGGED

E. LOG REC

D/S REC.

PALEO TYPE

SAMPLES ORDERED

OTHER SURVEYS

HSIEHTEX 00014

Exhibit 6
Page 42 of 105



**EUGENE ISLAND BLK** 392

GEARHART    DUAL INDUCTION LATERLOG

B703

| FILING NO. | | | |
|---|---|---|---|
| J.T. NO'S<br>1-342518<br>2-342519<br>3-342520<br>1.S/T<br>-342522 | COMPANY | TEXACO, INC. | |
| | WELL | OCS-G-5529 NO. 2 | |
| | FIELD | EUGENE ISLAND BLOCK 397 | |
| | COUNTY | OFFSHORE | LOUIS |

1" = 100'

| Permanent Datum | MWL |
| Log Measured from | RKB |
| Drilling Measured from | RKB |

| Date | 4-2-86 | 4-14-86 | | |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | |
| Depth—Driller | 3591 | 6280 | 7900 | 7161 |
| Depth—Logger | 3593 | 6240 | 7900 | 7137 |
| Bottom Logged Interval | 3588 | 6245 | 7896 | 7136 |
| Top Logged Interval | 1554 | 3543 | 6204 | 7903 |
| Casing—Driller | 20 @ 1543 | 13 3/8 @ 3543 | 9 5/8 @ 6206 | 7-57 |
| Casing—Logger | 1554 | 3543 | 6204 | 7903 |
| Bit Size | 12 1/4 | 12 1/4 | 8 1/2 | 6 1/2 |
| Type Fluid in Hole | LOW SILT | LIME MOREX | LIME MOREX | LIME |
| Density / Viscosity | 10.0 \| 60 | 13.1 \| 51.0 | 15.4 \| 48.0 | 16.7 |
| pH / Fluid Loss | 09.5 \| 30 | 12.5 \| 03.8 | 12.0 \| 01.8 | 9.5 |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOW |
| Rm @ Meas. Temp. | 1.50 @ 77 | 1.85 @ 76 | 0.95 @ 76 | 0.79 |
| Rmf @ Meas. Temp. | 1.15 @ 77 | 0.50 @ 76 | 0.54 @ 76 | 0.38 |
| Rmc @ Meas. Temp | 2.60 @ 77 | 1.94 @ 76 | 1.50 @ 76 | 1.80 |
| Source of Rmf / Rmc | MEAS \| MEAS | MEAS \| MEAS | MEAS \| MEAS | MEAS |
| Rm @ BHT | 1.40 @ 113 | 1.10 @ 128 | 0.55 @ 132 | 0.44 |
| End Circulation | 08:15 | 01:30  4-14 | 10-30  4-28 | 04:3 |
| Logger on bottom | 13:21 | 00:26  4-15 | 19:45  4-28 | 07:5 |
| Max. Rec. Temp. Deg. F. | 112   114 | 120 127 | 132 132 | 165 |
| Equip. No. / Location | 8620 \| LAF. | 8620 \| LAF. | 8620 \| LAF. | 8620 |
| Recorded By | YEE | YEE | YEE | YEE |
| Witnessed By | MR. STARK | MR. LOVINGOOD | MR. LOVINGOOD | MR. L |

HSIEHTEX 00015

Exhibit 6
Page 43 of 105

| DATE | DEPTH | STATUS | MUD | E. LOG | CSG. | REMARKS |
|---|---|---|---|---|---|---|
| 3/27/86 | | Moving In | | | | |
| 4/2 | 2438 | ∅ | 10 | | 30" @ 742 w/150 | |
| | | | | | 20"c 1843 w/1400 | |
| 4/4 | 3591 | WOC | 10 | | 13⅜ @ 3543 w/2100 | IND. @ 3581 - No SWC |
| 4/5 | 6250 | Loggin | 12.1 | | | |
| 4/8 | 6388 | ∅ | 15.4 | | 9⅝ @ 6706 w/1700 | MWP @ 6250 · No SWC |
| 4/20 | 7904 | TSTG· BOP's | ✓ | | | |
| 5/7 | 9050 | ∅ | 17 | | 7⅝ L: 5904 7902 w/850 | IND/DEN/NEU @ 7804 · D/me 7902 SWC |
| 5/14 | 9943 | FSbG | 16·5 | | | SWX· D/P @ 9943; TOF @ 8216 |
| 5/21 | 9843 | | 16.5 | | | S/ie 7902 |
| | ⇊ 9039 | ∅ | 16.5 | | | |
| 5/28 | 11610 (5/27) | C+C | 16.7 | | | |
| 6/4 | 11610 | R100. | K.7 | | | DILS/CIR(AE)@ 11577 - No SWC |
| 6/10 | 11610 | Pla.To P.tA. | 16.7 | | | SWC's ·57K VSP @ 10960 |
| | | | | | | STIL D/P @ 10850 - No REC. |
| | | | | | | CATD. 10000-8750 ; TOF @ 7950 |
| | | | | | | (VSP: 7880 - 500') -RET.@ 7850 |
| 6/18 | 11610 | | 16.7 | | | CBML |
| | | | | | | PtA |
| | | | | | | r/13/86 |

HSIEHTEX 00016

Exhibit 6
Page 44 of 105

HSIEHTEX 00017

AMP LATEROLOG

| Changes in Mud Type or Additional Samples | | | | | Scale Changes | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Sample No | 4-14 TWO | 5-29 TWO | Type Log | Depth | Scale Up Hole | Scale Down Hole | |
| Depth—Driller | | 6250 | 11610 | SP | 3334 | SHIFT | | |
| Type Fluid in Hole | | LIME MOREX | LIME MOREX | | | | | |

| | Vinc. | 13.1 | 48.0 | 16.7 | 41.0 | | | |
|---|---|---|---|---|---|---|---|---|
| pH/ | Fluid Loss | 12.0 | 03.8 cc | 11.5 | 02.4 cc | | | |
| Source of Sample | | FLOWLINE | | FLOWLINE | | EQUIPMENT DATA | | |

| | | | | CALIBRATION DATA | | | | |
|---|---|---|---|---|---|---|---|---|

| Rm @ Meas. Temp. | 1.95 @ 78°F | 0.90 @ 80 °F | | INDUCTION | | | | B. H. C. SONIC | | G.R. |

| | INDUCTION | | | | | B. H. C SONIC | | | G.R. |
|---|---|---|---|---|---|---|---|---|---|
| | RUN NO. | TOOL NO. | TOOL TYPE | TOOL POSITION | S.O. | TOOL NO. | TOOL POSITION | SPACING | TOOL NO. |
| | ONE | 54072 | 6FF40 | BOTTOM | B. SPR | 105 | MIDDLE | 8'-10'-12' | 33190 |
| | TWO | 54072 | 6FF40 | BOTTOM | B. SPR | 105 | MIDDLE | 8'-10'-12' | 33190 |
| | THREE | 54072 | 6FF40 | BOTTOM | B. SPR | 125 | MIDDLE | 8'-10'-12' | 4543 |
| | ONE S/T | 5407 | 6FF40 | BOTTOM | NONE | 11071 | MIDDLE | 3'- 5' | 33115 |

CALIBRATION DATA

| RUN NO. | LL 2 Ohm/m | LL 500-nhm/m | ILD Loop Cal | ILD Int. Cal. | ILM Tool Zero | ILM Loop Cal | ILM Int. Cal. | ILM Tool Zero | K | B | GAMMA RAY BKG | GAMMA RAY STD. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONE | .269 | 1490.2 | 400.6 | 401.0 | -5.7 | 456.1 | 462.4 | -5.9 | | - | 43.4 | 563.9 |
| TWO | .268 | 1493.8 | 400.6 | 400.0 | -5.7 | 456.1 | 464.0 | -5.9 | | - | 39.4 | 550.7 |
| THREE | .269 | 1490.8 | 400.6 | 394.3 | -5.7 | 456.1 | 468.4 | -5.9 | | - | 57.4 | 404.12 |
| ONE S/T | .261 | 1495.0 | 400.1 | 393.8 | -5.0 | 458.6 | 468.2 | -1.2 | | - | 33.9 | 519.6 |

REMARKS: RUN 1 - SP DRIFT AT BOTTOM OF HOLE DUE TO CALIBRATION VOLTAGE DISCHARGING.
RUN 2 - 128° 427°. BRIDGED OUT ON FIRST ATTEMPT AT 5443. LOGGED OUT FROM THAT POINT. WENT TO BOTTOM ON SECOND ATTEMPT. LOG MERGED AT 5190'. CHLORIDES = 5000 PPM.
RUN 3 - SP FROM TD TO 6740' TAKEN FROM SWC CORRELATION RUN.
RUN 1 S/T - MADE TWO ATTEMPTS TO LOG HOLE. FIRST ATTEMPT LOGGED FROM 10667 TO 7903. SECOND ATTEMPT LOGGED FROM 11368' TO 10564'. LOG MERGED AT 10598'. COULD NOT REACH DRILLER'S TD DUE TO HOLE CONDITIONS.

Exhibit 6
Page 45 of 105

*1.65 Million*

## LOCATION

GRID/ _____
SURFACE682'    #163'
680" FSL & 4200' FEL of Green Canyo
Blk. 4

## WELL DESCRIPTION

API# _608/150039_
CHEVRON# [ ][ ][ ][ ][ ]

AREA
COUNTY _Eugene Island_    BLOCK/U _397_    FIELD _397 WC_
OPERATOR _Texaco_    S.L.# ____    OCS# _5529_    WELL# _2_

X: _2,055,037_    Y: _10,138,282_
ZONE _1702_    D/WTR _500_ DIST/SHORE ___
FBHL _4030' FSL & 4200' FEL of Blk. 397_

INITIAL CLASS ____ FINAL ____ JV ____ F/O ____

ACT/BHL (GA) 11610    TVD 10210
N. 3372   & E. 256
(OH) 8945 = TVD 9139
N. 2103 & E. 6    ELEV. _92_

## DRILLING HISTORY

CONTRACTOR/RIG _Ocean Driller_    TYPE ____
SPUD DATE _3/26/81_    COMPLETEION DATE ____

## COMPLETION RECORD:

| IP PI's | | FARO | | | BC OD | |
|---|---|---|---|---|---|---|
| + | MCFG | | CH | | TP | |
| GOR GOR | GI y | | | | SI | |
| IP PI's | | FARO | | | BC OD/LOD | |
| + | MCFG | | CH | | TP | |
| GOR GOR | GI y | | | | SI | |
| IP PI's | | FARO | | | BC OD/LOD | |
| + | MCFG | | CH | | TP | |
| GOR GOR | GI y | | | | SI | |
| IP PI's | | FARO | | | BC OD/LOD | |
| + | MCFG | | CH | | TP | |
| GOR GOR | GI y | | | | SI | |

## EFFECTIVES:

(IND)  LAT  FDC  CDNL  DI
DT.  GR  FT  (DS)  SMPL.  SC

## MISCELLANEOUS:

PTD _10,500' TVD_
DIST. PROD ___
N/SALT ___
B/SALT ___
T.D. LOGGED ✓
E. LOG REC. ✓
D/S REC. ✓
PALEO TYPE ___
SAMPLES ORDERED ___
OTHER SURVEYS ___

HSIEHTEX 00018

Exhibit 6
Page 46 of 105



DT3248

ε.I
397 # 1

**Schlumberger** DUAL INDU

| COMPANY | TEXACO INCORPOR |
| WELL | OCS G 5529 WELL |
| FIELD | EUGENE ISLAND A |
| COUNTY | OFFSHORE STAT |
| LOCATION | 6224' FNL AND 5344' FWL |
| | EUGENE ISLAND AREA BLOCK |

API SERIAL NO: 1771041073

Permanent Datum: MWL ; Elev.: 0
Log Measured From KB 92,0 Ft. Above Perm.
Drilling Measured From KB

| | | | |
|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5 |
| Run No. | ONE | TWO | THR |
| Depth–Driller | 3550 | 5820 | 844 |
| Depth–Logger | 3549 | 5808 | 844 |
| Btm. Log Interval | 3546 | 5802 | 843 |
| Top Log Interval | 872 | 3510 | 579 |
| Casing–Driller | 0' @ 1369 | 13 3/8 @3510 | 9 5 |
| Casing–Logger | 1372 | 3610 | 579 |
| Bit Size | | 12 1/4" | 8 1 |
| Type Fluid in Hole | =10 SPUD MUD | LIGNOSULF | LIGW |
| Dens. Visc | 43.0 | 18.0 48.0 | 15. |
| pH Fluid Loss | 10.5 16 | 12.0 8.6ml | 12 |
| Source of Sample | FLOWLINE | FLOWLINE | FLOW |
| Rm @ Meas. Temp | 976 @ 75 'F | 894 @ 76 'F | 50 |
| Rmf @ Meas. Temp. | 588 @ 75 'F | 486 @ 76 'F | 22 |
| Rmc @ Meas. Temp. | 1.158@ 75 'F | 1.70 @ 76 'F | 74 |
| Source: Rmf Rmc | MEAS MEAS | MEAS MEAS | PRE |
| Rm @ BHT | .543 @110 'F | .533 @ 132'F | .29 |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 050 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 123 |
| Max. Rec. Temp. | 110 'F | 132 'F | 142 |
| Equip. Location | F17 MCOH | F17 MCOS | F17 |
| Recorded By | SMITH | WILLIAMS | DAN |
| Witnessed By | PIECHOWICZ | FLATEN | DAN |

**HSIEHTEX 00019**

Exhibit 6
Page 47 of 105

Exhibit 6
Page 48 of 105

**ON-SITE CALIBRATION LOG**

TED ...

=1 WC

REA BLOCK 397 ...

LOUISIANA

| Other Services: |
|---|
| 397 |
| HRD, FDC, CNL, WSS, TVD, PPQ, CYBERDIP |

Elev.: K.B. 92.0   D.F. 91.0   MWL
Datum

| | |
|---|---|
| -84 | 9-24-84 |
| | FOUR |
| | 9836 |
| | 9543 |
| | 9540 |
| | 8400 |
| 8@ 5801 | 7 5/8"@ 8417 |
| | 8417 |
| 2" | 6 1/2" |
| LIME MOR | LIME MOREX |
| 48.0  16.8 | 46.0 |
| 3.6 ml  12.5 | 3.8 ml |
| WI INF | FLOWLINE |
| @ 76 °F  .481 | @ 77 °F |
| @ 76 °F  .415 | @ 77 °F |
| @ 76 °F  1.690 | @ 77 °F |
| SS PRESS  PRESS | PRESS |
| @142 °F  .247 | @156 °F |
| 9/5  2300 | 9/23 |
| 9/5  0700 | 9/24 |
| 156 °F | °F |
| MCOH  F17 | MCOH |
| FLS  YOUNG | |
| FLS  DANIEL | |

The well name, location and borehole reference data were furnished by the customer.

| | SCALE CHANGES | | |
|---|---|---|---|
| | Type Log | Depth | Scale Up Hole / Scale Down Hole |

**REMARKS:**
RUN ONE - RIG. OCEAN DRILLER
SONIC XMTR/RCVR 8' - 10'   10' - 12'

RUN TWO - RIG. OCEAN DRILLER
SONIC *XMTR/RCVR *SPACING 15' 8' -
10'   10' - 12'   CYCLE SKIPPING
DUE TO WASH-OUTS AND GAS-CUT
MUD. MUD WEIGHT CUT BACK TO
12.2 #/GAL FROM 13 #/GAL.

RUN FOUR - RIG OCEAN DRILLER
DRILLERS TD NOT REACHED DUE TO

| RUN NO. | ONE | TWO | THREE | FOUR | | |
|---|---|---|---|---|---|---|
| Service Order No. | 111377 | 115108 | 122986 | E127965 | | |
| Fluid Level | FULL | FULL | FULL | FULL | | |
| Salinity, PPM Cl. | 5200 | 5000 | 14500 | 8400 | | 5.6 |
| **EQUIPMENT DATA** | | | | | | |
| Ind. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 | | |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBC 1681 | CBC 1681 | | |
| Ind. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 720 | | |
| Ind. Sonde No. | EC 102 | EC 1424 | EC 131 | EC 1116 | | |
| Sonic Panel No. | DA 1499 | DA 1449 | DA 499 | DA 1499 | | |
| Oscil Panel No. | - | - | - | - | | |
| Sonic Cart. No. | MA 20 | FA 1329 | MA 144 | FA 1053 | | |
| Sonic Sonde No. | SC 432 | SC 333 | SC 138 | SB 83 | | |
| G. R. Cart. No. | JC 3223 | JC 2052 | JC 3114 | JC 1248 | | |
| G. R. Panel No. | BC 1202 | BC 1202 | BC 1202 | BC 1202 | | |
| CSR | U 114 | U 113 | U 289 | - | | 5.1 |
| TTR No. | - | - | D 2954 | - | | |
| IDU | B 3705 | - | - | - | | |
| HH | - | W 169 | - | - | | |
| Controller Device | - | - | - | - | | |
| **CALIBRATION DATA** | | | | | | |

HSIEHTEX 00020

HSIEHTEX 00021

**OFFSHORE**

| OFFSHORE AREA | A&HL BLOCK | FIELD | OFFSHORE |
|---|---|---|---|
| EUGENE ISLAND | 397 | WILDCAT | |

| CLASSIFICATION BEFORE/AFTER/FINAL | OPERATOR | WELL NO. | LEASE |
|---|---|---|---|
| WF SØ | TEXACO | 1 | OCS-5529 |

SURFACE LOCATION — COORD: x=1,870,145  y=(-)258,280

AUTH. DEPTH: 9868' TVD

6224 FNL, 5344 FWL BLK. 397

PBHL: 8500' FNL, 5300' FWL BLK. 397

SERVICES: DIL-S-GR, HRD, ISFS-GR  FDC-CNL-GR, SWC, DM VSP

LS. ACQUIRED @ SALE 72 FOR $1,658,000.  48° ANGLE

CONTRACTOR: OCEAN DRILLER

ACTUAL BOTTOM HOLE LOCATION: MD 9836 TVD 9089: S 2190, E 627  F/S

COORD - A&HL: X=1,870,772 Y=(-)260,470  ☐ SEE OTHERS BELOW

| SPUD | SUSPENDED | COMPLETED | P&A | ELEVATION | WATER DEPTH | SERIAL NO. |
|---|---|---|---|---|---|---|
| 8-5-84 | 10-8-84 | | | 93'KB | 442 | API NO. 1771041073 |

CASING: 30 @ 691 (156), 20 @ 1369, 13 3/8 @ 3510, 9 5/8 @ 5801, 7 5/8 LNR 5413-8417

| SAND | PERFORATIONS | FLUID | MCFCD | % BS & W/X/44 CH | TP | GOR (6 : 1) | GTT |
|---|---|---|---|---|---|---|---|
| | 6690-6719 | 396 BPLOD | 361 | 8 | 2579 | 9/2 | 35.3° |
| | ~6554 TD | | | | | | |
| | 6477 2.5. ± | | | | | | |

| TD - ORIGINAL HOLE 9836 ~442 6019' | TD - 1TH 1 | TD - 1TH 2 | TD - 1TH 3 | FINAL CLASSIFICATION SUSP. OPER. |
|---|---|---|---|---|
| REF. NO. DT3248 | REF. NO. 4005 8500 | REF. NO. | REF. NO. | |

Exhibit 6
Page 49 of 105

OPERATOR  DT3248  WELL NO.  LEASE  CARD NO.

OFFSHORE AREA  ABML BLOCK  FIELD

| DATE | DEPTH | MUD | REMARKS |
|---|---|---|---|
| 3-22-84 | | | LOC. |
| 8-17-84 | Ø1400 | 10 | DRLG. |
| 8-14-84 | Ø4417 | 10.2 | DRLG. GR-ISFS @ 3550. NO SWC. |
| | | | (10) SET 13 3/8" CSG. |
| 8-21-84 | TD5820 | 13 | DIL-S-GR @ 5820 HRD @ 5800 NO |
| | | | SWC. RNG CSG. |
| 8-29-84 | TD6634 | 15.1 | SET 9 5/8"CSG. FLOWED @ 5176 |
| | | | W/14.4#. C&C,GCM |
| 9-5-84 | TD8445 | 15.7 | P/LOG. |
| 9-12-84 | TD8445 | 15.7 | DIL-S-GR  FDC-CNL-GR @ 8440, HRD |
| | | | 8445. SWC (15.7) SET 7 5/8" CSG. |
| | | | WOC. |
| 9-18-84 | Ø8659 | 16.5 | DRLG. |
| 9-26-84 | TD9836 | 16.8 | GR-DIL-S-DM @ 9543 H/B NO SWC |
| | | | P/RN    VSP. |
| 10-3-84 | TD9836 | 15.7 | V.S. 9300-500, RET 8341. SOZED. |
| | | | O.H.. NO O.H.P.. TSTG WELL. |
| 10-10-84 | TD9836 | 15.7 | TESTED. RET 5112. CC AML |
| | | | RR  10-8-84. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**HSIEHTEX 00022**

Exhibit 6
Page 50 of 105

## EXPLORATION DEPARTMENT

| CORRELATED | date: | Initial |  |
|---|---|---|---|
| Start Tops | | | |
| Faults | | | |
| Sand Count | | | |
| 1-A | | | |
| | | | |

HSIEHTEX 00023

Exhibit 6
Page 51 of 105



HSIEHTEX 00024

Exhibit 6
Page 52 of 105

| DATE | DEPTH | STATUS | MUD | E. LOG | CSG. | REMARKS |
|---|---|---|---|---|---|---|
| )-11-84 | 4000' | WOC | 10.0 | | 30" @ 344w/172 | |
| | | | | | 20" @ 707' | |
| | | | | | 13-3/8" @ | |
| | | | | | 4000w/1200' | |
| 9/19 | 5386 | ∅ | 10.2 | | | |
| 9/26 | 7126 | R.N.D. C.S.G. | 14.1 | | | DILS/SFL/SONIC R. @ 7126 - SWC's |
| 10/3 | 8082 | ∅ | 16.3 | 994@ 7126 4/1500 | | |
| 10/10 | .8790 | C.M.T.G. | 16.5 | 73/8"L - 0300 - 8755 | | DILS/GR C. 8790' -SWC's |
| 10/17 | 9387 | ∅ | 16.8 | | | (CORR. INED 10/10/84) |
| 10/24 | 10557 | C+C | 16.1 | | | Losing Cir. |
| 10/31 | 11505 | TARRING | 16.3 | | | S+K. D/P @ 11500 |
| 11/7 | ✓ | R. to S/r | 16.5 | | | TOF @ 10384 |
| 11/14 | 1505 | " | 16.5 | | | S/r @ 8941 |
| 9 | 10165 | ∅ | 16.5 | | | |
| 11/20* | 10713 | 'Fishg. | ✓ | | | S+K. D/P @ 10670 |
| 11/28* | ✓ | R. 40 S/r | ✓ | | | F.O.F. @ 10166 |
| 12/5* | ✓ | | ✓ | | | S /r @ 9763 |
| 4* | 10600 | R.N.G. LINED | 16.5 | | | No Loss |
| 12/12** | 10604 | 7+16. CSG. | ✓ | 5½"L:8032-10602w/130 | | |
| 12/19** | 11570 | ∅ | ✓ | | | |
| 11/3/85** | 12000 12.29 | | ✓ | | | IND/FDC/CNL/GR @/2000 N&SWC's<br>R67 @ 10574 4/10o No OHP<br>CCBMC |

HSIEHTEX 00025

Exhibit 6
Page 53 of 105

The well core location and borehole reference data were furnished by the customer.

| | | | | | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| Run No. | 511 | RN 1 | | | Type Log | DEPTH | Scale Up Hole | Scale Down Hole |
| Service Order No | 137132 | 135774 | | | | | | |
| Fluid Level | FULL | FULL | | | | | | |
| Speed F.P.M. | | | | | | | | |
| Salinity ppm. cl | 5200 | 5100 | | | | | | |
| **EQUIPMENT DATA** | | | | | | | | |
| Panel | | 1376 | | | | | | |
| CU | KB4271 | LC2426 | | | | | | |
| Sonde | EC1187 | 1355 | | | | | | |
| ICD | 871 | | | | | | | |
| TCU | 6721 | | | | **REMARKS** | | | |
| TILE | | W2062 | | | R-1 | | | |
| TH | | 107 | | | | | | |
| TLS | | 11 | | | R-2 ECH-KR 248 | | | |
| **CALIBRATION DATA** | | | | | | | | |
| SBR | | | | | | | | |
| ILD Sonde Error | 4.9 | 5.5 | | | | | | |
| ILM Sonde Error | 5.8 | 5.5 | | | | | | |
| S.E. Set in Hole - Depth | | | | | | | | |
| S.E. Corr - Hole Size | | | | | | | | |
| G.R. Background | | | | | | | | |
| G.R. Source | 171 | 169 | | | | | | |
| T.C. Col. | AUTO | AUTO | | | | | | |
| **LOGGING DATA** | | | | | | | | |
| SBR | | | | | | | | |
| ILD Sonde Error Log | 6.9 | 5.5 | | | | | | |
| ILM Sonde Error Log | 5.8 | 5.5 | | | | | | |
| G.R. Scale per 100 Div. | 10-110 | 10-110 | | | | | | |
| G.R. T.C. Log | AUTO | AUTO | | | | | | |

HSIEHTEX 00026

Exhibit 6
Page 54 of 105

436023015

**WELL DESCRIPTION**

'N. NO.→ ☐☐☐☐☐

12-30-84 **LOCATION**

GRID NO. 27-97-10
PERMIT NO.
SURFACE
1127' FNL & 2844' FEL of Bk. 882-

ₓₐ
UNTY Mustang Island BLOCK 882-S        FIELD 882-S
ERATOR Texaco        S.L. 90099 OCS        WELL NO. 1

X = 2,455,932        Y = 754,823
ZONE 4205        D/WTR 39 DIST/SHORE
PBHL
ACT/BHL        TVD

TIAL CLASS        FINAL        JV        F/O

**DRILLING HISTORY**

INTRACTOR/RIG Phoenix Seadrill / R.M. Womack?
UD 9/3/84        COMPLETION        ELEV. 13.3

| :OMPLETION RECORD: | | | | | EFFECTIVES: | MIS C.: |
|---|---|---|---|---|---|---|
| Pf₁ | FARO | | | ₈ᴿᴸₒₒ | 1" DISFL Sonic | PTD 12,000' |
| | MCFG | CH | TP | – | 5" Comp. Formation Densi | DIST. PROD |
| | Gty | | SI | | 6" IEL | T/SALT |
| | | | | | | B/SALT |
| Pfs | FARO | | | ᵈᶜ/ₛₚₗₒₒ | | T.D. LOGGED |
| | MCFG | CH | TP | | | E. LOG REC. |
| | Gty | | SI | | | D/S REC. |
| | | | | | | PALEO TYPE' |
| Ps | FARO | | | ᵈᶜ/ₛₚₗₒₒ | | SMPLS. ORDERED |
| | MCFG | CH | TP | | | OTHER SURVEYS |
| | Gty | | SI | | | |
| | | FARO | | ᵈᶜ/ₛₚₗₒₒ | | |
| | MCFG | | TP | | | |

HSIEHTEX 00027

Exhibit 6
Page 55 of 105



17-710-4D988

**Schlumberger**    DUAL INDUCTION-SEL-SONIC
WITH LINEAR CORRELATION LOG

NOTED SONNIER

| | |
|---|---|
| COMPANY | TEXACO, INCORPORATED |
| WELL | OCS G 3575 WELL #1 |
| FIELD | EUGENE ISLAND AREA BLOCK 274 |
| COUNTY | OFFSHORE    STATE LOUISIANA |

API SERIAL NO  1771040988

Other Services:
CNL/FDC
CYBERLOOK
FILE COPY

| | | |
|---|---|---|
| Permanent Datum: | MWL | Elev.: K.B. 83.0 |
| Log Measured From | KB    83.0 above M.... Datum | D.F. 82.0 |
| Drilling Measured From | KB | MWL |

| | | | |
|---|---|---|---|
| Date | 6/30/82 | 7/06/82 | 7/11/82 |
| Run No. | ONE | TWO | THREE |
| Depth-Driller | 5392 | 5392 | 6556 |
| Depth-Logger | 5394 | 5400 | 6562 |
| Btm. Log-Interval | 5388 | 5394 | 6558 |
| Top Log Interval | 1293 | 4323 | 5346 |
| Casing-Driller | 20" @1231 | 13.25"@4352 | 9⅝" @5350 |
| Casing-Logger | 1233 | 4323 | 5346 |
| Bit Size | 12 1/4" | 12 1/4" | 8.5" |
| Type Fluid in Hole | LIGNOSULF. | LIGNOSULF. | LIGNOSULF. |
| Dens.    Visc. | 10.5  42 | 13.0  43 | 15.6  45 |
| pH    Fluid Loss | 10.5  -  ml | 11.5  9.6ml | 11.5  7.0ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.46 @85  F | 0.39 @76  °F | 0.64 @85  °F |
| Rmf @ Meas. Temp. | 0.26 @85  °F | 0.21 @76  °F | 0.33 @85  °F |
| Rmc @ Meas. Temp. | 0.62 @85  °F | 0.87 @76  °F | 1.21 @85  °F |
| Source: Rmf  Rmc | PRESS PRESS | FILTER PRE. | PRESS PRESS |
| Rm @ BHT | 0.31 @130 °F | 0.21 @139°F | 0.37 @150°F |
| Circulation Stopped | 1200  6/30 | 1700  7/05 | 1000  7/11 |
| Logger on Bottom | -  - | 2200  7/05 | 1530  - |
| Max. Rec. Temp. | 130°  F | 139°  F | 150°  F |
| Equip.  Location | F-241 MCOS | F-241 MCOS | F-241 MCOS |
| Recorded By | ROOKS | EDWARDS | YOUNG/BURKE |
| Witnessed By MR. | BOUDREAUX | PUFFER | HELLER/COMBS |

HSIEHTEX 00028

Exhibit 6
Page 56 of 105

HSIEHTEX 00029

Exhibit 6
Page 57 of 105

| DATE | DEPTH | STATU | MUD | E. LOG | CSC. | REMARKS |
|---|---|---|---|---|---|---|
| /23/82 | | Rig | | | | ARCO   1/12 OBR convertible to |
| | | rout | | | | 33-1   WI |
| 6-30 | 1485 | Ø | 8/ | | 30"C 539N/104 | |
| | | | | | 20"C 1331 w/1150 | |
| 7-7 | 5392 | Logging | 13 | | 13/RC 4582 | 04592: 15F/GR/SON/FDC/CNL@ |
| | | | | | w/10520 | 4592 - No SNC (10.5) |
| | | | | | | 15F/GR/SON @ 5392 |
| | | | | | | FDC/CNL @ 5392 |
| 7-14 | 6556 | Rigging | 156 | | 95/RC 5350 | @ 5392: FDC & NL @ 5392 |
| | (7-11-82) | | | | w/1150 | HRD @ 5392 - SWC's |
| | | | | | | 15FS/GR /FDC/CNL/GR/ HRD/V.S. |
| | | | | | | @ TD - SWC's  (1) O.H.P. |
| | | | | | | RET. @ 5240 |
| 7-24 | 6556 | | ✓ | | | |
| | | | | | | D & A |
| | | | | | | 7-18-82 |
| | | | | | | |
| | | | | | | CCBAL (DID NOT EARN |
| | | | | | | F/O). |

FOLD HERE — The well name, location and borehole reference data were furnished by the customer.

| RUN NO. | ONE | TWO | THREE | | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Service Order No. | 128545 | 127696 | 128531 | | | | | |
| Fluid Level | FULL | FULL | FULL | | | | | |
| Salinity, PPM Cl. | 13000 | 14000 | — | | | | | |
| **EQUIPMENT DATA** | | | | | | | | |
| Ind. Panel No. | BD-1395 | BD-1395 | BD-1395 | | | | | |
| Mem. Panel No. | — | — | — | | | | | |
| Ind. Cart. No. | DA-148 | DA-1100 | DA-121 | | | | | |
| Ind. Sonde No. | EC-1262 | EA-388 | — | | | | | |
| Sonic Panel No. | DA-1689 | SC-445 | SB-83 | | **REMARKS:** | | | |
| Oscil Panel No. | — | — | — | | RUN 1: CHLORIDES 13,000. | | | |
| Sonic Cart. No. | MA-31 | FA-1086 | FA-1631 | | RUN 2: CHLORIDES 14,000. | | | |
| Sonic Sonde No. | — | — | — | | RUN 3: RIG: OCEAN ROVER STRAIGHT | | | |
| G. R. Cart. No. | JC-2420 | JAA-1248 | JC-2481 | | HOLE WATER DEPTH 350. | | | |
| G. R. Panel No. | — | — | — | | | | | |
| Caliper No. | — | — | — | | | | | |
| TTR No. | — | — | — | | | | | |
| DRE No. | — | — | — | | | | | |
| CPW No. | — | — | — | | | | | |
| Centralizer Device | — | — | — | | | | | |
| **CALIBRATION DATA** | | | | | | | | |
| Surf. ILD S.E. | — | — | — | | | | | |
| Surf. ILM S.E. | — | — | — | | | | | |
| ILD S.E. Corrected | — | — | — | | | | | |
| ILM S.E. Corrected | — | — | — | | | | | |
| Depth ILD & ILM Zero Set | — | — | — | | | | | |
| G. R. BKGD CPS. | — | — | — | | | | | |
| G. R. Source CPS. | — | — | — | | | | | |
| G. R. Cal. Sens. | — | — | — | | | | | |
| G. R. T. C. CAL. | | | — | | | | | |
| **LOGGING DATA** | | | | | | | | |
| G. R. Sens.-Log | — | — | — | | | | | |
| G. R. T. C.-Log | — | — | — | | | | | |
| Speed-F.P.M. | — | — | — | | | | | |

*7C*

HSIEHTEX 00030

Exhibit 6
Page 58 of 105

HSIEHTEX 00031

Exhibit 6
Page 59 of 105

1771040988

'N NO.——

## WELL DESCRIPTION

| | | |
|---|---|---|
| GRID NO. | 28-91-14 | |
| PERMIT NO. | | |
| SURFACE | | 6225 |

REA
JUNTY Eugene Island  BLOCK 374  FIELD 374
'ERATOR Texaco  S.L.  OCS 3575  WELL NO. 1
(Arco F/O)

1400' FNL & 6100' FWL of Bk. 374
1491

ITIAL CLASS _____ FINAL _____ IV _____ F/O _____
(1/12 ORR CONVT. TO 33 1/3 W.I.)

X = 1,910,070  Y = (-) 201,052
ZONE 1702  D/WTR 338  DIST/SHORE
PBHL _____
ACT/BHL _____  TVD _____

## DRILLING HISTORY

ONTRACTOR/RIG Ocean Rover  TYPE _____
PUD 6-27-80  COMPLETION _____

ELEV. 83

## COMPLETION RECORD:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P Pfz | | | FARO | | BS LOD | | |
| | MCFG | | | CH | TP | | |
| SR | Gry | | | SI | | | |

EFFECTIVES:
FDC / GAMMA RAY
DISF / LONG SPACED SON

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P Pts | | | FARO | | BC BPLOD | | |
| | MCFG | | | CH | TP | | |
| SR | Gry | | | SI | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IP Pts | | | FARO | | BC BPLOD | | |
| | MCFG | | CH | TP | | | |
| | Gry | | | SI | | | |
| | | FARO | | | BC BPLOD | | |
| | MCFG | | CH | TP | | | |

MISC.:
PTD 6500'
DIST. PROD _____
T/SALT _____
B/SALT _____
T.D. LOGGED _____
E. LOG REC. _____
D/S REC. _____
PALEO TYPE _____
SMPLS. ORDERED _____
OTHER SURVEYS _____

**ORIGINAL**
**Schlumberger**

## DUAL INDUCTION-SFL-SONIC
WITH LINEAR CORRELATION LOG

COMPANY __TEXACO INCORPORATED__

17-710-41083

WELL __OCS G 5529 WELL #1 WC__

FIELD __EUGENE ISLAND AREA BLOCK 397__

COUNTY __OFFSHORE__   STATE __LOUISIANA__

| LOCATION | 6224' FNL AND 5344' FWL OF EUGENE ISLAND AREA BLOCK 397 | Other Services: |
|---|---|---|
| API SERIAL NO. 1771041073 | TWP. | RANGE |

Other Services:
HRD, FDC,
CNL, WSS,
TVD, PPQ,
CYBERDIP

Left margin: COMPANY TEXACO INCORPORATED | WELL #1 WC | LOCATION OCS G 5529 | FIELD EUGENE ISLAND AREA | BLOCK 397 | COUNTY OFFSHORE

Right margin: The well name, location and borehole reference data were furnished by the customer.

| | | |
|---|---|---|
| Permanent Datum: | MWL | ; Elev.: 0.0 |
| Log Measured From | KB | 92.0 Ft. Above Perm. Datum |
| Drilling Measured From | KB | |

Elev.: K.B. 92.0
D.F. 91.0
MWL

| | | | | |
|---|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20' @ 1369 | 13 3/8'@3510 | 9 5/8@5801 | 7 5/8'@ 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | #10 SPUD MUD | LIGNOSULF | LOW LIME MOR | LIME MOREX |
| Dens.   Visc. | 10.0   43.0 | 13.0   48.0 | 15.7   48.0 | 16.8   46.0 |
| pH   Fluid Loss | 10.5   16.4ml | 12.0   8.6ml | 12.5   3.6 ml | 12.5   3.8ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.158@ 75 °F | 1.470@76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source: Rmf   Rmc | MEAS   MEAS | MEAS   MEAS | PRESS   PRESS | PRESS   PRESS |
| Rm @ BHT | .543 @110 °F | .533 @132°F | .280 @142 °F | .247 @156°F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip.   Location | F17   MCOH | F17   MCOH | F17   MCOH | F17   MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

Right margin columns:
SCALE CHANGES
| | Type Log | Depth | Scale Up Hole (Scale Down) |
| FOUR | F127965 | | |
| THREE | 127986 | | |
| TWO | 115108 | FULL | |
| ONE | 111377 | FULL | |

RUN NO. | Service Order No. | Fluid Level | Fluid Level

HSIEHTEX 00032

Exhibit 6
Page 60 of 105

HSIEHTEX 00033

The well name, location and borehole reference data were furnished by the customer.

| RUN NO. | ONE | TWO | THREE | FOUR | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| Service Order No. | 111377 | 115108 | 127986 | F127965 | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Fluid Level | FULL | FULL | FULL | FULL | | | | |
| Salinity, PPM CL | 5200 | 5000 | 14500 | 8400 | | | | |
| **EQUIPMENT DATA** | | | | | | | | |
| Ind. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 | | | | |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBC 1681 | CBC 1681 | | | | |
| Ind. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 220 | | | | |
| Ind. Sonde No. | EC 102 | EC 1424 | EC 131 | EC 1136 | | | | |
| Sonic Panel No. | DA 1499 | DA 1449 | DA 1499 | DA 1499 | **REMARKS:** | | | |
| Oscil Panel No. | – | – | – | – | RUN ONE – RIG...OCEAN DRILLER | | | |
| Sonic Cart. No. | MA 20 | FA 1329 | MA 144 | FA 1053 | SONIC XMTR/RCVR 8'–10', 10'–12' | | | |
| Sonic Sonde No. | SC 437 | SC 333 | SC 138 | SB 83 | | | | |
| G. R. Cart. No. | JC 3273 | JC 2052 | JC 3114 | JC 1248 | RUN TWO – RIG: OCEAN DRILLER | | | |
| G. R. Panel No. | BC 1202 | BC 1202 | BC 1202 | BC 1202 | SONIC XMTR/RCVR SPACING IS 8'– | | | |
| GSR | U 114 | U 113 | U 289 | – | 10', 10'–12'. CYCLE SKIPPING | | | |
| TTR No. | – | – | D 2954 | – | DUE TO WASH-OUTS AND GAS-CUT | | | |
| IDW | B 3705 | – | – | – | MUD. MUD WEIGHT CUT BACK TO | | | |
| MIH | – | W 169 | – | – | 12.2 #/GAL FROM 13#/GAL. | | | |
| Centralizer Device | – | – | – | – | | | | |
| **CALIBRATION DATA** | | | | | RUN FOUR – RIG OCEAN DRILLER | | | |
| Surf. ILD S.E. | 7.6 | 5.8 | 5.1 | 5.6 | DRILLERS TD NOT REACHED DUE TO | | | |
| Surf. ILM S.E. | 4.7 | 7.3 | 4.8 | 5.4 | HOLE CONDITIONS. | | | |
| ILD S.E. Corrected @ Depth | – | – | – | – | | | | |
| ILM S.E. Corrected @ Depth | – | – | – | – | | | | |
| Depth ILD & ILM Zero Set | – | – | – | – | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | 15 | | | | |
| G. R. Source CPS. | 147 | 139 | 130 | 150 | | | | |
| G. R. Cal. Sens. | 142 | 141 | 143 | 142 | | | | |
| G. R, T, C. CAL. | AUTO | AUTO | AUTO | | | | | |
| **LOGGING DATA** | | | | | | | | |
| G. R. Sens.-Log | 0–100 | 10–110 | 10–110 | 30––30 | | | | |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | AUTO | | | | |
| Speed-F.P.M. | 60 | 40 | 50 | 40 | | | | |

NN

Exhibit 6
Page 61 of 105



394'                                    41163

L0G00019773

Schlumberger

LITHO-DENSITY / GR

TEXACO

CSU   Field Log

ANY:        TEXACO INCORPORATED

:           OCS-G 5527 #2

FIELD:      BLOCK 394 EUGENE ISLAND
COUNTY:     OFFSHORE
STATE:      LOUISIANA
NATION:     U.S.A.
LOCATION:   6350' FSL & 4526' FEL
            OF BLK. 394 EUGENE ISLAND

PERMANENT DATUM:        MWL          ELEVATIONS-
ELEV. OF PERM. DATUM:    0.0 F           KB:   65.0 F
LOG MEASURED FROM:      RKB             DF:   64.0 F
     65.0 F  ABOVE PERM. DATUM          GL:    0.0 F
DRLG. MEASURED FROM:    RKB

DATE:         1 JUL 87          API SERIAL NO:
RUN NO:       1                 1771041163

DEPTH-DRILLER:      13323.0 F
DEPTH-LOGGER:       13294.0 F
BTM. LOG INTERVAL:  13294.0 F
TOP LOG INTERVAL:    7362.0 F

CASING-DRILLER:      7364.0 F        0.0 F        0.0 F
CASING-LOGGER:       7362.0 F        0.0 F        0.0 F
CASING:             9 5/8"

BIT SIZE:           8 1/2"
   DEPTH:          13323.0 F          0.0 F        0.0 F

P

HSIEHTEX 00034

Exhibit 6
Page 62 of 105



```
                        PROGRAM TAPE NO:          OTHER SERVICES-
                        28.403                    DIT/SLT/GR
                        SERVICE                   LOGNET
                        ORDER NO:                 CORES
                        154389
```

```
TYPE FLUID IN HOLE:     LIME-MOREX
DENSITY:                15.60 LB/G
VISCOSITY:              53.0 S
PH:                     12.5
FLUID LOSS:             1.6 C3
SOURCE OF SAMPLE:       FLOWLINE
RM:                      .712 OHMM AT 82.0 DEGF
RMF:                     .450 OHMM AT 82.0 DEGF
RMC:                    1.115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC:         PRESSED /PRESSED
RM AT BHT:               .335 OHMM AT 182. DEGF
RMF AT BHT:              .212 OHMM AT 182. DEGF
RMC AT BHT:              .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED:     1300 6/30
TIME LOGGER ON BTM.:    1430 7/1

MAX. REC. TEMP:         182.0 DEGF

LOGGING UNIT NO:        135
LOGGING UNIT LOC:       MCOS
RECORDED BY:            GUIDRY/LUCKETT
WITNESSED BY:           A. MERCER / S. MUMME

REMARKS:
```

DIAMOND M CENTURY - CHLORIDES - 5200 PPM

HSIEHTEX 00035

Exhibit 6
Page 63 of 105

```
TIME LOGGER ON BTM.:   1430 7/1

MAX. REC. TEMP:        182.0 DEGF

LOGGING UNIT NO:       135
LOGGING UNIT LOC:      MCOS
RECORDED BY:           GUIDRY/LUCKETT
WITNESSED BY:          A. MERCER / S. MUMME
```

```
REMARKS:

RIG....DIAMOND M CENTURY   CHLORIDES...5200 PPM
NEUTRON CURVE QUESTIONABLE TD TO 12300
SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE GOING DOWN HOLE
NOTE SIMILAR RESPONSE ON REPEAT
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY
```

```
EQUIPMENT NUMBERS-

CNC HB 2047      CNH A 2070      CNB AB 3391      NSR F 1669
NSC E 0882       ECH MKA 0872    DRS C 5763       PDH L 3943
GSR J 8037       PGD G 3945      TCCA 188         SGC SA 101
```

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL  OR
OTHER  MEASUREMENTS  AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES  INCURRED  OR  SUSTAINED BY  ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES.  THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL  TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

```
   CP 28.403A        FILE    2     01-JUL-87 20:57
```

```
EVENT MARK SUMMARY:

OUTPUT   INTERVAL         DEPTH TRACK
         BETWEEN PIPS     EDGE
```

HSIEHTEX 00036

Exhibit 6
Page 64 of 105



Exhibit 6
Page 65 of 105

57

## DUAL-INDUCTION-SFL-SONIC
### WITH LINEAR CORRELATION LOG

**Schlumberger**

| | | |
|---|---|---|
| COMPANY | TEXACO, INCORPORATED | NOTED |
| WELL | OCS G 5527 #2 | 8-7-87 SONNIER |
| FIELD | EUGENE ISLAND AREA BLOCK 394 | |
| COUNTY | OFFSHORE   STATE LOUISIANA | |

LOCATION: 6350' FSL & 4526' FEL OF EUGENE ISLAND AREA BLOCK 394

Other Services: LDT/FDC/CNL

API SERIAL NO. 177104118

| | | | |
|---|---|---|---|
| Permanent Datum: | MWL | Elev.: K.B | 65.0 |
| Log Measured From | KB | 65.0 Ft. Above Perm. Datum | D.F 64.0 |
| Drilling Measured From | KB | | MWL |

| | | | |
|---|---|---|---|
| Date | 9/JUN/87 | 1/JULY/87 | |
| Run No. | ONE | TWO | |
| Depth—Driller | 7403 | 13323 | |
| Depth—Logger | 7405 | 13310 | |
| Btm. Log Interval | 7403 | 13308 | |
| Top Log Interval | 3488 | 7362 | |
| Casing—Driller | 13 3/8"@3490 | 9 5/8" @ 7364 | |
| Casing—Logger | 3488 | 7362 | |
| Bit Size | 12 1/4" | 8 1/2" | |
| Type Fluid in Hole | LIME-MOREX | LIME-MOREX | |
| Dens.   Visc. | 13.00 45.0 | 15.6   53.0 | |
| pH   Fluid Loss | 12.5   8.6 ml | 12.5   1.6 ml | |
| Source of Sample | FLOWLINE | FLOWLINE | |
| Rm @ Meas. Temp. | .435 @79 °F | .712 @82 °F | |
| Rmf @ Meas. Temp. | .210 @79 °F | .450 @82 °F | |
| Rmc @ Meas. Temp. | .909 @79 °F | 1.115 @82 °F | |
| Source: Rmf   Rmc | MEAS. MEAS. | PRESSED | |
| Rm @ BHT | .294 @120 °F | .338 @180 °F | |
| Circulation Stopped | 2100   6/8 | 1300   6/30 | |
| Logger on Bottom | 0230   6/9 | 0755   7/1 | |
| Max. Rec. Temp. | 120 °F | 180 °F | |
| Equip.   Location | F135   MCOS | F135   MCOS | |
| Recorded By | ASHMORE | GUIDRY/LUCKETT | |
| Witnessed By | DE JARNETTE | MERCER/MUMME | |

FILE COPY—GOM OCS REGION

WELL FOLDER

FILE ROOM

MINERALS MANAGEMENT SERVICE
RECEIVED
AUG  7 1987
LAFAYETTE DISTRICT
Gulf of Mexico
OCS Region, Lafayette La.

EXPIRED LEASE
Public Information-
Released by M.M.S.
INC.

FOR U.S. GOVERNMENT USE ONLY

HSIEHTEX 00038

Exhibit 6
Page 66 of 105

The well name, location and barrels reference data were furnished by the customer.

| RUN NO. | ONE | TWO | | |
|---|---|---|---|---|
| Service Order No. | 154336 | 154389 | | |
| Fluid Level | FULL | FULL | | |
| Salinity, PPM CL. | 9,000 | 5200 | | |
| **EQUIPMENT DATA** | | | | |
| Ind. Panel No. | BD251 | – | | |
| Mem. Panel No. | – | – | | |
| Ind. Cart. No. | DA286 | DA1567 | | |
| Ind. Sonde No. | EC620 | EC1136 | | |
| Sonic Panel No. | DA1264 | – | | |
| Oscil Panel No. | – | – | | |
| Sonic Cart. No. | MA144 | FA1631 | | |
| Sonic Sonde No. | ZA502 | ZA0537 | | |
| G. R. Cart. No. | JC4042 | JC2481 | | |
| G. R. Panel No. | BC575 | – | | |
| F.CH | – | KG2573 | | |
| MIH | – | W3001 | | |
| ECH | – | KR1337 | | |
| CPW No. | – | – | | |
| Centralizer Device | – | – | | |
| **CALIBRATION DATA** | | | | |
| Surf. ILD S.E. | 10.9 | 6.5 | | |
| Surf. ILM S.E. | 3.8 | 7.1 | | |
| ILD S.E. Corrected @ Depth | – | – | | |
| ILM S.E. Corrected @ Depth | – | – | | |
| Depth ILD & ILM Zero Set | – | – | | |
| G. R. BKGD CPS. | 5 | 4 | | |
| G. R. Source CPS. | 154 | 127 | | |
| G. R. Col. Sens. | 136 | 131 | | |
| G. R. T. C. CAL. | AUTO | AUTO | | |
| **LOGGING DATA** | | | | |
| G. R. Sens.-Log | 20-120 | 20-120 | | |
| G. R. T. C.-Log | AUTO | AUTO | | |
| Speed-F.P.M. | – | – | | |

| SCALE CHANGES | | | |
|---|---|---|---|
| Type Log | Depth | Scale Up Hole | Scale Down |
| | | | |

REMARKS: RIG: DIAMOND M CENTUR
RUN 1: 1 1/2" STANDOFFS USED
SONIC TOOL. CIRCULATION TIME
- 6 HOURS. THERM. APPROX. 66'
FROM BOTTOM OF TOOL.
SONIC CYCLE SKIPPING AT BOTTO
NOTED ON LOG.
TEMP.=120 & 120 DEG. F.

RUN 2: 1 1/2" STANDOFFS USED
SONIC SONDE AND INDUCTION
CARTRIDGE.
THERMOMETERS APPROX 67' ABOVE
THE BASE OF THE TOOL.

WE APPRECIATE YOUR BUSINESS!



HSIEHTEX 00039

Exhibit 6
Page 67 of 105

April 13, 1982

Pogo Producing Company
P. O. Box 2504
Houston, Texas  77001
  Attn:  Mr. Bill Hubbard

Oxy Petroleum Inc.
P. O. Box 2247
Houston, Texas  77001
  Attn:  Mr. John M. Keahey

Texas Eastern Exploration
P. O. Box 2521
Houston, Texas  77001
  Attn:  Mr. Ron A. Krenzke

                              Re:  High Island Block 200
                                   OCS-G-4575 Well #1

Gentlemen:

The log quality of run #5 for the subject well has been reviewed in
house and with Schlumberger's sale representative.  The overall
quality is poor and most of the data is not useable.

The sonic log is not valid due to excessive spiking caused by
operator error and mechanical hookup difficulties.  The formation
density and neutron log are not yielding proper data.  Both logs
are indicating shale porosities entirely too low and not realistic.
Cause of this problem has not yet been determined.  The entire gamma
ray failed on the FDC-CNL combination.

It is Texaco's intent not to pay for the sonic curve and the entire
FDC-CNL combination log.  Schlumberger's representative has been
informed of our decision.

                         Yours very truly,

                         L. F. Goss
                         Vice-President
                         Offshore Division

CWT:djs

**HSIEHTEX 00040**

Exhibit 6
Page 68 of 105

Form 9-331 C
(May 1963)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
GEOLOGICAL SURVEY

SUBMIT IN TRIPLICATE*
(Other instructions on reverse side)

Form approved.
Budget Bureau No. 42-R1438.

## APPLICATION FOR PERMIT TO DRILL, DEEPEN, OR PLUG BACK

| | | |
|---|---|---|
| 0. LEASE DESIGNATION AND SERIAL NO. | | |
| OCS-G-2868 | | |

1a. TYPE OF WORK    DRILL ☒    DEEPEN ☐    PLUG BACK ☐

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

b. TYPE OF WELL
OIL WELL ☐    GAS WELL ☐    OTHER    SINGLE ZONE ☐    MULTIPLE ZONE ☐

7. UNIT AGREEMENT NAME

2. NAME OF OPERATOR
Texaco Inc.

8. FARM OR LEASE NAME

3. ADDRESS OF OPERATOR
P. O. Box 60252, New Orleans, LA 70160

9. WELL NO.
No. 5

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements.*)
At surface  5500'FSL)
3400'FWL) Blk. 31
At proposed prod. zone  vertical

.10. FIELD AND POOL, OR WILDCAT
Vermilion Blk. 50

11. SEC., T., R., M., OR BLK. AND SURVEY OR AREA
Vermilion Blk. 31

14. DISTANCE IN MILES AND DIRECTION FROM NEAREST TOWN OR POST OFFICE*
Approximately 60 miles southwest of Morgan City, LA

OFF

12. COUNTY OR PARISH | 13. STATE
Vermilion Ph. Bdy., LA

15. DISTANCE FROM PROPOSED* LOCATION TO NEAREST PROPERTY OR LEASE LINE, FT. (Also to nearest drlg. unit line, if any)
3400'

16. NO. OF ACRES IN LEASE
4633.56 Acs.

17. NO. OF ACRES ASSIGNED TO THIS WELL

18. DISTANCE FROM PROPOSED LOCATION* TO NEAREST WELL, DRILLING, COMPLETED, OR APPLIED FOR, ON THIS LEASE, FT.
1622' from Well No. 3

19. PROPOSED DEPTH
15,000'

20. ROTARY OR CABLE TOOLS
Rotary - Noble PR-3

21. ELEVATIONS (Show whether DF, RT, GR, etc.)
RKB - MWL = 40    RKB - ML = 53    WD = 13'

22. APPROX. DATE WORK WILL START*
September, 1982

23.
PROPOSED CASING AND CEMENTING PROGRAM

| SIZE OF HOLE | SIZE OF CASING | WEIGHT PER FOOT | SETTING DEPTH | QUANTITY OF CEMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

PUBLIC INFORMATION COPY

"Best Available Copy"

IN ABOVE SPACE DESCRIBE PROPOSED PROGRAM: If proposal is to deepen or plug back, give data on present productive zone and proposed new productive zone. If proposal is to drill or deepen directionally, give pertinent data on subsurface locations and measured and true vertical depths. Give blowout preventer program, if any.

24.
SIGNED _L. F. Goss/onc_    TITLE  DIVISION VICE-PRESIDENT OFFSHORE DIVISION    DATE  7/14/82
L. F. GOSS
(This space for Federal or State office use)

PERMIT NO.  1/11 940:51

APPROVAL DATE

'Orig. Sgd.' R. H. DANGUSS

APPROVED BY                    TITLE                    DATE  SEP 16 1982
CONDITIONS OF APPROVAL, IF ANY:

*See Instructions On Reverse Side

Wells
BOEM File Name: 48592.pdf,   Page 1 of 9
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00041

Exhibit 6
Page 69 of 105



OCSG-2868

Y = 292,182.82          X = 1,736,744.71

X = 1,721,172.41

TRUE SOUTH

BLOCK 31

OCS-G-2868
WELL NO. 3
SURFACE & PBHL
X = 1,724,572
Y = 284,683

GR. NORTH 5,500 FT.

"Best Available Copy"

GR. EAST
3,400 FT.

Y = 279,182.82          X = 1,736,650.85

TEXACO INC.
USA-OCS-G-2868
VERMILION BLOCK 31
TEXACO LEASE [4,633.56 ACRES]

60 Miles Southwest of Morgan City
Off Vermilion Parish Boundary, Louisiana

SCALE: 1" = 2000'

STATE OF LOUISIANA
RALPH WALDEN
REGISTERED
SURVEYOR

Approved by: _____ Date: 2-2-82
Wells
BOEM File Name: 48592.pdf,  Page 2 of 9
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00042**

Exhibit 6
Page 70 of 105

Form 9-331
Dec. 1973

Form Approved.
Budget Bureau No. 42-R1424

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

**SUNDRY NOTICES AND REPORTS ON WELLS**
(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form 9-331-C for such proposals.)

| | | |
|---|---|---|
| 1. oil well ☐ | gas well ☐ | other |

2. NAME OF OPERATOR
   Texaco Inc.

3. ADDRESS OF OPERATOR
   P. O. Drawer 1219, Morgan City, La.

4. LOCATION OF WELL (REPORT LOCATION CLEARLY. See space 17 below.)
   AT SURFACE: 5500' FSL 3400' FWL of Verm. 31
   AT TOP PROD. INTERVAL:
   AT TOTAL DEPTH:

16. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

REQUEST FOR APPROVAL TO:        SUBSEQUENT REPORT OF:
TEST WATER SHUT-OFF    ☐              ☐
FRACTURE TREAT         ☐              ☐
SHOOT OR ACIDIZE       ☐              ☐
REPAIR WELL            ☐              ☐
PULL OR ALTER CASING   ☐              ☐
MULTIPLE COMPLETE      ☐              ☐
CHANGE ZONES           ☐              ☐
ABANDON*               ☐              ☐
(other) Change Plans X

5. LEASE
   OCS-G-2868

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

7. UNIT AGREEMENT NAME

8. FARM OR LEASE NAME

9. WELL NO.
   #5

10. FIELD OR WILDCAT NAME
    Vermilion 31

11. SEC., T., R., M., OR BLK. AND SURVEY OR AREA
    Vermilion 31

12. COUNTY OR PARISH    13. STATE
(Off) Vermilion    Louisiana

14. API NO.
    17-705-40551

15. ELEVATIONS (SHOW DF, KDB, AND WD)
    RKB-MWL: 39'    WD; 14'

(NOTE: Report results of multiple completion or zone change on Form 9-330.)

17. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, and give pertinent dates, including estimated date of starting any proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones pertinent to this work.)*

Subsurface Safety valve: manu. and type _____

18. I hereby certify that the foregoing is true and correct

SIGNED _____    TITLE ___ D.P.E. ___    DATE ___ October 19, 1982 ___

(This space for Federal or State office use)

APPROVED BY _____    TITLE _____    DATE _____
CONDITIONS OF APPROVAL, IF ANY:
Verbal approval given J. R. Stark by B. Stewart 10-19-82.

**PUBLIC INFORMATION**
*See instructions on Reverse Side

Wells
BOEM Well Name: TBD2mp2. / Page 3 of 9
File Stamp courtesy of OCSBBS.COM

705-40551

HSIEHTEX 00043

Exhibit 6
Page 71 of 105

Form 1-310
(Rev. 4-44)

Ⓐ

SUBMIT IN DUPLICATE*
(See other instructions on reverse side)

Form approved.
Budget Bureau No. 42-R351.1

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
GEOLOGICAL SURVEY

5. LEASE DESIGNATION AND SERIAL
OCS-G-2868

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

## WELL COMPLETION OR RECOMPLETION REPORT AND LOG*

1a. TYPE OF WELL:  OIL WELL ☐  GAS WELL ☒  DRY ☐  OTHER  Shut in

7. UNIT AGREEMENT NAME

b. TYPE OF COMPLETION:
NEW WELL ☒  WORK OVER ☐  DEEP-EN ☐  PLUG BACK ☐  DIFF. RESVR. ☐  Other ☐

8. FARM OR LEASE NAME

2. NAME OF OPERATOR
   Texaco Inc.

8. WELL NO.
   5

3. ADDRESS OF OPERATOR
   P. O. Drawer 1219, Morgan City, Louisiana 70381

10. FIELD AND POOL, OR WILDCAT
    Vermilion Blk. 50

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements)*

At surface    5501' FSL 3410' FWL of Vermilion 31

11. SEC., T., R., M., OR BLOCK AND SURVEY OR AREA
    Vermilion Blk. 31

At top prod. lateral reported below

At total depth    (Vertical)

| 14. PERMIT NO. | DATE ISSUED | 12. COUNTY OR PARISH | 13. STATE |
|---|---|---|---|
| 17-705-405510081 | 9-16-82 (OEI) Vermilion | Louisiana |

15. DATE SPUDDED | 16. DATE T.D. REACHED | 17. DATE COMPL. (Ready to prod.) | 18. ELEVATIONS (DF, RKB, RT, GR, ETC.)* | 19. ELEV. CASINGHEAD
10-23-82 | 12-8-82 | Off log. 1-3-83 | WD: 14' RKB-MWL: 42' | 9' abv. wtr.

20. TOTAL DEPTH, MD & TVD | 21. PLUG BACK T.D., MD & TVD | 22. IF MULTIPLE COMPL., HOW MANY? | 23. INTERVALS DRILLED BY | CABLE TOOLS
14525' | 14460' | | ROTARY TOOLS | X

25. WAS DIRECTIONAL SURVEY MADE
    Yes

24. PRODUCING INTERVAL(S) - TOP, BOTTOM, NAME (MD AND TVD)*

Rob L-2 Sd. w/top @ 14359' MD    14358' TVD
Seg. 670    w/btm @ 14456' MD    14443' TVD

26. WELL CORED

26. TYPE ELECTRIC AND OTHER LOGS RUN
    ISF-Sonic-GR; FDC-CNL; HRD

**GEOLOGICAL SURVEY**
**RECEIVED**
SEP 08 1993
LAKE CHARLES

28. CASING RECORD (Report all strings set in well)

| CASING SIZE | WEIGHT, LB./FT. | DEPTH SET (MD) | HOLE SIZE | | | | SETTING DEPTH (MD) |
|---|---|---|---|---|---|---|---|
| 30" | Driven | 197' w/141' penetration | | | | |
| 16" | 75# | 819' | 17-1/2" | Cmtd. w/ | | |
| 10-3/4" | 40.5# | 3815' | 14-3/4" | Cmtd. w/2000 | | |
| 7-5/8" | 39# | 12550' | 9-7/8" | Cmtd. w/1600 sx. cement | | |

29. LINER RECORD

| SIZE | TOP (MD) | BOTTOM (MD) | SACKS CEMENT | 30. |  |  | TUBING RECORD |  |
|---|---|---|---|---|---|---|---|---|
| | | | | SCREEN (MD) | | SIZE | DEPTH SET (MD) | PACKER SET (MD) |
| 5" | 12256' | 14502' | 700 | | | 2-7/8" | 14150' | 14150' |
| | | | | | | 6 3-1/2" | | |

31. PERFORATION RECORD (Interval, size and number)
    14356-14368'
    14390-14430'

32. ACID, SHOT, FRACTURE, CEMENT SQUEEZE, ETC.

| DEPTH INTERVAL (MD) | AMOUNT AND KIND OF MATERIAL USED |
|---|---|
| N/A | |

33.* PRODUCTION

| DATE FIRST PRODUCTION | PRODUCTION METHOD (Flowing, gas lift, pumping—size and type of pump) | WELL STATUS (Producing or shut-in) |
|---|---|---|
| N/A | | Shut in |

| DATE OF TEST | HOURS TESTED | CHOKE SIZE | PROD'N FOR TEST PERIOD | OIL—BBL. | GAS—Mcf | WATER—BBL | GAS-OIL RATIO |
|---|---|---|---|---|---|---|---|
| 1-3-83 | 2 | Adj. | | | | | 9951 |

| FLOW. TUBING PRESS. | CASING PRESSURE | CALCULATED 24-HOUR RATE | OIL—BBL. | GAS—Mcf. | WATER BBL. | OIL GRAVITY API (CORR.) |
|---|---|---|---|---|---|---|
| 7050 | 8466 SITP | | 749 | 7450 | 0% | 44.6° |

34. DISPOSITION OF GAS (Sold, used for fuel, vented, etc.)
    Flared

TEST WITNESSED BY

35. LIST OF ATTACHMENTS
    Directional Surveys

36. I hereby certify that the foregoing and attached information is complete and correct as determined from all available records

SIGNED _(signature)_   TITLE District Petroleum Engineer   DATE 1-14-83

*(See Instructions and Spaces for Additional Data on Reverse Side)*

"DR" plugs @ 3506' & 2999'

**PUBLIC INFORMATION**

NOTED - SIMPSON

Wells
BOEM File Name: 48592.pdf,  Page 4 of 9
File Stamp courtesy of OCSBBS.COM
17-705-4055100

**HSIEHTEX 00044**

Exhibit 6
Page 72 of 105

(Expires July 31, 1986)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**MINERALS MANAGEMENT SERVICE**

**SUNDRY NOTICES AND REPORTS ON WELLS**

Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form MMS-331-C for such proposals.)

| 5. LEASE NO. |
| OCS-G-2868 |
| 6. AREA & BLOCK |
| VERMILION BLOCK 31 |
| 7. WELL NO. |
| 5 |
| 8. UNIT AGREEMENT |
| 9. FIELD |
| VERMILION BLOCK 50 |
| 10. |
| EXPLORATION ☐ |
| DEVELOPMENT ☒ |

1.  oil well ☐    gas well ☒    other
2.  NAME OF OPERATOR
    TEXACO INC.
3.  ADDRESS OF OPERATOR (Where form is completed)
    P. O. DRAWER 1219, MORGAN CITY, LA.   70381
4.  LOCATION OF WELL (Report location in accordance with instructions* and Item 16.)

    AT SURFACE: 5501' FSL & 3410' FWL OF VERMILION BLK 31
    AT TOP PROD. INTERVAL:
    AT TOTAL DEPTH:    VERTICAL

| 11. ADJACENT STATE |
| LOUISIANA |
| 12. API NO. |
| 17-705-40551008? |
| 13. ELEVATIONS |
| RKB -MWL = 42' DF |
| 14. WATER DEPTH |
| 15' |

15. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: |
| --- | --- | --- |
| ACIDIZE | ☐ | ☐ |
| REPAIR WELL | ☐ | ☒ |
| PULL OR ALTER CASING | ☐ | ☐ |
| MULTIPLE COMPLETE | ☐ | ☐ |
| CHANGE ZONES | ☐ | ☒ |
| PERFORATE | ☐ | ☒ |
| PERMANENT ABANDONMENT | ☐ | ☐ |
| TEMPORARY ABANDONMENT | ☐ | ☐ |
| ARTIFICIAL LIFT | ☐ | ☐ |
| Other | | |

*MINERALS MANAGEMENT SERVICE*
**RECEIVED**
**AUG 25 1989**
*Gulf of Mexico OCS Region, Lafayette, LA.*
LAFAYETTE
DISTRICT

NOTE: Report results of multiple completion or zone change on Form MMS-330.)

PUBLIC INFORMATION

17. I hereby certify that the foregoing is true and correct

SIGNED _____    TITLE SENIOR WO & COMPLETIONS ENGINEER    DATE 8/23/89

(This space for Federal or State office use)

APPROVED    (Orig. Sgd.) E. G. Hubble    TITLE _____    DATE AUG 2 7 1989
CONDITIONS OF APPROVAL, IF ANY:    E. G. Hubble
                                    District Supervisor
                                    Lafayette District

Form MMS-331 (May 1983)
(Supersedes USGS Form 9-331
which will not be used)

*See instructions on reverse

Wells
BOEM File Name: 48592.pdf,   Page 5 of 9
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00045

Exhibit 6
Page 73 of 105

PI

| | UNITED STATES DEPARTMENT OF THE INTERIOR<br>MINERALS MANAGEMENT SERVICE | 5. LEASE NUMBER:<br>OCS-G-2868 |
|---|---|---|
| 3 MMS 4 I PI | SUNDRY NOTICES AND REPORTS ON WELLS | 6. AREA & BLOCK:<br>VERMILION BLOCK 31 |

| 1. OIL WELL | | GAS WELL | X | OTHER: | |
|---|---|---|---|---|---|

2. NAME OF OPERATOR: TEXACO INC.

3. ADDRESS OF OPERATOR: P. O. DRAWER 1219, MORGAN CITY, LA. 70381-1219

4. LOCATION OF WELL:
AT SURFACE: 5501'FSL & 3410'FWL OF VERMILION BLOCK 31
AT TOP OF PROD. INTERVAL: (VERTICAL)
AT TOTAL DEPTH: (VERTICAL)

| 7. WELL NUMBER: | 5 |
|---|---|
| 8. UNIT AGREEMENT: | N/A |
| 9. FIELD: | VERMILION BLOCK 50 |

15. CHECK APPROPRIATE BOX TO INDICATE NATURE, REPORT, OR OTHER DATA.

| | REQUEST FOR APPROVAL TO: | SUBSEQUENT REPORT OF: |
|---|---|---|
| ACIDIZE | | |
| REPAIR WELL | | |
| PULL OR ALTER CASING | | |
| MULTIPLE COMPLETE | | |
| CHANGE ZONES | X | |
| PERFORATE | X | |
| PERMANENT ABANDONMENT | | |
| TEMPORARY ABANDONMENT | | |
| ARTIFICAL LIFT | | |

| 10. EXPLORATION: | |
|---|---|
| DEVELOPMENT: | X |
| 11. ADJACENT STATE:<br>LOUISIANA | |
| 12. API NUMBER:<br>17-705-405310081 | |
| 13. ELEVATION RKB-MWL:<br>42' | |
| 14. WATER DEPTH FEET:<br>15' | |

APPROVED
JUL 17 1989

PUBLIC INFORMATION

| SUBSURFACE SAFETY VALVE: MANU. AND TYPE | OTIS "J8" 9V | SET @ | 2999 | FT. |
|---|---|---|---|---|

17. I HEREBY CERTIFY THAT THE FOREGOING IS TRUE AND CORRECT

| SIGNED | | TITLE | DISTRICT REMEDIAL ENGINEER | DATE 7-10-89 |
|---|---|---|---|---|

| APPROVED (the Dist) F. G. Pobble | TITLE | DATE |
|---|---|---|

CONDITIONS OF APPROVAL, IF ANY:

Wells    FORM MMS-331 (MAY 1983)
BOEM File Name: 48592.pdf,  Page 6 of 9
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

**HSIEHTEX 00046**

Exhibit 6
Page 74 of 105

PI

UNITED STATES
DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE

| 1. OIL WELL | | GAS WELL | X | OTHER: | |

2. TEXACO INC

3. P.O. DRAWER 1219. MORGAN CITY, LA 70381-1219

4. LOCATION OF WELL:
   SURFACE: 5501' FSL & 3410' FSL of Verm Blk 31
   PRODUCTION:  (Vertical)
   TOTAL DEPTH:  (Vertical)

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: | |
|---|---|---|---|
| Acidize | [   ] | [   ] |
| Repair well | [   ] | [   ] |
| Pull or alter casing | [   ] | [   ] |
| Multiple complete | [   ] | [   ] |
| Change zones | [ X ] | [   ] |
| Perforate | [ X ] | [   ] |
| Permanent Abandonment | [   ] | [   ] |
| Temporary Abandonment | [   ] | [   ] |
| Artifical Lift | [   ] | [   ] |
| (Other) | [   ] | [   ] |

5. LEASE NO:
   OCS-G 2868

6. AREA & BLOCK:
   Vermilion Blk 31

7. WELL NO:
   5

8. UNIT AGREEMENT:
   N/A

9. FIELD:
   Vermilion Blk 50

10. EXPLORATION  [   ]

    DEVELOPMENT  [ X ]

11. ADJACENT STATE:
    Louisiana

12. API NO:
    17-705-40551002

13. ELEVATION:
    RKB-MWL:  42'

14. WATER DEPTH:
    15'

PUBLIC INFORMATION



RECEIVED
NOV 16 1989
LAFAYETTE
DISTRICT

Subsurface safety valve: Manu. and Type:  Otis "FXE"   Set @ 501  Ft
17. I hereby certify that the foregoing is true and correct:

SIGNED: J. B. Williams / BM   TITLE: SENIOR WO & COMP. ENGR.   DATE: 11-7-89

APPROVED  (signed) E. G. Hubble   TITLE   E. G. Hubble   DATE
CONDITIONS OF APPROVAL, IF ANY:              District Supervisor
                                             Lafayette District

FORM MMS-331 (MAY 1983)

Wells
BOEM File Name: 48592.pdf,  Page 7 of 9
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00047

Exhibit 6
Page 75 of 105

UNITED STATES
DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE

PI

| 1. OIL WELL | | GAS WELL | X | OTHER: |
|---|---|---|---|---|

2. TEXACO INC

3. P.O. DRAWER 1219. MORGAN CITY, LA 70381-1219

4. LOCATION OF WELL:
   SURFACE: 5501' FSL & 1410' FWL of Verm Blk 31
   PRODUCTION:   (Vertical)
   TOTAL DEPTH:  (Vertical)

| REQUEST FOR APPROVAL TO: | | | SUBSEQUENT REPORT OF: | |
|---|---|---|---|---|
| Acidize | [ ] | | [ ] | |
| Repair well | [ ] | | [ ] | |
| Pull or alter casing | [ ] | | [ ] | |
| Multiple complete | [ ] | | [ ] | |
| Change zones | [ ] | | [ X ] | |
| Perforate | [ ] | | [ X ] | |
| Permanent Abandonment | [ ] | | [ ] | |
| Temporary Abandonment | [ ] | | [ ] | |
| Artifical Lift | [ ] | | [ ] | |
| (Other) | [ ] | | [ ] | |

5. LEASE NO:
   OCS-G 2868

6. AREA & BLOCK:
   Vermilion Blk 31

7. WELL NO:
   5

8. UNIT AGREEMENT:
   N/A

9. FIELD:
   Vermilion Blk 50

10. EXPLORATION   [   ]

    DEVELOPMENT   [ X ]

11. ADJACENT STATE:
    Louisiana

12. API NO:
    17-705-4055100S3

13. ELEVATION:
    RKB-MWL: 42'

14. WATER DEPTH:
    15'

MINERALS MANAGEMENT SERVICE
RECEIVED
DEC 29 1989
LAFAYETTE DISTRICT
Gulf of Mexico OCS Region, Lafayette, LA

PUBLIC INFORMATION

Subsurface safety valve: Manu. and Type: ___Otis "FXE"___  Set @ ___501___ Ft
17. I hereby certify that the foregoing is true and correct.

SIGNED: L.J. Brady/BJM        TITLE: SENIOR WO & COMP ENGINEER  DATE: 12/20/89

(Sgd.) E. G. Hubble

APPROVED _____   TITLE _____   DATE _____

CONDITIONS OF APPROVAL, IF ANY:

FORM MMS-331 (MAY 1983)

PUBLIC INFORMATION

Wells
BOEM File Name: 48592.pdf,  Page 8 of 9

HSIEHTEX 00048

Exhibit 6
Page 76 of 105



PI

UNITED STATES
DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE

| 5. LEASE NO: OCS-G 2868 |
| --- |

| 1. OIL WELL | | GAS WELL | X | OTHER: | |
| --- | --- | --- | --- | --- | --- |

| 6. AREA & BLOCK: Vermilion Block 31 |
| --- |

2. TEXACO INC

| 7. WELL NO: 5 |
| --- |

3. P.O. DRAWER 1219. MORGAN CITY, LA 70381-1219

| 8. UNIT AGREEMENT: N/A |
| --- |

4. LOCATION OF WELL:
   SURFACE: 5501' FSL & 3410' FWL of Verm Blk 31
   PRODUCTION:  (Vertical)
   TOTAL DEPTH:  (Vertical)

| 9. FIELD: Vermilion Block 50 |
| --- |

REQUEST FOR APPROVAL TO:        SUBSEQUENT REPORT OF:

| | | | |
| --- | --- | --- | --- |
| Acidize | [ ] | [ ] | |
| Repair well | [ ] | [ ] | |
| Pull or alter casing | [ ] | [ ] | |
| Multiple complete | [ ] | [ ] | |
| Change zones | [ ] | [ ] | |
| Perforate | [ ] | [ ] | |
| Permanent Abandonment | [ ] | [ ] | |
| Temporary Abandonment | [ ] | [ ] | |
| Artificial Lift | [ ] | [ ] | |
| Change Segment | [ ] | [ X ] | |

| 10. EXPLORATION   [ ] |
| --- |
| DEVELOPMENT   [ X ] |

| 11. ADJACENT STATE: Louisiana |
| --- |

| 12. API NO: 17-705-4055100S3 |
| --- |

| 13. ELEVATION: RKB-MWL: 42' |
| --- |

| 14. WATER DEPTH: 15' |
| --- |

MINERALS MANAGEMENT SERVICE
RECEIVED
JAN 08 1990
LAFAYETTE
DISTRICT
Gulf of Mexico OCS Region, Lafayette, LA

PUBLIC INFORMATION

Subsurface Safety Valve: Manu. and Type: Otis "FXE"    Set @ ___

17. I hereby certify that the foregoing is true and correct:

SIGNED: _____    TITLE: SR. W.O. & COMP. ENGINEER    DATE: 1/3/90

| APPROVED | _____ | TITLE | F. G. Hubble | DATE | JAN 08 1990 |
| --- | --- | --- | --- | --- | --- |
| CONDITIONS OF APPROVAL, IF ANY: | | | District Supervisor | | |
| | | | Lafayette District | | |

FORM MMS-331 (MAY 1983)

Wells
BOEM File Name: 48592.pdf.  Page 9 of 9
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00049

Exhibit 6
Page 77 of 105



*P1*

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
## MINERALS MANAGEMENT SERVICE

| 1. OIL WELL | | GAS WELL | X | OTHER: |
|---|---|---|---|---|

2. TEXACO USA. (ATTN: RUDOLPH P. CARRERE)

3. P.O. BOX 61050, NEW ORLEANS, LA 70161-1050

4. LOCATION OF WELL:
SURFACE:7746'FSL & 6989'FEL OF VERMILION BLK 30
PRODUCTION: '
TOTAL DEPTH:

5. LEASE NO:
OCS-G 2868

6. AREA & BLOCK:
VERMILION 31

7. WELL NO:
4

8. UNIT AGREEMENT:
N/A

9. FIELD:
VERMILION 50

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: |
|---|---|---|
| Acidize | [ ] | [ ] |
| Repair well | [ ] | [ X ] |
| Pull or alter casing | [ ] | [ ] |
| Multiple complete | [ ] | [ ] |
| Change zones | [ ] | [ ] |
| Perforate | [ ] | [ X ] |
| Permanent Abandonment | [ ] | [ ] |
| Temporary Abandonment | [ ] | |
| Artifical Lift | [ ] | |
| (Other) | [ ] | |

RECEIVED
NOV 07 1991
LAFAYETTE
DISTRICT

10. EXPLORATION    [    ]
DEVELOPMENT    [ X ]

11. ADJACENT STATE:
LOUISIANA

12. API NO:
17-705-40538-0OS2

13. ELEVATION:
RKB-MWL: 39'

14. WATER DEPTH:
11'

16. DESCRIBE PROPOSED OR COMPLETED OPERATION:

Subsurface safety valve: Manu. and Type: OTIS "FXE" SV  Set @    529    FT.

17. I hereby certify that the foregoing is true and correct:

SIGNED: *J.B. Williams / BDM*    TITLE: W.O. & COMPLETIONS MANAGER DATE: 11/6/91

APPROVED    (Orig. Sgd.) E. G. Hubble    TITLE    E. G. Hubble
District Supervisor
Lafayette District    DATE    NOV 07 1991
CONDITIONS OF APPROVAL, IF ANY:

FORM MMS-331 (MAY 1983)
Wells
BOEM File Name: 4B591.pdf,  Page 1 of 7
File Stamp courtesy of OCSBBS.COM

## PUBLIC INFORMATION

**HSIEHTEX 00050**

Exhibit 6
Page 78 of 105

UNITED STATES
DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE

PI

| 1. OIL WELL | X | GAS WELL | OTHER: |

| 5. LEASE NO:<br>OCS-G 2868 |
| 6. AREA & BLOCK:<br>VERMILION BLK 31 |

2. TEXACO INC. (ATTN: RUDOLPH P. CARRERE)

3. P.O. BOX 61050, NEW ORLEANS, LA 70161-1050

4. LOCATION OF WELL:
   SURFACE: 7746'FSL & 6989'FEL OF VERMILION BLK 31.
   PRODUCTION:
   TOTAL DEPTH:

7. WELL NO:
   4

8. UNIT AGREEMENT:
   N/A

9. FIELD:
   VERMILION BLK 50

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: |
| Acidize | [ ] | [ ] |
| Repair well | [ X ] | [ ] |
| Pull or alter casing | [ ] | [ ] |
| Multiple complete | [ ] | [ ] |
| Change zones | [ ] | [ ] |
| Perforate | [ X ] | [ ] |
| Permanent Abandonment | [ ] | [ ] |
| Temporary Abandonment | [ ] | [ ] |
| Artifical Lift | [ ] | [ ] |
| (OTHER) | [ ] | [ ] |

10. EXPLORATION   [   ]

    DEVELOPMENT   [ X ]

11. ADJACENT STATE:
    LOUISIANA

12. API NO:
    17-705-40538-00S1

13. ELEVATION:
    RKB-MWL: 39'

14. WATER DEPTH:
    11'

16.    -2

Subsurface safety valve: ___OTIS "DR" PLUG___ Set @ _2988_ FT.
17. I hereby certify that the foregoing is true and correct:

SIGNED: J. B. Williams /BM/   TITLE: AREA WO & COMPLETIONS MGR   DATE: 3-25-91

APPROVED _____   TITLE _____   DATE   MAR 3

CONDITIONS OF APPROVAL, IF ANY:

FORM MMS-331 (MAY 1983)



RECEIVED
MAR 28 1991
LAFAYETTE DISTRICT
Gulf of Mexico OCS Region, Lafayette, LA
MINERALS MANAGEMENT SERVICE

Wells
BOEM File Name: 48591.pdf,  Page 2
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00051

Exhibit 6
Page 79 of 105

Form 9-331(?)
(May 1963)

SUBMIT IN TRIPLICATE
(Other instructions on reverse side)

Form approved.
Budget Bureau No. 42-R1425.

2868

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### GEOLOGICAL SURVEY

5. LEASE DESIGNATION AND SERIAL NO.
OCS-G-2868

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

## APPLICATION FOR PERMIT TO DRILL, DEEPEN, OR PLUG BACK

| 1a. TYPE OF WORK | DRILL ☒ | DEEPEN ☐ | PLUG BACK ☐ | 7. UNIT AGREEMENT NAME |
|---|---|---|---|---|

b. TYPE OF WELL
OIL WELL ☐   GAS WELL ☐   OTHER   SINGLE ZONE ☒   MULTIPLE ZONE ☐

8. FARM OR LEASE NAME

2. NAME OF OPERATOR
Texaco Inc.

9. WELL NO.
4

3. ADDRESS OF OPERATOR
P. O. Box 60252, New Orleans, LA 70160

10. FIELD AND POOL, OR WILDCAT
Vermilion Block 50

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements.*)
At surface          Grid West   7000')  from the SE corner of
At proposed prod. zone   Grid North 7750')  Block 31

11. SEC., T. R., M., OR BLK. AND SURVEY OR AREA
Vermilion Block 31

14. DISTANCE IN MILES AND DIRECTION FROM NEAREST TOWN OR POST OFFICE*
Approximately 60 miles southeast of Morgan City, La.

12. COUNTY OR PARISH | 13. STATE
Off. Vermilion Parish, | La.

| 15. DISTANCE FROM PROPOSED* LOCATION TO NEAREST PROPERTY OR LEASE LINE, FT. (Also to nearest drlg. unit line, if any) | 5,250' | 16. NO. OF ACRES IN LEASE 4,633.37 Acs. | 17. NO. OF ACRES ASSIGNED TO THIS WELL |
|---|---|---|---|
| 18. DISTANCE FROM PROPOSED LOCATION* TO NEAREST WELL, DRILLING, COMPLETED, OR APPLIED FOR, ON THIS LEASE, FT. | 4,039' fr. Well #3 | 19. PROPOSED DEPTH 16,700' TVD | 20. ROTARY OR CABLE TOOLS Quarles #22 |
| 21. ELEVATIONS (Show whether DF, RT, GR, etc.) RKB-MWL=38' | RKB-ML=53' | WD=15' | 22. APPROX. DATE WORK WILL START* June, 1982 |

23.
PROPOSED CASING AND CEMENTING PROGRAM

| SIZE OF HOLE | SIZE OF CASING | WEIGHT PER FOOT | SETTING DEPTH | QUANTITY OF CEMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |

PUBLIC INFORMATION COPY

BEST AVAILABLE COPY

IN ABOVE SPACE DESCRIBE PROPOSED PROGRAM: If proposal is to deepen or plug back, give data on present productive zone and proposed new productive zone. If proposal is to drill or deepen directionally, give pertinent data on subsurface locations and measured and true vertical depths. Give blowout preventer program, if any.

24.

SIGNED _____ L. F. GOSS _____   TITLE DIVISION VICE PRESIDENT   DATE 5/27/82
                                            OFFSHORE DIVISION
(This space for Federal or State office use)

PERMIT NO. 1770540538          APPROVAL DATE

APPROVED BY (ORIG. SGD.) R. H. L___ ___   TITLE ___   DATE ___
CONDITIONS OF APPROVAL, IF ANY:

Wells
BOEM File Name: 48521.pdf  Page 3 of 7
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00052

Exhibit 6
Page 80 of 105



G-2868

Y = 292,182.82          X = 1,736,744.71

X = 1,721,172.41

TRUE SOUTH

OCS-G-2868
WELL NO. 4
SURFACE & P&NL
X = 1,729,631
Y = 286,933

BLOCK
31

GR. NORTH 7,250 FT.

BEST AVAILABLE COPY

GR. WEST 7000 FT.

Y = 279,182.82          X = 1,736,650.85

TEXACO inc.

"USA-OCS-2868"

TEXACO Ls. (4633.37 Acs.)
'60 Miles Southwest of Morgan City, La.
Off Vermilion Ph. Bdy., La.

Scale 1"= 2000'

STATE OF LOUISIANA
RALPH WALDEN
REG. No. 3817
REGISTERED
LAND SURVEYOR

Approved By: _Ralph Walden_    5/27/52

Wells
BOEM File Name: 48591.pdf,   Page 4 of 7
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00053**

Exhibit 6
Page 81 of 105

Form 9-331
Dec. 1972

Form Approved.
Budget Bureau No. 42-R1424

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

| 5. LEASE |
|---|
| OCS-G-2868 |
| 6. IF INDIAN, ALLOTTEE OR TRIBE NAME |

## SUNDRY NOTICES AND REPORTS ON WELLS

(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form 9-331-C for such proposals.)

| 7. UNIT AGREEMENT NAME |
|---|
| |

1. oil well ☐   gas well ☒   other

| 8. FARM OR LEASE NAME |
|---|
| |

2. NAME OF OPERATOR

Texaco Inc.

| 9. WELL NO. |
|---|
| 4 WC |

3. ADDRESS OF OPERATOR

P. O. Drawer 1219, Morgan City, La. 70381

| 10. FIELD OR WILDCAT NAME |
|---|
| Vermilion Block 50 |

4. LOCATION OF WELL (REPORT LOCATION CLEARLY. See space 17 below.)

AT SURFACE:    7000' FEL 7750' FSL of V Blk. 31
AT TOP PROD. INTERVAL:
AT TOTAL DEPTH:    (Vertical)

| 11. SEC., T., R., M., OR BLK. AND SURVEY OR AREA |
|---|
| Vermilion Block 31 |

| 12. COUNTY OR PARISH | 13. STATE |
|---|---|
| (Off) Vermilion | Louisiana |

| 14. API NO. |
|---|
| Applied for 1770540538 |

·16. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

| 15. ELEVATIONS (SHOW DF, KDB, AND WD) |
|---|
| WD: 15'   RKB-MWL: 38'  RKB-ML: 53' |

| REQUEST FOR APPROVAL TO: | SUBSEQUENT REPORT OF: |
|---|---|
| TEST WATER SHUT OFF ☐ | ☐ |
| FRACTURE TREAT ☐ | ☐ |
| SHOOT OR ACIDIZE ☐ | ☐ |
| REPAIR WELL ☐ | ☐ |
| PULL OR ALTER CASING ☐ | ☐ |
| MULTIPLE COMPLETE ☐ | ☐ |
| CHANGE ZONES ☐ | ☐ |
| ABANDON* ☐ | |
| (other)   Change Plans X | |

(NOTE: Report results of multiple completion or zone change on Form 9-330.)

17. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, and give pertinent dates, including estimated date of starting any proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones pertinent to this work.)*

Rig Noble PB-3 will be utilized instead of Quarles 22.  Rig specifications submitted previously.  Schematic diagram of diverter system attached.

### REVISED BOP PROGRAM

1 - 21-1/4", 2000 psi WP annular w/diverter system while drilling below structural and conductor casing.
1 - 13-5/8", 5000 psi WP annular BOP
2 - 13-5/8", 10000 psi WP pipe ram BOP
1 - 13-5/8", 10000 psi WP blind ram BOP while drilling below surface casing, intermediate casing, and liner, and during completion.

Subsurface Safety Valve: Manu. and Type _____ Set @ _____ ft

18. I hereby certify that the foregoing is true and correct

SIGNED (ORIGINAL SIGNED) R. R. HARDY    TITLE District Petroleum Engineer    DATE 7-9-82

(This space for Federal or State office use)

APPROVED BY _____ OW _____ TITLE _____ DATE AUG 6 / 1982
CONDITIONS OF APPROVAL, IF ANY

NOTE:  No other changes on Application to Drill submitted 5-28-82.

## PUBLIC INFORMATION

Wells
BOEM File Name: 48591.pdf,  Page 5 of 7
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00054

Exhibit 6
Page 82 of 105



LOW PRESSURE DIVERTER SYSTEM

FOR

BOTTOM SETTING DRILLING OPERATIONS

ANNULAR
TYPE
B.O.P.

6" LINE

AUTOMATIC REMOTELY CONTROLLED BUTTERFLY
6" VALVE WHICH OPEN AS BOP
IS CLOSED

6"                                                          6"

TO OVERBOARD                                    To OVERBOARD

REMOTELY CONTROLLED BUTTERFLY 6' VALVES
ONE ALWAYS OPEN
MECHANICALLY CONNECTED;
WHEN ONE VALVE IS CLOSED
THE OTHER AUTOMATICALLY OPENS

**TEXACO** INC.
**DOMESTIC PRODUCING DEPARTMENT**
ENGINEERING DEPT.

FIELD   VERMILION 31

LEASE   OCS-G-2868

WELL    4   RIG   NOBLE PR-3

| DRAWN BY | CHECKED | DATE | DRAWING NO. |
|---|---|---|---|
| TRACED | APPROVED | SCALE | SHEET    OF |

Wells
BOEM File Name: 48591.pdf  Page 6 of 7
File Stamp: Computer\COLDC9BAS.COM

**HSIEHTEX 00055**

Exhibit 6
Page 83 of 105

Form 9-330
(Rev. 5-62)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**GEOLOGICAL SURVEY**

SUBMIT IN DUPLICATE*
(See other instructions on reverse side)

Form approved
Budget Bureau No. 42-R355

5. LEASE DESIGNATION AND SERIAL NO.
OCS-G-2868

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

**WELL COMPLETION OR RECOMPLETION REPORT AND LOG***

| 1a. TYPE OF WELL: | OIL WELL ☒ | GAS WELL ☐ | DRY ☐ | Other __Shut in__ |
|---|---|---|---|---|

7. UNIT AGREEMENT NAME

| 1b. TYPE OF COMPLETION: | NEW WELL ☒ | WORK OVER ☐ | DEEP-EN ☐ | PLUG BACK ☐ | DIFF. RESVR ☐ | Other _____ |
|---|---|---|---|---|---|---|

8. FARM OR LEASE NAME

2. NAME OF OPERATOR
Texaco Inc.

9. WELL NO.

3. ADDRESS OF OPERATOR
P. O. Drawer 1219, Morgan City, Louisiana 70381

10. FIELD AND POOL, OR WILDCAT
Vermilion block 50

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements)*
At surface    7746' FSL 6989' FEL of Vermilion Blk. 31
At top prod. interval reported below
At total depth    (Vertical)

11. SEC., T., R., M., OR BLOCK AND SURVEY OR AREA
Vermilion Blk. 31

14. PERMIT NO.    17-705-40538D051    DATE ISSUED  6-21-82    (OCS) Vermilion

12. COUNTY OR PARISH
Vermilion

13. STATE
Louisiana

| 15. DATE SPUDDED | 16. DATE T.D. REACHED | 17. DATE COMPL. (Ready to prod.) | 18. ELEVATIONS (DF, RKB, RT, GR, ETC.)* | 19. ELEV. CASINGHEAD |
|---|---|---|---|---|
| 8-14-82 | 11-4-82 | Off loc. 1-5-83 | WD: 11'   RKB-MWL: 39' | G.5' abv. wtr. |

| 20. TOTAL DEPTH, MD & TVD | 21. PLUG. BACK T.D. MD & TVD | 22. IF MULTIPLE COMPL., HOW MANY* | 23. INTERVALS DRILLED BY | |
|---|---|---|---|---|
| 15826' | 14850' | | ROTARY TOOLS | CABLE TOOLS |
| | | | X | |

24. PRODUCING INTERVAL(S), OF THIS COMPLETION  TOP, BOTTOM, NAME (MD AND TVD)*
Rob L-5 Sd. w/top @ 14647' MD    14645' TVD
Seg. 670 w/btm @ 14745' MD    14743' TVD

27. WAS DIRECTIONAL SURVEY MADE
Yes

28. TYPE ELECTRIC AND OTHER LOGS RUN
Dual Ind.-Sonic-GR; Dual Neutron Dens.; FDC-CNL; CBL-VDL-CCL-GR

25. Was well cored
Yes

**CASING RECORD** (Report all strings set in well)

| CASING SIZE | WEIGHT, LB./FT. | DEPTH SET (MD) | HOLE SIZE | CEMENTING RECORD |
|---|---|---|---|---|
| 30" | Driven | 163' | w/113' penetration | |
| 20" | 94# | 522' | 26" | Cmtd. w/1100 sx. |
| 13-3/8" | 68# | 3500' | 17-1/2" | Cmtd. w/2670 sx. |
| 9-5/8" | 53.5# | 12550' | 12-1/4" | Cmtd. w/1600 sx. |
| | 38 & 35# | 15826' | 8-1/2" | Cmtd. w/2815 |

29. LINER RECORD

| SIZE | TOP (MD) | BOTTOM (MD) | SACKS CEMENT | SCREEN (MD) | SIZE | DEPTH SET (MD) |
|---|---|---|---|---|---|---|
| N/A | | | | | 3-1/2" | 15826' |

30. TUBING RECORD
14120

31. PERFORATION RECORD (Interval, size and number)
14644-14740'

32. ACID, SHOT, FRACTURE, CEMENT SQUEEZE, ETC.

| DEPTH INTERVAL (MD) | AMOUNT AND KIND OF MATERIAL USED |
|---|---|
| 14870-14872' | Sqz'd w/195 sx., cmt. |
| 14620-14622' | Sqz'd w/250 sx., cmt. |
| 14138-14140' | Sqz'd w/500 sx. cmt. |
| 14624-14626' | Sqz'd w/937 sx. cmt. (2 stgs.) |

33. **PRODUCTION**

| DATE FIRST PRODUCTION | PRODUCTION METHOD (Flowing, gas lift, pumping- size and type of pump) | | | | | WELL STATUS (Producing or shut-in) |
|---|---|---|---|---|---|---|
| N/A | | | | | | Shut in |

| DATE OF TEST | HOURS TESTED | CHOKE SIZE | PROD'N. FOR TEST PERIOD | OIL-BBL. | GAS-MCF. | WATER-BBL. | GAS-OIL RATIO |
|---|---|---|---|---|---|---|---|
| 1-4-83 | 4 | 14/64" | | | | | 239 |

| FLOW. TUBING PRESS. | CASING PRESSURE | CALCULATED 24-HOUR RATE | OIL- BBL. | GAS-MCF. | WATER- BBL. | OIL GRAVITY-API (CORR.) |
|---|---|---|---|---|---|---|
| 2278 | 6306 SITP | | 626 | 150 | 1% BS&W | 39.5 |

34. DISPOSITION OF GAS (Sold, used for fuel, vented, etc.)
Flared

35. LIST OF ATTACHMENTS

36. I hereby certify that the foregoing and attached information is complete and correct as determined from all available records

SIGNED _(signature)_    TITLE  District Petroleum Engineer    DATE  1-14-83

*(See Instructions and Spaces for Additional Data on Reverse Side)

"DR" Plugs 3495' & 2988'

NOTED - SIMPSON

PUBLIC INFORMATION

GEOLOGICAL SURVEY
RECEIVED
FEB 1983
LAKE CHARLES DISTRICT

Wells
BOEM Field Name
File Stamp courtesy of OCSBBS.com

HSIEHTEX 00056

Exhibit 6
Page 84 of 105

Form 9-331 C
(May 1963)

SUBMIT IN TRIPLICATE
(Other instructions on reverse side)

Form approved
Budget Bureau No. 42-R1428.

## UNITED STATES
## DEPARTMENT OF THE INTERIOR
### GEOLOGICAL SURVEY

5. LEASE DESIGNATION AND SERIAL NO.
OCS-G-4437

## APPLICATION FOR PERMIT TO DRILL, DEEPEN, OR PLUG BACK

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

1a. TYPE OF WORK  DRILL ☒    DEEPEN ☐    PLUG BACK ☐

7. UNIT AGREEMENT NAME

b. TYPE OF WELL
OIL WELL ☐   GAS WELL ☒   OTHER    SINGLE ZONE ☐   MULTIPLE ZONE ☐

8. FARM OR LEASE NAME

2. NAME OF OPERATOR
Texaco Inc.

9. WELL NO.
1

3. ADDRESS OF OPERATOR
P. O. Box 60252, New Orleans, LA  70160

10. FIELD AND POOL, OR WILDCAT
Wildcat

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements.*)
At surface 6500'FNL
4400'FWL of Blk. 236
At proposed prod. zone

11. SEC., T., R., M., OR BLK.
AND SURVEY OR AREA
S.M.I. Blk. 236

14. DISTANCE IN MILES AND DIRECTION FROM NEAREST TOWN OR POST OFFICE*
Approximately 43 miles southwest of Jeanerette, LA

12. COUNTY OR PARISH
Off Iberia Ph. Bdy.,
13. STATE
LA

15. DISTANCE FROM PROPOSED*
LOCATION TO NEAREST
PROPERTY OR LEASE LINE, FT
(Also to nearest drlg. unit line, if any)
645'

16. NO. OF ACRES IN LEASE
2070.72

17. NO. OF ACRES ASSIGNED
TO THIS WELL

18. DISTANCE FROM PROPOSED LOCATION*
TO NEAREST WELL, DRILLING, COMPLETED,
OR APPLIED FOR, ON THIS LEASE, FT.
First well
in lease

19. PROPOSED DEPTH
12531' TVD

20. ROTARY OR CABLE TOOLS
Rotary – Circle Bar 7

21. ELEVATIONS (Show whether DF, RT, GR, etc.)
WD = 19'    RKB – ML = 50'    RKB – MWL = 31'

22. APPROX. DATE WORK WILL START*
January, 1982

23.    PROPOSED CASING AND CEMENTING PROGRAM

| SIZE OF HOLE | SIZE OF CASING | WEIGHT PER FOOT | SETTING DEPTH | QUANTITY OF CEMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |

BEST AVAILABLE COPY

24. ABOVE SPACE DESCRIBE PROPOSED PROGRAM: If proposal is to deepen or plug back, give data on present productive zone and proposed new productive zone. If proposal is to drill or deepen directionally, give pertinent data on subsurface locations and measured and true vertical depths. Give blowout preventer program, if any.
24.

SIGNED:                              TITLE  DIVISION MANAGER–OFFSHORE    DATE  9/23/81
L. E. GOSS
(This space for Federal or State office use)

API No.  17-707-40380

PERMIT NO.                              APPROVAL DATE
                                        f. A. Isabel S.                  OCT  8 1981
APPROVED BY                              TITLE  Indus. Saper.          DATE
CONDITIONS OF APPROVAL, IF ANY:

PUBLIC INFORMATION COPY

*See Instructions On Reverse Side

Wells
BOEM File Name: 4966t.pdf, (Page 1 of 10
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00057**

Exhibit 6
Page 85 of 105



Y = 246,149.987

OCS-0310

GRID SOUTH 6500'

PROPOSED
OCS-G-4437
S.M.I. BLOCK 236
WELL NO. I
X = 1,784,605
Y = 239,650

GRID EAST 4400'

X = 1,780,204.612

X = 1,794,962.662

236

OCS-G-4437

BEST AVAILABLE COPY

Y = 231,391.937



TEXACO INC.
OCS-G-4437
SOUTH MARSH ISLAND BLOCK 236
TEXACO Ls. (2070.72 Acs)
Approx. 43 Miles Southwesterly From Jeanerette, La.
Off Iberia Ph. Bdy., La.
Scale: 1" = 2000'

Wells
BOEM File Name 1361.pdf / Page 2 of 10
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00058**

Exhibit 6
Page 86 of 105

PI

| UNITED STATES<br>DEPARTMENT OF THE INTERIOR<br>MINERALS MANAGEMENT SERVICE<br>RECEIVED<br>DEC 21 1990 | 5. LEASE NO:<br>OCS-G 4437 |
|---|---|
| | 6. AREA & BLOCK:<br>SOUTH MARSH ISL 236 |

| 1. OIL WELL | X | GAS WELL | | OTHER: | |
|---|---|---|---|---|---|

| 7. WELL NO:<br>1 |
|---|

2. TEXACO INC. (ATTN: RUDOLPH P. CARRERE)

3. P.O. BOX 61050, NEW ORLEANS, LA 70161-1050

| 8. UNIT AGREEMENT:<br>N/A |
|---|

4. LOCATION OF WELL:
  SURFACE: 6543'FNL & 4375'FWL OF SMI BLOCK 236.
  PRODUCTION:
  TOTAL DEPTH:

| 9. FIELD:<br>S MARSH ISLAND 236 |
|---|

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: | | 10. EXPLORATION [ X ] |
|---|---|---|---|---|
| Acidize | [ ] | [ ] | | |
| Repair well | [ ] | [ X ] | | DEVELOPMENT [ ] |
| Pull or alter casing | [ ] | [ ] | | |
| Multiple complete | [ ] | [ ] | | 11. ADJACENT STATE:<br>LOUISIANA |
| Change zones | [ ] | [ ] | | |
| Perforate | [ ] | [ ] | | 12. API NO:<br>17-707-40380-00S2 |
| Permanent Abandonment | [ ] | [ ] | | |
| Temporary Abandonment | [ ] | [ ] | | 13. ELEVATION:<br>RKB-MWL: 34' |
| Artifical Lift | [ ] | [ ] | | |
| (Other) | [ ] | [ ] | | 14. WATER DEPTH:<br>16' |

16. DESCRIBE PROPOSED OR COMPLETED OPERATION:

Subsurface safety valve: CAMCO WROX-DP-1 @ 530'.

17. I hereby certify that the foregoing is true and correct:

SIGNED: J. B. Williams /BOM    TITLE: W.O.& COMPLETIONS MANAGER DATE: 12-19-90

APPROVED _____ TITLE _____ DATE _____
CONDITIONS OF APPROVAL, IF ANY:

FORM MMS-331 (MAY 1983)

Wells
BOEM File Name: 43551.pdf,  Page 3 of 10
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00059

Exhibit 6
Page 87 of 105

P?

PI

| UNITED STATES DEPARTMENT OF THE INTERIOR MINERALS MANAGEMENT SERVICE ✓ | | | | 5. LEASE NO: OCS-G 4437 |
|---|---|---|---|---|
| 1. OIL WELL | X | GAS WELL | OTHER: | 6. AREA & BLOCK: SOUTH MARSH ISL BLK 236 |

| | |
|---|---|
| 2. TEXACO USA. (ATTN: RUDOLPH P. CARRERE) | 7. WELL NO: 1 |
| 3. P.O. BOX 61050, NEW ORLEANS, LA 70161-1050 | 8. UNIT AGREEMENT: N/A |
| 4. LOCATION OF WELL:<br>SURFACE:6545'FNL & 4375'FWL OF SMI BLOCK 236.<br>PRODUCTION:<br>TOTAL DEPTH: | 9. FIELD: S MARSH ISLAND BLOCK 236 |

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF: | | 10.EXPLORATION  [ X ] |
|---|---|---|---|---|
| Acidize | [ ] | | [ ] | DEVELOPMENT  [  ] |
| Repair well | [ X ] | | [ ] | |
| Pull or alter casing | [ ] | | [ ] | 11. ADJACENT STATE: LOUISIANA |
| Multiple complete | [ ] | | [ ] | |
| Change zones | [ ] | | [ ] | 12. API NO: 17-707-40380-00S2 |
| Perforate | [ ] | | [ ] | |
| Permanent Abandonment | [ ] | | [ ] | |
| Temporary Abandonment | [ ] | | [ ] | 13. ELEVATION: RKB-MWL: 34' |
| Artifical Lift | [ ] | | [ ] | |
| (Other) | [ ] | | [ ] | 14. WATER DEPTH: 16' |

16. DESCRIBE PROPOSED OR COMPLETED OPERATION:

RECEIVED
NOV 6 1990
LAFAYETTE
DISTRICT

Subsurface safety valve: Manu. and Type:OTIS "DX" PLUGS @ 2994' AND 3493',
17. I hereby certify that the foregoing is true and correct:

SIGNED: _B Williams /grc_    TITLE:W.O. & COMPLETIONS MANAGER  DATE: 11-2-90

APPROVED _____  TITLE _____  DATE _____
CONDITIONS OF APPROVAL, IF ANY:

FORM MMS-331 (MAY 1983)

**PUBLIC INFORMATION**

Wells
BOEM File Name: 43551.pdf,  Page 4 of 10
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00060**

Exhibit 6
Page 88 of 105

Form 9-331
Dec. 1973

Form Approved
Budget Bureau No. 42-R1414

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

## SUNDRY NOTICES AND REPORTS ON WELLS

(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form 9-331 C for such proposals.)

| 1. oil well ☐ | gas well ☒ | other | |

2. NAME OF OPERATOR

Texaco Inc.

3. ADDRESS OF OPERATOR

P. O. Drawer 1219, Morgan City, La. 70381

4. LOCATION OF WELL (REPORT LOCATION CLEARLY. See space 17 below.)

AT SURFACE:    4500' FNL 4400' FWL of SET 274

AT TOP PROD. INTERVAL

AT TOTAL DEPTH:        (Vertical)

16. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

5. LEASE

OCS-G-4447

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

7. UNIT AGREEMENT NAME

8. FARM OR LEASE NAME

9. WELL NO.

1

10. FIELD OR WILDCAT NAME

Wildcat

11. SEC., T., R., M., OR BLK. AND SURVEY OR AREA

South Marsh Island - 274

12. COUNTY OR PARISH    13. STATE

(OCS) Iberia        Louisiana

14. API NO.

17-707-40380

15. ELEVATIONS (SHOW DF, KDB, AND WD)

DL: 19'     KKB-ML:  1)'

| REQUEST FOR APPROVAL TO | SUBSEQUENT REPORT OF: |
|---|---|
| TEST WATER SHUT-OFF | |
| FRACTURE TREAT | |
| SHOOT OR ACIDIZE | |
| REPAIR WELL | |
| PULL OR ALTER CASING | |
| MULTIPLE COMPLETE | |
| CHANGE ZONES | |
| ABANDON* | |
| (other) Change Plans   X | |

(Note) Report results of multiple completion or fracture treat on change on Form 9-330.)

17. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, and give pertinent dates including estimated date of starting any proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones pertinent to this work.)*

Rig Noble 194 2 will be utilized instead of Circle Bar 7.  Rig specifications are attached.

### REVISED 7" LINER PROGRAM

9-1/2" hole, 7" csg., 35#, P-110, 12531' TVD = 12481' BML, Sqz'd w/85 cu. ft.
Test liner seat to 17.0
No 5" liner will be set

No other changes in application to drill approved 10-8-81

Subsurface Safety Valve: Manu. and Type                    Set @@          ll

18. I hereby certify that the foregoing is true and correct

SIGNED [signature]    District Petroleum
                       TITLE   Engineer    DATE  1-21-82

(This space for Federal or State office use)

APPROVED BY
CONDITIONS OF APPROVAL, IF ANY    inb__    TITLE         DATE

NOTE:  Verbal approval on rig change given Mr. Brooks by
       Mr. Brachovy 1-19-82

## PUBLIC INFORMATION

Wells
BOEM File 0967435410905   Page 5 of 10
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00061

Exhibit 6
Page 89 of 105

Form 9-331
Dec. 1973

Form Approved
Budget Bureau No 4, 1034.5

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

5. LEASE
OCS-G-4437

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

## SUNDRY NOTICES AND REPORTS ON WELLS
(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form 9-331-C for such proposals.)

7. UNIT AGREEMENT NAME

8. FARM OR LEASE NAME

1. oil well ☐   gas well ☒   other ☐      RECEIVED
NOV 0 :.

9. WELL NO.
1

2. NAME OF OPERATOR
Texaco Inc.

10. FIELD OR WILDCAT NAME
Wildcat

3. ADDRESS OF OPERATOR
P. O. Drawer 1219, Morgan City, La.

11. SEC., T., R., M., OR BLK. AND SURVEY & AREA
So. Marsh Island 236

4. LOCATION OF WELL (REPORT LOCATION CLEARLY. See space 17 below.)
AT SURFACE: 6534' FNL 4375' FWL of SMI 236
AT TOP PROD. INTERVAL:
AT TOTAL DEPTH:   (Vertical)

12. COUNTY OR PARISH   13. STATE
(Off) Iberia      Louisiana

14. API NO.
1770740J8000S1

16. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

15. ELEVATIONS (SHOW DF, KDB, AND WD)
WD:  16'   RKB-MUL:  34.7'

REQUEST FOR APPROVAL TO:      SUBSEQUENT REPORT OF

TEST WATER SHUT OFF ☐      ☐
FRACTURE TREAT ☐      ☐
SHOOT OR ACIDIZE ☐      ☐
REPAIR WELL ☐      ☐
PULL OR ALTER CASING ☐      ☐
MULTIPLE COMPLETE ☐      ☐
CHANGE ZONES ☒      ☐
ABANDON* ☐      ☐
(other) ☐      ☐

REC'D OCT 2 1982

17. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, and give pertinent data including estimated date of starting any proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones pertinent to this work.)

WELL STATUS:   SHUT IN GAS - No Pipeline
Perforations:  9400-9420' in the Tex L #4 Sand.

1.   Pull well setting.
2.   *Squeeze perforations 9400-9420' and drill out.
3.   Run GR,CBL,VDL,CCL from 9500'+ - T.D.
4.   Squeeze and drill out if necessary.
5.   Perforated 10120-10160'+ per IES for production in the CIB CARST Sand.
6.   Run well setting.
7.   Flow clean and test well. Set S.V.

Subsurface Safety Valve, Manu. and Type                Set @              11'

18. I hereby certify that the foregoing is true and correct

SIGNED _____   TITLE  Dist. Pet. Lngr.  DATE  October 27, 198_

(This space for Federal or State office use)

APPROVED BY                    TITLE                    DATE
CONDITIONS OF APPROVAL, IF ANY

*Well is currently completed in gas cap of the TEX L #4 sand. Purpose is to plug down to CIB CARST OIL SAND.

*See Instructions on Reverse Side

PUBLIC INFORMATION

17-707-40380

Wells
BOEM File Name: 43551a.tif  Page 6 of 10
File Scann courtesy of OCSBHS.com

HSIEHTEX 00062

Exhibit 6
Page 90 of 105

OMB No. 1010-0045
(Expires July 31, 1986)

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**MINERALS MANAGEMENT SERVICE**

PI

## SUNDRY NOTICES AND REPORTS ON WELLS

(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form MMS-331-C for such proposals.)

| 5. LEASE NO. |
| --- |
| OCS-G-4637 |

| 6. AREA & BLOCK |
| --- |
| SMI 236 |

| 7. WELL NO. |
| --- |
| 41 |

| 8. UNIT AGREEMENT |
| --- |

1.
oil well [X]    gas well [ ]    other

2. NAME OF OPERATOR
Texaco Inc.

3. ADDRESS OF OPERATOR (Where form is completed)
P. O. Drawer 1219, Morgan City, LA.   70381-1219

4. LOCATION OF WELL (Report location in accordance with instructions and Item 16.)

AT SURFACE: 6543' FNL 4375 of SMI 236
AT TOP PROD. INTERVAL:
AT TOTAL DEPTH.    (Vertical)

| 9. FIELD |
| --- |
| SMI 236 |

10.
EXPLORATION
DEVELOPMENT

11. ADJACENT STATE
Louisiana

| 12. API NO. |
| --- |
| 17 -707-403R00'52 |

| 13. ELEVATIONS |
| --- |
| RKB -9KT. 34'   DF |

| 14. WATER DEPTH |
| --- |
| 16' |

15. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

| REQUEST FOR APPROVAL TO: | | SUBSEQUENT REPORT OF | |
| --- | --- | --- | --- |
| ACIDIZE | [ ] | | [ ] |
| REPAIR WELL | [ ] | | [X] |
| PULL OR ALTER CASING | [ ] | | [ ] |
| MULTIPLE COMPLETE | [ ] | | [ ] |
| CHANGE ZONES | [ ] | | [ ] |
| PERFORATE | [ ] | | [ ] |
| PERMANENT ABANDONMENT | [ ] | | [ ] |
| TEMPORARY ABANDONMENT | [ ] | | [ ] |
| ARTIFICIAL LIFT | [ ] | | |
| (Other) | | | |

NOTE: Report only subsequent data use form VPS-1

16. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, and give pertinent dates of commencement or completion of proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones)

(SEE ATTACHMENT)

Subsurface Safety Valve: Manu. and Type    Otis "JX"    Set @

17.  I hereby certify that the foregoing is true and correct

SIGNED _____    TITLE District Remedial Engineer    DATE

(This space for Federal or State office)

APPROVED _____    TITLE _____    DATE _____
CONDITIONS OF APPROVAL, IF ANY

PUBLIC INFORMATION

Form MMS-331 (May 1983)
BOEM FOIA 2019-00591.pdf,  Page 7 of 10
Provided courtesy of OCSBBS.COM

*See instructions on reverse

**HSIEHTEX 00063**

Exhibit 6
Page 91 of 105

Form 9-311
Dec. 1973

UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY

5. LEASE
   OCS-G-5437

6. IF INDIAN, ALLOTTEE OR TRIBE NAME

SUNDRY NOTICES AND REPORTS ON WELLS

(Do not use this form for proposals to drill or to deepen or plug back to a different reservoir. Use Form 9-331-C for such proposals.)

7. UNIT AGREEMENT NAME

8. FARM OR LEASE NAME

1. oil ☒ gas ☐ well   other ☐
   well

2. NAME OF OPERATOR
   Texaco Inc.

3. ADDRESS OF OPERATOR
   P. O. Drawer 1219, Morgan City, La. 70381

4. LOCATION OF WELL (REPORT LOCATION CLEARLY. See space 17 below.)
   AT SURFACE:   6534' FRL 4375' FWL of SMI 236
   AT TOP PROD. INTERVAL:
   AT TOTAL DEPTH:   (Vertical)

16. CHECK APPROPRIATE BOX TO INDICATE NATURE OF NOTICE, REPORT, OR OTHER DATA

9. WELL NO.
   1

10. FIELD OR WILDCAT NAME
    South Marsh Isl. 2 H

11. SEC., T., R., M., OR BLK. AND SURVEY OR AREA
    South Marsh Isl. 236

12. COUNTY OR PARISH   13. STATE
    (off) Iberia       Louisiana

14. API NO.
    17-707-40499782

15. ELEVATIONS (SHOW DF, KCB, AND WD)
    WD: 16'  KB-PBE: 41.7'

REQUEST FOR APPROVAL TO:      SUBSEQUENT REPORT OF:
TEST WATER SHUT-OFF  ☐            ☐
FRACTURE TREAT       ☐            ☐
SHOOT OR ACIDIZE     ☐            ☐
REPAIR WELL          ☐            ☐
PULL OR ALTER CASING ☐            ☐
MULTIPLE COMPLETE    ☐            ☐
CHANGE ZONES         ☐            ☒
ABANDON*             ☐            ☐
(other)

MINERALS MANAGEMENT SERVICE
RECEIVED
INOTE: Report results of multiple complete or change on Form 9-330.

17. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Clearly state all pertinent details, including estimated date of starting any proposed work. If well is directionally drilled, give subsurface locations and measured and true vertical depths for all markers and zones pertinent to this work.)*

    NO PRODUCTION FROM THE LOWER FROM PERFS. 10108-9458' THEREFORE:

    1. On location wbr..  killed well.
    2. Pulled SCSSV.  Pulled well setting.
    3. Squeezed perfs. 9408-9458' w/190 sx. cement.  Drilled out round and tested squeeze w/1500 psi.
    4. Perforated 10102-10104' - failed to break down form. w/5000 p.s.i.  Re-perf. 10102-10104' - failed to break down form. w/5500 p.s.i.  Perforated 10181-10184' and sqz'd w/100 sx. cement.
    5. Drilled out cement and tested squeeze w/1500 psi.
    6. Ran CBL-VDL-GR-CCL 10250-9000'.  Set BP at 10195'.  Ran GR 10166-9360'.
    7. Perforated 10140-10172' for production in the CIB Carst "H" Sd., Res. 5 Sd.
                                              (Continued on attachment)

Subsurface Safety Valve: Manu. and Type    Otis "J"              Set @ 2905  ft

18. I hereby certify that the foregoing is true and correct
    SIGNED _____  TITLE __ District Petroleum Engineer  DATE  7-7-83

                                     [This space for Federal or State office use]
(Orig. Sgd.) E. G. Hubble            E. G. Hubble                        JUL 11 1983
APPROVED BY _____          TITLE   District Supervisor   DATE
CONDITIONS OF APPROVAL  IF ANY                Lafayette District
    NOTE:  Verbal approval to perform wcap # 4-8 given Mrs. Brown
           by Mr. E. G. Hubble 6-3-83

                                     *See Instructions on Reverse Side

PUBLIC INFORMATION

Wells
BOEM File Name: 43551.pdf,  Page 8 of 10
File Stamp courtesy of OCSBBS.COM
17-7A 7- 2/0.5800052

HSIEHTEX 00064

Exhibit 6
Page 92 of 105

OCS-G-443, #1
South Marsh Island 230
Form 9-331 Attachment
7-7-83

8. Ran GP setting w/GP packer at 9936'.  Gravel packed perforations
   w/53 sx. sand.  Ran production tubing.
9. Off location 6-26-83.  Acidized well w/1600 gals. 50-50 Xylene, 100
   gals. 15% HCL, 4800 gals. 3-12 mud acid and 2400 gals. 7-1/2% HCL.
10. Set S.V.  Tested 6-26-83:  322 BOPD, J25 MCF gas, 8% BS&W, 1019 GOR,
    2350 psi SITP, 2075 psi FTP, 31.6° GR, 10/64" ck.
        Well Classified:  Oil Well

Wells
BOEM File Name: 43551.pdf,  Page 9 of 10
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00065

Exhibit 6
Page 93 of 105

Form 9-330
(Rev. 5-68)

SUBMIT IN DUPLICATE*
(See other instructions on reverse side)

Form approved.
Budget Bureau No. 42-R345.

**UNITED STATES
DEPARTMENT OF THE INTERIOR
GEOLOGICAL SURVEY**

5. LEASE DESIGNATION AND SERIAL NO.

OCS-G-4437

6. IF INDIAN, ALLOTTED OR TRIBE NAME

## WELL COMPLETION OR RECOMPLETION REPORT AND LOG*

1a. TYPE OF WELL:  OIL WELL ☐  GAS WELL ☐  DRY ☐  Other _____

7. UNIT AGREEMENT NAME

b. TYPE OF COMPLETION:  NEW WELL ☐  WORK OVER ☐  DEEP. EN. ☐  PLUG BACK ☐  DIFF. RSVRS. ☐  Other _____

8. FARM OR LEASE NAME

2. NAME OF OPERATOR

Texaco Inc.

9. WELL NO.

3. ADDRESS OF OPERATOR

P. O. Drawer 1219, Morgan City, La. 70381

1

4. LOCATION OF WELL (Report location clearly and in accordance with any State requirements)*

10. FIELD AND POOL, OR WILDCAT

Wildcat

At surface     6534' FNL 4375' FWL of SMI 236

11. SEC., T., R., M., OR BLOCK AND SURVEY OR AREA

At top prod. interval reported below

At total depth     (Vertical)

14. PERMIT NO.         DATE ISSUED

17-707-403B000S1

12. COUNTY OR PARISH      13. STATE

South Marsh Isl. 236

10-R-83    (OFF)  Iberia     La.

15. DATE SPUDDED     16. DATE T.D. REACHED     17. DATE COMPL. (Ready to prod.)     18. ELEVATIONS (DF, RKB, RT, GR. ETC.)*     19. ELEV. CASINGHEAD

1-28-82     3-24-82     Off loc. 4-8-82     WD: 16'  RKB-MWL: 34.7'     4' abv. wtr.

20. TOTAL DEPTH, MD & TVD     21. PLUG, BACK T.D., MD & TVD     22. IF MULTIPLE COMPL., HOW MANY*     23. INTERVALS DRILLED BY     ROTARY TOOLS     CABLE TOOLS

12045'     10087'     X

24. PRODUCING INTERVAL(S), OF THIS COMPLETION—TOP, BOTTOM, NAME (MD AND TVD)*

25. WAS DIRECTIONAL SURVEY MADE

No (HRD only)

26. TYPE ELECTRIC AND OTHER LOGS RUN

27. WAS WELL CORED

Yes

28.                                                  CASING RECORD (Report all strings set in well)

| CASING SIZE | WEIGHT, LB./FT. | DEPTH SET (MD) | HOLE SIZE | CEMENTING RECORD | AMOUNT PULLED |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

29.                    LINER RECORD                    | 30 |    TUBING RECORD

| SIZE | TOP (MD) | BOTTOM (MD) | SACKS CEMENT* | SCREEN (MD) | SIZE | DEPTH SET (MD) | PACKER SET (MD) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

31. PERFORATION RECORD (Interval, size and number)     | 32.     ACID, SHOT, FRACTURE, CEMENT SQUEEZE, ETC.

| DEPTH INTERVAL (MD) | AMOUNT AND KIND OF MATERIAL USED |
|---|---|
|  |  |
|  |  |
|  |  |

33.*                                                  PRODUCTION

| DATE FIRST PRODUCTION | PRODUCTION METHOD (Flowing, gas lift, pumping—size and type of pump) | WELL STATUS (Producing or shut in) |
|---|---|---|

| DATE OF TEST | HOURS TESTED | CHOKE SIZE | PROD'N. FOR TEST PERIOD | OIL—BBL. | GAS—MCF. | WATER—BBL. | GAS-OIL RATIO |
|---|---|---|---|---|---|---|---|

| FLOW. TUBING PRESS. | CASING PRESSURE | CALCULATED 24 HOUR RATE | OIL—BBL. | GAS—MCF. | WATER—BBL. | OIL GRAVITY-API (CORR.) |
|---|---|---|---|---|---|---|

34. DISPOSITION OF GAS (Sold, used for fuel, vented, etc.)     | TEST WITNESSED BY

35. LIST OF ATTACHMENTS

36. I hereby certify that the foregoing and attached information is complete and correct as determined from all available records

SIGNED _____    TITLE  District Petroleum Engineer    DATE  4-30-82

*(See Instructions and Spaces for Additional Data on Reverse Side)

PUBLIC INFORMATION

Wells
BOEM file Name 03551.pdf  Page 10 of 10
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00066**

Exhibit 6
Page 94 of 105

G 02608    B-9

# MINERALS MANAGEMENT SERVICE
# SUNDRY NOTICES AND REPORTS ON WELL

Submit original plus three copies with one copy marked "Public Information."

OMB No.: 1010-0045
Expiration Date: August 31, 1996

| 1. ORIGINAL X CORRECTION | 2. API WELL NUMBER/PRODUCING INTERVAL CODE | 3. WELL NO. | 11. OPERATOR NAME AND ADDRESS (Submitting Office) |
|---|---|---|---|
| | 177104067400806 | B-9 | Texaco Exploration & Production Inc. |
| 8. FIELD NAME | 9. UNIT NUMBER | 10. MMS OPERATOR NUMBER | P.O. Box 60252 |
| EI 333 | N/A | 771 | New Orleans, LA 70160-0252 |

## WELL AT TOTAL DEPTH

| 4. LEASE NUMBER | 5. AREA NAME | 6. BLOCK NUMBER | 7. OPD NUMBER |
|---|---|---|---|
| G02608 | EI | 313 | LA4A |

| 32. TYPE OF SUBMITTAL | 33. PROPOSED OR COMPLETED WORK | | | 34. WELL STATUS/ TYPE CODE |
|---|---|---|---|---|
| REQUEST APPROVAL ___ SUBSEQUENT REPORT X | ACIDIZE ___ ALTER CASING ___ ARTIFICIAL LIFT ___ CHANGE ZONE ___ DEEPEN ___ | FRACTURE ___ INITIAL COMPLETION ___ MULTI-COMPLETION ___ PERFORATE X PERM ABANDONMT ___ | PLUG BACK X PULL CASING X RECOMPLETION ___ SIDETRACK ___ TEMP ABANDONMNT ___ | WORKOVER X OTHER ___ COM/PGW |

## WELL AT SURFACE

| 12. WELL LOCATION AT SURFACE (Surveyed) | 13. LEASE NUMBER | 14. AREA NAME | 15. BLOCK NO. | 16. OPD NUMBER |
|---|---|---|---|---|
| S02052W01959 | G02608 | EI | 313 | LA4A |

| 35. SURVEY BASE | 18. WATER DEPTH (Surveyed) | 19. ELEVATION AT KB (Surveyed) | 20. RIG NAME | 21. RIG TYPE |
|---|---|---|---|---|
| NAD 27 X  NAD 83 ___ | 235 | 106 | COILED TBG UNIT | |

36. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Attach prognosis or summary of completed work, as appropriate)

Public Information Unit
Received 30M OCS

| 26. CONTACT NAME | 27. TELEPHONE NUMBER |
|---|---|
| Joe Sutton | (504) 680-4715 |
| 28. AUTHORIZING OFFICIAL (Type Name) | 29. TITLE |
| Lester Ralph | Asset Manager |
| 30. AUTHORIZING SIGNATURE | 31. DATE |
| Lester Ralph / SDS | 838 000830 |

MINERALS MANAGEMENT SERVICE
RECEIVED
AUG 3 1 2000
Gulf of Mexico OCS Region, Lafayette, LA
LAFAYETTE DISTRICT

| THIS SPACE FOR MMS USE ONLY | | |
|---|---|---|
| APPROVED BY | (Orig. Sgd.) Glen F. Delcouche | TITLE  Glen F. Delcouche |
| | | DATE   SEP 0 5 2000 |

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 *et seq.*) requires us to inform you that this information is being collected to obtain knowledge of equipment and procedures to be used during well completion, workover, and production operations. This information will be used by the District Supervisor to evaluate and approve or disapprove the adequacy of the equipment and procedures to safely perform the proposed operations. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0045) Washington, DC 20503.

Well FORM MMS-124S (August 1993) (Replaces Forms MMS-331 and MMS-332 which will not be used)
BOEM MMS
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION
HSIEHTEX 00067

Exhibit 6
Page 95 of 105

G02608                    B 9

## MINERALS MANAGEMENT SERVICE
## WELL SUMMARY REPORT

Submit original plus two copies with one copy marked "Public Information."

OMB No.: 1010-00__
Expiration Date: August 31, 19__

| 1. 1ST COMP. RECOMPLETION ABANDONMENT CORRECTION ___X___ | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S06 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Production Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
|---|---|---|---|
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 00771 | |

### WELL AT TOTAL DEPTH

| 17. WELL LOCATION AT TOTAL DEPTH (Surveyed) S02581W00580 | J. LEASE NUMBER G-2608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |
|---|---|---|---|---|

### WELL AT PRODUCING ZONE

| 37. WELL LOCATION AT THE PRODUCING ZONE (Surveyed) S02496W00648 | 38. LEASE NUMBER G-2608 | 39. AREA NAME EI | 40. BLOCK NUMBER 313 | 41. OPD NUMBER LA4A |
|---|---|---|---|---|

| 34. WELL STATUS/TYPE CODE COM/PGW | 42. DATE WELL SUSPENDED COMPLETED, OR ABANDONED 718 | 43. DATE OF FIRST PRODUCTION 718 | 23. SPUD DATE 780124 |
|---|---|---|---|
| 44. DATE SIDETRACKED N/A | 45. DATE TD REACHED 780224 | 24. TOTAL DEPTH (Surveyed) MD 8792   TVD 8506 | |

### PERFORATED INTERVAL THIS COMPLETION

| 46. TOP (MD) | 47. BOTTOM (MD) | 48. TOP (TVD) | 49. BOTTOM (TVD) |
|---|---|---|---|
| 5381 | 5407 | 5099 | 51__ |
| | | | |
| | | | |
| | | | |

| 50. RESERVOIR NAME B SAND | 51. NAME(S) OF PRODUCING FORMATION(S) THIS COMPLETION B SAND SEG 700 |
|---|---|

### CASING RECORD

| 52. HOLE SIZE | 53. CASING SIZE | 54. CASING WEIGHT | 55. GRADE | 56. SETTING DEPTH (MD) | 57. CEMENT TYPE | 58. QUANTITY OF CEMENT (#) |
|---|---|---|---|---|---|---|
| DRIVEN | 20 | | | 654 | | |
| 17.5 | 16 | 65 | H-40 | 1000 | H,TLW | 350 SX |
| 14.75 | 10.75 | 40.5 | S-80 K-55 | 4080 | H,TLW | 2200 SX |
| 9.875 | 7.625 | 29.7 | S-95 | 8528 | H,TLW | 1441 SX |
| | | | | | | |

### TUBING RECORD

| 59. HOLE SIZE | 60. TUBING SIZE | 61. TUBING WEIGHT | 62. GRADE | 63. SETTING DEPTH (MD) | 64. PACKER SETTING DEPTH (MD) |
|---|---|---|---|---|---|
| 7.625 | 2.875 | 6.5 | L-80 | 6299 | 6299 |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED
NOV 02 2000

Well FORM MMS-126 (August 1993) (Replaces Form MMS-330 which will not be used)
BOEM File Name: 102880.pdf,   Page 2 of 11
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00068

Exhibit 6
Page 96 of 105

## LINER/SCREEN RECORD

| 65. HOLE SIZE | 66. LINER SIZE | 67. LINER WT. | 68. GRADE | 69. TOP (MD) | 70. BOTTOM (MD) | 71. CEMENT TYPE | 72. CEMENT QUANTITY (ft³) |
|---|---|---|---|---|---|---|---|
| 6.75 | 5.5 | 23 | P-110 | 8362 | 8792 | H | |
| | | | | | | | |
| | | | | | | | |

## ACID, FRACTURE, CEMENT SQUEEZE, PLUGGING PROGRAM, ETC.

| DEPTH INTERVAL | | 75. TYPE OF MATERIAL | 76. MATERIAL QUANTITY |
|---|---|---|---|
| 73. TOP (MD) | 74. BOTTOM (MD) | | |
| 5408 | 5430 | CIBP W/22' CEMENT ON TOP | |
| | | | |
| | | | |
| | | | |

77. LIST OF ELECTRIC AND OTHER LOGS (RUN, DIRECTIONAL SURVEYS, VELOCITY SURVEYS, AND CORE ANALYSIS)

SEE ATTACHED

78. SUMMARY OF POROUS ZONES:   SHOW ALL ZONES CONTAINING HYDROCARBONS; ALL CORED INTERVALS; AND ATTACH ALL DRILL STEM AND WELL POTENTIAL TESTS.

| 79. FORMATION | TOP | | BOTTOM | | 84. DESCRIPTION, CONTENTS, ETC. |
|---|---|---|---|---|---|
| | 80. MD | 81. TVD | 82. MD | 83. TVD | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 85. GEOLOGIC MARKERS | TOP | | 85. GEOLOGIC MARKERS | TOP | |
|---|---|---|---|---|---|
| | 86. MD | 87. TVD | | 86. MD | 87. TVD |
| | | | | | |
| | | | | | |
| | | | | | |

| 26. CONTACT NAME | 27. TELEPHONE NUMBER |
|---|---|
| Joe Sutton | (504) 680-1715 |
| 28. AUTHORIZING OFFICIAL (Type Name) | 29. TITLE |
| Lester Ralph | Asset Manager |
| 30. AUTHORIZING SIGNATURE   Lester Ralph / SDS | 31. DATE   1030 |

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 *et seq.*) requires us to inform you that this information is being collected to obtain geologic, well test, and well-completion equipment data. This information will be used by MMS District Supervisors to insure that they have accurate data and information on the wells under their jurisdiction and to insure compliance with approved plans. It is also used to evaluate remedial action in the event of well-equipment failure or well-control loss. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0046) Washington, DC 20503.

WEINS MMS-125

PUBLIC INFORMATION                    Page 2

HSIEHTEX 00069

Exhibit 6
Page 97 of 105

G02608          B 9

## MINERALS MANAGEMENT SERVICE
## SUNDRY NOTICES AND REPORTS ON WELL

Submit original plus three copies with one copy marked "Public Information."

OMB No.: 1010-0045
Expiration Date: August 31, 1996

| 1. ORIGINAL X CORRECTION __ | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S06 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Production Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 771 | |

### WELL AT TOTAL DEPTH

| 4. LEASE NUMBER G02608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |

| 32. TYPE OF SUBMITTAL REQUEST APPROVAL __ SUBSEQUENT REPORT X | 33. PROPOSED OR COMPLETED WORK ACIDIZE ___ FRACTURE ___ PLUG BACK X WORKOVER X ALTER CASING ___ INITIAL COMPLETION ___ PULL CASING ___ OTHER ___ ARTIFICIAL LIFT ___ MULTI-COMPLETION ___ RECOMPLETION ___ CHANGE ZONE ___ PERFORATE X SIDETRACK ___ DEEPEN ___ PERM ABANDONMT ___ TEMP ABANDONMNT ___ | | 34. WELL STATUS/ TYPE CODE COM/GSI |

### WELL AT SURFACE

| 12. WELL LOCATION AT SURFACE (Surveyed) S02052W01959 | 13. LEASE NUMBER G02608 | 14. AREA NAME EI | 15. BLOCK NO. 313 | 16. OPD NUMBER LA4A |
| 35. SURVEY BASE NAD 27 X  NAD 83 __ | 18. WATER DEPTH (Surveyed) 235 | 19. ELEVATION AT KB (Surveyed) 106 | 20. RIG NAME COILED TBG UNIT | 21. RIG TYPE |

36. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Attach prognosis or summary of completed work, as appropriate)

MINERALS MANAGEMENT SERVICE
RECEIVED
JUL 12 2000
LAFAYETTE

| 26. CONTACT NAME Joe Sutton | 27. TELEPHONE NUMBER (504) 680- |
| 28. AUTHORIZING OFFICIAL (Type Name) Lester Ralph | 29. TITLE Asset Manager |
| 30. AUTHORIZING SIGNATURE Lester Ralph /SDS | 31. DATE 710 0007/0 |

Elliott S. Smith
District Supervisor
Lafayette District

THIS SPACE FOR MMS USE ONLY (Orig. Sgd.) Lin E. DeLoacne
APPROVED BY ____

TITLE ____
DATE ____

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 et seq.) requires us to inform you that this information is being collected to obtain knowledge of equipment and procedures to be used during well completion, workover, and production operations. This information will be used by the District Supervisor to evaluate and approve or disapprove the adequacy of the equipment and procedures to safely perform the proposed operations. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0045) Washington, DC 20503.

FORM MMS-124 (August 1993) (Replaces Forms MMS-331 and MMS-332 which will not be used)
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

**HSIEHTEX 00070**

Exhibit 6
Page 98 of 105

G02608                    B 9

## MINERALS MANAGEMENT SERVICE
## SUNDRY NOTICES AND REPORTS ON WELL

Submit original plus three copies with
one copy marked "Public Information."

OMB No.: 1010-0045
Expiration Date: August 31, 1996

| 1. ORIGINAL X CORRECTION | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S06 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Product Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
|---|---|---|---|
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 771 | |

### WELL AT TOTAL DEPTH

| 4. LEASE NUMBER G02608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |
|---|---|---|---|

| 32. TYPE OF SUBMITTAL | 33. PROPOSED OR COMPLETED WORK | | | 34. WELL STATUS/ TYPE CODE |
|---|---|---|---|---|
| SUBMITTAL | ACIDIZE ___ | FRACTURE ___ | PLUG BACK X | WORKOVER X | COM/GSI |
| REQUEST APPROVAL X | ALTER CASING ___ ARTIFICIAL LIFT ___ | INITIAL COMPLETION ___ MULTI-COMPLETION ___ | PULL CASING ___ RECOMPLETION ___ | OTHER ___ | |
| SUBSEQUENT REPORT | CHANGE ZONE ___ DEEPEN ___ | PERFORATE X PERM ABANDONMT ___ | SIDETRACK ___ TEMP ABANDONMNT ___ | | |

### WELL AT SURFACE

| 12. WELL LOCATION AT SURFACE (Surveyed) S02052W01959 | 13. LEASE NUMBER G02608 | 14. AREA NAME EI | 15. BLOCK NO. 313 | 16. OPD NUMBER LA4A |
|---|---|---|---|---|

| 35. SURVEY BASE NAD 27 X  NAD 83 ___ | 18. WATER DEPTH (Surveyed) 235 | 19. ELEVATION AT KB (Surveyed) 106 | 20. RIG NAME COILED TBG UNIT | 21. RIG TYPE |
|---|---|---|---|---|

36. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Attach prognosis or summary of completed work, as appropriate)

Received MMS GOM OCS
Public Information Unit
JUL 18 2000

MINERALS MANAGEMENT SERVICE
RECEIVED
JUL 12 2000
LAFAYETTE DISTRICT
Gulf of Mexico OCS Region, Lafayette, LA

| 26. CONTACT NAME Joe Sutton | 27. TELEPHONE NUMBER (504) 680-1715 |
|---|---|
| 28. AUTHORIZING OFFICIAL (Type Name) Lester Ralph | 29. TITLE Asset Manager |
| 30. AUTHORIZING SIGNATURE Lester Ralph /SDS | 31. DATE 7-10-00 00710 |

THIS SPACE FOR MMS USE ONLY
APPROVED BY  Orig. Sgd / CHH E. DeLuche

TITLE  District Supervisor
DATE

Simon J. Smith
District Supervisor
Lafayette District
JUL 1 2 2000

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 *et seq.*) requires us to inform you that this information is being collected to obtain knowledge of equipment and procedures to be used during well completion, workover, and production operations. This information will be used by the District Supervisor to evaluate and approve or disapprove the adequacy of the equipment and procedures to safely perform the proposed operations. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0045) Washington, DC 20503.

BOE FORM MMS-124 (August 1993) (Replaces Forms MMS-331 and MMS-332 which will not be used)
File Stamp courtesy of OCSBBS.COM

Well

PUBLIC INFORMATION
HSIEHTEX 00071

Exhibit 6
Page 99 of 105

G 2608        B-9

**MINERALS MANAGEMENT SERVICE**
**WELL SUMMARY REPORT**

Submit original plus two copies with
one copy marked "Public Information."

OMB No.: 1010-0046
Expiration Date: August 31, 1996

| 1. 1ST COMP. RECOMPLETION ☒ ABANDONMENT CORRECTION | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S06 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Production Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
|---|---|---|---|
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 00771 | |

### WELL AT TOTAL DEPTH

| 17. WELL LOCATION AT TOTAL DEPTH (Surveyed) S02581W00580 | 4. LEASE NUMBER G-2608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |
|---|---|---|---|---|

### WELL AT PRODUCING ZONE

| 37. WELL LOCATION AT THE PRODUCING ZONE (Surveyed) S02496W00648 | 38. LEASE NUMBER G-2608 | 39. AREA NAME EI | 40. BLOCK NUMBER 313 | 41. OPD NUMBER LA4A |
|---|---|---|---|---|

| 34. WELL STATUS/TYPE CODE COM/PGW | 42. DATE WELL SUSPENDED COMPLETED, OR ABANDONED 719 | 43. DATE OF FIRST PRODUCTION | 23. SPUD DATE 780124 |
|---|---|---|---|
| 44. DATE SIDETRACKED N/A | 45. DATE TD REACHED 780224 | 24. TOTAL DEPTH (Surveyed) MD 8792    TVD 8585 | |

### PERFORATED INTERVAL THIS COMPLETION

| 46. TOP (MD) | 47. BOTTOM (MD) | 48. TOP (TVD) | 49. BOTTOM (TVD) |
|---|---|---|---|
| 5381 | 5407 | 5099 | 5128 |
| | | | |
| | | | |
| | | | |

| 50. RESERVOIR NAME B SAND | 51. NAME(S) OF PRODUCING FORMATION(S) THIS COMPLETION B SAND SEG 700 |
|---|---|

### CASING RECORD

| 52. HOLE SIZE | 53. CASING SIZE | 54. CASING WEIGHT | 55. GRADE | 56. SETTING DEPTH (MD) | 57. CEMENT TYPE | 58. QUANTITY OF CEMENT (#) |
|---|---|---|---|---|---|---|
| DRIVEN | 20 | | | 654 | | |
| 17.5 | 16 | 65 | H-40 | 1000 | H, TLW | 350 SX |
| 14.75 | 10.75 | 40.5 | S-80 K-55 | 4080 | H, TLW | 2200 SX |
| 9.875 | 7.625 | 29.7 | S-95 | 8528 | H, TLW | 1441 SX |

### TUBING RECORD

| 59. HOLE SIZE | 60. TUBING SIZE | 61. TUBING WEIGHT | 62. GRADE | 63. SETTING DEPTH (MD) | 64. PACKER SETTING DEPTH (MD) |
|---|---|---|---|---|---|
| 7.625 | 2.875 | 6.5 | L-80 | 6299 | 6299 |

MINERALS MANAGEMENT SERVICE
RECEIVED
AUG 31 2000
Gulf of Mexico OCS Region, LAFAYETTE

PUBLIC INFORMATION

Wells FORM MMS-125 (August 1993) (Replaces Form MMS-330 which will not be used
BOEM File Name: 102880.pdf,   Page 6 of 11
File Stamp courtesy of OCSBBS.COM

HSIEHTEX 00072

Exhibit 6
Page 100 of 105

## LINER/SCREEN RECORD

| 65. HOLE SIZE | 66. LINER SIZE | 67. LINER WT. | 68. GRADE | 69. TOP (MD) | 70. BOTTOM (MD) | 71. CEMENT TYPE | 72. CEMENT QUANTITY (/c) |
|---|---|---|---|---|---|---|---|
| 6.75 | 5.5 | 23 | P-110 | 8362 | 8792 | H | |
| | | | | | | | |
| | | | | | | | |

## ACID, FRACTURE, CEMENT SQUEEZE, PLUGGING PROGRAM, ETC.

| DEPTH INTERVAL | | 75. TYPE OF MATERIAL | 76. MATERIAL QUANTITY |
|---|---|---|---|
| 73. TOP (MD) | 74. BOTTOM (MD) | | |
| 5408 | 5430 | CIBP W/22' CEMENT ON TOP | |
| | | | |
| | | | |

77. LIST OF ELECTRIC AND OTHER LOGS RUN, DIRECTIONAL SURVEYS, VELOCITY SURVEYS, AND CORE ANALYSIS

SEE ATTACHED

78. SUMMARY OF POROUS ZONES: SHOW ALL ZONES CONTAINING HYDROCARBONS, ALL CORED INTERVALS, AND ATTACH ALL DRILL STEM AND WELL POTENTIAL TESTS.

| 79. FORMATION | TOP | | BOTTOM | | 84. DESCRIPTION, CONTENTS, ETC. |
|---|---|---|---|---|---|
| | 80. MD | 81. TVD | 82. MD | 83. TVD | |
| | | | | | |

| 85. GEOLOGIC MARKERS | TOP | | 85. GEOLOGIC MARKERS | TOP | |
|---|---|---|---|---|---|
| | 86. MD | 87. TVD | | 86. MD | 87. TVD |
| | | | | | |

| 26. CONTACT NAME | 27. TELEPHONE NUMBER |
|---|---|
| Joe Sutton | (504) 680-1715 |
| 28. AUTHORIZING OFFICIAL (Type Name) | 29. TITLE |
| Lester Ralph | Asset Manager |
| 30. AUTHORIZING SIGNATURE | 31. DATE |
| Lester Ralph/SDS | 830 |

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 et seq.) requires us to inform you that this information is being collected to obtain geologic, well test, and well-completion equipment data. This information will be used by MMS District Supervisors to insure that they have accurate data and information on the wells under their jurisdiction and to insure compliance with approved plans. It is also used to evaluate remedial action in the event of well-equipment failure or well-control loss. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0046) Washington, DC 20503.

Well Form MMS-125
BOEM File Name: 102880.pdf,   Page 7 of 11
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION     Page 2

HSIEHTEX 00073

Exhibit 6
Page 101 of 105

G02608          B 9

## MINERALS MANAGEMENT SERVICE
## WELL SUMMARY REPORT

Submit original plus two copies with one copy marked "Public Information."

OMB No.: 1010-0046
Expiration Date: August 31, 1996

| 1. 1ST COMP. RECOMPLETION ☒ ABANDONMENT ___ CORRECTION ___ | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S06 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Production Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
|---|---|---|---|
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 00771 | |

### WELL AT TOTAL DEPTH

| 37. WELL LOCATION AT TOTAL DEPTH (Surveyed) S02581W00580 | 4. LEASE NUMBER G-2608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |
|---|---|---|---|---|

### WELL AT PRODUCING ZONE

| 37. WELL LOCATION AT THE PRODUCING ZONE (Surveyed) S02496W00648 | 38. LEASE NUMBER G-2608 | 39. AREA NAME EI | 40. BLOCK NUMBER 313 | 41. OPD NUMBER LA4A |
|---|---|---|---|---|

| 34. WELL STATUS/TYPE CODE COM/GSI | 42. DATE WELL SUSPENDED COMPLETED, OR ABANDONED 610 | 43. DATE OF FIRST PRODUCTION 950823 | 23. SPUD DATE 780124 |
|---|---|---|---|
| 44. DATE SIDETRACKED N/A | 45. DATE TD REACHED 780224 | 24. TOTAL DEPTH (Surveyed) MD 8792    TVD 8506 | |

### PERFORATED INTERVAL THIS COMPLETION

| 46. TOP (MD) | 47. BOTTOM (MD) | 48. TOP (TVD) | 49. BOTTOM (TVD) |
|---|---|---|---|
| 5466 | 5472 | 5183 | 5189 |

Received MMS GOM OCS
JUL 1 8 2000
Public Information Unit

MINERALS MANAGEMENT SERVICE
RECEIVED
JUL 12 2000
LAFAYETTE DISTRICT

| 50. RESERVOIR NAME B SAND | 51. NAME(S) OF PRODUCING FORMATION(S) B SAND SEG 605 |
|---|---|

### CASING RECORD

| 52. HOLE SIZE | 33. CASING SIZE | 54. CASING WEIGHT | 55. GRADE | 56. SETTING DEPTH (MD) | 57. CEMENT TYPE | 58. QUANTITY OF CEMENT (ft) |
|---|---|---|---|---|---|---|
| DRIVEN | 20 | | | 654 | | |
| 17.5 | 16 | 65 | H-40 | 1000 | H,TLW | 350 SX |
| 14.75 | 10.75 | 40.5 | S-80 X-55 | 4080 | H,TLW | 2200 SX |
| 9.875 | 7.625 | 29.7 | S-95 | 8528 | H,TLW | 1441 SX |

### TUBING RECORD

| 59. HOLE SIZE | 60. TUBING SIZE | 61. TUBING WEIGHT | 62. GRADE | 63. SETTING DEPTH (MD) | 44. PACKER SETTING DEPTH (MD) |
|---|---|---|---|---|---|
| 7.625 | 2.875 | 6.5 | L-80 | 6299 | 6299 |
| | | | | | |
| | | | | | |
| | | | | | |

Walls FORM MMS-125 (August 1993) (Replaces Form MMS-330 which will not be used)
BOEM File Name: 102880.pdf,  Page 8 of 11
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION

HSIEHTEX 00074

Exhibit 6
Page 102 of 105

## LINER/SCREEN RECORD

| 65. HOLE SIZE | 66. LINER SIZE | 67. LINER WT. | 68. GRADE | 69. TOP (MD) | 70. BOTTOM (MD) | 71. CEMENT TYPE | 72. CEMENT QUANTITY (ft³) |
|---|---|---|---|---|---|---|---|
| 6.75 | 5.5 | 23 | P-110 | 8362 | 8792 | H | |
| | | | | | | | |
| | | | | | | | |

## ACID, FRACTURE, CEMENT SQUEEZE, PLUGGING PROGRAM, ETC.

| 73. TOP (MD) | 74. BOTTOM (MD) | 75. TYPE OF MATERIAL | 76. MATERIAL QUANTITY |
|---|---|---|---|
| 6223 | | "PX" PLUG IN "X" NIPPLE | |
| 4450 | | CEMENT IN CASING | 400 SX |
| 6140 | | CEMENT IN TUBING | |
| 5476 | | TTBP | |

77. LIST OF ELECTRIC AND OTHER LOGS RUN, DIRECTIONAL SURVEYS, VELOCITY SURVEYS, AND CORE ANALYSIS

SEE ATTACHED

78. SUMMARY OF POROUS ZONES: SHOW ALL ZONES CONTAINING HYDROCARBONS; ALL CORED INTERVALS; AND ATTACH ALL DRILL STEM AND WELL POTENTIAL TESTS.

| 79. FORMATION | TOP 80. MD | 81. TVD | BOTTOM 82. MD | 83. TVD | 84. DESCRIPTION, CONTENTS, ETC. |
|---|---|---|---|---|---|
| | | | | | |

| 85. GEOLOGIC MARKERS | TOP 86. MD | 87. TVD | 85. GEOLOGIC MARKERS | TOP 86. MD | 87. TVD |
|---|---|---|---|---|---|
| | | | | | |

| 26. CONTACT NAME Joe Sutton | 27. TELEPHONE NUMBER (504) 680-1715 |
|---|---|
| 28. AUTHORIZING OFFICIAL (Type Name) Lester Ralph | 29. TITLE Asset Manager |
| 30. AUTHORIZING SIGNATURE Lester Ralph /SDS | 31. DATE 000710 |

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 et seq.) requires us to inform you that this information is being collected to obtain geologic, well test, and well-completion equipment data. This information will be used by MMS District Supervisors to insure that they have accurate data and information on the wells under their jurisdiction and to insure compliance with approved plans. It is also used to evaluate remedial action in the event of well-equipment failure or well-control loss. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0046) Washington, DC 20503.

Document Name: 102880.pdf,  Page 9 of 11
File Stamp courtesy of OCSBBS.COM
PUBLIC INFORMATION   Page 2
HSIEHTEX 00075

Exhibit 6
Page 103 of 105

Attachment 125 #79-#87
Eugene Island 313 #B-9
OCS-G-2608
API Number:        1771040674

EXAMPLE

77. LIST OF ELECTRIC AND OTHER LOGS RUN

| DATE | COMPANY | LOG TYPE (LWD) | INTERVAL (MD) | RUN No. | SCALE |
|------|---------|----------------|---------------|---------|-------|
| 2/23/78 | Schlumberger | wireline ISF | 4083-8792 | 2 | 1" |
| 2/23/78 | Schlumberger | wireline ISF | 4083-8793 | 2 | 5" |
| 2/23/78 | Schlumberger | wireline FDC, CNL | 4083-8794 | 2 | 5" |
| 2/18/78 | Schlumberger | 4-arm, H.R. Cont. Dipmeter | 6615-8532 | 1 | 5" |
| 2/18/78 | Schlumberger | 4-arm, H.R. Cont. Dipmeter | 6615-8533 | 1 | 1" |
|  |  | Cement Bond Log |  |  |  |
| 12/8/83 | Welex | Thermal Multigate Decay Log | 5350-7420 | 1 | 5" |
| 8/11/89 | Halliburton | Thermal Multigate Decay Log | 4117-7187 | 1 | 5" |
| 11/20/94 | Schlumberger | Dual Burst Thermal Neutron Decay Time Log | 5331-6846 | 1 | 5" |
| 12/3/96 | Schlumberger | Dual Burst Thermal Decay Time Log, WINR Lo | 5375-6552 | 1 | 5" |
| 2/27/78 | Schlumberger | Formation Tester | 4085-8528 | 1 | 5" |
| 2/27/78 | Schlumberger | Casing Collar Log and Perforating Record | 4065-8528 | 1 | 5" |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

THE FOLLOWING OPEN HOLE WELL LOGS (INCLUDING MWD LOG CURVES) RECORDED ARE TO BE
LISTED AND SENT TO QC DATA INC.

(Gamma Ray, Spontaneous Potential, Caliper, Rwa, Resistivity [e.g. spherically focused, inclusion. Phasor,
etc.], Conductivity, Sonic/Acoustic, Density [e.g., bulk density, compensated, litho-density, etc.], Density Correction,
Neutron, Tension, Dipmeter)

CONTACT NAME:                                          PHONE NUMBER:

     Rickey Boehme                                         (504) 680-6802

V:/RLS/RSRIGOP/MMSREPORTS/MMS125(WELL COMPL)/DWGEQINFO/MASTERLINES 77 87
Wells
BOEM File Name: 102880.pdf,  Page 10 of 11
File Stamp courtesy of OCSBBS.COM

**HSIEHTEX 00076**

Exhibit 6
Page 104 of 105

G 02608    B-9

**MINERALS MANAGEMENT SERVICE**
**SUNDRY NOTICES AND REPORTS ON WELL**

Submit original plus three copies with
one copy marked "Public Information."

OMB No.: 1010-0045
Expiration Date: August 31, 1996

| 1. ORIGINAL X CORRECTION | 2. API WELL NUMBER/PRODUCING INTERVAL CODE 177104067400S02 | 3. WELL NO. B-9 | 11. OPERATOR NAME AND ADDRESS (Submitting Office) Texaco Exploration & Production Inc. P.O. Box 60252 New Orleans, LA 70160-0252 |
|---|---|---|---|
| 8. FIELD NAME EI 333 | 9. UNIT NUMBER N/A | 10. MMS OPERATOR NUMBER 771 | |

**WELL AT TOTAL DEPTH**

| 4. LEASE NUMBER G02608 | 5. AREA NAME EI | 6. BLOCK NUMBER 313 | 7. OPD NUMBER LA4A |
|---|---|---|---|

| 32. TYPE OF SUBMITTAL | 33. PROPOSED OR COMPLETED WORK | | | 34. WELL STATUS/ TYPE CODE COM/GSI |
|---|---|---|---|---|
| REQUEST APPROVAL X  SUBSEQUENT REPORT | ACIDIZE ___ ALTER CASING ___ ARTIFICIAL LIFT ___ CHANGE ZONE ___ DEEPEN ___ | FRACTURE ___ INITIAL COMPLETION ___ MULTI-COMPLETION ___ PERFORATE X PERM ABANDONMT ___ | PLUG BACK X PULL CASING ___ RECOMPLETION ___ SIDETRACK ___ TEMP ABANDONMENT ___ | WORKOVER X OTHER ___ |

**WELL AT SURFACE**

| 12. WELL LOCATION AT SURFACE (Surveyed) S02052W01959 | 13. LEASE NUMBER G02608 | 14. AREA NAME EI | 15. BLOCK NO. 313 | 16. OPD NUMBER LA4A |
|---|---|---|---|---|

| 35. SURVEY BASE NAD 27 X  NAD 83 ___ | 18. WATER DEPTH (Surveyed) 235 | 19. ELEVATION AT KB (Surveyed) 106 | 20. RIG NAME COILED TBG UNIT | 21. RIG TYPE |
|---|---|---|---|---|

36. DESCRIBE PROPOSED OR COMPLETED OPERATIONS (Attach prognosis or summary of completed work, as appropriate)

Received MMS GOM OCS
MAY 19 2000
Public Information Unit

Rcvd. M 4.5 2000 05-12-2000

Subject to OCS regulations and the extent of liabilities...

| 26. CONTACT NAME Joe Sutton | 27. TELEPHONE NUMBER (504) 680-1715 |
|---|---|
| 28. AUTHORIZING OFFICIAL (Type Name) Lester Ralph | 29. TITLE Asset Manager |
| 30. AUTHORIZING SIGNATURE Lester Ralph /SDS | 31. DATE 504 000504 |

THIS SPACE FOR MMS USE ONLY
APPROVED BY (Orig. Sgd.) CARL E. Del rocha

Elliott S. Smith
District Supervisor
elevaito District
TITLE
DATE    MAY 15 2000

PAPERWORK REDUCTION ACT STATEMENT: The Paperwork Reduction Act of 1980 (44 U.S.C. 3501 et seq.) requires us to inform you that this information is being collected to obtain knowledge of equipment and procedures to be used during well completion, workover, and production operations. This information will be used by the District Supervisor to evaluate and approve or disapprove the adequacy of the equipment and procedures to safely perform the proposed operations. Response to this request is mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.18.

Public reporting burden for this form is estimated to average 1 hour per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 2053, Minerals Management Service, 381 Elden Street, Herndon, VA 22070-4817; and Office of Management and Budget, Paperwork Reduction Project (OMB No. 1010-0045) Washington, DC 20503.

Well
BOEM FORMS MMS-124 (August 1993) (Replaces Forms MMS-331 and MMS-332 which will not be used)
File Stamp courtesy of OCSBBS.COM

PUBLIC INFORMATION
HSIEHTEX 00077

Exhibit 6
Page 105 of 105

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID HSIEH, | |
|     Plaintiff, | CIVIL ACTION NO: 3:19-CV-00408-BAJ-JW |
| | JUDGE BRIAN A. JACKSON |
| v. | MAGISTRATE JUDGE DONNA PHILLIPS |
| | CURRAULT |
| APACHE DEEPWATER, LLC, et al., | |
|     Defendants. | |

**DEFENDANT TEXACO INC.'S SECOND SUPPLEMENTAL RESPONSES AND
OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION TO ALL
PREMISE DEFENDANTS (A.K.A. PRODUCING COMPANY)**

TO:    Plaintiff, DAVID HSIEH, by and through his attorneys of record Susannah B. Chester-Schindler, Waters & Kraus, LLP, 3219 McKinney Avenue, Dallas, Texas 75204.

       Pursuant to the Federal Rules of Civil Procedure, Defendant Texaco Inc., a Delaware Corporation (also referred to as "Defendant" or "Texaco"), serves the following Second Supplemental Responses and Objections to Plaintiff's Requests for Production to All Premise Defendants (a/k/a Producing Company).

                        Respectfully submitted,

                        STRONG PIPKIN BISSELL & LEDYARD, L.L.P.

                        */s/ Vickie R. Thompson*
                        Vickie R. Thompson (#34789)
                        1400 San Jacinto Building
                        595 Orleans Street
                        Beaumont, Texas 77701-3255
                        (409) 981-1000 – TEL
                        (409) 981-1010 – FAX
                        vthompson@strongpipkin.com

                        ATTORNEYS FOR DEFENDANT,
                        TEXACO INC., a Delaware Corporation

Exhibit 7
Page 1 of 219

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document is being furnished to Plaintiff's counsel via e-serve on this the 19th day of May, 2021.


<u>*/s/ Vickie R. Thompson*</u>
Vickie R. Thompson

Exhibit 7
Page 2 of 219

## PRELIMINARY STATEMENT AND OBJECTIONS

Plaintiff, David Hsieh's ("Hsieh") lawsuit claims that he was exposed to asbestos-containing drilling mud and/or additives from approximately 1980 through 1987, stemming from his employment with Schlumberger, Ltd., where he worked as an open hole field engineer ("logger") on drilling rigs located in the Gulf of Mexico and the costal waters of the Gulf Coast states.  Hsieh further alleges that numerous defendants in in this lawsuit, including Texaco Inc. ("Defendant" or "Texaco") were operators of these drilling rigs.  However, Hsieh has been unable to identify the name of any wells in which Texaco was the operator or the location of any well sites during this time frame.  Furthermore, there is no evidence that Hsieh was exposed to any asbestos-containing products while working on wells in which Texaco was the operator. Hsieh specifically admitted during his deposition that he had no personal knowledge as to whether he worked around any asbestos containing drilling mud and/or additives while working on wells in which Texaco was the operator.  First and foremost, without specific information as to the alleged drilling rigs or wells where Texaco was the alleged operator, this discovery is overly broad, unduly burdensome and not tailored to the matters relevant to this case. To show the over breadth and burdensome scope of this discovery, without specific information concerning rig names and well sites relating to Texaco, these discovery requests would force Defendant to search its files for every well drilled for eight years in the Gulf of Mexico, which alone encompasses over 600,000 square miles. This does not even include the "coastal waters of the Gulf Coast states." Defendant states that once Hsieh provides adequate and specific information to allow Defendant to understand the basis for the claims asserted, Defendant responses may be supplemented.

Defendant, as noted above, objects to these requests to the extent that the burden or expense of proposed discovery outweighs its likely benefit and they fail to meet the proportionality requirement of Fed. R. Civ. Proc. 26(b)(1).

## DEFENDANT TEXACO INC.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO 2:**  Regardless of whether it was exclusive, please produce all contracts, agreements, scopes of work, work orders, invoices, documents, and other tangible things relating to any work performed for you by any Schlumberger entity on newly drilled wells, with a spud date between 1979 and 1987, in the Gulf of Mexico and the in the coastal waters of the Gulf Coast states.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit.  Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature.  Defendant further objects to this request on the grounds that it is not proportional to the needs of this case.  Federal Rule of Civil Procedure 26(b)(1) provides:

Exhibit 7
Page 3 of 219

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco

Exhibit 7
Page 4 of 219

drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states see documents Bates Numbered HSIEHTEX 00078 – 00289, attached hereto to these discovery responses. Further, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant will be in a better position to supplement its response.

**REQUEST FOR PRODUCTION NO. 3:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states and on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame), particularly including, but not limited to, those wells located in the Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal drilling areas. Note: this request specifically seeks, but is not limited to, information regarding the mud program for the well during the drilling process, prior to production.

**RESPONSE**:

In addition to the General Objections asserted above, Defendant objects to this request as overly broad, unduly burdensome, vague, ambiguous and nonspecific as to the name of the drilling rigs, well sites and to specific areas in the Gulf of Mexico or events relevant to this lawsuit. Due to Hsieh being unable to identify the drilling rig name and well name relating to Texaco, Defendant further objects to this request as premature. Defendant further objects to this request on the grounds that it is not proportional to the needs of this case. Federal Rule of Civil Procedure 26(b)(1) provides:

Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the important of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs it likely benefit.

To prevail in an asbestos case under Louisiana law (this is an OCSLA case, which will apply state law as a surrogate federal law for exposures on platforms on the OCS), a plaintiff "must prove by a preponderance of the evidence that: (1) his exposure to the defendant's asbestos product was significant; and, (2) that this exposure caused or was a substantial factor in brining about his mesothelioma." *Romano v. Metro Life Ins. Co.*, 2016-0954 (La. App. 4 Cir. 5/24/17), 221 So.3d 176, 182; see also *Palermo v. Port of New Orleans*, 2004-1804 (La. App. 4 Cir. 3/15/06), 933 So. 2d 168, 181. In order to meet his burden of proving causation in this case against Defendant, Hsieh must prove that he was exposed to asbestos attributable to his work with Defendant and that this exposure was a substantial factor in the development of his disease. *Lopez v. McDermott, Inc.*, CV 17-8977, 2020 WL 3668059, at *3 (E.D. La. July 6, 2020). Given that Hsieh has failed to identify any asbestos-containing products including drilling mud and/or additive that he worked with while employed by Schlumberger and that Hsieh failed to positively

Exhibit 7
Page 5 of 219

identify any drilling rigs operated by Texaco on which Hsieh worked, this request is not likely to lead to the discovery of relevant and admissible evidence. This request is vague and merely a fishing expedition since Hsieh has produced no evidence concerning exposure on specific drilling rigs or wells in which Texaco was the operator. Even if Defendant were to undertake the overly burdensome tasks of searching for, locating, identifying, and producing the scores of irrelevant information requested by Hsieh, Hsieh's failure to connect Defendant, in any meaningful way, to his alleged disease would prevent Hsieh from meeting his burden of proof. Put simply, Hsieh does not merely seek information from Defendant to fill in the gaps of his case, Hsieh is requesting that Defendant produce nearly unlimited categories of information in a last-ditch effort to create a case for Hsieh to prosecute. This request is clearly not proportional to the needs of this case. Defendant also objects to this request as overly broad, vague, ambiguous, unreasonable, and unduly burdensome in light of the limited information provided by Hsieh. Hsieh has provided insufficient information regarding the rigs, vessels or other structures alleged operated by Texaco at which Hsieh allegedly worked. Further, Hsieh has not provided sufficient information regarding the locations of Hsieh's wells sites. This request seeks categories of information limited in geographical scope only to "the Gulf of Mexico and the coastal waters of the Gulf Coast states." First, Defendant objects to the use of the phrase "coastal waters for the Gulf Coast states" as overbroad, vague, ambiguous, and undefined by the request. Further, the "Gulf of Mexico" as used by Hsieh in this request is overly burdensome as it refers generally to an area of more than 600,000 square miles. Hsieh not only has failed to provide identifying information of offshore drilling rigs to all Defendant to conduct a reasonable search for information responsive to this request, but, Hsieh's request, as currently constituted, would require Defendant to search potentially relevant information spanning nearly a decade and pertaining to an area of more than half a million square miles. Without more details regarding Hsieh's work on Texaco operated drilling rigs, Defendant is faced with the nearly impossible task of determining, with any degree of certainty, any of the information requested by Hsieh. If Hsieh is able to provide additional information regarding Hsieh's work history regarding Texaco drilling rigs or well names, Defendant may be able to provide information responsive to this request. As currently constructed Hsieh seeks information that would provide no assistance in Hsieh's effort to meet his burden of proof in this case.

Subject to and without waiving the foregoing objections, Defendant states see documents Bates Numbered HSIEHTEX 00078 – 00289, attached hereto to these discovery responses. Further, Defendant states that if Hsieh provides the necessary specific information regarding Hsieh's work history as it relates to Texaco, Defendant may be able to supplement its response and provide further responsive documentation.

**REQUEST FOR PRODUCTION NO. 4:** To the extent not already produced, please produce the well files for each well that you newly drilled or "spudded" between 1980 and 1987 in the Gulf of Mexico and in the coastal waters of the Gulf Coast states, on which a Schlumberger entity performed wireline services (i.e. during the 1980-87 time frame) and which utilized the following mobile rigs and barges:

a.      SEDCO 471
b.      SEDCO 472
c.      BOOKER 950
d.      Penrod 63

Exhibit 7
Page 6 of 219

e.    Penrod 67
f.    Penrod 69
g.    Mariner 3
h.    Mariner 7
i.    Discovery 534
j.    Discovery Seven Seas
k.    Rowan Gorilla 3
l.    Diamond M
m.    Dolphin 8
n.    Transworld 60
o.    Sapata
p.    Shell Rig 11

**RESPONSE**:

Plaintiff was not able to testify that Texaco was the operator when he worked on any of these rigs.  Nevertheless, Defendant has made a diligent search and found no records for SEDCO 471, SEDCO 472, Booker 950, Penrod 63, Penrod 67, Mariner 3, Mariner 7, Discovery 534, Discovery Seven Seas, Rowan Gorilla 3, Dolphin 8 and Shell Rig 11.  Defendant found some records regarding Penrod 69, Diamond M (which is a company, not a rig), Transworld 69 and Sapata (which is assumed to be Zapata, which is a company, not a rig and the search was limited to the Zapata Vinegaroon, the only Zapata drilling rig that Hsieh testified to working on during the applicable time frame).  Defendant states see documents Bates Numbered HSIEHTEX 00078 – 00091, HSIEHTEX 00105 – 00110, HSIEHTEX 00117 – 00125, and HSIEHTEX 00192 – 00289, attached hereto to these discovery responses.

Exhibit 7
Page 7 of 219

Exhibit 7
Page 8 of 219

HSIEHTEX 00078

**Schlumberger**

## DUAL INDUCTION-SFL-SONIC
### WITH LINEAR CORRELATION LOG

DETAIL LOG
5"=100'

COMPANY   TEXACO INCORPORATED

Unocal's File Copy
- Clean
- Field
- Marked

WELL   OCS G 5527 WELL #1

FIELD   EUGENE ISLAND AREA BLOCK 394

COUNTY   OFFSHORE   STATE   LOUISIANA

COUNTY OFFSHORE  FIELD EUGENE ISLAND AREA  LOCATION OCS G 5527  WELL #1  COMPANY TEXACO INCORPORATED

1671' FNL & 6250' FEL OF E. I.
394

Other Services:
FDC   CNL  HDT
CORES

API SERIAL NO. 177104105   TWP   RANGE

Permanent Datum   MWL
Log Measured From   KB   68.0 Ft. Above Perm. Datum
Drilling Measured From   KB
Elev. K.B. 68.0   D.F. 67.0 MWL

| Date | 12/16/83 | 12/22/83 | 12/25/83 | 01/11/84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 4050 | 6350 | 6650 | 11050 |
| Depth–Logger | 4031 | 6349 | 6650 | 11042 |
| Btm. Log Interval | 4029 | 6346 | 6647 | 11039 |
| Top Log Interval | 1336 | 4015 | 6290 | 6597 |
| Casing–Driller | 20" @ 1334 | 16" @4004 | 16" @ 4004 | 13 3/8"@ 6600 |
| Casing–Logger | 1336 | 4015 | 4015 | 6597 |
| Bit Size | 12 1/4 | 12 1/4 | 12 1/4 | 12 1/4 |
| Type Fluid in Hole | LOW SILT | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens.   Visc. | 10.0   50.0 | 12.8   46.0 | 12.8   46.0 | 15.2   35.0 |
| pH    Fluid Loss | 10.5   ml | 12.5   3.3 ml | 12.5   3.3 ml | 11.0   2.0 ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | 1.180@ 78 °F | 0.735@70 °F | 0.735@ 70 °F | 0.964@ 65 °F |
| Rmf @ Meas. Temp. | 1.060@ 78 °F | 0.448@70 °F | 0.448@ 70 °F | 0.793@ 65 °F |
| Rmc @ Meas. Temp. | 1.310@ 78 °F | 1.370@70 °F | 1.370@ 70 °F | 1.540@ 65 °F |
| Source: Rmf   Rmc | PRESS  PRESS | PRESS PRESS | PRESS PRESS | FLOW FLOW |
| Rm @ BHT | 0.659@ 145°F | 0.410@131 °F | 0.410@ 131 °F | 0.444@ 149°F |
| Circulation Stopped | 0530   12/18 | | 1800   12/24 | 1800   01/10 |
| Logger on Bottom | 1000   12/16 | | 0500   12/25 | 0300   01/11 |
| Max. Rec. Temp. | 145 °F | 131 °F | 131 °F | 149 °F |
| Equip.   Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded by | MORRIS | DANIELS | DANIELS | GLENN |
| Witnessed By | HEBERT | FERGUSON | FERGUSON | TURLINGTON |

| Date | | | |
|---|---|---|---|
| Run No. | | | |
| Depth – Driller | | | |
| Depth–Logger (Schl.) | | | |
| Btm. Log Interval | | | |
| Top logged interval | | | |
| Casing–Driller | | | |
| Casing–Logger | | | |
| Bit Size | | | |
| Type Fluid in Hole | | | |
| Dens.   Visc. | | | |
| pH    Fluid Loss | ml | ml | ml |
| Source of Sample | | | |
| Rm @ Meas. Temp. | @ °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | @ °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | @ °F | @ °F | @ °F |
| Source: Rmf   Rmc | | | |
| Rm @ BHT | @ °F | @ °F | @ °F |
| Circulation Stopped | | | |
| Logger on Bottom | °F | | |
| Max. Rec. Temp. | | | |
| Equip.   Location | | | |
| Recorded By | | | |
| Witnessed By Mr. | | | |

Permanent Datum   MWL
Log Measured From   KB   68.0 Ft. Above Perm. Datum
Drilling Measured From   KB
Elev.   0.0   Elev. K.B. 68.0   D.F. 67.0 MWL

| Date | 01/28/84 | 02/10/84 | 02/18/84 |
|---|---|---|---|
| Run No. | FIVE | SIX | SEVEN |
| Depth–Driller | 12142 | 13262 | 14260 |
| Depth–Logger (Schl.) | 12142 | 13260 | 14254 |
| Btm. Log Interval | 12140 | 13257 | 14252 |
| Top Log Interval | 10999 | 12138 | 12137 |
| Casing–Driller | 9 5/8"@1004 | 7" @12140 | 7" @ 12140 |
| Casing–Logger | 10999 | 12140 | 12137 |
| Bit Size | 8 1/2 | 5 3/4 | 5 3/4 |
| Type Fluid in Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens.   Visc. | 17.3   50.0 | 17.7   54.0 | 17.8   53.0 |
| pH    Fluid Loss | 10.0   1.8 ml | 11.5   1.9 ml | 12.0   2.0 ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | 1.020@68 °F | 0.820@72 °F | 0.828@70 °F |
| Rmf @ Meas. Temp. | 0.448@68 °F | 0.412@72 °F | 0.454@70 °F |
| Rmc @ Meas. Temp. | 1.900@68 °F | 1.900@72 °F | 1.510@70 °F |
| Source: Rmf   Rmc | PRESS PRESS | MEAS. MEAS. | PRESS PRESS |
| Rm @ BHT | 0.418@176 °F | 0.309@202 °F | 0.297@211 °F |
| Circulation Stopped | 2130   01/27 | 0100   02/10 | 0300   02/18 |
| Logger on Bottom | 0644   01/28 | 1130   02/10 | 1330   02/18 |
| Max. Rec. Temp. | 176 °F | 202 °F | 211 °F |
| Equip.   Location | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By Mr. | O'BRIEN | CALAHAN | RYTHMER |

### SCALE CHANGES

| Type Log | Depth | Scale Log Hole | Scale Down Hole |
|---|---|---|---|

### RUN NO.

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Service Order No. | 139398 | 139412 | 139411 | 124133 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity. PPM Cl | 3200 | 7000 | 7000 | 7800 |

### EQUIPMENT DATA

| | | | | |
|---|---|---|---|---|
| Ind. Panel No. | BO-152 | CBC-2424 | CBC-2424 | BC-351 |
| Mem. Panel No. | 1247 | 1314 | 1314 | 1270 |
| Ind. Cart. No. | 218 | EC-131 | DA-1314 | DA-1302 |
| Ind. Sonde No. | | 218 | EC-131 | DA-1567 |
| Sonic Panel No. | | | | DA-1567 |
| Oscl Panel No. | MA-144 | MA-26 | MA-144 | FA-1011 |
| Sonic Cart No. | SB-122 | SB-138 | SC-138 | SC-491 |
| Sonic Sonde No. | JC-3280 | JC-3114 | JC-3114 | JC-3114 |
| G.R. Cart. No. | BC-1177 | BC-1177 | BC-1177 | BC-1177 |

### REMARKS:

RUN ONE   RIG:  DIAMOND M
ALL SCALES AND PRESENTATIONS
AT CLIENT REQUEST

CENTURIES

| | | | | | AT CLIENT REQUEST. |
|---|---|---|---|---|---|
| G. R. Cart. No. | JC-3280 | JC-3114 | JC-3114 | JC-3585 | |
| G. R. Panel No. | - | BC-1177 | BC-1177 | BC-1177 | RUN TWO: GR LOGGED 300' INTO |
| Caliper No. | - | - | - | - | CASING FOR TIE-IN PURPOSES. |
| TTR No | - | - | - | - | RUN THREE IS BELOW 6350. |
| DRE No | - | - | - | - | |
| CPW No | - | - | - | - | RUN THREE: OVERLAPPED WITH |
| Centralizer Device | - | - | - | - | RUN TWO, RUN THREE IS BELOW |
| **CALIBRATION DATA** | | | | | 6350. |
| Surf. ILD S.E. | 6.6 | 5.8 | 5.8 | 3.3 | |
| Surf. ILM S.E. | 6.4 | 6.8 | 6.8 | 6.9 | RUN FOUR: DIPMETER SP SPLICED |
| ILD S.E. Corrected @ Depth | - | - | - | - | INTO DIL-SONIC-GR LOG FROM |
| ILM S.E. Corrected @ Depth | - | - | - | - | BOTTOM TO 8020. THE SP FROM |
| Depth ILD & ILM Zero Set | - | - | - | - | 8020 TO THE TOP IS FROM THE |
| G. R. BKGD CPS. | 15 | 8 | 8 | 15 | DIL-SONIC-GR LOG. |
| G. R. Source CPS. | 142 | 121 | 121 | 180 | |
| G. R. Cal. Sens. | 141 | 140 | 140 | 143 | |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO | |
| **LOGGING DATA** | | | | | |
| G. R. Sens.-Log | 20 - 120 | 20 - 120 | 20 - 120 | 20 - 120 | |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | AUTO | |
| Speed F.P.M. | 40 | 40 | 40 | 50 | *CP* |

| | | | | **SCALE CHANGES** | | | |
|---|---|---|---|---|---|---|---|
| **RUN NO.** | FIVE | SIX | SEVEN | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Service Order No. | 129882 | 136512 | 127909 | | | | |
| Fluid Level | FULL | FULL | FULL | | | | |
| Salinity, PPM CL. | 7500 | - | 4800 | | | | |
| **EQUIPMENT DATA** | | | | | | | |
| Ind. Panel No. | BD-152 | - | - | | | | |
| Mem. Panel No. | - | - | CBC-2106 | | | | |
| Ind. Cart. No. | DA-148 | DA-1487 | 1495 | | | | |
| Ind. Sonde No. | EC-1429 | EC-1543 | 1608 | REMARKS: | | | |
| Sonic Panel No. | DA-1567 | - | - | RUN FIVE: WATER DEPTH...400' | | | |
| Oscil Panel No. | - | - | - | DEVIATION...ST RIG: SEMISUB | | | |
| Sonic Cart. No. | FA-1111 | FA-1311 | MA-26 | 1 1/2" STANDOFFS USED. | | | |
| Sonic Sonde No. | SC-477 | SC-471 | SB-122 | DOWNHOLE GROUND (SPARC) USED | | | |
| G. R. Cart. No. | JC-3563 | - | JC-3280 | FOR SP, SP NOISY 100-200' FROM | | | |
| G. R. Panel No. | BC-1177 | - | - | CASING AS DOWNHOLE RETURN | | | |
| SGT | | E-1555 | - | ENTERS CSG SHOE. | | | |
| TTR No. | - | - | 2886 | | | | |
| TPII | - | - | BEA-1559 | RUN SIX: NO STAND-OFFS USED ON | | | |
| CTII | - | - | ABA-1258 | INDUCTION. | | | |
| Centralizer Device | - | - | - | | | | |
| **CALIBRATION DATA** | | | | RUN SEVEN: RIG: DIAMOND M | | | |
| Surf. ILD S.E. | 5.7 | 1.0 | 8.0 | CENTURY | | | |
| Surf. ILM S.E. | 8.3 | 4.7 | 7.7 | ALL PRESENTATIONS AND SCALES | | | |
| ILD S.E. Corrected @ Depth | - | - | - | AT CLIENT REQUEST. | | | |
| ILM S.E. Corrected @ Depth | - | - | - | LOG OVERLAPPED RUN SIX. | | | |
| Depth ILD & ILM Zero Set | - | - | - | | | | |
| G. R. BKGD CPS. | 21 | 12 | 15 | | | | |
| G. R. Source CPS. | 172 | 145 | 144 | | | | |
| G. R. Cal. Sens. | 141 | 150 | 141 | | | | |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | | | | |
| **LOGGING DATA** | | | | | | | |
| G. R. Sens.-Log | 20 - 120 | 30 - 130 | 20 - 120 | | | | |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | | | | |
| Speed-F.P.M. | 60 | 60 | 30 | | | | *CP* |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00079

Exhibit 7
Page 9 of 219

HSIEHTEX 00080

Exhibit 7
Page 110 of 219

**Schlumberger**

## DUAL INDUCTION·SFL·SONIC
WITH LINEAR CORRELATION LOG

| | |
|---|---|
| COMPANY | TEXACO INCORPORATED |
| WELL | OCS G 5527 WELL -1 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE STATE LOUISIANA |

Other Services: FDC CNL HDT CORES

1671' FNL & 6250' FEL of E. I. 394

COUNTY: OFFSHORE
AREA: EUGENE ISLAND AREA
LOCATION: BLOCK 394
WELL: OCS G 5527 WELL -1
TEXACO INCORPORATED

Texaco's File Copy
— Clean
— Field
— Marked

API SERIAL NO. 177104105

| | | | |
|---|---|---|---|
| Permanent Datum: | MWL | | |
| | KB | Elev. | 0.0 |
| Log Measured From | KB | 68.0 ft Above Perm Datum |
| Drilling Measured From | KB | |

| | | | | |
|---|---|---|---|---|
| Elev.: K.B. | 68.0 | | | |
| | D.F. | 67.0 | | |
| | MWL | | | |

| Date | 12/16/83 | 12/22/83 | 12/25/83 | 01/11/84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 4050 | 6350 | 6650 | 11050 |
| Depth–Logger | 4031 | 6349 | 6650 | 11042 |
| Btm. Log Interval | 4029 | 6346 | 6647 | 11039 |
| Top Log Interval | 1336 | 4015 | 6290 | 6597 |
| Casing–Driller | 20" @ 1336 | 16" @ 4004 | 16" @ 4004 | 13 3/8@ 6600 |
| Casing–Logger | 1336 | 4015 | 4015 | 6597 |
| Bit Size | 12 1/4 | 12 1/4 | 12 1/4 | 12 1/4 |
| Type Fluid in Hole | LOW SILT | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. | 10.0 | 12.8 | 12.8 | 15.2 |
| Visc. | 50.0 | 46.0 | 46.0 | 35.0 |
| pH | 10.5 | | | |
| Fluid Loss | | 12.5 | 3.3 ml | 12.5 |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.180@ 78 °F | 0.735@70 | 0.735@ 70 | 0.964@ 65 °F |
| Rmf @ Meas. Temp. | 1.060@78 °F | 0.446@70 | 0.448 @ 70 °F | 0.793@ 65 °F |
| Rmc @ Meas. Temp. | 1.310@ 78 °F | 1.370@ 70 °F | 1.370 @ 70 °F | 1.540@ 65 °F |
| Source: Rmf · Rmc | PRESS | PRESS | PRESS | FLOW |
| Rm @ BHT | 0.659@ 145°F | 0.410@131°F | 0.410 @131°F | 0.440@ 140°F |
| Circulation Stopped | 0530 | 12/8 | 1800 | 01/0 |
| Logger on Bottom | 1000 | 12/16 | 0500 | 01/1 |
| Max. Rec. Temp. | 145 | 131 | 131 | 149 |
| Equip. · Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | MORRIS | DANIELS | DANIELS | GLENN |
| Witnessed By | HEBERT | FERGUSON | FERGUSON | TURLINGTON |

| | | | |
|---|---|---|---|
| Permanent Datum: | MWL | | Elev.: K.B. 69.0 |
| | KB | Elev. 0.0 | D.F. 67.0 |
| Log Measured From | KB | 68.0 ft Above Perm. Datum | MWL |
| Drilling Measured From | KB | | |

| Date | 01/28/84 | 02/10/84 | 02/13/84 |
|---|---|---|---|
| Run No. | FIVE | SIX | SEVEN |
| Depth–Driller | 12142 | 13262 | 14260 |
| Depth–Logger (Sch) | 12142 | 13260 | 14254 |
| Btm. Log Interval | 12139 | 13257 | 14252 |
| Top Log Interval | 10999 | 12138 | 12137 |
| Casing–Driller | 9 5/8@ 1004 | 9 5/8@ 12140 | 12140 |
| Casing–Logger | 10999 | 12140 | 12137 |
| Bit Size | 8 1/2 | 15 3/4 | 5 3/4 |
| Type Fluid in Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. | 17.3 | 17.7 | 17.8 |
| Visc. | 50.0 | 154.0 | 153.0 |
| pH | Fluid Loss | 10.0 | 1.8 ml | 11.5 | 1.9 ml | 12.0 | 2.0 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.020@68 | 0.870@72 | 0.830@ 70 °F |
| Rmf @ Meas. Temp. | 0.448@68 | 0.412@72 | 0.494@ 70 °F |
| Rmc @ Meas. Temp. | 1.190@68 | 1.900@72 | 1.510@ 70 °F |
| Source: Rmf · Rmc | PRESS | MEAS | MEAS | PRESS | PRESS |
| Rm @ BHT | 0.418@176 | 0.309@202 °F | 0.292@211 |
| Circulation Stopped | 1330 | 01/27 | 0100 | 02/10 | 0300 | 02/18 |
| Logger on Bottom | 0644 | 01/28 | 1130 | 02/11 | 1330 | 02/18 |
| Max. Rec. Temp. | 176 | 202 | 211 |
| Equip. · Location | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By Mr. | O'BRIEN | CALAHAN | RYTHER |

## EQUIPMENT DATA

| | | | | |
|---|---|---|---|---|
| Ind. Panel No. | - | BD-152 | BD-152 | HC-351 |
| Mem. Panel No. | CBC-2424 | CBC-2424 | CHC-2424 | DA-1270 |
| Ind. Cart. No. | 1247 | DA-1314 | DA-1314 | DA-1302 |
| Ind. Sonde No. | 218 | EC-131 | EC-131 | DA-1567 |
| Sonic Panel No. | - | DA-1567 | DA-1567 | - |
| Oscil Panel No. | - | - | - | - |
| Sonic Cart. No. | MA-26 | MA-144 | MA-144 | FA-1011 |
| Sonic Sonde No. | SB-122 | SC-138 | SC-138 | SC-491 |
| G. R. Cart. No. | JC-3280 | JC-3114 | JC-3114 | SC-3583 |
| G. R. Panel No. | - | BC-1177 | BC-1177 | BC-1177 |
| Caliper No. | - | - | - | - |
| TTR No. | - | - | - | - |
| CORE No. | - | - | - | - |
| CPW No. | - | - | - | - |
| Centralizer Device | - | - | - | - |

## CALIBRATION DATA

| | | | | |
|---|---|---|---|---|
| Surf. ILD S.E. | 6.6 | 5.8 | 5.8 | 3.3 |
| Surf. ILM S.E. | 6.4 | 6.8 | 6.8 | 6.9 |
| ILD S.E. Corrected @ Depth | - | - | - | - |
| ILM S.E. Corrected @ Depth | - | - | - | - |
| Depth ILD & ILM Zero Set | - | - | - | - |
| G. R. BKGD CPS. | 15 | 8 | 8 | 15 |
| G. R. Source CPS. | 142 | 121 | 121 | 180 |
| G. R. Col. Sens. | 141 | 140 | 140 | 143 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO |

## LOGGING DATA

| | | | | |
|---|---|---|---|---|
| G. R. Sens.-Log | 20 - 120 | 20 - 120 | 20 - 120 | 20 - 120 |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | AUTO |
| Speed-F.P.M. | 40 | 40 | 40 | 50 |

| RUN NO. | FIVE | SIX | SEVEN |
|---|---|---|---|
| Service Order No. | 129882 | 136512 | 127909 |
| Fluid Level | FULL | FULL | FULL |
| Salinity, PPM CL. | 7500 | | 4000 |

## EQUIPMENT DATA

| | | | |
|---|---|---|---|
| Ind. Panel No. | BD-152 | - | - |
| Mem. Panel No. | - | - | CBC-2106 |
| Ind. Cart. No. | DA-148 | DA-1487 | 1495 |
| Incl. Sonde No. | EC-1429 | EC-1543 | 1608 |
| Sonic Panel No. | DA-1567 | - | - |
| Oscil Panel No. | - | - | - |
| Sonic Cart. No. | FA-1111 | FA-1311 | MA-26 |
| Sonic Sonde No. | SC-477 | SC-471 | SB-122 |
| G. R. Cart. No. | JC-3563 | - | JC-3280 |
| G. R. Panel No. | BC-1177 | E-1555 | - |
| SGT | | | 2886 |
| TTR No. | | | BEA-1559 |
| TPU | | | ABA-1258 |
| CTU | | | |
| Centralizer Device | | | |

## CALIBRATION DATA

| | | | |
|---|---|---|---|
| Surf. ILD S.E. | 5.7 | 1.0 | 8.0 |
| Surf. ILM S.E. | 8.3 | 4.7 | 7.7 |
| ILD S.E. Corrected @ Depth | - | - | - |
| ILM S.E. Corrected @ Depth | - | - | - |
| Depth ILD & ILM Zero Set | - | - | - |
| G. R. BKGD CPS. | 21 | 12 | 15 |
| G. R. Source CPS. | 172 | 145 | 144 |
| G. R. Col. Sens. | 141 | 150 | 141 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO |

## LOGGING DATA

| | | | |
|---|---|---|---|
| G. R. Sens.-Log | 20 - 120 | 30 - 130 | 20 - 120 |
| G. R. T. C.-Log | AUTO | AUTO | AUTO |
| Speed-F.P.M. | 60 | 60 | 30 |

### REMARKS:

RUN ONE: RIG: DIAMOND M CENTURY ALL SCALES AND PRESENTATIONS AT CLIENT REQUEST.

RUN TWO: GR LOGGED 300' INTO CASING FOR TIE-IN PURPOSES. RUN THREE IS BELOW 6350.

RUN THREE: OVERLAPPED WITH RUN TWO. RUN THREE IS BELOW 6350.

RUN FOUR: DIPMETER SP SPLICED INTO OIL-SONIC-GR LOG FROM BOTTOM TO 8020. THE SP FROM 8020 TO THE TOP IS FROM THE OIL-SONIC-GR LOG.

### SCALE CHANGES

| Type Log | Depth | Scale Up Hole | Scale Down Hole |
|---|---|---|---|
| | | | |

*CP*

### REMARKS:

RUN FIVE: WATER DEPTH...400' DEVIATION...ST RIG: SEMISUB 1 172' STANDOFFS USED. DOWNHOLE GROUND (SPARC) USED FOR SP. SP NOISY 100-200' FROM CASING AS DOWNHOLE RETURN ENTERS CSG SHOE.

RUN SIX: NO STAND-OFFS USED ON INDUCTION.

RUN SEVEN: RIG: DIAMOND M CENTURY ALL PRESENTATIONS AND SCALES AT CLIENT REQUEST. LOG OVERLAPPED RUN SIX.

*CP*

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our current General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00081

Exhibit 7
Page 11 of 219

HSIEHTEX 00082

Exhibit 7
Page 12 of 219

**Schlumberger**

## DUAL INDUCTION-SFL-SONIC
WITH LINEAR CORRELATION LOG

| | |
|---|---|
| COMPANY | TEXACO INCORPORATED |
| WELL | OCS G 5527 WELL #1 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE  STATE  LOUISIANA |

Unocal's File Copy
- Clean
- Field
- Marked

Other Services:
FDC  CNL HDT
CORES

1671' FNL & 6250' FEL OF E.
394

API SERIAL NO. 177104105

| | | | |
|---|---|---|---|
| Permanent Datum | MWL | ; Elev. | 0.0 |
| Log Measured From | KB | 68.0 Ft. Above Perm. Datum | Elev. K.B 68.0 |
| Drilling Measured From | KB | | D.F 67.0 MWL |

| | | | | |
|---|---|---|---|---|
| Date | 12/16/83 | 12/22/83 | 12/25/83 | 01/11/84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth—Driller | 4060 | 6350 | 6650 | 11050 |
| Depth—Logger | 4031 | 6349 | 6650 | 11042 |
| Btm. Log Interval | 4029 | 6346 | 6647 | 11039 |
| Top Log Interval | 1336 | | 6240 | 6597 |
| Casing—Driller | 20" @ 1334 | 16" @4004 | 16" | 16" @6004 |
| Casing—Logger | 1336 | 4015 | 4015 | 6597 |
| Bit Size | 12 1/4 | 12 1/4 | 12 1/4 | 12 1/4 |
| Type Fluid in Hole | LOW SILT | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens.  Visc. | 10.0  50.0 | 12.8  146.0 | 12.8  46.0 | 15.2  35.0 |
| pH  Fluid Loss | 10.5  - ml | 12.5  3.3 ml | 12.5  3.3 ml | 11.0  2.0 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.180@ 78 °F | 0.733@70 °F | 0.735@70 °F | 0.964@ 65 °F |
| Rmf @ Meas. Temp. | 0.60@ 78 °F | 0.448@70 °F | 0.448@ 70 °F | 0.540@ 65 °F |
| Rmc @ Meas. Temp. | 1.310@ 78 °F | 1.370@70 °F | 1.370@ 70 °F | 1.540@ 65 °F |
| Source: Rmf  Rmc | PRESS  PRESS | PRESS  PRESS | PRESS  PRESS | FLOW  FLOW |
| Rm @ BHT | 0.650@ 145 °F | 0.410@131 °F | 0.410@ 131 °F | 0.440@ 149 °F |
| Circulation Stopped | 0530  1218 | - | 1800 | 12/24 1800  01/10 |
| Logger on Bottom | 1000  1209 | - | 0500 | 12/25 0300  0117 |
| Max. Rec. Temp. | 145 °F | 131 °F | 1149 | - |
| Equip.  Location | F-266 IMCOS | F-266 IMCOS | F-266 IMCOS | F-266 IMCOS |
| Recorded By | MORRIS | DANIELS | DANIELS | GLENN |
| Witnessed By | HEBERT | | FERGUSON | BURLINGTON |

| | | | |
|---|---|---|---|
| Date | 01/25/84 | 02/11/84 | 02/18/84 |
| Run No. | | | SEVEN |
| Depth—Driller | 12162 | 14262 | 14260 |
| Depth—Logger | 12140 | 14260 | 14254 |
| Btm. Log Interval | | | 14252 |
| Top Log Interval | 10899 | 12140 | 7" @12140 |
| Casing—Driller | 10596 | | 12137 |
| Casing—Logger | | 12471 | 5 3/4" |
| Bit Size | | LIGNOSULF | LIGNOSULF |
| Type Fluid in Hole | LIGNOSULF | 17.8  194.0 | 17.8  53.0 |
| Dens.  Visc. | 17.3 | 12.0  7.9 ml | 12.0  7.0 ml |
| pH  Fluid Loss | 12.0 | FLOWLINE | FLOWLINE |
| Source of Sample | FLOWLINE | 0.823@ 70 °F | |
| Rm @ Meas. Temp. | 1.070@ 70 °F | 0.472@ 70 °F | 0.474@ 70 °F |
| Rmf @ Meas. Temp. | 0.480@ 70 °F | 1.530@ 70 °F | 1.530@ 70 °F |
| Rmc @ Meas. Temp. | 1.390@ 70 °F | MEAS.  MEAS. | PRESS  PRESS |
| Source: Rmf  Rmc | PRESS  PRESS | 0.309@202 °F | 0.292@211 |
| Rm @ BHT | 0.419@176 °F | 02/11 0100  02/10 | 1330  02/18 |
| Circulation Stopped | 1330  02/18 | 0200  02/10 | 0300  02/18 |
| Logger on Bottom | 1644  01/25 | 202 °F | 211 °F |
| Max. Rec. Temp. | 176 °F | F-266 IMCOS | F-266 IMCOS |
| Equip.  Location | F-266 IMCOS | HUMPHREY | MORRIS |
| Recorded By | VAUGHN | CALAHAN | RYTHMER |
| Witnessed By | LOTHEIN | | |

Exhibit 7
Page 13 of 219

## DUAL INDUCTION·SFL·SONIC
### WITH LINEAR CORRELATION LOG

**Schlumberger**

HSIEHTEX 00083

| COMPANY | TEXACO INCORPORATED | Unocal's File Copy |
|---|---|---|

— Clean
✗ — Field
✗ — Marked

| WELL | OCS G 5527 WELL #1 |
|---|---|
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE  STATE  LOUISIANA |

COUNTY: OFFSHORE
FIELD: EUGENE ISLAND AREA
LOCATION: BLOCK 394
WELL: OCS G 5527 WELL #1
COMPANY: TEXACO INCORPORATED

| LOCATION | 1671' FNL & 6250' FEL OF E. I. 394 |
|---|---|
| API SERIAL NO | 177104105 | TWP | | RANGE | |

Other Services: FDC  CNL HDT  CORES

| Permanent Datum: | MWL | ; Elev.: | 0.0 | Elev.: K.B. | 68.0 |
|---|---|---|---|---|---|
| Log Measured From | KB | 68.0 | Ft. Above Perm. Datum | D.F. | 67.0 |
| Drilling Measured From | KB | | | | MWL |

| Permanent Datum: | MWL | ; Elev.: | 0.0 | Elev.: K.B. | 68.0 |
|---|---|---|---|---|---|
| Log Measured From | KB | | | D.F. | 67.0 |
| Drilling Measured From | KB | 68.0 | Ft. Above Perm. Datum | | MWL |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | | | | | | | | | | |
| Run No. | | | | | | | | | | |
| Depth — Driller | | | | | | | | | | |
| Depth—Logger (Schl.) | | | | | | | | | | |
| Btm. Log Interval | | | | | | | | | | |
| Top logged interval | | | | | | | | | | |
| Casing—Driller | @ | | @ | | @ | | @ | | | |
| Casing—Logger | | | | | | | | | | |
| Bit Size | | | | | | | | | | |
| Type Fluid in Hole | | | | | | | | | | |
| Dens. Visc. | | | | | | | | | | |
| pH Fluid Loss | ml | | ml | | ml | | | | | |
| Source of Sample | | | | | | | | | | |
| Rm @ Meas. Temp. | @ | °F | @ | °F | @ | °F | @ | ° | | |
| Rmf @ Meas. Temp. | @ | °F | @ | °F | @ | °F | @ | ° | | |
| Rmc @ Meas. Temp. | @ | °F | @ | °F | @ | °F | @ | ° | | |
| Source: Rmf Rmc | | | | | | | | | | |
| Rm @ BHT | @ | | @ | °F | @ | °F | @ | ° | | |
| Circulation Stopped | | | | | | | | | | |
| Logger on Bottom | | | | | | | | | | |
| Max. Rec. Temp. | | | | °F | | °F | | ° | | |
| Equip. Location | | | | | | | | | | |
| Recorded By | | | | | | | | | | |
| Witnessed By Mr. | | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 12/16/83 | 12/22/83 | 12/25/83 | 01/11/84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth—Driller | 4050 | 6350 | 6650 | 11050 |
| Depth—Logger | 4031 | 6349 | 6650 | 11042 |
| Btm. Log Interval | 4029 | 6346 | 6647 | 11039 |
| Top Log Interval | 1336 | 4015 | 6290 | 6597 |
| Casing—Driller | 20" @ 1334 | 16" @4004 | 16" @4004 | 13 3/8@ 6600 |
| Casing—Logger | 1336 | 4015 | 4015 | 6597 |
| Bit Size | 12 1/4 | 12 1/4 | 12 1/4 | 12 1/4 |
| Type Fluid in Hole | LOW SILT | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. Visc. | 10.0   50.0 | 12.8   46.0 | 12.8   46.0 | 15.2   35.0 |
| pH Fluid Loss | 10.5  ~ ml | 12.5  3.3 ml | 12.5  3.3 ml | 11.0  2.0 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 1.180@ 78 °F | 0.735@70 °F | 0.735@ 70 °F | 0.964@ 65 °F |
| Rmf @ Meas. Temp. | 1.060@ 78 °F | 0.448@70 °F | 0.448@70 °F | 0.793@ 65 °F |
| Rmc @ Meas. Temp. | 1.310@ 78 °F | 1.370@70 °F | 1.370@ 70 °F | 1.540@ 65 °F |
| Source: Rmf Rmc | PRESS PRESS | PRESS PRESS | PRESS PRESS | FLOW FLOW |
| Rm @ BHT | 0.659@ 145°F | 0.410@131 °F | 0.410@ 131°F | 0.444@ 140°F |
| Circulation Stopped | 0530   12/16 | - | 1800   12/24 | 1800   01/10 |
| Logger on Bottom | 1000   12/16 | - | 0500   12/25 | 0300   01/11 |
| Max. Rec. Temp. | 145 °F | 131 °F | °F | 149 °F |
| Equip. Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | MORRIS | DANIELS | DANIELS | GLENN |
| Witnessed By | HEBERT | FERGUSON | FERGUSON | TURLINGTON |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | 01/28/84 | 02/10/84 | 02/18/84 | |
| Run No. | FIVE | SIX | SEVEN | |
| Depth—Driller | 12142 | 13262 | 14260 | |
| Depth—Logger (Schl.) | 12142 | 13260 | 14254 | |
| Btm. Log Interval | 12139 | 13257 | 14252 | |
| Top Log Interval | 10999 | 12138 | 12137 | |
| Casing—Driller | 9 5/8@1004 | 7" @12140 | 7" @12140 | @ |
| Casing—Logger | 10999 | 12140 | 12137 | |
| Bit Size | 8 1/2 | 5 3/4 | 5 3/4 | |
| Type Fluid in Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF | |
| Dens. Visc. | 17.3   50.0 | 17.7   54.0 | 17.8   53.0 | |
| pH Fluid Loss | 10.0  1.8 ml | 11.5  1.9 ml | 12.0  2.0 ml | m |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | |
| Rm @ Meas. Temp. | 1.020@68 °F | 0.820@72 °F | 0.828@70 °F | @ °F |
| Rmf @ Meas. Temp. | 0.448@68 °F | 0.412@72 °F | 0.454@70 °F | @ °F |
| Rmc @ Meas. Temp. | 1.190@68 °F | 1.900@72 °F | 1.510@70 °F | @ °F |
| Source: Rmf Rmc | PRESS PRESS | MEAS MEAS | PRESS PRESS | |
| Rm @ BHT | 0.418@ 176 °F | 0.309@202 °F | 0.297@ 211 °F | @ °F |
| Circulation Stopped | 2130   01/27 | 0100   02/10 | 0300   02/18 | |
| Logger on Bottom | 0644   01/28 | 1130   02/10 | 1330   02/18 | |
| Max. Rec. Temp. | 176 °F | 202 °F | °F | °F |
| Equip. Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | |
| Recorded By | VAUGHN | HUMPHREY | MORRIS | |
| Witnessed By Mr. | O'BRIEN | CALAHAN | RYTHMER | |

| | | | | | | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|---|
| Service Order No. | | | | | | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Fluid Level | FULL | FULL | FULL | FULL | | | | | |
| Salinity, PPM CL. | 3200 | 7000 | 7000 | 3800 | | | | | |

**EQUIPMENT DATA**

| | | | | | | REMARKS: |
|---|---|---|---|---|---|---|
| Ind. Panel No. | – | BD-152 | BD-152 | BC-351 | | RUN ONE: RIG: DIAMOND M |
| Mem. Panel No. | CBC-2424 | CBC-2424 | CBC-2424 | – | | CENTURY |
| Ind. Cart. No. | 1247 | DA-1314 | DA-1314 | DA-1270 | | ALL SCALES AND PRESENTATIONS |
| Ind. Sonde No. | 218 | EC-131 | EC-131 | EC-1302 | | AT CLIENT REQUEST. |
| Sonic Panel No. | – | DA-1567 | DA-1567 | DA-1567 | | |
| Oscil Panel No. | – | – | – | – | | RUN TWO: GR LOGGED 300' INTO |
| Sonic Cart. No. | MA-26 | MA-144 | MA-144 | FA-1011 | | CASING FOR TIE-IN PURPOSES. |
| Sonic Sonde No. | SB-122 | SC-138 | SC-138 | SC-491 | | RUN THREE IS BELOW 6350. |
| G. R. Cart. No. | JC-3280 | JC-3114 | JC-3114 | JC-3583 | | |
| G. R. Panel No. | – | BC-1177 | BC-1177 | BC-1177 | | |
| Caliper No. | – | – | – | – | | RUN THREE: OVERLAPPED WITH |
| TTR No. | – | – | – | – | | RUN TWO. RUN THREE IS BELOW |
| DRE No. | – | – | – | – | | 6350. |
| CPW No. | – | – | – | – | | |
| Centralizer Device | – | – | – | – | | RUN FOUR: DIPMETER SP SPLICED |

**CALIBRATION DATA**

| | | | | | | INTO DIL-SONIC-GR LOG FROM |
|---|---|---|---|---|---|---|
| Surf. ILD S.E. | 6.6 | 5.8 | 5.8 | 3.3 | | BOTTOM TO 8020. THE SP FROM |
| Surf. ILM S.E. | 6.4 | 6.8 | 6.8 | 6.9 | | 8020 TO THE TOP IS FROM THE |
| ILD S.E. Corrected @ Depth | – | – | – | – | | DIL-SONIC-GR LOG. |
| ILM S.E. Corrected @ Depth | – | – | – | – | | |
| Depth ILD & ILM Zero Set | – | – | – | – | | |
| G. R. BKGD CPS. | 15 | 8 | 8 | 15 | | |
| G. R. Source CPS. | 142 | 121 | 121 | 180 | | |
| G. R. Cal. Sens. | 141 | 140 | 140 | 143 | | |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO | | |

**LOGGING DATA**

| | | | | | |
|---|---|---|---|---|---|
| G. R. Sens.-Log | 20 - 120 | 20 - 120 | 20 - 120 | 20 - 120 | |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | AUTO | |
| Speed-F.P.M. | 40 | 40 | 40 | 50 | ☆CP☆ |

| RUN NO. | FIVE | SIX | SEVEN | | SCALE CHANGES | | | |
|---|---|---|---|---|---|---|---|---|
| Service Order No. | 129882 | 136512 | 127909 | | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| Fluid Level | FULL | FULL | FULL | | | | | |
| Salinity, PPM CL. | 7500 | | 4800 | | | | | |

**EQUIPMENT DATA**

| | | | | | REMARKS: |
|---|---|---|---|---|---|
| Ind. Panel No. | BD-152 | – | | | RUN FIVE: WATER DEPTH...400' |
| Mem. Panel No. | – | – | – | | DEVIATION...ST RIG: SEMISUB |
| Ind. Cart. No. | DA-148 | DA-1487 | 1495 | | 1 1/2" STANDOFFS USED. |
| Ind. Sonde No. | EC-1429 | EC-1543 | 1608 | | DOWNHOLE GROUND (SPARC) USED |
| Sonic Panel No. | DA-1567 | – | | | FOR SP, SP NOISY 100-200' FROM |
| Oscil Panel No. | – | – | | | CASING AS DOWNHOLE RETURN |
| Sonic Cart. No. | FA-1111 | FA-1311 | MA-26 | | ENTERS CSG SHOE. |
| Sonic Sonde No. | SC-477 | SC-471 | SB-122 | | |
| G. R. Cart. No. | JC-3563 | | JC-3280 | | |
| G. R. Panel No. | BC-1177 | – | | | RUN SIX: NO STAND-OFFS USED ON |
| SGT | – | E-1555 | – | | INDUCTION. |
| TTR No. | – | – | 2886 | | |
| TPII | – | – | BEA-1559 | | RUN SEVEN: RIG: DIAMOND M |
| CTII | – | – | ABA-1258 | | CENTURY |
| Centralizer Device | – | – | – | | ALL PRESENTATIONS AND SCALES |

**CALIBRATION DATA**

| | | | | | AT CLIENT REQUEST. |
|---|---|---|---|---|---|
| Surf. ILD S.E. | 5.7 | 1.0 | 8.0 | | LOG OVERLAPPED RUN SIX. |
| Surf. ILM S.E. | 8.3 | 4.7 | 7.7 | | |
| ILD S.E. Corrected @ Depth | – | – | – | | |
| ILM S.E. Corrected @ Depth | – | – | – | | |
| Depth ILD & ILM Zero Set | – | – | – | | |
| G. R. BKGD CPS. | 21 | 12 | 15 | | |
| G. R. Source CPS. | 172 | 145 | 144 | | |
| G. R. Cal. Sens. | 141 | 150 | 141 | | |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | | |

**LOGGING DATA**

| | | | | |
|---|---|---|---|---|
| G. R. Sens.-Log | 20 - 120 | 30 - 130 | 20 - 120 | |
| G. R. T. C.-Log | AUTO | AUTO | AUTO | |
| Speed-F.P.M. | 60 | 60 | 60 | ☆CP☆ |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00084

Exhibit 7
Page 14 of 219

HSIEHTEX 00085

Exhibit 7
Page 15 of 219

# Schlumberger

## SIMULTANEOUS COMPENSATED NEUTRON-FORMATION DENSITY

| COMPANY | TEXACO INCORPORATED | Unocal's File Copy |
| WELL | OCS G 5527 WELL #1 | ☐ Clean |
| FIELD | EUGENE ISLAND AREA BLOCK 394 | ☐ Field |
| COUNTY | OFFSHORE  STATE  LOUISIANA | ☐ Marked |

Other Services:
D1/SFL/C
FDC    HRD
CORES

| county | OFFSHORE ISLAND AREA |
| field | EUGENE ISLAND BLOCK 394 |
| LOCATION | OCS G 5527 |
| WELL | #1 |
| | TEXACO INCORPORATED |

LOCATION: 1671' FNL & 6250' FEL OF E, I, 394

API SERIAL NO. 177104105

| Permanent Datum | MWL | ; Elev. 0.0 | Elev.: K.B. 68.0 |
| Log Measured from | KB | 68.0 Ft. Above Perm. Datum | D.F. 67.0 |
| Drilling Measured From | KB | | MWL |

| Date | 12/25/83 | 01/11/84 | 02/10/84 |
| Run No. | ONE | TWO | THREE |
| Depth–Driller | 6650 | 11050 | 13262 |
| Depth–Logger | 6650 | 11042 | 13260 |
| Btm. Log Interval | 6638 | 11039 | 13257 |
| Top Log Interval | 4015 | 6597 | 12138 |
| Casing–Driller | 16" @ 4004 | 13 3/8@6600 | 7" @ 12140 |
| Casing–Logger | 4015 | 6597 | 12138 |
| Bit Size | 12 1/4 | 12 1/4 | 5 3/4 |
| Type Fluid in Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF |
| Dens. | Visc. | 12.8 | 46.0 | 15.2 | 35.0 | 17.3 | 54.0 |
| pH | Fluid Loss | 12.5 | 3.3ml | 11.0 | 2.0 ml | 11.5 | 1.9ml | ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.735@70 °F | 0.964@65 °F | 0.820@72 °F | @ °F |
| Rmf @ Meas. Temp. | 0.448@70 °F | 0.793@65 °F | 0.412@72 °F | @ °F |
| Rmc @ Meas. Temp. | 1.370@70 °F | 1.54@65 °F | 1.900@72 °F | @ °F |
| Source: Rmf | Rmc | PRESS | PRESS | FLOW | FLOW | MEAS | MEAS |
| Rm @ BHT | 0.410@131°F | 0.444@149°F | 0.309@202°F | @ °F |
| TIME Circulation Stopped | 1800 | 12/24 | 1800 | 01/10 | 0100 | 02/10 |
| Logger on Bottom | 0300 | 12/25 | 1230 | 01/11 | 1730 | 02/10 |
| Max. Rec. Temp. | 131 | °F | 149 | °F | 202 | °F | °F |
| Equip. | Location | F-266 | MCOS | F-266 | MCOS | F-266 | MCOS |
| Recorded By | DANIELS | GLENN | HUMPHREY |
| Witnessed By | FERGUSON | TURLINGTON | O'BRIEN |

The well name, location and borehole reference data were furnished by the customer.

| RUN NO. | ONE | TWO | THREE |
| Type Log | | | |
| Depth | | 131-612 | |

### EQUIPMENT DATA

| | ONE | TWO | THREE |
| Service Order No. | 1334/11 | 124/33 | |
| Fluid Level | FULL | FULL | FULL |
| Salinity, PPM CL | 7000 | 1800 | |
| Sonde | T.A. | 40 | 30 |
| Dens. Panel | BC-1177 | BC-1177 | |
| Dens. Cart. | | | |
| Dens. Skid | M-660 | M-1124 | M-714 |
| Dens. Sonde | HB-123 | | |
| Dens. Source | 3791 | 1563 | |
| Dens. Calibrator | BC-1177 | BC-1177 | |
| Neut. Panel | A-2471 | A-2142 | 2397 |
| Neut. Cart. | | | |
| Neut. Source | | | |
| Neut. Calibrator | AB-3023 | | 1336 |
| Grt Cart. | CBC-2424 | JC-3283 | |
| Memorizer Panel | | | |
| Tape Recorder (TTR) | | | |
| Depth Encoder (ORE) | AUTO | AUTO | AUTO |
| Pressure Wheel (CPW) | 2.173 | 2.148 | 2.135 |
| Centralizers | 2.173 | 2.138 | 2.135 |
| Ecc. Spring. | 2.177 | 2.177 | 2.133 |
| Standoffs | | | |
| In-line, or None | S.O. — Inches | | |

### CALIBRATION DATA

| | BKG, CPS | 7 | 7 | 7 |
| GR | Source CPS | 177 | 194 | |
| Sens. – Cal | 140 | 150 | |
| T.C. – Cal | AUTO | AUTO | |
| CNP Matrix | SS | SS | SS |
| Short Spacing - Before Log | 2.148 | 310 | 315 |
| Long Spacing - After Log | 2.138 | 311 | 314 |
| Short Spacing - Before Log | 300 | 529 | 540 |
| Long Spacing - After Log | 463 | | |
| FDC P1 - Before Log | 507 | 532 | |
| P1 - After Log | | | |
| P1 - Before Log | | | |
| P1 - After Log | | | |

### DEPTH

| Top | Bottom |
| GR | 4015 | 6638 |
| CNP | 6597 | 11039 |
| FDC | 12138 | 13257 |

REMARKS:
RUN ONE: TIGHT SPOT AT 4780
RUN TWO: DIAMOND N CENTURY RIG
BOW SPRING ON CNL
MAX DEV - ST.
RUN THREE: HOLE VOLUME-270
CUBIC FEET

### LOGGING DATA

| | Porosity Scale | Matrix | Auto Corr. or Hole Size Setting | Grain Density | Liquid Density | Hole Fluid | Sens. Logged | Zero Div. | T.C. | GR Scale Per 100 Div. Dia |
| FDC | 60 - 0 | SS | 2.65 | 1.00 | 10.0 | 20 | 2 | 2 | 120 |
| CNP | 60 - 0 | SS | 2.65 | 1.00 | 10.0 | 20 | 2 | 2 | 120 |
| | 60 - 0 | SS | 2.65 | 1.00 | 10.0 | 20 | 2 | 2 | 140 |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our Conditions as set out in our current Price Schedule.

Exhibit 7
Page 16 of 219

HSIEHTEX 00086

**Schlumberger**

SIMULTANEOUS
# COMPENSATED NEUTRON-FORMATION DENSITY

| | |
|---|---|
| COMPANY | TEXACO INCORPORATED |
| WELL | 'OCS G 5527 WELL #1 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE  STATE  LOUISIANA |

Unocal's File Copy
- Clean
- Field
- Marked

The well name, location and borehole reference data were furnished by the customer

Other Services:
D1/SFL/C
FDC      HRD
CORES

| | | | | |
|---|---|---|---|---|
| Location | 1671' FNL & 6250' FEL OF E. I., 394 | | | |
| API SERIAL NO | 177104105 | TWP | RANGE | |

| | | | |
|---|---|---|---|
| Permanent Datum | MWL | Elev. | 0.0 |
| Log Measured From | KB | 68.0 Ft. Above Perm. Datum | Elev. K.B. 68.0 |
| Drilling Measured From | KB | | D.F. 67.0 |
| | | | MWL |

| | | | | |
|---|---|---|---|---|
| Date | 12/25/83 | 01/11/84 | 02/10/84 | |
| Run No. | ONE | TWO | THREE | |
| Depth-Driller | 6650 | 11050 | 13262 | |
| Depth-Logger | 6650 | 11042 | 13260 | |
| Btm. Log Interval | 6638 | 11039 | 13257 | |
| Top Log Interval | 4015 | 6597 | 12138 | |
| Casing-Driller | 16" @ 4004 | 13 3/8@6600 | 7" @ 12140 | @ |
| Casing-Logger | 4015 | 6597 | 12138 | |
| Bit Size | 12 1/4 | 12 1/4 | 5 3/4 | |
| Type Fluid in Hole | LIGNOSULF | LIGNOSULF | LIGNOSULF | |
| Dens. / Visc. | 12.8 | 46.0 | 15.2 | 135.0 | 17.7 | 54.0 | |
| pH / Fluid Loss | 12.5 | 3.3ml | 11.0 | 2.0ml | 11.5 | 1.9ml | ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | |
| Rm @ Meas. Temp. | 0.735@ 70 °F | 0.964@65 °F | 0.820@72 °F | @ °F |
| Rmf @ Meas. Temp. | 0.448@ 70 °F | 0.793@65 °F | 0.412@72 °F | @ °F |
| Rmc @ Meas. Temp. | 1.370@ 70 °F | 1.540@65 °F | 1.900@72 °F | @ °F |
| Source / Rm @ Rmc | PRESS | PRESS | FLOW | FLOW | MEAS | MEAS | |
| Rm @ BHT | 0.410@ 131 °F | 0.448@149 °F | 0.309@202 °F | @ °F |
| Circulation Stopped | 1800 | 12/24 | 1800 | 01/10 | 0100 | 02/10 | |
| Logger on Bottom | 2015 | 12/25 | 1230 | 01/11 | 0730 | 02/10 | |
| Max. Rec. Temp. | 131 | °F | 149 | °F | 202 | °F | |
| Equip. / Location | F-266 | MCOS | F-266 | MCOS | F-266 | MCOS | |
| Recorded By | DANIELS | GLENN | HUMPHREY | |
| Witnessed By | FERGUSON | TURLINGTON | O'BRIEN | |

## RUN NO.

| RUN NO. | ONE | TWO | THREE | Type Log | Depth |
|---|---|---|---|---|---|
| Service Order No. | 13G411 | 12U133 | 13G512 | | |
| Fluid Level | FULL | FULL | FULL | | 9" |
| Salinity, PPM Cl | 7000 | 3800 | 30 | | 93 |
| Speed - F.P.M. | 30 | 40 | 30 | | |

REMARKS:
RUN ONE:  TIGHT SPOT AT 4780
RUN TWO:  DIAMOND M CENTURY RIG. BOW SPRING ON CNL MAX DEV=5°.
RUN THREE:  HOLE VOLUME 270. CUBIC FEET

### EQUIPMENT DATA

| | ONE | TWO | THREE |
|---|---|---|---|
| Dens. Panel | BC-1177 | BC-1177 | BC-1177 |
| Dens. Cart. | M-660 | M-1124 | M-714 |
| Dens. Skid. | HB-521 | | |
| Dens. Sonde | J-5163 | | |
| Dens. Source | 379 | | |
| Dens. Calibrator | BC-1177 | BC-1177 | |
| Neut. Panel | A-2471 | A-2142 | 2397 |
| Neut. Cart. | | | |
| Neut. Source | | | |
| Neut. Calibrator | AB-3023 | JC-3583 | 1336 |
| GR Cart. | CBC-2424 | | |
| Memorizer Panel | | | |
| Tape Recorder (TTR) | | | |
| Depth Encoder (DRE) | | | |
| Pressure Wheel (GPW) | | | |
| Caliper | Type | | |
| Enter Sp/Long | No. | | |
| Standoff | No. | | |
| In-line, or None | S.O. — Inches | | |

### CALIBRATION DATA

| | | ONE | TWO | THREE |
|---|---|---|---|---|
| GR | BKG. CPS | 7 | 6 | 7 |
| | Source CPS | 137 | 177 | 144 |
| | Sens. - Cal | 140 | 143 | 150 |
| | T.C. Cal | AUTO | AUTO | AUTO |
| FDC | Short Spacing - Before Log | 2.148 | 2.173 | 2.135 |
| | Short Spacing - After Log | 2.148 | 2.173 | 2.135 |
| | Long Spacing - Before Log | 2.138 | 2.177 | 2.133 |
| | Long Spacing - After Log | 2.138 | 2.177 | 2.133 |
| CNP | P− Before Log | 300 | 310 | 315 |
| | P− After Log | 303 | 329 | 540 |
| | P+ − Before Log | 307 | 311 | 314 |
| | P+ − After Log | 301 | 532 | |

## LOGGING DATA

| DEPTH | | Porosity Scale | Matrix | Auto Corr. or Hole Size Setting | Porosity Scale | Grain Density | Liquid Density | Hole Fluid | Sens., Cal. | T. C. | GR Zero Div. Left | Scale Per 100 Div. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Top | Bottom | CNP | | | FDC | | | | | | | GR |
| 4015 | 6638 | 60 - 0 | SS | AUTO | 60 - 0 | 2.65 | 1.00 | L.O. | 20 | 2 | 20 | 12 |
| 6597 | 11039 | 60 - 0 | SS | AUTO | 60 - 0 | 2.65 | 1.00 | L.O. | 20 | 2 | 20 | 12 |
| 12138 | 13257 | 60 - 0 | SS | AUTO | 60 - 0 | 2.65 | | L.O. | 40 | 2 | 40 | 140 |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, cost, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

Exhibit 7
Page 17 of 219
HSIEHTEX 00087

**Schlumberger**

## FOUR — ARM
## HIGH RESOLUTION
## CONTINUOUS DIPMETER
(COMPUTED)

COMPANY **TEXACO, INCORPORATED**

A. P. I. SER. NO. 177104103

WELL **OCS-G-5527 WELL #1**

FIELD **EUGENE ISLAND AREA BLOCK 394**

COUNTY **OFFSHORE** STATE **LOUISIANA**

LOCATION 1671' FNL & 6250' FEU
EUGENE ISLAND AREA BLOCK 394
RIG: D I A M O N D 100
Sec. _____ Twp. _____ Rge. _____

COUNTY, OFFSHORE
FIELD or EUGENE ISL. AREA
LOCATION BLOCK 394
WELL OCS-G-5527
COMPANY TEXACO, INC.

Unocal's Fix Copy
✓ Clean
- Field
- Marked

Permanent Datum: **MWL** Elev. **0.0'**
Log Measured From **RKB** 68.0 Ft. Above Perm. Datum **MWL**
Drilling Measured From **SAME AS ABOVE**

The well name, location and borehole reference data were furnished by the customer

| Date | 1/11/84 | 1/28/84 | 2/10/84 | 2/18/84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth—Driller | 11050 | 12142 | 13262 | 14260 |
| Depth—Logger | 11042 | 12142 | 13253 | 14248 |
| Btm. Log Interval | 11041 | 12142 | 13252 | 14246 |
| Top Log Interval | 8041 | 11041 | 12142 | 13252 |
| Casing—Driller | 13 3/8 @ 6600 | 9 5/8@11004 | 7 @ 12140 | 7 @ 12140 |
| Casing—Logger | 6597 | 10998 | 12138 | 12138 |
| Bit Size | 12 1/4" | 8 1/2" | 5 3/4" | 5 3/4" |
| Type Fluid in Hole | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. |
| Dens. / Visc. | 15.2 / 35 | 17.3 / 50 | 17.7 / 54 | 17.6 / 53 |
| pH / Fluid Loss | 11.0 / 2.0ml | 10.0 / 1.8 ml | 11.5 / 1.9ml | 12.0 / 2.0ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| $R_m$ @ Meas. Temp. | 0.96 @ 65°F | 1.02 @ 68 °F | 0.82 @ 72 °F | 0.83 @ 70 °F |
| $R_{mf}$ @ Meas. Temp. | 0.79 @ 65°F | 0.45 @ 68 °F | 0.41 @ 72 °F | 0.45 @ 70 °F |
| $R_{mc}$ @ Meas. Temp. | 1.54 @ 65°F | 1.19 @ 68 °F | 1.390 @ 72 °F | 1.51 @ 70 °F |
| Source: $R_{mf}$  $R_{mc}$ | FP / FP | FP / FP | M / M | P / P |
| $R_m$ @ BHT | 0.44 @ 149°F | 0.42 @176 °F | 0.31 @ 202 °F | 0.29 @ 211 °F |
| Time Since Circ. | 13 1/2 HRS | 13 HRS. | 22 HRS. | 15 HRS. |
| Max. Rec. Temp. | 149 °F | 176 °F | 202 °F | 211 °F |
| Equip. / Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | GLENN | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By | TURLINGTON | * | O'BRIEN | RYMER |

| Run No. | | | | |
|---|---|---|---|---|
| Tool Type | HDT-D | HDT-D | HDT-D | HDT-D |
| HDM No. | K-B01 | K-B63 | B00 | |
| Magnetic Declination | | | | |
| Analog Panel No. | | | | |
| Digital Panel No. | | | | |
| Correlated By | | | | |
| Computed By | | | | |
| Played By | | | | |
| Checked By | | | | |

Changes in Mud Type or Additional Samples

| Date / Sample No. | | | | |
|---|---|---|---|---|
| Source of Sample | | | | |
| Type Fluid in Hole | | | | |
| Dens. / Visc. | | | | |
| pH / Fluid Loss | | | | |
| Source of Sample | | | | |
| $R_m$ @ Meas. Temp. | | | | |
| $R_{mf}$ @ Meas. Temp. | | | | |
| $R_{mc}$ @ Meas. Temp. | | | | |
| Source: $R_{mf}$  $R_{mc}$ | | | | |
| $R_m$ @ BHT | | | | |

## TABLE OF VERTICAL DISPLACEMENT IN FEET CORRESPONDING TO
## VARIOUS HORIZONTAL DISTANCES AND ANGLES OF DIP

VERTICAL DISPLACEMENT
FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100 | 1000 | 1 mile (5280') |
|---|---|---|---|
| 1 | 1.75 | 17.5 | 92.2 |
| 2 | 3.5 | 35. | 184. |
| 3 | 5.2 | 52. | 277. |
| 4 | 7.0 | 70. | 369. |
| 5 | 8.8 | 88. | 462. |
| 6 | 10.5 | 105 | 555. |
| 7 | 12.3 | 123. | 648. |
| 8 | 14.1 | 141. | 742. |
| 9 | 15.8 | 158. | 836. |
| 10 | 17.6 | 176. | 931. |
| 11 | 19.4 | 194. | 1026 |
| 12 | 21.3 | 213. | 1122. |
| 13 | 23.1 | 231. | 1219. |
| 14 | 24.9 | 249. | 1316. |
| 15 | 26.8 | 268. | 1415. |
| 16 | 28.7 | 287. | 1514. |
| 17 | 30.6 | 306 | 1614. |
| 18 | 32.5 | 325. | 1716. |

VERTICAL DISPLACEMENT
FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100 | 1000 | 1 mile (5280') |
|---|---|---|---|
| 19 | 34.4 | 344. | 1818. |
| 20 | 36.4 | 364. | 1922. |
| 21 | 38.4 | 384. | 2027. |
| 22 | 40.4 | 404 | 2133. |
| 23 | 42.5 | 425. | 2241. |
| 24 | 44.5 | 445. | 2351. |
| 25 | 46.6 | 466. | 2462. |
| 30 | 57.7 | 577. | 3048. |
| 35 | 70.0 | 700. | 3697. |
| 40 | 83.9 | 839. | 4430. |
| 45 | 100.0 | 1000. | 5280. |
| 50 | 119.2 | 1192. | 6293. |
| 55 | 142.8 | 1428. | 7540. |
| 60 | 173.2 | 1732. | 9145. |
| 65 | 214.4 | 2144. | 11323. |
| 70 | 274.8 | 2748. | 14507. |
| 75 | 373.2 | 3732. | 19703. |
| 80 | 567.1 | 5671. | 29945. |

To obtain vertical displacements corresponding to multiples of hundreds feet, thousands of feet or miles, multiply the number found in the table by the number of hundreds, thousands or miles.

Exhibit 7
Page 18 of 219

HSIEHTEX 00088

**Schlumberger**

## FOUR — ARM
## HIGH RESOLUTION
# CONTINUOUS DIPMETER
(COMPUTED)

COMPANY __TEXACO, INCORPORATED__

    A. P. I. SER. NO. 177104103

WELL __OCS-G-5527 WELL #1__

FIELD __EUGENE ISLAND AREA BLOCK 394__

COUNTY __OFFSHORE__ STATE __LOUISIANA__

LOCATION 1671' FNL & 6250' FFL

EUGENE ISLAND AREA BLOCK 394

RIG: D I A M O N D  M  1 0 0

Sec. ____ Twp. ____ Rge. ____

Other Services:

Unocal's File Copy

- Clean
- Field
- Cracked

Permanent Datum: __MWL__, Elev. __0.0__

Log Measured From __RKB 68.0 Ft. Above Perm. Datum__

Drilling Measured From __SAME AS ABOVE__

D.F. __87.0__

MWL

| | | | | |
|---|---|---|---|---|
| Date | 1/11/84 | 1/28/84 | 2/10/84 | 2/18/84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth—Driller | 11050 | 12142 | 13262 | 14260 |
| Depth—Logger | 11042 | 12142 | 13253 | 14248 |
| Btm. Log Interval | 11041 | 12142 | 13252 | 14246 |
| Top Log Interval | 8041 | 11041 | 12142 | 13252 |
| Casing—Driller | 13 3/8 @6600 | 9 5/8 @11004 | 7 @12140 | 7 @12140 |
| Casing—Logger | 6597 | 10999 | 12138 | 12138 |
| Bit Size | 12 1/4" | 8 1/2" | 5 3/4" | 5 3/4" |
| Type Fluid in Hole | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. |
| Dens. \| Vic. | 15.2 \| .35 | 17.3 \| 50 | 17.7 \| 54 | 17.8 \| 53 |
| pH \| Fluid Loss | 10.0 \| 1.8 m | 10.0 \| 1.8 m | 10.5 \| 1.9 m | 12.0 \| 2.0 m |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOW LINE |
| Rm @ Meas. Temp. | 0.96 @ 65°F | 1.02 @ 68°F | 0.83 @ 72°F | 0.83 @ 70°F |
| Rmf @ Meas. Temp. | 0.79 @ 65°F | 0.68 @ 68°F | 0.52 @ 72°F | 0.45 @ 70°F |
| Rmc @ Meas. Temp. | 1.54 @ 65°F | 1.19 @ 68°F | 1.90 @ 72°F | 1.51 @ 70°F |
| Source Rmf \| Rmc | P \| P | M \| M | M \| M | M \| M |
| Rm @ BHT | 0.44 @ 149°F | 0.42 @ 176°F | 0.27 @ 202°F | 0.29 @ 211°F |
| Time Since Circ. | 13-1/2 HRS. | 15 HRS. | 22 HRS. | 15 HRS. |
| Max. Rec. Temp. | 149 | 176 | 202 | 211 |
| Equip. \| Location | F-266 MCGS | F-266 MCGS | F-266 MCGS | F-266 MCGS |
| Recorded By | GLENN | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By | TURLINGTON | | O'BRIEN | RYMER |

The well, location and analysis comments were furnished by the customer.

| Changes in Mud Type or Additional Samples | | | | |
|---|---|---|---|---|
| Date \| Sample No. | | | | |
| Depth—Driller | | | | |
| Type Fluid in Hole | | | | |
| Dens. \| Vic. | ml | | | |
| pH \| Fluid Loss | °F | °F | °F | °F |
| Source of Sample | | | | |
| Rm @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | @ °F | @ °F | @ °F | @ °F |
| Source Rmf \| Rmc | | | | |
| Rm @ BHT | @ °F | @ °F | @ °F | @ °F |
| Rm @ BHT | @ | @ | @ | @ |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Run No. | | | | |
| Tool Type | HDT-D | HDT-D | HDT-D | HDT-D |
| HDM No. | K-801 | - | K-863 | 800 |
| Magnetic Declination | 6. E | | | |
| Analog Panel No. | | | | |
| Digital Panel No. | 2.1143 | 2.1179 | 2.1208 | 2.1221 |
| Correlated By | EDCC | EDCC | | |
| Computed By | EDCC | | | |
| Plotted By | ORS | | | |
| Remarks | | | | |
| CALIPER SCALE FOR: | | | | |
| RUN #2 | (6 - 16)" | | | |
| RUN #3 & /4. | (4 - 14)" | | | |
| *RUN 72 WITNESSED BY O'BRIEN, RIED & TRACE | | | | |

Any directional computation made from the diameter log must be regarded as approximate only. This is because the diameter log indicates the orientation of the well drift. Therefore, we do not and cannot guarantee the accuracy of such directional computations, and we shall not, except in the case of willful negligence on our part, be liable or responsible for any loss, cost, damages or expenses incurred or sustained that may result from any such computations.

## TABLE OF VERTICAL DISPLACEMENT IN FEET CORRESPONDING TO VARIOUS HORIZONTAL DISTANCES AND ANGLES OF DIP

VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100' | 1000' | 1 mile (5280') |
|---|---|---|---|
| 1 | 1.75 | 17.5 | 92.2 |
| 2 | 3.5 | 35. | 184. |
| 3 | 5.2 | 52. | 277. |
| 4 | 7.0 | 70. | 369. |
| 5 | 8.8 | 88 | 462. |
| 6 | 10.5 | 105. | 555. |
| 7 | 12.3 | 123. | 648. |
| 8 | 14.1 | 141. | 742. |
| 9 | 15.8 | 158. | 836. |
| 10 | 17.6 | 176. | 931. |
| 11 | 19.4 | 194. | 1026. |
| 12 | 21.3 | 213. | 1122. |
| 13 | 23.1 | 231. | 1219. |
| 14 | 24.9 | 249. | 1316. |
| 15 | 26.8 | 268. | 1415. |
| 16 | 28.7 | 287. | 1514. |
| 17 | 30.6 | 306. | 1614. |
| 18 | 32.5 | 325. | 1716. |

VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100' | 1000' | 1 mile (5280') |
|---|---|---|---|
| 19 | 34.4 | 344. | 1818. |
| 20 | 36.4 | 364. | 1922. |
| 21 | 38.4 | 384. | 2027. |
| 22 | 40.4 | 404. | 2133. |
| 23 | 42.5 | 425. | 2241. |
| 24 | 44.5 | 445. | 2351. |
| 25 | 46.6 | 466. | 2462. |
| 30 | 57.7 | 577. | 3048. |
| 35 | 70.0 | 700. | 3697. |
| 40 | 83.9 | 839. | 4430. |
| 45 | 100.0 | 1000. | 5280. |
| 50 | 119.2 | 1192. | 6293. |
| 55 | 142.8 | 1428. | 7540. |
| 60 | 173.2 | 1732. | 9145. |
| 65 | 214.4 | 2144. | 11323. |
| 70 | 274.8 | 2748. | 14507. |
| 75 | 373.2 | 3732. | 19705. |
| 80 | 567.1 | 5671. | 29945. |

To obtain vertical displacements corresponding to multiples of hundreds of feet, thousands of feet or miles, multiply the number found in the table by the number of hundreds, thousands or miles.

HSIEHTEX 00089

Exhibit 7
Page 19 of 219

**Schlumberger**

# CONTINUOUS DIPMETER
### (COMPUTED)

| COMPANY | TEXACO, INCORPORATED |
| | A. P. I. SER. NO. 177104103 |
| WELL | OCS-G 5527  WELL #1 |
| FIELD | EUGENE ISLAND AREA  BLOCK 394 |
| COUNTY | STATE LOUISIANA |

COUNTY OFFSHORE
FIELD or EUGENE ISL. AREA
LOCATION BLOCK 394
WELL OCS-G 5527
COMPANY TEXACO, INC. WELL #1

LOCATION 1671' FNL & 6250' FEL
EUGENE ISLAND AREA   BLOCK 394
RIG: D I A M O N D  M  1 0 0
Sec._____ Twp._____ Rge._____

Other Services:
Uncal's File Copy
- Clean
Field
Marked

| Permanent Datum: | MWL | Elev. | 0.0' | Elev.: |
| Log Measured From | RKB 68.0 Ft. Above Perm. Datum | | D.F. 67.0' |
| Drilling Measured From | SAME AS ABOVE | | | MWL |

| | | | |
|---|---|---|---|
| Date | 1/11/84 | 1/28/84 | 2/10/84 | 2/18/84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth—Driller | 11050 | 12142 | 13262 | 14260 |
| Depth—Logger | 11042 | 12142 | 13253 | 14248 |
| Btm. Log Interval | 11041 | 12142 | 13252 | 14246 |
| Top Log Interval | 8041 | 11041 | 12142 | 13252 |
| Casing—Driller | 13 3/8 @ 6600 | 9 5/8@11004 | 7 @12140 | 7 @12140 |
| Casing—Logger | 6597 | 10999 | 12138 | 12138 |
| Bit Size | 12 1/4" | 8 1/2" | 5 3/4" | 5 3/4" |
| Type Fluid in Hole | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. |
| Dens. \| Visc. | 15.2 \| 35 | 17.3 \| 50 | 17.7 \| 54 | 17.8 \| 53 |
| pH \| Fluid Loss | 11.0 \| 2.0ml | 10.0 \| 1.8 ml | 11.5 \| 1.9ml | 12.0 \| 2.0 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| $R_m$ @ Meas. Temp. | 0.96 @ 65°F | 1.02 @ 68 °F | 0.82 @ 72 °F | 0.83 @ 70 °F |
| $R_{mf}$ @ Meas. Temp. | 0.79 @ 65°F | 0.15 @ 68 °F | 0.31 @ 72 °F | 0.45 @ 70 °F |
| $R_{mc}$ @ Meas. Temp. | 1.54 @ 65°F | 1.19 @ 68 °F | 1.90 @ 72 °F | 1.51 @ 70 °F |
| Source: $R_{mf}$ \| $R_{mc}$ | FP \| FP | P \| P | M \| M | P \| P |
| $R_m$ @ BHT | 0.44 @ 149°F | 0.42 @176 °F | 0.31 @ 202 °F | 0.29 @211 °F |
| Time Since Circ. | 13 1/2 HRS | 13 HRS. | 22 HRS. | 15 HRS. |
| Max. Rec. Temp. | 149 °F | 176 °F | 202 °F | 211 °F |
| Equip. \| Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | GLENN | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By | TURLINGTON | | O'BRIEN | RYMER |

| | Run No. | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| | Date | | | HDT-D | HDT-D |
| | Sample No.) | HDT-D | HDT-D | K-801 | K-863 | 800 |
| | Tool Type | HDM No. | | | |
| | Magnetic Declination | | | | |

| RUN NO. | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Service Order No. | 123398 | 3,742 | 133511 | 124133 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM Cl. | 32 | 7000 | 7000 | 3800 |
| **EQUIPMENT DATA** | | | | |
| Ind. Panel No. | | BD-152 | BD-152 | BC-351 |
| Mem. Panel No. | CBC-2424 | CBC 24 6 | CBC-2424 | - |
| Ind. Cart. No. | 1247 | DA 1314 | DA-1314 | DA-1270 |
| Ind. Sonde No. | 218 | EC-131 | EC-131 | EC-1302 |
| Sonic Panel No. | - | DA 1567 | DA-1567 | DA-1567 |
| Oscil Panel No. | - | - | - | - |
| Sonic Cart. No. | MA 26 | MA 144 | MA-144 | FA-1011 |
| Sonic Sonde No. | SB 122 | SC 138 | SC-138 | SC-491 |
| G. R. Cart. No. | JC-3280 | JC 3114 | JC-3114 | JC-3583 |
| G.R. Panel No. | - | BC 1177 | BC-1177 | BC-1177 |
| Caliper No. | - | - | - | - |
| TTR No. | - | - | - | - |
| DRE No. | - | - | - | - |
| CPW No. | - | - | - | - |
| Centralizer Device | - | - | - | - |
| **CALIBRATION DATA** | | | | |
| Surf. ILD S.E. | 6.6 | 5.8 | 5.8 | 3.3 |
| Surf. ILM S.E. | 6.4 | 6.8 | 6.8 | 6.9 |
| ILD S.E. Corrected @ Depth | - | - | - | - |
| ILM S.E. Corrected @ Depth | - | - | - | - |
| Depth ILD & ILM Zero Set | - | - | - | - |
| G.R. BKGD CPS. | 15 | 8 | 8 | 15 |
| G.R. Source CPS. | 142 | 121 | 121 | 180 |
| G.R. Cal. Sens. | 141 | 140 | 140 | 143 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO |
| **LOGGING DATA** | | | | |
| G.R. Sens. Log | 20 - 120 | 20 - 120 | 20 - 120 | 20 - 120 |
| G. R. T. C. Log | AUTO | AUTO | AUTO | AUTO |
| Speed F.P.M. | 40 | 40 | 40 | 50 |

| SCALE CHANGES | | | |
|---|---|---|---|
| Type Log | Depth | Scale Up Hole | Scale Down Hole |
| | | | |

**REMARKS:**
RUN ONE: RIG: DIAMOND M
CENTURY
ALL SCALES AND PRESENTATIONS
AT CLIENT REQUEST.

RUN TWO: GR LOGGED 300' INTO
CASING FOR TIE-IN PURPOSES,
RUN THREE IS BELOW 6350.

RUN THREE: OVERLAPPED WITH
RUN TWO. RUN THREE IS BELOW
6350.

RUN FOUR: DIPMETER SP SPLICED
INTO DIL-SONIC-GR LOG FROM
BOTTOM TO 8020. THE SP FROM
8020 TO THE TOP IS FROM THE
DIL-SONIC-GR LOG.

| RUN NO. | FIVE | SIX | SEVEN |
|---|---|---|---|
| Service Order No. | 129882 | 136512 | 127909 |
| Fluid Level | FULL | FULL | FULL |
| Salinity, PPM Cl. | 7500 | - | 4800 |
| **EQUIPMENT DATA** | | | |
| Ind. Panel No. | BD-152 | - | - |
| Mem. Panel No. | - | - | CBC-2106 |
| Ind. Cart. No. | DA-148 | DA-1487 | 1495 |
| Ind. Sonde No. | EC-1429 | EC-1543 | 1608 |
| Sonic Panel No. | DA-1567 | - | - |
| Oscil Panel No. | - | - | - |
| Sonic Cart. No. | FA-111 | FA-1311 | MA-26 |
| Sonic Sonde No. | SC-477 | SC-471 | SB-122 |
| G. R. Cart. No. | JC-3563 | - | JC-3280 |
| G. R. Panel No. | BC-1177 | - | - |
| SGT | | E-1555 | - |
| TTR No. | - | - | 28B6 |
| TPH | - | - | BEA-1559 |
| CTU | - | - | ABA-1258 |
| Centralizer Device | - | - | - |
| **CALIBRATION DATA** | | | |
| Surf. ILD S.E. | 5.7 | 1.0 | 8.0 |
| Surf. ILM S.E. | 8.3 | 4.7 | 7.7 |
| ILD S.E. Corrected @ Depth | - | - | - |
| ILM S.E. Corrected @ Depth | - | - | - |
| Depth ILD & ILM Zero Set | - | - | - |
| G. R. BKGD CPS. | 21 | 12 | 15 |
| G. R. Source CPS. | 172 | 145 | 144 |
| G. R. Cal. Sens. | 141 | 150 | 141 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO |
| **LOGGING DATA** | | | |
| G. R. Sens. Log | 20 - 120 | 30 - 130 | 20 - 120 |
| G. R. T. C. Log | AUTO | AUTO | AUTO |
| Speed F.P.M. | 60 | 60 | 30 |

| SCALE CHANGES | | | |
|---|---|---|---|
| Type Log | Depth | Scale Up Hole | Scale Down Hole |
| | | | |

**REMARKS:**
RUN FIVE: WATER DEPTH...400'
DEVIATION...5T RIG: SEMISUB
3 1/2" STANDOFFS USED
DOWNHOLE GROUND (SPARC) USED
FOR SP. SP NOISY 100-200' FROM
CASING AS DOWNHOLE RETURN
ENTERS CSG SHOE.

RUN SIX: NO STAND-OFFS USED ON
INDUCTION.

RUN SEVEN: RIG: DIAMOND M
CENTURY
ALL PRESENTATIONS AND SCALES
AT CLIENT REQUEST.
LOG OVERLAPPED RUN SIX.

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00090

Exhibit 7
Page 20 of 219

Exhibit 7
Page 21 of 219

HSIEHTEX 00091

**Schlumberger**
## HIGH RESOLUTION CONTINUOUS DIPMETER

| | |
|---|---|
| COMPANY | TEXACO, INCORPORATED |
| | A. P. I   SER. NO. 177104103 |
| WELL | OCS-G-5527  WELL #1 |
| FIELD | EUGENE ISLAND AREA  BLOCK 394 |
| COUNTY | OFFSHORE  STATE  LOUISIANA |

OFFSHORE
EUGENE ISLAND AREA
BLOCK 394
OCS-G-5527
WELL #1
TEXACO, INC.

COUNTY / FIELD / LOCATION / WELL / COMPANY

LOCATION: 1671' FNL & 6250' FEL OF
EUGENE ISLAND AREA  BLOCK 394
RIG: DIAMOND M 100
API SERIAL NO.

**Under's File Cop.**
- Clean
- Field
- Marked

| | | |
|---|---|---|
| Permanent Datum | MWL | Elev. 0.0' |
| Log Measured From | RKB | 68.0 Ft. Above Perm. Datum |
| Drilling Measured From | SAME AS ABOVE | |

Elev. K.B. 68.0
D.F. 67.0'
MWL

REMARKS: Service Order No. 124133, 129882, 136512, & 1279 (Magnetic Declination 6° E.)
*RUN #2 WITNESSED BY O'BRIEN, REED & GRACE

| Date | 1/11/84 | 1/28/84 | 2/10/84 | 2/18/84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth−Driller | 11050 | 12142 | 13262 | 14260 |
| Depth−Logger (Schl.) | 11042 | 12142 | 13253 | 14248 |
| Btm Log Interval | 11041 | 12142 | 13252 | 14246 |
| Top Log Interval | 8041 | 11041 | 12142 | 13252 |
| Casing−Driller | 13 3/8&6600 | 9 5/8&11004 | 7 @12140 | 7 @12140 |
| Casing−Logger | 6597 | 10999 | 12138 | 12138 |
| Bit Size | 12 1/4" | 8 1/2" | 5 3/4" | |
| Type Fluid in Hole | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. | LIGNOSUL. |
| Dens.   Visc. | 15.2   35 | 17.3   50 | 17.7   54 | 17.8   53 |
| pH   Fluid Loss | 11.0   2.0ml | 10.0   1.8ml | 11.5   1.9ml | 12.0   2.0ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.96 @ 65°F | 1.02 @ 68°F | 0.82 @ 72°F | 0.83 @ 70°F |
| Rmf @ Meas. Temp. | 0.79 @ 65°F | 0.45 @ 68°F | 0.41 @ 72°F | 0.45 @ 70°F |
| Rmc @ Meas. Temp. | 1.54 @ 665°F | 1.19 @ 68°F | 1.90 @ 72°F | 1.51 @ 70°F |
| Source: Rml   Rmc | FP   FP | P   P | M   M | P   P |
| Rm @ BHT | 0.44 @149°F | 0.31 @ 176°F | 0.31 @ 202°F | 0.29 @ 211°F |
| Circulation Stopped | 1800   1/10 | 2130   1/27 | 0100   2/10 | 0300   2/18 |
| Logger on Bottom | 0730   1/11 | 1030   1/28 | 2300   2/10 | 1000   2/18 |
| Max. Rec. Temp. | 149 | 176 | 202 | 211 |
| Equip.   Location | F-266 MCOS | F-266 MCOS | F-266 MCOS | F-266 MCOS |
| Recorded By | GLENN | VAUGHN | HUMPHREY | MORRIS |
| Witnessed By | TURLINGTON | * | O'BRIEN | RYMER |

ROLL NO.   INTERVAL
1   12426 − 8041

| | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| | HDT-D | HDT-D | HDT-D | HDT-D |
| | 816 | A 3939 | DAM | 8041 |
| | 800 860 1861 | K−863 CB-913 | K−901 CB-279 | |
| | | | D−1971 | D-2707 |

Run No. / Tool Type / HDP / DDR / DPI / HDM / HDE / HDS / Adapter Head / LUG / LCG / SAH / 3" Film / Digital / Circulation Stopped / Sohl. on Bottom

| | | | | |
|---|---|---|---|---|
| | X | X | X | X |
| | 1800 1/10 | 2130 1/27 | 0100 2/10 | 0300 2/18 |
| | 0730 1/11 | 1030 1/28 | 2300 2/10 | 1000 2/18 |

**TOOL AZIMUTH AND HOLE DIRECTION CALCULATION**

HIGH ANGLE UNIT   XX

EXAMPLE
HDM - High Angle Unit (0.72 )
AHD   (solid curve)
RBR   (dotted curve)
AZI   AHD · RBR   100   230

LOW ANGLE UNIT

EXAMPLE
HDM - Low Angle Unit (0.36 )
AZI   (solid curve)
RBR   (dotted curve)
AHD = AZI − RBR = 330° - 230° = 100°   330 230 100

Exhibit 7
Page 22 of 219

HSIEHTEX 00092

## Schlumberger — DUAL INDUCTION-SFL
### WITH LINEAR CORRELATION LOG

COMPANY __TEXACO INCORPORATED__

**Unocal's File Copy**
☐ - Clean
☑ - Field
☐ - Marked

WELL __OCS G 5529 WELL  1  WC__

FIELD __EUGENE ISLAND AREA BLOCK 397__

COUNTY __OFFSHORE__ STATE __LOUISIANA__

COUNTY OFFSHORE
FIELD EUGENE ISLAND AREA
LOCATION BLOCK 397
WELL OCS G 5529
COMPANY TEXACO INCORPORATED
WELL 1 WC

LOCATION __6224' FNL AND 5344' FVL OF__
__EUGENE ISLAND AREA BLOCK 397__

API SERIAL NO __1771041073__   TWP   RANGE

Other Services:
HRD, FDC,
CNL, WSS,
TVD, PPQ,
CYBERD-LP

Permanent Datum: __MWL__   ; Elev.: __0.0__
Log Measured From __KB__  __92.0__ Ft. Above Perm. Datum
Drilling Measured From __KB__

Elev.: K.B. __92.0__
D.F. __91.0__
__MWL__

| | | | | |
|---|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20" @ 1369 | 13 3/8"@3510 | 9 5/8"@ 5801 | 7 5/8"® 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | = 10 SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens.   Visc. | 10.0 | 43.0 | 13.0 | 48.0 | 15.7 | 48.0 | 16.8 | 46.0 |
| pH   Fluid Loss | 10.5 | 16.lml | 12.0 | 8.6ml | 12.5 | 13.6ml | 12.5 | 3.8ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @ 76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @ 76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.158 @ 75 °F | .470 @ 76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source; Rmf   Rmc | MEAS | MEAS | MEAS | MEAS | PRESS | PRESS | PRESS | PRESS |
| Rm @ BHT | .543 @110 °F | .533 @ 132°F | .280 @142 °F | .247 @ 156°F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip.   Location | F17 | MCOH | F17 | MCOS | F17 | MCOH | F17 | MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

SCALE CHANGES

| RUN NO | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Service Order No. | | | | |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM Cl | 5200 | 5000 | 4500 | 8400 |

EQUIPMENT DATA

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Ind. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBC 1681 | CBC 1681 |
| Ind. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 220 |
| Ind. Sonde No. | EC 102 | EC 1424 | EC 131 | EC 1136 |
| Ovcl Panel No. | DA 1499 | DA 1449 | DA 1499 | DA 1499 |
| Sonic Panel No. | | | | |
| Sonic Cart. No. | MA 20 | FA 1329 | HA 44 | FA 1053 |
| Sonic Sonde No. | SC 437 | SC 333 | SC 138 | SB 83 |
| G. R. Cart. No. | JC 3272 | JC 3052 | DA 3114 | JC 1268 |
| G. R. Panel No. | BC 1202 | BC 1202 | BC 1202 | BC 1202 |
| VSR | U 114 | U 113 | D 289 | |
| TDT No. | | | D 2954 | |
| LDL | | | | |
| Centralizer | | R 3705 | W 169 | |

CALIBRATION DATA

| Surf. ILD S.E. | 7.6 | 5.8 | 5.1 | 5.6 |
| Surf. ILM S.E. | 4.7 | 7.3 | 4.8 | 5.4 |
| ILD S.E. Corrected @ Depth | | | | |
| ILM S.E. Corrected @ Depth | | | | |
| Depth ILD & ILM Zero Set | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | 15 |
| G. R. Source CPS. | 147 | 139 | 130 | 150 |
| G. R. Cal. Sens. | 142 | 141 | 143 | 142 |
| G. R.T.C. CAL | AUTO | AUTO | AUTO | AUTO |

LOGGING DATA

| G. R. Sensitivity | 0-100 | 0-110 | 10-110 | 30-30 |
| G. R.T.C.-Log | AUTO | AUTO | AUTO | AUTO |
| G. R.T.C.-Log | AUTO | AUTO | AUTO | AUTO |
| Speed F.P.M. | 60 | 50 | 40 | 40 |

REMARKS:
RUN ONE - RIG - OCEAN DRILLER
SONIC XMTR/RCVR 8'-10'   10'-12'

RUN TWO - RIG- OCEAN DRILLER
SONIC XMTR/RCVR SPACING IS 8'-
10'  10'-12'.  CYCLE SKIPPING
DUE TO WASH-OUTS AND GAS-CUT
MUD. MUD WEIGHT CUT BACK TO
12.2 /GAL FROM 13 /GAL.

RUN FOUR - RIG OCEAN DRILLER
DRILLERS TD NOT REACHED DUE TO
HOLE CONDITIONS.

NI

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or wilful negligence on our part be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00093

Exhibit 7
Page 23 of 219

## Schlumberger

# DUAL INDUCTION-SFL
### WITH LINEAR CORRELATION LOG

COMPANY __TEXACO INCORPORATED__   Unocal's File Copy

API 17710410730○ ___ ☐ - Clean

WELL __OCS G 5529 WELL 1 WC__  ☑ - Field

FIELD __EUGENE ISLAND AREA BLOCK 397__  ☑ - Marked

COUNTY __OFFSHORE__  STATE __LOUISIANA__

6224' FNL AND 5344' FVL OF
EUGENE ISLAND AREA BLOCK 397

Other Services:
HRD, FDC,
CNL, WSS,
TVD, PPQ,
CYBERD IP

API SERIAL NO. 17710410173   TWP   RANGE

COUNTY OFFSHORE
FIELD EUGENE ISLAND AREA
LOCATION BLOCK 397
WELL OCS G 5529 WELL 1 WC
COMPANY TEXACO INCORPORATED

| Permanent Datum: | MWL | ; Elev.__ 0.0 | Elev. K.B. 92.0 |
| Log Measured From | KB | 92.0 Ft. Above Perm. Datum | D.F. 91.0 |
| Drilling Measured From | KB | | MWL |

| | | | | |
|---|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20" @ 1369 | 13 3/8"@3510 | 9 5/8"@ 5801 | 7 5/8"@ 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | 10 SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens.   Visc. | 10.0   43.0 | 13.0   48.0 | 15.7   48.0 | 16.8   46.0 |
| pH   Fluid Loss | 10.5   16.0ml | 12.0   8.6ml | 12.5   3.6 ml | 12.5   3.8ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @76 °F | .504 @ 76 °F | .481 @ 77°F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @76 °F | .225 @ 76 °F | .415 @ 77°F |
| Rmc @ Meas. Temp. | 1.158@ 75 °F | .470 @76 °F | .740 @ 76 °F | 1.690 @ 77°F |
| Source: Rmf   Rmc | MEAS   MEAS | MEAS   MEAS | PRESS   PRESS | PRESS   PRESS |
| Rm @ BHT | .543 @10 °F | .533 @132°F | .280 @142 °F | .247 @156°F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 186 °F |
| Equip.   Location | F17   MCOH | F17   MCOS | F17   MCOH | F17   MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

SCALE CHANGES

| | | | | |
|---|---|---|---|---|
| Type Log | Scale Up Hole | Scale Down Hole | | Depth |

REMARKS:

RUN ONE – RIG. OCEAN DRILLER
SONIC VATR/RCVR 8'-10', 10'-12'

RUN TWO – RIG. OCEAN DRILLER
SONIC XMTR/RCVR SPACING IS 8'-
10', 10'-12'. CYCLE SKIPPING
DUE TO WASH-OUTS AND GAS-CUT
MUD. MUD WEIGHT CUT BACK TO
12.2 #/GAL FROM 13 #/GAL.

RUN FOUR – RIG OCEAN DRILLER
DRILLERS TD NOT REACHED DUE TO
HOLE CONDITIONS.

| RUN NO. | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Service Order No. | F11377 | F115108 | F122986 | F1227965 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM Cl. | 5200 | 5000 | 14500 | 8400 |

EQUIPMENT DATA

| | | | | |
|---|---|---|---|---|
| Ind. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBC 1681 | CBC 1681 |
| Ind. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 220 |
| Ind. Sonde No. | EC 102 | EC 1424 | EC 131 | DA 1499 |
| Sonic Panel No. | DA 1499 | DA 1449 | DA 1499 | |
| Oscil. Panel No. | | | | FA 1053 |
| Sonic Cart. No. | MA 20 | FA 1329 | NA 144 | SB 83 |
| Sonic Sonde No. | SC 432 | SC 333 | SC 138 | RC 1248 |
| G. R. Cart. No. | JC 3273 | JC 2052 | JC 3114 | RC 1202 |
| G. R. Panel No. | BC 1202 | BC 1202 | BC 8202 | |
| GSR | | U 113 | BC 289 | |
| TTR No. | U 114 | | D 2954 | |
| IDW | | B 3705 | | |
| IRM | | | W 169 | |

CALIBRATION DATA

| | | | | |
|---|---|---|---|---|
| Surf. ILD S.E. | 7.6 | 5.8 | 5.1 | 5.6 |
| Surf. ILM S.E. | 4.7 | 7.3 | 4.8 | 5.4 |
| ILD S.E. Corrected @ Depth | | | | |
| ILM S.E. Corrected @ Depth | | | | |
| Depth ILD & ILM Zero Set | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | 15 |
| G. R. Source CPS. | 147 | 139 | 130 | 150 |
| G. R. Col. Sens. | 142 | 141 | 143 | 142 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO |

LOGGING DATA

| | | | | |
|---|---|---|---|---|
| G. R. Sonic-Log | 0-100 | 0-110 | 0-110 | 30-10 |
| G. R. T. C. Log | AUTO | AUTO | AUTO | AUTO |
| Speed F.P.M. | 50 | 50 | 50 | 40 |

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00094

Exhibit 7
Page 24 of 219

ROCKALL EL00045169

# DUAL INDUCTION · SFL
### WITH LINEAR CORRELATION LOG

| COMPANY | TEXACO INCORPORATED | Unseal's File Copy |
|---|---|---|

- Clean
- Field
- Marked

| WELL | OCS G 5529 WELL # 1 WC |
| FIELD | EUGENE ISLAND AREA BLOCK 397 |
| COUNTY | OFFSHORE | STATE | LOUISIANA |

LOCATION: 6224' FNL AND 5344' FWL OF
EUGENE ISLAND AREA BLOCK 397

| API SERIAL NO | TWP | RANGE |
|---|---|---|
| 1771041073 | | |

Other Services:
HRD, FDC
-CNL, WSS
TVD, PPQ
CYBERDIP

Permanent Datum: MWL — Elev.: 0.0
Log Measured From: KB    92.0 Ft. Above Perm. Datum
Drilling Measured From: KB    MWL

Elev.: K.B. 92.0
D.F. 94.0
MWL

| | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20" @ 1369 | 13 3⁄8"@3510 | 9 5⁄8"@5801 | 7 5⁄8"@ 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1⁄4" | 12 1⁄4" | 8 1⁄2" | 6 1⁄2" |
| Type Fluid in Hole | ≈10 SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens. Visc. | 10.0 43.0 | 13.0 48.0 | 15.7 48.0 | 16.8 48.0 |
| pH Fluid Loss | 10.5 16.1ml | 12.0 8.6ml | 12.5 3.6 ml | 12.5 3.8ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @ 76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.158@ 75 °F | .470 @76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source: Rmf / Rmc | MEAS MEAS | MEAS MEAS | PRESS PRESS | PRESS PRESS |
| Rm @ BHT | .543 @110 °F | .533 @132 °F | .280 @142 °F | .247 @156 °F |
| Time Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip. Location | F17 MCOH | F17 MCOS | F17 MCOH | F17 MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |

The well name, location and borehole reference data were furnished by the customer.

### SCALE CHANGES

| RUN NO. | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Service Order No. | 111377 | 115108 | 127986 | 127965 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM CL. | 5200 | | 14500 | 8400 |

#### EQUIPMENT DATA

| | | | | |
|---|---|---|---|---|
| Sond. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 |
| Btm. Panel No. | CBC 168I | CBC 168I | CBC 168I | CBC 168I |
| Sond. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 220 |
| Sond. Sonde No. | EC 102 | LC 1421 | EC 131 | DA 1499 |
| Sonic Panel No. | DA 1499 | DA 1499 | DA 1499 | DA 1499 |
| Sonic Cart. No. | MA 20 | EA 1329 | MA 144 | EA 1053 |
| Sonic Sonde No. | SC 437 | SC 333 | SC 138 | SB 83 |
| R. Cart. No. | JC 3223 | JC 2052 | JC 3114 | JC 1248 |
| R. Panel No. | BC 1202 | BC 1202 | BC 1202 | BC 1202 |
| S.P. | U 114 | U 113 | U 289 | |
| R. No. | B 3705 | V 169 | D 2954 | |

### REMARKS:

RUN ONE – RIG. OCEAN DRILLER
SONIC XMTR/RCVR 81 - 101 - 121

RUN TWO – RIG. OCEAN DRILLER
SONIC XMTR/RCVR SPACING IS 81 -
101 - 121. CYCLE SKIPPING
DUE TO WASHOUTS AND GAS-CUT
MUD. MUD WEIGHT CUT BACK TO
12.2 /GAL FROM 13 /GAL.

RUN FOUR – RIG. OCEAN DRILLER
DRILLERS TD NOT REACHED DUE TO
HOLE CONDITIONS.

#### CALIBRATION DATA

| | | | | |
|---|---|---|---|---|
| Ref. ILD S.E. | 7.6 | 5.8 | 5.1 | 5.6 |
| Ref. ILM S.E. | 4.7 | 7.3 | 4.8 | 5.4 |
| D.S.E. Corrected @ Depth | | | | |
| M.S.E. Corrected @ Depth | | | | |
| Depth ILD & ILM Zero Set | | | | |
| R. BKGD CPS. | 6 | 6 | 9 | 15 |
| R. Source CPS. | 147 | 139 | 130 | 150 |
| R. Cal. Settn. | 142 | 141 | 143 | 142 |
| R.T.C. CAL. | AUTO | AUTO | AUTO | AUTO |
| R. Sonic-Log | 0-100 | 10-110 | 10-110 | 30-30 |
| R.T.C.-Log | AUTO | AUTO | AUTO | AUTO |
| Sspeed-F.P.M. | 60 | 40 | 50 | 40 |

| | Scale Up Hole | Scale Down Hol |
|---|---|---|

NN

All interpretations and opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not except in the case of gross or willful negligence on our part be liable for any loss, costs, damages or expenses whatsoever incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

Exhibit 7
Page 25 of 219

HSIEHTEX 00095

# Schlumberger

## DUAL INDUCTION-SFL
WITH LINEAR CORRELATION LOG

COMPANY  TEXACO INCORPORATED

WELL  OCS G 5529 WELL 1 WC

FIELD  EUGENE ISLAND AREA BLOCK 397

COUNTY  OFFSHORE  STATE  LOUISIANA

Unocal's File Copy
- Clean
- Field
- Marked

COUNTY EUGENE ISLAND AREA
FIELD BLOCK 17
LOCATION
COMPANY TEXACO INCORPORATED

LOCATION  6224' FNL AND 5344' FWL OF
EUGENE ISLAND AREA BLOCK 397

| API SERIAL NO. | TWP. | RANGE |
|---|---|---|
| 1771041073 | | |

Other Services:
HRD, FDC,
CNL, VSS,
TVD, PPQ,
CYBERDIP

| | | | Elev: K.B. 92.0 |
|---|---|---|---|
| Permanent Datum: MWL | Elev. 0. | D.F. 91.0 | |
| Log Measured From KB | 92.0 Ft. Above Perm Datum | MWL | |
| Drilling Measured From KB | | | |

| | | | | REMARKS: |
|---|---|---|---|---|
| ate | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| epth—Driller | 3550 | 5820 | 8445 | 9836 |
| epth—Logger | 3549 | 5808 | 8440 | 9543 |
| m. Log Interval | 3546 | 5802 | 8437 | 9540 |
| op Log Interval | 1372 | 3510 | 5790 | 8400 |
| asing—Driller | 20" @ 1369 | 13 3/8 @ 3510 | 9 5/8" @ 5801 | 5 8/8" @ 8417 |
| asing—Logger | 1372 | 3510 | 5790 | 8417 |
| e Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| rpe Fluid in Hole | TO SPUD MUD | LIGNOSULF. | LOW LIME MOR | LOW LIME MOREX |
| Dens. | Visc. | 10.0 | 43.0 | 13.0 | 48.0 | 15.7 | 48.0 | 16.8 | 46.0 |
| pH | Fluid Loss | 10.5 | 16. | 12.0 | 8.6ml | 12.5 | 3.6 ml | 12.5 | 3.8ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @ 76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @ 76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.158 @ 75 °F | .470 @ 76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source: Rmf | Rmc | MEAS | MEAS | MEAS | MEAS | PRESS | PRESS | PRESS | PRESS |
| Rm @ BHT | .543 @ 110 °F | .533 @ 132 °F | .280 @ 142 °F | .247 @ 156 °F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. °F | 110 | 132 | 142 | 156 |
| Equip. | Location | F17 | MCOH | F17 | F17 | MCOH | F17 | MCOH |
| corded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| itnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

| RUN NO. | | 1st REF | EQUIP. | | | | |
|---|---|---|---|---|---|---|---|
| Service Order No. | 111377 | 122986 | F127965 | | | | |
| Fluid Level | FULL | FULL | FULL | | | | |
| Salinity, PPM Cl. | 5200 | 115108 | 14500 | 8400 | | | |

EQUIPMENT DATA

| | | | | | SCALE CHANGES | | |
|---|---|---|---|---|---|---|---|
| | | | | | Type Log | Depth | |
| Ind. Panel No. | BD 1335 | BD 1335 | BD 1335 | BD 1200 | | | |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBL 1681 | CBC 1681 | | | |
| Ind. Cart. No. | DA 44 | DA 286 | DA 1314 | DA 220 | | | |
| Ind. Sonde No. | EC 102 | EC 1424 | DA 1499 | JC 1136 | | | |
| Sonic Panel No. | DA 1499 | DA 1499 | DA 1499 | DA 1499 | | | |
| Oscil Panel No. | | | | | | | |
| Sonic Cart. No. | MA 20 | MA 144 | FA 1053 | | | | |
| Sonic Sonde No. | SC 437 | SC 138 | | | | | |
| G. R. Cart. No. | JC 3223 | JC 2052 | JC 1218 | | | | |
| G. R. Panel No. | EC 1202 | EC 1202 | EC 1202 | | | | |
| GSR | U 114 | U 239 | | | | | |
| TTR No. | | D 3054 | | | | | |
| JDV | B 3705 | | | | | | |
| MPI | | V 169 | | | | | |

CALIBRATION DATA

| Centralizer Device | | | | | | |
|---|---|---|---|---|---|---|
| Surf. ILD S.E. | 7.6 | 5.8 | 5.6 | | | |
| Surf. ILM S.E. | 7.3 | 4.8 | 5.4 | | | |
| ILD S.E. Corrected @ Depth | | | | | | |
| ILM S.E. Corrected @ Depth | | | | | | |
| Depth ILD & ILM Zero Set | | | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | | | |
| G. R. Source CPS. | 147 | 139 | 130 | 150 | | |
| G. R. Cal. Sens. | 142 | 141 | 143 | 142 | | |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | | | |

LOGGING DATA

| G. R. Sens.-Log | 0-100 | 0-110 | 10-110 | 30-30 | | |
|---|---|---|---|---|---|---|
| G. R. T. C.-Log | AUTO | AUTO | AUTO | AUTO | | |
| Speed-F.P.M. | 60 | 50 | 50 | 40 | | |

TYPE LOG  EL 377

## Schlumberger — DUAL INDUCTION-SFL
### WITH LINEAR CORRELATION LOG

Exhibit 7
Page 26 of 219
HSIEHTEX 00096

COMPANY  E ACO INC. P RATED  Unocal's File Copy

☐ Clean
☐ Field
☑ Marked

WELL ___
FIELD ___ E
COUNTY ___ OFFSHORE  STATE  LOUISIANA

LOCATION
6224' FNL AND 5544' FWL OF
EUGENE ISLAND AREA BLOCK 297

API SERIAL NO. 1771041073   TWP   RANGE

Other Services:
LP
UN 15
TLD, PPC,
CYBERDIP

Permanent Datum: MUL
Log Measured From: KB  92.0 Ft. Above Perm Datum
Drilling Measured From: KB

Elev  KB 92.0
DF 91.0

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20" @ 1369 | 13 3/8" @ 2510 | 9 5/8" @ 5801 | 7 8" @ 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | ID SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens. Visc. | 10.0 43.0 | 12.0 48.0 | 15.7 48.0 | 16.8 46.0 |
| pH Fluid Loss | 10.5 16 ml | 12.0 8.6ml | 12.5 3.6 ml | 12.5 3.8ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @ 76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @ 76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.158 @ 75 °F | 1.470 @ 76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source: Rmf Rmc | MEAS MEAS | MEAS MEAS | PRESS PRESS | PRESS PRESS |
| Rm @ BHT | .543 @ 110°F | .533 @ 132°F | .280 @142 °F | .247 @ 156°F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip. Location | F17  MCOH | F17  MCOS | F17  MCOH | F17  MCO- |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

The well name, location and borehole reference data were furnished by the customer.

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| **RUN NO.** | | | | |
| Service Order No. | 111377 | 115108 | E127765 | E127765 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM CL | 5200 | 5000 | 14,500 | 84,00 |
| **EQUIPMENT DATA** | | | | |
| Ind. Panel No. | BQ 1335 | BQ 132 | ED 1335 | ED 1200 |
| Mem. Panel No. | CBC 1631 | CCL 1631 | CBC 1631 | CBC 1631 |
| Ind. Cart. No. | DA 44 | DA 266 | DA 1 16 | DA 20 |
| Ind. Sonde No. | EC 102 | EC 1424 | EC 111 | EC 111 |
| Oscil Panel No. | DA 1499 | DA 1499 | DA 1499 | DA 1499 |
| Sonic Cart. No. | DA 20 | DA 164 | DA 164 | |
| Sonic Sonde No. | SC 437 | SC 323 | SC 138 | |
| G. R. Cart. No. | JC 3273 | JC 205 | JC 3114 | JC 1268 |
| G. R. Panel No. | BC 1202 | BC 1202 | EC 1.02 | EC 1202 |
| LSP | U 114 | U 113 | U 113 | |
| TTR No. | | | | |
| DU | B 3705 | | | D 2054 |
| WU | | | W 169 | |
| **Centralizer Device** | | | | |
| **CALIBRATION DATA** | | | | |
| Surf. ILD S.E. | 7.6 | 5.8 | 5.1 | 7.6 |
| Surf. ILM S.E. | 4.7 | 7.3 | 4.8 | 6.9 |
| ILD S.E. Corrected @ Depth | | | | |
| ILM S.E. Corrected @ Depth | | | | |
| Depth ILD & ILM Zero Set | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | 7 |
| G. R. Source CPS. | 147 | 139 | 130 | 150 |
| G. R. Cal. Sens. | 142 | 141 | 143 | 142 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | AUTO |
| **LOGGING DATA** | | | | |
| G. R. Sens. Log | 0-100 | 0-100 | 10-110 | 20-120 |
| G. R. T. C. Log | AUTO | AUTO | AUTO | AUTO |
| Speed-F.P.M. | 40 | 60 | 50 | NN |

**SCALE CHANGES**

| Type Log | Depth | Scale Up Hole | Scale Down Hole |
|---|---|---|---|

**REMARKS:**

RUN ONE - FILL OCEAN DRILLED 10' - 12'
RUN TWO - FILL OCEAN DRILLED
SONIC HTR/RCVP SPACING IS 8'
RUN TWO - 12" CYCLE SKIPPING
DUE TO WASH-OUTS AND GAS-CUT
MUD. TAKE TWO RUN ILM & SFL
RUN FOUR - FILL OCEAN DRILLED
DRILLERS TD NOT REACHED DUE TO
HOLE CONDITIONS.

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretations, and we shall not except in the case of gross or willful negligence on our part be liable or responsible for any loss costs damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers agents or employees. These interpretations are also subject to Clause 4 of our General Term and Conditions as set out in our current Price Schedule.

Exhibit 7
Page 27 of 219

HSIEHTEX-00097

**Schlumberger** — CORRELATED
**DUAL INDUCTION-SFL**
WITH LINEAR CORRELATION LOG

COMPANY ___ TEXACO INCORPORATED Unocal's File Copy

WELL ___ OCS G 5529 WELL #1 WC

FIELD ___ EUGENE ISLAND AREA BLOCK 397

COUNTY ___ OFFSHORE ___ STATE ___ LOUISIANA

Other Services:
HRD, FDC,
CNL, WSS,
TVD, PPC,
CYBERDIP

LOCATION: EUGENE ISLAND AREA BLOCK 397
API SERIAL NO: 1771041073

| Permanent Datum | MWL | | Elev 0.0 |
| Log Measured From | KB | 92.0 Ft Above Perm Datum | Elev K.B. 92.0 |
| Drilling Measured From | KB | | DF 91.0 |
| | | | MWL |

The well name, location and borehole reference data were furnished by the customer.

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
| Run No. | ONE | TWO | THREE | FOUR |
| Depth-Driller | 3550 | 5820 | 8440 | 9836 |
| Depth-Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8409 |
| Casing-Driller | 20" @ 1369 | 13 3/8"@3510 | 9 5/8"@ 5801 | 7 5/8"@ 8417 |
| Casing-Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LO SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens. │ Visc. | 10.0 │ 43.0 | 13.0 │ 48.0 | 15.7 │ 48.0 | 16.8 │ 46.0 |
| pH │ Fluid Loss | 10.5 │ 16.6ml | 12.0 │ 8.6ml | 12.5 │ 3.6 ml | 12.5 │ 3.8ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @ 76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @ 76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.598 @ 75 °F | .470 @ 76 °F | .740 @ 76 °F | 1.690 @ 77 °F |
| Source: Rmf │ Rmc | MEAS │ MEAS | MEAS │ MEAS | PRESS │ PRESS | PRESS │ PRESS |
| Rm @ BHT | .543 @ 110 °F | .533 @ 132 °F | .280 @ 142 °F | .247 @ 156 °F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 1600 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip. │ Location | F17 │ MCOH | F17 │ MCOS | F17 │ MCOH | F17 │ MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PILCHOWICZ | FLATEN | DANIELS | DANIEL |

| SCALE CHANGES | | | | |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Service Order No. | 111377 | 115108 | 127986 | 127965 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM Cl | 5200 | 5000 | 14,500 | 34,00 |

| EQUIPMENT DATA | | | | |
|---|---|---|---|---|
| Ind. Panel No. | BU 1335 | BD 1335 | BD 1335 | BD 1200 |
| Mem. Panel No. | CBC 1681 | CBC 1681 | CBC 1681 | CBC 1681 |
| Ind. Cart No. | DA 44 | DA 286 | DA 1314 | DA 290 |
| Ind. Sonde No. | EC 102 | EC 142s | EC 131 | EC 1116 |
| Sonic Panel No. | DA 1499 | DA 1499 | DA 1499 | DA 1499 |
| Oxial Panel No. | | | | |
| Sonic Cart No. | MA 20 | MA 144 | MA 144 | EA 1053 |
| Sonic Sonde No. | SC 417 | SC 323 | SC 138 | SB 84 |
| G. R. Cart No. | JC 2052 | JC 2052 | JC 3114 | JC 1248 |
| G. R. Panel No. | BC 1202 | BC 1202 | BC 1202 | BC 1202 |
| USR | V 114 | V 113 | V 290 | V 290 |
| TTR No. | | | U 2054 | |
| LDV | B 3705 | B 3705 | | |
| LDH | | V 169 | | |

| CALIBRATION DATA | | | | |
|---|---|---|---|---|
| Surf. ILD S.E. | 5.8 | 5.1 | 5.4 | 5.6 |
| Surf. ILM S.E. | 7.3 | 4.8 | | 5.4 |
| ILD S.E. Corrected @ Depth | | | | |
| ILM S.E. Corrected @ Depth | | | | |
| Depth ILD & ILM Zero Set | | | | |
| G. R. BKGD CPS. | 6 | 6 | 9 | 15 |
| G. R. Source CPS. | 147 | 139 | 130 | 150 |
| G. R. Cal. Sens. | 142 | 141 | 143 | 142 |
| G. R. T. C. CAL. | AUTO | AUTO | AUTO | |

| LOGGING DATA | | | | |
|---|---|---|---|---|
| G. R. Sens. Log | 0-100 | 0-110 | 10-110 | 30-10 |
| G. R. T. C. Log | AUTO | AUTO | AUTO | AUTO |
| Speed-F.P.M. | 60 | 40 | 40 | 40 |

REMARKS:
RUN ONE - RIG - OCEAN DRILLER
RUN TWO - RIG - OCEAN DRILLER
RUN THREE - RIG - OCEAN DRILLER
RUN FOUR - RIG - OCEAN DRILLER

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00098

Exhibit 7
Page 28 of 219

**Schlumberger**

## DUAL INDUCTION-SFL
WITH LINEAR CORRELATION LOG

| | | |
|---|---|---|
| COMPANY | TEXACO INCORPORATED | Unocal's File Copy |
| WELL | OCS G 5529 WELL #1 WC | ✓ — Clean — Field — Marked |
| FIELD | EUGENE ISLAND AREA BLOCK 397 | |
| COUNTY | OFFSHORE  STATE  LOUISIANA | |

COUNTY: OFFSHORE
FIELD: EUGENE ISLAND AREA BLOCK 397
LOCATION: OCS G 5529
WELL: WELL #1 WC  TEXACO INCORPORATED

LOCATION: 6224' FNL AND 5344' FWL OF EUGENE ISLAND AREA BLOCK 397

Other Services: HRD, FDC, CNL, WSS, TVD, PPQ, CYBERDIP

API SERIAL NO: 1771041073   TWP   RANGE

| | | | |
|---|---|---|---|
| Permanent Datum: | MWL | ; Elev.: 0.0 | Elev.: K.B. 92.0 |
| Log Measured From | KB | 92.0 Ft. Above Perm. Datum | D.F. 91.0 |
| Drilling Measured From | KB | | MWL |

| | | | | |
|---|---|---|---|---|
| RUN NO. | ONE | TWO | THREE | FOUR |
| Service Order No. | 111377 | 115108 | 127986 | F127965 |
| Fluid Level | FULL | FULL | FULL | FULL |
| Salinity, PPM CL | 5200 | 5000 | 14500 | 8400 |

| Date | 8-9-84 | 8-19-84 | 9-5-84 | 9-24-84 |
|---|---|---|---|---|
| Run No. | ONE | TWO | THREE | FOUR |
| Depth–Driller | 3550 | 5820 | 8445 | 9836 |
| Depth–Logger | 3549 | 5808 | 8440 | 9543 |
| Btm. Log Interval | 3546 | 5802 | 8437 | 9540 |
| Top Log Interval | 1372 | 3510 | 5790 | 8400 |
| Casing–Driller | 20" @ 1369 | 13 3/8"@3510 | 9 5/8"@ 5801 | 7 5/8"@ 8417 |
| Casing–Logger | 1372 | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | =10 SPUD MUD | LIGNOSULF. | LOW LIME MOR | LIME MOREX |
| Dens.  Visc. | 10.0  43.0 | 13.0  48.0 | 15.7  48.0 | 16.8  46.0 |
| pH  Fluid Loss | 10.5  16.4ml | 12.0  8.6ml | 12.5  13.6 ml | 12.5  13.8ml |
| Source of Sample | FLOW LINE | FLOW LINE | FLOW LINE | FLOW LINE |
| Rm @ Meas. Temp. | .776 @ 75 °F | .894 @76 °F | .504 @ 76 °F | .481 @ 77 °F |
| Rmf @ Meas. Temp. | .588 @ 75 °F | .486 @76 °F | .225 @ 76 °F | .415 @ 77 °F |
| Rmc @ Meas. Temp. | 1.159@ 75 °F | 1.470@76 °F | .740 @ 76 °F | 1.690 @ 77°F |
| Source: Rmf  Rmc | MEAS | MEAS MEAS | PRESS PRESS | PRESS PRESS |
| Rm @ BHT | .543 @110 °F | .533 @132°F | .280 @142 °F | .247 @156 °F |
| Circulation Stopped | 1000 8/9 | 1500 8/18 | 0500 9/5 | 2300 9/23 |
| Logger on Bottom | 1600 8/9 | 0130 8/19 | 1230 9/5 | 0700 9/24 |
| Max. Rec. Temp. | 110 °F | 132 °F | 142 °F | 156 °F |
| Equip.  Location | F17  MCOH | F17  MCOS | F17  MCOH | F17  MCOH |
| Recorded By | SMITH | WILLIAMS | DANIELS | YOUNG |
| Witnessed By | PIECHOWICZ | FLATEN | DANIELS | DANIEL |

EQUIPMENT DATA

CALIBRATION DATA

LOGGING DATA

| | ONE | TWO | THREE | FOUR |
|---|---|---|---|---|
| BD | L200 | | | |
| CAC | L681 | | | |
| DA | 220 | | | |
| | 5.1 | 5.8 | 5.6 | |
| | 4.8 | 7.3 | 5.4 | |
| G.R. | 9 | 6 | 15 | |
| G.R. | 130 | 139 | 150 | |
| G.R.T.C. | AUTO | 143 | 142 | |
| Depth | 10-110 | 10-110 | 30-30 | |
| | AUTO | AUTO | AUTO | |
| Speed-F.P.M. | 50 | 60 | 40 | |

SCALE CHANGES

REMARKS

RUN FOUR - RIG OCEAN DRILLER
DRILLERS TD NOT REACHED DUE TO
HOLE CONDITIONS.

All interpretations are opinions based on inferences from electrical or other measurements and we cannot and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except as herein provided, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to Clause 4 of our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00099

Exhibit 7
Page 29 of 219



**FOUR — ARM**
**HIGH RESOLUTION**
# CONTINUOUS DIPMETER
Schlumberger

COMPANY __TEXACO, INCORPORATED__

__A. P. I. SER. NO. 1771041073__

WELL __OCS-G-5529  WELL #1 (WILDCAT)__

FIELD __EUGENE ISLAND AREA  BLOCK 397__

COUNTY __OFFSHORE__ STATE __LOUISIANA__

LOCATION __6224' FNL & 5344' FWL OF__
__EUGENE ISLAND AREA BLOCK 397__
__RIG: OCEAN DRILLER__

| API SERIAL NO. | SEC. | TWP | RANGE |

COUNTY __OFFSHORE EUGENE ISLAND AREA__
FIELD __EUGENE ISLAND AREA  BLOCK 397__
LOCATION __LOCATION  OCS-G-5529__
WELL __WELL #1 (WILDCAT)__
COMPANY __TEXACO INCORPORATED__

Other Services:

| Permanent Datum: | MWL | | Elev.: 0.0' | Elev.: K.B. 92.0' |
| Log Measured From | RKB | 92.0 Ft. Above Perm. Datum | | D.F. 91.0' |
| Drilling Measured From | SAME AS ABOVE | | | MWL |

| | | | |
|---|---|---|---|
| Date | 8/19/84 | 9/7/84 | 9/24/84 |
| Run No. | ONE | TWO | THREE |
| Depth-Driller | 5820 | 8445 | 9836 |
| Depth-Logger (Schl.) | 5808 | 8440 | 9540 |
| Btm. Log Interval | 5804 | 8436 | 9540 |
| Top Log Interval | 3510 | 5804 | 8436 |
| Casing-Driller | 13 3/8 @ 3510 | 9 5/8 @ 5801 | 7 5/8 @ 8417 |
| Casing-Logger | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LIGNOSUL. | LO LIME MOR. | LIME MOREX |
| Dens.     Visc. | 13.0     48 | 15.7     48 | 16.8     46 |
| pH     Fluid Loss | 12.0     8.6ml | 12.5     3.8ml | |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.89 @ 76°F | 0.50 @ 74 °F | 0.48 @ 77 °F | @ °F |
| Rmf @ Meas. Temp. | 0.49 @ 76°F | 0.23 @ 74 °F | 0.41 @ 77 °F | @ °F |
| Rmc @ Meas. Temp. | 1.48 @ 76°F | 0.41 @ 74 °F | 1.69 @ 77 °F | @ °F |
| Source: Rmf   Rmc | | | |
| Rm @ BHT | 0.53 @132°F | 0.27 @ 143°F | 0.25 @ 156 °F | @ °F |
| Circulation Stopped | 1500   8/18 | 1200   9/6 | 2300   9/23 |
| Logger on Bottom | 0530   8/19 | 0530   9/7 | 1100   9/24 |
| Max. Rec. Temp. | 132   °F | 143   °F | 156 °F | °F |
| Equip.    Location | F-17   MCOS | F-17   MCOS | F-17   MCOS |
| Recorded By | WILLIAMS | STEELE | YOUNG |
| Witnessed By | FAYTEN | DANIELS | DANIELS |

Unocal's File Copy
- Clean
- Field
- Marked

REMARKS:   Service Order No. 115108, 127986 & 127965

The well name, location and borehole reference data were furnished by the customer.

Magnetic Declination  5° E

ROLL NO.  1   INTERVAL  9540 - 3510

ROLL NO.

| Run No. | | | | | |
|---|---|---|---|---|---|
| Tool Type | HDT-D | HDT-D | HDT-D | | |
| HDP | DAM | 803 | 3985 | | |
| DDR | TTR | | | | |
| DPI | | | | | |
| HDM | | F-1796 | K-878 | MB-774 | |
| HDE | | CB-1953 | CB-3785 | CB-966 | |
| HDS | | D-1795 | D-2756 | D-2781 | |
| Adapter Head | | | | | |
| UG     CG     SAH | | X | X | X | |
| 5° Film  10° Film  60°Record | | X | X | X | |
| Analog     Digital | | X | X | X | |
| Circulation Stopped | | 1500  8/18 | 1200  9/6 | 2300  9/23 |
| Sett. on Bottom | | 0530  8/19 | 0530  9/7 | 1100  9/24 |

DEFINITIONS

(DHD) HIGH SIDE OF TOOL = Direction from center of tool to upper side of tool.
(N) NORTH = Direction from center of tool to Magnetic North.
(REF) REFERENCE ELECTRODE = Direction from center of tool to #1 electrode.

(AHD) AZIMUTH OF TOOL HIGH SIDE FROM N TO REF. = Clockwise angle from N to REF.
(RBR) RELATIVE BEARING = Clockwise angle from DHD to REF.
(AHD) AZIMUTH OF HOLE DEV. (TOOL AXIS) = Clockwise angle from N to DHD.

TOOL AZIMUTH AND HOLE DIRECTION CALCULATION

RUN #1
LOW ANGLE UNIT   XX

EXAMPLE
HDM - Low Angle Unit (0-36°)
AZI          (solid curve) = 330°
RBR          (dotted curve) = 230°
AHD = AZI — RBR = 330° — 230° = 100°

RUN #2
HIGH ANGLE UNIT   XX

EXAMPLE
HDM - High Angle Unit (0-72°)
AHD                (solid curve)  100°
RBR                (dotted curve)  230°
AZI = AHD + RBR = 230° + 100° = 330°

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

Exhibit 7
Page 30 of 219

HSIEHTEX 00100

## Schlumberger — FOUR-ARM HIGH RESOLUTION CONTINUOUS DIPMETER (COMPUTED)

COMPANY TEXACO, INCORPORATED
A. P. I. - SER. NO. 1771041073
WELL OCS-G-5539 WELL #1 (WILDCAT)
FIELD EUGENE ISLAND AREA BLOCK 397
COUNTY OFFSHORE STATE LOUISIANA
LOCATION 6224' FNL & 5344' FWL OF
EUGENE ISLAND AREA BLOCK 397
RIG- OCEAN DRILLER
Sec. ___ Twp. ___ Rge. ___

COUNTY OFFSHORE ISL. AREA
FIELD or EUGENE ISL. 397
LOCATION OCS-G-5539
WELL WELL #1 (WILDCAT)
COMPANY TEXACO, INC.

Other Services:

Permanent Datum: MWL Elev. 0.0'  Elev. K.B. 92.0'
Log Measured From RKB 92.0 Ft. Above Perm. Datum  D.F. 91.0'
Drilling Measured From SAME AS ABOVE  MWL

| Date | 8/19/84 | 9/7/84 | 9/24/84 |
|---|---|---|---|
| Run No. | ONE | TWO | THREE |
| Depth-Driller | 5820 | 8445 | 9836 |
| Depth-Logger | 5808 | 8440 | 9540 |
| Btm. Log Interval | 5804 | 9540 | 9540 |
| Top Log Interval | 3510 | 5804 | 8436 |
| Casing-Driller | 13 3/8@3510 | 9 5/8@5801 | 7 5/8@8417 |
| Casing-Logger | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LIGNOSUL. | LOW LIME MOREX | LIME MOREX |
| Dens.   Visc. | 13.0   48 | 15.7   48 | 16.8   46 |
| pH   Fluid Loss | 12.0  8.6 | 12.5  3.6 | 12.5  3.8 |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.89 @ 76°F | 0.50 @ 74°F | 0.48 @ 77°F |
| Rmf @ Meas. Temp. | 0.49 @ 76°F | 0.23 @ 74°F | 0.18 @ 77°F |
| Rmc @ Meas. Temp. | 1.4B @ 76°F | 0.41 @ 74°F | 1.69 @ 77°F |
| Source: Rmf   Rmc | M   M | P   P | P   P |
| Rm @ BHT | 0.53 @132°F | 0.27 @143°F | 0.25 @ 156°F |
| Time Since Circ. | 14 1/2 HRS. | 17 1/2 HRS. | 12 HRS. |
| Max. Rec. Temp. | 132°F | 143°F | 156°F |
| Equip., Location | F-17  MCOS | F-17  MCOS | F-17  MCOS |
| Recorded By | WILLIAMS | STEELE | YOUNG |
| Witnessed By | FAYTEN | DANIELS | DANIELS |

Unocal's File Copy
— Clean
— Field
— Marked

HSIEHTEX 00101

Exhibit 7
Page 31 of 219

**Schlumberger**

## FOUR — ARM HIGH RESOLUTION CONTINUOUS DIPMETER (COMPUTED)

| COMPANY | TEXACO, INCORPORATED |
|---|---|
| | A. P. I. SER NO. 1771041073 |
| WELL | OCS-G-5539 WELL #1 (WILDCAT) |
| FIELD | EUGENE ISLAND AREA BLOCK 397 |
| COUNTY | OFFSHORE STATE LOUISIANA |

COUNTY OFFSHORE
FIELD or EUGENE ISL AREA
LOCATION BLOCK 397
WELL 1/1 (WILDCAT)
COMPANY TEXACO, INC.

LOCATION 6224' FNL & 5344' FWL OF
EUGENE ISLAND AREA BLOCK 397
RIG: OCEAN DRILLER
Sec._____ Twp._____ Rge._____

Other Services:

| Permanent Datum: | HWL | Elev. | 0.0' | Elev.: K.B. 92.0' |
|---|---|---|---|---|
| Log Measured From | RKB | 92.0 Ft. Above Perm. Datum | | D.F. 91.0' |
| Drilling Measured From | SAME AS ABOVE | | | HWL |

| Date | 8/19/84 | 9/7/84 | 9/24/84 |
|---|---|---|---|
| Run No. | ONE | TWO | THREE |
| Depth—Driller | 5820 | 8445 | 9836 |
| Depth—Logger | 5808 | 8440 | 9540 |
| Btm. Log Interval | 5804 | 8436 | 9540 |
| Top Log Interval | 3510 | 5804 | 8436 |
| Casing—Driller | 13 3/8@351G | 9 5/8@5801 | 7 5/8@8417 |
| Casing—Logger | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LIGNOSUL. | LOW LIME | LIME MOREX |
| | | LOW LIME | LIME MOREX |
| | | | MOREX |
| Dens. \| Visc. | 13.0 \| 48 | 14.7 \| 48 | 16.4 \| 46 |
| pH \| Fluid Loss | 12.0 \| 8.6 ml | 12.5 \| 3.6 ml | 12.5 \| 3.8 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| $R_m$ @ Meas. Temp. | 0.89 @ 76 °F | 0.50 @ 74 °F | 0.48 @ 77 °F |
| $R_{mf}$ @ Meas. Temp. | 0.49 @ 76 °F | 0.23 @ 74 °F | 0.41 @ 77 °F |
| $R_{mc}$ @ Meas. Temp. | 1.48 @ 76 °F | 0.41 @ 74 °F | 1.69 @ 77 °F |
| Source: $R_m$ † \| $R_{mf}$ | M \| M | P \| P | P \| P |
| $R_m$ @ BHT | 0.53 @132 °F | 0.27 @ 143 °F | 0.25 @ 156 °F |
| Time Since Circ. | 14 1/2 HRS | 17 1/2 HRS | 12 HRS. |
| Max. Rec. Temp. | 132 °F | 143 °F | 156 °F |
| Equip. \| Location | F-17 \| MCOS | F-17 \| MCOS | F-17 \| MCOS |
| Recorded By | WILLIAMS | STEELE | YOUNG |
| Witnessed By | FAYTEN | DANIELS | DANIELS |

The well name, location and borehole reference data were furnished by the customer.

Changes in Type or Additional Samples

Unocal's File Copy

Clean
Field
Marked

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Run No. | | | | |
| Tool Type | HDT-D | HDT-D | HDT-D | |
| HDM No. | F-1796 | 21572 | 21506 | |
| Magnetic Declination | 5 E | | | |
| Analog Panel No. | | | | |
| Digital Panel No. | 21558 | 21572 | 21506 | |
| Corrected By | EDDC | | | |
| Computed By | DRS | RUN #1 RUN #2 RUN #3 | | |
| Plotted By | DRS | | | |
| Remarks — CORRELATION LENGTH: | 4' | 6' | 6' | |
| STEP: | 2' | 3' | 2.5' | |
| CALIPER SCALE FOR: | RUN #2 — (7' — 17)" | | | |
| | RUN #3 — (4' — 14)" | | | |

### TABLE OF VERTICAL DISPLACEMENT IN FEET CORRESPONDING TO VARIOUS HORIZONTAL DISTANCES AND ANGLES OF DIP

VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100' | 500' | 1 mile (5280') |
|---|---|---|---|
| 1 | 1.75 | 17.5 | 92.2 |
| 2 | 3.5 | 35. | 184. |
| 3 | 5.2 | 52. | 277. |
| 4 | 7.0 | 70. | 369. |
| 5 | 8.8 | 88 | 462. |
| 6 | 10.5 | 105 | 555. |
| 7 | 12.3 | 123 | 648 |
| 8 | 14.1 | 141 | 742 |
| 9 | 15.8 | 158 | 836 |
| 10 | 17.6 | 176 | 931 |
| 11 | 19.4 | 194 | 1026. |
| 12 | 21.3 | 213 | 1122. |
| 13 | 23.1 | 231 | 1219. |
| 14 | 24.9 | 249 | 1316. |
| 15 | 26.8 | 268 | 1415. |
| 16 | 28.7 | 287 | 1514. |
| 17 | 30.6 | 306 | 1614. |
| 18 | 32.5 | 325 | 1716. |

VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF

| DIP ANGLES (degrees) | 100' | 500' | 1 mile (5280') |
|---|---|---|---|
| 19 | 34.4 | 344 | 1818 |
| 20 | 36.4 | 364 | 1922 |
| 21 | 38.4 | 384 | 2027 |
| 22 | 40.4 | 404 | 2133 |
| 23 | 42.5 | 425 | 2241 |
| 24 | 44.5 | 445 | 2351. |
| 25 | 46.6 | 466 | 2462 |
| 26 | 48.8 | 488 | 2576 |
| 27 | 51.0 | — | 2693 |
| 28 | 53.2 | — | 2813 |
| 30 | 57.7 | 577 | 3048 |
| 35 | 70.0 | 700 | 3697 |
| 40 | 83.9 | 839 | 4430 |
| 45 | 100.0 | 1000 | 5280 |
| 50 | 119.2 | 1192 | 6293 |
| 55 | 142.8 | 1428 | 7540 |
| 60 | 173.2 | 1732 | 9145 |
| 65 | 214.4 | 2144 | 11323 |
| 70 | 274.8 | 2748 | 14507 |
| 75 | 373.2 | 3732 | 19705 |
| 80 | 567.1 | 5671 | 29945 |

To obtain vertical displacements corresponding to multiples of hundreds feet, thousands of feet or miles multiply the number found in the table by the number of hundreds, thousands or miles.

Example: The vertical displacement occurring at a spot 660 feet away from the well is desired. The formation dip is 16 degrees. The table above, 28.7 feet per 100 feet for 16° dip. Therefore 28.7 × 6.60 = 189.42, or 189. feet.

Exhibit 7
Page 32 of 219

HSIEHTEX 00102

**Schlumberger**

**FOUR — ARM HIGH RESOLUTION CONTINUOUS DIPMETER**

COMPANY __TEXACO, INCORPORATED__

__A. P. I. SER. NO. 1771041073__

WELL __OCS-G-5529  WELL #1 (WILDCAT)__

FIELD __EUGENE ISLAND AREA  BLOCK 397__

COUNTY __OFFSHORE__ STATE __LOUISIANA__

COUNTY: OFFSHORE
FIELD: EUGENE ISLAND AREA
LOCATION: BLOCK 397
WELL: OCS-G-5529
COMPANY: WELL #1 (WILDCAT) TEXACO, INCORPORATED

LOCATION __6224' FNL & 5344' FWL OF__
__EUGENE ISLAND AREA BLOCK 397__
__RIG: OCEAN DRILLER__

| API SERIAL NO. | SEC. | TWP | RANGE | Other Services: |
|---|---|---|---|---|

Permanent Datum: __MWL__ ; Elev.: __0.0'__
Log Measured From __RKB__ __92.0__ Ft. Above Perm. Datum
Drilling Measured From __SAME AS ABOVE__

Elev.: K.B. __92.0'__
D.F. __91.0'__
__MWL__

| | | | | |
|---|---|---|---|---|
| Date | 8/19/84 | 9/7/84 | 9/24/84 | *Unocel's File Copy* |
| Run No. | ONE | TWO | THREE | |
| Depth–Driller | 5820 | 8445 | 9836 | — Clean |
| Depth–Logger (Schl.) | 5808 | 8440 | 9540 | |
| Btm. Log Interval | 5804 | 8436 | 9540 | — Field |
| Top Log Interval | 3510 | 5804 | 8436 | — Marked |
| Casing–Driller | 13 3/8@3510 | 9 5/8 @5801 | 7 5/8 @ 8417 | @ |
| Casing–Logger | 3510 | 5790 | 8417 | |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" | |
| Type Fluid in Hole | LIGNOSUL. | LO LIME MOR | LIME MOREX | |
| Dens. Visc. | 13.0 48 | 15.7 48 | 16.8 46 | |
| pH Fluid Loss | 12.0 8.6 ml | 12.5 3.6 ml | 12.5 3.8 ml | ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE | |
| Rm @ Meas. Temp. | 0.89 @ 76°F | 0.50@74 °F | 0.48 @ 77 °F | @ °F |
| Rmf @ Meas. Temp. | 0.49 @ 76°F | 0.23@74 °F | 0.41 @ 77 °F | @ °F |
| Rmc @ Meas. Temp. | 1.48 @ 76°F | 0.41@74 °F | 1.69 @ 77 °F | @ °F |
| Source: Rmf Rmc | M M | P P | P P | |
| Rm @ BHT | 0.53 @132°F | 0.27@143°F | 0.25 @156 °F | @ °F |
| Circulation Stopped | 1500 8/18 | 1200 9/6 | 2300 9/23 | |
| Logger on Bottom | 0530 8/19 | 0530 9/7 | 1100 9/24 | |
| Max. Rec. Temp. | 132 °F | 143 °F | 156 °F | °F |
| Equip. Location | F-17 MCOS | F-17 MCOS | F-17 MCOS | |
| Recorded By | WILLIAMS | STEELE | YOUNG | |
| Witnessed By | FAYTEN | DANIELS | DANIELS | |

The well name, location and borehole reference data are furnished by the customer.

Service Order No. 115108, 127986, & 127965.

Magnetic Declination __5° E__

REMARKS:

FOLD HERE

| Run No. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tool Type | | | | | | | |
| HDP | HDT–D | HDT–2 | HDT–D | | | | |
| DDR | DAM | 803 | 3985 | MB–774 | | | |
| DPI | TTR | | | | | | |
| HDM | | F–1796 | K–878 | MB–774 | | | |
| HDE | | CB–1953 | CB–3785 | CB–966 | | | |
| HDS | | D–1795 | D–2756 | D–2781 | | | |
| Adapter Head | | | | | | | |
| UG CG SAH | | X | X | X | | | |
| 5° Film 10° Film 60°Record | X | X | X | | | | |
| Analog Digital | X | X | X | | | | |
| Circulation Stopped | 1500 8/18 | 1200 9/6 | 2300 9/23 | | | | |
| Schl. on Bottom | 0530 8/19 | 0530 9/7 | 1100 9/24 | | | | |

TIME

| ROLL NO. | INTERVAL |
|---|---|
| 1 | 9540 - 3510 |
| 4 | |

**TOOL AZIMUTH AND HOLE DIRECTION CALCULATION**

(DHD) HIGH SIDE OF TOOL = Direction from center of tool to upper side of tool.
(N) NORTH = Direction from center of tool to Magnetic North.
(REF) REFERENCE ELECTRODE = Direction from center of tool to #1 electrode.

**DEFINITIONS**

(AZI) AZIMUTH OF REFERENCE ELECTRODE = Clockwise angle from N to REF.
(RBR) RELATIVE BEARING = Clockwise angle from DHD to REF.
(AHD) AZIMUTH OF HOLE DEV. (TOOL AXIS) = Clockwise angle from N to DHD.

**RUN #1
LOW ANGLE UNIT XX**

EXAMPLE
HDM - Low Angle Unit (0:36')
AZI
AHD = AZI — RBR (dotted curve) = 330°
AHD = AZI — RBR (dotted curve) = 100°

**RUN #2 & #3
HIGH ANGLE UNIT XX**

EXAMPLE
HDM - High Angle Unit (0:72')
AHD
RBR (solid curve) = 100°
AZI = AHD + RBR (dotted curve) = 230°
(dotted curve) = 330°

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, cost, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00103

Exhibit 7
Page 33 of 219

## Schlumberger

### FOUR — ARM HIGH RESOLUTION CONTINUOUS DIPMETER (COMPUTED)

| | | |
|---|---|---|
| COMPANY | TEXACO, INCORPORATED | |
| | A. P. I. SER. NO. 1771041073 | |
| WELL | OCS-G-5539  WELL #1 (WILDCAT) | |
| FIELD | EUGENE ISLAND AREA  BLOCK 397 | |
| COUNTY | OFFSHORE | STATE  LOUISIANA |

LOCATION 6224' FNL & 5344' FWL OF
EUGENE ISLAND AREA  BLOCK 397
RIG: O C E A N  D R I L L E R
Sec.____ Twp.____ Rge.____

Other Services:

| | | |
|---|---|---|
| Permanent Datum | MWL | Elev. 0.0' | Elev.: K.B. 92.0' |
| Log Measured From | RKB 92.0 Ft. Above Perm. Datum | D.F. 91.0' |
| Drilling Measured From | SAME AS ABOVE | MWL |

| Date | 8/19/84 | 9/7/84 | 9/24/84 |
|---|---|---|---|
| Run No. | ONE | TWO | THREE |
| Depth–Driller | 5820 | 8445 | 9836 |
| Depth–Logger | 5808 | 8440 | 9540 |
| Btm. Log Interval | 5804 | 8436 | 9540 |
| Top Log Interval | 3510 | 5804 | 8436 |
| Casing–Driller | 13 3/8@351G | 9 5/8@ 5801 | 7 5/8 @8417 |
| Casing–Logger | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LIGNOSUL. | LOW LIME MOREX | LIME MOREX |

| | | | |
|---|---|---|---|
| Dens.  Visc. | 13.0   48 | 15.7   48 | 16.8   46 |
| pH  Fluid Loss | 12.0  8.6 ml | 12.5  3.6ml | 12.5  3.8 ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| $R_m$ @ Meas. Temp. | 0.89 @ 76 °F | 0.50 @ 74 °F | 0.48 @ 77 °F |
| $R_{mf}$ @ Meas. Temp. | 0.49 @ 76 °F | 0.23 @ 74 °F | 0.41 @ 77 °F |
| $R_{mc}$ @ Meas. Temp. | 1.48 @ 76 °F | 0.41 @ 74 °F | 1.69 @ 77 °F |
| Source $R_{mf}$   $R_{mc}$ | M    M | P    P | P    P |
| $R_m$ @ BHT | 0.53 @132 °F | 0.27 @143°F | 0.25 @ 156°F |
| Time Since Circ. | 14 1/2 HRS. | 14 1/2 HRS. | 12 HRS. |
| Max. Rec. Temp. | 132 °F | 143 °F | 156 °F |
| Equip.  Location | F-17  MCOS | F-17  MCOS | F-17  MCOS |
| Recorded By | WILLIAMS | STEELE | YOUNG |
| Witnessed By | FAYTEN | DANIELS | DANIELS |

## TABLE OF VERTICAL DISPLACEMENT IN FEET CORRESPONDING TO VARIOUS HORIZONTAL DISTANCES AND ANGLES OF DIP

HSIEHTEX 00104

Exhibit 7
Page 34 of 219

| Schlumberger | FOUR — ARM HIGH RESOLUTION CONTINUOUS DIPMETER (COMPUTED) |

**COMPANY** TEXACO, INCORPORATED

A. P. I. SER. NO. 1771041073

**WELL** OCS-G-5539  WELL #1 (WILDCAT)

**FIELD** EUGENE ISLAND AREA  BLOCK 397

**COUNTY** OFFSHORE  **STATE** LOUISIANA

COUNTY OFFSHORE, LEFSHORE AREA
FIELD EUGENE ISL. AREA
LOCATION BLOCK 397, OCS-G-5539
WELL WELL #1 (WILDCAT)
COMPANY TEXACO, INC.

**LOCATION** 6224' FNL & 5344' FWL OF EUGENE ISLAND AREA  BLOCK 397  RIG. OCEAN DRILLER  Sec.____  Twp.____  Rge.____

**Other Services:**

| Permanent Datum: | MWL | Elev. | 0.0' | Elev.: K.B. | 92.0' |
| Log Measured From | RKB | 92.0 Ft. Above Perm. Datum | | D.F. | 91.0 |
| Drilling Measured From | SAME AS ABOVE | | | | MWL |

| Date | 8/19/84 | 9/7/84 | 9/24/ Unocal's File Copy |
| Run No. | ONE | TWO | THREE |
| Depth—Driller | 5820 | 8445 | 9836 |
| Depth—Logger | 5808 | 8440 | 9540 |  - Clean |
| Btm. Log Interval | 5804 | 8436 | 9540 |  - Field |
| Top Log Interval | 3510 | 5808 | 8436 |  - Marked |
| Casing—Driller | 13 3/8@351G | 9 5/8@ 5801 | 7 5/8 @ 8417 |
| Casing—Logger | 3510 | 5790 | 8417 |
| Bit Size | 12 1/4" | 8 1/2" | 6 1/2" |
| Type Fluid in Hole | LIGNOSUL. | LOW LIME MOREX | LIME MOREX |

| Dens., Visc. | 13.0  48 | 15.7  48 | 16.8  46 |
| pH  Fluid Loss | 12.0  8.6 ml | 12.5  3.6ml | 12.5  3.8 ml | ml |
| Source of Sample | FLOWLINE | FLOWLINE | FLOWLINE |
| Rm @ Meas. Temp. | 0.89 @ 76 °F | 0.50 @ 74 °F | 0.48 @ 77 °F | @ °F |
| Rmf @ Meas. Temp. | 0.49 @ 76 °F | 0.23 @ 74 °F | 0.41 @ 77 °F | @ °F |
| Rmc @ Meas. Temp. | 1.48 @ 76 °F | 0.41 @ 74 °F | 1.69 @ 77 °F | @ °F |
| Source: Rmf  Rmc | M  M | P  P | P  P |
| Rm @ BHT | 0.53 @132°F | 0.27 @ 143°F | 0.25 @ 156°F | @ °F |
| Time Since Circ. | 14 1/2 HRS | 17 1/2 HRS | 12 HRS. |
| Max. Rec. Temp. | 132 °F | 143 °F | 156 °F | °F |
| Equip.  Location | F-17  MCOS | F-17  MCOS | F-17  MCOS |
| Recorded By | WILLIAMS | STEELE | YOUNG |
| Witnessed By | FAYTEN | DANIELS | DANIELS |

377 = 1    1"

The well name, location and borehole reference data were furnished by the customer.

| Changes in Mud Type or Additional Samples |
| Date  Sample No. |
| Depth Sample No. |
| Type Fluid in Hole |
| Dens.  Visc. |
| pH  Fluid Loss |
| Source of Sample |
| Rm @ Meas. Temp. |
| Rmf @ Meas. Temp. |
| Rmc @ Meas. Temp. |
| Source: Rmf  Rmc |
| Rm @ BHT |

| Run No. | 1 | 2 | 3 | 4 |
| Tool Type | HDT-D | HDT-D | HDT-D | |
| HDM No. | P-24 · 1784 | K-878 | MB-374 | |
| Magnetic Declination | 5 ° | | | |
| Analog Panel No. | | | | |
| Digital Panel No. | 21538 | 21572 | 21586 | |
| Correlated By | EDCC | | | |
| Computed By | EDCC | | | |
| Plotted By | | | | |
| Remarks | | | | |

CORRELATION LENGTHS:
STEP:
ANGLE:
CALIPER SCALE FOR:

| | RUN #1 | RUN #2 | RUN #3 |
| CORRELATION LENGTHS | 4' | 4' | 2' |
| STEP | 2' | 2' | 1' |
| ANGLE | 45° | 30° | 25° |
| CALIPER SCALE FOR | RUN #1 - 12 - 17 in. | RUN #2 - 12 - 14 in. | RUN #3 - 14 - 14 in. |

"Any directional computations made from the dipmeter log must be regarded as approximate only. This is because the dipmeter log indicates the orientation of the instrument itself, rather than the direction and amount of the well drift. Therefore, we do not and cannot guarantee the accuracy of such directional measurements, and we shall not, except in the case of willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained that may result from any such interpretations."

## TABLE OF VERTICAL DISPLACEMENT IN FEET CORRESPONDING TO VARIOUS HORIZONTAL DISTANCES AND ANGLES OF DIP

**VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF**

| DIP ANGLES (degrees) | 1(0) | 10(0) | 100(0) | 1 mile (5280') |
| 1 | 1.75 | 17.5 | 184.2 | |
| 2 | 3.5 | 35 | 277 | |
| 3 | 5.2 | 52 | 369 | |
| 4 | 7.0 | 70 | 442 | |
| 5 | 8.7 | 87 | 555 | |
| 6 | 10.5 | 105 | 648 | |
| 7 | 12.3 | 123 | 742 | |
| 8 | 14.1 | 141 | 836 | |
| 9 | 15.8 | 158 | 931 | |
| 10 | 17.6 | 176 | 1026 | |
| 11 | 19.4 | 194 | 1122 | |
| 12 | 21.3 | 213 | 1219 | |
| 13 | 23.1 | 231 | 1316 | |
| 14 | 24.9 | 249 | 1414 | |
| 15 | 26.8 | 268 | 1515 | |
| 16 | 28.7 | 287 | 1614 | |
| 17 | 30.6 | 306 | 1614 | |
| 18 | 32.5 | 325 | 1716 | |

**VERTICAL DISPLACEMENT FOR HORIZONTAL DISTANCES OF**

| DIP ANGLES (degrees) | 1(0) | 10(0) | 100(0) | 1 mile (5280') |
| 19 | 34.4 | 344 | 1818 | |
| 20 | 36.4 | 364 | 1922 | |
| 21 | 38.4 | 384 | 2027 | |
| 22 | 40.4 | 404 | 2133 | |
| 23 | 42.5 | 425 | 2241 | |
| 24 | 44.5 | 445 | 2351 | |
| 25 | 46.6 | 466 | 2462 | |
| 26 | 48.7 | 487 | 2577 | |
| 27 | 50.9 | 509 | 2694 | |
| 28 | 53.1 | 531 | 3048 | |
| 30 | 57.7 | 577 | 3097 | |
| 35 | 70.0 | 700 | 4430 | |
| 40 | 83.9 | 839 | 5280 | |
| 45 | 100.0 | 1000 | 6793 | |
| 50 | 119.2 | 1192 | 7540 | |
| 60 | 173.2 | 1732 | 9145 | |
| 65 | 214.4 | 2144 | 11323 | |
| 70 | 274.8 | 2748 | 14507 | |
| 75 | 373.2 | 3732 | 19705 | |
| 80 | 567.1 | 5671 | 29945. | |

To obtain vertical displacements corresponding to multiples of hundreds feet, thousands of feet or miles, multiply the number found in the table by the number of hundreds, thousands or miles.

Example: The formation dip is 16 degrees. The vertical displacement occurring at a spot 660 feet away from the well is desired. The table shows 28.7 feet per 100 feet for 16° dip. Therefore 28.7 x 6.6 = 189.42, or 187, feet.

HSIEHTEX 00105

Exhibit 7
Page 35 of 219

**Schlumberger**

### SIMULTANEOUS COMPENSATED NEUTRON-LITHO DENSITY

COMPANY  TEXACO, INCORPORATED

Unocal's File Copy
- ✓ - Clean
- _ - Field
- _ - Marked

WELL  OCS G 5527 #2

FIELD  EUGENE ISLAND AREA BLOCK 394

COUNTY  OFFSHORE  STATE  LOUISIANA

| COUNTY | OFFSHORE E.I. AREA |
| FIELD | BLOCK 394 |
| LOCATION | OCS G 5527 |
| WELL | #2 |
| COMPANY | TEXACO, INC. |

LOCATION  6350' FSL & 4526' FEL OF
EUGENE ISLAND AREA BLOCK 394

Other Services:
DI/SONIC,
LDT/FDC,

API SERIAL NO.  1771041163   TWP.   RANGE

| Permanent Datum: | MWL | ; Elev.: | 0.0 | Elev.: K.B. | 65.0 |
| Log Measured From | KB | 65.0 | Ft. Above Perm. Datum | D.F. | 64.0 |
| Drilling Measured From | KB | | | | MWL |

| | | | | | |
|---|---|---|---|---|---|
| Date | 1/JULY/87 | | | | |
| Run No. | ONE | | | | |
| Depth—Driller | 13323 | | | | |
| Depth—Logger | 13294 | | | | |
| Btm. Log Interval | 13294 | | | | |
| Top Log Interval | 7362 | | | | |
| Casing—Driller | 9 5/8"@ 7364 | @ | | @ | @ |
| Casing—Logger | 7362 | | | | |
| Bit Size | 8 1/2" | | | | |
| Type Fluid in Hole | LIME-MOREX | | | | |
| Dens.  Visc. | 15.60 53.0 | | | | |
| pH   Fluid Loss | 12.5  1.6ml | ml | | ml | ml |
| Source of Sample | FLOWLINE | | | | |
| Rm @ Meas. Temp. | 0.712@ 82 °F | @ | °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | 0.450@ 82 °F | @ | °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | 1.115@ 82 °F | @ | °F | @ °F - | @ °F |
| Source: Rmf  Rmc | PRESSED | | | | |
| Rm @ BHT | 0.335@ 182 °F | @ | °F | @ °F | @ °F |
| Circulation Stopped | 1300   6/30 | | | | |
| Logger on Bottom | 1430   7/1 | | | | |
| Max. Rec. Temp. | 182 | | °F | | °F |
| Equip.  Location | F135  MCOS | | | | |
| Recorded By | GUIDRY/LUCKETT | | | | |
| Witnessed By | MERCER/MUMME | | | | |

The well name, location and borehole reference data were furnished by the customer.

| RUN NO. | ONE | | Type Log | Depth |
|---|---|---|---|---|
| Service Order No. | 154389 | | | |
| Program Tape No. | -- | | | |
| Fluid Level | FULL | | | |
| **EQUIPMENT DATA** | | | | |
| CNC | H82047 | | | |
| NSC | E0882 | | | |
| GSR | J8037 | | | |
| CNH | A2070 | | | |
| ECH | MKA0872 | | | |
| PGD | G3945 | | | |
| CNB | A3239 | | | |
| TCCA | C3763 | | | |
| NSR | 188 | | | |
| PDH | F1669 | SGF-SA101 | | |
| | L3943 | | | |
| Controllers: Type | - | | | |
| Enter Spacing: No. | - | | | |
| Standoff: | - | | | |
| In-line or None | S. O.—Inches | | | |

REMARKS: RIG: DIAMOND M CENTURY
CHLORIDES=5200 PPM
NEUTRON CURVE QUESTIONABLE TD TO
12300. SUSPECT CHARGING OF THE
FORMATION DUE TO SLOW TOOL SPEED
WHILE GOING DOWN HOLE.
SIMILAR RESPONSE ON REPEAT.

WE APPRECIATE YOUR BUSINESS!

*sab*

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, cost, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

Exhibit 7
Page 36 of 219

HSIEHTEX 00106

**Schlumberger**

# LITHO DENSITY

COMPANY  TEXACO, INCORPORATED

Unocal's File Copy
✓ - Clean
- Field
- Marked

WELL  OCS G 5527 #2

FIELD  EUGENE ISLAND AREA BLOCK 394

COUNTY  OFFSHORE  STATE  LOUISIANA

LOCATION: 6350' FSL & 4526' FEL OF
EUGENE ISLAND AREA BLOCK 394

Other Services:
DI/SONIC,
LDT/CNL

| API SERIAL NO | TWP | RANGE |
|---|---|---|
| 1771041163 | | |

COUNTY  OFFSHORE AREA
FIELD  BLOCK 394
LOCATION  OCS G 5527
WELL  #2
COMPANY  TEXACO, INC.

Permanent Datum:  MWL
Log Measured From  KB  65.0  ; Elev.: 0.0
Drilling Measured From  KB  , Ft. Above Perm. Datum

Elev.: K.B.  65.0
D.F.  64.0
MWL

| | | | | | |
|---|---|---|---|---|---|
| Date | 1/JULY/87 | | | | |
| Run No. | ONE | | | | |
| Depth—Driller | 13323 | | | | |
| Depth—Logger | 13294 | | | | |
| Btm. Log Interval | 13294 | | | | |
| Top Log Interval | 7362 | | | | |
| Casing—Driller | 9 5/8"@ 7364 | @ | @ | @ | |
| Casing—Logger | 7362 | | | | |
| Bit Size | 8 1/2" | | | | |
| Type Fluid in Hole | LIME-MOREX | | | | |
| Dens. / Visc. | 15.60  53.0 | | | | |
| pH / Fluid Loss | 12.5  1.6ml | ml | ml | ml | |
| Source of Sample | FLOWLINE | | | | |
| Rm @ Meas. Temp. | 0.712@ 82 °F | @  °F | @  °F | @  °F | |
| Rmf @ Meas. Temp. | 0.450@ 82 °F | @  °F | @  °F | @  °F | |
| Rmc @ Meas. Temp. | 1.115@ 82 °F | @  °F | @  °F | @  °F | |
| Source: Rmf ▢ Rmc | PRESSED | | | | |
| Rm @ BHT | 0.335@ 182°F | @  °F | @  °F | @  °F | |
| Circulation Stopped | 1300  6/30 | | | | |
| Logger on Bottom | 1430  7/1 | | | | |
| Max. Rec. Temp. | 182  °F | °F | °F | °F | |
| Equip. / Location | F135  MCOS | | | | |
| Recorded By | GUIDRY/LUCKETT | | | | |
| Witnessed By | MERCER/MUMME | | | | |

| | RUN NO. | Type Log | Depth |
|---|---|---|---|
| RUN NO. | ONE | | |
| Service Order No. | 154389 | | |
| Program Tape No. | — | | |
| Fluid Level | FULL | | |
| **EQUIPMENT DATA** | | | |
| CNC | HB2047 | | |
| NSC | E0882 | | |
| GSR | J8037 | | |
| CNH | A2070 | | |
| ECH | NKA0872 | | |
| PGD | G3945 | | |
| CRB | AB3391 | | |
| DCS | C5763 | | |
| TCA | 188 | | |
| NSR | F1669 | | |
| PDH | L3943 | | |
| Centralizers Type | — | SGC-SA10 |
| No. | — | |
| Standoff | | |
| Enter Spacing, S.O.—Inches | | |
| In-line or None | | |

REMARKS: RIG: DIAMOND M CENTURY
CHLORIDES=5200 PPM.
NEUTRON CURVE QUESTIONABLE TD
TO 12300. SUSPECT CHARGING OF
THE FORMATION DUE TO SLOW TOOL
SPEED WHILE GOING DOWN HOLE.
SIMILAR RESPONSE ON REPEAT.

WE APPRECIATE YOUR BUSINESS!
*sab*

HSIEHTEX 00107

Exhibit 7
Page 37 of 219

# SIMULTANEOUS
# COMPENSATED NEUTRON-LITHO DENSITY

**Schlumberger**

COMPANY __TEXACO, INCORPORATED__

WELL __OCS G 5527 #2__

FIELD __EUGENE ISLAND AREA BLOCK 394__

COUNTY __OFFSHORE__ STATE __LOUISIANA__

Unocal's File Copy
- Clean
- Field
- Marked

COUNTY: OFFSHORE
FIELD: E. I. AREA
LOCATION: BLOCK 394
WELL: OCS G 5527 #2
COMPANY: TEXACO, INC.

LOCATION: 6350' FSL & 4526' FEL OF EUGENE ISLAND AREA BLOCK 394

API SERIAL NO. 1771041163   TWP.   RANGE

Other Services:
DI/SONIC,
LDT/FDC

| | |
|---|---|
| Permanent Datum: | MWL |
| Log Measured From. | KB   65.0 |
| Drilling Measured From | KB |
| ; Elev.: | 0.0 |
| Ft. Above Perm. Datum | |
| Elev.: K.B. | 65.0 |
| D.F. | 64.0 |
| | MWL |

| | | | | | |
|---|---|---|---|---|---|
| Date | 1/JULY/87 | | | | |
| Run No. | ONE | | | | |
| Depth–Driller | 13323 | | | | |
| Depth–Logger | 13294 | | | | |
| Btm. Log Interval | 13294 | | | | |
| Top Log Interval | 7362 | | | | |
| Casing–Driller | 9 5/8" @ 7364 | @ | @ | @ | |
| Casing–Logger | 7362 | | | | |
| Bit Size | 8 1/2" | | | | |
| Type Fluid in Hole | LIME-MOREX | | | | |
| Dens. Visc. | 15.60  53.0 | | | | |
| pH   Fluid Loss | 12.5   1.6ml | ml | | ml | ml |
| Source of Sample | FLOWLINE | | | | |
| Rm @ Meas. Temp. | 0.712@ 82 °F | @ °F | @ °F | @ °F | |
| Rmf @ Meas. Temp. | 0.450@82 °F | @ °F | @ °F | @ °F | |
| Rmc @ Meas. Temp. | 1.115@82 °F | @ °F | @ °F | @ °F | |
| Source: Rmf   Rmc | PRESSED | | | | |
| Rm @ BHT | 0.335@182°F | @ °F | @ °F | @ °F | |
| TIME Circulation Stopped | 1300   6/30 | | | | |
| Logger on Bottom | 1430   7/1 | | | | |
| Max. Rec. Temp. | 182   °F | °F | °F | °F | |
| Equip. Location | F135   MCOS | | | | |
| Recorded By | GUIDRY/LUCKETT | | | | |
| Witnessed By | MERCER/MUMME | | | | |

The well name, location and borehole reference data were furnished by the customer.

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretation, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

| | | |
|---|---|---|
| Type Log | | Depth |

| RUN NO. | ONE |
|---|---|
| Service Order No. | 154389 |
| Program Tape No. | -- |
| Fluid Level | FULL |

**EQUIPMENT DATA**

| | |
|---|---|
| CNC | HB2047 |
| NSG | E0882 |
| GSR | J8037 |
| CNH | A2070 |
| ECH | MKA0872 |
| PGD | G3945 |
| CNB | AB3391 |
| DRS | C5763 |
| TCCA | 188 |
| NSR | F1669 |
| PDH | L3943 |
| | SGC-SA101 |

Centralizer:
Type
No.
Enter Spring, Standoff,
In-line or None
S.O.–Inches

REMARKS: RIG: DIAMOND M CENTURY
CHLORIDES=5200 PPM.
NEUTRON CURVE QUESTIONABLE TD TO 12300. SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED WHILE GOING DOWN HOLE.
SIMILAR RESPONSE ON REPEAT.

WE APPRECIATE YOUR BUSINESS!

HSIEHTEX 00108

Exhibit 7
Page 38 of 219

**Schlumberger**

## LITHO DENSITY

| | |
|---|---|
| COMPANY | TEXACO, INCORPORATED |
| WELL | OCS G 5527 #2 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE    STATE   LOUISIANA |

Unocal's File Copy
- Clean
- Field
- Marked

| | |
|---|---|
| COUNTY | OFF SHORE |
| FIELD | E. I. AREA |
| LOCATION | BLOCK 394 |
| WELL | OCS G 5527 #2 |
| COMPANY | TEXACO, INC. |

| LOCATION | Other Services: |
|---|---|
| 6350' FSL & 4526' FEL OF EUGENE ISLAND AREA BLOCK 394 | DI/SONIC, LDT/CNL |

| API SERIAL NO. | TWP. | RANGE |
|---|---|---|
| 1771041163 | | |

| | | |
|---|---|---|
| Permanent Datum: | MWL | ; Elev.: 0.0 |
| Log Measured From | KB 65.0 | Ft. Above Perm. Datum |
| Drilling Measured From | KB | |

| Elev.: K.B. | 65.0 |
|---|---|
| D.F. | 64.0 |
| | MWL |

| | |
|---|---|
| Date | 1/JULY/87 |
| Run No. | ONE |
| Depth—Driller | 13323 |
| Depth—Logger | 13294 |
| Btm. Log Interval | 13294 |
| Top Log Interval | 7362 |
| Casing—Driller | 9 5/8" @ 7364 @ @ @ |
| Casing—Logger | 7362 |
| Bit Size | 8 1/2" |
| Type Fluid in Hole | LIME-MOREX |
| Dens. | Visc. | 15.60 | 53.0 |
| pH | Fluid Loss | 12.5 | 1.6ml | ml | ml | ml |
| Source of Sample | FLOWLINE |
| Rm @ Meas. Temp. | 0.712@ 82 °F | @ °F | @ °F | @ °F |
| Rmf @ Meas. Temp. | 0.450@ 82 °F | @ °F | @ °F | @ °F |
| Rmc @ Meas. Temp. | 1.115@ 82 °F | @ °F | @ °F | @ °F |
| Source: Rmf | Rmc | PRESSED |
| Rm @ BHT | 0.335@ 182°F | @ °F | @ °F | @ °F |
| Circulation Stopped | 1300   6/30 |
| Logger on Bottom | 1430   7/1 |
| Max. Rec. Temp. | 182 | °F | °F | °F |
| Equip. | Location | F135 | MCOS |
| Recorded By | GUIDRY/LUCKETT |
| Witnessed By | MERCER/MUMME |

The well name, location and borehole reference data were furnished by the customer.

| RUN NO. | ONE | Type Log | Depth |
|---|---|---|---|
| Service Order No. | 154389 | | |
| Program Tape No. | - | | |
| Fluid Level | FULL | | |

| EQUIPMENT DATA | |
|---|---|
| CMC | HB2047 |
| NSC | E0882 |
| GSR | JB397 |
| GNH | A2070 |
| ECH | NKA0872 |
| PGD | G3945 |
| CRB | AB3391 |
| DRS | C5763 |
| TCCA | 188 |
| NSR | F1669 |
| PDH | L3943 |

| | |
|---|---|
| | SGC-SA10 |

| | Type | - |
|---|---|---|
| Centralizers: | | |
| Knee Spring, | No. | - |
| Standoffs, | S. O.—Inches | |
| In-line or None | | |

REMARKS: RIG: DIAMOND M CENTURY
CHLORIDES=5200 PPM.
NEUTRON CURVE QUESTIONABLE TD
TO 12300. SUSPECT CHARGING OF
THE FORMATION DUE TO SLOW TOOL
SPEED WHILE GOING DOWN HOLE.
SIMILAR RESPONSE ON REPEAT.

WE APPRECIATE YOUR BUSINESS! *ab*

All interpretations are opinions based on inferences from electrical or other measurements and we cannot, and do not guarantee the accuracy or correctness of any interpretations, and we shall not, except in the case of gross or willful negligence on our part, be liable or responsible for any loss, costs, damages or expenses incurred or sustained by anyone resulting from any interpretation made by any of our officers, agents or employees. These interpretations are also subject to our General Terms and Conditions as set out in our current Price Schedule.

HSIEHTEX 00109

Exhibit 7
Page 39 of 219

# Schlumberger — INDUCTION-SFL
### WITH LINEAR CORRELATION LOG

| | |
|---|---|
| COMPANY | TEXACO, INCORPORATED |
| WELL | OCS G 5527 #2 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE   STATE LOUISIANA |

Other Services: LDT/FDC/CNL

6350' FSL & 4526' FEL OF
EUGENE ISLAND AREA BLOCK 394

API SERIAL NO 1771041163   TWP   RANGE

COUNTY OFFSHORE   FIELD E I AREA   LOCATION OCS G 5527   WELL #2   COMPANY TEXACO, INC.

| Permanent Datum | MWL | Elev | 0.0 | Elev KB | 65.0 |
|---|---|---|---|---|---|
| Log Measured From | KB | 65.0 Ft Above Perm Datum | | DF | 64.0 |
| Drilling Measured From | KB | | | | MWL |

| Date | 9/JUN/87 | 1/JULY/87 | | | | |
|---|---|---|---|---|---|---|
| Run No. | ONE | TWO | | | | |
| Service Order No | | | | | | |
| Depth Driller | 7403 | 13323 | | | | |
| Depth Logger | 7405 | 13310 | | | | |
| Btm Log Interval | 7403 | 13308 | | | | |
| Top Log Interval | 3488 | 7362 | | | | |
| Casing Driller | 13 3/8" @ 3490 | 9 5/8" @ 7364 | | | | |
| Casing Logger | | 7362 | | | | |
| Bit Size | 12 1/4" | 8 1/2" | | | | |
| Type Fluid in Hole | LIME-MOREX | LIME-MOREX | | | | |
| Dens / Visc | 13.00 45.0 | 15.6 53.0 | | | | |
| pH / Fluid Loss | 12.5 8.6 ml | 12.5 1.6 ml | ml | | | ml |
| Source of Sample | FLOWLINE | FLOWLINE | | | | |
| Rm @ Meas. Temp | .435 @ 79 F | .712 @ 82 F | @ F | @ | F |
| Rmf @ Meas. Temp | .210 @ 79 F | .450 @ 82 F | @ F | @ | F |
| Rmc @ Meas. Temp | .909 @ 79 F | 1.115 @ 82 F | @ F | @ | F |
| Source Rmf Rmc | MEAS. MEAS. | MEAS. MEAS. | | | | |
| Rm @ BHT | .294 @ 120 F | .338 @ 180 F | @ F | @ | F |
| Circulation Stopped | 2100 6/8 | 1300 6/30 | | | | |
| Logger on Bottom | 0230 6/9 | 0755 7/1 | | | | |
| Max Rec Temp. | 120 F | 180 F | F | | F |
| Equip Location | F135 MCOS | F135 MCOS | | | | |
| Recorded By | ASHMORE | GUIDRY/LUCKETT | | | | |
| Witnessed By | DEJARNETTE | MERCER/MUMME | | | | |

Unocal's File Copy
— Clean
—— Field
—————— Marked

The well name, location and borehole reference data were furnished by the customer

| | SCALE CHANGES | | | |
|---|---|---|---|---|
| RUN NO. | Type Log | Depth | Scale Up Hole | Scale Down Hole |
| ONE | TWO | | | |
| Service Order No | 154336 | 154389 | | |
| Fluid Level | FULL | FULL | | |
| Salinity, PPM Cl | 9,000 | 5200 | | |
| **EQUIPMENT DATA** | | | | |
| Ind Panel No. | B0251 | B0251 | | |
| Mem Panel No. | | | | |
| Ind Cart No. | | DA286 | DAB567 | |
| Ind Sonde No. | | EC6920 | EC6M86 | |
| Oscil Panel No. | | DAR264 | | |
| Sonic Panel No. | | MAN44 | PAN68M | |
| Sonic Cart No. | | ZAS02 | ZA0593 | |
| Sonic Sonde No. | | JC4042 | U6948 | |
| G R Cart No. | | BC575 | | |
| G R Panel No. | | | | |
| ECH | | | KG2573 | |
| MTH | | | M3001 | |
| ECH | | | KRT337 | |
| CPW No. | | | | |
| Controller Device | | | | |
| **CALIBRATION DATA** | | | | |
| Surf ILD S E | 10.9 | 6.5 | | |
| Surf ILM S E | 3.8 | 7.1 | | |
| ILD S E Corrected @ Depth | | | | |
| ILM S E Corrected @ Depth | | | | |
| Down ILD & ILM Zero, Set | | | | |
| G R BKGD CPS | 5 | 5 | | |
| G R Source CPS | 154 | 127 | | |
| G R Cal Sens | 136 | 131 | | |
| G R T C CAL | AUTO | AUTO | | |
| **LOGGING DATA** | | | | |
| G R Sens-Log | 20-120 | 20-120 | | |
| G R T C-Log | AUTO | AUTO | | |
| Speed F P M | | | | |

REMARKS: RUN 1: THERMOMETERS USED ON INDUCTION AND SONIC AND SONIC CALIBRATION. PIP TAG @ 90.0 TRGM. TEMP. APPROX 65° FROM BOTTOM OF TOOL.

RUN 2: 1 1/2" STANDOFFS USED ON SONIC SONDE AND INDUCTION CARTRIDGE.
THERMOMETERS APPROX 67" ABOVE THE BASE OF THE TOOL.

NO ECH ON LOG.
SONIC SONDE SKIP @ AIR - BOTTOM.

WE APPRECIATE YOUR BUSINESS!

* sab *

HSIEHTEX 00110

Exhibit 7
Page 40 of 219

**Schlumberger**

# INDUCTION-SFL
WITH LINEAR CORRELATION LOG

| | |
|---|---|
| COMPANY | TEXACO, INCORPORATED |
| WELL | OCS G 5527 #2 |
| FIELD | EUGENE ISLAND AREA BLOCK 394 |
| COUNTY | OFFSHORE    STATE LOUISIANA |
| LOCATION | 6350' FSL & 4526' FEL OF EUGENE ISLAND AREA BLOCK 394 |

Other Services:
GOT/FDC/CNL

| API SERIAL NO. | TWP | RANGE |
|---|---|---|
| 1771041163 | | |

OFF SHORE
COUNTY E.I. AREA
FIELD BLOCK 394
LOCATION OCS G 5527
WELL #2
COMPANY TEXACO, INC.

| Permanent Datum | MWL | | | Elev | 0.0 | K.B. | 65.0 |
|---|---|---|---|---|---|---|---|
| Log Measured From | KB | 65.0 | Ft Above Perm Datum | | | D.F. | 64.0 |
| Drilling Measured From | KB | | | | | | MWL |

| | | | |
|---|---|---|---|
| Date | 9/JUN/87 | 1/JULY/87 | |
| Run No | ONE | TWO | |
| Depth Driller | 7403 | 13323 | |
| Depth Logger | 7405 | 13310 | |
| Btm Log Interval | 7403 | 13308 | |
| Top Log Interval | 3488 | 7362 | |
| Casing Driller | 13 3/8" @ 3490 | 9 5/8" @ 7364 | |
| Casing Logger | 3488 | 7362 | |
| Bit Size | 12 1/4" | 8 1/2" | |
| Type Fluid in Hole | LIME-MOREX | LIME-MOREX | |
| Dens / Visc | 13.00 | 45.0 | 15.6 | 53.0 |
| pH / Fluid Loss | 12.5 | 8.6 ml | 12.5 | 1.6ml |
| Source of Sample | FLOWLINE | FLOWLINE | |
| Rm @ Meas Temp | .435 @79 F | .712 @82 F | |
| Rmf @ Meas Temp | .210 @79 F | .450 @82 F | |
| Rmc @ Meas Temp | .909 @79 F | 1.115@82 F | |
| Source Rmf / Rmc | MEAS./MEAS. | PRESSED | |
| Rm @ BHT | .294 n120 F | .338 @180 F | |
| Circulation Stopped | 2100 6/8 | 1300 6/30 | |
| Logger on Bottom | 0230 6/9 | 0755 7/1 | |
| Max Rec Temp | 120 F | 180 F | |
| Equip Location | F135 MCOS | F135 MCOS | |
| Recorded By | ASHMORE | GUIDRY/LUCKETT | |
| Witnessed By | DEJARNETTE | MERCER/MUMME | |

Unocal's File Copy
✓ - Clean
— - Field
— - Marked

SCALE CHANGES
Type-Log / Depth

Exhibit 7
Page 41 of 219



DUAL INDUCTION-LSS-GR

Schlumberger

CSU    Field Log

**DART CONFIDENTIAL**

| COMPANY: | TEXACO INC. |
| WELL: | OCS-G 5529 #1-WC |
| FIELD: | EUGENE ISLAND BLK. 397 |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | USA |
| LOCATION: | 6224' FNL AND 5344' FWL OF |
| | EUGENE ISLAND BLOCK 397 |
| SEC: N/A | TWP: N/A    RGE: N/A |

| PERMANENT DATUM: | MHL | ELEVATIONS- |
| ELEV. OF PERM. DATUM: | .0 F | KB: 92.0 F |
| LOG MEASURED FROM: | RKB | DF: 91.0 F |
| 92.0 F    ABOVE PERM. DATUM | GL: .0 F |
| DRLG. MEASURED FROM: | RKB |

| DATE: | 9 AUG 84 |
| RUN NO: | 1 |

| DEPTH-DRILLER: | 3550.0 F |
| DEPTH-LOGGER: | 3549.0 F |
| BTM. LOG INTERVAL: | 3546.0 F |
| TOP LOG INTERVAL: | 1372.0 F |

| CASING-DRILLER: | 1369 F |
| CASING-LOGGER: | 1372 F |
| CASING: | 20" |

| BIT SIZE: | 12 1/4" |
| DEPTH: | 3550 F |

Unocal's File Copy
___ -Clean
___ -Field
___ -Marked

**OTHER SERVICES-**

EST.#74-9975

| PROGRAM |
| TAPE NO: |
| 26.2A |
| SERVICE |
| ORDER NO: |
| 111377 |

**DART CONFIDENTIAL**

| TYPE FLUID IN HOLE: | #10 SPUD MUD |
| DENSITY: | 10.0 LB/G |
| VISCOSITY: | 43.0 S |
| PH: | 16.4 |
| FLUID LOSS: | C3 |
| SOURCE OF SAMPLE: | FLOWLINE |
| RM: | .776 OHMM AT 75.0 DEGF |
| RMF: | .588 OHMM AT 75.0 DEGF |
| RMC: | 1.158 OHMM AT 75.0 DEGF |
| SOURCE RMF/RMC: | MEAS/MEAS |
| RM AT BHT: | .543 OHMM AT 110. DEGF |
| RMF AT BHT: | .412 OHMM AT 110. DEGF |
| RMC AT BHT: | .811 OHMM AT 110. DEGF |

| TIME CIRC. STOPPED: | 1000 8/9/84 |
| TIME LOGGER ON BTM.: | 1600 8/9/84 |

| MAX. REC. TEMP: | 110.0 DEGF |

| LOGGING UNIT NO: | 17 |
| LOGGING UNIT LOC: | MORN |
| RECORDED BY: | SMITH/DAVENPORT |
| WITNESSED BY: | JOSEPH PIECHONICZ |

**REMARKS-**

RIG...OCEAN DRILLER
CHLORIDES...5200 PPM
SONIC XMTR/RCVR SPACING 8'-10', 10'-12'

**EQUIPMENT NUMBERS-**

| DIC-BA 44 | DIS-EC 102 | SGC-JC 3273 | SLC-MA 20 |
| SLS-SC 437 | IEM-BD 3035 | MLM-BD 3202 | SLM-DA 1499 |
| CPU-CBC 1681 | IDW-B 3705 | GSR-U 114 |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE

HSEGREX 00111



HSIEHTEX 00112

Exhibit 7
Page 42 of 219

DUAL INDUCTION-LSS-GR

CSU

DART CONFIDENTIAL

| COMPANY: | TEXACO INC. |
| WELL: | OCS-G 5529 #1-HC |
| FIELD: | EUGENE ISLAND BLK 397 |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | USA |
| LOCATION: | 6224' FNL AND 5344' FWL OF EUGENE ISLAND BLOCK 397 |

Unocal's File Copy
— Clean
— Field
— Marked

OTHER SERVICES—
EST.#74-9975

SEC: N/A   TWP: N/A   RGE: N/A

PERMANENT DATUM:   MWL
ELEV. OF PERM. DATUM:   .0 F
LOG MEASURED FROM:   RKB
92.0 F   ABOVE PERM. DATUM
DRLG. MEASURED FROM:   RKB

ELEVATIONS—
KB: 92.0 F
DF: 91.0 F
GL: .0 F

PROGRAM
TAPE NO:
26.2A
SERVICE
ORDER NO:
111377

DATE:   9 AUG 85   19 AUG 84   4 SEP 84   24 SEP 84
RUN NO:   1   2   3   4

| | | | | |
|---|---|---|---|---|
| DEPTH-DRILLER: | 3550.0 F | 5820.0 F | 8445.0 F | 9536.0 F |
| DEPTH-LOGGER: | 3549.0 F | 5808.0 F | 8204.0 F | 9543.0 F |
| BTM. LOG INTERVAL: | 3546.0 F | 5802.0 F | 8201.0 F | 9540.0 F |
| TOP LOG INTERVAL: | 1372.0 F | 3510.0 F | 5790.0 F | 8400.0 F |
| CASING-DRILLER: | 1369 F | 3510 F | 5801 F | 8417 F |
| CASING-LOGGER: | 1372 F | 3510 F | 5790 F | 8417 F |
| CASING: | 20" | 13 3/8" | 9 5/8" | 7 1/8" |
| BIT SIZE: | 12 1/4" | 12 1/4" | 8 1/2" | 6 1/2" |
| DEPTH: | 3550 F | 5820 F | 8445 F | 9536 F |

TYPE FLUID IN HOLE:   810 SPUD MUD
DENSITY:   10.0 LB/G
VISCOSITY:   43/0 S
PH:   10.5
FLUID LOSS:   16.4 C3
SOURCE OF SAMPLE:   FLOWLINE
RM:   .726 OHMM AT 75.0 DEGF
RMF:   .588 OHMM AT 75.0 DEGF
RMC:   1.588 OHMM AT 75.0 DEGF
SOURCE RMF/RMC:   MEAS/MEAS
RM AT BHT:   .543 OHMM AT 110. DEGF
RMF AT BHT:   .412 OHMM AT 110. DEGF
RMC AT BHT:   .811 OHMM AT 110. DEGF

TIME CIRC. STOPPED:   1000 8/9/84
TIME LOGGER ON BTM.:   1600 8/9/84

MAX. REC. TEMP:   110.0 DEGF

LOGGING UNIT NO:   17
LOGGING UNIT LOC:   MCOH
RECORDED BY:   SMITH/DAVENPORT
WITNESSED BY:   JOSEPH PIECHOWICZ

REMARKS:
RIG...OCEAN DRILLER
CHLORIDES..5200 PPM
SONIC XMTR/RCVR SPACING 8'-10', 10'-12'

EQUIPMENT NUMBERS—
| | | | |
|---|---|---|---|
| DIC-DA 44 | DIS-EC 102 | SGC-JC 3273 | SLC-MA 20 |
| SLS-SC 437 | IEM-DD 1335 | NLM-BC 1202 | SLM-DA 1499 |
| CPU-CBC 1681 | IDH-B 3705 | GSR-U 114 | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

HSIEHTEX 00113

Exhibit 7
Page 43 of 219

| 5"= 100' | HIGH RESOLUTION DIPMETER |
| Schlumberger | |
| CSU | Field Log |

COMPANY:      TEXACO INC.

ELL:         OCS-G 5529 #1-WC

FIELD:       EUGENE ISLAND BLK. 397
COUNTY:      OFFSHORE
STATE:       LOUISIANA
NATION:      U.S.A
LOCATION:    6224'FNL & 5344'FWL OF
             E.I. 397

SEC:  NA        TWP: NA      RGE: NA

OTHER SERVICES-
EST.074-9975
DIL/LSS/GR

PERMANENT DATUM:      MHL          ELEVATIONS-
ELEV. OF PERM. DATUM:    0.0 '      KB:   92.0 '
LOG MEASURED FROM:      RKB         DF:   91.0 '
  92.0 '    ABOVE PERM. DATUM       GL:    0.0 '
DRLG. MEASURED FROM:    RKB

PROGRAM
TAPE NO:     22.4
SERVICE
ORDER NO:    115108

DATE:               19 AUG 84
RUN NO:             1

DEPTH-DRILLER:      5820.0 '
DEPTH-LOGGER:       5808.0 '
BTM. LOG INTERVAL:  5804.0 '
TOP LOG INTERVAL:   3510.0 '

CASING-DRILLER:     3510 '
CASING-LOGGER:      3510 '
CASING:             13 3/8"

BIT SIZE:           12 1/4"
  DEPTH:            5820 '

Unocal's File Copy
— - Clean
— - Field
— - Marked

TYPE FLUID IN HOLE:     LIGNOSULFONATE
DENSITY:                13.0 LB/G
VISCOSITY:              48.0 S
PH:                     12.0 C3
FLUID LOSS:             8.0 C3
SOURCE OF SAMPLE:       FLOWLINE
RM:                     0.894 OHMM  AT 76.0 DEGF
RMF:                    0.486 OHMM  AT 76.0 DEGF
RMC:                    1.406 OHMM  AT 76.0 DEGF
SOURCE RMF/RMC:         MEAS/MEAS
RM AT BHT:              0.533 OHMM  AT 132. DEGF
RMF AT BHT:             0.290 OHMM  AT 132. DEGF
RMC AT BHT:             0.809 OHMM  AT 132. DEGF

TIME CIRC. STOPPED:     1500 8/18
TIME LOGGER ON BTM.:    0530 8/19

MAX. REC. TEMP:        132.0 DEGF

LOGGING UNIT NO:        17
LOGGING UNIT LOC:       MCOS
RECORDED BY:            RICHARD WILLIAMS
WITNESSED BY:           MR. STEVE FAYTEN

REMARKS:    CHLORIDES: 5000 PPM.
RIG: OCEAN DRILLER    MAN: REQUEST- WELL FLOWING...
REPEAT OMITTED @ CO.
PAD CLOGGED WITH GUMBO OVER PORTIONS OF HOLE.

EQUIPMENT NUMBERS-

HDS-D 1795    HDE-CB 1953    HDM-F 1796    DAM 803

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT, GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

HSIEHTEX 00114

Exhibit 7
Page 44 of 219

HOLE PROFILE LOG

Schlumberger

CSU   Field Log

COMPANY:     TEXACO INC.

WELL:        OCS-G 5529 01-WC

FIELD:       EUGENE ISLAND BLK. 397
COUNTY:      OFFSHORE
STATE:       LOUISIANA
NATION:      U.S.A
LOCATION:    6224'FNL & 5344'FWL OF
             E.I. 397
  SEC:       NA        TWP: NA        RGE: NA

PERMANENT DATUM:      MWL
ELEV. OF PERM. DATUM:      0.0 '        ELEVATIONS-
LOG MEASURED FROM:         RKB              KB:   92.0 '
             92.0 '   ABOVE PERM. DATUM     DF:   91.0 '
DRLG. MEASURED FROM:       RKB              GL:    0.0 '

DATE:               19 AUG 84
RUN NO:             I

DEPTH-DRILLER:      5820.0 '
DEPTH-LOGGER:       5808.0 '
BTM. LOG INTERVAL:  5804.0 '
TOP LOG INTERVAL:   3510.0 '

CASING-DRILLER:     3510 '
CASING-LOGGER:      3510 '
CASING:             13 3/8"

BIT SIZE:           12 1/4"
  DEPTH:            5820 '

OTHER SERVICES-
EST.074-9975
DIL/LSS/GR

PROGRAM
TAPE NO:     22.4
SERVICE
ORDER NO:    115108

TYPE FLUID IN HOLE:   LIGNOSULFONATE
DENSITY:              13.0 LB/G
VISCOSITY:            48.0 S
PH:                   12.0
FLUID LOSS:           6.6 C3
SOURCE OF SAMPLE:     FLOWLINE
RM:                   0.494 OHMM AT 76.0 DEGF
RMF:                  0.486 OHMM AT 76.0 DEGF
RMC:                  1.480 OHMM AT 76.0 DEGF
SOURCE RMF/RMC:       MEAS/MEAS
RMF AT BHT:           0.393 OHMM AT 132. DEGF
RMC AT BHT:           0.393 OHMM AT 132. DEGF
RMC AT BHT:           0.893 OHMM AT 132. DEGF

TIME CIRC. STOPPED:   1500 8/18
TIME LOGGER ON BTM.:  0530 8/19

MAX. REC. TEMP:       132.0 DEGF

LOGGING UNIT NO:      17
LOGGING UNIT LOC:     MCBS
RECORDED BY:          RICHARD WILLIAMS
WITNESSED BY:         MR. STEVE FARTEN

REMARKS:
RIG: OCEAN DRILLER   CHLORIDES: 5000 PPM.
REPEAT OMITTED 2 CD. MANS REQUEST- WELL FLOWING..:
HOLE VOLUME: 2154 CU.FT.   CEMENT VOLUME: 943 CU.FT.

EQUIPMENT NUMBERS-
HDS-D 1795   ,HDS-CB 1953   HDM-F 1796   DAM 803

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

Unocal's File Copy
— Clean
— Field
— Marked

HSIEHTEX 00115

Exhibit 7
Page 45 of 219



**RUN 3**   **5" DUAL INDUCTION/SONIC/GR**

CSU

DART CONFIDENTIAL

DART CONFIDENTIAL

| | |
|---|---|
| COMPANY: TEXACO INC. | OTHER SERVICES: |
| WELL: OCEAN DRILLE JUMBO | FBC/CML/GR |
| FIELD: EUGENE ISLAND BLK 397 | DIPMETER |
| COUNTY: OFFSHORE | CORES |
| STATE: LOUISIANA | |
| NATION: U.S.A. | RIG: |
| LOCATION: 6224'FNL & 5344'FWL | OCEAN DRILLE |
| OF E.I. 397 | |
| SEC: NA   TWP: NA   RGE: NA | |

| | | | |
|---|---|---|---|
| PERMANENT DATUM: | MWL | ELEVATIONS- | |
| ELEV. OF PERM. DATUM: | .0 F | KB: | 92.0 F |
| LOG MEASURED FROM: | RKB | DF: | 91.0 F |
| 92.0 F ABOVE PERM. DATUM | | GL: | .0 F |
| DRLG. MEASURED FROM: | RKB | | |

| | |
|---|---|
| | PROGRAM |
| | TAPE NO: |
| DATE: 4 SEP 84 | SERVICE |
| RUN NO: | ORDER NO: |
| | 127986 |

| | |
|---|---|
| DEPTH-DRILLER: | 8445.0 F |
| DEPTH-LOGGER: | 8204.0 F |
| BTM. LOG INTERVAL: | 8201.0 F |
| TOP LOG INTERVAL: | 5790.0 F |
| CASING-DRILLER: | 5801 F |
| CASING-LOGGER: | 5790 F |
| CASING: | 9 5/8" |
| BIT SIZE: | 8 1/2" |
| DEPTH: | 8445 F |

Unocal's File Copy
— Clean
— Field
— Marked

| | | | |
|---|---|---|---|
| TYPE FLUID IN HOLE: | LIGNOSULFONATE | | |
| DENSITY: | 15.7 LB/G | | |
| VISCOSITY: | 48.5 S | | |
| PH: | 10.0 | | |
| FLUID LOSS: | 3.6 C3 | | |
| SOURCE OF SAMPLE: | FLOWLINE | | |
| RM: | | | AT |
| RMF: | | | AT |
| RMC: | | | AT |
| SOURCE RMF/RMC: | | | |
| RM AT BHT: | | | AT |
| RMF AT BHT: | | | AT |
| RMC AT BHT: | | | AT |
| TIME CIRC. STOPPED: | | | |
| TIME LOGGER ON BTM.: | 1500 9/4/84 | | |
| MAX. REC. TEMP: | | | |
| LOGGING UNIT NO: | 17 | | |
| LOGGING UNIT LOC: | MCDANIELS/STEELE | | |
| RECORDED BY: | DANIELS | | |
| WITNESSED BY: | PHIL DANIELS | | |

REMARKS:

CHLORIDES: 14500 PPM
SP AT BHT:
LAFAYETTE DART   —CHRIS—

EQUIPMENT NUMBERS-

| | | | |
|---|---|---|---|
| DIS-EC 131 | DIC-DA 1314 | SLS-SC 138 | SLC-MA 144 |
| SGC-JC 3114 | GSR-U-289 | IEH-ID 1335 | SLM-DA 1499 |
| MLM-SC 1802 | GSR-U-289 | MTU-D-2945 | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE

HSIEHTEX 00116

Exhibit 7
Page 46 of 219



/1" : 100'
Schlumberger

INDUCTION/SFL/GR

CSU Field Log

PANY:        TEXACO INC.

_:           OCS-G 5529 01-UC

_D:          EUGENE ISLAND BLK. 397
NTY:         OFFSHORE
TE:          LOUISIANA
ION:         U.S.A.
ATION:       6224'FNL & 5344'FWL
             OF E.I. 397

SEC:   NA        TWP: NA        RGE: NA

MANENT DATUM:     MWL       ELEVATIONS-
V. OF PERM. DATUM:   .0 F        KB:   92.0 F
  MEASURED FROM:   RKB          DF:   91.0 F
    92.0 F   ABOVE PERM. DATUM   GL:    .0 F
G. MEASURED FROM:   RKB

E:           5 SEP 84
NO:          3

TH-DRILLER:      8445.0 F
TH-LOGGER:       8440.0 F
. LOG INTERVAL:  8437.0 F
  LOG INTERVAL:  5790.0 F

ING-DRILLER:     5801 F
ING-LOGGER:      5790 F
ING:             9 5/8"

SIZE:        8 1/2"
DEPTH:       8445 F

Unocal's File Copy
— Clean
— Field
— Marked

OTHER SERVICES-
FDC/CNL/GR
DIPMETER
CORES

RIG:
OCEAN DRILLR

PROGRAM
TAPE NO:
26.2
SERVICE
ORDER NO:
127986

TYPE FLUID IN HOLE:   LIGNOSULF MOREX
DENSITY:              10.5 LB/G
VISCOSITY:            48-0.5 SVG
PH:                   10.5 C3
FLUID LOSS:           6.0
SOURCE OF SAMPLE:     FLOW LINE
RM:                   .304 OHMM AT 76.0 DEGF
RMF:                  .225 OHMM AT 76.0 DEGF
RMC:                  .279 OHMM AT 76.0 DEGF
SOURCE RMF/RMC:       MEAS/PRESS
RM AT BHT:            .200 OHMM AT 142. DEGF
RMF AT BHT:           .125 OHMM AT 142. DEGF
RMC AT BHT:           .412 OHMM AT 142. DEGF

TIME CIRC. STOPPED:   0500 9/5/84
TIME LOGGER ON BTM.:  1230 9/5/84

MAX. REC. TEMP:       142.0 DEGF

LOGGING UNIT NO:      17
LOGGING LOCATION LOC: MCOM
RECORDED BY:          DANIELS/STEELE
WITHESSED BY:         PHIL DANIELS

REMARKS:

CHLORIDES: 14500 PPM

EQUIPMENT NUMBERS-

DIS-EC-131      DIC-DA-1314    IEM-BD-1335    SLS-SC-138
SLC-MA-144      SGC-DC-3114    GSR-U-289      SLM-DA-1499
MLM-BC-1202     MTU-D-2954     CPU-CBC-1681

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

Exhibit 7
Page 47 of 219

HSIEHTEX 00117

**Schlumberger**

DUAL INDUCTION - SONIC - GR

**CSU** Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |
| SEC: | TWP: | RGE: |

| | | |
|---|---|---|
| PERMANENT DATUM: | MWL | ELEVATIONS- |
| ELEV. OF PERM. DATUM: | | KB: 65.0 F |
| LOG MEASURED FROM: | RKB | DF: 64.0 F |
| 65.0 F ABOVE PERM. DATUM | | GL: |
| DRLG. MEASURED FROM: | RKB | |

| | |
|---|---|
| DATE: | 1 JUL 87 |
| RUN NO: | 2 |

| | |
|---|---|
| DEPTH-DRILLER: | 13323.0 F |
| DEPTH-LOGGER: | 13310.0 F |
| BTM. LOG INTERVAL: | 13308.0 F |
| TOP LOG INTERVAL: | 7362.0 F |
| CASING-DRILLER: | 7364 F |
| CASING-LOGGER: | 7362 F |
| CASING: | 9 5/8" |
| BIT SIZE: | 8 1/2" |
| DEPTH: | 13323 F |

**Unocal's File Copy**
— Clean
— Field
— Marked

OTHER SERVICES-
LOGNET
CORES
LOT/CNL

API SERIAL NO:
1771041163

PROGRAM
TAPE NO:
26.2
SERVICE
ORDER NO:
154309

| | |
|---|---|
| TYPE FLUID IN HOLE: | LIME-MOREX |
| DENSITY: | 15.6 LB/G |
| VISCOSITY: | 53.0 S |
| PH: | 11.5 |
| FLUID LOSS: | 1.6 C3 |
| SOURCE OF SAMPLE: | FLOWLINE |
| RM: | .712 OHMM AT 82.0 DEGF |
| RMF: | .450 OHMM AT 82.0 DEGF |
| RMC: | 1.115 OHMM AT 82.0 DEGF |
| SOURCE RMF/RMC: | PRESSED/PRESSED |
| RM AT BHT: | .330 OHMM AT 180. DEGF |
| RMF AT BHT: | .204 OHMM AT 180. DEGF |
| RMC AT BHT: | .530 OHMM AT 180. DEGF |
| TIME CIRC. STOPPED: | 1300 6/30 |
| TIME LOGGER ON BTM.: | 0755 7/1 |
| MAX. REC. TEMP: | 180.0 DEGF |
| LOGGING UNIT NO: | 135 |
| LOGGING UNIT LOC: | MCOS |
| RECORDED BY: | GUIDRY/LUCKETT |
| WITNESSED BY: | A. MERCER/S. MUMME |

REMARKS:
RIG.,. DIAMOND M CENTURY    CHLORIDES...:5200 PPM
THERMOMETERS:TRANSDUCER AND INDUCTION CARTRIDGE
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-

| | | |
|---|---|---|
| DIC DA 1567 | MIH W 3001 | SGC JC 2401 |
| ECH KG 2573 | SLC FA 1631 | SLS ZA 0537 |
| | DIS EC 1136 | |
| | ECH KR 1337 | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR OTHER MEASUREMENTS, AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

HSIEHTEX 00118

Exhibit 7
Page 48 of 219



**Schlumberger**  LITHO-DENSITY / GR

**CSU**  Field Log

| COMPANY: | TEXACO INCORPORATED |
|---|---|
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL OF BLK. 394 EUGENE ISLAND |

Unocal's File Copy
- Clean
- Field
- Marked

OTHER SERVICES-
DIT/SLT/GR
LOGNET
CORES

PERMANENT DATUM:        MWL
ELEV. OF PERM. DATUM:    0.0 F
LOG MEASURED FROM:      RKB
    65.0 F  ABOVE PERM. DATUM
DRLG. MEASURED FROM:    RKB

ELEVATIONS-
KB:  65.0 F
DF:  64.0 F
GL:   0.0 F

PROGRAM
TAPE NO:   28.403
SERVICE
ORDER NO:  154389

| DATE: | 1 JUL 87 | API SERIAL NO: |
| RUN NO: | 1 | 1771041163 |

DEPTH-DRILLER:      13323.0 F
DEPTH-LOGGER:      13294.0 F
BTM. LOG INTERVAL: 13294.0 F
TOP LOG INTERVAL:   7362.0 F

| CASING-DRILLER: | 7364.0 F | 0.0 F | 0.0 F |
| CASING-LOGGER: | 7362.0 F | 0.0 F | 0.0 F |
| CASING: | 9 5/8" | | |

BIT SIZE:      8 1/2"
    DEPTH:   13323.0 F      0.0 F      0.0 F

TYPE FLUID IN HOLE:  LIME-MOREX
VISCOSITY:           15.60 LB/G
PH:                  12.5
FLUID LOSS:          1.6 C3
SOURCE OF SAMPLE:    FLOWLINE
RMF:                  .742 OHMM AT 82.0 DEGF
RMC:                  .450 OHMM AT 82.0 DEGF
RM:                  1.115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC:      PRESSED /PRESSED
RM AT BHT:            .335 OHMM AT 182. DEGF
RMF AT BHT:          .212 OHMM AT 182. DEGF
RMC AT BHT:          .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED: 1300 6/30
TIME LOGGER ON BTM.: 1430 7/1

MAX. REC. TEMP:    182.0 DEGF

LOGGING UNIT NO:    .135
LOGGING UNIT LOC:   GUIDRY/LUCKETT
RECORDED BY:        A. MERCER / S. MUMME
WITNESSED BY:

REMARKS:
RIG: DIAMOND M CENTURY   CHLORIDES..:5200 PPM
RM WHEN CIRC STDS:UNABLE TO RUN LGND 1300
SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE GOING DOWN HOLE
SCHLUMBERGER SALES RESPONSE:DM MCKINNEY
SCHLUMBERGER OPERATOR:SIL. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-
CNC HB 2047     CHH A 2070     CNB AB 3391     NSR F 1669
MSC E 0802      ECH MKA 0872    DRS C 5763      PBH L 3943
GSR J 8037      PGD G 3945      TCCA 108        SGC SA 101

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

Exhibit 7
Page 49 of 219

**Schlumberger**

LDT HOLE PROFILE

**CSU** Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |

Unocal's File Copy
- Clean
✓ - Field
- Marked

OTHER SERVICES-
DIT/SLT/GR
LOG/ET
CORES
LDT/CNL

PROGRAM
TAPE NO:
20,403
SERVICE
ORDER NO:
154389

| | | ELEVATIONS- | |
|---|---|---|---|
| PERMANENT DATUM: | MWL | | |
| ELEV. OF PERM. DATUM: | 0.0 F | KB: | 65.0 F |
| LOG MEASURED FROM: | RKB | DF: | 64.0 F |
| 65.0 F | ABOVE PERM. DATUM | GL: | 0.0 F |
| DRLG. MEASURED FROM: | RKB | | |

DATE: 1 JUL 87    API SERIAL NO:
RUN NO: 1    1771041163

| | | | |
|---|---|---|---|
| DEPTH-DRILLER: | 13323.0 F | | |
| DEPTH-LOGGER: | 13294.0 F | | |
| BTM. LOG INTERVAL: | 13294.0 F | | |
| TOP LOG INTERVAL: | 7362.0 F | | |
| CASING-DRILLER: | 7364.0 F | 0.0 F | 0.0 F |
| CASING-LOGGER: | 7362.0 F | 0.0 F | 0.0 F |
| CASING: | 9 5/8" | | |
| BIT SIZE: | 8 1/2" | | |
| DEPTH: | 13323.0 F | 0.0 F | 0.0 F |

TYPE FLUID IN HOLE: LIME-MOREX
DENSITY: 15.60 LB/G
VISCOSITY: 53.0 S
PH: 12.6   C3
FLUID LOSS: FLOWLINE
SOURCE OF SAMPLE:
RM: .712 OHMM AT 82.0 DEGF
RMF: .460 OHMM AT 82.0 DEGF
RMC: 1.115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC: PRESSED /PRESSED
RM AT BHT: .385 OHMM AT 182. DEGF
RMF AT BHT: .212 OHMM AT 182. DEGF
RMC AT BHT: .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED: 1300 6/30
TIME LOGGER ON BTM.: 1430 7/1

MAX. REC. TEMP: 182.0 DEGF

LOGGING UNIT NO: 135
LOGGING UNIT LOC: MCBS
RECORDED BY: GUIDRY/LUCKETT
WITNESSED BY: A. MERCER / S. HUMME

REMARKS:
RIG...DIAMOND M CENTURY  CHLORIDES..5200 PPM
NEUTRON CURVE QUESTIONABLE TO TD 12300
SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE LOGGING HOLE
NOTE SIMILAR RESPONSE ON REPEAT
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-

CMC HB 2047    CMH A 2070    NSR F 1669
ANC E 0847    ECH MKA 0072    PDH L 3943
GSR J 8037    PGD G 3945    TCCA 180
              DRS 2.3763    SGC SA 101
              CNB AB 3391

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

HSIEHTEX 00119

HSIEHTEX 00120

Exhibit 7
Page 50 of 219

| Schlumberger | LDT / CNL POROSITY - GR |
| --- | --- |
| **CSU** | Field Log |

COMPANY: TEXACO INCORPORATED

WELL: OCS-G 5527 #2

FIELD: BLOCK 394 EUGENE ISLAND
COUNTY: OFFSHORE
STATE: LOUISIANA
NATION: U.S.A.
LOCATION: 6350' FSL & 4526' FEL
OF BLK. 394 EUGENE ISLAND

Unocal's File Copy
— Clean
✓ - Field
— - Marked

OTHER SERVICES-
DIT/SLT/GR
LOGNET
CORES

PERMANENT DATUM: MWL          ELEVATIONS-
ELEV. OF PERM. DATUM:  0.0 F      KB: 65.0 F
LOG MEASURED FROM: RKB            DF: 64.0 F
  65.0 F   ABOVE PERM. DATUM      GL:  0.0 F
DRLG. MEASURED FROM: RKB

PROGRAM
TAPE NO: 28.403
SERVICE
ORDER NO: 154389

DATE:    1 JUL 87       API SERIAL NO:
RUN NO:  1                1771041163

DEPTH-DRILLER:      13323.0 F
DEPTH-LOGGER:       13294.0 F
BTM. LOG INTERVAL:  13294.0 F
TOP LOG INTERVAL:    7362.0 F

CASING-DRILLER:     7364.0 F      0.0 F      0.0 F
CASING-LOGGER:      7362.0 F      0.0 F      0.0 F
CASING:             9 5/8"

BIT SIZE:           8 1/2"
  DEPTH:           13323.0 F       0.0 F      0.0 F

TYPE FLUID IN HOLE: LIME-MOREX
DENSITY: 15.60 LB/G
VISCOSITY: 53.0 S
PH:
FLUID LOSS: 12.5 C3
SOURCE OF SAMPLE: FLOWLINE
RM1: .712 OHMM AT 82.0 DEGF
RMF1: .455 OHMM AT 82.0 DEGF
RMC1: .1115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC1: PRESSED /PRESSED
RM AT BHT1: .335 OHMM AT 182. DEGF
RMF AT BHT1: .212 OHMM AT 182. DEGF
RMC AT BHT1: .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED: 1300 6/30
TIME LOGGER ON BTM.: 1430 7/1

MAX. REC. TEMP1: 182.0 DEGF

LOGGING UNIT NO: 135
LOGGING UNIT LOC: MCOS
RECORDED BY: GUIDRY/LUCKETT
WITNESSED BY: A. MERCER / S. MUMME

REMARKS:
RIG...DIAMOND M CENTURY   CHLORIDES...5200 PPM
NEUTRON CURVE QUESTIONABLE TO TO 13300
SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE LOGGING IN HOLE
WHILE SIMILAR RESPONSE ON REPEAT
SCHLUMBERGER OPERATORSIL. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-

| | | | |
| --- | --- | --- | --- |
| | CMA R.2070 | CNR AB 2391 | MSR F 1669 |
| CMC HB 2047 | CHM A.2070 | DNC C 5363 | PDH L 3943 |
| NSC E 0882 | NSC E 0882 | TCCA 188 | SGC SA 101 |
| GSR J 8087 | PGH D 3945 | | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATIONS MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

HSIEHTEX 00121

Exhibit 7
Page 51 of 219

**Schlumberger**

INDUCTION - SFL - GR

**CSU** Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 02 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |
| SEC: | TWP: | RGE: |

PERMANENT DATUM: MWL          ELEVATIONS-
ELEV. OF PERM. DATUM:          KB: 65.0 F
LOG MEASURED FROM: RKB        DF: 64.0 F
   65.0 F   ABOVE PERM. DATUM  GL:
DRLG. MEASURED FROM: RKB

DATE:          1 JUL 87
RUN NO:        2

| | |
|---|---|
| DEPTH-DRILLER: | 13323.0 F |
| DEPTH-LOGGER: | 13310.0 F |
| BTM. LOG INTERVAL: | 13300.0 F |
| TOP LOG INTERVAL: | 7362.0 F |
| CASING-DRILLER: | 7364 F |
| CASING-LOGGER: | 7362 F |
| CASING: | 9 5/8" |
| BIT SIZE: | 8 1/2" |
| DEPTH: | 13323 F |

OTHER SERVICES-
LOGNET
CORES
LDT/CNL

API SERIAL NO:
1771041163

PROGRAM
TAPE NO:
SERVICE
ORDER NO:
154389

**Unocal's File Copy**
___ - Clean
___ - Field
___ - Marked

TYPE FLUID IN HOLE:   LIME/MOREX
DENSITY:              15.6 LB/G
VISCOSITY:            53.0 S
PH:                   12.5
FLUID LOSS:           C3
SOURCE OF SAMPLE:     FLOWLINE
RM:                   .712 OHMM AT 82.0 DEGF
RMF:                  .440 OHMM AT 82.0 DEGF
RMC:                  1.155 OHMM AT 82.0 DEGF
SOURCE RMF/RMC:       PRESSED/PRESSED
RM AT BHT:            .338 OHMM AT 100. DEGF
RMF AT BHT:           .214 OHMM AT 100. DEGF
RMC AT BHT:           .530 OHMM AT 100. DEGF

TIME CIRC. STOPPED:   1300 6/30
TIME LOGGER ON BTM.:  0755 7/1

MAX. REC. TEMP:       180.0 DEGF

LOGGING UNIT NO:      135
LOGGING UNIT LOC:     MCOS
RECORDED BY:          GUIDRY/LUCKETT
WITNESSED BY:         A. MERCER/S. HUMME

REMARKS:
RIG...DIAMOND M CENTURY   CHLORIDES...5200 PPM
1 1/2" STANDOFFS USED ON SONIC SONDE AND INDUCTION CARTRIDGE
THERMOMETERS SPACED 67' ABOVE THE BASE OF THE TOOL.
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-
DIC DA 1567    MIH H 3001    DIS EC 1136    SGC JC 2481
ECH KG 2573    SLC FA 1631   ECH KR 1337    SLS 2A 0587

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.

Exhibit 7
Page 52 of 219

**HSIEHTEX 00122**

---

**Schlumberger**    LDT / CNL POROSITY - GR

**CSU**    Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |

Unocal's File Copy
- Clean
✓ - Field
- Marked

OTHER SERVICES-
DIT/SLT/GR
LOGNET
CORES

PERMANENT DATUM:    MWL    ELEVATIONS-
ELEV. OF PERM. DATUM:    0.0 F    KB:    65.0 F
LOG MEASURED FROM:    RKB    DF:    64.0 F
65.0 F    ABOVE PERM. DATUM    GL:    0.0 F
DRLG. MEASURED FROM:    RKB

PROGRAM
TAPE NO:
28.403
SERVICE
ORDER NO:
154389

DATE:    1 JUL 87    API SERIAL NO:
RUN NO:    1    1771041163

| | | | |
|---|---|---|---|
| DEPTH-DRILLER: | 13323.0 F | | |
| DEPTH-LOGGER: | 13294.0 F | | |
| BTM. LOG INTERVAL: | 13294.0 F | | |
| TOP LOG INTERVAL: | 7362.0 F | | |
| CASING-DRILLER: | 7364.0 F | 0.0 F | 0.0 F |
| CASING-LOGGER: | 7362.0 F | 0.0 F | 0.0 F |
| CASING: | 9 5/8" | | |
| BIT SIZE: | 8 1/2" | | |
| DEPTH: | 13323.0 F | 0.0 F | 0.0 F |

---

TYPE FLUID IN HOLE:    LIME-MORE
DENSITY:    15.60 LB/G
VISCOSITY:    53.6 S
PH:    1.6 C3
FLUID LOSS:    1.6 C3
SOURCE OF SAMPLE:    FLOWLINE
RM:    .42 OHMM AT 82.0 DEGF
RMF:    .450 OHMM AT 82.0 DEGF
RMC:    1.115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC:    PRESSED /PRESSED
RM AT BHT:    .325 OHMM AT 182. DEGF
RMF AT BHT:    .212 OHMM AT 182. DEGF
RMC AT BHT:    .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED:    1300 6/30
TIME LOGGER ON BTM.:    1430 7/1

MAX. REC. TEMP:    182.0 DEGF

LOGGING UNIT NO:    135
LOGGING UNIT LOC:    MCCORY/LUCKETT
RECORDED BY:    GUIDRY/LUCKETT
WITNESSED BY:    A. MERCER / S. MUMME

REMARKS:    RIG...DIAMOND M CENTURY    CHLORIDES...5200 PPM
NEUTRON CURVE QUESTIONABLE 12300 TO 12300 TO 12300
SUSPECT CAVING OUT OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE GOING DOWN HOLE
NOTE SIMILAR RESPONSE ON REPEAT
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS:
CNC HB 2047    CNH A 2070    NSR F 1669
MSG J 8882    ECH MKA 0872    PDH L 3943
GSR J 8037    PGD G 3945    SGC SA 101
    CNB AB 3391    DRS C 5763    TCCA 180

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

Exhibit 7
Page 53 of 219

HSIEHTEX 00123



**Schlumberger**    LITHO-DENSITY / GR

**CSU** Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |

Unocal's File Copy
— - Clean
✓ - Field
— - Marked

OTHER SERVICES-
DIT/SLT/GR
LOGNET
CORES

PERMANENT DATUM:     MWL
ELEV. OF PERM. DATUM:     0.0 F     KB:     65.0 F
LOG MEASURED FROM:     RKB     DF:     64.0 F
65.0 F     ABOVE PERM. DATUM     GL:     0.0 F
DRLG. MEASURED FROM:     RKB

ELEVATIONS-

PROGRAM
TAPE NO:
28.403
SERVICE
ORDER NO:
154389

| | | |
|---|---|---|
| DATE: | 1 JUL 87 | API SERIAL NO: |
| RUN NO: | 1 | 1771041163 |

| | | |
|---|---|---|
| DEPTH-DRILLER: | 13323.0 F | |
| DEPTH-LOGGER: | 13294.0 F | |
| BTM. LOG INTERVAL: | 13294.0 F | |
| TOP LOG INTERVAL: | 7362.0 F | |
| | | |
| CASING-DRILLER: | 7364.0 F | 0.0 F | 0.0 F |
| CASING-LOGGER: | 7362.0 F | 0.0 F | 0.0 F |
| CASING: | 9 5/8" | |
| | | |
| BIT SIZE: | 8 1/2" | |
| DEPTH: | 13323.0 F | 0.0 F | 0.0 F |

TYPE FLUID IN HOLE: LIME-MOREX
DENSITY: 15.40 LB/G
VISCOSITY: 53-0 S
FLUID LOSS: 1.1 C3
SOURCE OF SAMPLE: FLOWLINE
RM: .712 OHMM AT 82.0 DEGF
RMF: .450 OHMM AT 82.0 DEGF
RMC: 1.115 OHMM AT 82.0 DEGF
SOURCE RMF/RMC: PRESSED /PRESSED
RMF AT BHT: .235 OHMM AT 182. DEGF
RM AT BHT: .425 OHMM AT 182. DEGF
RMC AT BHT: .525 OHMM AT 182. DEGF

TIME CIRC. STOPPED: 1300 6/30
TIME LOGGER ON BTM.: 1430 7/1

MAX. REC. TEMP: 182.0 DEGF

LOGGING UNIT NO: 135
LOGGING UNIT LOC: MCDS
WITNESSED BY: QUARRY/LUCKETT
A. MERCER/ S. MUMME

REMARKS:
RIG...DIAMOND M CENTURY   CHLORIDES...5200 PPM
NEUTRON CURVE QUESTIONABLE TD TO 12300
SUSPECT CHARGING THROUGH HOLE
WHILE GOING IN HOLE THE FORMATION DUE TO SLOW TOOL SPEED
NOTE SIMILAR RESPONSE ON REPEAT
SCHLUMBERGER OPERATORS:L. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-
CMC H8 2047     CNH A 2070     CNM AB 3391     NSR F 1669
CMC H8 882     ECH M4#0072     DRS C 5763     PDH L 3943
GSR J 8037     PGD G 3945     TCCA 180     SQC SA 101

ALL INTERPRETATIONS AND OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS; AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

HSIEHTEX 00124

Exhibit 7
Page 54 of 219

**Schlumberger**

## LDT HOLE PROFILE

CSU  Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |

Unocal's File Copy
- Clean
- Field
- Marked

OTHER SERVICES-
DIT/SLT/GR

LOGNET
CORES
LDT/CNL

**PERMANENT DATUM:** MWL
ELEV. OF PERM. DATUM: 0.0 F
LOG MEASURED FROM: RKB
65.0 F ABOVE PERM. DATUM
DRLG. MEASURED FROM: RKB

ELEVATIONS-
KB: 65.0 F
DF: 64.0 F
GL: 0.0 F

PROGRAM
TAPE NO:
28.403
SERVICE
ORDER NO:
154309

DATE: 1 JUL 87
RUN NO: 1

API SERIAL NO:
1771041163

| | | | |
|---|---|---|---|
| DEPTH-DRILLER: | 13323.0 F | | |
| DEPTH-LOGGER: | 13294.0 F | | |
| BTM. LOG INTERVAL: | 13294.0 F | | |
| TOP LOG INTERVAL: | 7362.0 F | | |
| CASING-DRILLER: | 7364.0 F | 0.0 F | 0.0 F |
| CASING-LOGGER: | 7362.0 F | 0.0 F | 0.0 F |
| CASING: | 9 5/8" | | |
| BIT SIZE: | 8 1/2" | | |
| DEPTH: | 13323.0 F | 0.0 F | 0.0 F |

TYPE FLUID IN HOLE: LIME-MOREX
DENSITY: 15.60 LB/G
VISCOSITY: 53.0 S
PH: 12.5 C3
FLUID LOSS: FLOWLINE
SOURCE OF SAMPLE: .712 OHMM AT 82.0 DEGF
RM: .450 OHMM AT 82.0 DEGF
RMF: 1.115 OHMM AT 82.0 DEGF
RMC: PRESSED /PRESSED
SOURCE RMF/RMC: .335 OHMM AT 182. DEGF
RM AT BHT: .218 OHMM AT 182. DEGF
RMF AT BHT: .585 OHMM AT 182. DEGF
RMC AT BHT:

TIME CIRC. STOPPED: 1300 6/30
TIME LOGGER ON BTM.: 1430 7/1

MAX. REC. TEMP: 182.0 DEGF

LOGGING UNIT NO: 135
LOGGING UNIT LOC: MCOS
RECORDED BY: GUIDRY/LUCKETT
WITNESSED BY: R. MERCER / S. HUMME

REMARKS:
RIG...DIAMOND M CENTURY    CHLORIDES...5200 PPM
NEUTRON CURVE QUESTIONABLE TD TO 12300
SUSPECT CHARGING OF THE FORMATION DUE TO SLOW TOOL SPEED
WHILE GOING DOWN HOLE
HOLE IS SIMILAR TO PREVIOUS ON REPEAT
SCHLUMBERGER OPERATOR S IL. SHIREY, G. MCKINNEY

EQUIPMENT NUMBERS-

| | | | |
|---|---|---|---|
| CNC HB 2047 | CNH A 2070 | CMB AB 3291 | NSR F 1649 |
| MSC E 0802 | ECH MKA 0872 | DSC C 2563 | PSH L 3943 |
| GSR J 8037 | PGD G 3945 | TCCA 18B | SGC SA 101 |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATION, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS

HSIEHTEX 00125

Exhibit 7
Page 55 of 219

**Schlumberger**

INDUCTION - SFL - GR

**CSU** Field Log

| | |
|---|---|
| COMPANY: | TEXACO INCORPORATED |
| WELL: | OCS-G 5527 #2 |
| FIELD: | BLOCK 394 EUGENE ISLAND |
| COUNTY: | OFFSHORE |
| STATE: | LOUISIANA |
| NATION: | U.S.A. |
| LOCATION: | 6350' FSL & 4526' FEL |
| | OF BLK. 394 EUGENE ISLAND |
| SEC: | TWP: | RGE: |

OTHER SERVICES-
LOGNET
CORES
LDT/CNL

API SERIAL NO:
1771041163

PROGRAM
TAPE NO:
26.2
SERVICE
ORDER NO:
154389

| | | ELEVATIONS- | |
|---|---|---|---|
| PERMANENT DATUM: | MHL | KB: | 65.0 F |
| ELEV. OF PERM. DATUM: | | DF: | 65.0 F |
| LOG MEASURED FROM: | RKB | GL: | 64.0 F |
| 65.0 F ABOVE PERM. DATUM | | | |
| DRLG. MEASURED FROM: | RKB | | |

DATE: 1 JUL 87
RUN NO: 2

| | |
|---|---|
| DEPTH-DRILLER: | 13323.0 F |
| DEPTH-LOGGER: | 13310.0 F |
| BTM. LOG INTERVAL: | 13308.0 F |
| TOP LOG INTERVAL: | 7362.0 F |
| CASING-DRILLER: | 7364 F |
| CASING-LOGGER: | 7362 F |
| CASING: | 9 5/8" |
| BIT SIZE: | 8 1/2" |
| DEPTH: | 13323 F |

Unocal's File Copy
___: - Clean
/// - Field
___ - Marked

| | |
|---|---|
| TYPE FLUID IN HOLE: | LIME-MOREX |
| DENSITY/VISCOSITY: | 15.6 LB/G |
| VISCOSITY: | 53.0 S |
| PH: | 6 |
| FLUID LOSS: | 12.5 C3 |
| SOURCE OF SAMPLE: | FLOWLINE |
| RM: | .712 OHMM AT 82.0 DEGF |
| RMF: | .450 OHMM AT 82.0 DEGF |
| RMC: | .15 OHMM AT 82.0 DEGF |
| SOURCE RMF/RMC: | PRESSED/PRESSED |
| RM AT BHT: | .338 OHMM AT 180. DEGF |
| RMF AT BHT: | .214 OHMM AT 180. DEGF |
| RMC AT BHT: | .530 OHMM AT 180. DEGF |
| TIME CIRC. STOPPED: | 1300 6/30 |
| TIME LOGGER ON BTM.: | 0755 7/1 |
| MAX. REC. TEMP: | 180.0 DEGF |
| LOGGING UNIT NO: | 135 |
| LOGGING UNIT LOC: | MCOS |
| RECORDED BY: | GUIDRY/LUCKETT |
| WITNESSED BY: | A. MERCER/S. MUHME |

REMARKS:
RIG...DIAMOND M CENTURY    CHLORIDES...5200 PPM
1 1/2' STANDOFFS USED ON SONIC SONDE AND INDUCTION CARTRIDGE
THERMOMETERS APPROX 67' ABOVE THE BASE OF THE TOOL
SCHLUMBERGER OPERATORS:L. SHIREY: G. MCKINNEY

EQUIPMENT NUMBERS-

| | | | | |
|---|---|---|---|---|
| DIC DA 1567 | MIH H 3001 | DIS EC 1136 | SGG JC 2491 | |
| ECH KG 2573 | SLC FA 1691 | ECH KR 1337 | SLS ZA 0537 | |

ALL INTERPRETATIONS ARE OPINIONS BASED ON INFERENCES FROM ELECTRICAL OR
OTHER MEASUREMENTS AND WE CANNOT, AND DO NOT GUARANTEE THE ACCURACY OR
CORRECTNESS OF ANY INTERPRETATIONS, AND WE SHALL NOT, EXCEPT IN THE CASE
OF GROSS OR WILLFUL NEGLIGENCE ON OUR PART, BE LIABLE OR RESPONSIBLE FOR
ANY LOSS, COSTS, DAMAGES OR EXPENSES INCURRED OR SUSTAINED BY ANYONE
RESULTING FROM ANY INTERPRETATION MADE BY ANY OF OUR OFFICERS, AGENTS OR
EMPLOYEES. THESE INTERPRETATIONS ARE ALSO SUBJECT TO OUR GENERAL TERMS
AND CONDITIONS AS SET OUT IN OUR CURRENT PRICE SCHEDULE.




FORM PO 2128

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

**TEXACO INC.**
**DRILLING REPORT**

DATE __9 OCT 84__
EST. NO. __7-49975__

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | WELL NO. 1-RWC |
|---|---|---|
| DEPTH TODAY PBD 676 | FORM: SD ☐ SH ☐ GUM ☐ _____ ☐ | RIG OCEAN DRILLER 7 |
| DEPTH YEST. PBD 676 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS FTG. | 20"--1369 | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 9543 MD | 9-5/8"--5801 | PKR. |
| TVD 8910 TVD | 7-5/8"--5413-8417 | |

| HRS | |
|---|---|
| 1 | FINISH PULLING PENNENT LINES FROM ANCHOR WINCH. |
| 9 | PULLED ANCHORS #4, #2, #5, AND #6 |
| | OFF LOCATION AT 14:30 HRS. 10-8-84 |

| BHA | | | | | | | "DC'S | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. | | VIS. | | PV. | | YP | PV/YP | GELS | WL | | pH | | Pf | | SOL | % |
| Sd. | %LUB | %CHL | | T | °F DTL | | DTR | | CEC | | Ca | | MWP |
| HP/HT | | | PM | ExLm | MUD MAT. USED | | WT. | | DISPRSNT | | GEL |
| | LIG | | CAUS OTHER | | | | | | | |

| MUD REC. $ 213,493 24 HRS. $ — | USED $ 156,961 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $3,454,000 | MOH $ 767,000 DAYS 57 ATD 9835 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS. |
| O.E. REO. $ DATE | ATD10053 MD | | | | |
| ACT. CASH $ 3,558,824 MOH $673,400 DAYS 65 | | TOTAL | | |
| YEST. CASH $ 3,528,026 C.E. BEFORE O.E. $ 3,722,700 | | UP | | |
| | | DOWN | | |

| NEXT MOVE | | | |
|---|---|---|---|
| | | EQUIP RIG | |
| | | DRLG. AIDS | |

PULLED ANCHORS
OFF LOC. 1430 HRS 8 OCT 84
CLASSIFY: OIL WELL ASO
FINAL REPORT

| CREWS | F | |
|---|---|---|
| CONTRACTOR | 30 | HUGHES-2 |
| TEXACO | 1 | |
| CATERER | 5 | 43 |
| HOWCO | 1 | |
| SUBSEA | 2 | |
| RUCKER | 2 | |

**HSIEHTEX 00126**

Exhibit 7
Page 56 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM PO 2125 (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE 8 OCT 84

EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY | FORM: SD ☐  SH ☐  GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. PBD 676 | CSG 30"--691 | LAST SEAT TEST | PERF. 6698-6713 |
| HRS          FTG. | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD          9543 MD | 9-5/8"--5801 | | PKR. |
| TVD         8910 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1 | SET CORROSION CAP AND RELEASED RUNNING TOOL - POH |
| 9½ | MAKE UP GUIDE LINE CUTTING TOOL - GIH CUTTING |
| | GUIDE LINES. |
| 12½ | PUMP UP BARGE - ATTACH TOW LINES TO BARGE - PULLED |
| | #1, #3, #9 #8, #7 ANCHORS |
| 1 | UNSPOOLING PENNET LINES FROM ANCHOR WINCH |
| | |
| | LADY NEVA - 5600 HP |
| | LA DONNA - 4200 HP |
| | NINA DAWN - 4200 HP |
| | ART- UNSPOOLING PENNET LINES |
| | ACCIDANT - ANCHOR CREW MAN POSSIBLE BROKEN LEG. |
| | HAROLD MEYERS - LAZER ANCHOR CREW |
| | FLY TO LAKEWOOD HOSPITAL M.C. |

| BHA | | | | | | "DC'S | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T  B  G |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| SPR | / | / | / | 18 PMP 6¾ LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL    % |
|---|---|---|---|---|---|---|---|---|---|
| Sd.    %LUB    %CHL | | T | °F DTL | DTR | CEC | | Ca | MWP | |
| HP/HT    .    PM | ExLm | | MUD MAT. USED | | WT. | | DISPRSNT | | GEL |
| | LIG | CAUS OTHER | | | | | | | |

| MUD REC. $ 213,493 24 HRS. $ — | USED $ 156,961 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000    MOH $ 767,000  DAYS 57 | ATD 9835 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS. |
| O.E. REQ.    $         DATE | ATD 10053 MD | | | | |
| ACT. CASH $ 3,528,226 MOH $ 673,400    DAYS 64 | | WEIGHT | TOTAL | | |
| YEST. CASH $ 3,459,885 C.E. BEFORE O.E $ 3,722,700 | | | UP | | |
| EB 172 #2 | | | DOWN | | |
| NEXT MOVE | EQUIP | RIG ✓ | | | |
| | | DRLG. AIDS ✓ | | | |

SET CORROSION CAP
CUT GUIDE LINES
PULLING ANCHORS

| CREWS | F | |
|---|---|---|
| CONTRACTOR | 30 | HUGAFS - 2 |
| TEXACO | 1 | RUCKER 2 |
| CATERER | 5 | 43 |
| HOWCO | 1 | |
| SUBSEA | 2 | |

**HSIEHTEX 00127**

Exhibit 7
Page 57 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM PO 2128 (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE 7 OCT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 676 | FORM SD ☐ SH ☐ GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. PBD 5112 | CSG 30"--691 | LAST SEAT TEST | PERF. ~~6680-6710~~ |
| HRS. FTG | 20"--1369 | (PPG) | ~~6624-6646~~ |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 9543 MD | 9-5/8"--5801 | | PKR. |
| TVD 8910 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 3 | FINISH LAYING DOWN 3½ D.P. TO 876' |
| 1 | DISPLACED 15.7 MUD W/ SEA WATER. TESTED PLUG AT |
| | 5112 W/ 1000 PSI FOR 15 MIN. |
| ½ | SPOT CEMENT PLUG. 876-676   74 SKS. H + SEA WTR. |
| 5½ | FINISH LAYING DOWN D.P., H.W., & D.C. TESTED TOP |
| | PLUG 1000 PSI FOR 15 MINUTES |
| 11½ | R.D. UPPER DIVERTER PACKAGE. SCOPE DOWN SLIP JOINT |
| | RELEASE STACK. POH LAYING DOWN 16" RISER. SET |
| | 13⅝ STACK ON STUMP. |
| 2½ | P.U. 13⅝ CORROSION CAP - ATTACH ROPE GUIDES - |
| | WENT IN HOLE TO SET SAME. |
| | ART. SET CORROSION CAP. |
| | |
| | |

| BHA | | | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | 18"PMP 6¾"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. | %LUB | %CHL | T | °F DTL | DTR | CEC | Ca | MWP |
| HP/HT | . | PM | ExLm | MUD MAT. USED | WT. | DISPRSNT | GEL |
| | LIG | CAUS OTHER | | | | | |

| | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| MUD REC. $ 213,493 24 HRS. $ 0 | USED $ 162,558 | DRILL STRING DATA | BBLS | STRKS | FT. LBS |
| EST. $ 3,454,000 | MOH $ 767,000 DAYS 57 ATD 9835 TVD | | | |
| O.E. REQ. $ DATE | ATD 10053 MD | | | |
| ACT. CASH $ 3,459,885 MOH $ 673,400 DAYS 63 | WEIGHT | TOTAL | |
| YEST. CASH $ 3,401,701 C.E. BEFORE O.E. $ 3,722,700 | | UP | |
| E.B. 172 #2 EQUIP RIG ✓ | | DOWN | |
| NEXT MOVE DRLG. AIDS ✓ | | | |

SPOT CMT. SURFACE PLUG
PULL RISER AND BOP STACK
RUN CORROSION CAP

| CREWS | F |
|---|---|
| CONTRACTOR | 31 |
| TEXACO | 1    HUGHES 2 |
| CATERER | 5    RUCKER 2 |
| | HOWCO    1    DATA CONN 1 |
| | MT    1 |
| | SUBSEA    2       46 |

**HSIEHTEX 00128**

Exhibit 7
Page 58 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT

COMPUTER #: M0131

FORM PO 212B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE 6 OCT 84

EST. NO. 7-49975
397

WELL NO. 1-RWC

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | |
|---|---|---|---|
| DEPTH TODAY PBD 5112CMT | FORM: SD ☐    SH ☐    GUM ☐ | RIG OCEAN DRILLER | |
| DEPTH YEST. PBD 6730 | CSG 30"--691 | LAST SEAT TEST | PERF. 6696-6719 |
| HRS.        FTG. | 20"--1369 | (PPG) | 6621-6646 |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD    9543 MD | 9-5/8"--5801 | | PKR. |
| TVD    8910 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 2 | FINISH TESTING BOP's - LAID DOWN TEST PLUG |
| 4 | P.U. EZSU W/IH TO 6544' R.U. TO SQUEEZE. |
| 3 | ATTEMPT TO SET EZSU - FAILED |
| 3½ | SLUG. PIPE POH.   LEFT EZSU IN HOLE. |
| ½ | CLOSED BLINDS P.U. 1500 PSI HELD O.K. |
| 3 | GIH STRAP PIPE TAG EZSU AT 5683' |
| 3 | R.U. SQ. MANIFOLD AND LINES - TESTED EZSU |
|  | SQ. CMT 450 SKS. H @ 16.2 PPG. + 36 GAL HR CL BELOW. |
|  | EZSU FINAL PRESS 2000 PSI AND LEFT 15 SKS. ON |
|  | TOP. |
| 1½ | P.U. TO 5633 REVERSE OUT 35 SKS. CMT. |
| 1 | PULL OUT HOLE TO 5376 AND TEST RETAINER AND |
|  | CMT. W/ 1000 PSI OK. |
| 1½ | PUMP OUT 74 SKS. H @ 16.2 SPOT PLUG 5376-5176 (60FT) |

| BHA | | | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| SPR | / | / | / | 18"PMP 6⅜"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 42 | PV. 26 | YP 8 | PV/YP 3.25 | GELS 9/12 | WL 4.2 | pH 12.0 | Pf 3.0 | SOL 29 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T % | LUB 0 % | CHL 5200 | T ---- °F | DTL 4.06 | DTR 3.8 | CEC 29 | Ca 180 | MWP 2.5 | |
| HP/HT | | PM 17.2 | ExLm 3.5 | MUD MAT. USED | 100 WT. | | DISPRSNT | | GEL |

LIG    CAUS OTHER

| MUD REC. $ 213 493 | 24 HRS. $ 600 | USED $ 162,558 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | | |
| ACT. CASH $ 3,401,701 | MOH $ 673,400 | DAYS 62 | | TOTAL | | |
| YEST. CASH $ 3,350,607 | C.E. BEFORE O.E. $ 3,722,700 | | | UP | | |
| NEXT MOVE EB 172 #2 | RIG ✓ | | | DOWN | | |
| | DRLG. AIDS ✓ | | | | | |

SQUEEZED PERFORATIONS THRU RETAINER
SPOT CEMENT PLUG ABOVE LINER TOP

| CREWS | F |
|---|---|
| CONTRACTOR | 31    SUBSEA-2 |
| TEXACO | 2 |
| CATERER | 5    43 |
| HALCO | 2 |
| MT | 1 |
| OFIS | |

**HSIEHTEX 00129**

Exhibit 7
Page 59 of 219

☐ MAXIMUM SECURITY
<u>PARTRIDGE</u> PROSPECT

COMPUTER #: M0131

FORM PO 212B (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE. 5 OCT 84

EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6730 | FORM: SD ☐    SH ☐    GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. PBD 6730 | CSG  30"--691 | LAST SEAT TEST | PERF.  6690-6719 |
| HRS.        FTG. | 20"--1369 | N.A.  (PPG) | 6624-6646 |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
|         MD   9543  MD | 9-5/8"--5801 | 10-12-84 | PKR.  RET-2 6424 |
|         TVD  8910 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 3½ | WELL S.I. FOR BUILD UP   SITP 3089 psi |
| 3 | POH WITH CUDD W.L. BHP BOMBS.  STOPS AT 6000', |
| | 4000', 2000', AND SURFACE. R.D. CUDD W.L. |
| 1½ | R.U. HOWCO KILL WELL WITH 70 BBLS. 15.7 PPG MUD |
| | MAXIMUM PRESS 4100 psi  FINAL 1550 psi. HOLDING 400. |
| 4 | RELEASE CHAMP III - REVERSE CIRC. @ 6470' |
| 3½ | PUMP SLUG  LAID DOWN SURFACE TREE.  POH AND |
| | LAID DOWN 15 JTS. 3½ TBG. AND LAID DOWN OTIS |
| | SUBSEA TEST TREE. |
| 6 | LAID DOWN 3½ TBG., CHAMP III TOOL, AND BUNDLE |
| | CARRIER. |
| 2½ | GIH WITH TEST PLUG.  TEST BOP's |
| | ART'- TESTING BOP's |
| | |
| | |

| BHA | | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | 18"PMP 6¾ LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 42 | PV. 26 | YP 8 | PV/YP 3.25 | GELS 9/2 | WL 4.0 | pH 12.0 | PI 3.0 | SOL 29 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T % | LUB % | CHL 5200 | | °F | DTL 4.06 | DTR 3.8 | CEC 29 | Ca 180 | MWP 2.5 |
| HP/HT | | PM 17.2 | ExLm 3.5 | MUD MAT. USED | | WT. | | DISPRSNT | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| MUD REC. $ 213,493 24 HRS. $  0 | USED $ 161,958 | DRILL STRING DATA | | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000  DAYS 57 | ATD  9835 TV D | | BBLS | STRKS | |
| O.E. REO.    $        DATE | | ATD 10053 MD | | | | |
| ACT. CASH $ 3,350,607 MOH $  673,400 | DAYS 61 | WEIGHT | TOTAL | | | |
| YEST. CASH $ 3,233,793 | C.E. BEFORE O E $ 3,722,700 | | UP | | | |
| | EQUIP | RIG ✓ | | | | |
| NEXT MOVE | | DRLG. AIDS ✓ | DOWN | | | |

KILLED WELL
POOH

| CREWS | F |
|---|---|
| CONTRACTOR | 32 |
| TEXACO | 2 |
| CATERER | 5 |
| Howco | 2 |
| MT | 1 |
| OTIS | 5/47 |

**HSIEHTEX 00130**

Exhibit 7
Page 60 of 219

□ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #: MOT31

FORM PD 212B (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE __4 OCT 84__
EST. NO. __7-49975__
__397__

| FIELD  EUG ISL BLK 397 | LEASE    OCS 5529/EI 397 | | WELL NO.    1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6730 | FORM:  SD □   SH □   GUM □ | | RIG    OCEAN DRILLER |
| DEPTH YEST. PBD 6730 | CSG    30"--691 | LAST SEAT TEST | PERF.    6690-6719 |
| HRS.         FTG. | 20"--1369 | N.A.    (PPG) | 6624-6646 |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD    9543    MD | 9-5/8"--5801 | 10-3-84 | PKR.    RET @ 6484 |
| TVD    8910    TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1½ | POH WITH SCHL. FLOWING WELL ON 6/64 CHOKE |
| 2 | MAKE UP SECOND 22' SECTION 1"/16 HyPRF. DOME GUNS |
| 3½ | GIH w/ PRF. GUNS - PARF 6624-6646  4SPF  POH. |
| 2½ | R.D. SCHL. RIG UP CUDD SLICK LINE. TEST LUB. 5M. |
| | GIH TO 6000' w/ 1¾" GAUGE. PQH. |
| 3½ | MAKE UP BOTTOM HOLE PRESSURE BOMBS GIH w/SAME. |
| | 30 MIN STOPS @ SURFACE, 2000', 4000', AND 6000'. |
| | S.I.T.P 3028 psi |
| 10½ | OPEN WELL - FLOW SAME. CLEAN UP AND STABILIZE |
| | 4HR GAUGE G-345 N 345 BS&W 0%  8/64 CHOKE |
| | FTP 3067psi GAS 140.5MCF GOR 407:1 |
| | GTY 38.5° API  SITP 3095  SAND 0 |
| ½ | SHUT IN WELL FOR STABILIZED TBG. PRESS. 3095psi |
| | ART WELL SHUT IN FOR BUILD UP. |

| BHA | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| SPR    /    /    /    18"PMP 6¾"LNR    SPM    PSI    GPM    /    AV. |

| WT. 15.7 | VIS. 42 | PV. | YP | PV/YP | GELS | WL | pH | PI | SOL    % |
|---|---|---|---|---|---|---|---|---|---|
| Sd.    %LUB    %CHL | | T | °F DTL | DTR | CEC | Ca | | MWP | |
| HP/HT | PM | ExLm | MUD MAT. USED | | WT. | DISPRSNT | | GEL | |
| | LIG | CAUS | OTHER 1 DRUM PATROSPARSE | | | | | | |

| MUD REC. $ 2/3,493 24 HRS. $ 320 USED $ 161,958 | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000    MOH $ 767,000    DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $    DATE    ATD 10053 MD | WEIGHT | TOTAL | | |
| ACT. CASH $ 3,233,793 MOH $ 673,400    DAYS 60 | | UP | | |
| YEST. CASH $ 3,194,126    C.E. BEFORE O.E. $ 3,722,700 | | DOWN | | |
| NEXT MOVE | EQUIP RIG ✓    DRLG. AIDS ✓ | | | |

| | CREWS | F | |
|---|---|---|---|
| FINISHED PERFORATING 6624-6646 83PF. | CONTRACTOR | 32 SOIL. | 3 |
| RAN BHP BOMBS | TEXACO | 1 WEATHERLY 1 |
| FLOWING AND STABILIZE WELL ON 8/64 CK. | CATERER | 5 CUDD 2 |
| G-345, N-345, BS&W 0%, GAS 140 MCF, | HOUSE | 2 |
| GOR 407, GTY 38.5, FTP 3067, SITP 3095 | MT | 1    52 |
| | OTIS | 5 |

**HSIEHTEX 00131**

Exhibit 7
Page 61 of 219

☐ MAXIMUM SECURITY

PARTRIDGE  PROSPECT
COMPUTER #:  M0131

FORM PO 212B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE _____ 3 OCT 84

EST. NO. _____ 7-49975

397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  PBD 6730 | FORM:  SD ☐  SH ☐  GUM ☐ | | RIG.  OCEAN DRILLER |
| DEPTH YEST.  PBD 6730 | CSG  30"--691 | LAST SEAT TEST | PERF.  6690-6719 |
| HRS.        FTG. | 20"--1369 | N.A.  (PPG) | 6624-6646 |
| NEXT LOG      LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
|         MD  9543      MD | 9-5/8"--5801 | 10-3-84 | PKR.  RET @ 6484 |
|         TVD  8910    TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 5 | FLOWING WELL FOR TEST  TOOK 4 HR GAUGE G-294 N294 |
| | BSSW 0% 8/64 FTP 2928 GOR 724 GAS 213 MCF GTY. |
| | 37.5 API. |
| 8 | SI WELL  SITP 2950  BURN OFF OIL IN TANKS. |
| | R.D. BURNERS.  OFFLOAD SCHL. UNIT.  R.U. SAME. |
| 4 | R.D. OTIS MANIFOLD AND INSTALL 2nd HOWCO MANUAL |
| | VALVE AND SCHL LUBRICATOR.  TEST LUB. 4500 psi. |
| | WITH 1"/16 HYPER DOOM GUNS IN HOLE. |
| 7 | GIH w/ SCHL. STOP AT 6187' WORKED DOWN TO |
| | 6387'. P.U. TO 6000'. OPEN WELL ON 6/64 CHOKE |
| | GO DOWN WITH GUNS WORKED THRU. TBG. LOG INTO |
| | POSITION AND PERFORATE. 6624-6646 4HPF POH. |
| | FOUND BOTTOM AT 6696' POSSIBLE SAND. |
| | ART POH w/ SCHL.        (60ER) |

| BHA | | | | "DC'S | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | 18"PMP 6¾"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT.15.7 | VIS. 42 ANNULUS | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. | %LUB | %CHL | T | *F DTL | DTR | CEC | Ca | MWP |
| HP/HT | PM | ExLm | MUD MAT.USED | WT. | DISPRSNT | GEL |

LIG    CAUS  OTHER  1 DRUM PETROSPERSE FOR CLEAN UP.

| MUD REC. $ 213,493  24 HRS. $ 320  USED $ 161,958 | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000  MOH $ 767,000  DAYS 57 ATD  9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ.  $        DATE          ATD 10053 MD | | | | |
| ACT. CASH $ 3,194,126  MOH $ 673,400  DAYS 59 | WEIGHT | TOTAL | | |
| YEST. CASH $ 2,985,072 G.E. BEFORE O.E. $ 3,722,700 | | UP | | |
| ~ 3,089,602 | EQUIP | RIG ✓ | | DOWN |
| NEXT MOVE | | DRLG. AIDS ✓ | | |

4 HR GAUGE: 294 BOPD, 0% BSW, 8/64 CHOKE,
2728 PSI FTP, 724 GOR, 213 MCFO, 37.5° API
ADD PERFS FOR TEST

| CREWS | F |
|---|---|
| CONTRACTOR | 31 | STATOO |
| TEXACO | 3 | SCHL 3 |
| CATERER | 5 | WEATHER 1 |
| | | HOWCO | 2 | ELDO 2 |
| | | MT | | |
| | | OTIS | 5 | 53 |

**HSIEHTEX 00132**

Exhibit 7
Page 62 of 219

FORM PO 212B (12-63)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

## TEXACO INC.
## DRILLING REPORT

DATE  2 OCT 84

EST. NO.  7-49975

397

| FIELD   EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6730 | FORM:  SD ☐   SH ☐   GUM ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST. PBD 6730 | CSG   30"--691 | LAST SEAT TEST | PERF.   6690-6719 |
| HRS.        FTG. | 20"--1369 | N.A.   (PPG) | |
| NEXT LOG     LAST LOG | 13-3/8"--3510 | NEXT-BOP TEST | |
| MD   9543   MD | 9-5/8"--5801 | 10-3-84 | PKR. RET @ 6484 |
| TVD   8910   TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1 | FIN GIN, P.U. Jbg Jest to 6 ksi |
| 2½ | P.U. Olis Sub Sea Tree, M.U. Hoses & Ck in Rotary |
| 2 | Run 16 Jt Jbg & 3 Pup Shot Conl. Line Jest Jbg to 6ksi |
| 4 | M.U. Howco Surface Tree Jest Land Tree in Stack Close Rms, Open Rms, Set PkR, Close Rms, Jest PkR w/ 1ksi, Open Rms, R.U. Lines Manifold Flare Booms Jest lines 5ksi |
| ½ | Disp Jbg w/ 44 BBls Fush H₂O Close By Ass Close Rms Put 500psi on CSG |
| 14 | Open Well, 2320 psi on Jbg & to 780 psi ↓ As well unloaded & Clean Up, ½ Rate on 16/64 into Tank 1042 BBls/day FTP 2465psi Seperator Not Working Shut In well 2 Hrs Repair Sep. SITP 2985 Open Well on 18/64 Attmpt to Stabilize Cut Sd & H₂O (Over) |

| BHA | | "DC'S | | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | 18"PMP 6¾"LNR | SPM | PSI | GPM | | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. | VIS. | PV. | YP | PV/YP | GELS | WL | pH | PI | SOL | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Sd.   %LUB. | %CHL | T | °FDTL | DTR | CEC | Ca | MWP | | | |
| HP/HT | PM | ExLm | MUD MAT. USED | | WT. | DISPRSNT | GEL | | | |
| LIG | CAUS | OTHER | | | | | | | | |

| MUD REC. $ 199,015   24 HRS. $        USED $ | | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000    MOH $767,000   DAYS 57   ATD 9835 TVD | | | BBLS | STRKS | FT. LBS. |
| O.E. REO.   $        DATE | | | ATD 10053 MD | | |
| ACT. CASH $~ 3089,602   MOH $ 673,400   DAYS 58 | | WEIGHT | TOTAL | | |
| YEST. CASH $ 2985,078   C.E. BEFORE O.E. $ 3,722,700 | | | UP | | |
| | RIG | EQUIP | | DOWN | |
| NEXT MOVE | DRLG. AIDS | | | | |

| FIN GIN w/ Jest String & Sub Sea Tree | CREWS | Stabo |
|---|---|---|
| Open Well Flowing & Cleaning Well | CONTRACTOR | Sedl |
| Flowing @ 396 BOPD ~~0BS&W~~ 0 BS&W | TEXACO | Weatherly |
| 8/64 CK   2579 Psi FTP GOR 912 GAS 361/mcfd | CATERER | |
| SITP 2985 psi   35.3° API | Howco AT | |
| | Olis | |

**HSIEHTEX 00133**

Exhibit 7
Page 63 of 219

☐ MAXIMUM SECURITY
<u>PARTRIDGE</u> PROSPECT
COMPUTER #:  M0131

FORM PO 212B (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE 1 Oct. 84
EST. NO. 7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE    OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY BBD 6730 | FORM   SD ☐   SH ☐ | GUM ☐ | RIG   OCEAN DRILLER |
| DEPTH YEST. PBD 6730 | CSG  30"--691 | LAST SEAT TEST | PERF. 6690-6719 |
| HRS.       FTG. | 20"--1369 | N.A.   (PPG) | |
| NEXT LOG       LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD   9543   MD | 9-5/8"--5801 | 10-3-84 | PKR. |
| TVD   8910  TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 8 | Made 3 Perf Runs w/ Schl 5" CSG Guns Perf 6690- |
| | 6719 IES - 8SPF |
| 1 | P.U. Handling Tools to P.U. 3½" |
| 1 | M.U. Bundle Carriers, 7⅝ Champ III, Pressure Recorders |
| 14 | G14 P.U. 3½ P4b Thg Rabbit each Jt. Tested w/ Stoteo to |
| | 6 ksi |
| | ART 170Jts P.U. |
| | |
| | |
| | |
| | |
| | |
| | |

| BHA | | | | "DC'S | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | /13"PMP 6⅝"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15⁷ | VIS.42 | PV. 26 | YP 8 | PV/YP 3.3 | GELS 9/2 | WL 42 | pH 12 | Pl.3. | SOL 29 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr % | LUB 0 % | CHL 5200 | T ? °F | DTL 41.1 | DTR 3.8 | CEC 29 | Ca 180 | MWP.8 | |
| HP/HT | | PM 17.2 | ExLm 3.5 | MUD MAT. USED | | WT. | DISPRSNT | | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| MUD REC. $ 199,015 | 24 HRS. $   0 | USED $ 161,638 | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | | |
| ACT. CASH $ 2,985,078 | MOH $ 673,400 | DAYS ,57 | WEIGHT | TOTAL | | |
| YEST. CASH $ 2,951,762 | C.E. BEFORE O.E. $ 3,722,700 | | | UP | | |
| NEXT MOVE | EQUIP | RIG ✓ | DOWN | | | |
| | | DRLG. AIDS ✓ | | | | |

Perf Well
Std G14 P.U. Test String.

| CREWS | Cull  Stoteo  2 |
|---|---|
| CONTRACTOR | 31    Schl    3 |
| TEXACO | 3    Goodrich Ar |
| CATERER | 5    Wemberly 1 |
| | Nowco    2 |
| | HT     1    /53 |
| | Otis    5 |

**HSIEHTEX 00134**

Exhibit 7
Page 64 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #:  M0131

FORM PO 212B (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE 30 Sept. 84

EST. NO.  7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6730 | FORM.  SD ☐   SH ☐   GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST  PBD 6386 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS        FTG. | 20"--1369 | N.A.      (PPG) | |
| NEXT LOG     LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD    9543    MD | 9-5/8"--5801 | 10-3 84 | PKR. |
| TVD   8910   TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1½ | POH w/ Champ III 40 |
| 3½ | MU Bit + Scrapper TIH  to 6250 |
| 1½ | Circ & cond mud  Balance mud Column |
| 3 | Wash 6250 to 6373  Ø Cmt 6373 to 6500' |
| 1 | Circ out Cmt @ 6500 |
| 3 | Ø Cmt Cml 6500' — 6610 Wash to 6730 |
| 1½ | Circ out @ 6730 Test perfs w/ 1tsi 30 min OK |
| 3½ | Pump Slug POH |
| 1 | Retrieve Wear Bush |
| 3 | Mk Up Otis SSTT Made Dummy Run tospace Out |
| 1 | R/U Statco Test Unit |
| ½ | R/U Schl |
| | ART GIH w/ 5" CSG Guns |

| BHA | B CSG Scrap   9DC   9HWt | | 4¾ "DC'S  3½ "HW  556 FT  12  (M LBS) |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 6½ | HTC | 1-2-6 | FB242 | Out | 626 | 13 | 15 | 70 | 3 | 3 | I |

| SPR | / | / | / | IP PMP 6⅜ LNR 36 SPM 2500 PSI 337 GPM 42 | | | 1422 AV. |

| WT. 15.7 | VIS. 42 | PV. 26 | YP 8 | PV/YP 3.3 | GELS 5/2 | WL 4.2 | pH 12 | PI 30 | SOL 29% |
| Sd. Tr % | LUB % | CHL 5200 | T 60 °F | DTL 41 | DTR 3.8 | CEC 29 | Ca 180 | MWP .8 | |
| HP/HT · | | PM 172 | ExLm 3.5 | MUD MAT. USED 300 | WT. | | DISPRSNT 80 GEL |
| | LIG | CAUS | OTHER | | | | |

| MUD REC. $ 199,615 24 HRS $ 2360 USED $ 161,638 | DRILL STRING DATA | | CAPACITY | | TORQUE |
| EST. $ 3,454,000    MOH $767,000 DAYS  57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ.         DATE         ATD 10053 MD | | | | |
| ACT. CASH $ 2,951,762 MOH $ 673,400    DAYS 56 | WEIGHT | TOTAL | |
| YEST. CASH $ 2,913,574    C.E. BEFORE O.E. $ 3,722,700 | | UP | |
| NEXT MOVE | EQUIP RIG ✓   DRLG. AIDS ✓ | | DOWN | |

Drilled Cmt 6373' to 6610'
POH R.U. Test Tree

| CREWS | F   Statco 2 |
| CONTRACTOR | 31 | Schl 3 |
| TEXACO | 1 | Gerbich 1 |
| CATERER | 5 | |
| Howco | 2 | |
| HIT | 1 | |
| Otis | 5 | |

**HSIEHTEX 00135**

Exhibit 7
Page 65 of 219

FORM PO 2126 (12.83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #:  M0131

**TEXACO INC.**
**DRILLING REPORT**

DATE 29 Sept. 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6786Gw | FORM: SD ☐ SH ☐ GUM ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. PBD 6730 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG | 20"--1369 | N.A. (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 9543 MD | 9-5/8"--5801 | 10-3-84 | PKR |
| TVD 8910 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1½ | TIH CHG'd orders PoH Stand BHA to Side |
| 5 | M.U. Champ III TIH to 6437 |
| 3½ | R/u Schl Test Lub w/ 2ksi G/H 6598-6600 4 HPF POOH |
| 3 | R/u Howco Test Lines 5000 Sil Tool @ 6483 Test CSG w/ 1ksi AkDn w/ 1950 Shj w/ 1320 @ 2BPM Mix ¿ Pump 500 SXS H + ¼"φ D-AIR + 3 gal BHR6L /100 SXS @ 1620 A/o pressure increase Overdisplace Cmt. |
| 2½ | Shut in Waiting on 2nd Stage |
| 1 | Unseal Tool Mud U Sealed Pump Slug PU to 6222 |
| 1½ | R/u Test lines to 5ksi Set Tool put 1ksi on CSG Brake Dn w/ 800 Shj 450/H w/ 1250 Mix ¿ Pump 400 SXS H + ¼"φ D-8 + 3 gal HR6L @ 16.2 Disp to 6386 353 SXS in Form 47 SXS in CSG Final Pressure 900 psi |

| BHA | | | | | | "DC'S | | "HW | | FT | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | | / | 18"PMP 6½"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 43 | PV. | YP | PV/YP | GELS | WL | pH | PI | SOL % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. %LUB | %CHL | T | °FDTL | DTR | CEC | Ca . | MWP |
| HP/HT . PM | ExLm | MUD MAT. USED 600 | WT. 10 | DISPRSNT 60 GEL |
| .10 LIG 10CAUS OTHER 30 Lime | | | | |

| MUD REC. $ 199,015 24 HRS. $ 41.50 USED $ 159,278 |
|---|
| EST. $ 3,454,000 MOH $ 767,000 DAYS 57 ATD 9835 TVD |
| O.E. REO. $ DATE ATD 10053 MD |
| ACT. CASH $ 2,913,574 MOH $ 673,400 DAYS 55 |
| YEST. CASH $ 2,861,091 C.E. BEFORE O.E. $ 3,722,700 |
| NEXT MOVE |

| EQUIP | RIG ✓ | DRLG. AIDS ✓ |
|---|---|---|

| DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|
| | BBLS | STRKS | FT. LBS. |
| WEIGHT | TOTAL | | |
| | UP | | |
| | DOWN | | |

Perf. for SO2 6598-6600
SO2 w/ 921 cu.ft. Std POH

| CREWS | F | O/s 5 |
|---|---|---|
| CONTRACTOR | 5/ | Statco 2/ |
| TEXACO | 1 | |
| CATERER | 5 | /5/ |
| Howco | 8 | |
| MT | 1 | |
| Schl | 3 | |

**HSIEHTEX 00136**

Exhibit 7
Page 66 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM P.O.212 B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE 28 SEPT 84

EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO 1-RWC |
|---|---|---|---|
| DEPTH TODAY PBD 6730 | FORM SD ☐ SH ☐ GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. PBD 8244 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | N.A. (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 9543 MD | 9-5/8"--5801 | 10-3-84 | PKR. |
| TVD 8910 TVD | 7-5/8"--5413-8417 5-1/2"-- | | |

| HRS | |
|---|---|
| 3½ | Ran CBL - VDL - CCL - GR   8100' to 5000' |
| 1 | Test Kelly 3½ + 5" Safety Valve + BOPV w/250 ⊕ 10,000 |
| 3½ | R/U Schl. G/N w/ 4" CSG Gun Perf 4HPF 6736 - 38 POH |
| 2½ | W/H Set EZSV @ 6730 R/D Schl |
| 4 | M.U. Stinger TIH ⊕ to 6730 |
| 6 | R/U Lines Test Sksi Test CSG w/1ksi BkDn w/1550 psi |
| | 2 BPM Inj Rate w/ 1810 psi Mix ⊕ Pump 500 sxs H + ¼% |
| | D-AIR + 3 gal /100 sxs 4RGL @ 16.2 # 1.08 yield No pressure |
| | increase. Mix 500 sxs H + ¼% D-AiR + 3 gal /100 sxs HGCC |
| | SQZ (450 sxs below EZSV) Rev. Out 50 sxs Slug Pipe |
| 2½ | POH to Excess D.P. |
| 1 | L/D Stinger M.U. Bt TIH w/ D.P. ← |
| | CHANGED His Course ⊕ P.U. SQZ Tool |
| | |
| | |

| BHA | | | | | | | "DC'S | | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| | | | | | | | | | | | | |

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 43 | PV. 29 | YP 8 | PV/YP 3.6 | GELS 9/ | WL 4/. | pH 12 | Pf / 8 | SOL 31% |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr. % | LUB 0% | CHL 7500 | T | °F DTL 4.5 | DTR 4.2 | CEC 28 | Ca /00 | MWP /. | |
| HP/HT | | PM | ExLm | MUD MAT. USED | | WT. | | DISPRSNT | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| MUD REC. $ 199,015 | 24 HRS. $ 0 | USED $ 155,118 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 DAYS 57 | ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $ DATE | | ATD 10053 MD | | | | |
| ACT. CASH $ 2,861,091 | MOH $ 673,400 | DAYS 54 | | TOTAL | | |
| YEST. CASH $ 2,825,945 | C.E. BEFORE O.E. $ 3,722,700 | | | UP | | |
| | RIG OK | | | DOWN | | |
| NEXT MOVE | DRLG. AIDS OK | | | | | |

DRILL STRING DATA
WEIGHT
EQUIP

| Fin Running CBL - VDL - CCL - GR 5000' - 8100' | CREWS | E |
|---|---|---|
| Perf for SQZ 6736 - 38 St Retainers @ 6730 | CONTRACTOR | 31 |
| SQZ w/ 1090 Gi ft. POH w/ Stinger | TEXACO | 1 |
| | CATERER | 5 |
| | HOWCO | 3 |
| | AIT | 1 |
| | Schl | 3/96 |

**HSIEHTEX 00137**

Exhibit 7
Page 67 of 219

□ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM PO 212B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE 27 SEPT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 180 8244 | FORM SD □ SH □ | GUM □ | RIG OCEAN DRILLER |
| DEPTH YEST. 9836 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | N.A. (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 9543 MD | 9-5/8"--5801 | | PKR. |
| | 7-5/8"--5413-8417 | 10-3-84 | |
| TVD 8910 TVD | 5-1/2"-- | | |

| HRS | |
|---|---|
| 2½ | LD 30 Jts HW |
| 4½ | GIH w/ 7⅝ EZSV to 6751 |
| 1 | R.U. Hose to Allow mud to Equalize |
| 1½ | FIH to 8341 w/ EZSV |
| 1 | R.U. Howco Broke Circ & Testlines & Vlvs to 3ksi Set EZSV |
| | @ 8341' |
| ½ | Test CSG & EZSV to 1ksi turbo Form w/ 500 psi ½ Pump in |
| | @ 2BPM |
| 1½ | Mix & Pump 220 sxs 'H' @ 17.5 ppg 1.17 CF/sx y w/ 19# 15% |
| | HiDense 3 & 6% HAL AD9 & .25% DAIR) SQZ 200 sx |
| | below tool Drop 20 sx on Top |
| 1 | PU to 8240 Rev. Out ¢ Test Cmt to 1ksi 15 min ok |
| 4½ | Circ @ 8240 out mud wt to 15.7 |
| 3½ | Pump Slug POH |

| BHA | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| SPR | / | / | / | "PMP | "LNR SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

WT. 15.7 VIS. 43 PV. 29 YP 8 PV/YP 3.6 GELS 6/12 WL 4 pH 12 PI 1.8 SOL 31 %
Sd. Tr %LUB %CHL 7500 T °F DTL 4.5 DTR <.2 CEC 28 Ca 100 MWP 1.
HP/HT PM ExLm MUD MAT. USED 100 WT. DISPRSNT GEL
LIG CAUS OTHER

| MUD REC. $ 199,015 24 HRS. $ 600 USED $ 155,128 | | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000 MOH $ 767,000 DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ DATE ATD 10053 MD | | | | |
| ACT. CASH $ 2,825,925 MOH $673,400 DAYS 53 | | TOTAL | | |
| YEST. CASH $2,786,575 C.E. BEFORE O.E. $ 3,722,700 | | UP | | |
| NEXT MOVE | RIG | | DOWN | |
| | DRLG. AIDS | | | |

| W/H w/ Cmt Retainer Set @ 8341 | CREWS | 15 |
|---|---|---|
| SQz. open Hole w/ 234 cu.ft. Drop 100' on Top | CONTRACTOR | 31 |
| Retainer | TEXACO | 5 |
| Std GIH w/ CBL-VDL-CCL-GR | CATERER | 5 |
| | Howco | 1 |
| | MT | 1 |
| TT | SUR | 3/45 |

**HSIEHTEX 00138**

Exhibit 7
Page 68 of 219

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #:  M0131

FORM PO 212B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE __26 SEPT 84__
EST. NO. __7-49975__
__397__

| FIELD  EUG ISL BLK 397 | LEASE        OCS 5529/EI 397 | | WELL NO.    1-RWC |
|---|---|---|---|
| DEPTH TODAY  9836 | FORM:  SD ☐    SH ☐    GUM ☐ | | RIG    OCEAN DRILLER |
| DEPTH YEST  9836 | CSG    30"--691 | LAST SEAT TEST | PERF. |
| HRS        FTG. | 20"--1369 | 17.4   (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD    9543    MD | 9-5/8"--5801 | 9-26-84 | PKR. |
| TVD    8910   TVD | 7-5/8"--5413-8417 | 10-3-84 | |
| | 5-1/2"-- | | |

| HRS | |
|---|---|
| 5 | Attempt & failed to Run Anchor on Geoguard Boat "Mr Offshore" |
| | Seas too Rough release boat @ 1030 hrs |
| 3 | Offload Rest of Seismic Equip. & R/u Schl |
| 2 | Test Vel. Survey Tool - Failed CHG'd Out same |
| 8½ | GIH to 9300' W/ Velocity Survey Taking Shots |
| | 9300' Up to 3500' @ 100' intervals - 3500' to 500' in |
| | 500' intervals w/sch. |
| 5½ | Pulled Wear Bush P.U. Test Plug Test BOPS 250/3500 |
| | 250/10,000 Function Test Remote Panel Pulled Plug |
| | Set Wear Bush |
| | APT L/D 5"HWDP Will Mk Up Retainer |
| | and start GIH |
| | |
| | |
| | |

| BHA | 8 x 2 x 2 x 2 x 3 x .39 HWL. | 4⅞ "DC'S  3½ "HW 1486 FT. 30  (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| 17 | 6½ | H | 126 | F6 242 | F.O. | 389 | 7½ | 10/15 | 80/100 | 2 | 2 | I |

| SPR | / | / | / | 1/8"PMP 6¾"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 16.8 | VIS. 44/ | PV. .35 | YP  8 | PV/YP 4.4 | GELS ¾ | WL 3.6 | pH /2 | PI 2.2 | SOL 34 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr % | LUB     % | CHL 8200 | T | °F | DTL  5.5 | DTR 4.6 | CEC 30 | Ca /20 | MWP / .4 |
| HP/HT | | PM /2 | ExLm 2.5 | MUD MAT. USED | | | WT. | DISPRSNT | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| MUD REC. $ 199,015 | 24 HRS. $       0 | USED $    154,528 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $3,454,000 | MOH $ 767,000   DAYS 57 | ATD   9835 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS. |
| O.E. REO.    $          DATE | | ATD  10053 MD | | | | |
| ACT. CASH $ 2,786,575 | MOH $673,400 | DAYS 52 | | WEIGHT | TOTAL | |
| YEST. CASH $ 2,678,384 | C.E. BEFORE O.E. $ 3,722,700 | | | | UP | |
| NEXT MOVE | | DRLG. AIDS | EQUIP | | DOWN | |

| | | CREWS | E |
|---|---|---|---|
| Attempt and failed to Run USP Services | | CONTRACTOR | 31 |
| Ran Velocity Survey  500' - 9300' | | TEXACO | 4 |
| | | CATERER | 5 |
| | | Howco | 2 |
| | TT | AT | 1 |
| | | Schl | 7/50 |

**HSIEHTEX 00139**

Exhibit 7
Page 69 of 219

☐ MAXIMUM SECURITY

PARTRIDGE PROSPECT
COMPUTER #:  M0131



FORM PO 212B (12-63)

**TEXACO INC.**
**DRILLING REPORT**

DATE __25 SEPT 84__

EST. NO. __7-49975__
__397__

| FIELD EUG ISL BLK 397 | LEASE   OCS 5529/FI 397 | | WELL NO.   1-RWC | |
|---|---|---|---|---|
| DEPTH TODAY 9836 | FORM  SD ☐   SH ☐ | GUM ☐ ____ ☐ | RIG   OCEAN DRILLER | |
| DEPTH YEST. 9836 | CSG   30"--691 | LAST SEAT TEST | PERF. | |
| HRS        FTG. | 20"--1369 | 17.4 (PPG) | | |
| NEXT LOG    LAST LOG 43 | 13-3/8"--3510 | NEXT BOP TEST | | |
| 9836  MD  9288 9543 MD | 9-5/8"--5801 | 9/26/84 | PKR. | |
| 9889  TVD  8736 8910 TVD | 7-5/8"--5413-8417 | | | |
| | 5-1/2"-- | | | |

| HRS | |
|---|---|
| 1/2 | POOH. |
| 4 1/2 | RAN SCH. W/R W/ DIL/SONIC/LR TO 9543. TOOL |
| | FAILED TO GO DEEPER.   LOG 9543-8417. |
| 4 1/2 | GIH W/ DIPMETER TO 9542. FAILED TO GO DEEPER. |
| | LOG 9542-8417. |
| 4 1/2 | TIH TO 9554 |
| 1 | REAM 9554-9696 |
| 2 1/2 | PUMP 25 BBL HI VISC PILL AROUND. |
| 5 | POOH. |
| 1 1/2 | RAN SCH. TO RUN VSP LOG. |

| BHA | BX2X2X2X3X39HW | 4 1/2 DC'S 5 1/2 HW LEG FT. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 6 1/2 | H | 126 | F8242 | | | | | | |

| SPR | / | | / | / | 13 PMP 4 3/4 LNR 26 SPM 2500 PSI 244 GPM 51 200 305 AV. |
|---|---|---|---|---|---|

| WT. 16.8 | VIS. 44 | PV. 35 | YP 8 | PV/YP 4.4 | GELS 7/14 | WL 3.6 | pH 12 | PI 2.2 | SOL 5/4 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. 7.2 % | LUB 0 % | CHL 8200 | T 89 °F | DTL 5.5 | DTR 4.6 | CEC 30 | Ca 120 | MWP 1.4 | |
| HP/HT | | PM 12 | ExLm 2.5 | MUD MAT. USED   200   WT. | | | | DISPRSNT 20 GEL | |
| 14 | LIG 3 | CAUS | OTHER | | | | | | |

| MUD REC. $ 199015 | 24 HRS. $ 1340 | USED $ 154525 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $ ___ | DATE ___ | | ATD 10053 MD | 119 | 534 | 500 |
| ACT. CASH $ 2,678,334 | MOH $ 673,400 | DAYS 5/+11 | TOTAL | 142 | | |
| YEST. CASH $ 2,641,569 | C.E. BEFORE O.E. $ 3,722,700 | | UP | 160 | | |
| NEXT MOVE | RIG | DRLG. AIDS | | DOWN | 130 | |

| RAN GR/ DIL/SONIC 8417-9543 | CREWS | F |
|---|---|---|
| RAN DIPMETER 8417-9543 | CONTRACTOR | 31 |
| MADE COND TRIP | TEXACO | 5 |
| RAN TO RUN VSP LOG        22% | CATERER | 5 |
| | HALLO | 1 |
| TT 11 | MT | 1 |
| | SCH | 5/48 |

**HSIEHTEX 00140**

Exhibit 7
Page 70 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: N0131

FORM PO 212B (12-63)

## TEXACO INC.
## DRILLING REPORT

DATE 24 SEPT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 9836 | FORM: SD ☐ SH ☐ GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 9836 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | 17.4 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 9836 MD 9288 MD | 9-5/8"--5801 | 9/26/84 | PKR. |
| 9089 TVD 8736 TVD | 7-5/8"--5413-8417 | | |
| | 5-1/2"-- | | |

| HRS | |
|---|---|
| 4 | RAN GR/DIL 9288-847. POOH. RIG SCH. |
| 6 | CHANGE BHA. GIH TO BTM OF CSL. TIH TO 9200' |
| 4 | WASH TO 9728' |
| 2½ | ATT. TO WASH & REAM 9728-9785. LOST COMP. |
| | RETURNS. (± 100 BBLS). SHUT PUMP DOWN. REGAINED |
| | 80 BBLS. ⊕ |
| ½ | PU TO 9685. CIRC & REGAINED FULL RETURNS. |
| 2½ | PUMP HI VISC PILL. |
| 4½ | PUMP SWM & POOH. |
| | ART: GIH W/ GR/DIL/SONIC |

| BHA | BX 2 X 2 X 2 X 3 X 39 HW | 4¾"DC'S 3½"HW HDL FT. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 6½ | H | 126 | F0242 | | | | | | |

| SPR | / | / | / | 18 PMP 6¼ LNR 28 SPM 3000 PSI 2L ½ GPM 33/2K 1329 AV. |
|---|---|---|---|---|

| WT 16.8 | VIS. 45 | PV. 35 | YP 8 | PV/YP 4.4 | GELS 34 | WL 5.6 | pH 12.0 | PI 2.4 | SOL 34% |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR % | LUB % | CHL 8200 | T 90 °F | DTL 5.5 | DTR 4.7 | CEC 30 | Ca 120 | MWP 1.8 | |
| HP/HT | | PM 12.2 | ExLm 2.5 | MUD MAT. USED 600 WT. 4 | | | | DISPRSNT 50 GEL | |
| 28 | LIG 14 | CAUS | OTHER 500GEL - DAMAGED FROM WEATHER | | | | | | |

| MUD REC. $ 199015 | 24 HRS. $ 6314 | USED $ 158188 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 DAYS 57 | ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $ | DATE | ATD 10053 MD | | 119 | 534 | 500 |
| ACT. CASH $ 2,641,569 | MOH $ 673,400 | DAYS 50 +11 | | TOTAL | 142 | |
| YEST. CASH $ 2,538,065 | C.E. BEFORE O.E. $ 3,722,700 | | | UP | 160 | |
| NEXT MOVE | RIG | DRLG. AIDS | | DOWN | 130 | |

| RAN GR/DIL/SONIC 8417-9288 | CREWS | F | |
|---|---|---|---|
| MADE COND TRIP | CONTRACTOR | 31 | SCH 3 |
| | TEXACO | 5 | |
| | CATERER | 5 | |
| 22⅞ | HOWCO | 1 | 46 |
| TT 11 | m T | | |

**HSIEHTEX 00141**

Exhibit 7
Page 71 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM PO 2120 (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE 23 SEPT 84
EST. NO. 7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY 9836 | FORM  SD ☐    SH ☐    GUM ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST. 9836 | CSG        30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | 17.4   (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10983  9836 MD  8445   MD | 9-5/8"--5801 | 9/26/84 | PKR. |
| 9385  8405 TVD  8125  TVD | 7-5/8"--5413-8417 | | |
| | 5-1/2"-- | | |

| HRS | |
|---|---|
| 3 | POOH TO PLU MOWEL. |
| 5 | PLU MOWEL. TIH TO 9586 |
| 3½ | REAM 9586 - 9836.  HOLE TIGHT AT 9730-9740. LOST |
| | RETURNS. SHUT PUMP OFF. HOLE GAVE BACK LOST MUD. |
| 2½ | CIRC BTM UP. HOLE TRYING TO PACK OFF. MAX |
| | GAS 100 UNITS.  LO CUT 16.5 PPG. |
| 1½ | ATT. TO DROP MULTISHOT. SHUT PUMP DOWN. HOLE |
| | PACKED OFF. PLU TO 9630. L/D 4 JTS. |
| 4½ | DROP MULTISHOT @ 9630. PUMP SAME DOWN. POOH. |
| | RET. MULTISHOT. |
| 4 | RU SCA. CLEAN W/ OIL/ CALSOLVE. TOOL STOPPED @ 9288. |
| | FAILED TO WORK DEEPER.  POOH W/ LEXICAL TOOL. |
| | WILL MAKE COND TRIP.                    (OVER) |

| BHA | BX2 01 X 2 X 2 X 3 X 39 HW | 4¾ DC'S 3½ HW 1435 FT. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 6½ | H | 126 | FB 2/2 | | | | | | 2 | 2 | G |

| SPR | / | | / | 18 PMP 6¾ LNR 28 SPM 3000 PSI 262 BPM 33/215 1329 AV |
|---|---|---|---|---|

WT 16.8  VIS. 46   PV. 38   YP 10   PV/YP 3.5   GELS 2/4   WL 3.8   pH 12.0   PI 28   SOL 34 %
Sd. TR % LUB    % CHL 8600   T 92 °F DTL 4.4   DTR 3.7   CEC 30   Ca 120   MWP 2.0
HP/HT        PM 13.6 ExLm 2.5   MUD MAT. USED 200 WT.        DISPRSNT        GEL
        LIG    CAUS OTHER 6 SOD CHR

| MUD REC. $ 197015 | 24 HRS. $ 1930 | USED $ 146674 | | DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57  ATD  9835 TVD | | | BBLS | STRKS | FT. LBS. |
| O.E. REQ.  $        DATE | | ATD 10053 MD | | STRING | 119 | 534 | 500 |
| ACT. CASH $ 2,538,065 MOH $ 673,400 | | DAYS 49 +10 | | DRILL | TOTAL 142 | | |
| YEST. CASH $ 2,483,415 | C.E. BEFORE O.E. $ 3,722,700 | | RIG | WEIGHT | UP 160 | | |
| NEXT MOVE | | | DRLG. AIDS | | DOWN 130 | | |

| COND HOLE. | | CREWS | F |
|---|---|---|---|
| FAILED TO GET PAST 9288 W/ GR/DIL/SONIC | | CONTRACTOR | 31  SCH 3 |
| | | TEXACO | 5 |
| | | CATERER | 5      47 |
| | 20.14 | HOWCO | 1 |
| | | MT | 1 |
| | TT 10 | BF | 1 |

HSIEHTEX 00142

Exhibit 7
Page 72 of 219

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:   M0131

FORM PO 212B (12-83)

## TEXACO INC.
## DRILLING REPORT

DATE 22 SEPT 84

EST. NO.  7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE    OCS 5529/EI 397 | | WELL NO.    1-RWC |
|---|---|---|---|
| DEPTH TODAY  9836 | FORM:  SD ☐    SH ☐    GUM ☐ | | RIG    OCEAN DRILLER |
| DEPTH YEST.  9836 | CSG    30"--691 | LAST SEAT TEST | PERF |
| HRS    FTG. | 20"--1369 | 17.4    (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 9836 MD    8445    MD | 9-5/8"--5801 | 9/26/84 | PKR. |
| 9285 9124 TVD    8125   TVD | 7-5/8"--5413-8417 | | |
| | 5-1/2"-- | | |

| HRS | |
|---|---|
| 2 | CIRC BTM UP C 9704. CUT TO 16.2 PP4 120 UNITS |
| 2 | ATT. TO REAM PAST 9730. LOOSE RET. PU TO 9700'. |
| | REGAIN CIRC. RAISE MUD WT 16.5 - 16.8 PP4. |
| 1½ | WASH & REAM 9704-9836 |
| 2½ | CIRC & COND MUD. |
| 2 | PU TO BTM OF LINER. |
| 12 | W/O LOGGING TOOLS (WEATHER). |
| 2 | PODIA TO PU MWD D.C. |

| BHA | 8½ X ⁱⁱⁱ X 2 X 2 X 3 X 39 HW | 4⅞ DC'S  3½ HW 142 2ST. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 6½ | H | J26 | F6242 | 14 14 14 | 389 | 7½ | 10/15 | 20/100 | | | |

| SPR | / | / | | V8 PMP C⅝ LNR 26 SPM 3000 PSI 246 GPM 31/200/305 AV. |
|---|---|---|---|---|

| WT.16.8 | VIS.48 | PV.36 | YP 11 | PV/YP 3.3 | GELS 2/5 | WL 3.2 | pH 12.5 | PI 2.4 | SOL 34% |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR% | LUB    % | CHL 8600 | T 92 °F | DTL 4.1 | DTR 3.3 | CEC 32.5 | Ca 160 | MWP 1.2 | |
| HP/HT | | PM 14.2 | ExLm 3.0 | MUD MAT. USED  525 | | WT. | | DISPRSNT | GEL |
| | LIG | | CAUS | OTHER | | | | | |

| MUD REC. $ 143,346  24 HRS. $ 3150  USED $ 146,694 | | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000    MOH $ 767,000  DAYS 57  ATD   9835 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS. |
| O.E. REQ. $        DATE             ATD  10053 MD | | 119 | 534 | 500 |
| ACT. CASH $ 2,483,445  MOH $673,400      DAYS 48 +9 | WEIGHT | TOTAL  142 | | |
| YEST. CASH $ 2,444,305  C.E. BEFORE O.E. $ 3,722,700 | | UP  160 | | |
| NEXT MOVE | EQUIP RIG ✓ | DOWN  135 | | |
| | DRLG. AIDS ✓ | | | |

| COND MUD, PU INTO CSG, | CREWS | F |
|---|---|---|
| 12 HRS WOW | CONTRACTOR | 81 CHAVEL |
| | TEXACO | 3 OF 1 |
| | CATERER | 5 |
| | HOWCO | 1    42 |
| 20.8% | MT | |
| 5 10 | GEOFRA | |

**HSIEHTEX 00143**

Exhibit 7
Page 73 of 219

FORM P © 2128 (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

**TEXACO INC.**
**DRILLING REPORT**

DATE  21 SEPT 84

EST. NO.  7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  9836 | FORM  SD ☑  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  9447 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.  7½  FTG. 389 | 20"--1369  17.4  (PPG) | | |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053   MD   8445   MD | 9-5/8"--5801 | 9/26/84 | PKR. |
| 9385   TVD   8125   TVD | 7-5/8"--5413-8417 | | |
| | 5-1/2"-- | | |

| HRS | |
|---|---|
| 2 | CIRC BTM UP.  LO 15.6 PPG  120 UNITS.  10-12 SEAS |
| ½ | TIH TO 9447. |
| 2½ | CIRC @ 9447.  LO CUT 16.3 PPG  15 UNITS. |
| 2 | W/L SURVEY @ 9507 |
| 6½ | ⌀ TO 9792 |
| 1 | HOLE TRYING TO PACK OFF.  CIRC & WORKING PIPE. |
| 1 | ⌀.  HOLE PACKED OFF.  UNABLE TO CIRC OR ROTATE. |
| | 40 m# DRAG. |
| 2½ | POOH 5 JTS & 3 STANDS TO 9298.  EST. CIRC & ROTATE |
| | PIPE. |
| 2½ | CIRC & COND MUD.  (HI VISC OFF BTM).  CUT TO |
| | 16.3 PPL  60 UNITS. |
| 3½ | WASH & REAM TO 9447.  HOLE PACKING OFF.  PU TO |
| | 9700'         ANT. CIRC @ 9700' |

| BHA | 8 10 x DM X 2 X 2 X 3 X 39 HW | 4¾" DC'S 3½ "HW 1462 FT. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| 17 | 6⅝ | H | 12G | F824-2 | 14 14 14 | 389 | 7½ | 10/15 | 80/110 | | | |

| SPR | 9.500 | V | 41000 | 181100 | V 8" PMP 6½" LNR 26 SPM 3000 PSI 24 GPM 31/200 130 AV. |
|---|---|---|---|---|---|

| WT. 16.3 | VIS. 46 | PV. 33 | YP 11 | PV/YP 3.0 | GELS 2/5 | WL 3.4 | pH 12.5 | PI 3.2 | SOL 34% |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR | % LUB | % CHL 8600 | T 92 °F | DTL 3.8 | DTR 3.4 | CEC 35 | Ca 160 | MWP 1.3 | |
| HP/HT | | PM 14.8 | ExLm 3.0 | MUD MAT. USED 650 | | WT. 36 | DISPRSNT 14 | GEL | |
| | LIG 18 | CAUS | OTHER  9 STARCH 36 LIME | | | | | | |

| MUD REC. $ 195346   24 HRS. $ 5177   USED $ 141544 | | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000   MOH $767,000   DAYS 57   ATD 9835 TVD | | BBLS | STRKS | FT. LBS. |
| O.E. REO.   $           DATE          ATD 10053 MD | DRILL STRING DATA | 119 | 534 | 500 |
| ACT. CASH $ 2,446,305  MOH $542,208 673,400  DAYS 4'7+8½ | | TOTAL | 142 | mud |
| YEST. CASH $ 2,401,312  C.E. BEFORE O.E. $ 3,722,700 | WEIGHT | UP | 160 | 185 |
| | RIG ✓ | EQUIP. | | |
| NEXT MOVE | DRLG. AIDS ✓ | | DOWN | 130 | 100 |

| ✓ | | CREWS | F | |
|---|---|---|---|---|
| | | CONTRACTOR | 31 | CHAPPEL 1 |
| | | TEXACO | 3 | OF 1 |
| | | CATERER | 5 | 1 |
| | 20% | HOWCO | 1 | 45 |
| | TT 9.5 | MT | 1 | |
| | | GEOTECH | 2 | |

**HSIEHTEX 00144**

Exhibit 7
Page 74 of 219

FORM PO 2120 (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #:  M0131

**TEXACO INC.**
**DRILLING REPORT**

DATE  20 SEPT 84
EST. NO.  7-49975
         397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY 9447 | FORM:  SD ☐  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST. 9447 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.  FTG. | 20"--1369 | 17.4  (PPG) | |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD  8445  MD | 9-5/8"--5801 | 9/26/84 | PKR. |
| 9385 TVD  8125  TVD | 7-5/8"--5413-8417 | | |
| | 5½ | | |

| HRS | |
|---|---|
| ½ | ATT. TO RET. SURVEY.  NO SURVEY. |
| 1 | CIRC & COND. |
| 8 | POOH |
| 1 | RET. WEAR BUSH.  RAN TEST PLUG |
| 3½ | TEST BOPS.  250/10000 /3500 .  FUNC. TEST BWE AD. |
| | TESTED ON YELLOW POD. |
| 1 | TIH W/ WEAR BUSHING.  INST. SAME  POOH. |
| 3½ | TEST SURFACE EQUIP.  250/10000 |
| 5 | TIH TO 8324 |
| ½ | CIRC & COND WHILE WOW TO UNLOAD MUD FROM BOAT. |
| | |
| | 10-12' SEAS SWELLS TO 16' |
| | NE 30-35 KNOTS |

| BHA | 8½"X III  X-- X2 X3 X89 HW | 4½/4½"DC'S | 3½"HW | 1462 FT. | 30  (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| 16 | 6½ | H | 126 | FA748 | 14 14 14 | 429 | 18 | 15/20 | 80/110 | 3 | 3 | I |
| 17 | 6½ | H | 126 | FB242 | 14 14 14 | | | | | | | AV. |

| SPR | 91500 | W41000 | 131500 | 18 PMP 6¾ LNR 26 SPM 3000 PSI 26 GPM | 31 | | AV. |
|---|---|---|---|---|---|---|---|

| WT. 16.4 | VIS. 47 | PV. 34 | YP 10 | PV/YP 3.4 | GELS 2/6 | WL 3.2 | pH 12.5 | Pf 2.8 | SOL 34 % |
| Sd. TR % | LUB  % | CHL 7800 | T 92 °F | DTL 4.3 | DTR 3.9 | CEC 35 | Ca 160 | MWP 1.9 |
| HP/HT | | PM 14.4 | ExLm 3.0 | MUD MAT. USED 100 | WT. | DISPRSNT | GEL |

| | LIG | CAUS | OTHER |
|---|---|---|---|

| MUD REC. $ 191,346 | 24 HRS. $  600 | USED $ 156367 |
| EST. $ 3,454,000 | MOH $ 767,000  DAYS 57  ATD  9835 TVD |
| O.E. REO.  $ | DATE | ATD 10053 MD |
| ACT. CASH $ 2,401,312 | MOH $542,200  DAYS  46+6 |
| YEST. CASH $ 2,363,462 | C.E. BEFORE O.E. $ 3,722,700 |
| NEXT MOVE | ☐ RIG  1 MUD AGITATOR DWN |
| | ☐ DRLG. AIDS |

| | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|
| | | BBLS | STRKS | FT. LBS. |
| WEIGHT | | 112 | 502 | |
| | TOTAL | | | |
| | UP | | | |
| | DOWN | | | |

| BIT TRIP & TESTED BOPS. | CREWS | F |
|---|---|---|
| | CONTRACTOR | 52 CHANEL 1 |
| | TEXACO | 2  DF |
| | CATERER | S |
| | HOWCO | 1 | 40 |
| | MT | 1 |
| 21% | LEOTECH | 2 |
| TT 9½ | | |

**HSIEHTEX 00145**

Exhibit 7
Page 75 of 219

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #:  M0131

FORM P.O.212B (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE  19 SEPT 84
EST. NO.  7-49975
997

| FIELD  EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  9447 | FORM:  SD ☑  SH ☑  GUM ☐ ——☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST  9018 | CSG    30"--691 | LAST SEAT TEST | PERF. |
| HRS. 18    FTG 429 | 20"--1369 | 17.4  (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053   MD    8445   MD | 9-5/8"--5801 | 9/20/84 | PKR. |
| 9385   TVD    8125   TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 2½ | TIH TO 8996. WASH 22' TO BTM. |
| 18 | ¢ |
| 1½ | CIRC. BTM UP.  (2½% SAND) |
| 2 | SURVEY. |
| | ART : NO SURVEY. SCR. PIPE TO POOR. |
| | (MULTISHOT MAN LINED UP) |
| | 8978  44° (SIZE) ? |

| BHA | 3 X 16E X m X — — X 2 X 3 X 42 AW | 4¾ DC'S | 3½ HW | 1006 FT. | 30 (M LBS) |

| BIT NO | SIZE | MFG | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 6½ | H | 12G | FA748 | 14 14 14 | 429 | 18 | 15 | 80/100 | | | |

SPR 9500  N4100D  VBI500D  18 PMP 6½ LNR 26 SPM 3000 PSI 246 GPM 31/200, 300 AV.

| WT. 16.5 | VIS 48 | PV. 34 | YP 10 | PV/YP 3.4 | GELS 3/5 | WL 3.2 | pH 12.5 | PI 2.8 | SOL 3½ % |
| Sd. 7½ % | LUB   % | CHL 7800 | T 92°F | DTL 4.3 | DTR 3.9 | CEC 3√ | Ca 160 | MWP 2.0 |
| HP/HT | | PM 14.4 | ExLm 3.0 | MUD MAT. USED  200  WT. 24 | | DISPRSNT 15 GEL |
| 24 | LIG 24 | CAUS | OTHER  24 LIME  13 STARCH | | | | |

| MUD REC. $ 195,346  24 HRS. $ 287√  USED $ 130,767 | | DRILL STRING DATA | CAPACITY | | TORQUE FT. LBS. |
|---|---|---|---|---|---|
| EST. $ 3,454,000   MOH $ 767,000   DAYS  57   ATD  9835 TVD | | | BBLS | STRKS | 500 |
| O.E. REQ. $          DATE           ATD 10053 MD | | | 112 | 502 | |
| ACT. CASH $ 2,363,462 MOH $ 542,200       DAYS 45+8 | | WEIGHT | TOTAL  146 | |
| YEST. CASH $ 2,394,406  C.E. BEFORE O.E. $3,722,700 | | | UP  156 | |
| NEXT MOVE        EQUIP RIG  1 MUD AGITATOR DOWN | | | DOWN  136 | |
|              DRLG. AIDS | | | | |

| | CREWS | F |
|---|---|---|
| ✓ | CONTRACTOR | 31  CHARLIE 1 |
| | TEXACO | 2 |
| | CATERER | 5      48 |
| | HAKO | 1 |
| 21½ | MI | 1 |
| TT 9½ | LEO TECH | 2 |

**HSIEHTEX 00146**

Exhibit 7
Page 76 of 219

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

FORM PO 2128 (12-83)

**TEXACO INC.**
**DRILLING REPORT**

DATE  18 SEPT 84

EST. NO.  7-49975

397

| FIELD   EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY  9018 | FORM: SD ☒  SH ☒  GUM ☐____☐ | RIG   OCEAN DRILLER |
| DEPTH YEST.  8860 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS. 12   FTG. 158 | 20"--1369 | 17.4  (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053   MD   8445   MD | 9-5/8"--5801 | 9-20-84 | PKR. |
| 9385   TVD   8125   TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 5 | ∅ 8915' |
| 2 | SURVEY |
| 7 | ∅ 9018' |
| 2 | C&C MUD |
| 6 | DROP SURVEY, SLUG PIPE, POH |
| 2 | T.I.H. w/ BIT #16 |
| | ART T.I.H. |
| | SURVEY |
| | 8875 42° S17E  TVD 8446' S1559 E286 VS1554.4 |

BHA BX-PC-X-M-X--X20CX3DCX42  4¾ DC'S  3½"HW  1556 FT.  30 (M LBS)

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| 15 | 6½ | SEC | 126 | 319064 | 15-15-14 | 319 | 26 | 20/25 | 100 | 5 | 5 | I |
| 16 | 6½ | HTC | 126 | FA 748 | 14 —— | | | | | | | |

| SPR 9 | 1500 | V4/1000 | V8/1500 | 18 PMP | 6¾ LNR | 27 SPM | 3000 PSI | 253 GPM | R | 208/291 AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 16.5 | VIS. 43 | PV. 34 | YP 9 | PV/YP 3.8 | GELS 5/5 | WL 3.2 | pH 12.5 | PI 2.8 | SOL 34 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | % LUB — % | CHL 7800 | T 90 °F | OTL 4.8 | DTR 3.9 | CEC 35 | Ca 160 | MWP 22 | |
| HP/HT | | PM 14.6 | ExLm 3 | MUD MAT. USED   250 WT. | | | DISPRSNT  12 GEL | | |

LIG  CAUS OTHER  8 STARCH

| MUD REC. $ 195,346 | 24 HRS. $ 1692 | USED $ 132,893 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $767,000  DAYS  57  ATD 9835 TVD | | | BBLS | STRKS | FT. LBS. |
| O.E. REO. $ | DATE | ATD 10053 MD | | 105 | 471 | 500A |
| ACT. CASH $ 2,324,408 | MOH $ 542,200 | DAYS 44+7 | | TOTAL  146 | | |
| YEST. CASH $ 2,285,649 | C.E. BEFORE O.E. $ 3,722,700 | | | UP | 156 | |
| NEXT MOVE | RIG ✓ | | | DOWN | 136 | |
| | DRLG. AIDS ✓ | | | | | |

| ✓ | | CREWS | F |
|---|---|---|---|
| SURVEY: 8875  42° S17E | | CONTRACTOR | 32 CHAPPAL 1 |
| TVD 8446  S1559 E286 | | TEXACO | 2 |
| | | CATERER | 5   44' |
| | | HOWCO | 1 |
| | | MT | 1 |
| TT 9.5 - 22% | | GEO TECH | 2 |

**HSIEHTEX 00147**

Exhibit 7
Page 77 of 219

PO-212B (12-83)

□ MAXIMUM SECURITY

PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 17 SEPT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8860 | FORM: SD □ SH □ GUM □ | | RIG OCEAN DRILLER |
| DEPTH YEST. 8699 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 14 FTG. 161 | 20"--1369 | 17.4 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 8445 MD | 9-5/8"--5801 | 9-20-84 | PKR. |
| 9385 TVD 8125 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1½ | POH RETRIEVE SURVEY |
| 1½ | OUT AND SLIP 100' D.L. CHANGE OUT D.L. CLAMP |
| 6 | P.U. BIT #15 GIH INSTALL D.P. RUBBERS TAG BRIDGE |
| | AT 8567' |
| 1 | WASH AND REAM 8567'-8699' |
| 14 | ∅ 8860 |
| | ART ∅ |
| | SURVEY |
| | 8659 42½° S16E TVD 8286 S1420 E245 VS1415 1.6 |

| BHA | BK ⅞ X -- ᵐ X -- -- X20CK 3DCK 42 | 4¾"DC'S 3½ "HW 1556 FT. 30 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 6½ | SEC | 121 | 315466 | 15 --0 | 254 | 15 | 20/25 | 60/70 | 6 7 I |
| 15 | 6½ | SEC | 126 | 319064 | 15 15 14 | 161 | 14 | 20/26 | 100 | |

SPR 9 /500  14/1000  18/1500  18"PMP 6⅝"LNR 27SPM 3000PSI 253GPM K 32 /291 AV.

| WT.16.5 | VIS.44 | PV.34 | YP 10 | PV/YP 3.4 | GELS 3/5 | WL 3.2 | pH 12.5 | Pf 3 | SOL 34 % |
| Sd. T | LUB — | CHL 7800 | T 86 °F | DTL 4.3 | DTR 3.9 | CEC 35 | Ca 160 | MWP 2.4 |
| HP/HT | | PM 14.9 | ExLm 3.0 | MUD MAT. USED | 200 WT. | /0 DISPRSNT | /0 GEL |

LIG 5 CAUS OTHER 10LM 6 STARCH

| MUD REC. $ /89 346 24 HRS. $ /540 | USED $ /3/20/ | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|
| EST. $ 3,454,000 MOH $767,000 DAYS 57 ATD 9835 TVD | | BBLS | STRKS | |
| O.E. REQ. $ DATE ATD 10053 MD | | 102 | 457 | 500A |
| ACT. CASH $ 2,285,649 MOH $542,200 DAYS 43+7 | | TOTAL | 146 | |
| YEST. CASH $ 2,247,804 C.F. BEFORE O.E. $ 3,722,700 | | UP | 156 | |
| NEXT MOVE EQUIP RIG✓ DRLG. AIDS✓ | | DOWN | 136 | |

| | | CREWS | F | |
| ✓ | | CONTRACTOR | 32 | CHAPPEL 1 |
| Survey: 8659 42½° S16°E | | TEXACO | 1 | |
| TVD 8286 | | CATERER | 5 | 43 |
| S 1420 | | Howco | 1 | |
| E 245 | TT 9.5-22% | MT | 1 | |
| | | GEO TECH | 2 | |

**HSIEHTEX 00148**

Exhibit 7
Page 78 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE    PROSPECT
COMPUTER #: M0131

TEXACO INC.
DRILLING REPORT

DATE 16 SEPT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8699 | FORM: SD ☒ SH☒ GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 8455 | CSG 30"--691 | | PERF. |
| HRS. 14½ FTG. 244 | 20"--1369 | LAST SEAT TEST 17.4 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 8445 MD | 9-5/8"--5801 | 9-20-84 | PKR. |
| 9385 TVD 8125 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1 | CIRC ⅝ COND. MUD SPOT GAL PILL IN HOLE |
| 1 | R.U. HOWCO TEST CSG. SEAT TO LEAKOFF 700 psi + 15.7 PPG = 17.4 |
| 2½ | C I C MUD INC. MUD WT. TO 16.5 PPG |
| 14½ | φ 8455 - 8699 |
| 1 | CIRC BOT. UP. |
| 4 | SLUG PIPE POH |
| | ART POH |

| BHA | BX PC X M X -- X20CX3DCX 42 | 4¾"DC'S | 3½"HW | 1556 FT. | 30 (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 6½ | SEC | 121 | 315466 | 15 -- 0 | 254 | 15 | 20/25 | 70 | 1N 40C8 |

| SPR | 12 / 500 | 16 11000 | 20 11500 | 18"PMP 6¾"LNR | 27 SPM | 3000 PSI | 253 GPM | 32 | 7 | 291 AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 16.5 | VIS. 43 | PV. 33 | YP 9 | PV/YP 3.7 | GELS 2/4 | WL 3.2 | pH 12.5 | Pf 2.6 | SOL 34¹ |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB | CHL 7800 | T 84 °F | DTL 4.6 | DTR 3.9 | CEC 35 | Ca 120 | MWP 1.8 |
| HP/HT | PM 12 | ExLm 2½ | MUD MAT. USED | 1000 WT. | | 5 DISPRSNT | 40 GEL |
| | LIG 2 | CAUS OTHER 5 LM. | | | | | | |

| REP REC. $ 189,346 | 24 HRS. $ 6975 | USED $ 129,661 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REG. $ | DATE | ATD 10053 MD | | 99 | 444 | 480A |
| ACT. CASH $ 2,247,804 | MOH $542,200 | DAYS 42 +7 | TOTAL | 146 | | |
| YEST. CASH $ 2,198,152 | C.F. BEFORE O.F. $ 3,722,700 | | UP | 156 | | |
| | RIG ✓ | | DOWN | 136 | | |
| NEXT MOVE | EQUIP ✓ DRLG. AIDS ✓ | | | | | |

DRILL. STRING DATA / WEIGHT

| | CREWS | F |
|---|---|---|
| ✓ | CONTRACTOR | 32 |
| | TEXACO | CHAPPEL-1 |
| | CATERER | 5 |
| | Howco | 1 |
| | MT | 1 |
| TT 9½ - 23% | GEO TECH | 2 |

4-3

**HSIEHTEX 00149**

Exhibit 7
Page 79 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE    PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE _15_ SEPT 84
EST. NO. _7-49975_
                397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  8455 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  8445 | CSG  30"--691 | LAST SEAT TEST | |
| HRS. 1/2   FTG. 10 | 20"--1369 | 17.4 (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD  8445  MD | 9-5/8"--5801 | 9-20-84 | PKR. |
| 9385  TVD  8125  TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 1 1/2 | TEST SURFACE EQUIP. 250 - 5000 |
| 1 | RAN AND SET WEAR BUSHING |
| 1/2 | DISPLACE RISER WITH 15.7 PPG MUD |
| 9 1/2 | P.U. 6 1/2 BIT BHA   42 Jts. H.W.  109 Jts. 3 1/2 D.P. |
| 1 | FINISH IN HOLE. TAG CMT. 5413' |
| 1 | Ø CMT. 5413 - 5468 |
| 1/2 | CONT IN HOLE TAG CMT. AT 5930' |
| 1/2 | Ø CMT. 5930 - 5996' |
| 1 1/2 | CONTINUED IN HOLE TAG LANDING COLLAR 8372' |
| 2 | CIRC. AND COND. MUD |
| 1/2 | TEST LINER 1783 psi FOR 30 MINUTES |
| 3 1/2 | DRLG. LANDING COLLAR, CMT., SHOE, AND 10' FORMATION |
| 1 | C & C MUD |
| | ART- SPOT GEL PILL |

| BHA | BX PC/C x M/C x — — x — — x 3DC x 42 6 1/4/5 3 1/4/5 "DC'S HW 1556 FT. 35 (M LBS) |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 6 1/2 | SEC | 121 | 315 466 | 15 —P | 10 | 1/2 | 10/15 | 60 | IN | H6CK | |

| SPR | 10/500 | 14/1000 | 18/1500 | 18"PMP | 6 3/4"LNR | 27 SPM | 3000 PSI | 253 GPM | R 32 | 1 291 AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 47 | IV. 34 | YP 11 | PV/YP 3.1 | GELS 2/5 | WL 3.8 | pH 12.5 | Pf 3.4 | SOL 32 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB — % | CHL 7600 | T 82 °F | DTL 3.9 | DTR 3.0 | CEC 35 | Ca 120 | MWP 2.2 |
| HP/HT | | PH 15.8 | ExLm 3.0 | MUD MAT. USED | 200 WT. | 4 DISPRSNT | | GEL |

LIC         CAUS OTHER

| KD REG. $ 789,346 | 24 HRS. $ 1,260 | USED $ 123,286 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REG. $ | DATE | ATD 10053 MD | 94 | 422 | 275A |
| ACT. CASH $ 2,198,152 | MOH $ 542,200 | DAYS 41 + 7 | TOTAL | 140 |
| YEST. CASH $ 2,159,126 | C.F. BEFORE O.F. $ 3,722,700 | | UP | 150 |
| NEXT MOVE | EQUIP RIG ✓ | | DOWN | 130 |
| | DRLG. AIDS ✓ | | | |

| P.U. NEW BHA. | | CREWS | F |
|---|---|---|---|
| Ø CMT., TEST LINER, AND DRILL OUT | | CONTRACTOR | 32 |
| | | TEXACO | 1 |
| | | CATERER | 5 |
| | | Howco | 2 |
| | | MT | 1 |
| | TT 9.5-23% | GEOTECH | 2 /43 |

**HSIEHTEX 00150**

Exhibit 7
Page 80 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE   14 SEPT 84
EST. NO.  7-49975
          397

| FIELD  EUG ISL BLK 397 | LEASE   OCS 5529/EI-397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY   8445 | FORM: SD ☐   SH ☐   GUM ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST.   8445 | CSG   30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1360 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 ½  MD  8445  MD | 9-5/8"--5801 | | PKR. |
| 9385   TVD  8125   TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 2½ | CHANGE WROSE LOCK SHUTTLE VALVE. CHANGE OUT |
| | RUPTURED BLADDER ON #3 RAMS BALANCING CHAMBER. |
| 3 | R.U. HOWCO STUMP TEST BOP'S 250-10,000 , 250-3500 |
| 2½ | P.U. BOP'S FROM STUMP INSTALL NEW AX RING GASKET |
| | CHAIN ON OVER HEAD CRANE BROKE. REPAIRED SAME |
| 2½ | MOVE BOP'S OVER MOON POOL . SET SAME ON SKID BEAMS |
| | INSTALL YELLOW POD, LOWER RISER PACKAGE AND BLUE |
| | POD. FUNCTION TEST BOP'S WITH BOTH PODS. |
| 5 | MADE UP RISER ON BOP'S - RAN BOP'S & RISER. TESTED |
| | CHOKE AND KILL LINE 10,000 |
| 2 | N.U. HORSE COLLAR, RUCKER LINES, CHOKE AND KILL |
| | LINES AND RAN T.V. CAMER. LATCH STACK. TEST PULL |
| | 100,000 OVER PULL. N.D. RUNNING TOOL    (OVER) |
| 5 | TESTED BOP'S 250-10000 BLINDS 250-10000 ANN. 250-3500 |

| BHA | | | | | | 6½"DC'S | 5 | "HW | | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPF | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |

| SPR | / | / | / | 18"PMP | 6¾"LNR | SPM | | PSI | | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| WT.15.7 | VIS.48 | PV.36 | YP 11 | PV/YP 3.3 | GELS 2/6 | WL 3.8 | | pH 12.5 | Pf 3 | SOL 32 % |
|---|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB | CHL 8000 | T | °F DTL 4.1 | DTR 3.4 | CEC 35 | | Ca 120 | MWP 2.2 | |
| HP/HT | | PM 14.6 | ExLm 3 | MUD MAT. USED | | WT. | | DISPRSNT | | GEL |
| | LIC | CAUS | OTHER | | | | | | | |

| MUD REC. $ 189,346 24 HRS. $ 0 | USED $ 122,026 | DRILL. STRING DATA | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| | | | WEIGHT | BBLS | STRKS | FT. LBS |
| EST. $ 3,454,000 | MOH $ 767,000   DAYS  57 ATD  9835 TVD | | | | | |
| O.E. REG. $            DATE | ATD  10053 MD | | TOTAL | | | |
| ACT. CASH $ 2,159,726 MOH $ 542,200 | DAYS  40+8 | | UP | | | |
| YEST. CASH $ 2,135,497 C.F. BEFORE O.F. $ 3,722,700 | | | | | | |
| NEXT MOVE | EQUIP | RIG ✓ | | DOWN | | |
| | | DRLG. AIDS ✓ | | | | |

REPAIRED & RAN BOP STACK.

| | |
|---|---|
| CREWS | F |
| CONTRACTOR | 34 |
| TEXACO | 1 |
| CATERER | 5 |
| Howco | 2 |
| MT | 1 |
| GEOTECH | 2 /45 |

TT 9.5 24%

**HSIEHTEX 00151**

Exhibit 7
Page 81 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE ___ PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE   13 SEPT 84
EST. NO.   7-49975
                397

| FIELD  EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY  8445 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST.  8445 | CSG   30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD  8445  MD | 9-5/8"--5801 | | PKR. |
| 9385  TVD  8125  TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 24 | RIG REPAIR TO STACK - START AT 1:30AM 9-12-85 |
| | PROBLEM: HOSE BROKEN FROM SHUTTLE VALVE TO |
| | OPEN SIDE OF #1 WEDGE LOCK. |

| BHA | | | 6½"DC'S | 5 "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPR | / | / | / | 18"PMP | 6¾"LNR | SPM | PSI | GPM | / | AV. | | |

| WT. 15.7 | VIS. 48 | PV. 36 | YP 11 | PV/YP 3.3 | GELS 2/6 | WL 3.8 | pH 12.5 | Pf 3.0 | SOL 32 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB 0 % | CHL 8000 | T -- °F | DTL 4.1 | DTR 4.4 | CEC 35 | Ca 126 | MWP 2.2 | |
| HP/HT | PM 14.6 | ExLm 3.0 | MUD MAT. USED | | WT. | DISPRSNT | | GEL | |
| | LIG | CAUS OTHER | | | | | | | |

| | | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| MUD RPC. $ 189,346  24 HRS. $ 0 | USED $ 122,026 | | | BBLS | STRKS | FT. LBS |
| EST. $3,454,000 | MOH $ 767,000 | DAYS  57 ATD  9835 TVD | | | | |
| O.F. RFQ. $ | DATE | ATD  10053 MD | | TOTAL | | |
| ACT. CASH $ 2,135,497 | MOH $ 542,200 | DAYS 39+7 | | UP | | |
| YEST. CASH $ 110,014 | C.F. BEFORE O.F. $ 3,722,700 | | | DOWN | | |
| NEXT MOVE | | RIG BOP STACK BEING REPAIRED | | | | |
| | | DRLG. AIDS ✓ | | | | |

24 Hrs Rig Repair on Stock

| CREWS | / RSTB |
|---|---|
| CONTRACTOR | 33 |
| TEXACO | 2 |
| CATERER | 5 |
| Hower | 2 |
| MT | 1 |
| GEO TECH | 2 / 45 |

TT 8½ - 2,189

HSIEHTEX 00152

Exhibit 7
Page 82 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE ___ PROSPECT ___
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 12 SEPT 84

EST. NO. 7-49975

397

| FIELD   EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐        ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD  8445 MD | 9-5/8"--5801 | 9- -84 | PKR. |
| 9385 TVD  8125 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| ½ | R.D. HOWCO |
| 2 | INSTALL GAUGE ON D.P. MONITOR PRESSURE. |
| 2 | RELEASE RTTS  CIRC. HOLE CLEAN |
| 3 | POH w/ RTTS |
| 2 | GIH TO ∅ PT. BIT TO 5100' |
| 1 | CIRC WELL CLEAN  No OUT |
| 2 | REAM TO LINER TOP AT 5413' AND CIRC. CLEAN. - COULD |
| | NOT SEE ANYTHING CIRCULATED OUT AND WOULD NOT |
| | TAKE WEIGHT. |
| ½ | TESTED LAP w/ 1900 psi  EQUIV. 22 PPG w/ 15.7 MUD |
| 3½ | POH LAID DOWN BHA AND  25 JTS. 5" |
| 4½ | RETRIEVE WEAR BUSHING - WASH WELL HEAD - SET TEST PLUG. |
| | FUNCTION TEST BLUE POD. TESTED YELLOW POD. 250-10,000 |
| | LEAK IN ACCUMULATOR SYSTEM CONTINUALLY PUMPING (OVER) |

| BHA | ∅ PT. --- -- 37 HDJ | | 6¼"DC'S | 5 "HW | 28 ... 70 ... 135 FT. 40 (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8½ | Delco | ∅ PT | K-1146S | | | | | | | T | B | G |
| | 8½ | Dated | ∅ PT. | K-1130S | | | | | | | | | |

| SPR | / | / | / | 18"PMP 6¾ LNR | 60 SPM | 2100 PSI | 56 GPM | 72 / 387 AV. |
|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 48 | PV. 34 | YP 12 | PV/YP 283 | GELS 3/4 | WL 3.6 | pH 12.5 | PE 3 | SOL 32 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. ¼ | LUB O % | CHL 8000 | T 84 °F | DTL 3.53 | DTR 3.27 | CEC 35 | Ca 120 | MWP 2.5 | |
| HP/HT | | PM 14.8 | ExLm 2.95 | MUD MAT. USED | 400 WT. | | | DISPRSNT 25 GEL | |
| | | LIG | CAUS | OTHER 9 STARCH | | | | | |

| MUD REC. $ 189,346 | 24 HRS. $ 2,910 | USED $ 122,026 | DRILL. STRING DATA | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $767,000 | DAYS 57 ATD  9835 TVD | | WEIGHT | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD  10053 MD | | | | | |
| ACT. CASH $ 2,110,014 | MOH $ 542,200 | DAYS 38+6 | | | TOTAL | | |
| YEST. CASH $ 2,063,857 | C.F. BEFORE O.F. $ 3,722,700 | | | | UP | | |
| NEXT MOVE | EQUIP | RIG ✓ | | | DOWN | | |
| | | DRLG. AIDS ✓ | | | | | |

| POOH w/ SQ TOOL | | CREWS | F |
|---|---|---|---|
| W/AW½ DIA. PT. BIT | | CONTRACTOR | 31 |
| TESTED TOP OF LINER | | TEXACO | 2  CHAPPEL 1 |
| | | CATERER | 4 |
| | | Howco | 1  43 |
| | | BIT | |
| | T T 8½ 22R 80 TRCH | | 2 |

**HSIEHTEX 00153**

Exhibit 7
Page 83 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE ___ PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 11 SEPT 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | WELL NO. 1-RWC |
|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐          ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG 30"--691 | LAST SEAT TEST  PERF. |
| HRS.        FTG. | 20"--1369 | (PPG) |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST |
| 10053  MD  8445  MD | 9-5/8"--5801 | 9-    -84  PKR. |
| 9385  TVD  8125  TVD | 7-5/8"--5413-8417 | |

| HRS | |
|---|---|
| 3½ | POOH |
| 3 | GIH w/ 8½ ∅ Pkr Bit Tag Cmt 5234 |
| 4½ | ∅ Cmt ≠ Mark Liner Top @ 5413 (∅ Pkr Bit Well Mark) |
| 1 | Attmpt to test Liner Top  Pump In w/ 1400# 1bpm Bled |
| | Dn to 700 psi   5 min   7 bbls Pumped In |
| 4½ | Circ Well Clean ≠ POOH |
| 3½ | GIH w/ RTTS Hole Tight @ 5170' |
| 2 | P.U. to 5136 ≠ Circ Mud Cut to Low of 15.4 8 min. |
| | Total Cut 58 min Max Gas 35 |
| ½ | P.U. to 5000' Set Tool Test Bk Side w/ 1000# |
| 1½ | Attmpt ≠ failed to Pump In w/ 5000# Surged Several |
| | Times ≠ failed to Pump in. Watching Hole |
| | (Over) |

| BHA ∅ Pkr --- 39 HWT | 6½ "DC'S | 5 "HW 1285 FT. | 46 (M LBS) |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8½ | DotGo | ∅ Pkr | K-11965 | | | | | | | | |

| SPR | / | / | / | 18"PMP 6¾"LNR | 60 SPH | 2700 PSI | 562 GPM | 76 1 387 AV. |

| WT. 15.7 | VIS. 47 | PV. 32 | YP 10 | PV/YP 3.2 | GELS 8/4 | WL 3.6 | pH 12.5 | PF 3.2 | SOL 31 |
| Sd. ¼ | LUB | CHL 6000 | T 86 °F | DTL 4.0 | DTR 3.9 | CEC 34 | Ca 150 | MWP 2.0 |
| HP/HT | | PM | ExLm | MUD MAT. USED | | WT. 23 | DISPRSNT | GEL |
| | 13 | LIG  9  CAUS OTHER  5 Lime | | | | | | |

| MUD REC. $ 184, 933 24 HRS. $ 3099 USED $ 119,316 | | DRILL STRING DATA | CAPACITY | TORQUE FT. LBS |
| EST. $ 3,454,000   MOH $767,000   DAYS 57 ATD 9835 TVD | | | BBLS | STRKS | |
| O.E. REG. $         DATE         ATD 10053 MD | | | 89 | 399 | |
| ACT. CASH $ 2,063,857 MOH $ 542,200     DAYS 37 + 5 | | WEIGHT | TOTAL | | |
| YEST. CASH $ 1,974,050 C.F. BEFORE O.F. $ 3,722,700 | | | UP | | |
| EQUIP RIG Starboard Crane | | | DOWN | | |
| NEXT MOVE          DRLG. AIDS | | | | | |

| W/H Tag'd Cmt 5234' Drilled Cmt 5413' | CREWS | E | Rot. ↑ |
| Attmpt ≠ Failed to Test T.O. Liner. | CONTRACTOR | 31 | Chappel 11 |
| Retd Std G/H w/ SPR Tool | TEXACO | 2 | 95 |
| | HOWCO | 2 | |
| TT 22°/0 | AAT | 1 | |
| | Geo Tech | 3 | |

**HSIEHTEX 00154**

Exhibit 7
Page 84 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT

COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 10 SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL.BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS.     FTG. | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 8955  MD 8445 8204 MD | 9-5/8"--5801 | | PKR. |
| 8425  TVD 8125 7884 TVD | 7-5/8"--5413-8417 | | |

| HRS | |
|---|---|
| 2½ | W14 w/ Liner to 8417 Liner Stuck |
| 2 | RU BOT Drop Ball Set Hgr. |
| 4 | Circ Mud Cut to 19.4 for 95 min |
| 1½ | Mix & Pump 15 bbls BJ Mud Sweep @ 16.2 ppg + 200' H' |
| | 3/8 % CFR-2T + 9/10% HALID 9 + 1/4 % DAIRI @ 16.8 9/d 1.01 |
| | Disp. Cmt w/ Howco |
| 1 | P/U + Set Clamp III @ 5000' |
| 1½ | Break Circ Test CSG 1 csi   Bk On w/ 800# Pump in @ |
| | 2BPM w/ 800# Open By Pass Pump 10 bbls mud sweep |
| | @ 16.2 # Pump 450.5X H + 3/8 % CFR 2T + 9/10% HALID 9 |
| | + 1/4 DAIRI @ 16.8 |
| 10 | W.O. Cmt |
| 1½ | Circ Annulus Clean Mud Cut 19.4   90 min |

| BHA | | | | | | "DC'S | "HW | FT. | (M LBS) | |
|---|---|---|---|---|---|---|---|---|---|---|
| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T  B  G |
| | | | | | | | | | | |
| SPR | 1 | 1 | 1 | 18"PMP 6 3/4 VENR | SPM | PSI | GPM | 1 | AV. | |

| WT. 15.7 | VIS. 46 | PV. 37 | YP 11 | PV/YP 3.4 | GELS 7/4 | WL 3.2 | pH 10.5 | Pf 2.9 | SOL 32 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. 4 - % | LUB - % | CHL 11,000 | T 78 °F | DTL 4.2 | DTR 4.0 | CEC 36 | Ca 120 | MWP 2.0 | |
| HP/HT | | PM 13.6 | ExLm 2.7 | MUD MAT. USED 400 | | WT. | | DISPRSNT | GEL |
| | LIC | CAUS | OTHER | | | | | | |

| | | | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| MUD REC. $ 164,933 24 HRS. $ 2400 | USED $ 116,267 | | | | BBLS | STRKS | FT. LBS |
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | | | | |
| O.E. REC. $ | DATE | ATD 10053 MD | | | | | |
| ACT. CASH $ 1,974,050 MOH $ 542,200 | DAYS 36 + 4 | | WEIGHT | TOTAL | | | |
| YEST. CASH $ 1,926,647 C.F. BEFORE O.F. $ 3,722,700 | | | | UP | | | |
| NEXT MOVE | EQUIP | RIG Starboard Crew Out | | DOWN | | | |
| | | DRLG. AIDS | | | | | |

Ran and Circ'd Liner w/ 657 cuft

| CREWS | E | BOT 1/ |
|---|---|---|
| CONTRACTOR | 13/ | |
| TEXACO | 2 | 45 |
| CATERER | 5 | |
| Howco | 2 | |
| MT | 1 | |
| Geo Tech | 3 | |

FT 19%

**HSIEHTEX 00155**

Exhibit 7
Page 85 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT

COMPUTER #: M0131

**T E X A C O   I N C.**
**DRILLING REPORT**

DATE 9 SEP 84

EST. NO. 7-49975
397

| FIELD EUG ISL.BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐ SH ☐ CUM ☐ | ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 8445 MD 8445 8004 MD | 9-5/8"--5801 | | PKR. |
| 9385 8725 TVD 8725 7004 TVD | 7-5/8"-- | | |

| HRS | |
|---|---|
| 1/2 | Circ. Mud Cut to 14.7 Gas 450 Units Total Cut 125 min |
| 2 1/2 | P.U. to 7177' |
| 1 | Circ Mud Cut 14.8 1000 Units Total Cut 50 min |
| 1 | P.U. to 6736 |
| 1 | Circ Mud Cut 15.4 400 Units Total Cut 30 min |
| 4 1/2 | POOH |
| 10 1/2 | R.U. Ram 73 Jts 7 5/8" 39# P-110 GIH to 5800' |
| 2 1/2 | M.U. Cmt Hd & Circ Cut to 13.8 (5 min) Total Cut 90 min |
| | 550 Units of Gas |
| 1/2 | GIH w/ Liner |

| BHA H.O. X 10 X0 - X 2DC X 31 HW | 6 1/2 "DC's 5 "HW 1133 FT. c/9 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS' | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 1/2 | Smith | H.O. | S-1880 | 30 30 30 | | | | | T | B | G |

| SPR | / | / | / | 18"PMP 6 3/4LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 46 | PV. 37 | YP 11 | PV/YP 3.36 | GELS 2/4 | WL 3.2 | pH 12.5 | PF 2.9 | SOL 32 % |
| Sd. 1/2 % | LUB | % | CHL 11,000 | T 84 °F | DTL 4.2 | DTR 4.0 | CEC 36 | Ca 120 | MWP 2.0 |
| HP/HT | | | PM 13.6 | ExLm 2.7 | MUD MAT. USED 200 | WT. | | DISPRSNT | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| MUD RPC. $ 164,933 | 24 HRS. $ 1200 | USED $ 113,267 |
|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD |
| O.E. REQ. $ | DATE | ATD 10053 MD |
| ACT. CASH $ 1,926,697 | MOH $ 542,200 | DAYS 35 + 3 |
| YEST. CASH $ 1,877,304 | C.E. BEFORE O.F. $ 3,722,700 | |
| NEXT MOVE | | |

| | | CAPACITY | | TORQUE |
|---|---|---|---|---|
| DRILL STRING DATA | | BBLS | STRKS | FT. LBS |
| | WEIGHT | TOTAL | | |
| | | UP | | |
| | | DOWN | | |

NEXT MOVE
EQUIP: RIG
DRLG. AIDS ✓

Fin'l Cond Drig
M.U. Liner Std G14

| CREWS | F | BOT | 1 |
|---|---|---|---|
| CONTRACTOR | 31 | Int CSG | 4 |
| TEXACO | 2 | GeoTech | 3/ |
| CATERER | 5 | | 42 |
| NOWCO | 2 | | |
| MJ | 1 | | |
| TI 19% | Sch | 3v | |

**HSIEHTEX 00156**

Exhibit 7
Page 86 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 8 SEP 84
EST. NO. 7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY  8445 | FORM: SD☐  SH☐  GUM☐        ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  8445 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.  –   FTG.  – | 20"--1369 | 16.0  (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 8445   MD 8445 3200 MD | 9-5/8"--5801 | 9 / 84 | PKR. |
| TVD 8125 TVD 8125 7884 TVD | 7-5/8"-- | Prior to # ahead | |

| HRS | |
|---|---|
| 14 | Ran HRD 8445 to 5790. GIH w/ Core gun. Attempt S.W. |
| | 71 Recover 71. R.D. Schl. |
| 4 | GIH to base of 9⅝" csg & circ hole clean |
| 2 | GIH to 8100' |
| 2 | Ream 8100' to 8445'  Mud cut 15.7 to 14.8 (10 min) |
| | Total cut 55 min. Max units 450 |
| 2 | Circ |

| BHA  H.O. X 10" X₀ – X 2DC X 31 HW | 6½ "DC's  5 "HW  1133 FT. 49 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | T | B | G |
| – | 8½ | Summit | H.O. | S-1880 | 3⁄2 | 3⁄2 | 1⁄4 | – | – | – | – | 2 | 2 | J |

| SPR 16 / 300 | 22/ 500 | 30/ 800 | 18"PMP | 6¾"LNR | 56 SPM | 2500 PSI | 524GPM | 67 / 757 AV. |
|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 46 | PV. 36 | YP 10 | PV/YP 3.6 | GELS 2/4 | WL 3.2 | pH 12.5 | PF 3.0 | SOL 32 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. 1⁄4 | LUB – | CHL 11500 | T 96 °F | DTL 4.5 | DTR 4.25 | CEC 36 | Ca 120 | MWP 2.0 | |
| HP/HT – | | PH 13.8 | ExLm 2.7 | MUD MAT. USED 300 WT. | | | | DISPRSNT 5 GEL | |
| 10 LIG | 5 CAUS | OTHER  20 morrex  10 lime 4 starch | | | | | | | |

| MUD REC. $ 164,933  24 HRS. $ 2475 | USED $ 112667 | | | | |
|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | | |
| O.E. REQ. $ | DATE | | ATD 10053 MD | | |
| ACT. CASH $ 1877304 | MOH $ 542,200 | DAYS 34 +2 | | | |
| YEST. CASH $ 1745,315 | C.F. BEFORE O.F. $ 3,722,700 | | | | |
| NEXT MOVE | EQUIP RIG | | | | |
| | DRLG. AIDS ✓ | | | | |

DRILL. STRING DATA

| CAPACITY | | TORQUE FT. LBS |
|---|---|---|
| BBLS | STRKS | |
| 150 | 677 | – |

| WEIGHT | |
|---|---|
| TOTAL | 174 |
| UP | 185 |
| DOWN | 165 |

Ran HRD 5790 - 8445
Attempt 71 SWC  Rec. 71
Cond Hole

| CREWS | Full | Geo Tech 3 |
|---|---|---|
| CONTRACTOR | 71 | Brown O.I. 1 |
| TEXACO | 2 | Int Cig. 1 |
| CATERER | 5 | |
| Hanco | 1 | 73 |
| M.I. | 1 | |
| Schl | | |

π 19.7%

**HSIEHTEX 00157**

Exhibit 7
Page 87 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT

COMPUTER #: M0131

TEXACO INC.
DRILLING REPORT

DATE 7 SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS.    FTG. | 20"--1369 | 16.0  (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 8445  MD   8204  MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 8125  TVD  7884  TVD | 7-5/8"-- | Prior to drl Ahead | |

| HRS | |
|---|---|
| 1 | Circ @ 7654  Low Cut  13.3  10 min  Max Units 1350 |
| 1½ | Ream 7654  8069 |
| 1 | Circ @ 8069 Cut 14.3  15 min  Max Units  370 |
| 1½ | Ream to 8445 |
| 3 | Circ Well Clean Cut to 14.3  12 min |
| 9½ | POH |
| 6½ | R.U. Schl. Ran FDC-CNL-GR  5790-8445'  Std G14 |
| | w/ HRD |

MMS visit WO Cncs  Tools mud sample

| BHA  H.D.X 10'X0 -X 20C X 31 HW | 6½ "DC's  5  "HW 1133 FT. 49 (M LBS) |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 8½ | Smith | 410 | S-1880 | 3/4 | 3/4 | 3/4 | | | | | | | |

| SPR | / | / | / | 18 "PMP 6⅝ LNR 565 PM 250 PSI 52 SPM 67   1 357 AV. |

| WT. 15.7 | VIS. 48 | PV. 35 | YP 12 | PV/YP 2.9? | GELS 3/4 | WL 3.2 | pH 12.5 | PF2. 8 | SOL 32 |
| Sd. 4 | LUB | CHL 12 500 | T  86 °F | DTL 3.7 | DTR 3.3 | CEC 36 | Ca 120 | MWP 2.5 |
| HP/HT | | PM 13.4 | ExLm 2.65 | MUD MAT. USED  400  WT. | | DISPRSNT 17 GEL |

LIG   CAUS OTHER 11 Starch

| MUD REC. $ 163,802  24 HRS. $ 2 684   USED $ 110,252 |
| EST. $ 3,454,000   MOH $ 767,000   DAYS 57 ATD 9835 TVD |
| O.E. REQ. $      DATE      ATD 10053 MD |
| ACT. CASH $ 1,745,315 MOH $ 542,200   DAYS 33 <1 |
| YEST. CASH $ 1,707,533 C.E. BEFORE O.E. $ 3,722,700 |
| EQUIP ☐ RIG ✓ |
| NEXT MOVE   ☐ DRLG. AIDS ✓ |

| DRILL STRING DATA | CAPACITY BBLS | STRKS | TORQUE FT. LBS |
|---|---|---|---|
| WEIGHT | 150 | 673 | ~ |
| TOTAL | 174 | | |
| UP | 185 | | |
| DOWN | 165 | | |

| Fin'l Cond Trip |
| Re Ran FDC-CNL-GR 5790-8445 |
| Std G14 w/ HRD |
| π 20 % |

| CREWS | 1 RN 3rd Geo Techs 4 |
| CONTRACTOR 30 | Tchs 2/ |
| TEXACO 3 | |
| CATERER 5 | 40 |
| HALCO 1 | |
| MT | |
| Schl 4 | |

**HSIEHTEX 00158**

Exhibit 7
Page 88 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT

COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 6 6 SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC | |
|---|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐    ☐ | | RIG OCEAN DRILLER | |
| DEPTH YEST. 8445 | CSG 30"--691 | LAST SEAT TEST | PERF. | |
| HRS.      FTG. | 20"--1369 | 16.0   (PPG) | | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | | |
| 8445 MD    8204 MD | 9-5/8"--5801 | 9/5/84 | PKR. | |
| 8125 TVD   7884 TVD | 7½-- | | | |

| HRS | |
|---|---|
| 1 | Fin Rat Hole Out 38 Jts to 6834 |
| 1 | Cric @ 6834 |
| 4½ | Slug Pipe Poh |
| 13½ | R.U. Schl G/H w/ DI Sonic GR to 8990 Log |
| | Up to 5801. Ran FDC CNL GR 8990 to 5801 |
| | M.U. HRD TIH Tool Failed POOH R/U Back Up Tool |
| | It failed. |
| 4 | M.U. Hole Opener TIH 6834 P.U. Singles 7659 |

| BHA | H.D. X 10' X₀ --X 2 DC X 3/ NW | 6½ "DC'S | 5 "HW | 1133 FT. 49 | (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8½ | Smith | M.O. | 51800 | ½₂ | ½₂ | ¾₂ | | | | | | | |

| SPR | 161300 | 821500 | 241800 | 18"PMP | 6 ¾ 4'LNR | 45 SPM | 1750 PSI | 421 GPM | 54 | 1287 | AV. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 47 | PV. 35 | YP 10 | PV/YP 35 | GELS 8/4 | WL 3.2 | pH 13.5 | Pf 3.1 | SOL 3/ |
|---|---|---|---|---|---|---|---|---|---|
| Sd. ½ | LUB → ½ | CHL 14,500 | T 80 °F | DTL 4/4 | DTR 4/3 | CEC 36 | Ca 120 | MWP 2.5 |
| HP/HT | | PM 15.6 | ExLm 3.1 | MUD MAT. USED | | WT. | DISPRSNT | GEL |

| | LIG | CAUS | OTHER | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|---|
| MUD REC. $ 163,802 | 24 HRS. $ 0 | USED $ 107,368 | | | BBLS | STRKS | FT. LBS |
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | | | | |
| O.E. REQ. $ | DATE | | ATD 10053 MD | | TOTAL | | |
| ACT. CASH $ 1,707,533 | MOH $ 542,200 | DAYS 32 -4 | | | UP | | |
| YEST. CASH $ 1,672,731 | C.F. BEFORE O.E. $ 3,722,700 | | | | DOWN | | |
| | | RIG | ✓ | | | | |
| NEXT MOVE | | DRLG. AIDS | ✓ | | | | |

| Fin Cond Trip | | | | | | CREWS | F | Geo Tech 4 |
|---|---|---|---|---|---|---|---|---|
| ReRan D.I. Sonic GR 5801 → 8440 | | | | | | CONTRACTOR | 5 | |
| Ran FDC-CNL-GR 5801 → 8440 | | | | | | TEXACO | 2 | |
| | | | | | | CATERER | 5 | |
| W/H w/ HRD Tool Failed | | | | | | HAULD | 1 | |
| | | | | | | MT | 1 | |
| Std Cond Trip | | | | TI 19½ | | S.H | 3 | |

**HSIEHTEX 00159**

Exhibit 7
Page 89 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT

COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 5 SEP 84

EST. NO. 7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  8445 | FORM:  SD ☐  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  8445 | CSG  30"--691 | | PERF. |
| HRS.       FTG. | 20"--1369 | LAST SEAT TEST |  |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | 16.0  (PPG) |  |
|  | 9-5/8"--5801 | NEXT BOP TEST |  |
|  | 7"-- | 9/5/84 | PKR. |

MD 8445 / 6020
TVD 8125 / 5800

| HRS |  |
|---|---|
| 1½ | Circ Btms Up @ 6834 |
| 4½ | Pump Slug. Pooh |
| 8½ | R.U. Schl. 514 w/ DI - Sonic GR  Generator Quit |
|  | Repair Gen. GI4  Found CSG 5789  EI4 & 8204 |
|  | Failed to Get Deeper Log Up  RIO Schl |
| 3½ | TIH w/ H.O. |
| 1½ | Break Circ @ 8069 Low cut 13.8# w/ 1290 |
| 1½ | Ream 8069 - 8995 |
| 1 | Circ Btms Up |
| 2 | Pooh    ART w/o 22 Hs |

| BHA | 4.0 x 10/10 — x 8 x 3¼ 4 w | 62 "DC's | 5 "HW 1133 FT. | 49 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 8½ | SMM | 14/1 | 51880 | ⅝ | ⅜ | ⅜ | 376 | 16 | 5/10 | 100 | T | B | G |

| SPR | 16 1300 | 221 500 | 29/800 | 18 "PMP | 6¾"LNR | 15 SPM | 1750 PSI | 42/ GPM | 54 1287 AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 47 | PV. 35 | YP 10 | PV/YP 3.5 | GELS 2/4 | WL 3.2 | pH 12.5 | Pf 3.1 | SOL 31 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. ½ | LUB    % | CHL 44,500 | T 56 °F | DTL 4.3 | DTR 4.2 | CEC 36 | Ca 120 | MWP 2.5 |  |
| HP/HT |  | PM 15.6 | ExLm 3.1 | MUD MAT. USED  100 | WT. | | DISPRSNT | 10 GEL |  |
|  | 10  LIG |  | CAUS | OTHER  10 merue |  | | | | |

| | CAPACITY | | TORQUE |
|---|---|---|---|
| | BBLS | STRKS | FT. LBS |

| GRD REC. $ 163,802 | 24 HRS. $  900 | USED $  107,568 | DATA |  |  |  |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $  767,000 | DAYS 57 ATD  9835 TVD | STRING |  |  |  |
| O.E. REQ. $ | DATE | ATD 10053 MD |  | 150 | 673 | 610/600 |
| ACT. CASH $ 1,672,731 | MOH $  542,200 | DAYS 31 - 6 | WEIGHT | TOTAL  174 | | |
| YEST. CASH $ 1,637,015 | C.E. BEFORE O.F. $  3,722,700 - |  | DRILL. | UP  185 | | |
| NEXT MOVE | EQUIP | RIG        ✓ |  | DOWN  165 | | |
|  |  | DRLG. AIDS   ✓ |  | | | |

Ram  Dual End - Sonic GR 5801'-8204'
Cond Hole.

| CREWS | F | Schl | 3 |
|---|---|---|---|
| CONTRACTOR | 35 | Geo Jchn | 4 |
| TEXACO | 2 |  |  |
| CATERER | 5 |  |  |
| HOWCO | 1 |  |  |
| MAT | 1 |  |  |

TT 19% Channel   2

HSIEHTEX 00160

Exhibit 7
Page 90 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 4 SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8445 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST. 8445 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG ⌐ LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 844 MD.  5820 MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 9835 812 TVD  5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 2 | POOH. RATHOLE SINGLES. (35 JTS. TO 6891). |
| 1 | CIRC C 6891. LO CUT 13.3 PPR w/ 800 UNITS. |
| 6½ | PUMP SLUG. POOH. CLEAN BALLED UP BHA. L/D MWD, MOTOR, STABS. |
| 5 | M/U H.O. TIH TO 6789. FILL. PIN SINGLES TO 8416. |
| ½ | BREAK CIRC. WASH 29' TO BTM. NO FILL. |
| 6 | CIRC & COND TO LOG. LO CUT 14.3 PPR w/ 840 UNITS. |
| 3 | POOH. RATHOLE SINGLES. (36 JTS TO 6834). |
| | ART: CIRC BTMS UP @ 6834. |

| BHA | HOX 10 6 — X2 X 39 HW | 6½ "DC'S 5 HW 1153 FT. 49 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T, B, G |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 8½ | SEC | 114 | 317913 | 14 14 14 | 323 | 77.2 | 20/40 | 70/130 | 4  4  I |
| — | 8½ | SMM | HO | 51880 | 14 14 14 | | | | | |

| SPR | / | / | / | 18" PMP | 6½ LNR | 45 SPM | 1600 PSI | 421 GPM | 54 | 287 AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 48 | PV. 36 | YP 11 | PV/YP 3.27 | GELS 7/8 | WL 3.4 | pH 12.5 | Pf 3.4 | SOL 31 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. 44 | LUB | CHL 14600 | T 105 °F | DTL 408 | DTR 3.9 | CEC 37 | Ca 120 | MWP 2.5 | |
| HP/HT | | PH 16.0 | ExLm 3.15 | MUD MAT. USED 100 | | WT. 20 | DISPRSNT 40 | GEL | |
| 20 | LIG 10 | CAUS | OTHER 105 TANCA 10 LIME | | | | | | |

| ACE REC. $ 163802 | 24 HRS. $ 1760 | USED $ 106668 | | | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | | BBLS | STRKS | |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | 150 | 673 | |
| ACT. CASH $ 1,637,015 | MOH $ 542,200 | DAYS 30-6 | | TOTAL 170 | | |
| YEST. CASH $ 1,594,225 | C.F. BEFORE O.E. $ 3,722,700 | | | UP 185 | | |
| NEXT MOVE | | RIG ✓ | | DOWN 165 | | |
| | EQUIP | DRLG. AIDS ✓ | | | | |

MADE COND TRIP
POOH TO LOG

| CREWS | F |
|---|---|
| CONTRACTOR | 3.5  CHATEL I |
| TEXACO | 2  TCC |
| CATERER | 5  PHOENIX |
| HALCO | 1  SCA 3 |
| MT | |
| GEOTECA | 4  52 |

16%
TTS

**HSIEHTEX 00161**

Exhibit 7
Page 91 of 219

PO-212B (12-83)

□ MAXIMUM SECURITY
PARTRIDGE __PROSPECT__
COMPUTER #: M0131

TEXACO INC.
DRILLING REPORT

DATE 2 SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8122 | FORM: SD □ SH □ GUM □ | | RIG OCEAN DRILLER |
| DEPTH YEST. 8122 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 5820 MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 9835 TVD 5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 1 | CIRC BTM UP @ 5703. LOW 15.4 PP4 |
| 1 | TIH TO 7665. TIGHT SPOT. |
| 1½ | L/O 10 JTS. D.P. RUN 5 STDS. REAM 7665-7743. |
| 1½ | CIRC BTM UP @ 7743. LOW 8.6 PP4, 2100 UNITS FOR 10 MIN. CHL. 20400 PPM ON BTM UP. |
| 4 | WASH TO 7875. CIRC BTM UP. 14.2 PP4, 1000 UNITS. WASH TO 8122. LOW CUT ON BTM UP 14.5 PP4, 500 UNITS. |
| 3½ | POOH W/RECY. RATHOLE OUT TO 6535. (34 JTS). |
| 1 | CIRC & SLUG PIPE. |
| 6 | POOH SLOW. WATCH HOLE @ BTM OF CSG FOR 15 MIN. CLEANED BALLED UP STAB. ON BHA. |
| 4½ | TIH TO 6568. P/N SINGLES. 752# @ 0430 ART. CIRC BTM UP PRIOR TO ∅ |
| | 8058 3374 SIZE (CHECK SHOT). |

| BHA | 8 XID 6620 X-III X 2 X 2 X 39 HW | 6½ "DC'S 5 "HW 1412 FT. 54 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 8⅞ | SEC | 114 | 3155GL | 14 14 14 | 567 | 9 | 36/40 | 70 | 5 | 5 | I |
| 13 | 8⅞ | SEC | 114 | 317913 | 14 14 14 | | | | | | | |

| SPR | 13 500 | 201800 | 23 11000 | 18"PMP | 6¾ LNR | 40 SPM | 2900 PSI | 550 GPM | 48 | 125 ft. AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 51 | PV. 37 | PV/YP 26 | GELS 7/8 | WL 4 | pH 12.5 | PF 3.4 | SOL 31 |
|---|---|---|---|---|---|---|---|---|
| Sd. 14 | LUB | CHL 14000 | T 90 °F | DTL 3.3 | DTR 2.9 | CEC 36 | Ca 120 | MWP 3.0 |
| HP/HT | | PH 5.8 | ExLm 3.1 | MUD MAT. USED 400 | WT. 53 | DISPRSNT | | GEL |
| 23 | LIG 22 CAUS | OTHER 43 LIME | | | | | | |

| ACC REC. $ 150865 | 24 HRS. $ 3991 | USED $ 101243 | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | 144 | 647 | |
| ACT. CASH $ 1,551,865 | MOH $ 542,200 | DAYS 28-8 | TOTAL | 172 | |
| YEST. CASH $ 1,507,107 | C.F. BEFORE O.F. $ 3,722,700 | | UP | 182 | |
| | RIG ✓ | | DOWN | 162 | |
| NEXT MOVE | DRLG. AIDS ✓ | | | | |

| CIRC & COND GAS CUT MUD. | CREWS | F |
|---|---|---|
| MADE BIT TRIP. | CONTRACTOR 31 | CHAPPEL 1 |
| | TEXACO | S TEC 1 |
| | CATERER | S |
| | HOWCO | 1 |
| 14.3 % | MT | 1 | 419 |
| TT 4 | LEOTRA | 4 |

**HSIEHTEX 00162**

Exhibit 7
Page 92 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

TEXACO INC.
DRILLING REPORT

DATE / SEP 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 8122 | FORM: SD ☑ SH ☑ GUM ☑ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 7555 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 9 FTG.567 | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | NEXT BOP TFST | |
| 10053 MD  5820 MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 9835 TVD  5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 3 | BREAK CIRC c 7100! SURVEY W/ TELCO. TAKE MDL. |
| | SINGLE SHOT ON W/L FUR CHECK SHOT. L/D 14 JTS. D.P. |
| | RAN 7 STDS. FROM DERRICK. |
| 4½ | STAGE IN HOLE. 7100 - 7255, 7432 - 7555 CIRC |
| | c EACH STOP. LOW CUTS. 14.4, 14.8 15.0, 14.1 |
| 9 | Ø. TORQ. UP |
| 3 | CIRC & COND c 7788. LOW CUT 14.2, 75 UNITS, |
| | 794 Ø, 14.3, 750 & BTM UP FROM TRIP. |
| 1 | DROP SURVEY & SLUG APE. |
| 1 | POOH 15 STDS. FAIL TO TAKE PROPER FILL. |
| 1 | CIRC c 6761. LO CUT 15.1 PPG |
| 1½ | POOH 12 STDS. FAIL TO TAKE PROPER FILL. CIRC BTM |
| | UP c BTM OF CSG. LO CUT 15.1 PPG |
| | FILL FUR 27 STDS - 32 STRS.        (OVER) |

| BHA | 8X LD X MUD X DL X 2 X 2 X 39 HW | 6½ "DC's 5 "HW 1417 FT. 54 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 8½ | SEC | 114 | 31536 | 14 14 14 | 567 | 9 | 30/40 | 70 | | | |

| SPR 13500 | 201800 | 231000 | 13"PMP | 6½" LNR | 40 SPM | 2900 PSI | 380 GPM | 48 | 1 255 AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS 51 | PV 37 | YP 14 | PV/YP 264 | GELS 2/8 | WL 3.8 | pH 12.5 | Pf 3.2 | SOL 31 % |
| Sd. 14 "LUB | CHL 11800 | T 104 °F | DTL 3.3 | DTR 2.9 | CEC 36 | C 120 | MMP 1.5 | | |
| HP/HT | PM 13.4 | ExLm 2.6 | MUD MAT. USED | 1000 WT. 50 | DISPRSNT | | | | GEL |
| 60 | LIG 25 | CAUS | OTHER 40 LIME | | | | | | |

| MUD RFC. $ 137023 | 24 HRS. $ 7890 | USED $ 9720 | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | | ATD 10053 MD | | 144 647 | | 620/68 |
| ACT. CASH $ 1,507,107 | MOH $ 542,200 | DAYS 27 - 9 | | | | TOTAL 172 | |
| YEST. CASH $ 1,459,051 | C.F. BEFORE O.E. $ 3,722,700 | | | | | UP 182 | |
| NEXT MOVE | EQUIP RIG ✓ | | | | | DOWN 160 | |
| | DRLG. AIDS ✓ | | | | | | |

| | | |
|---|---|---|
| ✓ | | CREWS | F |
| SURVEY: 8056 34 S13E | | CONTRACTOR 39 | CHANEL 1 |
| TVD 7812 S1056 E161 | | TEXACO 1 | TEL 1 |
| | | CATERER 5 | |
| | 14.8% | HALCO | 49 |
| | FT 4 | MT 1 | |
| | | GEOTECH 4 | |

**HSIEHTEX 00163**

Exhibit 7
Page 93 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #: M0131

T E X A C O    I N C.
DRILLING REPORT

DATE 31 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 7555 | FORM: SD ☑ SH ☑ GUM ☑ | ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. 7281 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 6½ FTG. 274 | 20"--1369 | 16.0 (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 5820 MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 9835 TVD 5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 6½ | φ W/ N.D. |
| 3½ | CIRC & COND CUT MUD @ 7415. NL & PPU LOW 1290 UNITS. |
| | 7459 - 14.6 PPU LOW 970 UNITS. BTMS UP PRIOR TO TRIP. |
| 8 | POOH. (BHA BALLED BAD) 7100 - CHECK SHOT. TOOK |
| | 2 RUNS TO RETRIEVE. NO SURVEY. CLEAN BHA. L/D |
| | NAVI DRILL. PUMP OUT RISER OF GUMBO. |
| 6 | CHANGE BHA. TIH TO 7100'. |
| | ART: L/D 14 JTS. APE TO WASH DOWN. |
| | |
| | 7331  31½  S14E 2.8 |
| | 7375  32  S12E 2.6 |
| | 7463  32¾  S9E 2.0 |
| | 7524  33½  S10E 1.5 |
| | TVD 7370 VS 766  S76B E97 |

| BHA | 8X12 XPROD X TOL X 2 X 2 X 39 HW | 6½ "DC'S | 5 | "HW 147 FT. 54 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | T | B | G |
| 11 | 8½ | SEC | 114 | 315960 | 16 | 16 | 16 | 858 | 18½ | 5-10 | 40 | B | 8 | 1/8 |
| | 8½ | SEC | 114 | 315363 | 14 | 14 | 14 | | | | | | | |

| SPR | VO 300 | 15 | 5 DD | 20 | 900 | 18" PMP 6½ LNR | 40 SPM 2400 PSI 380 GPM | 48 | 1255 | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS 50 | PV. 35 | YP 14 | PV/YP 2.5 | GELS 7/8 | WL 4 | pH 12 | Pf 1.7 | SOL 29 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. 12 | LUB | % CHL 6400 | T 90 °F | DTL 3.12 | DTR 287 | CEC 35 | Ca 120 | MWP 2.8 | |
| HP/HT | | PM 9.6 | ExLm 1.97 | MUD MAT. USED 510 | | WT. 5 | DISP RSNT | | GEL |
| 5 | LIG 3 | CAUS | OTHER SLIME | | | | | | |

| MUD REC. $ 152023 | 24 HRS. $ 3490 | USED $ 84967 | | DRILL. STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 TVD 9835 | | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | 134 | 601 | |
| ACT. CASH $ 1,459,057 | MOH $ 542.200 | DAYS 26-8 | | WEIGHT | TOTAL | 160 | |
| YEST. CASH $ 1,410,737 | C.F. BEFORE O.E. $ 3,722,700 | | | | UP | 170 | |
| | RIG | | | | DOWN | 150 | |
| NEXT MOVE | EQUIP DRLG. AIDS GAS DET. LOWER UNIT | | | | | | |

✓ SURVEY: 7524  33½  S10E
TVD 7370  S768 E97

| | CREWS | | |
|---|---|---|---|
| | CONTRACTOR | 54 | CHAPPEL 1 |
| | TEXACO | | TEL 1 |
| | CATERER | 5 | |
| | HUGRO | 5 | 48 |
| | MI | 1 | |
| | LEUTECH | 4 | |

15.4 %
TT 4

**HSIEHTEX 00164**

Exhibit 7
Page 94 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 30 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | WELL NO.   1-RWC |
|---|---|---|
| DEPTH TODAY 7281 | FORM: SD ☑ SH ☐ GUM ☐ ☐ | RIG   OCEAN DRILLER |
| DEPTH YEST. 6700 | CSG   30"--691 | LAST SEAT TEST   PERF. |
| HRS. 12   FTG. 581 | 20"--1369 | 16.0 (PPG) |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST |

10053 MD  5820 MD     9-5/8"--5801   9/5/84   PKR.
9835 TVD  5800 TVD    7"--

| HRS |  |
|---|---|
| 12 | FIN. TESTING BOPS. |
| 1 | PULL TEST PKG. SET WEAR BUSHING. |
| 6 | P/U #11. ₹ NEW BHA.  TEST ₹ ORIENT MWD.  TIM TO |
|  | BTM OF CSG. |
| 1 | FIN. TESTING SURFACE EQUIP. 250/5000. |
| 1½ | R.R. CHANGE TIW, KEYS IN OMSCO VALVE.  RETEST. |
| 2 | FIN TO 6700 .  ORIENT MWD. |
| 12 | ∅ W/ NO |
|  |  |
|  | 6709 21½ S4E 1.6        7063 26¾ S10E 1.7 |
|  | 6799 22½ S6E 1.4        7152 28 S12E 2.2 |
|  | 6886 23½ S9E 1.8        7241 29½ S11E 1.8 |
|  | 6970 25   S12E 2.2      TVD 7130 S622 E6B WSL20 |
|  | ART : ∅ - 7325 |

BHA   BND 1" ms M 37 HW    6½"DC'S 5  "HW 1220 FT. 55 (M LBS)

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 8½ |  |  |  |  |  |  |  |  |  |  |  |  |
| 11 8½ | SEC | 11L | 3N36D | 16 16 16 | 581 | 12 | 5/10 | NO |  |  |  |  |

SPR 10350  151500  20,850  18"PMP 6½"LNR 41 SPM 2400 PSI 384 GPM 48  125 AV.

| WT. 15.7 | VIS. 48 | PV. 37 | YP 12 | PV/YP 3.08 | GELS 2/8 | WL 4.0 | pH 12 | Pf 1.8 | SOL 29 % |
| Sd. 1/2 | LUB | CHL 600 | T 105 °F | DTL 3.8 | DTR 3.5 | CEC 36 | Ca 150 | MWP 3.0 |
| HP/HT | PM 9.8 | ExLm 2.0 | MUD MAT. USED 250 | WT. 12 | DISPRSNT | GEL |

12   LIC 6   CAUS  OTHER 12 LIME

MUD REC. $ 737023 24 HRS. $ 2/94   USED $ 80,872
EST. $ 3,454,000  MOH $ 767,000   DAYS 57 ATD 9835 TVD
O.E. REQ. $         DATE           ATD 10053 MD
ACT. CASH $ 1,410,737  MOH $ 542,200   DAYS 25-8
YEST. CASH $ 1,366,722  C.F. BEFORE O.F. $ 3,722,700
| | RIG ✓ |
NEXT MOVE  | EQUIP | DRLG. AIDS ✓ |

| DRILL. STRING DATA | | CAPACITY | | TORQUE |
| | | BBLS | STRKS | FT. LBS |
| | | 119 | 530 | |
| WEIGHT | TOTAL | 158 | | |
| | UP | 162 | | |
| | DOWN | 148 | | |

| CREWS |  |  |
|---|---|---|
| CONTRACTOR 55 | CHAPPEL 1 |
| TEXACO | 4 FEL |
| CATERER |  |
| HOWCO | 1 | 51 |
| MT | 1 |
| GEOTECH | 4 |

✓ Survey  7241'  29½°  S 11°E
  0   TVD 7130'
      S 662'              16¼
      E 6A'               TT 4

**HSIEHTEX 00165**

Exhibit 7
Page 95 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE ___ PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE  29 AUG 84
EST. NO.  7-49975
       397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  6700 | FORM: SD ☐  SH ☒  GUM ☒ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  6634 | CSG  30"--691 | | PERF. |
| HRS.  1½   FTG.  66 | 20"--1369 | LAST SEAT TEST  16.0 (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053    MD  5820   MD | 9-5/8"--5801 | 9/5/84 | PKR. |
| 9835    TVD  5800    TVD | 7"-- | | |

| HRS | |
|---|---|
| 1 | Finish circ. out @ 5744' Max gas 300 units. Low 14.6 High 15.1 |
| | GIH to 6634 |
| 1 | Ø to 6678 |
| 1 | Circ. Max gas 800 units Low 13.9 High 15.1 returns |
| ½ | Ø to 6700 |
| 2 | Circ @ 6700 Max gas 390  Low 14.5 High 14.9 return. |
| | Spot gel pill in open hole |
| 1½ | P.U. to 5744 and circ. gas 200. Low 12.9 High 15.0 returns |
| 2 | R.U. Howco. Test lines. Test csg seat w/ 271 psi w/15 ppg mud. |
| | (16 ppg eq.) |
| 2½ | Circ. and raise mud wt to 15.7 ppg. |
| 1½ | GIH to 6700. Pump open hole capacity. Plk into csg 5744 |
| 3 | Circ. and raise wt to 15.7 in csg. Gas 1440. Lo 12.9 High 15.6+ |
| 4 | Slug pipe POOH. Test BOP's. Change BHA.        (OVER) |

| BHA | BX 12 MWD X 11 —X 2 DCX 2 DCX 39 HW  6½ "DC'S  5  "HW 1415 FT. 42 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | T | B | G |
| 9 | 8½ | SEC | 11⅞ | J4302 | 14  14  14 | 524 | 8½ | 15/35 | 150 | 2 | 2 | I |

| SPR 11 / 200 | 20/ 750 | 26 / 1100 | 18"PMP | 6½"LNR | 40 SPM | 2500 PSI | 375 GPM | 48 | 1 255 AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.7 | VIS. 48 | PV. 38 | YP 10 | PV/YP 3.8 | GELS 1/4 | WL 4 | pH 12 | Pf 2.0 | SOL 28 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr | LUB 0 % | CHL 6600 | T 112 °F | DTL 4.8 | DTR 3.9 | CEC 35 | Ca 120 | MWP 1.1 | |
| HP/HT | | PM 10 | ExLm 2 | MUD MAT. USED  700 | WT. | | DISPRSNT 40 GEL | | |
| 32 | LIG 18 | CAUS | OTHER | | | | | | |

| MUD REC. $ 124,573 | 24 HRS. $ 5,056 | USED $ 88,678 | DRILL. STRING DATA | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|
| | | | | BBLS | STRKS | |
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57  ATD  9835 TVD | | | | |
| O.E. REQ. $ | DATE | ATD  10053 MD | | 105 | 471 | 500-600 |
| ACT. CASH $ 1,366,722 | MOH $ 542,200 | DAYS 24  -6½ | WEIGHT | TOTAL 156 | | |
| YEST. CASH $ 1,318,995 | | C.F. BEFORE O.F. $ 3,722,700 | | UP  170 | | |
| | EQUIP | RIG    OK | | DOWN 145 | | |
| NEXT MOVE | | DRLG. AIDS  OK | | | | |

CIRC GAS CUT MUD. COND MUD TO 15.7 Plb.
TRIP FOR DHM TO BUILD ANGLE.
SURVEY: 6632 20¼° 54E
         TVD 6577 5372 E29
                                   TTA
                              16.6%

| CREWS | F | |
|---|---|---|
| CONTRACTOR | 36 | CHANEL 1 |
| TEXACO | 4 | TEL 1 |
| CATERER | 5 | |
| HOWCO | 1 | 53 |
| MI | 1 | |
| LED TECH | 4 | |

**HSIEHTEX 00166**

Exhibit 7
Page 96 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE  28 AUG 84
EST. NO.  7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  6634 | FORM: SD ☐  SH ☒  GUM ☒ ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  6176 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.  7  FTG. 458 | 20"--1369 | 15.6  (PPG) | |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD  5820  MD | 9-5/8"--5801 | 8-38-84 | PKR. |
| 9835  TVD  5800  TVD | 7"-- | | |

| HRS | |
|---|---|
| 2½ | F. P.O.H. |
| 5 | LAID DOWN DHM P.U. BIT #9 AND NEW BHA TEST |
| | AND ORIENT MWD GIH TO 6176' |
| 7 | Ø 6634  360 UNITS GAS CUT 14.4 CONNECTION |
| | GAS AT 6546' |
| 1½ | CIRC OPEN HOLE VOLUME SLUG PIPE P.U. INTO |
| | CSG. |
| 4 | CIRC BOTTOMS UP CUT 14.2 WITH 360 UNITS GAS |
| | TOOK 4 CIRCULATIONS TO GET 15.1 PPG BACK |
| 1½ | TRIP IN HOLE TO BOTTOM CIRC. OPEN HOLE |
| | PUMP SLUG AND P.U. INTO CASING. |
| 2½ | CIRC. LOW CUT 14.6 WITH 300 UNITS GAS TOOK |
| | 1½ CIRCULATIONS TO GET 15.1 BACK. |
| | ART CIRC. 15.1 IN & OUT        (SURVEYS OVER) |

BHA  BX ¹⁰ MWD ⁷¹ M --X 2DC X 2DC X 3²' 6½ "DC'S    5 "HW 18¹⁵ FT.  #2 (M LBS)

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | T | B | G |
| 8 | 8½ | SEC | 114 | 315 359 | 16 | → | 246 | 4¼ | 5/10 | DHM | 2 | 4 | I |
| 9 | 8½ | SEC | 114 | 214 302 | 14 | → | 458 | 7 | 18/35 | 150 | | | |

| SPR 10/200 | 20/650 | 26/1000 | 18"PMP | 6½"LNR | 40 SPM | 2500 PSI | 375 GPM | 48 | 1255 AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. 15.1 | VIS. 46 | PV. 37 | YP 9 | PV/YP 4.1 | GELS 1/5 | WL 4.4 | pH 12.0 | PF | SOL 26 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB | CHL 6400 | T 1/12 °F | DTL 5.1 | DTR 4.0 | CEC 35 | Ca 120 | MWP 1.4 | |
| HP/HT | | PM 10.0 | ExLm 2 | MUD MAT. USED | 450 WT. | | 10 DISPRSNT | GEL | |
| | 10 LIG | 5 CAUS | OTHER 10 LM | | | | | | |

| MUD REC. $ 124 573 | 24 HRS. $ 3070 | USED $ 78,622 | DRILL. STRING DATA | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | 105 | 471 | 500/600 |
| ACT. CASH $ 1,318,995 | MOH $ 542,200 | DAYS 23-7 | | WEIGHT | TOTAL | 156 | |
| YEST. CASH $ 1,272,770 | C.E. BEFORE O.F. $ 3,722,700 | | | | UP | 170 | |
| NEXT MOVE | EQUIP | RIG ✓ DRLG. AIDS ✓ | | | DOWN | 145 | |

| | CREWS | F |
|---|---|---|
| ✓ | CONTRACTOR | 36 |
| CIRCULATE AND CONDITION GAS CUT MUD | TEXACO | 2  CHAPPEL 1 |
| SURVEY 6543' 19¾° 54E TVD 6493 | CATERER | 4  TELECO 1 |
| S 342 E 26 | HOWCO | 1 |
| | MT | 1        50 |
| TT 4  19.4% GEOTECH | | 4 |

**HSIEHTEX 00167**

Exhibit 7
Page 97 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #: M0131

T E X A C O    I N C.
DRILLING REPORT

DATE 27 AUG 84
EST. NO.   7-49975
           397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  6176 | FORM: SD ☐  SH ☐  GUM ☐  ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  6176 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.  FTG. | 20"--1369 | 15.6  (PPG) | |
| NEXT LOG  LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD  5820  MD | 9-5/8"--5801 | 8-28-84 | PKR. |
| 9835  TVD  5800  TVD | 7"-- | | |

| HRS | |
|---|---|
| 2½ | Finish circ out well on choke with 14.6 kill weight. |
| | Max gas 300 units low wt. 12.9 high wt. 14.1. |
| | Open well raise and displace 14.8 PPG mud in |
| | open hole. |
| 2 | P.U. to 5819' finish circ. 14.8 mud around. |
| 3 | WIH to 6176 displaced open hole volume. P.U. |
| | to 5819' finish circ. out. Max gas 500 units |
| | low wt. 13.2 back up to 14.8. |
| 4 | Start POH 15 stands improper fillup. WIH to |
| | bottom had 20 feet of fill. Start circ. out |
| | and spot gel pill in open hole. |
| 1½ | Pull up to 5819' finish circ. out max gas 80 units |
| | low cut 14.1 up to 14.8. |
| 4 | POH 15 stands improper fill WIH to bottom (over) |

| BHA | 8 HD 1½ 85 MWD M&S M ---- 38 HW | 6½ "DC'S | 5 "HW 1312 FT. | 45 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 8½ | SEC | 114 | 315359 | 16 | | 18 | 246 | 4½ | 5/10 | DHM | | | |

| SPR | 12/250 | 19/500 | 23/750 | 18"PMP | 6¾"LNR | 40 SPM | 2300 PSI | 375 GPM | 48 | / 250 AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 15.1 | VIS. 46 | PV. 33 | YP 10 | PV/YP 3.3 | GELS 2/9 | WL 4 | pH 12 | PEZ. 1 | SOL 26 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB — | CHL 5600 | T 112 °F | DTL 4.1 | DTR 3.1 | CEC 35 | Ca 120 | MWP 2 | |
| HP/HT | | PM 10.6 | ExLm 2.0 | MUD MAT. USED | 700 WT. | | | DISPRSNT 20 GEL | |

| LIG | CAUS | OTHER |
|---|---|---|

| MUD REC. $ 124 57 324 | HRS. $ 4320 | USED $ 75,552 | | |
|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 | ATD 9835 TVD | |
| O.E. REQ. $ | DATE | | ATD 10053 MD | |
| ACT. CASH $ 1,272,770 | MOH $542,200 | DAYS 22-1 | | |
| YEST. CASH $ 1,226,625 | C.F. BEFORE O.F. $3,722,700 | | | |

| | DRILL STRING DATA | CAPACITY | | TORQUE |
|---|---|---|---|---|
| | | BBLS | STRKS | FT. LBS |
| | | 97.5 | 437 | DHM |
| | WEIGHT | TOTAL | 146 | |
| | | UP | 156 | |
| | | DOWN | 136 | |

| | RIG ✓ | |
|---|---|---|
| EQUIP | DRLG. AIDS ✓ | |

| NEXT MOVE | | |

COND. MUD TO 15.1 PPG

| CREWS | F | |
|---|---|---|
| CONTRACTOR | 36 | |
| TEXACO | 2 | CHAPPEL 1 |
| CATERER | 4 | TELECO 1 |
| | Halico | |
| | IAT | / | 50 |
| | GEO TECH | 4 | |

18%
TT 4

**HSIEHTEX 00168**

Exhibit 7
Page 98 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE __PROSPECT__
COMPUTER #: MO131

T E X A C O   I N C.
DRILLING REPORT

DATE 26 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 6176 | FORM: SD ☒ SH ☐ GUM ☒ _____ | | RIG OCEAN DRILLER |
| DEPTH YEST. 5930 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 4½ FTG. 246 | 20"--1369 | 15.6 (PPG) | |
| NLXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 5820 MD | 9-5/8"--5801 | 8-28-84 | PKR. |
| 9835 TVD 5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 3 | F.O.H. RETRIEVE SURVEY TOOL NO SURVEY |
| 5 | P.U. BIT #9 AND NEW BHA TEST AND ORIENT MWD |
| | G.I.H TO 5930' |
| ½ | ∅ NAVIDRILL TO 5942 - TRIP GAS 250 UNITS LOW COT 14.4 TO 13.6 |
| 1½ | ATTEMP TO SURVEY WITH MWD FAILED |
| 7 | PUMP SLUG - TRIP FOR NEW MWD |
| 4 | ∅ NAVIDRILL TO 6176' (6140 TVD) TRIP GAS 700 UNITS |
| | LOW CUT 14.4 TO 12.9 BOTTOMS UP |
| 1 | OBSERVER WELL FLOWING WHILE MAKING CONNECTION |
| | INITIAL SIDPP 0 PSI INITIAL SICP @ 140 PSI. S.I. DP. |
| | PRESSURE BUILT TO 60 PSI. BLED PRESS. TWICE. SIDP |
| | PRESSURE STABILIZED AT 60 PSI. GAIN 10 BBLS. |
| 2 | BUILD MUD WT. 14.4 TO 14.6 ICDPP 860 AT 20 SPM |
| | DISPLACED PIPE. SHUT DOWN SIDPP 0 PSI (OURR) |

| BHA | B NO 1½ 85 MWD MSS M --- 38 HW 6½ "DC'S 5 "HW 1312 FT. 45 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPF | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8¼ | SEC | 114 | 317909 | 14 → | 110 | 2 | 35 | 90 | 3 4 I |
| 9 | 8¼ | SEC | 114 | 315359 | 16 → | 246 | 4½ | 5 | NO | |

| SPR | 18/500 | 20/750 | 28/1000 | 18"PMT 6⅜"LNR | 40 SPM | 2000 PSI | 180 GPM | 50 | 1255 | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 14.6 | VIS. 46 | PV. 32 | YP 9 | PV/YP 3.6 | GELS 2/8 | ML 4.2 | pH 12.0 | Pf 2.4 | SOL 27 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB — | CHL 5000 | T 117 °F | DTL 4.5 | DTR 3.5 | CEC 35 | Ca 160 | MWP 2.4 | |
| HP/HT | | PM 12.4 | ExLm 2.5 | MUD MAT. USED | 500 WT. | | 8 DISPRSNT | | GEL |
| 24 LIC | 8 CAUS | OTHER Lm 8 | | | | | | | |

| SUE REC. $ 111,703 | 24 HRS. $ 3504 | USED $ 74,736 | | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | HOH $ 767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | |
| O.E. REC. $ | DATE | ATD 10053 MD | | 97.5 | 437 | NA |
| ACT. CASH $ 1,226,623 | HOH $ 542,200 | DAYS 21 -1 | TOTAL | | 146 | |
| YEST. CASH $ 1,167,873 | C.F. BEFORE O.F. $ 3,722,700 | | UP | | 156 | |
| NEXT MOVE | EQUIP RIG ✓ DRLG. AIDS ✓ | | DOWN | | 136 | |

| | | CREWS | F | |
|---|---|---|---|---|
| SURVEY 6134' 19° 56E TVD 6109 | | CONTRACTOR | 35 | CHAPPEL 1 |
| 5202 E 14 | | TEXACO | 2 | TELECO 1 |
| FLOWED WELL KILLED - SIDPP 60 PSI. | 14.27% | CATERER | 5 | |
| | | Henco | 1 | 50 |
| BUILD WT. 14.4 TO 14.6 CIRC OUT TT 3 | | MT | 1 | |
| | | GEOTECH | 4 | |

HSIEHTEX 00169

Exhibit 7
Page 99 of 219

PO-212B (12-83)

□ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #:  MO131

T E X A C O   I N C.
DRILLING REPORT

DATE 25 AUG 84
EST. NO.  7-49975
397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  5930 | FORM: SD □   SH □   CUM □ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  5830 | CSG   30"--691 | LAST SEAT TEST | PERF. |
| HRS. 1¼   FTG. 100 | 20"--1369 | 15.6  (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD   5820  MD | 9-5/8"--5801 | 8-28-84 | PKR. |
| 9835   TVD   5800  TVD | 7"-- | | |

| HRS | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3½ | WOC | | | | | | |
| 1 | Ø CMT. 5737- 5830 | | | | | | |
| ½ | Ø FORM. 5830-5840 | | | | | | |
| 2 | CIR. BOT. UP SPOT GEL PILL  TEST CSG. SEAT 790 psi = 15.6 | | | | | | |
| 2 | CIRC. RAISE MUD WT. TO 13.5 | | | | | | |
| 1 | Ø 5840-5930 | | | | | | |
| 2 | CIRC BOTTOM UP WELL HAD INCREASE IN FLOW. CLOSED | | | | | | |
| | HYDRIL O-DPP O-CP  CIRC. ON OPEN CHOKE. OPEN | | | | | | |
| | HYDRIL CIRC. OUT WELL MAX GAS 1700 UNITS LOW CUT 9.0 | | | | | | |
| | HIGH BACK 12.5 | | | | | | |
| 3 | PULL 2 STANDS TO 5789 CIRC AND RAISE MUD WT. 14.0 PPG | | | | | | |
| 4 | WIH TO 5930' CIRC. OPEN HOLE CAP. INTO CSG. PULL UP | | | | | | |
| | INTO CSG. FINISH CIRC. BOTTOM UP. MAX GAS 540 UNITS | | | | | | |
| | LOW 13.3 HIGH BACK OF 13.9 RAISED WT. TO 14.4 PPG.(ODER | | | | | | |

| BHA | BBSx.M.--X--X--X 39 H.W. | 6½ "DC'S | 5 "HW 1364 FT. | .56 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8½ | SEC | I14 | 317909 | 14  16 | 110 | 2 | 35 | 90 | | | |

| SPR | 15/250 | 21/500 | 25/750 | 18"PMP | 6¾"LNR | 50 SPM | 2800 PSI | 468 GPM | 60 | 1 | 319 | AV. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| WT. 14.4 | VIS. 45 | PV. 30 | YP 10 | PV/YP 3 | GELS 2/8 | WL 4.4 | pH 12 | PF 2.4 | SOL 25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sd. T " | LUB | CHL 5200 | T 116 °F | DTL 3.8 | DTR 3.2 | CEC 37.5 | Ca 160 | MWP 4.3 |
| HP/HT | | PM 12.4 | ExLm 2.5 | MUD MAT. USED | 1550 WT. | 14 DISPRSNT | | GEL |
| | 10 LIG | 10 CAUS | OTHER | | | | | |

| CEE REC. $ 111,703 | 24 HRS. $ 9790 | USED $ 71,232 | | CAPACITY | | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | DRILL STRING DATA | BBLS | STRKS | | FT. LBS |
| O.E. REC. $ | DATE | ATD 10053 MD | | 92 | 413 | | 425 |
| ACT. CASH $ 1,167,873 | MOH $542,200 | DAYS 2D-1 | | WEIGHT | TOTAL | 148 | |
| YEST. CASH $1,115,169 | C.F. BEFORE O.F. $3,722,700 | | | | UP | 158 | |
| NEXT MOVE | EQUIP | RIG ✓ | | | DOWN | 138 | |
| | | DRLG. AIDS ✓ | | | | | |

| | | CREWS | F | | |
|---|---|---|---|---|---|
| ✓ DRILL OUT-TEST CSG. SEAT | | CONTRACTOR | 35 | CHAPPEL | 1 |
| BUILD UP MUD WT. TO 14.4 PPG | | TEXACO | 2 | TEXECO | 1 |
| | | CATERER | 5 | | |
| 15% | | Howco | 1 | | 50 |
| TT 3 | | MT | 1 | | |
| | | GEO TECH | 4 | | |

**HSIEHTEX 00170**

Exhibit 7
Page 100 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE __24 AUG 84__
EST. NO. __7-49975__
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5830 | FORM: SD ☐ SH ☐ GUM ☐ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 5830 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TFST | |
| 10053 MD 5820 MD | 9-5/8"--5801 | 8-28-84 | PKR. |
| 9835 TVD 5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| ½ | F.I.H w/ SQ. Tool TO 5400' |
| 4 | R.U. Howco TEST LINES 5M  SET TOOL AT 5400' |
| | TEST CSG. 1000 psi  @ PRESS UP BLEEDING BACK TO |
| | 500 psi. BDF 900 psi AT 1¼ BPM . MIX AND PUMP |
| | 1000 SKS. CLASS H. 16.4 PPG 1.08 YIELD DISPLACED TO |
| | 5600' MAX PRESSURE PUMPING 1800 psi FINAL S.T. |
| | PRESSURE HOLDING 875 psi. |
| 6 | WOC. BLED OFF PRESSURE 800 psi TO ZERO |
| 3 | RELEASE TOOL P.O.H. |
| 3 | P.U. 60' & BLDG. ASSY. W.I.H TO 5483' |
| 1 | WASH FROM 5483 TO 5602  TAG FIRM CMT. |
| 1½ | Ø FIRM CMT. TO 5737' |
| ½ | CIRC. BOTTOMS UP. |
| 4½ | WOC  ART WOC |

| BHA | BBSX—M—X—X—X 39 H.W. | 6½"DC'S | 5 "HW 1364 FT. | 56 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8½ | SEC | 114 | 317909 | 14 → | 10 | ½ | 5/10 | | 14 HOLE |

| SPR | / | / | / | 18"PMP 6½"LNR 49 SPM 2100 PSI 450 GPM | 58 / 312 AV. |
|---|---|---|---|---|---|

| WT. 13.0 | VIS. 44 | PV. 24 | YP 9 | PV/YP 2.7 | GELS 2/5 | WL 5.0 | pH 12.0 | Pf 2.5 | SOL 23 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB | CHL 5600 | T 112 °F | DTL 3.4 | DTR 2.5 | CEC 35 | Ca 160 | MWP 2.8 |
| HP/HT | | PM 12.0 | ExLm 2.4 | MUD MAT. USED 100 WT. | | | DISPRSNT | GEL |
| 10 LIG | CAUS OTHER | | | | | | | |

| MUD REC. $ 107,568 24 HRS. $ 680  USED $ 61,442 | | | | CAPACITY | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000  MOH $767,000  DAYS 57 ATD 9835 TVD | | | | BBLS STRKS | FT. LBS |
| O.E. REQ. $ _____  DATE _____  ATD 10053 MD | | | | 90  404 | 350 |
| ACT. CASH $ 1,115,168  MOH $542,200  DAYS 19 - 2 | | TOTAL 145 | |
| YEST. CASH $ 1,075,298  C.F. BEFORE O.E. $ 3,722,700 | | UP 155 | |
| NEXT MOVE | EQUIP RIG ✓  DRLG. AIDS ✓ | DOWN 140 | |

| CEMENTED CSG. SEAT WITH 1080 CU FT | | CREWS | F |
|---|---|---|---|
| | | CONTRACTOR 33 CHANNEL-1 | |
| | | TEXACO 2 TEXACO-1 | |
| | | CATERER 5 | |
| | 10.2% | HOWCO 2 49 | |
| | TT 2 | M T 1 | |
| | | GEOTECH 4 | |

HSIEHTEX 00171

Exhibit 7
Page 101 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #:  M0131

T E X A C O    I N C.
DRILLING REPORT

DATE  23 AUG 84
EST. NO.  7-49975
          397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  5830 | FORM: SD ☐  SH ☒  GUM ☐ | | RIG   OCEAN DRILLER |
| DEPTH YEST.  5820 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS. ½    FTG. 10 | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053  MD  5820  MD | 9-5/8"--5801 | 8-28-84 | PKR. |
| 9835   TVD  5800  TVD | 7"-- | | |

| HRS | |
|---|---|
| 1 | FIN. LAYING DOWN BHA |
| 7½ | P.U. AND CALIPER NEW BHA  P.U 40 Jts. NEW HWDP |
| 3 | GIH INSTALL D.P. RUBBERS  TAG F.C. @ 5696' LAID |
| | DOWN EXCESS D.P. |
| 3 | CIRC. & COND MUD  ∅ F.C. & CMT. TO 5779' CIRC |
| | OUT. DRILL SHOE AND WASH TO BOTTOM DRILL 10' |
| | OF NEW HOLE. |
| 1½ | CIRC. BOTTOMS UP SPOT GEL PILL ON BOTTOM  P.U. HWDP |
| 1 | ATTEMP TO TEST CSG. SHOE. BROKE DOWN WITH 550 PSI |
| | 13.0 PPG = 14.8 PPG. BLED TO ~~EQUIVALENT~~ 410 PSI. IN 15 MIN |
| 3½ | PUMP SLUG POH |
| 3½ | MAKE UP RTTS W.I.H  P.U. 22 Jts. D.P |
| | ART GIH P.U. D.P |

| BHA | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8½ | SEC | 114 | 317909 | 14--∅ | 10 | ½ | 10 | 80 | 1 | 1 | I |

| SPR 16/250 | 22/500 | 29/750 | 18"PMP 6¾"LNR | 48SPM | 2400PSI | 450GPH | 57/357 AV. |
|---|---|---|---|---|---|---|---|

| WT. 13.0 | VIS. 44 | PV. 24 | YP 11 | PV/YP 2.2 | GELS 2/6 | WL 4.6 | pH 12 | PF 2.3 | SOL 23 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T" | LUB  % | CHL 5200 | T 114 °F | DTL 3.3 | DTR 2.4 | CEC 37.5 | Ca 160 | MWP 2.9 | |
| HP/HT | PH 11.4 | ExLm 2.3 | MUD MAT. USED   150 WT. | | | 8 DISPRSNT | 20 GEL | |
| 28 LIG | 14 CAUS | OTHER 8 Lm  | | | | | |

| MUD REC. $ 107,568 | 24 HRS. $ 1,676 | USED $ 60,762 | | DRILL STRING DATA | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | | | BBLS | STRKS | FT. LBS |
| O.E. REC. $ | DATE | ATD 10053 MD | | | | 96 | 431 | 320A |
| ACT. CASH $ 1,075,298 | MOH $542,200 | DAYS 18-2 | | | WEIGHT | TOTAL | 146 | |
| YEST. CASH $ 1,029,996 | C.F. BEFORE O.E. $ 3,722,700 | | EQUIP | | | UP | 155 | |
| NEXT MOVE | | RIG ✓ | | | | DOWN | 140 | |
| | | DRLG. AIDS ✓ | | | | | | |

DRILL OUT
CSG. SEAT FAILED TO TEST
GIH WITH RTTS SQZ TOOL

| | | | |
|---|---|---|---|
| CREWS | | F | |
| CONTRACTOR | 34 | CHAPPEL | 1 |
| TEXACO | 2 | TELEDO | 1 |
| CATERER | 5 | | |
| HALICO | 2 | | 50 |
| MT | 1 | | |
| TT O | GEO TECH | 4 | |

**HSIEHTEX 00172**

Exhibit 7
Page 102 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 22 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5820 | FORM: SD ☐  SH ☐  GUM ☐ | ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. 5820 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS.      FTG. | 20"--1369 | 13.3 (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD 5820 MD | 9-5/8"-- 5802 | 8-28-84 | PKR. |
| 9835 TVD 5800 TVD | 7"-- | | |

| HRS |  |
|---|---|
| 6½ | Run 9⅝ csg. 124 Jts. Shoe @ 5801'          F.C. 5710' |
|  | Hanger at 523' - Lock Down Ring Not Run. |
| 3½ | R.U. Break Circ.  Circ. to omt.  Max Gas 350 units |
|  | Low Cut 10.3 PPG |
| 2 | Mix & Pump 600 sks. 2H+1 Tail 1% CFR 2-T 14.0 1.42 |
|  | Tail 600 sks. H 16.4 1.08  Bump Plug w/1500 psi |
|  | at 16:30 hrs. |
| ½ | Test csg. with 1600 psi for 30 min w/ Howco. |
| 5 | Set Seal Assy. and test 5M o.k.  Test BOP's 250-3500 |
|  | 250-5000 Rams, Blinds 250-3500, Surface Equip |
|  | 250-5000 |
| 1½ | POH w/ Test Plug. Ran Wear Bushing |
| 5 | Laid Down 12¼ H.O., Stab's, D.C., 5 Jts. H.O. |
|  | Art Strap 6¼ Drill Out |

| BHA | | | | "DC'S | | "HW | FT. | | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| SPR | / | / | / | 18"PMP 6¾"LNR | 45 SPM | 650 PSI | 420 GPM | | / | AV. |

| WT.13.0 | VIS.40 | PV. 26 | YP 20 | PV/YP 2.6 | GELS 2/7 | WL 4.6 | pH 12 | Pf 1.6 | SOL 23 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. T | LUB | CHL 5600 | T 114 °F | DTL 9.3 | DTR 2.4 | CEC 37.5 | Ca 140 | MWP 3.0 | |
| HP/HT | PH 8.0 | ExLm 1.5 | MUD MAT. USED | | WT. | | DISPRSNT | | GEL |
| 10 LIG | CAUS OTHER | 1 AL STEARATE | 25 BBLS. SAM 5 | | | | | | |

| MUD REC. $ 107,568 24 HRS. $ 3,321 USED $ 59,086 | | CAPACITY | | TORQUE |
|---|---|---|---|---|
| EST. $ 3,454,000 MOH $ 767,000 DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $         DATE        ATD 10053 MD | | | | |
| ACT. CASH $ 1,029,996 MOH $244,200 DAYS 17=4 | TOTAL | | | |
| YEST. CASH $ 960,499  C.F. BEFORE O.F. $ 3,722,700 | UP | | | |
| NEXT MOVE          EQUIP DRLG. AIDS ✓ | DOWN | | | |

| Ran 9⅝ csg. | CREWS | F |  |
|---|---|---|---|
| Cmt. with 1504 cu.ft. | CONTRACTOR 31 | HERCO 1 |  |
|  | TEXACO 2 | GARREY? |  |
|  | CATERER 5 | CHAPPE-1 |  |
|  | Howco 3 | TMLCO-1 |  |
|  | MT 1 |  |  |
| π O | GEO TECH 4 | 49 |  |

**HSIEHTEX 00173**

Exhibit 7
Page 103 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE  21 AUG 84
EST. NO.  7-49975
397

| FIELD  EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY | FORM: SD ☐  SH ☐  GUM ☐          ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  5820 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | 13.3  (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 10053 MD   5820 MD | 9-5/8"-- | 8·19·84 | PKR. |
| 9835 TVD   5800 TVD | 7"-- | | |

| HRS | |
|---|---|
| 19½ | Stop in Hole Circ Out Low Cut Mud (11.8#) Ream 5100- 5334 Circ Out 11.# Ream 5334-5512 Circ Out Low Cut of 11.9# Ream 5562-5689 Circ Out Low of 11.2# Ream 5689-5820 Pump 80 bbls Hi Vis Pill Circ Out Low Cut of 11.5 |
| 1½ | Slug Pipe P.U. into CSG |
| ½ | Watch Hole Ok |
| 3½ | Fin POH |
| 2½ | Tim Retrieve Core Protector P.U. 5 Jts HW R/U Howco Dart Head Stand BK M/U Hanger Stand Back |
| 1½ | R.U. Superior M.U. Shoe i E.C. Std Running 9⅝ 53.5# P-110 CSG |

| BHA | H.O. X ⁶² X - X 9 DC X 9 DC X 11 HW | 7¼"DC'S | 5 | "HW 692 FT. 54 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| - | 12½ | H | H.O. | 225590 | F.O. | | | | | |

| SPR | / | / | /8"PMP 6¾"LNR 50 SPM 13.50PSI 590 GPM 68 1/41 AV. |
|---|---|---|---|

| WT. 13 | VIS. 40 | PV. 26 | YP 10 | PV/YP 2.6 | GELS 7/9 | WL 4.6 | pH 12 | Pf 1.6 | SOL 23 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr | LUB 0% | CHL 5800 | T 115°F | DTL 3.3 | DTR 2.6 | CEC 37.5 | Ca 140 | MWP 3. | |
| HP/HT | | PM 8 | ExLm 1.5 | MUD MAT. USED 100 | WT. | | | DISPRSNT 60 GEL | |
| 10 | LIG 4 | CAUS OTHER 1 Alum Star | | | | | | | |

MUD REQ. $ 104,371    24 HRS. $ 1164    USED $ 56,929
EST. $3,454,000    MOH $ 767,000    DAYS 57  ATD  9835 TVD
O.E. REQ. $          DATE            ATD  10053 MD
ACT. CASH $ 960,489    MOH $ 244,200    DAYS 16 -4
YEST. CASH $ 723521    C.F. BEFORE O.E. $3,722,700
NEXT MOVE

EQUIP  RIG #1 Mud Agitator Dn.
DRLG. AIDS ✓

| | CAPACITY | | TORQUE |
|---|---|---|---|
| DRILL STRING DATA | BBLS | STRKS | FT. LBS |
| | 103 | 461 | 360 A |
| WEIGHT | TOTAL | 150 | |
| | UP | 155 | |
| | DOWN | 145 | |

Stop B4 Pu Hole  Cond MADE COLD TRIP
Poh    Std Running CSG

π 0   Geo Tech

| CREWS | F | Notca 1 |
|---|---|---|
| CONTRACTOR | 31 | Superior 81 |
| TEXACO | 2 | |
| CATERER | 5 | 150 |
| Howco | 1 | |
| MT | 1 | |
| GeoTech | 4 | |

**HSIEHTEX 00174**

Exhibit 7
Page 104 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

TEXACO INC.
DRILLING REPORT

DATE 20 AUG 84
EST. NO. 7-49975
375 397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5820 | FORM: SD ☐ SH ☐ GUM ☐ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 5820 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | 13.3 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TFST | |
| TD 5855 5820 MD 3550 MD | 9-5/8"-- | 8·19·84 | PKR. |
| 7835 5820 TVD 3552 TVD | 7"-- | | |

| HRS | |
|---|---|
| 3 | Fin Running HRD R/U Schl |
| 4 | L/D Bit ¢ BHA M.U. H.O. WW to 3970 |
| 3½ | Circ w/ 13# Mud in CSG Low Cut 11.5ppg |
| 1 | Disp Riser w/ 13# Mud |
| 1½ | POH M.U. Sel Wear Bush. |
| 4½ | Continue GIH to 4100' Circ Out Gas Cut Mud 5I on Hydril |
| | No Pressure Circ Low Cut to 11.9  200 Units Gas Disp Riser |
| | w/ 13# Mud Open Hydril |
| 6½ | TIH to 9363  Circ Out Gas Cut Mud Low 11.5 High Bk |
| | 12.6 TIH to 9620 Low 11.9  High 13#  TIH 4884 |
| | Low 11.5 High 13# Cut Bk to 12.6 |

682    59

| BHA | H.O. X ᴸᴱ X — X 4DC X 4DC X 11 Hwt | 7¾"DC'S | 5 | "HW | SH FT. 50 | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 12⅛ | Reed | J-1-9 | AA 287 | | | | | | |
| Hd. | 12⅛ | H | H.O. | 228594 | Flo. | | | | | |

| SPR | | | 18 "PMP 6¾"LNR 55 SPM 1200 PSI 515 GPM  GG 1140 AV. |
|---|---|---|---|

| WT. 13⁵ | VIS.40 | PV. 28 | YP 9 | PV/YP 3.1 | GELS 9/11 | WL 4.6 | pH 12 | Pf 1.8 | SOL 24 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr | LUB 0% | CHL 6000 | T 115 °F | DTL 3.9 | DTR 2.8 | CEC 37.5 | Ca 140 | MWP 3.2 | |
| HP/HT | | PH 8.9 | ExLm 1.7 | MUD MAT. USED | 550 WT. | | DISPRSNT 30 GEL |

LIG  ( CAUS  OTHER

| MUD REC. $ 561890 | 24 HRS. $ 600 | USED $ 55765 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| | | | | BBLS | STRKS | FT. LBS |
| EST. $ 3,454,000 | MOH $767,000 | DAYS 57 ATD | 9835 TVD | | | |
| O.E. REQ. $ | DATE | ATD | 10053 MD | 81 | 363 | |
| ACT. CASH $ 923,521 | MOH $244,200 | DAYS 15 (-4) | | TOTAL 130 | | |
| YEST. CASH $ 822,011 | C.F. BEFORE O.E. $3,722,700 | | | UP 13.5 | | |
| NEXT MOVE | RIG mud Agitation Dn | | | DOWN 125 | | |
| | DRLG. AIDS 0u | | | | | |

| Ran HRD 3510 - 5800' | CREWS | F | Schl Ra |
|---|---|---|---|
| Stage At Hole | CONTRACTOR | 31 | Weson 1 |
| | TEXACO | 2 | |
| | CATERER | 5 | Seguin 4 |
| | Howco | 1 | |
| | MI | | |
| | Geo Tech | 4 | |

π O

HSIEHTEX 00175

Exhibit 7
Page 105 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 19 AUG 84
EST. NO.   7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY 5820 | FORM: SD ☐ SH ☐ GUM ☐ | ☐ | RIG   OCEAN DRILLER |
| DEPTH YEST. 5820 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"--1369 | 13.3 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| MD 5820 MD | 9-5/8"-- | 8.19.84 | PKR. |
| TVD TVD | 7"-- | | |

| HRS | |
|---|---|
| 11 | Circ 13# Mud @ 5820 Mix & Displace 3 Hi Vis Gell Pills |
| | Highest Mud Wt 12.38 #/g Lowest 11.8 |
| ½ | Pump Slug Disp Mud in Riser to 13# |
| 1½ | POOH to 3969 |
| 1½ | Circ w/ 13# |
| 1½ | Observe Well No Flow |
| 2½ | Slug Pipe POH |
| 6½ | RU Schl Ran DI Sonic GR 5820-3500 |
| | ART R.U. to Run Dip meter |

| BHA | B DHM 1½" HWD M 3DC 12 HW+ 7¾"DC'S 5 "HW 511 FT. 50 (M LBS) |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 12¼ | REED | 1-1-4 | AA 387 | 16 16 16 | 217 | 2 | 35 | 150 | 1 | 2 | I |

| FPR | 151 | 20/ | 251 | 1" PMP 6¾ LNR 68 SPM 2900 PSI 6/8 GPM 121 1168 AV. |

| WT. 13 | VIS. 44 | PV. 22 | YP 10 | PV/YP 2.2 | GELS 9/12 | WL 4.4 | pH 12 | Pf 2.2 | SOL 22 |
| Sd. Tr. | LUB | CHL. 5 M | T 114 °F | DTL 2. | DTR 2.2 | CEC 25 | Ca 180 | MWP 2.9 |
| HP/HT | PM 12 | ExLm 2.2 | MUD MAT. USED | 90 WT. | | DISPRSNT | | GEL |
| 40 LIG | CAUS OTHER Starch 190 Marcy 85 Crime 30 |

| ACCT. REC. $ 98,890 24 HRS. $ 4365 USED $ 55/65 | | CAPACITY | | TORQUE |
| EST. $ 3,454,000 MOH $767,000 DAYS 57 ATD 9835 TVD | BBLS | STRKS | FT. LBS |
| D.E. REG. $ DATE ATD 10053 MD | 103 | 461 | |
| ACT. CASH $ 822,011 MOH $244,200 DAYS 14 (-6) | TOTAL | 190 | |
| YEST. CASH $ 775,598 C.F. BEFORE O.F. $3,722,700 | UP | 195 | |
| EQUIP RIG Mud Agitator Dn | DOWN | 135 | |
| DRLG. AIDS ✓ | | | |

| Ran DI Sonic GR 3500-5820' | CREWS | 1 Sut? Chappell L. |
| Std GMN w/ HRD | CONTRACTOR 30 | Diebo 1 |
| | TEXACO 4 | Schl 3 |
| | CATERER 5 | |
| | Howco 2 | |
| | MT 1 | |
| | Geo Tech 4 | |
| TT 0 | | |

**HSIEHTEX 00176**

Exhibit 7
Page 106 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE  PROSPECT
COMPUTER #: M0131

T E X A C O  I N C.
DRILLING REPORT

DATE 18 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5820 | FORM: SD ☐  SH ☐  GUM ☐ _____ ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST. 5560 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS. 3½  FTG. 260 | 20"--1369 | 13.3  (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238  MD  3550  MD | 9-5/8"-- | 8.19.84 | PKR. |
| 6215  TVD  3550  TVD | 7"-- | | |

| HRS | |
|---|---|
| 1½ | ∅ 5603 |
| 4½ | POH C/O BHA  Balled Up Belly |
| 5 | P.U. New BHA w/141 to 5550 |
| ½ | Buck bit  Wash Dn |
| 2 | ∅ 5603 - 5820 |
| ½ | Flow Increase ST Hydril  No Build Pressure |
| 10 | Circ & Raise Mud Wt  12.3 → 12.6  Bk  11.9  Build Wt |
| | 12.6 ↑ 12.8  Bk  11.9  Build Wt  12.8 ↑ 13.0  Back 13.2 |
| | Disp. Resin w/ 13# Mud  Pump Btms Up  Cut 12# |

|  |  |  |  |
|---|---|---|---|
| 5562 | 13° | 513°E | 3.4 |
| 5620 | 13¾ | 58.E | 2.4 |
| 5709 | 15° | 54°E | 1.8 |
| TVD 5700 | US 83 | | |
| | S 84 | E 10 | |

| BHA | BOWLM 1½° MWD M 3DC 12HW 7¾"DC'S  5  2HW 511 FT. 50 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 12¼ | Smith | 1-1-1 | EK 0116 | 16 16 16 | J55 | 6½ | 510 | 00 | 2 | 2 | I |
| 7 | 12¼ | REED | 1-1-4 | AA 287 | 16 16 16 | 217 | 2 | 35 | 150 | | | |

| SPR 15/140 | 80/1245 | 25/325 | 18"PMP 6¾"LNR 68 SPM 2900 PSI 618 GPM 168 / 121 AV. |
|---|---|---|---|

| WT. 13.2 | VIS 48 | PV. 25 | YP 12 | PV/YP 2. | GELS 9/4 | WL 8.6 | pH 12 | Pf 2.8 | SOL 22 |
| Sd. Tr | LUB | CHL 5K | T 11 4 °F | DTL 2.1 | DTR 2.4 | CEC 30 | Ca 180 | MWP 3.6 |
| HP/HT | | PM 12.4 | ExLm 2.4 | MUD MAT. USED 600  WT. | | | DISPRSNT 22 GEL |
| 30 LIG  15 CAUS OTHER Lime 30 Marsh 15 Starch 30 | | | | | | |

| ORE RFC. $ 98,890  24 HRS. $ 5055  USED $ 50,800 | | CAPACITY BBLS  STRKS | TORQUE FT. LBS |
|---|---|---|---|
| EST. $ 3,454,000  MOH $767,000  DAYS 57 ATD  9835 TVD | | 103  461 | 550 |
| O.F. MFG. $ ___  DATE ___  ATD  10053 MD | | TOTAL  140 | |
| ACT. CASH $ 775,558  MOH $244,200  DAYS 13 -6 | | UP  145 | |
| YEST. CASH $ 713,772)  C.F. BEFORE O.F. $ 3,722,700 | | DOWN  135 | |
| NEXT MOVE ___ | RIG /Mud Agitation Dn |
| | DRLG. AIDS  OK |

| | CREWS | F  Chappell / |
|---|---|---|
| ✓ | CONTRACTOR 32 | Lubbco / |
| Survey 5709' 15° 54°E | TEXACO 2 | Sbo 3 / |
| TVD 5700' | CATERER 5 | |
| S 84' | | NOWCO 1 |
| E 10' | TTO | MET 1 |
| | GeoTech 4 |

**HSIEHTEX 00177**

Exhibit 7
Page 107 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

TEXACO INC.
DRILLING REPORT

DATE 17 AUG 84
EST. NO. 7-49975

,397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5560 | FORM: SD ☐ SH ☐ GUM ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 5214 | CSG 30"--697 | LAST SEAT TEST | PERF. |
| HRS. 17½ FTG. 346 | 20"--1369 | 13.3 (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238  MD  3550  MD | 9-5/8"-- | 8.19.84 | PKR. |
| 6215  TVD  3550  TVD | 7"-- | | |

| HRS | | | |
|---|---|---|---|
| 11½ | DD  5214 to 5398  Survey w/ Ibco | 5252  3¾°  S22 E 23 | |
| 6 | Trip for Bit #6   WIW | 5318  4½  S21 E 1.9 | |
| ½ | Break Circ Orient Tool | 5385  7½°  S21 E 4.4 | |
| 6 | DD  5348 - 5560  Survey  w/ Ibco | 5474  10°  S 13 E 3 1 | |
| | ART Drilling | TVD 5472  US 31 | |
| | | S 31  E 1 | |

| BHA | BDHM 1½° MWD ☆ 3DC 12 NWT | 7¾"DC'S  S  "HW 511 FT. 50 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 12¼ | Read | 1.1.1 | PWH382 | 16 16 16 | 208 | 18½ | 5/10 | 00 | 5 | 6 | I |
| 6 | 12¼ | Smith | 1-1-1 | EK 0116 | 16-→ | 212 | 6 | 5/10 | 11 | | | |

| SPR 15 | 1/10 | 20/295 | 25/325 | 18 "PMP 6¾"LNR | 51 SPM | 1950 PSI | 478 GPM | 94 | 1/30 | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 12.3 | VIS. 92 | PV. 18 | YP 11 | PV/YP .64 GELS 9/10 | WL 10.4 | pH 12.5 | Pf 3.3 | SOL 17 |
|---|---|---|---|---|---|---|---|---|
| Sd. Tr | LUB - ☐ | CHL 8,500 | T  111 °F | DTL 1.9 | DTR 2.2 | CEC 27.5 | Ca 180 | MWP 3.0 |
| HP/HT | | PM 9.2 | ExLm 2.4 | MUD MAT. USED | 540 WT. | | DISPRSNT | GEL |
| 20 LIG | 15 CAUS | OTHER  Lime 20  S/arch 20 | | | | | | |

| MUD RPC $ 92  890  24 HRS. $ 9/60 | USED $ 45,795 | | DRILL STRING DATA | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $3,454,000 | MOH $767,000  DAYS 57 ATD 9835 TVD | | | | BBLS | STRKS | FT. LBS |
| O.F. REQ. $ | DATE | ATD 10053 MD | | | | | |
| ACT. CASH $ 713,772 | MOH $ 89,800 244,200  DAYS 12-6½ | | | WEIGHT | TOTAL | | |
| YEST. CASH $665,085 | C.F. BEFORE O.F. $3,722,700 | | | | UP | | |
| | EQUIP | RIG | ✓ | | DOWN | | |
| NEXT MOVE | | DRLG. AIDS | ✓ | | | | |

| | | | CREWS | E  Chappell | 1 |
|---|---|---|---|---|---|
| ✓ | | | CONTRACTOR 32 | Sullico | 11 |
| Survey: 5474  10°  S13°E | | | TEXACO 2 | | |
| TVD 5972' | | | CATERER 6 | | 49 |
| S 31' | | | Halico 1 | | |
| E 1' | | ∏ O | HT 1 | | |
| | | | GeoTech 4 | | |

**HSIEHTEX 00178**

Exhibit 7
Page 108 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE  16 AUG 84
EST. NO.  7-49975
.397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  5214 | FORM: SD ☐  SH ☒  GUM ☐  ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  5140 | CSG    30"--691 | LAST SEAT TEST | PERF. |
| HRS.  7  FTG. 74 | 20"--1369 | 13.5  (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238    3550  MD | 9-5/8"-- | 8.19.84 | PKR. |
| 6215  TVD  3550  TVD | 7"-- | | |

| HRS | | | |
|---|---|---|---|
| 8½ | CNG'd Out Dynamatic Brake | 5153'  1°  S16°E | |
| 3 | Fin POH | TVD 5153  US 4.96' | |
| 5 | M.U. New Bit & BHA WIH to 5140  54'  W8'  2.5DLS | |
| ½ | Orient Tool | |
| 7 | D w/ DD to 5214 | |
| | ART DD | |

| BDNM 1½° MWD ☒ 3DC 12 Hwt | | | 511 | 60 |
|---|---|---|---|---|
| BHA  B⁸-X 5X 5X 12 Hwt | | 7¾"DC's  5  "HW 741 FT. 66 (M LBS) | | |

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 12¼ | Reed | 1.1.4 | BB 2999 | 16 | 16 | 16 | 1590 | 20½ | 90-60 | 180 | 2 | 4 | I |
| 5 | 12¼ | Reed | 1.1.1 | PW4382 | 16 | | | 74 | 7 | 6 | DWM | | 1/4 | |

| SPR | 15 140/300 | 80 160/500 | 25 1380/800 | 18"PMP 6¾"LNR 55SPM 1500PSI 430GPM | 55 | 1117 | AV. |
|---|---|---|---|---|---|---|---|

| WT. 12.3 | VIS. 38 | PV. 18 | YP 7 | PV/YP 2.5 | GELS 2/6 | WL 10.4 | pH 12 | Pf 2.6 | SOL 17 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr. % | LUB  % | CHL 9900 | T 109°F | DTL 2. | DTR 2.2 | CEC 30 | Ca 160 | MWP | |
| HP/HT | | PM 11.8 | ExL 2.2 | MUD MAT. USED | | WT. | | DISPRSNT 4 | GEL |

LIG  6 CAUS OTHER

| MUD RFC. $ 92,890 | 24 HRS. $  144  USED $ 41595 | | | | DRILL STRING DATA | | CAPACITY | | TORQUE ET-LBS |
|---|---|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD  9835 TVD | | | | | BBLS | STRKS | |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | | | 92 | 415 | DWM |
| ACT. CASH $ 665,085 | MOH $ 89,800 | DAYS 11 -6½ | | | WEIGHT | TOTAL | 130 | | |
| YEST. CASH $ 68,953 | C.F. BEFORE O.F. $ 3,722,700 | | | | | UP | 142 | | |
| NEXT MOVE | EQUIP | RIG ✓ | | | | DOWN | 126 | | |
| | | DRLG. AIDS ✓ | | | | | | | |

| 8½ Hrs Rig Repair | | CREWS | F | Chappell 1 |
|---|---|---|---|---|
| ✓ | | CONTRACTOR | 25 | Idaa /52 |
| | | TEXACO | 3 | |
| | | CATERER | 5 | |
| | | Halco | 2 | |
| | | MT | 1 | |
| | TD | Geo Tech | 4 | |

**HSIEHTEX 00179**

Exhibit 7
Page 109 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE ___15 AUG 84___
EST. NO. ___7-49975___
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 5140 | FORM: SD ☐ SH ☐ GUM ☐ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 4417 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 9 FTG. 723 | 20"--1369 | 1.3.3 (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238 MD 3550 MD | 9-5/8"-- | 8/19/84 | PKR. |
| 6215 TVD 3550 TVD | 7"-- | | |

| HRS | |
|---|---|
| ½ | Finl Survey |
| 5 | Ø to 4806 |
| 3½ | Circ Out GAS Cut Mud Wt 10.2 & 9.6 1800 Units GAS |
| | Raised wt 10.2 to 10.5 |
| 1 | Ø to 4887 Std to Flow Shut In Well |
| 1½ | Allowed Pressure to Stabilize SIDPP 360psi SICP 240psi |
| | Std wt. Up of Mud to 12# |
| 3 | Disp. Drill String w/ kill wt. Mud SIDPP 0psi Disp |
| | Annulus w/ mud Open Hydril No Flow Ck'd Atmos Up |
| | Lowest Mud wt 10.5ppg CHL Inc 3000-5000 No GAS No |
| | Contd. Mud. |
| 3 | Disp Riser & wt Up to 13.3ppg Circ & Cond. |
| 3 | Ø to 5140' KoP |
| 1½ | Circ & Cond. |

| BHA | 6M - X5 X5 X 12 HWt | 7¾ "DC'S 5 "HW 74/ FT. 66 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 12½ | R | 114 | BB299 9 | 16 16 16 | 1590 | 20½ | 20-30 | 180 | 1 4 |

| SPR 15 /300 | 27/500 | 36 /800 | 18"PMP 6¾ LNR 77 SPM 3 k PSI 721 GPM 92 / 197 AV. |
|---|---|---|---|

| WT. 12.3 | VIS. 40 | FV. 20 | YP 9 | PV/YP 2.1 | GELS 2/9 | WL 9.8 | pH 12 | Pf 2.4 | SOL 17 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr | LUB 0 % | CHL 3300 | T 109 °F | DTL 2.8 | DTR 2.1 | CEC 35 | Ca 160 | MWP 2.5 | |
| HP/HT | | PM 11.6 | ExLm 2.3 | MUD MAT. USED 1350 | | WT. 50 | | DISPRSNT 20 | GEL |
| 92 | LIG 35 | CAUS | OTHER Cima 30 | | | | | | |

| MUD REC. $ 92,850 | 24 HRS. $ 10,594 | USED $ 411,465 | | CAPACITY BBLS STRKS | TORQUE FT. LBS |
|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | 85 381 | 500-550 |
| O.E. REQ. $ | DATE | ATD 10053 MD | TOTAL 195 | | |
| ACT. CASH $ 618,953 | MOH $ 89,800 | DAYS 10 | UP 150 | | |
| YEST. CASH $ 569,173 | | C.F. BEFORE O.E. $ 3,722,700 | DOWN 140 | | |
| NEXT MOVE | EQUIP RIG Dynamatic Cnt | | | | |
| | DRLG. AIDS | | | | |

Ø WELL FLOWED e 4887. SIDPP 360PSI
1. CIRC OUT ON CHOKE W/ 12.0 MW
MUD. REQUIRED 10.5. SLIGHT CUT
MUD OFF BTM. RESUMED DRILLING.

| CREWS | E | BF 1 |
|---|---|---|
| CONTRACTOR | 36 | Clayol 1 |
| TEXACO | 3 | Sthion 1 |
| CATERER | 4 | |
| Hanovo | 1 | |
| MT | 1 | |
| GeoTech | 4 | |

**HSIEHTEX 00180**

Exhibit 7
Page 110 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0131

TEXACO  INC.
DRILLING REPORT

DATE  14 AUG 84
EST. NO.  7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY 4417 | FORM: SD ☐  SH ☑  GUM ☑ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 3550 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS. 11½  FTG. 857 | 20"--1369 | 13.3 (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238  MD  3550  MD | 9-5/8"-- | 8/19/84 | PKR. |
| 6215  TVD  3550  TVD | 7"-- | | |

| HRS | |
|---|---|
| 11½ | RLV TO TEST UPPER & LOWER TIW & INSIDE BOP 250/WOOD |
| 3 | TIH TO 3441 |
| 3 | Ø CIRC, FC, SHALE, 10' FORM TO 3550. |
| 1 | CIRC BTM UP. SPOT GEL PILL. |
| 3½ | NU INJO. TEST SEAT W/ 640 PSI + 9.2 PPG ≈ 13.3 PPG |
| 11½ | Ø |
| ½ | CIRC FOR SURVEY. |
| | ANTI NET SURVEY |

| BHA | 8¼" — X5X5X12HW | 7¼"DC's 5 "HW 741 FT. 66 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 12¼ | R | 1HL | BB2799 | 16 16 16 | 857 | 11½ | 20/28 | 130 | |

| SPR 32/500 | 42800 | 521000 | 18"PMP 6¾"LNR | 80SPH | 3000PSI | 82¾GPM | 105 / 228 AV. |
|---|---|---|---|---|---|---|---|

| WT.10.2 | VIS.40 | PV.14 | YP 10 | PV/YP 1.4 | GELS 3/8 | WL 10.4 | pH 12 | PE 2.6 | SOL 9 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR | LUB 0 | CHL 4000 | T 100 °F | DTL 1.75 | DTR 1.33 | CEC 37.5 | Ca 160 | MWP 2.4 |
| HP/HT | | PM 12 | ExLm 2.5 | MUD MAT. USED | 550 | | WT. 48 | DISPRSNT 145 GEL |
| 40 | LIG 40 | CAUS | OTHER 54 LIME  1 SODA ASH | | | | | |

| MUD REC.$ 88201 | 24 HRS. $ 5212 | USED $ 5082 | | | |
|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD  9835 TVD | |
| O.E. REQ. $ | DATE | ATD 10053 MD | |
| ACT. CASH $ 569,173 | MOH $ 89,800 | DAYS 9-62 | |
| YEST. CASH $ 520,856 | C.F. BEFORE O.E. $ 3,722,700 | | |
| NEXT MOVE | RIG DYNAMITE BREAK | |
| | DRLG. AIDS ✓ | |

| | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|
| | BBLS | STRKS | |
| DRILL. STRING DATA | 71 | 318 | 460 |
| WEIGHT TOTAL | 132 | | |
| UP | 134 | | |
| DOWN | 130 | | |

TESTED CSG SEAT

| CREWS | 1 | 40 |
|---|---|---|
| CONTRACTOR | 36 | |
| TEXACO | 3 | BF 1 |
| CATERER | | |
| HALCO | 1 | 52 |
| MT | 1 | |
| GEOTECH | 4 | |

TTO

**HSIEHTEX 00181**

Exhibit 7
Page 111 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE   PROSPECT
COMPUTER #:  MO131

T E X A C O   I N C.
DRILLING REPORT

DATE 13 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY 3550 | FORM: SD☐  SH☐  GUM☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 3550 | CSG   30"--691 | LAST SEAT TEST | PERF. |
| HRS.       FTG. | 20"--1369 | (PPG) | |
| NEXT LOG   LAST LOG | 13-3/8"-- 3510 | NEXT BOP TEST | |
| 6238   MD 3550   MD | 9-5/8"-- | | PKR. |
| 6215   TVD 3550   TVD | 7"-- | | |

| HRS | |
|---|---|
| 1 | FN SETTING 13⅜ STACK ON SKID BEAMS. |
| 1½ | CHANGE RX RING ON L.R.P. INSTALL PODS. |
| 2 | LATCH L.R.P. FUN. TEST ON BOTH PODS. |
| 6½ | RAN 13⅜ STACK & RISER. TEST CHOKE & KILL LINES 250/5000. |
| 2½ | P/U SLIP JT. INST CHOKE & KILL LINES. TENSION LINES. LANDED & LATCH STACK.   TEST PULL W/ 100M# |
| 1 | RET WEAR BUSH. RUN TEST PKR. |
| 2½ | TEST BOPS 250/5000 /3500 ON BLUE POD. FUN. TEST YELLOW POD. |
| ½ | RET TEST PKR. TEST SHEAR RAMS 250/2347 |
| ½ | TEST CSL W/ 1000PSI. |
| ½ | SET WEAR BUSHING. POOH. |
| 2½ | INST. DIV. & N/U            (OVER) |

| BHA | B BS ᴵᴵᴵ — X 5 X 5 X 12HW | 7¾"DC'S  5  "HW 741 FT. 66 (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 12¼ | R | 114 | 2132799 | 16 16 16 | | | | | |

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

WT. 10  VIS 38  PV. 7  YP 16  PV/YP. 4  GELS 2/5  WL 12.8  pH 11  Pf 1.0  SOL 8
Sd. Tr.  LUB   %CHL 6900  T      °F DTL      DTR      CEC 40  Ca 40  MWP 3.0
HP/HT      PM 1.1  ExLm      MUD MAT. USED      WT.      DISPRSNT      GEL

LIG      CAUS OTHER

| MUD REC. $ 83201 | 24 HRS. $    0 | USED $ 23657 | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | |
| ACT. CASH $ 520,856 | MOH $89,800 | DAYS 8-2½ | TOTAL | | |
| YEST. CASH $ 493,788 | C.F. BEFORE O.E. $ 3,722,700 | | UP | | |
| NEXT MOVE | RIG ✓ | | DOWN | | |
| | DRLG. AIDS ✓ | | | | |

Ran & Latched Stack

Std P.U. New BHA

| CREWS | F |
|---|---|
| CONTRACTOR | 37 |
| TEXACO | 3 |
| CATERER | 5 |
| HOLKO | 2 |
| MT | / |
| LEDYEKA | 4 / 52 |

FT 0

**HSIEHTEX 00182**

Exhibit 7
Page 112 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #: MO131

T E X A C O   I N C.
DRILLING REPORT

DATE 12 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 3550 | FORM: SD ☐  SH ☐  GUM ☐  ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 3550 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.      FTG. | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"--3510 | NEXT BOP TEST | |
| 6238  MD  3550  MD | 9-5/8"-- | | PKR. |
| 6215  TVD  3550  TVD | 7"-- | FC 3444 | |

| HRS | |
|---|---|
| 3½ | RAN 13⅜ CSG. 22JTS SEO, 52JTS K55. TO 3510 |
| 1 | M/U 13⅜ X 20" HGR JT. LANDED CSG. TEST LOCK |
| | RING W/ 50 M# |
| 1½ | N/U HYD. CIRC & COND MUD. |
| 2½ | PUMP 800 SX (TAIL)(4½% DARI) @ 14.9 PPG, 1.30 |
| | 800 SX (H)(4½% DARI) @ 16.4 PPG, 1.08. STARTED |
| | PLUG W/ DART @ 3500 PSI. BUMP PLUG W/ 2500 PSI. |
| 8 | WOC (CODEO POLICY). N/D RUNNING TOOL. DISP |
| | RISER W/ SEAWTR. WASH WELLHEAD. SPOT 10 BBLS |
| | HEAVY WTR. POOH H/O RUNNING TOOL. L/D 17½ BHA. |
| | PREP. TO N/D. |
| 5½ | UNLATCH STACK. N/D CHOKE LINE. L/D SLICK JT. |
| | SET 20" STACK ON STUMP. |
| 2 | SET 13⅜ STACK ON SLICK BEAM. PREP TO RUN SAME. |

| BHA | | | | | | "DC'S | | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|---|---|---|---|
| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T  B  G |
| | | | | | | | | | | |

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 10 | VIS 38 | PV. 7 | YP 16 | PV/YP. 4 | GELS 2/5 | WL 12.8 | pH 11 | Pf 1.1 | SOL 8 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR | LUB  Z | CHL 6900 | T 87 °F | DTL | DTR | CEC 40 | Ca 40 | MWP 3.0 | |
| HP/HT | | PM 1.2 | ExLm | MUD MAT. USED | | WT. | | DISPRSNT | GEL |
| 10 | LIG / 10 | CAUS | OTHER | | | | | | |

| MUD REC. $ 82534 | 24 HRS. $ 320 | USED $ 25 264 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | | |
| ACT. CASH $ 493,788 | MOH $89,800 | DAYS 7-22 | WEIGHT | TOTAL | | |
| YEST. CASH $ 439,611 | C.F. BEFORE O.E. $ 3,722,700 | | | UP | | |
| | EQUIP RIG  ✓ | | | DOWN | | |
| NEXT MOVE | DRLG. AIDS  ✓ | | | | | |

| RAN 13⅜ CSG. | CREWS | F |
|---|---|---|
| CMT CSG W/ 2304 CUFT | CONTRACTOR | 57 |
| PULLED 20"/13⅜ STACK | TEXACO | 2 |
| | CATERER | 5 |
| | HOLKO | 1 |
| | MI | |
| IT O | | /46 |

**HSIEHTEX 00183**

Exhibit 7
Page 113 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE    PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE  11  AUG 84

EST. NO.  7-49975
397

| FIELD EUG ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.  1-RWC |
|---|---|---|---|
| DEPTH TODAY  3550 | FORM: SD ☐  SH ☐  GUM ☐ | | RIG  OCEAN DRILLER |
| DEPTH YEST.  3550 | CSG  30"--691 | LAST SEAT TEST | PERF. |
| HRS.       FTG. | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 6238   MD  3550   MD | 9-5/8"-- | | PKR. |
| 6215   TVD 3550   TVD | 7"-- | | |

| HRS | |
|---|---|
| 2½ | P/U 17½ BHA. INST. DIV. PKR. TIH TO 1409. |
| 14 | REAM & OPEN HOLE TO 17½" 1409-3550. |
| 2½ | CIRC & COND MUD. |
| 3 | POOH. |
| 1 | M/U CMT HEAD ON JT. D.P. INST. DART. R/U TO RUN CSG. |
| 1 | M/U SHOE & F.C. START RUNNING 13⅜" CSG. ± 200' ANT: 500' RUN |

| BHA | HOX X—X 4 X 4 X 12 HW | 7½"DC'S | 5 | HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| - | 17½ | SUM | 02 | 1417 V | | 2441 | 14 | 10/20 | 150 | |

| SPR | / | / | / | 18"PMP 6½"LNR 10 GPM 2400PSI 840 GPH 41 185 AV. |
|---|---|---|---|---|

| WT. 10 | VIS. 45 | PV. 7 | YP 29 | PV/YP. 24 | GELS 3/12 | WL 16 | pH 11 | Pf 1.1 | SOL 8 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. TR. | LUB % | CHL 7400 | T 88 °F | DTL | DTR | CEC 45 | Ca 40 | MWP 3.1 |
| HP/HT | PM | ExLm | MUD MAT. USED 200 | WT. | | DISPRSNT 195 GEL |
| 18 | LIC 27 | CAUS | OTHER | | | |

| STD REC. $ 82834 24 HRS. $ 3126   USED $ 24339 | | DRILL STRING DATA | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|
| EST. $ 3,454,000   MOH $ 767,000   DAYS 57 ATD 9835 TVD | | | BBLS | STRKS | |
| O.E. REQ. $         DATE         ATD 10053 MD | | | 51 | 234 | 350 |
| ACT. CASH $ 439611   MOH $89,800   DAYS 6-2½ | | WEIGHT | TOTAL 128 | | |
| YEST. CASH $ 403,133   C.F. BEFORE O.F. $ 3,722,700 | | | UP 130 | | |
| NEXT MOVE | EQUIP | RIG ✓  DRLG. AIDS ✓ | | DOWN 126 | |

OPENED HOLE TO 17½"
STARTED RUNNING CSG.

| CREWS | 1 RST | |
|---|---|---|
| CONTRACTOR | 34 | TOTO |
| TEXACO | 2 | LANS 4 |
| CATERER | 5 | |
| HOLCO | 1 | 47 |
| MT | 1 | |
| SEA | | |

TTO

**HSIEHTEX 00184**

Exhibit 7
Page 114 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 10 AUG 84
EST. NO. 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 3550 | FORM: SD ☐ SH ☐ GUM ☐ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 2855 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 4 FTG. 695 | 20"--1369 | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 3550 6238 MD 3550 MD | 9-5/8"-- | | PKR. |
| 3550 627 TVD 3550 TVD | 7"-- | | |

| HRS | |
|---|---|
| 3 | ∅ TO 3334 |
| 1 | CORE & SURVEY 3334-1/2" |
| 1 | ∅ |
| 1 | CIRC BTM UP. |
| 2 | R/U & RAN MULTISHOT GYRO IN 100' INTERVALS. |
| 2½ | POOH. |
| 4 | R/U SCH. RUN GR/ISF/SONIC 3550-1369. R/D. |
| 2 | M/U 13⅜" RUNNING TOOL. |
| 3 | RIG REPAIR. (BEARING ON DRAWWORKS). |
| 3 | GIH. OPEN ENDED. L/D 48 JTS. D.P. |
| 1½ | L/D 12¼ DHA. P/U 17½ HO & STABS. |
| | |
| | 3550 - 20.65 N 65° 15' 0" W OF SURFACE. |

| BHA | HOX¹ᴰ X—X 4X4X12MW | 7¼ DC's 5 HW FT. (M LBS) |
|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| RR | 12¼ | H | 111 | BIC124 | 16 16 16 | 301.5 | 23 | 15/20 | 120 | 5 4 I |
| | 17½ | SUM | BN | 14178 | | | | | | |
| SPR | | | 1 | 18" PMP 6¾" LNR 108 PM | 2600 PSI 840 GPM | 41 | 1 250 AV. |

| WT. 10 | VIS. 45 | PV. 6 | YP 28 | PV/YP. 21 | GELS 5/11 | WL 16.3 | pH 11.0 | PF 1.1 | SOL 8 % |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr. % | LUB % | CHL 5200 | T 87 °F | DTL .26 | DTR .2 | CEC 45 | Ca 120 | MWP 5.1 |
| HP/HT | | PM 1.2 ExLm | MUD MAT. USED 100 WT. | | DISPRSNT 10 GEL |

| 5 LIG 5 CAUS OTHER | |

| MUD REC. $ 67496 | 24 HRS. $ 820 | USED $ 22-213 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3.454,000 | MOH $ 767,000 DAYS 57 ATD | 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | 51.5 | 234 | 350 |
| ACT. CASH $ 403,133 | MOH $89,800 | DAYS 5 - 2½ | TOTAL | 124 |
| YEST. CASH $ 307,412 | C.F. BEFORE O.E. $ 3,722,700 | | UP | 130 |
| NEXT RANGE | RIG | | DOWN | 120 |
| | DRLG. AIDS | | | |

| RAN GR/ ISF/SONIC 1369-3550 | | CREWS | F |
|---|---|---|---|
| GIH W/ HO | | CONTRACTOR 55 | BR |
| | | TEXACO 2 | VETRO 1 |
| | | CATERER 5 | LAMB 4 |
| | | HOWCO 1 | |
| | TT O | MT 1 | 53 |
| | | SCH 4 | |

**HSIEHTEX 00185**

Exhibit 7
Page 115 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY

PARTRIDGE    PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE ___9 AUG 84___

EST. NO. ___7-49975___

397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. J-RWC |
|---|---|---|---|
| DEPTH TODAY 2855 | FORM: SD ☐ SH ☐ GUM ☐    ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 1400 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. 12 FTG. 1455 | 20"--1369 | (PPG) | |
| NEXT LOG    LAST LOG | 13-3/8"-- | NEXT BOP TFST | |
| 3550 MD          MD | 9-5/8"-- | | PKR. |
| 3550 TVD        TVD | 7"-- | | |

| HRS | |
|---|---|
| 7/2 | P/U BHA. INST. DIV. BAY. GIH TO 638' |
| 1 | N/U HWLD. TEST LINES 5000. BROKE CIRC. TEST |
| | CSG W/ 203 PSI. -30MIN. FULL. TEST DIV. SYS. |
| 3 | FLT. TAG CMT @ 1306 (SOFT). DISP. RISER W/MUD |
| | BUILD VOL. IN ATS. |
| 2 | ∅ CMT & SHOE 1306 - 1369. WASH TO BTM. ∅ TO |
| | 1410. CIRC. HOLE CLEAN. |
| 4 | POOH. CHANGE BHA. TIH. |
| 12 | ∅ |
| 1/2 | SURVEY 2360 - 3/4° |
| | ANT: ∅ @ 3000' |
| | |
| | MMS - OK. |

| BHA | 8 II -- X 4 X 4 X 12 HW | 7 3/4" DC'S | 5 "HW | 632 FT. | 44 (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | | CONDITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 17½ | STC | 111 | 190666 | 16 | 16 | 16 | 10 | 1/2 | 10 | 90 | | 1 | 1 | I |
| 4 | 12¼ | H | 111 | BHJL4 | 16 | 16 | 16 | 2320 | 19 | | 15/25 | 120 | | | |

| SPR 33/500 | 45/800 | 52/1000 | 18"PMP 34"LNR | 60 SPM | 2600 PSI | 840 GPM | 230 / 41 AV. |
|---|---|---|---|---|---|---|---|

| WT. 10 | VIS. 45 | PV. 6 | YP 28 | PV/YP. 21 | GELS 3/12 | WL 18 | pH 11 | PF 1.2 | SOL 8 |
|---|---|---|---|---|---|---|---|---|---|
| Sd. Tr. | LUB    % | CHL 7200 | T 87  °F | DTL .26 | DTR .20 | CEC 47.8 | Ca 160 | MWP 2.2 | |
| HP/HT | | PM 1.3 | ExLm | | MUD MAT. USED 1400 | WT. | | DISPRSNT 280 GEL | |
| 20 | LIC 20 | CAUS | OTHER | | | | | | |

| MUD REC. $ 67496 | 24 HRS. $ 10720 | USED $ 21393 | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | ATD 10053 MD | | | 51.5 | 284 | 360 |
| ACT. CASH $ 307,412 | MOH $ 89,800 | DAYS 4-22 | | WEIGHT | TOTAL | 126 | |
| YEST. CASH $ 259,339 | C.F. BEFORE O.E. $ 3,722,700 | | | | UP | 128 | |
| NEXT MOVE | EQUIP | RIG ✓ | | | DOWN | 124 | |
| ✓ | | DRLG. AIDS ✓ | | DRILL. STRING DATA | | | |

| CREWS | | |
|---|---|---|
| CONTRACTOR | 36 | BF 1 |
| TEXACO | 2 | |
| CATERER | 6 | |
| | HRLD | 51 |
| TTD | MT | |
| | SCH | 4 |

**HSIEHTEX 00186**

Exhibit 7
Page 116 of 219

PO-212B (12-83)

□ MAXIMUM SECURITY
PARTRIDGE    PROSPECT
COMPUTER #:  M0131

T E X A C O   I N C.
DRILLING REPORT

DATE   8 AUG 84

EST. NO.  7-49975
397

| FIELD   EUG ISL BLK 397 | LEASE   OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY   1400 | FORM: SD □   SH □   GUM □        □ | | RIG   OCEAN DRILLER |
| DEPTH YEST.   1400 | CSG   30"--691 | LAST SEAT TEST | PERF. |
| HRS.        FTG. | 20"--1369 | (PPG) | |
| NEXT 10G   LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 3550   MD        MD | 9-5/8"-- | | PKR. |
| 3550   TVD       TVD | 7"-- | | |

| HRS | |
|---|---|
| 1½ | BACK OFF RUNING TOOL P.U. 1' WASH AND SPOT ~~LIGHT~~ LIGNO WTR. |
| 21 | R.U. P.U. STACK INSTALL BALL JOINT AND BLUE POD |
| | FUNCTION TEST HYDRIL AND CHOKE VALVES. P.U. RISER |
| | AND TEST KILL LINE 2000 psi WHILE RUNING STACK |
| | TO 525'. INSTALL RUCKER SYSTEM AND TENSION |
| | UP SAME. LATCH STACK ON WELL HEAD, PULL |
| | 100,000 LBS. O.K., FLUSH OUT CHOKE LINE TESTED |
| | 2000 psi O.K. R.U. INSTALL DIVERTER HOUSING |
| | AND FUNCTION TEST SAME O.K. |
| 1½ | P.U. BIT #3 AND CHANGE OUT BHA |
| | ART GIH |
| | |
| | |
| | |

| BHA | B SUB 9 DC 12 HW | | 7¾ "DC'S | 5 "HW | 638 FT. | 46 (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPF | SERIAL NO. | JET SIZE 32NDS | | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 17½ | SEC | 111 | 190666 | 16 | → | 4 | | | | | | |

| SPR | | / | | / | 18"PMP 6¾"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. 10.0 | VIS. 45 | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Sd. | % LUB | % CHL | T | °F DTL | DTR | CEC | Ca | MWP | | |
| HP/HT | PM | ExLm | MUD MAT. USED | | WT. | | DISPRSNT | GEL | | |
| | LIG | CAUS | OTHER | | | | | | | |

| MUD RFC. $ 67,496 34 HRS. $ 1,899 | USED $ 10673 | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $ 767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | FT. LBS |
| O.E. RFC. $ | DATE | ATD 10053 MD | | | | |
| ACT. CASH $ 259,339 | MOH $ 89,800 | DAYS 3-0 | | TOTAL | | |
| YEST. CASH $ 181,048 | C.F. BEFORE O.F. $3,722,700 | | | UP | | |
| | | | | DOWN | | |
| NEXT MOVE | | RIG ✓ | | | | |
| | | DRLG. AIDS ✓ | | | | |

Ran and latched stock. R.U. Diverter
System

| CREWS | F | CREW CHG. |
|---|---|---|
| CONTRACTOR | 37 | |
| TEXACO | 3 | |
| CATERER | 6 | |
| HOWCO | 1 | 47 |

TT 0

**HSIEHTEX 00187**

Exhibit 7
Page 117 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE ___ PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE ___ 7 AUG 84
EST. NO. ___ 7-49975
397

| FIELD EUG ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY 1400 | FORM: SD ☐ SH ☐ GUM ☐ ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST. 1400 | CSG 30"--691 | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"-- 1369 | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 3550 MD MD | 9-5/8"-- | | PKR. |
| 3550 TVD TVD | 7"-- | | |

| HRS | |
|---|---|
| 1/2 | MAKE UP 20" CSG. HANGER AND STAND IN DERRICK |
| 2 1/2 | MAKE UP 26" DRAG BIT WSH TO TOP OF 30" |
| 7 1/2 | OPEN HOLE 12 1/4 - 26" 524'- 1400' |
| 1/2 | CHECK SURVEY @ 1107'  1/2° |
| 1 1/2 | CIRC. AND DISP. SEAWTR. W/ 10.0 PPG MUD |
| 1 1/4 | POH @ 1400' |
| 7 | R.U. & RUN 21 JTS 20" K55 CSG., AND 20" HOUSING |
| | LAND SAME.   SHOE AT 1369' |
| 1/2 | CIRC. 20" |
| 1 1/2 | R.U. HOWCO CMT. 400 SKS. TLW + 2% CACL. 11.9 PPG 1.8 YLD |
| | + 370 H 2% CACL 16.2 PPG 1.08 YLD. - DISPLACED |
| | TO 1334' |
| 1 | WOC |
| | ART BACK OFF RUNING TOOL WASH WELL HEAD |

| BHA | B BS --X-- X 3DCK 12HW 7 3/4"DC'S 5 "HW 623 FT. 46 (M LBS) |
|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 26 | SMT. | DRAG | DB 11 | 6 - 16/32 | 709 | 7 1/2 | 10/15 | 130 | RR RUNNING |

| SPR | 1 | 1 | 1 | 18"PMP 6 3/4"LNR 108 SPM 1200 PSI 988GPM 38 / 42 AV. |
|---|---|---|---|---|

| WT. 10.0 | VIS. 45 | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL |
|---|---|---|---|---|---|---|---|---|---|
| Sd. | % LUB | % CHL | T | °F DTL | DTR | CEC | Ca | MWP | |
| HP/HT | PM | ExLm | MUD MAT. USED 180 WT. | | DISPRSNT 217 GEL | | | | |

LIG 26 CAUS OTHER

| MUD REC. $ 52,150 | 24 HRS. $ 3,627 | USED $ 8,774 | | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $767,000 | DAYS 57 ATD 9835 TVD | | BBLS | STRKS | |
| O.E. REQ. $ | DATE | ATD 10053 MD | | 292 | 1321 | 20"CSG. |
| ACT. CASH $ 181,048 | MOH $ 89,800 | DAYS 2-0 | | TOTAL | 88 | |
| YEST. CASH $ 121,366 | C.F. BEFORE O.F. $3,722,700 | | | UP | 88 | |
| NEXT MOVE | RIG ✓ DRLG. AIDS ✓ | | | DOWN | 88 | |

OPEN HOLE
RUN AND CMT. 20" CSG. WITH 1119 CU. FT.

| CREWS | E |
|---|---|
| CONTRACTOR | 37 |
| TEXACO | 3 |
| CATERER | 4 |
| HOWCO | 1 |
| 08. CSG. | 3 / 48 |

TT O

**HSIEHTEX 00188**

Exhibit 7
Page 118 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #: 11013|

T E X A C O   I N C.
DRILLING REPORT

DATE 6 AUG 84
EST. NO. 7-49975
              373

| FIELD EUGENE ISL BLK 397 | LEASE  OCS 5529/EI 397 | | WELL NO.   1-RWC |
|---|---|---|---|
| DEPTH TODAY  1400 | FORM: SD ☐  SH☐  GUM☐          ☐ | | RIG OCEAN DRILLER |
| DEPTH YEST.   0 | CSG   30"--691' | LAST SEAT TEST | PERF. |
| HRS. 7   FTG. 1400 | 20"-- | (PPG) | |
| NEXT LOG     LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 3550      MD | 9-5/8"-- | | PKR. |
| 3550      TVD        TVD | 7"-- | | |

| HRS | |
|---|---|
| 1 | WAITING ON 30" TO SET 156' PENETRATION |
| 1½ | BACK OFF RUNING TOOL AND POH LAYING DOWN JETTING |
| | STRING |
| 4½ | P.U. BIT #1 AND BHA. WIH TO TOP OF 30". R.U. TV |
| | CAMERA & STAB INTO 30" |
| 1½ | POH WITH TV CAMERA |
| 1½ | MIX 10.0 PPG KILL MUD |
| 4 | Ø SPUD IN 14:30  8-5-84 |
| ½ | SURVEY 957' ¼° |
| 5 | PRESSURE BUILD UP ON D.P. POH AND FOUND |
| | BARITE PLUG IN BIT SUB. CHANGED OUT BIT SUB |
| | WIH TO TOP OF 30". R.U. TV CAMERA RAN TOP OF 30" |
| | STAB D.P. INTO ~~MID~~ TOP OF 30" |
| 3 | Ø                                  (OVER) |

| BHA | B BS 120C 12 HW | 7¾"DC'S | 5 "HW 727 FT. | 55 (M LBS) |
|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12¼ | HTC | 111 | BK124 | 16 — 0 | 1400 | 7 | 10/15 | 120 | 1 | 1 | I |

| SPR · / | | / | 18"PMP 6⅝ LNR 90 SPM 2500 PSI 975GPM 159/ 230 AV. |
|---|---|---|---|

WT. 10.0  VIS. 46  PV. 6  YP 29  PV/YP. 21  GELS 3/8  WL 16.4  pH 11  PF 42  SOL 8 %
Sd. 0 °  LUB 0 %  CHL 19,000  T —  °F DTL 26  DTR 16  CEC 50  Ca 360  MWP 4.8
HP/HT  PM 1  ExLm  MUD MAT. USED  300 WT.  DISPRSNT 555 GEL

| LIG 31 CAUS OTHER | | | | | |
|---|---|---|---|---|---|

| | | | | | DRILL STRING DATA | CAPACITY | | TORQUE FT. LBS |
|---|---|---|---|---|---|---|---|---|
| MUD REC. $ 52150  24 HRS. $ 5,147  USED $ 5,147 | | | | BBLS | STRKS | |
| EST. $ 3,454,000  MOH ATD  9385 TVD  DAYS 57 | | | 7.7 | 37 | 230A |
| O.E. REQ. $        DATE        ATD 10053 MD | | | WEIGHT | TOTAL  92 | |
| ACT. CASH $ 121,366  MOH $        DAYS / -/ | | | | UP      92 | |
| YEST. CASH $ 47,607  C.F. BEFORE O.E. $3,722,700 | | EQUIP RIG ✓ | | | |
| NEXT MOVE | | DRLG. AIDS ✓ | DOWN    92 | | |

| JET 30" | | | | CREWS | F |
|---|---|---|---|---|---|
| SPUD IN AT 1430 HRS. 8-5-84 | | | | CONTRACTOR | 37 |
| | | | | TEXACO | 3 |
| | | | | CATERER | 5 |
| | | | | Howco | 1 |
| | | | | OFF. ORG. | 3 |
| | | | TTO | DATA COMM | 1/50 |

**HSIEHTEX 00189**

Exhibit 7
Page 119 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #:  M0121

T E X A C O   I N C.
DRILLING REPORT

DATE 5 AUG 84
EST. NO. 7-49975
373

| FIELD EUGENE ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY | FORM: SD ☐  SH ☐  GUM ☐ | ☐ | RIG OCEAN DRILLER |
| DEPTH YEST. | CSG 30"-- | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"-- | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"-- | NEXT BOP TEST | |
| 3550 MD MD | 9-5/8"-- | | PKR. |
| 3550 TVD TVD | 7"-- | | |

| HRS | |
|---|---|
| 12 | RUNNING ANCHORS 1-9 |
| 4 | PUMP RIG DOWN TO 70' DRAFT |
| 6½ | POSITION RIG ON LOCATION AT 3:00 HRS. 8-5-84 |
| 1½ | GIH w/ JETTING ASSY.   JET 30" DRIVE PIPE |
| | ART JETTING 30" |
| | LOC. 6224' N LINE  5344 W. LINE |
| | X - 1,870,144.56 |
| | Y 258,279.94 |

RKB - MWL = 93'
RKB - ML = 535
WD = 442

| BHA | | | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| TR | / | / | / | 18 "PMP 6⅜"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|

| WT. | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL |
|---|---|---|---|---|---|---|---|---|---|
| Sd. | LUB | CHL | T | °F DTL | DTR | CEC | Ca | MWP | |
| HP/HT | | PM | ExLm | MUD MAT. USED | | WT. | DISPRSNT | GEL | |
| | LIG | CAUS OTHER | | | | | | | |

| ACT. REC. $ | 24 HRS. $ | USED $ | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ 3,454,000 | MOH $767,000 | DAYS 57 ATD 9385 TVD | | | BBLS | STRKS | FT. LBS |
| O.F. REC. $ | DATE | ATD 10053 MD | | | | | |
| ACT. CASH $ 47,607 | MOH $ | DAYS | | TOTAL | | | |
| YEST. CASH $ 16,022 | C.F. BEFORE O.F. $3,722,700 | | | UP | | | |
| NEXT MOVE | EQUIP RIG | | | DOWN | | | |
| | DRLG. AIDS | | | | | | |

RUNNING ANCHORS
POSITION RIG ON LOCATION AT 0300 HRS 8-5-84

| CREWS | F |
|---|---|
| CONTRACTOR | 37 |
| TEXACO | 3 |
| CATERER | 5 |
| HOUCO | 1 / 46 |

**HSIEHTEX 00190**

Exhibit 7
Page 120 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
PARTRIDGE   PROSPECT
COMPUTER #: M0131

T E X A C O   I N C.
DRILLING REPORT

DATE 4 AUG 84
EST. NO. 7-49975
373

| FIELD EUGENE ISL BLK 397 | LEASE OCS 5529/EI 397 | | WELL NO. 1-RWC |
|---|---|---|---|
| DEPTH TODAY | FORM: SD ☐ SH ☐ GUM ☐ | | ☐ RIG OCEAN DRILLER |
| DEPTH YEST. | CSG 30"-- | LAST SEAT TEST | PERF. |
| HRS. FTG. | 20"-- | (PPG) | |
| NEXT LOG LAST LOG | 13-3/8"-- | NEXT BOP TFST | |
| 3550 MD MD | 9-5/8"-- | | PKR. |
| 3550 TVD TVD | 7"-- | | |

| HRS | |
|---|---|
| 12½ | UNDER TOW |
| | ACT- SHORTEN TOW LINES - HOOK UP PENNANT |
| | LINES ON #6 S #7 - MOVING ONTO LOC. |

| BHA | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFC. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| UPR | / | / | / | 18"PMP 6¾"LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|
| WT. | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL |
| Sd. | °LUB | %CHL | T | °F DTL | DTR | CEC | Ca | MWP | |
| HP/HT | | PM ExLm | MUD MAT. USED | | WT. | DISPRSNT | GEL | | |

| ACT RFC. $ 48,162  24 HRS. $ # | USED $ | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ 3,454,000 MOH $767,000 DAYS 57 ATD 9385 TVD | DRILL STRING DATA | BBLS | STRKS | FT. LBS |
| O.E. RFC. $ DATE ATD 10053 MD | | | | |
| ACT. CASH $ 16,022 MOH $ DAYS | WEIGHT | TOTAL | | |
| YEST. CASH $ C.F. BEFORE O.F. $3,722,700 | EQUIP | UP | | |
| NEXT MOVE RIG | | | | |
| | DRLG. AIDS | | DOWN | |

Moving Rig

| CREWS | F |
|---|---|
| CONTRACTOR | 37 |
| TEXACO | 3 |
| CATERER | 5 |
| HOWCO | 1 |
| SUBMAR | 2 |
| MT | 1 /49 |

**HSIEHTEX 00191**

Exhibit 7
Page 121 of 219

PO-212B (12-8.)

☐ MAXIMUM SECURITY
☐ PROSPECT

M0371

TEXACO INC.
DRILLING REPORT

DATE 07/08/87
EST. NO. 759751

| FIELD | E I 394 | LEASE | OCS - G - 5527 | | WELL NO. | 2 |
|---|---|---|---|---|---|---|
| DEPTH TODAY | | FORM: SD ☐ SH ☐ GUM ☐ | | ☐ | RIG Century | |
| DEPTH YEST. | | CSG | | LAST SFAT TEST | PERF. | |
| HRS. | FTG. | | | (PPG) | | |
| NEXT LOG | LAST LOG | | | NEXT BOP TEST | | |
| | MD | MD | | | PKR. | |
| | TVD | TVD | | | | |

HRS
1½    Finished off loading Eqpt. on Boat

Release Rig 0600 Hrs. 7/7/87

| BHA | | | "DC"S | "BW | FT. | (M.LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFC. | TYP! | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T | B | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. | | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL |
|---|---|---|---|---|---|---|---|---|---|---|
| Sd. | LUB | %CHL | | T | °F DTL | DTR | CEC | Ca | MWP |
| HP/HT | | PM | | ExLm | MUD MAT. USED | | WT. | DISPRSNT | GEL |
| | LIG | CAUS | OTHER | | | | | | |

| NET RFC. $ | | 24 HRS. $ | | USED $ | | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|---|---|
| EST. $ | | MOH $ | | DAYS | ATD | | BBLS | STRKS | FT. LBS |
| O.E. RFG. $ | | DATE | | ATD | | | | | |
| ACT. CASH $ 2,057,239 | MOH $ | | DAYS 43 -11 | | TOTAL | | |
| YEST. CASH $ 2,066,239 | C.F. BEFORE O.F. $ | TT 2.5 | | UP | | |
| NEXT MOVE | | RIG | | TT$ 94087 | | DOWN | |
| | DRLG. AIDS | | | | | | |

Rig off Payroll 0600 hrs. 7 July 87.
Classify: John Hale, ASP
Final Report

| CREWS | |
|---|---|
| CONTRACTOR | |
| TEXACO | |
| CATERER | |

**HSIEHTEX 00192**

Exhibit 7
Page 122 of 219

□ MAXIMUM SECURITY
___ PROSPECT

M0371

**TEXACO INC.**
DRILLING REPORT

DATE 7-7-87
EST. NO. 739751

| FIELD EI 394 | LEASE OCS-G-5527 | | WELL NO. 2 |
|---|---|---|---|
| DEPTH TODAY — | FORM: SD □  SH □  GUM □  □ | | RIG Century |
| DEPTH YEST. | CSG | LAST SEAT TEST | PERF. |
| HRS.      FTG. | | | (PPG) |
| NEXT LOG     LAST LOG | | NEXT BOP TEST | |
| MD          MD | | | PKR. |
| TVD         TVD | | | |

| HRS | |
|---|---|
| 1/2 | N/D RISER HANDLING EQUIP |
| 4 | M/U 20" RUNNING TOOL & TIH, SCREW INTO WELLHEAD & PULL |
| | 20" & 30" WELLHEAD, WELL P&A. 0900 HRS 7-6-87 |
| 5 | SET GUIDE BASE ON BEAMS, REMOVE 20" WELLHEAD & 30" FROM GUIDE |
| | BASE, N/D 20" WELLHEAD, CUT & N/D 30" MOVE GUIDE BASE TO PIPERACK |
| 3 | N/D HWDP, DC'S & AZ TOOLS OUT OF DERRICK |
| 3 1/2 | R/U COCHRAN & RUN SIDESCAN SONAR ON D.P. |
| 1 | N/D D.P. |
| 7 | OFFLOAD PIPE & EQUIP ONTO WORKBOAT |
| | RELEASE RIG. 0600 HRS 7/7/87 |
| | |
| | ✱ UNABLE TO PULL BACKDOWN & STANDBY ANCHOR SYSTEMS ; |
| | N/V NICOR REPUBLIC CAPTAIN SAID LASER ANCHOR CREW WAS |
| | VERY INEXPERIENCED |

| BHA | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | | / | | "PMP  "LNR  SPM | PSI | GPM | / | | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. | | VIS. | | PV. | | YP | | PV/YP | GELS | WL | | pH | | Pf | | SOL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sd. | Z | LUB | Z | CHL | | T | | °F | DTL | DTR | | CEC | | Ca | | MWP | |
| HP/HT | | | PM | | ExLm | MUD MAT. USED | | | WT. | | | DISPRSNT | | GEL | | | |
| | | LIG | | CAUS | OTHER | | | | | | | | | | | | |

| MUD REC. $ 201,389 | 24 HRS. $ | | USED $ 160,533 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|---|---|
| EST. $ | MOH $ | | DAYS     ATD | | BBLS | STRKS | FT. LBS |
| O.E. REQ. $ | DATE | | ATD | | | | |
| ACT. CASH $ 2056, 239 | MOH $ | | DAYS 42 -IL | TOTAL | | | |
| YEST. CASH $ ~~1956,780~~ | C.E. BEFORE O.E. $ | | TT 2.5 | UP | | | |
| 2,001,780 | RIG | | T# 94087 | DOWN | | | |
| NEXT MOVE | DRLG. AIDS | | | | | | |

| PULLED 20" & 30" | CREWS | FULL |
|---|---|---|
| OFFLOAD EQUIP FROM RIG | CONTRACTOR 34 | DATACOM 1 |
| | TEXACO | |
| | CATERER | 6 |
| | 45 | 1 |
| | AZ | 1 |
| | COCHRAN | 2 |

HSIEHTEX 00193

Exhibit 7
Page 123 of 219

PO-212B (12-83)

☐ MAXIMUM SECURITY
   PROSPECT

TELE 385
     440
     360   M0371 RWC

**TEXACO INC.**
**DRILLING REPORT**

DATE 7-6-87
EST. NO. 759751

| FIELD EI 394 | LEASE OCS-G-5527 | | WELL NO. 2 |
|---|---|---|---|
| DEPTH TODAY 539 (PBD) | FORM: SD ☐ SH ☐ GUM ☐ | ☐ | RIG CENTURY |
| DEPTH YEST. 7239 (PBD) | CSG 30 · 640 | LAST SEAT TEST | PERF. RB-WL 405 |
| HRS. FTG. | 20 1460 | (PPG) | WD 426 |
| NEXT LOG   LAST LOG | | NEXT BOP TFST | RB-ML 489 |
| MD 13323 MD | EST. CMT TOP 539' | | PKR. RB-20" 479 |
| TVD 11511 TVD | | | |

| HRS | |
|---|---|
| 5½ | TIH, CUT 13⅜ @ 639, LATCH & RETRIEVE, L/D SAME |
| ½ | TIH O/E TO 839' |
| 2 | R/U BJ, MIX/PUMP 280 SX H + 2% FP8 + 2% CaCl2, 16.4 PPG, 1.06 V, SPOT SAME 539-839' |
| 1½ | P/U TO 519, DISP MUD w/SW |
| 4½ | M/U AZ 20" CUTTER, TIH & CUT 20" @ 514', POOH & L/D AZ |
| 1½ | TIH TO STACK w/D.P., WASH SAME, POOH, L/D D.P. |
| 8½ | N/D FLOWLINE, CHOKE & KILL LINES, RUCKERS & SLIP JT., PULL RISER & SET STACK ON STUMP |

| BHA | | | "DC'S | "HW | FT. | (M LBS) |
|---|---|---|---|---|---|---|

| BIT NO. | SIZE | MFG. | TYPE | SERIAL NO. | JET SIZE 32NDS | FTG. | HRS. | BIT WT. (M LBS) | ROT. RPM | CONDITION T B G |
|---|---|---|---|---|---|---|---|---|---|---|

| SPR | / | / | / | "PMP | "LNR | SPM | PSI | GPM | / | AV. |
|---|---|---|---|---|---|---|---|---|---|---|

| WT. SW | VIS. | PV. | YP | PV/YP | GELS | WL | pH | Pf | SOL |
|---|---|---|---|---|---|---|---|---|---|
| Sd. %LUB | %CHL | °F DTL | T | DTR | CEC | Cs | MWP |
| HP/HT | TPM | ExLm | MUD MAT. USED | WT. | DISPRSNT | GEL |
| LIG | CAUS | OTHER | | | |

| MUD REC. $ 201,389 24 HRS. $ | USED $ 160 533 | | CAPACITY | | TORQUE |
|---|---|---|---|---|---|
| EST. $ | MOH $ | DAYS ATD | BBLS | STKS | FT. LBS |
| O.E. REQ. $ | DATZ | ATD | | | |
| ACT. CASH $ 2,001,740 MOH $ | DAYS 4 -11 | | | |
| YEST. CASH $ 1,976,190 C.E. BEFORE O.E. $ | TT 2.5 | TOTAL | |
| NEXT MOVE | RIG | TT# 94087 | UF | |
| | DRLG. AIDS | | DOWN | |

CUT & RECOVERED 13⅜ CSG @ 639'
SPOT CMT PLUG 539-839
CUT 20" @ 514'
PULLED BOP STACK.

| CREWS | FULL |
|---|---|
| CONTRACTOR | 24 |
| TEXACO | |
| CATERER | 6 |
| BJ | 1 |
| AZ | 1 |

**HSIEHTEX 00194**

Exhibit 7
Page 124 of 219

```
MAXIMUM SECURITY   N                                              DATE  07/05/87
PROSPECT   BLUEJAY                        TEXACO INC.             REPORT NO.  44
COMPUTER NO.  M0371                    DRILLING REPORT            ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5537 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: HARRISON | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | | NEXT LOG - | | CASING | | |
| WATER DEPTH: 424 | ATD - TVD: 11565 | | MD: | 30" | SIZE | M. DEPTH 640 | TVD 640 |
| RKB - MWL: 65 | MD: 13356 | | TVD: | 20" | | 1496 | 1496 |
| ML: 409 | | | | 13 3/8" | | 3490 | 3490 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | | LAST LOG - | 9 5/8" | | 7364 | 6810 |
| ON LOC - DATE: 05/24/87 | CE BEFORE DE $ 0 | | MD: 13323 | | | | |
| - TIME: 13:00 | M3H $ 647000 | | TVD: 11511 | | | | |
| SPUD - DATE: 05/26/87 | | | | | | | |
| - TIME: 08:00 | | | | | | | |

| DEPTH TODAY: 7239   PBD | ACTUAL CASH $ 1976190 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 11500 | YEST CASH $ 1940528 | TOP | BOTTOM | TYPE | DEPTH | |
| HOURS DRLG: | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: | | DAYS FROM SPUD: 40 | | TROUBLE TIME - DAYS: 2.5 | | |
| LAST SEAT TEST: 16.7   (PPG) | | | | - %: 6.3 | | |
| LEAKOFF: Y | DIFF FROM GOAL: -11 | | | - COST $: 94087 | | |
| NEXT BOP TEST: 07/04/87 | | | | - %: 4.6 | | |

| HOURS / TI | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|
| 3 | FIH W/ RETAINER | | M.DEPTH | INCLIN | BEARING | DLS |
| 3 | SET RETAINER @ 7209, R/U BJ, TEST LINES, BOP 350 PSI, EST. | | | | | |
| 1 | INJ. RATE 1.5 BPM @ 600 PSI, 3 BPM @ 900 PSI, MIX & PUMP | | | | | |
| 1 | 320 S% H + .2% FP@, 16.4 PPG, 1.06Y, PUMP 300 S% BELOW TOOL | | | | | |
| 1 | @ 6 BPM @ 1000 PSI, SPOT 20 S% ON TOP OF RET., P/U & REV OUT | | | | | |
| .5 | TEST PLUG W/ 1000 PSI FOR 30 MINUTES | | | | | |
| .5 | POOH, L/D 205 JTS 5" D.P. | | | | | |
| 1.5 | RETRIEVE WEAR BUSHING | | | | | |
| 1 | OFFLOAD TEX. EQUIP  ON WORKBOAT | | | | | |
| 6.5 | H/U AZ CUT RETRIEVE TOOLS, TIH, CUT 9 5/8 @ 689',FAIL TO LATCH | | | | | |
| 1 | SAME, POOH, CHANGE SPEAR, TIH, FULL 9 5/8 HGR & CSG, L/D SAME | | | | | |
| 1.5 | H/U 13 3/8 CUT/RETRIEVE TOOLS | | LAST SURVEY TAKEN | | | |
|  |  | | MD: 13228 | | TVD: 11448 | |
|  |  | | INCL: 42 | | BEARING: S  41 W | |
|  |  | | N/S COORD: S  4440 E/W COORD: W  3067 | | | |
|  |  | | VERT SECT: 5406  DOG LEG: 0.0 | | | |
|  |  | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00195**

Exhibit 7
Page 125 of 219

```
MAXIMUM SECURITY   N                                      DATE   07/05/87
PROSPECT   BLUEJAY                  TEXACO INC.           REPORT NO.  44
COMPUTER NO.  M0371              DRILLING REPORT          ESTIMATE NO. 7-59751
OSWC/   /   5B/7-59751             (PAGE 2 of 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: HARRISON |

BHA:

| | * DC'S | * HW | FEET | M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|
| BIT | | | JET SIZE | BIT WT: | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STR/S: |
| | | | | | | / | / | / | / | | TORQUE - FT LBS: |
| | | | | | | / | / | / | / | | AMPS: |
| | | | | | | / | / | / | / | | WEIGHT - TOTAL: |
| SPR | / | / | / | / | *PWP | *LNR | SPM | PSI | GPM | UP: |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | | DOWN: |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 52 | PV: | YP: | PV/YP: | GELS: / |
| WL: | HP/WT: | AT | DEG F | SOL: | % | SAND: | % | OIL: | % | pH: |
| Pf: | CHL: | CEC: | Ca: | MWP: | Pa: | ExLm: | TEMP: | DEG F |

RIG EQUIPMENT: OK                          DRILLING AIDS: OK

| MUD MATERIALS USED | WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
|---|---|---|---|---|---|---|---|
| | OTHER: | | | | | PERSONNEL | |
| MUD RECEIVED $ 201389 | 24 HRS $ | USED $ 160533 | | CREWS:  FULL | |
| | | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS:  1) PA    2) | | TEXACO | 1 |
| COMMENTS: | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | AI | 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 44 |

BRIEFING: SET NET C 7289
CMT OPEN HOLE W 339 CUFT
CMT 9⅝" CSG C 689'

```
RECOMMENDATIONS/GUIDELINES  |             PA                |      LGG
These points should be      | CONFIRM MMS APPROVAL WITH OFFICE. |
considered in your future   | USE T86 TO SPOT ALL OPEN HOLE PLUGS. |
operations. They MUST be    | BOATS AVAILABLE TO OFF-LOAD RIG.  |
discussed with the office   | CHECK CUTTINS/RETRIEVING TOOLS.  |
prior to implementation.    | TEST ALL ANNULI.  |
```

**HSIEHTEX 00196**

Exhibit 7
Page 126 of 219

MAXIMUM SECURITY   N
PROSPECT   BLUEJAY
COMPUTER NO.   M037I
GSWC/   /   50/7-5975I

**TEXACO INC.**
**DRILLING REPORT**

DATE   07/04/67
REPORT NO.   43
ESTIMATE NO. 7-5975I

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | |
|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 651-1460 | | FOREMAN: HARRISON | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | | |
| WATER DEPTH: 424 | ATD - TVD: 11565 | MD: | SIZE | M. DEPTH | TVD |
| KB - MHL: 65 | MD: 13396 | TVD: | 30" | 640 | 640 |
| MHL: 489 | | | 20" | 1496 | 1456 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OK $ 0 | MD: 13323 | 9 5/8" | 7364 | 6810 |
| - TIME: 15:00 | MOH $ 647000 | TVD: 11511 | | | |
| SPUD - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 11500    P&G | ACTUAL CASH $  1940570 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 13323 | YEST CASH $  1789950 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: | DATE:   /   / | | | | |
| FORMATION DESCRIPTION: | | DAYS FROM SPUD: 39 | TROUBLE TIME - DAYS: 2.5 | | |
| LAST SEAT TEST: 16.7    (PPG) | | | - 1: 6.4 | | |
| LEAKOFF: Y | DIFF FROM GOAL: -11 | | - CGST $: 94087 | | |
| NEXT BOP TEST: 07/04/87 | | | - 2: 4.9 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS |
|---|---|---|---|---|
| | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.5 | | POH, CLEAN GUMBO OFF BHA | | | | |
| 4.5 | | R/U SCHLUM, GIH W/ CORE GUN, SHOOT & RECOVER 24 CORES | | | | |
| 3 | | L/D BHA | | | | |
| 5 | | P/U 17 JTS 2 7/8 TBG & TIH W/ 5" D.P. TO 12370 | | | | |
| 2 | | MIX & PUMP 400 SX H + .2% FP8 + 3 GAL/100 SX R21L, SPOT | | | | |
| | | SAME @ 12370-11500 | | | | |
| 7 | | POOH, L/D 140 JTS D.P. + 17 JTS 2 7/8 TBG | | | | |
| 1 | | M/U EISV RETAINER ON D.F. & GIH | | | | |
| | | | | | | |
| | | | LAST SURVEY TAKEN | | | |
| | | | MD: 13228 | TVD: 11440 | | |
| | | | INCL: 42 | BEARING: S   41 W | | |
| | | | N/S COORD: S   4440 | E/W COORD: W  3067 | | |
| | | | VERT SECT: | 5406 | DOG LEG: | 8.0 |
| | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00197

Exhibit 7
Page 127 of 219

```
MAXIMUM SECURITY    N                                          DATE   07/04/87
PROSPECT   BLUEJAY              TEXACO INC.                    REPORT NO.  43
COMPUTER NO.   M0371          DRILLING REPORT                 ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751          (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: HARRISON |

BHA:

| | " DC S | " HW | FEET | M LBS | AVAIL BIT WT: | M LBS | | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|---|
| BIT | | | JET SIZE | | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32ND5 | FTG. | HRS | (M LBS) | RPM | T | B | G | | STRKS: |
| | | | | | | / | / | / | TORQUE - FT LBS: |
| | | | | | | / | / | / | AHPS: |
| | | | | | | / | / | / | WEIGHT - TOTAL: |
| SPR | / | / | / | *PHP | *LWR | SPM | PSI | GPM | UP: |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | DOWN: |

| MUD TYPE: LHRX | WT: 15.6 | VIS: 52 | PV: 43 | YP: 13 | PV/YP: 3.31 | GELS: 2 / 6 |
| HL: 1.4 | HP/HT: AT DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.4 | CHL: 5200 | CEC: 36 | Ca: 240 | MNP: 2.2 | Pm: 12.6 | ExLm: 2.5 | TEMP: 116 DEG F |
| RIG EQUIPMENT: OK | | DRILLING AIDS: OK |
| MUD MATERIALS USED | WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
| OTHER: | | | | | | | |

| | | | | PERSONNEL |
|---|---|---|---|---|
| MUD RECEIVED $   201309 | 24 HRS $ | USED $   160533 | CREWS: | FULL |
| | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS:  1) PA      2) | | | TEXACO | 1 |
| COMMENTS: | | | CATERER | 6 |
|   HMS VERBBAL APPROVAL FOR P&A - DAN HRACHOVY 7-3-87 | | | MUD ENGINEER | 1 |
| | | | BJ | 1 |
| | | | HOWCO | 1 |
| | | | AZ | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | --- TOTAL --- | 45 |

BRIEFING:
SHOT SWC's 11601 — 12244
GIH W/ TBG.
SPOT O.H. PLUG 11500 — 12370 W/ 424 cu.FT.
GIH W/ RETAINER.

| RECOMMENDATIONS/GUIDELINES | PA__ | POOH |
|---|---|---|
| These points should be | CONFIRM HMS APPROVAL WITH OFFICE. | |
| considered in your future | USE TBG TO SPOT ALL OPEN HOLE PLUGS. | |
| operations. They MUST be | BOATS AVAILABLE TO OFF-LOAD RIG. | |
| discussed with the office | CHECK CUTTING/RETRIEVING TOOLS. | |
| prior to implementation. | TEST ALL ANNULI. | |

HSIEHTEX 00198

Exhibit 7
Page 128 of 219




```
MAXIMUM SECURITY    N                              DATE   07/03/87
PROSPECT    BLUEJAY         TEXACO INC.            REPORT NO.  42
COMPUTER NO.  M0371       DRILLING REPORT          ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: HARRISON | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11565 | MD: | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13396 | TVD: | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE DE $ 0 | MD: 13323 | 9 5/8" | 7364 | 6910 |
| – TIME: 13:00 | MOH $ 647000 | TVD: 11511 | | |
| SPUD – DATE: 05/26/87 | | | | |
| – TIME: 08:00 | | | | |

| DEPTH TODAY: 13323 | ACTUAL CASH $ 1789950 | PERFS | | PACKERS | | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 13323 | YEST CASH $ 1735352 | TOP | BOTTOM | TYPE | | DEPTH |
| HOURS DRLG: | DE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | DATE: / / | | | | | |
| FORMATION DESCRIPTION: | | | | | | |
| | DAYS FROM SPUD: 38 | TROUBLE TIME – DAYS: 2.5 | | | | |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 6.6 | | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -11 | – COST $: 94007 | | | | |
| NEXT BOP TEST: 07/04/87 | | – %: 5.4 | | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 4 | | FIH TO 10000', P/U 5" D.P. | | | | | |
| 2.5 | | CIRC/COND MUD | | | | | |
| 2.5 | | CONTINUE IN HOLE TO 12387, P/U 5" D.P., HIT TIGHT SPOT | | | | | |
| 1 | | REAM 12387-12447 | | | | | |
| 1 | | FIH TO 13054, P/U TOTAL 183 JTS 5" D.P. | | | | | |
| 5 | | CIRC/COND MUD, PUMP GEL PILL | | | | | |
| 8 | | POOH VERY SLOWLY TO PREVENT SWABBING, @ 1500' | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | HD: 13228 | | TVD: 11440 | |
| | | | | INCL: 42 | | BEARING: S  41 W | |
| | | | | N/S COORD: S  4440 E/W COORD: W  3087 | | | |
| | | | | VERT SECT: 5406  DOG LEG: 0.0 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00199**

Exhibit 7
Page 129 of 219

```
MAXIMUM SECURITY    N                                          DATE   07/03/87
PROSPECT   BLUEJAY                TEXACO INC.                   REPORT NO.  42
COMPUTER NO.  M0371            DRILLING REPORT                 ESTIMATE NO. 7-59751
QSWC/   /   50/7-59751            (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 HC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: HARRISON |

```
BHA:HO NXB 18ST SDC X SDC CXO 45HWDP
```

| | 6.5 " DC'S | | 5 " HW | 1444 FEET | | M LBS | AVAIL BIT WT: | 59  M LBS | | DRILL STRING DATA |
| BIT | | | | JET SIZE | | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 224 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 1079 |
| | 8.5 HESTER | | HTC558 | | | | | | / | HOLE OPEN. | TORQUE - FT LBS: |
| | | | | | | | | | / | | AMPS: |
| | | | | | | | | | / | WEIGHT - TOTAL: 230 |
| SPR | / | | / | | / | 12 "PHP | 6.5 "LNR | 83 SPM | 2800 PSI | 415 GPM | UP: 200 |
| AV | COLLARS: 339 | DRILL PIPE: 215 | RISER: 31 | HOURS SINCE LAST CIRCULATION: 8 | DOWN: 200 |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 52 | PV: 43 | YP: 13 | PV/YP: 3.31 | GELS: 2 / 6 |
| WL: 1.4 | HP/HT: | AT DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.4 | CHL: 5200 | CEC: 36 | Ca: 240 | MWP: 2 | Pm: 12.6 | ExLa: 2.5 | TEMP: 116 DEG F |

```
RIG EQUIPMENT: OK                        DRILLING AIDS: OK
```

| MUD MATERIALS USED | 400 WEIGHT | DISPERSNT | 10 GEL | LIG | 3 CAUS | 41 MOREX | 6 LIME |
| | OTHER: | | | | | PERSONNEL |
| MUD RECEIVED $ 201389 | 24 HRS $ 3173 | USED $ 160523 | CREWS: FULL |
| | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) PA   2) | TEXACO | 1 |
| COMMENTS: | CATERER | 6 |
| | MUD ENGINEER | 1 |
| | BJ | 1 |
| | SCHL | 4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 47 |

| BRIEFING: *GIH FOR CDN. TRIP. POOH.* |

```
RECOMMENDATIONS/GUIDELINES                  PA                      GIH
These points should be     CONFIRM HMS APPROVAL WITH OFFICE.
considered in your future  USE TBG TO SPOT ALL OPEN HOLE PLUGS.
operations. They MUST be   BOATS AVAILABLE TO OFF-LOAD RIG.
discussed with the office  CHECK CUTTING/RETRIEVING TOOLS.
prior to implementation.   TEST ALL ANNULI.
```

**HSIEHTEX 00200**

Exhibit 7
Page 130 of 219

```
MAXIMUM SECURITY ___N___                  TEXACO INC.              DATE __07/02/87__
PROSPECT __BLUEJAY__                    DRILLING REPORT            REPORT NO. _41_
COMPUTER NO. __M0371__                                            ESTIMATE NO. 7-59751
QSWC/  /  50/7-59751
```

| | | | |
|---|---|---|---|
| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | CASING |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | SIZE | M.DEPTH | TVD |
| WATER DEPTH: 424 | ATD - TVD: 11565 | MD: | 30" | 640 | 640 |
| RKB - MWL: 65 | MD: 13396 | TVD: | 20" | 1496 | 1496 |
| ML: 489 | | | 13 3/8" | 3490 | 3490 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG - | 9 5/8" | 7364 | 6810 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: 13323 | | |
| - TIME: 13:00 | MOH $ 647000 | TVD: 11511 | | |
| SPUD - DATE: 05/26/87 | | | | |
| - TIME: 08:00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| DEPTH TODAY: 13323 | ACTUAL CASH $ 1735352 | PERFS | | PACKERS | |
| DEPTH YEST: 13323 | YEST CASH $ 1707122 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: | DATE: / / | | | | |
| FORMATION DESCRIPTION: | | | | | |
| | DAYS FROM SPUD: 37 | TROUBLE TIME - DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | - %: 6.8 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -11 | - COST $: 94007 | | | |
| NEXT BOP TEST: 07/04/87 | | - %: 5.4 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 7.5 | | RUN DISF/LSS/GR LOG FROM 13310' TO BTM OF CSG. | | | | | |
| 8 | | RUN LDT/CNL/GR LOG FROM 13300' TO BTM OF CSG. (CNL CURVE | | | | | |
| | | INVALID FROM 13300' TO 12300') | | | | | |
| 6.5 | | GIH WITH CORE GUN #1 - FAILED TO GO BELOW 11950'. ATTEMPTED | | | | | |
| | | 4 CORES FROM 11754' TO 11604', RECOVERED 4. CORE GUN TRIED TO | | | | | |
| | | STICK WHILE TAKING CORE #4, POOH. R/D SCHLUMBERGER. | | | | | |
| 2 | | PU HOLE OPENER & SIH FOR WIPER TRIP. | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 13228 | | TVD: 11440 | |
| | | | | INCL: 42 | BEARING: S 41 W | | |
| | | | | N/S COORD: S 4440 E/W COORD: W 3007 | | | |
| | | | | VERT SECT: 5406 DOG LEG: 0.0 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00201**

Exhibit 7
Page 131 of 219

  

```
MAXIMUM SECURITY    N                                                    DATE  07/02/87
PROSPECT  BLUEJAY                    TEXACO INC.                          REPORT NO.  41
COMPUTER NO.  M0371                DRILLING REPORT                        ESTIMATE NO. 7-59751
QSWC/   /   50/7-59751               (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

```
BHA:HO NXB 10ST SDC X SDC CXO 45HWDP
   6.5 " DC'S  !   5 " HW  ! 1444 FEET !  59 M LBS ! AVAIL BIT WT.!  45 M LBS  !! DRILL STRING DATA
BIT !   !   !   !   ! JET SIZE !   !   !BIT WT.! ROT ! CONDITION ! CAPACITY - BBLS: 224
NO. ! SIZE ! MFG. ! TYPE ! SERIAL NO. !  32HDS ! FTG. ! HRS !(M LBS)! RPM ! T ! B ! G !!   STRKS: 1879
   ! 8.5!HESTER !   ! HTC 558 !   !   !   !   / ! / / !   !! IN HOLE ! TORQUE - FT LBS:
   !   !   !   !   !   !   !   !   / ! / / / !   !!   AMPS:
SPR !  /   /   /   !   ! 12 "PMP ! 6.5 "LNR !   SPH !   FSI !   GPM !!   WEIGHT - TOTAL: 230
AV !   COLLARS: ! DRILL PIPE: ! RISER: ! HOURS SINCE LAST CIRCULATION:  29 !!   UP: 200
   !   !   !   !   !   !   !   !   !!   DOWN: 200
```

```
MUD TYPE: LHRX   ! WT: 15.6   ! VIS:  52   ! PV:  42   ! YP:  13   ! PV/YP:  3.23  ! GELS:  2 /  6
WL:  1.6   !   ! HP/HT:   AT   DEG F   ! SOL:  30 % ! SAND: TR   % ! OIL: 0 %   ! pH: 12.5
Pf:  2.4  ! CHL:  4900 ! CEC:  36  ! Ca: 240  ! MWP: 2.4  ! Pm:12.8 ! ExLo: 2.6  ! TEMP: 112 DEG F
RIG EQUIPMENT: OK                                ! DRILLING AIDS: OK
MUD MATERIALS USED !   WEIGHT !   DISPERSNT !   GEL !   LIG !   CAUS !   MOREX !   LIME
   !   OTHER:   !   !   !   !!   PERSONNEL
MUD RECEIVED $  196389   ! 24 HRS $   !   USED $  157350   !! CREWS:   FULL
   !! CONTRACTOR   !   34
NEXT TWO MAJOR OPERATIONS: 1) CNDT   2) POOH   !! TEXACO   !   4
COMMENTS:   !! CATERER   !   6
   ART:  GIH WITH HOLE OPENER - 5300' @ 0430 HRS.   !! MUD ENGINEER   !   1
   CORE LAB ADDRESS: 929 HOWARD AVE, NEW ORLEANS, LA.   !! BJ   !   1
   PH: 581-5222   FRED PALUMBO   !! SCHLUMBERGER   !   4
   !!
   !!
   !!
   !!
   !!
   !!
   !! --- TOTAL ---   !   50
```

```
BRIEFING:  RAN INDUCTION/LLY 7364-13310.
           RAN DENS/NEUTRON 7364-13300.
           RAN SWC.  FAILED TO GET BELOW 11950
           GIH TO CDN HOLE.
```

```
MORE THAN 20 HOURS SINCE LAST CIRCULATION.  ***** STAGE IN HOLE *****
RECOMMENDATIONS/GUIDELINES  !         CNDT                    !         POOH
These points should be      ! BREAK CIRCULATION WHILE GIH.    ! MONITER FILL WITH TRIP TANK.
considered in your future   ! REAM TIGHT SPOTS.               ! TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
operations. They MUST be    ! NOTE LEDGES AND TIGHT SPOTS.    ! CHECK PIPE PULLING SPEED.
discussed with the office   ! TAKE JETS OUT OF BIT.           ! REVIEW BHA FOR ANY NEEDED CHANGES.
prior to implementation.    ! CIRCULATE HI-VIS PILL PRIOR TO POOH. ! NOTE LEDGES AND KEYSEATS.
```

**HSIEHTEX 00202**

Exhibit 7
Page 132 of 219

  

```
MAXIMUM SECURITY    N                                          DATE  07/01/87
PROSPECT  BLUEJAY                   TEXACO INC.               REPORT NO.  40
COMPUTER NO.   M0371              DRILLING REPORT             ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: CALAHAN/NOJAHN | | | |
| DIRECTIONAL: Y | | ESTIMATED DAYS: 80 | | NEXT LOG - | | CASING | |
| WATER DEPTH: 424 | | ATD - TVD: 11565 | | MD: 13323 | | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | | TVD: 13396 | | TVD: 11511 | | 30" | 640 | 640 |
| ML: 489 | | | | | | 20" | 1496 | 1496 |
| MLH: 479 | | ESTIMATED CASH $ 3470000 | | LAST LOG - | | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | | CE BEFORE OE $ 0 | | MD: 7403 | | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | | MOH $ 647000 | | TVD: 6842 | | | | |
| SPUD - DATE: 05/26/87 | | | | | | | | |
| - TIME: 08:00 | | | | | | | | |

| DEPTH TODAY: 13323 | | ACTUAL CASH $ 1707122 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 13323 | | YEST CASH $ 1673246 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | | DATE: / / | | | | | |
| FORMATION DESCRIPTION: | | | | | | | |
| | | DAYS FROM SPUD: 36 | | TROUBLE TIME - DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | | | - % : 6.9 | | | |
| LEAKOFF: Y | | DIFF FROM GOAL: -11 | | - COST $: 94007 | | | |
| NEXT BOP TEST: 07/04/87 | | | | - % : 5.5 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 0.5 | | FIH TO TD. | | M.DEPTH | INCLIN | BEARING | DLS |
| 2 | | CIRCULATE BOTTOMS UP - CUT TO LOW OF 13.6 FOR 4 MINS, BACK TO | | | | | |
| | | 15.6 IN 2 HRS. MAX GAS 260 UNITS, NO CL INCREASE. | | | | | |
| 5.5 | | PUMP 90 JOINTS OUT OF HOLE TO 10121' - HOLE TRYING TO PACK OFF | | | | | |
| 1.5 | | CIRCULATE HOLE AND RISER CLEAN. | | | | | |
| 8 | | FINISH PUMPING OUT 192 JOINTS TO 7323' (BTM OF CSG). | | | | | |
| 1.5 | | CIRCULATE HOLE AND RISER CLEAN. | | | | | |
| 3.5 | | SLUG PIPE & FINISH POOH (BHA CAME OUT CLEAN - ONLY STABILIZER | | | | | |
| | | BLADES SLIGHTLY BALLED UP). | | | | | |
| 1.5 | | RU SCHLUMBERGER & PU DISF/LSS/GR TOOL. | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 13228 | | TVD: 11440 | |
| | | | | INCL: 42 | | BEARING: S 41 W | |
| | | | | N/S COORD: S 4440 E/W COORD: W 3007 | | | |
| | | | | VERT SECT: 5406 DOG LEG: 0.0 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00203

Exhibit 7
Page 133 of 219

  

```
MAXIMUM SECURITY ___N___                                              DATE __07/01/87__
PROSPECT __BLUEJAY_____           T E X A C O   I N C.                REPORT NO. _40_
COMPUTER NO. __M0371__            D R I L L I N G   R E P O R T       ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751                  (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

```
BHA:B,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H.WT.
      6.5 " DC'S         5 " HW   1446 FEET   59  H LBS   AVAIL BIT WT:   45  M LBS       DRILL STRING DATA
BIT                                 JET SIZE              BIT WT.  ROT  CONDITION   CAPACITY - BBLS: 224
NO.  SIZE   MFG.   TYPE  SERIAL NO.   32NDS    FTG.   HRS  (M LBS)  RPM  T  B  G     STRKS: 1079
14   8.5 SMITH   114  KZ 1372    14 14 14 14   813   39.5  25/ 30 120/   3  7  IN   TORQUE - FT LBS:
                                     /              /    /    /  /            AMPS:
                                     /              /    /    /  /          WEIGHT - TOTAL:  230
SPR  25/ 320   30/ 450   40/ 750   12 "PMP   6.5 "LNR   87 SPM   3000 PSI   435 GPM     UP: 260
AV   COLLARS:   315   DRILL PIPE:   223   RISER:   33   HOURS SINCE LAST CIRCULATION:   5      DOWN: 200
PERCENT PRESSURE DROP ACROSS BIT:   25.06
```

```
MUD TYPE: LMRX       WT: 15.6     VIS: 52       PV: 42     YP: 13     PV/YP: 3.23   GELS:  2 /  6
WL:  1.6       HP/HT:    AT    DEG F     SOL:  30 % SAND: TR   % OIL: 0  %        pH: 12.5
Pf:  2.4    CHL: 4900   CEC:  36   Ca: 240   MWP: 2.4   Pm: 12.0   ExLm: 2.6   TEMP: 112 DEG F
RIG EQUIPMENT: OK                        DRILLING AIDS: OK
MUD MATERIALS USED   510  WEIGHT    DISPERSNT       GEL     LIG     CAUS   16  HOREX    LIME
                  OTHER:
MUD RECEIVED $   196389    24 HRS $    3240    USED $   157350
```

| NEXT TWO MAJOR OPERATIONS: 1) LOG     2) GIH | | PERSONNEL | |
|---|---|---|---|
| COMMENTS: | | CREWS:   FULL | |
| | | CONTRACTOR | 33 |
|    STRAPPED PIPE WHILE POOH - FIGURES OK. | | TEXACO | 4 |
|    ART:  MAKING UP DISF/LSS/GR TOOL. | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | TELECO | 1 |
| | | SCHLUMBERGER | 4 |
| | | | |
| | | --- TOTAL --- | 50 |

```
BRIEFING: RAT HOLED OUT OF HOLE TO 7323.
          POOH.
          R/U TO LOG.
```

RECOMMENDATIONS/GUIDELINES          LOG                                    GIH
These points should be      CIRCULATE GELL PILL PRIOR TO POOH.    BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS.
considered in your future   STRAP OUT OF HOLE PRIOR TO LOGGING.   CHECK MUD DISPLACEMENT WITH TRIP TANK.
operations. They MUST be    CALIPER ALL LOGGING TOOLS.            NOTE TIGHT SPOTS, TOP OF LINER.
discussed with the office   CHECK LINE PULL AND LOGGERS TD.       CHECK PIPE RUNNING SPEED (SURGE).
prior to implementation.    TELECOPY 1" TO OFFICE ASAP.

HSIEHTEX 00204

Exhibit 7
Page 134 of 219

  

```
MAXIMUM SECURITY    N                                                    DATE   06/30/87
PROSPECT  BLUEJAY                    TEXACO INC.                         REPORT NO. 39
COMPUTER NO.   M0371               DRILLING REPORT                       ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: CALAHAN/WOJAHN | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11565 | MD: 13323 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13396 | TVD: 11511 | 30" | 640 | 640 |
| HL: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $  0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | MOH $ 647000 | TVD: 6842 | | | |
| SPUD  - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 13323 | ACTUAL CASH $ 1673246 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 13197 | YEST CASH $ 1639360 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 9 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 126 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND/SHALE/GUMBO | | | | | |
| | DAYS FROM SPUD: 35 | TROUBLE TIME - | DAYS: 2.5 | | |
| LAST SEAT TEST: 16.7 (PPG) | DIFF FROM GOAL: -11 | | - %: 7.1 | | |
| LEAKOFF: Y | | | - COST $: 94087 | | |
| NEXT BOP TEST: 07/04/87 | | | - %: 5.6 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 9 | | DRILL FROM 13197' TO 13323', - BIT QUIT DRILLING. | | M.DEPTH | INCLIN | BEARING | DLS |
| 4.5 | | PUMP GEL PILL. CIRC & COND MUD TO LOG. | | 13170 | 42 | S   41 W | 0.27 |
| 1.5 | | SLUG PIPE & 50H. HOLE STARTED DRAGGING AND SWABBING AFTER 7 | | 0 | | | |
| | | STANDS PULLED. GIH TO 13323'. | | | | | |
| 2.5 | | CIRC BTMS UP. MUD CUT TO LOW OF 15.3 FOR 5 MIN, BACK TO 15.5 | | | | | |
| | | IN 15 MIN. MAX GAS 40 UNITS, NO CL INCR. | | | | | |
| 2.5 | | PULL 24 STANDS TO 11127' - HOLE BEGAN SWABBING. | | | | | |
| 1 | | PUMP OUT 13 JOINTS TO 10692' - HOLE PACKING OFF. | | | | | |
| 2.5 | | CIRC BTMS UP, MUD CUT TO LOW OF 14.4 FOR 4 MIN, MAX GAS 140 | | | | | |
| | | UNITS. MUD STILL CUT TO 15.2 WITH 60 UNITS GAS AFTER 1.5 HRS. | | | | | |
| | | NO CL INCREASE, CHECK WELL FOR FLOW - OK. | | | | | |
| 0.5 | | SIH TO TD TO CIRC OUT GAS CUT MUD. | | LAST SURVEY TAKEN | | | |
| | | | | MD: 13228 | | TVD: 11440 | |
| | | | | INCL: 42 | | BEARING: S   41 W | |
| | | | | N/S COORD: S  4440 E/W COORD: W  3087 | | | |
| | | | | VERT SECT:  5406 | | DOG LEG: 0.0 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00205**

Exhibit 7
Page 135 of 219

```
MAXIMUM SECURITY    N                                              DATE  06/30/87
PROSPECT  BLUEJAY                      TEXACO INC.                  REPORT NO.  39
COMPUTER NO.  M0371                 DRILLING REPORT                ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751                  (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

BHA:8,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H.WT.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6.5 * DC'S | 5 * HW | 1446 FEET | 59 M LBS | AVAIL BIT WT: | 45 M LBS | | DRILL STRING DATA |
| BIT | | | | JET SIZE | | BIT WT: ROT | CONDITION | CAPACITY - BBLS: 224 |
| NO. SIZE MFG. TYPE SERIAL NO. | 32NDS | FTG. HRS (M LBS) RPM | T B G | STRKS: 1679 |
| 14  0.5 SMITH  114  KZ 1372 | 14 14 14 14 | 813  39.5  25/ 30 120/ | IN HOLE | TORQUE - FT LBS: 9900 |
| | | / / / | / / | AMPS: 675 |
| | | / / / | / / | WEIGHT - TOTAL: 230 |
| SPR  25/ 320  30/ 450  40/ 750 | 12 *PMP | 6.5 *LNR  83 SPM  3000 PSI  415 GPM | UP: 200 |
| AV  COLLARS:  339  DRILL PIPE:  215  RISER:  31  HOURS SINCE LAST CIRCULATION:  .5 | DOWN: 200 |
| PERCENT PRESSURE DROP ACROSS BIT:  22.01 |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 52 | PV: 41 | YP: 13 | PV/YP:  3.15 | GELS:  2 / 5 |
| WL:  1.6 | HP/HT: | AT  DEG F | SOL:  30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf:  2.6 | CHL:  5200 | CEC:  36 | Ca: 280 | MWP: 2.7 | Pa: 13.2 | ExLo: 2.6 | TEMP: 116 DEG F |
| RIG EQUIPMENT: OK | | | DRILLING AIDS: OK |
| MUD MATERIALS USED  200  WEIGHT | DISPERSNT  20  GEL  36  LIG | 4  CAUS  85  MOREX  8  LIME |
| OTHER: 5 NOPCOSPERSE | | PERSONNEL |
| MUD RECEIVED $  196389  24 HRS $  3087  USED $  154110 | CREWS:  FULL |

| | |
|---|---|
| NEXT TWO MAJOR OPERATIONS:  1) POOH    2) LOG | CONTRACTOR  33 |
| | TEXACO  4 |
| COMMENTS: | CATERER  6 |
| ART:  FINISH IN HOLE TO BOTTOM.  START CIRC BOTTOMS UP FROM TD. | MUD ENGINEER  1 |
| | BJ  1 |
| | TELECO  2 |
| | SCHLUMBERGER  4 |
| | --- TOTAL ---  51 |

BRIEFING: *POOH TO LOG.  HOLE SWABBING @ 10692'*
*GOH TO BTM.*
*CIRC (COLD) MUD.*

RECOMMENDATIONS/GUIDELINES        POOH                              LOG
These points should be    | MONITER FILL WITH TRIP TANK.     | CIRCULATE GELL PILL PRIOR TO POOH.
considered in your future | TIW & INSIDE-BOP ON FLOOR FOR    | STRAP OUT OF HOLE PRIOR TO LOGGING.
operations. They MUST be  |   ALL SIZES.                     | CALIPER ALL LOGGING TOOLS.
discussed with the office | CHECK PIPE PULLING SPEED.        | CHECK LINE PULL AND LOGGERS TD.
prior to implementation.  | REVIEW BHA FOR ANY NEEDED        | TELECOPY 1* TO OFFICE ASAP.
                          |   CHANGES.
                          | NOTE LEDGES AND KEYSEATS.

HSIEHTEX 00206

Exhibit 7
Page 136 of 219

FORM PO-212-D (4-84)

## CASING REPORT

LAST CASING: SIZE _13-3/8_ WT _61 & 68_ # SET @ _3490_ FT CEMENT W/ _2323_ CU FT
HOLE: EST SIZE _12 1/4_ IN. CALIPER AVAIL — YES (NO) T.D. _7703_ FT, CONDITION OF HOLE _Good_

| LOG OF CASING: | EQUIPMENT | MAKE | TYPE | LENGTH | WELDED | DEPTH SET |
|---|---|---|---|---|---|---|
| SHOE | Howco | DownJet | 1.90 | Davis Lock | | 7364 |
| COLLAR | Howco | SupaSeal | 1.80 | Davis Lock | | 7284 |
| COLLAR | | | | | | |
| SUBSEA HANGER | Vetco | 50.5 13-3/8 x 9-5/8 | 10.40 | | | 482.60' |
| D.V. TOOL 1 | | | | | | * |
| D.V. TOOL 2 | | | | | | * |

| JOINTS SET | SECTION | NO. OF JTS. | SIZE OD | WEIGHT | GRADE | THREAD | T & C | RANGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 THRU 175 | 1 | 175 | 9-5/8 | 53.5 | P-110 | 8p | LTC | III | 6868.55 |
| THRU | | | | | | | Shoe & Float | | 3.70 |
| THRU | | | | | | | Hanger Jt. | | 10.40 |
| THRU | | | | | | | | | 6882.65 |
| THRU | | | | | | | Hanger Elev. | | 482.00 |
| | | | | | | | | | 7364.65 |

TOTAL SENT TO RIG _221_ JTS _8653.55_
TOTAL RUN _175_ JTS _6868.55_ (LANDING JT(S) AND JOINT TO BE CUT SHOULD BE INCLUDED)
LANDING JTS _____ JT(S). _____ FT & CUT PIECE _____ FT TOTAL _____ FT (REMOVED)
TOTAL LEFT IN HOLE _175_ JTS _6868.55_ FT (INCLUDE CUT JT IN JT COUNT AND LENGTH OF CUT SECT IN FT SECT)
TOTAL SENT IN _46_ JTS _1785_ FT CUT PIECE _____ FT TOTAL _1785_ FT (CUT PIECE SHOULD NOT BE INCLUDED IN JOINT COUNT)
ACCOUNTING CHECK: TOTAL LEFT IN HOLE _6868.55_ FT TOTAL SENT IN _1785_ FT = _8653.55_ TOTAL FT TO RIG

CONDITION OF CASING _New_ PROCEDURE IN FILLING CASING _Each Jt._
NO. OF LINES STRUNG _10_ SIZE OF LINE _1 1/2_ IN. TOTAL WEIGHT OF CASING _285_
MAX. WT. OF CASING WORKING (IN 1000#) DOWN _250_ UP _305_ MAX. PULL ON CSG _305_
WATER: TYPE _____ _____ BBLS. WT. _____ #/GAL
SPACER: TYPE _K-125_ _30_ BBLS. WT. _13.5_ #/GAL
LEAD CMT: TYPE _H + 35% CaCl_ _0.2% FP #8_ NO. OF SX _1000_ SLURRY WT. _14.0_ 1390 cf YIELD _1.39_
TAIL CMT: TYPE _H + 2% FP #17 5% lodox_ _R21-1_ NO. OF SX _700_ SLURRY WT. _16.2_ 763 cf YIELD _1.09_
TAIL CMT: TYPE _____ NO. OF SX _____ SLURRY WT. _____ YIELD _____
MIX WATER: TYPE _FW_ _241_ BBLS. WT. _8.3_ #/GAL
CONDITION OF CEMENT _Bulk Blend. Good mix_
CENTRALIZER RUN _None_ PIPE RECIPROCATED: YES OR (NO)
TOP PLUG KIND _B.J._ BOTTOM PLUG USED: (YES) OR NO
CIRCULATING PRESSURE _1000_ PSI CIRCULATING RATE _11_ BBLS/MIN TIME _2_ HRS _30_ MIN
MIXING TIME _2_ HRS _5_ MIN PLUG TIME _50_ MIN PUMPING TIME _2_ HRS _55_ MIN
FINAL CIRC PRESSURE _600_ PSI SHUT OFF PRESSURE _500_ PSI
RETURNS: (FULL), PARTIAL, NO) WHILE CIRCULATING _Full_ WHILE CEMENTING _Full_ TYPE RETURN (CEMENT, MUD) _Mud_

LEAD CEMENT SLURRY RHEOLOGY READINGS:
| 300 | 14 | 14 | 13 | 13 | 13 | | |
| 600 | 26 | 28 | 26 | 25 | 22 | | |
| WT#/GAL | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | | |

REF. POINT: RDB-CHF _482_ FT RDB-MWL _65_ FT RDB-ML _489_ FT
LANDED WT. ON CASING HEAD: LOAD _290_ (1000#) WT. OF BLOCK _55_ (1000#) WT. LANDED _235_ (1000#)
TYPE OF HEAD (HANGER) INSTALLED: (CSG) (MID SECT) (DRILL SPOOL) (TBG) MAKE _Vetco SG-5 13-3/8 x 9 5/8_
TOP FLANGE _____ IN _____ WORKING PSI BOTTOM FLANGE _____ IN _____ WORKING PS
*USE ADDITIONAL FORM PO-212-D TO DESCRIBE CEMENT IF D.V. TOOL IS USED.
REMARKS: _Sub Sea Hanger System._ DATE: _10 June 1987_
_Plug Did Not Bump._ _Seal Assy. Ser.# 112795 — no. B20480-3 set._
FIELD _E.I. 394_ LEASE _OCS-G-5527_ WELL NO. _2 WC_
_Rig: Q-M Century_

| ATTACH TO SHEET NO. |
|---|
| 38 & 39 |

SIGNED: DRILLER _Melvin R. Hollis_ TEXACO INC. FOREMAN _Jim L. Meirs_

**HSIEHTEX 00207**

Exhibit 7
Page 137 of 219

```
MAXIMUM SECURITY   N                                              DATE  06/29/87
PROSPECT   BLUEJAY              TEXACO INC.                        REPORT NO.  30
COMPUTER NO.  M0371          DRILLING REPORT                      ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | | WELL NO: 2 HC | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | | FOREMAN: CALAHAN/WOJAHN | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | | CASING | |
| WATER DEPTH:   424 | ATD – TVD: 11565 | MD: 13396 | SIZE | M. DEPTH | TVD |
| RKB – MWL:   65 | MD: 13396 | TVD: 11565 | 30" | 640 | 640 |
| ML:   489 | | | 20" | 1496 | 1496 |
| MLH:   479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $      0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | MOH $   647000 | TVD: 6042 | | | |
| SPUD  – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 13197 | ACTUAL CASH $  1639360 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH  YEST: 12820 | YEST CASH $  1606009 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG:   14 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD:   377 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND/SHALE/GUMBO | | | | | |
| | DAYS FROM SPUD: 34 | TROUBLE TIME – DAYS: 2.5 | | | |
| LAST SEAT TEST:  16.7     (PPG) | | – %: 7.3 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -13 | – COST $: 94007 | | | |
| NEXT  BOP TEST: 07/04/87 | | – %: 5.7 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 2 | | CIRCULATE. | | 12009 | 40.5 | S   41 W | 0.0 |
| 2.5 | | MADE 15 STAND SHORT TRIP TO 11435' – HOLE OK. | | 12090 | 41 | S   41 W | 0.56 |
| 9 | | DRILL FROM 12820' TO 13094', BOTTOMS UP AFTER SHORT TRIP | | 12992 | 41.5 | S   41 W | 0.53 |
| | | CUT TO LOW OF 14.2 FOR 5 MIN, BACK TO 15.6 IN 15 MIN.  MAX | | | | | |
| | | GAS 120 UNITS, NO CL INCREASE. | | | | | |
| 2 | | CIRCULATE. | | | | | |
| 3.5 | | MADE 20 STAND SHORT TRIP TO 11240' – HOLE BEGAN SWABBING | | | | | |
| | | ON STAND #20. | | | | | |
| 5 | | DRILL FROM 13094' TO 13197', BOTTOMS UP AFTER SHORT TRIP CUT | | | | | |
| | | TO LOW OF 14.4 FOR 1 MIN, BACK TO 15.6 IN 20 MIN.  MAX GAS 180 | | | | | |
| | | UNITS, NO CL INCREASE. | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 13085 | | TVD: 11333 | |
| | | | | INCL: 41.75 | | BEARING: S   41 W | |
| | | | | N/S COORD: S  4360 | | E/W COORD: W  3024 | |
| | | | | VERT SECT:   5311 | | DOG LEG:  0.27 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00208

Exhibit 7
Page 138 of 219

  

```
MAXIMUM SECURITY    N                                                    DATE  06/29/87
PROSPECT   BLUEJAY                  TEXACO INC.                           REPORT NO.  38
COMPUTER NO.   H0371              DRILLING REPORT                         ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751                (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

```
BHA:B,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H,WT.
```

| | 6.5 " DC'S | | 5 " HW | 1446 FEET | 59  M LBS | | AVAIL BIT WT: | 45  M LBS | | DRILL STRING DATA |
| BIT | | | | JET SIZE | | | BIT WT. | ROT | CONDITION | | CAPACITY - BBLS: 220 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | | STRKS: 1045 |
| 14 | 8.5 | SMITH | 114 | KZ 1372 | | 14 14 14 14 | 687 | 30.5 | 25/ 30 | 120/ | | IN HOLE | | | TORQUE - FT LBS: 9550 |
| | | | | | | | | / | / | / | | | | | | AMPS: 650 |
| | | | | | | | | | | | | | | | WEIGHT - TOTAL: 230 |
| SPR | 25/ 320 | 30/ 440 | 40/ 740 | 12 "PMP | 6.5 "LNR | 80 SPM | 3000 PSI | 400 GPM | | | | | UP: 205 |
| AV | COLLARS: 327 | DRILL PIPE: 207 | RISER: 26 | HOURS SINCE LAST CIRCULATION: | | | | | DOWN: 190 |
| PERCENT PRESSURE DROP ACROSS BIT: 21.19 |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 54 | PV: 43 | YP: 15 | PV/YP: 2.87 | GELS: 2 / 8 |
| WL: 2.0 | HP/HT: AT DEG F | SOL: 30 % | SAND: TR  % | OIL: 0 % | pH: 12.5 |
| Pf: 3.0 | CHL: 5400 | CEC: 37 | Ca: 280 | HWP: 2.85 | Pm: 13.5 | ExLm: 2.6 | TEMP: 116 DEG F |
| RIG EQUIPMENT: OK |  | DRILLING AIDS: OK |
| MUD MATERIALS USED | 432 WEIGHT | DISPERSNT | 39 GEL | LIG | 7 CAUS | 6 HOREX | 12 LIME |
| | OTHER: 2 HOPCOSPERSE |

| MUD RECEIVED $  196389 | 24 HRS $   3020 | USED $  151023 |

| NEXT TWO MAJOR OPERATIONS: 1) POOH    2) LOG |
| COMMENTS: |
|     ART: DRILLING, FINAL TD WILL BE BASED ON LAST HOLE ANGLE AND TVD OF 11565. |

| | PERSONNEL |
| CREWS: | FULL |
| CONTRACTOR | 33 |
| TEXACO | 2 |
| CATERER | 6 |
| MUD ENGINEER | 1 |
| BJ | 1 |
| TELECO | 2 |
| --- TOTAL --- | 45 |

```
BRIEFING:  ✓
        Survey: 13085  41°/4  541W
                 TVD 11333  5 432.6  W 3024
```

RECOMMENDATIONS/GUIDELINES          POOH                              LOG
These points should be    : MONITER FILL WITH TRIP TANK.    : CIRCULATE GELL PILL PRIOR TO POOH.
considered in your future : TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. : STRAP OUT OF HOLE PRIOR TO LOGGING.
operations. They MUST be  : CHECK PIPE PULLING SPEED.      : CALIPER ALL LOGGING TOOLS.
discussed with the office : REVIEW BHA FOR ANY NEEDED CHANGES. : CHECK LINE PULL AND LOGGERS TD.
prior to implementation.  : NOTE LEDGES AND KEYSEATS.      : TELECOPY 1" TO OFFICE ASAP.

**HSIEHTEX 00209**

Exhibit 7
Page 139 of 219

```
MAXIMUM SECURITY   N                                                    DATE   06/28/87
PROSPECT   BLUEJAY                    TEXACO INC.                        REPORT NO.  37
COMPUTER NO.  M0371                 DRILLING REPORT                      ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN | | |
| DIRECTIONAL: Y | ESTIMATED DAYS:  80 | NEXT LOG - | CASING | |
| WATER DEPTH:   424 | ATD - TVD: 11565 | MD: 13350 | SIZE | M. DEPTH | TVD |
| RKB -  MWL:   65 | MD: 13350 | TVD: 11565 | 30" | 640 | 640 |
| ML:  409 | | | 20" | 1496 | 1496 |
| HLH:   479 | ESTIMATED CASH $  3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $      0 | MD:  7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | HOH $   647000 | TVD:  6842 | | | |
| SPUD  - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 12820 | ACTUAL CASH $  1606009 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH  YEST: 12510 | YEST CASH $  1571298 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 16.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD:  310 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND/SHALE/GUMBO | | | | | |
| | DAYS FROM SPUD: 33 | TROUBLE TIME -  DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7    (PPG) | | %: 7.6 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -10 | - COST $: 94087 | | | |
| NEXT  BOP TEST: 07/04/87 | | - %: 5.9 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1 | | CUT 120'DRILL LINE @ BTM OF CSG. | | 12436 | 39 | S    40 W | 0.85 |
| 3 | | FIH TO TD - DID NOT TAG ANYTHING. | | 12530 | 39.5 | S    40 W | 0.53 |
| 1 | | DRILL FROM 12510' TO 12521'. | | 12619 | 40 | S    40 W | 0.56 |
| 0.5 | | CIRC OUT BOTTOMS UP GAS CUT MUD. CUT TO LOW OF 14.3 FOR 5 MIN | | | | | |
| | | BACK UP TO 15.6 IN 15 MIN. MAX GAS 250, NO CL INCREASE. | | | | | |
| 2.5 | | CLEAN OUT PUMP SUCTIONS - BARITED UP (CAUSING ERRONEOUS | | | | | |
| | | TELECO DATA). | | | | | |
| 15.5 | | DRILL FROM 12521' TO 12820'. | | | | | |
| 0.5 | | START PUMPING GEL PILL PRIOR TO SHORT TRIP. | | | | | |
| | | | | | LAST SURVEY TAKEN | | |
| | | | | MD: 12718 | | TVD: 11056 | |
| | | | | INCL: 40.5 | | BEARING: S   41 W | |
| | | | | N/S COORD: S  4186 | E/W COORD: W  2066 | | |
| | | | | VERT SECT:  5071 | DOG LEG:  0.83 | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00210**

Exhibit 7
Page 140 of 219

```
MAXIMUM SECURITY   N                                              DATE  06/28/87
PROSPECT   BLUEJAY              TEXACO INC.                       REPORT NO.  37
COMPUTER NO.  H0371          DRILLING REPORT                      ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751          (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

```
BHA:B,NXB,10M,DPHS,MDC,MX,HWD,CXO,45H,WT.
```

| 6.5 " DC'S | 5 " HW | 1446 FEET | 59  M LBS |: AVAIL BIT WT: | 46  M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | |BIT WT.| ROT |CONDITION|:| CAPACITY - BBLS: 213 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | 32ND5 | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 1790 |
| 14 | 8.5|SMITH | 114 | KZ 1372 | 14 14 14 14 | 310 | 16.5 | 25/ 30| 80/120| IN HOLE | TORQUE - FT L8S: 8840 |
| | | | | | | | / | | / | | | || AMPS: 600 |
| | | | | | | | / | / | / | | | || WEIGHT - TOTAL: 225 |

| SPR | 25/ 350 | 35/ 650 | 40/ 900 | 12 "PHP | 6.5 "LNR | 80 SPM | 3000 PSI | 400 GPM || UP: 205 |
| AV | COLLARS: 327 | DRILL PIPE: 207 | RISER: 26 | HOURS SINCE LAST CIRCULATION: || DOWN: 100 |
| PERCENT PRESSURE DROP ACROSS BIT: 21.19 |
```

| MUD TYPE: LMRX | WT: 15.6 | VIS: 54 | PV: 40 | YP: 14 | PV/YP: 2.86 | GELS: 2 / 7 |
| WL: 2.2 | HP/HT: | AT | DEG F | SOL: 31 % | SAND: TR  % | OIL: 0  % | pH: 12.5 |
| Pf: 2.8 | CHL: 5400 | CEC: 36 | Ca: 280 | MNP: 3.1 | Pa: 13.3 | ExLa: 2.6 | TEMP: 116 DEG F |
| RIG EQUIPMENT: OK | DRILLING AIDS: OK |
| MUD MATERIALS USED : 180  WEIGHT | DISPERSNT : 9  GEL | 56  LIG : 30  CAUS | 63  MOREX : 34  LIME |
| | OTHER: 1 ALUMINUM STEARATE, 2 NOPCOSPERSE | | PERSONNEL |
| MUD RECEIVED $ 196389 | 24 HRS $ 4203 | USED $ 148003 | CREWS:   FULL |

|  |  | CONTRACTOR | 33 |
| NEXT TWO MAJOR OPERATIONS: 1) POOH | 2) LOG | TEXACO | 2 |
| COMMENTS: | | CATERER | 6 |
| | | HUD ENGINEER | 1 |
| | | BJ | 1 |
| | | TELECO | 2 |
| | | --- TOTAL --- | 45 |

BRIEFING: ✓
Survey : 12718  40.5  541W
          TVD 11052  54186  J2866

```
RECOMMENDATIONS/GUIDELINES    |         POOH                    |              LOG
These points should be        | MONITER FILL WITH TRIP TANK.    | CIRCULATE GELL PILL PRIOR TO POOH.
considered in your future     | TIW & INSIDE-BOP ON FLOOR FOR   | STRAP OUT OF HOLE PRIOR TO LOGGING.
operations. They MUST be      |   ALL SIZES.                    | CALIPER ALL LOGGING TOOLS.
discussed with the office     | CHECK PIPE PULLING SPEED.       | CHECK LINE PULL AND LOGGERS TD.
prior to implementation.      | REVIEW BHA FOR ANY NEEDED       | TELECOPY 1° TO OFFICE ASAP.
                              |   CHANGES.                      |
                              | NOTE LEDGES AND KEYSEATS.       |
```

HSIEHTEX 00211

Exhibit 7
Page 141 of 219



```
MAXIMUM SECURITY   N                                                      DATE  06/27/87
PROSPECT   BLUEJAY              TEXACO INC.                               REPORT NO.  36
COMPUTER NO.   M0371          DRILLING REPORT                            ESTIMATE NO. 7-59751
QSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11565 | MD: 13350 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13350 | TVD: 11565 | 30" | 640 | 640 |
| ML: 409 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $     0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | | MOH $   647000 | TVD: 6842 | | |
| SPUD  - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 12510 | | ACTUAL CASH $  1571298 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH  YEST: 12510 | | YEST CASH $  1536082 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 0 | | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 0 | | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: | | | | | | |
| | | DAYS FROM SPUD: 32 | | TROUBLE TIME - DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7   (PPG) | | | | - %: 7.0 | | | |
| LEAKOFF: Y | | DIFF FROM GOAL: -10 | | - COST $: 94007 | | | |
| NEXT  BOP TEST: 07/04/87 | | | | - %: 6.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|
| 4 | | PUMP 73 JOINTS OUT OF HOLE TO 9035'. | M.DEPTH | INCLIN | BEARING | DLS |
| 2 | | CIRCULATE. | | | | |
| 6 | | FINISH POOH (WASH WEAR BUSHING WITH BIT). | | | | |
| 2.5 | | GIH WITH RUN/RET TOOL - FAIL TO LATCH WEAR BUSH.  TRIP FOR | | | | |
| | | WASH TOOL, WASH WELLHEAD & BOP STACK.  GIH & RET WEAR BUSH. | | | | |
| 6.5 | | RUN TEST PLUG & TEST PIPE RAMS, VALVES, CHOKE MANIFOLD & | | | | |
| | | SURFACE EQUIP TO 250/10000 PSI, VARIABLE RAMS TO 250/5000 PSI, | | | | |
| | | ANNULAR TO 250/3500 PSI.  TESTED USING MAIN PANEL & YELLOW POD | | | | |
| | | FUNCTION TEST BLUE POD FROM MASTER & MINI PANELS.  RUN WB. | | | | |
| 3 | | M/U BIT #14 & GIH TO BTM OF CSG. | | | | |
| | | | LAST SURVEY TAKEN | | | |
| | | | MD: 12342 | | TVD: 10766 | |
| | | | INCL: 38.5 | | BEARING: S    39 W | |
| | | | H/S COORD: S   4003 E/W COORD: W   2712 | | | |
| | | | VERT SECT:     4033 DOG LEG:   1.06 | | | |
| | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00212

Exhibit 7
Page 142 of 219

MAXIMUM SECURITY ___N___          **TEXACO INC.**          DATE _06/27/87_
PROSPECT _BLUEJAY_               **DRILLING REPORT**      REPORT NO. _36_
COMPUTER NO. _M0371_                (PAGE 2 of 2)         ESTIMATE NO. 7-59751
OSWC/ / 50/7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 MC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

BHA:B,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H.WT.

| | 6.5 " DC'S | | 5 " HW | 1446 FEET | 59 M LBS | AVAIL BIT WT: | 46 M LBS | DRILL STRING DATA |
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 211 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS |(M LBS)| RPH | T | B | G | STRKS: 1770 |
| 13 | 8.5|SMITH | 114 | KA 3906 | 14 14 14 14 | B45 | 34.5 | 20/ 25|115/120| 2 | 5 | I | TORQUE - FT LBS: |
| 14 | 8.5|SMITH | 114 | KZ 1372 | 14 14 14 14 | | / | / | / / | | IN HOLE | | AMPS: |
| | | | | | | / | / | / / | | | | WEIGHT - TOTAL: 228 |
| SPR | 30/ 500 | 40/ 800 | 50/1250 | 12 "PMP | 6.5 "LNR | 5PH | PSI | GPM | | UP: 275 |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | 10 | | DOWN: 100 |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 54 | PV: 38 | YP: 14 | PV/YP: 2.71 | GELS: 1 / 6 |
| WL: 3.2 | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.2 | CHL: 8600 | CEC: 36 | Ca: 280 | MWP: 4.0 | Pm: 12.2 | ExLa: 2.5 | TEMP: 115 DEG F |
| RIG EQUIPMENT: OK | | DRILLING AIDS: OK | |

| MUD MATERIALS USED | 600 WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | PERSONNEL | |
| MUD RECEIVED $ 196389 | 24 HRS $ 2400 | USED $ 143800 | | CREWS: FULL | |
| | | | | CONTRACTOR | 33 |
| NEXT TWO MAJOR OPERATIONS: 1) DRLG  2) POOH | | TEXACO | 2 |
| COMMENTS: | | CATERER | 6 |
| ART: CUT DRILL LINE AT BTM OF CASING. | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | TELECO | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 45 |

| BRIEFING: *TRIP FOR BIT . TESTED BOS.* |

---

| RECOMMENDATIONS/GUIDELINES | DRLG | POOH |
| These points should be | CHECK ABW, MUD PROGRAM AND ECD'S. | MONITER FILL WITH TRIP TANK. |
| considered in your future | TAKE SLOW PUMP RATES. | TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| operations. They MUST be | KEEP PIPE MOVING DURING CONNECTIONS. | CHECK PIPE PULLING SPEED. |
| discussed with the office | CHECK GAS DETECTOR EVERY TOUR. | REVIEW BHA FOR ANY NEEDED CHANGES. |
| prior to implementation. | MONITOR PENETRATION RATES / CORRELATION. | NOTE LEDGES AND KEYSEATS. |

**HSIEHTEX 00213**

Exhibit 7
Page 143 of 219

```
MAXIMUM SECURITY    N                                                    DATE  06/26/87
PROSPECT  BLUEJAY                      TEXACO INC.                        REPORT NO.  35
COMPUTER NO.  M0371                  DRILLING REPORT                     ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: CALAHAN/WOJAHN | | | |
| DIRECTIONAL: Y | | ESTIMATED DAYS: 80 | | NEXT LOG – | | CASING | |
| WATER DEPTH: 424 | | ATD – TVD: 11560 | | MD: 13431 | | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | | MD: 13431 | | TVD: 11560 | | 30" | 640 | 640 |
| ML: 489 | | | | | | 20" | 1496 | 1496 |
| MLH: 479 | | ESTIMATED CASH $ 3470000 | | LAST LOG – | | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | | | MD: 7403 | | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | | HOH $ 647000 | | TVD: 6842 | | | | |
| SPUD – DATE: 05/26/87 | | | | | | | | |
| – TIME: 08:00 | | | | | | | | |

| DEPTH TODAY: 12510 | | ACTUAL CASH $ 1536002 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 12140 | | YEST CASH $ 1500843 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 13.5 | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 370 | | DATE: / / | | | | | |
| FORMATION DESCRIPTION: SAND/SHALE/GUMBO | | | | | | | |
| | | DAYS FROM SPUD: 31 | | TROUBLE TIME – DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | | | – %: 0.1 | | | |
| LEAKOFF: Y | | DIFF FROM GOAL: -11 | | – COST $: 94007 | | | |
| NEXT BOP TEST: 06/26/87 | | | | – %: 6.1 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 3.5 | | DRILL FROM 12140' TO 12233'. | | M.DEPTH | INCLIN | BEARING | DLS |
| 3.5 | | CIRCULATE & MAKE 6 STAND SHORT TRIP TO 11700' - HOLE OK. | | 12161 | 37.5 | S  38 W | 0.54 |
| 10 | | DRILL FROM 12233' TO 12510' (NO CUT MUD AFTER SHORT TRIP). | | 12250 | 37.75 | S  38 W | 0.28 |
| 1.5 | | CIRCULATE HOLE AND RISER CLEAN. | | | | | |
| 2 | | SLUG PIPE & SOH. PULL 13 STANDS TO 11311' - PIPE STARTED | | | | | |
| | | DRAGGING & SWABBING. | | | | | |
| 2.5 | | CIRC B/U @ 11311' & ATTEMPT TO SHUCK BALL. MUD CUT TO LOW OF | | | | | |
| | | 13.0 FOR 5 MIN, BACK TO 15.5 IN 1.5 HRS. MAX GAS 450 UNITS. | | | | | |
| | | NO CL INCREASE. ATTEMPT TO PULL 1 JOINT - STILL SWABBING. | | | | | |
| 1 | | START PUMPING OUT OF HOLE. | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 12342  TVD: 10766 | | | |
| | | | | INCL: 38.5  BEARING: S  39 W | | | |
| | | | | N/S COORD: S  4003 E/W COORD: W  2712 | | | |
| | | | | VERT SECT:  4833  DOG LEG: 1.06 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00214

Exhibit 7
Page 144 of 219

MAXIMUM SECURITY ___N___                       TEXACO INC.                    DATE __06/26/87__
PROSPECT __BLUEJAY__                         DRILLING REPORT                  REPORT NO. __35__
COMPUTER NO. __M0371__                        (PAGE 2 OF 2)                   ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: CALAHAN/WOJAHN |

BHA:B,NXB,1OM,DPMS,MDC,MX,MWD,CXO,45H.WT.

| 6.5 " DC'S | | 5 " HW | 1446 FEET | 59 M LBS || AVAIL BIT WT: | 46 M LBS | DRILL STRING DATA |
| BIT | | | | JET SIZE | | |BIT WT.| ROT | CONDITION || CAPACITY - BBLS: 211 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 1770 |
| 13 | 0.5|SMITH | 114 | KA 3906 | 14 14 14 14 | 845 | 34.5 | 20/ 25|115/120| IN HOLE || TORQUE - FT LBS: 8090 |
| | | | | | | | | | | / | / | / || AMPS: 550 |
| | | | | | | | | | | | | || WEIGHT - TOTAL: 220 |
| SPR | 30/ 500 | 40/ 800 | 50/1250 | 12 "PMP | 6.5 "LNR | 80 SPM | 3000 PSI | 400 GPM || UP: 275 |
| AV | COLLARS: 327 | DRILL PIPE: 207 | RISER: 26 | HOURS SINCE LAST CIRCULATION: || DOWN: 100 |

PERCENT PRESSURE DROP ACROSS BIT: 21.19

| MUD TYPE: LMRX | WT: 15.6 | VIS: 54 | PV: 38 | YP: 14 | PV/YP: 2.71 | GELS: 1 / 6 |
| WL: 3.2 | HP/HT: | AT DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.2 | CHL: 8600 | CEC: 36 | Ca: 200 | MWP: 4.0 | Pa: 12.2 | ExLm: 2.5 | TEMP: 115 DEG F |
| RIG EQUIPMENT: OK | | | DRILLING AIDS: OK | |
| MUD MATERIALS USED | 400 WEIGHT | DISPERSNT | GEL | 40 LIG | 20 CAUS | 40 MOREX | 20 LIME |

| | OTHER: 2 NOPCOSPERSE | | | PERSONNEL |
| MUD RECEIVED $ 196389 | 24 HRS $ 4200 | USED $ 141400 | CREWS: FULL |
| | | | CONTRACTOR | 33 |
| NEXT TWO MAJOR OPERATIONS: 1) GIH    2) DRLG | TEXACO | 2 |
| COMMENTS: | CATERER | 6 |
| ART: 13 JOINTS RATHOLED OUT AT 0430 HRS. | MUD ENGINEER | 1 |
| | BJ | 1 |
| | TELECO | 2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | --- TOTAL --- | 45 |

BRIEFING:  ✓  SURVay. 1234/2  38 1/2  539 ⌣
              TVD 10726 S 4403 W 2712

RECOMMENDATIONS/GUIDELINES        GIH                              DRLG
These points should be       | BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS.   | CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future    | CHECK MUD DISPLACEMENT WITH TRIP TANK.        | TAKE SLOW PUMP RATES.
operations. They MUST be     | NOTE TIGHT SPOTS, TOP OF LINER.               | KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office    | CHECK PIPE RUNNING SPEED (SURGE).             | CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.     |                                               | MONITOR PENETRATION RATES / CORRELATION.

**HSIEHTEX 00215**

Exhibit 7
Page 145 of 219

```
MAXIMUM SECURITY    N                                                      DATE  06/25/87
PROSPECT   BLUEJAY              TEXACO INC.                       REPORT NO.  34
COMPUTER NO.  M0371           DRILLING REPORT                    ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1440 | FOREMAN: MEIER,LOUVIERE,WRIGH | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | | |
| WATER DEPTH: 424 | ATD – TVD: 11568 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 11568 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | MOH $ 647000 | TVD: 6842 | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 12140 | ACTUAL CASH $ 1500843 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 11686 | YEST CASH $ 1464455 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 20.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 454 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | |
| | DAYS FROM SPUD: 30 | TROUBLE TIME – DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 0.3 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: –9.5 | – COST $: 94007 | | | |
| NEXT BOP TEST: 06/25/87 | | – %: 6.3 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 13.5 | | DRLG. 11686-11958. | | 11705 | 34.5 | S 34 W | .29 |
| 2 | | CIRC. AND COND. SHORT TRIP 6 STDS. | | 11796 | 35.5 | S 35 W | 1.26 |
| 1 | | DRLG. 11958-11983. | | 11802 | 36 | S 36 W | .9 |
| 1.5 | | C & C GAS CUT MUD, MIN. CUT = 12.5 PPG W/ 490 UNITS GAS MAX. | | 11977 | 36.75 | S 36 W | .79 |
| | | TOTAL CUT = 1 HR, NO CHL. INCR. | | 12060 | 37 | S 38 W | 1.34 |
| 6 | | DRLG. 11983 - 12140 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | LAST SURVEY TAKEN | | |
| | | | | MD: 12060 | | TVD: 10550 | |
| | | | | INCL: 37 | | BEARING: S 38 W | |
| | | | | N/S COORD: S 3071 | | E/W COORD: W 2609 | |
| | | | | VERT SECT: 4666 | | DOG LEG: 1.34 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00216

Exhibit 7
Page 146 of 219

| MAXIMUM SECURITY   N | | |
| PROSPECT   BLUEJAY | **TEXACO INC.** | DATE   06/25/87 |
| COMPUTER NO.   M0371 | **DRILLING REPORT** | REPORT NO.   34 |
| OSWC/   /   50/7-59751 | (PAGE 2 OF 2) | ESTIMATE NO. 7-59751 |

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

BHA:B,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H.WT.

| 6.5 " DC'S | 5 " HW | 1446 FEET | 59 M LBS | AVAIL BIT WT: | 43 M LBS | DRILL STRING DATA |
| BIT | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 204 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 1714 |
| 13 | 8.5 | SMITH | 114 | KA3906 | 14 14 14 14 | 475 | 21 | 20/ 25 | 110/120 | IN HOLE | TORQUE - FT LBS: 7500 |
| | | | | | | | / | / | / | / | AMPS: 525 |
| | | | | | | | / | / | / | / | WEIGHT - TOTAL: 220 |
| SPR | 30/ 440 | 40/ 740 | 50/1100 | 12 "PHP | 6.5 "LNR | 80 SPM | 3000 PSI | 400 GPM | UP: 270 |
| AV | COLLARS: 327 | DRILL PIPE: 207 | RISER: 26 | HOURS SINCE LAST CIRCULATION: | DOWN: 175 |
| PERCENT PRESSURE DROP ACROSS BIT: 21.19 | | | | | | |

| MUD TYPE: LMRX | WT: 15.6 | VIS: 54 | PV: 37 | YP: 13 | PV/YP: 2.85 | GELS: 1 / 7 |
| WL: 3.2 | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR % | OIL: TR % | pH: 12.5 |
| Pf: 2.4 | CHL: 8000 | CEC: 36 | Ca: 280 | MWP: 4.1 | Pm:12.4 | ExLa: 2.5 | TEMP: 115 DEG F |
| RIG EQUIPMENT: O.K. | | | DRILLING AIDS: O.K. | | |
| MUD MATERIALS USED : 660 WEIGHT | DISPERSNT | GEL | 40 LIG | 8 CAUS | 40 MOREX | 8 LIME |
| | OTHER: NOPCOSPERSE 2 , ALUM. STEARATE 1. | | | | | |
| MUD RECEIVED $ 196389 | 24 HRS $ 5161 | USED $ 137200 | | |

| | PERSONNEL | |
| NEXT TWO MAJOR OPERATIONS: 1) DRLG   2) DSUR | CREWS: | FULL |
| COMMENTS: | CONTRACTOR | 33 |
| MMS VISIT-- REVERE & SCHOLLIAN-- NO INCS. | TEXACO | 3 |
| | CATERER | 6 |
| | MUD ENGINEER | 1 |
| | BJ | 1 |
| | TELECO | 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 46 |

BRIEFING: ✓ Survey: 12068  37°  538W
                 TVD 10550  5387I  W2609

| RECOMMENDATIONS/GUIDELINES | DRLG | DSUR |
| These points should be | CHECK ABW, MUD PROGRAM AND ECD'S. | USE TRIP TANK ON TRIPS. |
| considered in your future | TAKE SLOW PUMP RATES. | PV/YP RATIO 0.1 TO 0.3. |
| operations. They MUST be | KEEP PIPE MOVING DURING CONNECTIONS. | WATCH FOR SHALLOW GAS, GAS CUT MUD. |
| discussed with the office | CHECK GAS DETECTOR EVERY TOUR. | CHECK MAX % SAND AND MUD WEIGHT OUT. |
| prior to implementation. | MONITOR PENETRATION RATES / CORRELATION. | RUN NON-MAG DC ON LAST BIT RUN. |

**HSIEHTEX 00217**

Exhibit 7
Page 147 of 219

| RECOMMENDATIONS/GUIDELINES | POOH | RCSG |
|---|---|---|
| These points should be considered in your future operations. They MUST be discussed with the office prior to implementation. | : MONITOR FILL WITH TRIP TANK,<br>: TIH & SLIDE BOP ON FLOOR FOR ALL SIZES.<br>: CHECK PIPE PULLING SPEED.<br>: REVIEW BHA FOR ANY NEEDED CHANGES.<br>: NOTE LEDGES AND KEYSEATS. | : WITNESS LOADING OF PLUG CONTAINER.<br>: CALC. LANDING JT ON SURFACE WELLHEADS.<br>: CHECK CMT VOLUMES.<br>: USE THREAD LOCK ON FLOAT EQIPMENT.<br>: CHECK PIPE RUNNING SPEED (SURGE). |

```
MAXIMUM SECURITY ___N___                                          DATE  06/24/87
PROSPECT  BLUEJAY            TEXACO  INC.                   REPORT NO. 33
COMPUTER NO.  M0371        DRILLING  REPORT                 ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH | | |
| DIRECTIONAL: Y | ESTIMATED DAYS:  80 | NEXT LOG - | CASING | |
| WATER DEPTH:  424 | ATD - TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB — MWL:  65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| ML:  409 | | | 20" | 1496 | 1496 |
| MLH:  479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $  0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | HOH $  647000 | TVD: 6842 | | |
| SPUD - DATE: 05/26/87 | | | | |
| - TIME: 08:00 | | | | |

| DEPTH TODAY: 11606 | ACTUAL CASH $  1464455 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST: 11665 | YEST CASH $  1429954 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG:  0.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD:  21 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | |
| | DAYS FROM SPUD: 29 | TROUBLE TIME — DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7    (PPG) | | — %: 8.6 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -0 | — COST $: 94007 | | | |
| NEXT BOP TEST: 06/25/87 | | — %: 6.4 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 2 | | FIN. CIRC. HOLE CLEAN @ 10384. | | | | | |
| 9.5 | | FIN. OOH. (L/D TOT. 92 JTS. BY RAT HOLE).CLEANED GUMBO OFF BHA | | | | | |
| | | , L/D OLD BHA. | | | | | |
| 1 | | P/U NEW BHA (ANGLE BUILD). TIH TO 1539. | | | | | |
| 0.5 | | TEST MWD TOOL. | | | | | |
| 3 | | TIH TO 7491. BROKE CIRC. | | | | | |
| 1 | | RIG REPAIR. CHANGED OUT SWIVEL PACKING. | | | | | |
| 1 | | TIH TO 7866. HOLE PACKING OFF. | | | | | |
| 1 | | CIRC. & PUMP GEL PILL. PUMPED OUT RISER. | | | | | |
| 0 | | XXX | | | | | |
| 3.5 | | TIH TO 11665. BROKE CIRC. EVERY 10 STDS. HIT BRIDGE @ 10600. | | | | | |
| | | WASHED THRU SAME. | | LAST SURVEY TAKEN | | | |
| 1.0 | | CIRC. & COND. MUD. | | MD: 11619 | | TVD: 10105 | |
| 0.5 | | DRLG. 11665-11606. | | INCL: 34.25 | | BEARING: S    34 W | |
| | | | | N/S COORD: S   3650 E/W COORD: W   2457 | | | |
| | | | | VERT SECT: | 1400 | DOG LEG: | 0.10 |

**HSIEHTEX 00218**

Exhibit 7
Page 148 of 219

```
MAXIMUM SECURITY    N                      TEXACO INC.              DATE   06/24/87
PROSPECT   BLUEJAY                      DRILLING REPORT             REPORT NO.  33
COMPUTER NO.   H0371                       (PAGE 2 OF 2)            ESTIMATE NO. 7-59751
QSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 HC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

```
BHA:B,NXB,10M,DPMS,MDC,MX,MWD,CXO,45H.WT.
```

| 6.5 " DC'S | 5 " HW | 1446 FEET | 59  M LBS | AVAIL BIT WT: | 43  M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|

| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 197 |
|---|---|---|---|---|---|---|---|---|---|
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | I/G | STRKS: 1656 |
| 12 | 8.5 | SMITH | 114 | KZ1370 | 13 13 13 13 | 1186 | 38.5 | 30/ 42 | 80/ | 2  5 | IN | TORQUE - FT LBS: 7340 |
| 13 | 8.5 | SMITH | 114 | KA3906 | 14 14 14 14 | 21 | 0.5 | 15/ 20 | 90/ | IN HOLE | AMPS: 500 |
|  |  |  |  |  |  |  |  | / / | / / | / | WEIGHT - TOTAL: 220 |

| SPR | 30/ 400 | 40/ 720 | 50/1100 | 12 "PHP | 6.5 "LNR | 84 SPM | 3000 PSI | 424 GPH | | UP: 255 |
|---|---|---|---|---|---|---|---|---|---|---|
| AV | COLLARS: 342 | DRILL PIPE: 217 | RISER: 20 | HOURS SINCE LAST CIRCULATION: | | DOWN: 185 |
| PERCENT PRESSURE DROP ACROSS BIT: 23.51 | | | | | | |

| MUD TYPE: LMRX | WT: 15.4 | VIS: 50 | PV: 38 | YP: 14 | PV/YP: 2.71 | GELS: 1 / 6 |
|---|---|---|---|---|---|---|
| WL: 3.6 | HP/HT: AT DEG F | SOL: 30 % | SAND: TR % | OIL: TR % | pH: 12.5 | |
| Pf: 2.7 | CHL: 9600 | CEC: 38 | Ca: 280 | HWP: 4.0 | Fm: 16.6 | ExLa: 3.4 | TEMP: 120 DEG F |

| RIG EQUIPMENT: O.K. | DRILLING AIDS: O.K. |
|---|---|

| MUD MATERIALS USED | WEIGHT | DISPERSNT | 40 GEL | LIG | CAUS | MOREX | LIME |
|---|---|---|---|---|---|---|---|
| | OTHER: | | | | | PERSONNEL | |
| MUD RECEIVED $  196389 | 24 HRS $  240 | USED $  132039 | | CREWS: SHORT 2 RSTBS | |

| | | | CONTRACTOR | 32 |
|---|---|---|---|---|
| NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) DSUR | | TEXACO | 3 |
| COMMENTS: | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | TELECO | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 45 |

| BRIEFING: ✓ |
|---|

**HSIEHTEX 00219**

Exhibit 7
Page 149 of 219

MAXIMUM SECURITY    N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751

  TEXACO INC.  
DRILLING REPORT

DATE  06/23/87
REPORT NO.  32
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $   0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | MOH $  647000 | TVD: 6842 | | |
| SPUD - DATE: 05/26/87 | | | | |
| - TIME: 08:00 | | | | |

| DEPTH TODAY: 11665 | ACTUAL CASH $ 1429954 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST: 11147 | YEST CASH $ 1384817 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 17.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 518 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | |
| | DAYS FROM SPUD: 28 | TROUBLE TIME - DAYS: 2.5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | - %: 8.9 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -9 | - COST $: 94087 | | | |
| NEXT BOP TEST: 06/25/87 | | - %: 6.6 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 17.5 | | DRLG. 11147-11665. | | 11125 | 35.5 | S 34.00 W | 0.40 |
| 1.5 | | C & C. PUMP OUT RISER. | | 11372 | 34.5 | S 43.00 W | 0.40 |
| 2 | | SLUG PIPE, POOH W/5 STDS. HOLE STARTED TO SWAB, RAT HOLED OUT | | 11619 | 34.25 | S 34.00 W | 0.10 |
| | | TO 10788. HOLE DRAGGING & TRYING TO PACK OFF. | | | | | |
| 1.5 | | CIRC. OUT @10788. PUMP OUT RISER, MUD CUT TO 14.4 PPG MIN. FOR | | | | | |
| | | 15 MIN. TOTAL. NO GAS UNITS, GAS DET. = O.K. | | | | | |
| 1 | | RAT HOLE OUT TO 10384. HOLE PACKING OFF. | | | | | |
| 0.5 | | CIRC. OUT @ 10384. | | | | | |
| | | ART= C & C MUD @ 10384. | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 11619 | | TVD: 10185 | |
| | | | | INCL: 34.25 | | BEARING: S  34 W | |
| | | | | N/S COORD: S  3658 | | E/W COORD: W  2457 | |
| | | | | VERT SECT: 4404 | | DOG LEG: 0.10 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00220**

Exhibit 7
Page 150 of 219





MAXIMUM SECURITY   N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE   06/23/87
REPORT NO.   32
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: NEIER,LOUVIERE,WRIGH |

BHA:B,NXB,10M,MX,MWD,MX,MDC,MS,MDC,CXO,45HWDP

| 6.5 " DC'S | 5 " HW | 1482 FEET | 62 M LBS | AVAIL BIT WT: | 46 M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. ROT | CONDITION | CAPACITY - BBLS: 197 |
| NO. SIZE MFG. TYPE SERIAL NO. | 32NDS | FTG. HRS (M LBS) RPM | T B I G | STRKS: 1656 |
| 12 8.5 SMITH 114 KZ1370 | 13 13 13 13 | 1186 38.5 30/ 42 80/ | IN HOLE | TORQUE - FT LBS: 7340 |
| | | / / / | | AMPS: 500 |
| | | / / | | WEIGHT - TOTAL: 220 |
| SPR 30/ 500 40/ 780 50/1240 | 12 "PMP | 6.5 "LNR | 77 SPM 3000 PSI 305 GPM | UP: 260 |
| AV COLLARS: 327 DRILL PIPE: 199 RISER: 25 HOURS SINCE LAST CIRCULATION: 1 | DOWN: 160 |
| PERCENT PRESSURE DROP ACROSS BIT: 26.07 | |

| MUD TYPE: LMRX | WT: 15.4 | VIS: 56 | PV: 37 | YP: 13 | PV/YP: 2.85 | GELS: 1 / 8 |
| WL: 3.6 | HP/HT: | AT DEG F | SOL: 30 % | SAND: TR % | OIL: % | pH: 12.5 |
| Pf: 3.0 | CHL: 9800 | CEC: 38 | Ca: 300 | MWP: 3.5 | Pm: 17.0 | ExLm: 3.5 | TEMP: 120 DEG F |
| RIG EQUIPMENT: O.K. | DRILLING AIDS: O.K. |
| MUD MATERIALS USED 1300 WEIGHT | DISPERSNT | GEL 60 LIG 10 CAUS 90 MOREX 30 LIME |
| OTHER: NOPCOSPERSE 2, BARITE CORRECTION= 800 SX. |
| MUD RECEIVED $ 189009 | 24 HRS $ 10000 | USED $ 131799 |

| PERSONNEL | |
| CREWS: FULL | |
| CONTRACTOR | 33 |
| TEXACO | 3 |
| CATERER | 6 |
| MUD ENGINEER | 1 |
| BJ | 1 |
| TELECO | 2 |
| XXXXXXXXXX | |
| --- TOTAL --- | 46 |

NEXT TWO MAJOR OPERATIONS:  1) POOH    2) GIH

COMMENTS:

BRIEFING: ✓
Survey: 11619 3°4'W 5°3'W
TVD 10185 53658 W2457

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

POOH
MONITER FILL WITH TRIP TANK.
TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
CHECK PIPE PULLING SPEED.
REVIEW BHA FOR ANY NEEDED CHANGES.
NOTE LEDGES AND KEYSEATS.

GIH
BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS.
CHECK MUD DISPLACEMENT WITH TRIP TANK.
NOTE TIGHT SPOTS, TOP OF LINER.
CHECK PIPE RUNNING SPEED (SURGE).

**HSIEHTEX 00221**

Exhibit 7
Page 151 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
SWC/ / 50/7-59751




**TEXACO INC.**
**DRILLING REPORT**

DATE ___06/22/87___
REPORT NO. ___31___
ESTIMATE NO. ___7-59751___

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING |

| WATER DEPTH: | 424 | | ATD – TVD: 11568 | | MD: 13431 | | SIZE | M. DEPTH | TVD |
|---|---|---|---|---|---|---|---|---|---|
| RKB – NWL: | 65 | | MD: 13431 | | TVD: 11568 | | 30" | 640 | 640 |
| ML: | 489 | | | | | | 20" | 1496 | 1496 |
| MLH: | 479 | ESTIMATED CASH $ | 3478000 | | LAST LOG – | | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ | 0 | | MD: | 7403 | | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | MOH $ | 647000 | | TVD: | 6842 | | | | |
| SPUD – DATE: 05/26/87 | | | | | | | | | |
| – TIME: 08:00 | | | | | | | | | |

| DEPTH TODAY: 11147 | ACTUAL CASH $ 1384817 | PERFS | PACKERS |
|---|---|---|---|
| DEPTH YEST: 10479 | YEST CASH $ 1347159 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 21 | OE REQUESTED $ | | |
| FOOTAGE DRLD: 668 | DATE: / / | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | |
| | DAYS FROM SPUD: 27 | TROUBLE TIME – DAYS: 2.5 |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 9.3 |
| LEAKOFF: Y | DIFF FROM GOAL: -6.5 | – COST $: 94097 |
| NEXT BOP TEST: 06/25/87 | | – %: 6.8 |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS |
|---|---|---|---|---|
| 2 | | TIH. BROKE CIRC. @ 8800, CONT. TIH. | | M.DEPTH | INCLIN | BEARING | DLS |
| 6 | | DRLG. 10479-10558, SEVERE BIT BALLING PROBLEMS. | | 10600 | 38.0 | S 34.0 W | 0 |
| 1 | | BIT BALLED UP, C & C MUD WHILE UNBALL SAME. | | 10756 | 37.0 | S 34 W | 0.64 |
| 15 | | DRLG. 10558-11147. | | 10942 | 36.25 | S 34 W | 0.40 |
| | | | | | | | |

LAST SURVEY TAKEN
MD: 10942    TVD: 9630
INCL: 36.25    BEARING: S    34 W
N/S COORD: S    3336 E/W COORD: W    2240
VERT SECT:    4015    DOG LEG:    0.40
SURVEY TOOL: TELECO MWD

**HSIEHTEX 00222**

Exhibit 7
Page 152 of 219

MAXIMUM SECURITY   N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
33WC/    /   50/7-59751



# TEXACO INC.
## DRILLING REPORT
(PAGE 2 OF 2)



DATE  06/22/87
REPORT NO.  31
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

BHA:B,NXB,10M,HX,MWD,HX,MDC,MS,MDC,CXO,45HWDP

| 6.5 " DC'S | 5 " HW | 1482 FEET | 62 M LBS | AVAIL BIT WT: | 46 M LBS | DRILL STRING DATA |
| BIT | | JET SIZE | | BIT WT. ROT | CONDITION | CAPACITY - BBLS: 184 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) RPM | T B G | STRKS: 1551 |
| 12 | 8.5 SMITH | 114 | KZ1370 | 13 13 13 13 | 668 | 21 42/ | 80/ | IN HOLE | TORQUE - FT LBS: 6590 |
| | | | | / | / | / / / | | AMPS: 450 |
| | | | | / | / | / / / | | WEIGHT - TOTAL: 205 |
| SPR | 20/ 270 | 30/ 490 | 40/ 820 | 12 "PMP | 6.5 "LNR | 77 SPM | 3000 PSI | 385 GPM | UP: 245 |
| AV | COLLARS: 327 | DRILL PIPE: 199 | RISER: 25 | HOURS SINCE LAST CIRCULATION: | | DOWN: 145 |
| PERCENT PRESSURE DROP ACROSS BIT: 26.07 | | | | | | |

| MUD TYPE: LMRX | WT: 15.4 | VIS: 54 | PV: 37 | YP: 12 | PV/YP: 3.08 | GELS: 1 / 6 |
| WL: 3.9 | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 3.0 | CHL: 10000 | CEC: 30 | Ca: 300 | MMP: 3.8 | Pm: 17.5 | ExLm: 3.6 | TEMP: 115 DEG F |
| RIG EQUIPMENT: O.K. | | | | DRILLING AIDS: O.K. | | |

| MUD MATERIALS USED | 300 WEIGHT | DISPERSNT | GEL | 60 LIG | 29 CAUS | 60 MOREX | 60 LIME |
| | OTHER: 2 NOPCOSPERSE | | | | | | |
| MUD RECEIVED $ 189089 | 24 HRS $ 4720 | USED $ 121799 | | | | |

| | PERSONNEL | |
| --- | --- | --- |
| CREWS: | FULL | |
| CONTRACTOR | | 34 |
| TEXACO | | 3 |
| CATERER | | 6 |
| MUD ENGINEER | | 1 |
| BJ | | 1 |
| C.KING | | 1 |
| TELECO | | 3 |
| --- TOTAL --- | | 49 |

NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) POOH

COMMENTS:
ART   DRLG @ 11150. BIT TRYING TO BALL.

BRIEFING: ✓
Survey: 10942  3644  5346
TVD  9630  53336  W2240

| RECOMMENDATIONS/GUIDELINES | DRLG | POOH |
| --- | --- | --- |
| These points should be | CHECK ABW, MUD PROGRAM AND ECD'S. | MONITER FILL WITH TRIP TANK. |
| considered in your future | TAKE SLOW PUMP RATES. | TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| operations. They MUST be | KEEP PIPE MOVING DURING CONNECTIONS. | CHECK PIPE PULLING SPEED. |
| discussed with the office | CHECK GAS DETECTOR EVERY TOUR. | REVIEW BHA FOR ANY NEEDED CHANGES. |
| prior to implementation. | MONITOR PENETRATION RATES / CORRELATION. | NOTE LEDGES AND KEYSEATS. |

**HSIEHTEX 00223**

Exhibit 7
Page 153 of 219



MAXIMUM SECURITY   N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751



**TEXACO INC.**
**DRILLING REPORT**



DATE   06/21/87
REPORT NO.   30
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11568 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 11568 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | MOH $ 647000 | TVD: 6842 | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 10479 | ACTUAL CASH $ 1347159 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 10115 | YEST CASH $ 1307526 | TOP | BOTTOM | TYPE | DEPTH | |
| HOURS DRLG: 7.5 | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 364 | DATE: / / | | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | | |
| | DAYS FROM SPUD: 26 | TROUBLE TIME – DAYS: 2.5 | | | | |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 9.6 | | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -4.5 | – COST $: 94007 | | | | |
| NEXT BOP TEST: 06/25/87 | | – %: 7.0 | | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 7.5 | | DRLG, 10115-10479, | | 9873 | 38.75 | S  34 W | .4 |
| 1.5 | | CIRC, B/U. PUMP OUT RISER. | | 10058 | 38.25 | S  34 W | .27 |
| 1.5 | | POOH, PULL 11 STDS, HOLE STARTED SWABBING & DRAGGING, WORK OUT | | 10243 | 38 | S  34 W | .13 |
| | | 12TH STD, P/U KELLY, WORK PIPE & PUMP B/U @ 9350. | | 10429 | 38 | S  34 W | 0 |
| 9 | | POOH TO 9250, WELL STARTED TO SWAB, P/U KELLY, RAT HOLE OUT 23 | | | | | |
| | | JTS, HOLE BEGAN TAKING PROPER FILL UP, POOH, L/D 15 JTS, GR E. | | | | | |
| | | BHA BALLED UP, | | | | | |
| 4.5 | | P/U BIT # 12, BHA, & 15 JTS HVY WT. TIH. | | | | | |

| | | LAST SURVEY TAKEN | |
|---|---|---|---|
| | | MD: 10429 | TVD: 9223 |
| | | INCL: 38 | BEARING: S  34 W |
| | | N/S COORD: S  3070 | E/W COORD: W  2065 |
| | | VERT SECT: 3704 | DOG LEG: 0 |
| | | SURVEY TOOL: TELECO MWD | |

**HSIEHTEX 00224**

Exhibit 7
Page 154 of 219

MAXIMUM SECURITY ___N___
PROSPECT  BLUEJAY
COMPUTER NO.  M0371
OSWC/   /  50/7-59751




## TEXACO INC.
## DRILLING REPORT
(PAGE 2 OF 2)

DATE  06/21/87
REPORT NO.  30
ESTIMATE NO.  7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

BHA:B,NXB,10N,MX,MWD,MX,MDC,MS,MDC,CXO,45HNDP

| 6.5 ° DC'S | | 5 " HW | 1402 FEET | 62 M LBS | AVAIL BIT WT: | 46 M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 175 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | R | STRKS: 1477 |
| 11 | 8.5 | SMITH | 114 | KZ1377 | 13 13 13 13 | 1406 | 29.5 | 42/ | 00/ | 2 | 3 | I | TORQUE - FT LBS: 6590 |
| 12 | 8.5 | SMITH | 114 | KZ1730 | 13 13 13 13 | | | / | / | / | IN HOLE | AMPS: 450 |
| | | | | | | | | | | | | WEIGHT - TOTAL: 100 |

| SPR | 20/ 230 | 30/ 420 | 40/ 700 | 12 "PMP | 6.5 "LNR | 83 SPM | 3000 PSI | 414 GPM | | UP: 215 |
| AV | COLLARS:  357 | DRILL PIPE:  215 | RISER:   26 | HOURS SINCE LAST CIRCULATION: 16.5 | | | DOWN: 155 |
| PERCENT PRESSURE DROP ACROSS BIT:  30.14 | | | | | | |

| MUD TYPE: LMRX | WT: 15.4 | VIS: 50 | PV: 38 | YP: 14 | PV/YP: 2.71 | GELS: 1 / 0 |
|---|---|---|---|---|---|---|
| WL: 4.1 | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR | % | OIL: 0 % | pH: 12.5 |
| Pf: 3.0 | CHL: 11000 | CEC: 30 | Ca: 300 | MHP: 3.9 | Pm: 17 | ExLm: 3.5 | TEMP: 112 DEG F |

RIG EQUIPMENT: O.K.                                          DRILLING AIDS: O.K.

| MUD MATERIALS USED : 300 WEIGHT | DISPERSNT : 60 GEL | 30 LIG | 15 CAUS | 30 MOREX | 30 LIME |
| | OTHER: | | | | PERSONNEL |
| MUD RECEIVED $   105409 | 24 HRS $   3270 | USED $  117079 | | CREWS:  FULL |

| | | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) GIH    2) DRLG | | | | TEXACO | 3 |
| COMMENTS: | | | | CATERER | 6 |
|           ART | | | | MUD ENGINEER | 1 |
|           TIH @ 8400 FT. | | | | BJ | 1 |
| | | | | C.KING | 1 |
| | | | | TELECO | 3 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | --- TOTAL --- | 49 |

BRIEFING:  ✓

*Subway: 1042ç  38° 53'w*
*TD 9223  53078 W 2065*

RECOMMENDATIONS/GUIDELINES          GIH                          DRLG
These points should be        : BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS. : CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future     : CHECK MUD DISPLACEMENT WITH TRIP TANK.      : TAKE SLOW PUMP RATES.
operations. They MUST be      : NOTE TIGHT SPOTS, TOP OF LINER.             : KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office     : CHECK PIPE RUNNING SPEED (SURGE).           : CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.      :                                             : MONITOR PENETRATION RATES / CORRELATION.

**HSIEHTEX 00225**

Exhibit 7
Page 155 of 219

```
MAXIMUM SECURITY    N                                          DATE   06/20/87
PROSPECT   BLUEJAY              TEXACO INC.                    REPORT NO.  29
COMPUTER NO.   M0371         DRILLING REPORT                  ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | | |
|---|---|---|---|---|---|---|
| WATER DEPTH:   424 | ATD - TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB -   MWL:   65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| ML:   489 | | | 20" | 1496 | 1496 |
| MLH:   479 | ESTIMATED CASH $  3478000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $       0 | MD:  7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | MOH $    647000 | TVD:  6842 | | | |
| SPUD  - DATE: 05/26/87 | | | | |
| - TIME: 08:00 | | | | |

| DEPTH TODAY: 10115 | ACTUAL CASH $  1307526 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST:  8993 | YEST CASH $  1264040 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG:   22 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 1122 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | |
| | DAYS FROM SPUD:  25 | TROUBLE TIME -   DAYS:  2.5 | | | |
| LAST SEAT TEST: 16.7    (PPG) | | -     %: 10.0 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -4.5 | - COST $:   94887 | | | |
| NEXT  BOP TEST: 06/25/87 | | -     %:  7.2 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1 | | TIH,TAGGED BRIDGE @ 8611. | | 9138 | 40.75 | S    34 W | .13 |
| 1 | | P/U KELLEY, WASHED 8611 - 8690. FINISHED GIH. | | 9323 | 40.75 | S    34 W | 0 |
| 22 | | DRLG, 8993-10115 | | 9506 | 40 | S    34 W | .4 |
| | | ART: DRLG, AHEAD | | 9689 | 39.5 | S    34 W | .27 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD:  9689 | | TVD:  8643 | |
| | | | | INCL:  39.5 | | BEARING: S    34 W | |
| | | | | N/S COORD: S  2696 | E/W COORD: W  1008 | | |
| | | | | VERT SECT:   3245 | DOG LEG:   .27 | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00226**

Exhibit 7
Page 156 of 219

MAXIMUM SECURITY __N__
PROSPECT __BLUEJAY__
COMPUTER NO. __H0371__
OSWC/ __/__ __50/7-59751__

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE __06/20/87__
REPORT NO. __29__
ESTIMATE NO. __7-59751__

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

BHA:B,N/B,10M,MX,MWD,MX,MDC,MG,MDC,CXO,30 HWDP

| 6.5 " DC'S | 5 " HW | 1034 FEET | 44 M LBS || AVAIL BIT WT: | 36 M LBS || DRILL STRING DATA |
| BIT | | | JET SIZE | |BIT WT.| ROT | CONDITION || CAPACITY - BBLS: 165 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 1307 |
| 11 | 0.5|SMITH | 114 | K21377 | 13 13 13 13 | 1122 | 22 | 30/ 42| 80/ | | IN HOLE | TORQUE - FT LBS: 5840 |
| | | | | | | | | / | | / | | || AMPS: 400 |
| | | | | | | | | / | | / | | || WEIGHT - TOTAL: 100 |
| SPR | 20/ 230 | 30/ 400 | 40/ 600 | 12 "PMP | 6.5 "LNR | 03 SPM | 3000 PSI | 414 GPM || UP: 215 |
| AV | COLLARS: 357 | DRILL PIPE: 215 | RISER: 26 | HOURS SINCE LAST CIRCULATION: || DOWN: 140 |
| PERCENT PRESSURE DROP ACROSS BIT: 30.14 |

| MUD TYPE: LMRX | WT: 15.4 | VIS: 50 | PV: 37 | YP: 10 | PV/YP: 3.7 | GELS: 1 / 5 |
| WL: 4 | HP/HT: AT DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.0 | CHL: 11000 | CEC: 30 | Ca: 300 | MWP: 3.5 | Pm: 17.6 | ExLm: 3.7 | TEMP: 110 DEG F |

RIG EQUIPMENT: OK                                                DRILLING AIDS: OK
| MUD MATERIALS USED | 800 WEIGHT | DISPERSNT | 60 GEL | 30 LIG | 15 CAUS | 60 MOREX | 30 LIME |

OTHER: 9 DRUMS NOPCO-SPERSE,400 SX BARITE- INVENTORY ADJ.

| MUD RECEIVED $ | 140237 | 24 HRS $ | 9030 | USED $ | 113009 |

NEXT TWO MAJOR OPERATIONS: 1) DRLG   2) POOH

COMMENTS:

| PERSONNEL | |
| CREWS: | FULL |
| CONTRACTOR | 34 |
| TEXACO | 3 |
| CATERER | 5 |
| MUD ENGINEER | 1 |
| BJ TITAN | 1 |
| CARL KING | 1 |
| TELECO | 3 |
| | |
| | |
| | |
| | |
| --- TOTAL --- | 48 |

BRIEFING: ✓

_SURVEY.  9689  39/2° 53W_
_TVD 8643 5296 W/80B_

RECOMMENDATIONS/GUIDELINES   |        DRLG
These points should be     | CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future  | TAKE SLOW PUMP RATES.
operations. They MUST be   | KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office  | CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.   | MONITOR PENETRATION RATES / CORRELATION.

|        POOH
| MONITER FILL WITH TRIP TANK.
| TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
| CHECK PIPE PULLING SPEED.
| REVIEW BHA FOR ANY NEEDED CHANGES.
| NOTE LEDGES AND KEYSEATS.

**HSIEHTEX 00227**

Exhibit 7
Page 157 of 219

MAXIMUM SECURITY __N__
PROSPECT __BLUEJAY__
COMPUTER NO. __N0371__
OSWC/   /  50/7-59751



**TEXACO INC.**
**DRILLING REPORT**



DATE __06/19/87__
REPORT NO. __28__
ESTIMATE NO. __7-59751__

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH | | |
| DIRECTIONAL: Y    ESTIMATED DAYS: 80 | NEXT LOG – | CASING | | |
| | | SIZE | M. DEPTH | TVD |
| WATER DEPTH: 424    ATD – TVD: 11560 | MD: 13431 | 30" | 640 | 640 |
| RKB – MWL: 65    MD: 13431 | TVD: 11568 | 20" | 1496 | 1496 |
| HL: 489 | | 13 3/8" | 3490 | 3490 |
| MLH: 479    ESTIMATED CASH $ 3478000 | LAST LOG – | 9 5/8" | 7364 | 6810 |
| ON LOC – DATE: 05/24/87   CE BEFORE OE $      0 | MD: 7403 | | | |
| – TIME: 13:00    KOH $  647000 | TVD: 6842 | | | |
| SPUD – DATE: 05/26/87 | | | | |
| – TIME: 08:00 | | | | |

| DEPTH TODAY: 8993 | ACTUAL CASH $  1264048 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST: 8884 | YEST CASH $  1226533 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 6.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 109 | DATE:  /  / | | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | | |
| | DAYS FROM SPUD: 24 | TROUBLE TIME – | DAYS: | 2.5 | |
| LAST SEAT TEST: 16.7    (PPG) | | | %: | 10.4 | |
| LEAKOFF: Y    DIFF FROM GOAL: -1 | | – COST $: | 94007 | | |
| NEXT BOP TEST: 06/25/87 | | – | %: | 7.4 | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 6.5 | | DRILL FROM 8884 TO 8993. | | 8894 | 40.25 | S   34 W | 1.07 |
| 1 | | CIRC. & COND. | | 8954 | 40.5 | S   34 W | .41 |
| 4 | | POOH. (STOPPED TO WASH WELLHEAD WHILE POOH) | | | | | |
| 1 | | ATTEMPT TO RETRIEVE WEARBUSHING. FAILED. | | | | | |
| 1.5 | | TIH WITH WASH TOOL. WASHED WELLHEAD.POOH. | | | | | |
| 1 | | RETRIEVED WEAR BUSHING. | | | | | |
| 4.5 | | TEST BOP'S. TESTED ANNULAR 250/3500.VAR, RAMS 250/5000. CHOKE | | | | | |
| | | MANIFOLD, CHOKE LINES,KILL LINE, & RAMS 250/10000. SURFACE | | | | | |
| | | EQUIPMENT 250/3500. | | | | | |
| 1 | | RE-SET WEAR BUSHING. | | | | | |
| 3.5 | | P/U BHA, CHECK MWD, GIH T/ 7339', BREAK CIRC. | | | | | |
| | | ART: CONTINUE IN HOLE, TAGGED BRIDGE @ 8611' | | LAST SURVEY TAKEN | | | |
| | | | | MD: 8954   TVD: 8083 | | | |
| | | | | INCL: 40.5   BEARING: S   34 W | | | |
| | | | | N/S COORD: S  2301 E/W COORD: W  1542 | | | |
| | | | | VERT SECT:    2769  DOG LEG:    .41 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00228**

Exhibit 7
Page 158 of 219

```
MAXIMUM SECURITY   N                                              DATE   06/19/87
PROSPECT   BLUEJAY              TEXACO INC.                       REPORT NO.  28
COMPUTER NO.  M0371          DRILLING REPORT                      ESTIMATE NO. 7-59751
QSWC/  /  50/7-59751            (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER,LOUVIERE,WRIGH |

BHA:B,N/B,10M,MX,MWD,MX,MDC,MS,MDC,CXO,30 HWDP

| 6.5 " DC'S | 5 " HW | 1034 FEET | 43 M LBS | AVAIL BIT WT: | 36 M LBS | DRILL STRING DATA |

| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 149 |
|---|---|---|---|---|---|---|---|---|---|
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 1253 |
| 10 | 8.5 | SMITH | 114 | YV2248 | 13 13 13 13 | 588 | 24 | 5/ 10 | 80/ | 5 | 4 | | TORQUE - FT LBS: |
| 11 | 8.5 | SMITH | 114 | KZ1377 | 13 13 13 13 | / | / | / | / | / | | IN HOLE | AMPS: |
| | | | | | | / | / | / | / | / | | | WEIGHT - TOTAL: |

| SPR | 30/ 360 | 40/ 600 | 50/ 940 | 12 "PMP | 6.5 "LNR | 85 SPM | 3000 PSI | 424 GPM | UP: |
| AV | COLLARS: 220 | DRILL PIPE: 36 | RISER: 27 | HOURS SINCE LAST CIRCULATION: 16.5 | DOWN: |

PERCENT PRESSURE DROP ACROSS BIT: 31.62

| MUD TYPE: LMRX | WT: 15.4 | VIS: 54 | PV: 38 | YP: 12 | PV/YP: 3.17 | GELS: 1 / 6 |
| WL: 4.9 | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.3 | CHL: 9000 | CEC: 30 | Ca: 300 | MWP: 4.2 | Pm: 17 | ExLa: 3.67 | TEMP: 110 DEG F |

RIG EQUIPMENT: OK                              DRILLING AIDS: OK

| MUD MATERIALS USED | 300 WEIGHT | DISPERSNT | GEL | LIG | CAUS | 30 MOREX | 15 LIME |
| OTHER: | | | | | | PERSONNEL |
| MUD RECEIVED $  140237 | 24 HRS $  2595 | USED $  104779 | CREWS: | FULL |

| | | CONTRACTOR | 34 |
|---|---|---|---|
| NEXT TWO MAJOR OPERATIONS:  1) DRLG   2) POOH | TEXACO | 3 |
| COMMENTS: | CATERER | 5 |
| | MUD ENGINEER | 1 |
| | CARL KING | 1 |
| | BJ TITAN | 1 |
| | TELECO | 3 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 40 |

BRIEFING: ✓

```
Suray: 6954  45.5  534c
        7cu) 8053 52301 6 1542
```

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

| DRLG |
|---|
| CHECK ABW, MUD PROGRAM AND ECD'S. |
| TAKE SLOW PUMP RATES. |
| KEEP PIPE MOVING DURING CONNECTIONS. |
| CHECK GAS DETECTOR EVERY TOUR. |
| MONITOR PENETRATION RATES / CORRELATION. |

| POOH |
|---|
| MONITER FILL WITH TRIP TANK. |
| TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| CHECK PIPE PULLING SPEED. |
| REVIEW BHA FOR ANY NEEDED CHANGES. |
| NOTE LEDGES AND KEYSEATS. |

**HSIEHTEX 00229**

Exhibit 7
Page 159 of 219




```
MAXIMUM SECURITY   N                                          DATE  06/18/87
PROSPECT  BLUEJAY              TEXACO INC.                    REPORT NO.  27
COMPUTER NO.  M0371          DRILLING REPORT                 ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $  0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | HOH $  647000 | TVD: 6842 | | |
| SPUD – DATE: 05/26/87 | | | | |
| – TIME: 08:00 | | | | |

| DEPTH TODAY: 8884 | ACTUAL CASH $ 1226533 | PERFS | PACKERS | |
|---|---|---|---|---|
| DEPTH YEST: 8539 | YEST CASH $ 1187503 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 15 | OE REQUESTED $ | | | |
| FOOTAGE DRLD: 345 | DATE:  / / | | | |
| FORMATION DESCRIPTION: SAND, SHALE, AND GUMBO | | | | |
| | DAYS FROM SPUD: 23 | TROUBLE TIME – DAYS: 2.5 | | |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 10.9 | | |
| LEAKOFF: Y | DIFF FROM GOAL: 1.5 | – COST $: 94087 | | |
| NEXT BOP TEST: 06/18/87 | | – %: 7.7 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | H.DEPTH | INCLIN | BEARING | DLS |
| 2.5 | | DRILL FROM 8505' TO 8599', WELL FLOWING DURING CONNECTIONS – | | 8528 | 37 | S  35 W | 1.22 |
| | | MEASURED RATE AT 6 BBL GAIN IN 9 MINUTES | | 8616 | 38.5 | S  35 W | 1.70 |
| 1.5 | | CIRC BTM UP – CUT TO LOW OF 13.4 PPG BACK TO TO 14.9 PPG IN 30 | | 8711 | 39.25 | S  35 W | 0.78 |
| | | MINUTES, MAX GAS 210 UNITS. | | | | | |
| 1.5 | | DRILL 2 JTS FROM 8599' TO 8659', HOLE TRIED TO CLOSE IN DURING | | | | | |
| | | CONNECTION AT 8629'. | | | | | |
| 1.5 | | CIRC BTM UP – CUT TO LOW OF 14.3 PPG BACK TO 14.9 PPG IN 10 | | | | | |
| | | MINUTES – MAX GAS 72 UNITS, CHLORIDES 9600, SHUT DOWN & CHECK | | | | | |
| | | FLOW – WELL FLOWING @ RATE OF 5 BBL IN 3.5 MINUTES. | | | | | |
| 3.0 | | CIRC & COND MUD TO 15.4 PPG. BTM UP CUT TO LOW OF 13.3 PPG. | | | | | |
| | | BACK TO 14.9 PPG IN 15 MINUTES – MAX GAS 250 UNITS, CHLORIDES | | | | | |
| | | 14000, SHUT DOWN AND CHECKED FLOW – WELL DEAD. | | LAST SURVEY TAKEN | | | |
| 3.0 | | DRILL 8659' TO 8720' – NO FLOW DURING CONNECTIONS | | MD: 8802 | | TVD: 7966 | |
| 0.5 | | CIRC AND PUMPED OUT RISER | | INCL: 39.5 | | BEARING: S  35 W | |
| 2.5 | | MADE 16 STAND SHORT TRIP TO BTM OF CASING, HOLE NOT SWABBING & | | N/S COORD: S  2221 | E/W COORD: W  1487 | | |
| | | NO EXCESS DRAG WHILE POOH OR GIH, SLUNG GUMBO OFF BHA & CIRC | | VERT SECT:  2671 | DOG LEG: 0.27 | | |
| | | WHILE UP IN CASING. | | SURVEY TOOL: TELECO MWD | | | |
| 8.0 | | DRILL FROM 8720' TO 8884', NO CUT MUD ON B/U AFTER TRIP – | | | | | |
| | | MAX GAS 19 UNITS. | | | | | |
| | | ART : DRILLING AHEAD | | | | | |

HSIEHTEX 00230

Exhibit 7
Page 160 of 219



| MAXIMUM SECURITY   N |  |  | DATE   06/18/87 |
|---|---|---|---|
| PROSPECT :~BLUEJAY | TEXACO INC. |  | REPORT NO.   27 |
| COMPUTER NO.   M0371 | DRILLING REPORT |  | ESTIMATE NO. 7-59751 |
| OSWC/   /  50/7-59751 | (PAGE 2 OF 2) |  |  |

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

BHA:B KS NXB 10M MS HWD MX HDC MS HDC CXO 30 HWDP

| 6.5 " DC'S |  | 5 " HW | 1032 FEET |  | 43  M LBS | AVAIL BIT WT: |  | 36  M LBS | DRILL STRING DATA |  |
|---|---|---|---|---|---|---|---|---|---|---|
| BIT | | | | JET SIZE | | | BIT WT./ ROT | CONDITION | CAPACITY - BBLS: 147 | |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | FTG. | HRS | RPM | T | B | G | STRKS: 1230 |
| 10 | 8.5 | SMITH | 114 | YV 2240 | 13 13 13 13 | 479 | 17.5 | 5/ 10 | / 00 | IN HOLE | TORQUE - FT LBS: 3630 |
|  |  |  |  |  | | | / | / | | | | AMPS: 250 |
|  |  |  |  |  | | | / | / | | | | WEIGHT - TOTAL: 175 |
| SPR | 30/ 360 | 40/ 640 | 50/ 960 | 12 "PMP | 6.5 "LNR | 85 SPM | 3000 PSI | 424 GPH | | UP: 200 |
| AV  COLLARS: | 361 | DRILL PIPE: | 220 | RISER: | 27 | HOURS SINCE LAST CIRCULATION: | | DOWN: 160 |
| PERCENT PRESSURE DROP ACROSS BIT: | 31.62 | | | | | | | | |

| MUD TYPE: LMRX |  | WT: 15.4 | VIS: 52 | PV: 37 | YP: 11 | PV/YP: 3.36 | GELS: 1 / 6 |
|---|---|---|---|---|---|---|---|
| WL: 5.0 |  | HP/HT: | AT | DEG F | SOL: 30 % | SAND: TR  % | OIL: 0 % | pH: 12.5 |
| Pf: 2.3 | CHL: 9000 | CEC: 36 | Ca: 300 | MHP: 3.1 | Pa: 17.3 | ExLm: 3.75 | TEMP: 110 DEG F |
| RIG EQUIPMENT: OK | | | | DRILLING AIDS: OK | | | |

MUD MATERIALS USED : 1000 WEIGHT   DISPERSNT   60 GEL   30 LIG   15 CAUS   30 HOREX   30 LIME

| OTHER: | | | PERSONNEL | |
|---|---|---|---|---|
| MUD RECEIVED $  140237 | 24 HRS $   7680 | USED $   102104 | CREWS:   FULL | |
| | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) DRLG   2) POOH | | | TEXACO | 3 |
| COMMENTS: | | | CATERER | 6 |
| MMS VISIT (06/16/87) NO INC'S. | | | MUD ENGINEER | 1 |
| | | | B. J. TITAN | 1 |
| | | | CARL KING | 1 |
| | | | TELECO | 3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | --- TOTAL --- | 49 |

BRIEFING: ✔

Survey: 8802  39.5  535W
        TVD 7966  52221  W 1487

| RECOMMENDATIONS/GUIDELINES | DRLG | POOH |
|---|---|---|
| These points should be | CHECK ABW, MUD PROGRAM AND ECD'S. | MONITER FILL WITH TRIP TANK. |
| considered in your future | TAKE SLOW PUMP RATES. | TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| operations. They MUST be | KEEP PIPE MOVING DURING CONNECTIONS. | CHECK PIPE PULLING SPEED. |
| discussed with the office | CHECK GAS DETECTOR EVERY TOUR. | REVIEW BHA FOR ANY NEEDED CHANGES. |
| prior to implementation. | MONITOR PENETRATION RATES / CORRELATION. | NOTE LEDGES AND KEYSEATS. |

HSIEHTEX 00231

Exhibit 7
Page 161 of 219

 

```
MAXIMUM SECURITY    N                                          DATE  06/17/87
PROSPECT  BLUEJAY             TEXACO INC.               REPORT NO.  26
COMPUTER NO.  M0371         DRILLING REPORT             ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| MLH: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $  0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | MOH $  647000 | TVD: 6842 | | | |
| SPUD - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 8539 | ACTUAL CASH $ 1187583 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 8539 | YEST CASH $ 1149974 | TOP | BOTTOM | TYPE | DEPTH | |
| HOURS DRLG: 0 | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 0 | DATE: / / | | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | | |
| | DAYS FROM SPUD: 22 | TROUBLE TIME - DAYS: 2.5 | | | | |
| LAST SEAT TEST: 16.7 (PPG) | | - %: 11.4 | | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -2 | - COST $: 94087 | | | | |
| NEXT BOP TEST: 06/18/87 | | - %: 7.9 | | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 0.5 | | CIRCULATE | | 8313 | 35.5 | S  32 W | 0.41 |
| 8.0 | | PULL 6 JOINTS - HOLE NOT SWABBING.  FINISH OUT OF HOLE PULLING | | | | | |
| | | FULL STANDS - BHA NOT BALLED UP. | | | | | |
| 5.5 | | M/U ANGLE BUILD BHA, CHECK TELECO TOOL & GIH P/U DRILL PIPE. | | | | | |
| | | STARTED TAKING WEIGHT AT 8191'. | | | | | |
| 3.5 | | WASH AND REAM FROM 8191' TO 8405' - WELL SIDETRACKED AT 8405'. | | | | | |
| 2.5 | | DRILL NEW HOLE FROM 8405' TO 8505'. CHECK FOR FLOW, WELL FLOW- | | | | | |
| | | ING. | | | | | |
| 1.0 | | CIRC BTMS UP, LOW CUT 13.9 PPG BACK TO 14.9 PPG IN 13 MINUTES. | | | | | |
| | | MAX GAS 110 UNITS. | | | | | |
| 0.5 | | CHECK FLOW - SLIGHT FLOW - LINED UP TO TAKE RETURNS AT THE | | | | | |
| | | TRIP TANK; FLOWED 2 BBL IN 5 MINUTES. DRILL PIPE STAYING FULL. | | LAST SURVEY TAKEN | | | |
| 2.0 | | CIRC BTMS. UP - LOW CUT 13.9 PPG BACK TO 14.9 PPG IN 15 MIN. | | MD: 8433 | | TVD: 7676 | |
| | | MAX GAS 130 UNITS. | | INCL: 36 | | BEARING: S  34 W | |
| 0.5 | | LINED UP TO TAKE RETURNS ON TRIP TANK; SHUT PUMP OFF; GAIN | | N/S COORD: S  2033 E/W COORD: W  1356 | | | |
| | | 3 BBL IN 30 MINUTES, DRILL PIPE STAYING FULL. | | VERT SECT: 2443  DOG LEG: 1.05 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00232**

Exhibit 7
Page 162 of 219

```
MAXIMUM SECURITY   N                    TEXACO INC.              DATE  06/17/87
PROSPECT  BLUEJAY                    DRILLING REPORT             REPORT NO. 26
COMPUTER NO.  M0371                    (PAGE 2 OF 2)             ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

```
BHA:B KS NXB 10M MS MWD MX MDC MS MDC CXO 30 HWDP
    6.5 * DC'S  :      5 * HW  : 1032 FEET : 43 M LBS :: AVAIL BIT WT:   35 M LBS  ::  DRILL STRING DATA
 BIT :      :        :      :      JET SIZE   :      :BIT WT.: ROT : CONDITION :: CAPACITY - BBLS: 140 :
 NO. : SIZE : MFG. : TYPE : SERIAL NO. : 32NDS : FTG. : HRS :(M LBS): RPM : T : B : G :: STRKS: 1190 :
  9  : 8.5:HTC  : 114 : JZ 945   : 15 15 15 : 527 : 9.5 : 30/ 45: 60/ : 1   2  IN:: TORQUE - FT LBS: 3630:
 10  : 8.5:SMITH : 114 : YV 2240  : 13 13 13 13 : 100 : 2.5 : / 25: / 80: IN HOLE :::    AMPS: 250 :
     :      :        :      :           :      :      :      :      :      :    :: WEIGHT - TOTAL: 170 :
 SPR : 30/ 310 : 40/ 500 : 50/ 940 : 12 *PHP : 6.5 *LNR : 80 SPM : 3000 PSI : 400 GPM ::     UP: 190 :
 AV  : COLLARS: 339 : DRILL PIPE: 207 : RISER:  26 : HOURS SINCE LAST CIRCULATION:      ::   DOWN: 150 :
 PERCENT PRESSURE DROP ACROSS BIT:  27.41
```

```
 MUD TYPE: LMRX   : WT:15.0   : VIS: 46   : PV: 34   : YP:  9   : PV/YP:  3.70 : GELS:  1 /  3  :
 WL:  5.2   : HP/HT:     AT    DEG F   : SOL:  27 % : SAND: TR  % : OIL: 0 %     : pH: 12.0     :
 Pf:  1.9   : CHL:  6500 : CEC:  36 : Ca: 300 : MWP: 4.5 : Pm: 15.2 : ExLm:      : TEMP: 105 DEG F :
 RIG EQUIPMENT: OK                         : DRILLING AIDS: OK
 MUD MATERIALS USED :   534  WEIGHT :      DISPERSNT :     GEL : 30 LIG : 20 CAUS :   70 HOREX :   70 LIME :
                     : OTHER:                                                    ::      PERSONNEL
 MUD RECEIVED $  140237   : 24 HRS $    5744      : USED $   94504               :: CONTRACTOR      : 34 :
                                                                                :: TEXACO          :  3 :
 NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) POOH                                   :: CATERER         :  6 :
 COMMENTS:                                                                       :: MUD ENGINEER    :  1 :
          ART : RESUME DRILLING.                                                 :: DJ              :  1 :
                                                                                '':: CARL KING      :  1 :
                                                                                :: TELECO          :  3 :
                                                                                :: OCEANEERING     :  6 :
                                                                                ::                     :
                                                                                ::                     :
                                                                                ::                     :
                                                                                ::                     :
                                                                                :: --- TOTAL ---   : 55 :
```

| BRIEFING: *RAT HOLED OUT OF HOLE.*
| *CHANGED BHA.*
| *REAMED 819) - BTM.*

```
RECOMMENDATIONS/GUIDELINES  :           DRLG                    :           POOH
These points should be      : CHECK ABN, MUD PROGRAM AND ECD'S. : MONITER FILL WITH TRIP TANK.
considered in your future   : TAKE SLOW PUMP RATES.             : TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
operations. They MUST be    : KEEP PIPE MOVING DURING CONNECTIONS. : CHECK PIPE PULLING SPEED.
discussed with the office   : CHECK GAS DETECTOR EVERY TOUR.    : REVIEW BHA FOR ANY NEEDED CHANGES.
prior to implementation.    : MONITOR PENETRATION RATES / CORRELATION. : NOTE LEDGES AND KEYSEATS.
```

**HSIEHTEX 00233**

Exhibit 7
Page 163 of 219

MAXIMUM SECURITY    N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /  50/7-59751

DATE   06/16/87
REPORT NO.   25
ESTIMATE NO. 7-59751

## TEXACO INC.
## DRILLING REPORT

| | | |
|---|---|---|
| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | |
|---|---|---|---|---|---|
| WATER DEPTH: 424 | ATD - TVD: 11568 | MD: 13431 | | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 11568 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $    0 | MD: 7403 | 9 5/8" | 7364 | 6810 |
| - TIME: 13:00 | MOH $  647000 | TVD: 6842 | | |
| SPUD - DATE: 05/26/87 | | | |
| - TIME: 08:00 | | | |

| DEPTH TODAY: 8539 | ACTUAL CASH $ 1149974 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 8539 | YEST CASH $ 1116284 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | |
| FOOTAGE DRLD: | DATE:  /  / | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | |
| | DAYS FROM SPUD: 21 | TROUBLE TIME - DAYS: 2.5 | | |
| LAST SEAT TEST: 16.7   (PPG) | | %: 11.9 | | |
| LEAKOFF: Y | DIFF FROM GOAL: -3 | - COST $: 94087 | | |
| NEXT BOP TEST: 06/18/87 | | %: 8.2 | | |

| HOURS | TX | DESCRIPTION OF WORK | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|
| | | | M.DEPTH | INCLIN | BEARING | DLS |
| 2.5 | | MONITOR PRESSURES & CIRC ON OPEN CHOKE. MUD CUT TO 14.7 PPG. | | | | |
| | | OPEN ANNULAR - WELL QUIET. | | | | |
| 1.5 | | PULL ONE STAND - FILLUP W/ 2 BBLS. PULLED 5 MORE STANDS TO | | | | |
| | | 6742'. MUD FALLING UNTIL THE END OF THE FIFTH STAND, STARTED | | | | |
| | | FLOWING - GAINED 3 BBLS. CLOSED ANNULAR : DPP 35 PSI,CP 50 PSI | | | | |
| 2.0 | | CIRCULATE ON OPEN CHOKE AND NO CUT MUD. OPEN ANNULAR - WELL | | | | |
| | | QUIET. | | | | |
| 2.5 | | RUN PIPE  BACK IN HOLE TO 8340' - STARTED TAKING WEIGHT. P/U | | | | |
| | | KELLY, WASH & ROTATE FROM 8285' TO 8355'. HOLE PACKING OFF. | | | | |
| | | PIPE STUCK TWICE - FREED SAME. | | | | |
| 2.0 | | CIRCULATE OUT @ 8355'. LOW MUD CUT OF 14.0 PPG, MAX GAS 250 | | | | |
| | | UNITS | LAST SURVEY TAKEN | | | |
| 6.0 | | PUMP OUT 39 JTS INTO CSG. WELL SWABBING. PUMP OUT 15 JOINTS | MD: 8466 | | TVD: 7704 | |
| | | TO 6808', WELL SWABBING. PUMP OUT 15 JTS TO 6339' - WELL FLOW- | INCL: 34.50 | | BEARING: S   32 W | |
| | | ING, CLOSE ANNULAR : DPP 25 PSI, CP 40 PSI. | N/S COORD: S  2050 E/W COORD: W  1565 | | | |
| 2.0 | | CIRC ON OPEN CHOKE, LOW MUD CUT 13.9 PPG. OPEN ANNULAR - WELL | VERT SECT: 2461  DOG LEG: 0.65 | | | |
| | | QUIET. | SURVEY TOOL: TELECO MWD | | | |
| 1.5 | | ATTEMPT TO SHUCK BALL. CIRC HOLE CLEAN. | | | | |
| 0.5 | | PULLED 2 JTS - MUD FALLING & DP DRY, PULL 5 STANDS TO 5844'. | | | | |
| | | WELL STARTED FLOWING. | | | | |
| 1.5 | | CIRCULATE BTMS UP & TRY TO SHUCK BALL - NO CUT MUD. WELL QUIET | | | | |
| 1.5 | | PULLED 3 JTS - WELL STARTED SWABBING. PUMP OUT 15 JTS TO 5751' | | | | |
| | | WELL QUIET. | | | | |
| 0.5 | | WELL SWABBING - CIRC BTM UP. | | | | |

**HSIEHTEX 00234**

Exhibit 7
Page 164 of 219

```
MAXIMUM SECURITY     N                                              DATE   06/16/87
PROSPECT   BLUEJAY                    TEXACO INC.                    REPORT NO.  25
COMPUTER NO.   M0371                DRILLING REPORT                 ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751                 (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

```
BHA:B NXB 10M MX MWD MX MDC SUB MDC CXO 30 HWDP
    6.5 " DC'S      5.0 " HW    1034 FEET    36 M LBS    AVAIL BIT WT:   45 M LBS     DRILL STRING DATA
 BIT  !              !           ! JET SIZE !        !BIT WT.! ROT ! CONDITION ! CAPACITY - BBLS: 142
 NO. ! SIZE ! MFG. ! TYPE ! SERIAL NO. !     32NDS   ! FTG. ! HRS !(M LBS)! RPM ! T ! B ! G !     STRKS: 1193
 9  ! 8.5!HTC   ! 114  ! JZ 945   ! 15 15 15   ! 527 ! 9.5 ! 39/ 45!  / 60! IN HOLE ! TORQUE - FT LBS: 8810
    !      !      !      !          !            !     !     !   /   !  /  ! / ! / ! /       AMPS: 300
    !      !      !      !          !            !     !     !   /   !  /  ! / ! / ! /   HEIGHT - TOTAL: 170
 SPR ! 30/ 400 ! 40/ 640 ! 50/1070 !  12 "PMP ! 6.5 "LNR ! 84 SPM ! 3000 PSI ! 420 GPM !!         UP: 190
 AV  ! COLLARS:  342 ! DRILL PIPE:  217 ! RISER:  27 ! HOURS SINCE LAST CIRCULATION:  !!       DOWN: 150
 PERCENT PRESSURE DROP ACROSS BIT:  30.31
```

```
 MUD TYPE: LMRX     ! WT: 15.0    ! VIS: 49    ! PV: 34   ! YP: 10    ! PV/YP:   3.4   ! GELS:  1 / 4
 WL:  5.5           ! HP/HT:      AT    DEG F  ! SOL:  27 % ! SAND: TR  % ! OIL: 0  %  ! pH: 12.0
 Pf:  2.0  ! CHL:  6500 ! CEC:  36 ! Ca: 300   ! MWP: 5.5 ! Pa: 13.0  ! ExLo: 2.75 ! TEMP: 95 DEG F
 RIG EQUIPMENT: OK                            ! DRILLING AIDS: OK
 MUD MATERIALS USED !  340 WEIGHT !      DISPERSNT !      GEL ! 30 LIG !  30 CAUS !   30 MOREX !   30 LINE
                    !      OTHER:                                                   !!        PERSONNEL
 MUD RECEIVED $   140237   ! 24 HRS $   3060   ! USED $   88760                      !! CREWS:   FULL
                                                                                     !! CONTRACTOR       34
 NEXT TWO MAJOR OPERATIONS: 1) POOH    2) DRLG                                        !! TEXACO           3
 COMMENTS:                                                                            !! CATERER          6
          ART : FINISH CIRCULATING, MUD LOW CUT TO 14.2 PPG                           !! MUD ENGINEER     1
               (NO GAS - KELLY CUTS)                                                  !! B. J. TITAN      1
               PULLED 4 SINGLES, MUD FALLING , DP DRY.                                !! TELECO           3
                                                                                     !! CARL KING        1
                                                                                     !! OCEANEERING      6
                                                                                     !!
                                                                                     !!
                                                                                     !!
                                                                                     !! --- TOTAL ---    55
```

BRIEFING:  *POOH TC 6742  HOLE SWABBING,  WENT TO BTM. CIRCL & COND MUD.  LAT HOLE OUT OF HOLE.*

```
RECOMMENDATIONS/GUIDELINES              POOH                                   DRLG
These points should be       ! MONITER FILL WITH TRIP TANK.     ! CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future    ! TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. ! TAKE SLOW PUMP RATES.
operations. They MUST be     ! CHECK PIPE PULLING SPEED.        ! KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office    ! REVIEW BHA FOR ANY NEEDED CHANGES. ! CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.     ! NOTE LEDGES AND KEYSEATS.        ! MONITOR PENETRATION RATES / CORRELATION.
```

HSIEHTEX 00235

Exhibit 7
Page 165 of 219

```
MAXIMUM SECURITY    N                                              DATE   06/15/87
PROSPECT   BLUEJAY                   TEXACO INC.                   REPORT NO.   24
COMPUTER NO.   M0371              DRILLING REPORT                  ESTIMATE NO. 7-59751
OSWC/    /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH:    424 | ATD - TVD: 11568 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB – MWL:    65 | HD: 13431 | TVD: 11568 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH:    479 | ESTIMATED CASH $  3478000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $    0 | MD: 7403 | 9 5/8" | 7364 | 6010 |
| - TIME: 13:00 | MOH $    647000 | TVD: 6842 | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY:  8539 | ACTUAL CASH $  1116284 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH  YEST:  8012 | YEST CASH $  1070480 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG:  9.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD:  527 | DATE:   /  / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD:  20 | TROUBLE TIME – DAYS:  1.5 | | | |
| LAST SEAT TEST:  16.7    (PPG) | | – %:  7.5 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -4 | – COST $:  60397 | | | |
| NEXT  BOP TEST: 06/18/87 | | – %:  5.4 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 0.5 | | FIH TO 8012', WASH LAST 90' TO BOTTOM. | | 7946 | 36.25 | S  32 W | 0.34 |
| 2.0 | | CIRCULATE BOTTOMS UP, LOW CUT 12.7 PPG, MAX GAS 400 UNITS. | | 8131 | 36.25 | S  32 W | 0.00 |
| 3.0 | 10 | DRILL FROM 8012' TO 8233'. OBSERVED PRESSURE TRANSITION ON MWD | | 8313 | 35.50 | S  32 W | 0.41 |
| | | LOG AND STARTED GETTING BACK EXCESS SHALE AND GUMBO. | | | | | |
| 1.5 | | CIRCULATE BOTTOMS UP, LOW CUT 14.3 PPG, MAX GAS 80 UNITS. | | | | | |
| 6.5 | 10 | WEIGHT UP TO 15.0 PPG WHILE DRLG FROM 8233' TO 8539' - STARTED | | | | | |
| | | LOSING ANGLE | | | | | |
| 1.0 | | CIRCULATE HOLE AND RISER CLEAN. | | | | | |
| 1.5 | | PUMP SLUG AND ATTEMPT TO POOH - WELL SWABBING, GO BACK TO BTM. | | | | | |
| 1.5 | | CIRC BTMS. UP - LOW CUT 13.7 PPG, MAX GAS 100 UNITS. | | | | | |
| 4.5 | | RATHOLED OUT 37 JTS. UP INTO CASING AND SHUT DOWN - WELL DEAD. | | | | | |
| | | ATTEMPT TO PULL 1 STAND - WELL SWABBING, RAN STAND BACK IN AND | | LAST SURVEY TAKEN | | | |
| | | CIRC BTMS UP TO CLEAN BHA - NO MUD CUT, NO GAS. | | MD:  8466 | | TVD:  7704 | |
| 2.0 | | PUMP SLUG & ATTEMPT TO PULL 1 STAND - SWAB 1.5 BBL. RAN STAND | | INCL: 34.50 | | BEARING: S  32 W | |
| | | BACK IN, WELL CONTINUED TO FLOW, GAINED A TOTAL OF 8 BBLS. | | N/S COORD: S  2050 E/W COORD: W  1365 | | | |
| | | SHUT WELL IN, CP 105 PSI, DP ON VAC. | | VERT SECT:    2461  DOG LEG:   0.65 | | | |
| | | ART : BLED SMALL AMOUNT OFF CASING - PRESSURE BACK UP | | SURVEY TOOL: TELECO MWD | | | |
| | | TO 105 PSI, CIRCULATING OUT ON CHOKE TO GET SLUG | | | | | |
| | | OUT OF DRILL PIPE. | | | | | |

HSIEHTEX 00236

Exhibit 7
Page 166 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. __M0371__
OSWC/ __/__ 50/7-59751

## TEXACO INC.
## DRILLING REPORT
(PAGE 2 OF 2)

DATE __06/15/87__
REPORT NO. __24__
ESTIMATE NO. _7-59751_

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

BHA:B NXB 10M MX MWD MX MDC SUB MDC CXO 30 HWDP

| 6.5 " DC'S | | 5.0 " HW | 1034 FEET | 36 M LBS | AVAIL BIT WT: | 45 M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 142 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | FTG. | HRS | (M LBS) | RPM | T | B | G | H | STRKS: 1193 |
| 9 | 8.5 HTC | 114 | JZ 945 | 15 15 15 | 527 | 9.5 | 30/ 45 | 60 | IN HOLE | TORQUE - FT LBS: 8010 |
| | | | | | | / | / | / | | AMPS: 300 |
| | | | | | | / | / | / | / | | WEIGHT - TOTAL: 170 |
| SPR | 30/ 400 | 40/ 640 | 50/1070 | 12 "PHP | 6.5 "LNR | 84 SPM | 3000 PSI | 420 GPM | | UP: 190 |
| AV | COLLARS: 342 | DRILL PIPE: 217 | RISER: 27 | HOURS SINCE LAST CIRCULATION: | | DOWN: 150 |
| PERCENT PRESSURE DROP ACROSS BIT: 30.31 | | | | | | | | |

| MUD TYPE: LMRX | WT: 15.0 | VIS: 54 | PV: 35 | YP: 14 | PV/YP: 2.5 | GELS: 1 / 6 |
| WL: 5.2 | HP/HT: AT DEG F | SOL: 28 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 2.4 | CHL: 6200 | CEC: 38 | Ca: 300 | MWP: 3.3 | Pm:13.8 | ExLm: 2.0 | TEMP: 95 DEG F |
| RIG EQUIPMENT: OK | | DRILLING AIDS: OK |

| MUD MATERIALS USED : 1000 WEIGHT | 40 DISPERSNT | GEL | 40 LIG | 20 CAUS | MOREX | 20 LIME |
| | OTHER: 12 STARCH | | | PERSONNEL |
| MUD RECEIVED $ 137287 | 24 HRS $ 9400 | USED $ 85700 | | CREWS: FULL |
| | | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) POOH 2) DRLG | | | TEXACO | 3 |
| COMMENTS: | | | CATERER | 6 |
| | | | MUD ENGINEER | 1 |
| | | | B. J. TITAN | 1 |
| | | | TELECO | 3 |
| | | | CARL KING | 1 |
| | | | OCEANEERING | 6 |
| | | | | |
| | | | | |
| | | | --- TOTAL --- | 55 |

BRIEFING: ✓
Security: E4G. 34½" 532ω
TLD 7764 5205i ω 1365

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

### POOH
MONITER FILL WITH TRIP TANK.
TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
CHECK PIPE PULLING SPEED.
REVIEW BHA FOR ANY NEEDED CHANGES.
NOTE LEDGES AND KEYSEATS.

### DRLG
CHECK ABW, MUD PROGRAM AND ECD'S.
TAKE SLOW PUMP RATES.
KEEP PIPE MOVING DURING CONNECTIONS.
CHECK GAS DETECTOR EVERY TOUR.
MONITOR PENETRATION RATES / CORRELATION.

**HSIEHTEX 00237**

Exhibit 7
Page 167 of 219



```
MAXIMUM SECURITY   N                      TEXACO INC.              DATE  06/14/87
PROSPECT   BLUEJAY                        DRILLING REPORT          REPORT NO.  23
COMPUTER NO.   H0371                                              ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 11560 | 30" | 640 | 640 |
| ML: 409 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: 7403 | 9 5/8" | 7364 | 6010 |
| – TIME: 13:00 | MOH $ 647000 | TVD: 6842 | | |
| SPUD – DATE: 05/26/87 | | | | |
| – TIME: 08:00 | | | | |

| DEPTH TODAY: 8012 | ACTUAL CASH $ 1070400 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 8012 | YEST CASH $ 1034483 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | | |
| | DAYS FROM SPUD: 19 | | TROUBLE TIME – | DAYS: 1.5 | | |
| LAST SEAT TEST: 16.7 (PPG) | | | – | %: 7.9 | | |
| LEAKOFF: Y | DIFF FROM GOAL: -4 | | – COST $: | 60397 | | |
| NEXT BOP TEST: 06/10/87 | | | – | %: 5.6 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 5.5 | | CIRC WELL ON CHOKE W/14.0 PPG MUD – CP 10 PSI, DPP 0 PSI. | | | | | |
| | | DISPLACE RISER W/14.0 PPG MUD AND OPEN ANNULAR – WELL DEAD. | | | | | |
| 6.0 | | CIRC W/WELL OPEN. HOLE PACKING OFF & SWABBING – PIPE TRYING TO | | | | | |
| | | STICK. RATHOLE OUT 2 JTS. & RESUME CIRC. – FLOW RATE | | | | | |
| | | CONSTANTLY INCREASED, MUD CUT TO LOW OF 9.3 PPG.(NO CHLORIDES | | | | | |
| | | INCREASE). GETTING EXCESSIVE GAS BACK @ SURFACE, SHUT WELL IN | | | | | |
| | | DPP & CP BOTH ZERO. CIRC ON OPEN CHOKE, MUD CAME BACK CUT | | | | | |
| | | DURING ENTIRE CIRCULATION. CONDITION MUD TO 14.5 PPG & CIRC | | | | | |
| | | SAME AROUND ON OPEN CHOKE. DISPLACE RISER W/ 14.5 PPG MUD & | | | | | |
| | | OPEN ANNULAR – WELL DEAD. | | | | | |
| 1.5 | | CIRCULATE WITH WELL OPEN UNTIL STEADY 14.5 PPG MUD RETURNS. | | | | | |
| 2.0 | | RATHOLED 19 JOINTS UP INTO THE CASING. FIRST 4 JOINTS PULLED | | LAST SURVEY TAKEN | | | |
| | | TIGHT AND TRIED TO PACK OFF. | | HD: 7758 | | TVD: 7130 | |
| 0.5 | | WATCHED WELL – NO FLOW. | | INCL: 36 | BEARING: S | 31 W | |
| 4.5 | | SLUG PIPE & FINISHED POOH. | | N/S COORD: S  1697 E/W COORD: W  1146 | | | |
| 4.0 | | M/U BIT #9, CHECK TELECO TOOL, OBTAINED SPR & CLFP, GIH | | VERT SECT:  2047  DOG LEG:  .26 | | | |
| | | ART : 2 JTS OFF BTM | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00238

Exhibit 7
Page 168 of 219



| MAXIMUM SECURITY    N | | DATE   06/14/87 |
| PROSPECT   BLUEJAY | **TEXACO INC.** | REPORT NO.   23 |
| COMPUTER NO.   M0371 | **DRILLING REPORT** | ESTIMATE NO. 7-59751 |
| OSWC/   /  50/7-59751 | (PAGE 2 OF 2) | |

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

BHA:B NXB 10M MX MWD MX MDC SUB MDC CXO 30 HWDP

| 6.5 " DC'S | 5 " HW | 1034 FEET | 45 M LBS | AVAIL BIT WT: | 36 M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 133 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 1176 |
| 8 | 8.5 | SMITH | 114 | KZ 1376 | 14 14 16 | 599 | 13 | 40/ 45 | / 60 | 2 | 2 | IN | TORQUE - FT LBS: |
| 9 | 8.5 | HTC | 114 | JZ 945 | 15 15 15 | | | / | / | / | | IN HOLE | AMPS: |
| | | | | | | | | / | / | / | / | | WEIGHT - TOTAL: 165 |
| SPR | 30/ 400 | 40/ 650 | 50/1060 | 12 "PHP | 6.5 "LNR | 82 SPM | 2800 PSI | 410 GPM | | UP: 195 |
| AV | COLLARS: 334 | DRILL PIPE: 212 | RISER: 27 | HOURS SINCE LAST CIRCULATION: | | DOWN: 140 |
| PERCENT PRESSURE DROP ACROSS BIT: 29.91 | | | | |

| MUD TYPE: LHRX | WT: 14.5 | VIS: 52 | PV: 32 | YP: 13 | PV/YP: 2.46 | GELS: 1 / 6 |
| WL: 5.0 | HP/HT: | AT | DEG F | SOL: 26 % | SAND: TR | % | OIL: 0 % | pH: 12.5 |
| Pf: 2.1 | CHL: 6800 | CEC: 36 | Ca: 300 | MWP: 4.2 | Pa: 13.0 | ExLm: 2.7 | TEMP: 95 DEG F |
| RIG EQUIPMENT: OK | | | | DRILLING AIDS: OK |

| MUD MATERIALS USED | 700 | WEIGHT | DISPERSNT | 20 | GEL | LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | | | PERSONNEL |
| MUD RECEIVED $ 111004 | 24 HRS $ | 3500 | USED $ | 76300 | | CREWS:   FULL |

| NEXT TWO MAJOR OPERATIONS:  1) DRLG     2) POOH | | CONTRACTOR | 34 |
| COMMENTS: | | TEXACO | 3 |
| | CATERER | 6 |
| PIPE ON BOTTOM AT 8012'. CIRCULATING BOTTOMS UP WHILE WORKING PIPE. | MUD ENGINEER | 1 |
| (HOLE TIGHT ON LAST 90') | B. J. TITAN | 1 |
| | CARL KING | 1 |
| | TELECO | 3 |
| | OCEANEERING | 6 |
| | --- TOTAL --- | 55 |

BRIEFING: _Well Placed @ 8012'. Sht well in DP=0, CP=160._
_Circ well on choke w/ 14.0 ppg mud. Cleaned well._
_Inc mw to 14.5 ppg. Ratholed up into csg._
_Trip to clean BHA._

RECOMMENDATIONS/GUIDELINES

These points should be considered in your future operations. They MUST be discussed with the office prior to implementation.

| DRLG | POOH |
| CHECK ABW, MUD PROGRAM AND ECD'S. | MONITER FILL WITH TRIP TANK. |
| TAKE SLOW PUMP RATES. | TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| KEEP PIPE MOVING DURING CONNECTIONS. | CHECK PIPE PULLING SPEED. |
| CHECK GAS DETECTOR EVERY TOUR. | REVIEW BHA FOR ANY NEEDED CHANGES. |
| MONITOR PENETRATION RATES / CORRELATION. | NOTE LEDGES AND KEYSEATS. |

**HSIEHTEX 00239**

Exhibit 7
Page 169 of 219

```
MAXIMUM SECURITY   N                              DATE  06/13/87
PROSPECT   BLUEJAY                 TEXACO INC.     REPORT NO.  22
COMPUTER NO.  M0371              DRILLING REPORT   ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1440 | FOREMAN: WOJAHN,DILLON,MIX |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | | | CASING | | |
|---|---|---|---|---|---|---|---|
| WATER DEPTH: 424 | ATD – TVD: 11560 | | MD: 13431 | | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | | TVD: 11560 | 30" | 640 | 640 |
| NL: 409 | | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | | MD: 7403 | 9 5/8" | 7364 | 6810 |
| – TIME: 13:00 | MOH $ 647000 | | TVD: 6842 | | | |
| SPUD – DATE: 05/26/87 | | | | | | |
| – TIME: 08:00 | | | | | | |

| DEPTH TODAY: 8012 | ACTUAL CASH $ 1034483 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 7413 | YEST CASH $ 996320 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 14 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 599 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD: 18 | TROUBLE TIME – DAYS: .5 | | | |
| LAST SEAT TEST: 16.7 (PPG) | | – %: 2.8 | | | |
| LEAKOFF: Y | DIFF FROM GOAL: -5 | – COST $: 24400 | | | |
| NEXT BOP TEST: 06/18/87 | | – %: 2.4 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.0 | | FINISHED CONDITIONING MUD TO 13.5 PPG. | | 7572 | 35.5 | S 31 W | 0.5 |
| 1.0 | 10 | ATTEMPT TO DRILL AHEAD @ 7413' – BIT FAILED TO MAKE HOLE. | | | | | |
| 3.0 | | SLUG PIPE AND POOH. (FOUND ALL THREE CONES HAD SKIDDED) | | | | | |
| 2.5 | | M/U BIT #8 AND GIH. | | | | | |
| 5.0 | 10 | DRILLED FROM 7413' TO 7561'. PUMPING RISER OUT EVERY 4 HOURS. | | | | | |
| 1.0 | | TOOK BENCHMARK SURVEY : 7561' MD, 36 DEGREES, S36W. | | | | | |
| 8.0 | 10 | DRILLED FROM 7561' TO 8012'. PUMPING RISER OUT EVERY 4 HOURS. | | | | | |
| | | BIT BALLED AT 8012'. | | | | | |
| 2.5 | | P/U OFF BOTTOM TO UNBALL BIT, FLOW SHOW INDICATED INCREASE. | | | | | |
| | | SHUT PUMPS DOWN, WELL FLOWING, SHUT ANNULAR, CHECKED PRESSURES | | | | | |
| | | DP 80 PSI; CP 160 PSI. BLED FOR TRAPPED PRESSURE. DP 0 PSI | | | | | |
| | | CP 35 PSI, CSG PRESSURE INCREASING SLOWLY. DP 0 PSI; CP 110 | | LAST SURVEY TAKEN | | | |
| | | ART : CIRCULATING WELL ON CHOKE WITH 14.0 PPG MUD | | MD: 7758 | | TVD: 7130 | |
| | | AT 30 SPM. | | INCL: 36 | | BEARING: S 31 W | |
| | | | | N/S COORD: S 1697 E/W COORD: W 1146 | | | |
| | | | | VERT SECT: 2047 DOG LEG: .26 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00240**

Exhibit 7
Page 170 of 219



MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/ ___/___ ___50/7-59751___

### TEXACO INC.
### DRILLING REPORT
(PAGE 2 OF 2)

DATE ___06/13/87___
REPORT NO. ___22___
ESTIMATE NO. ___7-59751___

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

BHA:B NXB 10M MX MWD MX MDC SUB MDC CXO 30 HWDP

| | 6.5 " DC'S | 5.0 " HW | 1034 FEET | 45 M LBS | AVAIL BIT WT: | 36 M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 133 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | I | STRKS: 1176 |
| 7 | 8.5 | SMITH | 114 | KZ 1383 | 14 14 16 | 222 | 8 | / 20 | / 75 | 4 | 2 | IN | TORQUE - FT LBS: 8010 |
| 8 | 8.5 | SMITH | 114 | KZ 1376 | 14 14 16 | 599 | 13 | 40/ 45 | / 60 | IN HOLE | | AMPS: 300 |
| | | | | | | | | | | | | | | WEIGHT - TOTAL: 165 |

| SPR | 30/ 350 | 40/ 500 | 50/ 920 | 12 "PMP | 6.5 "LNR | 92 SPM | 3000 PSI | 460 GPM | UP: 195 |
| AV | COLLARS: 375 | DRILL PIPE: 230 | RISER: 30 | HOURS SINCE LAST CIRCULATION: | | DOWN: 140 |
| PERCENT PRESSURE DROP ACROSS BIT: 36.29 | | | | | |

| MUD TYPE: LNRX | WT: 13.0 | VIS: 52 | PV: 20 | YP: 12 | PV/YP: 2.33 | GELS: 1 / 6 |
| WL: 6.0 | HP/HT: | AT DEG F | SOL: 24 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 3.0 | CHL: 7600 | CEC: 36 | Ca: 300 | MHP: 5.2 | Pm:16.2 | ExLg: 3.2 | TEMP: 95 DEG F |
| RIG EQUIPMENT: OK | | | DRILLING AIDS: OK | | | |
| MUD MATERIALS USED | 800 WEIGHT | 30 DISPERSNT | GEL | 30 LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | | PERSONNEL |
| MUD RECEIVED $ 111884 | 24 HRS $ 4900 | USED $ 72800 | | CREWS: FULL | |

NEXT TWO MAJOR OPERATIONS: 1) DRLG   2) POOH

COMMENTS:
         ESTABLISHED BENCHMARK AT 7561'.

| | | PERSONNEL |
| CONTRACTOR | | 34 |
| TEXACO | | 3 |
| CATERER | | 6 |
| MUD ENGINEER | | 1 |
| B. J. TITAN | | 1 |
| CARL KING | | 1 |
| TELECO | | 3 |
| --- TOTAL --- | | 49 |

BRIEFING: ✓

Survey 7750 36° 5316
         Tvd 7130 5L.97 W1146

RECOMMENDATIONS/GUIDELINES

These points should be considered in your future operations. They MUST be discussed with the office prior to implementation.

| **DRLG** |
| CHECK ABW, MUD PROGRAM AND ECD'S. |
| TAKE SLOW PUMP RATES. |
| KEEP PIPE MOVING DURING CONNECTIONS. |
| CHECK GAS DETECTOR EVERY TOUR. |
| MONITOR PENETRATION RATES / CORRELATION. |

| **POOH** |
| MONITER FILL WITH TRIP TANK, |
| TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES. |
| CHECK PIPE PULLING SPEED. |
| REVIEW BHA FOR ANY NEEDED CHANGES. |
| NOTE LEDGES AND KEYSEATS. |

HSIEHTEX 00241

Exhibit 7
Page 171 of 219

```
MAXIMUM SECURITY   N                                                    DATE   06/12/87
PROSPECT   BLUEJAY                   TEXACO INC.                        REPORT NO.  21
COMPUTER NO.   M0371              DRILLING REPORT                       ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: WOJAHN,DILLON,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | | | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 13431 | | SIZE | M. DEPTH | TVD | |
| RKB -   MWL: 65 | MD: 13431 | TVD: 11560 | | 30" | 640 | 640 | |
| ML: 489 | | | | 20" | 1496 | 1496 | |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG - | | 13 3/8" | 3490 | 3490 | |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $    0 | MD: 7403 | | 9 5/8" | 7364 | 6810 | |
| - TIME: 13:00 | MOH $ 647000 | TVD: 6842 | | | | | |
| SPUD - DATE: 05/26/87 | | | | | | | |
| - TIME: 08:00 | | | | | | | |

| DEPTH TODAY: 7413 | | ACTUAL CASH $ 996328 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 7403 | | YEST CASH $ 955027 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 1 | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 10 | | DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: | | | | | | | |
| | | DAYS FROM SPUD: 17 | | TROUBLE TIME - DAYS: 0.5 | | | |
| LAST SEAT TEST: 16.7   (PPG) | | | | - %: 2.9 | | | |
| LEAKOFF: Y | | DIFF FROM GOAL: -4 | | - COST $: 24400 | | | |
| NEXT BOP TEST: 06/18/87 | | | | - %: 2.5 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 1.0 | | SET WEAR BUSHING & POOH. | | M.DEPTH | INCLIN | BEARING | DLS |
| 2.5 | | TIH W/ 7 3/4" DC AND STAB. POOH AND L/D SAME. | | | | | |
| 5.0 | | P/U NEW BHA & TIH. TAGGED CMT @ 7191'. | | | | | |
| 3.0 | | R/U B.J. TESTED CSG W/ 1500 PSI FOR 30 MINUTES O.K. CUT DRILL | | | | | |
| | | LINE, TOOK CLFP'S. | | | | | |
| 7.0 | | DRILLED CEMENT, FLOAT COLLAR AND SHOE. CONTINUED DRILLING | | | | | |
| | | FIRM CEMENT TO TD @ 7403'. | | | | | |
| 1.0 | | DRILLED 10' FORMATION FROM 7403' TO 7413'. | | | | | |
| 1.5 | | CIRCULATE BOTTOMS UP & PUMP OUT RISER. | | | | | |
| 2.5 | | R/U BJ & TEST CASING SEAT WITH 1320 PSI AND 13.0 PPG MUD. | | | | | |
| | | LEAKED OFF EQUIV TO 16.7 PPG. | | | | | |
| 0.5 | | CONDITION MUD TO 13.5. | | LAST SURVEY TAKEN | | | |
| | | | | MD: 7327 | | TVD: 6781 | |
| | | | | INCL: 33.75 | | BEARING: S  33 W | |
| | | | | N/S COORD: S  1403 E/W COORD: W  1014 | | | |
| | | | | VERT SECT:  1796   DOG LEG:    .3 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00242**

Exhibit 7
Page 172 of 219

MAXIMUM SECURITY    N
PROSPECT    BLUEJAY
COMPUTER NO.    M0371
OSWC/   /   50/7-59751

### TEXACO INC.
### DRILLING REPORT
(PAGE 2 OF 2)

DATE   06/12/87
REPORT NO.   21
ESTIMATE NO.   7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,DILLON,MIX |

BHA:B NXB 10M MX MWD MX MDC SUB MDC CXO 30 HWDP

| | 6.5 * DC'S | | 5 * HW | 1034 FEET | 45 M LBS | AVAIL BIT WT: | 36 M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|---|
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 123 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | I | STRKS: 1033 |
| 7 | 8.5 | SMITH | 114 | KZ1383 | 14 14 16 | 222 | 8 | 20/ | 75/ | IN HOLE | TORQUE - FT LBS: 7240 |
| | | | | | | | | / | / | / | / | / | / | AMPS: 250 |
| | | | | | | | | | | WEIGHT - TOTAL: 165 |
| SPR | / | / | / | / | 12 *PMP | 6.5 *LNR | 100 SPM | 3000 PSI | 500 GPM | UP: 195 |
| AV | COLLARS: 408 | DRILL PIPE: 259 | RISER: 33 | HOURS SINCE LAST CIRCULATION: | | DOWN: 140 |

PERCENT PRESSURE DROP ACROSS BIT:   40.39

| MUD TYPE: LSLT | WT: 13.0 | VIS: 54 | PV: 24 | YP: 12 | PV/YP: 2 | GELS: 1 / 5 |
| WL: 7.0 | HP/HT: AT DEG F | SOL: 22 % | SAND: TR % | OIL: 0 % | pH: 12.5 |
| Pf: 3.2 | CHL: 7600 | CEC: 36 | Ca: 420 | MWP: 6.3 | Pm: 18.4 | ExLm: 3.8 | TEMP: 95 DEG F |

RIG EQUIPMENT: OK                        DRILLING AIDS: OK

| MUD MATERIALS USED | 100 WEIGHT | 30 DISPERSNT | GEL | 30 LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | | PERSONNEL | |
| MUD RECEIVED $ 111884 | 24 HRS $ 1400 | USED $ 67900 | | CREWS: FULL | |

NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) POOH

COMMENTS:
        REPAIRED LEAK ON BLUE POD INNER KILL VALVE PILOT LINE WHILE TESTING BOPS
        AND CHANGING BHA.  FUNCTION TESTED OK.
        ART: CONDITION MUD TO 13.5 PPG.

| | | |
|---|---|---|
| CONTRACTOR | 34 |
| TEXACO | 3 |
| CATERER | 6 |
| MUD ENGINEER | 1 |
| B. J. TITAN | 1 |
| TELECO | 3 |
| CARL KING | 1 |
| HALLIBURTON | 1 |
| | |
| | |
| | |
| | |
| --- TOTAL --- | 50 |

BRIEFING: *TESTED CSG SEAT TO 16.7 HL (LLHWEFF).*

---

RECOMMENDATIONS/GUIDELINES        DRLG                            POOH
These points should be    | CHECK ABW, MUD PROGRAM AND ECD'S.    | MONITER FILL WITH TRIP TANK.
considered in your future | TAKE SLOW PUMP RATES.                | TIW & INSIDE-BOP ON FLOOR FOR ALL SIZES.
operations. They MUST be  | KEEP PIPE MOVING DURING CONNECTIONS. | CHECK PIPE PULLING SPEED.
discussed with the office | CHECK GAS DETECTOR EVERY TOUR.       | REVIEW BHA FOR ANY NEEDED CHANGES.
prior to implementation.  | MONITOR PENETRATION RATES / CORRELATION. | NOTE LEDGES AND KEYSEATS.

**HSIEHTEX 00243**

Exhibit 7
Page 173 of 219

MAXIMUM SECURITY    N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751

TEXACO INC.
DRILLING REPORT

DATE   06/11/87
REPORT NO.   20
ESTIMATE NO.  7-59751

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: MEIER/HARRISON | | |
| DIRECTIONAL: Y | | ESTIMATED DAYS: 80 | | NEXT LOG - | | CASING | |
| WATER DEPTH:   424 | | ATD - TVD: 11568 | | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB -  MWL:   65 | | MD: 13431 | | TVD: 11568 | 30" | 640 | 640 |
|        ML:   409 | | | | | 20" | 1496 | 1496 |
|       MLH:   479 | | ESTIMATED CASH $ 3470000 | | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | | CE BEFORE OE $     0 | | MD: 7403 | 9 5/8" | 7364 | 6810 |
|        - TIME: 13:00 | | MOH $  647000 | | TVD: 6842 | | |
| SPUD  - DATE: 05/26/87 | | | | | | |
|        - TIME: 08:00 | | | | | | |

| DEPTH TODAY: 7403 | | ACTUAL CASH $  955027 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 7403 | | YEST CASH $  912014 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | | DATE:  / / | | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | | |
| | | DAYS FROM SPUD: 16 | | TROUBLE TIME - DAYS:   .5 | | |
| LAST SEAT TEST: 15.1  (PPG) | | | | - %: 3.1 | | |
|       LEAKOFF: N | | DIFF FROM GOAL: -4 | | - COST $:  24400 | | |
| NEXT  BOP TEST: 06/08/87 | | | | - %: 2.5 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 7.5 | | FIN RUN 9 5/8 CSG, TOTAL 175 JTS, 6860,SHOE @ 7364, | | M.DEPTH | INCLIN | BEARING | DLS |
| | | FLOAT @ 7204 | | | | | |
| 2 | | CIRC/COND MUD | | | | | |
| 2.5 | | TEST LINES, MIX & PUMP 1000 SX 2H/1 TLW + .2% FP8 + .25% CD31 | | | | | |
| | | 14.0 PPG, Y 1.39, FOLLOW W/ 700 SX H + .2% FP8 + 1.5GAL/100SX | | | | | |
| | | R21L, 16.2 PPG, Y 1.09, | | | | | |
| 1 | | DISP CMT W/ RIG PUMP, 11.2 BPM, PLUG FAIL TO BUMP | | | | | |
| 2.5 | | ENERGIZE SEAL ASSEMBLY, TEST SAME TO 250/10000 PSI W/ | | | | | |
| | | CHOKE LINE & TOP PIPE RAMS,WASH WELLHEAD & SPOT LIGNO WATER | | | | | |
| 1 | | POOH W/ RUNNING TOOL, GIH W/ TEST PLUG | | | | | |
| 2 | | TEST BOPS, CHOKE MANIFOLD 250/10000, ANNULAR 250/3500, UPPER | | LAST SURVEY TAKEN | | | |
| | | PIPE RAMS 250/10000, VARIABLE 250/5000, FAIL SAFE VALVES 250/ | | MD: 7327 | TVD: 6781 | | |
| | | 10000, | | INCL: 35.75 | BEARING: S    33 W | | |
| 1.5 | | POOH W/ TEST PLUG, GIH W/ TEST PLUG & WEEP SUB, TEST LOWER | | N/S COORD: S   1463 | E/W COORD: W   1014 | | |
| | | PIPE RAMS 250/10000 | | VERT SECT:   1796 | DOG LEG:    .3 | | |
| 3.5 | | BACK OUT OF TEST PLUG, POOH, TEST BLIND SHEAR 250/4900, PULL | | SURVEY TOOL: TELECO MWD | | | |
| | | TEST PLUG, TEST INSIDE BOP,TIW,KELLY 250/10000 | | | | | |
| .5 | | R/D TEST EQUIP., PULL SNAP RING OFF RUN. TOOL, GIH W/ WEAR | | | | | |
| | | BUSHING | | | | | |

**HSIEHTEX 00244**

Exhibit 7
Page 174 of 219

M' IMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. __M0371__
OSWC/ __/__ __50/7-59751__

### TEXACO INC.
### DRILLING REPORT
### (PAGE 2 OF 2)

DATE __06/11/87__
REPORT NO. __20__
ESTIMATE NO. __7-59751__

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA:HO NXB 10M MX MDC MX MDC SDC X 30HWDP

| | " DC'S | " HW | FEET | M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. ROT | CONDITION | CAPACITY - BBLS: |
| NO. SIZE MFG. TYPE SERIAL NO. | | 32NDS FTG. HRS (H LBS) RPM | T I B I G | STRKS: |
| | | | / / / | | TORQUE - FT LBS: |
| | | | / / / | | AMPS: |
| | | | / / / | | WEIGHT - TOTAL: |
| SPR / / / / | "PMP | "LNR | SPM PSI | GPM | UP: |
| AV COLLARS: DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | DOWN: |

| MUD TYPE: LMRX | WT: 13.0 | VIS: 50 | PV: 24 | YP: 14 | PV/YP: 1.71 | GELS: 001 / 006 |
| WL: 8.2 | HP/HT: AT DEG F | SOL: 22 % SAND: TR % OIL: 00 % | pH: 12.50 |
| Pf: 3.1 | CHL: 8600 | CEC: 36 | Ca: 320 | MWP: 5.1 | Pm: 13.1 | ExLm: 2.5 | TEMP: 95 DEG F |

RIG EQUIPMENT: LEAK,BLUE PILOT LINE,OPEN SIDE,INNER KILL    DRILLING AIDS:

| MUD MATERIALS USED  200  WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | PERSONNEL | |
| MUD RECEIVED $ 104584 | 24 HRS $ 1000 | USED $ 66500 | CREWS: FULL | |

| | |
|---|---|
| CONTRACTOR | 34 |
| TEXACO | 2 |
| CATERER | 6 |
| MUD ENGINEER | 1 |
| BJ | 1 |
| C KING | 1 |
| VETCO | 1 |
| TELECO | 2 |
| | |
| | |
| | |
| | |
| --- TOTAL --- | 48 |

NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) LOG

COMMENTS:

BRIEFING: RAN 4 9/8" CSL, TD 7364
CMT CSL w/ 2153 CU FT
TESTED BOPS

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

#### DRLG
CHECK ABW, MUD PROGRAM AND ECD'S.
TAKE SLOW PUMP RATES.
KEEP PIPE MOVING DURING CONNECTIONS.
CHECK GAS DETECTOR EVERY TOUR.
MONITOR PENETRATION RATES / CORRELATION.

#### LOG
CIRCULATE GELL PILL PRIOR TO POOH.
STRAP OUT OF HOLE PRIOR TO LOGGING.
CALIPER ALL LOGGING TOOLS.
CHECK LINE PULL AND LOGGERS TD.
TELECOPY 1" TO OFFICE ASAP.

HSIEHTEX 00245

Exhibit 7
Page 175 of 219

```
MAXIMUM SECURITY    N                                                    DATE  06/10/87
PROSPECT   BLUEJAY                    TEXACO INC.                         REPORT NO.  19
COMPUTER NO.   M0371               DRILLING REPORT                       ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON | | | |
| DIRECTIONAL: Y    ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | | |
| WATER DEPTH:  424        ATD - TVD: 11568 | MD: 13431 | SIZE | M. DEPTH | TVD |
| RKB -  MWL:  65          MD: 13431 | TVD: 11568 | 30" | 640 | 640 |
| ML:  469 | | 20" | 1496 | 1496 |
| MLH:  479    ESTIMATED CASH $  3478000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87  CE BEFORE OE $      0 | MD:  7403 | | | |
| - TIME: 13:00        MDH $   647000 | TVD:  6842 | | | |
| SPUD  - DATE: 05/26/87 | | | | |
| - TIME: 08:00 | | | | |

| DEPTH TODAY:  7403     ACTUAL CASH $  912790 | PERFS | PACKERS | |
|---|---|---|---|
| DEPTH  YEST:  7403        YEST CASH $  824672 | TOP | BOTTOM    TYPE | DEPTH |
| HOURS DRLG:            OE REQUESTED N | | | |
| FOOTAGE DRLD:             DATE:  /  / | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | |
|                         DAYS FROM SPUD: 15 | TROUBLE TIME - DAYS:   .5 | | |
| LAST SEAT TEST:  15.1    (PPG) | -    %: 3.3 | | |
| LEAKOFF: N          DIFF FROM GOAL: -4 | - COST $:  24400 | | |
| NEXT  BOP TEST: 06/08/87 | -    %: 2.7 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 6 | | FOH W/ DISF-LS5-GR, RUN CORE GUN, ATTEMPT 34 CORES @ 4106- | | | | | |
| | | 7198, RECOVERED 30, MISFIRE 3, LOST BULLET @ 5002 | | | | | |
| .5 | | N/U 9 5/8 RUNNING TOOL, L/D SAME | | | | | |
| 3 | | TIH W/ HOLE OPENER | | | | | |
| 4 | | CIRC/COND MUD, PUMP GEL PILL | | | | | |
| 4 | | POOH | | | | | |
| 3.5 | | ATTEMPT TO PULL WEAR BUSH., FAIL TO LATCH, GIH & WASH GUMBO | | | | | |
| | | OUT OF WELLHEAD, RETRIEVE WEAR BUSH. | | | | | |
| 1 | | R/U WEATHERFORD | | | | | |
| 2 | | RUN SHOE, FLOAT, AND 35 JTS. 9 5/8" 53.5# P-110 BRD (@ 1350') | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | *ART 65 Jts ran.* | | MD: 7327 | | TVD: 6781 | |
| | | | | INCL: 35.75 | | BEARING: S    33 W | |
| | | | | N/S COORD: S   1483 E/W COORD: W   1014 | | | |
| | | | | VERT SECT:    1796  DOG LEG:     .3 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00246**

Exhibit 7
Page 176 of 219

MAXIMUM SECURITY    N
PROSPECT  BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751



# TEXACO INC.
## DRILLING REPORT
(PAGE 2 OF 2)

DATE   06/10/87
REPORT NO.  19
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA:HO NXB 18M MX MDC MX MDC SDC X 30HWDP

| | 7.75 " DC'S | 5 " HW | 1031 FEET | 70 M LBS | AVAIL BIT WT: | 50 M LBS | | DRILL STRING DATA | |
|---|---|---|---|---|---|---|---|---|---|
| BIT | | | JET SIZE | | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 121 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T I B I G | STRKS: 10:7 |
| | 12.25:J4S | | | 1220 | | | / / / | | HOLE OPEN. | TORQUE - FT LBS: |
| | | | | | | | / / / | | | AMPS: |
| | | | | | | | / / / | | WEIGHT - TOTAL: |
| SPR | / | / | / | 12 "PMP | 6.5 "LNR | 120 SPM | 2100 PSI | 600 GPM | | UP: |
| AV | COLLARS: 169 | DRILL PIPE: 117 | RISER: 39 | HOURS SINCE LAST CIRCULATION: | | | DOWN: |

| MUD TYPE: LMRX | WT: 13.0 | VIS: 51 | PV: 24 | YP: 12 | PV/YP: 2 | GELS: 1 / 5 |
|---|---|---|---|---|---|---|
| WL: 6.8 | HP/HT: AT DEG F | SOL: 22 % | SAND: TR % | OIL: 0 % | pH: 12.5 | |
| Pf: 3.1 | CHL: 8800 | CEC: 36 | Ca: 300 | MHP: 2.2 | Pm: 13.2 | ExLo: 2.5 | TEMP: 118 DEG F |

RIG EQUIPMENT: LEAK,BLUE,PILOT LINE,OPEN SIDE,INNER KILL    | DRILLING AIDS:
MUD MATERIALS USED | 200 WEIGHT | DISPERSNT | GEL | 31 LIG | CAUS | MOREX | LIME
| OTHER:

| MUD RECEIVED $  104584 | 24 HRS $  1160 | USED $   65500 |

| | | PERSONNEL | |
|---|---|---|---|
| | CREWS: | FULL | |
| | CONTRACTOR | 34 |
| | TEXACO | 2 |
| | CATERER | 6 |
| | MUD ENGINEER | 1 |
| | BJ | 1 |
| | C. KING | 1 |
| | VETCO | 1 |
| | WEATHERFORD | 5 |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 51 |

NEXT TWO MAJOR OPERATIONS:  1) RCSG    2) CMTC

COMMENTS:

BRIEFING:  SHOT SWC
MADE COND TRIP
RUNNING 9⅝" CSG

RECOMMENDATIONS/GUIDELINES

These points should be considered in your future operations. They MUST be discussed with the office prior to implementation.

**RCSG**
WITNESS LOADING OF PLUG CONTAINER.
CALIPER LANDING JT ON SURFACE WELLHEADS.
CHECK CMT VOLUMES.
USE THREAD LOCK ON FLOAT EQIPMENT.
CHECK PIPE RUNNING SPEED (SURGE).

**CMTC**
CHECK PLUG SIZE, CMT HEAD AND VOLUME CALC.
RECIPROCATE PIPE IF POSSIBLE.
USE WEIGHTED CEMENT SPACER.
REPORT RETURNS AND CMT RHEOLOGIES IF REQ.
IS A WASH STRING REQUIRED.

**HSIEHTEX 00247**

Exhibit 7
Page 177 of 219

FORM PO-212-O (4-84)



# CASING REPORT

LAST CASING: SIZE __20"__ WT __133__ # SET @ __640__ FT CEMENT W/ __1557__ CU FT
HOLE: EST SIZE __17½__ IN. CALIPER AVAIL — YES/(NO) T.D. __3539__ FT. CONDITION OF HOLE __Good__

| LOG OF CASING | EQUIPMENT | MAKE | TYPE | LENGTH | WELDED | DEPTH SET |
|---|---|---|---|---|---|---|
| SHOE | Davis | Dann Jet | 1.90 | DavisLock | | 3489.69 |
| COLLAR | Davis | Dann Jet | 1.46 | DavisLock | | 3447.04 |
| COLLAR | | | | | | |
| SUBSEA HANGER | Vetco | 56-5 18¾"×13⅜" | 8.10 | | | 483.60 |
| D.V. TOOL 1 | | | | | | * |
| D.V. TOOL 2 | | | | | | * |

| JOINTS SET | SECTION | NO. OF JTS. | SIZE OD | WEIGHT | GRADE | THREAD | T & C | RANGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 THRU 31 | I | 31 | 13⅜" | 68 | N-80 | 8RD | L | | 1226.41 |
| 31 THRU 71 | II | 40 | 13⅜" | 61 | J-55 | Butt | L | | 1705.42 |
| THRU | | | | | | Shoe + Float | | | 3.36 |
| THRU | | | | | | X/O Joint | | | 43.79 |
| THRU | | | | | | Pup Joint | | | 19.01 |
| | | | | | | Hanger Joint | | | 8.10 |

TOTAL SENT TO RIG __78__ JTS. __3236.44__ FT + 2 Pups + 2 X-Over + Hgr __3006.09__
TOTAL RUN __71__ JTS. __2931.83__ FT (LANDING JT(S) AND JOINT TO BE CUT SHOULD BE INCLUDED) __483.60__ Hgr.
LANDING JTS _____ JT(S) _____ FT & CUT PIECE _____ FT TOTAL _____ FT (REMOVED) __3489.69__
TOTAL LEFT IN HOLE __71__ JTS. __2931.83__ FT (INCLUDE CUT JT IN JT COUNT AND LENGTH OF CUT SECT IN FT SECT)
TOTAL SENT IN __7__ JTS __304.61__ FT CUT PIECE _____ FT TOTAL _____ FT (CUT PIECE SHOULD NOT BE INCLUDED IN JOINT COUNT) 1 XO - 36.22', 1 Pup -19.98'
ACCOUNTING CHECK: TOTAL LEFT IN HOLE __2931.83__ FT + TOTAL SENT IN __304.61__ FT = __3236.44__ TOTAL FT TO RIG Hgr(8.10')+ 1 X-O (43.79')+ 1 Pup(19.98') 1 XO (36.22')+ 1 Pup (19.01')

CONDITION OF CASING __Good__ PROCEDURE IN FILLING CASING __Every Joint__
NO. OF LINES STRUNG __10__ SIZE OF LINE __1½__ IN. TOTAL WEIGHT OF CASING __145__
MAX. WT. OF CASING WORKING (IN 1000#) DOWN __135__ UP __160__ MAX. PULL ON CSG. __160__
WATER: TYPE __SW & FW__ __93__ __180__ BBLS. WT. _____ #/GAL
SPACER: TYPE __FW__ __80__ BBLS. WT. _____ #/GAL
LEAD CMT: TYPE __ILW +.2%FPb__ NO. OF SX __775__ SLURRY WT. __11.9__ YIELD __1.8 (FW)__
TAIL CMT: TYPE __H +.2%FPb__ NO. OF SX __500__ SLURRY WT. __16.2__ YIELD __1.1 (SW)__
TAIL CMT: TYPE __H +.2%FPb__ NO. OF SX __350__ SLURRY WT. __16.4__ YIELD __1.08 (FW)__
MIX WATER: TYPE _____ BBLS. WT. _____ #/GAL
CONDITION OF CEMENT __Good__
CENTRALIZER RUN __None__ PIPE RECIPROCATED: YES OR (NO)
TOP PLUG KIND __Not Used__ BOTTOM PLUG USED: (YES) OR NO
CIRCULATING PRESSURE __500__ PSI CIRCULATING RATE __10__ BBLS/MIN TIME _____ HRS _____ MIN
MIXING TIME __2__ HRS __2__ MIN PLUG TIME __1:45 Min__ PUMPING TIME __—__ HRS __45__ MIN
FINAL CIRC PRESSURE __300__ PSI SHUT OFF PRESSURE __0__ PSI
RETURNS: (FULL, PARTIAL, NO) WHILE CIRCULATING __Full__ WHILE CEMENTING __None__ TYPE RETURN (CEMENT, MUD) _____
LEAD CEMENT SLURRY RHEOLOGY READINGS:
300 __None__
600 _____
WT#/GAL _____

REF. POINT: RDB-CHF __N/A__ FT RDB-MWL __65__ FT RDB-ML __489__ FT
LANDED WT. ON CASING HEAD: LOAD __175__ (1000#) WT. OF BLOCK __30__ (1000#) WT. LANDED __145__ (1000#)
TYPE OF HEAD (HANGER) INSTALLED: (CSG) (MID SECT) (DRILL SPOOL) (TBG) MAKE __Vetco SG-5__
TOP FLANGE _____ IN _____ WORKING PSI BOTTOM FLANGE _____ IN _____ WORKING PSI
*USE ADDITIONAL FORM PO-212-D TO DESCRIBE CEMENT IF D.V. TOOL IS USED.
REMARKS: __Vetco SG-5 Wellhead System__ DATE: __5/31/87__

FIELD __Eugene Island 394__ LEASE __OCS-G-5527__ WELL NO. __#ZWC__

ATTACH TO SHEET NO. __1B__

SIGNED: DRILLER __Floyd Thames__ TEXACO INC. FOREMAN __Kurt E. Min__

**HSIEHTEX 00248**

Exhibit 7
Page 178 of 219



```
MAXIMUM SECURITY   N                              TEXACO INC.              DATE   06/09/87
PROSPECT   BLUEJAY                              DRILLING REPORT            REPORT NO.  18
COMPUTER NO.   M0371                                                      ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON | | |
| DIRECTIONAL: Y   ESTIMATED DAYS:  80 | NEXT LOG – | CASING | | |
| WATER DEPTH:   424    ATD - TVD: 11568 | MD:  7403 | SIZE  | M. DEPTH | TVD |
| RKB –  MWL:   65    MD: 13431 | TVD:  6842 | 30" | 640 | 640 |
| ML:   409 | | 20" | 1496 | 1496 |
| MLH:   479   ESTIMATED CASH $ 3478000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87   CE BEFORE OE $     0 | MD: | | | |
| - TIME: 13:00    MOH $   647000 | TVD: | | | |
| SPUD  - DATE: 05/26/87 | | | | |
| - TIME: 00:00 | | | | |

| DEPTH TODAY:  7403    ACTUAL CASH $  824672 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH  YEST:  7403    YEST CASH $  768397 | TOP | BOTTOM | TYPE | DEPTH | |
| HOURS DRLG:    OE REQUESTED $ | | | | | |
| FOOTAGE DRLD:    DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| LAST SEAT TEST:  15.1    (PPG)   DAYS FROM SPUD:  14 | TROUBLE TIME – DAYS:   .5 | | | | |
| LEAKOFF: N   DIFF FROM GOAL: -4 | – %: 3.6 | | | | |
| NEXT BOP TEST: 06/09/87 | – COST $:  24400 | | | | |
| | – %:  3.0 | | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | |
|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.5 | | FDH, CLEAN GUMBO OFF BHA | | | | | |
| 1.5 | | R/U SCHLUM, RUN DISF-LSS-GR, FAIL TO PASS THRU WELLHEAD @ 479' | | | | | |
| 1.5 | | GIH O/E & WASH WELLHEAD, POOH | | | | | |
| 2.5 | | RUN DISF-LSS-GR, STOP @ 5194, POOH, R/D SCHLUM | | | | | |
| 4 | | M/U HOLE OPENER, L/D MWD, TIH TO 7403 | | | | | |
| 5.5 | | CIRC/COND MUD, PUMP GEL PILL | | | | | |
| 4 | | POOH | | | | | |
| 3.5 | | R/U SCHLUM, RUN DISF-LSS-GR 3490-7403, POOH | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 7327   TVD: 6781 | | | |
| | | | | INCL: 35.75   BEARING: S    33 W | | | |
| | | | | N/S COORD: S  1483 E/W COORD: W  1014 | | | |
| | | | | VERT SECT:   1796  DOG LEG:    .3 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00249**

Exhibit 7
Page 179 of 219



| MAXIMUM SECURITY    N | | DATE  06/09/87 |
| PROSPECT   BLUEJAY | TEXACO INC. | REPORT NO.  18 |
| COMPUTER NO.   H0371 | DRILLING REPORT | ESTIMATE NO. 7-59751 |
| OSWC/  /  50/7-59751 | (PAGE 2 OF 2) | |

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA: HQ NXB 10H MX MDC MX MDC SDC X 30HWDP

| 7.75 " DC'S | 5 " HW | 1031 FEET | 70 M LBS | AVAIL BIT WT: | 50 M LBS | DRILL STRING DATA |
| BIT | | JET SIZE | | BIT WT: | ROT | CONDITION | CAPACITY - BBLS: 121 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 1017 |
| 5 | 12.25 | SMITH | 114 | XF7830 | 16 16 16 | 1620 | 27 | 50/ | 75/ | 2 | 3 | I | TORQUE - FT LBS: |
| | 12.25 | J&S | | 1220 | | | | / | / | | | | HOLE OPEN: | AMPS: |
| | | | | | | | | / | / | | | | WEIGHT - TOTAL: |
| SPR | / | / | | / | 12 "PMP | 6.5 "LNR | 110 SPM | 1500 PSI | 550 GPM | | UP: |
| AV | COLLARS: 155 | DRILL PIPE: 107 | RISER: 35 | HOURS SINCE LAST CIRCULATION: | | DOWN: |

| MUD TYPE: LHRX | WT: 13.0 | VIS: 45 | PV: 23 | YP: 10 | PV/YP: 2.3 | GELS: 1 / 5 |
| WL: 8.4 | HP/HT: | AT | DEG F | SOL: 22 % | SAND: 1 % | OIL: 0 % | pH: 12.5 |
| Pf: 3.3 | CHL: 9000 | CEC: 36 | Ca: 300 | HMP: 3.4 | Pm: 13.0 | ExLm: 2.6 | TEMP: 110 DEG F |

RIG EQUIPMENT: LEAK: PILOT LINE, OPEN SIDE, INNER KILL VALVE | DRILLING AIDS:

| MUD MATERIALS USED | 300 WEIGHT | DISPERSNT | 60 GEL | 30 LIG | 15 CAUS | 30 MOREX | 30 LIME |
| | OTHER: | | | | | PERSONNEL | |

| MUD RECEIVED $ 104584 | 24 HRS $ 3120 | USED $ 64340 | | CREWS:   FULL | |
| | | | | CONTRACTOR | 34 |

| NEXT TWO MAJOR OPERATIONS: 1) GIH    2) RCSG | | TEXACO | 4 |
| COMMENTS: | | CATERER | 6 |
|          BOP WAIVER, NMS REP. DAN HRACHOVY | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | C KING | 1 |
| | | TELECO | 2 |
| | | SCHLUM | 3 |
| | | VETCO | 1 |
| | | WEATHERFORD | 5 |
| | | | |
| | | --- TOTAL --- | 58 |

BRIEFING: *FAILED TO GET BELOW 5194 w/ IND LOG.*
*MADE COND TRIP*
*RAN IND LOG 3490 - 7403*

RECOMMENDATIONS/GUIDELINES | GIH | RCSG
These points should be | BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS. | WITNESS LOADING OF PLUG CONTAINER.
considered in your future | CHECK MUD DISPLACEMENT WITH TRIP TANK. | CALIPER LANDING JT ON SURFACE WELLHEADS.
operations. They MUST be | NOTE TIGHT SPOTS, TOP OF LINER. | CHECK CMT VOLUMES.
discussed with the office | CHECK PIPE RUNNING SPEED (SURGE). | USE THREAD LOCK ON FLOAT EQIPMENT.
prior to implementation. | | CHECK PIPE RUNNING SPEED (SURGE).

HSIEHTEX 00250

Exhibit 7
Page 180 of 219



MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/  /  50/7-59751

TEXACO INC.
DRILLING REPORT

DATE _06/08/87_
REPORT NO. _17_
ESTIMATE NO. _7-59751_

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | |
|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: MEIER/HARRISON | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | | CASING | | |
| WATER DEPTH: 424 | ATD – TVD: 11568 | MD: 7403 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 6842 | 30" | 640 | 640 |
| ML: 409 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE DE $ 0 | MD: | | | |
| – TIME: 13:00 | MOH $ 647000 | TVD: | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 7403 | ACTUAL CASH $ 768397 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST: 7104 | YEST CASH $ 694778 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 3.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 299 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD: 13 | TROUBLE TIME – DAYS: .5 | | | |
| LAST SEAT TEST: 15.1 (PPG) | | – %: 3.8 | | | |
| LEAKOFF: N | DIFF FROM GOAL: -4 | – COST $: 24400 | | | |
| NEXT BOP TEST: 06/08/87 | | – %: 3.2 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 3.5 | | DRLG 7104-7403 | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.5 | | PUMPING OUT RISER | | 7201 | 36 | S 33 W | 0 |
| 6.5 | | CIRC GAS CUT MUD, MAX 450 UNITS, CUT LOW OF 9.8 PPG, CLEAN | | 7327 | 35.75 | S 33 W | .3 |
| | | GUMBO FROM FLOWLINE & SHAKER | | | | | |
| 9.5 | | RAISE MUD WT. TO 13.0 PPG WHILE CIRC GAS CUT MUD & GUMBO OUT | | | | | |
| 3 | | PUMP SLUG & POOH | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 7327 | TVD: 6781 | | |
| | | | | INCL: 35.75 | BEARING: S 33 W | | |
| | | | | N/S COORD: S 1483 E/W COORD: W 1014 | | | |
| | | | | VERT SECT: 1796 DOG LEG: .3 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

HSIEHTEX 00251

Exhibit 7
Page 181 of 219

MAXIMUM SECURITY ___ N ___
PROSPECT ___ BLUEJAY ___
COMPUTER NO. ___ M0371 ___
OSWC/ ___ / ___ 50/7-59751 ___

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE ___ 06/08/87 ___
REPORT NO. ___ 17 ___
ESTIMATE NO. ___ 7-59751 ___

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA:8 NX8 10M MX MWD MX MDC MCO MDC CXO 30HWDP

| | 7.75 " DC'S | 5 " HW | 1035 FEET | 70 M LBS | AVAIL BIT WT: | 50 M LBS | | DRILL STRING DATA |
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | 0 | G | STRKS: |
| 5 | 12.25 | SMITH | 114 | XF7830 | 16 16 16 | 1628 | 27 | 50/ | 75/ | IN HOLE | | TORQUE - FT LBS: |
| | | | | | | | / | / | / | / | | AMPS: |
| | | | | | | | / | / | / | / | | WEIGHT - TOTAL: |
| SPR | / | / | / | 12 "PMP | 6.5 "LNR | 120 SPM | 3000 PSI | 600 GPM | | UP: |
| AV | COLLARS: 169 | DRILL PIPE: 117 | RISER: 39 | HOURS SINCE LAST CIRCULATION: | | | DOWN: |
| PERCENT PRESSURE DROP ACROSS BIT: 41.41 | | | | | | | |

| MUD TYPE: LMRX | WT: 13.0 | VIS: 45 | PV: 25 | YP: 10 | PV/YP: 2.5 | GELS: 1 / 6 |
| WL: 8.6 | HP/HT: | AT | DEG F | SOL: 22 % | SAND: 1 | % | OIL: 0 % | pH: 12.5 |
| Pf: 3.0 | CHL: 9000 | CEC: 36 | Ca: 300 | MWP: 2.4 | Pm: 13.6 | ExLm: 2.7 | TEMP: 118 DEG F |
| RIG EQUIPMENT: SUBSEA ACCUM. LEAK ON BLUE POD | DRILLING AIDS: OK | | | |
| MUD MATERIALS USED : 1000 WEIGHT | DISPERSNT : 80 GEL | 80 LIG | 40 CAUS | 80 MOREX | 80 LIME |
| | OTHER: | | | | | PERSONNEL |
| MUD RECEIVED $ 82824 | 24 HRS $ 9000 | USED $ 61220 | | CREWS: FULL |

| | | | |
|---|---|---|---|
| | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) LOG  2) GIH | | TEXACO | 4 |
| COMMENTS: | | CATERER | 6 |
| LOST 300 BBL MUD AT SHAKER DUE TO GUMBO | | MUD ENGINEER | 1 |
| BOP TEST DUE TODAY | | BJ | 1 |
| | | C.KING | 1 |
| | | TELECO | 2 |
| | | SCHLUM | 3 |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 52 |

BRIEFING: *POOH TO LOG.*

*SURVEY 1327 35¾° 533W*
*TVD 2781 51483 W1014*

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

**LOG**
CIRCULATE GELL PILL PRIOR TO POOH.
STRAP OUT OF HOLE PRIOR TO LOGGING.
CALIPER ALL LOGGING TOOLS.
CHECK LINE PULL AND LOGGERS TD.
TELECOPY 1" TO OFFICE ASAP.

**GIH**
BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS.
CHECK MUD DISPLACEMENT WITH TRIP TANK.
NOTE TIGHT SPOTS, TOP OF LINER.
CHECK PIPE RUNNING SPEED (SURGE).

**HSIEHTEX 00252**

Exhibit 7
Page 182 of 219

```
MAXIMUM SECURITY   N                                              DATE   06/07/87
PROSPECT   BLUEJAY                  TEXACO INC.                    REPORT NO.   16
COMPUTER NO.   M0371              DRILLING REPORT                 ESTIMATE NO. 7-59751
OSWC/   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING |
| WATER DEPTH: 424 | ATD - TVD: 11568 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: | | | |
| - TIME: 13:00 | MOH $ 647000 | TVD: | | | |
| SPUD - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 7104 | ACTUAL CASH $ 694778 | PERFS | PACKERS |
|---|---|---|---|
| DEPTH YEST: 6177 | YEST CASH $ 651711 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 15.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 927 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD: 12 | TROUBLE TIME - DAYS: 0 |
| LAST SEAT TEST: 15.1 (PPG) | | - %: 0.0 |
| LEAKOFF: N | DIFF FROM GOAL: -4 | - COST $: 0 |
| NEXT BOP TEST: 06/08/87 | | - %: 0.0 |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS |
|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 15.5 | | DRLG 6177-7104 | | 6272 | 36.75 | S   33 W | .3 |
| 3.5 | | PUMPING OUT RISER | | 6461 | 36.25 | S   33 W | .3 |
| 5 | | CLEANING GUMBO FROM FLOWLINE & SHAKER (6 TIMES) | | 6651 | 36 | S   33 W | .1 |
| | | | | 6836 | 36 | S   33 W | 0 |
| | | | | 7015 | 36 | S   33 W | 0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | |
| | | | | MD: 7015 | TVD: 6520 |
| | | | | INCL: 36.0 | BEARING: S   33 W |
| | | | | N/S COORD: S   1330 E/W COORD: W   914 |
| | | | | VERT SECT: 1613 | DOG LEG: 0 |
| | | | | SURVEY TOOL: TELECO MWD |

HSIEHTEX 00253

Exhibit 7
Page 183 of 219

```
MAXIMUM SECURITY ___N___                                                    DATE  06/07/87
PROSPECT  BLUEJAY                      TEXACO INC.                           REPORT NO. 16
COMPUTER NO.  M0371                  DRILLING REPORT                         ESTIMATE NO. 7-59751
QSWC/    /  50/7-59751                (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

```
BHA:B NXB 10M MX MWD MX MDC MCO MDC CXO 30HWDP
    7.75 " DC'S    |    5 " HW   | 1035 FEET |  70 M LBS || AVAIL BIT WT:   50 M LBS ||   DRILL STRING DATA
BIT |                |           | JET SIZE  |          |BIT WT.| ROT  | CONDITION | CAPACITY - BBLS: 117
NO. | SIZE | MFG.  | TYPE | SERIAL NO. | 32NDS  | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 987
 5  |12.25|SMITH  | 114  | XF7830   | 16 16 16 | 1329 |23.5| 50/ | 75/ | IN HOLE || TORQUE - FT LBS: 8800
    |      |       |      |          |    /     |   /  | /  |  /  |  /  | / | / | / ||   AMPS:  300
    |      |       |      |          |          |      |    |     |     |   |   |   || WEIGHT - TOTAL: 160
SPR | 30/ 190 | 40/ 350 | 50/ 540 | 12 "PMP | 6.5 "LNR | 120 SPM | 3000 PSI | 600 GPM ||     UP: 170
AV  | COLLARS:  169 | DRILL PIPE:  117 | RISER:   39 | HOURS SINCE LAST CIRCULATION:      ||   DOWN: 155
PERCENT PRESSURE DROP ACROSS BIT:  39.81
```

```
MUD TYPE: LNRX    | WT: 12.5   | VIS: 45   | PV: 23   | YP:  9  | PV/YP:  2.56 | GELS:  1 / 6
WL:  9.8          | HP/HT:       AT   DEG F | SOL:  20 % | SAND: 1  % | OIL: 0 %    | pH: 12.0
Pf:  2.6 | CHL: 11000 | CEC:   36 | Ca: 300 | MWP: 3.8 | Pm: 11.6 | ExLm: 2.20 | TEMP: 114 DEG F
RIG EQUIPMENT: SUBSEA ACCUM. LEAKS ON BLUE POD    | DRILLING AIDS:
MUD MATERIALS USED :  400  WEIGHT |     DISPERSNT :   40  GEL | 70 LIG | 40 CAUS | 70 MOREX | 70 LIME
            | OTHER:                                              || ---   PERSONNEL
MUD RECEIVED $   82024    | 24 HRS $    6040   | USED $   52220    || CREWS:    FULL
                                                                  || CONTRACTOR    |  34
NEXT TWO MAJOR OPERATIONS: 1) LOG    2) RCSG                       || TEXACO        |   4
COMMENTS:                                                         || CATERER       |   6
        LOST 400 BBL. MUD AT SHAKER DUE TO GUMBO.                || MUD ENGINEER  |   1
                                                                  || BJ            |   1
                                                                  || CARL KING     |   1
                                                                  || TELECO        |   2
                                                                  || SCHLUMB.      |   3
                                                                  ||
                                                                  ||
                                                                  ||
                                                                  ||
                                                                  ||  --- TOTAL --- |  52
```

```
BRIEFING:  ✓
```

Schiraj: 7015 3G 533ω
TVD 6525 5133ω W914

```
RECOMMENDATIONS/GUIDELINES   |        LOG                          |        RCSG
These points should be       | CIRCULATE GELL PILL PRIOR TO POOH.  | WITNESS LOADING OF PLUG CONTAINER.
considered in your future    | STRAP OUT OF HOLE PRIOR TO LOGGING.  | CALIPER LANDING JT ON SURFACE WELLHEADS.
operations. They MUST be     | CALIPER ALL LOGGING TOOLS.          | CHECK CMT VOLUMES.
discussed with the office    | CHECK LINE PULL AND LOGGERS TD.     | USE THREAD LOCK ON FLOAT EQIPMENT.
prior to implementation.     | TELECOPY 1" TO OFFICE ASAP.         | CHECK PIPE RUNNING SPEED (SURGE).
```

**HSIEHTEX 00254**

Exhibit 7
Page 184 of 219

MAXIMUM SECURITY     N
PROSPECT    BLUEJAY
COMPUTER NO.    M0371
OSWC/    /    50/7-59751

**TEXACO INC.**
**DRILLING REPORT**

DATE    06/06/87
REPORT NO.    15
ESTIMATE NO.    7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: | | | |
| - TIME: 13:00 | MOH $ 647000 | TVD: | | | |
| SPUD - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 6177 | ACTUAL CASH $ 651711 | PERFS | PACKERS | | |
|---|---|---|---|---|---|
| DEPTH YEST: 5688 | YEST CASH $ 605704 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 15 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 489 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD: 11 | TROUBLE TIME - DAYS: 0 | | | |
| LAST SEAT TEST: 15.1 (PPG) | | - %: 0.0 | | | |
| LEAKOFF: N | DIFF FROM GOAL: -4 | - COST $: 0 | | | |
| NEXT BOP TEST: 06/08/87 | | - %: 0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 7 | | DRLG 5688-5775 | | M.DEPTH | INCLIN | BEARING | DLS |
| 1 | | PUMP OUT RISER | | 5686 | 37.75 | S    34 W | .7 |
| 4 | | POOH & CLEAN GUMBO OFF BHA, L/D STRATA-BIT | | 5902 | 38 | S    33 W | .3 |
| 3.5 | | M/U BIT #5 & TIH | | 6087 | 37.25 | S    33 W | .4 |
| 0 | | DRLG 5775-6177 | | | | | |
| .5 | | PUMP OUT RISER | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 6087 | | TVD: 5781 | |
| | | | | INCL: 37.25 | | BEARING: S    33 W | |
| | | | | N/S COORD: S    868 E/W COORD: W    614 | | | |
| | | | | VERT SECT:    1064 DOG LEG:    .4 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00255**

Exhibit 7
Page 185 of 219

MAXIMUM SECURITY ___N___
PROSPECT  BLUEJAY
COMPUTER NO.  M0371
QSWC/    /  50/7-59751

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE  06/06/87
REPORT NO.  15
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA:B NXB 10M MX MWD MX MDC MCO MDC CXO 30HWDP

| 7.75 " DC'S | | 5 " HW | 1035 FEET | 70 M LBS | AVAIL BIT WT: | 50 M LBS | DRILL STRING DATA | |
|---|---|---|---|---|---|---|---|---|
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 99 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | | STRKS: 837 |
| 4 | 12.25 | STRATA | 100P03 | | 13 13 13 13 | 544 | 15.5 | 3/ 20 | 120/150 | GOOD, 1 | BT | | TORQUE - FT LBS: 5700 |
| 5 | 12.25 | SMITH | 114 | XF7830 | 16 16 16 | 402 | 8 | 35/ 40 | 120/ | IN HOLE | | AMPS: 200 |
| | | | | | | | | | | | | | WEIGHT - TOTAL: 155 |
| SPR | 30/ 190 | 40/ 350 | 60/ 700 | 12 "PMP | 6.5 "LNR | 120 SPM | 3000 PSI | 600 GPM | | | | | UP: 165 |
| AV | COLLARS: 169 | DRILL PIPE: 117 | RISER: 39 | HOURS SINCE LAST CIRCULATION: | | | | | | | | | DOWN: 145 |

PERCENT PRESSURE DROP ACROSS BIT: 39.81

| MUD TYPE: LMRX | WT: 12.5 | VIS: 48 | PV: 23 | YP: 10 | PV/YP: 2.3 | GELS: 1 / 8 |
|---|---|---|---|---|---|---|
| WL: 11.8 | HP/HT: | AT | DEG F | SOL: 20 % | SAND: 1 % | OIL: 0 % | pH: 12.0 |
| Pf: 2.6 | CHL: 9000 | CEC: 36 | Ca: 300 | MWP: 3.5 | Pm: 11.6 | ExLa: 2.3 | TEMP: 110 DEG F |

RIG EQUIPMENT: SUBSEA ACCUM. LEAK ON BLUE POD           DRILLING AIDS: OK

MUD MATERIALS USED   700 WEIGHT   DISPERSNT   40 GEL   60 LIG   30 CAUS   60 MOREX   60 LIME

| OTHER: | | PERSONNEL | |
|---|---|---|---|
| MUD RECEIVED $ 71074 | 24 HRS $ 6500 | USED $ 46100 | CREWS:   FULL | |
| | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) LOG    2) RCSG | | TEXACO | 2 |
| COMMENTS: | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | C. KING | 1 |
| | | TELECO | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 47 |

BRIEFING:

SCILLEEJ: LCE'1 3774 533L
             TLJ 57E1 5ELE L L14

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

**LOG**
CIRCULATE GELL PILL PRIOR TO POOH.
STRAP OUT OF HOLE PRIOR TO LOGGING.
CALIPER ALL LOGGING TOOLS.
CHECK LINE PULL AND LOGGERS TD.
TELECOPY 1" TO OFFICE ASAP.

**RCSG**
WITNESS LOADING OF PLUG CONTAINER.
CALIPER LANDING JT ON SURFACE WELLHEADS.
CHECK CMT VOLUMES.
USE THREAD LOCK ON FLOAT EQIPMENT.
CHECK PIPE RUNNING SPEED (SURGE).

**HSIEHTEX 00256**

Exhibit 7
Page 186 of 219



```
MAXIMUM SECURITY    N                                      DATE   06/05/87
PROSPECT    BLUEJAY              TEXACO INC.               REPORT NO.  14
COMPUTER NO.  M0371          DRILLING REPORT               ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

| DIRECTIONAL: Y | ESTIMATED DAYS: 00 | NEXT LOG – | | CASING | | |
|---|---|---|---|---|---|---|
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | HD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| DN LOC – DATE: 05/24/87 | CE BEFORE QE $ 0 | MD: | | | |
| – TIME: 13:00 | MOH $ 647000 | TVD: | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 5688 | ACTUAL CASH $ 605704 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH YEST: 5231 | YEST CASH $ 531611 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 8.5 | QE REQUESTED $ | | | | |
| FOOTAGE DRLD: 457 | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | |
| | DAYS FROM SPUD: 10 | TROUBLE TIME – DAYS: 0 | | | |
| LAST SEAT TEST: 15.1 (PPG) | | – %: 0.0 | | | |
| LEAKOFF: N | DIFF FROM GOAL: -4 | – COST $: 0 | | | |
| NEXT BOP TEST: 06/08/87 | | – %: 0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1 | | FIH W/ HOLE OPENER | | | | | |
| 1 | | REAM 4249-4390 | | 5319 | 38.75 | S    34 W | 1.2 |
| .5 | | FIH TO 5231 | | 5504 | 38.75 | S    35 W | .3 |
| 2.5 | | CIRC/COND MUD | | | | | |
| 3 | | POOH, CLEAN GUMBO OFF BHA & L/D HOLE OPENER | | | | | |
| 1 | | M/U STRATA BIT, TIH & TAG BLIND RAMS, POOH, 1 BROKEN & 2 | | | | | |
| | | CHIPPED TEETH ON BIT | | | | | |
| 2.5 | | TIH W/ BIT, WASH LAST 3 JTS. | | | | | |
| 8.5 | | DRLG 5231-5688 | | | | | |
| 3 | | CIRC & SURVEY | | | | | |
| 1 | | PUMP OUT RISER | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 5504 | | TVD: 5321 | |
| | | | | INCL: 38.75 | | BEARING: S    34 W | |
| | | | | N/S COORD: S    570 | | E/W COORD: W    416 | |
| | | | | VERT SECT:    706 | | DOG LEG:    .33 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00257**

Exhibit 7
Page 187 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/ ___/ 50/7-59751___

 

TEXACO INC.
DRILLING REPORT
(PAGE 2 OF 2)

DATE __06/05/87__
REPORT NO. __14__
ESTIMATE NO. __7-59751__

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: MEIER/HARRISON |

BHA:B NXB 10M MX MWD MX MDC MCO MDC CXO 30HWDP

| 7.75 " DC'S | 5 " HW | 1035 FEET | 70 M LBS | AVAIL BIT WT: | 50 M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 91 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 764 |
| 4 | 12.25 | STRATA | | 108P03 | 13 13 13 13 | 457 | 8.5 | 3/ 5 | 120/ | IN HOLE | TORQUE - FT LBS: |
| | | | | | | | | | | AMPS: 200 |
| | | | | | / | / | / | / | / | WEIGHT - TOTAL: 150 |
| SPR : 30/ 275 | 40/ 400 | 60/ 725 | 12 "PHP | 6.5 "LNR | 130 SPM | 2700 PSI | 650 GPM | UP: 155 |
| AV | COLLARS: 184 | DRILL PIPE: 127 | RISER: 42 | HOURS SINCE LAST CIRCULATION: | DOWN: 145 |
| PERCENT PRESSURE DROP ACROSS BIT: 64.33 | | | | | |

| MUD TYPE: LMRX | WT: 12.0 | VIS: 40 | PV: 20 | YP: 8 | PV/YP: 2.5 | GELS: 1 / 5 |
| WL: 14.4 | HP/HT: | AT | DEG F | SOL: 16 % | SAND: 1 % | OIL: 0 % | pH: 12.0 |
| Pf: 2.5 | CHL: 14000 | CEC: 36 | Ca: 300 | NWP: 2.5 | Pm: 11.9 | ExLm: 2.3 | TEMP: 108 DEG F |
| RIG EQUIPMENT: SUBSEA ACCUM. ON BLUE POD LEAKS | | | DRILLING AIDS: |
| MUD MATERIALS USED : 1900 WEIGHT | DISPERSNT : 50 GEL | 70 LIG | 40 CAUS | 70 MOREX | 70 LIME |

| | OTHER: | | PERSONNEL | |
| MUD RECEIVED $ 71874 | 24 HRS $ 12900 | USED $ 39600 | CREWS: | FULL |
| | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) DRLG 2) LOG | | TEXACO | 2 |
| COMMENTS: | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | C. KING | 1 |
| | | TELECO | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 47 |

BRIEFING: *MADE CONN TRIP W/ HELICOPTER*
*RESUMED DRLG OPERATIONS*

*Survey: 550f 38.75' 5346*
*TVD 5321 5510 @ 412.*

RECOMMENDATIONS/GUIDELINES
These points should be
considered in your future
operations. They MUST be
discussed with the office
prior to implementation.

DRLG
: CHECK ABW, MUD PROGRAM AND ECD'S.
: TAKE SLOW PUMP RATES.
: KEEP PIPE MOVING DURING CONNECTIONS.
: CHECK GAS DETECTOR EVERY TOUR.
: MONITOR PENETRATION RATES / CORRELATION.

LOG
: CIRCULATE GELL PILL PRIOR TO POOH.
: STRAP OUT OF HOLE PRIOR TO LOGGING.
: CALIPER ALL LOGGING TOOLS.
: CHECK LINE PULL AND LOGGERS TD.
: TELECOPY 1" TO OFFICE ASAP.

HSIEHTEX 00258

Exhibit 7
Page 188 of 219



```
MAXIMUM SECURITY    N                                              DATE  06/04/87
PROSPECT  BLUEJAY                    TEXACO INC.                   REPORT NO.  13
COMPUTER NO.  M0371               DRILLING REPORT                 ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | |
|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: WOJAHN,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 60 | | NEXT LOG - | | CASING | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | | MD: 7065 | | SIZE | M. DEPTH | TVD |
| RKB = MWL: 65 | MD: 13431 | | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3478000 | | LAST LOG - | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE DE $  0 | | MD: | | | |
| - TIME: 13:00 | MOH $  647000 | | TVD: | | | |
| SPUD - DATE: 05/26/87 | | | | | | |
| - TIME: 00:00 | | | | | | |

| DEPTH TODAY: 5231 | | ACTUAL CASH $  531611 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 4650 | | YEST CASH $  490523 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 11 | | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 581 | | DATE: / / | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | | |
| | | DAYS FROM SPUD: 9 | | TROUBLE TIME - DAYS: | | |
| LAST SEAT TEST: 15.1 (PPG) | | | | - %: 0.0 | | |
| LEAKOFF: N | | DIFF. FROM GOAL: -3 | | - COST $: | | |
| NEXT BOP TEST: 06/08/87 | | | | - %: 0.0 | | |

| HOURS | T | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 11.0 | 10 | DRILLED FROM 4650' TO 5231', PUMPING OUT RISER EVERY 4 HOURS. | | M.DEPTH | INCLIN | BEARING | DLS |
| 2.0 | | CIRCULATED HOLE AND RISER CLEAN. | | 4640 | 26 | S  36 W | 2.0 |
| 3.5 | | POOH AND L/D KICKOFF ASSEMBLY. | | 4741 | 27.75 | S  36 W | 1.9 |
| 3.5 | | P/U PACKED HOLE BHA AND GIH, FAILED TO GET BELOW 4335'. | | 4834 | 29.75 | S  34 W | 2.4 |
| 3.0 | | L/D DP AND POOH FOR HOLE OPENER. | | 4926 | 31.5 | S  34 W | 1.9 |
| 1.0 | | M/U HOLE OPENER AND GIH. | | 5019 | 33.5 | S  36 W | 2.4 |
| | | | | 5113 | 35.5 | S  35 W | 2.2 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | LAST SURVEY TAKEN | | |
| | | | | MD: 5175 | | TVD: 5063 | |
| | | | | INCL: 37 | | BEARING S  34 W | |
| | | | | N/S COORD: S  401 | | E/W COORD: W  300 | |
| | | | | VERT SECT: 502 | | DOG LEG: 2.6 | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

```
MAXIMUM SECURITY    N                                              DATE  06/04/87
```

**HSIEHTEX 00259**

Exhibit 7
Page 189 of 219

```
PROSPECT  BLUEJAY                    TEXACO INC.              REPORT NO.  13
COMPUTER NO.  M0371              DRILLING REPORT          ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751              (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,MIX |

BHA:HO NXB 10M MX MWD MX MSC CO MDC CXO 3O HWDP

| 7.75 " DC'S | 5 " HW | 1034 FEET | 70 M LBS | AVAIL BIT WT: | 60 M LBS | DRILL STRING DATA |

| BIT |  | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 80 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | FTG. | HRS | (M LBS) | RPM | T | B | G | STKS:  731 |
| 4 | 12.25 | SMITH | 111 | KZ-0927 | 16 16 16 | 1602 | 28.5 | 10/ 20 | / | 3 3 | IN | TORQUE - FT LBS: |
| | | | | | | | | | | | | AMPS: |
| SPR | / | / | / | 12 "PNP | 6.5 "LNR | 120 SPM | 2600 PSI | 550 GPM | WEIGHT - TOTAL: 145 |
| AV | COLLARS:  158 | DRILL PIPE:  109 | RISER:  36 | HOURS SINCE LAST CIRCULATION: | | UP: 155 |
| PERCENT PRESSURE DROP ACROSS BIT:  30.00 | | | | | DOWN: 140 |

| MUD TYPE: LSLT | WT: 10.0 | VIS: 30 | PV: 8 | YP: 12 | PV/YP: .67 | GELS: 1 / 0 |
| WL: 26.6 | HP/HT: | AT | DEG F | SOL: 7 % | SAND: TR % | OIL: 0 % | pH: 10.5 |
| Pf: 0.5 | CHL: 14000 | CEC: 36 | Ca: 200 | MWP: 5.2 | Pm: | ExLo: | TEMP: 95 DEG F |

RIG EQUIPMENT: O.K.                                    DRILLING AIDS: O.K.

| MUD MATERIALS USED | WEIGHT | DISPERSNT | 10 GEL | 50 LIG | 12 CAUS | MOREX | LIME |
| | | OTHER: | | | | PERSONNEL |
| MUD RECEIVED $  71074 | 24 HRS $  600 | USED $  26699 | CREWS:   FULL |

| | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) | TEXACO | 2 |
| COMMENTS: | CATERER | 6 |
| HOLE OPENER : 12.25 J&S SN. 1220 | MUD ENGINEER | 1 |
| | B. J. TITAN | 1 |
| | CARL KING | 1 |
| | TELECO | 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 47 |

BRIEFING:  ✓
    Survey: 5175  39°  5340
           TVD SOL3 5401 W300

```
RECOMMENDATIONS/GUIDELINES  |          DRLG                    POOH
These points should be      | CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future   | TAKE SLOW PUMP RATES.
operations. They MUST be    | KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office   | CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.    | MONITOR PENETRATION RATES / CORRELATION.
```

HSIEHTEX 00260

Exhibit 7
Page 190 of 219



```
MAXIMUM SECURITY ___N___                                              DATE  06/03/87
PROSPECT  BLUEJAY                  TEXACO INC.                        REPORT NO. 12
COMPUTER NO.  M0371              DRILLING REPORT                      ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,MIX |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG - | | CASING | | |
|---|---|---|---|---|---|---|
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 7065 | | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 6600 | | 30" | 640 | 640 |
| ML: 409 | | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | | 13 3/8" | 3490 | 3490 |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: | | | | |
| - TIME: 13:00 | MOH $ 647000 | TVD: | | | | |
| SPUD - DATE: 05/26/87 | | | | | | |
| - TIME: 08:00 | | | | | | |

| DEPTH TODAY: 4650 | ACTUAL CASH $ 490523 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 3665 | YEST CASH $ 462072 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 16.0 | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 895 | DATE: / / | | | | | |
| FORMATION DESCRIPTION: SHALE AND GUMBO | | | | | | |

| | DAYS FROM SPUD: 8 | | TROUBLE TIME - DAYS: |
|---|---|---|---|
| LAST SEAT TEST: 15.1 (PPG) | | | - %: 0.0 |
| LEAKOFF: N | DIFF FROM GOAL: -3 | | - COST $: |
| NEXT BOP TEST: 06/08/87 | | | - %: 0.0 |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 2.5 | | POOH | | 3400 | .25 | S 51 E | |
| 3.0 | | P/U KICKOFF BHA & GIH TO BTM OF CSG. | | 3627 | .50 | S 41 E | .11 |
| 1.0 | | BROKE CIRCULATION AND R/U B. J. TITAN, TESTED SEAT TO 920 PSI | | 3721 | 2.00 | S 27 W | 2.00 |
| | | EQUIV. TO 15.1 PPG - NO LEAKOFF. | | 3812 | 4.50 | S 30 W | 2.00 |
| 1.0 | | L/D EXCESS DP FROM DERRICK AND FIH TO TD. | | 3904 | 6.75 | S 41 W | 2.50 |
| 16.0 | | KICKOFF @ 3665' & DRILLED TO 4650'. PUMPED RISER EVERY 4 HOURS | | 3999 | 10.00 | S 40 W | 3.40 |
| 0.5 | | CIRCULATED OUT EXCESS GUMBO. | | 4092 | 11.75 | S 41 W | 1.90 |
| | | ART : DRILLING AHEAD | | 4104 | 14.25 | S 39 W | 2.80 |
| | | | | 4277 | 17.25 | S 41 W | 3.30 |
| | | | | 4369 | 18.75 | S 39 W | 1.80 |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 4554 | | TVD: 4528 | |
| | | | | INCL: 23.5 | | BEARING: S 34 W | |
| | | | | N/S COORD: S 145 E/W COORD: W 121 | | | |
| | | | | VERT SECT: 188 DOG LEG: 2.80 | | | |
| | | | | SURVEY TOOL: TELECO MWD | | | |

**HSIEHTEX 00261**

Exhibit 7
Page 191 of 219

```
MAXIMUM SECURITY   N                                                    DATE  06/03/87
PROSPECT   BLUEJAY                    TEXACO INC.                        REPORT NO.  12
COMPUTER NO.   M0371               DRILLING REPORT                       ESTIMATE NO. 7-59751
OSWC/  /  50/7-59751                 (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,MIX |

```
BHA:B DHM 1 1/2 BS 10M SUB MWD 2SDC CXO 30 HWDP
   7.75 " DC'S      5 " HW   1034 FEET   60 M LBS  :: AVAIL BIT WT:   47 M LBS      DRILL STRING DATA
 BIT :                        : JET SIZE        :   :BIT WT.: ROT : CONDITION :: CAPACITY - BBLS: 73
 NO. : SIZE : MFG. : TYPE : SERIAL NO.   :  32NDS  : FTG. : HRS :(M LBS): RPM : T : B : G :: STRKS: 616
  4  : 12,25:SMITH : 111 : KZ0927    : 16 16 16  : 1021 : 17.5 : / 20: /  : IN HOLE :: TORQUE - FT LBS:
                                                    : / / : / / : / : :: AMPS:
                                      :            : / / / : / / : / : :: WEIGHT - TOTAL: 140
 SPR : 30/ 250 : 40/ 350 : 50/ 450 : 12 "PHP : 6.5 "LNR : 120 SPM : 2600 PSI : 600 GPM ::    UP: 150
 AV : COLLARS:  117 : DRILL PIPE: 111 : RISER:  39 : HOURS SINCE LAST CIRCULATION:    ::  DOWN: 145
 PERCENT PRESSURE DROP ACROSS BIT: 36.75
```

```
 MUD TYPE: LSLT     : WT: 10.0     : VIS: 42   : PV:   8  : YP: 14  : PV/YP:   .57 : GELS:  2 /  8
 WL: 35.4      : HP/HT:        AT      DEG F   : SOL:   7 % : SAND: TR  % : OIL: 0  % : pH: 10.5
 Pf:  0.6   : CHL: 14400 : CEC:   36  : Ca: 280   : MWP: 5.6  : Pm:     : ExLm:      : TEMP: 95 DEG F
 RIG EQUIPMENT: O.K.                            : DRILLING AIDS: O.K.
 MUD MATERIALS USED  :   WEIGHT :  26  DISPERSNT :  10  GEL :     LIG :   20 CAUS :       HOREX :       LIME
                     : OTHER:                                             ::           PERSONNEL
 MUD RECEIVED $   71225    : 24 HRS $    900   : USED $   26100    :: CREWS:   FULL
                                                                   :: CONTRACTOR          33
 NEXT TWO MAJOR OPERATIONS: 1) DRLG    2)                          :: TEXACO              2
 COMMENTS:                                                          :: CATERER             6
         SURVEY (NOT ROOM IN SURVEY SECTION) : 4462 MD 21 DEGREES S36W 2.7 DL  :: MUD ENGINEER      1
                                                                   :: B. J. TITAN         1
                                                                   :: CARL KING           1
                                                                   :: TELECO              2
                                                                   ::
                                                                   ::
                                                                   ::
                                                                   ::
                                                                   :: --- TOTAL ---      46
```

```
 BRIEFING:  ✓
            Survey: 4554  23.5° S34W
                    TVD 4523  S145 W121
```

```
RECOMMENDATIONS/GUIDELINES  :          DRLG
These points should be      : CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future   : TAKE SLOW PUMP RATES.
operations. They MUST be    : KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office   : CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.    : MONITOR PENETRATION RATES / CORRELATION.
```

**HSIEHTEX 00262**

Exhibit 7
Page 192 of 219



```
MAXIMUM SECURITY    N                                              DATE   06/02/87
PROSPECT    BLUEJAY                  TEXACO INC.                   REPORT NO.   11
COMPUTER NO.   M0371               DRILLING REPORT                ESTIMATE NO. 7-59751
OSWC   /   50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | | |
| | | | SIZE | M. DEPTH | TVD |
| WATER DEPTH:   424 | ATD – TVD: 11560 | MD: 7065 | 30" | 640 | 640 |
| RKB – MWL:   65 | MD: 13431 | TVD: 6600 | 20" | 1496 | 1496 |
| ML:  409 | | | 13 3/8" | 3490 | 3490 |
| MLH:  479 | ESTIMATED CASH $  3478000 | LAST LOG – | | | |
| ON LOC – DATE: 05/24/87 | CE BEFORE DE $      0 | MD: | | | |
| – TIME: 13:00 | MOH $   647000 | TVD: | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY:   3665 | ACTUAL CASH $   462072 | PERFS | | PACKERS | |
|---|---|---|---|---|---|
| DEPTH  YEST:  3539 | YEST CASH $   421488 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG:   1.5 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD:   126 | DATE:   / / | | | | |
| FORMATION DESCRIPTION: SHALE | | | | | |
| | DAYS FROM SPUD:   7 | TROUBLE TIME –  DAYS: | | | |
| LAST SEAT TEST:  15.1   (PPG) | | –   %:  0.0 | | | |
| LEAKOFF: N | DIFF FROM GOAL: 0 | – COST $: | | | |
| NEXT  BOP TEST: 06/09/87 | | –   %:  0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.0 | | FIH & TAGGED FLOAT COLLAR AT 3447'. | | | | | |
| 2.5 | | R/U EASTMAN AND RAN NULTISHOT GYRO SURVEY FROM 3400' TO 500' | | | | | |
| 0.5 | | OBTAINED SLOW PUMP RATES AND CLFP'S | | | | | |
| 3.0 | | DRILLED FLOAT COLLAR, CEMENT, AND SHOE TO 3490'. WASH TO 3539' | | | | | |
| 6.0 | | CIRC BTM UPS. R/U B.J. AND TEST SEAT W/10.0 PPG HUD TO 930 PSI | | | | | |
| | | EQUIV TO 15.1 PPG – NO LEAKOFF. GIH TO TD, CIRC BTM UP, TEST | | | | | |
| | | CSG SEAT TO 940 PSI EQUIV TO 15.2 – NO LEAKOFF. | | | | | |
| 5.0 | | POOH AND RETRIEVE WB. TEST BTM, PIPE RAMS 250/5000 PSI. RESET | | | | | |
| | | WEARBUSHING. | | | | | |
| 1.5 | | M/U BIT #4 AND GIH. | | | | | |
| 0.5 | | DRILL FROM 3539' TO 3569'. | | | | | |
| 2.5 | | CIRC BTM UP, R/U B. J. AND TESTED CSG SEAT TO 930 PSI EQUIV TO | | LAST SURVEY TAKEN | | | |
| | | 15.1 PPG – NO LEAKOFF. | | MD: 3447 | | TVD:  3447 | |
| 1.0 | | DRILLED FROM 3569' TO 3665'. | | INCL:   0.5 | | BEARING: | |
| 0.5 | | CIRC. BTM UP | | N/S COORD: | | E/W COORD: | |
| | | ART : POOH FOR NEW BHA. | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: TOTCO | | | |

**HSIEHTEX 00263**

Exhibit 7
Page 193 of 219

```
MAXIMUM SECURITY    N                                                DATE   06/02/87
PROSPECT   BLUEJAY                 TEXACO INC.                        REPORT NO.  11
COMPUTER NO.   M0371             DRILLING REPORT                      ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751               (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

```
BHA:B 8SDC 18HWDP
  7.75 " DC'S  !      5 " HW   ! 793 FEET ! 60 M LBS !! AVAIL BIT WT:    60 M LBS  !   DRILL STRING DATA
```

| BIT | | | | JET SIZE | | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: 56 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: 470 |
| 3 | 12.25 | SMITH | 111 | KZ0954 | 16 16 16 | 42 | 2.5 | 10/ 15 | 70/ | 1 | 2 | IN | TORQUE - FT LBS: 4250 |
| 4 | 12.25 | SMITH | 111 | KZ0927 | 16 16 16 | 126 | 1.5 | 10/ 15 | 120/ | IN HOLE | | AMPS: 150 |
| | | | | | | | / / / / | | WEIGHT - TOTAL: 130 |

```
SPR : 30/ 140 !  40/ 250 !  50/ 420 !  12 "PNP !  6.5 "LNR !  154 SPM !  3000 PSI !  770 GPM !!       UP: 140
AV  ! COLLARS:  153  ! DRILL PIPE:  146 ! RISER:   51 ! HOURS SINCE LAST CIRCULATION:         !!     DOWN: 130
PERCENT PRESSURE DROP ACROSS BIT:   52.46
```

```
MUD TYPE: LSLT       ! WT: 10.0     ! VIS: 46   ! PV:  6    ! YP: 33    ! PV/YP:   .18  ! GELS:  6 / 33
WL:  39.6    ! HP/HT:      AT      DEG F       ! SOL:   6 % ! SAND: TR   % ! OIL: 0  %     ! pH:  9.5
Pf:   .2   ! CHL:  15000  ! CEC:   36  ! Ca: 320  ! MWP: 5.8   ! Pm:        ! ExLm:         ! TEMP: 95 DEG F
RIG EQUIPMENT: OK                            ! DRILLING AIDS: OK
MUD MATERIALS USED !   100  WEIGHT !        DISPERSNT !   10  GEL !     LIG !   4  CAUS !     MOREX !     LIME
                   ! OTHER:                                                              !!     PERSONNEL
MUD RECEIVED $   71225     ! 24 HRS $      009     ! USED $    25200          !! CREWS:    FULL
```

| | | | |
|---|---|---|---|
| NEXT TWO MAJOR OPERATIONS: 1) DRLG    2) | | | CONTRACTOR | 37 |
| COMMENTS: | | TEXACO | 3 |
| | | CATERER | 6 |
| | | MUD ENGINEER | 1 |
| | | BJ | 1 |
| | | C. KING | 1 |
| | | TELECO | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | --- TOTAL --- | 51 |

```
BRIEFING:  DRILLED OUT 13⅜" CSL
           TESTED CSL SEAT
```

```
RECOMMENDATIONS/GUIDELINES  !           DRLG                              GIH
These points should be      ! CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future   ! TAKE SLOW PUMP RATES.
operations. They MUST be    ! KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office   ! CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.    ! MONITOR PENETRATION RATES / CORRELATION.
```

HSIEHTEX 00264

Exhibit 7
Page 194 of 219

FORM PO-212-D (4-84)

# CASING REPORT

LAST CASING: SIZE 30" WT 1" W.T. # SET @ 640 FT CEMENT W/ NONE CU FT
HOLE: EST SIZE 26 IN. CALIPER AVAIL — YES/(NO) T.D. 1540 FT. CONDITION OF HOLE GOOD

| LOG OF CASING: EQUIPMENT | MAKE | TYPE | LENGTH | WELDED | DEPTH SET |
|---|---|---|---|---|---|
| SHOE | DAVIS | 501 DownJet | 2.58 | BAKERLOK & STRAP WELD | 1496' |
| COLLAR | | | | | |
| COLLAR | | | | | |
| SUBSEA HANGER | Vetco | SG-5 | 23.68 | — | 481' |
| D.V. TOOL 1 | | | | | |
| D.V. TOOL 2 | | | | | |

| JOINTS SET | SECTION | NO. OF JTS. | SIZE OD | WEIGHT | GRADE | THREAD | T & C | RANGE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 THRU 26 | I | 26 | 20" | 133# | K-55 | BOC | S | III | 981.45 |
| THRU | | | | | X/O pup Jt. | | | | 9.55 |
| THRU | | | | 18 3/4" SUBSEA HANGER | | | | | 23.68 |
| THRU | | | | | FLOAT SHOE | | | | 2.58 |
| THRU | | | | | RKB – Top of 30" | | | | 479.00 |

TOTAL SENT TO RIG 33 JTS 1192.38 FT 20" @ 1496.26'
TOTAL RUN 26 JTS 981.45 FT (LANDING JT(S) AND JOINT TO BE CUT SHOULD BE INCLUDED)
LANDING JTS ____ JT(S) ____ FT & CUT PIECE ____ FT TOTAL ____ FT (REMOVED)
TOTAL LEFT IN HOLE 26 JTS 981.45 FT (INCLUDE CUT JT IN JT COUNT AND LENGTH OF CUT SECT IN FT SECT
TOTAL SENT IN 7 JTS 210.93 FT CUT PIECE — FT TOTAL 210.93 FT (CUT PIECE SHOULD NOT BE INCLUDED IN JOINT COUNT)
ACCOUNTING CHECK: TOTAL LEFT IN HOLE 981.45 FT + TOTAL SENT IN 210.93 FT = 1192.38 TOTAL FT TO RIG

CONDITION OF CASING GOOD PROCEDURE IN FILLING CASING every Jt.
NO. OF LINES STRUNG 10 SIZE OF LINE 1 1/2 IN. TOTAL WEIGHT OF CASING 125
MAX. WT. OF CASING WORKING (IN 1000#) DOWN 150 UP 155 MAX. PULL ON CSG. 155
WATER: TYPE SEAWATER 10 BBLS. WT. 8.9 #/GAL
SPACER: TYPE ____ BBLS. WT. ____ #/GAL
LEAD CMT: TYPE TLW NO. OF SX 535 SLURRY WT. 11.9 YIELD 1.8
TAIL CMT: TYPE "H" NO. OF SX 550 SLURRY WT. 16.2 YIELD 1.08
TAIL CMT: TYPE ____ NO. OF SX ____ SLURRY WT. ____ YIELD ____
MIX WATER: TYPE FRESH 190 BBLS. WT. 8.4 #/GAL
CONDITION OF CEMENT BLENDED w/ 0.2% FP-6; Liquid 2% CACl₂ WATER
CENTRALIZER RUN NONE PIPE RECIPROCATED: YES OR (NO)
TOP PLUG KIND NONE BOTTOM PLUG USED: YES OR (NO)
CIRCULATING PRESSURE 500 PSI CIRCULATING RATE 7 BBLS/MIN TIME 1 HRS 0 MIN
MIXING TIME 1 HRS 05 MIN PLUG TIME N/A PUMPING TIME 2 HRS · MIN
FINAL CIRC PRESSURE 250 PSI SHUT OFF PRESSURE 0 PSI
RETURNS: (FULL, PARTIAL, (NO)) WHILE CIRCULATING ✓ WHILE CEMENTING ✓ TYPE RETURN (CEMENT, MUD) ____
LEAD CEMENT SLURRY RHEOLOGY READINGS:
300 NONE
600
WT#/GAL

REF. POINT: RDB-CHF N/A FT RDB-MWL 65 FT RDB-ML 489 FT
LANDED WT. ON CASING HEAD: LOAD ____ (1000#) WT. OF BLOCK ____ (1000#) WT. LANDED ____ (1000#)
TYPE OF HEAD (HANGER) INSTALLED: (CSG) (MID SECT) (DRILL SPOOL) (TBG) MAKE Vetco SG-5
TOP FLANGE ____ IN ____ WORKING PSI BOTTOM FLANGE ____ IN ____ WORKING PSI
*USE ADDITIONAL FORM PO-212-D TO DESCRIBE CEMENT IF D.V. TOOL IS USED.
REMARKS: Vetco SG-5 SUBSEA WELLHEAD System DATE: 5-27-87

FIELD EI 394 LEASE OCS-G-5527 WELL NO. 2 WC ATTACH TO SHEET NO. 10
SIGNED: DRILLER [signature] TEXACO INC. FOREMAN J. R. Stark

HSIEHTEX 00265

```
MAXIMUM SECURITY    N                              DATE  06/01/87
PROSPECT  BLUEJAY              TEXACO INC.         REPORT NO.  10
COMPUTER NO.  M0371         DRILLING REPORT        ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: NOJAHN,CALAHAN,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | | |
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB – MHL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | 13 3/8" | 3490 | 3490 |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $    0 | MD: | | | |
| – TIME: 13:00 | MOH $   647000 | TVD: | | | |
| SPUD – DATE: 05/26/87 | | | | | |
| – TIME: 08:00 | | | | | |

| DEPTH TODAY: 3539 | ACTUAL CASH $ 421400 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 3539 | YEST CASH $ 355876 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: | DATE:   /   / | | | | |
| FORMATION DESCRIPTION: | | | | | |
| | DAYS FROM SPUD:  6 | TROUBLE TIME –  DAYS: | | | |
| LAST SEAT TEST:    (PPG) | | | – %: 0.0 | | |
| LEAKOFF: | DIFF FROM GOAL: 0 | – COST $: | | | |
| NEXT BOP TEST: 06/08/87 | | | – %: 0.0 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 1.0 | | FINISHED POOH | | | | | |
| 0.5 | | RETRIEVED WEAR BUSHING | | | | | |
| 7.0 | | R/U WEATHERFORD AND RAN 74 JTS OF 13 3/8" 610 & 680 J-55 & N80 | | | | | |
| | | CASING TO 3490' AND LANDED SAME. | | | | | |
| 1.5 | | CIRCULATE | | | | | |
| 3.5 | | MIX AND PUMP 775 SX, TLW + .2% FP6 (WT 11.9,10.26 GAL FW/SX, | | | | | |
| | | YLD 1.8), 500 SX CLASS H + .2% FP6 (WT 16.2, 4.66 GAL SW/SX, | | | | | |
| | | YLD 1.1), 350 SX CLASS H + .2% FP6 (WT 16.2, 4.45 GAL SW/SX, | | | | | |
| | | YLD 1.08), DROP DART, SHEARED PLUG & DISPLACED CEMENT W/ 10 | | | | | |
| | | PPG MUD (LOST COMPLETE RETURNS WHILE DISPLACING CEMENT) BUMP | | | | | |
| | | PLUG WITH 1500 PSI | | | | | |
| 2.5 | | ENGERIZE PACKOFF & TESTED SAME W/5000 PSI – OK. WASHED | | LAST SURVEY TAKEN | | | |
| | | WELLHEAD AND SPOTTED 5 BBL LIGNO WATER IN SAME. POOH. | | MD: 3447 | | TVD: 3447 | |
| 5.0 | | TESTED BOP'S ACCORDING TO TEXACO SUBSEA TEST PROCEDURE. | | INCL:  0.5 | BEARING: | | |
| | | ANNULAR 250/3500; BLIND RAMS 250/1920; ALL OTHER VALVES, RAMS | | N/S COORD: | E/W COORD: | | |
| | | LINES AND SURFACE EQUIPMENT 250/5000, TESTED ON YELLOW POD & | | VERT SECT: | DOG LEG: | | |
| | | DRILL FLOOR PANEL, FUNCTION TESTED BLUE POD. | | SURVEY TOOL: TOTCO | | | |
| 1.0 | | RAN WEAR BUSHING | | | | | |
| 0.5 | | TESTED CASING WITH 1000 PSI FOR 30 MINUTES. | | | | | |
| 1.5 | | MAKING UP BHA #3. | | | | | |

**HSIEHTEX 00266**

Exhibit 7
Page 196 of 219

```
COMPUTER NO.  M0371              DRILLING REPORT              ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751              (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

```
BHA:8 8SDC 18HWDP
      7.75 " DC'S   |   5.0 " HW   |  793 FEET  |  60  M LBS  || AVAIL BIT WT:      M LBS   ||  DRILL STRING DATA
BIT |         |              |    JET SIZE  |              ||BIT WT.| ROT | CONDITION || CAPACITY - BBLS: 57
NO. | SIZE |  MFG. | TYPE | SERIAL NO. |  32NDS  | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 478
 3  | 12.25|SMITH | 111 | KZ0954  | 16 16 16 |        |     |   /   |  /  | IN HOLE || TORQUE - FT LBS:
    |       |        |      |           |          |       |     |   /   | /   | | |   || AMPS:
    |       |        |      |           |          |       |     |   /   | /   | | |   || WEIGHT - TOTAL:
SPR |    /    /    /    /   |  12 "PMP |  6.5 "LNR |     SPM |    PSI |    GPM || UP:
AV  | COLLARS:    | DRILL PIPE:    | RISER:    | HOURS SINCE LAST CIRCULATION:      || DOWN:
```

```
MUD TYPE: LSLT    | WT: 10.0    | VIS: 40    | PV:  6  | YP: 30    | PV/YP:    ,2 | GELS: 4 / 20
WL:  39           | HP/HT:    AT    DEG F | SOL:  6 % | SAND:    % | OIL:    % | pH:  9.0
Pf:   ,1   | CHL: 10000 | CEC:  34 | Ca: 300 | MWP: 5.0 | Pm:     | ExLm:    | TEMP: 90 DEG F
RIG EQUIPMENT: O.K.                              | DRILLING AIDS: O.K.
MUD MATERIALS USED |         WEIGHT     | DISPERSNT |     GEL |    LIG |    CAUS || NOREX |    LIME
                   | OTHER:                                            ||  PERSONNEL
MUD RECEIVED $  71225      | 24 HRS $        | USED $   24391        || CREWS:    FULL
                                                                     || CONTRACTOR      | 37
NEXT TWO MAJOR OPERATIONS: 1) GIH    2) DRLG                          || TEXACO          |  3
COMMENTS:                                                            || CATERER         |  6
          ART : GIH TO TEST CASING SEAT                              || MUD ENGINEER    |  1 |  1
_____                    || B, J, TITAN     |  1 |  1
_____                    || VETCO           |  1 |  1
_____                    || EASTMAN         |  1 |  1
_____                    || HALLIBURTON'    |  1 |  1
_____                    || CARL KING       |  1 |  1
_____                    || TELECO          |    |  2
_____                    ||
_____                    ||
_____                    || --- TOTAL ---   | 54
```

```
BRIEFING:  RAN 13⅜" CSG
           CMT CSG w/ 2323 Cu Ft
           TESTED BOPE
           GIH w/ DRLG ASSM
```

```
RECOMMENDATIONS/GUIDELINES  |          GIH                      |          DRLG
These points should be      | BREAK CIRC IF OUT OF HOLE MORE THAN 20 HRS. | CHECK ABW, MUD PROGRAM AND ECD'S.
considered in your future   | CHECK MUD DISPLACEMENT WITH TRIP TANK. | TAKE SLOW PUMP RATES.
operations. They MUST be    | NOTE TIGHT SPOTS, TOP OF LINER.   | KEEP PIPE MOVING DURING CONNECTIONS.
discussed with the office   | CHECK PIPE RUNNING SPEED (SURGE).  | CHECK GAS DETECTOR EVERY TOUR.
prior to implementation.    |                                   | MONITOR PENETRATION RATES / CORRELATION.
```

HSIEHTEX 00267

Exhibit 7
Page 197 of 219

```
MAXIMUM SECURITY   N
PROSPECT   BLUEJAY                                                    DATE   05/31/87
COMPUTER NO.   MW371              TEXACO INC.                         REPORT NO.   9
OSWC/   /   50/7-59751           DRILLING REPORT                      ESTIMATE NO. 7-59751
```




```
| FIELD: EUGENE ISLAND 394          | LEASE: OCS-6-5527         | WELL NO: 2 WC
| RIG: DIAMOND M CENTURY            | PHONE NO: 631-1460        | FOREMAN: WOJAHN,CALAHAN,MIX
| DIRECTIONAL: Y     || ESTIMATED DAYS:  80      || NEXT LOG -      ||          CASING
| WATER DEPTH:  424  ||      ATD - TVD: 11560   ||         MD: 7065 ||      SIZE  | M.DEPTH | TVD
| RKB - MWL:   65    ||            MD: 13431     ||        TVD: 6600 || 30"       |   640   |  640
|       ML:  409     ||                         ||                  || 20"       |  1496   | 1496
|       MLH:  479    || ESTIMATED CASH $ 3470000 || LAST LOG -      ||           |         |
| ON LOC - DATE: 05/24/87 ||  CE BEFORE OE $    0 ||         MD:    ||           |         |
|        - TIME: 13:00 ||  MOH $    647000       ||        TVD:     ||           |         |
| SPUD   - DATE: 05/26/87 ||                      ||                ||           |         |
|        - TIME: 00:00 ||                         ||                ||           |         |
```

```
| DEPTH TODAY: 3539   || ACTUAL CASH $  355876   ||   PERFS      ||        PACKERS
| DEPTH  YEST: 3156   ||  YEST CASH $  328049    || TOP | BOTTOM || TYPE    |  DEPTH
| HOURS DRLG:  5.5    || OE REQUESTED $          ||     |        ||         |
| FOOTAGE DRLD:  383  ||       DATE:  /  /       ||     |        ||         |
| FORMATION DESCRIPTION: SAND/GUMBO
|                        || DAYS FROM SPUD:    5  ||     || TROUBLE TIME -  DAYS:
| LAST SEAT TEST:      (PPG) ||                   ||     ||    -  I:   0.0
|      LEAKOFF:        || DIFF FROM GOAL: 0      ||     ||    - COST $:
| NEXT BOP TEST:  /  / ||                        ||     ||    -  I:   0.0
```

```
| HOURS | TI |          DESCRIPTION OF WORK          ||    DIRECTIONAL SURVEYS
|  5.5  | 10 | DRILL FROM 3156' TO 3539'            || M.DEPTH | INCLIN | BEARING |  DLS
|  2.5  |    | PUMPED GEL SWEEP AND CIRCULATED HOLE AND RISER CLEAN ||   |    |    |
|  1.5  |    | DROPPED TOTCO SURVEY. PUMPED SLUG & 50H. PULLED 5 STANDS || |  |    |
|       |    | HAD 30M UP DRAG & HOLE SWABBING. WENT BACK TO BOTTOM. ||    |    |    |
|  2.0  |    | CIRCULATED 1.5 BOTTOMS UP - NO GAS - NO CHLORIDES INCREASE || |  |    |
|  3.5  |    | PUMPED SLUG AND STRAPPED PIPE COMING OUT OF THE HOLE ||     |    |    |
|  3.5  |    | L/D RLL TOOL CHG BHA & GIH FOR WIPER TRIP.  WASH & REAM TIGHT ||  |  |
|       |    | SPOTS 2060 TO 2160 & 2403 TO 2504.  GIH TO TD. ||          |    |    |
|  4.0  |    | CIRCULATE HOLE & RISER CLEAN. ||                         |    |    |
|  1.5  |    | POOH ||                                               |    |    |
|       |    | ART + POOH ||                                          |    |    |
|       |    |          ||        LAST SURVEY TAKEN
|       |    |          || MD:  3447     TVD:  3447
|       |    |          || INCL:  0.5    BEARING:
|       |    |          || N/S COORD:    E/W COORD:
|       |    |          || VERT SECT:    DOG LEG:
|       |    |          || SURVEY TOOL: TOTCO
```

```
MAXIMUM SECURITY   N                                             DATE  05/31/87
```

HSIEHTEX 00268

Exhibit 7
Page 198 of 219

```
COMPUTER NO.   M0371                    DRILLING REPORT              ESTIMATE NO. 7-59751
OSWC/   /    50/7-59751                   (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 NC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:B NXB SDC X 2SDC X 4SDC CXO 18 HWDP

| 7.75 " DC'S | 5 " HW | 544 FEET | 60 M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
| BIT | | JET SIZE | | | BIT WT: | ROT | CONDITION % CAPACITY - BBLS: 57 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | I | STRKS: 478 |
| 2 | 17.5 | SMITH | 111 | EZ4403 | 64 64 64 | 1999 | 30.5 | / 20 | /120 | 1 | 3 | IN | TORQUE - FT LBS: 4250 |
| | | | | | | / | / | / | / | | | | AMPS: 150 |
| | | | | | | | / | / | / | | | WEIGHT - TOTAL: 130 |
| SPR | / | / | / | / | 12 "PMP | 6.5 "LNR | 150 SPM | 2900 PSI | 750 GPM | UP: 125 |
| AV | COLLARS: 75 | DRILL PIPE: 64 | RISER: 49 | HOURS SINCE LAST CIRCULATION: 1.5 | DOWN: 125 |
| PERCENT PRESSURE DROP ACROSS BIT:    0.20 | |

| MUD TYPE: LSLT | WT: 10.0 | VIS: 42 | PV: 6 | YP: 32 | PV/YP: .19 | GELS: 4 / 23 |
| WL: 30.6 | HP/HT: | AT | DEG F | SOL: 7 % | SAND: | % | OIL: % | pH: 9.0 |
| Pf: .2 | CHL: 18000 | CEC: 34 | Ca: 320 | HWP: 6.0 | Pm: | ExLm: | TEMP: 86 DEG F |
| RIG EQUIPMENT: OK | | DRILLING AIDS: OK |
| MUD MATERIALS USED % | WEIGHT | 3 DISPERSNT | 105 GEL | LIG | 4 CAUS | MOREX | LIME |
| | OTHER: | | | | | PERSONNEL |
| MUD RECEIVED $ | 71225 | 24 HRS $ | 800 | USED $ | 24391 | CREWS: FULL |

| | | CONTRACTOR | 37 |
| NEXT TWO MAJOR OPERATIONS: 1) RCSG   2) CMTC | | TEXACO | 3 |
| COMMENTS: | | CATERER | 6 |
| RLL LOGS GOOD - POSSIBLE GAS SANDS AT 2060' AND 2730' | | MUD ENGINEER | 1 |
| | B. J. TITAN | 2 |
| | BARJOD | 2 |
| | VETCO | 1 |
| | WEATHERFORD | 4 |
| | |
| | |
| | |
| | |
| | --- TOTAL --- | 56 |

BRIEFING: *MADE COND. TRIP.*
*POOH TO RUN CSG*

RECOMMENDATIONS/GUIDELINES          RCSG                              CMTC
These points should be      WITNESS LOADING OF PLUG CONTAINER.   CHECK PLUG SIZE, CMT HEAD AND VOLUME CALC.
considered in your future   CALIPER LANDING JT ON SURFACE WELLHEADS.   RECIPROCATE PIPE IF POSSIBLE.
operations. They MUST be    CHECK CMT VOLUMES.                   USE WEIGHTED CEMENT SPACER.
discussed with the office   USE THREAD LOCK ON FLOAT EQIPMENT.   REPORT RETURNS AND CMT RHEOLOGIES IF REQ.
prior to implementation.    CHECK PIPE RUNNING SPEED (SURGE).    IS A WASH STRING REQUIRED.

**HSIEHTEX 00269**

Exhibit 7
Page 199 of 219

MAXIMUM SECURITY    N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/   /   50/7-59751



TEXACO INC.
DRILLING REPORT

DATE   05/30/87
REPORT NO.   8
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | |
|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: WOJAHN,CALAHAN,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 60 | NEXT LOG - | | CASING | | |
| WATER DEPTH: 424 | ATD - TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| MSL: 409 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG - | | | |
| ON LOC - DATE: 05/24/87 | CE BEFORE OE $   0 | MD: | | | |
| - TIME: 13:00 | MOH $   647000 | TVD: | | | |
| SPUD - DATE: 05/26/87 | | | | | |
| - TIME: 08:00 | | | | | |

| DEPTH TODAY: 3156 | ACTUAL CASH $ 320849 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|
| DEPTH YEST: 1735 | YEST CASH $ 284945 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 22 | OE REQUESTED $ | | | | |
| FOOTAGE DRLD: 1421 | DATE:   /  / | | | | |
| FORMATION DESCRIPTION: SAND/GUMBO | | | | | |
| | DAYS FROM SPUD: 4 | TROUBLE TIME - DAYS: | | | |
| LAST SEAT TEST:  (PPG) | | - %: 0.0 | | | |
| LEAKOFF: | DIFF FROM GOAL: 0 | - COST $: | | | |
| NEXT BOP TEST:   /  / | | - %: 0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 22 | | DRILL FROM 1735' TO 3156'. | | | | | |
| 1.5 | | CIRCULATE OUT EXCESS GUMBO. | | | | | |
| .5 | | TOOK INCLINATION SURVEY:  .5 DEG @ 2467'. | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: 2467 | | TVD: 2467 | |
| | | | | INCL: .5 | | BEARING: | |
| | | | | N/S COORD: | | E/W COORD: | |
| | | | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: TOTCO | | | |

**HSIEHTEX 00270**

Exhibit 7
Page 200 of 219

```
COMPUTER NO.  M0371              D R I L L I N G   R E P O R T          ESTIMATE NO. 7-59751
GSWC/    /  50/7-59751                  (PAGE 2 OF 2)
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

```
BHA:B RLL SDC X 2SDC X 4SDC CXO 18 HWDP
       7.75 " DC'S    |    5 " HW    | 789 FEET | 60 M LBS | AVAIL BIT WT:   60 M LBS |   DRILL STRING DATA
BIT  |           |       |            | JET SIZE |          |BIT WT.| ROT | CONDITION | CAPACITY - BBLS: 49
NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS    | FTG. | HRS |(M LBS)| RPM | T|B|G|I  |      STRKS: 411
 2  | 17.5|SMITH | 111  | EZ4403     | 16 16 16 | 1616 |  25 |   / 15|120/ | IN HOLE  | TORQUE - FT LBS: 3400
    |      |       |      |            |          |      |     |   /   |  /  |  |  |  |  | AMPS: 120
    |      |       |      |            |          |      |     |   /   |  /  |  |  |  |  | WEIGHT - TOTAL: 120
SPR |   /   |   /   |   /   | 12 "PNP | 6.5 "LNR | 150 GPM | 2900 PSI | 750 GPM | UP: 130
AV  | COLLARS:   75 | DRILL PIPE:   65 | RISER:   49 | HOURS SINCE LAST CIRCULATION: |   DOWN: 115
PERCENT PRESSURE DROP ACROSS BIT:   51.48
```

```
MUD TYPE: LSLT    | WT: 10.0   | VIS:  44   | PV:   6  | YP: 32   | PV/YP:    .19 | GELS:  6 / 34
WL:  38.8    |  HP/HT:     AT    DEG F    | SOL:   6 % | SAND: TR  % | OIL: 0 % |   pH: 10.0
Pf:   .2    | CHL: 26000 | CEC:   36 | Ca: 340 | MWP: 1.6  | Pm:     | ExLa:      | TEMP: 90 DEG F
RIG EQUIPMENT: O.K.                             | DRILLING AIDS: O.K.
MUD MATERIALS USED | 1495  WEIGHT    | DISPERSNT   | 135  GEL | 8 LIG | 13 CAUS |    MOREX  |    LIME
                   | OTHER:                                             |       PERSONNEL
MUD RECEIVED $   39128  | 24 HRS $   9680  | USED $    23591          | CREWS:    FULL
                                                                      | CONTRACTOR    |  38
NEXT TWO MAJOR OPERATIONS:  1) DRLG    2) RCSG                         | TEXACO        |   3
COMMENTS:                                                             | CATERER       |   6
        MMS VISIT - NO INCS. (PAUL REVERE, TOM SHINN, JOHN SCHOLLIAN) | MUD ENGINEER  |   1
        ART:  DRILLING AHEAD.                                         | B. J. HUGHES  |   1
                                                                      | BAROID        |   2
                                                                      |
                                                                      |
                                                                      |
                                                                      |
                                                                      |
                                                                      |
                                                                      | --- TOTAL ---     51

BRIEFING:    ✓
```

```
RECOMMENDATIONS/GUIDELINES  |        DRLG                    |        RCSG
These points should be      | CHECK ABW, MUD PROGRAM AND ECD'S.     | WITNESS LOADING OF PLUG CONTAINER.
considered in your future   | TAKE SLOW PUMP RATES.                 | CALIPER LANDING JT ON SURFACE WELLHEADS.
operations. They MUST be    | KEEP PIPE MOVING DURING CONNECTIONS.  | CHECK CMT VOLUMES.
discussed with the office   | CHECK GAS DETECTOR EVERY TOUR.        | USE THREAD LOCK ON FLOAT EQIPMENT.
prior to implementation.    | MONITOR PENETRATION RATES / CORRELATION. | CHECK PIPE RUNNING SPEED (SURGE).
```

HSIEHTEX 00271

Exhibit 7
Page 201 of 219

IMUM SECURITY    N
PROSPECT   BLUEJAY
COMPUTER NO.   M0371
OSWC/    /   50/7-59751

**TEXACO INC.**
**DRILLING REPORT**

DATE   05/29/87
REPORT NO.   7
ESTIMATE NO.   7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | |
|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 409 | | | 20" | 1496 | 1496 |
| MLH: 479 | ESTIMATED CASH $ 3470000 | LAST LOG – | | |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $ 0 | MD: | | |
| – TIME: 13:00 | MOH $ 647000 | TVD: | | |
| SPUD – DATE: 05/26/87 | | | | |
| – TIME: 00:00 | | | | |

| DEPTH TODAY: 1735 | | ACTUAL CASH $ 284945 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH YEST: 1540 | | YEST CASH $ 226574 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: 3 | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: 195 | | DATE: / / | | | | | |
| FORMATION DESCRIPTION: SAND/SHALE | | | | | | | |
| | | DAYS FROM SPUD: 3 | | TROUBLE TIME – DAYS: | | | |
| LAST SEAT TEST: (PPG) | | | | – %: 0.0 | | | |
| LEAKOFF: | | DIFF FROM GOAL: 0 | | – COST $: | | | |
| NEXT BOP TEST: / / | | | | – %: 0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 6.5 | | FINISHED RUNNING RISER, LATCHED WELLHEAD & TEST WITH 75M PULL. | | | | | |
| | | FUNCTION TEST BOTH PODS, R/U FLOWLINE AND DIVERTER SYSTEM. | | | | | |
| 4.0 | | P/U BHA, FIRST RLL FAILED TO TEST. LAYED DOWN SAME & P/U | | | | | |
| | | BACKUP TOOL, TESTED O.K. | | | | | |
| 6.5 | | FUNCTION TEST DIVERTER SYSTEM AND FLOW THROUGH VALVES – REPAIR | | | | | |
| | | SEVERAL LEAKS IN LINES AND VALVES, CLOSED HYDRIL & TESTED 20" | | | | | |
| | | CASING TO 203 PSI FOR 30 MINUTES WHILE REPAIRING DIVERTER. | | | | | |
| 0.5 | | DISPLACED RISER WITH 10.0 PPG MUD. | | | | | |
| 3.5 | | POOH & RESET TIMER ON RLL TOOL. GIH TO 1495' – TAG CMT. | | | | | |
| | | DRILL CMT & SHOE FROM 1495' TO 1506', WASH FROM 1506' TO 1540 | | | | | |
| 3 | | CONTROL DRILL FROM 1540' TO 1735', | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: | | TVD: | |
| | | | | INCL: | | BEARING: | |
| | | | | N/S COORD: | | E/W COORD: | |
| | | | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: | | | |

**HSIEHTEX 00272**

Exhibit 7
Page 202 of 219



| MAXIMUM SECURITY  N | | DATE  05/29/87 |
|---|---|---|
| PROSPECT  BLUEJAY | TEXACO INC. | REPORT NO.  7 |
| COMPUTER NO.  M0371 | DRILLING REPORT | ESTIMATE NO.  7-59751 |
| OSWC/  /  50/7-59751 | (PAGE 2 OF 2) | |

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 NC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

| BHA:B RLL SDC X 2SDC X 4SDC CXO 18 HWDP | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7.75 " DC'S | 5 " HW | 769 FEET | 60  M LBS | AVAIL BIT WT: | 60  M L00 | DRILL STRING DATA | | | | |
| BIT | | | JET SIZE | | BIT WT.! ROT | CONDITION | CAPACITY - BBLS: | 24 | | |
| NO. SIZE  MFG. | TYPE | SERIAL NO. | 32NDS | FTG.  HRS !(M LBS)! RPM | T ! B ! G ! | STRKS: | 201 | | | |
| 2  17.5!SMITH | 111 | EZ4403 | 16 16 16 | 195 ! 3 ! / 10!120/ | IN HOLE | TORQUE - FT LBS: | 675 | | | |
| | | | | | | AMPS: | 150 | | | |
| | | | | / ! / ! ! / ! / ! / ! | | WEIGHT - TOTAL: | 105 | | | |
| SPR  /  /  / | / | 12 "PMP | 6.5 "LNR | 120 SPM  2000 PSI | 600 GPM | UP: | 110 | | | |
| AV  COLLARS:  60 | DRILL PIPE:  52 | RISER:  39 | HOURS SINCE LAST CIRCULATION: | | | DOWN: | 105 | | | |
| PERCENT PRESSURE DROP ACROSS BIT:  47.30 | | | | | | | | | | |

| MUD TYPE: LSLT | WT: 9.9 | VIS: 44 | PV:  6 | YP: 30 | PV/YP:  .2 | GELS:  5 / 24 |
|---|---|---|---|---|---|---|
| WL:  38 | HP/HT:  AT  DEG F | SOL:  5 % | SAND: TR  % | OIL: 0  % | pH:  10 | |
| Pf:  .3 | CHL: 17600 | CEC:  36 | Ca: 420 | MWP: | Pm: | ExLm: | TEMP: 90 DEG F |

| RIG EQUIPMENT: OK | DRILLING AIDS: OK | | |
|---|---|---|---|
| MUD MATERIALS USED  WEIGHT | DISPERSNT  90  GEL  LIG  15 CAUS | MOREX  LIME | |
| OTHER: | | PERSONNEL | |
| MUD RECEIVED $  37244 | 24 HRS $  930 | USED $  13910 | CREWS:  FULL |

| NEXT TWO MAJOR OPERATIONS: 1) DRLG   2) RCSG | CONTRACTOR | 38 |
|---|---|---|
| COMMENTS: | TEXACO | 3 |
| ART:  DRILLING AT 1820'. | CATERER | 6 |
| | MUD ENGINEER | 1 |
| | B. J. TITAN | 1 |
| | BARIOD | 2 |
| | SWACO | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 52 |

BRIEFING:  *Ran BOP Stack*

RECOMMENDATIONS/GUIDELINES
These points should be considered in your future operations. They MUST be discussed with the office prior to implementation.

**DRLG**
- CHECK ABW, MUD PROGRAM AND ECD'S.
- TAKE SLOW PUMP RATES.
- KEEP PIPE MOVING DURING CONNECTIONS.
- CHECK GAS DETECTOR EVERY TOUR.
- MONITOR PENETRATION RATES / CORRELATION.

**RCSG**
- WITNESS LOADING OF PLUG CONTAINER.
- CALIPER LANDING JT ON SURFACE WELLHEADS.
- CHECK CMT VOLUMES.
- USE THREAD LOCK ON FLOAT EQIPMENT.
- CHECK PIPE RUNNING SPEED (SURGE).

**HSIEHTEX 00273**

Exhibit 7
Page 203 of 219

MAXIMUM SECURITY _N_
PROSPECT  _BLUEJAY_
COMPUTER NO. _M0371_
OSWC/ / _50/7-59751_

**TEXACO INC.**
**DRILLING REPORT**

DATE _05/28/87_
REPORT NO. _6_
ESTIMATE NO. _7-59751_

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | | WELL NO: 2 WC | | | |
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | | FOREMAN: WOJAHN,CALAHAN,MIX | | | |
| DIRECTIONAL: Y | | ESTIMATED DAYS: 80 | | NEXT LOG - | | CASING | | |
| WATER DEPTH: 424 | | ATD - TVD: 11560 | | MD: 7065 | | SIZE | M. DEPTH | TVD |
| RKB - MWL: 65 | | MD: 13431 | | TVD: 6600 | | 30" | 640 | 640 |
| ML: 409 | | | | | | 20" | 1496 | 1496 |
| MLH: 479 | | ESTIMATED CASH $ 3470000 | | LAST LOG - | | | | |
| ON LOC - DATE: 05/24/87 | | CE BEFORE OE $ 0 | | MD: | | | | |
| - TIME: 13:00 | | MOH $ 647000 | | TVD: | | | | |
| SPUD - DATE: 05/26/87 | | | | | | | | |
| - TIME: 08:00 | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEPTH TODAY: 1540 | | ACTUAL CASH $ 226574 | | PERFS | | PACKERS | | |
| DEPTH YEST: 1540 | | YEST CASH $ 173390 | | TOP | BOTTOM | TYPE | | DEPTH |
| HOURS DRLG: | | OE REQUESTED $ | | | | | | |
| FOOTAGE DRLD: | | DATE: / / | | | | | | |
| FORMATION DESCRIPTION: | | | | | | | | |
| | | DAYS FROM SPUD: 2 | | TROUBLE TIME - DAYS: | | | | |
| LAST SEAT TEST: (PPG) | | | | - %: 0.0 | | | | |
| LEAKOFF: | | DIFF FROM GOAL: 0 | | - COST $: | | | | |
| NEXT BOP TEST: / / | | | | - %: 0.0 | | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| | | | | M.DEPTH | INCLIN | BEARING | DLS |
| 5.0 | | RAN A TOTAL OF 26 JOINTS OF 20" 133# K-55 BOC CASING | | | | | |
| 1.0 | | P/U S.S. HANGER JOINT. RAN AND LATCHED SAME INSIDE 30" | | | | | |
| | | WELLHEAD. TESTED WITH 75M OVERPULL. | | | | | |
| 1.0 | | CIRCULATED STRING CAPACITY | | | | | |
| 4.5 | | R/U B.J. MIXED AND PUMPED 10 BBLS SW + 535 SX TLW + .2% FP-6 + | | | | | |
| | | 2% CACL2 @ 11.9 PPG; YIELD 1.8; FOLLOWED BY 550 SX CLASS H + | | | | | |
| | | .2% FP6 + 2% CACL2 @ 16.2 PPG; YIELD 1.08; DISPLACED CEMENT TO | | | | | |
| | | 1466' W/347 BBLS 10.0 PPG MUD. | | | | | |
| 0.5 | | RELEASED 20" RUNNING TOOL. WASHED WELLHEAD W/ SEAWATER. POOH. | | | | | |
| 12.0 | | R/U FLOOR. PUT 18 3/4" BOP STACK IN MOONPOOL AND FUNCTION TEST | | | | | |
| | | BLUE AND YELLOW PODS. RUN RISER, TESTING CHOKE AND KILL LINES | | | | | |
| | | W/ 10M PSI. | | LAST SURVEY TAKEN | | | |
| | | ART : RUN 1 MORE JT. OF RISER | | MD: | | TVD: | |
| | | | | INCL: | | BEARING: | |
| | | | | N/S COORD: | | E/W COORD: | |
| | | | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: | | | |

**HSIEHTEX 00274**

Exhibit 7
Page 204 of 219

```
MAXIMUM SECURITY   N                TEXACO INC.           DATE  05/28/87
PROSPECT  BLUEJAY                 DRILLING REPORT          REPORT NO.  6
COMPUTER NO.  M0371                 (PAGE 2 OF 2)          ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

```
| BHA:
|     7.75 " DC'S  |    5 " HW   |  FEET  |  M LBS |: AVAIL BIT WT:    M LBS  |:    DRILL STRING DATA
| BIT |          |          |          |  JET SIZE  |       |:BIT WT.| ROT | CONDITION |: CAPACITY - BBLS:
| NO. | SIZE | MFG. | TYPE | SERIAL NO. |   32NDS   | FTG. | HRS |(M LBS)| RPM | T | B | G |:        STRKS:
|     |      |      |      |            |           |      | / / / |    | | | | |: TORQUE - FT LBS:
|     |      |      |      |            |           |      | / / / |    | | | | |:           AMPS:
|     |      |      |      |            |           |      | / / / |    | | | | |: WEIGHT - TOTAL:
| SPR |  /  |  /  |     |  /  |        |  "PMP  |  "LNR |  SPM |  PSI |  GPM |:         UP:
| AV  | COLLARS:    | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION:      |:        DOWN:
```

```
| MUD TYPE: LSLT    | WT: 9.5   | VIS: 35   | PV: 4   | YP: 24   | PV/YP:   .17 | GELS:  4 / 26
| WL:  36   | HP/HT:       AT    DEG F   | SOL:  4 % | SAND:     % | OIL:    % | pH: 9.6
| Pf:  0.3  | CHL: 24000  | CEC:   34  | Ca: 320  | HWP: 1.0  | Pm:      | ExLm:      | TEMP: 75 DEG F
| RIG EQUIPMENT: SWACO STROKE COUNTER OUT         | DRILLING AIDS: O.K.
| MUD MATERIALS USED |  890  WEIGHT   |  DISPERSNT |  600  GEL |  LIG |  10  CAUS |      MOREX       | LIME
|                    | OTHER: 3 SKS CACL2                               |: PERSONNEL
| MUD RECEIVED $   20106   | 24 HRS $   7340   | USED $   12900        |: CREWS:    FULL
|                                                                      |: CONTRACTOR    |   34
| NEXT TWO MAJOR OPERATIONS:  1)         2)                            |: TEXACO        |    1
| COMMENTS:                                                            |: CATERER       |    6
|                                                                      |: MUD ENGINEER  |    1
|                                                                      |: B. J. TITAN   |    1
|                                                                      |: BARIOD        |    2
|                                                                      |:               |
|                                                                      |:               |
|                                                                      |:               |
|                                                                      |:               |
|                                                                      |:               |
|                                                                      |:               |
|                                                                      |: --- TOTAL --- |   45
```

| BRIEFING: Ran 20" csg.
| Cmt csg w/ 1557 cu ft.
| Running BOP stack.

HSIEHTEX 00275

Exhibit 7
Page 205 of 219

```
MAXIMUM SECURITY   N                                              DATE  05/27/87
PROSPECT   BLUEJAY                  TEXACO INC.                    REPORT NO.  5
COMPUTER NO.  M0371              DRILLING REPORT                  ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | | LEASE: OCS-G-5527 | | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | | PHONE NO: 631-1460 | | FOREMAN: WOJAHN,CALAHAN,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS:  80 | | NEXT LOG – | | CASING | | |
| WATER DEPTH:   424 | | ATD – TVD: 11560 | | MD:  7065 | | SIZE | M. DEPTH | TVD |
| RKB –   MWL:   65 | | MD: 13431 | | TVD:  6600 | | 30" | 640 | 640 |
|     ML:   489 | | | | | | | |
|     MLH:   479 | ESTIMATED CASH $  3470000 | | LAST LOG – | | | | |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $       0 | | MD: | | | | |
|   – TIME: 13:00 | | MOH $   647000 | | TVD: | | | | |
| SPUD   – DATE: 05/26/87 | | | | | | | |
|   – TIME: 00:00 | | | | | | | |

| DEPTH TODAY: 1540 | | ACTUAL CASH $   173390 | | PERFS | | PACKERS | | |
|---|---|---|---|---|---|---|---|---|
| DEPTH  YEST:    0 | | YEST CASH $   140107 | | TOP | BOTTOM | TYPE | | DEPTH |
| HOURS DRLG:   13 | | OE REQUESTED $ | | | | | | |
| FOOTAGE DRLD: 1540 | | DATE:   /  / | | | | | | |
| FORMATION DESCRIPTION: | | | | | | | | |
| | | DAYS FROM SPUD:  1 | | TROUBLE TIME – | DAYS: | | | |
| LAST SEAT TEST:    (PPG) | | | | – | %: 0.0 | | | |
| LEAKOFF: | | DIFF FROM GOAL: | | – COST $: | | | | |
| NEXT  BOP TEST:   /  / | | | | – | %: 0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|---|
| 0.5 | | ATTEMPTED TO STAB INSIDE 30". FAILED | | M.DEPTH | INCLIN | BEARING | DLS |
| 3.0 | | POOH. RETIED SOFT LINE TO GUIDELINES, GIH AND STABBED INTO 30" | | | | | | |
| 4.0 | | DRILLED 0' TO 917'. SPUDDED WELL AT 0800 HRS. 05-26-87. | | | | | | |
| 1.5 | | TOTCO SURVEY AT 917' –) 1 DEGREE.  (5 ATTEMPTS) | | | | | | |
| 9.0 | | DRILLED 917' – 1540'. | | | | | | |
| 1.5 | | CIRCULATED GEL SWEEP AROUND, DISPLACED HOLE WITH 10.0 PPG MUD. | | | | | | |
| 0.5 | | DROP TOTCO SURVEY AT 1523' –) 1 DEGREE. | | | | | | |
| 1.5 | | POOH. L/D 26" STABILIZERS AND RLL TOOL. (DEVELOPED LOG O,K,) | | | | | | |
| 2.5 | | R/U BENTON CASING TOOLS. M/U 20" FLOAT SHOE, RAN 2 JOINTS | | | | | | |
| | | 20" 133# K-55 BOC CASING. R/U SOFT LINE TO GUIDE. | | | | | | |
| | | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: | | TVD: | | |
| | | | | INCL: | | BEARING: | | |
| | | | | N/S COORD: | | E/W COORD: | | |
| | | | | VERT SECT: | | DOG LEG: | | |
| | | | | SURVEY TOOL: | | | | |

**HSIEHTEX 00276**

Exhibit 7
Page 206 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/ ___/ ___50/7-59751___

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE ___05/27/87___
REPORT NO. ___5___
ESTIMATE NO. ___7-59751___

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:B RLL SDC X 2SDC X 4SDC CXO 10 HWDP

| 7.75 " DC'S | | 5 " HW | 795 FEET | 50 M LBS || AVAIL BIT WT: | M LBS || DRILL STRING DATA |
| BIT | | | JET SIZE | | | BIT WT.| ROT | CONDITION || CAPACITY - BBLS: 19 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS |(M LBS)| RPM | T | B | G || STRKS: 162 |
| 1 | 26|HESTER | | HTCI5092 | 12 16 16 | 1540 | 13 | 5/ 10|100/ | 1 1 | IN|| TORQUE - FT LBS: |
| | | | | | | | / | / | / | / || AMPS: 200 |
| | | | | | | | | | / || WEIGHT - TOTAL: 100 |
| SPR | / | / | / | / | 12 "PMP | 6.5 "LNR | 220 SPM | 2200 PSI | 1100 GPM || UP: 100 |
| AV | COLLARS: 44 | DRILL PIPE: 42 | RISER: | HOURS SINCE LAST CIRCULATION: || DOWN: 100 |
| PERCENT PRESSURE DROP ACROSS BIT: 200.09 |

| MUD TYPE: LSLT | WT: 10.0 | VIS: 60 | PV: 6 | YP: 30 | PV/YP: .2 | GELS: 5 / 20 |
| WL: 26.0 | HP/HT: AT DEG F | SOL: 6 % | SAND: 0 % | OIL: 0 % | pH: 10.0 |
| Pf: 0.2 | CHL: 8700 | CEC: 35 | Ca: 100 | MWP: 4.0 | Pm: | ExLo: | TEMP: 90 DEG F |
| RIG EQUIPMENT: O.K. | | DRILLING AIDS: O.K. |

| MUD MATERIALS USED | 650 WEIGHT | DISPERSNT | 190 GEL | LIG | 5 CAUS | MOREX | LIME |
| OTHER: | | PERSONNEL |
| MUD RECEIVED $ 15110 | 24 HRS $ 3940 | USED $ 5640 || CREWS: FULL |
| || CONTRACTOR | 36 |
| NEXT TWO MAJOR OPERATIONS: 1) CMTC 2) || TEXACO | 1 |
| COMMENTS: || CATERER | 6 |
| || MUD ENGINEER | 1 |
| || B. J. TITAN | 1 |
| || VETCO | 1 |
| || MANNESMAN | 1 |
| || BENTON | 3 |
| || BARIOD | 2 |
| || |
| || |
| || |
| || --- TOTAL --- | 52 |

BRIEFING: ✓

Running 20" csg.

RECOMMENDATIONS/GUIDELINES | CMTC | RCSG
These points should be | CHECK PLUG SIZE, CMT HEAD AND VOLUME CALC. |
considered in your future | RECIPROCATE PIPE IF POSSIBLE. |
operations. They MUST be | USE WEIGHTED CEMENT SPACER. |
discussed with the office | REPORT RETURNS AND CMT RHEOLOGIES IF REQ. |
prior to implementation. | IS A NASH STRING REQUIRED. |

**HSIEHTEX 00277**

Exhibit 7
Page 207 of 219



```
MAXIMUM SECURITY   N                                          DATE  05/26/87
PROSPECT  BLUEJAY                    TEXACO INC.               REPORT NO.   4
COMPUTER NO.   M0371              DRILLING REPORT              ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC | | | |
|---|---|---|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX | | | |
| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | | CASING | |
| WATER DEPTH: 424 | ATD – TVD: 11560 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 6600 | 30" | 640 | 640 |
| ML: 489 | | | | | |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG – | | | |
| ON LOC – DATE: 05/24/87 | CE BEFORE OE $     0 | MD: | | | |
| – TIME: 13:00 | MOH $  647000 | TVD: | | | |
| SPUD – DATE:  /  / | | | | | |
| – TIME:  :  | | | | | |

| DEPTH TODAY: | | ACTUAL CASH $  140107 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH  YEST: | | YEST CASH $   62672 | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | | DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: | | | | | | | |
| | | DAYS FROM SPUD: | | TROUBLE TIME – DAYS: | | | |
| LAST SEAT TEST: | (PPG) | | | | – | %: 0.0 | |
| LEAKOFF: | | DIFF FROM GOAL: | | | – COST $: | | |
| NEXT BOP TEST:  /  / | | | | | – | %: 0.0 | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 0.5 | | PRETENSIONED ANCHORS TO 250000 LBS. | | M.DEPTH | INCLIN | BEARING | DLS |
| 5.5 | | DEBALLAST RIG TO 50' DRAFT. BEGAN OFFLOADING WORKBOAT, ANCHOR | | | | | |
| | | BOAT RAN TIEBACK AND STANDBY BOUY. PUT G & A IN MOONPOOL. | | | | | |
| 5.5 | | P/U 30" CASING AND WELDED SAME. | | | | | |
| 4.0 | | P/U 30" RUNNING TOOL AND TIH TO MUDLINE. | | | | | |
| 2.5 | | JETTING 30" CASING TO 640' (151' BML) | | | | | |
| 0.5 | | BACKED RUNNING TOOL OUT OF 30" AND RELEASED G&A | | | | | |
| 2.0 | | POOH, L/D RUNNING TOOL. | | | | | |
| 1.0 | | P/U 20" RUNNING TOOL. MADE UP SAME AND L/D WHILE OFFLOADING | | | | | |
| | | WORKBOAT. | | | | | |
| 2.5 | | P/U 26" BIT AND BHA. | | | | | |
| | | ART : GIH W/ 26" JETTING ASSEMBLY | | LAST SURVEY TAKEN | | | |
| | | NOTE :  RKB-MWL  65' | | MD: | | TVD: | |
| | | WD 424' | | INCL: | | BEARING: | |
| | | RKB-ML  489' | | N/S COORD: | | E/W COORD: | |
| | | | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: | | | |

**HSIEHTEX 00278**

Exhibit 7
Page 208 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/   /   50/7-59751

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE __05/26/87__
REPORT NO. __4__
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-6-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:B RLL SDC X 2SDC X 4SDC CXO 10 HWDP

| 7.75 " DC'S | 5 " HW | 795 FEET | 50 M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: | 6 |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: | 51 |
| | 17.5 | HTC | | KEO61 | 15 16 16 | | | / | / | / | JETTED | TORQUE - FT LBS: | |
| 01 | 26 | HESTER | | HTC15092 | 16 16 16 | | | / | / | / | IN HOLE | AMPS: | |
| | | | | | | | | / | / | / | | WEIGHT - TOTAL: | 70 |
| SPR | / | / | / | / | "PHP | "LNR | SPM | PSI | GPN | UP: | 70 |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | DOWN: | 70 |

| MUD TYPE: LSLT | WT: 9.2 | VIS: 50 | PV: | YP: | PV/YP: | GELS: | / |
| WL: | HP/HT: | AT | DEG F | SOL: | % | SAND: | % | OIL: | % | pH: |
| Pf: | CHL: | CEC: | Ca: | MWP: | Pm: | ExLm: | TEMP: | DEG F |
| RIG EQUIPMENT: SWACO CHOKE PANEL | DRILLING AIDS: OK | | |
| MUD MATERIALS USED | 300 WEIGHT | DISPERSNT | 150 GEL | LIG | 5 CAUS | MOREX | LIME |
| | OTHER: | | | | | PERSONNEL |
| MUD RECEIVED $ | 15110 | 24 HRS $ | 1700 | USED $ | 1700 | CREWS: | FULL |
| | | | | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1) | 2) | | TEXACO | 1 |
| COMMENTS: | | CATERER | 6 |
| FINAL LOCATION : Y = -252,994.55    X = 1,045,252.27 | MUD ENGINEER | 1 |
| ( 50.08' N46.3W OF THE PROPOSED LOCATION ) | B. J. TITAN | 1 |
| BOW HEADING N 1 30' 15" E | VETCO | 1 |
| | BARIOD | 2 |
| | LEBLANC | 2 |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 40 |

| BRIEFING: | Jetted 30" to 151' BML. |
| | SIH w/ drlg assm. |

**HSIEHTEX 00279**

Exhibit 7
Page 209 of 219




```
MAXIMUM SECURITY    N                                              DATE  05/25/87
PROSPECT    BLUEJAY                    TEXACO  INC.                 REPORT NO.  3
COMPUTER NO.   M0371                   DRILLING REPORT             ESTIMATE NO. 7-59751
OSWC/    /   50/7-59751
```

```
FIELD: EUGENE ISLAND 394          LEASE: OCS-G-5527              WELL NO: 2 WC
RIG: DIAMOND M CENTURY            PHONE NO: 631-1460             FOREMAN: WOJAHN,CALAHAN,MIX
DIRECTIONAL: Y        ESTIMATED DAYS:  80        NEXT LOG -                CASING
WATER DEPTH:   424          ATD - TVD: 11560          MD:  7065           SIZE   M. DEPTH   TVD
RKB -  MWL:     65          MD: 13431            TVD:  6600
       ML:    409
       MLH:   479    ESTIMATED CASH $ 3478000    LAST LOG -
ON LOC - DATE: 05/24/87    CE BEFORE DE $    0        MD:
       - TIME: 13:00             MOH $   647000      TVD:
SPUD   - DATE:  / /
       - TIME:   :
```

```
DEPTH TODAY:              ACTUAL CASH $   62672            PERFS              PACKERS
DEPTH  YEST:              YEST CASH $    38016      TOP    BOTTOM    TYPE       DEPTH
HOURS DRLG:               OE REQUESTED $
FOOTAGE DRLD:                  DATE:   / /
FORMATION DESCRIPTION:
                              DAYS FROM SPUD:              TROUBLE TIME -   DAYS:
LAST SEAT TEST:        (PPG)                                    -     %:   0.0
        LEAKOFF:              DIFF FROM GOAL:                   - COST $:
NEXT  BOP TEST:   / /                                          -     %:   0.0
```

```
HOURS  TX              DESCRIPTION OF WORK                    DIRECTIONAL SURVEYS
 8.5     RIG UNDER TOW TO EUGENE ISLAND 394. ARRIVED IN BLOCK 394 AT   M.DEPTH   INCLIN   BEARING    DLS
         1300 HRS. (05-24-87)
 0.5     DROPPED #6 ANCHOR WHILE TOWING TOWARD LOCATION.
 3.0     REPAIRED ANCHOR BOAT WINCH WHILE HOLDING RIG IN PLACE WITH
         THRUSTERS.
 1.5     RAN #2 ANCHOR, BROKE PENNANT LINE - FAILED TO CHASE OVER.
 7.0     PULLED #2 ANCHOR & BOLSTERED SAME. RAN ANCHORS #1,3,7,2,4,5,8
 3.5     PRETENSIONED ANCHORS TO 250,000 LBS. (#4 ANCHOR APPEARS TO BE
         SLIPPING)
             ART : DEBALLASTING RIG TO 50' DRAFT
         FINISHED RUNNING ANCHORS AT 0100 HRS. (05-25-87)
             NOTE : STUMP TESTED BOP STACK 250/10000 PSI                LAST SURVEY TAKEN
                       ANNULAR   250/3500  PSI                MD:            TVD:
                                                              INCL:        BEARING:
                                                           N/S COORD:     E/W COORD:
                                                           VERT SECT:      DOG LEG:
                                                           SURVEY TOOL:
```

**HSIEHTEX 00280**

Exhibit 7
Page 210 of 219

MAXIMUM SECURITY   N
PROSPECT   BLUEJAY
COMPUTER NO.   M8371
OSWC/   / 50/7-59751

**TEXACO INC.**
**DRILLING REPORT**
(PAGE 2 OF 2)

DATE   05/25/87
REPORT NO.   3
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:

| | " DC'S | " HW | FEET | M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|
| BIT | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | STRKS: |
| | | | | | | | | / | | | | | TORQUE - FT LBS: |
| | | | | | | | | / | | | | | AMPS: |
| | | | | | | | | / | / | | | | WEIGHT - TOTAL: |
| SPR | / | / | / | *PMP | *LNR | SPM | PSI | GPN | UP: |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | | DOWN: |

| MUD TYPE: | WT: | VIS: | PV: | YP: | PV/YP: | GELS: / |
| WL: | HP/HT: | AT | DEG F | SOL: | % | SAND: | % | OIL: | % | pH: |
| Pf: | CHL: | CEC: | Ca: | NWP: | Pm: | ExLm: | TEMP: | DEG F |
| RIG EQUIPMENT: | | | DRILLING AIDS: |
| MUD MATERIALS USED | WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | | PERSONNEL |
| MUD RECEIVED $ | 24 HRS $ | USED $ | | CREWS:   FULL |

| | |
|---|---|
| | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS: 1)    2) | TEXACO | 1 |
| COMMENTS: | CATERER | 6 |
| WORKBOAT – NICOR REPUBLIC | MUD ENGINEER | |
| STANDBY BOAT – JOSEPH G. | B. J. HUGHES | 1 |
| SPEEDBOAT – MR. DINO | LEBLANC | 2 |
| | DATA COM | 1 |
| | JOHN CHANCE | 1 |
| | |
| | |
| | |
| | --- TOTAL --- | 46 |

BRIEFING: *Arrived on loc. 1300 hrs 24 May 87.*
*Ran anchors*

**HSIEHTEX 00281**

Exhibit 7
Page 211 of 219

 

MAXIMUM SECURITY ___ N ___
PROSPECT __ BLUEJAY __
COMPUTER NO. __ M0371 __
OSWC/ / 50/7-59751

**TEXACO INC.**
**DRILLING REPORT**

DATE __ 05/24/87 __
REPORT NO. __ 2 __
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | CASING | | |
|---|---|---|---|---|---|
| WATER DEPTH: 424 | ATD – TVD: 11568 | MD: 7065 | SIZE | M. DEPTH | TVD |
| RKB – MWL: 65 | MD: 13431 | TVD: 6600 | | | |
| ML: 489 | | | | | |
| MLH: 479 | ESTIMATED CASH $ 3478000 | LAST LOG – | | | |
| ON LOC – DATE: / / | CE BEFORE OE $ 0 | MD: | | | |
| – TIME: : | MOH $ 647000 | TVD: | | | |
| SPUD – DATE: / / | | | | | |
| – TIME: : | | | | | |

| DEPTH TODAY: | ACTUAL CASH $ 38016 | PERFS | PACKERS | |
|---|---|---|---|---|
| DEPTH YEST: | YEST CASH $ 15026 | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | OE REQUESTED $ | | | |
| FOOTAGE DRLD: | DATE: / / | | | |
| FORMATION DESCRIPTION: | | | | |
| | DAYS FROM SPUD: | TROUBLE TIME – DAYS: | | |
| LAST SEAT TEST: (PPG) | | – %: 0.0 | | |
| LEAKOFF: | DIFF FROM GOAL: | – COST $: | | |
| NEXT BOP TEST: / / | | – %: 0.0 | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 24 | | RIG UNDER TOW TO EUGENE ISLAND 394 | | M.DEPTH | INCLIN | BEARING | DLS |
| | | PRESENT LOCATION : SHIP SHOAL 314 | | | | | |
| | | PRESENT SPEED : 6 KNOTS | | | | | |
| | | ETA – 1200 HRS. 05-24-87 | | | | | |
| | | TOW VESSEL AND ANCHOR BOAT – NICOR LADY I (6100 HP) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: | | TVD: | |
| | | | | INCL: | | BEARING: | |
| | | | | N/S COORD: | | E/W COORD: | |
| | | | | VERT SECT: | | DOG LEG: | |
| | | | | SURVEY TOOL: | | | |

HSIEHTEX 00282

Exhibit 7
Page 212 of 219

MAXIMUM SECURITY ___N___
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/  /  __50/7-59751__

### TEXACO INC.
### DRILLING REPORT
(PAGE 2 OF 2)

DATE __05/24/87__
REPORT NO. __2__
ESTIMATE NO. __7-59751__

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 WC |
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:

| | # DC'S | # HW | FEET | M LBS | AVAIL BIT WT: | M LBS | DRILL STRING DATA |
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | TORQUE - FT LBS: |
| | | | | | | | | / | / | / | | | AMPS: |
| | | | | | | | | / | / | / | | | WEIGHT - TOTAL: |
| SPR | / | / | / | / | #PMP | #LNR | SPM | PSI | GPM | UP: |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | DOWN: |

| MUD TYPE: | WT: | VIS: | PV: | YP: | PV/YP: | GELS: / |
| WL: | HP/HT: | AT | DEG F | SOL: | % | SAND: | % | OIL: | % | pH: |
| Pf: | CHL: | CEC: | Ca: | MWP: | Pm: | ExLo: | TEMP: | DEG F |
| RIG EQUIPMENT: | DRILLING AIDS: |
| MUD MATERIALS USED | WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
| | OTHER: | | | | | PERSONNEL |
| MUD RECEIVED $ | 24 HRS $ | USED $ | CREWS: FULL |

| | | |
|---|---|---|
| NEXT TWO MAJOR OPERATIONS:  1)        2) | CONTRACTOR | 34 |
| | TEXACO | 1 |
| COMMENTS: | CATERER | 6 |
| | MUD ENGINEER | |
| | B. J. HUGHES | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | --- TOTAL --- | 42 |

BRIEFING: *Rig under tow.*

**HSIEHTEX 00283**

Exhibit 7
Page 213 of 219



```
MAXIMUM SECURITY    N                                                    DATE  05/23/87
PROSPECT   BLUEJAY                    TEXACO INC.                         REPORT NO.  1
COMPUTER NO.  M0371               DRILLING REPORT                        ESTIMATE NO. 7-59751
OSWC/   /  50/7-59751
```

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,NIX |

| DIRECTIONAL: Y | ESTIMATED DAYS: 80 | NEXT LOG – | | CASING | | |
|---|---|---|---|---|---|---|
| WATER DEPTH:   424 | ATD – TVD: 11560 | MD:  7065 | | SIZE | M. DEPTH | TVD |
| RKB –  MWL:   65 | MD: 13431 | TVD: 6600 | | | | |
| ML:  409 | | | | | | |
| MLH:  479 | ESTIMATED CASH $  3470000 | LAST LOG – | | | | |
| ON LOC – DATE:  /  / | CE BEFORE OE $    0 | MD: | | | | |
| – TIME:  : | MOH $   647000 | TVD: | | | | |
| SPUD  – DATE:  /  / | | | | | | |
| – TIME:  : | | | | | | |

| DEPTH TODAY: | | ACTUAL CASH $   15026 | | PERFS | | PACKERS | |
|---|---|---|---|---|---|---|---|
| DEPTH  YEST: | | YEST CASH $ | | TOP | BOTTOM | TYPE | DEPTH |
| HOURS DRLG: | | OE REQUESTED $ | | | | | |
| FOOTAGE DRLD: | | DATE:  /  / | | | | | |
| FORMATION DESCRIPTION: | | | | | | | |
| | | DAYS FROM SPUD: | | TROUBLE TIME – DAYS: | | | |
| LAST SEAT TEST:  (PPG) | | | | – %:  0.0 | | | |
| LEAKOFF: | | DIFF FROM GOAL: | | – COST $: | | | |
| NEXT  BOP TEST:  /  / | | | | – %:  0.0 | | | |

| HOURS | TX | DESCRIPTION OF WORK | | DIRECTIONAL SURVEYS | | | |
|---|---|---|---|---|---|---|---|
| 13 | | RIG UNDER TOW FROM MOBILE SHIPYARD AT 1530 HRS, 5-22-87 | | M.DEPTH | INCLIN | BEARING | DLS |
| | | ENROUTE TO EUGENE ISLAND 394 | | | | | |
| | | TOW VESSEL AND ANCHOR BOAT – NICOR LADY I (6100 HP) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | LAST SURVEY TAKEN | | | |
| | | | | MD: | TVD: | | |
| | | | | INCL: | BEARING: | | |
| | | | | N/S COORD: | E/W COORD: | | |
| | | | | VERT SECT: | DOG LEG: | | |
| | | | | SURVEY TOOL: | | | |

**HSIEHTEX 00284**

Exhibit 7
Page 214 of 219

MAXIMUM SECURITY     N
PROSPECT ___BLUEJAY___
COMPUTER NO. ___M0371___
OSWC/   /   50/7-59751

### TEXACO INC.
### DRILLING REPORT
(PAGE 2 OF 2)

DATE ___05/23/87___
REPORT NO. ___1___
ESTIMATE NO. 7-59751

| FIELD: EUGENE ISLAND 394 | LEASE: OCS-G-5527 | WELL NO: 2 |
|---|---|---|
| RIG: DIAMOND M CENTURY | PHONE NO: 631-1460 | FOREMAN: WOJAHN,CALAHAN,MIX |

BHA:

| | " DC'S | | " HW | FEET | M LBS | AVAIL BIT WT: | | M LBS | DRILL STRING DATA |
|---|---|---|---|---|---|---|---|---|---|
| BIT | | | | JET SIZE | | BIT WT. | ROT | CONDITION | CAPACITY - BBLS: |
| NO. | SIZE | MFG. | TYPE | SERIAL NO. | 32NDS | FTG. | HRS | (M LBS) | RPM | T | B | G | | |
| | | | | | | | | / | / | / | | | | TORQUE - FT LBS: |
| | | | | | | | | / | / | / | | | | AMPS: |
| | | | | | | | | / | / | / | | | | WEIGHT - TOTAL: |
| SPR | / | / | / | / | *PMP | *LNR | SPM | PSI | GPM | | UP: |
| AV | COLLARS: | DRILL PIPE: | RISER: | HOURS SINCE LAST CIRCULATION: | | DOWN: |

| MUD TYPE: | WT: | VIS: | PV: | YP: | PV/YP: | GELS: / |
|---|---|---|---|---|---|---|
| WL: | HP/HT: | AT | DEG F | SOL: | % | SAND: | % | OIL: | % | pH: |
| Pf: | CHL: | CEC: | Ca: | MWP: | Pm: | ExLa: | TEMP: | DEG F |

RIG EQUIPMENT:

| MUD MATERIALS USED | WEIGHT | DISPERSNT | GEL | LIG | CAUS | MOREX | LIME |
|---|---|---|---|---|---|---|---|
| | OTHER: | | DRILLING AIDS: | | | PERSONNEL | |

| MUD RECEIVED $ | 24 HRS $ | USED $ | CREWS: FULL | |
|---|---|---|---|---|
| | | | CONTRACTOR | 34 |
| NEXT TWO MAJOR OPERATIONS:  1) | 2) | | TEXACO | |
| COMMENTS: | | | CATERER | 6 |
| | | | MUD ENGINEER | |
| | | | B. J. HUGHES | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | --- TOTAL --- | 41 |

BRIEFING:

HSIEHTEX 00285

Exhibit 7
Page 215 of 219

Union Expl.

FORM PO-314 SHEET 1 (7/70) EDM

# TEXACO INC.—LOG OF WELL
### New Orleans Operations DIVISION

640 ACRES

INDICATE EXACT WELL LOCATION &
LEASE BOUNDARY WITHIN SECTION

API# 17-710-41163
EST # 75-9751

WELL Eugene Island 394  OCS-G-5527 #2 ___ L.D. FILE NO. 281885

LOC. 6350' FSL, 4526' FEL of Eugene Island Block 394. ___ RGE ___

DIST. Morgan City ___ CO.-PARISH off (Iberia) ___ STATE Louisiana

COMM. DRLG. 5-26-87 ___ COMP. DRLG. 6-29-87 ___ DAYS DRLG. 34

ROT. FROM Surface ___ TO T.D. ___ CABLE FROM — ___ TO —

CONTR. OR CO. RIG NO. Diamond M Century ___ T.D. DRILLED 13323'

WD- 424'
PB EMK. T.D. 539' ___ ZERO ELEV 1' above Rotary ___ Same as RKB-MWL: 489' ___ CSG FLG. ELEV. RKR-MWL: 65'

DATE OF FIRST PROD. N/A ___ OFFICIAL COMP. DATE N/A

LOGS RUN DISF/LSS/GR (3490-13310'), LDT/CNL/GR (7364-13300'), Shot SWC.

## CASING RECORD

| SIZE INCHES | DEPTH FEET | WEIGHT #/FT. | GRADE | RANGE | REMARKS—QUAN. CMT. TEMP. SURV. ETC. |
|---|---|---|---|---|---|
| 30 | 640 | 310 | B | – | Jetted 151' below ML. |
| 20 | 1496 | 133 | J-55 & N80 | 3 | Cmtd. w/ 1085 sks. |
| 13 3/8" | 3490 | 68 & 61 | N80 & J55 | – | Cmtd. w/.1625 sks. |
| 9 5/8" | 7364 | 53.5 | P-110 | 3 | Cmtd. w/ 1700 sks. |

WELL FILE COPY

## COMPLETION DATA

| FORMATION | | | |
|---|---|---|---|
| DATE OF TEST | N/A | | |
| DEPTH OF PROD. INTERVAL | | | |
| INITIAL PRODUCTION: OIL - BPD | | | |
| GAS - MCF | | | |
| WATER - BPD | | | |
| GOR | | | |
| BHP - PSI | | | |
| CORRECTED API GRAVITY | | | |
| PRODUCING CONDITIONS | Dry Hole | | |
| ARTIFICIAL STIMULATION | | | |

## REMARKS

Prepared By: R. P. Carrere

WELL OCS-G-5527 #2 ___ FIELD Eugene Island 394 ___ AREA Eugene Island Blk. 394

UNOCAL'S FILE COPY

TOTAL NUMBER OF SHEETS 4

(1)

**HSIEHTEX 00286**

Exhibit 7
Page 216 of 219

FORM PO-214 SHEET 5 (10-72) 5M

## GEOLOGICAL DATA AND DRILLING AND COMPLETION PROCEDURE

| FORMATION OR DATE | TOP-DEPTH INTERVAL | REMARKS OR DESCRIPTION AND RESULTS OF WORK | | | | |
|---|---|---|---|---|---|---|
| | | <u>MUD PROGRAM</u> | | | | |
| MD | MUD WT. | PV | YP | WL | | REMARKS |
| 0 | 10.0 | 6 | 30 | 26.0 | | SPUDDED 5-26-87. |
| 1540 | 9.5 | 4 | 24 | 36.0 | | RAN 20" CSG. @ 1496'. |
| 3539 | 10.0 | 6 | 30 | 39.0 | | RAN 13 3/8" CSG. @ 3490'. |
| 5688 | 12.0 | 20 | 8 | 14.4 | | DRILLING |
| 6177 | 12.5 | 23 | 10 | 11.8 | | DRILLING |
| 7403 | 13.0 | 25 | 10 | 8.6 | | CIRC. OUT GAS CUT MUD AND GUMBO OUT |
| 7403 | 13.0 | 24 | 14 | 8.2 | | RAN 9 5/8" CSG. TO 7364'. |
| 8012 | 13.8 | 28 | 12 | 6.8 | | WELL FLOWED. SHUT IN DP=0 . CF=110#. INCREASED WT. TO 14.5 PPG. |
| 8539 | 15.0 | 35 | 14 | 5.2 | | DRILLING. |
| 8884 | 15.4 | 37 | 11 | 5.0 | | DRILLING. |
| 12140 | 15.6 | 37 | 13 | 3.2 | | DRILLING. |
| 13323 | 15.6 | 43 | 13 | 1.4 | | T.D. |

5-24-87      DIAMOND M CENTURY RIG ON LOCATION

5-26-87      JETTED 30" TO 151' BML. SET @ 640'. SPUDDED WELL.

5-28-87      RAN 20" CSG.

CASING PROGRAM

| | | |
|---|---|---|
| 26 | JTS. 20" 133# K-55 BOC S R-3 | 981.45 |
| 1 | X/O PUP JT. | 9.55 |
| 1 | 18 3/4" SUBSEA HANGER | 23.42 |
| 1 | DAVIS (501 DOWNJET) FLOAT SHOE | 2.58 |
| | PKB-TOP OF 30" | 479.00 |
| | 20" SET @ | 1496.00 |

CMTD. 20" CSG. W/ 535 SKS. TLW & 550 SKS. CLASS H. (1557 CUFT.)

5-31-87      DRILLED TO 3539'. RAN 13 3/8" CSG. TO 3490'.

CASING PROGRAM

| | | |
|---|---|---|
| 31 | JTS. 13 3/8" 68# N-80 8RD L | 1226.41 |
| 40 | JTS. 13 3/8" 61# J-55 BUTT. L | 1705.42 |

WELL   OCS-G-5527 #2      FIELD   Eugene Island 394      AREA   Eugene Island Blk. 394

2

HSIEHTEX 00287

Exhibit 7
Page 217 of 219

FORM PO-814 SHEET 5 (10 72) 'SM

## GEOLOGICAL DATA AND DRILLING AND COMPLETION PROCEDURE

| FORMATION OR DATE | TOP-DEPTH INTERVAL | REMARKS OR DESCRIPTION AND RESULTS OF WORK |
|---|---|---|
| | 1 | DAVIS DOWNJET SHOE                                        1.90 |
| | 1 | DAVIS DOWNJET COLLAR                                      1.46 |
| | 1 | X/O JOINT                                               43.79 |
| | 1 | PUP JOINT                                               19.01 |
| | 1 | HANGER JOINT                                             8.10 |
| | |     PLUS HANGER                      483.91 |
| | |     13 3/8" CSG. SET @              3490.00 |
| | | CMTD. 13 3/8" W/ 775 SKS. TLW & 850 SKS. CLASS H. (2323 CUFT.)  TESTED CSG. SEAT TO 940 PSI W/ 10.0 MUD (15.2 EMW). |
| 6-9-87 | | LOGGED WELL W/ DISF/LSS/GR (3490-7403').  SHOT SWC. RAN 9 5/8" CSG. TO 7364'. |
| | | <u>CASING PROGRAM</u> |
| | 175 | JTS. 9 5/8" 53.5# P-110 8RD LTC R-3                    6868.85 |
| | 1 | HOWCO DOWNJET SHOE                                        1.90 |
| | 1 | 1 HOWCO SUPERSEAL COLLAR                                  1.80 |
| | 1 | VETCO SG-5 (18 5/8 X 9 5/8) HANGER                       10.40 |
| | |                                     6882.65 |
| | |     PLUS ELEVATION                   481.35 |
| | |                                     7364.00 |
| | | CMTD. 9 5/8" CSG. W/ 1000 SKS. TLW & 700 SKS. CLASS H. (2153 CUFT.)  TESTED CSG. SEAT TO 1320 PSI W/ 13.0 PPG MUD (16.7 PPG EMW). |
| 6-13-87 | | BIT BALLED @ 8012' WHILE DRILLING. WELL FLOWING. SHUT ANNULAR.  DP=80 PSI. CP=160 PSI.  INCREASED WT. FROM 13.8 PPG. TO 15.0 PPG.  RESUMED DRILLING. |
| 7-2-87 | | LOGGED WELL @ 13323'.  DISF/LSS/GR (7364'-13310'). LDT/CNL/GR (7364'-13300').  SHOT SWC. |
| 7-4-87 | | SPOT OPEN ENDED BALANCE CMT. PLUG @ 11500'-12370' W/ 400 SKS. CLASS H. |
| 7-5-87 | | SET RETAINER @ 7289'.  PUMPED 300 SKS. CLASS H CMT. BELOW RET.  SPOT 20 SKS. CLASS H. CMT. ON TOP OF RET. TEST PLUG W/ 1000 PSI. OK. CUT 9 5/8" @ 689'.  PULLED 9 5/8" HANGER AND CSG. |
| 7-6-87 | | CUT 13 3/8" CSG. @ 639' AND RETRIEVED SAME. SPOT OPEN ENDED CMT. PLUG @ 539-839'. CUT 20" @ 514' AND RETRIEVED SAME. |

WELL OCS-G-5527  #2            FIELD Eugene Island 394    AREA Eugene Island Blk. 394

3

**HSIEHTEX 00288**

Exhibit 7
Page 218 of 219

FORM PO-214 SHEET 8 (10 72) 9M

## GEOLOGICAL DATA AND DRILLING AND COMPLETION PROCEDURE

| FORMATION OR DATE | TOP-DEPTH INTERVAL | REMARKS OR DESCRIPTION AND RESULTS OF WORK |
|---|---|---|
| 7-7-87 | | RAN SIDESCAN SONAR.<br>RELEASED CENTURY RIG @ 0600 HRS.<br><br>CLASSIFIED:  DRY HOLE<br>ASP |

WELL__OCS-G-5527 #2_____    FIELD _Eugene Island 394____    AREA _Eugene Island Blk. 394_

4

**HSIEHTEX 00289**

Exhibit 7
Page 219 of 219

1                UNITED STATES DISTRICT COURT

2                MIDDLE DISTRICT OF LOUISIANA

3

4    DAVID HSIEH,

5                      Plaintiff,

     -vs-                          NO.

6                                  3:19-CV-00408-BAJ-JW

     APACHE DEEPWATER, LLC, et al.,

7                      Defendants.

8    _____/

9

10    19th JUDICIAL DISTRICT COURT PARISH OF EAST BATON ROUGE

11                    STATE OF LOUISIANA

12

     DAVID HSIEH,

13                    Plaintiff,

     -vs-                          NO. 670885

14   APACHE DEEPWATER, LLC, et al.,     DIVISION 25

                      Defendants.

15   _____/

16

17

18     VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID HSIEH

19              Volume III, Pages 438 - 735

20

21

22

23       Taken before NICOLETTE SMITH, CSR, RPR

24                 CSR No. 11275

25                 July 30, 2020

Exhibit 8
Page 1 of 347

439

1                    I N D E X

2

3                                            PAGE

4    EXAMINATION BY MR. COSCULLUELA          447, 714

5    EXAMINATION BY MR. FOUNDAS              546

6    EXAMINATION BY MR. BRIDGER              588, 724

7    EXAMINATION BY MR. WILLIAMS             607

8    EXAMINATION BY MR. SCHUETTE             620

9    EXAMINATION BY MR. JALENAK              628

10   EXAMINATION BY MR. MCGLONE              652

11   EXAMINATION BY MR. LINDSEY              663

12   EXAMINATION BY MR. EMMETT               665

13   EXAMINATION BY MR. GREEN                670

14   EXAMINATION BY MS. NAPOLITANO           673

15   EXAMINATION BY MR. HUNT                 680

16   EXAMINATION BY MR. MOIR                 685

17   EXAMINATION BY MS. CHESTER-SCHINDLER    727

18

19

20                  E X H I B I T S

21   DEFENDANTS'

                                             PAGE
22

     Exhibit 33     Photograph of jackup legs and    504
23                  then the derrick, also
                    Schlumberger unit
24

     Exhibit 34     Helicopter photographic image    515
25                  of the Transworld 69

Exhibit 8
Page 2 of 347

440

1                              Exhibits continued
2
3     Exhibit 35          Sketch of a Schlumberger unit          522
4     Exhibit 36          Image of a Schlumberger unit           525
                          that's skeletonized to see
5                         inside the cabin
6     Exhibit 37          Facsimile of the interior of a         527
                          Schlumberger logging unit
7
      Exhibit 38          Photograph of an offshore              529
8                         facility, possibly a
                          Schlumberger logging unit
9
      Exhibit 39          Photograph of engineer sitting         532
10                        in front of the logging unit
                          control panels
11
      Exhibit 40          Facsimiles of the wireline             536
12                        tools
13    Exhibit 41          Photograph of Schlumberger             537
                          wireline crew operators
14                        deploying a tool or retrieving
                          a tool
15
      Exhibit 42          Article entitled "Upcoming             541
16                        epidemic of asbestos-related
                          malignant pleural mesothelioma
17                        in Taiwan: A prediction of
                          incidence in the next 30
18                        years"
19    Exhibit 43          Photograph of Penrod 91 jackup         543
                          rig
20
      Exhibit 44          Photograph of two Schlumberger         686
21                        operators
22    Exhibit 45          Schlumberger engineer,                 692
                          plaintiff, accompanied by an
23                        operator
24    Exhibit 46          Photograph of Schlumberger             696
                          unit being deposited on a rig
25

Exhibit 8
Page 3 of 347

441

1                     Exhibits continued

2

3      Exhibit 47      Photograph of plaintiff in          701
                       Schlumberger unit in the '80s
4

       Exhibit 48      Photograph of plaintiff with        705
5                      an operator working on the
                       pipes, drawworks in the
6                      background

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 4 of 347

442

1      VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF DAVID HSIEH

2

3           BE IT REMEMBERED, that pursuant to Notice and on

4    this 30th day of July, 2020, commencing at the hour of

5    9:45 a.m. via videoconference, before me, NICOLETTE

6    SMITH, RPR, CSR No. 11275, a Certified Shorthand

7    Reporter, licensed by the State of California, appeared

8    DAVID HSIEH, produced as a witness in said action, and

9    being by me first duly sworn pursuant to stipulation, was

10   thereupon examined as a witness in said cause.

11

12   (All parties appeared via Zoom)

13                       ---oOo---

14   APPEARANCES:

15   Appearing on behalf of the Plaintiff (Superior Court and
     Federal Court):

16

                         SUSANNAH B. CHESTER-SCHINDLER, ESQ.

17                       Waters Kraus & Paul

                         3141 Hood Street, Suite 700

18                       Dallas, TX 75219

                         (214) 357-6244

19                       schester@waterskraus.com

20

     Appearing on behalf of the Defendant Chevron Phillips

21   Chemical Company LP (Federal Court):

22                       ALEX COSCULLUELA, ESQ.

                         Adams and Reese LLP

23                       1221 McKinney Street, Suite 4400

                         Houston, TX 77010

24                       (713) 352-5151

                         aec@arlaw.com

25

Exhibit 8
Page 5 of 347

443

1    Appearing on behalf of the Defendant ConocoPhillips
     Company (Federal Court):
2
                        TYSON SHOFSTAHL, ESQ.
3                       Adams and Reese LLP
                        701 Poydras Street, Suite 4500
4                       New Orleans, LA 70139
                        (504) 581-3234
5                       tyson.shofstahl@arlaw.com
6
     Appearing on behalf of the Defendant Murphy Exploration &
7    Production Company - USA (Federal Court):
8                       ROBERT S. EMMETT, ESQ.
                        Baker, Donelson, Bearman, Caldwell &
9                         Berkowitz, PC
                        201 St. Charles Avenue, Suite 3600
10                      New Orleans, LA 70170
                        (504) 566-5261
11                      remmett@bakerdonelson.com
12
     Appearing on behalf of the Defendants Exxon Mobil
13   Corporation; ExxonMobil Oil Corporation (Federal Court):
14                      PATRICK HUNT, ESQ.
                        JOHN ALLAIN VIATOR, ESQ. (Via phone)
15                      Bienvenu, Bonnecaze, Foco, Viator &
                          Holinga, APLLC
16                      4210 Bluebonnet Boulevard
                        Baton Rouge, LA 70809
17                      (225) 388-5600
                        john.viator@bblawla.com
18
19                      PATRICK R. FOLLETTE, ESQ.
                        Chehardy|Sherman|Williams
20                      One Galleria Boulevard, Suite 1100
                        Metairie, LA 70001
21                      (504) 833-5600
                        patrick@thetrialteam.com
22
23
24
25

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 6 of 347

444

1    Appearing on behalf of the Defendant Schlumberger
     (Superior Court):

2
                          PETER MOIR, ESQ.
3                         Forman Watkins & Krutz LLP
                          201 St. Charles Avenue, Suite 2100
4                         New Orleans, LA 70170
                          (601) 690-8600
5                         peter.moir@formanwatkins.com
6
     Appearing on behalf of the Defendant Apache Deepwater,
7    LLC (Federal Court):

8                         WILLIAM L. SCHUETTE, ESQ.
                          Jones Walker LLP
9                         445 North Boulevard, Suite 800
                          Baton Rouge, LA 7802
10                        (225) 248-2056
                          wschuette@joneswalker.com
11
12   Appearing on behalf of the Defendant Badger Oil
     Corporation (Federal Court):

13
                          BRIAN LINDSEY, ESQ.
14                        Kean Miller LLP
                          2020 West Pinhook Road, Suite 303
15                        Lafayette, LA 70508
                          (337) 235-2232
16                        brian.lindsey@keanmiller.com
17
     Appearing on behalf of the Defendant ENSCO (Federal
18   Court:

19                        MICHAEL MCGLONE, ESQ.
                          Kean Miller LLP
20                        99 Poydras Street, Suite 3600
                          New Orleans, LA 70112
21                        (504) 585-3059
                          mike.mcglone@keanmiller.com
22
23
24
25

Exhibit 8
Page 7 of 347

445

1    Appearing on behalf of the Defendants Shell Oil Company;
     NuStar Pipeline (Federal Court):
2
                          JAY JALENAK, ESQ.
3                         Kean Miller LLP
                          400 Convention Street, Suite 700
4                         Baton Rouge, LA 70802-5628
                          (225) 382-3438
5                         jay.jalenak@keanmiller.com
6
     Appearing on behalf of the Defendants BP Corporation
7    North America Inc.; BP Products North America Inc.; BP
     America Inc. (Federal Court):
8
                          SHELLEY NAPOLITANO, ESQ.
9                         Maron Marvel Bradley Anderson &
                            Tardy LLC
10                        P.O. Box 22803
                          Jackson, MS 39225-2803
11                        (601) 969-4272
                          rcrump@maronmarvel.com
12
13   Appearing on behalf of the Defendant Cypress Energy
     Corporation (Federal Court):
14
                          RODGER "RORY" G. GREEN, JR., ESQ.
15                        Ottinger|Hebert
                          1313 West Pinhook Road
16                        Lafayette, LA 70503
                          (337) 232-2606
17                        rggreen@ohllc.com
18
     Appearing on behalf of the Defendant Sunbelt Energy, Ltd.
19   (Federal Court):
20                        RODGER "RORY" G. GREEN, JR., ESQ.
                          Ottinger|Hebert
21                        1313 West Pinhook Road
                          Lafayette, LA 70503
22                        (337) 232-2606
                          rggreen@ohllc.com
23
24
25

Exhibit 8
Page 8 of 347

446

1   Appearing on behalf of the Defendants Union Carbide
    Corporation; Montello (Federal Court):

2
                        ERNEST G. FOUNDAS, ESQ.
3                       Pugh Accardo Attorneys at Law
                        1100 Poydras Street, Suite 3200
4                       New Orleans, LA 70163
                        (504) 799-4500
5                       efoundas@pugh-law.com
6
    Appearing on behalf of the Defendant Chevron U.S.A., Inc.
7   (Federal Court):
8                       JOHN W. BRIDGER, ESQ.
                        Strong Pipkin Bissell & Ledyard, L.L.P.
9                       Two River Way, Suite 1020
                        Houston, TX 77056
10                      (713) 210-4380
                        jbridger@strongpipkin.com
11
12  Appearing on behalf of the Defendants Baker Hughes
    Oilfield Operations, LLC; Baker Hughes, a GE Company, LLC
13  (Federal Court ):
14                      ROBERT E. WILLIAMS, IV, ESQ.
                        Sulzer & Williams, L.L.C.
15                      201 Holiday Boulevard, Suite 335
                        Covington, LA 70433
16                      (985) 898-0608
                        rwilliams@sulzerandwilliams.com
17
18  ALSO PRESENT:   Dustin Brown, Videographer
                    Angela Callier, Adams and Reese LLP
19
20
21
22
23
24
25

Exhibit 8
Page 9 of 347

447

1      THE VIDEOGRAPHER:  Good morning.  We are

2   on the record at 9:45 a.m. on July 30th, 2020.

3   This is Volume III of the video-recorded deposition

4   of David Hsieh.

5      My name is Dustin Brown, here with our          09:45

6   court reporter, Nicolette Smith.

7      This deposition is being recorded using

8   Zoom technology, and all participants are attending

9   remotely.  The caption of this case is David Hsieh

10  vs. Apache Deepwaters LLC, et al.                    09:45

11     Please note that audio and video recording

12  will take place unless all parties agree to go off

13  the record.  It's been agreed that appearances will

14  be emailed in, and we can commence the deposition.

15               DAVID HSIEH,                            09:45

16        previously sworn as a witness,

17          testified as follows:

18  EXAMINATION BY MR. COSCULLUELA:

19     Q.  Mr. Hsieh, good morning.  My name is Alex

20  Cosculluela.  I'm a lawyer in Houston, Texas, and I   09:45

21  represent Chevron Phillips Chemical Company.  Do

22  you understand that you and I are on different

23  sides of the lawsuit?

24     A.  Yes, I do.

25     Q.  Okay.  I -- the court reporter asked if we    09:46

Exhibit 8
Page 10 of 347

448

1    wanted to have you sworn in again.  My belief is

2    that you understand the oath you've taken?

3         A.  Yes, I do.

4         Q.  Okay.  And there's no need to reswear you.

5         A.  I don't think so.                          09:46

6         Q.  Okay.  Sir, with respect to your life in

7    China, in the Philippines, and later in the U.S.,

8    your lawyer asked you questions to the effect

9    whether to your knowledge you were exposed to

10   asbestos during your childhood and adolescence      09:46

11   while residing with your parents, then during your

12   education and early jobs, and finally, during your

13   sales and management jobs for Schlumberger and

14   later Baker Hughes.  Do you know what is meant by

15   the predicate "to your knowledge"?                  09:46

16        A.  My understanding -- I think I do.

17   Obviously, if I've -- you know, if I've ever been

18   in a type of environment where asbestos is

19   frequently used or in environments where asbestos

20   was found.                                          09:47

21        Q.  Let's see if we can come at it like this.

22   My question is really even more fundamental than

23   that.  Do you know -- do you understand that your

24   personal knowledge is based on your personal

25   observation of events as they occur in real time?   09:47

Exhibit 8
Page 11 of 347

449

1      A.   Yes.  It's based on -- correct.  Yes.

2      Q.   What you see and what you hear.  Is that

3 fair?

4           MS. CHESTER-SCHINDLER:  Objection.  Form.

5           THE WITNESS:  I suppose.  I don't know        09:47

6 what you're leading to.

7 BY MR. COSCULLUELA:

8      Q.   Okay.  Tell me where -- tell me where you

9 and I are disconnecting.  I'm -- all I'm trying to

10 do is make sure that you understand what personal     09:47

11 knowledge is.

12     A.   Well, the way you described it.  You know,

13 obviously personal knowledge is what I have read,

14 what I've heard, and what I've experienced.

15 Generally, that forms our basis of our               09:48

16 understanding of everything around us.

17     Q.   Okay.  I think that's a fair definition.

18          Recognizing that, let me see if you can

19 agree with me on this.  As a matter of personal

20 knowledge -- I'm sorry.  Let me start -- let me      09:48

21 start over.

22          Do you have any personal knowledge that

23 you were exposed to asbestos from any source while

24 you were training at Schlumberger?

25     A.   No, I do not.                                09:48

Exhibit 8
Page 12 of 347

450

1      Q.  Do you have any personal knowledge you

2   were exposed to asbestos -- again, from any

3   source -- while you were working for Schlumberger

4   as a junior field engineer, or a JFE?

5      A.  I do not.                                09:49

6      Q.  Do you have any personal knowledge you

7   were exposed to asbestos while working for

8   Schlumberger -- again, from any source -- while you

9   were working for Schlumberger as a field engineer,

10  or an FE?                                        09:49

11     A.  No.

12     Q.  As a matter of personal knowledge -- I'm

13  sorry.

14         Do you have any personal knowledge that

15  you were exposed to asbestos while working for      09:49

16  Schlumberger as a senior field engineer, or SFE?

17     A.  No.

18     Q.  Do you have personal knowledge that you

19  were exposed to asbestos -- again, from any source

20  whatsoever -- while you were working for            09:49

21  Schlumberger as a wireline engineer?

22         MS. CHESTER-SCHINDLER:  Objection.  Form.

23         THE WITNESS:  No.

24  BY MR. COSCULLUELA:

25     Q.  Do you have personal knowledge that you      09:49

Exhibit 8
Page 13 of 347

451

1    were exposed to asbestos while working for

2    Schlumberger as a repeat formation tester, or an

3    RFT specialist?

4        A.  No.

5        Q.  As a matter of personal                    09:50

6    knowledge -- strike that.

7            Do you have personal knowledge that you

8    were exposed to asbestos originating from

9    drilling-mud additives?

10       A.  No.                                         09:50

11       Q.  Am I correct that you do not have personal

12   knowledge of exposure to asbestos from the product

13   called Flosal?

14       A.  Correct.  Yes.

15       Q.  Okay.  Thank you, sir.  I want to move on.  09:50

16   I want to establish a little bit of a timeline

17   based on the testimony that was given earlier in

18   response to your lawyer's questions and then in

19   response to Mr. Moir's questions.

20           I understand that you were born            09:50

21   September 9, 1957.  Correct?

22       A.  Correct.

23       Q.  You made 20 years of age September 9,

24   1977, correct?

25       A.  Yeah.  Yes.                                09:51

Exhibit 8
Page 14 of 347

452

1          Q.  You graduated Georgia Tech University with

2    a degree in electrical engineering at 21 years of

3    age in May of 1979, correct?

4          A.  Yes.

5          Q.  You started working for Atlantic Power          09:51

6    Systems in Savannah, Georgia, in May of '79, right

7    after graduation.

8          A.  Yes.

9          Q.  Okay.  You continued working with Atlantic

10   Power Systems in North Carolina through November of       09:51

11   1979.  Is that correct?

12         A.  It was South Carolina.

13         Q.  South Carolina.  Good.  Thank you.  But

14   the date is correct.  November of '79.

15         A.  Sometime then, yes.                             09:51

16         Q.  Okay.  Late '79.  Is that fair?

17         A.  Yes.  Exactly.  Yes.

18         Q.  All right.  You started work for

19   Schlumberger at 22 years of age in January of 1980,

20   correct?                                                  09:51

21         A.  Yes.

22         Q.  All right.  And this was your first

23   oilfield work ever, right?

24         A.  Yes.

25         Q.  You worked for Schlumberger in training         09:52

Exhibit 8
Page 15 of 347

453

1   and as a JFE from January through August of 1980.

2        A.  Yes.

3        Q.  You worked for Schlumberger as a field

4   engineer, or FE, from August of 1980 through as

5   late as December of 1982.  Is that correct?                 09:52

6        A.  That is -- yes.  Yes.

7        Q.  Okay.  And you worked for Schlumberger as

8   an SFE, or senior field engineer, from as early as

9   January '82 through no later than December of 1986,

10  year-end 1986.  Is that fair?                               09:52

11       A.  Well, you said January '82.  It should

12  have been probably closer to January '83.  I mean,

13  you know, after '82.

14       Q.  So January of '83 -- I'm sorry.  You're

15  absolutely right.  So you worked -- and I'll ask          09:52

16  that again, then.  You worked for Schlumberger as a

17  senior field engineer from as early as January 1983

18  through as late as December of '86.

19       A.  That is correct.

20       Q.  Thank you, sir.                                   09:53

21           You worked for Schlumberger as an RFT

22  specialist, a repeat formation specialist --

23           THE COURT REPORTER:  Alex, I'm sorry.  Can

24  I interrupt you for a second?

25           (Brief discussion held off the record.)          09:53

Exhibit 8
Page 16 of 347

454

1    BY MR. COSCULLUELA:

2        Q.   Mr. Hsieh, to continue with the timeline,

3    my understanding is that you worked for

4    Schlumberger as an RFT specialist, a repeat

5    formation tester specialist, from as early as late    09:54

6    1986 or early 1987, for a period of approximately

7    two years.  Is that correct?

8        A.   No.  I became an RFT specialist in the

9    middle of '86 until I left the field, which was

10   1990.                                                 09:54

11       Q.   Okay.  So you worked as a repeat formation

12   tester specialist, an RFT specialist, from mid '86

13   until 1990.

14       A.   Yes.

15       Q.   Thank you, sir.                              09:54

16            My understanding is that you married

17   Elaine, Mrs. Hsieh, in December 22, 1987, when you

18   were 30 years of age.

19       A.   Correct.

20       Q.   Is that correct?                             09:54

21       A.   Yes.

22       Q.   Thank you.

23            So when you married -- when you married

24   Elaine, Mrs. Hsieh, you were already working for

25   Schlumberger as an RFT specialist.                    09:55

Exhibit 8
Page 17 of 347

455

1      A.  Your audio just got lost.  You said --

2      Q.  Okay.  I -- and thank you for letting me

3  know.

4          My understanding, then, is that when you

5  married Elaine, Mrs. Hsieh, you were already          09:55

6  working as an RFT specialist.

7      A.  That is correct.  Yes.

8      Q.  All right.  Now, I understand that your

9  son Alexander, your firstborn, was born in 1989?

10     A.  Yes.                                           09:55

11     Q.  And Albert, your second child, was born in

12  1993?

13     A.  Yes.

14     Q.  You retired from the workforce in 2016?

15         MS. CHESTER-SCHINDLER:  Objection.  Form.       09:55

16         THE WITNESS:  Yes.  I -- correct.  Yes.

17  BY MR. COSCULLUELA:

18     Q.  And let me be clear.  My understanding is

19  that you retired from the workforce but there was

20  always the possibility that you could go back to      09:55

21  the workforce in a consulting basis?  Is that what

22  you're contemplating?

23     A.  Well, in '16, 2016, I chose to take leave

24  of absence, so therefore, obviously the door was

25  open for me to pursue anything else that I would      09:56

Exhibit 8
Page 18 of 347

456

1    want to do, including another employment with

2    another employer.

3         Q.  Okay.  Well, let's see if we can come at

4    it like this for the timeline.  Since 2016, since

5    your leave of absence from your then-employer, had        09:56

6    you made any effort to return to the workforce?

7         A.  Yes, I did.  At the beginning, I was

8    actively looking through LinkedIn and other

9    contacts.  For a little while.  Maybe a year or so.

10        Q.  Okay.  And did anything pan out -- did         09:56

11   anything pan out for you from those LinkedIn

12   searches?

13        A.  No.

14        Q.  Okay.  I know that you mentioned possibly

15   opening a consultancy.  Have you applied to the          09:56

16   California Secretary of State, your home state, for

17   a business name or an employer identification

18   number?

19        A.  I did not.

20        Q.  Okay.  So while there is a possibility          09:57

21   that you may return to the workforce in the future,

22   in some sort of consultancy, you haven't made any

23   effort, at least through the present, to do that.

24   Fair?

25             MS. CHESTER-SCHINDLER:  Objection.  Form.      09:57

Exhibit 8
Page 19 of 347

457

1          THE WITNESS:  Yes.

2     BY MR. COSCULLUELA:

3          Q.  Okay.  Now, just a few more points on the

4     timeline and we'll move on, sir.

5              When were you first diagnosed with          09:57

6     diabetes?

7          A.  I believe it was around 2006.

8          Q.  All right.

9          A.  Roughly then.

10          Q.  All right.  My understanding is that you    09:57

11     were diagnosed with bladder cancer in October of

12     2009.  Is that correct?

13          A.  Yes.

14          Q.  So you would have been 52 years of age at

15     that -- at the time of that first cancer diagnosis?  09:58

16          A.  Yes.

17          Q.  All right.  Now, I understand you suffered

18     what the doctors identified as a myocardial

19     infarction, or heart attack, in early 2012.  Is

20     that correct?                                        09:58

21          A.  Yes.

22          Q.  At that time, you were 54 years of age?

23          A.  Yes.

24          Q.  Is that right?

25          A.  Well, born in '57, so 2012 makes me         09:58

Exhibit 8
Page 20 of 347

458

1    fifty- -- yeah, I was still 54.  You're right.  I'm

2    sorry.  Yes.

3        Q.  Okay.  And -- okay.  So we're in agreement

4    that when you suffered your heart attack, or the

5    myocardial infarction, as the doctors called it,        09:58

6    you were 54 years of age.

7        A.  Yes.

8        Q.  All right.  At the time that you suffered

9    your heart attack, were you also diagnosed with

10   severe coronary artery disease?                         09:59

11       A.  I do not recall.

12       Q.  All right.  Have you since been diagnosed

13   with severe coronary artery disease?

14       A.  I have not.

15       Q.  All right.  Now, do you have an               09:59

16   understanding whether, in fact, it was coronary

17   artery disease, severe or otherwise, that resulted

18   in your myocardial infarction, or heart attack?

19       A.  I understand that it was due to the --

20   more likely the high cholesterol in my blood, that     09:59

21   with the plaque buildup, that eventually broke off

22   and clogged up the blood vessels.

23       Q.  Okay.  And the blood vessels are the

24   coronary arteries.

25       A.  Yeah.  Correct.                               09:59

Exhibit 8
Page 21 of 347

459

1       Q.   Okay.  All right.

2            Let me ask you this:  Was it in early

3    2012, at or about the time you suffered the

4    myocardial infarction, or heart attack, that you

5    learned that you inherited from your parents only      10:00

6    two and not three coronary arteries?

7       A.   It was later that year, when I went back

8    to -- well, I can't recall whether I found out in

9    China or in Hong Kong where I went for a second

10   opinion later that year.  But sometime during the      10:00

11   treatment of -- for the heart attack, I was told

12   that I was missing one of those coronary arteries,

13   I was born without it, yes.

14      Q.   Okay.

15           MS. CHESTER-SCHINDLER:  Belated objection.      10:00

16   Form.

17           MR. COSCULLUELA:  That's fine.  And Susie,

18   obviously this is -- we're all confronting the

19   difficulties of doing this by video.  Just make

20   your objection after the question, and it'll be        10:01

21   just fine with me.

22           MS. CHESTER-SCHINDLER:  Okay.  Thank you.

23   I appreciate it.  I can't tell if it's my speaker

24   that's causing the feedback, so that's why I muted

25   myself, just in case.                                   10:01

Exhibit 8
Page 22 of 347

460

1          MR. COSCULLUELA:  Appreciate it.  Thank

2     you.

3     BY MR. COSCULLUELA:

4          Q.  Sir, as treatment for the cholesterol that

5     caused plaque in your coronary arteries, which          10:01

6     ultimately resulted in the heart attack, did you

7     submit to the surgical implantation of what they

8     call coronary artery stents?

9          A.  Yes.  Two -- total of two stents are --

10    have been placed in my coronary artery.                  10:01

11         Q.  Okay.  And you only have two coronary

12    arteries, so really you've got a stent -- you've

13    got an artificial stent in each of your coronary

14    arteries.  Is that fair?

15         A.  No.  Only one.                                   10:02

16         Q.  Okay.

17         A.  Two of them put together, because

18    according to the doctor in Hong Kong, the original

19    one set in Chengdu, China, wasn't sufficient for

20    the length of the blockage, so he added an extra         10:02

21    stent.

22         Q.  I got it.  Thank you, sir.  I understand.

23         Just continuing very briefly with the

24    timeline.  You were diagnosed with a nonmalignant

25    brain meningioma in June of 2015?                         10:02

Exhibit 8
Page 23 of 347

461

1      A.   A little earlier.  Maybe April of 20- --

2      Q.   April of 2015?  Thank you.

3           And you underwent a surgical craniotomy

4      and resection.  I guess they cut out the meningioma

5      using a Gamma Knife.  Is that radiation?                10:02

6      A.   No.  It's -- incorrect.  I had an actual

7      what you would -- be referred to as an open-skull

8      surgery where they what they call scrape off the

9      meningioma because it was too close to the

10     brainstem, so they couldn't just totally remove it,    10:03

11     a -- you know, a typical resection.  So they have

12     to scrape off as they get closer to the brainstem

13     and leave some residual meningioma, and the

14     residual meningioma was then treated with

15     radiation, called a Gamma Knife, three months         10:03

16     later.

17     Q.   I understand.

18          So part of the -- part of the -- part of

19     the nonmalignant growth in your brain had to remain

20     in place because the doctors were afraid to cause     10:03

21     neurological damage to you, correct?

22     A.   Yes.  That's correct.

23     Q.   And then to further treat that, they used

24     this Gamma Knife to irradiate what was left behind?

25     A.   Yes.                                              10:03

Exhibit 8
Page 24 of 347

462

1        Q.   Okay.  Thank you.

2             Now, I understand you were diagnosed with

3    lung cancer on or -- well, in or about September of

4    2017 as a result of a screening for your heart

5    condition.                                         10:04

6        A.   Yes.

7        Q.   All right.  And I understand you were

8    diagnosed with pleural cancer, or mesothelioma, in

9    January of 2018.

10       A.   February.  Yeah.                           10:04

11       Q.   February?  Okay.

12            And my understanding is that you were

13   diagnosed with renal-cell or kidney cancer in March

14   of 2018 as the result of a screening for the

15   malignancies in your chest.                         10:04

16       A.   It's sometime then, yes.

17       Q.   All right.

18       A.   I don't remember the exact time.  Close.

19       Q.   All right.  Have you ever been diagnosed

20   with any form of skin cancer, what doctors          10:04

21   sometimes call cutaneous melanoma?

22       A.   No.

23       Q.   Do you have a dermatologist that you see?

24       A.   No.

25       Q.   Have you ever been diagnosed with any type  10:05

Exhibit 8
Page 25 of 347

463

1   of eye cancer, malignant or not?

2        A.   No.

3        Q.   Sir, later when I ask you questions about

4   your work at Schlumberger, just to fix on the

5   timeline one last time, I'm going to focus on your    10:05

6   time -- on your time with Schlumberger from the

7   start of your employment until you became a repeat

8   formation tester.  Okay?

9        A.   Okay.

10       Q.   Now, let me ask you this:  From your        10:05

11   testimony, I understand you don't smoke.  Correct?

12       A.   Yes.

13       Q.   And you have never smoked tobacco,

14   correct?

15       A.   Yes.                                        10:05

16       Q.   Do you understand that smoking is the

17   primary cause of lung cancer?

18       A.   That's the way I have heard, yes.

19       Q.   You suffer lung cancer.

20       A.   Yes.                                        10:06

21       Q.   You understand smoking causes coronary

22   artery or vascular disease, correct?

23       A.   I'm not sure if that is linked.  But if I

24   ever read it, it just did not -- does not register.

25        Q.   All right.  But you suffer from            10:06

Exhibit 8
Page 26 of 347

464

1    coronary -- you suffer from what I called coronary

2    artery disease and what you called plaque buildup

3    inside your coronary arteries.

4         A.   Yes.

5            MS. CHESTER-SCHINDLER:  Objection.  Form.    10:06

6            David, pause just a minute before you

7    answer so I can get my objection in on time.  Okay?

8            THE WITNESS:  Okay.

9            MS. CHESTER-SCHINDLER:  Thank you.

10   BY MR. COSCULLUELA:                                  10:06

11        Q.   Sir, do you have an understanding that

12   tobacco smoking causes bladder cancer?

13        A.   I was asked that question and seem

14   to -- the doctors seem to think that it -- many,

15   many bladder cancer patients are due to smoking,    10:06

16   yes.

17        Q.   And you -- this is something you learned

18   from your treating physicians, your treating

19   doctors?

20        A.   Urologist asked me that, yes.            10:07

21        Q.   All right.  Sir, have any of your -- have

22   any of your treating physicians or the experts with

23   whom they consult in furtherance of your diagnosis,

24   care, and treatment -- have any of those doctors

25   told you that your chest imaging -- whether it's a   10:07

Exhibit 8
Page 27 of 347

465

1    plain chest x-ray or a CT scan, a high-resolution

2    CT scan or even a PET scan -- that any of those

3    chest imaging techniques show any evidence of

4    asbestosis in your lungs?

5        A.  No.                                        10:07

6        Q.  Have any of your treating physicians or

7    the specialists with whom they consult, either in

8    China or Hong Kong or the U.S. -- any of the

9    doctors that have treated you, have they told you

10   after any of your surgeries or biopsies that the   10:08

11   biopsy tissue evidenced asbestos fibers?

12           MS. CHESTER-SCHINDLER:  Objection.  Form.

13           THE WITNESS:  I don't know -- well, I've

14   never read it that way.  It's never to -- I've

15   never seen the word "asbestos" in the pathology    10:08

16   tests.

17   BY MR. COSCULLUELA:

18       Q.  All right.  And certainly none of your

19   doctors have told you that your pathology tissue

20   included not only healthy tissue and unhealthy     10:08

21   tissue but also asbestos fibers, right?

22           MS. CHESTER-SCHINDLER:  Objection.  Form.

23           THE WITNESS:  That is correct.

24   BY MR. COSCULLUELA:

25       Q.  All right.  Have you ever heard of the     10:08

Exhibit 8
Page 28 of 347

466

1    expression "asbestos bodies"?

2        A.  No.

3        Q.  All right.  Sir, does your wife have any

4    personal knowledge concerning the conditions that

5    you experienced during your work for Schlumberger          10:09

6    in the field?

7        A.  She understands the environment in which I

8    worked in, through me.  She obviously has never

9    personally experienced that.  But she will

10   obviously remember the soiled coveralls I would            10:09

11   bring home, where she will launder it, to the

12   extent how dirty the environment was where I

13   worked.

14       Q.  Understand.  Understand.  But -- and you

15   kind of preempted my question.                              10:09

16           Just to be clear:  Your wife never -- your

17   wife never went offshore with you for Schlumberger.

18       A.  That's correct.

19       Q.  And when I say "your wife," I mean the

20   woman who became your wife never went offshore with        10:10

21   you for Schlumberger.

22       A.  Yes.

23       Q.  Got it.

24           Sir, do you hold any -- do you hold a U.S.

25   passport?                                                   10:10

Exhibit 8
Page 29 of 347

467

1        A.  Yes, I do.

2        Q.  Do you hold a passport from any other

3    nation?

4        A.  The Republic of China, which is Taiwan.

5        Q.  Any others?                              10:10

6        A.  No.

7        Q.  All right.  Sir, my understanding is that

8    your health insurance is furnished by Cigna through

9    the Affordable Care Act, known as Obamacare.  Is

10   that correct?                                     10:10

11       A.  It is not Cigna.  I am insured through

12   Health Net.

13       Q.  Through Health Net.  Okay.

14           And Health Net is the organization through

15   which you receive healthcare insurance that people  10:10

16   would recognize under the Affordable Care Act, or

17   Obamacare.

18           MS. CHESTER-SCHINDLER:  Objection.  Form.

19           THE WITNESS:  Yes.

20   BY MR. COSCULLUELA:                               10:11

21       Q.  All right.  Has Health Net paid all of

22   your medical expenses associated with your lung

23   cancer?

24       A.  With the copays and whatever, yes, they

25   have paid pretty much all the bills and negotiated  10:11

Exhibit 8
Page 30 of 347

468

1    with Stanford.

2        Q.  Okay.  And is the same true for your

3    pleural cancer, or mesothelioma?

4        A.  Yes.

5        Q.  And is the same true for your kidney or          10:11

6    renal-cell cancer?

7        A.  Yes.  Per their policy, they have paid

8    whatever applies.

9        Q.  Understood.

10           And I understand the distinction you're          10:11

11   making, "per their policy," because the policy

12   requires that you come out of pocket for certain

13   copayments and for certain deductibles.  Is that

14   right?

15       A.  Well, I -- yes.  Basically.  But there           10:12

16   were some tests that doctors ordered that may or

17   may not be covered within a policy and then they

18   will contest that, and I tend to get involved -- or

19   got roped into some third-party payment disputes.

20   But overall, they pay for everything.  So yes.          10:12

21       Q.  Okay.  Maybe we can come at it like this:

22   Are you able to -- are you able to segregate for me

23   or to tell me what the total amount is of your

24   out-of-pocket expenses for health care relative to

25   your lung cancer, your pleural mesothelioma, or         10:12

Exhibit 8
Page 31 of 347

469

1   your renal-cell cancer?

2       A.   I don't have the number.  But I have met

3   the out-of-pocket-expense cap by -- per my Health

4   Net insurance policy, from 2018 and on.

5       Q.   Okay.  So you've gone over -- you've          10:13

6   gone -- you no longer have to pay for anything out

7   of pocket.  That is covered.

8       A.   Yes.  That's right.  For each --

9       Q.   All right.

10      A.   -- year, I have reached my cap at a          10:13

11  certain time of the year, after which there's no

12  more -- any -- there's no more payment from my end

13  if I have any treatment.

14      Q.   Okay.  And when did you reach that cap?

15  Was it in 2018?                                       10:13

16      A.   Well, each one of the -- each of the last

17  three years, I have met the annual cap.  It's a

18  annual cap.  And I met it in 2018, towards the end

19  of the year.  I don't remember the actual time.  In

20  2019 as well.  And 2020, I have already met it so     10:13

21  far.

22      Q.   Understand.  And thank you for clarifying

23  it.  I understand now there's an annual cap.

24          Sir, in connection with your lung cancer,

25  the pleural cancer, or mesothelioma, and the          10:14

Exhibit 8
Page 32 of 347

470

1   renal-cell cancer, is it fair that your total

2   out-of-pocket expenses at least so far do not

3   exceed $10,000?

4       A.  No.  It has exceeded that.

5       Q.  Okay.  Can you estimate for me what the        10:14

6   total out-of-pocket expenses are for those three

7   conditions?

8           MS. CHESTER-SCHINDLER:  Objection.  Form.

9           THE WITNESS:  About --

10  BY MR. COSCULLUELA:                                     10:14

11      Q.  I understand that at some point down the

12  road your lawyers will have an opportunity to give

13  us itemized numbers.  I'm just trying to get a

14  baseline figure from you here.

15      A.  Just roughly, it's under 25,000.              10:14

16      Q.  Okay.  Thank you, sir.

17          You're not disabled from the workforce

18  today, are you?

19      A.  No, I am not.

20          MS. CHESTER-SCHINDLER:  Objection.  Form.     10:14

21  BY MR. COSCULLUELA:

22      Q.  Sir, are you currently scheduled for a

23  nephrectomy to address your renal-cell or kidney

24  cancer?

25      A.  This is the latest recommendation from the    10:15

Exhibit 8
Page 33 of 347

471

1    tumor board, which is a group of doctor --

2    oncologists that look at my situation with regards

3    to my current immunotherapy.  And they have

4    recommended that.  And I have --

5        Q.  Okay.                                    10:15

6        A.  I guess the part that you don't know is

7    that I have actually voiced my concern and

8    basically said I do not want a nephrectomy.

9        Q.  Okay.  My understanding is that

10   the -- well, let's take a step back.  The tumor    10:15

11   board, as I understand it, is a group at the

12   hospital at Stanford that meets to basically

13   roundtable and discuss out loud your particular

14   case.  They'll discuss others, but in this context,

15   they're discussing your case, trying to come up     10:16

16   with a holistic approach for the best way to treat

17   you?

18       A.  Yeah.  Yes.  Tumor board meets on a weekly

19   basis, and they would get everyone to talk

20   about -- to offer their opinions on certain         10:16

21   patients that --

22       Q.  Okay.

23       A.  -- the doctor may find the need to.

24       Q.  And it tends to be the complicated cases

25   that the tumor board discusses.                    10:16

Exhibit 8
Page 34 of 347

472

1      A.  I don't know if it has to be complicated,

2   but, rather, you know, they would certainly feel

3   more comfortable if other experts -- you know,

4   because it may involve other areas of expertise,

5   and they could get some expert -- some opinions        10:16

6   from them.  Yes.

7      Q.  Understand.

8         It's my understanding, that when your

9   lawyer and Peter Moir were asking you questions

10  during the earlier part of your deposition, that       10:17

11  is, in fact, the same time when the tumor board met

12  to discuss your case.  Is that right?

13     A.  This latest recommendation, tumor board

14  met apparently -- last Tuesday?  The --

15     Q.  Okay.                                            10:17

16     A.  -- week before this Tuesday.

17     Q.  I got it.

18         And the decision of the tumor board -- or

19  the recommendation of the tumor board was that you

20  submit to a surgery to remove part of one of your      10:17

21  kidneys.

22     A.  The recommendation was to -- it's called a

23  radical nephrectomy, meaning take out the entire

24  right kidney.

25     Q.  Take out the entire right kidney.  Okay.        10:17

Exhibit 8
Page 35 of 347

473

1    And that would leave you with the left kidney.

2        A.  Yes.

3        Q.  Have you undergone any testing to

4    determine the level of functioning of your right

5    and left kidneys?                                    10:17

6        A.  I don't think so.

7        Q.  Could you lead a normal life, as well as

8    anybody I guess could lead a normal life these

9    days, without your right kidney?

10       A.  From all the searches I've done, it is      10:18

11   certainly possible to lead a normal life with one

12   kidney, yes.

13       Q.  Okay.  You wouldn't have to submit to

14   dialysis every other day or so because of the

15   removal of your right kidney, because you were left  10:18

16   with the left kidney.

17       A.  Not because of that, yes.

18       Q.  Okay.  Got it.

19           Now, tell me -- my understanding from your

20   testimony moments ago was, that despite the          10:18

21   recommendation from the tumor board, you are not

22   interested in pursuing the radical nephrectomy.

23       A.  That is correct.  That is what I -- I have

24   voiced my concerns to the urologist, and they

25   are -- I am still meeting with the surgeon whom has  10:19

Exhibit 8
Page 36 of 347

474

1    been described by my urologist as not knife-happy

2    with my case, so -- which is a relief to me,

3    obviously.  But I am still going to talk to the

4    doctor, the oncologist who prescribed the

5    immunotherapy, about continuing the current                10:19

6    immunotherapy in lieu of a nephrectomy.

7         Q.  You -- if I hear you correctly, you're

8    trying to avoid surgery as long as possible.  For

9    the kidney.

10        A.  That is correct.                                  10:19

11        Q.  Okay.  Sir, have you lost any wages --

12   have you lost any wages or salary as a result of

13   your lung cancer?

14        A.  No.

15        Q.  Have you lost any wages or salary as a            10:19

16   result of your pleural cancer, or mesothelioma?

17        A.  No.

18           MS. CHESTER-SCHINDLER:  Objection.  Form.

19   BY MR. COSCULLUELA:

20        Q.  Have you lost any wages as a                      10:20

21   result -- wages or salary as a result of your

22   renal-cell or kidney cancer?

23           MS. CHESTER-SCHINDLER:  Objection.  Form.

24           THE WITNESS:  No.

25   BY MR. COSCULLUELA:                                        10:20

Exhibit 8
Page 37 of 347

475

1     Q.  Have any of your cancers, whether it's the

2    lung cancer, the mesothelioma, or the renal-cell or

3    kidney cancer, impaired your ability to earn money

4    in the future?

5     A.  Well, so far, I don't think so.  It        10:20

6    depends on what I do in the future.  I still have a

7    sharp mind.  But physically I'm not sure what I

8    am -- obviously, I cannot go back to the field.

9    I'm sure you would agree to that.  But I have not

10    even tried to see what type of jobs -- I can't work   10:20

11    as a warehouse person at Costco or Amazon, so . . .

12     Q.  Okay.  And I understand your -- I

13    understand your sharp mind, and I couldn't be more

14    in agreement with you.  I also understand that a

15    man of your age even in perfect health wouldn't be   10:21

16    going out into the field, into the harsh

17    environments that you worked for Schlumberger.

18    Right?

19     A.  They wouldn't hire me, no.

20     Q.  In fact, you left that work -- you left   10:21

21    that work behind you years ago.

22     A.  That's right.

23     Q.  All right.  Sir, in reviewing your medical

24    records, I counted at least five and as many as

25    seven physicians who have made entries concerning   10:21

Exhibit 8
Page 38 of 347

476

1    your submission to genetic testing.

2        A.  Okay.

3            MS. CHESTER-SCHINDLER:  What's the

4    question?

5    BY MR. COSCULLUELA:                          10:22

6        Q.  My understanding is that the

7    reason -- well, let me come at it like this:  Sir,

8    how many of your treating physicians or the

9    consulting physicians with whom they work have

10   recommended genetic testing to you?             10:22

11       A.  It started with one, the urologist, and

12   then followed by the urology radiation -- the

13   person who did the radiation treatment of my -- for

14   my lung adenocarcinoma.  So it was -- it actually

15   would be just two that initiated -- that offered    10:22

16   this opinion right away.

17       Q.  Okay.  It was two doctors that initiated

18   the discussion with you.  Have there been other

19   doctors or specialists, since those two, that have

20   recommended genetic testing?                    10:22

21       A.  No.  Only after I bring up the subject,

22   they all agree in concert, say that's a good idea,

23   you know, that "You should" --

24       Q.  Okay.  Is it fair, then -- is it fair if I

25   characterize it like this:  At least five and as    10:23

Exhibit 8
Page 39 of 347

477

1    many seven physicians -- as many as seven

2    physicians have told you, either directly or in

3    response to your questioning, that genetic testing

4    is a good idea?

5         MS. CHESTER-SCHINDLER:  Objection.  Form.    10:23

6         THE WITNESS:  I know it was not that many.

7    But there -- it was more than two.  Correct.

8    BY MR. COSCULLUELA:

9    Q.  Okay.  Well, let's see if we can come at

10   it like this:  Who is Dr. Alia (phonetic) Curlee    10:23

11   Skinner?  Is that your urological cancer doctor?

12   A.  Eila Skinner is -- which is E-i-l-a.

13   Q.  Okay.

14   A.  She is the urologist that I've been

15   following up with for my bladder cancer.            10:23

16   Q.  Okay.  Did she recommend that you submit

17   to genetic testing?

18   A.  She was the first doctor that ever

19   mentioned this to me.

20   Q.  All right.  How about Dr. Henry Lowe?        10:24

21   What does Dr. Lowe do for you -- or what did

22   Dr. Lowe do for you?

23   A.  He was my first primary care physician,

24   which -- who retired in 2018, I believe.  And I do

25   not remember -- even though I told him my family   10:24

Exhibit 8
Page 40 of 347

478

1   history, I do not remember him mentioning that.

2   But now that you have questioned it, I can't say

3   that he didn't mention it as a comment, because I

4   only saw him once and then he told me he was

5   retiring, through the messaging in my -- in              10:24

6   MyHealth app.  So I never saw him again.

7       Q.  Okay.  You never saw him again.

8           Let me see if I can refresh your

9   recollection.  Do you remember writing to Dr. Lowe

10  before his retirement asking him about                    10:24

11  Dr. Skinner's recommendation for genetic testing?

12      A.  I do not remember, but I must have.

13      Q.  How about Dr. James Ford?  He is the

14  geneticist, correct?

15      A.  Yes.  He was the doctor that Dr. Skinner          10:25

16  said that Stanford has this person that would do

17  this work and that I could try to do a genetic

18  testing.

19      Q.  Do you understand from your medical

20  records that Dr. Ford agreed that the genetic            10:25

21  testing would be a good idea, as you put it, for

22  you?

23          MS. CHESTER-SCHINDLER:  Objection.  Form.

24          THE WITNESS:  Well, after I was referred

25  to them, they certainly say yes, I should go -- I        10:25

Exhibit 8
Page 41 of 347

479

1    should consult their clinic with regards to a

2    genetic cancer testing.  Cancer genetics testing.

3    Sorry.

4    BY MR. COSCULLUELA:

5        Q.  How about Dr. -- how about Dr. David Thom?    10:26

6    Who is he?

7        A.  He's my current primary care physician.

8        Q.  So Dr. David Thom is the physician who

9    replaced Dr. Lowe upon his retirement.

10       A.  That's right.                                10:26

11       Q.  All right.  Did Dr. Thom -- did Dr. Thom

12   recommend genetic testing for you?

13       A.  He did not recommend -- the onset after we

14   met after Dr. Henry Lowe's departure, he did help

15   me refer to the genetic -- cancer genetics clinic    10:26

16   again, for an appointment, after I told him what I

17   want to do.

18       Q.  Okay.

19       A.  Which was to set up an appointment to do

20   cancer genetics testing.                             10:26

21       Q.  Did Dr. Thom try to talk you out of the

22   genetic testing?

23           MS. CHESTER-SCHINDLER:  Objection.  Form.

24           THE WITNESS:  No.

25   BY MR. COSCULLUELA:                                  10:27

Exhibit 8
Page 42 of 347

480

1      Q.  Okay.  In fact, wasn't it Dr. Thom who

2  helped you, as your primary care physician, make an

3  appointment with the geneticist?

4          MS. CHESTER-SCHINDLER:  Objection.  Form.

5          THE WITNESS:  Well, I asked Dr. Thom to        10:27

6  send in the referral for me, yes.

7  BY MR. COSCULLUELA:

8      Q.  Okay.  And he -- did he make that

9  referral?

10      A.  He did.                                        10:27

11      Q.  All right.  Who is Dr. Laura Marak?

12      A.  I do not know.

13      Q.  Okay.  Well, I don't either.  It looks

14  more like a typographical error on my notes than

15  anything else.  Because I've got a strange name,     10:27

16  but that one's even stranger.

17          Now, we've talked about Dr. M, and I won't

18  even try that one because I'm not literate enough.

19  But did Dr. M recommend genetic testing?

20      A.  From the last exhibit from Mr. Moir,          10:27

21  apparently Dr. M had said that in the visit notes,

22  and I only found out through seeing that exhibit.

23  It was not --

24      Q.  Okay.

25      A.  Did not make an impression on my visit        10:28

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 43 of 347

481

1    with Dr. M.

2        Q.   I see.

3             Who is Dr. Alice Chen Fang (phonetic)?

4        A.   Dr. Fan is the medical oncologist in the

5    urology department that is administering the          10:28

6    immunotherapy for my renal-cell cancer.

7        Q.   Did Dr. Fan recommend the genetic testing?

8        A.   I do not believe so.

9        Q.   Let me see if we can come at it like this:

10   Are you aware that in the summary of her              10:28

11   recommendations as late as -- as late as March 12,

12   2020, Dr. Fan specified she agreed with your

13   referral to a cancer genetics study given the

14   history of multiple malignancies?

15            MS. CHESTER-SCHINDLER:  Objection.  Form.    10:29

16            THE WITNESS:  No.  I do not remember this

17   detail in her visit summary.

18   BY MR. COSCULLUELA:

19       Q.   Okay.  Sir, is it your intention at

20   present, when permitted by the COVID virus and the    10:29

21   pandemic that we're all laboring through, to have

22   that genetic testing done?

23       A.   I have tried -- in fact, after Dr. Thom's

24   referral, I've had a standing appointment with the

25   cancer genetics testing at Stanford since spring      10:29

Exhibit 8
Page 44 of 347

482

1    this year.

2       Q.  Okay.  You're just waiting for the

3    pandemic to stabilize or cool off?

4       A.  Well, as I explained during last session,

5    they -- I -- when it came close to the appointment    10:29

6    date, they called me and said, "Because of the

7    COVID-19, our protocol has changed, and you must do

8    a video visit."  And when I found -- when I asked

9    about the video visit, I decided that that

10   wasn't -- well, to me, that wasn't what I was    10:30

11   expecting.  So I said I'll wait until this is all

12   over, just like everybody thinking that this will

13   soon be over.  And so --

14      Q.  Yeah.

15      A.  -- they have not -- they have not changed    10:30

16   the protocol yet, so I'm still waiting.

17          But for your information, because I have

18   postponed it more than once -- in fact, probably

19   three times -- they're now agreeing to see me as a

20   special case.  So I have a physical meeting with    10:30

21   the team sometime in August.

22      Q.  And it's your expectation that the genetic

23   testing -- they'll secure some saliva or a blood

24   sample from you and submit that to genetic testing.

25      A.  My understand- -- yes.  That's my    10:31

Exhibit 8
Page 45 of 347

483

1    understanding now.  I never knew what would be

2    involved, but -- because when they said it could be

3    done by video, I asked, "Well, how do you do it?"

4    They said, "You just swab it yourself."  Sounded

5    like it was just too simple.  You know?  So --        10:31

6        Q.  Yeah.  I agree.

7        A.  So that's why I objected.  But now I am

8    physically going in to have my opportunity to ask

9    for all -- you know, all the different questions

10   and then obviously subject to the saliva sampling.    10:31

11       Q.  All right.  Sir, I want to -- I want to

12   redirect your attention back to the oilfield.  Am I

13   correct that you were never the employee of an

14   oilfield drilling crew?

15       A.  That's right.                                 10:31

16       Q.  You were never the employee of an oilfield

17   completion crew.

18       A.  That's right.

19       Q.  You were never the employee of an oilfield

20   drilling-mud service company.                         10:32

21       A.  Yes.

22       Q.  You were never the employee of an oilfield

23   mud-logging service company.

24       A.  That's right.

25       Q.  All right.  What is the difference between    10:32

Exhibit 8
Page 46 of 347

484

1    mud logging and wireline logging?

2        A.  Mud loggers look at the cuttings, which I

3    mentioned about drilling and the drilling mud

4    bringing up --

5        Q.  Sure.                                    10:32

6        A.  -- rocks.  And they would -- they're

7    trained geologists.  They would know from which

8    depth those cuttings come up from.

9            And then, of course, the drillers say,

10   "Well, I'll drill pretty fast," you know, "through   10:32

11   this formation."  They know it's shale, they know

12   it's probably sandstone or whatever.  And then

13   obviously the mud logger will have to plot it, say,

14   you know, at 10,000 feet, drilling through, you

15   know, a hundred feet of shale.  And these are the    10:32

16   cuttings.

17           He would inspect the cuttings in his lab

18   and make a description of the rocks -- the rock

19   height that he gets and maybe take some

20   measurements for some physical properties.  He      10:33

21   would put it -- plot it as a log.  So thus he's a

22   mud logger because he logs information from the mud

23   types.

24           Schlumberger logging measures with

25   electricity.  I mentioned irradiation.  You know.   10:33

Exhibit 8
Page 47 of 347

485

1    More precise and are able to report the data

2    without the actual invasion into the rock.  Because

3    the cuttings have been through a lot.  You know,

4    the physical impact and whatever.  So the

5    difference is the precision and the amount of data    10:33

6    that we get.

7        Q.  Sure.

8            I guess if I hear you correctly, you

9    survey the well bore -- you survey the well bore

10   using electronic instruments, and the mud logger,    10:34

11   who really should better be referred to as a

12   cuttings logger, keeps a diary of cuttings from

13   every ten-feet-or-so depth in the well bore.

14       A.  Yes.  That would be a good description for

15   the difference.                                       10:34

16       Q.  Okay.  So even though a mud logger is

17   called a mud logger, what that geologist -- what

18   that person is actually doing is keeping a log of

19   the cuttings.

20       A.  Yes.                                          10:34

21       Q.  Okay.  And you never did that work.

22       A.  No.

23       Q.  All right.  Sir, you never performed the

24   work of an oilfield drilling contractor's

25   toolpusher, did you?                                  10:35

Exhibit 8
Page 48 of 347

486

1      A.  No.

2      Q.  You never performed the work of a drilling

3  crew's driller, did you?

4      A.  No.

5      Q.  You never performed the work of a drilling      10:35

6  crew's derrick hand.

7      A.  No.

8      Q.  And you never performed the work of a

9  drilling clue -- excuse me.  You never performed

10  the work of a drilling crew's floor hand.             10:35

11      A.  That's right.

12      Q.  All right.  You never performed the work

13  of an oilfield drilling-mud service company's mud

14  engineer, did you?

15      A.  No.                                           10:35

16      Q.  And you just told me you never performed

17  the work of a -- of an oilfield mud logger.

18      A.  That's correct.

19      Q.  Did you ever have responsibility for

20  ordering drilling-mud props or additives to be used  10:35

21  at an offshore modular -- I'm sorry -- a modular

22  offshore drilling unit?

23      A.  No.

24      Q.  Did you ever -- did you ever have

25  responsibility for receiving bulk or sacked          10:36

Exhibit 8
Page 49 of 347

487

1    drilling-mud products and additives aboard a

2    modular offshore drilling unit?

3        A.   No.

4        Q.   Am I correct, that while working for

5    Schlumberger, you never had to unload deliveries of    10:36

6    bulk or sacked drilling-mud products or additives

7    into the mud storage areas?

8        A.   That's correct.

9        Q.   In fact, never in your life, either before

10   or after you worked for Schlumberger, have you    10:36

11   unloaded deliveries of bulk or sacked drilling-mud

12   products or additives into the mud storage areas,

13   have you?

14       A.   Yes.  That's right.

15       Q.   All right.  You've never had to inventory    10:36

16   the bulk and sacked drilling-mud products and

17   additives maintained aboard any modular offshore

18   drilling unit.

19       A.   Yes.

20       Q.   And while working for Schlumberger, you    10:36

21   never had to handle a sack of any drilling-mud

22   product or additive at the mud hopper, correct?

23       A.   That's right.

24       Q.   While working for Schlumberger, you never

25   had to pour a sack of any drilling-mud product or    10:37

Exhibit 8
Page 50 of 347

488

1    additive into the mud hopper, correct?

2        A.  Yes.

3        Q.  And you certainly never had to dispose of

4    any empty bags of any drilling-mud product or

5    additive, correct?                                    10:37

6        A.  Yes.

7            THE VIDEOGRAPHER:  Pardon me.  I'm sorry

8    to interrupt.  This is the videographer.  I'm going

9    to close the garage very quickly.  We're getting

10   some outside noise.  Just wanted to let you know.    10:37

11           MR. COSCULLUELA:  We've been going about

12   an hour, sir.  Why don't we take a break for a few

13   minutes.

14           Susie, is that okay?

15           MS. CHESTER-SCHINDLER:  Fine with us.        10:37

16           MR. COSCULLUELA:  All right.

17           THE VIDEOGRAPHER:  Going off the record at

18   10:37 a.m.

19           (The parties agreed to go off the record

20            from 10:37 a.m. to 10:50 a.m.)               10:38

21           THE VIDEOGRAPHER:  We're back on the

22   record at 10:50 a.m.

23   BY MR. COSCULLUELA:

24       Q.  Sir, I want to ask you, is it fair, that

25   once you arrived at a modular offshore drilling       10:50

Exhibit 8
Page 51 of 347

489

1    unit, the overwhelming majority of your time was

2    spent inside the Schlumberger wireline unit?

3        A.   You refer to the two things.  I worked

4    inside a Schlumberger -- what we call a logging

5    unit or a wireline unit.  I don't know what a          10:51

6    modular drilling unit is, but -- so obviously I go

7    offshore and I go to my logging unit, and I spend a

8    lot of -- yes, most of the time controlling and

9    operating the equipment from the --

10       Q.   Okay.                                          10:51

11       A.   -- logging unit.

12       Q.   All right.  Let's see if we -- I didn't

13   want to throw you off with the expression "modular

14   offshore drilling unit," but I'll make it more

15   clear.                                                  10:51

16           Sir, once you arrived at the offshore

17   facility where you were going to be performing your

18   work for Schlumberger, is it fair that the

19   overwhelming majority of your time was spent inside

20   the Schlumberger wireline cabin, or inside the         10:51

21   Schlumberger wireline unit?

22           MS. CHESTER-SCHINDLER:  Objection.  Form.

23           THE WITNESS:  Well, I think -- no, it's

24   not fair to say that, only because it's a

25   complicated thing regarding what work I do and         10:51

Exhibit 8
Page 52 of 347

490

1    what -- where do I -- where I do them.

2        I have to perform -- I am the only person

3    offshore that knows how to operate and interpret

4    the data.  Therefore, I have full control of the

5    equipment.  But because we have hardware downhole        10:52

6    which is connected through the wireline from the

7    surface, I do have to check on the conditions of

8    those.  So depending on what happened in the job, I

9    may spend a proportionate amount of time to address

10   specific issues.                                         10:52

11       But I am the only person on -- in my crew

12   that can do the -- run the log, so to speak, in --

13   from inside a unit.  So therefore, when we are

14   actually operating and collecting the data, I am

15   the -- I am always there inside the logging unit.        10:53

16   BY MR. COSCULLUELA:

17       Q.  Okay.  Well, maybe we should start at the

18   beginning.  My understanding is, that when you

19   worked as a JFE, a field engineer, and a senior

20   field engineer for Schlumberger, a wireline crew          10:53

21   was comprised from four workers:  two operators and

22   two engineers.  Is that fair?

23       A.  It is not.  It is one engineer, two

24   operators.

25       Q.  One engineer and two operators.  Okay.            10:53

Exhibit 8
Page 53 of 347

491

1    All right.

2        A.  Let me add.  Except that if I -- when I

3    was a JFE, since I'm doing OJT, on-the-job

4    training, I am the fourth person.  I follow a whole

5    crew, which is three, the engineer and two                    10:53

6    operators doing the testing, who was there

7    learning.

8        Q.  I see.

9            But ordinarily, once you became a field

10   engineer and later a senior field engineer, you              10:54

11   were assigned two operators, and they -- their role

12   offshore was to perform the manual work that needed

13   to be performed by your crew.

14       A.  That is correct.

15       Q.  All right.  From time to time, did you              10:54

16   have a JFE assigned to you?

17       A.  I did have some JFEs assigned to me, yes.

18       Q.  Okay.  Well, since you are -- based on my

19   understanding now, which I thank you for, that your

20   crews consisted of three hands, two operators and           10:54

21   one engineer, can you agree that the majority of

22   your time once the wireline operation began would

23   be spent inside the cabin, inside the wireline

24   unit?

25           MS. CHESTER-SCHINDLER:  Objection.  Form.           10:54

Exhibit 8
Page 54 of 347

492

1          THE WITNESS:  Once we start pulling the

2     tool out of the hole, I am inside the unit as long

3     as we are taking the survey, you know, running the

4     log.  Meaning that if the hole were 15,000 feet

5     deep and there is 8,000 feet of open hole from the          10:55

6     bottom of the tool -- from the bottom of the hole

7     up into the casing chute, I have to be inside the

8     unit the whole time.

9          And when we're finished logging, and where

10    the tool come inside casing and then they pull it          10:55

11    out of the hole, I could move about with more

12    freedom because we're not actually logging.

13    BY MR. COSCULLUELA:

14       Q.  Right.  But after you finish logging, it

15    is in the -- it is in the furtherance of efficiency          10:55

16    that the toolpusher and the company man, to use the

17    expressions from the field, want you off the rig as

18    soon as possible so they can get back to work.

19          MS. CHESTER-SCHINDLER:  Objection.  Form.

20          THE WITNESS:  Well, I have to continue          10:55

21    working.  They do not want me there because I am a

22    cost item and I take up their rig space, because

23    they cannot continue drilling while we're still in

24    the hole.  So I have other work to do, such as

25    develop the film, making the logs and making the          10:56

Exhibit 8
Page 55 of 347

493

1   prints that eventually becomes the product that we

2   deliver to the oil company.

3          So I am busy doing most of the other work

4   while we come out of the hole and try --

5          MR. COSCULLUELA:  Okay.                        10:56

6          THE WITNESS:  -- to finish up as soon as

7   we can.

8   BY MR. COSCULLUELA:

9      Q.  Okay.  And most of that other work that

10  you're talking about occurs inside the Schlumberger   10:56

11  wireline unit.

12         MS. CHESTER-SCHINDLER:  Objection.  Form.

13         THE WITNESS:  Related to the product, a

14  lot of that is done inside the unit, yes.

15  BY MR. COSCULLUELA:                                    10:56

16     Q.  Okay.  Let's see if we can look at it like

17  this:  Can you express in terms of a percentage how

18  much of your time is spent inside the logging unit

19  as compared to on the rig floor once you arrive at

20  a drilling operation until you leave?                  10:57

21     A.  From the time I arrive to the time I

22  leave, to get a percentage of time inside and

23  outside a unit, I would say I am maybe inside a

24  unit 60 to 70 percent of the time, versus

25  30 percent outside.                                    10:57

Exhibit 8
Page 56 of 347

494

1      Q.   Okay.  And when you are outside of the

2    unit, are you exclusively on the rig floor or are

3    you in other locations within the offshore

4    facility?

5      A.   When I say 60 -- 70/30, the outside time      10:57

6    is spent either on the floor or the catwalk.

7      Q.   The floor or the catwalk.  Okay.  Fair

8    enough.

9           Sir, while you worked for Schlumberger as

10   a JFE, an FE, and later a senior -- or SFE, you      10:58

11   never had any -- you never had any role inside the

12   bulk -- excuse me -- inside the bulk mud storage

13   area.  Is that correct?

14     A.   Yes.  That's correct.

15     Q.   And during that same period while you       10:58

16   worked for Schlumberger as a JFE, an FE, and later

17   a senior field engineer, you never had any reason

18   to be inside the area of the offshore facility

19   where the sacked mud products and additives were

20   stored.  Is that correct?                            10:58

21     A.   Yes.

22     Q.   All right.  Sir, is it also correct

23   that -- when you worked offshore for Schlumberger

24   as a JFE, an FE, and later a senior field engineer,

25   you never had any reason to be standing adjacent to   10:59

Exhibit 8
Page 57 of 347

495

1   the mud-mixing hopper.  Is that correct?

2        MS. CHESTER-SCHINDLER:  Objection.  Form.

3        THE WITNESS:  Yes.  That is correct.

4   BY MR. COSCULLUELA:

5   Q.  Sir, before you were diagnosed with lung          10:59

6   cancer and with pleural cancer, or mesothelioma,

7   and renal-cell cancer, your understanding of lost

8   circulation materials, LCM, as you put it, was

9   limited to peanut shells and walnut hulls.  Is that

10  correct?                                             10:59

11  A.  That is not correct.  I witnessed them

12  adding the LCM.  I was told by just some offhand

13  remarks from the rig hand that they sometimes used

14  simple -- things as simple as walnut or peanut

15  shells.  But I knew I was not looking at pure        11:00

16  walnut -- or crushed walnut shells all the time, so

17  I knew there were other things.  But I certainly

18  never investigated further, beyond the science, of

19  what actually goes into LCM.

20  Q.  Okay.  And I think you're referring to          11:00

21  those instances where you felt some sort of

22  particulate matter strike your face or your body.

23  A.  No.  Well, part of that, yes, I have had

24  things blow into my face.  And I would see the

25  roustabouts, you know, cutting open sacks of things  11:01

Exhibit 8
Page 58 of 347

496

1    and pour it into the hopper.  So I have experienced

2    both, seeing the action of adding LCM

3    materials -- LCM as well as having particles blow

4    into my face.

5        Q.  Okay.  But as a matter of fact, you're not        11:01

6    aware that any of that LCM material, that lost

7    circulation material, was, in fact, asbestos,

8    correct?

9        A.  That's correct.

10       Q.  Are you -- is it possible that that             11:01

11   material that you saw the roustabouts handling at

12   the hopper -- is it possible it was just one of the

13   primary viscosifiers?

14       A.  It -- because I am not involved in the

15   mixing, so it's possible.  It could be anything       11:01

16   that they need to add to remediate the mud.

17       Q.  Okay.  So you don't know what -- you don't

18   know what the mud engineer prescribed to remediate

19   or remedy the mud.

20           MS. CHESTER-SCHINDLER:  Objection.  Form.       11:02

21           THE WITNESS:  Well, that is true.  That's

22   correct.

23   BY MR. COSCULLUELA:

24       Q.  All right.  Are you able to identify any

25   of the drilling operations, either by the oilfield    11:02

Exhibit 8
Page 59 of 347

497

1    operator, the drilling contractor, the

2    identification of the offshore facility, location,

3    block, or any other way -- are you able to identify

4    any of the drilling operations where you personally

5    saw the roustabouts adding product at the hopper?    11:02

6            MS. CHESTER-SCHINDLER:  Objection.  Form.

7            THE WITNESS:  I cannot do that, no.

8    BY MR. COSCULLUELA:

9        Q.  All right.  Sir, by chance, did you

10    maintain a journal or a diary that would identify    11:03

11    where and when you worked for Schlumberger

12    offshore?

13        A.  I did not keep a -- a journal.

14        Q.  All right.  By chance, did you keep a copy

15    of the log headers that you prepared offshore while    11:03

16    working for Schlumberger?

17        A.  I did not keep any copies of the log

18    headers.  Number one, that is proprietary

19    information, and number two, that is what we

20    delivered to the customer.  I don't believe that we    11:03

21    were supposed to keep them.

22        Q.  Apart from the photographs that I think

23    you gave to your lawyer and your lawyer, in turn,

24    gave to the defense lawyers and Peter Moir shared

25    with you, do you have any other photographs from    11:03

Exhibit 8
Page 60 of 347

498

1    your time working offshore for Schlumberger as a

2    JFE, an FE, or an SFE?

3        A.  I -- if I have given some to my lawyer,

4    those were probably what I considered relevant to

5    this case.  So I may or may not have others that        11:04

6    may not show whatever good information about the

7    offshore environment.

8            I am not sure what you're trying to ask.

9        Q.  Well, you don't have any -- you don't have

10   any -- any other photographs that might be relevant     11:04

11   to your lawsuit, is really what I'm asking.

12       A.  I see.  I --

13           MS. CHESTER-SCHINDLER:  Objection.  Form.

14           THE WITNESS:  -- don't think so.  I -- I'm

15   not sure what it may be.  But certainly not -- I do      11:04

16   not have any -- normally, if I ever have a

17   photograph, it's during our break time or -- you

18   know, or more leisurely time.  So we're not muddied

19   up and we're not busy trying to do something.

20   So --                                                    11:04

21           MR. COSCULLUELA:  All right.

22           THE WITNESS:  No other pictures, no.

23           MS. CHESTER-SCHINDLER:  This is counsel

24   for Mr. Hsieh.  Just for purposes of the record, I

25   asked him to provide me with all photographs or         11:05

Exhibit 8
Page 61 of 347

499

```
1    documents related to his work at Schlumberger.

2          MR. COSCULLUELA:  Okay.

3          MS. CHESTER-SCHINDLER:  And so that's why,

4    for example, Peter had some of the photographs

5    where they're just -- I don't really know what you    11:05

6    were doing, David.

7          But that's what I asked for.

8          MR. COSCULLUELA:  Okay.  Thank you, Susie.

9    And I didn't think there was anything else.  I just

10   wanted to ask.                                         11:05

11         THE WITNESS:  Of course.

12   BY MR. COSCULLUELA:

13        Q.  Sir, do you have any -- do you have any

14   tangible evidence or documents to corroborate the

15   use of any asbestos drilling-mud additives aboard     11:05

16   any of the offshore facilities where you worked

17   while employed by Schlumberger?

18        A.  I do not.

19        Q.  Had you spoken with any former -- strike

20   that.  Sorry about that.  I was getting my tongue      11:06

21   tied.

22         Had you spoken with any former

23   Schlumberger coworkers about the drilling-mud

24   products and additives that may have been used

25   offshore during your tenure at Schlumberger?           11:06
```

Exhibit 8
Page 62 of 347

500

1      A.  I have not.

2      Q.  Had you spoken with any former

3   Schlumberger coworkers concerning other sources of

4   possible asbestos exposure to you while you were

5   working offshore for Schlumberger?                    11:06

6      A.  No.

7      Q.  Now, in connection with your lawsuit, sir,

8   you have filed -- you have filed a complaint

9   against a variety of oilfield operators.  And when

10  I say "oilfield operators," you know I mean the oil   11:06

11  companies, right?

12     A.  Yeah.

13     Q.  Your -- basically your customers while you

14  were at Schlumberger.

15     A.  Yes.                                            11:06

16     Q.  All right.  You have sued Apache Deepwater

17  as the successor to Mariner Energy.  You've sued

18  Badger Oil, Booker Oil Company, BP, BP as successor

19  to ARCO, Chevron as successor to Gulf,

20  ConocoPhillips as successor to Phillips, ExxonMobil   11:07

21  as successor to Exxon, Key Exploration, Shell

22  Offshore, and Texaco.

23          And my question is:  As a matter of

24  personal knowledge, are you able to place any

25  asbestos drilling-mud additives aboard the offshore   11:07

Exhibit 8
Page 63 of 347

501

1    drilling facility that was executing the oilfield

2    drilling operations for these operators?

3         MS. CHESTER-SCHINDLER:  Objection.  Form.

4         THE WITNESS:  No, I cannot.

5    BY MR. COSCULLUELA:                              11:07

6       Q.  Now, you sued several drilling

7    contractors.  You sued Diamond Offshore, ENSCO,

8    Murphy, W.R. Grace, and SEDCO, Southeastern

9    Drilling Company.  As a matter of personal

10   knowledge, are you able to place any of the       11:08

11   asbestos drilling-mud additives aboard any of the

12   offshore drilling facilities these companies

13   operate?

14        MS. CHESTER-SCHINDLER:  Objection.  Form.

15        THE WITNESS:  No.                           11:08

16   BY MR. COSCULLUELA:

17      Q.  Sir, the original petition, the complaint

18   that you filed in this lawsuit, at paragraph six,

19   specified that you were routinely exposed to

20   asbestos-containing products from approximately    11:08

21   1979 through 1987.  My understanding is that you

22   didn't get to Schlumberger until 1980.  Is that

23   correct?

24      A.  Yes.  That's correct.

25      Q.  All right.  That's not -- you know that as   11:08

Exhibit 8
Page 64 of 347

502

1    a matter of fact.  We don't have to consult your

2    Social Security records, do we?

3        A.  No.  I did not go offshore to work in the

4    drilling environment until 1980.

5        Q.  All right.  Sir, on your -- on the current    11:09

6    petition -- the petition or the complaint the

7    parties file from time to time are amended to

8    clarify allegations or to add new parties.  And

9    from paragraph number eight of plaintiff's first

10   supplemental petition, it specifies on your behalf    11:09

11   that:

12           "At ENSCO, Mr. Hsieh recalled repeatedly

13   working aboard two jackup barges owned and operated

14   by ENSCO's predecessor, Penrod, during the time

15   frame 1979 through 1987.  Penrod 63 and Penrod 67.    11:09

16   Hsieh recalled that his work unit was within

17   30 feet of the rig floor and that he would

18   routinely be in close proximity to the drilling

19   equipment that was covered in such mud."

20           When you're talking about your -- when    11:10

21   they're talking about your work unit, that's the

22   Schlumberger unit, right?

23       A.  Yes.

24       Q.  Okay.  And you recall working aboard the

25   Penrod 63?    11:10

Exhibit 8
Page 65 of 347

503

1      A.  Yes.

2      Q.  Do you recall, that after Penrod sold out,

3   that became the ENSCO 63?

4      A.  No.

5      Q.  After you left the oilfield.                    11:10

6      A.  I do not know -- I did not know that until

7   last --

8      Q.  Okay.

9      A.  -- session.

10      Q.  But you remember the Penrod 63 and the         11:10

11   Penrod 67 as a matter of fact.

12      A.  Correct.

13      Q.  All right.  Do you recall where the

14   Schlumberger wireline unit was located on the

15   Penrod 63?                                            11:11

16      A.  I cannot remember physically where it was

17   located on the rig.

18      Q.  Okay.  Do you think if I showed you a

19   photograph it might help refresh your recollection?

20      A.  Well, it could help.                           11:11

21      Q.  It's worth a shot?

22      A.  If you have that, I would love to take

23   care of it.  I mean, I would love to take a look at

24   it.

25          MR. COSCULLUELA:  Okay.  Angela, would you     11:11

Exhibit 8
Page 66 of 347

504

1    pull up File 59?

2          MR. BRIDGER:  Alex, are you going to go in

3    order, or are you going to call this 59?

4          MR. COSCULLUELA:  This is going to be the

5    next-numbered exhibit, which I think will be No.      11:12

6    33.

7          MR. BRIDGER:  Okay.  Thanks.

8          (Defendant's Exhibit No. 33 marked for

9          identification.)

10          MR. COSCULLUELA:  It's just going to take      11:12

11    a minute to upload, Mr. Hsieh.

12          THE WITNESS:  Sure.

13          MR. COSCULLUELA:  Let me know when the

14    image is available to you.

15          Oh.  I can see it.  I've got it here.          11:12

16          Has the image come across, sir?

17          THE WITNESS:  I don't -- the folder is

18    empty.  I'm not sure.  I'm still -- let me refresh

19    it again.

20          I'm on the folder.  Still empty.               11:12

21          MR. COSCULLUELA:  All right.  We're going

22    to try again on our end.

23          THE WITNESS:  It still says empty for the

24    7/30 marked exhibits.

25          MR. COSCULLUELA:  Okay.  We're going to        11:13

Exhibit 8
Page 67 of 347

505

1    try again from our end, and I'll apologize in

2    advance for any delay.

3            THE WITNESS:  It's still empty right now.

4            MR. COSCULLUELA:  I can see it's still

5    spinning around.                                    11:13

6            THE WITNESS:  Mine simply says empty.

7    It's not showing to download.

8            7/30 marked exhibits.

9            THE COURT REPORTER:  Mine just loaded.

10           MR. COSCULLUELA:  Is it loading, sir?       11:14

11           THE WITNESS:  Not yet.

12           I got something.  Okay.  I have a

13    photograph.

14           I see the jackup leg -- two legs and then

15    the derrick.  The unit is on this end of the        11:14

16    catwalk, you know, away from the derrick.

17           MR. COSCULLUELA:  Sure.

18    BY MR. COSCULLUELA:

19       Q.  Well, let's see if we can orient

20    ourselves, first of all.  Is there a little yellow  11:14

21    exhibit sticker on the bottom left-hand corner?

22       A.  Exhibit sticker.

23       Q.  A yellow sticker of some sort.

24       A.  No.  I don't see a sticker.

25       Q.  Okay.  Well, the document that I'm looking  11:15

Exhibit 8
Page 68 of 347

506

1    at indicates that it's Deposition Exhibit No. 1,

2    and I guess it starts to renumber on a daily basis.

3        A.   I see.

4            No, I do not see a sticker, you know,

5    affixed to this photograph.                          11:15

6        Q.   Okay.

7            MS. CHESTER-SCHINDLER:  I want to stop,

8    then, because I do.  So what is he looking at?

9            MR. COSCULLUELA:  I don't know.

10           MS. CHESTER-SCHINDLER:  Okay.               11:15

11           THE WITNESS:  I see a little corner --

12           MS. CHESTER-SCHINDLER:  Can you increase

13   the size?

14           THE WITNESS:  -- a little small triangle

15   very far to the left.                                 11:15

16           MR. BRIDGER:  No.

17           THE WITNESS:  No, I don't see a -- I mean,

18   you're talking about like a Post-it sticker, right?

19           MR. COSCULLUELA:  I'm -- well, it's a

20   little different.  It's an exhibit sticker.           11:15

21           THE WITNESS:  No.  Definitely -- I

22   definitely do not see anything that's --

23           MS. CHESTER-SCHINDLER:  David, it looks

24   something like this.  Do you see anything like

25   that?                                                 11:16

Exhibit 8
Page 69 of 347

507

1          THE WITNESS:  Where are you?  Hold on.

2          MS. CHESTER-SCHINDLER:  Sorry.

3          THE WITNESS:  I'm trying to -- okay.

4          Oh.  No.  No.  I don't have that.

5          MR. COSCULLUELA:  Sir, can you scroll up          11:16

6   and down on the image?

7          MR. BRIDGER:  Sideways.  Scroll sideways.

8          THE WITNESS:  Oh.  I'm sorry.  Yes.  It's

9   on the bottom.  Exhibit 0001.

10          MR. COSCULLUELA:  Okay.  Good.  So          11:16

11   that's --

12          MS. CHESTER-SCHINDLER:  Before we go

13   further, may I have a running objection to the use

14   of this exhibit?

15          MR. COSCULLUELA:  Yes.  You can.  You can.          11:16

16   Of course, Susie.

17          MS. CHESTER-SCHINDLER:  Thank you.

18   BY MR. COSCULLUELA:

19     Q.  Mr. Hsieh, do you recognize this as a

20   photograph taken from the heliport -- the helipad          11:16

21   of the Penrod 63?

22     A.  Certainly behind the unit behind the leg.

23   It certainly can be from the helipad.  I just know

24   that it's in the back -- in the back side of the

25   leg.          11:16

Exhibit 8
Page 70 of 347

508

1      Q.  I'm going to represent to you this is a

2   1981 image -- as I understand it, a 1981 image by

3   an offshore helicopter pilot that took photographs

4   of all of the -- all of the rigs that he delivered

5   materials and personnel to.                      11:17

6      A.  I see.

7      Q.  Do you recognize this as the Penrod 63?

8      A.  I do not.

9      Q.  You do not.  Okay.  Well, let's see if we

10  can maybe go through it step by step.            11:17

11     A.  Okay.

12     Q.  Do you see the Schlumberger wireline unit

13  on this image?

14     A.  I see the Schlumberger logging unit in

15  this -- yeah, in the bottom -- on the bottom, near   11:17

16  center, next to the leg.

17     Q.  Next to the leg.  Right.

18         And it is the blue-colored unit with the

19  white roof?

20     A.  That's -- yes.                            11:17

21     Q.  And it's -- you can see the four

22  Coleman-style air-conditioning units on the roof?

23     A.  I see them.

24     Q.  Okay.  If we were to look a little more

25  toward the background, would you see the pipe --    11:17

Exhibit 8
Page 71 of 347

509

1    the area where the pipe is stored on the rack?

2        A.  Yeah.  Next -- yeah.  On the left side of

3    the catwalk would be the pipe rack.  Those look

4    like drill pipes.  Yes.

5        Q.  Yeah.  And that would be drill pipe.          11:18

6            Do you agree with me those appear to be

7    about 30-foot lengths of drill pipe?

8        A.  They -- they're always 30 feet.  Yes.

9        Q.  Okay.  And can we see the ramp and the

10   vee-door on this image?                               11:18

11       A.  Yes.  You can see the vee-door and the

12   ramp.

13       Q.  And can we see the rig floor on this

14   image?

15       A.  You can see the opening to the rig floor.     11:18

16   You can see part of the rig floor where the

17   drawworks is sitting.

18       Q.  Correct.

19           And you can of course see the derrick in

20   front of you, in the background.                      11:18

21       A.  That is correct.

22       Q.  All right.  Can you agree with me, that at

23   least as depicted in this image, the Schlumberger

24   wireline unit is separated from the rig floor by

25   40, 50, 60 feet, maybe more?                          11:18

Exhibit 8
Page 72 of 347

510

1          MS. CHESTER-SCHINDLER:  Objection.  Form.

2          THE WITNESS:  From this picture, it's

3    obviously away.  But I question the fact that this

4    is from 1981, because --

5    BY MR. COSCULLUELA:                              11:19

6       Q.  Can you tell me why?

7       A.  Yes.

8          I trained -- and in fact, everyone that

9    started out with Schlumberger, even up till 1982,

10   were trained on what we call the old analog        11:19

11   offshore unit.  It did not have the four Coleman

12   air conditioners because it did not have a

13   computerized data acquisition unit.  It had a small

14   window air conditioner like our parents or even us

15   owning a house would have had a window unit.  And   11:19

16   only is one protruding out on left side.

17          And the computerized unit, because it's

18   the latest and greatest, would have cost more, and

19   it took years before they were fully deployed.  And

20   I know I was sent to the Penrod 63 to work in the   11:20

21   early '80s only because I am trained on the analog

22   unit and I cannot -- I was not qualified to run

23   this unit.  So it couldn't have been in 1981 from

24   the Penrod 63 because I wouldn't have been able to

25   work on the 63 because I was not trained to run     11:20

Exhibit 8
Page 73 of 347

511

1    such unit.

2         And just -- I'm sure since from -- you

3    guys are from the industry, from 1980 -- in 1980,

4    there were over 600 offshore rigs.  Schlumberger

5    had about almost hundred percent of the market        11:20

6    share, meaning that almost every rig had a

7    Schlumberger logging unit.  And I went on, you

8    know, hundreds of rigs, as I mentioned, over those

9    years, and I wasn't trained to run this CSU logging

10   unit until probably '83 or so.                        11:21

11        And then they weren't fully deployed until

12   around mid -- the mid '80s, meaning that the oil

13   companies probably resisted for a while before

14   changing, by having to pay a little higher rent per

15   month to keep this F-unit on location.                11:21

16        So if you tell me this picture was taken

17   in 1985, it would make sense, because there would

18   be -- would have been a lot more rigs with this

19   CSU, or this F-unit, as we call it.  But back in

20   the early '80s, there were very, very few of these    11:21

21   units with the four Coleman air conditioners.

22   That's the only way you can tell the difference

23   between the fact that -- you know, I mean,

24   obviously the unit itself is blue.

25        So I am trying to explain to you that            11:22

Exhibit 8
Page 74 of 347

512

1   this -- I would question the date of this and

2   certainly the fact that it was taken from Penrod

3   63, because I wouldn't have been able to go on it.

4        Q.  Okay.  Let me see if I can -- let me see

5   if I can unpack that a little bit, sir.                    11:22

6            As I understand it, you're challenging the

7   date of this image being 1981 because the

8   Schlumberger unit doesn't have the window-unit

9   air-conditioning system.  Instead it has the four

10  Coleman-style air-conditioning units on the roof.        11:22

11           MS. CHESTER-SCHINDLER:  Objection.  Form.

12           THE WITNESS:  Well, I am challenging the

13  time because you had said that it's taken from the

14  helipad on Penrod 63, of the rig -- of the rig,

15  from -- view from the helipad.  And if I were sent        11:22

16  to the Penrod 63 back in '81, '80, it had to be an

17  old unit with, like I said, a window unit sticking

18  out on the left side and without the four rooftop

19  air-conditioning units.  Because I was --

20           MR. COSCULLUELA:  Okay.                          11:23

21           THE WITNESS:  -- qualified to run those

22  units.

23           So they existed -- let me make it clear.

24  Those type of units existed back in 1980.  There

25  were very few of them.  Out of the 600 offshore         11:23

Exhibit 8
Page 75 of 347

513

1    rigs, there had to be just a handful of them.  And

2    throughout the years, we deployed more and more and

3    eventually switched out all the old analog units to

4    the computerized unit because they were totally

5    different operating methods.  And we were not even        11:23

6    trained through, as far as I know, 1982, '83, on

7    how to run these units.

8          MR. COSCULLUELA:  Right.

9    BY MR. COSCULLUELA:

10     Q.  Sir, I understand and I appreciate what          11:24

11   you're saying, and what I'm trying to do is to

12   drill down a little deeper.  No pun intended.  But

13   I'm trying to make sure I understand the basis of

14   your concern about this image.  Okay?  Your concern

15   is that -- well, let me take a step back.             11:24

16          The information I furnished to you was

17   that this image was taken circa 1981, or in 1981,

18   by the helicopter pilot.  And we can see the

19   Schlumberger unit, correct?

20     A.  Yes.                                             11:24

21     Q.  Your objection or your complaint about

22   this is that you don't believe that style of

23   Schlumberger unit would have been on Penrod 63 at

24   this point in time, in 1981.

25     A.  That's correct.                                 11:24

Exhibit 8
Page 76 of 347

514

1          Q.   Okay.  You believe the Schlumberger unit

2     wouldn't have been one of the units with the four

3     air conditionings on the roof.  Instead, it would

4     have had one window unit.

5          A.   Yes.  On account of the fact that, if I          11:25

6     were sent out there to work, it had to be the older

7     unit.

8          Q.   Right.  Because you weren't qualified to

9     work on one of the newer units yet.

10         A.   That's correct.                                  11:25

11         Q.   Okay.  And I'm mindful of your -- I'm

12    mindful of the comments that you're making, and I'm

13    accepting them as -- I'm accepting them as

14    accurate.  But can you agree with me, whatever date

15    this photograph was taken and whatever rig this       11:25

16    photograph was taken on, it does, in fact, depict a

17    Schlumberger wireline unit across the pipe rack,

18    the pipe storage area from the rig floor?

19         A.   Yes.  I agree to that.

20         Q.   Okay.  Do you agree that the Schlumberger       11:25

21    unit depicted on this image is -- it's placed on

22    skids above the crew quarters?

23         A.   Well, if you tell me that the crew

24    quarters was below it, then yes, obviously that is

25    the case.                                               11:26

Exhibit 8
Page 77 of 347

515

1        Q.  Well, is --

2        A.  Uh-huh.

3        Q.  Is that how you remember the configuration

4    or the arrangement of the equipment on the Penrod

5    63?                                                    11:26

6        A.  No.  I cannot remember how it was done

7    back then.

8        Q.  Okay.  Sir, from your deposition

9    testimony -- from your deposition testimony a

10   couple of weeks ago, I recalled you identifying the   11:26

11   Transworld 69.  Do you remember that as one of the

12   rigs that you worked?

13       A.  Yes.  I said that.  Yes.

14       Q.  All right.

15           MR. COSCULLUELA:  Angela, I'm going to        11:26

16   direct you to upload File 66.

17           (Defendant's Exhibit No. 34 marked for

18           identification.)

19   BY MR. COSCULLUELA:

20       Q.  Hopefully, this will work a little            11:27

21   smoother.  But I think what I'm going to share with

22   you momentarily is a helicopter photographic image

23   of the Transworld 69.

24           Has it loaded?

25       A.  Okay.  I have a new photograph.               11:27

Exhibit 8
Page 78 of 347

516

1      Q.   Okay.   Sir, I'm going to represent this is

2    the Transworld 69, 1981, circa 1981.   Okay?   Does

3    this appear how the Transworld 69 appeared during

4    your service aboard that drilling facility while

5    employed by Schlumberger?                                11:27

6      A.   I cannot remember ever seeing the rig this

7    way, and I certainly don't remember how the

8    Transworld 69 looks today -- back then in 1980.

9      Q.   So you remember the name; you just don't

10   remember the configuration or the arrangement of        11:28

11   the equipment.

12     A.   That's correct.

13     Q.   All right.   Can you -- looking at this

14   image, though, can you look at the image and

15   identify the Schlumberger wireline unit?               11:28

16     A.   I do not see it.

17     Q.   Can you see the little blue box just to

18   the right of the helipad?

19     A.   Yeah.   I see a elongated blue box.   Yes.

20     Q.   Okay.   And was -- were Schlumberger           11:28

21   wireline units elongated blue boxes?

22     A.   They were more squarish with a white top.

23   And this does not look like a logging unit

24   because --

25     Q.   Does it look --                                11:28

Exhibit 8
Page 79 of 347

517

1        A.  -- on here it would also have a drum --

2   also have a drum in front.  You don't see a drum of

3   the wires -- the --

4        Q.  Okay.  So your belief is that the blue

5   elongated unit that I'm looking at and that we're        11:28

6   all looking at on this Transworld 69 -- you don't

7   believe that's a Schlumberger wireline unit.

8        A.  It does not look like one of those things

9   that I worked in, no.

10       Q.  Okay.  Well, if nothing else, can you          11:29

11  agree with me that that blue-colored box, elongated

12  box, is situated very similarly with respect to the

13  drill floor as the other image that we showed, that

14  we looked at a few moments ago, that I represented

15  was the Penrod 63?                                       11:29

16       A.  Yes.  I agree it's consistent with the

17  previous photograph.

18       Q.  Okay.  That is, that the -- that is, that

19  the elongated blue box is some distance away from

20  the rig floor and it's separated by the pipe rack.      11:29

21       A.  Correct.

22       Q.  Okay.  Do you have any photographs of the

23  Penrod 63, that we haven't seen already?

24       A.  I do not.  I -- no, I do not have any

25  photographs of the Penrod rigs that I've worked on.     11:30

Exhibit 8
Page 80 of 347

518

1      Q.  Got it.

2          Do you have any photographs of the

3  Transworld 69, that we haven't seen already?

4      A.  I do not.

5      Q.  All right.  Let me ask you this:  If that      11:30

6  blue elongated box isn't the Schlumberger wireline

7  unit -- you mentioned a few moments ago that

8  Schlumberger had a hundred percent or almost a

9  hundred percent penetration of the Gulf of Mexico.

10  Can you tell me where the Schlumberger unit is on      11:30

11  this image?

12          MS. CHESTER-SCHINDLER:  Objection.  Form.

13  Running objection to this photograph.

14          MR. COSCULLUELA:  Of course.

15          THE WITNESS:  I said I -- from this      11:30

16  picture, I cannot identify or see the logging unit,

17  period, whether it's Schlumberger or Dresser Atlas.

18          MR. COSCULLUELA:  All right.  Fair enough.

19  BY MR. COSCULLUELA:

20      Q.  Do you have any photographs anywhere      11:30

21  showing the Schlumberger wireline unit being within

22  20 to 30 feet of the rig floor?

23      A.  I believe I do.  I would have had sent it

24  to Susie already, but I --

25      Q.  Okay.      11:31

Exhibit 8
Page 81 of 347

519

1          A.   I think through my review of the

2     photographs I've had taken, I have one or two that

3     is just on the rig floor, like the way I described,

4     you know, the typical setup offshore.

5          Q.   Okay.  I'll ask, then, again, if you have          11:31

6     any photographs of the rigs on which you served

7     where the Schlumberger wireline unit is within

8     30 feet of the rig floor, I'd love to see them and

9     be given an opportunity to ask you questions about

10    them.                                                         11:31

11         MS. CHESTER-SCHINDLER:  Plaintiff agrees

12    to provide those.  And what we can do is, actually

13    at the lunch break, I can go through with David the

14    photographs that he gave me, to see if he has any

15    additional ones or what he's thinking of is among           11:32

16    the photographs that he provided.

17         MR. COSCULLUELA:  Okay.  Thank you, Susie.

18         MS. CHESTER-SCHINDLER:  I'd like to verify

19    for the record.  That was Exhibit 34?

20         MR. COSCULLUELA:  Well, it's -- today it's             11:32

21    being marked as Deposition Exhibit 2, but it will

22    be re-marked consecutively to Exhibit 34.

23         (Brief discussion held off the record.)

24    BY MR. COSCULLUELA:

25         Q.   Sir, other one of the -- another one of          11:33

Exhibit 8
Page 82 of 347

520

1    the offshore --

2            MR. COSCULLUELA:  Oh.  Is he still there?

3            Mr. Hsieh, are you still there?

4            MS. CHESTER-SCHINDLER:  I don't have him.

5    Do you?                                          11:33

6            MR. COSCULLUELA:  I don't have -- I see

7    Mike McGlone.  Well, I see Mike's name.

8            MS. CHESTER-SCHINDLER:  I see Mike's paper

9    over his camera.

10           No.  I've lost David.                    11:33

11           MR. COSCULLUELA:  Nicolette, you want to

12   try to see if we can land him?

13           THE COURT REPORTER:  Sure.  Sure.

14           MR. BRIDGER:  Can we take just a short

15   break and --                                     11:33

16           MR. COSCULLUELA:  Of course.  Let's take a

17   ten-minute break.

18           MR. BRIDGER:  Fine.  Thanks.

19           THE COURT REPORTER:  Okay.  So I'm going

20   to go off record even though I don't have the    11:33

21   videographer to take us off record.

22           MR. COSCULLUELA:  Yeah.  Go off record,

23   and let's see if we can track these folks down.

24           (The parties agreed to go off the record

25           from 11:34 a.m. to 11:46 a.m.)           11:34

Exhibit 8
Page 83 of 347

521

1          THE VIDEOGRAPHER:  We're back on the

2     record at 11:46 a.m.

3     BY MR. COSCULLUELA:

4          Q.  Mr. Hsieh, this is Alex Cosculluela again.

5     I wanted to ask you, one of the -- one of the          11:46

6     offshore drilling facilities that you identified

7     was the Mariner 7, and you also identified the

8     Mariner 3, and I've been able to find that -- I've

9     been able to find that piece of equipment, but I'm

10    having a tough time with the Mariner 7.  Is it        11:46

11    possible it was actually not Mariner 7 but Marine

12    7?

13         A.  I didn't know there was a Marine 7.  I

14    thought -- the reason I say Mariner 7 is because I

15    remember they were both a similar type of small       11:47

16    semisubmersible.  So I thought they were the same.

17    And the rig configurations were very similar.  But

18    I cannot say definitely that it was the Mariner 7.

19    But I do remember the Mariner 3 very, very clearly.

20         Q.  Okay.  Fair enough.                           11:47

21         Sir, what -- when you were being

22    questioned earlier, you had identified -- you had

23    identified a Zapata rig, and I couldn't quite catch

24    the name.  And when I looked at the rough

25    transcript, I couldn't understand the name either.    11:47

Exhibit 8
Page 84 of 347

522

1    So I was hoping you might be kind enough to refresh

2    me on it.

3         A.   It's -- it was called Zapata Vinegaroon.

4    Vinegaroon apparently was told -- I was told it was

5    an Indian name.  I think it was spelled          11:48

6    V-e-g-i-n-a-r-o-o-n.  Vinegaroon.

7         Q.   I know exactly what you're talking about.

8    And the Vinegaroon, V-i-n-e-g-a-r-o-o-n, was

9    constructed in 1957.  It was a very old rig.

10        A.   It's my age.  Okay.                    11:48

11        Q.   And I didn't mean you're old.  It's old

12   for a rig.  There's a difference.

13        A.   Of course.  It was very old.

14        Q.   Getting younger every day if you ask me.

15             Sir, I want to -- I want to share some   11:48

16   images with you and see if you can help me -- if

17   you can help me with a little constructive

18   criticism.

19             MR. COSCULLUELA:  Angela, would you pull

20   up Image 42?                                     11:48

21             THE COURT REPORTER:  Okay.  So this is

22   going to be 32 -- 34?  No.  35?

23             MR. BRIDGER:  35.

24             THE COURT REPORTER:  35.  Thank you.

25             (Defendant's Exhibit No. 35 marked for   11:49

Exhibit 8
Page 85 of 347

523

1          identification.)

2    BY MR. COSCULLUELA:

3          Q.   Let me know when it comes across, sir.

4          A.   I just see a Schlumberger -- well, there's

5    a sketch of a Schlumberger unit.                          11:49

6          Q.   Yeah.   That's exactly what it is.

7               Sir, is this a reasonably fair facsimile

8    to what a Schlumberger wireline unit looked like

9    while you were in the gulf?

10         A.   No, it is not.                                  11:49

11         Q.   Of course not.

12              Okay.   Tell me how it's wrong.

13         A.   It did not have a -- what we call a

14   shelter over the drum, you know, a roof over the

15   drum.   The unit, which is painted blue, is too        11:49

16   boxy.   It's not long enough.

17         Q.   Okay.   So it's got to stretch out longer.

18         A.   Yeah.   And -- well, everything else --

19   they're slightly different.   You know, the

20   drum itself, you know, obviously does not have        11:50

21   cables on it, so it's okay.   The other spool was

22   totally possible to have had loaded there.   I just

23   did not recognize it as a unit that we used in the

24   Gulf Coast.

25         Q.   Okay.   Fair enough.                           11:50

Exhibit 8
Page 86 of 347

524

1          MS. CHESTER-SCHINDLER:  I apologize.  Is

2    everyone else able to see this?  Because I simply

3    have a blank white image.

4          MR. COSCULLUELA:  Susie, can you scroll

5    down?                                            11:50

6          MS. CHESTER-SCHINDLER:  I have tried

7    scrolling down, but I'm not having much success.

8          MR. JALENAK:  It took a while for it to

9    pop up on my screen.  I had a blank image for quite

10   a while.                                         11:50

11         MS. CHESTER-SCHINDLER:  Okay.  I'll just

12   hang tight with it, then.

13         MR. JALENAK:  You may want to refresh.

14         MS. CHESTER-SCHINDLER:  There we go.

15   Thanks.  I refreshed, but now it -- it just needed   11:50

16   longer to load without refreshing.  Thank you.

17         MR. COSCULLUELA:  Okay.

18   BY MR. COSCULLUELA:

19     Q.  So Mr. Hsieh, while you were working in

20   the gulf for Schlumberger as a JFE, an FE, and       11:51

21   later an SFE, or senior field engineer, you did

22   actually work on these types of Schlumberger units

23   that had the four Coleman air-conditioning systems.

24     A.  Yes, I did.  I was trained on it, you

25   know, like mid '80s, and then I started making jobs   11:51

Exhibit 8
Page 87 of 347

525

1    on those old --  the new -- on these type of new

2    what we call F-units.

3        Q.  Okay.  When did -- when were -- when did

4    Schlumberger manage to replace its hundred percent

5    penetration of the wireline market offshore with          11:51

6    these -- with the units that didn't have the

7    window-unit air-conditioning systems?

8            MS. CHESTER-SCHINDLER:  Objection.  Form.

9            THE WITNESS:  I would say sometime in the

10   mid '80s.                                                 11:51

11           MR. COSCULLUELA:  Mid '80s?  Okay.  Fair

12   enough.

13           Angela, would you pull up -- would you

14   pull up Image 43?

15           (Defendant's Exhibit No. 36 marked for            11:52

16           identification.)

17           THE WITNESS:  Dustin, I can't go back to

18   the --

19   BY MR. COSCULLUELA:

20       Q.  Sir, let me know -- we're calling up Image        11:52

21   33 -- I'm sorry -- Image 43 on my end, which is

22   going to be Deposition Exhibit 36.

23       A.  Hold on.

24       Q.  Let me know when that image loads for you,

25   sir.                                                      11:52

Exhibit 8
Page 88 of 347

526

1      A.  Okay.  I see this -- I see the image now.

2      Q.  And it's basically the same image that you

3   were looking at a moment ago as Deposition

4   Exhibit 35 except this one's skeletonized so you

5   can see inside the cabin.                          11:53

6      A.  I see that, yes.

7      Q.  Does the cabin approximate reasonably the

8   appearance of the cabins inside when you were in

9   the field, except it's not as elongated?

10     A.  Yes.  The instrumentation rack in the back   11:53

11  is pretty much exactly how it was back then.

12     Q.  Okay.  So at least with respect to the

13  interior, we've captured it correctly on this

14  image?

15     A.  Of the F-unit, yes.                          11:53

16     Q.  Okay.  And when you -- are you saying S as

17  in Sally or F as in Frank?

18     A.  F as in Frank was the --

19     Q.  Frank unit.  Okay.

20     A.  -- was the term for the computerized data    11:53

21  acquisition unit that we worked on later.

22     Q.  Are there two -- are there two

23  Schlumberger wireline units, predominantly, that

24  you worked on?  Maybe a C-unit and an F, as in

25  Frank, unit?                                        11:54

Exhibit 8
Page 89 of 347

527

1      A.   That's correct.  I was trained to work

2  with the analog equipment which was inside the

3  C-unit, what we call a OSU, offshore service unit,

4  C.  Then the F-unit, OSU-F, was being introduced

5  and slowly replaced the C-unit, and we worked          11:54

6  predominantly on C-unit jobs until they were all

7  replaced into the F-units.

8      Q.  Understood.

9          So while -- during your service as a field

10  engineer, irrespective whether it was a JFE, an FE,   11:54

11  or a senior field engineer, you worked on

12  Schlumberger C-units and F-units.

13      A.  Yes.  Those are the only two units I ever

14  had to work on.  Yes.

15      Q.  Perfect.  Understood.                          11:54

16          MR. COSCULLUELA:  Angela, let's go to

17  (audio distortion).  This is going to be Deposition

18  Exhibit 37.

19          (Defendant's Exhibit No. 37 marked for

20          identification.)                               11:55

21  BY MR. COSCULLUELA:

22      Q.  Sir, I'm going to share with you

23  Deposition Exhibit No. 37.

24      A.  Okay.

25      Q.  Let me know when that loads.  And I           11:55

Exhibit 8
Page 90 of 347

528

1    believe what you're going to see is the interior of

2    the same logging unit we were just looking at, the

3    facsimile of the logging unit, looking out toward

4    the winch.

5         A.  Okay.  I see the winchman's control.        11:56

6         Q.  Does this appear -- does this appear a

7    reasonable facsimile of the control panel that

8    would have been in front of the spool cable and

9    winch on the C-units and the F-units?

10        A.  This is not how our F-unit winchman's       11:56

11   control -- this is not exactly correct.  This board

12   has more hydraulic -- hydraulic controls on

13   the panel.  We had more mechanical -- even the

14   winch control for going up and down looked

15   different.  So no, this is not exactly what a        11:56

16   F-unit that I worked in has winchman -- what the

17   F-unit winchman's control panel looked like.

18        Q.  Okay.  And it doesn't look like a C-unit

19   either.

20        A.  Definitely not a C-unit, no.                11:57

21        Q.  Okay.  Understood.  Thank you, sir.

22        A.  Okay.

23        Q.  I want to share with you --

24            MR. COSCULLUELA:  Image 47.

25   BY MR. COSCULLUELA:                                  11:57

Exhibit 8
Page 91 of 347

529

1       Q.  -- what I'm going to mark as Deposition

2   Exhibit No. 38 and see if maybe you can help me

3   identify this image.

4           (Defendant's Exhibit No. 38 marked for

5           identification.)                              11:58

6           THE WITNESS:  Still -- I still don't have

7   it yet.

8           MR. COSCULLUELA:  Okay.  It's still

9   uploading, I understand.

10          Do you have it now?                           11:58

11          THE WITNESS:  I have something here.

12  Exhibit --

13          MR. COSCULLUELA:  You might need to -- you

14  might need to enlarge it a little bit, because as

15  I'm looking at it on the screen that you would be   11:58

16  seeing, it looks a little small.  And there's a

17  plus and minus button to make it smaller and

18  bigger.

19          THE WITNESS:  All right.  Let me zoom it.

20          Yeah.  Okay.  I have enlarged it enough.     11:58

21  BY MR. COSCULLUELA:

22      Q.  What I'm sharing with you now is

23  Deposition Exhibit No. 38.  And I understand this

24  is some sort of an offshore facility.  Do you see

25  the Schlumberger wireline unit depicted?  You can't  11:58

Exhibit 8
Page 92 of 347

530

1    miss it.  There's a big circle and an arrow around

2    it.

3             MS. CHESTER-SCHINDLER:  May I have a

4    running objection to this exhibit?

5             MR. COSCULLUELA:  Of course.                11:59

6    BY MR. COSCULLUELA:

7        Q.  And I can't give you a source for this

8    image, sir, because the only source I can give you

9    is Google.

10       A.  Okay.  I see the object in the circle that   11:59

11   is shown here.  It's not very clear to me that it's

12   a Schlumberger logging unit, but if you say it is,

13   maybe it is.

14       Q.  Well, I'm not sure, actually.  I was going

15   to ask you.  It appears to me to be painted in      11:59

16   Schlumberger blue, but the blues change all the

17   time and they get faded.  Does that appear a

18   Schlumberger wireline unit to you?

19       A.  Well, it does not, because it has -- if it

20   is, it's not a functioning unit, because it         11:59

21   shouldn't have this big white obstruction in front.

22   You know, it will even obstruct the view from the

23   winchman.  So you cannot run a log that way.

24           I assume that the front, it should be

25   going to the right, towards the vee-door.  And then  11:59

Exhibit 8
Page 93 of 347

531

1    this apparently is still in a setup where its going

2    to be lifted, maybe.  So you can see looks like a

3    stepladder setup and maybe a lifting -- the

4    lifting -- the hoisting mechanism on both ends of

5    the -- of this blue box.                        12:00

6         So if it were a Schlumberger unit, maybe

7    it was just being hoisted or still set up to be

8    positioned to where it needs to be.

9         Q.  Okay.  In any event, wherever it's

10   situated isn't on what you would call the rig      12:00

11   floor, correct?

12        A.  That's correct.

13        Q.  It would be some distance from the rig

14   floor, correct?

15        A.  This is far away, yes.                   12:00

16        Q.  Okay.  Sir, I want to direct your

17   attention -- I want to direct your attention to

18   Deposition Exhibit No. 38.  And we're downloading

19   Image -- we're downloading Deposition Exhibit 38

20   now.                                             12:01

21        MR. WILLIAMS:  You sure it's not 39?

22        THE COURT REPORTER:  Yeah.  That's what I

23   was just checking on.  I think it is 39.

24        MR. COSCULLUELA:  You all are absolutely

25   correct.  It's Image -- I'm sorry.  It's Deposition  12:01

Exhibit 8
Page 94 of 347

532

1    Exhibit No. 39.  Thank you.  You screwed up.  You

2    trusted me.

3            (Defendant's Exhibit No. 39 marked for

4            identification.)

5            THE WITNESS:  I see a picture of an            12:02

6    engineer sitting in front of the -- I mean, the

7    control panels.

8    BY MR. COSCULLUELA:

9        Q.  Okay.  And this is a -- can you agree with

10   me, this would be -- and I'll represent to you this   12:02

11   is from the cover of a Schlumberger annual report.

12   And I want to see if you can agree with me that

13   there's a Schlumberger technician in the

14   background.  You can see his coveralls?

15       A.  Yes.                                          12:02

16       Q.  And would the person who's sitting in

17   front of the console be the engineer?

18       A.  It should be.

19       Q.  Okay.  And would you agree with me that

20   the panel or panels that the engineer is looking at   12:02

21   would be the analog panels that were characteristic

22   of the Schlumberger C, Charlie, units?

23       A.   This is not.  This is the F-unit.  Those

24   small modules on the top right corner are

25   individual modules that control each individual      12:03

Exhibit 8
Page 95 of 347

533

1    tool.

2         And then he -- this person, which I may

3    add that it could easily be a geologist of the oil

4    company, while the engineer stands behind him, let

5    him look at the log.  So maybe they see a zone of        12:03

6    interest.

7         But either way, this person wearing the

8    orange shirt is looking at a screen, a display,

9    which is a Tektronix screen.  That is how the log

10   in real time would appear as we log up.  And all         12:03

11   the silvery things above it are the individual

12   modules that are used in an F-unit controlling --

13        Q.  Okay.

14        A.  -- the -- not a C-unit.

15        Q.  Sir, when was the F-unit rolled out by          12:03

16   Schlumberger?  Do you know?

17        A.  Well, it was first introduced, like I

18   said, in 1980.

19        There were already some hand-picked

20   engineers trained on it.  They had to go to the          12:04

21   learning center and learn the entire new way of

22   operation while we continue -- we came in as JFEs.

23   We would train on the old analog panels.

24        Each panel, instead of a modular you'd see

25   over here -- each module, you know, weighs 10,           12:04

Exhibit 8
Page 96 of 347

534

1    15 pounds.  The panels weigh up to a hundred pounds

2    to handle.  So you need an entire rack to put those

3    things on and then actually connect the cables so

4    that they would work.  So --

5         Q.  Okay.                                    12:04

6         A.  -- it took years before full deployment

7    took place.

8         Q.  Okay.  And your belief is that the

9    Schlumberger F-units with the digital equipment

10   were rolled out in 1980?                          12:05

11        A.  I said that they were --

12             MS. CHESTER-SCHINDLER:  Objection.  Form.

13             THE WITNESS:  They were first introduced

14   to the oil companies in 1980.

15             MR. COSCULLUELA:  Okay.                  12:05

16             THE WITNESS:  And it took me a few years

17   before I was even privileged to be trained on it

18   and eventually qualify and be able to go either

19   way.  You know, meaning if a C-unit job comes in, I

20   can go; if an F-unit job comes in, I'm also         12:05

21   qualified to go.

22             MR. COSCULLUELA:  Right.

23             THE WITNESS:  It was only F-units later.

24             MR. COSCULLUELA:  Right.

25   BY MR. COSCULLUELA:                                12:05

Exhibit 8
Page 97 of 347

535

1      Q.  Is it possible that the F -- that

2   Schlumberger rolled out the F-units as early as

3   '77?

4           MS. CHESTER-SCHINDLER:  Objection.  Form.

5           THE WITNESS:  I am not sure.  But it's        12:05

6   certainly possible that it was done in '79, because

7   they would have been promoting the new digital

8   acquisition system, about how powerful the new data

9   acquisition system would be compared to the old

10  analog system.                                       12:06

11  BY MR. COSCULLUELA:

12     Q.  Okay.  How about '78?  Do you think it

13  might have been as early as '78 when the F-units

14  were rolled out?

15          MS. CHESTER-SCHINDLER:  Objection.  Form.     12:06

16          THE WITNESS:  It's a tough question.  I

17  was still a junior in college, and I never even

18  heard of Schlumberger.

19          MR. COSCULLUELA:  Well, I know.  Neither

20  you or I knew how to pronounce it.  That's for       12:06

21  sure.

22          Angela, would you roll out Image No. 52?

23  BY MR. COSCULLUELA:

24     Q.  Sir, the next image I'm going to share

25  with you is Deposition Exhibit 40.                   12:06

Exhibit 8
Page 98 of 347

536

1      A.   Okay.

2           (Defendant's Exhibit No. 40 marked for

3           identification.)

4    BY MR. COSCULLUELA:

5      Q.   Do you have it?                          12:06

6      A.   I have it now.

7      Q.   Okay.   This again is courtesy of

8    Schlumberger and Google, I guess.   And all I'm

9    looking for is your agreement.   These

10   are reasonable facsimiles of the wireline tools    12:07

11   that you would have used in the early '80s?

12     A.   I've used the left three tools.

13     Q.   The left three.   Okay.

14          What's the one on the right?

15     A.   It's also a dipmeter, as they say, but it   12:07

16   was used on slightly different type of application,

17   and I don't think I have ever run it.   I never had

18   the chance to run it.   But it would be a similar

19   type of operation.

20     Q.   Okay.   But the others, the sonic logging   12:07

21   tool and the density device and the other dipmeter

22   that's depicted, would have been tools that you

23   commonly used in the field.

24     A.   Yes.

25     Q.   Okay.   Fair enough.                       12:08

Exhibit 8
Page 99 of 347

537

1          I want to direct your attention now to

2     Exhibit No. 41.

3          (Defendant's Exhibit No. 41 marked for

4          identification.)

5          THE WITNESS:  Taking a while to download,     12:08

6     huh?

7          MS. CHESTER-SCHINDLER:  Right.

8          MR. COSCULLUELA:  I know.  It's -- I see

9     it spinning over here, and I apologize.  I wish I

10    could make it go faster.                            12:09

11         THE WITNESS:  No worries.  I just want to

12    confirm that I don't have it yet.

13         MR. COSCULLUELA:  Has it popped up yet?

14         THE WITNESS:  I have it now.

15    BY MR. COSCULLUELA:                                 12:09

16     Q.  Okay.  Sir, looking at Deposition Exhibit

17    No. 41, does that appear to be characteristic of

18    the Schlumberger wireline crew operators deploying

19    a tool -- deploying or retrieving a tool?

20         MS. CHESTER-SCHINDLER:  Objection.  Form.      12:09

21         THE WITNESS:  This picture does look like

22    they're in -- under the derrick and positioning the

23    tool over something, which makes sense for them to

24    be aiming at the hole to maybe lower it.  Yes, you

25    can say that's what they're doing.  It's not clear   12:09

Exhibit 8
Page 100 of 347

538

1   exactly what they're doing from here.

2   BY MR. COSCULLUELA:

3       Q.  Okay.  What it looks like they're doing,

4   if I hear you, is they're getting ready to lower

5   the tool into the well bore -- well, into the bore    12:10

6   hole, and they're trying to make it go in straight.

7           MS. CHESTER-SCHINDLER:  Objection.  Form.

8           THE WITNESS:  Well, from the picture, you

9   can say that, you can say that or not, but you

10  can't just say for sure that that's what they're     12:10

11  doing.  But they are holding it steady and looking

12  down, you know, so -- as if they want to make sure

13  that it's going to be lowered into a certain

14  target.

15  BY MR. COSCULLUELA:                                   12:10

16      Q.  Okay.  Let me ask this:  If the tool was

17  actually being retrieved or pulled from the hole,

18  the bore hole, would there only be one operator

19  there and another operator at the winch?

20          MS. CHESTER-SCHINDLER:  Objection.  Form.     12:10

21          THE WITNESS:  Well, generally the

22  distribution of work would mean, that as it come

23  out of the hole, because of the -- because it comes

24  out from the hole being wet and muddy, you have the

25  winchman and then -- operating the winch.  The       12:11

Exhibit 8
Page 101 of 347

539

1    other person, on the floor, would be trying to

2    rinse down the tool.  So up until the tool was all

3    the way out, that's what they're doing.

4           MR. COSCULLUELA:  Okay.

5           THE WITNESS:  That's their job.                12:11

6    BY MR. COSCULLUELA:

7       Q.  So if this tool were actually being pulled

8    from the bore hole, one of the operators would be

9    at the winch and the other one would be handling,

10   or manhandling, whatever you want to call it, this   12:11

11   tool and trying to wash it off, wash off the mud

12   with the pressure hose.

13          MS. CHESTER-SCHINDLER:  Objection.  Form.

14          THE WITNESS:  This picture cannot be when

15   the tool just came out, because the tool is too      12:11

16   clean and so are the operators.

17          MR. COSCULLUELA:  I agree.

18          THE WITNESS:  Yeah.  It has to be just

19   they were trying to go in, maybe.

20   BY MR. COSCULLUELA:                                   12:12

21      Q.  Okay.  And that's what I thought you were

22   trying to get at earlier, that it looks like

23   they're trying to put the tool in straight.

24      A.  At the most, that would be what they're

25   doing, yes.                                           12:12

Exhibit 8
Page 102 of 347

540

1        Q.   Okay.  Do you recognize --

2        A.   (Indiscernible).

3        Q.   -- the tool?

4        A.   I'm sorry, Alex.

5             I do not recognize this tool.              12:12

6        Q.   Okay.

7        A.   Not from this angle.

8        Q.   Okay.  And I'm sorry if I cut you off.  I

9    apologize.  Were you finished with your answer?

10       A.   I thought I finished saying that I agree    12:12

11   that it does look like they were preparing it to go

12   down, because it's very clean.  And I added that

13   this tool was unfamiliar to me.

14       Q.   Okay.  Sir, when your lawyer was asking

15   you questions at the very beginning of your          12:12

16   deposition, did I understand correctly that you

17   learned from your physicians in Taiwan that

18   mesothelioma was not a disease that existed in

19   Taiwan?

20            MS. CHESTER-SCHINDLER:  Objection.  Form.   12:13

21            THE WITNESS:  The surgeon that went over

22   the pathology test with me say that -- told me that

23   "We see one case a year in Taiwan.  It's very rare

24   to see it, but we are aware of this disease."

25            And so obviously my conclusion was the      12:13

Exhibit 8
Page 103 of 347

541

1    fact that they have never treated anyone.  Because

2    statistically, if there's only one out of 23

3    million people, they would have won the lottery if

4    they get the patient.  And that's why I chose to

5    come back to Stanford, because the American          12:13

6    medical -- American -- I mean, there's a lot more

7    cases occurring each year in the USA.

8    BY MR. COSCULLUELA:

9        Q.  What year was that, that you learned that

10   fact, the (indiscernible) of mesothelioma in         12:13

11   Taiwan, from the doctor?

12       A.  In early 2018 when the pathology test --

13       Q.  Early 2018.  Okay.

14       A.  After my lung surgery.

15       Q.  Okay.  Sir, I'm going to direct your         12:14

16   attention to Deposition Exhibit No. 42.  Let me

17   know when -- let me know when that image downloads,

18   sir.

19           (Defendant's Exhibit No. 42 marked for

20           identification.)                             12:14

21           MR. COSCULLUELA:  Has the image

22   downloaded?

23           MS. CHESTER-SCHINDLER:  No.

24           THE WITNESS:  Yeah.  I see a document.

25           MR. COSCULLUELA:  Yes, sir.                  12:15

Exhibit 8
Page 104 of 347

542

1          MS. CHESTER-SCHINDLER:  May I have a

2     running objection to this exhibit, Counsel?

3          MR. COSCULLUELA:  Of course.  Of course.

4          MS. CHESTER-SCHINDLER:  Thank you.

5     BY MR. COSCULLUELA:                          12:15

6        Q.  Sir, what I'm sharing with you is

7     Deposition Exhibit No. 42.  This is a publication

8     within the Journal of the Formosan Medical

9     Association journal.  It was printed in 2019,

10    Volume 118 of that publication, pages 463 to 470.    12:15

11    And it's an original article entitled "Upcoming

12    epidemic of asbestos-related . . . pleural

13    mesothelioma in Taiwan:  A prediction of incidence

14    in the next 30 years."  Did I read that fairly?

15       A.  Yes.                                   12:15

16       Q.  Have you read other publications

17    indicating what at least in this article's headline

18    they call an epidemic of mesotheliomas?

19       A.  I have never heard of a so-called

20    epidemic.                                     12:15

21       Q.  Okay.

22       A.  No.

23          MS. CHESTER-SCHINDLER:  Well, of course.

24    Because that's a prediction.  Please read the whole

25    title if you're going to read it.             12:16

Exhibit 8
Page 105 of 347

543

1          MR. COSCULLUELA:  I could be more

2     accurate.  It says, "Upcoming epidemic of

3     asbestos-related malignant pleural mesothelioma in

4     Taiwan:  A prediction of incidence in the next 30

5     years."                                         12:16

6     BY MR. COSCULLUELA:

7          Q.  This -- you haven't seen publications like

8     this addressing the incidence of mesothelioma from

9     Taiwan, have you?

10         A.  Yes.  That's true.                      12:16

11         Q.  Okay.  Sir, did you ever work aboard the

12     Penrod 91?

13         A.  I did not.

14          MR. COSCULLUELA:  Angela, would you pull

15     up Image 65, please?                            12:17

16          (Defendant's Exhibit No. 43 marked for

17           identification.)

18     BY MR. COSCULLUELA:

19         Q.  Sir, I'm preparing to share with you

20     Deposition Exhibit No. 43.                       12:17

21         A.  Okay.

22         Q.  Let me know when the image loads.

23         A.  The rig is a jackup.

24         Q.  Can you see the image, sir?

25         A.  Yes, I can.                              12:17

Exhibit 8
Page 106 of 347

544

1      Q.   Okay.  I'm going to represent to you this

2   is the Penrod 91.  And I understand that you never

3   worked on this -- on this offshore facility, but I

4   wanted to ask you, from this image, are you able to

5   see the Schlumberger wireline unit?                    12:17

6           MS. CHESTER-SCHINDLER:  May I have a

7   running objection to this exhibit?

8           MR. COSCULLUELA:  Of course.

9           MS. CHESTER-SCHINDLER:  Thank you.

10          THE WITNESS:  From this picture, I can see    12:18

11  the logging unit, yes.

12  BY MR. COSCULLUELA:

13     Q.   Okay.  And it's got the characteristic

14  blue and -- blue Schlumberger unit with a white

15  roof?                                                   12:18

16     A.   That's correct.

17     Q.   And would you agree with me that the rig

18  floor is the portion of the facility that exists

19  immediately under the derrick?

20     A.   Yeah.  That's where the rig floor is, to       12:18

21  the left of the -- the lefternmost leg.

22     Q.   Correct.

23          Would you agree with me that the

24  Schlumberger unit is 40, 50, 60, or more feet away

25  from the rig floor on this image?                       12:18

Exhibit 8
Page 107 of 347

545

1      A.  Yes.

2      Q.  Okay.  And separating the Schlumberger

3   unit from the rig floor is where the pipes are

4   stored -- the drill pipe is stored and the catwalk

5   exists.                                          12:18

6      A.  Yes.  Down below would be the catwalk and

7   the pipe rack.

8      Q.  Okay.

9          MR. COSCULLUELA:  Sir, I want to thank you

10  for your time.  I don't have any other questions    12:19

11  for you right now.

12         THE WITNESS:  Okay.  Thank you.

13         MR. COSCULLUELA:  I'll pass the witness.

14         MR. FOUNDAS:  This is Ernest.  I'm going

15  to go next, but do you want to do a lunch break     12:19

16  first?  What do you want to do?

17         MR. COSCULLUELA:  Well, let's go off the

18  record first.

19         MS. CHESTER-SCHINDLER:  Let's go off the

20  record.                                           12:19

21         THE VIDEOGRAPHER:  Going off the record at

22  12:19 p.m.

23         (The parties agreed to go off the record

24         from 12:19 p.m. to 1:21 p.m.)

25         THE VIDEOGRAPHER:  We're back on the        01:21

Exhibit 8
Page 108 of 347

546

1   record at 1:21 p.m.

2   EXAMINATION BY MR. FOUNDAS:

3       Q.  Hello, Mr. Hsieh.  My name is Ernest

4   Foundas.  Can you hear me okay?

5       A.  Yes, I can.                              01:21

6       Q.  Okay.  If at any time you can't under- --

7   hear me or understand any of my questions, just let

8   me know and I'll be happy to rephrase them.

9       A.  Thank you.  I will.

10      Q.  Sure.                                     01:21

11          And I'm going to try to be as quick and

12  efficient as possible, so I may jump around a

13  little bit, but we'll, you know, get through this

14  as fast as we can.

15      A.  Okay.  Thank you.  I'm not complaining.   01:22

16      Q.  Sure.  Well, thank you.  I appreciate

17  that.

18          What I'm going to do first is I just

19  wanted to review some of your family homes to see

20  if I can get a better handle on where some of them  01:22

21  may have been located.  So I wanted to start with

22  your -- what you described as the traditional wood

23  house where you lived where you were born until

24  about age two.

25      A.  Yes.                                      01:22

Exhibit 8
Page 109 of 347

547

1      Q.  Do you know what town or province that

2  was?

3      A.  It was in the city of Taipei.  Now it's

4  part of the city of Taipei.  Back then, it was

5  still considered Taipei.  But it's in the district    01:22

6  of Shilin, which is spelled S-h-i-l-i-n, today.  It

7  is famous for the night market where people around

8  the world will go to Taipei for the night market

9  street food.

10     Q.  I've certainly heard of that.  I'm into    01:22

11  cooking, so I appreciate that.

12     A.  Great.

13     Q.  So that house -- do you have any family

14  photos or anything of that house?

15     A.  I do not.    01:23

16         I only recently, after my mother's

17  passing, went back to look at the childhood --

18  well, the place where I grew up, which I mentioned,

19  you know, the two separate times for three years

20  each in the -- in the foreign ministry compound,    01:23

21  that my cousin whom I stayed with after the flood

22  told me where the house that I was -- I grew up in

23  after I was born was.

24         We drove to the nearby area.  He told me

25  this is the approximate location.  Of course, the    01:23

Exhibit 8
Page 110 of 347

548

1    place has been redeveloped, and so many new

2    buildings have sprung up, and so you cannot see the

3    old neighborhood.  But he sort of described to me,

4    and he told me it was a Japanese-style wooden

5    house, which many, many buildings in Taipei were.    01:24

6          And I have an idea of what they look like

7    because they all have the sliding doors or whatever

8    you call it that you see in ninja movies.  I'm sure

9    all of us have seen those type things.  And -- but

10   it's all wood, you know, instead of the paper       01:24

11   windowpane.

12         So that is my understanding of how -- what

13   the house construction was, but I have no

14   photograph nor any memory of it -- of that.

15   Q.   Okay.  Now, when you went back and you         01:24

16   were showed the area where your house was, were

17   there any landmarks or anything or -- that you can

18   point us to?

19   A.   I -- well, because it was my cousin's

20   husband who told me it was around here and there    01:24

21   was a suspension bridge and so forth, the best I

22   could do was mark it on my Google map back then.  I

23   remember clearly that I put a mark.  I don't know

24   if it's still on my phone.  But I can only provide

25   that information, you know, where I had actually     01:25

Exhibit 8
Page 111 of 347

549

1    marked it on the map.

2        Q.  Okay.  And I would ask if you could take a

3    look if it's still there, if you could -- is

4    that --

5        A.  Let me give it a try.                      01:25

6            Right now or later?

7        Q.  I mean, is it going to take more than a

8    minute?

9        A.  Shouldn't.  I mean, I'll just go to Google

10   Map and --                                          01:25

11       Q.  All right.

12       A.  -- I'll do a quick search.

13       Q.  That's fine.

14       A.  Let me see.

15           I'm sorry.  I do not have that marked.      01:26

16   Only marked where my parents are -- not buried, but

17   where their ashes -- urns are.  I do not have --

18       Q.  That's fine.  If you don't have it, that's

19   fine.

20           To keep us moving along, who did you live   01:26

21   with in that house?

22       A.  As far as I know, I was there with my

23   mother and father.

24       Q.  Okay.  And your sister was not born at

25   that time, right?                                   01:26

Exhibit 8
Page 112 of 347

550

1      A.   She was born a year and a half later.   So

2   I am not sure if she was born during the flood or

3   not.   It may have been -- she may have been just

4   born not too long before that.

5      Q.   Okay.   Do you know -- I'm sorry.              01:26

6           Do you know if that home was near any

7   industrial plants or shipyards or anything of that

8   nature?

9      A.   I mentioned in the earlier deposition the

10  only thing I can remember is the field, the rice      01:27

11  field out of the house.

12          Because I clearly remember -- the only

13  thing I remember, as I mentioned to Susie, was

14  being bitten by a goose.   Because I as a child

15  loved to take my mother's small parts from her        01:27

16  sewing machine, and I would toss it out towards the

17  field.   And the goose thought that I was being

18  aggressive and came and bit me.   So I clearly

19  remember how it hurt -- how painful the bit was.

20          And so it was certainly -- I mean, that's      01:27

21  why I remember a field.   So instead of a industrial

22  area, it would be a field.

23      Q.   Okay.   So, now, I have that at age two --

24  between age two and four, you moved to your aunt's

25  house.   Is that correct?                             01:27

Exhibit 8
Page 113 of 347

551

1      A.  Yes.

2      Q.  Okay.  Where was your aunt's house

3   located?

4      A.  In Beitou.  Northern Taipei.  It's famous

5   for its hot springs.  One of the more famous hot      01:28

6   springs tourist areas in Taiwan.  B-e-i-t-o-u.

7      Q.  Okay.  And what type of house did she

8   have?

9      A.  I do not remember.  We -- I understand

10   that -- I do not have any recollection of us moving   01:28

11   to their house or staying in their place.  I do

12   know that we had a temporary home near there, you

13   know, very close to them, as soon as we were able

14   to find temporary housing, and that house had a

15   small yard, and it was a cemented wall.              01:28

16        And the house, I do not recall, but it

17   should have been similar to the house that we moved

18   to later when my father got transferred to Taipei,

19   which would have been just brick with cement on the

20   outside.                                             01:29

21      Q.  Okay.  So -- but let's just stay with your

22   aunt's house real fast.  What is your aunt's name?

23      A.  Her name was Hsin-Hua, H-s-i-n, dash,

24   H-u-a, and then Kuo, which is spelled K-u-o.

25      Q.  Okay.  Is she still alive?                    01:29

Exhibit 8
Page 114 of 347

552

1      A.   No.   She has passed away.

2      Q.   Okay.   And then did you also live in that

3   house with your mother, father, and sister?

4      A.   I'm sure that the whole family was staying

5   there because of the -- you know, because our house      01:29

6   was flooded.

7      Q.   Okay.   Now, do you know if there was any

8   industrial facilities, cement plants, or shipyards

9   in the area of that house?

10      A.   I don't know.   But definitely no shipyards      01:29

11   for sure, because we're far away from the mouth of

12   the river.   There is a famous port towards the west

13   of the place, which has a fisherman's wharf, so to

14   speak, today.   So that -- and if there would be any

15   kind of boatyards or shipyards, it would be that      01:30

16   far away.

17      Q.   All right.   So the next -- you said you

18   moved to another house, that was near your aunt's

19   house.   That's the one that you described as having

20   a small yard.   Is that -- was that located close to      01:30

21   your aunt's house, or was that located somewhere

22   else?

23      A.   No.   It was very close to my aunt's house.

24   It was still also in Beitou, as I mentioned, and

25   it's where I mentioned that I attended the first      01:30

Exhibit 8
Page 115 of 347

553

1    year of the three-year kindergarten program.

2         Q.  Right.  Okay.

3              Now, did you just live there with your

4    parents and sister?

5         A.  As far as I know, it should have been just      01:30

6    the four of us.

7         Q.  Okay.  Now, the next house where you

8    moved, I have down as it was in the city.  What

9    city was it in?  Because you said Taiwan City, but

10   there's not a city named Taiwan, I don't believe.      01:31

11        A.  It was the city of Taipei.

12        Q.  Taipei.  Right.  Okay.

13        A.  T-a-i-p-e-i.

14        Q.  Now, is there a specific neighborhood or

15   part of Taipei where that was located?      01:31

16        A.  Yes.  I know exactly where it was.  It was

17   off of Nanking East Road, which is -- I think it's

18   spelled in Taiwan as Nanking, N-a-n-k-i-n-g, such

19   as the historical Rape of Nanking that anyone

20   about -- know about Japanese invasion would know.      01:31

21   Nanking East Road, Section 2 or 3.  I don't know.

22              Off of that major road, there is another

23   street, called Liaoning, L-i-a-o-n-i-n-g, Liaoning

24   Street.  I lived off of a small lane spur- --

25   spurring from Liaoning Street, which is, again, a      01:32

Exhibit 8
Page 116 of 347

554

1      crossroad of Nanking East Road.

2          Q.  Okay.  Now, that house, are you aware if

3      it was close to any industrial sites or cement

4      plants, anything of that nature?

5          A.  No.  There was none.  It was just housing.    01:32

6          Q.  Okay.  Now, next I have -- well, let me

7      ask you this:  Who do you live with in that house?

8      Was it just your parents and sister, or was there

9      anybody else?

10         A.  Just the four of us.                           01:32

11         Q.  All right.  Next I have that you moved to

12     the city, in a red brick -- townhouse?  Is that

13     right?

14         A.  They were apartments.

15         Q.  Okay.  And where -- was that also in        01:32

16     Taipei?

17         A.  It's in Beitou, which is now a suburb of

18     Taipei, a district in Taipei City, in metro Taipei.

19     So it would still be considered Taipei but in the

20     township of Beitou.  Very close to where my aunt      01:33

21     lived.

22         Q.  Okay.  So back to that neighborhood.

23             Do you know what street it was --

24         A.  Yeah.

25         Q.  Do you know what street it was on, by any      01:33

Exhibit 8
Page 117 of 347

555

1   chance?

2       A.   Yeah.   It's Hsiu Shan Road.   "Hsiu" would

3   be spelled today -- well, back then, it would have

4   been spelled H-s-i-u.   "Shan" would be S-h-a-n.

5   Hsiu Shan Road 31.   31 -- No. 31.                    01:33

6       Q.   Very good memory.

7       A.   Thank you.

8       Q.   And then is it correct, that after living

9   there in that house, you moved to Atlanta, Georgia?

10      A.   No.   I -- after the first -- we were there   01:33

11  twice.   The first time was from '64 to '67.   Then

12  my father transferred to Manila.

13      Q.   Oh.   Right.

14      A.   So we moved to Manila, Philippines.   Then

15  we moved back to the same compound again for three    01:34

16  more years.

17      Q.   Okay.   Then after '73 was when you moved

18  to Georgia.

19      A.   That's correct.

20      Q.   Okay.   In the Philippines, what was the --  01:34

21  your -- the town you lived in?   I think you said

22  that it was Manila.   Right?

23      A.   It was the city of Manila.

24      Q.   Do you know what neighborhood or street

25  you lived on?                                         01:34

Exhibit 8
Page 118 of 347

556

1        A.  The district -- the parish was Malate,

2    M-a-l-a-t-e.

3        Q.  Do you know what street?

4        A.  Yes.  We -- our apartment was on M.H. --

5    you know, two different initials -- M.H. del Pilar,    01:34

6    d-e-l, and then one -- the next word, P-i, probably

7    l-a-r, or double l, a-r.  I'm not sure.

8        Q.  Okay.  Now, was that house in a

9    residential, or was it in an area where there was

10   some sort of industrial sites?                         01:35

11       A.  No.  It was all residential.  It was a

12   high-rise apartment, six stories high.  Huge

13   apartment complex.  Probably six blocks -- six

14   buildings.  And we were in the back, one of the

15   back buildings, away from the street.                  01:35

16       Q.  Okay.  Now I want to switch gears a little

17   bit and ask a few questions just to fill in some --

18   you know, some questions about your family.

19           Your spouse, Elaine, what was her -- or is

20   her occupation?  Is she still working?                 01:35

21       A.  She worked when we were in Houston,

22   briefly, in a bank.  But then after we left the

23   United States and became an ex-pat working in Asia,

24   she never worked again.

25       Q.  Okay.                                          01:36

Exhibit 8
Page 119 of 347

557

1      A.  She has never worked since her job in

2   Houston.

3      Q.  Okay.  What was her -- what is her maiden

4   name?

5      A.  Chan, C-h-a-n.                              01:36

6      Q.  Okay.  Now, did I hear correct that you

7   and her were married in nine- -- in 1987 in Gretna?

8      A.  Gretna, Louisiana.  The West Bank of New

9   Orleans.  Yes.

10      Q.  Okay.  So did you meet her in New Orleans,   01:36

11   or did you know her already?

12      A.  I did not.  I met her in New Orleans.

13      Q.  Okay.  And what was she doing at the time

14   in New Orleans?

15      A.  She was studying at Nicholls State in       01:36

16   Thibodaux.  And during the summer, she looked for a

17   summer job and became a waitress on Terry Parkway

18   where I frequented as a Schlumberger engineer.

19   Many of us did.  And I knew the owner was also from

20   Taiwan, so I became friends with her, and then, of   01:37

21   course, I was introduced to Elaine.

22      Q.  What was the name of the establishment

23   that you frequented on Terry Parkway?

24      A.  Susie's World.

25      Q.  Say that one more time?                     01:37

Exhibit 8
Page 120 of 347

558

1      A.  Susie's World, as in the World According

2   to Suzie Wong.

3      Q.  Oh.  Okay.  Yeah.

4      A.  Not the same --

5          MS. CHESTER-SCHINDLER:  It's not my world.    01:37

6   It's not mine, Ernest, if you're --

7          THE WITNESS:  It's not the same as Susie

8   my lawyer.  It's S-u-s-i-e.

9          MR. FOUNDAS:  Great.  So it's a different

10  Susie.  Okay.                                        01:37

11  BY MR. FOUNDAS:

12     Q.  So you've mentioned that some of the

13  Schlumberger friends would hang out there?  Is

14  that --

15     A.  Yes.  When we -- when I was working in      01:37

16  Belle Chasse -- back then, I was working in Belle

17  Chasse, which is not far from Gretna.  And we -- a

18  group of us engineers just enjoyed Chinese food,

19  and they -- we would go to Susie's World for lunch

20  or for dinner, whenever we had the chance.           01:38

21     Q.  Okay.  I actually grew up on Terry Parkway

22  for a period of time.  Where on Terry Parkway was

23  Susie's World?

24     A.  Near the corner -- well, sort of opposite

25  from A&P.  There was a A&P, there was a McDonald's   01:38

Exhibit 8
Page 121 of 347

559

1    on the -- on that intersection.  I can't remember

2    the cross street's name.  I mean, I can find it on

3    a map, but I don't remember the cross street's

4    name.

5        Q.  Okay.  That's fine.                         01:38

6            Now, you mentioned that you and your wife

7    were married in Gretna.  Where did you get married?

8        A.  In Susie's World.

9        Q.  Oh.  Okay.  Back to Susie's World.

10           Okay.  And you were on the West -- well,     01:39

11   you were in New Orleans because you were doing --

12   you were employed to sell books, right?

13       A.  Oh.  When I went there for book-selling,

14   yes, I was in New Orleans.

15       Q.  Okay.  Now, I looked at your Social          01:39

16   Security records, and I didn't see that, a company

17   that looked like it was a book-sale job, on your

18   socials.  Is that true?

19       A.  Yeah.  That's correct.  Because we were

20   strictly on commission, and I -- as I mentioned, I   01:39

21   was lousy and I did not make a single sell -- sale,

22   and I did not make any money at all that summer.

23       Q.  Okay.  And you mentioned that you lived

24   near the Huey Long Bridge in Harahan, right?

25       A.  Yes, I did.                                   01:39

Exhibit 8
Page 122 of 347

560

1      Q.   What -- do you remember what street that

2   was?

3      A.   That, I do not remember.  No.

4      Q.   Okay.  You also mentioned that you at

5   least attempted to make your sales on the West Bank    01:40

6   of New Orleans, right?

7      A.   That's right.

8      Q.   Okay.  Now, you mentioned that you were

9   looking for proper neighborhoods.  Do you remember

10   any of the specific proper neighborhoods that you     01:40

11   were looking for to sell books?

12      A.   I do not remember at all.  We were just

13   driving around looking for neighborhoods that

14   look -- looked decent, and then we would try to hit

15   the pavement, you know, try our luck with, you        01:40

16   know, some of the neighbors to see if we can get in

17   and then start our sales pitch.

18      Q.   Okay.  Now, as a former West Banker, I'm

19   going to ask you a few neighborhoods to see if they

20   ring a bell.                                          01:40

21      A.   Okay.

22      Q.   Did you do any sales in Timberlane

23   neighborhood?

24          MS. CHESTER-SCHINDLER:  Objection.  Form.

25          THE WITNESS:  Timberlane, no.  I don't         01:40

Exhibit 8
Page 123 of 347

561

1    recall.

2    BY MR. FOUNDAS:

3        Q.  Okay.  Do you recall trying to make sales

4    in Tall Timbers?

5        A.  No.                                    01:41

6        Q.  How about in the town of Harvey?

7        A.  No.

8        Q.  How about Algiers?

9        A.  No.  I did not go to Algiers.

10       Q.  How about Oak Cove?  Does that ring a    01:41

11   bell?

12       A.  No, it does not.

13       Q.  Marrero?

14       A.  No.  I definitely didn't go that far east.

15       Q.  Okay.  How about Woodland West?          01:41

16       A.  That is on the West Bank?  I'm not --

17       Q.  In Harvey.

18       A.  Okay.  No.  I don't believe so.

19       Q.  Okay.  How about Hillcrest?

20       A.  No.                                      01:41

21       Q.  All right.  Did you focus more in the area

22   around Susie's place?

23       A.  No.  That would have been way east, you

24   know, towards the twin bridge.  We were very close

25   on the -- we were close to the Huey P. Long.       01:41

Exhibit 8
Page 124 of 347

562

1          Let me explain.  I was selling mainly

2     black history books, so I had to look for an

3     African-American neighborhood and not -- you know,

4     not any other real nice -- and Algiers has all the

5     old construction, as you know, so they didn't look          01:42

6     like the type of neighborhood that would want to

7     buy books.  So I'm sure, out of those reasons, we

8     didn't even choose to try them.

9          We were trying those ranch or brick homes

10    with, you know, nice paved roads on the West Bank          01:42

11    that looked like -- you know, they were mostly

12    African Americans, because our majority of the

13    potential customers had to be black.

14       Q.  Okay.  Would you come across the Huey Long

15    Bridge when you would go to your -- the areas where          01:42

16    you were trying to sell?

17       A.  No.  We were never near or under the

18    bridge.  But I do -- I -- like I said, I do know

19    that we cross over to go to the West Bank.

20       Q.  Okay.  That's what I was getting at.          01:43

21          So you crossed the Huey Long Bridge, and

22    then where would you go?  Up Highway 90?

23       A.  Yeah.  Highway 90 -- you know, 90

24    Business, whatever, towards the east.

25       Q.  Right.  Okay.          01:43

Exhibit 8
Page 125 of 347

563

1      And then how far would you go up

2   Highway 90?  Would you go -- I'm just trying to get

3   a general area.

4      A.  Yeah.  I cannot remember.  I can't even

5   remember my originally assigned blocks of          01:43

6   territory, you know, where they on the map show

7   that this would be my new territory.  I can't

8   remember if it's on the East Bank, near where we

9   stayed, or on the West Bank.

10      Only found out that it was very tough to     01:43

11  sell.  And I didn't think that that was a -- I mean

12  -- not appropriate -- a neighborhood with people

13  that would be interested in buying my books, so we

14  went exploring other potential neighborhoods that

15  look better, look like they're more affluent, only  01:44

16  to find out that it had been hit already.

17      Many people had actually had the same

18  books.  And they would go into the back and come

19  out and say, "You mean these books?"  And we knew

20  we had been had, that we were just given places     01:44

21  that were totally unexplored.

22      Q.  All right.  So that's why you went to the

23  West Bank?  Is that correct?

24      A.  That may be one of the -- like I said, I

25  didn't know where my original territory was.  I --  01:44

Exhibit 8
Page 126 of 347

564

1    we were looking for new -- you know, green fields,

2    so to speak, so we were looking everywhere.

3        Q.   So on an average day on that job, how

4    many hours would you spend trying to sell books?

5        A.   I was -- you know, we -- I wasn't          01:44

6    supervised, so I was on my own.  And then I had my

7    own car.  So I would go -- I would -- I tend to

8    remember that I was the lazy type, and I was easily

9    discouraged.  So maybe after a few doors got shut

10   on me, or a few calls, I decided that no, this      01:45

11   won't work out.  So on average, I may have hit two

12   or three households, you know, in a day.  And I

13   sometimes don't even end up going the next day if I

14   give up on the whole neighborhood.

15       Q.   Okay.  Do you remember any -- anybody that  01:45

16   you worked with on that job?

17       A.   Yes.  Many overseas students from Taiwan

18   that was studying at Tennessee Tech and Tuskegee

19   Institute in Alabama and -- mainly those

20   two schools, that I remember.                       01:45

21       Because the leader went to Tuskegee

22   Institute, and he had this -- he had done very well

23   the year before in Saginaw.  That's when he came to

24   recruit through my father's office.  And we all

25   heard the number that he said he made, and we were  01:46

Exhibit 8
Page 127 of 347

565

1    all very tempted to try to reproduce that.

2        Q.  I bet it was more than zero.  Right?

3        A.  Close to $7,000.  Yes.

4        Q.  Okay.  Do you remember the names of

5    anybody who you actually went and canvassed the        01:46

6    neighborhood in the West Bank with, if anybody?

7        A.  I -- no, I don't remember who I went with

8    nor if I went alone.  But I don't remember most of

9    the names.  I have not been able to connect with

10   any one of them since -- well, for the last ten      01:46

11   years since I started having Facebook.  I have not

12   been able to relocate them.

13       Q.  Okay.  All right.  We're going to shift

14   gears away from that.

15           Now, your sister, Linda, what is her        01:47

16   occupation?  Now, I know you worked with her as a

17   waitress at one point, but what was her occupation

18   after that time?

19       A.  She -- after she graduated, she worked in

20   the -- back then, the IT industry that we will have  01:47

21   today.  She had three -- she had worked for the

22   Burroughs Computer Company, Boulders Software, and

23   then she was a contract worker for DEC in

24   Connecticut.  And then she worked for Oracle out

25   here in the Bay Area.                                 01:47

Exhibit 8
Page 128 of 347

566

1          I think -- well, after Oracle, she worked

2     at some startups, some software -- she was a

3     software quality engineer and manager.  She had

4     stopped working for years, and -- but her last job

5     was with a small startup doing software quality        01:48

6     control.

7          Q.   Okay.  And what town does she live in now?

8          A.   In Mountain View, which is where Google

9     headquarters is.

10         Q.   Okay.  And what's a larger town that          01:48

11    that's close to?

12         A.   Mountain View is just two towns away from

13    Palo Alto.  The closest big town would be San Jose.

14    But Mountain View is where the Googleplex is, you

15    know, the Google headquarters.                          01:48

16         Q.   Right.  Okay.  That does ring a bell.

17              Now, do you have any aunts and uncles who

18    are living?

19         A.   No more.  No uncles or aunts that are

20    living.                                                 01:48

21         Q.   Okay.  Do you have any other relatives who

22    you worked with at any time?

23         A.   No, I do not.

24         Q.   Okay.  You've never been in the military,

25    right?                                                  01:48

Exhibit 8
Page 129 of 347

567

1        A.   I have never been in the military.

2        Q.   Okay.  I'm going to ask you -- switch

3    gears again.  I'm going to ask you a few jobs about

4    your oilfield work.  But most of that's been

5    covered, so I'm not going to get into too much          01:49

6    detail.

7        A.   Okay.

8        Q.   You mentioned earlier that you spent about

9    30 -- 70 percent of your time -- this is with

10   Schlumberger when you were working offshore --          01:49

11   about 70 percent of your time in the wireline unit

12   and about maybe 30 percent, on average, on the

13   drill floor?  Right?

14       A.   Yes.  I said drill floor and catwalk.

15       Q.   And catwalk.  Okay.                            01:49

16            Now, of those numbers, that's different

17   than the -- you had previously said that you spent

18   30 percent of your time in the office on land, as

19   well, right?

20            MS. CHESTER-SCHINDLER:  Objection.  Form.      01:49

21            THE WITNESS:  Well, if I said

22   that -- that's separate -- yeah, one is when I'm

23   offshore, which I mentioned today, and then the

24   30 percent on land is the total time I was working

25   at Schlumberger.  Because we were on call, so           01:50

Exhibit 8
Page 130 of 347

568

1    70 percent of the time, I'm on a job, going

2    offshore.  The other time, I'll be in the office

3    (indiscernible).

4    BY MR. FOUNDAS:

5        Q.  Okay.  And that's what I was trying to          01:50

6    clarify.  So in other words, for this entire time

7    you were with Schlumberger, you spent 30 percent of

8    the time waiting for work on land, 70 percent

9    offshore, right?

10       A.  Um-hmm.                                          01:50

11       Q.  And then of the 70 percent of time

12   offshore, you spent 70 percent of that time in the

13   wireline unit and about 30 percent on the floor or

14   in other areas, right?

15       A.  That would be a fair assessment, yes.           01:50

16       Q.  Okay.  That's what I was trying to clarify

17   in my mind.

18       A.  Okay.

19       Q.  Now, in response to some questions from

20   Mr. Cosculluela this morning, you mentioned that       01:50

21   you had no -- you have no personal knowledge of

22   exposure to asbestos from any drilling-mud

23   additives, right?

24       A.  Yes.

25       Q.  Okay.  Now, what I need to ask you is:  So     01:50

Exhibit 8
Page 131 of 347

569

1    you have no personal knowledge of exposure to

2    asbestos from a product named Super Visbestos,

3    right?

4        A.   That's right.

5        Q.   Same thing for a product called Visbestos.    01:51

6        A.   Yes.

7        Q.   And also for any bags of material with the

8    name Montello on it, right?

9        A.   Yes.  I do not remember that.

10       Q.   Okay.  All right.  Now, you mentioned that    01:51

11   the places that you had put out from -- the ports

12   that you had put out from to go offshore were Grand

13   Isle, Fourchon, and Venice.  Is that true?

14       A.   Not all-inclusive, but yes, those are the

15   loading docks that we would go to, yes.             01:51

16       Q.   Okay.  Now, from those -- I'm going to

17   call them ports of departure.  Are you able to

18   identify any specific areas where the rigs were

19   located?  Like the blocks, the actual oilfields,

20   where they were located.                            01:52

21       A.   Well, the load-on docks obviously is

22   related to where the rigs are drilling out.

23            I am not clear on your question.  You

24   know, we would be -- we would be flying 30 to --

25   30 minutes to an hour from, say, Fourchon, or take   01:52

Exhibit 8
Page 132 of 347

570

1    a boat ride at three to eight, ten hours away from

2    the docks.  So they're all over the gulf -- the

3    Louisiana gulf and sometimes close to Mobile, out

4    to Alabama.  You know, that general area.

5        Q.  Okay.  Would it be the same -- you said          01:52

6    for Fourchon.  But for Grand Isle, would it be the

7    same?  About 30 minutes if you flew or three hours

8    to eight or ten hours if you took a boat?  Or is it

9    different?

10        A.  Yeah.  The difference is the choice of the        01:52

11    operator.  They may want to use PHI as their

12    helicopter operator versus -- I can't remember the

13    other companies.  And then -- Bristow.  You know,

14    Bristow flies the Sikorsky, the one that Kobe

15    Bryant died on.  You know, that type of -- like the    01:53

16    Airwolf type of plane.

17            And so the -- the oil company chooses

18    where their supply base would be, and we would just

19    go wherever their transports are available.

20            So it's not necessarily related to the          01:53

21    timing or distancewise, because flying doesn't make

22    a lot -- well, even by boat, it doesn't make a lot

23    of difference, even though Grand Isle may be closer

24    to the east of the Mississippi mouth -- mouth of

25    the Mississippi.  And then Fourchon would be          01:53

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 133 of 347

571

1    further west of the mouth of the Mississippi.

2        Q.  Okay.  Great.

3            Now, what I'm going to do is I'm going to

4    ask you a few questions about some of the rigs that

5    you've identified.  Hopefully this is going to go        01:54

6    fast.

7            Now, I'm going to start with Penrod 63

8    because I believe you said that was the first rig

9    that you actually worked on.  Right?

10       A.  One of the earlier rigs that I -- I've          01:54

11   been on, yes.

12       Q.  Okay.  Now, are you able to say how many

13   times you worked on Penrod 63?

14       A.  I say that I had been on 63 up to five

15   times at least.                                          01:54

16       Q.  Okay.  And, now, what would be the average

17   amount of time you would spend on a rig to do the

18   work -- the wireline work that you did for

19   Schlumberger?  Just on average.

20       A.  Three days.                                      01:54

21       Q.  Okay.  Now, would it be correct that the

22   unit that you had on Penrod 63 would be a C-unit

23   because it was the -- an earlier rig?  Or do you

24   recall?

25       A.  Definite a C-unit, because I was going to       01:55

Exhibit 8
Page 134 of 347

572

1    the 63 in the very beginning of my career and I was

2    only C-unit-qualified.

3         Q.   Okay.   Now, is it correct that you would

4    not be able to say the block or the location of any

5    of the holes that were dug by Penrod 63 while you        01:55

6    were there?

7         A.   I cannot remember the specific blocks

8    anymore, but I certainly have some recollection of

9    the general -- of some names of the blocks.

10   Certainly not the block number, such as Green          01:55

11   Canyon 375 or whatever.

12             I certainly remember the Green Canyon area

13   or the Mississippi Canyon or Ship Shoal, but I

14   cannot recall any other names.   If it's been -- if

15   it's mentioned back to me, I might say yes or no,       01:55

16   but not -- certainly not the block number.

17        Q.   Okay.   So you said Green Canyon 375.

18        A.   Well, I said such as Green -- I cannot say

19   I was on Green Canyon 375, but I was in Green

20   Canyon for sure.   I cannot remember the actual         01:56

21   block numbers.   But Green Canyon, Mississippi

22   Canyon, Ship Shoal were -- are the three names that

23   I can recall right now.

24        Q.   Okay.   Those are just general drilling

25   areas.   You're not able to specify where exactly in    01:56

Exhibit 8
Page 135 of 347

573

1    those different --

2        A.  Not within Green Canyon, but Green Canyon

3    is a specific area of the Gulf Coast.

4        Q.  Right.  No.  It's helpful.  Certainly

5    helpful.                                          01:56

6        A.  Okay.

7        Q.  Okay.  Now, are you able to say what rig

8    you were on in any of those three areas?

9        A.  No, I cannot.

10       Q.  Okay.  And are you able to say what       01:56

11   drilling company you worked for at any of those

12   areas?  The operator.

13       A.  I cannot.

14       Q.  Okay.  And also for any of those areas or

15   any specific rig, are you able to say what mud     01:56

16   company supplied materials to any specific location

17   or rig?

18       A.  I definitely cannot.

19       Q.  Okay.  All right.  So Penrod 67.  Can you

20   remember how often you went on Penrod 67?          01:57

21       A.  I believe I was there at least twice, but

22   less frequent than Penrod 63.

23       Q.  Okay.  Can you say what time frame you

24   were on Penrod 67?

25       A.  May have been -- I can't be certain, but   01:57

Exhibit 8
Page 136 of 347

574

1    it should have been '82, '83.

2        Q.  Okay.  Would that be a C- or an F-unit?

3        A.  It would have been a C-unit.

4        Q.  Okay.  Do you know who the owner/operator

5    was of that rig?                                    01:58

6            MS. CHESTER-SCHINDLER:  Objection.  Form.

7            THE WITNESS:  At that time, I can't

8    remember who they were drilling for.

9    BY MR. FOUNDAS:

10       Q.  Okay.  All right.  Next is SEDCO 471.      01:58

11       A.  Yes.

12       Q.  You had -- do you know how many times,

13   total, you went to that rig to work?

14       A.  I think, as a logging engineer, I was

15   there once or twice.  Then, of course, I did my ODP  01:58

16   tours twice on the SEDCO 472 in the late '80s.

17       Q.  Okay.  So then the logging unit on that

18   was probably an F-unit, right?

19       A.  In the ODP was F-unit.  But when I

20   was -- when I went as a -- to do an actual job, I    01:59

21   cannot say whether it was F- or a C-unit.

22       Q.  Okay.  I understand it's hard to recall

23   details like that going so far back.

24       A.  Thank you.

25       Q.  All right.  So to keep this moving, the    01:59

Exhibit 8
Page 137 of 347

575

1    SEDCO 472, I had in my notes that you were there

2    one time between '84 and '85?  Is that correct?

3        A.  Yes.  Just one time.

4        Q.  Okay.  And so would that have been a C- or

5    an F-unit?  That's in the transitional phase,          01:59

6    right?

7        A.  Exactly.  I cannot remember, for the same

8    reason.

9        Q.  Okay.  And for any of these rigs, can you

10   recall any specific coworkers?                          01:59

11       A.  These rigs.  You mean my coworkers back in

12   my field days?

13       Q.  Yes.

14       A.  Of course I remember some names.  I have

15   no contact with any one of them today, but I do         02:00

16   have some names from -- you know, like the crew

17   that I had when I broke out in 1980, you know, when

18   I first became an FE.  And then I changed some

19   operators as we went along.  So I do have some

20   names.                                                  02:00

21       Q.  What are the names that you recall as you

22   sit there right now?

23       A.  My first crew, the two operators

24   was -- were Charlie Duncan and Chuck Plaisance

25   (phonetic).                                             02:00

Exhibit 8
Page 138 of 347

576

1          Q.  Okay.

2          A.  And then later, in Larose, I had regularly

3    working for me -- I can only remember one of the

4    two.  His name was Glen Brunet, B-r-u-n-e-t.  The

5    other one, Fred, I can't remember his last name.     02:00

6          Q.  Okay.

7          A.  They were my regulars.

8          Q.  And do you know --

9              MR. BRIDGER:  Excuse me.  Could you

10   respell that -- the Brunet name?                      02:01

11             THE WITNESS:  Brunet.  B-r-u-n-e-t.

12             MR. BRIDGER:  Ah.  Yeah.  Just like it

13   sounds.  Okay.  Thank you.

14             THE WITNESS:  Okay.

15   BY MR. FOUNDAS:                                       02:01

16         Q.  And those sound like Louisiana names.  Do

17   you know where -- did they live in Louisiana?

18         A.  Yes.  They were from the south, you know,

19   bayou.

20         Q.  Right.                                      02:01

21         A.  Poppy Avier, he would not pronounce as

22   Avier, right?

23         Q.  That's right.  Depends on where you're

24   from.

25         A.  Right.                                      02:01

Exhibit 8
Page 139 of 347

577

1      Q.  Okay.  I'm going to keep this moving

2  along.

3          You mentioned that you worked on the Seven

4  Seas, or Discovery 7?

5      A.  Yes.                                    02:01

6      Q.  Do you remember when or how often you

7  worked on that rig?

8      A.  I've been on a Seven Seas many, many

9  times.  I would say several times.  More -- from

10  five to ten.                                   02:01

11     Q.  Okay.  And are you able to say what time

12  period that was, or was it just throughout your

13  employment with Schlumberger?

14     A.  It was later -- in the latter part.  You

15  know, from, say, '85 onwards, to '90, I was on   02:02

16  there -- that I went on it.

17     Q.  Okay.  So would you be able to say if it

18  was a C- or an F-unit on that rig?

19     A.  Definitely towards the end it would have

20  been an F-unit.  In the late '80s.  I'm not sure if  02:02

21  it was the C- or F-unit the first time I ever went

22  there.

23     Q.  Okay.  How about Discovery 534?  Do you

24  know how many times you were on that rig?

25     A.  I've been on 534 I would say probably less  02:02

Exhibit 8
Page 140 of 347

578

1   than five times, but I cannot remember the time

2   frame or the type of unit.  Towards the end, it was

3   definitely an F-unit.  In fact, I think I mentioned

4   about the Berlin Wall being dismantled when I

5   was --                                          02:03

6       Q.  Okay.

7       A.  -- on the 534.  That was October of '91.

8   And I was on the 534 in bad weather.  I was stuck

9   out there for two weeks.  So it had to have been a

10  F-unit at that time.                            02:03

11      Q.  Okay.  How about Booker 950?  You called

12  that the Hilton?

13      A.  The Booker Hilton.

14      Q.  Why'd you call it the Hilton?

15      A.  It was one of the best rigs there are.    02:03

16      Q.  Okay.  So you liked that one.

17          How many times were you out there on the

18  Booker Hilton?

19      A.  I've been on the Booker Hilton for many,

20  many times in the first year or two of my career.   02:03

21      Q.  Okay.  And by "many, many times," what

22  would be your best estimate?

23      A.  Ten to fifteen.

24      Q.  Okay.  Now, was that a particularly large

25  rig?  Why did they call it the Hilton, other than   02:04

Exhibit 8
Page 141 of 347

579

1  it was a nice rig?

2        MS. CHESTER-SCHINDLER:  Objection.  Form.

3        THE WITNESS:  It was not a large rig.  It

4  was -- as I mentioned earlier, there were over 600

5  offshore rigs in 1980, versus today in the entire      02:04

6  United States there are only 250.  So you can see

7  how busy we were and how the drilling companies

8  were scrambling for iron just so that they would

9  have something for the oil companies to drill a

10 hole with.                                              02:04

11        And the Booker 950 is one of the -- they

12 had the worst -- the most horrible living quarters

13 or the accommodations.  And then the pipe decks are

14 piled up with casings and drill pipes and our

15 equipment.  They'd just throw anything on because     02:05

16 there was hardly any real estate, any space, any

17 deck space.  They'd pile everything on.  And that's

18 why we sarcastically called it the Hilton.

19        Because the living quarters will be a

20 20-foot container converted to a triple deck -- a     02:05

21 triple-level bunkbed where your shoulders would be

22 passing -- brushing against both sides of the bunk.

23 And then you have to levitate yourself just to get

24 onto the middle or the top bunk because there's no

25 other way you can get in or out.                       02:05

Exhibit 8
Page 142 of 347

580

1    BY MR. FOUNDAS:

2        Q.   Okay.  And you didn't recall if that was a

3    jackup or a platform, right?

4        A.   I cannot remember.  It may have been a

5    small jackup, but I don't remember how the Booker        02:05

6    was set up.  Because if it's not a jackup, it would

7    have been on -- sitting on a platform somewhere.

8        Q.   Okay.

9        A.   It was not a floater.

10       Q.   And can you recall if it was a C- or an         02:06

11   F-unit?

12       A.   It was definitely a C-unit.

13       Q.   Okay.  All right.  Now, Mariner 3.  Do you

14   remember how many times you were on the Mariner 3?

15       A.   Probably just once or twice.                    02:06

16       Q.   Okay.  Do you remember what time frame

17   that was?

18       A.   The Mariner 3, the first hour I was on was

19   the night that Cooney -- I mean, that Larry Holmes

20   beat Gerry Cooney, and so you'd have to look up the      02:06

21   date.

22            And I also believe that it was on the same

23   rig where -- a sudden tropical storm, slash,

24   hurricane that developed in the gulf, because it

25   was making two loops and no one predicted it coming      02:06

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 143 of 347

581

1    our way.  And by the time it hit us, it was very --

2    it was too difficult to evacuate.

3         A crew boat did come, trying to take any

4    volunteers off of the rig, but they warned -- the

5    company man had warned us that on the previous rig    02:07

6    the boat went to, because the seas were 25-foot

7    seas, that someone, when they landed with a crew

8    basket, hit the boat so hard that it broke their

9    leg.  So he warned us and said the seas are rough,

10   you know.  "Go down if you want to take a chance."    02:07

11        And we figured a small floater like

12   Mariner 3 would ride out better than a crew boat,

13   so I stayed on.  But I slept in my life jacket, and

14   I actually had a map in my mind.  I walked outside

15   to make sure I know where the evacuation route is    02:07

16   even if it's in the dark, how to feel the rails to

17   go to the lifeboat.  So I slept all night on the

18   boat, riding out the waves.

19        So the night after Cooney lost.

20   Q.  Okay.  That was the night after Cooney    02:08

21   lost?

22   A.  If I only went there once, it would have

23   been that night, yes.

24   Q.  Okay.  Now, do you remember if it was a C-

25   or an F-unit on that rig?    02:08

Exhibit 8
Page 144 of 347

582

 1      A.  Was a C-unit.

 2      Q.  Okay.  Next is Mariner 7.  Do you remember

 3  how many times you were on Mariner 7?

 4      A.  I was on it once.

 5      Q.  Remember when that was?                     02:08

 6      A.  It was after Mariner 3.  And the only

 7  reason I say that is because I said, "Wow.  This is

 8  just like the Mariner 3."  But I do not remember

 9  any other details about the Mariner 7.

10      Q.  Okay.  Do you know how long after Mariner   02:08

11  3 it was that you were on 7?

12      A.  I would guess within a year.

13      Q.  Okay.

14      A.  But I don't know for sure.

15      Q.  All right.  Was it a C- or an F-unit?  Or   02:08

16  do you remember?

17      A.  I do not remember the details, but it

18  should have been a C-unit.

19      Q.  Okay.  Rowan Gorilla.  You said mid '80s

20  on that one?                                        02:08

21      A.  Gorilla would have been after the mid

22  '80s, after '85.  You know, later on.  So yeah, it

23  was the Gorilla.

24      Q.  Okay.  So that would be an F-unit,

25  probably, right?                                    02:09

Exhibit 8
Page 145 of 347

583

1       A.  It's very likely.

2       Q.  Okay.  And how many times did you work on

3   the Rowan Gorilla?

4       A.  I'd say probably two or three times max.

5       Q.  Okay.  Next is Diamond M.                    02:09

6       A.  Yeah.  I said a series of Diamond M rigs.

7   I cannot remember the names.

8       Q.  Right.  That's what I was just going to

9   ask.

10      A.  The other day, they said the Century.  I    02:09

11  cannot remember Diamond M Century.  But I know I've

12  been on some Diamond M rigs.

13      Q.  Okay.  About how many times did you work

14  on Diamond M rigs?

15      A.  Most of the Diamond M rigs that I remember  02:09

16  were semisubmersibles, so I've been on quite a few,

17  and easily between five and ten.

18      Q.  Okay.  Do you remember what time frame?

19  Early '80s?  Mid '80s?  Late '80s?

20      A.  Mid to eight -- mid to late '80s.           02:10

21      Q.  Okay.  And so can you say whether it was a

22  C- or an F-unit?

23      A.  It's most likely F-unit.

24      Q.  Okay.  Next is the Vinegaroon, Zapata.

25      A.  Yes.                                         02:10

Exhibit 8
Page 146 of 347

584

1        Q.   How many times were you on that rig?

2        A.   I was on it maybe three or four times.

3        Q.   Okay.  And do you remember when that was?

4        A.   It was early '80s.  I don't remember the

5    exact year, but had to be '2 or '3, '82 or '3.        02:10

6        Q.   Okay.  So was that a C- or an F-unit?

7        A.   This was a C-unit.

8        Q.   Okay.  Next is Mobile Dolphin 8.

9        A.   Um-hmm.

10       Q.   About how many times were you on that rig?   02:10

11       A.   Not that many times.  I would say more

12   than five, less than ten, maybe.

13       Q.   Okay.  And what time period was that?

14       A.   It would be early in my career.  '80, '81.

15       Q.   Okay.  So is that a C-unit on that one?     02:11

16       A.   Yes.

17       Q.   All right.  Mobile Dolphin 9.  How many

18   times were you on that one?

19       A.   Dolphin 9, probably been on it once or

20   twice only.                                           02:11

21       Q.   Okay.  And do you remember when that was?

22       A.   It was around the same time.  '81, '82.

23       Q.   Okay.  And so was that a C- or an F-unit?

24       A.   C-unit.

25       Q.   All right.  To the delight of everybody, I   02:11

Exhibit 8
Page 147 of 347

585

1    am at the end of the list of rigs, so . . . I've

2    almost finished my questions.

3         Now, when you worked for T-r-i-w Group as

4    the chief engineering at Atlanta Power, what did

5    you do on a day-to-day basis in that job?                02:12

6    A.   That was Atlantic Power under -- I think

7    you get the Tri-W is WWW.  Williams was the name of

8    the owner of the group.  The company name was

9    Atlantic Power Systems.  I was -- even though I was

10   so-called a chief engineer, I was doing cold calls        02:12

11   according to a Dodge report, which is a published

12   report on upcoming infrastructure projects, such as

13   hospitals and airports.

14        And we would identify these projects as

15   potential clients that would need emergency power         02:12

16   systems.  You know, because a hospital must have

17   emergency power in case their regular grid power is

18   out.  And so does airports.

19        So we would upload the Dodge report, make

20   cold calls to the general contractor who was doing        02:13

21   it and ask them if they have specified the need for

22   a emergency power generators.  And if so, we would

23   then give them our sales pitch and try to arrange

24   for a time to meet and describe why they should buy

25   from us.                                                  02:13

Exhibit 8
Page 148 of 347

586

1    Q.   Okay.  So Atlantic Power Systems was

2    basically a company that sold generators for

3    emergency power?

4    A.   Yes.  They put together the system with a

5    ACDelco generator and a Detroit Diesel engine to        02:13

6    put together a power -- a generator system.

7    Q.   Okay.  Now, did you go to any worksites to

8    help install any of those or during the

9    installation?

10    A.   I was not involved with that, just the           02:13

11    initial sales call.

12    Q.   Okay.

13         MR. FOUNDAS:  Okay.  I think those are all

14    the questions I have right now.

15         THE WITNESS:  Okay.                               02:13

16         MR. FOUNDAS:  I'm going to pass you to the

17    next person.  Thank you very much.  I appreciate

18    your time.

19         THE WITNESS:  You're welcome.

20         MR. BRIDGER:  You want to take a break, or        02:14

21    do we want to keep going?

22         THE WITNESS:  I'm fine.  I can go on.

23         MS. CHESTER-SCHINDLER:  Same.

24         MR. BRIDGER:  I'm happy to go.  I only

25    have about ten or fifteen minutes' worth of            02:14

Exhibit 8
Page 149 of 347

587

1    questions.

2          MS. CHESTER-SCHINDLER:  All right.  Why

3    don't you go ahead, then.

4          MR. BRIDGER:  Okay.  So let me put up a

5    screen so you can actually see me.                02:14

6          THE WITNESS:  You need to pin him.

7          Can you identify yourself, please?

8          MR. BRIDGER:  Sure.  I'm John Bridger.

9          THE WITNESS:  Oh.  Okay.  I need Dustin's

10   help to . . .                                     02:14

11         MR. BRIDGER:  Dustin, can you see me?

12         MS. CHESTER-SCHINDLER:  No, John, we

13   cannot see you.

14         MR. BRIDGER:  Maybe I went the wrong way

15   on that.

16         Now can you see me?

17         THE VIDEOGRAPHER:  Look and see.  Lot of

18   people here.

19         THE WITNESS:  Bridger.  Right here.

20         THE VIDEOGRAPHER:  Ah.  JBridger.  Okay.   02:14

21         MS. CHESTER-SCHINDLER:  I see Mike.

22         MR. BRIDGER:  I do too.

23         All right.  Dustin, am I there?

24         THE VIDEOGRAPHER:  Not seeing you.

25         MR. BRIDGER:  Okay.  Well, hold on just a   02:14

Exhibit 8
Page 150 of 347

588

1    second.  Let's get back to --

2            MR. MOIR:  John, if you click at the top,

3    you'll have a menu including the "Start video."  If

4    the "Start video" has a line through it, that's not

5    a good thing, so you want to click on it.          02:15

6            MR. BRIDGER:  Here we go.  How about that?

7            MR. MOIR:  It's great except we don't

8    actually see you.

9            THE VIDEOGRAPHER:  Oh.  Okay.  Now we're

10   on.                                                02:15

11           MR. BRIDGER:  Thank you, Peter.

12           So -- all right.  So I had to open my --

13   and stop typing on my laptop.

14   EXAMINATION BY MR. BRIDGER:

15       Q.  Can you hear me okay, Mr. Hsieh?           02:15

16       A.  Yes.  I can hear you loud and clear.

17       Q.  Or -- okay.  It's "See-ya."  Is that

18   close?

19       A.  If you know how to say "Vietnam," just

20   take away the V, take away the "t," remember the    02:15

21   yeh, yeh -- or if you say in Russian no, nyet,

22   right? -- and you just put a X in front.  "See-ya."

23       Q.  "See-ya."

24       A.  Yes.  Yes.  That's how you pronounce Sanki

25   (phonetic).                                        02:15

Exhibit 8
Page 151 of 347

589

1    Q.  Okay.  All right.  Well, first I'd like to

2    begin by apologizing for the technology tirade that

3    occurred a couple of weeks -- or last week.  I

4    apologize to you personally for that.  I am so

5    sorry.                                              02:16

6    A.  Don't worry about it.

7    Q.  Thank you.  I appreciate that.

8        I'm here on behalf of Chevron, so all of

9    my questions are going to concern Gulf or Texaco.

10   Okay?                                               02:16

11   A.  Okay.

12   Q.  That's all I'm really caring about.

13       You mentioned at one point in your

14   testimony that Gulf -- a Gulf company man or

15   several company men had liked the way you handled   02:16

16   your work and requested you.  My question is, do

17   you recall the name or names of those Gulf company

18   men?

19   A.  It was the -- their chief geologist in New

20   Orleans, in Howard Plaza, at 1001 Howard Plaza in   02:16

21   New Orleans.  Not the company man on location.  And

22   his name was -- jeez.  I thought I knew.

23       His last name was Howell, H-o-w-e-l-l.  I

24   can't remember the first name right now because I

25   always called him Mr. Howell.  I can't remember     02:17

Exhibit 8
Page 152 of 347

590

1    the -- anyway, he was a older gentleman.  The last

2    name was like Bell & Howell, you know, the Super 8

3    camera.

4         Q.  So other than Mr. Howell, do you recall

5    the names of any other Gulf employees?                02:17

6         A.  A very close friend that I will only

7    remember his name.  His name was Mitch Hiroda,

8    Hawaiian, of Japanese descent.  He was one of the

9    geologists that frequented out there.

10        The other two or three, one of them, her        02:18

11   name was Suzanne also, like Susie, but I can't

12   remember her full name nor some of the other people

13   that I worked closely with.

14        Q.  Do you recall what Suzanne's job title

15   was?                                                 02:18

16        A.  She was one of the geologists or

17   petrophysicists --

18        Q.  Okay.

19        A.  -- that worked under Mr. Howell.

20        Q.  Any others that you recall, that you        02:18

21   specifically recall their names?

22        A.  No, I do not.  I --

23        Q.  Do you recall -- I'm sorry.  Go ahead.

24        A.  I just mentioned Suzanne, of course.

25        Q.  Do you remember the names of any Texaco     02:18

Exhibit 8
Page 153 of 347

591

1    employees?

2        A.  Texaco.  I do not right now.

3        Q.  If any of them come to you while I'm

4    asking questions, or later, would you just stop and

5    let me know?                                    02:19

6        A.  Sure will.

7        Q.  Thank you.

8            I'm going to kind of go the reverse of

9    some of the questions that have been asked already.

10       A.  Okay.                                   02:19

11       Q.  So first, was all of the work that you did

12   for both Gulf and Texaco offshore in the Gulf of

13   Mexico?

14       A.  Yes.

15       Q.  No Atlantic, no Pacific, no onshore.     02:19

16       A.  That's right.

17       Q.  For any of the drill sites that you

18   drilled that you were doing wireline operations for

19   Gulf and Texaco, can you give me any specific area

20   where you were going?                           02:19

21       A.  If I had a map of the Gulf Coast, the Gulf

22   of Mexico, with all the names of the blocks, I

23   might be able to identify some of the names.  Such

24   as I mentioned earlier to Alex that if -- or not --

25   Ernest -- well, Alex, yes -- if you map out        02:20

Exhibit 8
Page 154 of 347

592

1    Mississippi Canyon and Green Canyon and Ship Shoal,

2    then I would say, "Ah.  I was roughly in this

3    area."

4         But no, right off the hand, besides those

5    three names of those -- the general block areas, I      02:20

6    don't have anything.

7         Q.  Can you say specifically that you went to

8    a Texaco site in either Green Canyon, Mississippi

9    Canyon, or Ship Shoal?

10        A.  I cannot.                                       02:20

11        Q.  Okay.  Same question for Gulf.  Can you

12   say that you specifically went to Green Canyon,

13   Mississippi Canyon, or Ship Shoal for Gulf?

14        A.  Well, for Gulf, when I was working sort of

15   a -- rig-assigned, I was going to the same rig          02:20

16   many, many times, and it had to be -- it was

17   basically on the same location most of the time,

18   but I cannot remember where -- what the name of the

19   block is -- was and where it is.

20        Q.  Okay.  Well, that leads me to the next         02:21

21   question, which is, can you give me the names of

22   any drilling contractors that were working for Gulf

23   when you were out there for them performing

24   wireline operations?

25        A.  The drilling contractors being the rig        02:21

Exhibit 8
Page 155 of 347

593

1    owner?  Is that what you mean?

2        Q.  Yes.  Yes.

3        A.  I actually don't even know the rig that I

4    was going to for Gulf.

5            But, you know, obviously the rig -- the        02:21

6    drilling contractors had -- were Penrod and, you

7    know, Rowan's, Transworld.  You know, all those

8    things that we had mentioned earlier.  And I think

9    I did not mention that I was on rigs, you know,

10   with the name Noble.  So Noble was another drilling  02:22

11   contractor.

12           And I've been on more -- other Rowan rigs

13   than the Gorilla.  The new jackups.  I've been on

14   other Rowan rigs.  As well as Dual, D-u-a-l.  Dual

15   was another drilling contractor, a rig company,      02:22

16   that I've been on their rigs many times.

17       Q.  I guess what I'm looking for --

18           MR. FOUNDAS:  Object to the

19   responsiveness.

20   BY MR. BRIDGER:                                       02:22

21       Q.  What I'm looking for specifically is can

22   you say "While working on a Gulf site, I worked on

23   this specific rig" for any specific of the rigs

24   that you've listed.

25       A.  I cannot say that.                            02:22

Exhibit 8
Page 156 of 347

594

1      Q.   Okay.  And likewise, when working for
2    Texaco, can you say "I worked on this specific rig
3    for Texaco"?
4      A.   No, I cannot.
5      Q.   With respect to work on Gulf and Texaco      02:22
6    well sites, can you specifically identify any
7    product by name or manufacturer for the mud or the
8    drilling-mud additives?
9      A.   No, I cannot.
10     Q.   Likewise, on any Gulf or Texaco well site,   02:23
11   can you specifically say the mud or the
12   drilling-mud additive -- what any particular
13   ingredient of it was?
14     A.   No.
15     Q.   Or that it contained asbestos.              02:23
16     A.   No.
17     Q.   Between -- if you're able to do this,
18   before you become a repeat formation tester -- if
19   we go from 1980, you know, when you finally break
20   out, to when you become a repeat formation tester,  02:24
21   just those six or so years, can you give me a
22   number of Gulf jobs that you would have done during
23   that time?
24     A.   I would have done -- most of my Gulf jobs
25   were done pre-'84, and I would have done I would     02:24

Exhibit 8
Page 157 of 347

595

1    say more than ten jobs, easily, for them.

2        Q.  Do you think it would have been more than

3    15?

4        A.  For Gulf?  Yes.  It's possible.  Probably

5    not more than 20.                                    02:24

6        Q.  I'm sorry?

7        A.  Probably not more than 20.

8        Q.  Okay.  Likewise, can you say how many

9    Texaco jobs you would have done?  In that same time

10   frame from when you broke out to when you became an   02:24

11   RFE (sic) tester.

12       A.  The person that liked me at Gulf Oil was

13   Dick Cowell.

14       Q.  Dick Cowell.  Okay.

15       A.  Dick.  D-i-c-k.                               02:25

16       Q.  Got it.  Thank you.

17       A.  Texaco jobs were fewer, and I would say

18   during the same time frame I probably may have made

19   maybe two.

20       Q.  And on -- I think I asked you this.  But     02:25

21   is there any identification that you can give me

22   for those ten to twenty Gulf jobs and those two

23   Texaco jobs?  Whether it was location, drilling

24   contractor, drilling rig.  Can you give me

25   anything -- I'm trying to find documents, and I      02:25

Exhibit 8
Page 158 of 347

596

1    need a link.  So anything you can give me that

2    might help me link it to specifics.  Like "I know

3    for a fact I was on a Gulf job on this rig."

4        A.  I understand.

5            I can say for sure that the Gulf jobs were    02:26

6    close to shore, so it would not be the Mississippi

7    Canyon or Green Canyon because they're generally

8    farther out, in deeper water.  The Gulf drill sites

9    were in shallower water.  I don't know how shallow

10   we're talking about.  You cannot see land from    02:26

11   there, but still they were closer to land than the

12   Green Canyon or the Mississippi Canyon sites.

13       Q.  Okay.  Other than that, that's the most

14   specific information you can give me.

15       A.  Well, I was told that our logs are filed,    02:26

16   you know, and kept a record with the state.  So

17   it's always there.  It'd be archived because they

18   have to have a electric log run as per the contract

19   of the lease.  So therefore, they have to archive

20   certainly a record of that.  And on the    02:27

21   headline -- header, you would have that

22   information, the lease number and the block number.

23   But I don't have those records.

24       Q.  Okay.  Mr. Foundas asked you some

25   questions.  I'm kind of switching for a second, but    02:27

Exhibit 8
Page 159 of 347

597

1    I'm going to get back to this.  You mentioned that

2    you had 70 percent in the field and 30 percent in

3    the office.  If you were to break down the field

4    time, how much of that field time would be the

5    travel that you're describing?                02:27

6              MS. CHESTER-SCHINDLER:  Objection.  Form.

7              THE WITNESS:  Typically, when we get

8    called, we would have normally two hours to get to

9    the dock.  So if it's 2 a.m. -- they might call us

10   2 a.m. and say, "Be there by 5."  But either way,   02:27

11   we -- you have two hours.

12             You go down -- you go there -- you drive

13   down to the district, load up the equipment,

14   identify all the equipment, send it down -- send

15   the truck down towards Fourchon or wherever, and I  02:28

16   would follow in my car.  When we get there, it

17   would be loaded onto the boat.  And the boat ride

18   would, say, take three, four hours.

19             Or sometimes, if it's 6 a.m., we would

20   have loaded the equipment the evening before, where  02:28

21   the equipment would ride the boat, and then in the

22   morning, at 6 a.m., we would fly out.  So we'd be

23   on the rig, say, 30 minutes from there.

24             And then I described that typically once I

25   hit the rig I have three days, or I'm working 36    02:28

Exhibit 8
Page 160 of 347

598

1    hours continuously, on average.

2        So I haven't done the math.  I -- this is

3    the general type of scenario that I can give you.

4    Of course returning was similar.  If the company

5    man were nice to us, he'd put us on the next          02:29

6    flight.

7    BY MR. BRIDGER:

8        Q.  Well, I'm hoping all the Gulf company men

9    were nice to you, so . . .

10       A.  If he doesn't -- if he just happened to        02:29

11   have a boat, then he'd just say, "We'll take the

12   boat in," you know.

13       Q.  Right.

14       A.  So obviously it all depends on his whim.

15   And it's very hard to say the total amount of time    02:29

16   spent traveling versus working.

17       Q.  Okay.  But you would agree with me that

18   there was a certain amount of time that you had in

19   the office, there was another big block of time

20   that was devoted to travel, and then there was the    02:29

21   actually -- you know, the rig-based work that you

22   were doing.  Like you said, you'd work 36 hours

23   straight.

24           MS. CHESTER-SCHINDLER:  Objection.  Form.

25           THE WITNESS:  Well, I said 36 is a typical     02:29

Exhibit 8
Page 161 of 347

599

1    estimate, you know, across half a year or months of

2    recounting.  But yes, traveling does take time, and

3    it accounts for my estimation of 30/70 split

4    between office and offshore.

5         MR. BRIDGER:  Right.                              02:30

6    BY MR. BRIDGER:

7         Q.  The 70 -- the travel time is included in

8    that 70 percent, correct?

9         MS. CHESTER-SCHINDLER:  Objection.  Form.

10        THE WITNESS:  Well, I -- when I did that,       02:30

11   I -- it was a rough estimate, and I don't know if I

12   counted that clearly, because I don't, you know,

13   separate it.  If you're on a job, you're on a job.

14   You know, the crew -- the dispatch board will say

15   on the job.  Whether that person's still en route    02:30

16   or on the rig, doesn't really matter.  He's on a

17   job.  You know.  So it's very hard to say the --

18   you know, how the 70 percent on jobs are figured

19   out.

20   BY MR. BRIDGER:                                       02:30

21        Q.  With respect to the Gulf or Texaco jobs,

22   were any of those on platforms?

23        A.  Don't think so.  I think they were all

24   mobile rigs.

25        Q.  Do you happen to remember the names of any   02:31

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 162 of 347

600

1    mud engineers that were on any Gulf or Texaco

2    worksites?

3        A.  No.  I do not know any mud engineers.  I

4    never really met them or befriend any one of them.

5            MS. CHESTER-SCHINDLER:  John, are you        02:31

6    asking about individuals or companies?

7            MR. BRIDGER:  Either way.  The name of an

8    individual or the name of a company or -- I'm

9    grasping at straws to try and be able to put some

10   information into discovery requests, internal       02:31

11   discovery requests.

12   BY MR. BRIDGER:

13       Q.  I take it the answer is you don't recall

14   any names, whether it's an individual or a company.

15       A.  Not individuals.  But the mud companies,     02:31

16   the only reason I would know is because we would

17   load out of the docks.  You know, the Magcobar, the

18   Newpark.  You know, they'll say go down to Dulac or

19   Houma, to the Magcobar docks, and obviously

20   Magcobar had to be a mud company that supplied the   02:32

21   mud.  So that --

22       Q.  Do you remember if any of those were on

23   Gulf or Texaco sites?

24       A.  That, I cannot remember.

25       Q.  Let me shift gears with you for a second.    02:32

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 163 of 347

601

1    Were you ever a direct employee of Gulf or Texaco?

2        A.   Never was.

3        Q.   You -- when you were working on Gulf or

4    Texaco sites, you were always a direct employee of

5    Schlumberger.                                           02:32

6        A.   That's right.

7        Q.   You got your paycheck from Schlumberger.

8        A.   Yes.

9        Q.   You were trained by Schlumberger how to

10   use this very specialized equipment, correct?          02:32

11       A.   Yes.

12       Q.   And once you were on the rig, you didn't

13   need any Texaco or Gulf employees telling you how

14   to use your equipment, did you?

15       A.   No.                                            02:32

16       Q.   In fact, would you have permitted any

17   Texaco or Gulf employees to operate your equipment?

18       A.   Certainly not.  No.

19       Q.   And the reason why a company like Gulf or

20   Texaco would hire Schlumberger is because of the       02:33

21   expertise that Schlumberger had in developing and

22   operating its equipment.  Is that fair?

23       A.   Certainly.  And the technology that they

24   had.

25       Q.   All right.  And you -- the equipment that     02:33

Exhibit 8
Page 164 of 347

602

1    you used, you brought with you, whether it's the

2    unit or whether it's the tools that go down the

3    hole.

4         A.  Everything's built and designed by

5    Schlumberger.                                    02:33

6         Q.  So it's all Schlumberger equipment that

7    you're operating.

8         A.  Yes.

9         Q.  And you received safety training from

10   Schlumberger.                                     02:33

11        A.  That's right.

12        Q.  Did you ever receive any type of training

13   from Gulf or Texaco?

14        A.  No.  I don't believe so.

15        Q.  Did you ever receive any type of safety   02:33

16   training from Gulf or Texaco?

17        A.  Not from Gulf or Texaco.

18        Q.  Did you receive any personal protective

19   equipment or safety equipment from Gulf or Texaco?

20        A.  No.                                      02:34

21        Q.  All the safety equipment and the personal

22   protective equipment that you had was either

23   supplied by Schlumberger or stuff you bought

24   yourself.

25        A.  Yes.  With the exception of, if you're on   02:34

Exhibit 8
Page 165 of 347

603

1    the rig and you go through a "abandon ship" drill,

2    we will wear the life jackets that the rig

3    provides.

4         Q.   Okay.

5         A.   We don't bring our own life jacket -- or        02:34

6    the life jacket -- inflatable life vest on a

7    helicopter.

8         Q.   And while you're actually out there

9    performing your work, the drilling operations on

10   the rig have to come to a complete stop.              02:34

11        A.   Yes.  They cannot -- they -- we have to

12   take over the hole, and therefore, they cannot have

13   the drill pipe in to continue drilling.

14        Q.   And as far as the work that you were

15   doing, other than being told when to show up and     02:34

16   what type of testing they wanted done, Gulf and

17   Texaco left the details of what you were going to

18   do and how you were going to do it to you, the

19   experts, in that service, correct?

20            MS. CHESTER-SCHINDLER:  Objection.  Form.    02:35

21            THE WITNESS:  Well, they, you know,

22   obviously had a menu of services that they want

23   performed.  And we would, according to the

24   service -- the list of services, put together what

25   we know as the best way, the most efficient way to   02:35

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 166 of 347

604

1    get the data.  And we would inform that to the

2    geologist on location, and the company man, that

3    "We will run this and this to get the information

4    that you wanted."  And then they leave everything

5    to us.                                          02:35

6          It's obviously our call on how to get it

7    done, to get it, you know, done in the most

8    efficient way.

9    BY MR. BRIDGER:

10       Q.  You mentioned a menu.  Was the menu       02:35

11   something that Schlumberger provided to the oil

12   companies as "This is what we are able to do.  Pick

13   what you want us to do"?

14       A.  In a way, yes.  It's a checklist, list of

15   all the services.                               02:36

16          And normally it would have been called out

17   by the geology department, saying "We need the

18   sonic and the induction and the density and then

19   the dipmeter, and we need so many cores."  And they

20   will check it off, and then it'll be read off to   02:36

21   us.  And we say, "Ah.  How many cores do you think

22   you'll need?  120?  Okay.  I'll bring enough guns

23   to make sure we can shoot that many."  And we'll

24   bring the appropriate thing.

25          If they say it's more than 20,000 feet      02:36

Exhibit 8
Page 167 of 347

605

1    deep, temperature would be higher than 350, then

2    you have to bring specific tools that meet the

3    whole environment condition.

4        So yes, we bring appropriate equipment

5    based on what they tell us they need, and they          02:36

6    select it off of the list of services that we are

7    able to provide from our district.

8        Q.  All right.  Just so I understand and to be

9    succinct and clear on this, the menu that you

10   described was a Schlumberger menu that Schlumberger     02:37

11   came up with, and then the oil company would tick

12   off 1, 2, 3, whatever they wanted.

13       A.  Yes.  It would be a list of services that

14   we provide out of our Gulf Coast division, and then

15   they, with their understanding of what those things     02:37

16   do, will say, "Ah.  I need this.  I need to see

17   where the gas and oil contact is.  I need to read

18   the porosity.  I need this."  And then they would

19   tick off what they want, and then the dispatcher

20   would know what we're supposed to load out to           02:37

21   perform those services.

22       Q.  Okay.  Great.

23       And one last time.  Any specific details

24   that you can give me for any Texaco or Gulf job,

25   whether it's location -- and we -- we've talked          02:38

Exhibit 8
Page 168 of 347

606

1    about this.  I want to make sure.  Location, rig,

2    drilling contractor.  You've given me some people's

3    names.  I'll go look them up if they're still

4    alive.

5         A.  I'm struggling.  I can't remember.              02:38

6         Q.  Any other specifics that you can give me

7    for any Texaco or any Gulf job?

8         A.  Not right now.  I cannot.

9         Q.  Okay.  If you think of them before the end

10   of the deposition, wave your hand and get my          02:38

11   attention and let me know.  Okay?

12           MR. BRIDGER:  Otherwise, Mr. Hsieh, I

13   really appreciate it, and thank you for your time.

14   And I wish you the very best.

15           THE WITNESS:  Thank you very much.            02:38

16           MR. BRIDGER:  And I'll pass the witness.

17           MS. CHESTER-SCHINDLER:  We've been going

18   about an hour.  Do you all want to take a

19   five-minute break?  Who's going to ask questions

20   next?                                                  02:38

21           MR. WILLIAMS:  I'm happy to go next.  This

22   is Rob Williams.

23           MS. CHESTER-SCHINDLER:  Okay.

24   Approximately how long do you have, Rob?

25           MR. WILLIAMS:  I think, you know, 15 or 20   02:39

Exhibit 8
Page 169 of 347

607

1    minutes, maybe.

2           MS. CHESTER-SCHINDLER:  Why don't we go

3    another 15 or 20 minutes, and then we'll take a

4    break after that.  Is that okay with you, David?

5           THE WITNESS:  Yeah.  That's fine.            02:39

6           MS. CHESTER-SCHINDLER:  Or Nicolette, is

7    that okay with you, most importantly?

8           THE COURT REPORTER:  That's fine.

9           MS. CHESTER-SCHINDLER:  Actually, you know

10   what?  Why don't we take a break.  Let's take a      02:39

11   five-minute break.

12          MR. WILLIAMS:  That's good for me.

13          THE VIDEOGRAPHER:  Going off the record at

14   2:39 p.m.

15          (The parties agreed to go off the record     02:39

16          from 2:39 p.m. to 2:49 p.m.)

17          THE VIDEOGRAPHER:  Back on the record at

18   2:49 p.m.

19   EXAMINATION BY MR. WILLIAMS:

20      Q.  Mr. Hsieh, my name's Robert Williams.  How    02:49

21   are you doing?

22      A.  Fine.  Thank you.  How are you?

23      Q.  Very good.  I represent Baker Hughes, a

24   company I know you're familiar with.

25      A.  Oh, yeah.  The later Baker Hughes, not the    02:49

Exhibit 8
Page 170 of 347

608

1    previous Baker or the Hughes drill bits.

2        Q.  Well, that was going to be one of my

3    questions.  Prior to your time in 2007 to 2016 or

4    '15 when you worked for Baker Hughes, did you have

5    any involvement with any of the Baker companies or      02:49

6    the Hughes companies back when you were working for

7    Schlumberger?

8            MS. CHESTER-SCHINDLER:  Objection.  Form.

9            THE WITNESS:  I -- I've only heard of

10   Baker, and I have never -- and Hughes, of course,      02:49

11   separately, because I don't believe they were the

12   same company at the time.  And I have never been

13   involved with any of the -- their products or

14   personnel.

15           MR. WILLIAMS:  Thank you.                       02:50

16   BY MR. WILLIAMS:

17       Q.  When you were working for Schlumberger in

18   the '80s, primarily 1980 to 1986 before the bottom

19   fell out of the oil market, how many different

20   Schlumberger crews were working out of the Gulf         02:50

21   Coast office where you were assigned?

22       A.  1980.

23           Oh.  There's an echo on my audio.

24           Anyways, 1980 to 1984, I was in

25   Larose -- sorry.  In 1980 when there were 600           02:50

Exhibit 8
Page 171 of 347

609

1    offshore rig -- offshore rigs drilling, there were

2    probably ten to fifteen crews out of Larose.  And

3    there were only five districts across the Gulf of

4    Mexico, so we had to service all six -- well, all

5    of us had to service the 600 rigs that was                02:51

6    drilling.

7        Q.  Okay.  So do you think that each of the

8    other four locations also had ten to fifteen crews

9    during that time period?

10       A.  I would think that we should be fairly          02:51

11   equal in distance -- in size.  It was Belle Chasse,

12   New Orleans; and then Larose; and then Lake

13   Charles, Lafayette, and Houston.  I think those

14   were all the open-hole districts we had when I

15   first started.  And they most likely had            02:51

16   similar -- oh.  Morgan City as well.  Beg your

17   pardon.  So six districts, and they were all

18   similar in size, as far as I recall.

19       Q.  And all of those crews together would have

20   provided the Schlumberger services for the rigs     02:52

21   that you mentioned that were operating in the Gulf

22   of Mexico during that time.  Is that correct?

23       A.  That was -- that comprises all of the

24   Schlumberger offshore services in the Gulf of

25   Mexico when I first started in 1980.                02:52

Exhibit 8
Page 172 of 347

610

1      Q.  Now, after 1986, was that number reduced?

2  The number of crews and the number of locations?

3      A.  Oh, yes.  We -- we've had a lot of

4  cutbacks, layoffs during the six years, the

5  six-year span.  We've also added districts.          02:52

6          I -- I'm trying to think -- I mentioned

7  all the ones that started out in 1980.  There may

8  have been two or three new districts across the

9  gulf.  Right off the hand, in Louisiana, probably

10  there was none, but in Texas, there was Corpus      02:53

11  Christi and Victoria.  So I'm not sure if they all

12  had open-hole units.  But then we lost a lot of

13  field engineers during the layoffs in '84 and '86.

14      Q.  Thank you.

15          Switching gears for a moment.  You talked   02:53

16  about traveling out to the rigs when you would get

17  a call to go perform services for Schlumberger.

18  Can you estimate how many times you went by boat as

19  opposed to helicopter?

20          MS. CHESTER-SCHINDLER:  Objection.  Form.   02:54

21          THE WITNESS:  I would say majority of

22  time -- or more boat rides than helicopter rides.

23  If you want me to come up with a number, I would

24  say in the early '80s there were more than -- it

25  was probably 70 percent of the time we would be     02:54

Exhibit 8
Page 173 of 347

611

1    taking a boat, and then as it'd get closer to the

2    late '80s, we would have more flights than boat

3    rides.

4    BY MR. WILLIAMS:

5        Q.  And when I walked -- worked offshore, I      02:54

6    much preferred a helicopter.  I don't know how you

7    felt about that.

8        A.  I certainly did.  I prefer helicopters.

9        Q.  The boats -- the boat could be a long day

10   on the rocking, rolling seas.                        02:54

11       A.  Exactly.

12       Q.  Now, you've confirmed to us several times

13   that when you were doing your work, there would be

14   no drilling -- active drilling going on, correct?

15       A.  They cannot drill anymore.  The -- all the   02:55

16   pipes are out of hole.

17       Q.  And so at that point, there were no

18   members of the drilling contractor's crew who were

19   entering -- who were putting any additives into the

20   mud hopper at that time.  Is that right?             02:55

21           MS. CHESTER-SCHINDLER:  When he's actually

22   performing his work?

23           MR. WILLIAMS:  That's correct.

24           MS. CHESTER-SCHINDLER:  Thank you.

25           THE WITNESS:  When I'm logging, there's no   02:55

Exhibit 8
Page 174 of 347

612

1   even -- there's no mud circulation.  So no, there

2   would be no additives or any change in the mud

3   system.

4   BY MR. WILLIAMS:

5       Q.  Okay.  And can you tell me the percentage        02:55

6   of time on a assignment that you had for

7   Schlumberger that you would be working and no

8   drilling was going on while you were present on the

9   rig?

10      A.  I would say over 50 percent of the time,        02:56

11  we would get on a location while they're still

12  drilling, trying to reach bottom and trying to wait

13  for bottom's up, you know, to make sure that the

14  hole is ready so they can trip out a hole.  Because

15  we need several hours to check our tools.              02:56

16          And then sometimes lost circulation would

17  happen, and then they will scramble around trying

18  to change the mud formula or add stuff to the mud,

19  and they recirculate, recondition the hole, and it

20  would take longer, obviously.  But then half the      02:56

21  time, something would happen to the hole.

22          MR. JALENAK:  Objection.  Responsiveness.

23  BY MR. WILLIAMS:

24      Q.  Can you estimate how long, on average, it

25  would be between the time that you arrived on the     02:56

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 175 of 347

613

1    rig and then you began doing your work?

2        A.  We go to work right away.  I don't know

3    what you're referring to.  But then -- for the

4    hole -- for them to be out of the hole for us to go

5    to work, it would be near impossible, because it'll    02:57

6    take us several hours to check out our iron.

7            So we go out there, we have to spot our

8    pallets of tools, load our modules or panels into

9    the unit so that we can establish the calibrations

10   of the tool, connect it with our cable.  And after    02:57

11   the four to six hours of check, we would be ready

12   to go into the hole.

13           So they would get us out while they're

14   still circulating, you know, trying to get bottom's

15   up.                                                    02:57

16       Q.  Very good.

17           Are -- earlier, in a response to

18   Mr. Bridger's questions, you identified Magcobar

19   and Newpark.  Do you remember the names of any

20   other mud-service companies that provided services    02:58

21   to the rigs that you worked on for Schlumberger in

22   the 1980s and early '90s?

23       A.  Right off the hand, no.  I thought I had a

24   third name, but I cannot -- Swag -- you know,

25   there's something Swag, S-w-a-g.  Or it's S-w-e-g.    02:58

Exhibit 8
Page 176 of 347

614

1    I don't know for sure.  But I -- if I have a list

2    of names, I might be able to say, "That, I

3    remember," "That, I don't."  But right off the

4    hand, I'd say I remember Magcobar and Newpark.

5         Q.  Okay.  Do you recall Baroid as a                    02:58

6    mud-service engineer?

7         A.  Yes.  Most definitely.  I'm sorry.  I do

8    remember Baroid.

9         Q.  Baroid was one of the larger companies

10   operating at that time, correct?                             02:59

11        MS. CHESTER-SCHINDLER:  Objection.  Form.

12   Objection.  Form.

13        THE WITNESS:  I don't know how large they

14   are, but yes, I've seen their names around a lot of

15   times.                                                       02:59

16   BY MR. WILLIAMS:

17        Q.  Okay.  And do you recall a company named

18   IMCO, I-M-C-O?

19        A.  We went to IMCO docks.  Yes.

20        Q.  And do you recall Milchem?                          02:59

21        A.  As well.  I should have remembered them.

22   Yes.

23        Q.  Now, can you testify whether or not any of

24   the mud-service engineers working for Magcobar ever

25   specified any asbestos additives to be used in the          02:59

Exhibit 8
Page 177 of 347

615

1    drilling-mud systems on rigs where you worked for

2    Schlumberger?

3        A.   Whenever there's a loss of circulation --

4    and I know that they're scrambling to try to,

5    first, stop the losses; second, to remediate the        02:59

6    mud so that they can bring the mud weight up to a

7    certain level to make sure that there's no longer a

8    loss of circulation -- all I know is that they're

9    adding things into the mud, you know, trying to

10   confirm what the mud weight is, you know, during        03:00

11   bottom's up.

12           I never get involved with their decision

13   on what they need to add.  All I can say is my

14   experience of seeing them pouring things into the

15   hopper and having things pulling them out, the --       03:00

16   you know, the pellet stuff.  But I cannot say I

17   know what they're adding into it, no.

18       Q.   So you can't say --

19           MR. JALENAK:  Object to responsiveness.

20           MR. WILLIAMS:  Yeah.  I join.                    03:00

21           (Court reporter requests clarification.)

22   BY MR. WILLIAMS:

23       Q.   So you can't say whether any of that

24   material was any sort of asbestos additive that

25   Magcobar may have been adding to the drilling-mud       03:01

Exhibit 8
Page 178 of 347

616

1   mix, can you?

2       A.  Well, except for how I can describe what I

3   think I -- what I saw and what I felt hitting me in

4   the face.  I don't know what those things were.

5   Only could assume, that because of the loss of          03:01

6   circulation, it had to be LCM and it had to be to

7   remediate the mud, whatever they needed to do.

8       Q.  But you can't say it was asbestos, can

9   you?

10      A.  I do not know that they were, no.            03:01

11          MS. CHESTER-SCHINDLER:  Objection.  Form.

12  BY MR. WILLIAMS:

13      Q.  Is that the same for Newpark?

14          MS. CHESTER-SCHINDLER:  Objection.  Form.

15          THE WITNESS:  That would be the same for    03:01

16  any mud actions they took, because I do not get

17  involved with what they put in.  I only am told

18  what's -- it's water base or oil base and then what

19  the conductivity of the mud is and the density and,

20  you know, the weight.                                 03:01

21          MR. WILLIAMS:  Object to the

22  responsiveness.

23  BY MR. WILLIAMS:

24      Q.  So it would be also true that you could

25  not say whether any mud engineers for Baroid ever     03:02

Exhibit 8
Page 179 of 347

617

1    instructed that employees add asbestos drilling-mud

2    additives to the mud mixed on any rig you worked on

3    for Schlumberger, can you?

4          MS. CHESTER-SCHINDLER:  Objection.  Form.

5          THE WITNESS:  Well, like I said, I'm          03:02

6    not -- yes.  I'm not involved and I cannot say that

7    I know for sure that they say to add this or that

8    into the mud.

9    BY MR. WILLIAMS:

10       Q.  So you can't say whether any asbestos was     03:02

11   added, can you?

12         MS. CHESTER-SCHINDLER:  Same objection.

13         THE WITNESS:  Yes.  That's true.  I cannot

14   say what was in the additives.

15   BY MR. WILLIAMS:                                     03:02

16       Q.  And same thing for IMCO, correct?

17         MS. CHESTER-SCHINDLER:  Objection.  Form.

18         THE WITNESS:  Applies -- the same applies

19   to all the mud companies -- or the mud -- mud

20   provider -- mud-service provider on drilling rigs.   03:02

21   BY MR. WILLIAMS:

22       Q.  So my statement was correct?

23       A.  Yes, they are.

24         MS. CHESTER-SCHINDLER:  Form.

25   BY MR. WILLIAMS:                                     03:03

Exhibit 8
Page 180 of 347

618

1     Q.  And the same for Milchem, correct?

2          MS. CHESTER-SCHINDLER:  Objection.  Form.

3          THE WITNESS:  Yes.

4    BY MR. WILLIAMS:

5     Q.  You've talked a bit, in your deposition,          03:03

6    about lost circulation materials, and you noted

7    that you were aware that nutshells, like peanut

8    shells or walnut shells, were sometimes used?

9     A.  I was told, sort of as a joke by some rig

10   hands, saying that sometimes they put those things    03:03

11   in just to help plug up the hole that was leaking.

12   And I have never confirmed that, "Hey, is this what

13   you really put in?"  But those were things that

14   I've heard, yes.

15    Q.  Okay.  Were you aware that ground-up mica        03:03

16   was also used as a lost circulation material?

17          MS. CHESTER-SCHINDLER:  Objection.  Form.

18          THE WITNESS:  No.  I am not aware of that

19   term, and I don't know what it is.

20   BY MR. WILLIAMS:                                      03:03

21    Q.  Are you aware that cellophane flakes were

22   sometimes used as a lost circulation material?

23          MS. CHESTER-SCHINDLER:  Objection.  Form.

24          THE WITNESS:  No.

25   BY MR. WILLIAMS:                                      03:04

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 181 of 347

619

1          Q.  It's fair to say you don't know the makeup

2     of -- you don't have any personal knowledge

3     regarding the makeup of any of the lost circulation

4     materials that might have been used during lost

5     circulation events that occurred while you were on      03:04

6     rigs in the Gulf of Mexico working for

7     Schlumberger, correct?

8               MS. CHESTER-SCHINDLER:  Objection.  Form.

9               THE WITNESS:  Yes.  As a Schlumberger

10    engineer, we are not trained on how mud is made up      03:04

11    besides the basic physical properties that we need

12    to be aware of.  So no, I have never been involved

13    in the science of how mud is formulated.

14              MR. WILLIAMS:  That's all I have.  Thank

15    you, Mr. Hsieh.                                          03:05

16              THE WITNESS:  Thank you very much.

17              MS. CHESTER-SCHINDLER:  Who's up next?

18              MR. SCHUETTE:  Susie, I can go next.  I

19    probably have 15, 20 minutes.

20              MS. CHESTER-SCHINDLER:  Okay.  Why don't       03:05

21    you go ahead.

22              MR. SCHUETTE:  Okay.  Let me get my video

23    up here.

24              THE WITNESS:  Who -- who's next?  I'm

25    sorry.                                                   03:05

Exhibit 8
Page 182 of 347

620

1          MR. SCHUETTE:  Mr. Hsieh, this is Bill

2     Schuette.

3          THE WITNESS:  Okay.  Hold on.  Let me go

4     find you first.

5          Okay.  I see you.                          03:05

6          MR. SCHUETTE:  And may I call you David?

7          THE WITNESS:  Yes, you may.

8          MR. SCHUETTE:  And you can call me Bill.

9          THE WITNESS:  All right.  Thank you.

10          MR. SCHUETTE:  Are we ready?                03:05

11          THE WITNESS:  I am ready.

12     EXAMINATION BY MR. SCHUETTE:

13          Q.  Okay.  David, I want to focus initially on

14     the two drilling rigs you discussed, that you

15     identified as the Mariner 3 and the Mariner 7.  And   03:05

16     as I appreciate as a testimony -- and I'm not going

17     to quote it because I don't have that kind of

18     memory.  But as I appreciate the testimony you gave

19     to Mr. Cosculluela this morning, there was at least

20     some uncertainty in your mind as to whether the       03:06

21     Mariner 7 was Mariner or Marine 7.  Is that fair?

22          A.  That is what I said just now, yes.

23          Q.  Okay.  What I want to ask you, then, too,

24     is, do you have any similar uncertainty about the

25     name of Mariner 3 and whether it might have been      03:06

Exhibit 8
Page 183 of 347

621

1    Marine 3?

2        A.  I am pretty certain it was the Mariner 3,

3    simply because I mentioned about the Cooney and the

4    Holmes fight and me being out there for the logging

5    job and the geologist listening on the portable          03:06

6    radio and trying to tell us what's going on per

7    round, and he was able to fly off on a helicopter

8    before, you know, sundown, and we --

9        Q.  Right.

10       A.  -- got stuck out there, you know, riding       03:07

11   out the storm.  So I'm quite sure it was the

12   Mariner 3.

13       Q.  Okay.  Do you know if Mariner 3 was the

14   full name, or might it have been the Santa Fe

15   Mariner 3?                                              03:07

16       A.  I still cannot say now that it was a Santa

17   Fe Mariner 3.  I only -- I do only remember a

18   Mariner 3.

19       Q.  Okay.  All right.  Well, we'll go with

20   that, then.  Thanks.                                    03:07

21           And as you mentioned earlier when you were

22   testifying with Mr. Cosculluela, you said you had a

23   distinctive memory of the Mariner 3.  And then

24   subsequently with Mr. Foundas, you mentioned the

25   Larry Holmes fight and the storm.  Is that what was    03:07

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 184 of 347

622

1    distinctive about the Mariner 3 and memory, or was

2    there something else?

3        A.  That fight and that -- the storm was

4    obviously the most memorable thing -- one of the

5    most memorable things in my field engineer career.    03:08

6            But the Mariner 3 itself, I remember it

7    being -- for a small semisubmersible, it was rather

8    small.  You know, it had a very small deck space.

9    So that was -- that's always in my mind, that it's

10   a smaller one, smaller floater.  In these earlier    03:08

11   days.  Because later on, the semis, like the

12   Diamond M and stuff, they're much bigger, as you

13   all know.

14           But I don't know how -- I can't remember

15   how big the Mariner 3 was.  It was a lot smaller.    03:08

16       Q.  Okay.  Well, in the -- after your

17   testimony with Mr. Foundas, I went out onto the

18   Internet and found that the date of the

19   Holmes-Cooney fight was June 11th, 1982.  So that

20   would have been the date that you -- I think you     03:09

21   said you "arrive" at the Mariner 3?

22       A.  I listened -- well, the fight happened

23   that night, and we were -- I can't tell you whether

24   we were working or -- I think we were working.  And

25   the geologist keep going out to the unit and         03:09

Exhibit 8
Page 185 of 347

623

1   listening to his radio.  So I must have arrived a

2   day before.

3        Q.  Okay.  But it's obviously very close to

4   that time frame.

5        A.  Of course.                                   03:09

6        Q.  Okay.  The -- now, do you know how far

7   offshore the Mariner 3 was in June 1982?

8        A.  He was able to listen to the radio, you

9   know, on the fight, so he probably wasn't very,

10  very far away.  But I do not remember how far away.  03:09

11  Because we took boats to go out and then come back.

12       Q.  Do you remember how deep the water was at

13  the Mariner 3?

14       A.  I do not remember.

15       Q.  Okay.  Do you recall what the            03:10

16  location -- is there any way you can give me a

17  location of the

18  Mariner 3?

19       A.  I cannot.

20       Q.  Do you know who the owner of the rig that  03:10

21  you've designated or recall as the Mariner 3 was?

22       A.  No, I do not.

23       Q.  Do you know who the drilling contractor or

24  operator of the rig was?

25       A.  I do not.                                    03:10

Exhibit 8
Page 186 of 347

624

```
1        Q.  Do you know who the mud engineer was?

2        A.  No.

3        Q.  Do you know whether the mud that was used

4   on the Mariner 3 was water-based, oil-based, or

5   synthetic?                                          03:10

6        A.  I am quite sure -- even though I cannot

7   say for sure, I am quite sure it was water-based.

8        Q.  Okay.  And with regard to the

9   Mariner -- and you mentioned that you may have been

10  on the Mariner 3 one or two times.                  03:11

11           MR. SCHUETTE:  Excuse me just a moment.

12  Let me mute this.

13           (There was a pause in the proceedings.)

14           MS. CHESTER-SCHINDLER:  I think they

15  escaped.                                            03:11

16           MR. SCHUETTE:  Two basset hound dogs and a

17  Great Dane all decided to wake up at once.  So

18  they're outside now, so we can go forward.

19  BY MR. SCHUETTE:

20       Q.  Let's go on to the -- or I think the       03:12

21  question was, that earlier you testified that you

22  were on the Mariner 3 one, maybe two times.  Do you

23  have a specific recollection of being on the

24  Mariner 3 more than once?

25       A.  I cannot say I can specifically remember    03:12
```

Exhibit 8
Page 187 of 347

625

1  beyond the -- besides the Holmes-Cooney fight, but

2  I thought I was back on the rig another time.

3      Q.  Was it -- well, if you don't have a

4  specific recollection, then, again, you couldn't

5  tell me whether it was in the same location as it      03:12

6  had been the prior time?

7      A.  That is true.  I cannot say for sure if it

8  was for the same operator and on the same block or

9  not.

10     Q.  Okay.  You just don't remember any details     03:12

11 about that second visit, if there was one.

12     A.  That's correct.

13     Q.  Okay.  Let's go on to the -- what you've

14 called -- and I'll use your nomenclature for it --

15 the Mariner 7.  And again, just quickly, do you        03:13

16 know who owned the Mariner 7?

17     A.  I do not.

18     Q.  Okay.  Do you know who the drilling

19 contractor and operator were?

20     A.  No, I do not.                                  03:13

21     Q.  Do you know who the mud-service company

22 was?

23     A.  No.

24     Q.  Do you know -- can you tell me in any way

25 what its location was?                                 03:13

Exhibit 8
Page 188 of 347

626

1      A.  No.

2      Q.  Do you recall how long it took you to get

3  out to the Mariner 7?

4      A.  No.

5      Q.  Do you recall how deep the water was for        03:13

6  the Mariner 7?

7      A.  No.  I have no recollection of any of

8  those details on the -- about a job.

9      Q.  Okay.  Well, David, I represent a company

10  known as Apache Deepwater, which acquired access of    03:13

11  Mariner at some time subsequent to your time in the

12  oilfield.  So I'm going to ask you a few questions.

13          Did you -- are you familiar with the

14  company Mariner Energy?

15      A.  I have never heard of the company called     03:14

16  Mariner Energy, no.

17      Q.  So you don't -- you wouldn't have any

18  recollection of ever working around any Mariner

19  employees.

20      A.  That's correct.                               03:14

21          MS. CHESTER-SCHINDLER:  Belated objection.

22  Form.

23  BY MR. SCHUETTE:

24      Q.  And so it's safe to say you don't know

25  what role Mariner would have played in the oilfield   03:14

Exhibit 8
Page 189 of 347

627

1    at the time you were working there.

2           MS. CHESTER-SCHINDLER:  Objection.  Form.

3           THE WITNESS:  Yes.  I only remember the

4    rig that's called that.  At least they say, "You're

5    going out to the Mariner 3."  But I cannot remember     03:15

6    the operator nor the drilling contractor.  And I

7    didn't know a oil company called Mariner Energy

8    existed.

9    BY MR. SCHUETTE:

10       Q.  Okay.  So you would have -- that -- then       03:15

11   it would be safe for me to say that you couldn't --

12   you could have no knowledge of how any Mariner

13   operations would have caused you to be exposed to

14   asbestos.

15       A.  Certainly not the actions of Mariner          03:15

16   Energy or whatever.  Except the rig's name was

17   Mariner 3.  Yes.

18       Q.  Right.

19           And as far as you've said for all of the

20   rigs, and specifically with regard to Mariner 3 and    03:15

21   Mariner 7, you would have no knowledge of whether

22   any mud or any mud additives contained asbestos.

23       A.  That's correct.

24           MR. SCHUETTE:  David, thank you for your

25   time, and I'm praying for your health.                 03:16

Exhibit 8
Page 190 of 347

628

1           THE WITNESS:  Thank you.

2           MS. CHESTER-SCHINDLER:  Who would like to

3    go next?

4           MR. JALENAK:  This is Jay.  I can go.

5           MS. CHESTER-SCHINDLER:  Go ahead.          03:16

6           MR. JALENAK:  All right.  Let me get my

7    video going here.

8    EXAMINATION BY MR. JALENAK:

9        Q.  Good afternoon, Mr. Hsieh.  Can you see

10   me?                                              03:16

11       A.  Wait.

12           Yeah.  I see you.  Yes.

13       Q.  Okay.  My name is Jay Jalenak, and I have

14   -- you can call me Jay.  And I just have a few

15   minutes of questions for you today.              03:16

16       A.  Okay.

17       Q.  Before I ask you about my specific

18   clients, I'd like to go back to some of the

19   questions that Mr. Bridger asked you earlier, and I

20   want to ask them to you a little bit more generally   03:16

21   so maybe we can cut down on some of the questions

22   that some of the other participants on the phone

23   have to ask you.

24           Mr. Bridger discussed with you the

25   training for your job, and you agreed that all the   03:17

Exhibit 8
Page 191 of 347

629

1    training for doing your job as a wireline operator

2    came from Schlumberger, correct?

3        A.  That's correct.

4        Q.  Okay.  And then he asked you about any

5    training you got from either Gulf or Texaco.  And        03:17

6    what I'd like to confirm is that you never received

7    any training on how to do your job from any well

8    operator.  Is that correct?

9        A.  That is correct.

10       Q.  Okay.  And you never received any              03:17

11   training, on how to do your job, from any drilling

12   contractor, correct?

13       A.  Yes.

14       Q.  Okay.  And that you did not receive any

15   instructions on how to do your job by any well         03:17

16   operator or drilling contractor.

17           MS. CHESTER-SCHINDLER:  Objection.  Form.

18           THE WITNESS:  That's right.

19   BY MR. JALENAK:

20       Q.  Okay.  The only instruction that you would    03:17

21   have been given was them telling you when the pipes

22   were out of the hole and that the hole was clear

23   for you to go do your job, correct?

24           MS. CHESTER-SCHINDLER:  Objection.  Form.

25           THE WITNESS:  Yes.                             03:18

Exhibit 8
Page 192 of 347

630

1    BY MR. JALENAK:

2        Q.  Now I want to discuss with you your

3    testimony concerning work that you did on rigs that

4    were owned or operated, probably operated, by Shell

5    Oil, the Shell entities.                          03:18

6        A.  Okay.

7        Q.  Can you tell me the number of times you

8    were working on a well when Shell was the operator?

9        A.  I remember being on Shell Rig 11, which

10   was also operated by Shell.  Then I remember the    03:18

11   Discover Seven Seas, operated by Shell.  And I've

12   been on the Seven Seas multiple times.  I would say

13   collectively probably had been on Shell rigs, you

14   know, Seven Seas and the

15   Shell 11 -- or -- yeah, Shell Rig 11, a total       03:19

16   of -- under ten -- you know, five to ten times.

17       Q.  When you say five to ten times, that's

18   five to ten times total for both Shell Rig 11 and

19   the Discover Seven Seas?

20       A.  Yes.  I believe I was only on Rig 11 one     03:19

21   time.  And subsequently, another that I remember

22   was the Norwegian semisubmersible that was operated

23   by Shell.  Another time.  And then the rest of the

24   time were all the Seven -- all done on the Seven

25   Seas.                                               03:19

Exhibit 8
Page 193 of 347

631

1      Q.  Okay.  The time that you were on the

2  Norwegian semisubmersible, that was just one other

3  time?

4      A.  Yes.  Only once.

5      Q.  All right.  Let's start with do you know      03:20

6  which one -- for timewise, do you know which rig

7  operated by Shell you were on first?

8      A.  Rig 11.

9      Q.  Okay.  And can you tell me -- I know in

10  your discovery responses it said that you're not      03:20

11  able to give any precise dates for the times that

12  you worked on -- for different companies.  Do you

13  know any of the dates that you would have been on

14  Shell Rig 11?

15      A.  I certainly do not.  But it would fall      03:20

16  around '82ish.  And then the same with the

17  Norwegian floater.  It would be around '82, '83

18  time frame.

19      Q.  Okay.  As we sit here today -- and I think

20  you told me -- or that you said when we were with      03:21

21  you a couple weeks ago that you believe Rig 11 was

22  a jackup rig?

23      A.  Did I say that?  I don't -- I think it was

24  a jackup.  I mean, I cannot recall specifically

25  now.  Because I was -- it was the first ever rig      03:21

Exhibit 8
Page 194 of 347

632

1    that was owned by the operator.  I didn't know that

2    Shell had their own rig.

3            I remember the gears along the pipe rack

4    where they are able to move the rig floor -- I

5    guess the rig floor -- to a different location.        03:21

6    But I remember it being a distinct difference from

7    the rest of the rigs that I'd been on then.  But I

8    don't remember, exactly, whether that rig was a

9    jackup or not or --

10       Q.  Okay.  Am I correct that in 1982 you'd        03:22

11   been working out of a C-unit?

12       A.  Yes, I was.

13       Q.  Do you have any recollection of where that

14   unit was on Rig 11?

15       A.  I do not.                                      03:22

16       Q.  Do you know, as we sit here today, where

17   Rig 11 was located in the Gulf?

18       A.  I do not remember where it was.

19       Q.  You don't know a block number for where it

20   was located or even the block itself.                 03:22

21       A.  I don't remember a block number, but I am

22   quite sure it was not deep sea, as in what I

23   mentioned earlier, you know, the Green Canyon or

24   the Mississippi Canyon type of block.

25       Q.  Okay.  How -- do you know how -- remember     03:23

Exhibit 8
Page 195 of 347

633

1    how you got to Rig 11?

2        A.  I don't remember.  But knowing Shell, I

3    probably flew out.

4        Q.  And do you know how far away it was from

5    the coast?                                              03:23

6        A.  I do not remember how long it took us to

7    get out there.

8        Q.  Okay.  Do you know who the driller was on

9    Rig 11 when you were out there?

10       A.  Do not remember.                                03:23

11       Q.  Okay.  Do you know who the mud-service

12   company was when you were out there?

13       A.  No, I don't.

14       Q.  Do you know the names of the -- name of

15   the mud engineer when you were out there?               03:23

16       A.  I do not remember.

17       Q.  Okay.  Do you know the depth of the water

18   where Rig 11 was?

19       A.  No, I don't.

20       Q.  Okay.  And do you know the depth of the         03:23

21   hole that was drilled for Rig -- by -- excuse me --

22   by Rig 11?

23       A.  No.  I don't know specifically.  But it's

24   probably -- well, I don't know if it makes a -- if

25   it makes a difference if I'm only guessing, but it     03:24

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 196 of 347

634

1    should be between ten and fifteen thousand.  Over

2    10,000 feet.

3         Q.  As we sit here today, that's just a guess?

4         A.  It is.

5         Q.  Okay.  Fair enough.  I don't mind if you          03:24

6    make an educated guess as long as you let me know.

7    I appreciate that.

8         A.  Okay.

9         Q.  And I know, when you go out to rigs, you

10   said you're typically there an average of three        03:24

11   days.  Do you know how long you were there on Rig

12   11?

13        A.  I don't remember how long I was out on Rig

14   11.

15        Q.  All right.  Let's talk also about the           03:24

16   Norwegian semisubmersible.  Is that the name of the

17   rig?

18        A.  No, it was not.

19        Q.  Okay.  Do you know -- do you know the name

20   of the rig?                                             03:25

21        A.  I do not remember the name.  I thought it

22   was a -- you know, an unusual name, harder to

23   pronounce, but it's not difficult.  But I

24   remember -- the only reason I remember this is

25   because they had a theater and I was awestruck by      03:25

Exhibit 8
Page 197 of 347

635

1    the fact that there was a theater on a rig, because

2    that's luxury to me.

3        Q.  Okay.  Fair enough.

4            Do you know where you got -- went out of

5    to go to this semisubmersible?                          03:25

6        A.  No.  I do not remember any other details.

7        Q.  Okay.  Do you believe that -- this is in

8    '82, '83 -- you were working in a C-unit?

9        A.  It had to be a C-unit.

10       Q.  And am I correct, that as we sit here        03:25

11   today, you cannot tell me where on the rig that

12   C-unit was located?

13       A.  Yes, you are.  I cannot.

14       Q.  All right.  Thank you.

15           Am I correct that you don't know the block    03:26

16   or hole location where they were drilling, on this

17   semisubmersible Norwegian rig?

18       A.  Yes.  I do not remember the location or

19   the block.

20       Q.  Do you know the drilling contractor?         03:26

21       A.  No.

22       Q.  Okay.  Do you know the name of the

23   mud-servicing firm?

24       A.  No.

25       Q.  Do you know the name of the mud engineer     03:26

Exhibit 8
Page 198 of 347

636

1    on that rig?

2        A.   No.

3        Q.   Do you know the depth of the water that

4    that rig was?

5        A.   I do not.                                    03:26

6        Q.   Do you know -- any way to tell me at all

7    where it may have been located in the gulf?

8        A.   Well, since I was loaded up from Larose,

9    meaning either Fourchon or Grand Isle, it had to

10   be, you know, just near the mouth of the           03:27

11   Mississippi, a little bit west of the Mississippi,

12   but in Louisiana waters, and not as far west as

13   Morgan City.  So it should have been in that narrow

14   stretch.

15       Q.   Okay.  And do you remember whether you     03:27

16   took a helicopter or boat out to that rig?

17       A.   I don't remember.

18       Q.   Okay.  Fair enough.

19            All right.  Let's talk about the Discover

20   Seven Seas.  When you say you went to that rig       03:27

21   multiple times, can you tell me what -- how many

22   times that might have been, that you specifically

23   remember?

24       A.   I cannot say specifically remembering, but

25   I would estimate that I've been out there five      03:27

Exhibit 8
Page 199 of 347

637

1    different times, but also as a RFT specialist.  I

2    made the trip many, many times out there just to

3    run RFT for --

4        Q.  Okay.

5        A.  -- for the crew -- for our crew.                03:28

6        Q.  Let's see.  I have that you were a RFT

7    specialist, if I remember correctly, starting in

8    mid 1986?

9        A.  That's right.

10       Q.  Okay.  Do you know whether you ever went     03:28

11   out to the Discover Seven Seas prior to you being

12   an RFT?

13       A.  Yes.  I have made regular logging jobs on

14   the Seven Seas as well.

15       Q.  Okay.  Do you know how many -- I think you   03:28

16   said you went there an estimate of five times.  Do

17   you know how many of those times you went as a

18   regular logger and how many times you went as an

19   RFT specialist?

20       A.  I can only guess.  I believe I've actually   03:29

21   made C-unit jobs out there as a logging engineer

22   maybe once or twice.  Then later, when it was an

23   F-unit, you know, later on -- later in the '80s and

24   I go out there as a RFT, I made three or four more

25   trips out there.                                     03:29

Exhibit 8
Page 200 of 347

638

1      Q.  You said four more?

2      A.  Three or four more, yes.

3      Q.  Okay.  And then how many as an RFT?

4      A.  Well, the three or four more would be RFT.

5      Q.  I'm sorry.  Appreciate that.  Okay.          03:29

6          On the times when it was -- when you were

7   working in a C-unit, can you tell me what years

8   those times would have been?

9      A.  I don't know for sure, but they should

10  have been '84 -- after '84.  '84, '85.             03:30

11     Q.  Okay.  Well, the two times that you

12  estimate that you went there as a regular logger,

13  was the Discover Seven Seas in the same location

14  both times?

15     A.  I cannot swear by it, but it's likely that  03:30

16  it was in -- it was drilling the same well in the

17  same block.

18     Q.  Am I correct that you can't tell me what

19  well or block that was?

20     A.  Yeah.  For logging, I cannot tell you, no.   03:30

21     Q.  Okay.  Do you know the name of the

22  driller -- drilling contractor that was on the

23  Discover Seven Seas when you were there as a

24  regular logger?

25     A.  Well, I thought the Discoverer Seven Seas    03:31

Exhibit 8
Page 201 of 347

639

1    was owned by Glomar Pacific, so wouldn't that have

2    been the drilling contractor?  I don't even recall

3    that being -- Glomar Pacific being the drilling

4    company.

5        Q.  Okay.                                        03:31

6        A.  They do own Discoverer and the Glomar --

7    and the Discoverer 534 and the Discoverer Seven

8    Seas.  They owned those fleets.

9        Q.  Okay.  Do you know who the mud-service

10   contractor was when you were there as a regular      03:31

11   logger on the Discover Seven Seas?

12       A.  I do not remember, no.

13       Q.  Okay.  And you don't know the name of the

14   mud engineer on that rig during that time.

15       A.  No, I don't.                                 03:32

16       Q.  Okay.  Don't remember if you

17   told -- answered or we discussed this or not.  What

18   type of rig was the Discover Seven Seas?

19       A.  Drillship.

20       Q.  Drillship.                                   03:32

21          All right.  Do you know the depth of the

22   water that the Discover Seven Seas was when you

23   were there as a regular logger?

24       A.  As a regular logger, no.  It was fairly

25   deep water, I would say.  Probably a few thousand    03:32

Exhibit 8
Page 202 of 347

640

1    feet.  But I do remember when it was -- when I was

2    logging the RFT.

3        Q.  Okay.  Well, we'll get to that in just a

4    moment.

5        A.  Of course.                                    03:32

6        Q.  Do you know the depth of the hole that was

7    being drilled by the Discover Seven Seas when

8    you're there as a regular logger?

9        A.  I cannot remember exactly, but for

10   drillships, typically the wells would be fairly     03:33

11   deep, probably around 15,000 feet.

12       Q.  Okay.  All right.  Finally, let's talk

13   about the times you were there as an RFT.  This

14   would have been -- all been after 1986, correct?

15       A.  That's right.                                 03:33

16       Q.  All right.  And first of all, I forgot to

17   ask you, when you were a regular logger, do you

18   have any recollection of where the C-unit was

19   located on the Discover Seven Seas?

20       A.  I do not remember where it was.               03:33

21       Q.  Okay.  And as far as the F-unit when you

22   were there as an RFT, do you know where it was

23   located on the drillship?

24       A.  I think it was between the rig -- the

25   derrick and the heliport.  So it's in between --     03:34

Exhibit 8
Page 203 of 347

641

1    you know, towards the heliport.

2         Q.   Okay.   On the other side of the -- where

3    they store the drill pipe?

4         A.   Yes.

5         Q.   Do you believe that the drilling                03:34

6    contractor on the Discover Seven Seas when you're

7    there as an RFT was still Glomar Pacific, as far as

8    you know?

9         A.   I don't know.   But I know that it

10   was -- they were still owned by Glomar Pacific, so     03:34

11   may have been.

12        Q.   Okay.   Do you know the name of the

13   mud-engineering firm that was on the Discover Seven

14   Seas when you were there as an RFT?

15        A.   I cannot say I do, no.                         03:35

16        Q.   Okay.   And do you know the name of any of

17   the mud engineers that was -- were on the Discover

18   Seven Seas when you're there as a mud

19   engineer -- excuse me -- when you're there as an

20   RFT?                                                    03:35

21        A.   No, I do not.

22        Q.   Do you know whether -- when you were on

23   the Discover Seven Seas as an RFT, whether you were

24   there at the same well hole and same location or

25   different locations?                                   03:35

Exhibit 8
Page 204 of 347

642

1      A.  I was probably servicing more than one

2  well, but all in the same or similar locations.

3      Q.  Is there any way of telling me or to

4  recall what location that would have been?

5      A.  It had -- it was further east of the          03:35

6  Mississippi River, mouth of the Mississippi River.

7  So it may have been Mississippi Canyon or Green

8  Canyon.  The water depth was very, very deep.  It

9  was a world record.  But I cannot say today exactly

10  what block it was in.                                 03:36

11      Q.  Okay.  The times that you were working in

12  the field for Schlumberger, that started in 1980

13  and ended in 1990?  Correct?

14      A.  Yes.  '90 or '91.  Yes.

15      Q.  Okay.  From 1980 to about 1991?             03:36

16      A.  That's right.

17      Q.  Okay.  If I tell you that Shell had a

18  policy not to use asbestos products in drilling

19  muds during the time period that you were working

20  in the field, am I correct that you do not have any  03:37

21  information that that policy was ever violated

22  while you were working on a Shell-operated well

23  site?

24          MS. CHESTER-SCHINDLER:  Objection.  Form.

25          THE WITNESS:  Well, you tell me now.  I      03:37

Exhibit 8
Page 205 of 347

643

1   wouldn't have known back then if that was even a

2   consideration.  At that time, I am not aware of

3   these things.

4   BY MR. JALENAK:

5       Q.  Okay.  I think we've said it several times     03:37

6   in this deposition, that you were not a mud

7   engineer.  Correct?

8       A.  That's correct.

9       Q.  And you were never responsible for adding

10  any type of additives to the hopper -- mud hopper     03:37

11  on any vessel or any rigs.

12      A.  They never consulted me, no.

13      Q.  Okay.  So there would have been no reason

14  for you to know of any Shell policy which would

15  have even prohibited asbestos being used in a Shell   03:37

16  well site, correct?

17          MS. CHESTER-SCHINDLER:  Objection.  Form.

18  BY MR. JALENAK:

19      Q.  You can answer, sir.

20      A.  Yes.  That's true.                             03:38

21      Q.  Okay.  All right.  Now I want to talk to

22  you a little bit about Diamond M, and then I'll be

23  done.

24          I believe you've stated a couple of times

25  in your deposition that you don't remember the        03:38

Exhibit 8
Page 206 of 347

644

1    specific name or number of any Diamond M rig that

2    you ever worked on.  Correct?

3        A.  That's correct.

4        Q.  And your response to written discovery --

5    that's the discovery on page 4, which has been        03:39

6    attached as Exhibit 21 already.  It

7    says "Diamond M," parentheses, "semisubmersible

8    barge for drilling."  Did you work on any Diamond M

9    rigs that were not a semisubmersible barge, that

10   you recall?                                           03:39

11       A.  They were all semisubmersibles.

12       Q.  Okay.  Do you know how many different

13   Diamond M semisubmersible rigs you worked on while

14   working for Schlumberger?

15       A.  I would say -- I don't know right offhand,    03:40

16   but I would say probably three different

17   types -- three different ones.

18       Q.  All right.  Do you remember the first time

19   that you worked on a Diamond M semisubmersible

20   barge?                                                03:40

21       A.  I don't remember the first time, but I

22   think I remember the first -- well, I remember

23   first getting on a Diamond M semi in the early

24   '80s.  '82, '83ish.  It was out -- it was pretty

25   far out.  It was in the Green Canyon area.  But I     03:41

Exhibit 8
Page 207 of 347

645

1    cannot remember the rig's name.  I don't know why.

2        Q.  Okay.  You believe it was in the Green

3    Canyon area?

4        A.  Yes.  I'm pretty sure it was in the Green

5    Canyon area.                                        03:41

6        Q.  Do you know who the operator of that well

7    was?

8        A.  Right now, I cannot, even though I made a

9    lot of jobs out there.  But I cannot remember the

10   operator.                                           03:41

11       Q.  Okay.  When you said you made a lot of

12   jobs out there, did you make a lot of jobs in that

13   area or a lot of jobs on that Diamond M

14   semisubmersible?

15       A.  I made a lot of jobs on this rig.           03:41

16       Q.  Okay.  Do you know how many jobs you made

17   on this Diamond M semisubmersible?

18       A.  I would say that for that one I must have

19   been out there between five and ten times.

20       Q.  In what years did you go out on that rig    03:42

21   five to ten times?

22       A.  Probably '83, '84.

23       Q.  Was this all working on a -- in a C-unit,

24   then?

25       A.  Yes.  They were all in C-units.             03:42

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 208 of 347

646

1      Q.  Do you have any recollection of where that

2   C-unit was located on this Diamond M

3   semisubmersible?

4      A.  I think it was on a independent pillar --

5   or not pillar -- a independent pedestal on the pipe    03:42

6   rack, you know, about the height -- close to the

7   height of the floor but not as far as the end of

8   the catwalk but somewhere in the middle of the

9   catwalk -- of the pipe rack.

10     Q.  Was it on the other end of the pipe rack    03:43

11  from the floor?

12     A.  Not all the way to the other end, but it

13  was -- like I said, it was on a pedestal halfway

14  between the floor and the helideck.

15     Q.  Okay.  The times that you went out -- the    03:43

16  five to ten times that you went out to this

17  Diamond M semisubmersible, was it always the same

18  operator -- well operator?

19     A.  I believe so.

20     Q.  Was it always at the same well site?    03:43

21     A.  Different holes, but it was in the same

22  block, as far as I can remember.

23     Q.  That's just your best estimate?

24     A.  For now, yes.

25     Q.  Okay.  Do you know how deep the water was    03:44

Exhibit 8
Page 209 of 347

647

1    where this semisubmersible was?

2        A.  For that one, I don't know how deep.  But

3    they would have been two to three thousand feet,

4    minimum.

5        Q.  And is all the trips that you went out          03:44

6    to -- the five to ten times that you went out to

7    this semisubmersible, that was all between either

8    1983 or 1984?

9        A.  Yes.

10       Q.  Okay.  And you believe there was another       03:45

11   Diamond M semisubmersible that you went on as well?

12       A.  I believe there are two others, but I

13   can't -- like I said, I cannot remember the names

14   of the rigs.  But I think there was two others.

15       Q.  All right.  Well, what's the next one          03:45

16   you -- where do you think the next one was that you

17   went on, if you know?

18       A.  It would have been more -- closer to -- I

19   mean, more likely Mississippi Canyon, east, more

20   east, because I was based out of Belle Chasse by       03:45

21   then.

22           The original one, I was loading out of

23   Fourchon, working out of Larose.  Then I

24   transferred to Belle Chasse in '84.  Started going

25   on other jobs in the other Diamond M rigs.  And it     03:46

Exhibit 8
Page 210 of 347

648

1    makes sense for it to be -- yeah, because we were

2    loaded out of Venice most of the time.  So it was

3    probably further east.

4        Q.  Okay.  When you were working out of Belle

5    Chasse to this Diamond M semisubmersible, do you          03:46

6    know what year that was?

7        A.  I was transferred to Belle Chasse in '84,

8    so it had to be any time after '84 all the way till

9    late -- late '80s, which would have been '87, '88

10   easily.                                                   03:46

11       Q.  Okay.  Do you know what position you held

12   when you were out there?

13       A.  When I first went out, I was just a

14   regular logging engineer, and then later, I was

15   also out there as an RFT specialist.                      03:46

16       Q.  Okay.  Do you know how -- how many times

17   you went to this Diamond M semisubmersible?

18       A.  To those two different ones, I don't even

19   remember how many times I've been out there, no.

20       Q.  Okay.  And right now, we're just talking          03:47

21   about this second one, correct?

22       A.  Well, I mentioned that there are two

23   others.  So --

24       Q.  Okay.

25       A.  -- all -- the two others happened after I         03:47

Exhibit 8
Page 211 of 347

649

1    transferred to Belle Chasse, and I cannot say one

2    from the other, you know, how many times each.

3         Q.  Okay.  So all the questions that I've been

4    asking you since we've switched to the second one

5    really were the second and third one, correct?  So       03:47

6    I don't have to ask you again?

7         A.  Yes.

8         Q.  Okay.  Fair enough.

9             All right.  So it was on the next two that

10   you worked from '84 until late '87, '88.                  03:47

11        A.  Yes.  Correct.

12        Q.  All right.  Do you know -- between the two

13   of them, do you know how many times you might have

14   gone out there to either one of those?

15        A.  Don't know for sure, but I would -- I        03:48

16   mean, I would certainly guess that I've been out on

17   each one of them two or three times each.

18        Q.  Do you know any of the operators of the

19   wells for either of these Diamond M

20   semisubmersibles when you went out to them?           03:48

21        A.  Diamond M drilling for . . . I cannot say

22   for sure.

23        Q.  Okay.  Fair enough.

24             When you went out on these two Diamond M

25   semisubmersibles in eighty- -- starting in '84, was   03:49

Exhibit 8
Page 212 of 347

650

1   it a C-unit or an F-unit?

2       A.  I think it was a cross -- there was a

3   transition.  But later on, it was definitely a

4   F-unit.  But in the earlier part of '84, '85, they

5   were all C-units.                                    03:49

6       Q.  Were the C-units and F-units on these two

7   semisubmersibles similar to the location of the

8   first one we discussed?

9       A.  On the semisubmersibles, they tend to be

10  away from the rig floor.  Yes.                        03:49

11      Q.  Okay.  Okay.  Did you ever -- do you know

12  whether any of the work you did on any Diamond M

13  rigs was ever after -- excuse me -- after June 30th

14  of 1989?

15      A.  June 30th, 1989.  I don't know what jobs I    03:50

16  did specifically after that date.

17      Q.  Okay.

18      A.  Because I was not actively working

19  offshore.  I was a specialist, and I made some

20  fairly -- I think I was on fairly high-profile jobs  03:51

21  for whatever reason.  Because I wanted to transfer

22  out of the field.  So no, I do not remember.

23      Q.  Okay.

24          MR. JALENAK:  All right, sir.  Thank you.

25  I very much appreciate your time.  I do wish you      03:51

Exhibit 8
Page 213 of 347

651

1    well.

2          THE WITNESS:  Thank you.

3          MS. CHESTER-SCHINDLER:  Who would like to

4    go next, and if so, what's your time estimate?

5          MR. MCGLONE:  I'll go.  It's 30,              03:51

6    45 minutes.

7          MS. CHESTER-SCHINDLER:  Okay.  I

8    apologize.  I didn't track what time we took our

9    last break.  I guess -- so Nicolette, do you need a

10   break?  Or Dustin or David?                         03:51

11         THE WITNESS:  I'm okay.

12         DEFENSE COUNSEL:  Susie, what's the plan

13   tonight?  Are we going to go until we're done or

14   what --

15         MS. CHESTER-SCHINDLER:  Yes.                   03:52

16         DEFENSE COUNSEL:  How many more people

17   have to ask questions?  I'm just curious.

18         MS. CHESTER-SCHINDLER:  There's not many

19   more people on who haven't asked.

20         DEFENSE COUNSEL:  Do you have any more        03:52

21   redirect?

22         MS. CHESTER-SCHINDLER:  Maybe two minutes.

23         DEFENSE COUNSEL:  Okay.

24         MR. LINDSEY:  This is Brian.  I maybe have

25   ten, fifteen minutes.                               03:52

Exhibit 8
Page 214 of 347

652

1          (Simultaneous speakers)

2          MR. EMMETT:  I've got maybe two questions,

3     three questions.

4          MS. CHESTER-SCHINDLER:  Okay.  That's

5     certainly feasible to finish.                          03:52

6          MS. NAPOLITANO:  Susie, this is Shelley.

7     I have about 30 minutes.

8          MS. CHESTER-SCHINDLER:  Shelley, who do

9     you represent?  I apologize.

10         MS. NAPOLITANO:  BP.                               03:52

11         MS. CHESTER-SCHINDLER:  Sorry?

12         MS. NAPOLITANO:  BP.

13         MS. CHESTER-SCHINDLER:  Thank you.

14         Does anyone want or need a break for any

15    reason?                                                 03:52

16         All right.  Let's go ahead.

17         Mike?

18    EXAMINATION BY MR. MCGLONE:

19     Q.  Sir, my name's Mike McGlone.  I represent

20    ENSCO.  Do you hold now or have you ever held a         03:53

21    Z-card?

22     A.  I do not know what a Z-card is, Mike.

23     Q.  Okay.  Have -- do you hold now or have you

24    ever held a merchant mariner's document?

25     A.  I'm not sure what it is.                           03:53

Exhibit 8
Page 215 of 347

653

1      Q.  All right.  Have you ever held a license

2  issued by the United States Coast Guard?

3      A.  No.

4      Q.  Have you ever been a member of one of the

5  United States's maritime unions?                    03:53

6      A.  No.

7      Q.  Do you know the names of any of the

8  maritime unions?

9      A.  No.

10      Q.  Did you ever apply for longshore benefits    03:53

11  as a result of or while you were working with

12  Schlumberger?

13      A.  No.

14      Q.  Your lawyer, Ms. Schindler, circulated a

15  photograph today with the note that it was one that    03:54

16  you recalled earlier in the deposition, "He's

17  prepared to discuss it."  I can hold it up to the

18  camera, but I really don't know how to do exhibits

19  on these things.  Okay?

20          MS. CHESTER-SCHINDLER:  Right.  It's -- do    03:54

21  you want me to try to bring it up, Mike?  Or he

22  knows what you're talking about.  He can bring it

23  up in front of him.

24          THE WITNESS:  I know which photograph

25  you're talking about, so I can have it open here    03:54

Exhibit 8
Page 216 of 347

654

1    and you can ask the questions while I look at it.

2    BY MR. MCGLONE:

3        Q.  All right.  When was the photograph taken?

4    Approximately.

5        A.  This should have been in 1985ish.                03:54

6        Q.  And who took the photograph?

7        A.  I believe it was me, because those two

8    were the operators that was working with me trying

9    to change out a drum of cable.

10       Q.  And do you know the names of either one of      03:55

11   those operators?

12       A.  I know one for sure.  The other one, I'm

13   guessing, because I can't see his -- the one that's

14   closer, the smaller person is Mike -- name was Mike

15   Ceglarski from Pittsburgh.  He was from Pittsburgh,    03:55

16   Pennsylvania.

17       Q.  Do you know how to spell his last name?  I

18   couldn't hear you.

19       A.  Okay.  "Ceglarski" was spelled

20   C-e-g-l-a-r-s-k-i, I think.                            03:55

21       Q.  Okay.

22       A.  He's from Pittsburgh.

23            And the person on the other side -- he's

24   kind of obscured -- I believe his name is Mickey

25   Brown.                                                 03:55

Exhibit 8
Page 217 of 347

655

1      Q.  All right.  And the blue piece of

2   equipment that they're standing in front of or that

3   they're looking at, what is that?

4      A.  They are trying to position to put the

5   bolt on the drum of cables.  Apparently, we had          03:56

6   just finished a fishing job and we had to replace

7   the drum of cables onto the front of the unit.  So

8   Mickey is trying to position the bolt holes so that

9   they can bolt -- put the four big bolts down to

10  secure the drum.                                          03:56

11     Q.  And this is one of Schlumberger's F-units?

12     A.  This is an F-unit, yes.

13     Q.  What would be the approximate dimensions

14  of an F-unit?  Height, width, length.

15     A.  Good question.  I know the -- it says tare        03:56

16  weight, you know, on the side.  Thirty-two thousand

17  pounds, that I remember.  But the height -- I mean,

18  the height is easily 10 to 12 feet, less.  Wide,

19  probably 12 to 15 feet long from the hallway to the

20  end.  The width would be 10 feet roughly.                03:57

21     Q.  I didn't hear the width.

22     A.  About 10 feet.  Less than that, in my

23  opinion.  Actually, 8 feet, probably, wide.

24     Q.  Where was this photograph taken?

25     A.  This was on the rig floor.  I don't             03:57

Exhibit 8
Page 218 of 347

656

1    remember where we were.  It's one of my fishing

2    jobs.

3        Q.  In 1985, would it have been acceptable for

4    the Schlumberger hands to wear short-sleeved

5    shirts?                                                03:58

6        A.  We were -- excuse me.  The standard issue

7    -- I'm sorry.

8            MS. CHESTER-SCHINDLER:  You okay, David?

9            THE WITNESS:  Yeah.  I'm okay.

10           MS. CHESTER-SCHINDLER:  You need some        03:58

11   water?

12           THE WITNESS:  Short sleeve or long sleeve

13   are the two options that the operators are given.

14   So it's certainly okay to wear the short sleeve,

15   especially for summer.                                03:58

16   BY MR. MCGLONE:

17       Q.  Can you tell me what rig this is on?

18       A.  I cannot.

19       Q.  Can you tell me the dimensions of the rig

20   floor of this particular rig?                         03:58

21       A.  This particular -- I don't even know what

22   rig it is.  A typical rig floor.  You have roughly

23   30 feet deep and 40 feet across, maybe.

24       Q.  And you're referring to the drill floor.

25       A.  Yes.  Within the derrick, of course.         03:59

Exhibit 8
Page 219 of 347

657

1          Q.   And where was Schlumberger's units

2     positioned on the Penrod 63?

3          A.   As I mentioned, I don't recall where it

4     was, even though the photograph seems to suggest

5     that it was out there at the end of the pipe rack.    03:59

6          Q.   Where were the Penrod -- where were the

7     Schlumberger units positioned on the Penrod 67?

8          A.   I do not remember.

9          Q.   Do you remember who built the Penrod 63?

10         A.   No.  I do not know who built it.          03:59

11              MS. CHESTER-SCHINDLER:  Belated objection.

12     Form.

13     BY MR. MCGLONE:

14         Q.   Who built the 67?

15              MS. CHESTER-SCHINDLER:  Objection.  Form.   03:59

16              THE WITNESS:  Well, if they were called

17     Penrods, I figured they were the ones, that they

18     built them.  And they may have been built in

19     Louisiana, as far as I'm concerned.  But I have no

20     idea who built them.                               04:00

21     BY MR. MCGLONE:

22         Q.   Were the Penrod 63 and 67 sister rigs?

23         A.   Yes.  They were both almost identical

24     jackup rigs.

25         Q.   Were you on any other Penrod rigs other    04:00

Exhibit 8
Page 220 of 347

658

1   than the 63, 67?

2       A.  I seem to recall one more, but I am not

3   positive.  May have been the 69.  But probably only

4   once.  That, I cannot say for sure.

5       Q.  And if you were on the 69, would it have          04:00

6   been similar or identical to the 63 and the 67?

7       A.  They -- back then, they were all identical

8   jackup rigs.  Yes.

9       Q.  Well, did they have the same type of legs?

10      A.  Yes, they did.                                    04:00

11      Q.  And those are the triangle legs?

12      A.  They were triangular, yes, with the gears,

13  teeth.

14      Q.  When did you last work a Schlumberger job

15  in the Gulf of Mexico?                                    04:01

16      A.  Probably -- the last job I ever worked out

17  in the field had to be in '91.

18      Q.  And that was in the Gulf of Mexico?

19      A.  Yes.  I did all my fieldwork in the Gulf

20  of Mexico.                                                04:01

21      Q.  Now, you've used the term "wireline unit"

22  and "logging unit."  Are they synonymous, or are

23  those two different units?

24      A.  They are synonymous.

25      Q.  And are you familiar with the term "e-line     04:01

Exhibit 8
Page 221 of 347

659

1    unit"?

2         A.  Yes, I am.

3         Q.  Is that the same as a logging unit?

4         A.  That is what the people out -- outside of

5    industry call our unit.  The e-line, electric line.    04:02

6    Yes.

7         Q.  All right.  So that would be the same as a

8    wireline or a logging unit.

9         A.  For the non-Schlumberger people, they

10   refer to our unit as the e-line unit, yes.            04:02

11        Q.  All right.  A non-Schlumberger person.

12        A.  Right.  Normally.  Yes.

13        Q.  Now, when you first testified -- in this

14   Exhibit 3, it looks like this -- again, I can't

15   pull it up.                                           04:02

16        A.  Yes.  I see.

17        Q.  It was one of your drawings, and you drew

18   from the extension to the drill floor, where you

19   placed the hopper and the mud mixer.

20        A.  Yes, I did.                                  04:02

21        Q.  Can you describe the size of the typical

22   hopper/mud mixer you would see offshore?

23        A.  I -- I'm only speaking from experience

24   when I see the action of adding additives, those

25   granular pellets down the hopper right above my       04:03

Exhibit 8
Page 222 of 347

660

1    unit.

2         I would only -- I'm only able to say that

3    it's a machinery that's probably no more -- it's

4    smaller than my unit, probably six to eight feet

5    across and -- on either side, with a funnel-shaped        04:03

6    type of -- a squarish funnel on top.  So I know

7    that they were actually -- that's the input --

8    that's the mouth where they put in.

9         But that is the extent of my recollection

10   of those things when I glanced up and looked.             04:03

11       Q.  Okay.  Something's happening on my end

12   with the computer.  Could you say something right

13   now so I can see if I can hear you?

14       A.  Testing.  One, two, three.

15       Q.  Okay.  Thank you.                                 04:04

16         I didn't hear your last answer.  Could you

17   repeat those dimensions?

18       A.  Yes.

19         The -- what I referred to the -- as to the

20   hopper/mixer that was sitting above me would have         04:04

21   been -- they're smaller than my unit.  I identified

22   them with the square funnel that's on top, which is

23   the hopper where they pour in the stuff, and they

24   probably are, you know, six to eight feet on all

25   four sides and probably six feet high.  That would        04:04

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 223 of 347

661

1  be my estimate.

2      Q.  Well, when you would see these hoppers out

3  there, would they be enclosed by any type of walls

4  or a ceiling --

5      A.  No.                                          04:05

6      Q.  -- or were they open to the weather?

7      A.  They were open to the weather, as far as I

8  remember.

9      Q.  So if I understand you, when it rains,

10  rain would -- could fall into this hopper.           04:05

11      A.  I've never gone up there to look in to see

12  if it had a cover to block the water from entering,

13  no.  I don't know how they are protected from the

14  weather, but it is not inside an enclosure.

15      Q.  Well, I think when we first met you          04:05

16  produced four, maybe five hand drawings.

17      A.  Yes.

18      Q.  Remember you showed us those on that board

19  you were flipping over?

20      A.  Yes.                                         04:05

21      Q.  Did you make any other drawings?

22      A.  I did not.  Only made those four.  I think

23  there were four.

24      Q.  Can you name any drilling contractor

25  employee on either the Penrod 63 or the 67?          04:06

Exhibit 8
Page 224 of 347

662

1    A.  No, I cannot.

2    Q.  Have you had occasion to read any drilling

3  contracts?

4    A.  You mean between the operator and the

5  drilling contractor?                                    04:06

6    Q.  Yes, sir.

7    A.  No.  I have never seen a contract for the

8  drilling contract.

9    Q.  Do you have any photographs of the

10  sixty- -- Penrod 63 or 67?                              04:06

11    A.  I do not have any photographs of those two

12  rigs.

13    Q.  Do you have any photographs of any Penrod

14  rigs?

15    A.  I do not.                                         04:07

16    Q.  As we sit here today, can you give me the

17  names of anyone who has worked on any Penrod rigs?

18  Employed by Penrod.

19    A.  Oh.  I see.  No, I cannot.

20        MR. MCGLONE:  All right.  Thank you, sir.   04:07

21        THE WITNESS:  You're welcome.

22        MR. MCGLONE:  I'm done.

23        THE WITNESS:  Thank you.

24        MR. LINDSEY:  Well, I'll go next.  I just

25  have a few.                                            04:07

Exhibit 8
Page 225 of 347

663

1    EXAMINATION BY MR. LINDSEY:

2        Q.  Sir, my name's Brian Lindsey.  I'm

3    representing Badger -- sorry -- Badger Oil

4    Corporation.

5        Do you recall ever working at a well or          04:07

6    rig where Badger Oil Corporation was the owner or

7    operator?

8        A.  I don't recall Badger Oil right offhand.

9        Q.  Okay.  Do you recall ever working at a

10   well or rig which an employee of Badger Oil          04:07

11   Corporation was present?

12       A.  Do not remember.

13       Q.  Do you know anyone who was a current or

14   former employee of Badger Oil Corporation?

15       A.  No, I do not.  No.  I don't know.            04:08

16       Q.  Do you have any personal knowledge of the

17   operations of Badger Oil Corporation?

18       A.  No, I do not.

19       Q.  And I just want to understand your

20   testimony.  You have not worked in the Gulf of       04:08

21   Mexico at any point in time since 1991.  Is that

22   correct?

23       A.  That is correct.

24       Q.  Okay.  Do you have any personal knowledge

25   that Badger Oil Corporation was a contractor or      04:08

Exhibit 8
Page 226 of 347

664

1    owner/operator in the Gulf of Mexico from 1979

2    through 1986?

3         A.   No.  I am not aware.  No.

4              MR. LINDSEY:  Okay.  Thank you.  That's

5    all the questions I have, sir.  Thank you.          04:08

6              THE WITNESS:  Thank you.

7              MR. EMMETT:  Hey, this is Robert.  I can

8    go next.  Can you see me?  I'm RSE.  Do you see me,

9    Mr. Hsieh?  I'm waving at you.

10             THE WITNESS:  I'm not seeing you yet.       04:09

11   Your full name's -- is --

12             MR. EMMETT:  It's RSE on the video.

13             THE WITNESS:  RSE.

14             MS. CHESTER-SCHINDLER:  It's his initials.

15             MR. EMMETT:  Yeah.  Right.

16             THE WITNESS:  Huh.  I may need some help.

17             THE COURT REPORTER:  Can you move your

18   screen down a little bit so we can see your mouth?

19   Because we're looking at your nose up.

20             MS. CHESTER-SCHINDLER:  And your glorious

21   hair.

22             MR. EMMETT:  I'm sorry.

23             MS. CHESTER-SCHINDLER:  There we go.

24             MR. EMMETT:  I've been growing it for you.

25             MR. COSCULLUELA:  I wish I had hair.

Exhibit 8
Page 227 of 347

665

1          MR. EMMETT:  All right.  Can you see me

2     now?

3          THE WITNESS:  I swear you weren't there

4     before.  Not because Dustin came and you showed up,

5     but you were not there.                          04:09

6          MR. EMMETT:  No.  I think I had the thing

7     tilted at my ceiling.  So . . .

8          THE WITNESS:  Okay.

9     EXAMINATION BY MR. EMMETT:

10        Q.  Anyway, Mr. Hsieh, my name is Robert       04:09

11    Emmett, and I want to ask you some questions about

12    some of your testimony.

13          On the first day, when you were asked the

14    places that you worked, you mentioned something

15    called ODECO.  What is ODECO?                      04:09

16        A.  ODECO is Ocean Drilling & Exploration

17    Company, as far as I know.  They own a bunch -- a

18    fleet of rigs.

19        Q.  All right.  Did you ever have occasion to

20    go out to an ODECO rig when you were working for    04:10

21    Schlumberger?

22        A.  I remember saying that I have been on a

23    few ODECO rigs, but I couldn't remember the full

24    name -- the names of the rigs themselves.

25        Q.  All right.  When we say "rigs," what are    04:10

Veritext Legal Solutions
866 299-5127

Exhibit 8
Page 228 of 347

666

1    we talking about in regard to ODECO?

2        A.  From my perspective, a rig is simply a

3    drilling setup, you know, set up by a drilling

4    contractor, set out there in the -- offshore, in a

5    offshore environment, drilling a well for the          04:10

6    operator, for the oil company.

7            So it could go out -- be towed out, you

8    know, like a jackup or a floater, and then set

9    anchor or set their legs down, or it could be towed

10   out and lifted on -- and sit on a platform, or        04:11

11   self-propelled like a drillship.  Whatever it is.

12   If it has a derrick, it's a rig.  As long as it can

13   drill a hole, it's a rig to me.

14       Q.  Okay.  For -- well, specifically in regard

15   to ODECO, what types of things did you go out to?     04:11

16       A.  I do not remember the exact details of the

17   different ODECO rigs, but I know I have been on

18   floaters as well as jackups that were called ODECO

19   something.

20       Q.  All right.  And this would be in the Gulf      04:11

21   of Mexico, correct?

22       A.  They were all in the Gulf of Mexico.  Yes.

23       Q.  All right.  You can't tell me the block or

24   field for any ODECO rig that you would have gone

25   out to.  Is that correct?                              04:12

Exhibit 8
Page 229 of 347

667

1      A.   That is correct.  I cannot.

2      Q.   And by the same token, you couldn't tell

3   me the well number, the hole number, or anything

4   that would reference the hole that was being

5   drilled, correct?                              04:12

6      A.   That's right.

7      Q.   Okay.  And for any of the -- for any of

8   the holes being drilled, you can't tell me the

9   depth.  Is that correct?

10      A.   Specifically, no.  Yes.               04:12

11      Q.   All right.  When was the first time you

12   went out to an ODECO rig?

13      A.   I don't know for sure, but it had to have

14   been in the early '80s, probably in '82 when I

15   started to go out on an ODECO rig.            04:13

16      Q.   All right.  So are you giving us an

17   educated guess?

18      A.   It has to be an educated guess.  I am

19   trying to refer to some lifetime markers as to why

20   I'm aware of ODECO, because if I've never been on a   04:13

21   rig, I most likely would not remember a name.  And

22   I am referencing it to some other event in my

23   lifetime during that time frame.  Yes.

24      Q.   All right.  So is it fair to say you don't

25   really have a solid memory of ODECO?          04:13

Exhibit 8
Page 230 of 347

668

1      A.  It's very fair to say that I cannot

2   remember.  I do not -- there was no heavyweight

3   boxing fight on my trip to an ODECO rig.

4      Q.  Okay.  Can you tell us how many times you

5   went out to an ODECO rig?                          04:13

6      A.  No.  But it's definitely more than once.

7   But could be as few as less than five and more than

8   one different rig.

9      Q.  All right.  You can't remember any

10  specifics from your trip out to an ODECO rig, can   04:14

11  you?

12     A.  I cannot.

13     Q.  Okay.  If I ask you questions and you

14  don't know the answer, just please go ahead and

15  tell me that.                                       04:14

16        Do you know any of the oil companies that

17  were on ODECO rigs?

18     A.  I do not know the operators that was on

19  these ODECO rigs.

20     Q.  What about mud engineers?  Do you know the  04:14

21  name of any of the mud engineers on an ODECO rig?

22     A.  No, I don't.

23     Q.  Do you know the names of any ODECO

24  personnel who may have been on these rigs?

25     A.  Not on those rigs, no.                       04:14

Exhibit 8
Page 231 of 347

669

1      Q.  All right.  You can't tell us how these

2    rigs were set up, how they were structured, can

3    you?

4      A.  I have no recollection of the layout on

5    any ODECO rig.                                    04:15

6      Q.  So you can't tell us where the wireline

7    cabin was located in relation to the drilling

8    floor.  Is that right?

9      A.  That's correct.

10      Q.  All right.  Since you don't really have a    04:15

11    memory of what went on on the ODECO rig, you can't

12    testify that a lost circulation event occurred

13    while you were on an ODECO rig, true?

14          MS. CHESTER-SCHINDLER:  Objection.  Form.

15          THE WITNESS:  That would be true, because    04:15

16    it happens frequently.  And I certainly do not

17    place the rig in terms of loss of -- lost

18    circulation events.

19    BY MR. EMMETT:

20      Q.  Okay.  You don't know what mud additives    04:15

21    may have been used on the ODECO rigs that you went

22    out to, correct?

23      A.  Yes.  That's correct.

24      Q.  And you don't know if any of those

25    additives contained asbestos, correct?            04:16

Exhibit 8
Page 232 of 347

670

1      A.  Yes.

2      Q.  Yes, you don't know.

3      A.  Yes, I do not know.  Yes.

4      Q.  All right.  You can't testify that you

5  were exposed to asbestos on an ODECO rig, can you?    04:16

6      A.  I cannot say that.

7          MR. EMMETT:  All right.  Those are all the

8  questions that I have for you.  Thank you, sir.

9          THE WITNESS:  All right.  Thank you.

10         MS. CHESTER-SCHINDLER:  Who would like to    04:16

11  go next?

12         MR. GREEN:  I just got a couple.

13         MS. NAPOLITANO:  I can go next.

14         Go ahead.  It will take me a minute to get

15  my video figured out.                              04:16

16         MR. GREEN:  Okay.

17         Mr. Hsieh, can you see me?

18         THE WITNESS:  Who are you?

19         MR. GREEN:  Marked as Rory on the screen.

20         THE WITNESS:  Rory.  Oh.  Okay.  I saw the    04:16

21  name earlier.  I see you.  Okay.  Hi.

22  EXAMINATION BY MR. GREEN:

23     Q.  Mr. Hsieh, good afternoon.  My name is

24  Rory Green.  I represent Cypress Energy Corporation

25  and Sunbelt Energy, Ltd.                           04:17

Exhibit 8
Page 233 of 347

671

1     A.   Okay.

2     Q.   I just got a couple questions for you.

3          Do you recognize the company name Cypress

4     Energy Corporation?

5     A.   I seem to recall seeing that name, but I      04:17

6     cannot say for sure that I actually worked on a job

7     that was related to Cypress Energy.

8     Q.   So do you not recall anybody that -- you

9     do not recall working with anybody at Cypress

10    Energy Corporation?                                 04:17

11    A.   I do not recall.

12    Q.   Okay.  Do you recall any logos or anything

13    else about Cypress Energy Corporation?

14    A.   I wouldn't be able to say what it looks

15    like.                                               04:17

16    Q.   Okay.  Do you recall what it is that

17    Cypress Energy Corporation does?

18    A.   No.

19    Q.   Okay.  Why do you think that Cypress

20    Energy Corporation could have been responsible for  04:17

21    exposing you to asbestos?

22    A.   I do not know why Cypress Energy is part

23    of the defendants' team, and I am not -- I've not

24    heard of Cypress Energy, you know, until it's

25    mentioned today, and I answered the questions       04:18

Exhibit 8
Page 234 of 347

672

1    earlier about my knowledge about Cypress Energy.

2        Q.  Okay.  Well, I appreciate that.  I'm

3    actually going to run through similar questions

4    about Sunbelt Energy, Ltd.

5            Do you recognize the name Sunbelt Energy,      04:18

6    Ltd?

7        A.  No, I do not.

8        Q.  Okay.  Do you recall working with anybody

9    who worked with Sunbelt Energy?

10       A.  No, I do not.                                  04:18

11       Q.  Do you recall what it is that Sunbelt

12   Energy does?

13       A.  No.  I do not know.

14       Q.  Okay.  And the same question again.  Why

15   do you -- why do you believe that Sunbelt Energy      04:18

16   Corporation may have been responsible for exposing

17   you to asbestos?

18       A.  Well, based on my experience now is only

19   if they were involved with manufacturing materials

20   that goes into LCM, that has asbestos, or            04:19

21   contributing to any mud company's LCM stuff.  I

22   don't know why you are involved in this.

23           MR. GREEN:  Okay.  And that's all I need

24   to know.  I appreciate that, Mr. Hsieh.

25           THE WITNESS:  Thank you.                      04:19

Exhibit 8
Page 235 of 347

673

1          MS. NAPOLITANO:  Okay.  Let me see if I

2    can get my video started.  Do we need a break, or

3    do you all want me to go ahead and go?

4          THE WITNESS:  I'm okay.

5          MS. NAPOLITANO:  All right.  There we go.      04:19

6    Can you all see and hear me all right?

7          MS. CHESTER-SCHINDLER:  Yes.

8    EXAMINATION BY MS. NAPOLITANO:

9      Q.  Hi, Mr. Hsieh.  My name is Shelley

10   Napolitano.  I have some questions to ask for you      04:19

11   today.  If at any time we have any issues with the

12   video or the audio, just kind of wave at me, let me

13   know.  We can pause a moment.  All right?

14   Shouldn't be too long.

15          So we talked a lot today about the C-units     04:20

16   and the F-units that you've worked in for

17   Schlumberger.  And I may have missed this, but do

18   you recall the year that you did training for the

19   F-unit?

20     A.  I don't recall the exact time that I was        04:20

21   sent to the training, but it should have been the

22   '83, '84 time when I was sent to Belle Chasse to

23   learn how to operate an F-unit.

24     Q.  Do you know the year of the first F-unit

25   that you actually went out on the job and worked      04:20

Exhibit 8
Page 236 of 347

674

1    in?

2        A.  No, not specifically.  But it should have

3    been after my transfer to Belle Chasse, to New

4    Orleans, which would have been in, you know, mid

5    '84 and onwards.                                      04:20

6        Q.  We also talked a lot today about

7    percentages about where you were 30 percent of the

8    time and 70 percent of the time, so I want to ask

9    something a little bit different than that.  While

10   working in the field for Schlumberger, how many     04:21

11   times per month were you actually going out to

12   rigs?

13       A.  Typically, when we were busy -- as I

14   mentioned, we were very busy, as you can

15   appreciate.  The 600 rigs from 1980 and so forth.    04:21

16   It was typical to go out three times per hitch.

17   And within a month, we would have two hitches

18   because we worked 10 and 5.  So I would have gone

19   out six times in a month to six different rigs, or

20   six different jobs, if you will.  So that --         04:21

21   whatever that translates to, to what you're asking.

22       Q.  So would you say that between -- during

23   your fieldwork for Schlumberger between 1980 and

24   1991, was six times a month about average for you

25   to go out to a rig?                                  04:22

Exhibit 8
Page 237 of 347

675

1          MS. CHESTER-SCHINDLER:  Objection.  Form.

2          THE WITNESS:  Well, it's very hard

3    to -- you cannot pin it down to -- I would say the

4    six times per month was accurate up until '84.  And

5    then in '86, of course, there was a big drop in oil    04:22

6    price, and so things slowed down.

7          But because of the slowdown, because of

8    the cutback, the layoffs, all of a sudden all the

9    people that was left, you know, were super busy

10   when things picked up.  Because in our opinion,        04:22

11   there was always a demand for oil, and then the

12   people were bullish and they kept drilling for oil

13   and we were running like mad.

14         So the average can be applied, you know,

15   as an average throughout the ten years I was in the    04:22

16   field.  So it would be fair to use that as an

17   average, of six per month for the ten years.

18         MS. NAPOLITANO:  And object to the

19   nonresponsive portion.

20   BY MS. NAPOLITANO:                                      04:23

21     Q.  I'm going to switch gears on you a little

22   bit.  Regarding the SEDCO 471, do you associate any

23   specific operator with that rig?

24     A.  I first went out as a wireline log

25   engineer.  I think the operator was -- I think it      04:23

Exhibit 8
Page 238 of 347

676

1   was BP, but I am not positive.  I --

2       Q.  Uh -- oh.  Go ahead.  Sorry.  I didn't

3   mean to cut you off.

4       A.  That's okay.

5           Like I said, I remember the company man      04:23

6   being very nice, very kind, but I cannot remember

7   the specific company he represented.

8           But the most person -- the person that I

9   had the most impression of is the captain of the

10  ship, because he happened to captain the ship on    04:24

11  the ODP leg.  And so I reminded him of our meeting

12  back in the Gulf Coast when they were drilling for

13  oil, but he didn't remember me.  But of course I

14  remember him because I saw him more than once.

15          But the company man was simply a very        04:24

16  courteous man.  As to the operator's name, I --

17  like I said, I think it was BP, but I am not

18  positive.

19      Q.  And what is it that makes you think that

20  it could have been BP as the operator of the SEDCO  04:24

21  471?

22      A.  It just seemed to pop up in my head.  No

23  other way to prove that it was, because I have no

24  other things recorded, just whatever is in my

25  memory.                                             04:24

Exhibit 8
Page 239 of 347

677

1      Q.   Okay.   So do you have any specific

2  information that you could provide as to why you

3  would associate BP with the SEDCO 471?

4           MS. CHESTER-SCHINDLER:  Objection.  Form.

5           THE WITNESS:  No.  Reason it pops up in my    04:25

6  mind is because I did not make a lot of jobs for BP

7  and I'm tying the two together for that.

8  BY MS. NAPOLITANO:

9      Q.   Do you know how many jobs you've done for

10  BP while working for Schlumberger?                     04:25

11     A.   I -- very few.  I would answer that --

12  just a few.  You know, no more than three.

13     Q.   Do you have any specific recollection of

14  which rigs you worked on while doing a job that you

15  associate with BP?                                     04:25

16     A.   No, I do not.

17     Q.   Do you have any information about what

18  year you may have done a job that you associate

19  with BP?

20     A.   Like I said, if the one on the SEDCO 471    04:26

21  was for BP, then it would have been about '83ish.

22  '83, '84.  That's all I can say.  But then anything

23  else, I don't have a memory of.

24     Q.   You mentioned that the company man that

25  you remember from the SEDCO 471 was a nice guy.  Do    04:26

Exhibit 8
Page 240 of 347

678

1    you happen to remember his name?

2         A.  I cannot remember his name, no.

3         Q.  Do you recall the name of anyone else

4    from -- that you may associate with BP?

5         A.  With BP?  No.                          04:26

6         Q.  Would you be able to identify any field or

7    track where you did logging services, by API number

8    or leaseholder, for a BP job?

9         A.  I don't keep track of the API number or

10   the lease number.  The -- you know, we            04:27

11   memorize -- I mean -- not memorize, but we identify

12   our jobs with the block that we go to and the rig

13   name.  But as you can see, I demonstrated the fact

14   that I cannot remember a single block number.

15            So no, I cannot say where I actually went   04:27

16   to to get to the SEDCO 471, nor do I know -- right

17   now, I'm not even sure who the operator -- who it

18   was drilling for.

19        Q.  On any job that you may associate with BP,

20   can you provide any information on drilling-mud     04:27

21   additives used?

22        A.  No, I cannot.

23        Q.  On any job that you may associate with BP,

24   can you provide any information on any

25   (indiscernible) use of asbestos?                   04:28

Exhibit 8
Page 241 of 347

679

1     A.  No.  I can't remember any details of the

2  job besides the fact that I was on the job that was

3  drilling for BP.

4     Q.  Would you have ever reviewed any of the

5  operating contracts between Schlumberger and any of      04:28

6  the operators for -- on a job that you worked on?

7     A.  No.  We do not look at that.  We have our

8  price schedule and the callout sheet, and we

9  confirm with the company man what's on the callout

10 sheet, and then we run the logs that the geologists      04:28

11 have ordered.

12        The price sheet is the contract, and we

13 just fill out the pricing according to the pricing

14 schedule, based on our services.  When he signs it,

15 it's good enough for us.  So my job is done and we      04:28

16 should be able to get the revenue that he agrees

17 that we have done -- performed up to then.

18     Q.  Would you have any reason to have ever

19 reviewed any of the contracts between the operator

20 and any of the other parties involved in drilling      04:29

21 operations?

22     A.  Not at all.  No reason.

23     Q.  So you wouldn't be privy to any of the

24 terms of any of those types of agreements, would

25 you?                                                     04:29

Exhibit 8
Page 242 of 347

680

1     A.  That's correct.  It's not part of my

2   mission to go out there.

3     Q.  And you wouldn't know whether any of the

4   jobs that you did were on behalf of multiple

5   operators at one time, would you?                    04:29

6     A.  No.  I wouldn't know what the other

7   contractors were there for.  Even though I may know

8   their functions, we don't know their relationship.

9   I'm just there to do mine and make sure that mine

10  is done according to the company man's wishes and    04:29

11  done in time -- on time.

12        MS. NAPOLITANO:  Thank you so much,

13  Mr. Hsieh, for your time.  Those are all the

14  questions I have for you.

15        MR. HUNT:  Hey, this is Patrick Hunt.        04:30

16  I've got just a few questions if I can jump in.

17        MS. CHESTER-SCHINDLER:  Go ahead, Patrick.

18  EXAMINATION BY MR. HUNT:

19    Q.  You were asked several times about the

20  Dolphin 8 or the Dolphin 9 rigs.  It was also        04:30

21  called the Mobile Dolphin 8 or the Mobile

22  Dolphin 9.  Can you tell me who owns the Dolphin 8

23  rig?

24    A.  I do not know who owned them.  I didn't

25  know it was called the Mobile Dolphin 8.             04:30

Exhibit 8
Page 243 of 347

681

1      Q.   Okay.  I didn't see that in your earlier

2   testimony earlier, your -- either.  So I just

3   wanted to confirm that.  You don't know that it was

4   the Mobile Dolphin 8 rig, right?

5      A.   No.  I didn't know it was called the          04:30

6   Mobile Dolphin 8 rig.  We always just called them

7   Dolphin 8 and Dolphin 9.

8      Q.   Okay.  That's perfect.  That was my

9   misunderstanding.

10          You also generally described a couple         04:30

11   different rigs and types of rigs, throughout your

12   testimony, as mobile rigs, and I wanted to confirm

13   that generally you're referring to a movable

14   drilling apparatus, not a rig that was owned by

15   Mobil Oil Company.  Is that correct?                 04:31

16      A.   Yes.  "Mobile" simply means that they have

17   mobility.  It's either floated out, being towed

18   out, or has its own propulsion.  Not because

19   Mobil -- this company named Mobil owns it.

20      Q.   Okay.  Perfect.                              04:31

21          MR. HUNT:  Those are the only questions I

22   had.  Thank you for your time.

23          THE WITNESS:  Thank you.

24          MS. CHESTER-SCHINDLER:  Who would like to

25   go next?                                             04:31

Exhibit 8
Page 244 of 347

682

1          MR. COSCULLUELA:  Is there anybody left?

2          DEFENSE ATTORNEY:  I was thinking -- I

3     think we're out of people.

4          MR. MOIR:  Yeah.

5          Hey, Susie, I've got a -- just a couple of       04:31

6     follow-up questions on the photograph.

7          MS. CHESTER-SCHINDLER:  Okay.  One moment

8     --

9          MR. MOIR:  Do you want to -- do you want

10    to -- do you want to go ahead, and then I can ask       04:31

11    whatever else I've got?

12         MS. CHESTER-SCHINDLER:  No.  No.  You can

13    go before me.

14         Tyson, are you asking questions tonight?

15         MR. MOIR:  What's that?                           04:32

16         MS. CHESTER-SCHINDLER:  Has Tyson asked

17    questions yet?

18         MR. SHOFSTAHL:  As of right now, I'm not

19    asking any questions.

20         MS. CHESTER-SCHINDLER:  Okay.                     04:32

21         MR. BRIDGER:  Susie, if I have just, like,

22    three minutes or less, can I go after Peter?

23         MS. CHESTER-SCHINDLER:  Yes.  Yes.  You

24    guys can do any follow-up.

25         Okay.  Who is representing ExxonMobil on          04:32

Exhibit 8
Page 245 of 347

683

1    this deposition?

2           MR. HUNT:  I am.  This is Patrick.

3           MS. CHESTER-SCHINDLER:  Just checking.

4    Thank you, Patrick.

5           MR. HUNT:  No problem.                    04:32

6           MS. CHESTER-SCHINDLER:  Okay.  Then Peter,

7    why don't you go ahead and then actually, John, you

8    can go.

9           The reason I'm hesitating is, I've been

10   corresponding with my paralegal on the breaks,       04:32

11   about, you know, getting the photograph earlier to

12   you all, and she's trying to verify that we've

13   gotten all photographs that we have to you.

14           I'm concerned that there are three that

15   you have not seen, so I put them in my exhibits      04:33

16   folder.  Would you guys like to take a break and

17   look at them if I just put them in the "Marked

18   Exhibits" folder?

19           MR. BRIDGER:  Will it come in in today's

20   marked-exhibit folder or --                          04:33

21           MS. CHESTER-SCHINDLER:  Yeah.

22           MR. BRIDGER:  Okay.

23           MR. COSCULLUELA:  Well, Susie, you want to

24   just circulate them to us?  Just send it to --

25           MS. CHESTER-SCHINDLER:  I can do it that     04:33

Exhibit 8
Page 246 of 347

684

1    way as well.  The issue is that we had -- when I

2    was looking, we had two folders, one that's labeled

3    "Pictures" and one that's labeled "Photos."  And so

4    I'm concerned that we've gone and produced all, for

5    example, pictures, which is what Peter has been      04:33

6    using, what we produced there, but not photos.

7            So let me circulate them now.  Why don't

8    we take a ten-minute break, and you all can (audio

9    distortion).

10           MR. MOIR:  So you're just going to email     04:33

11   them, right?

12           MS. CHESTER-SCHINDLER:  Yeah.  I'm going

13   to email them.

14           MR. BRIDGER:  Susie, can you make sure

15   that I'm on the email?  Because apparently it went    04:33

16   to somebody in Beaumont, and I didn't get the last

17   set.

18           MS. CHESTER-SCHINDLER:  Yeah.  And I

19   apologize, John.  Can you give me your email?  I'm

20   sure I have it somewhere, but . . .                  04:33

21           MR. BRIDGER:  It's

22   jbridger@strongpipkin.com.

23           THE VIDEOGRAPHER:  Can I take us off the

24   record?

25           MS. CHESTER-SCHINDLER:  Yes.  Thank you,     04:34

Exhibit 8
Page 247 of 347

685

1    Dustin.

2         THE VIDEOGRAPHER:  Going off the record at

3    4:34 p.m.

4         (The parties agreed to go off the record

5         from 4:34 p.m. to 4:50 p.m.)                04:34

6         THE VIDEOGRAPHER:  We're back on the

7    record at 4:50 p.m.

8    EXAMINATION BY MR. MOIR:

9         Q.  Mr. Hsieh, it's Peter Moir again.  Good to

10   see you again.                                    04:50

11        A.  Thank you.  Likewise.

12        Q.  I have a -- I want to just ask you

13   questions about the photographs.  And we

14   have -- there are a total of five photographs that

15   I wanted to ask you about.                        04:50

16        A.  Okay.

17        Q.  But I wanted to start with the first one,

18   that you've already been asked a couple of

19   questions about, that show the two operators and

20   they are putting the drum back on.                04:50

21        A.  Yes.

22        Q.  Can you pull that one in front of you or

23   look -- have it in front of you, please?

24        MS. CHESTER-SCHINDLER:  Is it the one

25   produced today for the record?                    04:50

Exhibit 8
Page 248 of 347

686

1          MR. MOIR:  Correct.

2          And just for the record, can we mark these

3    photographs in order as the next exhibits?  And I

4    don't know what number we are on.  Can we do that

5    and take them in order?  Because I don't think this    04:51

6    one was marked.

7          MS. CHESTER-SCHINDLER:  I don't think the

8    one produced earlier today was marked either.

9          Nicolette, do you know what number we're

10   on?

11         THE COURT REPORTER:  I'm thinking like 43?

12         MR. COSCULLUELA:  I do.  Hold on a second.

13         THE COURT REPORTER:  I can look it up if

14   you don't mind waiting.

15         MR. MOIR:  Well, we'd better confirm.

16         MS. CHESTER-SCHINDLER:  Let's verify,

17   please.

18         MR. MOIR:  Yeah.  Let's -- just so we get

19   the numbering right.

20         THE COURT REPORTER:  Sure.                        04:51

21         MR. COSCULLUELA:  I have the last one as

22   43.

23         MR. MOIR:  So this would be No. 44?

24         THE COURT REPORTER:  That's correct.

25         (Defendant's Exhibit No. 44 marked for           04:51

Exhibit 8
Page 249 of 347

687

```
 1          identification.)

 2          (Brief discussion held off the record.)

 3          MS. CHESTER-SCHINDLER:  This will be

 4   Exhibit No. 44.  This is IMG_5884(1).jpeg.  For the

 5   record, this is a photograph that Mr. Hsieh        04:54

 6   recalled earlier in the deposition today but which

 7   the parties had not seen, myself included.  And he

 8   was kind enough to forward it to me, and I have now

 9   provided it to the defendants.

10          Go ahead, Peter.                            04:54

11          MR. MOIR:  Okay.  Yeah.

12   BY MR. MOIR:

13      Q.  And so this is marked as Exhibit 44.  And

14   Mr. Hsieh, you've got this photograph, right?  Do

15   you have it pulled up on your screen, or do you     04:54

16   have a hard copy of it with you?

17      A.  I actually happen to have a hard copy of

18   the photograph.

19      Q.  Okay.  And just so that -- I thought you

20   said that you believe this photograph was taken by  04:54

21   you of the two operators of the wireline unit, of

22   the logging unit, after a fishing -- after you had

23   to fish -- in effect, fish the cable or the tool

24   out of the hole.  Is that correct?

25      A.  It looks like it would have been after the   04:54
```

Exhibit 8
Page 250 of 347

688

1    fishing job.  We were there trying to reinstall a

2    new cable.  Yes.

3        Q.  Okay.  So that means that if that were

4    true that it was after having fished the tool out

5    of the hole, the cable out of the hole, this would      04:55

6    have been after a point when you had run -- at

7    least run one log into the hole.  Whether you'd run

8    several or not, you don't know because -- but you'd

9    already gotten the tool down into the hole.

10   Correct?                                                04:55

11       A.  Certainly it had been down into the hole.

12   We don't know if we had finished it.

13       Q.  Right.

14       A.  It could have been stuck, you know, down

15   there.  Yes.                                            04:55

16       Q.  It could have been the first tool you ran,

17   and you got it stuck the first time.

18       A.  Could have been, yes.

19       Q.  And then the bar that is directly in front

20   of the head of the operator who's behind the            04:55

21   operator in the foreground of the photograph, that

22   is a spooling arm.  Is that correct?

23       A.  Yes.  The measuring -- a measuring wheel

24   to measure the depth of the cable.

25       Q.  Correct.                                        04:56

Exhibit 8
Page 251 of 347

689

1        And then --

2    A.  Spooling arm as well.  I'm sorry.  Yes.

3    Q.  Yeah.

4        So it's a measuring tool, and then the bar

5    itself is the spooling arm, correct?  That helps --    04:56

6    A.  Yes.

7    Q.  Okay.  And that spooling arm helps to

8    guide the cable back onto the big spool that is

9    where the cable gets wound back up onto, correct?

10   A.  As we pull up, the winch operator has to    04:56

11   turn the steering wheel, if you'll recall in the

12   picture of the winchman's operations, and he will

13   try to line up the cable so it spools up evenly so

14   that the cable will be evenly wrapped around the

15   drum, you know, one over the other.    04:56

16   Q.  Right.

17       And anyone who's wound up a garden hose on

18   one of those spools knows that it's important to

19   get them wound up evenly across and then back

20   across.  And you kind of work it that way, correct?    04:57

21   A.  Of course.  I hope everyone appreciates

22   that we're talking pulling 5,000 pounds on the

23   other end as you spool.

24   Q.  So if there's a lot of -- when you're

25   pulling it up, there's quite a bit of tension on    04:57

Exhibit 8
Page 252 of 347

690

1    that cable, correct?

2        A.  Yeah.  Thousands of pounds.  Yes.

3        Q.  Okay.  And then in the background, if you

4    look behind the spooling arm in that photograph,

5    there is what appears to be a white wall and then a      04:57

6    window -- a rectangular window in the white wall.

7    Correct?

8        A.  Yes.

9        Q.  And if you look in that window, it looks

10   like there is a figure, a person, in what appear to     04:57

11   be red coveralls, maybe, with a hard hat on.

12   Correct?

13       A.  There is, yes.

14       Q.  And so that -- from that photograph, that

15   figure is probably -- as you look at this picture,      04:57

16   probably a roughneck who is standing on the drill

17   floor in the distance, correct?

18       A.  That's right.

19       Q.  Okay.  And so between the front of the

20   wireline unit, where they are reinstalling -- what      04:58

21   appears to be they're reinstalling the drum, and

22   the white wall in the distance through which you

23   can see the roughneck on the drill floor, that

24   would be the pipe rack that would be down below

25   that, correct?                                          04:58

Exhibit 8
Page 253 of 347

691

1    A.  Not necessarily.  Cannot see -- well, I

2  hear what you're saying, but the pipe rack -- this

3  is not as close as you would -- this is not as --

4  that far away from the rig floor as you would

5  think.  Because normally, if you're talking a pipe          04:58

6  rack in between, you should see the vee-door and

7  the ramp, and there is no such thing in front.

8    Q.  Yeah.

9       Well, we can't actually see to the left of

10  the unit.  Whether there is, in fact, a vee-door to         04:59

11  the left, that's blocked by the front of the

12  wireline unit, correct?

13    A.  I cannot see to the left.  Correct.

14    Q.  So you can't -- other than just looking at

15  this picture, it's hard to gauge exactly how far            04:59

16  away the drill floor is from the front of the

17  wireline unit with the roughneck standing on the

18  drill floor, correct?

19    A.  It's very hard to gauge the exact

20  distance.                                                   04:59

21    Q.  Okay.  And whether the pipe rack is down

22  below where you can't see in this picture, between

23  the front of the wireline unit and then the wall of

24  the -- that's walling off the drill floor with the

25  window cut in it, we can't tell from this picture,          04:59

Exhibit 8
Page 254 of 347

692

1    correct?

2        A.  I cannot.

3        Q.  Okay.  Let's go to the next one, and I

4    will ask Ms. Schindler's indulgence in loading it,

5    if it -- if she can.  This would be the one that we    05:00

6    just received this afternoon, labeled (1).jpeg, but

7    we're going to now mark it as Exhibit 45.

8            MS. CHESTER-SCHINDLER:  Right.  I will

9    rename it now.

10           MR. MOIR:  Okay.                              05:00

11           (Defendant's Exhibit No. 45 marked for

12           identification.)

13           MR. MOIR:  And when she loads it,

14    Mr. Hsieh, I've somehow lost my Exhibit Share, but

15    I do have access to the photographs, and so what     05:00

16    I'd like you to do is -- Susie will let us know

17    when it's loaded, and then if you can hit your

18    marked exhibits and refresh it to get the

19    photograph.

20           MS. CHESTER-SCHINDLER:  It appears to me      05:00

21    that it is loaded.

22           MR. MOIR:  Okay.  Let me know when you're

23    able to pull it up.

24           MS. CHESTER-SCHINDLER:  It's at the top of

25    my list.  (1).jpeg.                                  05:01

Exhibit 8
Page 255 of 347

693

1          THE WITNESS:  Okay.  I see that.

2     BY MR. MOIR:

3          Q.  Okay.  Now, in the earlier picture,

4     Exhibit 44, both of the operators were wearing blue

5     helmets.  In this picture, there's someone standing      05:01

6     in the foreground with his back to us, wearing a

7     white helmet.  Is that you, Mr. Hsieh?

8          A.  Yes.  Engineers are issued white-colored

9     hard hats, but operators wear blue.

10         Q.  Okay.  So that's you and one of your            05:01

11    operators standing on the drill floor.  Is that

12    correct?

13         A.  That's correct.

14         Q.  And in fact, it looks like your feet -- in

15    this photograph, your feet are actually on the          05:01

16    rotary table on the drill floor, correct?

17         A.  Yeah.  I'm standing on the rotary table,

18    yes.

19         Q.  Okay.  And then -- now, there's a number

20    of hoses, and it looks like there's at least one        05:01

21    hose that's actually connected to the tool, and the

22    tool is in a hole off of the drill -- just off of

23    the rotary table.  Correct?

24         A.  That's right.  That's this long,

25    cylindrical shiny metal that you see off to my          05:02

Exhibit 8
Page 256 of 347

694

1    right shoulder, and all the way down between my

2    legs, you can see it.

3        Q.  And that tool -- they've

4    actually -- you've actually placed the tool into a

5    hole that's off of -- just off of the rotary table,    05:02

6    that's also known as the mousehole, correct?

7        A.  Because it ends -- yeah.  The rathole,

8    yes, or mousehole.  Correct.

9        Q.  Okay.  Okay.  Well -- and then a couple of

10   questions on this.                                      05:02

11          Is that an RFT tool, given that the -- the

12   hoses that you have connected to the tool?

13       A.  Yes.  Those are the RFT chambers, which

14   are connected below the RFT tool itself.  When we

15   collect a sample, whether it be fluid or gas, it's    05:03

16   inside the chambers, which are hollow.  It's filled

17   with the samples that we took from the formation.

18   And I'm connecting hoses to it so that I can

19   measure the pressure that we read off, which we

20   took the samples off from the formation below.        05:03

21       Q.  And the -- in the -- to the left and kind

22   of over your shoulder but in the background, there

23   is what looks to be like a sheave of some kind,

24   where there's a cable that runs down through it and

25   then back out.  Do you see that?                       05:03

Exhibit 8
Page 257 of 347

695

1      A.  Yes.

2      Q.  And where -- so that is just from -- oh.

3  And by the way, to the right of the operator with

4  the blue helmet, those are stands of drill pipe

5  that have been tripped out of the hole so that you      05:04

6  can do your work, correct?

7      A.  Yes.  They -- when they come out of the

8  hole, they leave it on the derrick so that they can

9  resume or go back in to drill further or whatever,

10  clean out the hole.                                     05:04

11      Q.  Okay.  And so we've got the drill pipe out

12  of the hole, you're standing on the rotary table,

13  and then we've got this sheave.  So my question is:

14  The cable that comes down and goes through that

15  sheave, that's going out the vee-door, correct?        05:04

16      A.  Yes.  Going out the vee-door.  Right.

17      Q.  And it's going over to the logging unit,

18  correct?

19      A.  Correct.

20      Q.  Okay.  So although we can't see the          05:04

21  logging unit in this photograph, we know that the

22  cable is running out the vee-door somewhere over to

23  the logging unit, correct?

24      A.  Yes.

25      Q.  Okay.  Let's go to -- I -- I'm trying to      05:05

Exhibit 8
Page 258 of 347

696

1    go quickly through these.  Let's go to the next

2    photograph, which will be Exhibit 46.  And again,

3    the people with much greater technical competence

4    than I are going to load it.  That being Susie.

5           (Defendant's Exhibit No. 46 marked for       05:05

6           identification.)

7           THE WITNESS:  Is that (2).jpeg?

8           MS. CHESTER-SCHINDLER:  It currently says

9    (2).jpeg, and this will be renamed Exhibit 46.

10          THE WITNESS:  Okay.                           05:05

11          MR. MOIR:  Do you have it up?

12          THE WITNESS:  I have.

13   BY MR. MOIR:

14      Q.  Okay.  So a couple of questions about

15   this, because this is actually an interesting       05:05

16   photograph.  See the big blue pulley-looking things

17   that are standing up above the drill floor and the

18   derrick?  Upper right corner of the photograph.  Do

19   you see those?

20      A.  Yes.                                          05:06

21      Q.  Now, those would -- does that tell you

22   that this is probably on a drillship?

23      A.  It should be a semi.

24      Q.  A semi?  Okay.  A semisubmersible, right?

25      A.  A semisubmersible.  Excuse me.               05:06

Exhibit 8
Page 259 of 347

697

1      Q.  Okay.  And this looks like it's another

2  photograph of a -- of an F-unit.  Correct?  Given

3  the layout of the unit that is picked up by the

4  crane, with the four air-conditioning units on top.

5      A.  Correct.                                    05:06

6      Q.  Is that fair?

7      A.  That's correct.

8      Q.  Okay.  Now, that appears to be -- I don't

9  have a close-up, but that would appear to be you

10  with the white helmet, in the foreground, standing  05:06

11  next to one of your operators.  Correct?

12      A.  It is me.

13      Q.  Okay.  That is you.

14          Now, what's interesting to me about this

15  is it looks like they're bringing your unit --      05:07

16  either your -- I believe they're bringing your

17  logging unit, the Schlumberger logging unit, onto

18  this semi.  But it also looks like there already is

19  a logging unit on the semi.  Is that what you see

20  to the left, with the orange bars around it and the 05:07

21  drum in front of it?  The white-looking building.

22      A.  Yes.  This, as I recall and I'll explain,

23  was when we actually went out to replace a

24  competitor.  I cannot see, from the color from this

25  picture and the white unit of them, who they were.  05:07

Exhibit 8
Page 260 of 347

698

1    Could have been Gearheart-Owens.  It's not Dresser

2    Atlas.  But we were apparently called out to

3    replace them, and we were switching out the logging

4    unit.

5        Q.  Okay.  So just so that we've got some          05:08

6    perspective, to the right of the Schlumberger unit,

7    which is suspended by the crane, there is -- again,

8    we see a white wall with a staircase up to it, and

9    a railing.  That would be at least one of the

10   entrances to the drill floor, correct?              05:08

11       A.  Yes.

12       Q.  And the derrick is the --

13           The bars and pipes and whatnot that go up

14   out of the roof of that, that's the beginning of

15   the derrick, basically, that you see in the very    05:08

16   upper right corner of this picture.  Is that

17   correct?

18       A.  That is correct.

19       Q.  And so we're looking at -- so they're

20   going to take out the Gearhart, if that's what it   05:08

21   is -- and I can read an a-r-h-a-r-t kind of in the

22   shadows under the top orange bar.  Do you see that?

23       A.  Yeah.  I can't see the -- I can't see that

24   clearly, but it -- to me, it would be

25   Gearhart-Owens, yes.                                05:09

Exhibit 8
Page 261 of 347

699

1      Q.   Okay.  So they're going to set the

2   Schlumberger unit down, then they're going to pick

3   up the Gearhart-Owens unit because something's gone

4   wrong with it or they're getting rid of it or

5   something -- well, let me ask you.  Do you remember      05:09

6   that you actually were on a rig where they brought

7   you out and they brought your unit out and they

8   replaced a unit that was out there for a

9   competitor?

10     A.   Well, as I mentioned, you know, our units      05:09

11  -- our logging -- wireline units stay out on the

12  rig as a long-term contract to provide logging

13  services.  And if you keep screwing up repeatedly,

14  they decide to run you off, they decide to

15  terminate the contract.  They say, "I'm calling      05:10

16  your competitor and they're" -- "we're going to

17  kick you off" and replace them.

18          This is the situation where we went there

19  with our new unit, or refurbished, to replace the

20  competitor unit.  And we were taking the pictures      05:10

21  of them switching out the unit.  Yes.

22     Q.   Okay.  And so your -- they're going to

23  pick the Gearhart -- if that's what it is.  The

24  competitor's unit.  They're going to pick it up,

25  remove it, and then they're going to set your unit      05:10

Exhibit 8
Page 262 of 347

700

1    where the Gearhart unit -- or the white unit is at

2    when this picture's taken, correct?

3        A.  That was the plan, yes.

4        Q.  Okay.  And then you would run --

5    obviously, when you're running your -- oh.  And by        05:10

6    the way, in this picture, if you look down, there's

7    a -- some men that look -- appear to be going down

8    some stairs.  And in the background behind them, it

9    appears to be some drill pipe.  Is that what you

10   believe you see there in that picture?                    05:11

11       A.  Yeah.  That is a pipe deck.  On the -- to

12   the left of the unit --

13       Q.  Right.

14       A.  -- on the ground -- on the floor is the

15   pipe rack.                                                 05:11

16       Q.  Okay.  So on this rig, they're going to

17   put your unit, the Schlumberger F-unit -- it's

18   going to be across the pipe rack from the drill

19   floor, correct?

20       A.  That's right.                                      05:11

21       Q.  Okay.  And -- now, we can't see it, but

22   presumably to the right of the right edge of this

23   photograph, had we taken a wide-angle picture or

24   moved the camera more to the right, we would have

25   seen the vee-door, correct?                                05:11

Exhibit 8
Page 263 of 347

701

1      A.  Yes.

2      Q.  And that's where -- so you would have --

3  again, in this situation, once you got your unit

4  set up and it was time to run -- do a logging run,

5  you would run your cable from the front of where          05:12

6  the competitor's unit is, where you can see the

7  round drum, across -- over the pipe rack and up the

8  vee-door and into the -- up to the drill floor,

9  correct?

10      A.  Yes.                                              05:12

11      Q.  Okay.  Let's go to JPEG 3, which would be

12  Exhibit --

13          MR. MOIR:  47?  Is that right.

14          MR. COSCULLUELA:  Correct.

15          MR. MOIR:  Yeah.  Exhibit 47.                     05:12

16          MS. CHESTER-SCHINDLER:  Correct.

17          (Defendant's Exhibit No. 47 marked for

18          identification.)

19          MR. MOIR:  And let us know when you have

20  it pulled up.                                             05:12

21          MS. CHESTER-SCHINDLER:  I apologize.  I

22  inadvertently put our JPEG 2 up again.  So here

23  comes 3.

24          MR. MOIR:  No worries.  You're obviously

25  doing much better than I would be doing.                 05:13

Exhibit 8
Page 264 of 347

702

1          MS. CHESTER-SCHINDLER:  So David, you

2     should see JPEG 3 now.

3          THE WITNESS:  Yes.

4          MS. CHESTER-SCHINDLER:  And then I'll

5     rename it Exhibit 47 for the record.              05:13

6          THE WITNESS:  Okay.  I see that now.

7     BY MR. MOIR:

8     Q.  Are -- you're ready?

9     A.  I am looking at the photograph.

10    Q.  Okay.  And that is you sometime in the        05:13

11    1980s, probably in the '85-or-later time frame

12    given that this is an F-unit.  Correct?

13    A.  That is correct.

14    Q.  And obviously you're just -- you're

15    looking at some of the -- well, the -- I don't know   05:14

16    if they're panels, but the electronics and the

17    computer system that is part of the equipment that

18    you ran as a logging engineer for Schlumberger.

19    Correct?

20    A.  That's right.                                 05:14

21    Q.  And what is -- "DBRC modified" down in

22    the -- at the bottom, what -- does that give you --

23    does that or anything else in this picture, other

24    than we just knowing it's an F-unit, give you any

25    information about the time frame when this picture   05:14

Exhibit 8
Page 265 of 347

703

1    would have been taken?

2        A.   I would say the likely time is '86 or --

3    '85, '86.  Because I am wearing a Casio watch.

4    Because you can see the watch.

5        Q.   I noticed that.  I noticed that.  So --        05:15

6        A.   And the Casio watch, that was rated for

7    diving.  And I became a PADI-certified diver back

8    during that time, so that -- I bought this watch

9    specifically for scuba diving.  And I didn't own

10   it, you know, before '84, '85.  So that would be        05:15

11   how I remember the time.

12       Q.   Okay.  So it would be sometime in that mid

13   '80s time frame, beyond that.  But I'm asking in

14   terms of the Schlumberger equipment.  Does that

15   allow you to date this photograph in any way?          05:15

16       A.   Besides it being a F-unit, I cannot, you

17   know, specifically say what year.  Because F-units

18   look the same for the -- for the entire latter part

19   of the '80s.

20       Q.   Mr. Hsieh, one of the -- one of my fond        05:16

21   memories of working on oil rigs was pipe dope.  Did

22   you all use pipe dope when you were putting your

23   tools together and connecting your tools?

24       A.   No.  We don't need pipe dope.  We have our

25   own grease when we put our tools together.  They       05:16

Exhibit 8
Page 266 of 347

704

1    are lighter and thinner than the pipe dope.

2        Q.  Well, that's probably a good thing,

3    because you know how thick and nasty pipe dope is,

4    don't you, from your work --

5        A.  That's how come I'm able to describe our        05:16

6    grease.  Yes.

7        Q.  Yeah.

8            And so Schlumberger had better -- had

9    different kind of grease that they used -- or the

10   operators and the wireline logging engineers used      05:16

11   to put their tools together, correct?

12       A.  Yes.  We would have finer threads and

13   smaller threads.

14       Q.  Which is why you needed -- frankly, you

15   needed better grease than the pipe dope, correct?      05:17

16       A.  Yeah.  I would say so.

17       Q.  Okay.  And when you did that work,

18   obviously one of the things that would happen when

19   you're putting your tools together is you would

20   get -- you could get grease on the -- on your          05:17

21   coveralls, right?

22       A.  Oh, yes.

23       Q.  Okay.  Like the grease that we see in this

24   picture, Exhibit 47, correct?

25       A.  Yeah.                                           05:17

Exhibit 8
Page 267 of 347

705

1          MS. CHESTER-SCHINDLER:  Objection.  Form.

2          THE WITNESS:  You can see the dark stains

3     in my belly area, in those parts.  Yes.

4          MR. MOIR:  Okay.  Let's go to the last of

5     the photographs.  It's going to be (4).jpeg.  And     05:17

6     . . .

7          MS. CHESTER-SCHINDLER:  It should be

8     uploaded.  And we'll re-mark it now as Exhibit 48.

9          (Defendant's Exhibit No. 48 marked for

10            identification.)                             05:18

11         THE COURT REPORTER:  And just so you know,

12    I'm unable to download Exhibit 47.  I can't get it

13    open.  So -- I'm not sure why.

14         MR. COSCULLUELA:  Well, that's okay,

15    Nicolette.  We'll figure out a way to get it to     05:18

16    you.  He's really the only one who needs to see

17    it.  And we'll get them to you in one way or

18    another.

19         MS. CHESTER-SCHINDLER:  Right.

20         The only things I'm concerned about,          05:18

21    Nicolette, are actually 1, 2, 3, 4, which is the

22    photographs.  I know you couldn't get those -- or

23    excuse me.  The drawings, photographs of the

24    drawings.  So we're going to have to work through

25    that.                                               05:18

Exhibit 8
Page 268 of 347

706

1          But go ahead, Peter, on Exhibit No. 48.

2          MR. MOIR:  Sure.

3    BY MR. MOIR:

4     Q.  So again, Mr. Hsieh, that's you to the

5    right with the white helmet, right?                    05:18

6     A.  That's right.

7     Q.  And one of your operators is the guy with

8    the blue helmet, right?

9     A.  Yes.

10     Q.  And the thing with the yellow arm and what    05:18

11    looks to be two big claws in the foreground of the

12    picture, that's one of the tongs -- one of the

13    gigantic wrenches that they use to tighten and

14    loosen the pipes, right?

15     A.  That's correct.                                05:19

16     Q.  And then in the background, we see a big

17    white machine with what looks to be a cable coming

18    straight up out of it.  Those are the drawworks

19    that we've heard about, right?

20     A.  That is the drawworks.                         05:19

21     Q.  Okay.  And then -- so you -- by the way,

22    there's another -- looks like there's another set

23    of tongs that is hanging behind your operator,

24    behind and to -- over his right shoulder.  Right?

25     A.  His left shoulder.  Should be the left         05:19

Exhibit 8
Page 269 of 347

707

1    shoulder.  Yes.

2       Q.  Okay.  And -- now, this tool that is --

3    that you are -- have in the hole, this is another

4    picture of an RFT tool, correct?

5       A.  The RFT chambers.  Correct.                    05:20

6       Q.  So that would tell us that this photograph

7    would have been taken sometime --

8           (Noise interruption)

9           MR. MOIR:  Did anyone hear that?

10          THE COURT REPORTER:  Yes.                       05:20

11          MR. MOIR:  Okay.

12   BY MR. MOIR:

13      Q.  Anyway, so that's a RFT tool.  That's why

14   you've got that hose that is connected to it, to --

15   as you've told us earlier, to measure pressure,        05:20

16   right?

17          THE COURT REPORTER:  It looks like he's

18   frozen.

19          MS. CHESTER-SCHINDLER:  David, you're

20   frozen.                                                05:20

21          MR. MOIR:  Maybe someone sawed through the

22   cable out there.

23          THE COURT REPORTER:  I think they've had a

24   hard time connecting today.

25          Can we go off the record?  Can I take us        05:20

Exhibit 8
Page 270 of 347

708

1    off the record?

2            MS. CHESTER-SCHINDLER:  Let's go off the

3    record, Nicolette.  If you could take us off while

4    they get re-signed in.

5            (The parties agreed to go off the record    05:21

6            from 5:21 p.m. to 5:25 p.m.)

7            THE VIDEOGRAPHER:  We're back on at

8    5:25 p.m.

9    BY MR. MOIR:

10       Q.  So we are looking at Exhibit 48, and we've    05:25

11   talked about how this is another photograph of the

12   RFT tool.  And the reason you've got the hoses and

13   the pressure gauge is so that you can actually --

14   one of the things you do is to measure -- use the

15   tool to measure pressure, correct?                   05:25

16       A.  Yes.  I am trying to -- wait.  I -- okay.

17   Here.  Sorry.  I'm trying to open up the exhibits

18   again.

19       Q.  Oh.  Okay.  Let us know when you have the

20   last one up, the one we were just --                 05:25

21       A.  The (4).jpg is not here anymore.  It's

22   the -- Exhibit 48, are we looking at?

23            MS. CHESTER-SCHINDLER:  Correct.  Yes.

24            THE WITNESS:  Okay.  "File type cannot be

25   previewed."  Download?  Is that what I'm supposed    05:26

Exhibit 8
Page 271 of 347

709

1   to do?

2         MR. MOIR:  Ask Dustin, I think.  I don't

3   want -- I don't -- you don't want to ask me what to

4   do.

5         THE COURT REPORTER:  That's what that last    05:26

6   one did to me, and I couldn't download it either.

7         THE WITNESS:  Let's see here.  It says --

8   it's supposed to be a photograph.

9         THE VIDEOGRAPHER:  You were looking at it

10  before?                                            05:26

11        THE WITNESS:  Yeah.  I saw it and we were

12  talking about it.

13        THE VIDEOGRAPHER:  I'm sorry.  Can we hop

14  back off just real fast?

15        MR. MOIR:  Sure.                             05:26

16        THE VIDEOGRAPHER:  Going off at 5:26 p.m.

17        (The parties agreed to go off the record

18        from 5:26 p.m. to 5:28 p.m.)

19        THE VIDEOGRAPHER:  We're back on the

20  record at 5:28 p.m.                                05:28

21  BY MR. MOIR:

22     Q.  Mr. Hsieh, do you have it in front of you

23  now?  Exhibit 48?

24     A.  I have the photograph in front of me, yes.

25     Q.  Okay.  And as we were talking, this is      05:29

Exhibit 8
Page 272 of 347

710

1    the -- you've brought the tool, and you're -- you

2    have the hose and the pressure gauge there because

3    you want to measure -- one of the things you do

4    at -- on an RFT tool is take pressure measurements,

5    correct?                                              05:29

6        A.   Correct.

7        Q.   And are you -- is that the process that

8    you are starting or finishing when this photograph

9    was taken?

10       A.   Yeah.  Just -- it's just -- I am trying    05:29

11   to -- first of all, the pressure gauge is to read

12   the pressure of the fluid of the sample, which is

13   mostly the gas.  And the hoses are to flow the --

14   whatever samples retrieved into the can.

15            So you can see behind me where the         05:29

16   cross -- where the cross connectors and the hose go

17   on the top end.  It goes down to a big giant

18   plastic bottle.  You can't see the bottle.  You

19   only see the top of the thing.  And it's there to

20   collect the sample.                                  05:30

21            And we would meter the flow, and then of

22   course after it fills the bottle, we will know how

23   much sample we actually retrieved and what the

24   surface temperature was -- surface pressure was

25   before we let it off or flow it out.                 05:30

Exhibit 8
Page 273 of 347

711

1      Q.  Okay.  And then you provide the -- do you

2    provide the sample to the geologist, for the -- for

3    the geologist to analyze the sample?  What do you

4    do with that fluid sample --

5      A.  The sample --                                    05:30

6      Q.  -- once you've taken the measurements?

7      A.  Sorry.

8          The sample is given to the customer for

9    them to do further analysis.  They can study --

10   they can do all kinds of analyses on it and do any      05:31

11   kind of chemical test -- not chemical, but physical

12   test to understand the property of the formation

13   fluid that we get back.

14     Q.  Okay.  So in this photograph, Exhibit 48,

15   we are looking at the RFT tool itself after it's        05:31

16   come out of the hole, and you are starting to take

17   your measurements, your pressure measurements and

18   whatnot, from the tool, correct?

19     A.  Well, partially.  The RFT tool is above

20   this that you're seeing.  This -- what you're           05:31

21   seeing now in front of me is the -- are the

22   chambers, which the sample chambers are connected

23   to the bottom of the RFT tool.

24         The RFT tool opens up with a -- what I

25   call -- we call a probe, but to you, that is a          05:32

Exhibit 8
Page 274 of 347

712

1    giant hypodermic needle that we stick into the rock

2    so we can suck out the gas and/or the oil in the

3    rock.  From the rock, it will flow down below, to

4    the tool, into the sample chambers.

5         And you're looking at multiple sample         05:32

6    chambers.  There are two right now.  We're

7    measuring the second one.  One above it is another

8    chamber.  It's sleek and just made of stainless

9    steel and nothing else.

10    Q.  Okay.  But just to be clear:  This         05:32

11   is -- you have pulled the RFT tool out of the hole,

12   and you have it pulled up, and you are now taking

13   the sample -- the fluid sample out of the chamber

14   below the RFT tool, correct?

15    A.  RFT tool is still physically connected         05:32

16   above these chambers.  It's still one continuous

17   piece of tool, piece of iron, if you would,

18   probably another 30 feet above our heads, and that

19   would be the entire length of the RFT tool.

20    Q.  Okay.  But again, in terms of the timing         05:33

21   of when -- this is after you've run it, the RFT

22   tool, down into the hole, taken your samples, your

23   measurements, your pressure probes and whatnot, and

24   then pulled the RFT tool, together with these

25   sample chambers attached to it, out of the hole,         05:33

Exhibit 8
Page 275 of 347

713

1   correct?

2       A.  Yes.  This is when we come out of the hole

3   and right away we're trying to understand the

4   pressure of the samples that we took and then also

5   flow -- empty the chamber of all the samples that      05:33

6   we had collected so that we can deliver it to the

7   customer.

8       Q.  So this picture would have been taken

9   right after you got the RFT tool out of the hole,

10  correct?                                               05:34

11      A.  That's right.

12          MR. MOIR:  Okay.  Mr. Hsieh, those are all

13  the questions that I have on these photographs.

14          And I'm going to pass the witness.

15          MS. CHESTER-SCHINDLER:  John, do you have      05:34

16  some questions?

17          MR. BRIDGER:  Yes, I do.

18          MR. COSCULLUELA:  Mr. Hsieh, I've got just

19  a couple more questions, and I'll try to be as

20  quick as I can.                                        05:34

21          MS. CHESTER-SCHINDLER:  I have two people

22  talking right now.  I see John and Alex both teeing

23  up.  So who's asking questions first?

24          MR. BRIDGER:  Alex, go.

25          MR. COSCULLUELA:  Okay.                        05:34

Exhibit 8
Page 276 of 347

714

1    EXAMINATION BY MR. COSCULLUELA:

2        Q.  Mr. Hsieh, I'm looking at -- I'm looking

3    at the last two photographs that we looked at,

4    exhibits 47 and 48.  Let me close them out here.

5    Exhibit 47 is the exhibit -- is the photograph          05:34

6    depicting you on the right side of the image, in

7    front of some of the -- some of the equipment

8    inside the F-unit.  And you've commented on the

9    vintage of the photograph based on the Casio sports

10   watch you were wearing.  Do you see that?              05:35

11       A.  Yes.  Well, I'm not looking at the

12   picture.  I can't open it.  But I still remember it

13   clearly from that picture.

14       Q.  Comparing the watch that you're wearing in

15   Image 47 -- or in Exhibit 47 with an enlargement of   05:35

16   your left wrist on the last image that we looked

17   at, Exhibit 48, which also appears to depict you

18   wearing -- well, I'll -- I can't seem to make this

19   work -- which, when I enlarge the image, it appears

20   to be -- to show you having a very similar watch,     05:35

21   if not the same watch, on your left wrist, that

22   same Casio digital watch, do you know whether these

23   images, 47 and 48 -- whether they were taken about

24   the same time, possibly even on the same job?

25       A.  No.  Definitely not on the same job.  But     05:36

Exhibit 8
Page 277 of 347

715

1    yes, I start -- like I said, I got PADI-certified

2    in '86.  And I kept -- I believe I still have that

3    exact watch.  It's just that the battery is dead.

4    But I wore that watch for quite a few years, and

5    that's when I was an RFT specialist.  And from '86        05:36

6    onwards, I was running RFTs.

7              This particular job timing, I can't say,

8    but I know it's not the same job because this -- I

9    remember this operator.  He was from Houston.  He

10   was not a regular -- my regular -- the                    05:37

11   regular -- he was from Houston or Lafayette.  I

12   can't remember.

13             The picture that I was photographed with

14   me standing inside a unit was a much earlier time.

15        Q.   Okay.  Sir, if I were to look -- if I were      05:37

16   to look at Image -- I'm sorry -- Deposition Exhibit

17   No. 48, the one where you and your operator are

18   dealing with the repeat formation tool, if I look

19   to the left, I can see a large white drawworks.

20   Right?                                                    05:37

21        A.   Yes.

22        Q.   And if I enlarge the name, I can almost

23   make out "Oilwell."  Is that right?

24        A.   That's correct.

25        Q.   Was Oilwell a large manufacturer of            05:37

Exhibit 8
Page 278 of 347

716

1  drawworks in -- during your time?

2      A.  I think that they were.  Because most

3  drawworks had their name on it.

4          I think that's part of NOV, which is

5  National Oilwell Varco.  I am not positive.  But          05:38

6  having been in the industry for so long, I would

7  think that is who they belong to, even though at

8  that time I had no idea who actually owned them.

9      Q.  Okay.  Given your PADI -- and that's

10  P-A-D-I, all caps -- certification in '86, do you          05:38

11  feel comfortable that this photograph that we're

12  looking at, Photograph Deposition Exhibit 48, was

13  taken at -- if not in 1986, at some point

14  thereafter?

15      A.  Well, as I said, it was -- I am pretty          05:38

16  sure it was a different time, but it was after that

17  time.  So it's definitely after '86, but I can't

18  say exactly when it was taken.

19      Q.  Okay.  Now I want to go back to -- I want

20  to go back to Image -- or Deposition Exhibit          05:39

21  No. 47, which is the one with you on the right side

22  of the image, inside the F-unit.  You're also

23  wearing the Casio watch here.  Can you tell us

24  whether this photograph depicts you while you were

25  working as a senior field engineer, an SFE, or were          05:39

Exhibit 8
Page 279 of 347

717

1  you already an RFP specialist?  RFT specialist.

2  I'm sorry.

3      A.  I can't recall when this was taken.  And

4  I'm looking at -- I'm trying to recall the modules

5  on top and what -- because RFTs are run in                05:39

6  different modules, and this one had a giant plug on

7  it, and it's plugged -- connected to something

8  below, and I am trying hard to remember what

9  required a plug to it.  Right off the bat, I cannot

10  say if I was logging or I was running the RFT.         05:40

11      Q.  Okay.  The reason I ask is because this is

12  the image that has the -- your coveralls being

13  soiled with the light grease that Schlumberger used

14  on its tools.  And I know that when you were a

15  repeat formation tester you spent more time             05:40

16  handling the tools than you did when you were a

17  wireline engineer.

18         MS. CHESTER-SCHINDLER:  Objection.  Form.

19  What is your question?

20  BY MR. COSCULLUELA:                                     05:40

21      Q.  Is that correct?

22      A.  Well, not necessarily.  I mentioned that

23  when I dealt with the core guns as a regular

24  logging engineer I would have spent a lot of time

25  handling the cores, with the core gun having all       05:40

Exhibit 8
Page 280 of 347

718

1  kinds of mud, mud caked on it, while I'm squatting

2  there on the catwalk sorting out the bullets,

3  inspecting each of the samples.  RFT obviously --

4  I -- some -- many of the fluids that were retrieved

5  are full of mud.                                      05:41

6         So yes, I would get a lot of mud on me.

7  The stain in the thing are probably more related to

8  other different jobs where I would have had stains

9  on me.  It's not just from one -- from that

10 particular job.  It's over years.                     05:41

11    Q.  I see.  So this may --

12        DEFENSE COUNSEL:  Objection.

13 Nonresponsive.

14 BY MR. COSCULLUELA:

15    Q.  This may have just accumulated over a          05:41

16 pass -- over the passage of time.  These stains.

17    A.  I believe so.

18    Q.  Okay.  Well, if nothing else, then, from

19 the fact that you're wearing the Casio watch, does

20 that help date the picture to no earlier than 1986?   05:41

21    A.  Yes.  Correct.  I only had it around '86.

22 '85, '86.  That was around the time when I had the

23 watch.

24    Q.  Got it.

25        Let me go back to the image -- the            05:42

Exhibit 8
Page 281 of 347

719

1    photograph that we marked Deposition Exhibit

2    No. 46.

3            Do you recognize this drillship?

4        A.  I -- I'm not sure which photograph it is,

5    Exhibit 46.                                    05:42

6        Q.  Exhibit 46 is the image where the

7    Schlumberger F-unit is being hoisted by the crane.

8        A.  Oh.  Okay.

9            No.  It was not a drillship.  It was a

10   semi.                                          05:42

11       Q.  You're right.  You said it was a semi.

12       A.  No, I do not recognize the actual -- you

13   know, from this picture, I don't know which rig it

14   was, because there's hardly any markings.  So I

15   can't say that it's definitely this or that.     05:43

16       Q.  Are you able to give us the vintage of

17   this photograph, when it might have been shot?

18       A.  Late '80s as well.  I can only say that it

19   should be after '87, but I'm only guessing.  It was

20   in --                                          05:43

21       Q.  Fair enough.

22       A.  -- that period.

23       Q.  Fair enough.

24           And then I want to go back to the image

25   that has been marked Deposition Exhibit No. 45.   05:43

Exhibit 8
Page 282 of 347

720

1    And this is where you and the operator

2    are -- you're standing on the rotary table and the

3    operator is by your side.

4         Do you recognize this -- do you recognize

5    this drilling facility?                              05:43

6      A.  No.  I do not know which rig it is.

7      Q.  Okay.

8         MS. CHESTER-SCHINDLER:  For the record,

9    David, have you been able to open them now that I

10   have included the JPEG again?                        05:44

11        THE WITNESS:  No.  I -- well, I'm not

12   refreshing -- I'm not refreshing it, so I --

13        MS. CHESTER-SCHINDLER:  Okay.

14   BY MR. COSCULLUELA:

15     Q.  Do you want to look --                         05:44

16        (Simultaneous speakers)

17        THE WITNESS:  I see them.  So which one

18   are we talking about?  44 or 45?

19        MS. CHESTER-SCHINDLER:  45.

20        MR. COSCULLUELA:  45.                            05:44

21        THE WITNESS:  Okay.  I have 45.  I --

22   let's see.  It's got "Shell Oil," so it's likely

23   the Seven Seas.

24   BY MR. COSCULLUELA:

25     Q.  Okay.  Are you able to tell us the vintage     05:44

Exhibit 8
Page 283 of 347

721

1   of this photograph?

2       A.  Should be '89 or later.

3       Q.  Okay.  And you know that it was in the

4   late '80s at least, or in the second half of the

5   '80s, because it's -- you're handling an RFT tool.    05:45

6       A.  Yes.  Of course.  And this just seems like

7   the same guy that was handling the other -- you

8   know, in the other picture.

9       Q.  Yeah.

10      A.  This looks like the same person.            05:45

11      Q.  It does.  And he had a sticker on the

12  front of his -- on the front of his hard hat that

13  looks the same.

14      A.  Okay.  This is what my -- this is just my

15  observation.  It may -- I just do not remember when   05:45

16  and who took them.  But it looks like it's the same

17  guy, the guy that I said is from Lafayette or

18  Houston.

19      Q.  Right.

20          Sir, the very first image that was          05:45

21  produced earlier today for the first time is

22  Deposition Exhibit No. 44.  Can you open that one?

23      A.  Yes.

24          Okay.  I got it.

25      Q.  Okay.  This is the image with the two       05:46

Exhibit 8
Page 284 of 347

722

1    operators wearing the blue hard hats?

2        A.  Yes.

3        Q.  All right.  We can see the number of the

4    unit, and it says F-061.  "F" stands for this being

5    an F-unit, right?                                    05:46

6        A.  Yes.

7        Q.  Okay.  And "F" stood for "optical film"?

8        A.  No.  Schlumberger C -- offshore unit

9    series started with OSU-A, B, and C, C being the

10   old workhorse, you know, the analog panels.          05:46

11       Q.  Right.

12       A.  And they kept developing until they got

13   the galley right with the F.  So the F-unit is just

14   simply the sequence in which they named the design.

15   So--                                                 05:46

16       Q.  Okay.

17       A.  For example -- yeah.  No.  It's because of

18   that.  OSU-C, OSU-F.

19       Q.  I see.  Okay.  Fair enough.

20           Are you able to give us the vintage of      05:46

21   this photograph?

22       A.  Ceglarski worked with us until '85, late

23   '85, and he was fired for I think drug violations,

24   so it had to be in the -- '85, out of Belle Chasse.

25       Q.  So you would place this photograph in the   05:47

Exhibit 8
Page 285 of 347

723

1    1985 time range?

2        A.  From mid '84 to the end of '85, yes.

3        Q.  Okay.  Summer of '84 on.

4        A.  Yes.

5        Q.  Understood.                                      05:47

6            Is there anything else in this photograph,

7    in Deposition Exhibit 44, that allows you possibly

8    to identify the drilling facility?

9        A.  No.  Not the way it is laid out.

10       Q.  Okay.                                            05:48

11       A.  I cannot --

12           MR. COSCULLUELA:  Well, sir, thank --

13   thank you again, Mr. Hsieh.  You've been very

14   helpful, and I appreciate your time.  I wish you

15   the best.                                                05:48

16           THE WITNESS:  Thank you very much.

17           MS. CHESTER-SCHINDLER:  John, you're up.

18           We can't hear you.

19           MR. MOIR:  John, you've got your mute

20   button on.                                               05:48

21           MR. BRIDGER:  Yeah.  I couldn't find the

22   actual picture because I had the pictures over it,

23   so . . .

24           Can you hear me now?  Hello?

25           THE WITNESS:  I can hear you.                    05:48

Exhibit 8
Page 286 of 347

724

1          MR. BRIDGER:  Okay.  Great.

2          I'm going to be very quick.  I just missed

3     a couple of things.

4     EXAMINATION BY MR. BRIDGER:

5          Q.  You told me that you'd worked for Gulf and        05:48

6     Texaco.  My first question is:  On any of the well

7     sites that you worked for Gulf, did you work on any

8     semis or drillships?

9          A.  For Gulf Oil, what I remember is that I

10    was not -- I was neither on any drillships nor         05:48

11    semis.

12         Q.  Okay.  You said that it was shallow waters

13    for Gulf and it was all before 1984.  Is that

14    correct?

15         A.  The work was definitely in shallower        05:49

16    water, as opposed to where we call deep water,

17    where we used semis.  Yes.

18         Q.  Okay.  And when you say shallow waters,

19    can you give me an approximate range?

20         A.  I would say they were probably -- it was     05:49

21    probably in the -- less than a thousand feet but

22    more than 300 feet.

23         Q.  And do you know any of the actual well

24    depths that you would have drilled on any of these

25    Gulf jobs?                                            05:49

Exhibit 8
Page 287 of 347

725

1      A.  Not specifically.  But they -- the wells

2  that we drilled -- that we logged for them were all

3  in the -- over 10,000 feet, you know, total depth

4  from the rig floor.  So it should have been ten to

5  thirteen thousand.  In the neighborhood.          05:50

6      Q.  I'm going to go basically through the same

7  questions for Texaco.  Now, I understand that

8  Texaco -- well, wait.  When was the last Gulf job

9  that you remember doing?

10      A.  I cannot remember the, quote/unquote, last  05:50

11  Gulf job, but they were more likely in '83 or '84.

12      Q.  Okay.  Turning to Texaco.  You told me

13  that you only -- you thought you only did a couple

14  of jobs for Texaco.  Were any of those on either a

15  semi or a drillship?                              05:50

16      A.  For Texaco, it was more likely that the

17  jobs were on a floater.  Whether it was a ship or a

18  semi, I don't know.  But it was not set up the same

19  way as Gulf.  They were not set up the same way as

20  Gulf.                                             05:51

21      Q.  Okay.  Can you give me the -- if it was a

22  semisubmersible or a drillship, would it have been

23  deeper water?

24      A.  Typically, those -- they're in deep --

25  they operate in deeper water.                     05:51

Exhibit 8
Page 288 of 347

726

1      Q.  Can you give me an approximate range of

2   water depth for those couple of jobs that you did

3   for Texaco?

4      A.  I could take a wild guess.  The reason is,

5   I certainly don't remember the job.  But then for          05:51

6   using semis or drillships, it would have been

7   easily more than a thousand feet.

8      Q.  Okay.  Got it.

9         And same question about well depth.  Would

10   they have been approximately the same well depth?         05:52

11      A.  My recollection, you know, such as jobs

12   from Texaco, is that they were what they -- you

13   know, you would call wildcat wells.  You know,

14   totally exploratory.  So they tend to be deeper.

15   So they would have easily gone to 15,000 feet, if        05:52

16   not deeper, because they had multiple zones they

17   wanted to explore to look for possible pay zones.

18      Q.  And for these couple -- you said that you

19   don't really remember these jobs, but do you

20   remember about when they were for Texaco?                 05:52

21      A.  For Texaco, I cannot remember the time,

22   because I have made very few jobs with Texaco.

23      Q.  If we're looking at the deeper water and

24   deeper wells, would that likely have been later?

25      A.  Yes.  I mean, the progress was that, you           05:53

Exhibit 8
Page 289 of 347

727

1    know, with technology, they're able to go further

2    out with better drilling rigs.  So therefore, in

3    the '80s, you almost see no semis, because they

4    just -- they're just way too expensive and most

5    people wouldn't want to go -- get on a ten-year          05:53

6    project.  So we see less jobs like that.  So the

7    likelihood of the deeper water and these semis

8    would have happened after mid '80s.

9        Q.  And do you think that any of the Texaco

10   jobs might have been RFT jobs as opposed to logging     05:53

11   jobs?

12       A.  I'm pretty sure it was not an RFT job.

13   For Texaco, I think I worked as a regular log

14   engineer.

15       Q.  And all the Gulf jobs are logging jobs,         05:53

16   correct?

17       A.  Yes.  That's correct.

18           MR. BRIDGER:  Mr. Hsieh, I -- again, I

19   appreciate it.

20           And I will pass the witness.                    05:54

21           THE WITNESS:  Thank you.

22           MS. CHESTER-SCHINDLER:  Does anyone else

23   have any follow-up questions?

24   EXAMINATION BY MS. CHESTER-SCHINDLER:

25       Q.  All right.  Mr. Hsieh, this is Susie            05:54

Exhibit 8
Page 290 of 347

728

1    Chester.  I have just a few questions before we

2    wrap up today.  Can you hear me okay?

3        A.  Yes.  I can hear you.

4        Q.  Okay.  Sir, were you aware that there were

5    several studies that have demonstrated an increased    05:54

6    risk in oilfield workers for heart disease?

7            MR. JALENAK:  Object to the form.

8            THE WITNESS:  No, I am not aware.

9    BY MS. CHESTER-SCHINDLER:

10       Q.  Sir, were you aware that there have been    05:54

11   multiple studies showing an increased risk of

12   bladder cancer among oilfield workers?

13       A.  I am not aware of that.

14           DEFENSE COUNSEL:  Objection.  Form.

15   BY MS. CHESTER-SCHINDLER:    05:55

16       Q.  Sir, earlier, counsel for Schlumberger

17   showed you a letter from a Dr. Carbone.  Do you

18   remember that letter and exhibit?

19       A.  Yes, I do.

20       Q.  Were you aware that Dr. Carbone routinely    05:55

21   works as a defense expert in asbestos-related

22   litigation?

23           DEFENSE COUNSEL:  Objection.  Form.

24           THE WITNESS:  No.  I do not know what

25   Dr. Carbone has done.    05:55

Exhibit 8
Page 291 of 347

729

1    BY MS. CHESTER-SCHINDLER:

2        Q.  Sir, in reviewing your medical history

3    today, would it be fair to say that the health

4    issues that you began developing really in middle

5    to late age -- for example, heart disease,          05:56

6    diabetes -- were conditions that you had been

7    successful in managing through traditional

8    healthcare measures, either, for example, having a

9    stent put in for your heart or medication for your

10   diabetes?                                            05:56

11           DEFENSE COUNSEL:  Objection.  Form.

12   Objection.

13           THE WITNESS:  I don't understand the

14   question.

15   BY MS. CHESTER-SCHINDLER:                            05:56

16       Q.  Were the illnesses that you had, excepting

17   your cancers -- so for example, diabetes and heart

18   disease -- being managed by medication?

19           DEFENSE COUNSEL:  Objection.  Form.

20           THE WITNESS:  Yes.  They were all managed    05:56

21   by traditional treatment, with oral medications.

22   BY MS. CHESTER-SCHINDLER:

23       Q.  Would it be fair to say that the only

24   diseases that you've been diagnosed with that

25   present a potentially terminal outcome are your      05:57

Exhibit 8
Page 292 of 347

730

1   cancers?

2          DEFENSE COUNSEL:  Objection.  Form.

3          THE WITNESS:  Yes.  They were relayed to

4   me that they all could become fatal.  So I am very

5   aware of the fact that they're all potentially        05:57

6   terminal.

7   BY MS. CHESTER-SCHINDLER:

8      Q.  Mr. Hsieh, since your diagnosis with

9   cancer, would it be fair to say that you have

10  worked very hard to exercise, eat right, and stay     05:57

11  healthy?

12     A.  Yes.  I believe in -- I totally believe

13  that my lack of discipline with regards to what I

14  eat, what I take contributed to some of the

15  conditions that led to the coronary heart disease     05:58

16  and, of course, diabetes and therefore leading to

17  all these other diagnoses.  And so I changed my

18  lifestyle and my diet to try to control all those

19  different factors in hope that I won't -- I won't

20  be in that risk group anymore.                        05:58

21     Q.  Sir, do you have your Schlumberger

22  overalls with you there today?

23     A.  I still have my coveralls from my field

24  engineer days, Larose and New Orleans, with me.

25     Q.  Are you able to reach them for us?            05:58

Exhibit 8
Page 293 of 347

731

1      A.  I actually have -- the one from Larose, I

2  have two pairs that still have the Larose patch,

3  and I have one with me.  I can get them, yes.

4      Q.  Can you -- are they there next to you?  We

5  can only see your face, of course, in the video.      05:59

6      A.  Yes.  They are here.

7      Q.  All right.  Can you hold them up for us?

8      A.  Well, it's folded up, but --

9      Q.  Okay.  Can you unfold them so we can see

10  the patch designating where you were working for      05:59

11  Schlumberger.  In other words, out of what

12  district.

13      A.  Of course.

14      Q.  Thank you.

15      A.  First of all, there's "Schlumberger."  And      05:59

16  Larose offshore patch.  It's all kind of torn.  And

17  my name was embroidered on, but you can't -- it --

18  all the things are on.  But if you are looking at

19  it, you can still see the mark says "David."  So

20  yes, this is the -- one of the earliest coveralls      06:00

21  that I owned.  This is a lightweight -- summer

22  lightweight short-sleeve coveralls that we were

23  wearing.

24      Q.  Thank you, sir.  You can set those down

25  now.                                                  06:00

Exhibit 8
Page 294 of 347

732

1          Mr. Hsieh, other than the time frame when

2     you were working for Schlumberger, have you ever

3     worked in any other type of industrial work?

4          A.  No, I have not.

5          Q.  To your knowledge, is there any other          06:00

6     location where you could have been exposed to

7     asbestos other than working at Schlumberger?

8              DEFENSE COUNSEL:  Object to the form.

9              MS. CHESTER-SCHINDLER:  All right.  So

10    those are all the questions I had for you.          06:00

11             THE COURT REPORTER:  I'm sorry.  I

12    actually didn't hear the answer.

13             THE WITNESS:  No, I have not worked in any

14    other industrial settings.

15             THE COURT REPORTER:  Thank you, sir.          06:01

16             MS. CHESTER-SCHINDLER:  All right.  Does

17    anyone else --

18             MR. MOIR:  I have -- yeah.  I have nothing

19    further.  I don't know if anyone else does.

20             MR. BRIDGER:  I have nothing.          06:01

21             Mr. Hsieh, thank you very much.  You've

22    been great.

23             MR. MOIR:  Off the record.

24             (Brief discussion held off the record.)

25             THE COURT REPORTER:  Okay.  Dustin, do you          06:01

Exhibit 8
Page 295 of 347

733

1    want to take us off?

2         THE VIDEOGRAPHER:  Going off record at

3    6:01 p.m.  This concludes today's testimony given

4    by David Hsieh.  The media will be retained by

5    Veritext Legal Solutions.  Thank you.          06:01

6         (Total time on record is 15 hours, 32

7         minutes.)

8         (Whereupon the deposition was concluded at

9         6:01 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 8
Page 296 of 347

734

1            SIGNATURE OF DEPONENT

2

3         I, the undersigned, DAVID HSIEH, do hereby

4    certify that I have read the foregoing deposition

5    and find it to be a true and accurate transcription

6    of my testimony, with the following corrections, if

7    any:

8    PAGE     LINE          CHANGE

9    _____   _____   _____

10   _____   _____   _____

11   _____   _____   _____

12   _____   _____   _____

13   _____   _____   _____

14   _____   _____   _____

15   _____   _____   _____

16   _____   _____   _____

17   _____   _____   _____

18   _____   _____   _____

19   _____   _____   _____

20   _____   _____   _____

21   _____   _____   _____

22   _____   _____   _____

23

24                    _____

                      DAVID HSIEH, VOLUME III Date

25

Exhibit 8
Page 297 of 347

735

1                        REPORTER'S CERTIFICATE

2

3            I, NICOLETTE SMITH, do hereby certify:

4            That DAVID HSIEH, in the foregoing

5    deposition named, was sworn by me as a witness in

6    the above-entitled action at the time and place

7    therein specified;

8            That said deposition was taken before me

9    at said time and place, and was taken down in

10   shorthand by me, a Certified Shorthand Reporter of

11   the State of California, and was thereafter

12   transcribed into typewriting, and that the

13   foregoing transcript constitutes a full, true and

14   correct report of said deposition and of the

15   proceedings which took place;

16           That before completion of the proceedings,

17   review of the transcript was requested.

18           IN WITNESS WHEREOF, I have hereunder

19   subscribed my hand this 25th day of August 2020.

20

21                        <%21303,Signature%>

22                        NICOLETTE SMITH, RPR

23                        CSR NO. 11275

24                        State of California

25

Exhibit 8
Page 298 of 347

**A**

a-r 556:7
a-r-h-a-r-t 698:21
A&P 558:25,25
a.m 442:5 447:2
    488:18,20,20,22
    520:25,25 521:2
    597:9,10,19,22
abandon 603:1
ability 475:3
able 468:22,22 485:1
    496:24 497:3 500:24
    501:10 510:24 512:3
    521:8,9 524:2
    534:18 544:4 551:13
    565:9,12 569:17
    571:12 572:4,25
    573:7,10,15 577:11
    577:17 591:23
    594:17 600:9 604:12
    605:7 614:2 621:7
    623:8 631:11 632:4
    660:2 671:14 678:6
    679:16 692:23 704:5
    719:16 720:9,25
    722:20 727:1 730:25
aboard 487:1,17
    499:15 500:25
    501:11 502:13,24
    516:4 543:11
above-entitled 735:6
absence 455:24 456:5
absolutely 453:15
    531:24
Accardo 446:3
acceptable 656:3
accepting 514:13,13
access 626:10 692:15
accommodations
    579:13
accompanied 440:22
account 514:5
accounts 599:3
accumulated 718:15
accurate 514:14 543:2
    675:4 734:5
ACDelco 586:5

acquired 626:10
acquisition 510:13
    526:21 535:8,9
Act 467:9,16
action 442:8 496:2
    659:24 735:6
actions 616:16 627:15
active 611:14
actively 456:8 650:18
actual 461:6 469:19
    485:2 569:19 572:20
    574:20 719:12
    723:22 724:23
Adams 442:22 443:3
    446:18
add 491:2 496:16
    502:8 533:3 612:18
    615:13 617:1,7
added 460:20 540:12
    610:5 617:11
adding 495:12 496:2
    497:5 615:9,17,25
    643:9 659:24
additional 519:15
additive 487:22 488:1
    488:5 594:12 615:24
additives 451:9
    486:20 487:1,6,12
    487:17 494:19
    499:15,24 500:25
    501:11 568:23 594:8
    611:19 612:2 614:25
    617:2,14 627:22
    643:10 659:24
    669:20,25 678:21
address 470:23 490:9
addressing 543:8
adenocarcinoma
    476:14
adjacent 494:25
administering 481:5
adolescence 448:10
advance 505:2
aec@arlaw.com
    442:24
affixed 506:5
affluent 563:15

Affordable 467:9,16
afraid 461:20
African 562:12
African-American
    562:3
afternoon 628:9
    670:23 692:6
age 451:23 452:3,19
    454:18 457:14,22
    458:6 475:15 522:10
    546:24 550:23,24
    729:5
aggressive 550:18
ago 473:20 475:21
    515:10 517:14 518:7
    526:3 631:21
agree 447:12 449:19
    475:9 476:22 483:6
    491:21 509:6,22
    514:14,19,20 517:11
    517:16 532:9,12,19
    539:17 540:10
    544:17,23 598:17
agreed 447:13 478:20
    481:12 488:19
    520:24 545:23
    607:15 628:25 685:4
    708:5 709:17
agreeing 482:19
agreement 458:3
    475:14 536:9
agreements 679:24
agrees 519:11 679:16
Ah 576:12 587:20
    592:2 604:21 605:16
ahead 587:3 590:23
    619:21 628:5 652:16
    668:14 670:14 673:3
    676:2 680:17 682:10
    683:7 687:10 706:1
aiming 537:24
air 510:12,14 511:21
    514:3
air-conditioning
    508:22 512:9,10,19
    524:23 525:7 697:4
airports 585:13,18

Airwolf 570:16
al 438:6,14 447:10
Alabama 564:19
    570:4
Albert 455:11
Alex 442:22 447:19
    453:23 504:2 521:4
    540:4 591:24,25
    713:22,24
Alexander 455:9
Algiers 561:8,9 562:4
Alia 477:10
Alice 481:3
alive 551:25 606:4
all-inclusive 569:14
ALLAIN 443:14
allegations 502:8
allow 703:15
allows 723:7
Alto 566:13
Amazon 475:11
amended 502:7
America 445:7,7,7
American 541:5,6
Americans 562:12
amount 468:23 485:5
    490:9 571:17 598:15
    598:18
analog 510:10,21
    513:3 527:2 532:21
    533:23 535:10
    722:10
analyses 711:10
analysis 711:9
analyze 711:3
anchor 666:9
and/or 712:2
Anderson 445:9
Angela 446:18 503:25
    515:15 522:19
    525:13 527:16
    535:22 543:14
angle 540:7
annual 469:17,18,23
    532:11
answer 464:7 540:9
    600:13 643:19

660:16 668:14
677:11 732:12
**answered** 639:17
671:25
**anybody** 473:8 554:9
564:15 565:5,6
671:8,9 672:8 682:1
**anymore** 572:8
611:15 708:21
730:20
**anyway** 590:1 665:10
707:13
**Anyways** 608:24
**Apache** 438:6,14
444:6 447:10 500:16
626:10
**Apart** 497:22
**apartment** 556:4,12
556:13
**apartments** 554:14
**API** 678:7,9
**APLLC** 443:15
**apologize** 505:1 524:1
537:9 540:9 589:4
651:8 652:9 684:19
701:21
**apologizing** 589:2
**app** 478:6
**apparatus** 681:14
**apparently** 472:14
480:21 522:4 531:1
655:5 684:15 698:2
**appear** 509:6 516:3
528:6,6 530:17
533:10 537:17
690:10 697:9 700:7
**appearance** 526:8
**appearances** 442:14
447:13
**appeared** 442:7,12
516:3
**Appearing** 442:15,20
443:1,6,12 444:1,6
444:12,17 445:1,6
445:13,18 446:1,6
446:12
**appears** 530:15 690:5

690:21 692:20 697:8
700:9 714:17,19
**application** 536:16
**applied** 456:15 675:14
**applies** 468:8 617:18
617:18
**apply** 653:10
**appointment** 479:16
479:19 480:3 481:24
482:5
**appreciate** 459:23
460:1 513:10 546:16
547:11 586:17 589:7
606:13 620:16,18
634:7 638:5 650:25
672:2,24 674:15
723:14 727:19
**appreciates** 689:21
**approach** 471:16
**appropriate** 563:12
604:24 605:4
**approximate** 526:7
547:25 655:13
724:19 726:1
**approximately** 454:6
501:20 606:24 654:4
726:10
**April** 461:1,2
**archive** 596:19
**archived** 596:17
**ARCO** 500:19
**area** 494:13,18 509:1
514:18 547:24
548:16 550:22 552:9
556:9 561:21 563:3
565:25 570:4 572:12
573:3 591:19 592:3
644:25 645:3,5,13
705:3
**areas** 472:4 487:7,12
551:6 562:15 568:14
569:18 572:25 573:8
573:12,14 592:5
**arm** 688:22 689:2,5,7
690:4 706:10
**arrange** 585:23
**arrangement** 515:4

516:10
**arrive** 493:19,21
622:21
**arrived** 488:25 489:16
612:25 623:1
**arrow** 530:1
**arteries** 458:24 459:6
459:12 460:5,12,14
464:3
**artery** 458:10,13,17
460:8,10 463:22
464:2
**article** 440:15 542:11
**article's** 542:17
**artificial** 460:13
**asbestos** 448:10,18,19
449:23 450:2,7,15
450:19 451:1,8,12
465:11,15,21 466:1
496:7 499:15 500:4
500:25 501:11
568:22 569:2 594:15
614:25 615:24 616:8
617:1,10 627:14,22
642:18 643:15
669:25 670:5 671:21
672:17,20 678:25
732:7
**asbestos-containing**
501:20
**asbestos-related**
440:16 542:12 543:3
728:21
**asbestosis** 465:4
**ashes** 549:17
**Asia** 556:23
**asked** 447:25 448:8
464:13,20 480:5
482:8 483:3 498:25
499:7 591:9 595:20
596:24 628:19 629:4
651:19 665:13
680:19 682:16
685:18
**asking** 472:9 478:10
498:11 540:14 591:4
600:6 649:4 674:21

682:14,19 703:13
713:23
**assessment** 568:15
**assigned** 491:11,16,17
563:5 608:21
**assignment** 612:6
**associate** 675:22
677:3,15,18 678:4
678:19,23
**associated** 467:22
**Association** 542:9
**assume** 530:24 616:5
**Atlanta** 555:9 585:4
**Atlantic** 452:5,9
585:6,9 586:1
591:15
**Atlas** 518:17 698:2
**attached** 644:6 712:25
**attack** 457:19 458:4,9
458:18 459:4,11
460:6
**attempted** 560:5
**attended** 552:25
**attending** 447:8
**attention** 483:12
531:17,17 537:1
541:16 606:11
**ATTORNEY** 682:2
**Attorneys** 446:3
**audio** 447:11 455:1
527:17 608:23
673:12 684:8
**August** 453:1,4
482:21 735:19
**aunt** 554:20
**aunt's** 550:24 551:1
551:22,22 552:18,21
552:23
**aunts** 566:17,19
**available** 504:14
570:19
**Avenue** 443:9 444:3
**average** 564:3,11
567:12 571:16,19
598:1 612:24 634:10
674:24 675:14,15,17
**Avier** 576:21,22

**avoid** 474:8
**aware** 481:10 496:6
　540:24 554:2 618:7
　618:15,18,21 619:12
　643:2 664:3 667:20
　728:4,8,10,13,20
　730:5
**awestruck** 634:25

**B**

**B** 439:20 442:16
　722:9
**B-e-i-t-o-u** 551:6
**B-r-u-n-e-t** 576:4,11
**back** 455:20 459:7
　471:10 475:8 483:12
　488:21 492:18
　507:24,24 511:19
　512:16,24 513:15
　515:7 516:8 521:1
　525:17 526:10,11
　541:5 545:25 547:4
　547:17 548:15,22
　554:22 555:3,15
　556:14,15 558:16
　559:9 563:18 565:20
　572:15 574:23
　575:11 588:1 597:1
　607:17 608:6 623:11
　625:2 628:18 643:1
　658:7 676:12 685:6
　685:20 689:8,9,19
　693:6 694:25 695:9
　703:7 708:7 709:14
　709:19 711:13
　716:19,20 718:25
　719:24
**background** 441:6
　508:25 509:20
　532:14 690:3 694:22
　700:8 706:16
**bad** 578:8
**Badger** 444:12 500:18
　663:3,3,6,8,10,14,17
　663:25
**bags** 488:4 569:7
**Baker** 443:8 446:12

**bank** 556:22 557:8
　560:5 561:16 562:10
　562:19 563:8,9,23
　565:6
**Banker** 560:18
**bar** 688:19 689:4
　698:22
**barge** 644:8,9,20
**barges** 502:13
**Baroid** 614:5,8,9
　616:25
**bars** 697:20 698:13
**base** 570:18 616:18,18
**based** 448:24 449:1
　451:17 491:18 605:5
　647:20 672:18
　679:14 714:9
**baseline** 470:14
**basic** 619:11
**basically** 468:15
　471:8,12 500:13
　526:2 586:2 592:17
　698:15 725:6
**basis** 449:15 455:21
　471:19 506:2 513:13
　585:5
**basket** 581:8
**basset** 624:16
**bat** 717:9
**Baton** 438:10 443:16
　444:9 445:4
**battery** 715:3
**Bay** 565:25
**bayou** 576:19
**Bearman** 443:8
**beat** 580:20
**Beaumont** 684:16
**befriend** 600:4
**Beg** 609:16
**began** 491:22 613:1
　729:4
**beginning** 456:7
　490:18 540:15 572:1
　698:14

446:12 448:14
607:23,25 608:1,4,5
608:10
**behalf** 442:15,20
　443:1,6,12 444:1,6
　444:12,17 445:1,6
　445:13,18 446:1,6
　446:12 502:10 589:8
　680:4
**Beitou** 551:4 552:24
　554:17,20
**Belated** 459:15
　626:21 657:11
**belief** 448:1 517:4
　534:8
**believe** 457:7 477:24
　481:8 497:20 513:22
　514:1 517:7 518:23
　528:1 553:10 561:18
　571:8 573:21 580:22
　602:14 608:11
　630:20 631:21 635:7
　637:20 641:5 643:24
　645:2 646:19 647:10
　647:12 654:7,24
　672:15 687:20
　697:16 700:10 715:2
　718:17 730:12,12
**bell** 560:20 561:11
　566:16 590:2
**Belle** 558:16,16
　609:11 647:20,24
　648:4,7 649:1
　673:22 674:3 722:24
**belly** 705:3
**belong** 716:7
**benefits** 653:10
**Berkowitz** 443:9
**Berlin** 578:4
**best** 471:16 548:21
　578:15,22 603:25
　606:14 646:23
　723:15
**bet** 565:2
**better** 485:11 546:20
　563:15 581:12
　686:15 701:25 704:8
　704:15 727:2
**beyond** 495:18 625:1
　703:13

**Bienvenu** 443:15
**big** 530:1,21 566:13
　598:19 622:15 655:9
　675:5 689:8 696:16
　706:11,16 710:17
**bigger** 529:18 622:12
**Bill** 620:1,8
**bills** 467:25
**biopsies** 465:10
**biopsy** 465:11
**Bissell** 446:8
**bit** 451:16 512:5
　529:14 546:13
　550:18,19 556:17
　618:5 628:20 636:11
　643:22 664:18 674:9
　675:22 689:25
**bits** 608:1
**bitten** 550:14
**black** 562:2,13
**bladder** 457:11
　464:12,15 477:15
　728:12
**blank** 524:3,9
**block** 497:3 572:4,10
　572:16,21 592:5,19
　596:22 598:19 625:8
　632:19,20,21,24
　635:15,19 638:17,19
　642:10 646:22
　661:12 666:23
　678:12,14
**blockage** 460:20
**blocked** 691:11
**blocks** 556:13 563:5
　569:19 572:7,9
　591:22
**blood** 458:20,22,23
　482:23
**blow** 495:24 496:3
**blue** 511:24 516:17,19
　516:21 517:4,19
　518:6 523:15 530:16
　531:5 544:14,14
　655:1 693:4,9 695:4
　696:16 706:8 722:1
**blue-colored** 508:18

517:11
**Bluebonnet** 443:16
**blues** 530:16
**board** 471:1,11,18,25
  472:11,13,18,19
  473:21 528:11
  599:14 661:18
**boat** 570:1,8,22 581:3
  581:6,8,12,18
  597:17,17,21 598:11
  598:12 610:18,22
  611:1,2,9 636:16
**boats** 611:9 623:11
**boatyards** 552:15
**bodies** 466:1
**body** 495:22
**bolt** 655:5,8,9
**bolts** 655:9
**Bonnecaze** 443:15
**book-sale** 559:17
**book-selling** 559:13
**Booker** 500:18 578:11
  578:13,18,19 579:11
  580:5
**books** 559:12 560:11
  562:2,7 563:13,18
  563:19 564:4
**bore** 485:9,9,13 538:5
  538:5,18 539:8
**born** 451:20 455:9,11
  457:25 459:13
  546:23 547:23
  549:24 550:1,2,4
**bottle** 710:18,18,22
**bottom** 492:6,6
  505:21 507:9 508:15
  508:15 608:18
  612:12 702:22
  711:23
**bottom's** 612:13
  613:14 615:11
**bought** 602:23 703:8
**Boulders** 565:22
**Boulevard** 443:16,20
  444:9 446:15
**box** 445:10 516:17,19
  517:11,12,19 518:6

531:5
**boxes** 516:21
**boxing** 668:3
**boxy** 523:16
**BP** 445:6,7,7 500:18
  500:18 652:10,12
  676:1,17,20 677:3,6
  677:10,15,19,21
  678:4,5,8,19,23
  679:3
**Bradley** 445:9
**brain** 460:25 461:19
**brainstem** 461:10,12
**break** 488:12 498:17
  519:13 520:15,17
  545:15 586:20
  594:19 597:3 606:19
  607:4,10,11 651:9
  651:10 652:14 673:2
  683:16 684:8
**breaks** 683:10
**Brian** 444:13 651:24
  663:2
**brian.lindsey@kea...**
  444:16
**brick** 551:19 554:12
  562:9
**bridge** 548:21 559:24
  561:24 562:15,18,21
**Bridger** 439:6 446:8
  504:2,7 506:16
  507:7 520:14,18
  522:23 576:9,12
  586:20,24 587:4,8,8
  587:11,14,19,22,25
  588:6,11,14 593:20
  598:7 599:5,6,20
  600:7,12 604:9
  606:12,16 628:19,24
  682:21 683:19,22
  684:14,21 713:17,24
  723:21 724:1,4
  727:18 732:20
**Bridger's** 613:18
**Brief** 453:25 519:23
  687:2 732:24
**briefly** 460:23 556:22

**bring** 466:11 476:21
  603:5 604:22,24
  605:2,4 615:6
  653:21,22
**bringing** 484:4 697:15
  697:16
**Bristow** 570:13,14
**broke** 458:21 575:17
  581:8 595:10
**brought** 602:1 699:6
  699:7 710:1
**Brown** 446:18 447:5
  654:25
**Brunet** 576:4,10,11
**brushing** 579:22
**Bryant** 570:15
**building** 697:21
**buildings** 548:2,5
  556:14,15
**buildup** 458:21 464:2
**built** 602:4 657:9,10
  657:14,18,18,20
**bulk** 486:25 487:6,11
  487:16 494:12,12
**bullets** 718:2
**bullish** 675:12
**bunch** 665:17
**bunk** 579:22,24
**bunkbed** 579:21
**buried** 549:16
**Burroughs** 565:22
**business** 456:17
  562:24
**busy** 493:3 498:19
  579:7 674:13,14
  675:9
**button** 529:17 723:20
**buy** 562:7 585:24
**buying** 563:13

─────────
**C**
─────────

**C** 527:4 532:22 722:8
  722:9,9
**C-** 574:2 575:4 577:18
  577:21 580:10
  581:24 582:15
  583:22 584:6,23

**C-e-g-l-a-r-s-k-i**
  654:20
**C-h-a-n** 557:5
**C-unit** 526:24 527:3,5
  527:6 528:18,20
  533:14 534:19
  571:22,25 574:3,21
  580:12 582:1,18
  584:7,15,24 632:11
  635:8,9,12 637:21
  638:7 640:18 645:23
  646:2 650:1
**C-unit-qualified**
  572:2
**C-units** 527:12 528:9
  645:25 650:5,6
  673:15
**cabin** 440:5 489:20
  491:23 526:5,7
  669:7
**cabins** 526:8
**cable** 528:8 613:10
  654:9 687:23 688:2
  688:5,24 689:8,9,13
  689:14 690:1 694:24
  695:14,22 701:5
  706:17 707:22
**cables** 523:21 534:3
  655:5,7
**caked** 718:1
**Caldwell** 443:8
**calibrations** 613:9
**California** 442:7
  456:16 735:11,24
**call** 460:8 461:8
  462:21 489:4 504:3
  510:10 511:19
  523:13 525:2 527:3
  531:10 539:10
  542:18 548:8 567:25
  569:17 578:14,25
  586:11 597:9 604:6
  610:17 620:6,8
  628:14 659:5 711:25
  711:25 724:16
  726:13
**called** 451:13 458:5

Exhibit 8
Page 302 of 347

461:15 464:1,2
472:22 482:6 485:17
522:3 553:23 569:5
578:11 579:18
589:25 597:8 604:16
625:14 626:15 627:4
627:7 657:16 665:15
666:18 680:21,25
681:5,6 698:2
**Callier** 446:18
**calling** 525:20 699:15
**callout** 679:8,9
**calls** 564:10 585:10,20
**camera** 520:9 590:3
653:18 700:24
**cancer** 457:11,15
462:3,8,13,20 463:1
463:17,19 464:12,15
467:23 468:3,6,25
469:1,24,25 470:1
470:24 474:13,16,22
475:2,3 477:11,15
479:2,15,20 481:6
481:13,25 495:6,6,7
728:12 730:9
**cancers** 475:1 729:17
730:1
**canvassed** 565:5
**Canyon** 572:11,12,13
572:17,19,20,21,22
573:2,2 592:1,1,8,9
592:12,13 596:7,7
596:12,12 632:23,24
642:7,8 644:25
645:3,5 647:19
**cap** 469:3,10,14,17,18
469:23
**caps** 716:10
**captain** 676:9,10
**caption** 447:9
**captured** 526:13
**car** 564:7 597:16
**Carbide** 446:1
**Carbone** 728:17,20
728:25
**care** 464:24 467:9,16
468:24 477:23 479:7

480:2 503:23
**career** 572:1 578:20
584:14 622:5
**caring** 589:12
**Carolina** 452:10,12
452:13
**case** 447:9 459:25
471:14,15 472:12
474:2 482:20 498:5
514:25 540:23
585:17
**cases** 471:24 541:7
**casing** 492:7,10
**casings** 579:14
**Casio** 703:3,6 714:9
714:22 716:23
718:19
**catch** 521:23
**catwalk** 494:6,7
505:16 509:3 545:4
545:6 567:14,15
646:8,9 718:2
**cause** 442:10 461:20
463:17
**caused** 460:5 627:13
**causes** 463:21 464:12
**causing** 459:24
**Ceglarski** 654:15,19
722:22
**ceiling** 661:4 665:7
**cellophane** 618:21
**cement** 551:19 552:8
554:3
**cemented** 551:15
**center** 508:16 533:21
**Century** 583:10,11
**certain** 468:12,13
469:11 471:20
538:13 573:25
598:18 615:7 621:2
**certainly** 465:18
472:2 473:11 478:25
488:3 495:17 498:15
507:22,23 512:2
516:7 535:6 547:10
550:20 572:8,10,12
572:16 573:4 596:20

601:18,23 611:8
627:15 631:15
649:16 652:5 656:14
669:16 688:11 726:5
**CERTIFICATE**
735:1
**certification** 716:10
**Certified** 442:6
735:10
**certify** 734:4 735:3
**challenging** 512:6,12
**chamber** 712:8,13
713:5
**chambers** 694:13,16
707:5 711:22,22
712:4,6,16,25
**Chan** 557:5
**chance** 497:9,14
536:18 555:1 558:20
581:10
**change** 530:16 612:2
612:18 654:9 734:8
**changed** 482:7,15
575:18 730:17
**changing** 511:14
**characteristic** 532:21
537:17 544:13
**characterize** 476:25
**Charles** 443:9 444:3
609:13
**Charlie** 532:22
575:24
**Chasse** 558:16,17
609:11 647:20,24
648:5,7 649:1
673:22 674:3 722:24
**check** 490:7 604:20
612:15 613:6,11
**checking** 531:23
683:3
**checklist** 604:14
**Chehardy|Sherman...**
443:19
**chemical** 442:21
447:21 711:11,11
**Chen** 481:3
**Chengdu** 460:19

**chest** 462:15 464:25
465:1,3
**Chester** 728:1
**CHESTER-SCHIN...**
439:17 442:16 449:4
450:22 455:15
456:25 459:15,22
464:5,9 465:12,22
467:18 470:8,20
474:18,23 476:3
477:5 478:23 479:23
480:4 481:15 488:15
489:22 491:25
492:19 493:12 495:2
496:20 497:6 498:13
498:23 499:3 501:3
501:14 506:7,10,12
506:23 507:2,12,17
510:1 512:11 518:12
519:11,18 520:4,8
524:1,6,11,14 525:8
530:3 534:12 535:4
535:15 537:7,20
538:7,20 539:13
540:20 541:23 542:1
542:4,23 544:6,9
545:19 558:5 560:24
567:20 574:6 579:2
586:23 587:2,12,21
597:6 598:24 599:9
600:5 603:20 606:17
606:23 607:2,6,9
608:8 610:20 611:21
611:24 614:11
616:11,14 617:4,12
617:17,24 618:2,17
618:23 619:8,17,20
624:14 626:21 627:2
628:2,5 629:17,24
642:24 643:17 651:3
651:7,15,18,22
652:4,8,11,13
653:20 656:8,10
657:11,15 664:14,20
664:23 669:14
670:10 673:7 675:1
677:4 680:17 681:24

682:7,12,16,20,23
683:3,6,21,25
684:12,18,25 685:24
686:7,16 687:3
692:8,20,24 696:8
701:16,21 702:1,4
705:1,7,19 707:19
708:2,23 713:15,21
717:18 720:8,13,19
723:17 727:22,24
728:9,15 729:1,15
729:22 730:7 732:9
732:16
**Chevron** 442:20
446:6 447:21 500:19
589:8
**chief** 585:4,10 589:19
**child** 455:11 550:14
**childhood** 448:10
547:17
**China** 448:7 459:9
460:19 465:8 467:4
**Chinese** 558:18
**choice** 570:10
**cholesterol** 458:20
460:4
**choose** 562:8
**chooses** 570:17
**chose** 455:23 541:4
**Christi** 610:11
**Chuck** 575:24
**chute** 492:7
**Cigna** 467:8,11
**circa** 513:17 516:2
**circle** 530:1,10
**circulate** 683:24
684:7
**circulated** 653:14
**circulating** 613:14
**circulation** 495:8
496:7 612:1,16
615:3,8 616:6 618:6
618:16,22 619:3,5
669:12,18
**city** 547:3,4 553:8,9,9
553:10,11 554:12,18
555:23 609:16

636:13
**clarification** 615:21
**clarify** 502:8 568:6,16
**clarifying** 469:22
**claws** 706:11
**clean** 539:16 540:12
695:10
**clear** 455:18 466:16
489:15 512:23
530:11 537:25
569:23 588:16 605:9
629:22 712:10
**clearly** 521:19 548:23
550:12,18 599:12
698:24 714:13
**click** 588:2,5
**clients** 585:15 628:18
**clinic** 479:1,15
**clogged** 458:22
**close** 461:9 462:18
482:5 488:9 502:18
551:13 552:20,23
554:3,20 561:24,25
565:3 566:11 570:3
588:18 590:6 596:6
623:3 646:6 691:3
714:4
**close-up** 697:9
**closely** 590:13
**closer** 453:12 461:12
570:23 596:11 611:1
647:18 654:14
**closest** 566:13
**clue** 486:9
**coast** 523:24 573:3
591:21 605:14
608:21 633:5 653:2
676:12
**cold** 585:10,20
**Coleman** 510:11
511:21 524:23
**Coleman-style** 508:22
512:10
**collect** 694:15 710:20
**collected** 713:6
**collecting** 490:14
**collectively** 630:13

**college** 535:17
**color** 697:24
**come** 448:21 456:3
468:12,21 471:15
476:7 477:9 481:9
484:8 492:10 493:4
504:16 538:22 541:5
562:14 563:18 581:3
591:3 603:10 610:23
623:11 683:19 695:7
704:5 711:16 713:2
**comes** 523:3 534:19
534:20 538:23
695:14 701:23
**comfortable** 472:3
716:11
**coming** 580:25 706:17
**commence** 447:14
**commencing** 442:4
**comment** 478:3
**commented** 714:8
**comments** 514:12
**commission** 559:20
**commonly** 536:23
**companies** 500:11
501:12 511:13
534:14 570:13 579:7
579:9 600:6,15
604:12 608:5,6
613:20 614:9 617:19
631:12 668:16
**company** 442:21
443:1,7 445:1
446:12 447:21
483:20,23 492:16
493:2 500:18 501:9
533:4 559:16 565:22
570:17 573:11,16
581:5 585:8 586:2
589:14,15,17,21
593:15 598:4,8
600:8,14,20 601:19
604:2 605:11 607:24
608:12 614:17
625:21 626:9,14,15
627:7 633:12 639:4
665:17 666:6 671:3

676:5,7,15 677:24
679:9 680:10 681:15
681:19
**company's** 486:13
672:21
**compared** 493:19
535:9
**Comparing** 714:14
**competence** 696:3
**competitor** 697:24
699:9,16,20
**competitor's** 699:24
701:6
**complaining** 546:15
**complaint** 500:8
501:17 502:6 513:21
**complete** 603:10
**completion** 483:17
735:16
**complex** 556:13
**complicated** 471:24
472:1 489:25
**compound** 547:20
555:15
**comprised** 490:21
**comprises** 609:23
**computer** 565:22
660:12 702:17
**computerized** 510:13
510:17 513:4 526:20
**concern** 471:7 513:14
513:14 589:9
**concerned** 657:19
683:14 684:4 705:20
**concerning** 466:4
475:25 500:3 630:3
**concerns** 473:24
**concert** 476:22
**concluded** 733:8
**concludes** 733:3
**conclusion** 540:25
**condition** 462:5 605:3
**conditioner** 510:14
**conditioners** 510:12
511:21
**conditionings** 514:3
**conditions** 466:4

470:7 490:7 729:6
730:15
**conductivity** 616:19
**configuration** 515:3
516:10
**configurations** 521:17
**confirm** 537:12
615:10 629:6 679:9
681:3,12 686:15
**confirmed** 611:12
618:12
**confronting** 459:18
**connect** 534:3 565:9
613:10
**connected** 490:6
693:21 694:12,14
707:14 711:22
712:15 717:7
**Connecticut** 565:24
**connecting** 694:18
703:23 707:24
**connection** 469:24
500:7
**connectors** 710:16
**ConocoPhillips** 443:1
500:20
**consecutively** 519:22
**consideration** 643:2
**considered** 498:4
547:5 554:19
**consisted** 491:20
**consistent** 517:16
**console** 532:17
**constitutes** 735:13
**constructed** 522:9
**construction** 548:13
562:5
**constructive** 522:17
**consult** 464:23 465:7
479:1 502:1
**consultancy** 456:15
456:22
**consulted** 643:12
**consulting** 455:21
476:9
**contact** 575:15 605:17
**contacts** 456:9

**contained** 594:15
627:22 669:25
**container** 579:20
**contemplating** 455:22
**contest** 468:18
**context** 471:14
**continue** 454:2 492:20
492:23 533:22
603:13
**continued** 440:1
441:1 452:9
**continuing** 460:23
474:5
**continuous** 712:16
**continuously** 598:1
**contract** 565:23
596:18 662:7,8
679:12 699:12,15
**contractor** 497:1
585:20 593:11,15
595:24 606:2 623:23
625:19 627:6 629:12
629:16 635:20
638:22 639:2,10
641:6 661:24 662:5
663:25 666:4
**contractor's** 485:24
611:18
**contractors** 501:7
592:22,25 593:6
680:7
**contracts** 662:3 679:5
679:19
**contributed** 730:14
**contributing** 672:21
**control** 440:10 490:4
528:5,7,11,14,17
532:7,25 566:6
730:18
**controlling** 489:8
533:12
**controls** 528:12
**Convention** 445:3
**converted** 579:20
**cooking** 547:11
**cool** 482:3
**Cooney** 580:19,20

581:19,20 621:3
**copayments** 468:13
**copays** 467:24
**copies** 497:17
**copy** 497:14 687:16
687:17
**core** 717:23,25
**cores** 604:19,21
717:25
**corner** 505:21 506:11
532:24 558:24
696:18 698:16
**coronary** 458:10,13
458:16,24 459:6,12
460:5,8,10,11,13
463:21 464:1,1,3
730:15
**Corporation** 443:13
443:13 444:12 445:6
445:13 446:1 663:4
663:6,11,14,17,25
670:24 671:4,10,13
671:17,20 672:16
**Corpus** 610:10
**correct** 449:1 451:11
451:14,21,22,24
452:3,11,14,20
453:5,19 454:7,19
454:20 455:7,16
457:12,20 458:25
461:21,22 463:11,14
463:22 465:23
466:18 467:10
473:23 474:10 477:7
478:14 483:13
486:18 487:4,8,22
488:1,5 491:14
494:13,14,20,22
495:1,3,10,11 496:8
496:9,22 501:23,24
503:12 509:18,21
513:19,25 514:10
516:12 517:21 527:1
528:11 531:11,12,14
531:25 544:16,22
550:25 555:8,19
557:6 559:19 563:23

571:21 572:3 575:2
599:8 601:10 603:19
609:22 611:14,23
614:10 617:16,22
618:1 619:7 625:12
626:20 627:23 629:2
629:3,8,9,12,23
632:10 635:10,15
638:18 640:14
642:13,20 643:7,8
643:16 644:2,3
648:21 649:5,11
663:22,23 666:21,25
667:1,5,9 669:9,22
669:23,25 680:1
681:15 686:1,24
687:24 688:10,22,25
689:5,9,20 690:1,7
690:12,17,25 691:12
691:13,18 692:1
693:12,13,16,23
694:6,8 695:6,15,18
695:19,23 697:2,5,7
697:11 698:10,17,18
700:2,19,25 701:9
701:14,16 702:12,13
702:19 704:11,15,24
706:15 707:4,5
708:15,23 710:5,6
711:18 712:14 713:1
713:10 715:24
717:21 718:21
724:14 727:16,17
735:14
**corrections** 734:6
**correctly** 474:7 485:8
526:13 540:16 637:7
**corresponding** 683:10
**corroborate** 499:14
**Cosculluela** 439:4
442:22 447:18,20
449:7 450:24 454:1
455:17 457:2 459:17
460:1,3 464:10
465:17,24 467:20
470:10,21 474:19,25
476:5 477:8 479:4

8

479:25 480:7 481:18
488:11,16,23 490:16
492:13 493:5,8,15
495:4 496:23 497:8
498:21 499:2,8,12
501:5,16 503:25
504:4,10,13,21,25
505:4,10,17,18
506:9,19 507:5,10
507:15,18 510:5
512:20 513:8,9
515:15,19 518:14,18
518:19 519:17,20,24
520:2,6,11,16,22
521:3,4 522:19
523:2 524:4,17,18
525:11,19 527:16,21
528:24,25 529:8,13
529:21 530:5,6
531:24 532:8 534:15
534:22,24,25 535:11
535:19,23 536:4
537:8,13,15 538:2
538:15 539:4,6,17
539:20 541:8,21,25
542:3,5 543:1,6,14
543:18 544:8,12
545:9,13,17 568:20
620:19 621:22
664:25 682:1 683:23
686:12,21 701:14
705:14 713:18,25
714:1 717:20 718:14
720:14,20,24 723:12
**cost** 492:22 510:18
**Costco** 475:11
**counsel** 498:23 542:2
651:12,16,20,23
718:12 728:14,16,23
729:11,19 730:2
732:8
**counted** 475:24
599:12
**couple** 515:10 589:3
631:21 643:24
670:12 671:2 681:10
682:5 685:18 694:9

696:14 713:19 724:3
725:13 726:2,18
**course** 484:9 499:11
507:16 509:19
518:14 520:16
522:13 523:11 530:5
542:3,3,23 544:8
547:25 557:21
574:15 575:14
590:24 598:4 608:10
623:5 640:5 656:25
675:5 676:13 689:21
710:22 721:6 730:16
731:5,13
**court** 438:1,10 442:15
442:15,21 443:1,7
443:13 444:1,7,12
444:18 445:1,7,13
445:19 446:1,7,13
447:6,25 453:23
505:9 520:13,19
522:21,24 531:22
607:8 615:21 664:17
686:11,13,20,24
705:11 707:10,17,23
709:5 732:11,15,25
**courteous** 676:16
**courtesy** 536:7
**cousin** 547:21
**cousin's** 548:19
**Cove** 561:10
**cover** 532:11 661:12
**coveralls** 466:10
532:14 690:11
704:21 717:12
730:23 731:20,22
**covered** 468:17 469:7
502:19 567:5
**COVID** 481:20
**COVID-19** 482:7
**Covington** 446:15
**Cowell** 595:13,14
**coworkers** 499:23
500:3 575:10,11
**crane** 697:4 698:7
719:7
**craniotomy** 461:3

**crew** 440:13 483:14
483:17 490:11,20
491:5,13 514:22,23
537:18 575:16,23
581:3,7,12 599:14
611:18 637:5,5
**crew's** 486:3,6,10
**crews** 491:20 608:20
609:2,8,19 610:2
**criticism** 522:18
**cross** 559:2,3 562:19
650:2 710:16,16
**crossed** 562:21
**crossroad** 554:1
**crushed** 495:16
**CSR** 438:23,24 442:6
735:23
**CSU** 511:9,19
**CT** 465:1,2
**curious** 651:17
**Curlee** 477:10
**current** 471:3 474:5
479:7 502:5 663:13
**currently** 470:22
696:8
**customer** 497:20
711:8 713:7
**customers** 500:13
562:13
**cut** 461:4 540:8
628:21 676:3 691:25
**cutaneous** 462:21
**cutback** 675:8
**cutbacks** 610:4
**cutting** 495:25
**cuttings** 484:2,8,16,17
485:3,12,12,19
**cylindrical** 693:25
**Cypress** 445:13
670:24 671:3,7,9,13
671:17,19,22,24
672:1

---

**D**

**D** 439:1
**d-e-l** 556:6
**D-i-c-k** 595:15

**D-u-a-l** 593:14
**daily** 506:2
**Dallas** 442:18
**damage** 461:21
**Dane** 624:17
**dark** 581:16 705:2
**dash** 551:23
**data** 485:1,5 490:4,14
510:13 526:20 535:8
604:1
**date** 452:14 482:6
512:1,7 514:14
580:21 622:18,20
650:16 703:15
718:20 734:24
**dates** 631:11,13
**David** 438:4,12,18
442:1,8 447:4,9,15
464:6 479:5,8 499:6
506:23 519:13
520:10 607:4 620:6
620:13 626:9 627:24
651:10 656:8 702:1
707:19 720:9 731:19
733:4 734:3,24
735:4
**day** 442:4 473:14
522:14 564:3,12,13
583:10 611:9 623:2
665:13 735:19
**day-to-day** 585:5
**days** 473:9 571:20
575:12 597:25
622:11 634:11
730:24
**DBRC** 702:21
**dead** 715:3
**dealing** 715:18
**dealt** 717:23
**DEC** 565:23
**December** 453:5,9,18
454:17
**decent** 560:14
**decide** 699:14,14
**decided** 482:9 564:10
624:17
**decision** 472:18

Exhibit 8
Page 306 of 347

615:12
**deck** 579:17,20 622:8
  700:11
**decks** 579:13
**deductibles** 468:13
**deep** 492:5 605:1
  623:12 626:5 632:22
  639:25 640:11 642:8
  646:25 647:2 656:23
  724:16 725:24
**deeper** 513:12 596:8
  725:23,25 726:14,16
  726:23,24 727:7
**Deepwater** 438:6,14
  444:6 500:16 626:10
**Deepwaters** 447:10
**Defendant** 442:20
  443:1,6 444:1,6,12
  444:17 445:13,18
  446:6
**Defendant's** 504:8
  515:17 522:25
  525:15 527:19 529:4
  532:3 536:2 537:3
  541:19 543:16
  686:25 692:11 696:5
  701:17 705:9
**defendants** 438:7,14
  443:12 445:1,6
  446:1,12 687:9
**defendants'** 439:21
  671:23
**defense** 497:24 651:12
  651:16,20,23 682:2
  718:12 728:14,21,23
  729:11,19 730:2
  732:8
**Definite** 571:25
**definitely** 506:21,22
  521:18 528:20
  552:10 561:14
  573:18 577:19 578:3
  580:12 614:7 650:3
  668:6 714:25 716:17
  719:15 724:15
**definition** 449:17
**degree** 452:2

**del** 556:5
**delay** 505:2
**delight** 584:25
**deliver** 493:2 713:6
**delivered** 497:20
  508:4
**deliveries** 487:5,11
**demand** 675:11
**demonstrated** 678:13
  728:5
**density** 536:21 604:18
  616:19
**department** 481:5
  604:17
**departure** 479:14
  569:17
**depending** 490:8
**depends** 475:6 576:23
  598:14
**depict** 514:16 714:17
**depicted** 509:23
  514:21 529:25
  536:22
**depicting** 714:6
**depicts** 716:24
**deployed** 510:19
  511:11 513:2
**deploying** 440:14
  537:18,19
**deployment** 534:6
**DEPONENT** 734:1
**deposited** 440:24
**deposition** 438:18
  442:1 447:3,7,14
  472:10 506:1 515:8
  515:9 519:21 525:22
  526:3 527:17,23
  529:1,23 531:18,19
  531:25 535:25
  537:16 540:16
  541:16 542:7 543:20
  550:9 606:10 618:5
  643:6,25 653:16
  683:1 687:6 715:16
  716:12,20 719:1,25
  721:22 723:7 733:8
  734:4 735:5,8,14

**depth** 484:8 485:13
  633:17,20 636:3
  639:21 640:6 642:8
  667:9 688:24 725:3
  726:2,9,10
**depths** 724:24
**dermatologist** 462:23
**derrick** 439:23 486:6
  505:15,16 509:19
  537:22 544:19
  640:25 656:25
  666:12 695:8 696:18
  698:12,15
**descent** 590:8
**describe** 585:24 616:2
  659:21 704:5
**described** 449:12
  474:1 519:3 546:22
  548:3 552:19 597:24
  605:10 681:10
**describing** 597:5
**description** 484:18
  485:14
**design** 722:14
**designated** 623:21
**designating** 731:10
**designed** 602:4
**despite** 473:20
**detail** 481:17 567:6
**details** 574:23 582:9
  582:17 603:17
  605:23 625:10 626:8
  635:6 666:16 679:1
**determine** 473:4
**Detroit** 586:5
**develop** 492:25
**developed** 580:24
**developing** 601:21
  722:12 729:4
**device** 536:21
**devoted** 598:20
**diabetes** 457:6 729:6
  729:10,17 730:16
**diagnosed** 457:5,11
  458:9,12 460:24
  462:2,8,13,19,25
  495:5 729:24

**diagnoses** 730:17
**diagnosis** 457:15
  464:23 730:8
**dialysis** 473:14
**Diamond** 501:7 583:5
  583:6,11,12,14,15
  622:12 643:22 644:1
  644:7,8,13,19,23
  645:13,17 646:2,17
  647:11,25 648:5,17
  649:19,21,24 650:12
**diary** 485:12 497:10
**Dick** 595:13,14,15
**died** 570:15
**Diesel** 586:5
**diet** 730:18
**difference** 483:25
  485:5,15 511:22
  522:12 570:10,23
  632:6 633:25
**different** 447:22
  483:9 506:20 513:5
  523:19 528:15
  536:16 556:5 558:9
  567:16 570:9 573:1
  608:19 631:12 632:5
  637:1 641:25 644:12
  644:16,17 646:21
  648:18 658:23
  666:17 668:8 674:9
  674:19,20 681:11
  704:9 716:16 717:6
  718:8 730:19
**difficult** 581:2 634:23
**difficulties** 459:19
**digital** 534:9 535:7
  714:22
**dimensions** 655:13
  656:19 660:17
**dinner** 558:20
**dipmeter** 536:15,21
  604:19
**direct** 515:16 531:16
  531:17 537:1 541:15
  601:1,4
**directly** 477:2 688:19
**dirty** 466:12

Exhibit 8
Page 307 of 347

disabled 470:17
discipline 730:13
disconnecting 449:9
discouraged 564:9
Discover 630:11,19
636:19 637:11
638:13,23 639:11,18
639:22 640:7,19
641:6,13,17,23
Discoverer 638:25
639:6,7,7
discovery 577:4,23
600:10,11 631:10
644:4,5
discuss 471:13,14
472:12 630:2 653:17
discussed 620:14
628:24 639:17 650:8
discusses 471:25
discussing 471:15
discussion 453:25
476:18 519:23 687:2
732:24
disease 458:10,13,17
463:22 464:2 540:18
540:24 728:6 729:5
729:18 730:15
diseases 729:24
dismantled 578:4
dispatch 599:14
dispatcher 605:19
display 533:8
dispose 488:3
disputes 468:19
distance 517:19
531:13 609:11
690:17,22 691:20
distancewise 570:21
distinct 632:6
distinction 468:10
distinctive 621:23
622:1
distortion 527:17
684:9
distribution 538:22
district 438:1,2,10
547:5 554:18 556:1

597:13 605:7 731:12
districts 609:3,14,17
610:5,8
diver 703:7
diving 703:7,9
division 438:14
605:14
dock 597:9
docks 569:15,21
570:2 600:17,19
614:19
doctor 460:18 471:1
471:23 474:4 477:11
477:18 478:15
541:11
doctors 457:18 458:5
461:20 462:20
464:14,19,24 465:9
465:19 468:16
476:17,19
document 505:25
541:24 652:24
documents 499:1,14
595:25
Dodge 585:11,19
dogs 624:16
doing 459:19 485:18
491:3,6 493:3 499:6
537:25 538:1,3,11
539:3,25 557:13
559:11 566:5 585:10
585:20 591:18
598:22 603:15
607:21 611:13 613:1
629:1 677:14 701:25
701:25 725:9
Dolphin 584:8,17,19
680:20,20,21,22,22
680:25 681:4,6,7,7
Donelson 443:8
door 455:24
doors 548:7 564:9
dope 703:21,22,24
704:1,3,15
double 556:7
downhole 490:5
download 505:7 537:5

705:12 708:25 709:6
downloaded 541:22
downloading 531:18
531:19
downloads 541:17
Dr 477:10,20,21,22
478:9,11,13,15,20
479:5,5,8,9,11,11,14
479:21 480:1,5,11
480:17,19,21 481:1
481:3,4,7,12,23
728:17,20,25
drawings 659:17
661:16,21 705:23,24
drawworks 441:5
509:17 706:18,20
715:19 716:1,3
Dresser 518:17 698:1
drew 659:17
drill 484:10 509:4,5,7
513:12 517:13 545:4
567:13,14 579:9,14
591:17 596:8 603:1
603:13 608:1 611:15
641:3 656:24 659:18
666:13 690:16,23
691:16,18,24 693:11
693:16,22 695:4,9
695:11 696:17
698:10 700:9,18
701:8
drilled 591:18 633:21
640:7 667:5,8
724:24 725:2
driller 486:3 633:8
638:22
drillers 484:9
drilling 483:14 484:3
484:3,14 485:24
486:2,5,9,10,22
487:2,18 488:25
489:6,14 492:23
493:20 496:25 497:1
497:4 501:1,2,6,9,12
502:4,18 516:4
521:6 569:22 572:24
573:11 574:8 579:7

592:22,25 593:6,10
593:15 595:23,24
603:9,13 606:2
609:1,6 611:14,14
611:18 612:8,12
617:20 620:14
623:23 625:18 627:6
629:11,16 635:16,20
638:16,22 639:2,3
641:5 642:18 644:8
649:21 661:24 662:2
662:5,8 665:16
666:3,3,5 669:7
675:12 676:12
678:18 679:3,20
681:14 720:5 723:8
727:2
drilling-mud 451:9
483:20 486:13,20
487:1,6,11,16,21,25
488:4 499:15,23
500:25 501:11
568:22 594:8,12
615:1,25 617:1
678:20
drillship 639:19,20
640:23 666:11
696:22 719:3,9
725:15,22
drillships 640:10
724:8,10 726:6
drive 597:12
driving 560:13
drop 675:5
drove 547:24
drug 722:23
drum 517:1,2,2
523:14,15,20 654:9
655:5,7,10 685:20
689:15 690:21
697:21 701:7
Dual 593:14,14
due 458:19 464:15
dug 572:5
Dulac 600:18
duly 442:9
Duncan 575:24

**Dustin** 446:18 447:5
525:17 587:11,23
651:10 665:4 685:1
709:2 732:25
**Dustin's** 587:9

**E**

**E** 439:1,20 446:14
**E-i-l-a** 477:12
**e-line** 658:25 659:5,10
**earlier** 451:17 461:1
472:10 521:22
539:22 550:9 567:8
571:10,23 579:4
591:24 593:8 613:17
621:21 622:10
624:21 628:19
632:23 650:4 653:16
670:21 672:1 681:1
681:2 683:11 686:8
687:6 693:3 707:15
715:14 718:20
721:21 728:16
**earliest** 731:20
**early** 448:12 453:8,17
454:5,6 457:19
459:2 510:21 511:20
535:2,13 536:11
541:12,13 583:19
584:4,14 610:24
613:22 644:23
667:14
**earn** 475:3
**easily** 533:3 564:8
583:17 595:1 648:10
655:18 726:7,15
**east** 438:10 553:17,21
554:1 561:14,23
562:24 563:8 570:24
642:5 647:19,20
648:3
**eat** 730:10,14
**echo** 608:23
**edge** 700:22
**educated** 634:6
667:17,18
**education** 448:12

**effect** 448:8 687:23
**efficiency** 492:15
**efficient** 546:12
603:25 604:8
**effort** 456:6,23
**efoundas@pugh-la...**
446:5
**eight** 502:9 570:1,8
583:20 660:4,24
**eighty-** 649:25
**Eila** 477:12
**either** 465:7 477:2
480:13 487:9 494:6
496:25 521:25
528:19 533:7 534:18
592:8 597:10 600:7
602:22 629:5 636:9
647:7 649:14,19
654:10 660:5 661:25
681:2,17 686:8
697:16 709:6 725:14
729:8
**Elaine** 454:17,24
455:5 556:19 557:21
**electric** 596:18 659:5
**electrical** 452:2
**electricity** 484:25
**electronic** 485:10
**electronics** 702:16
**elongated** 516:19,21
517:5,11,19 518:6
526:9
**email** 684:10,13,15,19
**emailed** 447:14
**embroidered** 731:17
**emergency** 585:15,17
585:22 586:3
**Emmett** 439:12 443:8
652:2 664:7,12,15
664:22,24 665:1,6,9
665:11 669:19 670:7
**employed** 499:17
516:5 559:12 662:18
**employee** 483:13,16
483:19,22 601:1,4
661:25 663:10,14
**employees** 590:5

591:1 601:13,17
617:1 626:19
**employer** 456:2,17
**employment** 456:1
463:7 577:13
**empty** 488:4 504:18
504:20,23 505:3,6
713:5
**en** 599:15
**enclosed** 661:3
**enclosure** 661:14
**ended** 642:13
**ends** 531:4 694:7
**Energy** 445:13,18
500:17 626:14,16
627:7,16 670:24,25
671:4,7,10,13,17,20
671:22,24 672:1,4,5
672:9,12,15
**engine** 586:5
**engineer** 440:9,22
450:4,9,16,21 453:4
453:8,17 486:14
490:19,20,23,25
491:5,10,10,21
494:17,24 496:18
524:21 527:10,11
532:6,17,20 533:4
557:18 566:3 574:14
585:10 614:6 619:10
622:5 624:1 633:15
635:25 637:21
639:14 641:19 643:7
648:14 675:25
702:18 716:25
717:17,24 727:14
730:24
**engineering** 452:2
585:4
**engineers** 490:22
533:20 558:18 600:1
600:3 610:13 614:24
616:25 641:17
668:20,21 693:8
704:10
**enjoyed** 558:18
**enlarge** 529:14 714:19

715:22
**enlarged** 529:20
**enlargement** 714:15
**ENSCO** 444:17 501:7
502:12 503:3 652:20
**ENSCO's** 502:14
**entering** 611:19
661:12
**entire** 472:23,25
533:21 534:2 568:6
579:5 703:18 712:19
**entities** 630:5
**entitled** 440:15
542:11
**entrances** 698:10
**entries** 475:25
**environment** 448:18
466:7,12 498:7
502:4 605:3 666:5
**environments** 448:19
475:17
**epidemic** 440:16
542:12,18,20 543:2
**equal** 609:11
**equipment** 489:9
490:5 502:19 515:4
516:11 521:9 527:2
534:9 579:15 597:13
597:14,20,21 601:10
601:14,17,22,25
602:6,19,19,21,22
605:4 655:2 702:17
703:14 714:7
**Ernest** 446:2 545:14
546:3 558:6 591:25
**error** 480:14
**escaped** 624:15
**especially** 656:15
**ESQ** 442:16,22 443:2
443:8,14,14,19
444:2,8,13,19 445:2
445:8,14,20 446:2,8
446:14
**establish** 451:16
613:9
**establishment** 557:22
**estate** 579:16

estimate 470:5 578:22
  599:1,11 610:18
  612:24 636:25
  637:16 638:12
  646:23 651:4 661:1
estimation 599:3
et 438:6,14 447:10
evacuate 581:2
evacuation 581:15
evening 597:20
evenly 689:13,14,19
event 531:9 667:22
  669:12
events 448:25 619:5
  669:18
eventually 458:21
  493:1 513:3 534:18
everybody 482:12
  584:25
Everything's 602:4
evidence 465:3 499:14
evidenced 465:11
ex-pat 556:23
exact 462:18 584:5
  666:16 673:20
  691:19 715:3
exactly 452:17 522:7
  523:6 526:11 528:11
  528:15 538:1 553:16
  572:25 575:7 611:11
  632:8 640:9 642:9
  691:15 716:18
EXAMINATION
  439:4,5,6,7,8,9,10
  439:11,12,13,14,15
  439:16,17 447:18
  546:2 588:14 607:19
  620:12 628:8 652:18
  663:1 665:9 670:22
  673:8 680:18 685:8
  714:1 724:4 727:24
examined 442:10
example 499:4 684:5
  722:17 729:5,8,17
exceed 470:3
exceeded 470:4
excepting 729:16

exception 602:25
exclusively 494:2
excuse 486:9 494:12
  576:9 624:11 633:21
  641:19 650:13 656:6
  696:25 705:23
executing 501:1
exercise 730:10
exhibit 439:22,24
  440:3,4,6,7,9,11,13
  440:15,19,20,22,24
  441:3,4 480:20,22
  504:5,8 505:21,22
  506:1,20 507:9,14
  515:17 519:19,21,22
  522:25 525:15,22
  526:4 527:18,19,23
  529:2,4,12,23 530:4
  531:18,19 532:1,3
  535:25 536:2 537:2
  537:3,16 541:16,19
  542:2,7 543:16,20
  544:7 644:6 659:14
  686:25 687:4,13
  692:7,11,14 693:4
  696:2,5,9 701:12,15
  701:17 702:5 704:24
  705:8,9,12 706:1
  708:10,22 709:23
  711:14 714:5,5,15
  714:17 715:16
  716:12,20 719:1,5,6
  719:25 721:22 723:7
  728:18
exhibits 440:1 441:1
  504:24 505:8 653:18
  683:15,18 686:3
  692:18 708:17 714:4
existed 512:23,24
  540:18 627:8
exists 544:18 545:5
expectation 482:22
expecting 482:11
expenses 467:22
  468:24 470:2,6
expensive 727:4
experience 615:14

659:23 672:18
experienced 449:14
  466:5,9 496:1
expert 472:5 728:21
expertise 472:4
  601:21
experts 464:22 472:3
  603:19
explain 511:25 562:1
  697:22
explained 482:4
Exploration 443:6
  500:21 665:16
exploratory 726:14
explore 726:17
exploring 563:14
exposed 448:9 449:23
  450:2,7,15,19 451:1
  451:8 501:19 627:13
  670:5 732:6
exposing 671:21
  672:16
exposure 451:12
  500:4 568:22 569:1
express 493:17
expression 466:1
  489:13
expressions 492:17
extension 659:18
extent 466:12 660:9
extra 460:20
Exxon 443:12 500:21
ExxonMobil 443:13
  500:20 682:25
eye 463:1

F

F 526:17,18,24 535:1
  722:4,7,13
F- 574:21
F-061 722:4
F-unit 511:15,19
  526:15 527:4 528:10
  528:16,17 532:23
  533:12,15 534:20
  574:2,18,19 575:5
  577:18,20,21 578:3

578:10 580:11
  581:25 582:15,24
  583:22,23 584:6,23
  637:23 640:21 650:1
  650:4 655:12,14
  673:19,23,24 697:2
  700:17 702:12,24
  703:16 714:8 716:22
  719:7 722:5,13
F-units 525:2 527:7
  527:12 528:9 534:9
  534:23 535:2,13
  650:6 655:11 673:16
  703:17
face 495:22,24 496:4
  616:4 731:5
Facebook 565:11
facilities 499:16
  501:12 521:6 552:8
facility 440:8 489:17
  494:4,18 497:2
  501:1 516:4 529:24
  544:3,18 720:5
  723:8
facsimile 440:6 523:7
  528:3,7
facsimiles 440:11
  536:10
fact 458:16 472:11
  475:20 480:1 481:23
  482:18 487:9 496:5
  496:7 502:1 503:11
  510:3,8 511:23
  512:2 514:5,16
  541:1,10 578:13
  596:3 601:16 635:1
  678:13 679:2 691:10
  693:14 718:19 730:5
factors 730:19
faded 530:17
fair 449:3,17 452:16
  453:10 456:24
  460:14 470:1 476:24
  476:24 488:24
  489:18,24 490:22
  494:7 518:18 521:20
  523:7,25 525:11

Exhibit 8
Page 310 of 347

536:25 568:15
601:22 619:1 620:21
634:5 635:3 636:18
649:8,23 667:24
668:1 675:16 697:6
719:21,23 722:19
729:3,23 730:9
**fairly** 542:14 609:10
639:24 640:10
650:20,20
**fall** 631:15 661:10
**familiar** 607:24
626:13 658:25
**family** 477:25 546:19
547:13 552:4 556:18
**famous** 547:7 551:4,5
552:12
**Fan** 481:4,7,12
**Fang** 481:3
**far** 469:21 470:2
475:5 506:15 513:6
531:15 549:22
552:11,16 553:5
558:17 561:14 563:1
574:23 603:14
609:18 623:6,10,10
627:19 633:4 636:12
640:21 641:7 644:25
646:7,22 657:19
661:7 665:17 691:4
691:15
**farther** 596:8
**fast** 484:10 546:14
551:22 571:6 709:14
**faster** 537:10
**fatal** 730:4
**father** 549:23 551:18
552:3 555:12
**father's** 564:24
**Fe** 450:10 453:4
494:10,16,24 498:2
524:20 527:10
575:18 621:14,17
**feasible** 652:5
**February** 462:10,11
**Federal** 442:15,21
443:1,7,13 444:7,12

444:17 445:1,7,13
445:19 446:1,7,13
**feedback** 459:24
**feel** 472:2 581:16
716:11
**feet** 484:14,15 492:4,5
502:17 509:8,25
518:22 519:8 544:24
604:25 634:2 640:1
640:11 647:3 655:18
655:19,20,22,23
656:23,23 660:4,24
660:25 693:14,15
712:18 724:21,22
725:3 726:7,15
**fell** 608:19
**felt** 495:21 611:7
616:3
**fewer** 595:17
**fibers** 465:11,21
**field** 450:4,9,16 453:3
453:8,17 454:9
466:6 475:8,16
490:19,20 491:9,10
492:17 494:17,24
524:21 526:9 527:9
527:11 536:23
550:10,11,17,21,22
575:12 597:2,3,4
610:13 622:5 642:12
642:20 650:22
658:17 666:24
674:10 675:16 678:6
716:25 730:23
**fields** 564:1
**fieldwork** 658:19
674:23
**fifteen** 578:23 586:25
609:2,8 634:1
651:25
**fifty-** 458:1
**fight** 621:4,25 622:3
622:19,22 623:9
625:1 668:3
**figure** 470:14 690:10
690:15 705:15
**figured** 581:11 599:18

657:17 670:15
**file** 502:7 504:1
515:16 708:24
**filed** 500:8,8 501:18
596:15
**fill** 556:17 679:13
**filled** 694:16
**fills** 710:22
**film** 492:25 722:7
**finally** 448:12 594:19
640:12
**find** 471:23 521:8,9
551:14 559:2 563:16
595:25 620:4 723:21
734:5
**fine** 459:17,21 488:15
520:18 549:13,18,19
559:5 586:22 607:5
607:8,22
**finer** 704:12
**finish** 492:14 493:6
652:5
**finished** 492:9 540:9
540:10 585:2 655:6
688:12
**finishing** 710:8
**fired** 722:23
**firm** 635:23 641:13
**first** 442:9 452:22
457:5,15 477:18,23
502:9 505:20 533:17
534:13 545:16,18
546:18 552:25
555:10,11 571:8
575:18,23 577:21
578:20 580:18 589:1
589:24 591:11
609:15,25 615:5
620:4 631:7,25
640:16 644:18,21,22
644:23 648:13 650:8
659:13 661:15
665:13 667:11
673:24 675:24
685:17 688:16,17
710:11 713:23
721:20,21 724:6

731:15
**firstborn** 455:9
**fish** 687:23,23
**fished** 688:4
**fisherman's** 552:13
**fishing** 655:6 656:1
687:22 688:1
**five** 475:24 476:25
571:14 577:10 578:1
583:17 584:12 609:3
630:16,17,18 636:25
637:16 645:19,21
646:16 647:6 661:16
668:7 685:14
**five-minute** 606:19
607:11
**fix** 463:4
**flakes** 618:21
**fleet** 665:18
**fleets** 639:8
**flew** 570:7 633:3
**flies** 570:14
**flight** 598:6
**flights** 611:2
**flipping** 661:19
**floated** 681:17
**floater** 580:9 581:11
622:10 631:17 666:8
725:17
**floaters** 666:18
**flood** 547:21 550:2
**flooded** 552:6
**floor** 486:10 493:19
494:2,6,7 502:17
509:13,15,16,24
514:18 517:13,20
518:22 519:3,8
531:11,14 539:1
544:18,20,25 545:3
567:13,14 568:13
632:4,5 646:7,11,14
650:10 655:25
656:20,22,24 659:18
669:8 690:17,23
691:4,16,18,24
693:11,16 696:17
698:10 700:14,19

701:8 725:4
**Flosal** 451:13
**flow** 710:13,21,25
 712:3 713:5
**fluid** 694:15 710:12
 711:4,13 712:13
**fluids** 718:4
**fly** 597:22 621:7
**flying** 569:24 570:21
**Foco** 443:15
**focus** 463:5 561:21
 620:13
**folded** 731:8
**folder** 504:17,20
 683:16,18,20
**folders** 684:2
**folks** 520:23
**FOLLETTE** 443:19
**follow** 491:4 597:16
**follow-up** 682:6,24
 727:23
**followed** 476:12
**following** 477:15
 734:6
**follows** 447:17
**fond** 703:20
**food** 547:9 558:18
**Ford** 478:13,20
**foregoing** 734:4 735:4
 735:13
**foreground** 688:21
 693:6 697:10 706:11
**foreign** 547:20
**forgot** 640:16
**form** 449:4 450:22
 455:15 456:25
 459:16 462:20 464:5
 465:12,22 467:18
 470:8,20 474:18,23
 477:5 478:23 479:23
 480:4 481:15 489:22
 491:25 492:19
 493:12 495:2 496:20
 497:6 498:13 501:3
 501:14 510:1 512:11
 518:12 525:8 534:12
 535:4,15 537:20

538:7,20 539:13
540:20 560:24
567:20 574:6 579:2
597:6 598:24 599:9
603:20 608:8 610:20
614:11,12 616:11,14
617:4,17,24 618:2
618:17,23 619:8
626:22 627:2 629:17
629:24 642:24
643:17 657:12,15
669:14 675:1 677:4
705:1 717:18 728:7
728:14,23 729:11,19
730:2 732:8
**Forman** 444:3
**formation** 451:2
 453:22 454:5,11
 463:8 484:11 594:18
 594:20 694:17,20
 711:12 715:18
 717:15
**former** 499:19,22
 500:2 560:18 663:14
**Formosan** 542:8
**forms** 449:15
**formula** 612:18
**formulated** 619:13
**forth** 548:21 674:15
**forward** 624:18 687:8
**found** 448:20 459:8
 480:22 482:8 563:10
 622:18
**Foundas** 439:5 446:2
 545:14 546:2,4
 558:9,11 561:2
 568:4 574:9 576:15
 580:1 586:13,16
 593:18 596:24
 621:24 622:17
**four** 490:21 508:21
 510:11 511:21 512:9
 512:18 514:2 524:23
 550:24 553:6 554:10
 584:2 597:18 609:8
 613:11 637:24 638:1
 638:2,4 655:9

660:25 661:16,22,23
697:4
**Fourchon** 569:13,25
 570:6,25 597:15
 636:9 647:23
**fourth** 491:4
**frame** 502:15 573:23
 578:2 580:16 583:18
 595:10,18 623:4
 631:18 667:23
 702:11,25 703:13
 732:1
**Frank** 526:17,18,19
 526:25
**frankly** 704:14
**Fred** 576:5
**freedom** 492:12
**frequent** 573:22
**frequented** 557:18,23
 590:9
**frequently** 448:19
 669:16
**friend** 590:6
**friends** 557:20 558:13
**front** 440:10 509:20
 517:2 528:8 530:21
 530:24 532:6,17
 588:22 653:23 655:2
 655:7 685:22,23
 688:19 690:19 691:7
 691:11,16,23 697:21
 701:5 709:22,24
 711:21 714:7 721:12
 721:12
**frozen** 707:18,20
**full** 490:4 534:6
 590:12 621:14
 664:11 665:23 718:5
 735:13
**fully** 510:19 511:11
**functioning** 473:4
 530:20
**functions** 680:8
**fundamental** 448:22
**funnel** 660:6,22
**funnel-shaped** 660:5
**furnished** 467:8

513:16
**further** 461:23 495:18
 507:13 571:1 642:5
 648:3 695:9 711:9
 727:1 732:19
**furtherance** 464:23
 492:15
**future** 456:21 475:4,6

───────

**G**

**G** 445:14,20 446:2
**Galleria** 443:20
**galley** 722:13
**Gamma** 461:5,15,24
**garage** 488:9
**garden** 689:17
**gas** 605:17 694:15
 710:13 712:2
**gauge** 691:15,19
 708:13 710:2,11
**GE** 446:12
**Gearhart** 698:20
 699:23 700:1
**Gearhart-Owens**
 698:25 699:3
**Gearheart-Owens**
 698:1
**gears** 556:16 565:14
 567:3 600:25 610:15
 632:3 658:12 675:21
**general** 563:3 570:4
 572:9,24 585:20
 592:5 598:3
**generally** 449:15
 538:21 596:7 628:20
 681:10,13
**generator** 586:5,6
**generators** 585:22
 586:2
**genetic** 476:1,10,20
 477:3,17 478:11,17
 478:20 479:2,12,15
 479:22 480:19 481:7
 481:22 482:22,24
**geneticist** 478:14
 480:3
**genetics** 479:2,15,20

481:13,25
**gentleman** 590:1
**geologist** 485:17
    533:3 589:19 604:2
    621:5 622:25 711:2
    711:3
**geologists** 484:7 590:9
    590:16 679:10
**geology** 604:17
**Georgia** 452:1,6
    555:9,18
**Gerry** 580:20
**getting** 488:9 499:20
    522:14 538:4 562:20
    644:23 683:11 699:4
**giant** 710:17 712:1
    717:6
**gigantic** 706:13
**give** 470:12 530:7,8
    549:5 564:14 585:23
    591:19 592:21
    594:21 595:21,24
    596:1,14 598:3
    605:24 606:6 623:16
    631:11 662:16
    684:19 702:22,24
    719:16 722:20
    724:19 725:21 726:1
**given** 451:17 481:13
    498:3 519:9 563:20
    606:2 629:21 656:13
    694:11 697:2 702:12
    711:8 716:9 733:3
**giving** 667:16
**glanced** 660:10
**Glen** 576:4
**Glomar** 639:1,3,6
    641:7,10
**glorious** 664:20
**go** 447:12 455:20
    475:8 478:25 488:19
    489:6,7 502:3 504:2
    507:12 508:10 512:3
    519:13 520:20,22,24
    524:14 525:17
    527:16 533:20
    534:18,20,21 537:10

538:6 539:19 540:11
    545:15,17,19,23
    547:8 549:9 558:19
    561:9,14 562:15,19
    562:22 563:1,2,18
    564:7 569:12,15
    570:19 571:5 581:10
    581:17 586:7,22,24
    587:3 588:6 590:23
    591:8 594:19 597:12
    597:12 600:18 602:2
    603:1 606:3,21
    607:2,15 610:17
    613:2,4,7,12 619:18
    619:21 620:3 621:19
    623:11 624:18,20
    625:13 628:3,4,5,18
    629:23 634:9 635:5
    637:24 645:20 651:4
    651:5,13 652:16
    662:24 664:8,23
    665:20 666:7,15
    667:15 668:14
    670:11,13,14 673:3
    673:3,5 674:16,25
    676:2 678:12 680:2
    680:17 681:25
    682:10,13,22 683:7
    683:8 685:4 687:10
    692:3 695:9,25
    696:1,1 698:13
    701:11 705:4 706:1
    707:25 708:2,5
    709:17 710:16
    713:24 716:19,20
    718:25 719:24 725:6
    727:1,5
**goes** 495:19 672:20
    695:14 710:17
**going** 463:5 474:3
    475:16 483:8 488:8
    488:11,17 489:17
    504:2,3,4,10,21,25
    508:1 515:15,21
    516:1 520:19 522:22
    525:22 527:17,22
    528:1,14 529:1

530:14,25 531:1
    535:24 538:13
    541:15 542:25 544:1
    545:14,21 546:11,18
    549:7 560:19 564:13
    565:13 567:2,3,5
    568:1 569:16 571:3
    571:3,5,7,25 574:23
    577:1 583:8 586:16
    586:21 589:9 591:8
    591:20 592:15 593:4
    597:1 603:17,18
    606:17,19 607:13
    608:2 611:14 612:8
    620:16 621:6 622:25
    626:12 627:5 628:7
    647:24 651:13 672:3
    674:11 675:21
    684:10,12 685:2
    692:7 695:15,16,17
    696:4 698:20 699:1
    699:2,16,22,24,25
    700:7,16,18 705:5
    705:24 709:16
    713:14 724:2 725:6
    733:2
**good** 447:1,19 452:13
    476:22 477:4 478:21
    485:14 498:6 507:10
    555:6 588:5 607:12
    607:23 613:16 628:9
    655:15 670:23
    679:15 685:9 704:2
**Google** 530:9 536:8
    548:22 549:9 566:8
    566:15
**Googleplex** 566:14
**goose** 550:14,17
**Gorilla** 582:19,21,23
    583:3 593:13
**gotten** 683:13 688:9
**Grace** 501:8
**graduated** 452:1
    565:19
**graduation** 452:7
**Grand** 569:12 570:6
    570:23 636:9

**granular** 659:25
**grasping** 600:9
**grease** 703:25 704:6,9
    704:15,20,23 717:13
**great** 547:12 558:9
    571:2 588:7 605:22
    624:17 724:1 732:22
**greater** 696:3
**greatest** 510:18
**green** 439:13 445:14
    445:20 564:1 572:10
    572:12,17,18,19,19
    572:21 573:2,2
    592:1,8,12 596:7,12
    632:23 642:7 644:25
    645:2,4 670:12,16
    670:19,22,24 672:23
**Gretna** 557:7,8
    558:17 559:7
**grew** 547:18,22
    558:21
**grid** 585:17
**ground** 700:14
**ground-up** 618:15
**group** 471:1,11
    558:18 585:3,8
    730:20
**growing** 664:24
**growth** 461:19
**Guard** 653:2
**guess** 461:4 471:6
    473:8 485:8 506:2
    536:8 582:12 593:17
    632:5 634:3,6
    637:20 649:16 651:9
    667:17,18 726:4
**guessing** 633:25
    654:13 719:19
**guide** 689:8
**gulf** 500:19 518:9
    523:9,24 524:20
    570:2,3 573:3
    580:24 589:9,14,14
    589:17 590:5 591:12
    591:12,19,21,21
    592:11,13,14,22
    593:4,22 594:5,10

Exhibit 8
Page 313 of 347

594:22,24 595:4,12
595:22 596:3,5,8
598:8 599:21 600:1
600:23 601:1,3,13
601:17,19 602:13,16
602:17,19 603:16
605:14,24 606:7
608:20 609:3,21,24
610:9 619:6 629:5
632:17 636:7 658:15
658:18,19 663:20
664:1 666:20,22
676:12 724:5,7,9,13
724:25 725:8,11,19
725:20 727:15
**gun** 717:25
**guns** 604:22 717:23
**guy** 677:25 706:7
721:7,17,17
**guys** 511:3 682:24
683:16

**H**

**H** 439:20
**H-o-w-e-l-l** 589:23
**H-s-i-n** 551:23
**H-s-i-u** 555:4
**H-u-a** 551:24
**hair** 664:21,25
**half** 550:1 599:1
612:20 721:4
**halfway** 646:13
**hallway** 655:19
**hand** 486:6,10 495:13
592:4 606:10 610:9
613:23 614:4 661:16
735:19
**hand-picked** 533:19
**handful** 513:1
**handle** 487:21 534:2
546:20
**handled** 589:15
**handling** 496:11
539:9 717:16,25
721:5,7
**hands** 491:20 618:10
656:4

**hang** 524:12 558:13
**hanging** 706:23
**happen** 599:25 612:17
612:21 678:1 687:17
704:18
**happened** 490:8
598:10 622:22
648:25 676:10 727:8
**happening** 660:11
**happens** 669:16
**happy** 546:8 586:24
606:21
**Harahan** 559:24
**hard** 574:22 581:8
598:15 599:17 675:2
687:16,17 690:11
691:15,19 693:9
707:24 717:8 721:12
722:1 730:10
**harder** 634:22
**hardware** 490:5
**harsh** 475:16
**Harvey** 561:6,17
**hat** 690:11 721:12
**hats** 693:9 722:1
**Hawaiian** 590:8
**head** 676:22 688:20
**header** 596:21
**headers** 497:15,18
**headline** 542:17
596:21
**headquarters** 566:9
566:15
**heads** 712:18
**health** 467:8,12,13,14
467:21 468:24 469:3
475:15 627:25 729:3
**healthcare** 467:15
729:8
**healthy** 465:20 730:11
**hear** 449:2 474:7
485:8 538:4 546:4,7
557:6 588:15,16
654:18 655:21
660:13,16 673:6
691:2 707:9 723:18
723:24,25 728:2,3

732:12
**heard** 449:14 463:18
465:25 535:18
542:19 547:10
564:25 608:9 618:14
626:15 671:24
706:19
**heart** 457:19 458:4,9
458:18 459:4,11
460:6 462:4 728:6
729:5,9,17 730:15
**heavyweight** 668:2
**height** 484:19 646:6,7
655:14,17,18
**held** 453:25 519:23
648:11 652:20,24
653:1 687:2 732:24
**helicopter** 439:24
508:3 513:18 515:22
570:12 603:7 610:19
610:22 611:6 621:7
636:16
**helicopters** 611:8
**helideck** 646:14
**helipad** 507:20,23
512:14,15 516:18
**heliport** 507:20
640:25 641:1
**Hello** 546:3 723:24
**helmet** 693:7 695:4
697:10 706:5,8
**helmets** 693:5
**help** 479:14 503:19,20
522:16,17 529:2
586:8 587:10 596:2
618:11 664:16
718:20
**helped** 480:2
**helpful** 573:4,5
723:14
**helps** 689:5,7
**Henry** 477:20 479:14
**hereunder** 735:18
**hesitating** 683:9
**Hey** 618:12 664:7
680:15 682:5
**Hi** 670:21 673:9

**high** 458:20 556:12
660:25
**high-profile** 650:20
**high-resolution** 465:1
**high-rise** 556:12
**higher** 511:14 605:1
**Highway** 562:22,23
563:2
**Hillcrest** 561:19
**Hilton** 578:12,13,14
578:18,19,25 579:18
**hire** 475:19 601:20
**Hiroda** 590:7
**historical** 553:19
**history** 478:1 481:14
562:2 729:2
**hit** 560:14 563:16
564:11 581:1,8
597:25 692:17
**hitch** 674:16
**hitches** 674:17
**hitting** 616:3
**hoisted** 531:7 719:7
**hoisting** 531:4
**hold** 466:24,24 467:2
507:1 525:23 587:25
620:3 652:20,23
653:17 686:12 731:7
**holding** 538:11
**hole** 492:2,4,5,6,11,24
493:4 537:24 538:6
538:17,18,23,24
539:8 579:10 602:3
603:12 611:16
612:14,14,19,21
613:4,4,12 618:11
629:22,22 633:21
635:16 640:6 641:24
666:13 667:3,4
687:24 688:5,5,7,9
688:11 693:22 694:5
695:5,8,10,12 707:3
711:16 712:11,22,25
713:2,9
**holes** 572:5 646:21
655:8 667:8
**Holiday** 446:15

Holinga 443:15
holistic 471:16
hollow 694:16
Holmes 580:19 621:4
621:25
Holmes-Cooney
622:19 625:1
home 456:16 466:11
550:6 551:12
homes 546:19 562:9
Hong 459:9 460:18
465:8
Hood 442:17
hop 709:13
hope 689:21 730:19
Hopefully 515:20
571:5
hoping 522:1 598:8
hopper 487:22 488:1
495:1 496:1,12
497:5 611:20 615:15
643:10,10 659:19,25
660:23 661:10
hopper/mixer 660:20
hopper/mud 659:22
hoppers 661:2
horrible 579:12
hose 539:12 689:17
693:21 707:14 710:2
710:16
hoses 693:20 694:12
694:18 708:12
710:13
hospital 471:12
585:16
hospitals 585:13
hot 551:5,5
Houma 600:19
hound 624:16
hour 442:4 488:12
569:25 580:18
606:18
hours 564:4 570:1,7,8
597:8,11,18 598:1
598:22 612:15 613:6
613:11 733:6
house 510:15 546:23

547:13,14,22 548:5
548:13,16 549:21
550:11,25 551:2,7
551:11,14,16,17,22
552:3,5,9,18,19,21
552:23 553:7 554:2
554:7 555:9 556:8
households 564:12
housing 551:14 554:5
Houston 442:23 446:9
447:20 556:21 557:2
609:13 715:9,11
721:18
Howard 589:20,20
Howell 589:23,25
590:2,4,19
Hsieh 438:4,12,18
442:1,8 447:4,9,15
447:19 454:2,17,24
455:5 498:24 502:12
502:16 504:11
507:19 520:3 521:4
524:19 546:3 588:15
606:12 607:20
619:15 620:1 628:9
664:9 665:10 670:17
670:23 672:24 673:9
680:13 685:9 687:5
687:14 692:14 693:7
703:20 706:4 709:22
713:12,18 714:2
723:13 727:18,25
730:8 732:1,21
733:4 734:3,24
735:4
Hsin-Hua 551:23
Hsiu 555:2,2,5
Huey 559:24 561:25
562:14,21
Huge 556:12
Hughes 446:12,12
448:14 607:23,25
608:1,4,6,10
huh 537:6 664:16
hulls 495:9
hundred 484:15 511:5
518:8,9 525:4 534:1

hundreds 511:8
Hunt 439:15 443:14
680:15,15,18 681:21
683:2,5
hurricane 580:24
hurt 550:19
husband 548:20
hydraulic 528:12,12
hypodermic 712:1

**I**

I-M-C-O 614:18
idea 476:22 477:4
478:21 548:6 657:20
716:8
identical 657:23 658:6
658:7
identification 456:17
497:2 504:9 515:18
523:1 525:16 527:20
529:5 532:4 536:3
537:4 541:20 543:17
595:21 687:1 692:12
696:6 701:18 705:10
identified 457:18
521:6,7,22,23 571:5
613:18 620:15
660:21
identify 496:24 497:3
497:10 516:15
518:16 529:3 569:18
585:14 587:7 591:23
594:6 597:14 678:6
678:11 723:8
identifying 515:10
III 438:19 447:3
734:24
illnesses 729:16
image 439:24 440:4
504:14,16 507:6
508:2,2,13 509:10
509:14,23 512:7
513:14,17 514:21
515:22 516:14,14
517:13 518:11
522:20 524:3,9
525:14,20,21,24

526:1,2,14 528:24
529:3 530:8 531:19
531:25 535:22,24
541:17,21 543:15,22
543:24 544:4,25
714:6,15,16,19
715:16 716:20,22
717:12 718:25 719:6
719:24 721:20,25
images 522:16 714:23
imaging 464:25 465:3
IMCO 614:18,19
617:16
IMG_5884(1).jpeg
687:4
immediately 544:19
immunotherapy
471:3 474:5,6 481:6
impact 485:4
impaired 475:3
implantation 460:7
important 689:18
importantly 607:7
impossible 613:5
impression 480:25
676:9
inadvertently 701:22
incidence 440:17
542:13 543:4,8
included 465:20 599:7
687:7 720:10
including 456:1 588:3
incorrect 461:6
increase 506:12
increased 728:5,11
independent 646:4,5
Indian 522:5
indicates 506:1
indicating 542:17
indiscernible 540:2
541:10 568:3 678:25
individual 532:25,25
533:11 600:8,14
individuals 600:6,15
induction 604:18
indulgence 692:4
industrial 550:7,21

552:8 554:3 556:10
732:3,14
**industry** 511:3 565:20
659:5 716:6
**infarction** 457:19
458:5,18 459:4
**inflatable** 603:6
**inform** 604:1
**information** 482:17
484:22 497:19 498:6
513:16 548:25
596:14,22 600:10
604:3 642:21 677:2
677:17 678:20,24
702:25
**infrastructure** 585:12
**ingredient** 594:13
**inherited** 459:5
**initial** 586:11
**initially** 620:13
**initials** 556:5 664:14
**initiated** 476:15,17
**input** 660:7
**inside** 440:5 464:3
489:2,4,19,20
490:13,15 491:23,23
492:2,7,10 493:10
493:14,18,22,23
494:11,12,18 526:5
526:8 527:2 661:14
694:16 714:8 715:14
716:22
**inspect** 484:17
**inspecting** 718:3
**install** 586:8
**installation** 586:9
**instances** 495:21
**Institute** 564:19,22
**instructed** 617:1
**instruction** 629:20
**instructions** 629:15
**instrumentation**
526:10
**instruments** 485:10
**insurance** 467:8,15
469:4
**insured** 467:11

**intended** 513:12
**intention** 481:19
**interest** 533:6
**interested** 473:22
563:13
**interesting** 696:15
697:14
**interior** 440:6 526:13
528:1
**internal** 600:10
**Internet** 622:18
**interpret** 490:3
**interrupt** 453:24
488:8
**interruption** 707:8
**intersection** 559:1
**introduced** 527:4
533:17 534:13
557:21
**invasion** 485:2 553:20
**inventory** 487:15
**investigated** 495:18
**involve** 472:4
**involved** 468:18 483:2
496:14 586:10
608:13 615:12
616:17 617:6 619:12
672:19,22 679:20
**involvement** 608:5
**iron** 579:8 613:6
712:17
**irradiate** 461:24
**irradiation** 484:25
**irrespective** 527:10
**Isle** 569:13 570:6,23
636:9
**issue** 656:6 684:1
**issued** 653:2 693:8
**issues** 490:10 673:11
729:4
**it'd** 596:17 611:1
**it'll** 459:20 604:20
613:5
**item** 492:22
**itemized** 470:13
**IV** 446:14

**J**

**jacket** 581:13 603:5,6
**jackets** 603:2
**Jackson** 445:10
**jackup** 439:22 440:19
502:13 505:14
543:23 580:3,5,6
631:22,24 632:9
657:24 658:8 666:8
**jackups** 593:13
666:18
**Jalenak** 439:9 445:2
524:8,13 612:22
615:19 628:4,6,8,13
629:19 630:1 643:4
643:18 650:24 728:7
**James** 478:13
**January** 452:19 453:1
453:9,11,12,14,17
462:9
**Japanese** 553:20
590:8
**Japanese-style** 548:4
**Jay** 445:2 628:4,13,14
**jay.jalenak@kean...**
445:5
**JBridger** 587:20
**jbridger@strongpi...**
446:10 684:22
**jeez** 589:22
**JFE** 450:4 453:1
490:19 491:3,16
494:10,16,24 498:2
524:20 527:10
**JFEs** 491:17 533:22
**job** 490:8 534:19,20
539:5 557:1,17
559:17 564:3,16
566:4 568:1 574:20
585:5 590:14 596:3
599:13,13,15,17
605:24 606:7 621:5
626:8 628:25 629:1
629:7,11,15,23
655:6 658:14,16
671:6 673:25 677:14
677:18 678:8,19,23

679:2,2,6,15 688:1
714:24,25 715:7,8
718:10 725:8,11
726:5 727:12
**jobs** 448:12,13 475:10
524:25 527:6 567:3
594:22,24 595:1,9
595:17,22,23 596:5
599:18,21 637:13,21
645:9,12,12,13,15
645:16 647:25
650:15,20 656:2
674:20 677:6,9
678:12 680:4 718:8
724:25 725:14,17
726:2,11,19,22
727:6,10,10,11,15
727:15
**John** 443:14 446:8
587:8,12 588:2
600:5 683:7 684:19
713:15,22 723:17,19
**john.viator@bblaw...**
443:17
**join** 615:20
**joke** 618:9
**Jones** 444:8
**Jose** 566:13
**journal** 497:10,13
542:8,9
**jpeg** 692:6,25 696:7,9
701:11,22 702:2
705:5 720:10
**jpg** 708:21
**JR** 445:14,20
**JUDICIAL** 438:10
**July** 438:25 442:4
447:2
**jump** 546:12 680:16
**June** 460:25 622:19
623:7 650:13,15
**junior** 450:4 535:17

**K**

**K-u-o** 551:24
**Kean** 444:14,19 445:3
**keep** 497:13,14,17,21

Exhibit 8
Page 316 of 347

511:15 549:20
574:25 577:1 586:21
622:25 678:9 699:13
**keeping** 485:18
**keeps** 485:12
**kept** 596:16 675:12
715:2 722:12
**Key** 500:21
**kick** 699:17
**kidney** 462:13 468:5
470:23 472:24,25
473:1,9,12,15,16
474:9,22 475:3
**kidneys** 472:21 473:5
**kind** 466:15 522:1
552:15 591:8 596:25
620:17 654:24
673:12 676:6 687:8
689:20 694:21,23
698:21 704:9 711:11
731:16
**kindergarten** 553:1
**kinds** 711:10 718:1
**knew** 483:1 495:15,17
535:20 557:19
563:19 589:22
**Knife** 461:5,15,24
**knife-happy** 474:1
**know** 448:14,17,23
449:5,12 453:13
455:3 456:14 461:11
465:13 471:6 472:1
472:2,3 476:23
477:6 480:12 483:5
483:9 484:7,10,11
484:11,14,15,25
485:3 488:10 489:5
492:3 495:25 496:17
496:18 498:18 499:5
500:10 501:25 503:6
503:16 504:13 505:16
506:4,9 507:23
510:20 511:8,23
513:6 519:4 521:13
522:7 523:3,14,19
523:20 524:25
525:20,24 527:25

530:22 533:16,25
534:19 535:19 537:8
538:12 541:17,17
543:22 546:8,13
547:1,19 548:10,23
548:25 549:22 550:5
550:6 551:12,13
552:5,7,10 553:5,16
553:20,20,21 554:23
554:25 555:24 556:3
556:5,18 557:11
560:15,16 561:24
562:3,5,10,11,18,23
563:6,25 564:1,5,12
565:16 566:15
569:24 570:4,13,15
574:4,12 575:16,17
576:8,17,18 577:15
577:24 581:10,15
582:10,14,22 583:11
585:16 588:19 590:2
591:5 593:3,5,7,7,9
594:19 596:2,9,16
598:12,21 599:1,11
599:12,14,17,18
600:3,16,17,18
603:21,25 604:7
605:20 606:11,25
607:9,24 611:6
612:13 613:2,14,24
614:1,13 615:4,8,9
615:10,16,17 616:4
616:10,20 617:7
618:19 619:1 621:8
621:10,13 622:8,13
622:14 623:6,9,20
623:23 624:1,3
625:16,18,21,24
626:24 627:7 630:14
630:16 631:5,6,9,13
632:1,16,19,23,25
633:4,8,11,14,17,20
633:23,24 634:6,9
634:11,19,19,22
635:4,15,20,22,25
636:3,6,10 637:10
637:15,17,23 638:9

638:21 639:9,13,21
640:6,22 641:1,8,9,9
641:12,16,22 643:14
644:12,15 645:1,6
645:16 646:6,25
647:2,17 648:6,11
648:16 649:2,12,13
649:15,18 650:11,15
652:22 653:7,18,24
654:10,12,17 655:15
655:16 656:21
657:10 660:6,24
661:13 663:13,15
665:17 666:3,8,17
667:13 668:14,16,18
668:20,23 669:20,24
670:2,3 671:22,24
672:13,22,24 673:13
673:24 674:4 675:9
675:14 677:9,12
678:10,16 680:3,6,7
680:8,24,25 681:3,5
683:11 686:4,9
688:8,12,14 689:15
692:16,22 695:21
699:10 701:19
702:15 703:10,17
704:3 705:11,22
708:19 710:22
714:22 715:8 717:14
719:13,13 720:6
721:3,8 722:10
724:23 725:3,18
726:11,13,13 727:1
728:24 732:19
**knowing** 633:2 702:24
**knowledge** 448:9,15
448:24 449:11,13,20
449:22 450:1,6,12
450:14,18,25 451:6
451:7,12 466:4
500:24 501:10
568:21 569:1 619:2
627:12,21 663:16,24
672:1 732:5
**known** 467:9 626:10
643:1 694:6

**knows** 490:3 653:22
689:18
**Kobe** 570:14
**Kong** 459:9 460:18
465:8
**Kraus** 442:17
**Krutz** 444:3
**Kuo** 551:24

**L**

**l** 444:8 556:7
**l-a-r** 556:7
**L-i-a-o-n-i-n-g** 553:23
**L.L.C** 446:14
**L.L.P** 446:8
**LA** 443:4,10,16,20
444:4,9,15,20 445:4
445:16,21 446:4,15
**lab** 484:17
**labeled** 684:2,3 692:6
**laboring** 481:21
**lack** 730:13
**Lafayette** 444:15
445:16,21 609:13
715:11 721:17
**laid** 723:9
**Lake** 609:12
**land** 520:12 567:18,24
568:8 596:10,11
**landed** 581:7
**landmarks** 548:17
**lane** 553:24
**laptop** 588:13
**large** 578:24 579:3
614:13 715:19,25
**larger** 566:10 614:9
**Larose** 576:2 608:25
609:2,12 636:8
647:23 730:24 731:1
731:2,16
**Larry** 580:19 621:25
**late** 452:16 453:5,18
454:5 481:11,11
574:16 577:20
583:19,20 611:2
648:9,9 649:10
719:18 721:4 722:22

729:5
**latest** 470:25 472:13
   510:18
**launder** 466:11
**Laura** 480:11
**Law** 446:3
**lawsuit** 447:23 498:11
   500:7 501:18
**lawyer** 447:20 448:8
   472:9 497:23,23
   498:3 540:14 558:8
   653:14
**lawyer's** 451:18
**lawyers** 470:12
   497:24
**layoffs** 610:4,13 675:8
**layout** 669:4 697:3
**lazy** 564:8
**LCM** 495:8,12,19
   496:2,3,6 616:6
   672:20,21
**lead** 473:7,8,11
**leader** 564:21
**leading** 449:6 730:16
**leads** 592:20
**leaking** 618:11
**learn** 533:21 673:23
**learned** 459:5 464:17
   540:17 541:9
**learning** 491:7 533:21
**lease** 596:19,22
   678:10
**leaseholder** 678:8
**leave** 455:23 456:5
   461:13 473:1 493:20
   493:22 604:4 695:8
**led** 730:15
**Ledyard** 446:8
**left** 454:9 461:24
   473:1,5,15,16
   475:20,20 503:5
   506:15 509:2 510:16
   512:18 536:12,13
   544:21 556:22
   603:17 675:9 682:1
   691:9,11,13 694:21
   697:20 700:12

706:25,25 714:16,21
   715:19
**left-hand** 505:21
**lefternmost** 544:21
**leg** 505:14 507:22,25
   508:16,17 544:21
   581:9 676:11
**Legal** 733:5
**legs** 439:22 505:14
   658:9,11 666:9
   694:2
**leisurely** 498:18
**length** 460:20 655:14
   712:19
**lengths** 509:7
**let's** 448:21 456:3
   471:10 477:9 489:12
   493:16 505:19 508:9
   520:16,23 527:16
   545:17,19 551:21
   588:1 607:10 624:20
   625:13 631:5 634:15
   636:19 637:6 640:12
   652:16 686:16,18
   692:3 695:25 696:1
   701:11 705:4 708:2
   709:7 720:22
**letter** 728:17,18
**letting** 455:2
**level** 473:4 615:7
**levitate** 579:23
**Liaoning** 553:23,23
   553:25
**license** 653:1
**licensed** 442:7
**lieu** 474:6
**life** 448:6 473:7,8,11
   487:9 581:13 603:2
   603:5,6,6
**lifeboat** 581:17
**lifestyle** 730:18
**lifetime** 667:19,23
**lifted** 531:2 666:10
**lifting** 531:3,4
**light** 717:13
**lighter** 704:1
**lightweight** 731:21,22

**liked** 578:16 589:15
   595:12
**likelihood** 727:7
**likewise** 594:1,10
   595:8 685:11
**limited** 495:9
**Linda** 565:15
**Lindsey** 439:11
   444:13 651:24
   662:24 663:1,2
   664:4
**line** 588:4 659:5
   689:13 734:8
**link** 596:1,2
**linked** 463:23
**LinkedIn** 456:8,11
**list** 585:1 603:24
   604:14 605:6,13
   614:1 692:25
**listed** 593:24
**listen** 623:8
**listened** 622:22
**listening** 621:5 623:1
**literate** 480:18
**litigation** 728:22
**little** 451:16 456:9
   461:1 505:20 506:11
   506:14,20 508:24
   511:14 512:5 513:12
   515:20 516:17
   522:17 529:14,16
   546:13 556:16
   628:20 636:11
   643:22 664:18 674:9
   675:21
**live** 549:20 552:2
   553:3 554:7 566:7
   576:17
**lived** 546:23 553:24
   554:21 555:21,25
   559:23
**living** 555:8 566:18,20
   579:12,19
**LLC** 438:6,14 444:7
   445:9 446:12,12
   447:10
**LLP** 442:22 443:3

**liked** 444:3,8,14,19 445:3
   446:18
**load** 524:16 597:13
   600:17 605:20 613:8
   696:4
**load-on** 569:21
**loaded** 505:9 515:24
   523:22 597:17,20
   636:8 648:2 692:17
   692:21
**loading** 505:10 569:15
   647:22 692:4
**loads** 525:24 527:25
   543:22 692:13
**located** 503:14,17
   546:21 551:3 552:20
   552:21 553:15
   569:19,20 632:17,20
   635:12 636:7 640:19
   640:23 646:2 669:7
**location** 497:2 511:15
   547:25 572:4 573:16
   589:21 592:17
   595:23 604:2 605:25
   606:1 612:11 623:16
   623:17 625:5,25
   632:5 635:16,18
   638:13 641:24 642:4
   650:7 732:6
**locations** 494:3 609:8
   610:2 641:25 642:2
**log** 484:21 485:18
   490:12 492:4 497:15
   497:17 530:23 533:5
   533:9,10 596:18
   675:24 688:7 727:13
**logged** 725:2
**logger** 484:13,22
   485:10,12,16,17
   486:17 637:18
   638:12,24 639:11,23
   639:24 640:8,17
**loggers** 484:2
**logging** 440:6,8,10
   484:1,1,24 489:4,7
   489:11 490:15 492:9
   492:12,14 493:18

508:14 511:7,9
516:23 518:16 528:2
528:3 530:12 536:20
544:11 574:14,17
611:25 621:4 637:13
637:21 638:20 640:2
648:14 658:22 659:3
659:8 678:7 687:22
695:17,21,23 697:17
697:17,19 698:3
699:11,12 701:4
702:18 704:10
717:10,24 727:10,15
**logos** 671:12
**logs** 484:22 492:25
596:15 679:10
**long** 474:8 492:2
523:16 550:4 559:24
561:25 562:14,21
582:10 606:24 611:9
612:24 626:2 633:6
634:6,11,13 655:19
656:12 666:12
673:14 693:24 716:6
**long-term** 699:12
**longer** 469:6 523:17
524:16 612:20 615:7
**longshore** 653:10
**look** 471:2 484:2
493:16 503:23
508:24 509:3 516:14
516:23,25 517:8
528:18 533:5 537:21
540:11 547:17 548:6
549:3 560:14 562:2
562:5 563:15,15
580:20 587:17 606:3
654:1 661:11 679:7
683:17 685:23
686:13 690:4,9,15
700:6,7 703:18
715:15,16,18 720:15
726:17
**looked** 517:14 521:24
523:8 528:14,17
557:16 559:15,17
560:14 562:11

660:10 714:3,16
**looking** 456:8 495:15
505:25 506:8 516:13
517:5,6 526:3 528:2
528:3 529:15 532:20
533:8 536:9 537:16
538:11 560:9,11,13
564:1,2 593:17,21
655:3 664:19 684:2
691:14 698:19 702:9
702:15 708:10,22
709:9 711:15 712:5
714:2,2,11 716:12
717:4 726:23 731:18
**looks** 480:13 506:23
516:8 529:16 531:2
538:3 539:22 659:14
671:14 687:25 690:9
693:14,20 694:23
697:1,15,18 706:11
706:17,22 707:17
721:10,13,16
**loops** 580:25
**loosen** 706:14
**loss** 615:3,8 616:5
669:17
**losses** 615:5
**lost** 455:1 474:11,12
474:15,20 495:7
496:6 520:10 581:19
581:21 610:12
612:16 618:6,16,22
619:3,4 669:12,17
692:14
**lot** 485:3 489:8 493:14
511:18 541:6 570:22
570:22 587:17 610:3
610:12 614:14
622:15 645:9,11,12
645:13,15 673:15
674:6 677:6 689:24
717:24 718:6
**lottery** 541:3
**loud** 471:13 588:16
**Louisiana** 438:2,11
557:8 570:3 576:16
576:17 610:9 636:12

657:19
**lousy** 559:21
**love** 503:22,23 519:8
**loved** 550:15
**Lowe** 477:20,21,22
478:9 479:9
**Lowe's** 479:14
**lower** 537:24 538:4
**lowered** 538:13
**LP** 442:21
**luck** 560:15
**lunch** 519:13 545:15
558:19
**lung** 462:3 463:17,19
467:22 468:25
469:24 474:13 475:2
476:14 495:5 541:14
**lungs** 465:4
**luxury** 635:2

-----

**M**

**M** 480:17,19,21 481:1
583:5,6,11,12,14,15
622:12 643:22 644:1
644:7,8,13,19,23
645:13,17 646:2,17
647:11,25 648:5,17
649:19,21,24 650:12
**M-a-l-a-t-e** 556:2
**M.H** 556:4,5
**machine** 550:16
706:17
**machinery** 660:3
**mad** 675:13
**Magcobar** 600:17,19
600:20 613:18 614:4
614:24 615:25
**maiden** 557:3
**maintain** 497:10
**maintained** 487:17
**major** 553:22
**majority** 489:1,19
491:21 562:12
610:21
**makeup** 619:1,3
**making** 468:11
492:25,25 514:12

524:25 580:25
**Malate** 556:1
**malignancies** 462:15
481:14
**malignant** 440:16
463:1 543:3
**man** 475:15 492:16
581:5 589:14,21
598:5 604:2 676:5
676:15,16 677:24
679:9
**man's** 680:10
**manage** 525:4
**managed** 729:18,20
**management** 448:13
**manager** 566:3
**managing** 729:7
**manhandling** 539:10
**Manila** 555:12,14,22
555:23
**manual** 491:12
**manufacturer** 594:7
715:25
**manufacturing**
672:19
**map** 548:22 549:1,10
559:3 563:6 581:14
591:21,25
**Marak** 480:11
**March** 462:13 481:11
**Marine** 521:11,13
620:21 621:1
**Mariner** 500:17 521:7
521:8,10,11,14,18
521:19 580:13,14,18
581:12 582:2,3,6,8,9
582:10 620:15,15,21
620:21,25 621:2,12
621:13,15,17,18,23
622:1,6,15,21 623:7
623:13,18,21 624:4
624:9,10,22,24
625:15,16 626:3,6
626:11,14,16,18,25
627:5,7,12,15,17,20
627:21
**mariner's** 652:24

maritime 653:5,8
mark 529:1 548:22,23
686:2 692:7 731:19
marked 504:8,24
505:8 515:17 519:21
522:25 525:15
527:19 529:4 532:3
536:2 537:3 541:19
543:16 549:1,15,16
670:19 683:17 686:6
686:8,25 687:13
692:11,18 696:5
701:17 705:9 719:1
719:25
marked-exhibit
683:20
markers 667:19
market 511:5 525:5
547:7,8 608:19
markings 719:14
Maron 445:9
Marrero 561:13
married 454:16,23,23
455:5 557:7 559:7,7
Marvel 445:9
material 496:6,7,11
569:7 615:24 618:16
618:22
materials 495:8 496:3
508:5 573:16 618:6
619:4 672:19
math 598:2
matter 449:19 450:12
451:5 495:22 496:5
500:23 501:9 502:1
503:11 599:16
max 583:4
McDonald's 558:25
McGlone 439:10
444:19 520:7 651:5
652:18,19 654:2
656:16 657:13,21
662:20,22
McKinney 442:23
mean 453:12 466:19
500:10 503:23
506:17 511:23

522:11 532:6 538:22
541:6 549:7,9
550:20 559:2 563:11
563:19 575:11
580:19 593:1 631:24
647:19 649:16
655:17 662:4 676:3
678:11 726:25
meaning 472:23 492:4
511:6,12 534:19
636:9
means 681:16 688:3
meant 448:14
measure 688:24
694:19 707:15
708:14,15 710:3
measurements 484:20
710:4 711:6,17,17
712:23
measures 484:24
729:8
measuring 688:23,23
689:4 712:7
mechanical 528:13
mechanism 531:4
media 733:4
medical 467:22
475:23 478:19 481:4
541:6 542:8 729:2
medication 729:9,18
medications 729:21
meet 557:10 585:24
605:2
meeting 473:25
482:20 676:11
meets 471:12,18
melanoma 462:21
member 653:4
members 611:18
memorable 622:4,5
memories 703:21
memorize 678:11,11
memory 548:14 555:6
620:18 621:23 622:1
667:25 669:11
676:25 677:23
men 589:15,18 598:8

700:7
meningioma 460:25
461:4,9,13,14
mention 478:3 593:9
mentioned 456:14
477:19 484:3,25
511:8 518:7 547:18
550:9,13 552:24,25
558:12 559:6,20,23
560:4,8 567:8,23
568:20 569:10
572:15 577:3 578:3
579:4 589:13 590:24
591:24 593:8 597:1
604:10 609:21 610:6
621:3,21,24 624:9
632:23 648:22 657:3
665:14 671:25
674:14 677:24
699:10 717:22
mentioning 478:1
menu 588:3 603:22
604:10,10 605:9,10
merchant 652:24
mesothelioma 440:16
462:8 468:3,25
469:25 474:16 475:2
495:6 540:18 541:10
542:13 543:3,8
mesotheliomas
542:18
messaging 478:5
met 469:2,17,18,20
472:11,14 479:14
557:12 600:4 661:15
Metairie 443:20
metal 693:25
meter 710:21
methods 513:5
metro 554:18
Mexico 518:9 591:13
591:22 609:4,22,25
619:6 658:15,18,20
663:21 664:1 666:21
666:22
mica 618:15
MICHAEL 444:19

Mickey 654:24 655:8
mid 454:12 511:12,12
524:25 525:10,11
582:19,21 583:19,20
583:20 637:8 674:4
703:12 723:2 727:8
middle 438:2 454:9
579:24 646:8 729:4
Mike 520:7 587:21
652:17,19,22 653:21
654:14,14
Mike's 520:7,8
mike.mcglone@kea...
444:21
Milchem 614:20
618:1
military 566:24 567:1
Miller 444:14,19
445:3
million 541:3
mind 475:7,13 568:17
581:14 620:20 622:9
634:5 677:6 686:14
mindful 514:11,12
mine 505:6,9 558:6
680:9,9
minimum 647:4
ministry 547:20
minus 529:17
minute 464:6 504:11
549:8 670:14
minutes 488:13
569:25 570:7 597:23
607:1,3 619:19
628:15 651:6,22,25
652:7 682:22 733:7
minutes' 586:25
missed 673:17 724:2
missing 459:12
mission 680:2
Mississippi 570:24,25
571:1 572:13,21
592:1,8,13 596:6,12
632:24 636:11,11
642:6,6,7 647:19
misunderstanding
681:9

**Mitch** 590:7
**mix** 616:1
**mixed** 617:2
**mixer** 659:19,22
**mixing** 496:15
**Mobil** 443:12 681:15
  681:19,19
**mobile** 570:3 584:8,17
  599:24 680:21,21,25
  681:4,6,12,16
**mobility** 681:17
**modified** 702:21
**modular** 486:21,21
  487:2,17 488:25
  489:6,13 533:24
**module** 533:25
**modules** 532:24,25
  533:12 613:8 717:4
  717:6
**Moir** 439:16 444:2
  472:9 480:20 497:24
  588:2,7 682:4,9,15
  684:10 685:8,9
  686:1,15,18,23
  687:11,12 692:10,13
  692:22 693:2 696:11
  696:13 701:13,15,19
  701:24 702:7 705:4
  706:2,3 707:9,11,12
  707:21 708:9 709:2
  709:15,21 713:12
  723:19 732:18,23
**Moir's** 451:19
**moment** 526:3 610:15
  624:11 640:4 673:13
  682:7
**momentarily** 515:22
**moments** 473:20
  517:14 518:7
**money** 475:3 559:22
**Montello** 446:1 569:8
**month** 511:15 674:11
  674:17,19,24 675:4
  675:17
**months** 461:15 599:1
**Morgan** 609:16
  636:13

**morning** 447:1,19
  568:20 597:22
  620:19
**mother** 549:23 552:3
**mother's** 547:16
  550:15
**Mountain** 566:8,12
  566:14
**mousehole** 694:6,8
**mouth** 552:11 570:24
  570:24 571:1 636:10
  642:6 660:8 664:18
**movable** 681:13
**move** 451:15 457:4
  492:11 632:4 664:17
**moved** 550:24 551:17
  552:18 553:8 554:11
  555:9,14,15,17
  700:24
**movies** 548:8
**moving** 549:20 551:10
  574:25 577:1
**mud** 484:1,2,3,13,22
  484:22 485:10,16,17
  486:13,17 487:7,12
  487:22 488:1 494:12
  494:19 496:16,18,19
  502:19 539:11
  573:15 594:7,11
  600:1,3,15,20,21
  611:20 612:1,2,18
  612:18 615:6,6,9,10
  616:7,16,19,25
  617:2,8,19,19,19
  619:10,13 624:1,3
  627:22,22 633:15
  635:25 639:14
  641:17,18 643:6,10
  659:19 668:20,21
  669:20 672:21 718:1
  718:1,5,6
**mud-engineering**
  641:13
**mud-logging** 483:23
**mud-mixing** 495:1
**mud-service** 613:20
  614:6,24 617:20

625:21 633:11 639:9
**mud-servicing** 635:23
**muddied** 498:18
**muddy** 538:24
**muds** 642:19
**multiple** 481:14
  630:12 636:21 680:4
  712:5 726:16 728:11
**Murphy** 443:6 501:8
**mute** 624:12 723:19
**muted** 459:24
**MyHealth** 478:6
**myocardial** 457:18
  458:5,18 459:4

——————
**N**
——————

**N** 439:1
**N-a-n-k-i-n-g** 553:18
**name** 447:5,19 456:17
  480:15 516:9 520:7
  521:24,25 522:5
  546:3 551:22,23
  557:4,22 559:2,4
  569:8 576:4,5,10
  585:7,8 589:17,22
  589:23,24 590:2,7,7
  590:11,12 592:18
  593:10 594:7 600:7
  600:8 613:24 620:25
  621:14 627:16
  628:13 633:14
  634:16,19,21,22
  635:22,25 638:21
  639:13 641:12,16
  644:1 645:1 654:14
  654:17,24 661:24
  665:10,24 667:21
  668:21 670:21,23
  671:3,5 672:5 673:9
  676:16 678:1,2,3,13
  715:22 716:3 731:17
**name's** 607:20 652:19
  663:2 664:11
**named** 553:10 569:2
  614:17 681:19
  722:14 735:5
**names** 565:4,9 572:9

572:14,22 575:14,16
  575:20,21 576:16
  583:7 589:17 590:5
  590:21,25 591:22,23
  592:5,21 599:25
  600:14 606:3 613:19
  614:2,14 633:14
  647:13 653:7 654:10
  662:17 665:24
  668:23
**Nanking** 553:17,18,19
  553:21 554:1
**Napolitano** 439:14
  445:8 652:6,10,12
  670:13 673:1,5,8,10
  675:18,20 677:8
  680:12
**narrow** 636:13
**nasty** 704:3
**nation** 467:3
**National** 716:5
**nature** 550:8 554:4
**near** 508:15 550:6
  551:12 552:18
  558:24 559:24
  562:17 563:8 613:5
  636:10
**nearby** 547:24
**necessarily** 570:20
  691:1 717:22
**need** 448:4 471:23
  496:16 529:13,14
  534:2 568:25 585:15
  585:21 587:6,9
  596:1 601:13 604:17
  604:19,22 605:5,16
  605:16,17,18 612:15
  615:13 619:11 651:9
  652:14 656:10
  664:16 672:23 673:2
  703:24
**needed** 491:12 524:15
  616:7 704:14,15
**needle** 712:1
**needs** 531:8 705:16
**negotiated** 467:25
**neighborhood** 548:3

553:14 554:22
555:24 560:23 562:3
562:6 563:12 564:14
565:6 725:5
**neighborhoods** 560:9
560:10,13,19 563:14
**neighbors** 560:16
**neither** 535:19 724:10
**nephrectomy** 470:23
471:8 472:23 473:22
474:6
**Net** 467:12,13,14,21
469:4
**neurological** 461:21
**never** 463:13 465:14
465:14,15 466:8,16
466:17,20 478:6,7
483:1,13,16,19,22
485:21,23 486:2,5,8
486:9,12,16 487:5,9
487:15,21,24 488:3
494:11,11,17,25
495:18 535:17
536:17 541:1 542:19
544:2 556:24 557:1
562:17 566:24 567:1
600:4 601:2 608:10
608:12 615:12
618:12 619:12
626:15 629:6,10
643:9,12 661:11
662:7 667:20
**new** 443:4,10 444:4
444:20 446:4 502:8
515:25 525:1,1
533:21 535:7,8
548:1 557:8,10,12
557:14 559:11,14
560:6 563:7 564:1
589:19,21 593:13
609:12 610:8 674:3
688:2 699:19 730:24
**newer** 514:9
**Newpark** 600:18
613:19 614:4 616:13
**next-numbered** 504:5
**nice** 562:4,10 579:1

598:5,9 676:6
677:25
**Nicholls** 557:15
**Nicolette** 438:23
442:5 447:6 520:11
607:6 651:9 686:9
705:15,21 708:3
735:3,22
**night** 547:7,8 580:19
581:17,19,20,23
622:23
**nine-** 557:7
**ninja** 548:8
**Noble** 593:10,10
**noise** 488:10 707:8
**nomenclature** 625:14
**non-Schlumberger**
659:9,11
**nonmalignant** 460:24
461:19
**nonresponsive** 675:19
718:13
**normal** 473:7,8,11
**normally** 498:16
597:8 604:16 659:12
691:5
**North** 444:9 445:7,7
452:10
**Northern** 551:4
**Norwegian** 630:22
631:2,17 634:16
635:17
**nose** 664:19
**note** 447:11 653:15
**noted** 618:6
**notes** 480:14,21 575:1
**Notice** 442:3
**noticed** 703:5,5
**NOV** 716:4
**November** 452:10,14
**number** 456:18 469:2
497:18,19 502:9
564:25 572:10,16
594:22 596:22,22
610:1,2,2,23 630:7
632:19,21 644:1
667:3,3 678:7,9,10

678:14 686:4,9
693:19 722:3
**numbering** 686:19
**numbers** 470:13
567:16 572:21
**NuStar** 445:1
**nutshells** 618:7
**nyet** 588:21

———————

**O**

**Oak** 561:10
**oath** 448:2
**Obamacare** 467:9,17
**object** 530:10 593:18
615:19 616:21
675:18 728:7 732:8
**objected** 483:7
**objection** 449:4
450:22 455:15
456:25 459:15,20
464:5,7 465:12,22
467:18 470:8,20
474:18,23 477:5
478:23 479:23 480:4
481:15 489:22
491:25 492:19
493:12 495:2 496:20
497:6 498:13 501:3
501:14 507:13 510:1
512:11 513:21
518:12,13 525:8
530:4 534:12 535:4
535:15 537:20 538:7
538:20 539:13
540:20 542:4 544:7
560:24 567:20 574:6
579:2 597:6 598:24
599:9 603:20 608:8
610:20 612:22
614:11,12 616:11,14
617:4,12,17 618:2
618:17,23 619:8
626:21 627:2 629:17
629:24 642:24
643:17 657:11,15
669:14 675:1 677:4
705:1 717:18 718:12

728:14,23 729:11,12
729:19 730:2
**obscured** 654:24
**observation** 448:25
721:15
**obstruct** 530:22
**obstruction** 530:21
**obviously** 448:17
449:13 455:24
459:18 466:8,10
474:3 475:8 483:10
484:13 489:6 510:3
511:24 514:24
523:20 540:25
569:21 593:5 598:14
600:19 603:22 604:6
612:20 622:4 623:3
700:5 701:24 702:14
704:18 718:3
**occasion** 662:2 665:19
**occupation** 556:20
565:16,17
**occur** 448:25
**occurred** 589:3 619:5
669:12
**occurring** 541:7
**occurs** 493:10
**Ocean** 665:16
**October** 457:11 578:7
**ODECO** 665:15,15,16
665:20,23 666:1,15
666:17,18,24 667:12
667:15,20,25 668:3
668:5,10,17,19,21
668:23 669:5,11,13
669:21 670:5
**ODP** 574:15,19
676:11
**offer** 471:20
**offered** 476:15
**offhand** 495:12
644:15 663:8
**office** 564:24 567:18
568:2 597:3 598:19
599:4 608:21
**offshore** 440:7 466:17
466:20 486:21,22

487:2,17 488:25
489:7,14,16 490:3
491:12 494:3,18,23
497:2,12,15 498:1,7
499:16,25 500:5,22
500:25 501:7,12
502:3 508:3 510:11
511:4 512:25 519:4
520:1 521:6 525:5
527:3 529:24 544:3
567:10,23 568:2,9
568:12 569:12 579:5
591:12 599:4 609:1
609:1,24 611:5
623:7 650:19 659:22
666:4,5 722:8
731:16
**oh** 504:15 507:4,8
520:2 555:13 558:3
559:9,13 587:9
588:9 607:25 608:23
609:16 610:3 662:19
670:20 676:2 695:2
700:5 704:22 708:19
719:8
**oil** 443:13 444:12
445:1 493:2 500:10
500:18,18 511:12
533:3 534:14 570:17
579:9 595:12 604:11
605:11,17 608:19
616:18 627:7 630:5
663:3,6,8,10,14,17
663:25 666:6 668:16
675:5,11,12 676:13
681:15 703:21 712:2
720:22 724:9
**oil-based** 624:4
**oilfield** 446:12 452:23
483:12,14,16,19,22
485:24 486:13,17
496:25 500:9,10
501:1 503:5 567:4
626:12,25 728:6,12
**oilfields** 569:19
**Oilwell** 715:23,25
716:5

**OJT** 491:3
**okay** 447:25 448:4,6
449:8,17 451:15
452:9,16 453:7
454:11 455:2 456:3
456:10,14,20 457:3
458:3,3,23 459:1,14
459:22 460:11,16
462:1,11 463:8,9
464:7,8 467:13
468:2,21 469:5,14
470:5,16 471:5,9,22
472:15,25 473:13,18
474:11 475:12 476:2
476:17,24 477:9,13
477:16 478:7 479:18
480:1,8,13,24
481:19 482:2 485:16
485:21 488:14
489:10 490:17,25
491:18 493:5,9,16
494:1,7 495:20
496:5,17 499:2,8
502:24 503:8,18,25
504:7,25 505:12,25
506:6,10 507:3,10
508:9,11,24 509:9
512:4,20 513:14
514:1,11,20 515:8
515:25 516:1,2,20
517:4,10,18,22
518:25 519:5,17
520:19 521:20
522:10,21 523:12,17
523:21,25 524:11,17
525:3,11 526:1,12
526:16,19 527:24
528:5,18,21,22
529:8,20 530:10
531:9,16 532:9,19
533:13 534:5,8,15
535:12 536:1,7,13
536:20,25 537:16
538:3,16 539:4,21
540:1,6,8,14 541:13
541:15 542:21
543:11,21 544:1,13

545:2,8,12 546:4,6
546:15 548:15 549:2
549:24 550:5,23
551:2,7,21,25 552:2
552:7 553:2,7,12
554:2,6,15,22
555:17,20 556:8,16
556:25 557:3,6,10
557:13 558:3,10,21
559:5,9,10,15,23
560:4,8,18,21 561:3
561:15,18,19 562:14
562:20,25 564:15
565:4,13 566:7,10
566:16,21,24 567:2
567:7,15 568:5,16
568:18,25 569:10,16
570:5 571:2,12,16
571:21 572:3,17,24
573:6,7,10,14,19,23
574:2,4,10,17,22
575:4,9 576:1,6,13
576:14 577:1,11,17
577:23 578:6,11,16
578:21,24 580:2,8
580:13,16 581:20,24
582:2,10,13,19,24
583:2,5,13,18,21,24
584:3,6,8,13,15,21
584:23 586:1,7,12
586:13,15 587:4,9
587:20,25 588:9,15
588:17 589:1,10,11
590:18 591:10
592:11,20 594:1
595:8,14 596:13,24
598:17 603:4 604:22
605:22 606:9,11,23
607:4,7 609:7 612:5
614:5,17 618:15
619:20,22 620:3,5
620:13,23 621:13,19
622:16 623:3,6,15
624:8 625:10,13,18
626:9 627:10 628:13
628:16 629:4,10,14
629:20 630:6 631:1

631:9,19 632:10,25
633:8,11,17,20
634:5,8,19 635:3,7
635:22 636:15,18
637:4,10,15 638:3,5
638:11,21 639:5,9
639:13,16 640:3,12
640:21 641:2,12,16
642:11,15,17 643:5
643:13,21 644:12
645:2,11,16 646:15
646:25 647:10 648:4
648:11,16,20,24
649:3,8,23 650:11
650:11,17,23 651:7
651:11,23 652:4,23
653:19 654:19,21
656:8,9,14 660:11
660:15 663:9,24
664:4 665:8 666:14
667:7 668:4,13
669:20 670:16,20,21
671:1,12,16,19
672:2,8,14,23 673:1
673:4 676:4 677:1
681:1,8,20 682:7,20
682:25 683:6,22
685:16 687:11,19
688:3 689:7 690:3
690:19 691:21 692:3
692:10,22 693:1,3
693:10,19 694:9,9
695:11,20,25 696:10
696:14,24 697:1,8
697:13 698:5 699:1
699:22 700:4,16,21
701:11 702:6,10
703:12 704:17,23
705:4,14 706:21
707:2,11 708:16,19
708:24 709:25 711:1
711:14 712:10,20
713:12,25 715:15
716:9,19 717:11
718:18 719:8 720:7
720:13,21,25 721:3
721:14,24,25 722:7

Exhibit 8
Page 323 of 347

722:16,19 723:3,10
724:1,12,18 725:12
725:21 726:8 728:2
728:4 731:9 732:25
**old** 510:10 512:17
513:3 522:9,11,11
522:13 525:1 533:23
535:9 548:3 562:5
722:10
**older** 514:6 590:1
**on-the-job** 491:3
**once** 478:4 482:18
488:25 489:16 491:9
491:22 492:1 493:19
574:15 580:15
581:22 582:4 584:19
597:24 601:12
624:17,24 631:4
637:22 658:4 668:6
676:14 701:3 711:6
**oncologist** 474:4
481:4
**oncologists** 471:2
**one's** 480:16 526:4
**ones** 519:15 610:7
644:17 648:18
657:17
**onset** 479:13
**onshore** 591:15
**onwards** 577:15 674:5
715:6
**oOo---** 442:13
**open** 455:25 492:5
495:25 588:12
653:25 661:6,7
705:13 708:17
714:12 720:9 721:22
**open-hole** 609:14
610:12
**open-skull** 461:7
**opening** 456:15
509:15
**opens** 711:24
**operate** 490:3 501:13
601:17 673:23
725:25
**operated** 502:13

630:4,4,10,11,22
631:7
**operating** 489:9
490:14 513:5 538:25
601:22 602:7 609:21
614:10 679:5
**operation** 491:22
493:20 533:22
536:19
**operations** 446:12
496:25 497:4 501:2
591:18 592:24 603:9
627:13 663:17
679:21 689:12
**operator** 440:23
441:5 497:1 538:18
538:19 570:11,12
573:12 623:24 625:8
625:19 627:6 629:1
629:8,16 630:8
632:1 645:6,10
646:18,18 662:4
663:7 666:6 675:23
675:25 676:20
678:17 679:19
688:20,21 689:10
695:3 706:23 715:9
715:17 720:1,3
**operator's** 676:16
**operators** 440:13,21
490:21,24,25 491:6
491:11,20 500:9,10
501:2 537:18 539:8
539:16 575:19,23
649:18 654:8,11
656:13 668:18 679:6
680:5 685:19 687:21
693:4,9,11 697:11
704:10 706:7 722:1
**opinion** 459:10
476:16 655:23
675:10
**opinions** 471:20 472:5
**opportunity** 470:12
483:8 519:9
**opposed** 610:19
724:16 727:10

**opposite** 558:24
**optical** 722:7
**options** 656:13
**Oracle** 565:24 566:1
**oral** 729:21
**orange** 533:8 697:20
698:22
**order** 504:3 686:3,5
**ordered** 468:16
679:11
**ordering** 486:20
**ordinarily** 491:9
**organization** 467:14
**orient** 505:19
**original** 460:18
501:17 542:11
563:25 647:22
**originally** 563:5
**originating** 451:8
**Orleans** 443:4,10
444:4,20 446:4
557:9,10,12,14
559:11,14 560:6
589:20,21 609:12
674:4 730:24
**OSU** 527:3
**OSU-A** 722:9
**OSU-C** 722:18
**OSU-F** 527:4 722:18
**Ottinger|Hebert**
445:15,20
**out-of-pocket** 468:24
470:2,6
**out-of-pocket-expe...**
469:3
**outcome** 729:25
**outside** 488:10 493:23
493:25 494:1,5
551:20 581:14
624:18 659:4
**overall** 468:20
**overalls** 730:22
**overseas** 564:17
**overwhelming** 489:1
489:19
**owned** 502:13 625:16
630:4 632:1 639:1,8

641:10 680:24
681:14 716:8 731:21
**owner** 557:19 585:8
593:1 623:20 663:6
**owner/operator** 574:4
664:1
**owning** 510:15
**owns** 680:22 681:19

---

**P**

**P** 561:25
**P-A-D-I** 716:10
**P-i** 556:6
**p.m** 545:22,24,24
546:1 607:14,16,16
607:18 685:3,5,5,7
708:6,6,8 709:16,18
709:18,20 733:3,9
**P.O** 445:10
**Pacific** 591:15 639:1,3
641:7,10
**PADI** 716:9
**PADI-certified** 703:7
715:1
**page** 439:3,21 644:5
734:8
**pages** 438:19 542:10
**paid** 467:21,25 468:7
**painful** 550:19
**painted** 523:15
530:15
**pairs** 731:2
**pallets** 613:8
**Palo** 566:13
**pan** 456:10,11
**pandemic** 481:21
482:3
**panel** 528:7,13,17
532:20 533:24
**panels** 440:10 532:7
532:20,21 533:23
534:1 613:8 702:16
722:10
**paper** 520:8 548:10
**paragraph** 501:18
502:9
**paralegal** 683:10

pardon 488:7 609:17
parentheses 644:7
parents 448:11 459:5
  510:14 549:16 553:4
  554:8
parish 438:10 556:1
Parkway 557:17,23
  558:21,22
part 461:18,18,18
  471:6 472:10,20
  495:23 509:16 547:4
  553:15 577:14 650:4
  671:22 680:1 702:17
  703:18 716:4
partially 711:19
participants 447:8
  628:22
particles 496:3
particular 471:13
  594:12 656:20,21
  715:7 718:10
particularly 578:24
particulate 495:22
parties 442:12 447:12
  488:19 502:7,8
  520:24 545:23
  607:15 679:20 685:4
  687:7 708:5 709:17
parts 550:15 705:3
pass 545:13 586:16
  606:16 713:14
  718:16 727:20
passage 718:16
passed 552:1
passing 547:17 579:22
passport 466:25 467:2
patch 731:2,10,16
pathology 465:15,19
  540:22 541:12
patient 541:4
patients 464:15
  471:21
Patrick 443:14,19
  680:15,17 683:2,4
patrick@thetrialte...
  443:21
Paul 442:17

pause 464:6 624:13
  673:13
paved 562:10
pavement 560:15
pay 468:20 469:6
  511:14 726:17
paycheck 601:7
payment 468:19
  469:12
PC 443:9
peanut 495:9,14
  618:7
pedestal 646:5,13
pellet 615:16
pellets 659:25
penetration 518:9
  525:5
Pennsylvania 654:16
Penrod 440:19 502:14
  502:15,15,25 503:2
  503:10,11,15 507:21
  508:7 510:20,24
  512:2,14,16 513:23
  515:4 517:15,23,25
  543:12 544:2 571:7
  571:13,22 572:5
  573:19,20,22,24
  593:6 657:2,6,7,9,22
  657:25 661:25
  662:10,13,17,18
Penrods 657:17
people 467:15 541:3
  547:7 563:12,17
  587:18 590:12
  651:16,19 659:4,9
  675:9,12 682:3
  696:3 713:21 727:5
people's 606:2
percent 493:24,25
  511:5 518:8,9 525:4
  567:9,11,12,18,24
  568:1,7,8,11,12,13
  597:2,2 599:8,18
  610:25 612:10 674:7
  674:8
percentage 493:17,22
  612:5

percentages 674:7
perfect 475:15 527:15
  681:8,20
perform 490:2 491:12
  605:21 610:17
performed 485:23
  486:2,5,8,9,12,16
  491:13 603:23
  679:17
performing 489:17
  592:23 603:9 611:22
period 454:6 494:15
  518:17 558:22
  577:12 584:13 609:9
  642:19 719:22
permitted 481:20
  601:16
person 475:11 476:13
  478:16 485:18 490:2
  490:11 491:4 532:16
  533:2,7 539:1
  586:17 595:12
  654:14,23 659:11
  676:8,8 690:10
  721:10
person's 599:15
personal 448:24,24
  449:10,13,19,22
  450:1,6,12,14,18,25
  451:5,7,11 466:4
  500:24 501:9 568:21
  569:1 602:18,21
  619:2 663:16,24
personally 466:9
  497:4 589:4
personnel 508:5
  608:14 668:24
perspective 666:2
  698:6
PET 465:2
Peter 444:2 472:9
  497:24 499:4 588:11
  682:22 683:6 684:5
  685:9 687:10 706:1
peter.moir@forma...
  444:5
petition 501:17 502:6

502:6,10
petrophysicists
  590:17
phase 575:5
PHI 570:11
Philippines 448:7
  555:14,20
Phillips 442:20
  447:21 500:20
phone 443:14 548:24
  628:22
phonetic 477:10 481:3
  575:25 588:25
photograph 439:22
  440:7,9,13,19,20,24
  441:3,4 498:17
  503:19 505:13 506:5
  507:20 514:15,16
  515:25 517:17
  518:13 548:14
  653:15,24 654:3,6
  655:24 657:4 682:6
  683:11 687:5,14,18
  687:20 688:21 690:4
  690:14 692:19
  693:15 695:21 696:2
  696:16,18 697:2
  700:23 702:9 703:15
  707:6 708:11 709:8
  709:24 710:8 711:14
  714:5,9 716:11,12
  716:24 719:1,4,17
  721:1 722:21,25
  723:6
photographed 715:13
photographic 439:24
  515:22
photographs 497:22
  497:25 498:10,25
  499:4 508:3 517:22
  517:25 518:2,20
  519:2,6,14,16 662:9
  662:11,13 683:13
  685:13,14 686:3
  692:15 705:5,22,23
  713:13 714:3
photos 547:14 684:3,6

Exhibit 8
Page 325 of 347

**physical** 482:20
484:20 485:4 619:11
711:11
**physically** 475:7
483:8 503:16 712:15
**physician** 477:23
479:7,8 480:2
**physicians** 464:18,22
465:6 475:25 476:8
476:9 477:1,2
540:17
**pick** 604:12 699:2,23
699:24
**picked** 675:10 697:3
**picture** 510:2 511:16
518:16 532:5 537:21
538:8 539:14 544:10
689:12 690:15
691:15,22,25 693:3
693:5 697:25 698:16
700:6,10,23 702:23
702:25 704:24
706:12 707:4 713:8
714:12,13 715:13
718:20 719:13 721:8
723:22
**picture's** 700:2
**pictures** 498:22 684:3
684:5 699:20 723:22
**piece** 521:9 655:1
712:17,17
**Pilar** 556:5
**pile** 579:17
**piled** 579:14
**pillar** 646:4,5
**pilot** 508:3 513:18
**pin** 587:6 675:3
**Pinhook** 444:14
445:15,21
**pipe** 508:25 509:1,3,5
509:7 514:17,18
517:20 545:4,7
579:13 603:13 632:3
641:3 646:5,9,10
657:5 690:24 691:2
691:5,21 695:4,11
700:9,11,15,18

701:7 703:21,22,24
704:1,3,15
**Pipeline** 445:1
**pipes** 441:5 509:4
545:3 579:14 611:16
629:21 698:13
706:14
**Pipkin** 446:8
**pitch** 560:17 585:23
**Pittsburgh** 654:15,15
654:22
**place** 447:12 461:20
500:24 501:10 534:7
547:18 548:1 551:11
552:13 561:22
669:17 722:25 735:6
735:9,15
**placed** 460:10 514:21
659:19 694:4
**places** 563:20 569:11
665:14
**plain** 465:1
**plaintiff** 438:5,13
440:22 441:3,4
442:15 519:11
**plaintiff's** 502:9
**Plaisance** 575:24
**plan** 651:12 700:3
**plane** 570:16
**plants** 550:7 552:8
554:4
**plaque** 458:21 460:5
464:2
**plastic** 710:18
**platform** 580:3,7
666:10
**platforms** 599:22
**played** 626:25
**Plaza** 589:20,20
**please** 447:11 542:24
543:15 587:7 668:14
685:23 686:17
**pleural** 440:16 462:8
468:3,25 469:25
474:16 495:6 542:12
543:3
**plot** 484:13,21

**plug** 618:11 717:6,9
**plugged** 717:7
**plus** 529:17
**pocket** 468:12 469:7
**point** 470:11 513:24
548:18 565:17
589:13 611:17
663:21 688:6 716:13
**points** 457:3
**policy** 468:7,11,11,17
469:4 642:18,21
643:14
**pop** 524:9 676:22
**popped** 537:13
**Poppy** 576:21
**pops** 677:5
**porosity** 605:18
**port** 552:12
**portable** 621:5
**portion** 544:18 675:19
**ports** 569:11,17
**position** 648:11 655:4
655:8
**positioned** 531:8
657:2,7
**positioning** 537:22
**positive** 658:3 676:1
676:18 716:5
**possibility** 455:20
456:20
**possible** 473:11 474:8
492:18 496:10,12,15
500:4 521:11 523:22
535:1,6 546:12
595:4 726:17
**possibly** 440:8 456:14
714:24 723:7
**Post-it** 506:18
**postponed** 482:18
**potential** 562:13
563:14 585:15
**potentially** 729:25
730:5
**pounds** 534:1,1
655:17 689:22 690:2
**pour** 487:25 496:1
660:23

**pouring** 615:14
**power** 452:5,10 585:4
585:6,9,15,17,17,22
586:1,3,6
**powerful** 535:8
**Poydras** 443:3 444:20
446:3
**praying** 627:25
**pre-'84** 594:25
**precise** 485:1 631:11
**precision** 485:5
**predecessor** 502:14
**predicate** 448:15
**predicted** 580:25
**prediction** 440:17
542:13,24 543:4
**predominantly**
526:23 527:6
**preempted** 466:15
**prefer** 611:8
**preferred** 611:6
**prepared** 497:15
653:17
**preparing** 540:11
543:19
**prescribed** 474:4
496:18
**present** 446:18 456:23
481:20 612:8 663:11
729:25
**pressure** 539:12
694:19 707:15
708:13,15 710:2,4
710:11,12,24 711:17
712:23 713:4
**presumably** 700:22
**pretty** 467:25 484:10
526:11 621:2 644:24
645:4 716:15 727:12
**previewed** 708:25
**previous** 517:17 581:5
608:1
**previously** 447:16
567:17
**price** 675:6 679:8,12
**pricing** 679:13,13
**primarily** 608:18

**primary** 463:17
    477:23 479:7 480:2
    496:13
**printed** 542:9
**prints** 493:1
**prior** 608:3 625:6
    637:11
**privileged** 534:17
**privy** 679:23
**probably** 453:12
    482:18 484:12 498:4
    511:10,13 556:6,13
    574:18 577:25
    580:15 582:25 583:4
    584:19 595:4,7,18
    609:2 610:9,25
    619:19 623:9 630:4
    630:13 633:3,24
    639:25 640:11 642:1
    644:16 645:22 648:3
    655:19,23 658:3,16
    660:3,4,24,25
    667:14 690:15,16
    696:22 702:11 704:2
    712:18 718:7 724:20
    724:21
**probe** 711:25
**probes** 712:23
**problem** 683:5
**proceedings** 624:13
    735:15,16
**process** 710:7
**produced** 442:8
    661:16 684:4,6
    685:25 686:8 721:21
**product** 451:12
    487:22,25 488:4
    493:1,13 497:5
    569:2,5 594:7
**Production** 443:7
**products** 445:7 487:1
    487:6,12,16 494:19
    499:24 501:20
    608:13 642:18
**program** 553:1
**progress** 726:25
**prohibited** 643:15

**project** 727:6
**projects** 585:12,14
**promoting** 535:7
**pronounce** 535:20
    576:21 588:24
    634:23
**proper** 560:9,10
**properties** 484:20
    619:11
**property** 711:12
**proportionate** 490:9
**proprietary** 497:18
**props** 486:20
**propulsion** 681:18
**protected** 661:13
**protective** 602:18,22
**protocol** 482:7,16
**protruding** 510:16
**prove** 676:23
**provide** 498:25
    519:12 548:24 605:7
    605:14 677:2 678:20
    678:24 699:12 711:1
    711:2
**provided** 519:16
    604:11 609:20
    613:20 687:9
**provider** 617:20,20
**provides** 603:3
**province** 547:1
**proximity** 502:18
**publication** 542:7,10
**publications** 542:16
    543:7
**published** 585:11
**Pugh** 446:3
**pull** 492:10 504:1
    522:19 525:13,14
    543:14 659:15
    685:22 689:10
    692:23
**pulled** 538:17 539:7
    687:15 701:20
    712:11,12,24
**pulley-looking** 696:16
**pulling** 492:1 615:15
    689:22,25

**pun** 513:12
**pure** 495:15
**purposes** 498:24
**pursuant** 442:3,9
**pursue** 455:25
**pursuing** 473:22
**put** 460:17 478:21
    484:21 495:8 534:2
    539:23 548:23
    569:11,12 586:4,6
    587:4 588:22 598:5
    600:9 603:24 616:17
    618:10,13 655:4,9
    660:8 683:15,17
    700:17 701:22
    703:25 704:11 729:9
**putting** 611:19 685:20
    703:22 704:19

―――――――
**Q**
―――――――

**qualified** 510:22
    512:21 514:8 534:21
**qualify** 534:18
**quality** 566:3,5
**quarters** 514:22,24
    579:12,19
**question** 448:22
    459:20 464:13
    466:15 476:4 500:23
    510:3 512:1 535:16
    569:23 589:16
    592:11,21 624:21
    655:15 672:14
    695:13 717:19 724:6
    726:9 729:14
**questioned** 478:2
    521:22
**questioning** 477:3
**questions** 448:8
    451:18,19 463:3
    472:9 483:9 519:9
    540:15 545:10 546:7
    556:17,18 568:19
    571:4 585:2 586:14
    587:1 589:9 591:4,9
    596:25 606:19 608:3
    613:18 626:12

628:15,19,21 649:3
    651:17 652:2,3
    654:1 664:5 665:11
    668:13 670:8 671:2
    671:25 672:3 673:10
    680:14,16 681:21
    682:6,14,17,19
    685:13,19 694:10
    696:14 713:13,16,19
    713:23 725:7 727:23
    728:1 732:10
**quick** 546:11 549:12
    713:20 724:2
**quickly** 488:9 625:15
    696:1
**quite** 521:23 524:9
    583:16 621:11 624:6
    624:7 632:22 689:25
    715:4
**quote** 620:17
**quote/unquote** 725:10

―――――――
**R**
―――――――

**R** 443:19
**rack** 509:1,3 514:17
    517:20 526:10 534:2
    545:7 632:3 646:6,9
    646:10 657:5 690:24
    691:2,6,21 700:15
    700:18 701:7
**radiation** 461:5,15
    476:12,13
**radical** 472:23 473:22
**radio** 621:6 623:1,8
**railing** 698:9
**rails** 581:16
**rain** 661:10
**rains** 661:9
**ramp** 509:9,12 691:7
**ran** 688:16 702:18
**ranch** 562:9
**range** 723:1 724:19
    726:1
**Rape** 553:19
**rare** 540:23
**rated** 703:6
**rathole** 694:7

rcrump@maronma...
445:11
re-mark 705:8
re-marked 519:22
re-signed 708:4
reach 469:14 612:12
730:25
reached 469:10
read 449:13 463:24
465:14 542:14,16,24
542:25 604:20
605:17 662:2 694:19
698:21 710:11 734:4
ready 538:4 612:14
613:11 620:10,11
702:8
real 448:25 533:10
551:22 562:4 579:16
709:14
really 448:22 460:12
485:11 498:11 499:5
589:12 599:16 600:4
606:13 618:13 649:5
653:18 667:25
669:10 705:16
726:19 729:4
reason 476:7 494:17
494:25 521:14 575:8
582:7 600:16 601:19
634:24 643:13
650:21 652:15 677:5
679:18,22 683:9
708:12 717:11 726:4
reasonable 528:7
536:10
reasonably 523:7
526:7
reasons 562:7
recall 458:11 459:8
502:24 503:2,13
551:16 561:1,3
571:24 572:14,23
574:22 575:10,21
580:2,10 589:17
590:4,14,20,21,23
600:13 609:18 614:5
614:17,20 623:15,21

626:2,5 631:24
639:2 642:4 644:10
657:3 658:2 663:5,8
663:9 671:5,8,9,11
671:12,16 672:8,11
673:18,20 678:3
689:11 697:22 717:3
717:4
recalled 502:12,16
515:10 653:16 687:6
receive 467:15 602:12
602:15,18 629:14
received 602:9 629:6
629:10 692:6
receiving 486:25
recirculate 612:19
recognize 467:16
507:19 508:7 523:23
540:1,5 671:3 672:5
719:3,12 720:4,4
Recognizing 449:18
recollection 478:9
503:19 551:10 572:8
624:23 625:4 626:7
626:18 632:13
640:18 646:1 660:9
669:4 677:13 726:11
recommend 477:16
479:12,13 480:19
481:7
recommendation
470:25 472:13,19,22
473:21 478:11
recommendations
481:11
recommended 471:4
476:10,20
recondition 612:19
record 447:2,13
453:25 488:17,19,22
498:24 519:19,23
520:20,21,22,24
521:2 545:18,20,21
545:23 546:1 596:16
596:20 607:13,15,17
642:9 684:24 685:2
685:4,7,25 686:2

687:2,5 702:5
707:25 708:1,3,5
709:17,20 720:8
732:23,24 733:2,6
recorded 447:7
676:24
recording 447:11
records 475:24
478:20 502:2 559:16
596:23
recounting 599:2
recruit 564:24
rectangular 690:6
red 554:12 690:11
redeveloped 548:1
redirect 483:12
651:21
reduced 610:1
Reese 442:22 443:3
446:18
refer 479:15 489:3
659:10 667:19
reference 667:4
referencing 667:22
referral 480:6,9
481:13,24
referred 461:7 478:24
485:11 660:19
referring 495:20
613:3 656:24 681:13
refresh 478:8 503:19
504:18 522:1 524:13
692:18
refreshed 524:15
refreshing 524:16
720:12,12
refurbished 699:19
regard 624:8 627:20
666:1,14
regarding 489:25
619:3 675:22
regards 471:2 479:1
730:13
register 463:24
regular 585:17 637:13
637:18 638:12,24
639:10,23,24 640:8

640:17 648:14
715:10,10,11 717:23
727:13
regularly 576:2
regulars 576:7
reinstall 688:1
reinstalling 690:20,21
related 493:13 499:1
569:22 570:20 671:7
718:7
relation 669:7
relationship 680:8
relative 468:24
relatives 566:21
relayed 730:3
relevant 498:4,10
relief 474:2
relocate 565:12
remain 461:19
remarks 495:13
remediate 496:16,18
615:5 616:7
remedy 496:19
remember 462:18
466:10 469:19
477:25 478:1,9,12
481:16 503:10,16
515:3,6,11 516:6,7,9
516:10 521:15,19
548:23 550:10,12,13
550:19,21 551:9
559:1,3 560:1,3,9,12
563:4,5,8 564:8,15
564:20 565:4,7,8
569:9 570:12 572:7
572:12,20 573:20
574:8 575:7,14
576:3,5 577:6 578:1
580:4,5,14,16
581:24 582:2,5,8,16
582:17 583:7,11,15
583:18 584:3,4,21
588:20 589:24,25
590:7,12,25 592:18
599:25 600:22,24
606:5 613:19 614:3
614:4,8 621:17

622:6,14 623:10,12
623:14 624:25
625:10 627:3,5
630:9,10,21 632:3,6
632:8,18,21,25
633:2,6,10,16
634:13,21,24,24
635:6,18 636:15,17
636:23 637:7 639:12
639:16 640:1,9,20
643:25 644:18,21,22
644:22 645:1,9
646:22 647:13
648:19 650:22
655:17 656:1 657:8
657:9 661:8,18
663:12 665:22,23
666:16 667:21 668:2
668:9 676:5,6,13,14
677:25 678:1,2,14
679:1 699:5 703:11
714:12 715:9,12
717:8 721:15 724:9
725:9,10 726:5,19
726:20,21 728:18
**remembered** 442:3
614:21
**remembering** 636:24
**reminded** 676:11
**remmett@bakerdo...**
443:11
**remotely** 447:9
**removal** 473:15
**remove** 461:10 472:20
699:25
**renal-cell** 462:13
468:6 469:1 470:1
470:23 474:22 475:2
481:6 495:7
**rename** 692:9 702:5
**renamed** 696:9
**rent** 511:14
**renumber** 506:2
**repeat** 451:2 453:22
454:4,11 463:7
594:18,20 660:17
715:18 717:15

**repeatedly** 502:12
699:13
**rephrase** 546:8
**replace** 525:4 655:6
697:23 698:3 699:17
699:19
**replaced** 479:9 527:5
527:7 699:8
**report** 485:1 532:11
585:11,12,19 735:14
**reporter** 442:7 447:6
447:25 453:23 505:9
520:13,19 522:21,24
531:22 607:8 615:21
664:17 686:11,13,20
686:24 705:11
707:10,17,23 709:5
732:11,15,25 735:10
**REPORTER'S** 735:1
**represent** 447:21
508:1 516:1 532:10
544:1 607:23 626:9
652:9,19 670:24
**represented** 517:14
676:7
**representing** 663:3
682:25
**reproduce** 565:1
**Republic** 467:4
**requested** 589:16
735:17
**requests** 600:10,11
615:21
**required** 717:9
**requires** 468:12
**resection** 461:4,11
**residential** 556:9,11
**residing** 448:11
**residual** 461:13,14
**resisted** 511:13
**respect** 448:6 517:12
526:12 594:5 599:21
**respell** 576:10
**response** 451:18,19
477:3 568:19 613:17
644:4
**responses** 631:10

**responsibility** 486:19
486:25
**responsible** 643:9
671:20 672:16
**responsiveness**
593:19 612:22
615:19 616:22
**rest** 630:23 632:7
**result** 462:4,14
474:12,16,21,21
653:11
**resulted** 458:17 460:6
**resume** 695:9
**reswear** 448:4
**retained** 733:4
**retired** 455:14,19
477:24
**retirement** 478:10
479:9
**retiring** 478:5
**retrieved** 538:17
710:14,23 718:4
**retrieving** 440:14
537:19
**return** 456:6,21
**returning** 598:4
**revenue** 679:16
**reverse** 591:8
**review** 519:1 546:19
735:17
**reviewed** 679:4,19
**reviewing** 475:23
729:2
**RFE** 595:11
**RFP** 717:1
**RFT** 451:3 453:21
454:4,8,12,25 455:6
637:1,3,6,12,19,24
638:3,4 640:2,13,22
641:7,14,20,23
648:15 694:11,13,14
707:4,5,13 708:12
710:4 711:15,19,23
711:24 712:11,14,15
712:19,21,24 713:9
715:5 717:1,10
718:3 721:5 727:10

727:12
**RFTs** 715:6 717:5
**rggreen@ohllc.com**
445:17,22
**rice** 550:10
**rid** 699:4
**ride** 570:1 581:12
597:17,21
**rides** 610:22,22 611:3
**riding** 581:18 621:10
**rig** 440:19,24 492:17
492:22 493:19 494:2
495:13 502:17
503:17 509:13,15,16
509:24 511:6 512:14
512:14 514:15,18
516:6 517:20 518:22
519:3,8 521:17,23
522:9,12 531:10,13
543:23 544:17,20,25
545:3 571:8,17,23
573:7,15,17 574:5
574:13 577:7,18,24
578:25 579:1,3
580:23 581:4,5,25
584:1,10 592:15,25
593:3,5,15,23 594:2
595:24 596:3 597:23
597:25 599:16
601:12 603:1,2,10
606:1 609:1 612:9
613:1 617:2 618:9
623:20,24 625:2
627:4 630:9,15,18
630:20 631:6,8,14
631:21,22,25 632:2
632:4,5,8,14,17
633:1,9,18,21,22
634:11,13,17,20
635:1,11,17 636:1,4
636:16,20 639:14,18
640:24 644:1 645:15
645:20 650:10
655:25 656:17,19,20
656:22,22 663:6,10
665:20 666:2,12,13
666:24 667:12,15,21

668:3,5,8,10,21
669:5,11,13,17
670:5 674:25 675:23
678:12 680:23 681:4
681:6,14 691:4
699:6,12 700:16
719:13 720:6 725:4
**rig's** 627:16 645:1
**rig-assigned** 592:15
**rig-based** 598:21
**right** 452:6,18,22,23
453:15 455:8 457:8
457:10,17,24 458:1
458:8,12,15 459:1
462:7,17,19 463:25
464:21 465:18,21,25
466:3 467:7,21
468:14 469:8,9
472:12,24,25 473:4
473:9,15 475:18,22
475:23 476:16
477:20 479:10,11
480:11 483:11,15,18
483:24,25 485:23
486:11,12 487:14,15
487:23 488:16
489:12 491:1,15
492:14 494:22
496:24 497:9,14
498:21 500:11,16
501:25 502:5,22
503:13 504:21 505:3
506:18 508:17
509:22 513:8 514:8
515:14 516:13,18
518:5,18 529:19
530:25 532:24
534:22,24 536:14
537:7 545:11 549:6
549:11,25 552:17
553:2,12 554:11,13
555:13,22 559:12,24
560:6,7 561:21
562:25 563:22 565:2
565:13 566:16,25
567:13,19 568:9,14
568:23 569:3,4,8,10

571:9 572:23 573:4
573:19 574:10,18,25
575:6,22 576:20,22
576:23,25 580:3,13
582:15,25 583:8
584:17,25 586:14
587:2,19,23 588:12
588:22 589:1,24
591:2,16 592:4
598:13 599:5 601:6
601:25 602:11 605:8
606:8 610:9 611:20
613:2,23 614:3
620:9 621:9,19
627:18 628:6 629:18
631:5 634:15 635:14
636:19 637:9 639:21
640:12,15,16 642:16
643:21 644:15,18
645:8 647:15 648:20
649:9,12 650:24
652:16 653:1,20
654:3 655:1 659:7
659:11,12,25 660:12
662:20 663:8 664:15
665:1,19,25 666:20
666:23 667:6,11,16
667:24 668:9 669:1
669:8,10 670:4,7,9
673:5,6,13 678:16
681:4 682:18 684:11
686:19 687:14
688:13 689:16
690:18 692:8 693:24
694:1 695:3,16
696:18,24 698:6,16
700:13,20,22,22,24
701:13 702:20
704:21 705:19 706:5
706:5,6,8,14,19,24
706:24 707:16 712:6
713:3,9,11,22 714:6
715:20,23 716:21
717:9 719:11 721:19
722:3,5,11,13
727:25 730:10 731:7
732:9,16

**rigs** 508:4 511:4,8,18
513:1 515:12 517:25
519:6 569:18,22
571:4,10 575:9,11
578:15 579:5 583:6
583:12,14,15 585:1
593:9,12,14,16,23
599:24 609:1,5,20
610:16 613:21 615:1
617:20 619:6 620:14
627:20 630:3,13
632:7 634:9 643:11
644:9,13 647:14,25
650:13 657:22,24,25
658:8 662:12,14,17
665:18,23,24,25
666:17 668:17,19,24
668:25 669:2,21
674:12,15,19 677:14
680:20 681:11,11,12
703:21 727:2
**ring** 560:20 561:10
566:16
**rinse** 539:2
**risk** 728:6,11 730:20
**river** 446:9 552:12
642:6,6
**road** 444:14 445:15
445:21 470:12
553:17,21,22 554:1
555:2,5
**roads** 562:10
**Rob** 606:22,24
**Robert** 443:8 446:14
607:20 664:7 665:10
**rock** 484:18 485:2
712:1,3,3
**rocking** 611:10
**rocks** 484:6,18
**RODGER** 445:14,20
**role** 491:11 494:11
626:25
**roll** 535:22
**rolled** 533:15 534:10
535:2,14
**rolling** 611:10
**roof** 508:19,22 512:10

514:3 523:14 544:15
698:14
**rooftop** 512:18
**roped** 468:19
**Rory** 445:14,20
670:19,20,24
**rotary** 693:16,17,23
694:5 695:12 720:2
**Rouge** 438:10 443:16
444:9 445:4
**rough** 521:24 581:9
599:11
**roughly** 457:9 470:15
592:2 655:20 656:22
**roughneck** 690:16,23
691:17
**round** 621:7 701:7
**roundtable** 471:13
**roustabouts** 495:25
496:11 497:5
**route** 581:15 599:15
**routinely** 501:19
502:18 728:20
**Rowan** 582:19 583:3
593:12,14
**Rowan's** 593:7
**RPR** 438:23 442:6
735:22
**RSE** 664:8,12,13
**run** 490:12 510:22,25
511:9 512:21 513:7
530:23 536:17,18
596:18 604:3 637:3
672:3 679:10 688:6
688:7,7 699:14
700:4 701:4,4,5
712:21 717:5
**running** 492:3 507:13
518:13 530:4 542:2
544:7 675:13 695:22
700:5 715:6 717:10
**runs** 694:24
**Russian** 588:21
**rwilliams@sulzera...**
446:16

─────────────────
S

33

**S** 439:20 443:8 526:16
**S-h-a-n** 555:4
**S-h-i-l-i-n** 547:6
**S-u-s-i-e** 558:8
**S-w-a-g** 613:25
**S-w-e-g** 613:25
**sack** 487:21,25
**sacked** 486:25 487:6
  487:11,16 494:19
**sacks** 495:25
**safe** 626:24 627:11
**safety** 602:9,15,19,21
**Saginaw** 564:23
**salary** 474:12,15,21
**sale** 559:21
**sales** 448:13 560:5,17
  560:22 561:3 585:23
  586:11
**saliva** 482:23 483:10
**Sally** 526:17
**sample** 482:24 694:15
  710:12,20,23 711:2
  711:3,4,5,8,22 712:4
  712:5,13,13,25
**samples** 694:17,20
  710:14 712:22 713:4
  713:5 718:3
**sampling** 483:10
**San** 566:13
**sandstone** 484:12
**Sanki** 588:24
**Santa** 621:14,16
**sarcastically** 579:18
**Savannah** 452:6
**saw** 478:4,6,7 496:11
  497:5 616:3 670:20
  676:14 709:11
**sawed** 707:21
**saying** 513:11 526:16
  540:10 604:17
  618:10 665:22 691:2
**says** 504:23 505:6
  543:2 644:7 655:15
  696:8 709:7 722:4
  731:19
**scan** 465:1,2,2
**scenario** 598:3

**schedule** 679:8,14
**scheduled** 470:22
**schester@waterskr...**
  442:19
**Schindler** 653:14
**Schindler's** 692:4
**Schlumberger** 439:23
  440:3,4,6,8,13,20,22
  440:24 441:3 444:1
  448:13 449:24 450:3
  450:8,9,16,21 451:2
  452:19,25 453:3,7
  453:16,21 454:4,25
  463:4,6 466:5,17,21
  475:17 484:24 487:5
  487:10,20,24 489:2
  489:4,18,20,21
  490:20 493:10 494:9
  494:16,23 497:11,16
  498:1 499:1,17,23
  499:25 500:3,5,14
  501:22 502:22
  503:14 508:12,14
  509:23 510:9 511:4
  511:7 512:8 513:19
  513:23 514:1,17,20
  516:5,15,20 517:7
  518:6,8,10,17,21
  519:7 523:4,5,8
  524:20,22 525:4
  526:23 527:12
  529:25 530:12,16,18
  531:6 532:11,13,22
  533:16 534:9 535:2
  535:18 536:8 537:18
  544:5,14,24 545:2
  557:18 558:13
  567:10,25 568:7
  571:19 577:13 601:5
  601:7,9,20,21 602:5
  602:6,10,23 604:11
  605:10,10 608:7,17
  608:20 609:20,24
  610:17 612:7 613:21
  615:2 617:3 619:7,9
  629:2 642:12 644:14
  653:12 656:4 657:7

658:14 665:21
673:17 674:10,23
677:10 679:5 697:17
698:6 699:2 700:17
702:18 703:14 704:8
717:13 719:7 722:8
728:16 730:21
731:11,15 732:2,7
**Schlumberger's**
  655:11 657:1
**schools** 564:20
**Schuette** 439:8 444:8
  619:18,22 620:1,2,6
  620:8,10,12 624:11
  624:16,19 626:23
  627:9,24
**science** 495:18 619:13
**scramble** 612:17
**scrambling** 579:8
  615:4
**scrape** 461:8,12
**screen** 524:9 529:15
  533:8,9 587:5
  664:18 670:19
  687:15
**screening** 462:4,14
**screwed** 532:1
**screwing** 699:13
**scroll** 507:5,7 524:4
**scrolling** 524:7
**scuba** 703:9
**sea** 632:22
**search** 549:12
**searches** 456:12
  473:10
**seas** 577:4,8 581:6,7,9
  611:10 630:11,12,14
  630:19,25 636:20
  637:11,14 638:13,23
  638:25 639:8,11,18
  639:22 640:7,19
  641:6,14,18,23
  720:23
**second** 453:24 455:11
  459:9 588:1 596:25
  600:25 615:5 625:11
  648:21 649:4,5

686:12 712:7 721:4
**Secretary** 456:16
**Section** 553:21
**secure** 482:23 655:10
**Security** 502:2 559:16
**SEDCO** 501:8 574:10
  574:16 575:1 675:22
  676:20 677:3,20,25
  678:16
**see** 440:4 448:21
  449:2,18 456:3
  462:23 475:10 477:9
  478:8 481:2,9
  482:19 489:12 491:8
  493:16 495:24
  498:12 504:15 505:4
  505:14,19,24 506:3
  506:4,11,17,22,24
  508:6,9,12,14,21,23
  508:25 509:9,11,13
  509:15,16,19 512:4
  512:4 513:18 516:16
  516:17,19 517:2
  518:16 519:8,14
  520:6,7,8,12,23
  522:16 523:4 524:2
  526:1,1,5,6 528:1,5
  529:2,24 530:10
  531:2 532:5,12,14
  533:5,24 537:8
  540:23,24 541:24
  543:24 544:5,10
  546:19 548:2,8
  549:14 559:16
  560:16,19 579:6
  587:5,11,13,16,17
  587:21 588:8 596:10
  605:16 620:5 628:9
  628:12 637:6 654:13
  659:16,22,24 660:13
  661:2,11 662:19
  664:8,8,18 665:1
  670:17,21 673:1,6
  678:13 681:1 685:10
  690:23 691:1,6,9,13
  691:22 693:1,25
  694:2,25 695:20

696:16,19 697:19,24
698:8,15,22,23,23
700:10,21 701:6
702:2,6 703:4
704:23 705:2,16
706:16 709:7 710:15
710:18,19 713:22
714:10 715:19
718:11 720:17,22
722:3,19 727:3,6
731:5,9,19
**See-ya** 588:17,22,23
**seeing** 480:22 496:2
516:6 529:16 587:24
615:14 664:10 671:5
711:20,21
**seen** 465:15 517:23
518:3 543:7 548:9
614:14 662:7 683:15
687:7 700:25
**segregate** 468:22
**select** 605:6
**self-propelled** 666:11
**sell** 559:12,21 560:11
562:16 563:11 564:4
**selling** 562:1
**semi** 644:23 696:23
696:24 697:18,19
719:10,11 725:15,18
**semis** 622:11 724:8,11
724:17 726:6 727:3
727:7
**semisubmersible**
521:16 622:7 630:22
631:2 634:16 635:5
635:17 644:7,9,13
644:19 645:14,17
646:3,17 647:1,7,11
648:5,17 696:24,25
725:22
**semisubmersibles**
583:16 644:11
649:20,25 650:7,9
**send** 480:6 597:14,14
683:24
**senior** 450:16 453:8
453:17 490:19

491:10 494:10,17,24
524:21 527:11
716:25
**sense** 511:17 537:23
648:1
**sent** 510:20 512:15
514:6 518:23 673:21
673:22
**separate** 547:19
567:22 599:13
**separated** 509:24
517:20
**separately** 608:11
**separating** 545:2
**September** 451:21,23
462:3
**sequence** 722:14
**series** 583:6 722:9
**served** 519:6
**service** 483:20,23
486:13 516:4 527:3
527:9 603:19,24
609:4,5
**services** 603:22,24
604:15 605:6,13,21
609:20,24 610:17
613:20 678:7 679:14
699:13
**servicing** 642:1
**session** 482:4 503:9
**set** 460:19 479:19
531:7 580:6 666:3,4
666:8,9 669:2
684:17 699:1,25
701:4 706:22 725:18
725:19 731:24
**settings** 732:14
**setup** 519:4 531:1,3
666:3
**seven** 475:25 477:1,1
577:3,8 630:11,12
630:14,19,24,24
636:20 637:11,14
638:13,23,25 639:7
639:11,18,22 640:7
640:19 641:6,13,18
641:23 720:23

**severe** 458:10,13,17
**sewing** 550:16
**SFE** 450:16 453:8
494:10 498:2 524:21
716:25
**shadows** 698:22
**shale** 484:11,15
**shallow** 596:9 724:12
724:18
**shallower** 596:9
724:15
**Shan** 555:2,4,5
**share** 511:6 515:21
522:15 527:22
528:23 535:24
543:19 692:14
**shared** 497:24
**sharing** 529:22 542:6
**sharp** 475:7,13
**sheave** 694:23 695:13
695:15
**sheet** 679:8,10,12
**Shell** 445:1 500:21
630:4,5,8,9,10,11,13
630:15,15,18,23
631:7,14 632:2
633:2 642:17 643:14
643:15 720:22
**Shell-operated**
642:22
**Shelley** 445:8 652:6,8
673:9
**shells** 495:9,15,16
618:8,8
**shelter** 523:14
**shift** 565:13 600:25
**Shilin** 547:6
**shiny** 693:25
**ship** 572:13,22 592:1
592:9,13 603:1
676:10,10 725:17
**shipyards** 550:7 552:8
552:10,15
**shirt** 533:8
**shirts** 656:5
**Shoal** 572:13,22 592:1
592:9,13

**SHOFSTAHL** 443:2
682:18
**shoot** 604:23
**shore** 596:6
**short** 520:14 656:12
656:14
**short-sleeve** 731:22
**short-sleeved** 656:4
**shorthand** 442:6
735:10,10
**shot** 503:21 719:17
**shoulder** 694:1,22
706:24,25 707:1
**shoulders** 579:21
**show** 465:3 498:6
563:6 603:15 685:19
714:20
**showed** 503:18 517:13
548:16 661:18 665:4
728:17
**showing** 505:7 518:21
728:11
**shown** 530:11
**shut** 564:9
**sic** 595:11
**side** 507:24 509:2
510:16 512:18 641:2
654:23 655:16 660:5
714:6 716:21 720:3
**sides** 447:23 579:22
660:25
**sideways** 507:7,7
**SIGNATURE** 734:1
**signs** 679:14
**Sikorsky** 570:14
**silvery** 533:11
**similar** 521:15,17
536:18 551:17 598:4
609:16,18 620:24
642:2 650:7 658:6
672:3 714:20
**similarly** 517:12
**simple** 483:5 495:14
495:14
**simply** 505:6 524:2
621:3 666:2 676:15
681:16 722:14

**Simultaneous** 652:1
  720:16
**single** 559:21 678:14
**sir** 448:6 451:15
  453:20 454:15 457:4
  460:4,22 463:3
  464:11,21 466:3,24
  467:7 469:24 470:16
  470:22 474:11
  475:23 476:7 481:19
  483:11 485:23
  488:12,24 489:16
  494:9,22 495:5
  497:9 499:13 500:7
  501:17 502:5 504:16
  505:10 507:5 512:5
  513:10 515:8 516:1
  519:25 521:21
  522:15 523:3,7
  525:20,25 527:22
  528:21 530:8 531:16
  533:15 535:24
  537:16 540:14
  541:15,18,25 542:6
  543:11,19,24 545:9
  643:19 650:24
  652:19 662:6,20
  663:2 664:5 670:8
  715:15 721:20
  723:12 728:4,10,16
  729:2 730:21 731:24
  732:15
**sister** 549:24 552:3
  553:4 554:8 565:15
  657:22
**sit** 575:22 631:19
  632:16 634:3 635:10
  662:16 666:10
**site** 592:8 593:22
  594:10 642:23
  643:16 646:20
**sites** 554:3 556:10
  591:17 594:6 596:8
  596:12 600:23 601:4
  724:7
**sitting** 440:9 509:17
  532:6,16 580:7

  660:20
**situated** 517:12
  531:10
**situation** 471:2
  699:18 701:3
**six** 501:18 556:12,13
  556:13 594:21 609:4
  609:17 610:4 613:11
  660:4,24,25 674:19
  674:19,20,24 675:4
  675:17
**six-year** 610:5
**sixty-** 662:10
**size** 506:13 609:11,18
  659:21
**skeletonized** 440:4
  526:4
**sketch** 440:3 523:5
**skids** 514:22
**skin** 462:20
**Skinner** 477:11,12
  478:15
**Skinner's** 478:11
**slash** 580:23
**sleek** 712:8
**sleeve** 656:12,12,14
**slept** 581:13,17
**sliding** 548:7
**slightly** 523:19 536:16
**slowdown** 675:7
**slowed** 675:6
**slowly** 527:5
**small** 506:14 510:13
  521:15 529:16
  532:24 550:15
  551:15 552:20
  553:24 566:5 580:5
  581:11 622:7,8,8
**smaller** 529:17 622:10
  622:10,15 654:14
  660:4,21 704:13
**Smith** 438:23 442:6
  447:6 735:3,22
**smoke** 463:11
**smoked** 463:13
**smoking** 463:16,21
  464:12,15

**smoother** 515:21
**So--** 722:15
**so-called** 542:19
  585:10
**Social** 502:2 559:15
**socials** 559:18
**software** 565:22 566:2
  566:3,5
**soiled** 466:10 717:13
**sold** 503:2 586:2
**solid** 667:25
**Solutions** 733:5
**somebody** 684:16
**something's** 660:11
  699:3
**son** 455:9
**sonic** 536:20 604:18
**soon** 482:13 492:18
  493:6 551:13
**sorry** 449:20 450:13
  453:14,23 458:2
  479:3 486:21 488:7
  499:20 507:2,8
  525:21 531:25 540:4
  540:8 549:15 550:5
  589:5 590:23 595:6
  608:25 614:7 619:25
  638:5 652:11 656:7
  663:3 664:22 676:2
  689:2 708:17 709:13
  711:7 715:16 717:2
  732:11
**sort** 456:22 495:21
  505:23 529:24 548:3
  556:10 558:24
  592:14 615:24 618:9
**sorting** 718:2
**sound** 576:16
**Sounded** 483:4
**sounds** 576:13
**source** 449:23 450:3,8
  450:19 530:7,8
**sources** 500:3
**south** 452:12,13
  576:18
**Southeastern** 501:8
**space** 492:22 579:16

  579:17 622:8
**span** 610:5
**speak** 490:12 552:14
  564:2
**speaker** 459:23
**speakers** 652:1
  720:16
**speaking** 659:23
**special** 482:20
**specialist** 451:3
  453:22,22 454:4,5,8
  454:12,12,25 455:6
  637:1,7,19 648:15
  650:19 715:5 717:1
  717:1
**specialists** 465:7
  476:19
**specialized** 601:10
**specific** 490:10 553:14
  560:10 569:18 572:7
  573:3,15,16 575:10
  591:19 593:23,23
  594:2 596:14 605:2
  605:23 624:23 625:4
  628:17 644:1 675:23
  676:7 677:1,13
**specifically** 590:21
  592:7,12 593:21
  594:6,11 624:25
  627:20 631:24
  633:23 636:22,24
  650:16 666:14
  667:10 674:2 703:9
  703:17 725:1
**specifics** 596:2 606:6
  668:10
**specified** 481:12
  501:19 585:21
  614:25 735:7
**specifies** 502:10
**specify** 572:25
**spell** 654:17
**spelled** 522:5 547:6
  551:24 553:18 555:3
  555:4 654:19
**spend** 489:7 490:9
  564:4 571:17

spent 489:2,19 491:23
  493:18 494:6 567:8
  567:17 568:7,12
  598:16 717:15,24
spinning 505:5 537:9
split 599:3
spoken 499:19,22
  500:2
spool 523:21 528:8
  689:8,23
spooling 688:22 689:2
  689:5,7 690:4
spools 689:13,18
sports 714:9
spot 613:7
spouse 556:19
spring 481:25
springs 551:5,6
sprung 548:2
spur- 553:24
spurring 553:25
square 660:22
squarish 516:22 660:6
squatting 718:1
St 443:9 444:3
stabilize 482:3
stain 718:7
stainless 712:8
stains 705:2 718:8,16
staircase 698:8
stairs 700:8
standard 656:6
standing 481:24
  494:25 655:2 690:16
  691:17 693:5,11,17
  695:12 696:17
  697:10 715:14 720:2
stands 533:4 695:4
  722:4
Stanford 468:1
  471:12 478:16
  481:25 541:5
start 449:20,21 463:7
  490:17 492:1 546:21
  560:17 571:7 588:3
  588:4 631:5 685:17
  715:1

started 452:5,18
  476:11 510:9 524:25
  565:11 609:15,25
  610:7 642:12 647:24
  667:15 673:2 722:9
starting 637:7 649:25
  710:8 711:16
starts 506:2
startup 566:5
startups 566:2
state 438:11 442:7
  456:16,16 557:15
  596:16 735:11,24
stated 643:24
statement 617:22
States 438:1 556:23
  579:6 653:2
States's 653:5
statistically 541:2
stay 551:21 699:11
  730:10
stayed 547:21 563:9
  581:13
staying 551:11 552:4
steady 538:11
steel 712:9
steering 689:11
stent 460:12,13,21
  729:9
stents 460:8,9
step 471:10 508:10,10
  513:15
stepladder 531:3
stick 712:1
sticker 505:21,22,23
  505:24 506:4,18,20
  721:11
sticking 512:17
stipulation 442:9
stood 722:7
stop 506:7 588:13
  591:4 603:10 615:5
stopped 566:4
storage 487:7,12
  494:12 514:18
store 641:3
stored 494:20 509:1

545:4,4
stories 556:12
storm 580:23 621:11
  621:25 622:3
straight 538:6 539:23
  598:23 706:18
strange 480:15
stranger 480:16
straws 600:9
street 442:17,23 443:3
  444:20 445:3 446:3
  547:9 553:23,24,25
  554:23,25 555:24
  556:3,15 560:1
street's 559:2,3
stretch 523:17 636:14
strictly 559:20
strike 451:6 495:22
  499:19
Strong 446:8
structured 669:2
struggling 606:5
stuck 578:8 621:10
  688:14,17
students 564:17
studies 728:5,11
study 481:13 711:9
studying 557:15
  564:18
stuff 602:23 612:18
  615:16 622:12
  660:23 672:21
style 513:22
subject 476:21 483:10
submission 476:1
submit 460:7 472:20
  473:13 477:16
  482:24
subscribed 735:19
subsequent 626:11
subsequently 621:24
  630:21
suburb 554:17
success 524:7
successful 729:7
successor 500:17,18
  500:19,20,21

succinct 605:9
suck 712:2
sudden 580:23 675:8
sued 500:16,17 501:6
  501:7
suffer 463:19,25
  464:1
suffered 457:17 458:4
  458:8 459:3
sufficient 460:19
suggest 657:4
Suite 442:17,23 443:3
  443:9,20 444:3,9,14
  444:20 445:3 446:3
  446:9,15
Sulzer 446:14
summary 481:10,17
summer 557:16,17
  559:22 656:15 723:3
  731:21
Sunbelt 445:18
  670:25 672:4,5,9,11
  672:15
sundown 621:8
super 569:2 590:2
  675:9
Superior 442:15
  444:1
supervised 564:6
supplemental 502:10
supplied 573:16
  600:20 602:23
supply 570:18
suppose 449:5
supposed 497:21
  605:20 708:25 709:8
sure 449:10 463:23
  475:7,9 484:5 485:7
  498:8,15 504:12,18
  505:17 511:2 513:13
  520:13,13 530:14
  531:21 535:5,21
  538:10,12 546:10,16
  548:8 550:2 552:4
  552:11 556:7 562:7
  572:20 577:20
  581:15 582:14 587:8

Exhibit 8
Page 334 of 347

591:6 596:5 604:23
606:1 610:11 612:13
614:1 615:7 617:7
621:11 624:6,7,7
625:7 632:22 638:9
645:4 649:15,22
652:25 654:12 658:4
667:13 671:6 678:17
680:9 684:14,20
686:20 705:13 706:2
709:15 716:16 719:4
727:12
**surface** 490:7 710:24
710:24
**surgeon** 473:25
540:21
**surgeries** 465:10
**surgery** 461:8 472:20
474:8 541:14
**surgical** 460:7 461:3
**survey** 485:9,9 492:3
**SUSANNAH** 442:16
**Susie** 459:17 488:14
499:8 507:16 518:24
519:17 524:4 550:13
558:7,10 590:11
619:18 651:12 652:6
682:5,21 683:23
684:14 692:16 696:4
727:25
**Susie's** 557:24 558:1
558:19,23 559:8,9
561:22
**suspended** 698:7
**suspension** 548:21
**Suzanne** 590:11,24
**Suzanne's** 590:14
**Suzie** 558:2
**swab** 483:4
**Swag** 613:24,25
**swear** 638:15 665:3
**switch** 556:16 567:2
675:21
**switched** 513:3 649:4
**switching** 596:25
610:15 698:3 699:21
**sworn** 442:9 447:16

448:1 735:5
**synonymous** 658:22
658:24
**synthetic** 624:5
**system** 512:9 535:8,9
535:10 586:4,6
612:3 702:17
**systems** 452:6,10
524:23 525:7 585:9
585:16 586:1 615:1

---

**T**

**t** 439:20 588:20
**T-a-i-p-e-i** 553:13
**T-r-i-w** 585:3
**table** 693:16,17,23
694:5 695:12 720:2
**Taipei** 547:3,4,5,8
548:5 551:4,18
553:11,12,15 554:16
554:18,18,18,19
**Taiwan** 440:17 467:4
540:17,19,23 541:11
542:13 543:4,9
551:6 553:9,10,18
557:20 564:17
**take** 447:12 455:23
471:10 472:23,25
484:19 488:12
492:22 503:22,23
504:10 513:15
520:14,16,21 549:2
549:7 550:15 569:25
581:3,10 586:20
588:20,20 597:18
598:11 599:2 600:13
603:12 606:18 607:3
607:10,10 612:20
613:6 670:14 683:16
684:8,23 686:5
698:20 707:25 708:3
710:4 711:16 726:4
730:14 733:1
**taken** 438:23 448:2
507:20 511:16 512:2
512:13 513:17
514:15,16 519:2

654:3 655:24 687:20
700:2,23 703:1
707:7 710:9 711:6
712:22 713:8 714:23
716:13,18 717:3
735:8,9
**talk** 471:19 474:3
479:21 634:15
636:19 640:12
643:21
**talked** 480:17 605:25
610:15 618:5 673:15
674:6 708:11
**talking** 493:10 502:20
502:21 506:18 522:7
596:10 648:20
653:22,25 666:1
689:22 691:5 709:12
709:25 713:22
720:18
**Tall** 561:4
**tangible** 499:14
**Tardy** 445:9
**tare** 655:15
**target** 538:14
**team** 482:21 671:23
**Tech** 452:1 564:18
**technical** 696:3
**technician** 532:13
**techniques** 465:3
**technology** 447:8
589:2 601:23 727:1
**teeing** 713:22
**teeth** 658:13
**Tektronix** 533:9
**tell** 449:8,8 459:23
468:23 473:19 510:6
511:16,22 514:23
518:10 523:12 605:5
612:5 621:6 622:23
625:5,24 630:7
631:9 635:11 636:6
636:21 638:7,18,20
642:17,25 656:17,19
666:23 667:2,8
668:4,15 669:1,6
680:22 691:25

696:21 707:6 716:23
720:25
**telling** 601:13 629:21
642:3
**temperature** 605:1
710:24
**temporary** 551:12,14
**tempted** 565:1
**ten** 565:10 570:1,8
577:10 578:23
583:17 584:12
586:25 595:1,22
609:2,8 630:16,16
630:17,18 634:1
645:19,21 646:16
647:6 651:25 675:15
675:17 725:4
**ten-feet-or-so** 485:13
**ten-minute** 520:17
684:8
**ten-year** 727:5
**tend** 468:18 564:7
650:9 726:14
**tends** 471:24
**Tennessee** 564:18
**tension** 689:25
**tenure** 499:25
**term** 526:20 618:19
658:21,25
**terminal** 729:25 730:6
**terminate** 699:15
**terms** 493:17 669:17
679:24 703:14
712:20
**territory** 563:6,7,25
**Terry** 557:17,23
558:21,22
**test** 540:22 541:12
711:11,12
**tester** 451:2 454:5,12
463:8 594:18,20
595:11 717:15
**testified** 447:17
624:21 659:13
**testify** 614:23 669:12
670:4
**testifying** 621:22

**testimony** 451:17
463:11 473:20 515:9
515:9 589:14 620:16
620:18 622:17 630:3
663:20 665:12 681:2
681:12 733:3 734:6
**testing** 473:3 476:1,10
476:20 477:3,17
478:11,18,21 479:2
479:2,12,20,22
480:19 481:7,22,25
482:23,24 491:6
603:16 660:14
**tests** 465:16 468:16
**Texaco** 500:22 589:9
590:25 591:2,12,19
592:8 594:2,3,5,10
595:9,17,23 599:21
600:1,23 601:1,4,13
601:17,20 602:13,16
602:17,19 603:17
605:24 606:7 629:5
724:6 725:7,8,12,14
725:16 726:3,12,20
726:21,22 727:9,13
**Texas** 447:20 610:10
**thank** 451:15 452:13
453:20 454:15,22
455:2 459:22 460:1
460:22 461:2 462:1
464:9 469:22 470:16
491:19 499:8 507:17
519:17 522:24
524:16 528:21 532:1
542:4 544:9 545:9
545:12 546:9,15,16
555:7 574:24 576:13
586:17 588:11 589:7
591:7 595:16 606:13
606:15 607:22
608:15 610:14
611:24 619:14,16
620:9 627:24 628:1
635:14 650:24 651:2
652:13 660:15
662:20,23 664:4,5,6
670:8,9 672:25

680:12 681:22,23
683:4 684:25 685:11
723:12,13,16 727:21
731:14,24 732:15,21
733:5
**Thanks** 504:7 520:18
524:15 621:20
**theater** 634:25 635:1
**then-employer** 456:5
**They'd** 579:15,17
**Thibodaux** 557:16
**thick** 704:3
**thing** 489:25 550:10
550:13 569:5 588:5
604:24 617:16 622:4
665:6 691:7 704:2
706:10 710:19 718:7
**things** 489:3 495:14
495:17,24,25 517:8
533:11 534:3 548:9
593:8 605:15 615:9
615:14,15 616:4
618:10,13 622:5
643:3 653:19 660:10
666:15 675:6,10
676:24 696:16
704:18 705:20
708:14 710:3 724:3
731:18
**think** 448:5,16 449:17
464:14 473:6 475:5
489:23 495:20
497:22 498:14 499:9
503:18 504:5 515:21
519:1 522:5 531:23
535:12 536:17
553:17 555:21
563:11 566:1 574:14
578:3 585:6 586:13
593:8 595:2,20
599:23,23 604:21
606:9,25 609:7,10
609:13 610:6 616:3
622:20,24 624:14,20
631:19,23 637:15
640:24 643:5 644:22
646:4 647:14,16

650:2,20 654:20
661:15,22 665:6
671:19 675:25,25
676:17,19 682:3
686:5,7 691:5
707:23 709:2 716:2
716:4,7 722:23
727:9,13
**thinking** 482:12
519:15 682:2 686:11
**thinner** 704:1
**third** 613:24 649:5
**third-party** 468:19
**thirteen** 725:5
**Thirty-two** 655:16
**Thom** 479:5,8,11,11
479:21 480:1,5
**Thom's** 481:23
**thought** 521:14,16
539:21 540:10
550:17 589:22
613:23 625:2 634:21
638:25 687:19
725:13
**thousand** 634:1
639:25 647:3 655:16
724:21 725:5 726:7
**Thousands** 690:2
**threads** 704:12,13
**three** 459:6 461:15
469:17 470:6 482:19
491:5,20 536:12,13
547:19 555:15
564:12 565:21 570:1
570:7 571:20 572:22
573:8 583:4 584:2
590:10 592:5 597:18
597:25 610:8 634:10
637:24 638:2,4
644:16,17 647:3
649:17 652:3 660:14
674:16 677:12
682:22 683:14
**three-year** 553:1
**throw** 489:13 579:15
**tick** 605:11,19
**tied** 499:21

**tight** 524:12
**tighten** 706:13
**till** 510:9 648:8
**tilted** 665:7
**Timberlane** 560:22
560:25
**Timbers** 561:4
**time** 448:25 457:15,22
458:8 459:3 462:18
463:5,6,6 464:7
469:11,19 472:11
489:1,8,19 490:9
491:15,15,22 492:8
493:18,21,21,22,24
494:5 495:16 498:1
498:17,18 502:7,7
502:14 512:13
513:24 521:10
530:17 533:10
545:10 546:6 549:25
555:11 557:13,25
558:22 565:18
566:22 567:9,11,18
567:24 568:1,2,6,8
568:11,12 571:17
573:23 574:7 575:2
575:3 577:11,21
578:1,10 580:16
581:1 583:18 584:13
584:22 585:24
586:18 592:17
594:23 595:9,18
597:4,4 598:15,18
598:19 599:2,7
605:23 606:13 608:3
608:12 609:9,22
610:22,25 611:20
612:6,10,21,25
614:10 623:4 625:2
625:6 626:11,11
627:1,25 630:21,23
630:24 631:1,3,18
639:14 642:19 643:2
644:18,21 648:2,8
650:25 651:4,8
663:21 667:11,23
673:11,20,22 674:8

674:8 680:5,11,11
680:13 681:22
688:17 701:4 702:11
702:25 703:2,8,11
703:13 707:24
714:24 715:14 716:1
716:8,16,17 717:15
717:24 718:16,22
721:21 723:1,14
726:21 732:1 733:6
735:6,9
**timeline** 451:16 454:2
456:4 457:4 460:24
463:5
**times** 482:19 547:19
571:13,15 574:12
577:9,9,24 578:1,17
578:20,21 580:14
582:3 583:2,4,13
584:1,2,10,11,18
592:16 593:16
610:18 611:12
614:15 624:10,22
630:7,12,16,17,18
631:11 636:21,22
637:1,2,16,17,18
638:6,8,11,14
640:13 642:11 643:5
643:24 645:19,21
646:15,16 647:6
648:16,19 649:2,13
649:17 668:4 674:11
674:16,19,24 675:4
680:19
**timewise** 631:6
**timing** 570:21 712:20
715:7
**tirade** 589:2
**tissue** 465:11,19,20,21
**title** 542:25 590:14
**tobacco** 463:13
464:12
**today** 470:18 516:8
519:20 547:6 552:14
555:3 565:21 567:23
575:15 579:5 628:15
631:19 632:16 634:3

635:11 642:9 653:15
662:16 671:25
673:11,15 674:6
685:25 686:8 687:6
707:24 721:21 728:2
729:3 730:22
**today's** 683:19 733:3
**token** 667:2
**told** 459:11 464:25
465:9,19 477:2,25
478:4 479:16 486:16
495:12 522:4,4
540:22 547:22,24
548:4,20 596:15
603:15 616:17 618:9
631:20 639:17
707:15 724:5 725:12
**tongs** 706:12,23
**tongue** 499:20
**tonight** 651:13 682:14
**tool** 440:14,14 492:2,6
492:10 533:1 536:21
537:19,19,23 538:5
538:16 539:2,2,7,11
539:15,15,23 540:3
540:5,13 613:10
687:23 688:4,9,16
689:4 693:21,22
694:3,4,11,12,14
707:2,4,13 708:12
708:15 710:1,4
711:15,18,19,23,24
712:4,11,14,15,17
712:19,22,24 713:9
715:18 721:5
**toolpusher** 485:25
492:16
**tools** 440:12 536:10
536:12,22 602:2
605:2 612:15 613:8
703:23,23,25 704:11
704:19 717:14,16
**top** 516:22 532:24
579:24 588:2 660:6
660:22 692:24 697:4
698:22 710:17,19
717:5

**torn** 731:16
**toss** 550:16
**total** 460:9 468:23
470:1,6 567:24
574:13 598:15
630:15,18 685:14
725:3 733:6
**totally** 461:10 513:4
523:22 563:21
726:14 730:12
**tough** 521:10 535:16
563:10
**tourist** 551:6
**tours** 574:16
**towed** 666:7,9 681:17
**town** 547:1 555:21
561:6 566:7,10,13
**townhouse** 554:12
**towns** 566:12
**township** 554:20
**track** 520:23 651:8
678:7,9
**traditional** 546:22
729:7,21
**train** 533:23
**trained** 484:7 510:8
510:10,21,25 511:9
513:6 524:24 527:1
533:20 534:17 601:9
619:10
**training** 449:24
452:25 491:4 602:9
602:12,16 628:25
629:1,5,7,11 673:18
673:21
**transcribed** 735:12
**transcript** 521:25
735:13,17
**transcription** 734:5
**transfer** 650:21 674:3
**transferred** 551:18
555:12 647:24 648:7
649:1
**transition** 650:3
**transitional** 575:5
**translates** 674:21
**transports** 570:19

**Transworld** 439:25
515:11,23 516:2,3,8
517:6 518:3 593:7
**travel** 597:5 598:20
599:7
**traveling** 598:16
599:2 610:16
**treat** 461:23 471:16
**treated** 461:14 465:9
541:1
**treating** 464:18,18,22
465:6 476:8
**treatment** 459:11
460:4 464:24 469:13
476:13 729:21
**Tri-W** 585:7
**triangle** 506:14
658:11
**triangular** 658:12
**tried** 475:10 481:23
524:6
**trip** 612:14 637:2
668:3,10
**triple** 579:20
**triple-level** 579:21
**tripped** 695:5
**trips** 637:25 647:5
**tropical** 580:23
**truck** 597:15
**true** 468:2,5 496:21
543:10 559:18
569:13 616:24
617:13 625:7 643:20
669:13,15 688:4
734:5 735:13
**trusted** 532:2
**try** 478:17 479:21
480:18 493:4 504:22
505:1 520:12 546:11
549:5 560:14,15
562:8 565:1 585:23
600:9 615:4 653:21
689:13 713:19
730:18
**trying** 449:9 470:13
471:15 474:8 498:8
498:19 507:3 511:25

Exhibit 8
Page 337 of 347

513:11,13 538:6
539:1,11,19,22,23
561:3 562:9,16
563:2 564:4 568:5
568:16 581:3 595:25
610:6 612:12,12,17
613:14 615:9 621:6
654:8 655:4,8
667:19 683:12 688:1
695:25 708:16,17
710:10 713:3 717:4
717:8
**Tuesday** 472:14,16
**tumor** 471:1,10,18,25
472:11,13,18,19
473:21
**turn** 497:23 689:11
**Turning** 725:12
**Tuskegee** 564:18,21
**twenty** 595:22
**twice** 555:11 573:21
574:15,16 580:15
584:20 637:22
**twin** 561:24
**two** 440:20 446:9
454:7 459:6 460:9,9
460:11,17 476:15,17
476:19 477:7 489:3
490:21,22,23,25
491:5,11,20 497:19
502:13 505:14 519:2
526:22,22 527:13
546:24 547:19
550:23,24 556:5
564:11,20 566:12
575:23 576:4 578:9
578:20 580:25 583:4
590:10 595:19,22
597:8,11 610:8
620:14 624:10,16,22
638:11 647:3,12,14
648:18,22,25 649:9
649:12,17,24 650:6
651:22 652:2 654:7
656:13 658:23
660:14 662:11
674:17 677:7 684:2

685:19 687:21
706:11 712:6 713:21
714:3 721:25 731:2
**TX** 442:18,23 446:9
**tying** 677:7
**type** 448:18 462:25
475:10 512:24
521:15 525:1 536:16
536:19 548:9 551:7
562:6 564:8 570:15
570:16 578:2 598:3
602:12,15 603:16
632:24 639:18
643:10 658:9 660:6
661:3 708:24 732:3
**types** 484:23 524:22
644:17 666:15
679:24 681:11
**typewriting** 735:12
**typical** 461:11 519:4
598:25 656:22
659:21 674:16
**typically** 597:7,24
634:10 640:10
674:13 725:24
**typing** 588:13
**typographical** 480:14
**Tyson** 443:2 682:14
682:16
**tyson.shofstahl@ar...**
443:5

_____
**U**
**U.S** 448:7 465:8
466:24
**U.S.A** 446:6
**Uh** 676:2
**Uh-huh** 515:2
**ultimately** 460:6
**Um-hmm** 568:10
584:9
**unable** 705:12
**uncertainty** 620:20,24
**uncles** 566:17,19
**under-** 546:6
**undergone** 473:3
**undersigned** 734:3

**understand** 447:22
448:2,23 449:10
451:20 455:8 457:17
458:19 460:22
461:17 462:2,7
463:11,16,21 466:14
466:14 468:10
469:22,23 470:11
471:11 472:7 475:12
475:13,14 478:19
508:2 512:6 513:10
513:13 521:25 529:9
529:23 540:16 544:2
546:7 551:9 574:22
596:4 605:8 661:9
663:19 711:12 713:3
725:7 729:13
**understand-** 482:25
**understanding**
448:16 449:16 454:3
454:16 455:4,18
457:10 458:16
462:12 464:11 467:7
471:9 472:8 473:19
476:6 483:1 490:18
491:19 495:7 501:21
548:12 605:15
**understands** 466:7
**Understood** 468:9
527:8,15 528:21
723:5
**underwent** 461:3
**unexplored** 563:21
**unfamiliar** 540:13
**unfold** 731:9
**unhealthy** 465:20
**Union** 446:1
**unions** 653:5,8
**unit** 439:23 440:3,4,6
440:8,10,24 441:3
486:22 487:2,18
489:1,2,5,5,6,7,11
489:14,21 490:13,15
491:24 492:2,8
493:11,14,18,23,24
494:2 502:16,21,22
503:14 505:15

507:22 508:12,14,18
509:24 510:11,13,15
510:17,22,23 511:1
511:7,10,24 512:8
512:17,17 513:4,19
513:23 514:1,4,7,17
514:21 516:15,23
517:5,7 518:7,10,16
518:21 519:7 523:5
523:8,15,23 526:19
526:21,25 527:3
528:2,3 529:25
530:12,18,20 531:6
544:5,11,14,24
545:3 567:11 568:13
571:22 574:17 578:2
602:2 613:9 622:25
632:14 655:7 658:21
658:22 659:1,3,5,8
659:10,10 660:1,4
660:21 687:21,22
690:20 691:10,12,17
691:23 695:17,21,23
697:3,15,17,17,19
697:25 698:4,6
699:2,3,7,8,19,20,21
699:24,25 700:1,1
700:12,17 701:3,6
715:14 722:4,8
**United** 438:1 556:23
579:6 653:2,5
**units** 508:22 511:21
512:10,19,22,24
513:3,7 514:2,9
516:21 524:22 525:6
526:23 527:13
532:22 610:12 657:1
657:7 658:23 697:4
699:10,11
**University** 452:1
**unload** 487:5
**unloaded** 487:11
**unpack** 512:5
**unusual** 634:22
**upcoming** 440:15
542:11 543:2 585:12
**upload** 504:11 515:16

585:19
uploaded 705:8
uploading 529:9
upper 696:18 698:16
urns 549:17
urological 477:11
urologist 464:20
    473:24 474:1 476:11
    477:14
urology 476:12 481:5
USA 443:7 541:7
use 492:16 499:15
    507:13 570:11
    601:10,14 625:14
    642:18 675:16
    678:25 703:22
    706:13 708:14

— V —
V 588:20
V-e-g-i-n-a-r-o-o-n
    522:6
V-i-n-e-g-a-r-o-o-n
    522:8
Varco 716:5
variety 500:9
vascular 463:22
vee-door 509:10,11
    530:25 691:6,10
    695:15,16,22 700:25
    701:8
Venice 569:13 648:2
verify 519:18 683:12
    686:16
Veritext 733:5
versus 493:24 570:12
    579:5 598:16
vessel 643:11
vessels 458:22,23
vest 603:6
Viator 443:14,15
Victoria 610:11
video 447:11 459:19
    482:8,9 483:3 588:3
    588:4 619:22 628:7
    664:12 670:15 673:2
    673:12 731:5

video-recorded 447:3
videoconference
    438:18 442:1,5
videographer 446:18
    447:1 488:7,8,17,21
    520:21 521:1 545:21
    545:25 587:17,20,24
    588:9 607:13,17
    684:23 685:2,6
    708:7 709:9,13,16
    709:19 733:2
VIDEOTAPED
    438:18 442:1
Vietnam 588:19
view 512:15 530:22
    566:8,12,14
Vinegaroon 522:3,4,6
    522:8 583:24
vintage 714:9 719:16
    720:25 722:20
violated 642:21
violations 722:23
virus 481:20
Visbestos 569:2,5
viscosifiers 496:13
visit 480:21,25 481:17
    482:8,9 625:11
voiced 471:7 473:24
Volume 438:19 447:3
    542:10 734:24
volunteers 581:4
vs 447:10
vs- 438:5,13

— W —
W 446:8
W.R 501:8
wages 474:11,12,15
    474:20,21
wait 482:11 612:12
    628:11 708:16 725:8
waiting 482:2,16
    568:8 686:14
waitress 557:17
    565:17
wake 624:17
walked 581:14 611:5

Walker 444:8
wall 551:15 578:4
    690:5,6,22 691:23
    698:8
walling 691:24
walls 661:3
walnut 495:9,14,16,16
    618:8
want 451:15,16 456:1
    471:8 479:17 483:11
    483:11 488:24
    489:13 492:17,21
    506:7 520:11 522:15
    522:15 524:13
    528:23 531:16,17
    532:12 537:1,11
    538:12 539:10 545:9
    545:15,16 556:16
    562:6 570:11 581:10
    586:20,21 588:5
    603:22 604:13
    605:19 606:1,18
    610:23 620:13,23
    628:20 630:2 643:21
    652:14 653:21
    663:19 665:11 673:3
    674:8 682:9,9,10
    683:23 685:12 709:3
    709:3 710:3 716:19
    716:19 719:24
    720:15 727:5 733:1
wanted 448:1 488:10
    499:10 521:5 544:4
    546:19,21 603:16
    604:4 605:12 650:21
    681:3,12 685:15,17
    726:17
warehouse 475:11
warned 581:4,5,9
wash 539:11,11
wasn't 460:19 480:1
    482:10,10 511:9
    564:5 623:9
watch 703:3,4,6,8
    714:10,14,20,21,22
    715:3,4 716:23
    718:19,23

water 596:8,9 616:18
    623:12 626:5 633:17
    636:3 639:22,25
    642:8 646:25 656:11
    661:12 724:16,16
    725:23,25 726:2,23
    727:7
water-based 624:4,7
waters 442:17 636:12
    724:12,18
Watkins 444:3
wave 606:10 673:12
waves 581:18
waving 664:9
way 446:9 449:12
    463:18 465:14
    471:16 497:3 511:22
    516:7 519:3 530:23
    533:7,21 534:19
    539:3 561:23 579:25
    581:1 587:14 589:15
    597:10 600:7 603:25
    603:25 604:8,14
    623:16 625:24 636:6
    642:3 646:12 648:8
    676:23 684:1 689:20
    694:1 695:3 700:6
    703:15 705:15,17
    706:21 723:9 725:19
    725:19 727:4
we'll 457:4 546:13
    598:11 604:23 607:3
    621:19 640:3 705:8
    705:15,17
we're 458:3 459:18
    481:21 488:9,21
    492:9,12,23 498:18
    498:19 504:21,25
    517:5 521:1 525:20
    531:18,19 545:25
    552:11 565:13 588:9
    596:10 605:20
    648:20 651:13
    664:19 682:3 685:6
    686:9 689:22 692:7
    698:19 699:16
    705:24 708:7 709:19

712:6 713:3 716:11 726:23

**we've** 480:17 488:11 526:13 605:25 606:17 610:3,5 643:5 649:4 683:12 684:4 695:11,13 698:5 706:19 708:10

**wear** 603:2 656:4,14 693:9

**wearing** 533:7 693:4 693:6 703:3 714:10 714:14,18 716:23 718:19 722:1 731:23

**weather** 578:8 661:6 661:7,14

**week** 472:16 589:3

**weekly** 471:18

**weeks** 515:10 578:9 589:3 631:21

**weigh** 534:1

**weighs** 533:25

**weight** 615:6,10 616:20 655:16

**welcome** 586:19 662:21

**wells** 640:10 649:19 725:1 726:13,24

**went** 459:7,9 466:17 466:20 511:7 540:21 547:17 548:15 559:13 563:14,22 564:21 565:5,7,8 573:20 574:13,20 575:19 577:16,21 581:6,22 587:14 592:7,12 610:18 614:19 622:17 635:4 636:20 637:10,16,17 637:18 638:12 646:15,16 647:5,6 647:11,17 648:13,17 649:20,24 667:12 668:5 669:11,21 673:25 675:24 678:15 684:15 697:23 699:18

**weren't** 511:11 514:8 665:3

**west** 444:14 445:15,21 552:12 557:8 559:10 560:5,18 561:15,16 562:10,19 563:9,23 565:6 571:1 636:11 636:12

**wet** 538:24

**wharf** 552:13

**whatnot** 698:13 711:18 712:23

**whatsoever** 450:20

**wheel** 688:23 689:11

**WHEREOF** 735:18

**whim** 598:14

**white** 508:19 516:22 524:3 530:21 544:14 690:5,6,22 693:7 697:10,25 698:8 700:1 706:5,17 715:19

**white-colored** 693:8

**white-looking** 697:21

**Why'd** 578:14

**wide** 655:18,23

**wide-angle** 700:23

**width** 655:14,20,21

**wife** 466:3,16,17,19 466:20 559:6

**wild** 726:4

**wildcat** 726:13

**WILLIAM** 444:8

**Williams** 439:7 446:14,14 531:21 585:7 606:21,22,25 607:12,19,20 608:15 608:16 611:4,23 612:4,23 614:16 615:20,22 616:12,21 616:23 617:9,15,21 617:25 618:4,20,25 619:14

**winch** 528:4,9,14 538:19,25 539:9 689:10

**winchman** 528:16

530:23 538:25

**winchman's** 528:5,10 528:17 689:12

**window** 510:14,15 512:17 514:4 690:6 690:6,9 691:25

**window-unit** 512:8 525:7

**windowpane** 548:11

**wireline** 440:11,13 450:21 484:1 489:2 489:5,20,21 490:6 490:20 491:22,23 493:11 503:14 508:12 509:24 514:17 516:15,21 517:7 518:6,21 519:7 523:8 525:5 526:23 529:25 530:18 536:10 537:18 544:5 567:11 568:13 571:18 591:18 592:24 629:1 658:21 659:8 669:6 675:24 687:21 690:20 691:12,17,23 699:11 704:10 717:17

**wires** 517:3

**wish** 537:9 606:14 650:25 664:25 723:14

**wishes** 680:10

**witness** 442:8,10 447:16 449:5 450:23 455:16 457:1 464:8 465:13,23 467:19 470:9 474:24 477:6 478:24 479:24 480:5 481:16 489:23 492:1 492:20 493:6,13 495:3 496:21 497:7 498:14,22 499:11 501:4,15 504:12,17 504:23 505:3,6,11 506:11,14,17,21 507:1,3,8 510:2

512:12,21 518:15 525:9,17 529:6,11 529:19 532:5 534:13 534:16,23 535:5,16 537:5,11,14,21 538:8,21 539:5,14 539:18 540:21 541:24 544:10 545:12,13 558:7 560:25 567:21 574:7 576:11,14 579:3 586:15,19,22 587:6 587:9,19 597:7 598:25 599:10 603:21 606:15,16 607:5 608:9 610:21 611:25 614:13 616:15 617:5,13,18 618:3,18,24 619:9 619:16,24 620:3,7,9 620:11 627:3 628:1 629:18,25 642:25 651:2,11 653:24 656:9,12 657:16 662:21,23 664:6,10 664:13,16 665:3,8 669:15 670:9,18,20 672:25 673:4 675:2 677:5 681:23 693:1 696:7,10,12 702:3,6 705:2 708:24 709:7 709:11 713:14 720:11,17,21 723:16 723:25 727:20,21 728:8,24 729:13,20 730:3 732:13 735:5 735:18

**witnessed** 495:11

**woman** 466:20

**won** 541:3

**Wong** 558:2

**wood** 546:22 548:10

**wooden** 548:4

**Woodland** 561:15

**word** 465:15 556:6

**words** 568:6 731:11

**wore** 715:4

**work** 452:18,23 463:4
466:5 475:10,20,21
476:9 478:17 485:21
485:24 486:2,5,8,10
486:12,17 489:18,25
491:12 492:18,24
493:3,9 499:1 502:3
502:16,21 510:20,25
514:6,9 515:20
524:22 527:1,14
534:4 538:22 543:11
564:11 567:4 568:8
571:18,18 574:13
583:2,13 589:16
591:11 594:5 598:21
598:22 603:9,14
611:13,22 613:1,2,5
630:3 644:8 650:12
658:14 689:20 695:6
704:4,17 705:24
714:19 724:7,15
732:3
**worked** 452:25 453:3
453:7,15,16,21
454:3,11 466:8,13
475:17 487:10 489:3
490:19 494:9,16,23
497:11 499:16
515:12 517:9,25
526:21,24 527:5,11
528:16 544:3 556:21
556:24 557:1 564:16
565:16,19,21,24
566:1,22 571:9,13
573:11 577:3,7
585:3 590:13,19
593:22 594:2 608:4
611:5 613:21 615:1
617:2 631:12 644:2
644:13,19 649:10
658:16 662:17
663:20 665:14 671:6
672:9 673:16,25
674:18 677:14 679:6
722:22 724:5,7
727:13 730:10 732:3
732:13

**worker** 565:23
**workers** 490:21 728:6
728:12
**workforce** 455:14,19
455:21 456:6,21
470:17
**workhorse** 722:10
**working** 441:5 450:3
450:7,9,15,20 451:1
452:5,9 454:24
455:6 487:4,20,24
492:21 497:16 498:1
500:5 502:13,24
524:19 556:20,23
558:15,16 566:4
567:10,24 576:3
592:14,22 593:22
594:1 597:25 598:16
601:3 608:6,17,20
612:7 614:24 619:6
622:24,24 626:18
627:1 630:8 632:11
635:8 638:7 642:11
642:19,22 644:14
645:23 647:23 648:4
650:18 653:11 654:8
663:5,9 665:20
671:9 672:8 674:10
677:10 703:21
716:25 731:10 732:2
732:7
**works** 728:21
**worksites** 586:7 600:2
**world** 547:8 557:24
558:1,1,5,19,23
559:8,9 642:9
**worries** 537:11
701:24
**worry** 589:6
**worst** 579:12
**worth** 503:21 586:25
**wouldn't** 473:13
475:15,19 510:24
512:3 514:2 626:17
639:1 643:1 671:14
679:23 680:3,6
727:5

**wound** 689:9,17,19
**Wow** 582:7
**wrap** 728:2
**wrapped** 689:14
**wrenches** 706:13
**wrist** 714:16,21
**writing** 478:9
**written** 644:4
**wrong** 523:12 587:14
699:4
**wschuette@jonesw...**
444:10
**WWW** 585:7

___

**X**

**X** 439:1,20 588:22
**x-ray** 465:1

___

**Y**

**yard** 551:15 552:20
**yeah** 451:25 458:1,25
462:10 471:18
482:14 483:6 500:12
508:15 509:2,2,5
516:19 520:22 523:6
523:18 529:20
531:22 539:18
541:24 544:20
554:24 555:2 558:3
559:19 562:23 563:4
567:22 570:10
576:12 582:22 583:6
607:5,25 615:20
628:12 630:15
638:20 648:1 656:9
664:15 682:4 683:21
684:12,18 686:18
687:11 689:3 690:2
691:8 693:17 694:7
698:23 700:11
701:15 704:7,16,25
709:11 710:10 721:9
722:17 723:21
732:18
**year** 456:9 459:7,10
469:10,11,19 482:1
540:23 541:7,9

**550:1** 553:1 564:23
578:20 582:12 584:5
599:1 648:6 673:18
673:24 677:18
703:17
**year-end** 453:10
**years** 440:18 451:23
452:2,19 454:7,18
457:14,22 458:6
469:17 475:21
510:19 511:9 513:2
534:6,16 542:14
543:5 547:19 555:16
565:11 566:4 594:21
610:4 638:7 645:20
675:15,17 715:4
718:10
**yeh** 588:21,21
**yellow** 505:20,23
706:10
**younger** 522:14

___

**Z**

**Z-card** 652:21,22
**Zapata** 521:23 522:3
583:24
**zero** 565:2
**zone** 533:5
**zones** 726:16,17
**zoom** 442:12 447:8
529:19

___

**0**

**0001** 507:9
**01:21** 545:25 546:5,10
**01:22** 546:15,20,25
547:5,10
**01:23** 547:15,20,25
**01:24** 548:5,10,15,20
**01:25** 548:25 549:5,10
**01:26** 549:15,20,25
550:5
**01:27** 550:10,15,20,25
**01:28** 551:5,10,15
**01:29** 551:20,25 552:5
552:10
**01:30** 552:15,20,25

553:5
**01:31** 553:10,15,20
**01:32** 553:25 554:5,10
554:15
**01:33** 554:20,25 555:5
555:10
**01:34** 555:15,20,25
556:5
**01:35** 556:10,15,20
**01:36** 556:25 557:5,10
557:15
**01:37** 557:20,25 558:5
558:10,15
**01:38** 558:20,25 559:5
**01:39** 559:10,15,20,25
**01:40** 560:5,10,15,20
560:25
**01:41** 561:5,10,15,20
561:25
**01:42** 562:5,10,15
**01:43** 562:20,25 563:5
563:10
**01:44** 563:15,20,25
564:5
**01:45** 564:10,15,20
**01:46** 564:25 565:5,10
**01:47** 565:15,20,25
**01:48** 566:5,10,15,20
566:25
**01:49** 567:5,10,15,20
**01:50** 567:25 568:5,10
568:15,20,25
**01:51** 569:5,10,15
**01:52** 569:20,25 570:5
570:10
**01:53** 570:15,20,25
**01:54** 571:5,10,15,20
**01:55** 571:25 572:5,10
572:15
**01:56** 572:20,25 573:5
573:10,15
**01:57** 573:20,25
**01:58** 574:5,10,15
**01:59** 574:20,25 575:5
575:10
**02:00** 575:15,20,25
576:5

**02:01** 576:10,15,20,25
577:5,10
**02:02** 577:15,20,25
**02:03** 578:5,10,15,20
**02:04** 578:25 579:5,10
**02:05** 579:15,20,25
580:5
**02:06** 580:10,15,20,25
**02:07** 581:5,10,15
**02:08** 581:20,25 582:5
582:10,15,20
**02:09** 582:25 583:5,10
583:15
**02:10** 583:20,25 584:5
584:10
**02:11** 584:15,20,25
**02:12** 585:5,10,15
**02:13** 585:20,25 586:5
586:10,15
**02:14** 586:20,25 587:5
587:10,20,25
**02:15** 588:5,10,15,20
588:25
**02:16** 589:5,10,15,20
**02:17** 589:25 590:5
**02:18** 590:10,15,20,25
**02:19** 591:5,10,15,20
**02:20** 591:25 592:5,10
592:15
**02:21** 592:20,25 593:5
**02:22** 593:10,15,20,25
594:5
**02:23** 594:10,15
**02:24** 594:20,25 595:5
595:10
**02:25** 595:15,20,25
**02:26** 596:5,10,15
**02:27** 596:20,25 597:5
597:10
**02:28** 597:15,20,25
**02:29** 598:5,10,15,20
598:25
**02:30** 599:5,10,15,20
**02:31** 599:25 600:5,10
600:15
**02:32** 600:20,25 601:5
601:10,15

**02:33** 601:20,25 602:5
602:10,15
**02:34** 602:20,25 603:5
603:10,15
**02:35** 603:20,25 604:5
604:10
**02:36** 604:15,20,25
605:5
**02:37** 605:10,15,20
**02:38** 605:25 606:5,10
606:15,20
**02:39** 606:25 607:5,10
607:15
**02:49** 607:20,25 608:5
608:10
**02:50** 608:15,20,25
**02:51** 609:5,10,15
**02:52** 609:20,25 610:5
**02:53** 610:10,15
**02:54** 610:20,25 611:5
611:10
**02:55** 611:15,20,25
612:5
**02:56** 612:10,15,20,25
**02:57** 613:5,10,15
**02:58** 613:20,25 614:5
**02:59** 614:10,15,20,25
615:5
**03:00** 615:10,15,20
**03:01** 615:25 616:5,10
616:15,20
**03:02** 616:25 617:5,10
617:15,20
**03:03** 617:25 618:5,10
618:15,20
**03:04** 618:25 619:5,10
**03:05** 619:15,20,25
620:5,10,15
**03:06** 620:20,25 621:5
**03:07** 621:10,15,20,25
**03:08** 622:5,10,15
**03:09** 622:20,25 623:5
623:10
**03:10** 623:15,20,25
624:5
**03:11** 624:10,15
**03:12** 624:20,25 625:5

625:10
**03:13** 625:15,20,25
626:5,10
**03:14** 626:15,20,25
**03:15** 627:5,10,15,20
**03:16** 627:25 628:5,10
628:15,20
**03:17** 628:25 629:5,10
629:15,20
**03:18** 629:25 630:5,10
**03:19** 630:15,20,25
**03:20** 631:5,10,15
**03:21** 631:20,25 632:5
**03:22** 632:10,15,20
**03:23** 632:25 633:5,10
633:15,20
**03:24** 633:25 634:5,10
634:15
**03:25** 634:20,25 635:5
635:10
**03:26** 635:15,20,25
636:5
**03:27** 636:10,15,20,25
**03:28** 637:5,10,15
**03:29** 637:20,25 638:5
**03:30** 638:10,15,20
**03:31** 638:25 639:5,10
**03:32** 639:15,20,25
640:5
**03:33** 640:10,15,20
**03:34** 640:25 641:5,10
**03:35** 641:15,20,25
642:5
**03:36** 642:10,15
**03:37** 642:20,25 643:5
643:10,15
**03:38** 643:20,25
**03:39** 644:5,10
**03:40** 644:15,20
**03:41** 644:25 645:5,10
645:15
**03:42** 645:20,25 646:5
**03:43** 646:10,15,20
**03:44** 646:25 647:5
**03:45** 647:10,15,20
**03:46** 647:25 648:5,10
648:15

Exhibit 8
Page 342 of 347

**03:47** 648:20,25 649:5
  649:10
**03:48** 649:15,20
**03:49** 649:25 650:5,10
**03:50** 650:15
**03:51** 650:20,25 651:5
  651:10
**03:52** 651:15,20,25
  652:5,10,15
**03:53** 652:20,25 653:5
  653:10
**03:54** 653:15,20,25
  654:5
**03:55** 654:10,15,20,25
**03:56** 655:5,10,15
**03:57** 655:20,25
**03:58** 656:5,10,15,20
**03:59** 656:25 657:5,10
  657:15
**04:00** 657:20,25 658:5
  658:10
**04:01** 658:15,20,25
**04:02** 659:5,10,15,20
**04:03** 659:25 660:5,10
**04:04** 660:15,20,25
**04:05** 661:5,10,15,20
**04:06** 661:25 662:5,10
**04:07** 662:15,20,25
  663:5,10
**04:08** 663:15,20,25
  664:5
**04:09** 664:10 665:5,10
  665:15
**04:10** 665:20,25 666:5
**04:11** 666:10,15,20
**04:12** 666:25 667:5,10
**04:13** 667:15,20,25
  668:5
**04:14** 668:10,15,20,25
**04:15** 669:5,10,15,20
**04:16** 669:25 670:5,10
  670:15,20
**04:17** 670:25 671:5,10
  671:15,20
**04:18** 671:25 672:5,10
  672:15
**04:19** 672:20,25 673:5

673:10
**04:20** 673:15,20,25
  674:5
**04:21** 674:10,15,20
**04:22** 674:25 675:5,10
  675:15
**04:23** 675:20,25 676:5
**04:24** 676:10,15,20,25
**04:25** 677:5,10,15
**04:26** 677:20,25 678:5
**04:27** 678:10,15,20
**04:28** 678:25 679:5,10
  679:15
**04:29** 679:20,25 680:5
  680:10
**04:30** 680:15,20,25
  681:5,10
**04:31** 681:15,20,25
  682:5,10
**04:32** 682:15,20,25
  683:5,10
**04:33** 683:15,20,25
  684:5,10,15,20
**04:34** 684:25 685:5
**04:50** 685:10,15,20,25
**04:51** 686:5,20,25
**04:54** 687:5,10,15,20
  687:25
**04:55** 688:5,10,15,20
**04:56** 688:25 689:5,10
  689:15
**04:57** 689:20,25 690:5
  690:10,15
**04:58** 690:20,25 691:5
**04:59** 691:10,15,20,25
**05:00** 692:5,10,15,20
**05:01** 692:25 693:5,10
  693:15,20
**05:02** 693:25 694:5,10
**05:03** 694:15,20,25
**05:04** 695:5,10,15,20
**05:05** 695:25 696:5,10
  696:15
**05:06** 696:20,25 697:5
  697:10
**05:07** 697:15,20,25
**05:08** 698:5,10,15,20

**05:09** 698:25 699:5,10
**05:10** 699:15,20,25
  700:5
**05:11** 700:10,15,20,25
**05:12** 701:5,10,15,20
**05:13** 701:25 702:5,10
**05:14** 702:15,20,25
**05:15** 703:5,10,15
**05:16** 703:20,25 704:5
  704:10
**05:17** 704:15,20,25
  705:5
**05:18** 705:10,15,20,25
  706:5,10
**05:19** 706:15,20,25
**05:20** 707:5,10,15,20
  707:25
**05:21** 708:5
**05:25** 708:10,15,20
**05:26** 708:25 709:5,10
  709:15
**05:28** 709:20
**05:29** 709:25 710:5,10
  710:15
**05:30** 710:20,25 711:5
**05:31** 711:10,15,20
**05:32** 711:25 712:5,10
  712:15
**05:33** 712:20,25 713:5
**05:34** 713:10,15,20,25
  714:5
**05:35** 714:10,15,20
**05:36** 714:25 715:5
**05:37** 715:10,15,20,25
**05:38** 716:5,10,15
**05:39** 716:20,25 717:5
**05:40** 717:10,15,20,25
**05:41** 718:5,10,15,20
**05:42** 718:25 719:5,10
**05:43** 719:15,20,25
  720:5
**05:44** 720:10,15,20,25
**05:45** 721:5,10,15,20
**05:46** 721:25 722:5,10
  722:15,20
**05:47** 722:25 723:5
**05:48** 723:10,15,20,25

724:5,10
**05:49** 724:15,20,25
**05:50** 725:5,10,15
**05:51** 725:20,25 726:5
**05:52** 726:10,15,20
**05:53** 726:25 727:5,10
  727:15
**05:54** 727:20,25 728:5
  728:10
**05:55** 728:15,20,25
**05:56** 729:5,10,15,20
**05:57** 729:25 730:5,10
**05:58** 730:15,20,25
**05:59** 731:5,10,15
**06:00** 731:20,25 732:5
  732:10
**06:01** 732:15,20,25
  733:5
**09:45** 447:5,10,15,20
**09:46** 447:25 448:5,10
  448:15
**09:47** 448:20,25 449:5
  449:10
**09:48** 449:15,20,25
**09:49** 450:5,10,15,20
  450:25
**09:50** 451:5,10,15,20
**09:51** 451:25 452:5,10
  452:15,20
**09:52** 452:25 453:5,10
  453:15
**09:53** 453:20,25
**09:54** 454:5,10,15,20
**09:55** 454:25 455:5,10
  455:15,20
**09:56** 455:25 456:5,10
  456:15
**09:57** 456:20,25 457:5
  457:10
**09:58** 457:15,20,25
  458:5
**09:59** 458:10,15,20,25

---

**1**

**1** 506:1 605:12 692:6
  692:25 705:21
**1:21** 545:24 546:1

**10** 533:25 655:18,20
    655:22 674:18
**10,000** 470:3 484:14
    634:2 725:3
**10:00** 459:5,10,15
**10:01** 459:20,25 460:5
    460:10
**10:02** 460:15,20,25
    461:5
**10:03** 461:10,15,20,25
**10:04** 462:5,10,15,20
**10:05** 462:25 463:5,10
    463:15
**10:06** 463:20,25 464:5
    464:10,15
**10:07** 464:20,25 465:5
**10:08** 465:10,15,20,25
**10:09** 466:5,10,15
**10:10** 466:20,25 467:5
    467:10,15
**10:11** 467:20,25 468:5
    468:10
**10:12** 468:15,20,25
**10:13** 469:5,10,15,20
**10:14** 469:25 470:5,10
    470:15,20
**10:15** 470:25 471:5,10
**10:16** 471:15,20,25
    472:5
**10:17** 472:10,15,20,25
    473:5
**10:18** 473:10,15,20
**10:19** 473:25 474:5,10
    474:15
**10:20** 474:20,25 475:5
    475:10
**10:21** 475:15,20,25
**10:22** 476:5,10,15,20
**10:23** 476:25 477:5,10
    477:15
**10:24** 477:20,25 478:5
    478:10
**10:25** 478:15,20,25
**10:26** 479:5,10,15,20
**10:27** 479:25 480:5,10
    480:15,20
**10:28** 480:25 481:5,10

**10:29** 481:15,20,25
    482:5
**10:30** 482:10,15,20
**10:31** 482:25 483:5,10
    483:15
**10:32** 483:20,25 484:5
    484:10,15
**10:33** 484:20,25 485:5
**10:34** 485:10,15,20
**10:35** 485:25 486:5,10
    486:15,20
**10:36** 486:25 487:5,10
    487:15,20
**10:37** 487:25 488:5,10
    488:15,18,20
**10:38** 488:20
**10:50** 488:20,22,25
**10:51** 489:5,10,15,20
    489:25
**10:52** 490:5,10
**10:53** 490:15,20,25
    491:5
**10:54** 491:10,15,20,25
**10:55** 492:5,10,15,20
**10:56** 492:25 493:5,10
    493:15
**10:57** 493:20,25 494:5
**10:58** 494:10,15,20
**10:59** 494:25 495:5,10
**1001** 589:20
**1020** 446:9
**11** 630:9,15,15,18,20
    631:8,14,21 632:14
    632:17 633:1,9,18
    633:22 634:12,14
**11:00** 495:15,20
**11:01** 495:25 496:5,10
    496:15
**11:02** 496:20,25 497:5
**11:03** 497:10,15,20,25
**11:04** 498:5,10,15,20
**11:05** 498:25 499:5,10
    499:15
**11:06** 499:20,25 500:5
    500:10,15
**11:07** 500:20,25 501:5
**11:08** 501:10,15,20,25

**11:09** 502:5,10,15
**11:10** 502:20,25 503:5
    503:10
**11:11** 503:15,20,25
**11:12** 504:5,10,15,20
**11:13** 504:25 505:5
**11:14** 505:10,15,20
**11:15** 505:25 506:5,10
    506:15,20
**11:16** 506:25 507:5,10
    507:15,20,25
**11:17** 508:5,10,15,20
    508:25
**11:18** 509:5,10,15,20
    509:25
**11:19** 510:5,10,15
**11:20** 510:20,25 511:5
**11:21** 511:10,15,20
**11:22** 511:25 512:5,10
    512:15
**11:23** 512:20,25 513:5
**11:24** 513:10,15,20,25
**11:25** 514:5,10,15,20
**11:26** 514:25 515:5,10
    515:15
**11:27** 515:20,25 516:5
**11:28** 516:10,15,20,25
    517:5
**11:29** 517:10,15,20
**11:30** 517:25 518:5,10
    518:15,20
**11:31** 518:25 519:5,10
**11:32** 519:15,20
**11:33** 519:25 520:5,10
    520:15,20
**11:34** 520:25,25
**11:46** 520:25 521:2,5
    521:10
**11:47** 521:15,20,25
**11:48** 522:5,10,15,20
**11:49** 522:25 523:5,10
    523:15
**11:50** 523:20,25 524:5
    524:10,15
**11:51** 524:20,25 525:5
    525:10
**11:52** 525:15,20,25

**11:53** 526:5,10,15,20
**11:54** 526:25 527:5,10
    527:15
**11:55** 527:20,25
**11:56** 528:5,10,15
**11:57** 528:20,25
**11:58** 529:5,10,15,20
    529:25
**11:59** 530:5,10,15,20
    530:25
**1100** 443:20 446:3
**1275** 438:24 442:6
    735:23
**118** 542:10
**11th** 622:19
**12** 481:11 655:18,19
**12:00** 531:5,10,15
**12:01** 531:20,25
**12:02** 532:5,10,15,20
**12:03** 532:25 533:5,10
    533:15
**12:04** 533:20,25 534:5
**12:05** 534:10,15,20,25
    535:5
**12:06** 535:10,15,20,25
    536:5
**12:07** 536:10,15,20
**12:08** 536:25 537:5
**12:09** 537:10,15,20,25
**12:10** 538:5,10,15,20
**12:11** 538:25 539:5,10
    539:15
**12:12** 539:20,25 540:5
    540:10,15
**12:13** 540:20,25 541:5
    541:10
**12:14** 541:15,20
**12:15** 541:25 542:5,10
    542:15,20
**12:16** 542:25 543:5,10
**12:17** 543:15,20,25
    544:5
**12:18** 544:10,15,20,25
    545:5
**12:19** 545:10,15,20,22
    545:24
**120** 604:22

Exhibit 8
Page 344 of 347

**1221** 442:23
**1313** 445:15,21
**15** 534:1 595:3 606:25
　607:3 608:4 619:19
　655:19 733:6
**15,000** 492:4 640:11
　726:15
**16** 455:23
**1957** 451:21 522:9
**1977** 451:24
**1979** 452:3,11 501:21
　502:15 664:1
**1980** 452:19 453:1,4
　501:22 502:4 511:3
　511:3 512:24 516:8
　533:18 534:10,14
　575:17 579:5 594:19
　608:18,22,24,25
　609:25 610:7 642:12
　642:15 674:15,23
**1980s** 613:22 702:11
**1981** 508:2,2 510:4,23
　512:7 513:17,17,24
　516:2,2
**1982** 453:5 510:9
　513:6 622:19 623:7
　632:10
**1983** 453:17 647:8
**1984** 608:24 647:8
　724:13
**1985** 511:17 656:3
　723:1
**1985ish** 654:5
**1986** 453:9,10 454:6
　608:18 610:1 637:8
　640:14 664:2 716:13
　718:20
**1987** 454:6,17 501:21
　502:15 557:7
**1989** 455:9 650:14,15
**1990** 454:10,13
　642:13
**1991** 642:15 663:21
　674:24
**1993** 455:12
**19th** 438:10

---
**2**
---
**2** 519:21 553:21 584:5
　597:9,10 605:12
　696:7,9 701:22
　705:21
**2:39** 607:14,16
**2:49** 607:16,18
**20** 451:23 518:22
　595:5,7 606:25
　607:3 619:19
**20-** 461:1
**20-foot** 579:20
**20,000** 604:25
**2006** 457:7
**2007** 608:3
**2009** 457:12
**201** 443:9 444:3
　446:15
**2012** 457:19,25 459:3
**2015** 460:25 461:2
**2016** 455:14,23 456:4
　608:3
**2017** 462:4
**2018** 462:9,14 469:4
　469:15,18 477:24
　541:12,13
**2019** 469:20 542:9
**2020** 438:25 442:4
　444:14 447:2 469:20
　481:12 735:19
**21** 452:2 644:6
**210-4380** 446:10
**2100** 444:3
**21303,Signature**
　735:21
**214** 442:18
**22** 452:19 454:17
**225** 443:17 444:10
　445:4
**22803** 445:10
**23** 541:2
**232-2606** 445:16,22
**235-2232** 444:15
**248-2056** 444:10
**25** 438:14
**25-foot** 581:6
**25,000** 470:15

---
**250** 579:6
**25th** 735:19

---
**3**
---
**3** 521:8,19 553:21
　580:13,14,18 581:12
　582:6,8,11 584:5,5
　605:12 620:15,25
　621:1,2,12,13,15,17
　621:18,23 622:1,6
　622:15,21 623:7,13
　623:18,21 624:4,10
　624:22,24 627:5,17
　627:20 659:14
　701:11,23 702:2
　705:21
**3:19-CV-00408-BA...**
　438:6
**30** 438:25 440:17
　454:18 493:25
　502:17 509:8 518:22
　519:8 542:14 543:4
　567:9,12,18,24
　568:7,13 569:24,25
　570:7 597:2,23
　651:5 652:7 656:23
　674:7 712:18
**30-foot** 509:7
**30/70** 599:3
**300** 724:22
**303** 444:14
**30th** 442:4 447:2
　650:13,15
**31** 555:5,5,5
**3141** 442:17
**32** 522:22 733:6
**3200** 446:3
**33** 439:22 504:6,8
　525:21
**335** 446:15
**337** 444:15 445:16,22
**34** 439:24 515:17
　519:19,22 522:22
**35** 440:3 522:22,23,24
　522:25 526:4
**350** 605:1
**352-5151** 442:24

---
**357-6244** 442:18
**36** 440:4 525:15,22
　597:25 598:22,25
**3600** 443:9 444:20
**37** 440:6 527:18,19,23
**375** 572:11,17,19
**38** 440:7 529:2,4,23
　531:18,19
**382-3438** 445:4
**388-5600** 443:17
**39** 440:9 531:21,23
　532:1,3
**39225-2803** 445:10

---
**4**
---
**4** 644:5 705:5,21
　708:21
**4:34** 685:3,5
**4:50** 685:5,7
**40** 440:11 509:25
　535:25 536:2 544:24
　656:23
**400** 445:3
**41** 440:13 537:2,3,17
**42** 440:15 522:20
　541:16,19 542:7
**4210** 443:16
**43** 440:19 525:14,21
　543:16,20 686:11,22
**438** 438:19
**44** 440:20 686:23,25
　687:4,13 693:4
　720:18 721:22 723:7
**4400** 442:23
**445** 444:9
**447** 439:4
**45** 440:22 651:6 692:7
　692:11 719:25
　720:18,19,20,21
**4500** 443:3
**46** 440:24 696:2,5,9
　719:2,5,6
**463** 542:10
**47** 441:3 528:24
　701:13,15,17 702:5
　704:24 705:12 714:4
　714:5,15,15,23

716:21
**470** 542:10
**471** 574:10 675:22
   676:21 677:3,20,25
   678:16
**472** 574:16 575:1
**48** 441:4 705:8,9
   706:1 708:10,22
   709:23 711:14 714:4
   714:17,23 715:17
   716:12

---

**5**

**5** 597:10 674:18
**5,000** 689:22
**5:21** 708:6
**5:25** 708:6,8
**5:26** 709:16,18
**5:28** 709:18,20
**50** 509:25 544:24
   612:10
**504** 439:22 443:4,10
   443:21 444:21 446:4
**515** 439:24
**52** 457:14 535:22
**522** 440:3
**525** 440:4
**527** 440:6
**529** 440:7
**532** 440:9
**534** 577:23,25 578:7,8
   639:7
**536** 440:11
**537** 440:13
**54** 457:22 458:1,6
**541** 440:15
**543** 440:19
**546** 439:5
**566-5261** 443:10
**57** 457:25
**581-3234** 443:4
**585-3059** 444:21
**588** 439:6
**59** 504:1,3

---

**6**

**6** 597:19,22

**6:01** 733:3,9
**60** 493:24 494:5
   509:25 544:24
**600** 511:4 512:25
   579:4 608:25 609:5
   674:15
**601** 444:4 445:11
**607** 439:7
**620** 439:8
**628** 439:9
**63** 502:15,25 503:3,10
   503:15 507:21 508:7
   510:20,24,25 512:3
   512:14,16 513:23
   515:5 517:15,23
   571:7,13,14,22
   572:1,5 573:22
   657:2,9,22 658:1,6
   661:25 662:10
**64** 555:11
**65** 543:15
**652** 439:10
**66** 515:16
**663** 439:11
**665** 439:12
**67** 502:15 503:11
   555:11 573:19,20,24
   657:7,14,22 658:1,6
   661:25 662:10
**670** 439:13
**670885** 438:13
**673** 439:14
**680** 439:15
**685** 439:16
**686** 440:20
**69** 439:25 515:11,23
   516:2,3,8 517:6
   518:3 658:3,5
**690-8600** 444:4
**692** 440:22
**696** 440:24

---

**7**

**7** 521:7,10,11,12,13
   521:14,18 577:4
   582:2,3,9,11 620:15
   620:21,21 625:15,16

626:3,6 627:21
**7,000** 565:3
**7/30** 504:24 505:8
**70** 493:24 567:9,11
   568:1,8,11,12 597:2
   599:7,8,18 610:25
   674:8
**70/30** 494:5
**700** 442:17 445:3
**70001** 443:20
**701** 441:3 443:3
**70112** 444:20
**70139** 443:4
**70163** 446:4
**70170** 443:10 444:4
**70433** 446:15
**705** 441:4
**70503** 445:16,21
**70508** 444:15
**70802-5628** 445:4
**70809** 443:16
**713** 442:24 446:10
**714** 439:4
**724** 439:6
**727** 439:17
**73** 555:17
**735** 438:19
**75219** 442:18
**77** 535:3
**77010** 442:23
**77056** 446:9
**78** 535:12,13
**7802** 444:9
**79** 452:6,14,16 535:6
**799-4500** 446:4

---

**8**

**8** 584:8 590:2 655:23
   680:20,21,22,25
   681:4,6,7
**8,000** 492:5
**80** 512:16 584:14
**800** 444:9
**80s** 441:3 510:21
   511:12,20 524:25
   525:10,11 536:11
   574:16 577:20

582:19,22 583:19,19
   583:19,20 584:4
   608:18 610:24 611:2
   637:23 644:24 648:9
   667:14 703:13,19
   719:18 721:4,5
   727:3,8
**81** 512:16 584:14,22
**82** 453:9,11,13 574:1
   584:5,22 631:17
   635:8 644:24 667:14
**82ish** 631:16
**83** 453:12,14 511:10
   513:6 574:1 631:17
   635:8 645:22 673:22
   677:22 725:11
**833-5600** 443:21
**83ish** 644:24 677:21
**84** 575:2 610:13
   638:10,10,10 645:22
   647:24 648:7,8
   649:10,25 650:4
   673:22 674:5 675:4
   677:22 703:10 723:2
   723:3 725:11
**85** 575:2 577:15
   582:22 638:10 650:4
   703:3,10 718:22
   722:22,23,24 723:2
**85-or-later** 702:11
**86** 453:18 454:9,12
   610:13 675:5 703:2
   703:3 715:2,5
   716:10,17 718:21,22
**87** 648:9 649:10
   719:19
**88** 648:9 649:10
**89** 721:2
**898-0608** 446:16

---

**9**

**9** 451:21,23 584:17,19
   680:20,22 681:7
**9:45** 442:5 447:2
**90** 562:22,23,23 563:2
   577:15 642:14
**90s** 613:22

49

**91** 440:19 543:12
  544:2 578:7 642:14
  658:17
**950** 578:11 579:11
**969-4272** 445:11
**985** 446:16
**99** 444:20

Exhibit 8
Page 347 of 347

### David Hsieh: Reasonable and Necessary Past Medical Expenses

| Provider: | Amount: |
|---|---|
| Stanford Health Care 1 | $649,086.01 |
| Stanford Health Care 2 | $100,911.94 |
| Stanford Health Care 3 | $160,515.01 |
| Stanford Health Care 4 | $4,856.00 |
| Stanford Cancer Genetics Program | $13,408.00 |
| Taipai Veterans General Hospital | $303,079.00 |
| **TOTAL** | **$1,231,855.96** |

Exhibit 9
Page 1 of 5

**Billing Totals**
**David Hsieh**

**Trial Date: 10/04/21**
**Attorney: Suzi B. Chester-Schindler**
**Date Completed: 04/29/21**

**Disease:  Mesothelioma**
**Medical Paralegal: Bobby Arredondo**

| Date of 1st Signs of Illness: | 01/08/18*** | | | | | | | | |
| Date of Diagnosis: | 01/30/18 | | | | | | | | |
| Date of Death: | N/A | | | | | | | | |

| Doctor/Hospital | Treatment Dates | Total Charges | Related | Unrelated | Insurer | Insurer Paid | Adjustment | Client Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| Stanford Health Care 1 * | 03/06/18 - 08/31/18 | $649,086.01 | $649,086.01 | $0.00 | Healthnet PPO | $230,797.73 | $239,254.68 | $6,855.00 | $172,178.60 |
| Stanford Health Care 2 * | 10/18/18 - 05/29/19 | $100,911.94 | $100,911.94 | $0.00 | Healthnet PPO | $28,508.25 | $33,514.05 | $1,035.78 | $37,853.86 |
| Stanford Health Care 3 * | 07/10/19 - 01/21/20 | $160,515.01 | $160,515.01 | $0.00 | Healthnet PPO | $66,246.49 | $86,197.95 | $4,131.24 | $3,939.33 |
| Stanford Health Care 4 * | 02/05/20 - 01/08/21 | $52,317.00 | $4,856.00 | $47,461.00 | N/A | $18,483.00 | $31,740.15 | $343.24 | $1,750.61 |
| Stanford Health Care 5 * | 2/3/21 | $3,619.00 | $0.00 | $3,619.00 | N/A | $31.37 | $86.63 | $0.00 | $3,501.00 |
| Stanford Cancer Genetics Program | 03/16/18 - 07/19/18 | $13,408.00 | $13,408.00 | $0.00 | N/A | $5,378.45 | $7,380.27 | $649.28 | $0.00 |
| Taipei Veterans General Hospital ** | 09/26/17 - 02/13/18 | $324,710.00 | $303,079.00 | $21,631.00 | N/A | N/A | N/A | $89,487.00 | $235,223.00 |
| Invitae | 09/01/20 - 09/21/20 | $3,950.00 | $0.00 | $3,950.00 | N/A | $0.00 | $0.00 | $0.00 | $3,950.00 |
| | | | | | | | | | |
| | Totals | $1,308,516.96 | $1,231,855.96 | $76,661.00 | | $349,445.29 | $398,173.73 | $102,501.54 | $458,396.40 |

**Status:**

Records begin 09/26/17; end on 02/03/21

Please provide an updated dr/hosp list to request and updated records for this client.

**Notes:**

* This is the MRD's totals.  Facility did not fill out affidavit

** Billing records were translated from Chinese.  Cannot determine what was actually paid out by insurance or by client.

NOTE: Client was diagnosed with LC on 10/23/17.  Had multiple lung biopsies for LC on 01/09, 01/25 and 01/28 which ultimately led to his meso diagnosis on 01/30/18.

*** Using date of dx for adenocarcinoma since surgeries overlapped prior to his meso dx.

Note: When the billing records do not include information regarding Medicare, Medicaid, or Medi-Cal coverage, the MRD cannot confirm whether Medicare, Medicaid, or Medi-Cal is an Insurer.

Please be advised that the Medical Resources Department can not guarantee the complete accuracy of the above related charges due to variability in billing coding. Please notify us if  you have any questions regarding the above totals.

4/29/2021

Exhibit 9
Page 2 of 5

### TOTALS FOR RELATED TREATMENT ONLY

| Facility | Related | Ins Paid | Adjusted | Client Paid | Balance |
|---|---|---|---|---|---|
| Stanford 1 | $649,086.01 | $230,797.73 | $239,254.68 | $6,855.00 | $172,178.60 |
| Stanford 2 | $100,911.94 | $28,508.25 | $33,514.05 | $1,035.78 | $37,853.86 |
| Stanford 3 | $160,515.01 | $66,246.49 | $86,197.95 | $4,131.24 | $3,939.33 |
| Stanford 4 | $4,856.00 | $2,229.36 | $2,626.64 | $0.00 | $0.00 |
| Taipei Vet | $303,079.00 | $0.00 | $0.00 | $83,602.00 | $219,477.00 |
| Stanford Gen | $13,408.00 | $5,378.45 | $7,380.27 | $649.28 | $0.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL | $1,231,855.96 | $333,160.28 | $368,973.59 | $96,273.30 | $433,448.79 |

*Pending additional billing records w/ complete information

### Stanford Health Care 1

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
| $1,240.00 |  | $496.00 | $620.00 | $124.00 | $0.00 | 3/6/2018 |
| $15,450.40 |  | $6,180.16 | $7,725.20 | $1,545.04 | $0.00 | 3/15/2018 |
| $199,916.87 |  | $95,112.29 | $99,958.42 | $4,846.16 | $0.00 | 4/2/2018 |
| $2,066.00 |  | $826.40 | $1,033.00 | $206.60 | $0.00 | 4/5/2018 |
| $1,332.00 |  | $532.80 | $666.00 | $133.20 | $0.00 | 4/26/2018 |
| $1,332.00 |  | $666.00 | $666.00 |  | $0.00 | 5/17/2018 |
| $100,162.00 |  | $50,081.01 | $50,080.99 |  | $0.00 | 5/17/2018 |
| $15,321.50 |  | $7,660.75 | $7,660.75 |  | $0.00 | 5/25/2018 |
| $100,959.36 |  | $50,479.68 | $50,479.68 |  | $0.00 | 6/4/2018 |
| $1,332.00 |  | $666.00 | $666.00 |  | $0.00 | 6/8/2008 |
| $9,533.28 |  | $4,766.64 | $4,766.64 |  | $0.00 | 6/18/2018 |
| $10,591.00 |  | $5,295.50 | $5,295.50 |  | $0.00 | 6/19/2018 |
| $16,069.00 |  | $8,034.50 | $8,034.50 |  | $0.00 | 6/21/2018 |
| $833.00 |  |  |  |  | $833.00 | 7/11/2018 |
| $2,848.00 |  |  |  |  | $2,848.00 | 7/17/2018 |
| $1,140.00 |  |  |  |  | $1,140.00 | 7/19/2018 |
| $14,949.00 |  |  |  |  | $14,949.00 | 7/24/2018 |
| $260.00 |  |  |  |  | $260.00 | 7/24/2018 |
| $49,374.91 |  |  | $1,602.00 |  | $47,772.91 | 7/25/2018 |
| $12,187.50 |  |  |  |  | $12,187.50 | 7/26/2018 |
| $47,262.00 |  |  |  |  | $47,262.00 | 8/1/2018 |
| $402.00 |  |  |  |  | $402.00 | 8/2/2018 |
| $42,428.00 |  |  |  |  | $42,428.00 | 8/3/2018 |
| $2,096.19 |  |  |  |  | $2,096.19 | 8/31/2018 |
| $649,086.01 | $0.00 | $230,797.73 | $239,254.68 | $6,855.00 | $172,178.60 |  |
| $649,086.01 |  | $649,086.01 |  |  |  |  |

### Stanford Health Care 2

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
| $1,629.00 |  | $814.50 | $814.50 | $0.00 | $0.00 | 10/18/2018 |
| $35,736.50 |  | $17,868.25 | $17,868.25 | $0.00 | $0.00 | 10/29/2018 |
| $360.00 |  | $113.04 | $211.96 | $35.00 | $0.00 | 1/29/2019 |
| $7,860.00 |  | $2,897.04 | $4,627.96 | $335.00 | $0.00 | 2/5/2019 |
| $2,332.12 |  | $1,074.08 | $989.52 | $268.52 | $0.00 | 2/5/2019 |
| $553.00 |  | $227.39 | $325.61 | $0.00 | $0.00 | 2/7/2019 |
| $13,260.50 |  | $5,125.45 | $7,807.79 | $327.26 | $0.00 | 2/22/2019 |
| $644.00 |  | $229.82 | $379.18 | $35.00 | $0.00 | 4/10/2019 |
| $37,705.82 |  | $0.00 | $0.00 | $0.00 | $37,705.82 | 5/1/2019 |
| $471.00 |  | $158.68 | $277.32 | $35.00 | $0.00 | 5/7/2019 |
| $360.00 |  | $0.00 | $211.96 | $0.00 | $148.04 | 5/29/2019 |
| $100,911.94 | $0.00 | $28,508.25 | $33,514.05 | $1,035.78 | $37,853.86 |  |
| $100,911.94 |  | $100,911.94 |  |  |  |  |

### Stanford Health Care 4

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
| $403.00 |  | $144.91 | $258.09 |  | $0.00 | 2/5/2020 |
| $186.00 |  | $82.67 | $103.33 |  | $0.00 | 2/5/2020 |
| $143.00 |  | $79.31 | $63.69 |  | $0.00 | 2/5/2020 |
| $197.00 |  | $62.12 | $134.88 |  | $0.00 | 2/5/2020 |

### Stanford Health Care 3

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
| $60,530.08 |  | $28,130.52 | $30,265.04 | $2,134.52 | $0.00 | 7/10/2019 |
| $7,879.89 |  | $2,879.54 | $4,700.35 | $300.00 | $0.00 | 7/19/2019 |
| $11,944.72 |  | $4,477.03 | $5,823.97 | $1,643.72 | $0.00 | 7/30/2019 |
| $223.00 |  | $71.98 | $133.02 | $18.00 | $0.00 | 8/2/2019 |
| $3,566.00 |  | $348.33 | $2,099.66 | $0.00 | $1,118.01 | 9/3/2019 |
| $434.00 |  | $140.12 | $258.88 | $35.00 | $0.00 | 9/30/2019 |
| $8,354.41 |  | $3,371.01 | $4,983.40 | $0.00 | $0.00 | 10/14/2019 |
| $14,190.96 |  | $5,726.05 | $8,464.91 | $0.00 | $0.00 | 10/18/2019 |
| $20,114.72 |  | $6,930.00 | $13,184.72 | $0.00 | $0.00 | 12/10/2019 |
| $27,813.23 |  | $11,125.30 | $13,906.61 | $0.00 | $2,781.32 | 1/17/2020 |
| $5,464.00 |  | $3,046.61 | $2,377.39 | $0.00 | $40.00 | 1/1/2020 |
| $160,515.01 | $0.00 | $66,246.49 | $86,197.95 | $4,131.24 | $3,939.33 |  |
| $160,515.01 |  | $160,515.01 |  |  |  |  |

### Taipei Veterans General Hospital

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
|  | $18,367.00 |  | $5,885.00 | $12,482.00 | 10/18/2017 |  |
| $20,324.00 |  |  | $9,789.00 | $10,535.00 | 1/8/2018 |  |
| $280,950.00 |  |  | $73,813.00 | $207,137.00 | 1/23/2018 |  |
|  | $420.00 |  | $420.00 | 9/26/2017 |  |  |
|  | $420.00 |  | $420.00 | 9/26/2017 |  |  |
|  | $420.00 |  | $420.00 | 9/26/2017 |  |  |
|  | $360.00 |  | $360.00 | 10/25/2017 |  |  |
|  | $20.00 |  | $20.00 | 10/25/2017 |  |  |
|  | $404.00 |  | $404.00 | 9/26/2017 |  |  |
|  | $160.00 |  | $160.00 | 11/20/2017 |  |  |
|  | $420.00 |  | $420.00 | 11/20/2017 |  |  |
|  | $420.00 |  | $420.00 | 12/5/2017 |  |  |
|  | $20.00 |  | $20.00 | 12/5/2017 |  |  |
|  | $200.00 |  | $200.00 | 12/5/2017 |  |  |
| $404.00 |  |  | $404.00 | 1/15/2018 |  |  |
| $501.00 |  |  | $501.00 | 2/13/2018 |  |  |
| $300.00 |  |  | $300.00 | 2/13/2018 |  |  |
| $600.00 |  |  | $600.00 | 2/13/2018 |  |  |
| $303,079.00 | $21,631.00 | $0.00 | $0.00 | $89,487.00 | $235,223.00 |  |
| $324,710.00 |  | $324,710.00 |  |  |  |  |

### Stanford Health Care 5

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
|  | $118.00 | $31.37 | $86.63 |  | $0.00 | 2/3/2021 |
|  | $2,497.00 |  |  |  | $2,497.00 | 2/3/2021 |
|  | $1,004.00 |  |  |  | $1,004.00 | 2/3/2021 |
| $0.00 | $3,619.00 | $31.37 | $86.63 | $0.00 | $3,501.00 |  |
| $3,619.00 |  | $3,619.00 |  |  |  |  |

### Invitae

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
|  | $3,950.00 |  |  |  | $3,950.00 | 09/03/20 - 09/23/20 |
| $0.00 | $3,950.00 | $0.00 | $0.00 | $0.00 | $3,950.00 |  |
| $3,950.00 |  | $3,950.00 |  |  |  |  |

### Stanford Cancer Genetics Program

| Related | Unrelated | Insurer Paid | Adjusted | Client Paid | Balance | DOS |
|---|---|---|---|---|---|---|
| $930.00 |  |  | $685.86 | $244.14 | $0.00 | 3/6/2018 |
| $403.00 |  | $232.10 | $170.90 |  | $0.00 | 3/15/2018 |
| $403.00 |  | $157.83 | $245.17 |  | $0.00 | 3/15/2018 |
| $318.00 |  | $212.30 | $70.70 | $35.00 | $0.00 | 3/21/2018 |
| $197.00 |  | $86.34 | $110.66 |  | $0.00 | 3/21/2018 |
| $197.00 |  | $86.34 | $110.66 |  | $0.00 | 3/21/2018 |
| $653.00 |  |  | $522.93 | $130.07 | $0.00 | 3/26/2018 |
| $653.00 |  |  | $522.93 | $130.07 | $0.00 | 4/2/2018 |
| $653.00 |  | $251.15 | $366.85 | $35.00 | $0.00 | 4/26/2018 |
| $653.00 |  | $211.15 | $366.85 | $75.00 | $0.00 | 5/17/2018 |
| $403.00 |  | $157.83 | $245.17 |  | $0.00 | 5/25/2018 |
| $403.00 |  | $232.10 | $170.90 |  | $0.00 | 5/25/2018 |
| $848.00 |  | $382.91 | $465.09 |  | $0.00 | 5/29/2018 |

Exhibit 9
Page 3 of 5

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $318.00 | $155.14 | $162.86 | | $0.00 | 2/5/2020 | $37.00 | $21.32 | $15.68 | $0.00 | 5/31/2018 |
| | $232.00 | $77.35 | $154.65 | | $0.00 | 2/5/2020 | $33.00 | $23.03 | $9.97 | $0.00 | 5/31/2018 |
| | $212.00 | $107.35 | $77.81 | $16.44 | $10.40 | 2/5/2020 | $930.00 | $537.11 | $392.89 | $0.00 | 6/4/2018 |
| | $234.00 | $170.05 | $63.95 | | $0.00 | 2/5/2020 | $653.00 | $286.15 | $366.85 | $0.00 | 6/7/2018 |
| | $3,083.00 | $347.20 | $2,649.00 | $86.80 | $0.00 | 2/5/2020 | $668.00 | $289.41 | $378.59 | $0.00 | 6/18/2018 |
| | $666.00 | $102.38 | $483.62 | $80.00 | $0.00 | 2/10/2020 | $372.00 | $181.46 | $190.54 | $0.00 | 6/19/2018 |
| | $666.00 | $102.38 | $483.62 | $80.00 | $0.00 | 2/25/2020 | $181.00 | $37.84 | $143.16 | $0.00 | 6/19/2018 |
| | $666.00 | $182.38 | $483.62 | | $0.00 | 3/9/2020 | $165.00 | $56.36 | $108.64 | $0.00 | 6/19/2018 |
| | $830.00 | $311.05 | $438.95 | $80.00 | $0.00 | 3/10/2020 | $573.00 | $300.92 | $272.08 | $0.00 | 6/21/2018 |
| | $771.00 | $263.04 | $507.96 | | $0.00 | 3/27/2020 | $848.00 | $382.91 | $465.09 | $0.00 | 6/26/2018 |
| | $771.00 | $263.04 | $507.96 | | $0.00 | 4/2/2020 | $592.00 | $285.12 | $306.88 | $0.00 | 7/10/2018 |
| | $771.00 | $263.04 | $507.96 | | $0.00 | 4/21/2020 | $930.00 | $537.11 | $392.89 | $0.00 | 7/17/2018 |
| | $771.00 | $263.04 | $507.96 | | $0.00 | 5/12/2020 | $712.00 | $429.66 | $282.34 | $0.00 | 7/19/2018 |
| | $1,081.00 | $491.95 | $589.05 | | $0.00 | 5/18/2020 | **$13,408.00** | **$0.00** | **$5,378.45** | **$7,380.27** | **$649.28** | **$0.00** |
| | $771.00 | $263.04 | $507.96 | | $0.00 | 5/19/2020 | | | | | | |

| | | |
|---|---|---|
| | **$13,408.00** | |
| | **$13,408.00** | **$13,408.00** |

| | | | | | |
|---|---|---|---|---|---|
| $999.00 | $351.24 | $647.76 | | $0.00 | 5/27/2020 |
| $771.00 | $263.04 | $507.96 | | $0.00 | 5/28/2020 |
| $771.00 | $263.04 | $507.96 | | $0.00 | 6/5/2020 |
| $690.00 | $254.30 | $435.70 | | $0.00 | 6/5/2020 |
| $403.00 | $144.91 | $258.09 | | $0.00 | 6/5/2020 |
| $509.00 | $254.30 | $254.70 | | $0.00 | 6/5/2020 |
| $771.00 | $263.04 | $507.96 | | $0.00 | 6/8/2020 |
| $191.00 | $91.74 | $99.26 | | $0.00 | 6/8/2020 |
| $999.00 | $351.24 | $647.76 | | $0.00 | 6/15/2020 |
| $999.00 | $351.24 | $647.76 | | $0.00 | 6/22/2020 |
| $771.00 | $263.04 | $507.96 | | $0.00 | 6/22/2020 |
| $771.00 | $263.04 | $507.96 | | $0.00 | 6/26/2020 |
| $999.00 | $351.24 | $647.76 | | $0.00 | 7/6/2020 |
| $771.00 | $270.97 | $500.03 | | $0.00 | 7/24/2020 |
| $999.00 | $351.24 | $647.76 | | $0.00 | 8/3/2020 |
| $771.00 | $270.97 | $500.03 | | $0.00 | 8/7/2020 |
| $666.00 | $187.88 | $478.12 | | $0.00 | 8/12/2020 |
| $771.00 | $270.97 | $500.03 | | $0.00 | 8/21/2020 |
| $771.00 | $270.97 | $500.03 | | $0.00 | 8/24/2020 |
| $528.00 | $326.57 | $201.43 | | $0.00 | 8/27/2020 |
| $49.00 | $49.00 | | | $0.00 | 8/27/2020 |
| $1,081.00 | $506.78 | $574.22 | | $0.00 | 8/28/2020 |
| $523.00 | $187.88 | $335.12 | | $0.00 | 9/3/2020 |
| $712.00 | $270.97 | $441.03 | | $0.00 | 9/4/2020 |
| $523.00 | $187.88 | $335.12 | | $0.00 | 9/14/2020 |
| $906.00 | $361.83 | $544.17 | | $0.00 | 9/16/2020 |
| $712.00 | $270.97 | $441.03 | | $0.00 | 9/17/2020 |
| $611.00 | $261.97 | $349.03 | | $0.00 | 9/18/2020 |
| $906.00 | $361.83 | $544.17 | | $0.00 | 9/18/2020 |
| $828.00 | $261.97 | $566.03 | | $0.00 | 9/18/2020 |
| $484.00 | $149.28 | $334.72 | | $0.00 | 9/18/2020 |
| $191.00 | $94.51 | $96.49 | | $0.00 | 9/21/2020 |
| $388.00 | $116.11 | $271.89 | | $0.00 | 9/29/2020 |

| | | | | | |
|---|---|---|---|---|---|
| $573.00 | $284.34 | $288.66 | | $0.00 | 10/5/2020 |
| $906.00 | $361.83 | $544.17 | | $0.00 | 10/5/2020 |
| $211.00 | $63.50 | $147.50 | | $0.00 | 10/7/2020 |
| $382.00 | $158.59 | $223.41 | | $0.00 | 10/7/2020 |
| $232.00 | $79.06 | $152.94 | | $0.00 | 10/7/2020 |
| $530.00 | $530.00 | | | $0.00 | 10/7/2020 |
| $281.00 | $175.17 | $105.83 | | $0.00 | 10/7/2020 |
| $80.00 | $21.89 | $58.11 | | $0.00 | 10/7/2020 |
| $186.00 | $84.51 | $101.49 | | $0.00 | 10/7/2020 |
| $172.00 | $81.07 | $90.93 | | $0.00 | 10/7/2020 |
| | $712.00 | $270.97 | $441.03 | $0.00 | 10/12/2020 |
| | $712.00 | $270.97 | $441.03 | $0.00 | 10/16/2020 |
| | $74.00 | $47.70 | $26.30 | $0.00 | 10/22/2020 |
| | $906.00 | $361.83 | $544.17 | $0.00 | 10/23/2020 |
| $484.00 | $149.28 | $334.72 | | $0.00 | 11/16/2020 |
| $148.00 | $26.12 | $121.88 | | $0.00 | 11/18/2020 |
| $523.00 | $187.88 | $335.12 | | $0.00 | 11/20/2020 |
| $148.00 | $26.12 | $121.88 | | $0.00 | 11/24/2020 |
| | $712.00 | $270.97 | $441.03 | $0.00 | 12/9/2020 |
| | $611.00 | $261.97 | $349.03 | $0.00 | 12/15/2020 |
| | $71.00 | $22.90 | $48.10 | $0.00 | 12/15/2020 |
| | $828.00 | $261.97 | $566.03 | $0.00 | 12/18/2020 |

Exhibit 9
Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
| $906.00 | $361.83 | $544.17 | | $0.00 | 12/16/2000 |
| $191.00 | $94.51 | $96.49 | | $0.00 | 12/16/2020 |
| $712.00 | $270.97 | $441.03 | | $0.00 | 12/18/2020 |
| $446.00 | $119.54 | $326.46 | | $0.00 | 1/1/2021 |
| $661.00 | $349.07 | $224.66 | | $87.27 | 1/1/2021 |
| $726.00 | $256.93 | $469.07 | | $0.00 | 1/1/2021 |
| $624.00 | $273.86 | $350.14 | | $0.00 | 1/1/2021 |
| $350.00 | $119.54 | $230.46 | | $0.00 | 1/1/2021 |
| $282.00 | $139.74 | $107.32 | | $34.94 | 1/2/2021 |
| $712.00 | $270.97 | $441.03 | | $0.00 | 1/4/2021 |
| $712.00 | | | | $712.00 | 1/8/2021 |
| $906.00 | | | | $906.00 | 1/8/2021 |
| **$4,856.00** | **$47,461.00** | **$18,483.00** | **$31,740.15** | **$343.24** | **$1,750.61** |
| **$52,317.00** | | **$52,317.00** | | | |

Exhibit 9
Page 5 of 5

| | |
|---|---|
| **From:** | Susannah Chester-Schindler |
| **To:** | vthompson@strongpipkin.com |
| **Cc:** | Kaycie Pressley; Charles E.J. Phipps |
| **Subject:** | David Hsieh v. Apache et al. - Chevron (Gulf Oil) and Texaco Discovery Supplement |
| **Date:** | Thursday, April 29, 2021 5:22:31 PM |

Vickie,

Good afternoon.  First, thank you for your Notice of Deposition for Mr. Lofton.  Plaintiff will be in attendance.  Second, I just wanted to take a moment to follow up on the status of your clients' supplemental discovery.  Once concern you expressed during our conversation and in your client's general/boilerplate objections was regarding the geographical scope of our inquiries.  More specifically, while we agreed to limit the inquiries to those areas within a two hour helicopter ride and/or twelve hour boat ride (i.e. ~120 miles) you were concerned that was not sufficient.

Therefore, in an effort to address that discreet element of your client's rather lengthy standard objection, Plaintiff can firmly narrow the geographical scope to the areas listed below within the Gulf of Mexico *plus those already specifically identified in our interrogatories and requests for production to your client (i.e.* Green Canyon, Mississippi Canyon, Mad Dog, and Ship Shoal*)*.

1. West Delta;
2. Garden Banks;
3. De Soto Canyon;
4. Timbalier Bay;
5. Grand Isle;
6. Chandalier;
7. Main Pass;
8. Eugene Island; and
9. Vermillion

These areas are reflective of the "two hour or twelve hour boat ride" distance limitation.  The limitation eliminates a significant portion of the Gulf of Mexico and, read in coordination with our limitations regarding time frame and well type, should assist your client further in its search.  To that end, please provide your client's supplement by close of business Tuesday May 4, 2021.  While I appreciate this is a tight time frame, your client has been in receipt of this discovery since November of 2020 and you have represented to me that your client is diligently working to produce responsive information.  I trust a narrowing of the search will assist this production.

Thank you.



**Susannah Chester-Schindler  |  Partner**
3141 Hood Street, Suite 700 | Dallas, TX 75219
Toll Free 800-226-9880  |  Phone 214-357-6244
Fax 214-357-7252
schester@waterskraus.com  |  www.waterskraus.com.

Exhibit 10
Page 1 of 1



Deposition of:
# Steve Eddy

**Date:** April 1, 2021

**Case:** DAVID HSIEH, / DAVID HSIEH, v. APACHE DEEPWATERS, LLC, ET AL., / APACHE DEEPWATER, LLC, ET AL.,

**No.** 670885 - Div. 25 / 3:19-CV-00408

**Court Reporter:** Angela M. Taylor, RPR, IL-CSR, MO-CCR

Paszkiewicz Court Reporting
Phone:  847-598-0322
Toll-Free:  855-595-3577
Fax:  618-855-9513

Exhibit 11
Page 1 of 179

Page 1

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST
BATON ROUGE
STATE OF LOUISIANA


DAVID HSIEH,                    )
                               )
          PLAINTIFF,           )
                               )
          vs.                  )  No. 670885
                               )  Division 25
APACHE DEEPWATERS, LLC, ET )
AL.,                           )
                               )
          DEFENDANTS.          )




          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA


DAVID HSIEH,                    )
                               )
          PLAINTIFF,           )
                               )
          vs.                  )Civil Action No.
                               )3:19-CV-00408
                               )
APACHE DEEPWATER, LLC, ET  )
AL.,                           )
                               )
          DEFENDANTS.          )


          VIDEOTAPED REMOTE DEPOSITION OF STEVE EDDY
          TAKEN ON BEHALF OF THE DEFENDANTS
          APRIL 1, 2021

Exhibit 11
Page 2 of 179

**Steve Eddy**
**April 1, 2021**

Page 2

1    Angela M. Taylor, RPR, IL-CSR, MO-CCR
            CSR No. 084.004538
2                CCR No. 1067

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 3 of 179

Steve Eddy
April 1, 2021

Page 3

1                    INDEX OF EXAMINATION

2    QUESTIONS BY MR. MOIR ..........................12
     QUESTIONS BY MR. COSCULLUELA ....................46
3    QUESTIONS BY MR. FOUNDAS ........................79
     QUESTIONS BY MR. GREEN ..........................85
4    QUESTIONS BY MS. CHESTER-SCHINDLER ..............87
     QUESTIONS BY MR. MOIR ..........................131
5    QUESTIONS BY MR. COSCULLUELA ...................140
     QUESTIONS BY MR. FOUNDAS .......................146
6    QUESTIONS BY MR. LEITZELAR .....................147

7

8                    INDEX OF EXHIBITS

9    Exhibit 50, SIDE VIEW DRAWING BY MR. HSIEH .......72

10

11

12          (Exhibits are attached to transcript.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 4 of 179

Steve Eddy
April 1, 2021

Page 4

1      19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST
                           BATON ROUGE
2                      STATE OF LOUISIANA

3

4    DAVID HSIEH,                  )
                                   )
5            PLAINTIFF,            )
                                   )
6            vs.                   )  Case No. 670885
                                   )  Division 25
7    APACHE DEEPWATERS, LLC, ET )
     AL.,                          )
8                                  )
             DEFENDANTS.           )
9

10

11             UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF LOUISIANA
12

13   DAVID HSIEH,                  )
                                   )
14           PLAINTIFF,            )
                                   )
15           vs.                   )Civil Action No.
     3:19-CV-00408
16                                 )
     APACHE DEEPWATERS, LLC, ET )
17   AL.,                          )
                                   )
18           DEFENDANTS.           )

19

20           VIDEOTAPED REMOTE DEPOSITION OF STEVE EDDY,
     produced, sworn, and examined on behalf of Defendants,
     APRIL 1, 2021, between the hours of 9:00 in the
21   forenoon and 1:08 in the afternoon of that day, at
     video conferencing and telephonically remotely, before
22   Angela M. Taylor, RPR, MO-CCR, IL-CSR.

23

24

25

**Paszkiewicz Court Reporting**
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 5 of 179

Steve Eddy
April 1, 2021

Page 5

1
            A P P E A R A N C E S
2
3   APPEARING TELEPHONICALLY for Plaintiff:
4        Ms. Susannah Chester-Schindler
         WATERS KRAUS & PAUL, LLP
5        3141 Hood Street
         Suite 700
6        Dallas, TX  75219
         schester@waterskraus.com
7
    APPEARING TELEPHONICALLY for ConocoPhillips:
8
         Ms. Leslie Henry
9        ADAMS & REESE, LLP
         1221 McKinney Street
10       Suite 4400
         Houston, TX  77010
11       leslie.henry@arlaw.com
12   APPEARING for Chevron Phillips Chemical Company, LP:
13       Mr. Alex E. Cosculluela
         ADAMS & REESE, LLP
14       1221 McKinney Street
         Suite 4400
15       Houston, TX  77010
         aec@arlaw.com
16
    APPEARING TELEPHONICALLY for Murphy Exploration &
17   Production Company-USA:
18       Mr. Robert S. Emmett
         BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
19       201 St. Charles Avenue
         Suite 3600
20       New Orleans, LA  70170
         remmett@bakerdonelson.com
21
    APPEARING TELEPHONICALLY for Exxon Mobil Corporation
22   and ExxonMobil Oil Corporation (Federal Court):
23       Mr. Luis Leitzelar
         BIENVENU, BONNECAZE, FOCO & VIATOR, LLC
24       4210 Bluebonnet Blvd.
         Baton Rouge, LA  70809
25       luis.leitzelar@bblawla.com

Exhibit 11
Page 6 of 179

Steve Eddy
April 1, 2021

Page 6

1               APPEARANCES (CONT'D)
2    APPEARING for Schlumberger:
3         Mr. Peter Moir
          FORMAN WATKINS & KRUTZ, LLP
4         201 St. Charles Avenue
          Suite 2100
5         New Orleans, LA  70170
          peter.moir@formanwatkins.com
6
     APPEARING TELEPHONICALLY for Baker Hughes Oilfield
7    Operations, LLC; Baker Hughes, a GE Company, LLC:
8         Ms. Michelle Roy
          FORMAN WATKINS & KRUTZ, LLP
9         201 St. Charles Avenue
          Suite 2100
10        New Orleans, LA  70170
          michelle.roy@formanwatkins.com
11   APPEARING TELEPHONICALLY for Apache Deepwater, LLP:
12        Mr. William Schuette
          JONES WALKER, LLP
13        445 North Blvd.
          Suite 800
14        Baton Rouge, LA  70802
          wschuette@joneswalker.com
15
     APPEARING TELEPHONICALLY for NuStar Pipeline Company,
16   LLC:
17        Mr. Jay Jalenak, Jr.
          KEAN MILLER LLP
18        400 Convention Street
          Suite 700
19        Baton Rouge, LA  70802
          jay.jalenak@keanmiller.com
20
     APPEARING TELEPHONICALLY BP America, BP America
21   Corporation, and BP Products:
22        Ms. Shelley K. Napolitano
          MARON MARVEL BRADLEY ANDERSON & TARDY LLC
23        201 St. Charles Avenue
          Suite 2411
24        New Orleans, LA  70170
          snapolitano@maronmarvel.com
25

Exhibit 11
Page 7 of 179

Steve Eddy
April 1, 2021

Page 7

```
 1              APPEARANCES (CONT'D)
 2   APPEARING TELEPHONICALLY for Shell Oil Company:
 3        Mr. Mitchell Tedesco
          MORGAN, LEWIS & BOCKIUS, LLP
 4        1000 Louisiana Street
          Suite 4000
 5        Houston, TX  77002
          mitchell.tedesco@morganlewis.com
 6
     APPEARING TELEPHONICALLY BP America, BP America
 7   Corporation, and BP Products:
 8        Mr. Rodger "Rory" G. Green, Jr.
          OTTINGER HEBERT
 9        1313 West Pinhook Road
          Lafayette, LA  70503
10        rggreen@ohllc.com
11   APPEARING TELEPHONICALLY Union Carbide; Montello:
12        Mr. Ernest Foundas
          PUGH ACCARDO
13        1100 Poydras Street
          Suite 3300
14        New Orleans, LA  70163
          efoundas@pugh-law.com
15
     APPEARING TELEPHONICALLY for Chevron U.S.A., Inc.;
16   Texaco, Inc.:
17        Mr. John Bridger
          STRONG PIPKIN BISSELL & LEDYARD, LLP
18        Two Riverway
          Suite 1020
19        Houston, TX  77056
          jbridger@strongpipkin.com
20
21
22
23
24
25
```

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 8 of 179

Page 8

1    IT IS HEREBY STIPULATED AND AGREED by and

2    between counsel for the PLAINTIFF and counsel for the

3    DEFENDANTS, that this deposition may be taken in

4    shorthand by Angela M. Taylor, a Registered

5    Professional Reporter, Certified Shorthand Reporter

6    and Certified Court Reporter, and afterwards

7    transcribed into typewriting, and the signature of the

8    witness is reserved by agreement of counsel and the

9    witness.

10

11              0-0-0

12              STEVE EDDY,

13    of lawful age, being produced, sworn and examined on

14    the part of the Defendants, and after responding "Yes,

15    I do" to the oath administered by the court reporter,

16    deposes and says:

17

18          * * * * * * * * * * *

19              MS. CHESTER-SCHINDLER:  The deposition is

20    taken pursuant to the Federal Rules of Civil Procedure

21    and the Louisiana Code of Civil Procedure.

22              TELEPHONIC DEFENSE COUNSEL:  Yes.

23              MS. CHESTER-SCHINDLER:  And the Louisiana

24    Code of Evidence, and, of course, the Federal Rules of

25    Evidence since it's in two matters.  Any objection to

Exhibit 11
Page 9 of 179

Steve Eddy
April 1, 2021

Page 9

1   that?

2          TELEPHONIC DEFENSE COUNSEL:  No.

3          MS. CHESTER-SCHINDLER:  Okay.  Hearing no

4   objection, are we doing one objection is good for all?

5          TELEPHONIC DEFENSE COUNSEL:  That's fine

6   with me if it's okay with everybody everyone else.

7          MS. CHESTER-SCHINDLER:  And then, lastly, we

8   are operating again under two sets of rules.  So are

9   we going to state the basis of our form objections, or

10  reserve all basis until the time of except for

11  responsiveness of the question and form?

12         TELEPHONIC DEFENSE COUNSEL:  I would say

13  let's preserve object to the form but with reserving

14  the basis for the objection.

15         MS. CHESTER-SCHINDLER:  Okay.  That will

16  make it a lot faster.

17         TELEPHONIC DEFENSE COUNSEL:  Yeah.

18         MR. BRIDGER:  And do we have the agreement

19  that those of us who are only in the federal court

20  case are appearing only in the federal court case, not

21  in the state court case?

22         MS. CHESTER-SCHINDLER:  I would hope so.  I

23  don't know how you're going to appear in the state

24  court case.

25         MR. BRIDGER:  I'm trying desperately not to

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 10 of 179

Steve Eddy
April 1, 2021

Page 10

1    appear in the state court case.

2              MS. CHESTER-SCHINDLER:  Thanks, Mr. Eddy,

3    for bearing with us through all this.  And then,

4    lastly, the -- this is Suzi Chester again, Counsel for

5    David.  This morning we had a discussion before we

6    went on the record regarding the order of the

7    proceedings.  Plaintiff has noticed this deposition

8    both in the state court case and the federal case.

9    Counsel for Schlumberger has noticed it only in the

10   federal case, therefore --

11             TELEPHONIC DEFENSE COUNSEL:  Not true.

12             MS. CHESTER-SCHINDLER:  -- this morning --

13             TELEPHONIC DEFENSE COUNSEL:  It's noticed in

14   both cases, Suzi.

15             MS. CHESTER-SCHINDLER:  Okay.  I'll go back

16   and verify the notice.  I just looked at the one I

17   have right in front of me right now, so I'm going

18   to --

19             TELEPHONIC DEFENSE COUNSEL:  There --

20   there -- yeah, there are two separate notices.

21             MS. CHESTER-SCHINDLER:  Okay.  Very good.

22             TELEPHONIC DEFENSE COUNSEL:  They're not in

23   the --

24             MS. CHESTER-SCHINDLER:  Regardless,

25   Plaintiff objects to the order of the proceedings and

Exhibit 11
Page 11 of 179

Steve Eddy
April 1, 2021

Page 11

1    will conduct her examination on behalf of Mr. Hsieh in

2    the traditional order with the plaintiff going first

3    since Mr. Eddy will be called in our case and chief,

4    and then, of course, whatever Schlumberger or defense

5    counsel would like to play during their case and

6    chief, they may do at a later time.  Go ahead.

7                VIDEOGRAPHER:  We are now on the video

8    record.  This is the videotaped deposition of Steve

9    Eddy.  Today's date is April 1st of 2021.  The time on

10   the video monitor is approximately --

11               (Audio connection was lost and court

12                reporter asked for clarification.)

13               VIDEOGRAPHER:  Time on the video monitor is

14   approximately 10:07 a.m.  This is the case of David

15   Hsieh versus Water -- Apache Deepwater, LLC, et al.

16   Today -- my name is Nick deHaas representing

17   Paszkiewicz Court Reporting.  This deposition is being

18   held at a Hampton Inn & Suites, Tarpon Springs,

19   Florida, located at 39248 US Highway 19, Tarpon

20   Springs, Florida.  The court reporter today is Angela

21   Taylor also representing Paszkiewicz Court Reporting.

22   Appearances; all counsel have been noted on the

23   stenographic record.

24               At this time will our court reporter please

25   swear in our witness?

Exhibit 11
Page 12 of 179

Steve Eddy
April 1, 2021

Page 12

1                    STEVE EDDY,

2    of lawful age, being produced, sworn and examined on

3    the part of the Defendants, and after responding "Yes,

4    I do" to the oath administered by the court reporter,

5    deposes and says:

6

7                 * * * * * * * * * * *

8

9                    [EXAMINATION]

10       QUESTIONS BY MR. MOIR:

11       Q    Mr. Eddy, my name is Peter Moir, and I am

12   going to be starting out taking your deposition.

13   Because of the audio issues, I will be -- keep trying

14   to keep my voice up.  Please don't take any insult at

15   that.  Please tell us your name.

16       **A    My name is Steve Eddy is what I go by.  The**

17   **full one is Steven McChesney Eddy, but everyone**

18   **misspells that so in most of my legal documents I'm**

19   **Steve Eddy.**

20       Q    Okay.  And where do you live Mr. Eddy?

21       **A    I live in Palm Harbor, Florida at 326**

22   **Mayfair Circle East 34683.**

23       Q    Do you know David Hsieh?

24       **A    Yes.**

25       Q    And how do you pronounce his last name?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 13 of 179

Steve Eddy
April 1, 2021

Page 13

1    **A    I pronounce his name Hsieh because of the**
2    **three years I knew him, he was David Hsieh, but then,**
3    **again, maybe I've been butchering it like everyone**
4    **else at the district.**
5    Q    Okay.  Well, we in -- in the course of the
6    deposition, I'll use that pronunciation to ask you
7    questions about Mr. Hsieh; is that fair?
8    **A    Okay.**
9    Q    Okay.  Did you work for Schlumberger over a
10   number of years?
11   **A    Yes.**
12   Q    Among other positions, one of the jobs that
13   you had with Schlumberger working as a field service
14   manager?
15   **A    Yes.**
16   Q    Was that out of the Schlumberger office in
17   Belle Chasse, Louisiana?
18   **A    Yes.**
19   Q    What years did you work as a field service
20   manager for Schlumberger?
21   **A    In round numbers, 1983 through '85.**
22   Q    Field service in (inaudible) working in
23   Belle Chasse, what years did you work at Belle Chasse?
24   **A    I believe that that would have been in -- in**
25   **round numbers, you know, '83 through '8 (inaudible).**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 14 of 179

Steve Eddy
April 1, 2021

Page 14

```
 1      Q    Would -- I -- you and I have had several
 2  conversations through (inaudible) -- correct?
 3      A    Yes.
 4      Q    You've told me that you worked as field
 5  service manager out of Belle Chasse (inaudible) '85 to
 6  1987.
 7      A    That -- that is probably the correct time
 8  frame.  (Inaudible) Houston, Texas.
 9      Q    Okay.  Fair enough.
10      A    I stand corrected.
11      Q    I -- and I apologize but I'm --
12      A    -- you know.
13      Q    Okay.  While you were working as a field
14  service manager out of Belle Chasse in the period 1985
15  to 1987, did Schlumberger ask you also to become a
16  field service manager of specialty services in Belle
17  Chasse?
18      A    Yes.
19      Q    Did specialty services include the tool
20  that's called the repeat formation test?
21      A    Yes.
22      Q    And is that -- is there a shorthand
23  reference for repeat (inaudible).
24                   (At this time the court reporter
25                    indicated the audio connection was
```

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 15 of 179

Steve Eddy
April 1, 2021

Page 15

1          inaudible.)

2          MR. MOIR:  I am going to move up so that I'm

3    right next to the phone, so let's take a two-minute

4    break so I can put a chair right by the phone.

5          VIDEOGRAPHER:  Off the video record at

6    10:11 a.m.

7               (A break was taken.)

8          VIDEOGRAPHER:  We are back on the video

9    record at 10:14 a.m.

10    Q    (By Mr. Moir) The witness has been sworn in,

11    so I'm going to go ahead and begin my questions.

12          Mr. Eddy, my name is Peter Moir.  Can you

13    please tell us your full name?

14    **A    My full name is Steve Eddy.  The legal name**

15    **on my birth certificate is Steven McChesney Eddy, and**

16    **Steve Eddy is what I go by.**

17    Q    Okay.  And where do you live, Mr. Eddy?

18    **A    I live at 326 Mayfair Circle East in Palm**

19    **Harbor, Florida, that's in area (sic) code 34683.**

20    Q    Before we started back up, there was some

21    discussion about the -- how to pronounce Mr. David

22    Hsieh's name or Hsieh's name.  How do you pronounce

23    it, or how did you get to use -- get used to

24    pronouncing it?

25    **A    I've always called David, David Hsieh.**

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 16 of 179

Steve Eddy
April 1, 2021

Page 16

1    Q    Okay.  And --

2    **A    Including the time when I was at Belle**

3    **Chasse from '85 to about '87.**

4    Q    Okay.  And I will use that pronunciation for

5    purposes of my questions today if that's okay with

6    you?

7    **A    Okay.**

8    Q    Did you work for Schlumberger for a number

9    of years?

10   **A    Yes, I did.**

11   Q    Among other positions, was one of the jobs

12   you had with Schlumberger working as a field service

13   manager?

14   **A    Yes, I did.**

15   Q    And was that out of the Schlumberger offices

16   in Belle Chasse, Louisiana?

17   **A    Right.  And specifically the Schlumberger**

18   **open hole offshore office in Belle Chasse, Louisiana.**

19   Q    What years did you work as a field service

20   manager for Schlumberger?

21   **A    It was 1985 to 1987 in round numbers.**

22   Q    Okay.  While you were working as a field

23   service manager, did Schlumberger ask you to also

24   become field service manager for specialty services in

25   Belle Chasse?

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 17 of 179

Steve Eddy
April 1, 2021

Page 17

1        A     Yes, they did.

2        Q     Did specialty services include the tool

3    that's called the Repeat Formation Tester?

4        A     Yes.

5        Q     And what's a shorthand reference for Repeat

6    Formation Tester?

7        A     **We referred to it and our customers refer to**

8    **it as the RFT.**

9        Q     Okay.  Did you first meet David Hsieh while

10    you were field service manager for specialty services

11    in Belle Chasse?

12        A     **I first met him in Belle Chasse before he**

13    **was in specialty services running the RFT.  I knew him**

14    **my entire time at Belle Chasse.**

15        Q     Okay.  Was Mr. Hsieh one of the RFT

16    operators who worked under you out of Belle Chasse?

17        A     **Yes.**

18        Q     Was your relationship with Mr. Hsieh and

19    knowing him principally during the time that he was

20    working specialty services as an RFT specialist out of

21    Belle Chasse?

22        A     **Yes.**

23        Q     Now Mr. Hsieh testified that he became an

24    RFT specialist for Schlumberger in 1986.  Do you have

25    any basis to dispute his testimony?

Exhibit 11
Page 18 of 179

Steve Eddy
April 1, 2021

Page 18

1    A    No.

2    Q    Okay.  By the way, was there a -- as you

3    recall, was there a significant slow down in drilling

4    in 1986?

5    A    There was a slow down in drilling in that

6    period from '85 to '87.  You know, our business went

7    way down.  The number of offshore units we had in

8    place on client's rigs was drastically reduced.  The

9    whole industry was going through a slow down.

10   Q    Okay.  David Hsieh worked under you as an

11   RFT specialist in 1986 and 1987, correct?

12   A    Yes.

13   Q    Okay.  Since that time have you and Mr.

14   Hsieh kept in contact?

15   A    Intermittently over -- over the decades.

16   You know, I -- I would say not more than, you know,

17   half a dozen times.  We actually met once in

18   Clearwater approximately three years ago when he was

19   there for a wedding.

20   Q    Okay.

21   A    But nothing rigorous or really routine.

22   Q    Okay.  Do you consider David a friend?

23   A    Yes.

24   Q    You understand from speaking with him in

25   exchanging test messages with him, that he has been

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 19 of 179

Steve Eddy
April 1, 2021

Page 19

1    diagnosed with a number of cancers?

2        A    Yes.

3        Q    And that lawyers representing him had filed

4    a lawsuit in his name against a number of companies

5    including Schlumberger?

6        A    Yes.

7        Q    And you know I represent Schlumberger in

8    that lawsuit?

9        A    Yes.

10       Q    You have spoken with me over the phone

11   several times about your experiences with

12   Schlumberger, correct?

13       A    Correct.

14       Q    And you've also spoken with Mr. Hsieh's

15   lawyer about the work you all did together?

16       A    Yes.

17       Q    We -- we talked about your work for

18   Schlumberger and that you worked over a number of

19   years.  When did you start with Schlumberger?

20       A    1978.

21       Q    And was that straight out of college?

22       A    Yes.

23       Q    What was your first job with Schlumberger?

24       A    I was a junior field engineer.

25       Q    Is -- is that doing wireline logging

Steve Eddy
April 1, 2021

Page 20

1   services?

2       **A    It was exclusively doing open hole wireline**

3   **logging services in Houma, Louisiana.**

4       Q    Okay.  And in Houma, Louisiana, were you

5   running offshore units, or were you working out of

6   a -- a truck or a different type of unit than an

7   offshore unit?

8       **A    It was all what we considered land**

9   **operations which involves a truck.  No offshore units**

10  **officially.  And at the same time it's a truck, but we**

11  **also would go on flat barges, jackup barges, and**

12  **anything else that could go on the water within three**

13  **miles of the coast was considered inland.**

14      Q    Okay.  So some -- I've heard it referred to

15  as truck or truck-on-a-barge type work.  Is that

16  consistent --

17      **A    A lot of that work was truck on a barge.**

18      Q    Okay.  And how long did you work for -- as a

19  field year logging wells out of the truck?

20      **A    In -- in round numbers until my first change**

21  **of assignment which happened approximately 1983.**

22      Q    Okay.  And did you also do, in addition to

23  working out of Houma consider land base open hole

24  logging, did you also do some logging work up in

25  Canada?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 21 of 179

Steve Eddy
April 1, 2021

Page 21

1    A    For six months of that hitch, yes.

2    Q    Okay.  Do you recall doing any work, any --

3    running any jobs out of Larose, Louisiana, during that

4    time?

5    A    No, because Larose was exclusively offshore

6    at that time.

7    Q    Now, in -- in some time in '82 or '83 -- in

8    1982 or 1983, did Schlumberger ask you to start

9    testing a -- a new specialty tool?

10   A    Yes.

11   Q    And what was the specialty tool called?

12   A    It was the nuclear magnetic resonance tool.

13   The short for that is NMTC.  It was the third version

14   of a nuclear magnetic resonance tool.

15   Q    Okay.  So this is a specialty logging tool

16   that Schlumberger asked you to do testing on; is that

17   correct?

18   A    Right.  I was doing the field testing of the

19   prototypes.

20   Q    Okay.  And was that tool when you were

21   testing it, were you running that tool after the

22   regular wireline logging had been done?

23   A    Usually.  That would be the order, yes.

24   Q    Was -- was there a special type of mud, or

25   drilling mud, or mud additive that they used with the

Exhibit 11
Page 22 of 179

Steve Eddy
April 1, 2021

Page 22

1    NMTC?

2       A    Yes.  Basically we had to dope the mud

3    system with a substance called magnetite, and there

4    was a ratio of so many five-gallon buckets to every

5    hundred barrels of active mud system, and that's why

6    that service was usually run last because we had to

7    put that stuff in the well and circulate it before I

8    could run the NMTC.

9       Q    Now, you testified a few minutes ago that

10   you first recall meeting David when you were assigned

11   to Belle Chasse.  Am I correct that you don't recall

12   being on a rig with David Hsieh before -- in other

13   words, when you were working out at Houma or when you

14   were running these NMTC tests; is that correct?

15      A    Not to my recollection.  In -- in -- in

16   other words when I was the field test engineer for the

17   nuclear magnetic resonance tool, I was doing jobs

18   everywhere on land and offshore because there were

19   only two prototypes.  And I would run them anywhere a

20   client wanted to try them.

21      Q    Okay.  But you don't recall meeting Mr.

22   Hsieh prior to going to Belle Chasse in 1985; is that

23   correct?

24      A    I don't have any recollection.  He may have

25   been there on one of the offshore jobs, but I would

Exhibit 11
Page 23 of 179

Steve Eddy
April 1, 2021

Page 23

1  not remember -- remember that.

2    Q    Okay.  Now, at some point in 1983 you were

3  transferred to a new position with Schlumberger,

4  correct?

5    A    Yes.

6    Q    And what was that?

7    A    I was a -- a -- basically a field test

8  engineer working in customer acceptance testing at

9  what was then called Houston downhole sensors in

10  Houston, Texas.

11    Q    And what did you -- what did you do in that

12  position?

13    A    I tested equipment that was going to be

14  sold, quote/unquote, to the field after it was

15  assembled and manufactured at the manufacturing

16  facility in Houston.

17    Q    Okay.  So you were based in -- you actually

18  worked in Houston out at a testing facility; is that

19  right?

20    A    That's correct.

21    Q    Okay.  And how long did you have that

22  position for?

23    A    About two years.  About until 1985.

24    Q    Okay.  And then as we talked about earlier,

25  at some point you were transferred to Belle Chasse to

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 24 of 179

Steve Eddy
April 1, 2021

Page 24

1    serve as field services manager, correct?

2        A    Correct.

3        Q    Well, I say field service -- field service

4    manager was the position, right?

5        A    Uh-huh.  Yes.

6        Q    Okay.  You don't recall exactly when that

7    was in 1985; is that correct?

8        A    No, I don't.  I know there's a record there

9    somewhere that shows when I was transferred, et

10   cetera, but I don't have exact date of when it was

11   official.

12       Q    Okay.  And at some point after you arrived

13   in Belle Chasse to serve as field services manager for

14   open hole wireline logging, they also said, hey, we

15   want you to also be field services manager for

16   specialty services, correct?

17       A    Correct.

18       Q    And that -- when you're working as specialty

19   services field services manager or field service

20   manager, your -- that includes running people who --

21   crews that are operating the RFT?

22       A    Correct.

23       Q    Okay.  Among other ones?

24       A    Yes.  There are two or three specialty

25   services we ran routinely.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 25 of 179

Steve Eddy
April 1, 2021

1      Q     Okay.  And what exactly is an RFT?

2      A     It's, once again, repeat formation tester.

3   It's basically a tool string that can take up to two

4   samples of formation fluid while downhole.  It's a

5   hydraulically-operated tool that will set in the well

6   temporarily and actually allow us to sample fluid from

7   formations.

8      Q     Okay.  Now, field service manager for

9   Schlumberger, what exactly does a field service

10  manager do?

11     A     Usually a field service manager runs a -- a

12  set of crews.  For instance, I ran usually from four

13  to eight five-person crews and so I was also -- since

14  I was field service manager, I was running a number of

15  those crews that were doing regular logging services.

16  I was also running the special services group as a

17  field service manager, and I was additionally relief

18  engineer.  I -- I'd actually go run special services

19  also when there was a gap or someone was sick or

20  someone was on vacation, for example.

21     Q     Was -- but Mr. Hsieh when he worked for you,

22  it was when he became an RFT specialist; is that

23  correct?

24     A     Well, he was regular -- to my recollection,

25  he was a regular field engineer but then was assigned

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 26 of 179

Steve Eddy
April 1, 2021

Page 26

1    to the RFT tool as a specialist while I was there.

2    And, yes, so he reported to me a two different levels.

3        Q    Okay.

4        A    Basically I was field service manager for

5    the district, and I was also field service manager of

6    special services.  And he was under both of those in

7    parallel if you would think of it that way.

8        Q    Okay.  Now, as a field service manager, how

9    often would you actually go out to one of the offshore

10   rigs?

11       A    From my recollection during those years

12   there, it would be somewhere between a dozen and two

13   dozen times for various reasons.

14       Q    Okay.  But that would be both as -- as a

15   relief engineer for specialty services or as field

16   services manager to talk to the customers or deal with

17   whatever issue is going on?

18       A    Correct.  It could be -- it could be either.

19   To my recollection, the majority of it would have been

20   running a -- a specialty tool.

21       Q    Perhaps --

22       A    Yeah.

23       Q    -- as opposed to going out as a -- in the

24   position of being field service manager; is that

25   right?

Exhibit 11
Page 27 of 179

Steve Eddy
April 1, 2021

Page 27

1     A     That's correct.  That's to go out and
2  actually meet the company man and the people up there.
3  That really wasn't that often required or needed but
4  it did happen.  It -- it was more infrequent to me
5  actually going out to run a specialty service.
6     Q     Okay.  Either as field service manager or in
7  your capacity as a relief engineer running a specialty
8  service, approximately how many times -- well, how
9  many times do you think you were on an offshore rig at
10  the same time as David Hsieh?
11     A     I believe I was there no more with him
12  during that stent more than two times.
13     Q     Okay.
14     A     Because I -- I believe I was with him a
15  couple of times for various reasons either because I
16  was running another service, or I was there as field
17  service manager.
18     Q     Okay.  And those two times would have been
19  as best you can recall it when David Hsieh was working
20  as a RFT specialist; is that correct?
21     A     Correct.
22     Q     Do you recall -- you said it would have been
23  either this or that or the other.  Is it fair to say
24  you don't recall the specific circumstances as to why
25  you were on an offshore rig at the same time that Mr.

Exhibit 11
Page 28 of 179

Steve Eddy
April 1, 2021

Page 28

1    Hsieh was on them?

2        A    No.

3        Q    You don't recall the drilling rig or

4    drilling rigs that you were both on at the same time?

5        A    No.  It'd be pure speculation.  I don't want

6    to guess.  No, I cannot remember specifically.  There

7    were so many.

8        Q    Okay.  Or who the operator of -- who was

9    contracting for the services?

10        A    No.

11        Q    Okay.  Or why you were there and David Hsieh

12    was there at the same time?

13        A    Correct.

14        Q    Now, part of your job as field service

15    manager of specialty services was to assign Mr. Hsieh

16    to -- to jobs, correct?

17        A    I won't say so much as assign jobs.  I was

18    to monitor him as he went through the -- the

19    outstanding orders to do services.  We usually can

20    know in advance which one he would probably -- because

21    we had schedule.

22        Q    Okay.

23        A    And it was harder to schedule for specialty

24    services.

25        Q    Okay.  What does it mean to be rig assigned?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 29 of 179

Steve Eddy
April 1, 2021

Page 29

1    A    There are some clients that in the contract

2  that was written for them.  They wanted specific

3  people to service their rig, and I'm talking about

4  primarily regular logging services which there's a

5  sweet of things most companies run routinely, very

6  rarely would that include a specialty services

7  engineering or operator.

8    Q    Okay.  Based on your personal knowledge and

9  your recollection and understanding of how

10 Schlumberger operated to your knowledge, was Mr. Hsieh

11 ever rig assigned?

12   A    No.

13   Q    Was he ever assigned to a particular

14 drilling contractor?

15   A    No.

16   Q    In running specialty -- in running the RFT

17 tool, why would he not have been assigned to any

18 particular rig?

19   A    Because there's not enough equipment like

20 that.  That is the RFT wasn't run all the time, and

21 there were a limited number of sets and a limited

22 number of operators.  So they had to sort of float and

23 be available for the jobs that call them out.  That is

24 the company Schlumberger and the company, the client,

25 generally speaking could not afford to tie up a set of

Exhibit 11
Page 30 of 179

Steve Eddy
April 1, 2021

Page 30

1  equipment for months and not be using it.  It's too

2  expensive.

3       Q    Okay.  Now, based on your recollection of

4  your experience as a field service manager including

5  for specialty services, how -- how would you assign

6  engineers like Mr. Hsieh to jobs when they were

7  working for you as an RFT specialist?

8       A    Well, it wouldn't be so much assigned.  That

9  is we know in advance what services are going to be

10 called out, and since offshore is an environment where

11 logistics is about 60 percent of the work to make sure

12 you had the sets of equipment on -- on the pallets to

13 make it down the road to Venice, to go on a supply

14 boat and get shipped out, it took days and weeks.  You

15 pretty much knew where they were going to be following

16 their equipment.

17      Q    Okay.

18      A    Now, there were surprises.  Sometimes there

19 wouldn't be RFT on a slight of services, but it be

20 called out when the rig was ready to log.  And then

21 we'd have to, you know, move a little bit quicker to

22 get that extra equipment out there, but it was -- it

23 was just the -- it was a matter of the luck of the

24 draw that is which rigs are ready in.  We -- it was

25 usually first come/first serve is how Schlumberger

Exhibit 11
Page 31 of 179

Steve Eddy
April 1, 2021

Page 31

1   operates.

2        Q    And was that true also with the wireline

3   engineers, the regular wireline engineers?

4        A    With some exception --

5             MS. CHESTER-SCHINDLER:  Objection.  Form.

6        A    With some -- again?

7        Q    (By Mr. Moir) Keep going.

8        A    Okay.  The regular crew sometimes were

9   assigned, that -- that is certain clients wanted for

10  the vast suite of regular services to have the same

11  crews out there or to know in advance who was coming

12  there because they had preferences or a good working

13  relationship and those crews were sometimes rig

14  assigned.

15       Q    But to your recollection even when he was

16  working as a regular wireline engineer in Belle

17  Chasse, Mr. Hsieh was never rig assigned?

18       A    To my --

19            MS. CHESTER-SCHINDLER:  Objection.  Form.

20       Q    (By Mr. Moir) Go ahead.

21       A    To -- to my knowledge not.

22       Q    Okay.  I want to --

23            MS. CHESTER-SCHINDLER:  Mr. Eddy, Peter,

24  before you go ahead, I just wanted -- I might have a

25  few objections.  Peter may have talked to you about

Exhibit 11
Page 32 of 179

Steve Eddy
April 1, 2021

Page 32

1    this as we go through the deposition.  I'll try to

2    state them quickly.  But if you could just pause just

3    a minute or a second after the question, then that way

4    I don't speak over you.  Sorry about that earlier.

5    Thank you.

6              THE WITNESS:  I do need to be coached.

7         Q    (By Mr. Moir) It's okay.  The court reporter

8    can take -- can't take down two people speaking at the

9    same time.

10             I wanted to ask you briefly about the RFT

11   pool itself.  Did the RFT tool have filters on it?

12        A    Yes.

13        Q    And did it have what you -- what you refer

14   to as choke points?

15        A    Yes.

16        Q    And what are the choke -- choke points?

17        A    There was a couple of different ones.  The

18   main one is the probe filter.  That is the -- it's

19   basically a little sleeve with some horizontal

20   parallel cuts in -- in this piece of -- of stainless

21   steel or titanium that filters out grit and -- and

22   solids because the main thing the RFT is trying to

23   sample is the fluids, the formation fluid, oil or gas,

24   or filtrate from the mud that infiltrated the porous

25   formation, and it would help us not clog up the flow

Exhibit 11
Page 33 of 179

Steve Eddy
April 1, 2021

Page 33

```
 1   lines with sand and other debris, that kind of stuff.
 2       Q    Okay.  So because of the filters and choke
 3   points, how important would it be in running the RFT
 4   that it not get clogged up by -- by the fluid and the
 5   sediment that you're -- that you're sampling?
 6       A    It's very important because it's very easy
 7   to have -- you set the tool and you can monitor the
 8   pressures and fluid flow while you're actually
 9   sampling.  But if it doesn't seem to be flowing, you
10   know, you reset it a few times and the setting process
11   tries to clear the screen, the filter, in between you
12   try to reset.  And it can clog up for a number of
13   reasons, but there's also certain additives to the mud
14   system.  We have to know what's in the mud system
15   because there's certain things that can be put in the
16   mud that can cause that filter to clog.
17       Q    Would you run the RFT tool if there's
18   material in the hole that would clog the RFT?
19       A    All the time we -- usually most of our
20   clients are forthright, you know.  For instance, they
21   use some Nut Plug or -- or something to try to help
22   themselves condition the hole or prevent fluid loss
23   downhole.  That was important for us to know because,
24   in other words, walnut shells, for example, is the
25   generic composition of some of this stuff back then.
```

Steve Eddy
April 1, 2021

Page 34

1   That could clog up the filter and give us, you know,

2   nothing, and so if we know in advance we can do

3   something about it, we can sometimes make the filter

4   larger.  Okay.  We wouldn't tend to have it smaller

5   usually because that clog up, but there are a lot of

6   other things that could also clog up that filter

7   screen.

8        Q    Okay.  So I guess would you try to avoid

9   running the RFT tool if you know there's material in

10  the hole that will cause it to clog up?

11            MS. CHESTER-SCHINDLER:  Objection.  Form.

12       A    The -- the -- the facts are we run a tool in

13  any circumstance because you really didn't know what

14  was going to happen.

15       Q    (By Mr. Moir) Okay.

16       A    Okay.  We would never advise a client.  If

17  they want -- and most of our clients are pretty

18  knowledgeable.  You know, if they were on honest about

19  their system and that was why, you know, our engineers

20  spent a lot of time at the mud pits or looking at the

21  drilling log to see what was going on.  We'd bring a

22  question up.  And if they said, oh yeah, we had a

23  little bit of a circulation problem last night, you

24  know, before we called you guys out that it looks like

25  it's under control.  We'd ask what did you put in it?

Exhibit 11
Page 35 of 179

Steve Eddy
April 1, 2021

Page 35

1    They tell us and -- and if they told us what was

2    there, we'd say, well, be aware that we might

3    encounter difficulties, but we wouldn't say, oh no,

4    we're not going to run the tool.

5         Q    Understood.

6         A    Okay.

7         Q    Yeah.  And you mentioned loss circulation.

8    What is loss circulation when drilling?

9         A    Well, there's a bunch of different things

10   that can mean that.  But basically if for some reason

11   downhole in the well, there's a formation that's under

12   pressure relative to the hydrostatic column of mud

13   that is that formation will take on drilling fluid.

14   That is if it's natural formation pressure, it's lower

15   than the hydrostatic pressure in the wellbore, it will

16   take on fluid and you will lose returns or the mud

17   level will go down.

18            Another thing that can happen is that the

19   mud level goes down because one part of the open hole

20   has got a lower pressure and -- and another part is

21   over pressure.  That is you can end up with something,

22   and the worst case is an underground blowout but --

23   where fluid is flowing from one formation and being

24   sucked into another formation and -- and that could

25   cause a lowering of fluid if -- if it wasn't equal

Exhibit 11
Page 36 of 179

Steve Eddy
April 1, 2021

Page 36

1    balance which -- which I've seen cases where that's
2    happened.  Where one formation is giving up fluid,
3    another is taking it in and the level up at the
4    drilling floor doesn't change and that's a really bad
5    situation.  Sometimes they write movies about that.
6         Q    If you are experiencing loss of circulation,
7    would you run the RFT tool?
8         A    We -- we would generally be saying that's a
9    very bad idea, and we'd explain why and most of our
10   clients, particularly offshore, would have agreed with
11   us.  Because unlike on land, there was no what we used
12   to call tool insurance.  That is they can sign
13   something for a fee, we'd ensure the tool.  So if we
14   ran on the well and it was all lost because of
15   problems down the hole, they didn't have to pay for
16   it.  There were no such contracts offshore.
17        Q    Okay.  And so if you -- if they were losing
18   circulation, you come out there with your RFT tool,
19   they would typically say, well, don't run it because
20   we are losing circulation, let's get circulation --
21        A    But they -- they --
22             MS. CHESTER-SCHINDLER:  Objection.  Form.
23   Leading.
24        Q    (By Mr. Moir) Go ahead.
25        A    It would be very odd for them to run it

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 37 of 179

Steve Eddy
April 1, 2021

Page 37

1    irrespective because they had bigger problems than

2    getting an RFT sample, and, once again, all the people

3    I work with in the oil field with very few noted

4    exceptions were knowledgeable.  They were smart.  They

5    were on the ball, and they, generally speaking, never

6    did anything stupid.

7        Q    Okay.  Is the RFT typically the last line

8    run?

9        A    Usually.  The only exception to that is

10   that -- and there's multiple exceptions.  But if

11   you're going to run some cores, that is if you're

12   going to do explosively charged repeat coring in

13   chronological order, you'd usually try to do the RFT

14   before that because that operation literally shoots

15   bullets into the side of the wellbore.  So you can

16   recover physical samples of rock and that can leave a

17   formation unsuitable for the RFT to have a good seal

18   and recover samples.

19       Q    Okay.  When you're -- when you're a wireline

20   engineer running a specialty tool like the RFT, would

21   you -- would the RFT specialist, would they typically

22   want to collect their own mud sample so that they can

23   compare it to what they're getting out of the RFT

24   tool?

25       A    To me that was very common.

Exhibit 11
Page 38 of 179

Steve Eddy
April 1, 2021

Page 38

1      Q    Okay.

2      A    And, once again, I -- I -- observing other

3  specialists and knowing myself because you want to

4  know where that comes from because, for example, the

5  samples quite often come back with a lot of filtrate,

6  that is this clear fluid that comes from the mud after

7  you take all the solids out.  That when you start,

8  there's a lot of things we calculate given

9  resistivities, you want to make sure that what you're

10 sampling and measuring, that you're declaring is the

11 mud in the well is, in fact, or your interpretation

12 will be incorrect of the fluid results.

13     Q    Okay.  But if you're working as a regular

14 wireline engineer not running a specialty tool like

15 the RFT, who would typically collect the mud sample

16 for the wireline engineer?

17          MS. CHESTER-SCHINDLER:  Objection.  Form.

18     Q    (By Mr. Moir) Go ahead.

19     A    It could be either the field engineer

20 themselves or one of their operators.

21     Q    Okay.  Typically would -- in -- in a regular

22 wireline setting running your regular wireline tool,

23 would it be the -- would it be the operators or even

24 have the mud engineer -- the mud engineer on the rig

25 bring the sample to you?

Exhibit 11
Page 39 of 179

Steve Eddy
April 1, 2021

Page 39

1      A      I never saw --

2             MS. CHESTER-SCHINDLER:  Objection.  Form.

3      A      I never saw a mud engineer bring -- to me it

4  would be someone on the crew either the field engineer

5  or one of his operators --

6      Q      (By Mr. Moir) Okay.

7      A      -- who worked for Schlumberger.

8      Q      Okay.  We talked a little bit about drilling

9  muds.  Do you understand that the lawyers representing

10  Mr. Hsieh are claiming that -- that some of the

11  drilling mud on the rigs and wells that he logged as a

12  wireline engineer contained asbestos additives?

13      A      Yes.

14             MS. CHESTER-SCHINDLER:  Objection.  Form.

15      Q      (By Mr. Moir) Are you aware that Mr. Hsieh

16  himself testified that he had no personal knowledge

17  whoever being exposed to asbestos when working for

18  Schlumberger?

19             MS. CHESTER-SCHINDLER:  Objection.  Form.

20      A      I do not know that specific conversation was

21  ever had.

22      Q      (By Mr. Moir) Okay.

23      A      So I will say I do not know.

24      Q      Okay.  You have no personal knowledge to

25  dispute whatever Mr. Hsieh's testimony on that issue

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 40 of 179

Steve Eddy
April 1, 2021

Page 40

1  was; is that correct?

2          MS. CHESTER-SCHINDLER:  Objection.  Form.

3      **A     I want to make sure I understand the**

4  **question.   That is if he doesn't know that there was**

5  **something containing asbestos used while he was there**

6  **or ever on a particular rig, I wouldn't know about**

7  **that.**

8      Q   (By Mr. Moir) Okay.

9      **A     That that is different from what I've**

10  **observed and seen in my career as a field engineer.**

11     Q    Right.  And my question is with respect to

12  Mr. Hsieh, your -- you told us about the two times you

13  think you saw him don't remember any of the

14  circumstances.  My question is your personal knowledge

15  with respect to Mr. Hsieh, you don't know from your

16  personal knowledge whether Mr. Hsieh was ever on a rig

17  where asbestos-containing drilling muds were used; is

18  that correct?

19          MS. CHESTER-SCHINDLER:  Objection.  Form.

20     **A    Yes.**

21     Q    (By Mr. Moir) Okay.  You told me that at one

22  point or several points in your career as a wireline

23  engineer, you do recall seeing bags of drilling mud

24  called Visquik; is that right?

25     **A     Yes.**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 41 of 179

Steve Eddy
April 1, 2021

Page 41

1      Q    And you learned because you asked that

2   Visquik contained asbestos?

3      A    Correct.

4      Q    You don't recall what rigs it was that you

5   saw these bags of Visquik on; is that correct?

6      A    I do not.

7      Q    Now, you believe that some of these were the

8   rig -- were rigs that you were working on when you

9   were working out of Houma, correct?

10      A    Correct.

11      Q    And I think you told me that on one

12   occasion -- at least on one occasion you recalled

13   seeing a bag of Visquik on an offshore rig, correct?

14      A    Correct.

15           MS. CHESTER-SCHINDLER:  Objection.  Form.

16      Q    (By Mr. Moir) But you're not sure when that

17   was or what rig that was, correct?

18           MS. CHESTER-SCHINDLER:  Objection.  Form.

19      A    When we say when, I'm talking my -- my hitch

20   at Belle Chasse when I was going offshore for them on

21   occasion in that two to three-year period when I was

22   there.  I cannot recall the specific rig.

23      Q    (By Mr. Moir) Or the -- or the operator?

24      A    -- or -- or the --

25           MS. CHESTER-SCHINDLER:  Objection.  Form.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 42 of 179

Steve Eddy
April 1, 2021

Page 42

1    **A    -- owner of that rig at that time.**

2    Q    (By Mr. Moir) Okay.  And do you have any

3    personal knowledge whether they even used the Visquik

4    when you were on the rig or rigs where you have a

5    recollection of seeing --

6         MS. CHESTER-SCHINDLER:  Objection.  Form.

7    **A    I do not.**

8    Q    (By Mr. Moir) Do you recall -- you don't

9    recall ever seeing them actually mixing Visquik?

10        MS. CHESTER-SCHINDLER:  Objection.  Form.

11   **A    That's correct -- correct.**

12   Q    (By Mr. Moir) Okay.  And you have no personal

13   knowledge whether Mr. Hsieh was ever on a rig where

14   they were using Visquik, correct?

15        MS. CHESTER-SCHINDLER:  Objection.  Form.

16        TELEPHONIC DEFENSE COUNSEL:  Objection.

17   **A    Correct.**

18   Q    (By Mr. Moir) You don't have any personal

19   knowledge whether Mr. Hsieh was ever on a rig where

20   they were using any brand of drilling mud containing

21   asbestos whether Visquik or some other brand, correct?

22        MS. CHESTER-SCHINDLER:  Objection.  Form.

23   **A    Correct.  I have no knowledge of that.**

24   Q    (By Mr. Moir) By the way, from your

25   recollection of the offshore drilling rigs you were on

**Paszkiewicz Court Reporting**
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 43 of 179

Steve Eddy
April 1, 2021

Page 43

1    with the mud hopper where they mix the -- the new mud,

2    would that typically be next to or near the mud pits?

3              MS. CHESTER-SCHINDLER:  Objection.  Form.

4         A    Yeah.

5              **MS. CHESTER-SCHINDLER:  Mr. Eddy, slow down**

6    **just a little bit.  I'm not trying to speak over you.**

7    **I'm sorry.**

8              THE WITNESS:  Okay.

9         Q    (By Mr. Moir) Would they be on the same level

10   of the -- of the rig?

11             MS. CHESTER-SCHINDLER:  Objection.  Form.

12        A    **Not always.**

13        Q    (By Mr. Moir) Typically would the mud hopper

14   where they're mixing mud, maybe not always, but

15   typically would it be on the same level as the mud pit?

16             MS. CHESTER-SCHINDLER:  Objection.  Form.

17        A    **It would be usually within a floor of that,**

18   **but there are exceptions depending on the construction**

19   **of the rig --**

20        Q    (By Mr. Moir) Okay.

21        A    **-- the rig.**

22        Q    Okay.  And would the mud pits and the mud

23   hopper typically be at a level below the drill floor?

24             MS. CHESTER-SCHINDLER:  Objection.  Form.

25        A    **Usually but not always.**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 44 of 179

Steve Eddy
April 1, 2021

Page 44

1     Q    (By Mr. Moir) Okay.  And would the mud hopper

2  typically be some distance away from the wireline unit

3  itself?

4          MS. CHESTER-SCHINDLER:  Objection.  Form.

5     **A    Usually.**

6     Q    (By Mr. Moir) About how far away from your

7  recollection?

8          MS. CHESTER-SCHINDLER:  Objection.  Form.

9     **A    Once again, I think the actual physical**

10 **position of the offshore logging unit or -- ask you**

11 **would usually be somewhere in the vicinity of 60 to**

12 **100 feet from a drill floor and another couple of**

13 **dozen feet of that would usually be part of the mud**

14 **system.**

15    Q    (By Mr. Moir) So the -- another couple dozen

16 20 -- 20, 25 feet further than the drill floor itself

17 from the wireline?

18    **A    Correct.**

19         **MS. CHESTER-SCHINDLER:  Objection.  Form.**

20    Q    (By Mr. Moir) Last few questions that I have

21 for you.  How important were health and safety to

22 Schlumberger?

23         MS. CHESTER-SCHINDLER:  Objection.  Form.

24    **A    Well, health and safety were the most**

25 **important thing because we couldn't operate, and we**

Exhibit 11
Page 45 of 179

Steve Eddy
April 1, 2021

Page 45

1   couldn't be profitable unless those were always

2   adhered to.  And to me, you know, saying how important

3   it is to sort of -- it's not felicitous but you had to

4   operate that way or you just couldn't work.  Offshore

5   environment is as all the people on this call know is

6   one of the more challenging, if not more dangerous

7   environments, when everything is as good as you can

8   make it.  And so I will say that Schlumberger, for

9   example, had excellent safety programs.  We have many

10  recertifications.  There were never just one shots,

11  and it was constantly a mantra of paying attention and

12  looking out for each other and the clients and

13  everyone else on the rig when we were doing our

14  operations.  So I don't know -- that's verbose perhaps

15  but can't understate that.

16      Q    (By Mr. Moir) If Schlumberger -- in your

17  experience, if Schlumberger was aware of a potential

18  health or safety risk to its engineers and operators,

19  how would Schlumberger address that potential risk in

20  its training?

21          MS. CHESTER-SCHINDLER:  Objection.  Form.

22      A    Well, I would say it's not so much in

23  training even though in -- in all the different

24  materials we handle that are hazardous, there's tons

25  of training on that.  And I can go into a long list of

Exhibit 11
Page 46 of 179

Steve Eddy
April 1, 2021

Page 46

1    those, but if there was a special thing that people

2    became aware of, there were all kinds of safety

3    notices and alerts at the division, and unit level

4    there were safety personnel that would communicate

5    those things.  So that in a very short period of time,

6    everyone in the organization would be made aware if

7    there was a new hazard or something discovered that no

8    one had ever considered before as a hazard.

9         Q    (By Mr. Moir) And would they then provide

10   information, training on that particular hazard that

11   they learned about?

12             MS. CHESTER-SCHINDLER:  Objection.  Form.

13        Q    (By Mr. Moir) Go ahead.

14        A    Information for sure but training was not

15   always necessary.  Sometimes it was a, hey, watch out

16   for A, B, or C.

17        Q    Okay.

18        A    Or don't do A, B, or C, you know, that kind

19   of thing.

20        Q    Okay.  Mr. Eddy, those are all the questions

21   I have for you.  I appreciate your time this morning.

22                  [EXAMINATION]

23   QUESTIONS BY MR. COSCULLUELA:

24        Q    Mr. Eddy, my name's Alex Cosculluela.  I

25   introduced myself -- I introduced myself when you

Steve Eddy
April 1, 2021

Page 47

1    stepped into the room this morning.

2        A    Yes.

3        Q    I've got just a few questions for you, and

4    I'm going to walk in front of the camera for just a

5    moment.  I apologize.

6        A    **As long as Nick doesn't care, it's all good.**

7        Q    Like I said, sir, I wanted to introduce

8    myself again on the record.  My name is Alex

9    Cosculluela.  I'm a lawyer from Houston.

10       A    **Uh-huh.**

11       Q    I represent Chevron Phillips Chemical

12   Company.  I -- I'd like to establish just a few points

13   with you during your testimony this morning.  The

14   first obviously is how are you surviving in the age of

15   Covid?

16       A    **As good as anyone could.  Got both my shots,**

17   **family has been lucky and healthy, business is good.**

18   **Daughter who's a nurse and that was our biggest**

19   **concern has been good, and we're -- we're very**

20   **fortunate and blessed.**

21       Q    Good.

22            MS. CHESTER-SCHINDLER:  Alex, could you

23   speak up just a little bit, just a tad?

24            MR. COSCULLUELA:  Sure.  Happy to.

25            MS. CHESTER-SCHINDLER:  Thank you.

Exhibit 11
Page 48 of 179

Steve Eddy
April 1, 2021

Page 48

1    Q    (By Mr. Cosculluela) You and I discussed this

2    when we came in, the reason I'm not wearing a mask is

3    because you told me that you had your shots and I told

4    you that I've had my first and I'm looking forward to

5    my second and hopefully last Covid vaccination coming

6    up.

7         I want to establish a little bit of the time

8    line with you.  Mr. Moir covered it in some detail.

9    I'd like to just pinpoint a few days.  My

10   understanding is that -- that you entered the oil

11   field right out of college?

12   **A    Correct.**

13   Q    All right.  And you entered the oil field as

14   a Schlumberger JFE or junior field engineer in 1978?

15   **A    Correct.**

16   Q    At some point you became a Schlumberger FE,

17   didn't you?

18   **A    And -- and that's progression.  You go from**

19   **JFE to FE to senior FE to general FE.**

20   Q    Got it.  Did you make that progression from

21   junior field engineer to field engineer to senior

22   field engineer and then the final one was what?

23   **A    That's general field.**

24   Q    General field.  Did you make that

25   progression?

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 49 of 179

Steve Eddy
April 1, 2021

Page 49

1    A    Well, that's mandatory.  It's a 30-month

2  development program.  It was very rigorous for most

3  land based engineers, and their -- the expectation was

4  for you to get through that within 30 months.

5    Q    That's how you learned the ropes of the

6  Schlumberger business?

7    A    That's how you get your knowledge on how the

8  stuff works.

9    Q    Got it.  After you worked your way through

10  that progression that -- that 30 month or so

11  progression at some point you were assigned, I

12  believe, in 1983 by Schlumberger to -- to field test

13  some prototype tool, but they were going to start

14  deploying downhole?

15    A    Right.  That -- that was the nuclear

16  magnetic tool.

17    Q    Nuclear magnetic tool, all right.  And you

18  did that in 1983?

19    A    To the best of my recollection, that's when

20  I was first exposed to it and that would have been

21  very soon after my six months in Canada.  So I'm

22  approximating that is when I was running those field

23  tests.

24    Q    Got it.  Were those field tests successful

25  on that prototype?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 50 of 179

Steve Eddy
April 1, 2021

Page 50

1     A     We'll say yes.

2     Q     Okay.  Well, let's put it this way they were

3     so successful that at some point in '83, you also got

4     transferred by Schlumberger back to the Houston

5     testing facility?

6     A     Correct.

7     Q     All right.  And how long did you remain in

8     Houston at the Schlumberger Houston testing facility

9     after that transfer?

10    A     About two years.

11    Q     All right.  So you would have been there

12    '83 -- you would have been back in Houston from '83 to

13    about '85?

14    A     To part of '85, yeah.

15    Q     Part of '85.  And as I understand it to --

16    to kind of come full circle on the time line, it was

17    in 1985 when you were assigned by Schlumberger to work

18    as a field service manager, out of the Belle Chasse

19    office over special services and RFT?

20    A     So that wouldn't have happened exactly at

21    the start I was first field service manager at Belle

22    Chasse.  It was a number of months later that we had

23    this extra hat --

24    Q     Okay.

25    A     -- that was the special services field

Exhibit 11
Page 51 of 179

Steve Eddy
April 1, 2021

Page 51

```
 1   service manager because I felt it needed more
 2   attention with some direct intervention to make sure
 3   we were in good shape because we were staffing up in
 4   special services even though the rest of the industry
 5   was sort of going backwards a little bit at that time.
 6        Q    Got it.  Got it.  And it was RFT, the repeat
 7   formation testing service, was under the -- the rubric
 8   of special services?
 9        A    Correct.
10        Q    All right.  So while the oil field was
11   experiencing the bust, Schlumberger was investing in
12   the special service of RFT --
13        A    Yes.
14        Q    -- is that fair?
15        A    Yes.
16        Q    Okay.  My understanding is that -- and
17   correct me if I'm wrong, but you first met -- you
18   first worked with -- I don't know when you met him,
19   but you first worked with Mr. Hsieh or Mr. Hsieh in
20   1985 when you were both working out of Belle Chasse;
21   is that correct?
22        A    Correct.
23        Q    All right.  If you had met him earlier
24   informally or at a conference or a meeting?
25        A    I would not have remembered that.
```

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 52 of 179

Steve Eddy
April 1, 2021

Page 52

```
1      Q    Okay.  So your first meeting with Mr. Hsieh
2  or Hsieh was in 1985?
3      A    To the best of my knowledge.
4      Q    All right.  Again, if he testified that he
5  arrived at Belle Chasse to start working as an RFT,
6  repeat formation testing specialist, in '86, you
7  really couldn't disagree with him one way or the
8  other?
9      A    No.
10          MS. CHESTER-SCHINDLER:  Objection.  Form.
11     Q    (By Mr. Cosculluela) All right.  The next
12  point I want to address with you is the -- the
13  placement of the Schlumberger wireline units on the
14  offshore whether you call it a -- a modular drilling
15  unit or a platform or a drilling rig, whatever you want
16  to call it --
17     A    Uh-huh.
18     Q    -- a module I've even seen them called, I
19  want to talk about the placement of the Schlumberger
20  wireline unit.  Did you ever see a Schlumberger
21  wireline unit on the rig floor?
22     A    Yes.
23     Q    Where did you see that?
24     A    There were certain rigs where it was --
25  there was no footprint available to have it at the end
```

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 53 of 179

Steve Eddy
April 1, 2021

Page 53

1    of the catwalk or, say, roughly 80 to 100 feet from

2    the V door and it wasn't possible.  And I've seen some

3    very short rig ups with our shift wheels where you had

4    to be right there.

5        Q    Okay.

6        A    And the only reason I know for certain is

7    that I do recollect an offshore couple of instances

8    where there was a kicking well where we then had a fun

9    time cleaning up those units which had several inches

10   of mud on top of them on the drilling floor.

11       Q    For those of us who aren't customarily

12   offshore, would you describe what a kicking event is?

13       A    A kick is when there's fluid going into the

14   wellbore from the formations below is causing the well

15   to overflow, and the polite way to say it's kicking

16   even though for some people it could be an event as

17   big as it's scaring the living hell out of you --

18       Q    Right.

19       A    -- to it's no big deal we think we've got to

20   weight up our mud to keep the well under control.

21       Q    And the reason you would weight up your mud

22   is because with every additional -- with every

23   additional pound of drilling fluid per gallon, you're

24   putting extra hydrostatic pressure on the formation to

25   prevent a blowout?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 54 of 179

Steve Eddy
April 1, 2021

Page 54

1      **A      Yes.**

2      Q      It's that simple?

3      **A      Well, it is that simple as you describe it.**

4  **It's simple to me but it's not everybody obvious to**

5  **everyone sometimes.**

6      Q      Got it.  Got it.  I want to -- would --

7  would you say that those drilling units, those modular

8  offshore drilling units, where you saw the

9  Schlumberger unit actually positioned on the rig floor

10  were the exception as opposed to the norm?

11         MS. CHESTER-SCHINDLER:  Objection.  Form.

12      **A      That they were exceptional.  They were rare.**

13      Q      (By Mr. Cosculluela) Okay.  I want to show

14  you a couple of images that were shared with Mr. Hsieh,

15  and the first one I'd like to share with you is

16  Deposition Exhibit No. 24.  This -- are you familiar

17  with that vessel?

18      **A      Well, and -- and -- and I'll just tell you**

19  **it's either Discoverer 534 or Discoverer Seven Seas.**

20      Q      It's the -- it's the Discoverer that became

21  with the joint resolution?

22      **A      And all I can tell you is I don't know how**

23  **things evolved.**

24      Q      Got it.

25      **A      But that there are -- you know, I've been on**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 55 of 179

**Steve Eddy**
**April 1, 2021**

Page 55

1   similar drill ships.

2        Q    Got it.  Looking at that image -- looking at

3   that image, are you able to -- are you able to

4   identify the rig floor?

5        A    Yes.

6        Q    Is the rig floor for those folks on the jury

7   who are looking at the image, is the rig floor roughly

8   the area under the derrick tower?

9        A    Correct.

10       Q    All right.  Now, do you see the helipad in

11  the back?

12       A    Yeah.

13       Q    Over toward the right-hand side of the page

14  that is?

15       A    Yep.

16       Q    All right.  Do you see the Schlumberger unit

17  near the helipad?

18       A    Yes.

19       Q    All right.  And are you able to estimate --

20  and I'm not going to hold you to it, but are you able

21  to estimate how many feet or yards whatever you're

22  more comfortable with are -- are present between the

23  Schlumberger wireline unit and the rig floor?

24            MS. CHESTER-SCHINDLER:  Objection.  Form.

25       A    In round numbers given the scale, given the

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 56 of 179

Steve Eddy
April 1, 2021

Page 56

1    length of a three-joint stand of pipe 90, 100, I'd
2    say, hey, it's about 100 to 110 feet away.
3         Q    (By Mr. Cosculluela) I think that's fair.  I
4    think that's fair.  Have you been on drillships like
5    this?
6         A    Yes.
7         Q    All right.  The next image I'd like to share
8    with you also shared with Mr. Hsieh is Deposition
9    Exhibit No. 33.  Can you take a minute and familiarize
10   yourself with that image?
11        A    Yes.
12        Q    Are you able to visualize the rig floor?
13        A    Yes, this is a jackup rig.
14        Q    Okay.
15        A    I don't know the name of it.  This is a
16   pretty straight shot down the catwalk up the V door to
17   the drill floor, and, you know, in round numbers there
18   it looks a little bit more crowded, but -- but if
19   you're asking the offshore unit is about 90 to 100
20   feet away from that drill floor.
21        Q    Okay.  Well, and let's -- and let's unpack
22   that as the kids say these days or as my kids at least
23   say.  Now, you said this -- the image that you're
24   looking at at Deposition Exhibit No. 33 is a plat --
25   is a jackup rig?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 57 of 179

Steve Eddy
April 1, 2021

Page 57

1        A     I -- I believe it is.

2        Q     And you believe it's a jackup rig if I

3    can -- if I can -- because you can see the jackup leg

4    on the left side of the image?

5        A     More important I can see the gear teeth on

6    the closed up part of that one leg.

7        Q     Exactly right.  Exactly right.  And can you

8    see the rig floor?

9        A     Well, it's covered.  I know where it is

10    given the draw works position, yeah.

11        Q     You know where it is given the draw works,

12    and can you see the kelly?

13        A     Yeah, see it.

14        Q     And -- and the derrick tower?

15        A     Yep.

16        Q     And is it fair that the rig floor is going

17    to be under the derrick tower and the Kelly?

18        A     Yes.

19        Q     All right.  Can you see the -- the lay down,

20    the pipe lay down area?

21        A     I can see the catwalk and the pipe racks

22    that are horizontal which it looks like they're broken

23    down to single joints there.

24        Q     That's right.  The single joints would be

25    about 30 feet in -- in length?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 58 of 179

Steve Eddy
April 1, 2021

Page 58

```
 1     A     Yes.
 2     Q     Okay.  Good.  And can you identify the
 3   Schlumberger unit?
 4     A     I believe so, yes.
 5     Q     Would you -- would you -- can you agree with
 6   me the Schlumberger unit is the blue unit with the
 7   white roof and the four air conditioning units?
 8     A     Yes.
 9     Q     At basically at the center bottom of the
10   image?
11     A     Yes.
12     Q     All right.  Now, four air conditioning units
13   is a lot of air conditioning units for a small -- for
14   a small box.  Did Schlumberger house expensive
15   computer equipment inside that unit?
16     A     Yes, the -- our main acquisition system is a
17   set of computers that evolve, but basically at least
18   two CPUs there and a bunch other auxiliary equipment
19   that can pump out quite a bit of heat.
20     Q     Okay.  And you have to keep that equipment
21   cold?
22     A     Yes, or cool.
23     Q     You have to keep it cool.  Fair enough.  And
24   that would explain the four air conditioning units?
25     A     Well, the four -- well, four air
```

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 59 of 179

Steve Eddy
April 1, 2021

Page 59

1  conditioning units is overkill but you're offshore.

2  If one failed or two -- you have to keep running.

3      Q    Well, that's a great point.

4      A    You can't turn to the client and say, oh

5  sorry, we're stopped logging because our air

6  conditioner went out so there's redundancy --

7      Q    Built in redundancy?

8      A    -- built into that.

9      Q    Because you have to take care of your

10  equipment?

11      A    Got to take care of what the client wants.

12      Q    Got it.  Got it.  The Schlumberger wireline

13  unit in Deposition Exhibit No. 33 is -- is -- is not

14  on the rig floor, is it?

15      A    No.

16      Q    Looking at the stand, the horizontal stand

17  of pipes, would you be able to estimate how -- how far

18  the Schlumberger drilling unit is from the rig floor?

19      MS. CHESTER-SCHINDLER:  Objection.  Form.

20      A    It appears to me to be on the order of a

21  hundred feet from the rig floor.

22      Q    (By Mr. Cosculluela) Got it.  The next image

23  I'd like to share with you is Deposition Exhibit

24  No. 34.  Is that a modular offshore drilling unit that

25  you're familiar with generally, the type of which

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 60 of 179

Steve Eddy
April 1, 2021

Page 60

1    you're familiar with generally?

2         A    Well, yeah.  This is a cantilever one.  I

3    can't tell, you know, the -- the under structure

4    exactly, but, yes, I'm familiar with these.

5         Q    All right.  Are you able to identify the

6    helipad over toward the left-hand side of the

7    triangle?

8         A    Yeah.

9         Q    And are you able to identify the rig floor

10   at the opposite end from the location of the derrick?

11        A    Yes.

12        Q    Would the rig floor exist under the derrick?

13        A    Yes.

14        Q    All right.  And how about the Schlumberger

15   unit, can you identify that for us?

16        A    I believe so, yes.

17        Q    Where is the Schlumberger unit?

18        A    I believe it's off the end of the catwalk,

19   you know, between the helipad and -- and the catwalk.

20        Q    Okay.  Is the Schlumberger unit that blue

21   unit similar to the --

22        A    I'm -- I'm assuming that.

23             MS. CHESTER-SCHINDLER:  Objection.  Form.

24        A    It isn't the greatest photo, but -- but I'm

25   assuming that given what is showing me here.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 61 of 179

Steve Eddy
April 1, 2021

Page 61

1      Q    (By Mr. Cosculluela) Okay.  Well, do you see

2  another company's wireline unit on that -- on that

3  modular offshore drilling equipment?

4           MS. CHESTER-SCHINDLER:  Objection.  Form.

5      **A    I do not notice it, but there could be**

6  **because sometimes there's different services that have**

7  **different slick blind or other types of unit, and**

8  **they're sometimes under cantilevered things.  I've**

9  **seen them under helipads.  There could be but right**

10 **now there's -- there's one with a white roof next to**

11 **it that might be another type of service lab is what I**

12 **would call it.**

13     Q    (By Mr. Cosculluela) Okay.  Well, is the --

14 the blue piece of equipment, is that -- does that look

15 like the Schlumberger blue?

16     **A    It -- it does.**

17     Q    Okay.  If you were to -- if you were to try

18 to pinpoint a wireline unit on this rig, would you

19 point to the blue unit?

20          MS. CHESTER-SCHINDLER:  Objection.  Form.

21     **A    There's no other information.  If I was**

22 **required to make a guess, the answer would be yes.**

23 **Even though that's not a particular great placement,**

24 **there's not much room on this rig.**

25     Q    (By Mr. Moir) Well, like the other images

Exhibit 11
Page 62 of 179

Steve Eddy
April 1, 2021

Page 62

1    that we looked at is the -- the -- the blue unit that
2    is depicted on Deposition Exhibit 34 some distance away
3    from the rig floor?
4         **A     Yes, although much closer than the previous**
5    **one.**
6         Q     Much closer.  This is a -- this is a smaller
7    piece of equipment?
8         **A     Well -- well, that is but at the same time**
9    **this looks like it's a -- a two-stand rig.  It might**
10   **be that or maybe three-joint stands, but this is**
11   **closer to being 60 feet away from the drill floor --**
12        Q     Got it.
13        **A     -- for the unit here so it's also positioned**
14   **in a -- a bad place.  We tried to avoid doing that**
15   **unless that was the only place for it.**
16        Q     Right.  You -- you said -- you used an
17   expression that I want to see if we can flush out a
18   little bit and that was a two-stand unit.  That's
19   similar to calling the rig a double or a three-stand
20   would be a triple?
21        **A     Correct.**
22        Q     Okay.  And can you help us identify --
23   describe for the jury what that means in terms of a --
24   a drilling operation for a -- a modular piece of
25   equipment like this?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 63 of 179

Steve Eddy
April 1, 2021

Page 63

1    A    Well, you know, the -- the standard in the
2  industry used to be three joints of pipe that are
3  about each 30 feet long is pretty much a standard, you
4  know, spring or a section of pipe about 90 feet long.
5    Q    A stand of pipes, three sections?
6    A    Right.  But that -- that's what most people
7  assume if you mention a stand of pipe.  However, there
8  are a lot of drilling rigs, that can only handle two
9  that is they're smaller, more compact, that is
10 60 feet, and the -- the really big ones the biggest
11 I've ever been exposed to actually had four joint
12 stands that they had a crown that was so high that you
13 can literally have almost 150 feet of -- of pipe
14 standing vertically.
15   Q    Right.
16   A    But those -- those are a rarity compared to
17 the 90.
18   Q    Right.  Well, if each length of drill pipe
19 is 30 feet long, then a -- then a quadruple or a quad
20 would be 120 feet high?
21   A    As -- as much as that.
22   Q    And so the -- the monkey board where the
23 derrick -- where the derrickhand is working to help
24 line up the -- the standard drill pipe would have to
25 be at least 90 feet up in the air?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 64 of 179

Steve Eddy
April 1, 2021

Page 64

1      A      Well --

2             MS. CHESTER-SCHINDLER:  Objection.  Form.

3      A      -- he'd be higher up usually and with a

4  shorter derrick.

5      Q    (By Mr. Cosculluela) Got it.  Got it.  In any

6  event is -- is the blue unit whatever it is that's

7  depicted in Exhibit No. 4 separated by -- separated

8  from the rig floor by horizontally stacked lengths of

9  pipe, and I understand there's a little space there but

10  you can see some pipe on -- on the --

11      A      Well, that's what I'm saying it looks like

12  about -- it's two joints away in round numbers, 60 --

13  a little bit more than 60 feet away from the drill

14  floor.

15      Q    Okay.  But the point is separating the blue

16  unit from the rig floor is the same lengths of pipe

17  that we've seen in the other two images that you and I

18  have looked at so far?

19      A      Correct.  I believe those were standard

20  joints of pipe.

21      Q    Got it.  The last of the image I wanted to

22  share with you is Deposition Exhibit No. 43.  Now,

23  this -- can you agree with me for the helipad this is

24  one that's easy to identify, this is the Penrod 91?

25      A      Uh-huh.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 65 of 179

Steve Eddy
April 1, 2021

Page 65

1    Q    Is that right?

2    **A    I think so, yeah.**

3    Q    Have you ever been on that one?

4    **A    I cannot remember --**

5    Q    Okay.

6    **A    -- if I've been on it.  It's -- it's clearly**

7    **it's servicing a -- some type of production platform**

8    **or intermediate platform, too.**

9    Q    Okay.  And this is what you would call a

10   jackup?

11   **A    Yes.**

12   Q    And you can see that the legs can go very

13   deep in the -- the area of the working decks on the

14   rig can actually be elevated to accommodate much

15   deeper water?

16   **A    Yes.**

17   Q    Okay.  Can you make out the derrick?

18   **A    Yes.**

19   Q    I think in this case you could even see

20   the -- what is the -- the tackle that's at the top of

21   the -- at the top of the draw --

22   **A    Well, there's a crown and then -- then you**

23   **have your traveling block --**

24   Q    Your traveling block?

25   **A    -- your hook, and then outside you have your**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 66 of 179

Steve Eddy
April 1, 2021

Page 66

1    kelly and your kelly bush, but, any way we can go on

2    and on, but, no, we can see clearly the crown here.

3        Q    Okay.  Is the rig floor the area under the

4    derrick tower?

5        A    Yes.  It looks to be so, yes.

6        Q    All right.  Are you able to make out a

7    wireline unit on the Penrod 91 that we see on Exhibit

8    43?

9        A    Yes.

10       Q    All right.  Could you identify it for us?

11       A    Well, it's -- it's immediately to the right

12   of that second leg, the one that's in the middle, and

13   also between these two cranes.  There's a flat area

14   there where there --

15       Q    Got it.

16       A    -- seems to be a Schlumberger OSU.  It has

17   been installed, yes.

18       Q    OSU is offshore service unit?

19       A    Or offshore unit, yeah.

20       Q    Offshore unit, okay.  And it's the blue one

21   with the white top?

22       A    Yep.

23       Q    All right.  Similar to the one we saw

24   earlier with the four air conditioning units?

25       A    Yes.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 67 of 179

Steve Eddy
April 1, 2021

Page 67

1      Q    Okay.  This -- this Schlumberger wireline

2   unit is not on the rig floor, is it?

3      A    **Nope.**

4      Q    Like the other three images that we've

5   looked at, is it some distance away from the rig

6   floor?

7      A    **Yes.**

8      Q    Are you able to estimate roughly speaking?

9      A    **Once again, I -- I think this is somewhere,**

10  **you know, in a straight line.  It would probably be on**

11  **the order of 70 to 90 feet away from the drill floor**

12  **--**

13     Q    Got it.

14     A    **-- the catwalk to what I see here is very**

15  **short, so they might have to lay down things as a**

16  **joint or maybe two joint sticks --**

17     Q    Okay.

18     A    **-- but in round numbers given the**

19  **perspective.**

20     Q    I -- I've shared with you --

21          MS. CHESTER-SCHINDLER:  Belated objection.

22  Form.

23     Q    (By Mr. Cosculluela) Okay.  Sir, I -- I've

24  shared with you four images so far of -- of offshore

25  drilling or production equipment including a -- a

Steve Eddy
April 1, 2021

Page 68

1    drillship.  Did most of the -- did most of the drilling

2    or production facilities in your time where

3    Schlumberger would set up a -- a wireline unit, would

4    they be like these that I've shown you where the

5    Schlumberger unit is some distance away from the rig

6    floor?

7              MS. CHESTER-SCHINDLER:  Objection.  Form.

8        A    **These are typical configurations of how**

9    **things are set up relative to our offshore unit.**

10       Q    (By Mr. Cosculluela) Got it.  As if these are

11   typical, then it would be atypical to have the

12   Schlumberger wireline unit on the rig floor; is that

13   fair?

14             MS. CHESTER-SCHINDLER:  Objection.  Form.

15       Q    (By Mr. Cosculluela) Go ahead, sir.

16       A    **Yes.**

17       Q    Okay.  Sir, the next document I'd like to

18   share with you is a -- a -- a drawing actually

19   prepared by Mr. Hsieh.  I'm going to identify it as

20   Deposition Exhibit No. 49.  And I'll identify it to

21   the lawyers participating by phone as -- as one of the

22   four flip chart drawings that Mr. Hsieh furnished

23   during his deposition.  This one's the one entitled

24   rig layout top view.

25       A    **Yes.**

Exhibit 11
Page 69 of 179

Steve Eddy
April 1, 2021

Page 69

1      Q    You see it?

2      **A    I see it.**

3      Q    I'd like to -- I'd like to see if I can help

4   orient you a little bit.  You've got a -- we've got a

5   deck with cranes on the -- on the left-hand side and

6   the right-hand side, fair?

7      **A    Yes.**

8      Q    Okay.  Do you recognize Mr. Hsieh's

9   handwriting by chance?

10          MS. CHESTER-SCHINDLER:  Excuse me.  Before

11   we go further, can you -- Mr. Eddy, do you mind just

12   turning the paper and holding it up so the

13   videographer can zoom in on it so that we can make

14   sure we're all oriented?

15          THE WITNESS:  That's cool.

16          MS. CHESTER-SCHINDLER:  Thanks.  I

17   appreciate it.

18          THE WITNESS:  Let me know, Nick, need -- if

19   you need me to get up and get closer?

20          VIDEOGRAPHER:  Unfortunately, with the --

21          MS. CHESTER-SCHINDLER:  That's perfect.

22   Thank you, Nick, I really appreciate it and thank you

23   Mr. Eddy.

24          MR. COSCULLUELA:  Suzi, to -- to make it

25   clear, I wanted to identify it carefully.  It's the --

**Paszkiewicz Court Reporting**
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 70 of 179

Steve Eddy
April 1, 2021

Page 70

1    it's the one entitled rig layout top view.

2           MS. CHESTER-SCHINDLER:  Thank you.

3      Q    (By Mr. Cosculluela) Okay.  Are you able to

4    make out the -- the lengths of drill pipe?

5      A    I think -- I think -- this diagram is very

6    clear to me, yes.

7      Q    Okay.  And you can see the catwalk?

8      A    Yes.

9      Q    The ramp to the V door?

10     A    Yep.

11     Q    All right.  Can you see the drillers shack

12   under what appears the derrick drawing?

13     A    Yes.

14     Q    All right.  And can you see -- can you see

15   the Schlumberger unit on the right-hand side of what's

16   called the rig or -- or what would appear the rig

17   floor here?

18     A    Yes.

19     Q    All right.  Is it fair for the folks on the

20   jury to recognize the rig floor as the -- the

21   rectangle above the pipes oriented on this drawing

22   above the pipes and where there's X's on three

23   corners?

24     A    Yes.

25     Q    Okay.  And the Schlumberger unit, the

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 71 of 179

Steve Eddy
April 1, 2021

Page 71

1    Schlumberger wireline unit is depicted on the rig
2    floor according to Mr. Hsieh's drawing?
3         A     Yes.
4              MS. CHESTER-SCHINDLER:  Objection.  Form.
5         Q    (By Mr. Cosculluela) This, again, is -- is an
6    atypical configuration or arrangement of the equipment?
7              MS. CHESTER-SCHINDLER:  Objection.  Form.
8         A     This is not the most common setup.
9         Q    (By Mr. Cosculluela) Okay.
10        A     I've seen this set up many times.  We do
11   everything we can to avoid it, and this happens on
12   rigs platforms, whatever you want to call them,
13   modules, where there's not enough floor space and
14   either one of two things have happened.  There's
15   nowhere else to put it or the rig came from overseas
16   with a unit on it from an overseas subsidiary of
17   Schlumberger, and we don't move things around.  Okay.
18        Q    Okay.  Got it.
19        A     And that's -- that's I know unneeded
20   information but why is it set there?  There's a reason
21   it's set there.  I've seen this quite a few times, but
22   we'll do everything to avoid that if we have an option
23   or if the client gives us an option.
24        Q    Okay.
25        A     So -- but this is a setup that I've seen,

Exhibit 11
Page 72 of 179

Steve Eddy
April 1, 2021

Page 72

1    yes.

2       Q    You've seen it in a -- in a minority of the

3    instances when you've been offshore?

4          MS. CHESTER-SCHINDLER:  Objection.  Form.

5       A    It isn't the most common configuration for

6    setting up an offshore unit offshore, no.

7       Q    (By Mr. Cosculluela) Okay.  Got it.  Okay.

8    Sir, the next image I'd like to share with you is

9    another one of Mr. Hsieh's flip chart drawings that he

10   referred to us during his deposition.  I'm going to

11   mark it as Deposition Exhibit No. 50, the image or the

12   drawing, prepared by Mr. Hsieh that is entitled Side

13   View, and I'll hold -- hold it up for the camera if

14   that helps.

15               (Exhibit 50 was marked for

16                identification.)

17          MR. COSCULLUELA:  Nick?

18          MS. CHESTER-SCHINDLER:  Thank you, Nick and

19   Alex.

20          MR. COSCULLUELA:  Oh, sure, Suzi.  The jury

21   will have a much better picture of this at trial.  You

22   got it?  Okay.  Thanks, Nick.

23      Q    (By Mr. Cosculluela) Sir, I'm going to hand

24   you what I've marked as Deposition Exhibit No. 50.  Do

25   you recognize Mr. Hsieh's handwriting in this one?

Exhibit 11
Page 73 of 179

Steve Eddy
April 1, 2021

Page 73

1    A    If -- if it's the same as that one, I can

2  say yes.

3    Q    Okay.

4    A    But -- but I -- I see what has been drawn

5  here.

6    Q    Okay.  Can you make out the catwalk and the

7  ramp that we've talked about?

8    A    Uh-huh.

9    Q    Is that a yes?

10    A    Yes.

11    Q    Okay.  And I'm sorry, we should --

12    A    No, no, and that's me being sloppy, sorry.

13    Q    Can you -- can you make up the -- the

14  derrick?

15    A    Yep.

16    Q    All right.  And you can see there's several

17  decks at least -- well, there's several decks depicted

18  on this -- this image that Mr. Hsieh made that's

19  entitled side view?

20    A    Yes.

21    Q    All right.  Do you see where he's identified

22  the Schlumberger unit with the little box SLB and a --

23  and a spool, table spool in front of it?

24    A    Yes, I see.

25    Q    All right.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 74 of 179

Steve Eddy
April 1, 2021

Page 74

1      A     Uh-huh.

2      Q     He's also -- he's also identified something

3  above and to the right of the Schlumberger unit

4  what -- what he's calling a hopper mud mixer.

5      A     Yes.

6      Q     Did you ever see a hopper mud mixer at a

7  level higher than the Schlumberger unit?

8      A     I've seen in mud pit configurations every

9  combination manageable depending on how real estate

10  had to be used on a rig.  So this is showing mud

11  tanks, two levels below the actual derrick floor and a

12  hopper in this case, you know, cantilevered out above

13  it.  I've seen that.  But to me the -- the positioning

14  of these mud systems would not be a surprise.  I

15  wouldn't even call it atypical.  I've seen every

16  configuration of location of mud tank, mud hopper, the

17  flow lines, how they route them, all these things.

18  And so to look at this say, yes, that -- that -- that

19  could exist.

20      Q     Can you identify for me the -- the -- the

21  drilling or production facility where you've seen a

22  mud mixing hopper cantilevered over the rig floor in

23  the Schlumberger unit?

24      A     No, I -- I -- I cannot state one, you know.

25  And, once again, if this is literal, if the distancing

Exhibit 11
Page 75 of 179

Steve Eddy
April 1, 2021

Page 75

 1   is there, I -- I would believe that if someone told me
 2   that a rig had to be put together that way so that
 3   whatever they were mixing in -- and there's got to be
 4   a little bit of a tank up there is going to go
 5   directly into the -- the wellbore from the hopper, you
 6   know, through the kelly, the mud -- et cetera.
 7           I -- I would not be surprised if that was
 8   set up that way by someone because the -- the -- the
 9   design of drilling rigs is sometimes something that is
10   not to be known by man.  I've seen too many variances
11   that make you go what's that for?  There was a reason
12   but not always one that might make sense to me.
13       Q    Okay.  On how many pieces of -- of offshore
14   drilling equipment or production equipment have you
15   seen a mud mixing hopper above the rig floor and the
16   Schlumberger wireline unit?
17       A    I -- I can't say.  That would be just a
18   guess, no.
19       Q    More than once?
20           MS. CHESTER-SCHINDLER:  Objection.  Form.
21       A    I -- I could not state a number or a
22   frequency.  I -- I -- I've seen with the construction
23   of rigs how the boxes are piled up, I've seen hoppers
24   relative to the drill floor in a lot of configurations
25   including above.  But it depends on how big the rig

Exhibit 11
Page 76 of 179

Steve Eddy
April 1, 2021

Page 76

1   was that that is I've seen configurations where a

2   floor above the rig floor would not be the highest

3   occupied set of steel boxes on a rig.  That -- that's

4   all I'm saying so -- so I have no knowledge of -- of

5   this being so atypical or outlawed in some way.  I've

6   seen too many different combinations.

7       Q    (By Mr. Cosculluela) You've seen a lot of --

8   the expression that comes to mind is -- is jerry

9   rigged, you've seen a lot of different configurations

10  out there?

11      A    Well, something like -- like this, though, I

12  don't believe would be jerry rigged.  It have to be by

13  intent.  This pieces of equipment are too massive --

14      Q    Okay.

15      A    -- to put it there on happenstance.

16      Q    Okay.

17      A    That's all I can say.

18      Q    Now, the mud pits are down several levels

19  beneath where Mr. Hsieh's drawn the mud mixing hopper,

20  right?

21      A    At least one of the mud pits are.  Maybe

22  that's the return pit.  You know, once again,

23  there's -- there's the main one you use for drilling,

24  there's a reserve or mixing tank.

25      Q    Sure.

Steve Eddy
April 1, 2021

Page 77

1      A    You've got a shaker somewhere where you're

2  taking out materials so you don't garbage up your mud.

3  Most people, I believe, on this call would be familiar

4  with some of that, and so I've seen drilling tanks

5  relative to the drill floor or more importantly the

6  wellbore at multiple different levels depending on how

7  the real estate was used in the design of -- of a

8  particular rig.

9      Q    Just the -- the arrangement of the

10  equipment.  Is that the term of art, arrangement?

11      A    I -- I -- I don't know if it's what the

12  designer's used, but they're taking into account how

13  powerful the pumps have to be, are they pumping

14  uphill, you know, are they assisted by gravity --

15      Q    Okay.

16      A    -- or is there some other things that caused

17  them to need more or less horsepower to move the mud

18  around.

19      Q    Okay.

20      A    Because that's the only limitation.  You can

21  put stuff anywhere --

22      Q    Okay.

23      A    -- as long as you've got big enough pumps.

24      Q    Well, would you -- would you store bulk mud,

25  bulk liquid mud, at a high level or a low level?

Exhibit 11
Page 78 of 179

Steve Eddy
April 1, 2021

Page 78

1          MS. CHESTER-SCHINDLER:  Objection.  Form.

2      A    I don't know what I would do and I've never

3  designed a rig.  From my experience, it seemed that

4  most mud tanks were lower and that was in order to

5  have the center of gravity of the rig lower.

6      Q    (By Mr. Cosculluela) Right.

7      A    But that's just the very basic idea, and

8  it's very presumptuous of me to say that's a driving

9  force.

10     Q    Got it.  How about mud stacked mud storage

11 facilities, are those usually lower?

12         MS. CHESTER-SCHINDLER:  Objection.  Form.

13     A    I have seen pallets of drilling mud in bags

14 everywhere they can jam it, okay.  And -- and so to me

15 it would not surprise me to see mud anywhere and

16 given, yes, there's a distance between the floor and

17 the unit.

18     Q    (By Mr. Cosculluela) The Schlumberger unit?

19     A    The Schlumberger unit.

20     Q    Sure.

21     A    I've seen mud in bags and I've seen mud

22 spillage talking about dry, I've seen it everywhere.

23 It's tracked into the rig of the unit.  It's tracked

24 all over the rig.  By the way offshore rigs compared

25 to many facilities are very clean.  The crews keep

Exhibit 11
Page 79 of 179

Steve Eddy
April 1, 2021

Page 79

1    them pretty clean, but the -- the stuff gets

2    everywhere but where it's stored is probably more of a

3    function of the design.

4         Q    The space that's available?

5         A    That -- that's right or -- or it's by

6    intent.

7         Q    Yeah.

8         A    But I've seen stuff -- when you get crowded,

9    I've seen it piled up in any conceivable place and

10    that would be a routine thing.

11        Q    Okay.  Well, sir, I want to thank you very

12    much for your time.  You've done great and I -- I

13    appreciate the opportunity to speak with you.

14             MR. COSCULLUELA:  Why don't we go off the

15    record for a second and take a break?

16             VIDEOGRAPHER:  Off the video record at

17    11:26 a.m.

18                  (A break was taken.)

19             VIDEOGRAPHER:  This is the beginning of

20    media No. 2.  We're on video record at 11:41 a.m.

21                  [EXAMINATION]

22    QUESTIONS BY MR. FOUNDAS:

23        Q    Hello, Mr. Eddy.  My name is Ernest Foundas.

24    Can you hear me okay?

25        A    Yes.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 80 of 179

Steve Eddy
April 1, 2021

Page 80

1    Q    Okay.  Let me know if you can't understand

2    me or you don't understand any of my questions, I'll

3    be happy to repeat them.

4    **A    I'm not proud.  I'll ask.**

5    Q    Okay.  Sounds good.  Now, would you agree

6    that Schlumberger monitored your work site for

7    potential hazards?

8    **A    Yes.**

9    Q    Now, did Schlumberger ever warn you about

10   hazards associated with asbestos?

11   **A    No.**

12   Q    Now, do you believe that that's because you

13   are not the type of person who is in a work

14   environment that puts you at substantial risk for

15   asbestos exposure?

16        MS. CHESTER-SCHINDLER:  Objection.  Form.

17   **A    No, I don't believe that.  I believe they**

18   **did not know that there was a hazard if there was, in**

19   **fact, a hazard.**

20   Q    (By Mr. Foundas) If there was.  But you -- as

21   you sit here today, you don't know if there was a

22   hazard in your work area; is that correct?

23        MS. CHESTER-SCHINDLER:  Objection.  Form.

24   **A    I -- I do not know that absolutely.**

25   **However, by my observation of mud sacks that did**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 81 of 179

Steve Eddy
April 1, 2021

Page 81

1  **contain asbestos, I now know that there may have been**

2  **exposure.**

3      Q    (By Mr. Foundas) Okay.  Do you have any

4  information to know that the potential exposure would

5  have exceeded any of the OSHA limits?

6      **A    No.**

7          **MS. CHESTER-SCHINDLER:  Objection.  Form.**

8      Q    (By Mr. Foundas) Okay.  So if there was

9  monitoring on the rig to show that it did not exceed

10  the OSHA limits, would you agree that then Schlumberger

11  would not have had a -- a duty to warn you about the

12  potential hazards of asbestos?

13          MS. CHESTER-SCHINDLER:  Objection.  Form.

14      **A    No, I would not agree with any of that**

15  **statement.**

16      Q    (By Mr. Foundas) Okay.  What is your

17  understanding of an employer's obligation to warn an

18  employee regarding potential workplace hazards?

19      **A    I do not know what the official obligation**

20  **is.**

21          TELEPHONIC DEFENSE COUNSEL:  I'm -- I'm

22  going to object to the form by the way.  Go ahead.

23      **A    All I know and believe is that if my company**

24  **knew there was a hazard, they would have told us about**

25  **it and given us actions to take to avoid it or**

Exhibit 11
Page 82 of 179

Steve Eddy
April 1, 2021

Page 82

1    remediate it.

2        Q    (By Mr. Foundas) Okay.  Do you think the same

3    is true for the rig operator?

4            MS. CHESTER-SCHINDLER:  Objection.  Form.

5        A    I do not know.

6        Q    (By Mr. Foundas) Okay.  Now, I wanted to ask

7    you few questions about you mentioned a product called

8    Visquik?

9        A    Yes.

10       Q    Is -- is that something you just saw

11   occasionally on rigs?

12       A    I've seen it --

13           TELEPHONIC DEFENSE COUNSEL:  Objection.

14   Form.

15       A    I've seen it in my career at least twice on

16   land rigs, and I know I have seen it on an offshore

17   rig at least once.

18       Q    (By Mr. Foundas) Right.  Okay.  I'm not going

19   to get into those questions because you already

20   answered those.  Can you describe what those bags

21   looked like?

22       A    No.

23       Q    Okay.  Can you remember any colors on those

24   bags?

25       A    Not specifically.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 83 of 179

Steve Eddy
April 1, 2021

Page 83

1      Q    Okay.  How --

2      A    I have a vague recollection of it.

3  Specifically I only remember Visquik.

4      Q    Do you remember how the -- how the name

5  itself was written on the bag whether it was block

6  writing, script writing, anything of that nature?

7      A    No.

8      Q    Okay.  Do you remember any logos or anything

9  on those bags?

10      A    No.

11      Q    Were you ever close enough to any of those

12  bags to read any -- any warnings or any of the label

13  details?

14           MS. CHESTER-SCHINDLER:  Objection.  Form.

15      A    Yes.  I was close enough to read the bag.

16      Q    (By Mr. Foundas) Did -- did you, in fact,

17  read those bags?

18      A    Back then I did read them.

19      Q    Okay.  Do you remember any warnings on those

20  bags?

21      A    No, I do not remember any specific warnings.

22      Q    Okay.  Do you remember what those bags were

23  made out of?

24      A    I -- I do not remember what they were made

25  of.  I can speculate but that would be a vague

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 84 of 179

Steve Eddy
April 1, 2021

Page 84

1    recollection that would be no better than a guess.

2        Q    Okay.  Did any of those bags have a plastic

3    wrapper over them?

4        A    If they were on a pallet, all the packs

5    would have shrinkwrap over them usually but specific

6    bag having that for the bag itself, I have no

7    recollection of that.

8        Q    Okay.  Did you ever -- do you recall

9    actually seeing the product inside that came out of

10   any bag of Visquik?

11       A    No.

12       Q    Okay.  On those several occasions where you,

13   you know, recalled seeing Visquik, about how many bags

14   of it did you see?

15       A    I have no recollection of how many bags

16   whether it was a pallet or two or multiple bags

17   stacked on a deck, I -- I could not tell you.

18       Q    Okay.  I think those are all the questions I

19   have for you at this time.  I may have some follow-up

20   questions after plaintiff's counsel goes, but I

21   appreciate your -- your time.

22           MS. CHESTER-SCHINDLER:  Any other defendants

23   have questions?

24           TELEPHONIC DEFENSE COUNSEL:  This is --

25           MR. GREEN:  Yeah, just quickly if you don't

Steve Eddy
April 1, 2021

Page 85

1    mind.

2                        [EXAMINATION]

3        QUESTIONS BY MR. GREEN:

4        Q    Mr. Eddy, do you recall, are you familiar

5    with the name Cypress Energy, LLC?

6        **A    Familiar with the name, yes.**

7        Q    Do you recall where or when it was you would

8    have worked with Cypress Energy, LLC?

9        **A    No.**

10       Q    Do you recall if Cypress Energy, LLC was

11   involved in any of the work that you were aware of

12   that Mr. Hsieh performed?

13       **A    I have no specific recollection of that kind**

14   **of double connection.  That is Schlumberger doing work**

15   **out of Belle Chasse and/or David being on one Of those**

16   **rigs, no, I do not.**

17       Q    Okay.  Do you recall what it is that

18   Cypress -- Cypress Energy, LLC does?

19       **A    No, I do not know the details.**

20       Q    Do you have reason to believe that Cypress

21   Energy, LLC committed some action that would have led

22   to Mr. Hsieh being exposed to asbestos?

23           MS. CHESTER-SCHINDLER:   Objection.   Form.

24       **A    I would have no knowledge of that given my**

25   **memory not having any recollection of it.**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 86 of 179

Steve Eddy
April 1, 2021

Page 86

1      Q    (By Mr. Green) Okay.  And very briefly,
2    similarly as to Sunbelt Energy, LTD.  Are you familiar
3    with that company?
4      **A    I have heard of it.  I cannot say I am**
5    **familiar with it.**
6      Q    Okay.  Do you recall what it is that Sun --
7    Sunbelt Energy, LTD does?
8      **A    Not completely, no.**
9      Q    To your knowledge, does Sunbelt Energy, LTD
10   provide asbestos-containing products?
11     **A    I have no idea.**
12     Q    Okay.  To your knowledge is -- well, do you
13   have any reason to believe that Sunbelt Energy, LTD
14   would have performed some action that would have
15   exposed Mr. Hsieh to asbestos-containing products?
16           MS. CHESTER-SCHINDLER:  Objection.  Form.
17     **A    I have no personal knowledge of that, no.**
18     Q    (By Mr. Green) Okay.  That's all I have.
19   Thank you.
20                (At this time the court reporter asked
21                 for clarification.)
22           MR. GREEN:  This is Roger Green.  I actually
23   just e-mailed you a bit ago.
24           MS. CHESTER-SCHINDLER:  Does anyone have any
25   questions at this time?  All right.

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 87 of 179

Steve Eddy
April 1, 2021

Page 87

1                    [EXAMINATION]

2        QUESTIONS BY MS. CHESTER-SCHINDLER:

3        Q    Mr. Eddy, can you hear me okay?

4        A    Yes.

5        Q    Sir, the jury has heard your name, but can

6    you, once again, introduce yourself?

7        A    I'm Steve Eddy.

8        Q    First and foremost, thank you for taking

9    time out of your day to come and speak with us.  We do

10   really appreciate you taking the time to give us the

11   information that you have.  It's my understanding that

12   you are currently a senior consultant, excuse me, and

13   perform work as a certified behavior analyst; is that

14   correct?

15       A    Yes.

16       Q    And prior to your work in that industry,

17   where did you work?

18       A    I -- I worked with Schlumberger Well

19   Services.

20       Q    Approximately how long did you work for

21   Schlumberger Well Services?

22       A    From 1978 to 2005.  So in -- in round

23   numbers, a little bit more than 27 and a half years, I

24   believe.

25       Q    Did you actually retire from Schlumberger?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 88 of 179

Steve Eddy
April 1, 2021

Page 88

1      A      Yes.

2      Q      For those members of the jury who may be new

3    to all of this, what business is Schlumberger in?

4      A      Well, they're, in general, the biggest oil

5    field services provider in the world depending on how

6    you measure that.  That is they -- they've gotten into

7    everything original part of the company was in

8    electrical measurements and -- and open hole drill

9    bores, but they branched out into everything from, you

10   know, used to have large drilling companies.  They've

11   gone into every type of underground measurement.  They

12   also have a technology group that used to actually

13   built the testers to test things like intel, chips,

14   for example.  They've divested themselves of most of

15   that, but they're pretty much a -- a technology

16   company that originated with oil field services.

17     Q      Now, in your explanation, you used a term

18   called open hole.  Can you explain to the jury who may

19   not be familiar with that term what exactly you mean

20   by that?

21     A      Open hole, I mean, the initial wellbore

22   that's drilled into the earth before any casing or any

23   detection of hydrocarbons is made.  That is open hole

24   as oppose to cased hole.  That is if a well has

25   something that's worthwhile going after, it will be a

Exhibit 11
Page 89 of 179

Steve Eddy
April 1, 2021

Page 89

1  casing and cementing job done seal off the well and

2  maybe, you know, prepare it to be a pro -- producing

3  well if it turns out there's hydrocarbon that is

4  commercially viable to go after.

5         But I was mostly, when we talk about open

6  hole, it's quite often exploration work or expanding

7  existing fields number of wells for production work,

8  but we only do measurements when there's a -- an open

9  hole, that is there's nothing but the -- the mud and

10 the wellbore and then the natural formation around it.

11    Q    So would it be fair to say that open hole is

12 more the exploration process whereas the casing hole

13 is the production process?

14    A    That -- that's a rough divide that's not

15 entirely a hundred percent accurate, but, for

16 instance, the Ace Hole Services, like there was

17 another district in Belle Chasse --

18    Q    Uh-huh.

19    A    -- called Ace Hole and they're mostly almost

20 exclusively doing production services, that is to run

21 services in existing wells that have always -- already

22 been cased, cemented, and perforated for production

23 purposes.

24    Q    Thank you.  During the time frame that you

25 worked for Schlumberger, who are their customers?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 90 of 179

Steve Eddy
April 1, 2021

Page 90

1      A     In -- there are so many and I cannot

2  remember them all.  There were dozens of them.  I know

3  some -- I can name some of the ones that come to mind

4  most often.

5      Q     That would be helpful.  Thank you.

6      A     Which -- which would be, for instance, out

7  of Belle Chasse, we had a lot of work with Shell.

8  We -- we had a lot of work with Marathon.  We have on

9  work on occasion with Chevron.  We -- we'd -- you

10 know, bunch of other companies that -- that are the

11 major producers, and -- and I think at one time or

12 another with some noted exceptions, we probably worked

13 for any major oil company and many, if not, the

14 majority of the smaller operators, too.

15     Q     You mentioned every major oil company, would

16 that have included Texaco?

17     A     Well, at -- at that time, I -- but you have

18 to correct me --

19           TELEPHONIC DEFENSE COUNSEL:  Sorry.

20 Objection.  Form.

21     A     I cannot -- I cannot specifically remember

22 an offshore Texaco job at the moment, okay.  But

23 that's my memory.  I could have been wrong.  I do not

24 remember Texaco as -- as being a -- a high volume

25 customer offshore.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 91 of 179

Steve Eddy
April 1, 2021

Page 91

1    Q    (By Ms. Chester-Schindler) Do you recall

2  whether Gulf was a customer during --

3         TELEPHONIC DEFENSE COUNSEL:  Object.

4    Q    (By Ms. Chester-Schindler) -- your time at

5  Belle Chasse?

6         TELEPHONIC DEFENSE COUNSEL:  Object to the

7  form.

8    **A    I -- I cannot remember if Gulf was involved**

9  **before their merger.**

10   Q    (By Ms. Chester-Schindler) Right.

11   **A    So I understand but I have no specific**

12  **recollection of that.**

13   Q    And just for -- again, for those members of

14  the jury who may not be familiar with the -- the

15  iterations of these companies and the industry, do you

16  have an understanding that Texaco and Gulf have merged

17  into Chevron at this time?

18        TELEPHONIC DEFENSE COUNSEL:  Object to the

19  form.

20   **A    I -- I -- I have some knowledge of that, but**

21  **I have -- it's been a long time since I bothered to**

22  **trace the continued --**

23   Q    (By Ms. Chester-Schindler) Sure.

24   **A    -- acquisition and merger chain because I --**

25  **there are so many times where I'd work in, for**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 92 of 179

Steve Eddy
April 1, 2021

Page 92

1  instance, in the United States and when I did my hitch

2  admittedly on land in Canada, the very same company

3  would be totally organized differently and called

4  something else.  But -- but I guess my interest lag at

5  that point as to track those things and so, no, I

6  cannot give you a detailed list of every company we

7  worked for out of Belle Chasse, and I'm also presuming

8  that that's in -- in the record.  That is there are --

9  people know who we had contracts for out of Belle

10  Chasse in that time frame.  I would be a poor source

11  for the whole list.

12      Q    During the course of your career with

13  Schlumberger from 1978 to 2005, did you have an

14  opportunity to meet a gentleman named David Hsieh

15  sometimes pronounced David Hsieh?

16      A    Oh, yes.

17      Q    Have you kept -- excuse me, kept in touch

18  with Mr. Hsieh over the years?

19      A    Yes.

20      Q    And I will tell you today, Mr. Eddy, because

21  there is, you know, some back and forth between the --

22  the Chinese pronunciation of his name and how all of

23  us pronounce it, I'm going to call him David.  Is that

24  okay?

25      A    That -- that -- it works fine.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 93 of 179

Steve Eddy
April 1, 2021

Page 93

1      Q     Okay.  Were you aware that David has been

2   diagnosed with a cancer called malignant mesothelioma?

3      **A     I believe, yes, that and other afflictions**

4   **that he has told me about.**

5      Q     Mr. Eddy, one of the positions that you have

6   held to my knowledge with Schlumberger is the manager

7   of quality, health, safety, and environment or QHSE;

8   is that accurate?

9      **A     Yes.**

10     Q     Based on that experience or otherwise, do

11  you have an understanding of what can cause the cancer

12  malignant mesothelioma?

13           TELEPHONIC DEFENSE COUNSEL:  Objection.

14  Form.

15     **A     I have -- I have an amateur's knowledge of**

16  **that through my own research associated at the time**

17  **when I was QHSE manager out of Houston.  That was in**

18  **the latter part of my career and one -- one of my**

19  **positions.**

20     Q     (By Ms. Chester-Schindler) And what is that

21  admittedly amateur understanding?

22     **A     Well, what -- what little I know of it comes**

23  **from, you know, pub -- public knowledge.  It's not**

24  **medical knowledge.**

25     Q     Sure.

Exhibit 11
Page 94 of 179

Steve Eddy
April 1, 2021

Page 94

1    **A    But quite often that -- that would sometimes**
2    **be ascribed uniquely to an exposure of asbestos.**
3    **There -- there -- I know there's other industries that**
4    **I used to pay attention to such as like welders, okay,**
5    **people who do a lot of welding depending on the type**
6    **of welding sometimes come down with similar**
7    **afflictions that may or may not be related to**
8    **asbestos.  It's in the materials they using, but I**
9    **have no professional basis on any of that knowledge.**
10   **I'm just generally familiar with it.**
11       Q    Thank you, sir.  One of the reasons we are
12   here today is to determine whether Mr. Hsieh, David,
13   may have been exposed to asbestos in some way.  And so
14   to that end, I do want to discuss your work and to a
15   degree his work at Schlumberger.
16          Can you list for us to start each position
17   that you've held at Schlumberger and the approximate
18   years and then we can talk about those positions in a
19   little more detail?
20          TELEPHONIC DEFENSE COUNSEL:  Objection.
21   Form to the side bar.
22       **A    So I -- I want to make sure I'm clear are we**
23   **talking about only during my assignment to Belle**
24   **Chasse?**
25       Q    (By Ms. Chester-Schindler) No.  I want to

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 95 of 179

Steve Eddy
April 1, 2021

Page 95

1   basically have an overview for the ladies and gentlemen

2   of the jury of each position that you held at

3   Schlumberger, and, again, it doesn't have to be

4   detailed.  If you can just give us an approximate date

5   range for each job title you had.

6       A    Okay.  Well, let's -- and this is just

7   approximate so --

8       Q    Sure.

9       A    -- if we're talking about my -- my first

10  year from -- years from 1978 to '83, it was that field

11  engineer progression, that is junior field engineer,

12  field engineer, senior field engineer, GFE general

13  field engineer.  I was then GFE special services when

14  I was running the experimental nuclear magnetic tool.

15  I then went to Houston as a CAT staff engineer, that

16  is customer acceptance testing staff engineer where I

17  was basically testing equipment before it got shipped

18  to the field.  That -- that sequence ended in -- we're

19  talking '85.

20          From '85 to '87, I was in Belle Chasse

21  initially as just field service manager of the Belle

22  Chasse open hole offshore district.  Then also was

23  assigned to be the -- the special services service

24  manager as well as an actual provider and relief

25  engineer in special services.  From there -- and so --

Exhibit 11
Page 96 of 179

Steve Eddy
April 1, 2021

Page 96

1   when I was done with Belle Chasse, I was transferred
2   back to Houston where I was basically the head of
3   customer acceptance testing.  So I went there and ran
4   the engineers and test technicians and thereafter --
5   we're talking about a 15-year period where I became
6   the quality manager of what was then Houston downhole
7   sensors but then came to be just Schlumberger
8   manufacturing.
9           That spread out my title then encompassed
10  standards, and methods, and processes for multiple
11  centers including the perforating center at Sandy
12  Point and two or three other jobs that had to do with
13  things like Anadrill which was an acquisition of
14  Schlumberger and -- and a few other companies
15  including part of dowel Schlumberger which was located
16  in Houston.  I then became a -- a general manager for
17  multiple sites of common processes and procedures that
18  is I was very much into the quality side of it.
19          And then that evolved to be QHSE manager for
20  multiple sites in the Houston area of which depending
21  on how you counted them, there were three or four
22  manufacturing unit engineering centers where I was
23  responsible for quality, health, safety, and
24  environment.  And if you wanted the exact dates there
25  on all that, I could maybe dig out my resume

Exhibit 11
Page 97 of 179

Steve Eddy
April 1, 2021

Page 97

1   somewhere, but I think that's the best I can do given

2   the constraints of this proceeding.

3        Q    We won't make you go hunt your resume.   I

4   appreciate you giving us an overview of your -- your

5   career essentially at Schlumberger.

6             What position did you hold at Schlumberger

7   when you met David?

8        A    I was a -- the field service manager of

9   Belle Chasse open hole offshore in Belle Chasse,

10  Louisiana.

11       Q    You indicated it was the open hole offshore.

12  Was any land work performed out of that location for

13  Schlumberger?

14       A    No.

15       Q    Can you explain for us in Schlumberger terms

16  what is considered offshore?

17       A    In -- in -- in short, offshore for just

18  geography reasons, it's usually more than three miles

19  from the coast of the United States.   Now, there's a

20  bunch of reason that's violated but that's a general

21  idea.   That is from my experience the Louisiana inland

22  districts would try to stay within three miles and the

23  reason for that is -- is the small inland jackup

24  barges, flat barges, and other ways we can be conveyed

25  out there weren't capable of servicing full sized

Exhibit 11
Page 98 of 179

Steve Eddy
April 1, 2021

Page 98

1    offshore rigs and so that's in round numbers.

2           And plus there's just the fact that inland

3    we had our truck that would follow us out every time

4    whereas offshore there was a semipermanent

5    installation of an offshore unit.  That is the thing

6    is literally welded to the deck of -- of an offshore

7    rig, and we get to keep that there until we're beat

8    out by a competitor or that rig goes somewhere else

9    and gives us back our offshore unit, and then we cut

10   it off the deck and ship it back in land and wait for

11   another contractor.

12       Q    Mr. Eddy, can you describe for us what was

13   the environment like offshore working?

14           TELEPHONIC DEFENSE COUNSEL:  Objection.

15   Form.

16       A    It -- it was heavily activity oriented.  I

17   think I mentioned earlier.  Most of offshore even when

18   you were expert at the job and the technical delivery

19   of excellent product, it -- it was logistics.  It --

20   in -- in -- I've been asked this question once before

21   in the last two years, and I always describe going

22   offshore on a 150 long -- foot long supply boat at

23   3:00 a.m. in the winter with 10-foot high seas on a

24   rig.  The floor of which is 150 feet in the air, and

25   you're trying to get off the deck of this itty bitty

Exhibit 11
Page 99 of 179

Steve Eddy
April 1, 2021

Page 99

1  boat into this rope pyramid basket looking thing and

2  timing it so you don't die.

3          You throw your bag into it and then you're

4  trying to time it when everything's going down and you

5  jump on, and the crane operator who you've basically

6  given your life to tries to whisk you off that

7  offshore supply boat before the deck comes crashing up

8  into your feet and tries to inject you into the 10

9  foot high seas.  You're then swung over 150 feet in

10 the air above total blackness and slung onto the deck

11 of the ship or the rig, and you're -- you're just glad

12 to have made it there alive.  It's very surreal but

13 that's probably the most extreme I remember.

14         And I don't believe that they do that with

15 many people anymore.  That is that was the -- this

16 helicopter thing which is the most common way to do it

17 nowadays is -- is usually used more often than

18 offshore supply boats and crew boats.  But, you know,

19 I've been offshore since 2005 and I never had to ride

20 a supply boat.  I'm always in a wonderful helicopter.

21      Q    (By Ms. Chester-Schindler) Thank you,

22 Mr. Eddy.  Today I want to focus the majority of my

23 questions on that time frame from 1978 when you started

24 at Schlumberger through approximately 1987 when you

25 transitioned out of your position as field services

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 100 of 179

Steve Eddy
April 1, 2021

Page 100

1    manager.  Okay?

2              TELEPHONIC DEFENSE COUNSEL:  Objection.

3    Form.

4        Q    (By Ms. Chester-Schindler) Can you describe

5    for us -- and you mentioned this earlier -- the basic

6    progression of a junior field engineer all the way up

7    to where you were a full general field engineer, that

8    30-month process?

9        A    So basically there's a series of on-the-job

10   training and trips to a Schlumberger learning center.

11   Like I -- I was trained in Corpus Christi and so

12   usually there was -- you be for a couple of months

13   basically doing grunt work.  You -- you were the

14   servant of a GFE, a general field engineer, helping

15   him get the jobs done but learning about how to run

16   the logs, how to set up the equipment, et cetera, and

17   then there would be a break for up to six weeks to two

18   months where you go train at one of these learning

19   centers to get more up on it, and then you go back --

20   there's a lot of testing at those centers.

21              And then if you were scoring well, you get

22   promoted from JFE -- and you really wanted to make it

23   to field engineer because then you started earning

24   bonus, okay, and so you -- you start making more money

25   at that point.  You go to more schools advance to

Exhibit 11
Page 101 of 179

Steve Eddy
April 1, 2021

Page 101

1  being a senior and within three years, and you wanted

2  to do it within 30 months actually.  If you're staying

3  up on your program and then passed everything, you

4  would be promoted to general field engineer which

5  basically meant all the basic suites of -- of

6  equipment and services that your location provided

7  that you can pretty much run any of them.

8      Q    Once you became -- well, first of all, I

9  guess my question is this:  When you were going

10 through this 30-month training process, where were you

11 doing your OTJ or on-the-job training?

12     A    It -- it was at the home of Louisiana open

13 hole district and in the field and that was on -- on

14 land in the swamps on lakes and within three miles of

15 the coast.

16     Q    To your knowledge, is there any difference

17 of -- other than obviously the environment between the

18 work performed by a field engineer on land versus

19 offshore?

20     A    The fundamental services and what you're

21 providing to the client which is fundamentally logs,

22 okay.  That is recordings of various measurements

23 versus depth which is what the customer wants and

24 interpretation helps them figure out if they've got

25 something that is commercially viable.  The main

Exhibit 11
Page 102 of 179

Steve Eddy
April 1, 2021

Page 102

1  difference was logistics.  That is an engineer is the

2  manager of the crew and offshore were so many more

3  logistics.

4          And I literally mean it's 40 or 60 percent

5  of the job was having everything available because if

6  something broke, if something messed up, it -- it's

7  very expensive to get extra equipment and that's

8  downtime which costs many fold what it costs for

9  downtime on a land operation.  But like on land if you

10  have a piece of equipment break, you can call a hot

11  shot and usually within a couple hours get a few piece

12  of equipment.  You know, you're usually talking half a

13  day or more when everything is moving fast including

14  not being able to do anything at night offshore

15  usually.  So it was mostly logistics were heavily

16  different, and the frequency of doing jobs was

17  different.  Land engineers turned around a lot more

18  jobs during a hitch or a period on duty than the

19  typical offshore engineer would.  Okay.

20      Q    Meaning that the offshore engineer would

21  typically be on a particular job for a longer period

22  of time?

23      A    He would usually be there for longer period

24  of time, and he'd have fewer such jobs during the

25  history.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 103 of 179

Steve Eddy
April 1, 2021

Page 103

1      Q    Thank you.  Now, when you were listing your
2  various positions at Schlumberger, you indicated that
3  you went to Houston in 1983.  Worked as a -- did you
4  call it a CAT engineer or I know it was a customer --
5      **A    Yeah.**
6      Q    -- customer -- okay.  A CAT engineer for two
7  years, and then you went back to Belle Chasse,
8  Louisiana as a field services manager; is that right?
9      **A    Right.  And when you say back, I went back**
10 **to Louisiana but to Belle Chasse for the first time**
11 **and only time as a field services man, yes.**
12     Q    What were your job duties as a field
13 services manager?
14     **A    So I -- I was responsible for organizing and**
15 **creating an environment to keep the field engineers**
16 **and their crews assigned to me, I trained, I managed**
17 **schedules, I managed interactions with clients, I**
18 **would determine field equipment needs, budgets, and,**
19 **you know, what assets were needed.  I was involved in**
20 **the budgeting process.  I was involved with the**
21 **appraisal in valuation of all the personnel, the**
22 **engineers and operators in -- in my part of the**
23 **district.  And pretty much reported directly to a**
24 **district manager who -- who was over the entire**
25 **operation but very much worked hand in hand with**

Exhibit 11
Page 104 of 179

Steve Eddy
April 1, 2021

Page 104

1   the -- the district manager.

2        Q    One of the tests that you mentioned was

3   managing schedules.  Did that include dispatching

4   crews out to particular jobs?

5        A    I didn't dispatch.  I -- I'd make sure that

6   we had everyone on duty.  You know, like we had pretty

7   substantial dispatching operation.

8        Q    Right.  And that may be the wrong term.

9   Sorry about that.

10       A    Well, the idea is you turn a line up in

11  advance, you know, hey, this job when it comes up,

12  you're going to go there.  You -- you, engineer No. 2,

13  let's start a plan for you to go.  This other one

14  that's going to be a little bit later but then

15  something office changes.  You know, someone offshore

16  within of the drilling operations gets ahead of

17  schedule, and -- and if you're having people set up --

18  like you want them to go where their equipment ends up

19  being dispatched to.

20            And so, for example, if you know crew A,

21  their kit and caboodle is -- is going on out to -- to

22  rig A and, you know, three days later crew B is going

23  to go out to rig B.  You ship their stuff.  Well, if

24  all of the sudden, rig -- rig B calls ahead first,

25  you're not going to send an engineer out -- A out

Exhibit 11
Page 105 of 179

Steve Eddy
April 1, 2021

Page 105

1  to -- to run crew B's equipment because they didn't

2  calibrate it.  They weren't maintaining it.  They

3  don't know what's in the crew box.  So you've got to

4  sort of keep people together with their stuff and yet

5  be flexible enough -- we've had crew A and crew B both

6  of those rigs shut down because of drilling problems

7  and crews C, D, and E aren't available, and so I go

8  talk to the crew A engineer, hey, they're going to be

9  shut down for ten days.  You think you can make this

10  job over here with crew E's equipment?  He said, man,

11  I don't know want to do.  I don't know.  I said, well,

12  go talk to that engineer, figure out what's there.  We

13  figure out how to do it.

14        So a lot of it is coordination of logistics

15  and keeping things as comfortable as possible for the

16  crews and yet having them relieved on time, on their

17  days off on time.  Because everyone knows offshore if

18  you're working a two-weeks-on-two-weeks-off schedule,

19  fat chance that that's actually what's going to

20  happen.  You know, getting relief crews out and -- and

21  the crews that are out there in, arranging for the

22  helicopters, the crew boat.  There -- it's -- it's a

23  bunch of arranging for taxi services.

24        And then when it's all over with, I get to

25  talk about log quality and how good the job was, and

Exhibit 11
Page 106 of 179

Steve Eddy
April 1, 2021

Page 106

1  whether or not the measurements made any sense, and so

2  a lot -- a lot of coordinating just logistics.  It's

3  equipment, people, and stuff, and keeping them align

4  with the people is -- is a lot of what the job is.

5      Q    As part of managing the logistics as you

6  just described, did you ever assign specific engineers

7  to specific customers?

8      A    This happened on occasion for the regular

9  services.  We would have basically rig or customer

10 assigned crews.  Yes, that did happen, and that was

11 usually by contract.  It wasn't something that I did.

12 It was something that was negotiated between sales and

13 the customer, and I'd be told about it and I'd

14 arrange, hey, what crew is going to do this, you know.

15 There were some traditions.  There's certain crews

16 always worked for certain customers and that was

17 relatively easy, okay.

18          But then pull that crew out of rotation for

19 the jobs that come up all the time and you have them

20 always ready to work for just one client, but that

21 wasn't always the -- the normal operating mode all the

22 time.  That was, yes, we did have those kind of

23 contracts when they came up.

24     Q    Even if there wasn't a provision in the

25 contract like you just described, did you endeavor to

Exhibit 11
Page 107 of 179

Steve Eddy
April 1, 2021

Page 107

1    keep crews with the active rigs that they originally

2    serviced?

3        A    Regular logging engineers I would attempt.

4    Like if I had someone that was used to working with

5    marathon on their regular logging, I -- I'd probably

6    assign that person.  I'd ask them.  I say, hey, do

7    you -- did you got along with you know Joe out on the

8    rig, and, you know, it's a good relationship that

9    facilitates a smooth operation.  Yeah, I try to

10   accommodate that.

11       Q    To your knowledge, was that a practice that

12   generally was utilized at Schlumberger before you

13   became a field services manager?

14            TELEPHONIC DEFENSE COUNSEL:  Objection.

15   Form.

16       A    I have no knowledge of that.  But

17   traditionally I would say yes, that is that makes it

18   easier not just on the engineer but on the field

19   service manager because if he got a good engineer

20   client relationship there's no reason to mess with it.

21   You know, the biggest disruption is you get a phone

22   call and a client tells you never send Billy out again

23   to any of our rigs, and so Billy's in trouble for a

24   while, okay, because -- because he's basically there's

25   something sour in the relationship.

Exhibit 11
Page 108 of 179

Steve Eddy
April 1, 2021

Page 108

1      Q    (By Ms. Chester-Schindler) Something went
2   sideways, huh?
3      **A    And -- and sometimes it's something that**
4   **matters and sometimes it's just a personality**
5   **conflict, but we try to accommodate that because the**
6   **customer is always right.**
7      Q    During your time as a field services manager
8   working with David, did you ever get a call like that
9   about David?
10     **A    No.  In fact, the vast majority to my**
11  **recollection people were very happy with what David**
12  **provided for services.  In my opinion, he was an**
13  **exceptional engineer and did a great job, was**
14  **technically competent and had a lot of very good**
15  **interpersonal skills with dealing with any kind of**
16  **person.**
17     Q    The jury has learned over the course of the
18  trial about something you mentioned earlier, I
19  believe, an RFT specialist.  Do you recall that term?
20     **A    Yes.**
21     Q    And does that stand for repeat formation
22  tester?
23     **A    Yes.**
24     Q    My understanding if I heard you correctly
25  earlier when you were sharing your positions with us

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 109 of 179

Steve Eddy
April 1, 2021

Page 109

1    is that during the time period you were the field

2    services manager, you were also essentially, for lack

3    of a better way to put it, the back up for special

4    services like RFT; is that correct?

5        **A    Yeah, I was -- I was an RFT specialist also.**

6        Q    So as part of your job as an RFT specialist,

7    you actually went out offshore on rigs on occasion; is

8    that right?

9        **A    I went offshore to actually provide the RFT**

10   **service, yes.**

11       Q    When you did go offshore for that purpose,

12   was the equipment configuration on the rigs the same

13   every time?

14       **A    On -- on different -- the answer is no.**

15   **The -- the -- I serviced any rig that came up for RFT**

16   **job when I was in -- in the barrel as it were as a**

17   **relief specialist.**

18       Q    So in other words, was the Schlumberger

19   unit, for instance, in the same location on every rig

20   that you ever went to?

21       **A    No.**

22       Q    Was the drilling mud -- which we'll talk

23   about in a moment.  Was the drilling rig -- excuse me,

24   drilling mud equipment in the same configuration on

25   every rig you went out to?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 110 of 179

Steve Eddy
April 1, 2021

Page 110

1           TELEPHONIC DEFENSE COUNSEL:  Objection.

2      A    No.

3      Q    (By Ms. Chester-Schindler) Can you explain

4 for us what is your understanding of what (inaudible)

5 mud is?

6      A    Okay.  You cut out a little bit there was

7 your question what is my understanding of what

8 drilling mud is?

9      Q    Yes, it is.  I'll ask it again just so we

10 have a clean record.

11           Can you explain for us, Mr. Eddy, what your

12 understanding is of drilling mud?

13      A    Drilling mud's purpose is multifold, okay.

14 For one during the drilling operation, drilling mud is

15 pumped through the center of the drill pipe column in

16 order to clear cuttings from the actual drill bit that

17 is ahead or at the bottom of the drilling string, and

18 the drilling mud conveys those cuttings to the surface

19 around the outside of the drill string and brings it

20 to the surface.  And this clears out what's been cut

21 in order to make the hole.  So that -- that's one of

22 the reasons, okay.

23           Another reason it lubricates the drill bit

24 and the drill string as they go down, so they don't

25 tend to stick to the formation.  More importantly, the

Exhibit 11
Page 111 of 179

Steve Eddy
April 1, 2021

Page 111

1    drilling mud as -- as the bit proceeds into the earth,

2    the drilling mud actually plates off -- plates out.

3    That is it actually plates and adheres to the sides of

4    the wellbore.   Particularly in porous formations, you

5    end up with a very hard -- it can almost be rock like

6    sheet of drilling mud, and the filtrate that is the --

7    the water or the -- the fluid inside the drilling mud,

8    it'll actually invade the porous permeable formations,

9    and the result is the wellbore is made more stable.

10            That is when you was drilling mud, it -- it

11   prevents the borehole from caving in.  As you know you

12   figure, you -- you go down two miles drilling a hole

13   if you don't have something propping that hole up,

14   it's going to slough in, fall apart, something bad is

15   going to happen, okay.  So drilling mud increases the

16   stability of the wellbore so you can do other things

17   inside that wellbore besides drill it.

18        Q    Mr. Eddy, based on your experience with

19   Schlumberger, are you familiar with the concept of a

20   loss of circulation?

21        A    Yes.

22        Q    What is a loss of circulation?   In other

23   words, what happens in the well?

24        A    So when they're talking about circulation,

25   they're talking about this big loop of -- of the flow

Exhibit 11
Page 112 of 179

Steve Eddy
April 1, 2021

Page 112

1  of mud that is it comes from the surface.  It's pumped

2  down through the center of the drill string, clears

3  out cuttings at the bottom of the drill string at the

4  bit.  It then goes around the outside of that drill

5  string back up to the surface, it's captured again on

6  the surface, goes over a shaker to get rid of the

7  debris and then gets recirculated.  So this big loop

8  is the circulation loop.

9       When they say there's a loss of circulation,

10 it means the stuff that you pump into the well, it's

11 not coming back to the surface which means it's going

12 somewhere.  And the only place it can be going is

13 usually into a formation.  Okay.  So if you lost

14 returns or lost circulation -- there's a lot of

15 different terms for it -- you know that because you're

16 pumping mud into the ground and not as much as making

17 it back up to the surface to your shakers and your --

18 your mud tanks.

19       And -- and so -- and, once again, that

20 loss -- there's various types of ways to lose it.

21 It's not just a formation that sucks in the mud and

22 doesn't allow it to make it to the surface.  It can be

23 this thing where there's two formations causing your

24 problem that is an under weighted one that's actually

25 letting borehole fluid into the hole and -- and an

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 113 of 179

Steve Eddy
April 1, 2021

Page 113

1   overweighted portion where the mud is going into the

2   formation which can fool you into not knowing that

3   that's going on if you're still getting fluid arriving

4   on the surface.

5        Q    When a loss of circulation or lost return

6   such as you described occurs, do you have an

7   understanding of how that is corrected?

8        A    Yes.  There -- there's a couple of different

9   things that are most common, okay.

10       Q    Can you explain those for us?

11       A    Okay.  So, for example, one thing that can

12  be done reasonably easy is if you're starting to lose

13  your circulation, you -- you don't want to weight up

14  because you might break down the formation some more.

15  So one thing you might try to do is dilute the weight

16  per gallon of your drilling mud.  So drilling mud

17  just -- you know, typically drilling mud is going to

18  weigh somewhere between 8 or 9 per gallon to as much

19  as 12 to 13 or 14 pounds per gallon for intermediate

20  wells of a, you know, a mile or two deep, okay.

21            And so if that's happening, you can

22  sometimes lighten up your load, lower the weight of a

23  hydrostatic column and it won't start going in the

24  formation.  You make an equilibrium where the pressure

25  and the wellbore is equal in the pressure and the

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 114 of 179

Page 114

1    formation, and, therefore, there's no movement between

2    the borehole and the formation.  Now, if that's not

3    working and it keeps sucking mud into the formation,

4    that is you have an under pressured formation, you've

5    got to figure out how -- how to stop that.

6            So sometimes what you do is you put other

7    material in to stop that, and -- and this is where

8    these things come up including when asbestos was used

9    that you're trying to put some fiber or something in

10   the wellbore, and everyone knows the historic stories

11   where in the oldest old days people would throw

12   laundry, socks, newspapers, any garbage that was lying

13   around the rig, they throw it in the wellbore hoping

14   it would stop the loss of circulation.  That was a

15   long time ago.

16           But the more things have come up, you know,

17   there's stuff this -- you know, walnut husks are very

18   popular were actually in some types of loss

19   circulation material.  These -- these things that are

20   very porous but played out -- or several types of

21   drilling mud that had various things that would expand

22   and seal off the formation.  And asbestos it's sort of

23   fibrous, it makes sort of a cross hatch.  The reason I

24   was told that was ever used is because it was pretty

25   good at sometimes stopping circulation loss because it

Exhibit 11
Page 115 of 179

Steve Eddy
April 1, 2021

Page 115

1    could help seal off the formation given its fibrous

2    state.

3          And -- and so -- but that's one of the

4    things you can do and worse case is you -- you -- you

5    basically run it, make a casing run, which if it was

6    unplanned, it really messes up your drilling schedule

7    and you're drilling pan.  And you stop your operation,

8    you try to keep it under control, and you try to run a

9    casing string down so that you can go into another

10   pressure horizon and readjust your mud system.  But

11   then the borehole is smaller, so it might limit some

12   of the ser -- services you can run in it.

13         And that's only -- I may be mentioned three

14   or four things there.  There's another half dozen

15   weird things you can try, but the -- they're very

16   esoteric.

17   Q    Mr. Eddy, one of the, I guess, corrections

18   you mentioned was these fibers or asbestos.  Can you

19   identify the names of any of those products that you

20   recall seeing during that time frame from 1978 to

21   1987?

22         TELEPHONIC DEFENSE COUNSEL:  Object to form.

23   A    The one brand that stood out in my head and

24   this is because of childishness on the way my brain

25   works is Visquik, okay.  Single engineer living in an

Exhibit 11
Page 116 of 179

Steve Eddy
April 1, 2021

Page 116

1    apartment with a bunch of other engineers, we cook for

2    each other.  You don't make pancakes from scratch.

3    You use Bisquick.  And that stuck in my mind from the

4    first time I saw it, and I saw it at least two times

5    on land, one time offshore.  Is it -- you know, it was

6    sort of like an inside joke thing.  Says, hey, here,

7    have some pancakes.  And my fellows would ask me, now,

8    this is Bisquick, right, not Visquik?

9              Okay.  So.  Very dumb attempt at humor, but,

10   hey, it's the oil patch.  You got to better expect

11   that sometimes.  And so that's the one I'm most

12   familiar, and it stuck in my mind and it's why I

13   remember going offshore is I wasn't surprised to see

14   it, but I encountered it in offshore when I was either

15   running an RFT or running the NMTC which by the way I

16   got drug back into running that multiple times after

17   going to Houston even because there weren't many NMTC

18   engineering experts, and I was, unfortunately, one of

19   those and I actually made offshore jobs once moving to

20   Houston and supposedly having a desk job.  So I don't

21   know if that's too much or too little.  Tell me.

22        Q    (By Ms. Chester-Schindler) That's okay.  You

23   got more than you signed you have up for.  All right.

24   Mr. Eddy, were there any other additives or fibrous

25   additives like the Visquik that you recall seeing over

Exhibit 11
Page 117 of 179

Steve Eddy
April 1, 2021

Page 117

1    the course of your work at Schlumberger again focusing

2    on that 1978 to 1987 time frame?

3                    TELEPHONIC DEFENSE COUNSEL:  Objection.

4    Form.

5         A    I remember --

6                    TELEPHONIC DEFENSE COUNSEL:  I will

7    object -- make an objection.  Objection.  Form.

8         A    And -- and I would say yes, aside from

9    Visquik and -- and I -- I have seen a lot of other

10   circulation material that I did not know loss

11   circulation mud components that I cannot recall all

12   their names.  Most of them, though, I believe were

13   more inert organic based things like Nut Plug, and --

14   and -- and -- was a very common one.  And -- and there

15   were combinations that used various types of organic

16   material such -- such as pecan husks, walnut husks.

17                    There was a lot of things like that because

18   that was pretty good stuff when you ground it up and

19   mix it in with the right other materials, it was good

20   loss circula -- and I encountered that because I have

21   run into multiple wells that were marginally

22   controlled and at least one or two that were out of

23   control in a very terminal fashion particularly on

24   land.

25        Q    (By Ms. Chester-Schindler) Mr. Eddy, are you

Steve Eddy
April 1, 2021

Page 118

1   familiar with the name IMCO, IMCO?

2       A    Yes.

3       Q    Can you explain for us how you're familiar

4   with the name IMCO?

5       A    Well, if you look at the history of mud

6   companies, they're -- you know, IMCO was a very common

7   brand name.  You know, you can add in Baroid -- I

8   mean, there's a long list.  These companies quite

9   often bought each other and combined, but IMCO I --

10  I've seen them innumerable times.  Their products

11  marked with literally I-M-C-O on the sacks.

12      Q    I think I also heard you say another name,

13  but I want to make sure I understand correctly.  Did I

14  hear you say Baroid?

15      A    Yes.

16      Q    Do you recall seeing Baroid as an additive

17  during that 1978 to 1987 time frame?

18           TELEPHONIC DEFENSE COUNSEL:   Objection.

19  Form.

20      A    I've seen the Baroid brand innumerable times

21  since joining in '78.

22      Q    (By Ms. Chester-Schindler) Mr. Eddy, how were

23  the additives that you just described added to the

24  drilling mud?  How is that actually accomplished?  How

25  were -- how were they put into the mud?

Exhibit 11
Page 119 of 179

Steve Eddy
April 1, 2021

Page 119

1          TELEPHONIC DEFENSE COUNSEL:  Objection.
2    Form.
3        A    The times I observed drilling mud being
4    prepared, it was usually people roughnecking the --
5    the sacks, cutting them open with box cutters, dumping
6    them into a hopper or a mud tank that had stirrers in
7    it.  I've seen it both ways there as part of a mud
8    system, and -- and literally having the dry powdered
9    mud poured into one of the delivery systems.
10       Q    (By Ms. Chester-Schindler) When the dry
11   powdered mud was poured in the manner you just
12   described, what was the work environment like?
13       A    The work environment is usually pretty
14   messy.  This stuff is in the air.  It's on the ground.
15   It's on you.  It's on your coveralls.  And I'm talking
16   if you're there offshore or on land, it -- it gets on
17   and in everything.  I remember the -- the smell of
18   barite there very distinctly.  I can smell that stuff
19   out.
20            And-- and it's tracked around.  It's tracked
21   into the -- the logging truck on land.  It was tracked
22   in the offshore unit because it -- it's very fine
23   and -- and it's everywhere when they're actually
24   mixing and it's around after mixing.  It's on a lot of
25   surfaces, and I just know from the condition of the

Exhibit 11
Page 120 of 179

Steve Eddy
April 1, 2021

Page 120

 1    shoes.  Every offshore unit usually had a welcome mat
 2    or something in it where you can wipe your feet
 3    because mud is everywhere; messy mud, dry mud.  I'm
 4    not going to say -- there's mud everywhere and it --
 5    and the -- the fact that the logging unit is far away
 6    from the drill floor that helps them, but this -- this
 7    actual substance gets into everything, okay.  You're
 8    always cleaning up something.
 9         Q    Based on your experience, Mr. Eddy, were
10    field engineers like yourself and David exposed to the
11    additives you've identified today?
12              TELEPHONIC DEFENSE COUNSEL:  Objection.
13    Form.
14         A    Yes.
15         Q    (By Ms. Chester-Schindler) You've described
16    tracking mud and mud additives into your unit during
17    the course of your work and said, you know, the mud got
18    everywhere.  Did you ever have occasion to actually go
19    and get samples of the drilling mud?
20         A    All the time.
21         Q    Can you explain that process for us?
22         A    Well, there -- there's my exposure was three
23    levels and first off just as a field engineer running
24    services.  But whenever you ran a Schlumberger
25    downhole services, you had to get a sample and you

Exhibit 11
Page 121 of 179

Steve Eddy
April 1, 2021

Page 121

1   attempted to get the mud mixture ratioed (sic) the way

2   the stuff is that's in the wellbore because we would

3   put this stuff in a mud press, and we had three

4   different things we measure.  We measure the

5   resistivity of the mud itself.  We put it in a

6   pneumatic press and create mud filtrate that is played

7   out some on a piece of filter paper, and then we

8   measure the resistivity of the mud cake is what we

9   call it which is kind of representing what's plated

10  out in the side of the borehole.

11          And then the -- the clearer liquid fluid

12  that is extruded from the mud, we measure its

13  resistivity.  And without going into log

14  interpretation too much detail, you want to know what

15  the mud filtrate resistivity is because that's how you

16  calculate the residual oil saturation.  That is if you

17  know what the filtrate is and you know what your log

18  is reading, the difference between those two could be

19  hydrocarbon.  Okay.  So if you know what the residual

20  oil saturation is, you can actually give the customer

21  an estimate as to how much oil or gas might actually

22  be in the formation that is uninvaded (sic) by mud

23  filtrate.  Okay.  And so you need that.  That --

24  that's every engineer had to know that that's --

25  there's actually blanks on every log header to put in

Exhibit 11
Page 122 of 179

Steve Eddy
April 1, 2021

Page 122

1    those three numbers.

2          Okay.  Now, as a NMTC, the nuclear magnetic

3    logging person, I was all over the mud pits for two

4    reasons.  I wanted to find out what was in the hole

5    already so we can dump our magnetite into it, and I

6    also wanted to know if they had any circulation

7    problems because the NMTC was a 5.9-inch outside

8    diameter tool and very common borehole sizes are like

9    9 5/8 and 8 1/2.  And what I had was the biggest

10   potential well plug and there are only two of them

11   worth millions of dollars, and I rake the crew over

12   the coals as to what's in the well, what tank are you

13   going to use, what's your mud weight, you know, et

14   cetera, et cetera.  And I'd be looking around, and I'd

15   be looking at all the mud bags and say what you got

16   here?

17          Now, once again, every one in the oil field

18   I ran into is very professional.  No one hit anything,

19   and people when they saw me set up that tool on the

20   catwalk, their eyes got really big and they sometimes

21   had reservations about running in the well.  I said,

22   well, if your well's under control and we got things

23   going here, this will be fine and I never lost a tool,

24   okay, so it -- it worked.  Customer was there but I

25   was making sure that I knew what was in that well.

Steve Eddy
April 1, 2021

Page 123

1          Okay.  That's how I ran into things like
2    Visquik on the -- if I saw a bag of Visquik, I'd say,
3    hey, what's this here for?  Doesn't mean I saw them
4    mix -- they say just in case or -- I said that's fine
5    but I just want to know, okay, because, otherwise, I
6    don't want to call Houston and tell them you lost one
7    of these tools because you're not going to be happy.
8    You're probably not going to be our customer anymore
9    when you have to pay for it.
10          Now, RFT it was just as important.  RFT tool
11   is a big old chunk of titanium that has the biggest
12   part of it is about 5 inches wide, but the other
13   dimension is 3 1/2 inches wide.  It can stick in the
14   well, too, but you wanted to know what was in the mud
15   because you're trying to get that fluid from the
16   formation.  And if there's loss circulation material
17   as I talked about earlier with the filters, for
18   example, you'd want to know what that is.  And by the
19   way, measuring the fluids for an RFT operation are
20   even more important because you get to compare the
21   actual fluid with what the mud filtrate is, and you
22   can do some really exacting calculations of telling
23   what is in a formation.  It's really cool.
24          But we had to know, hey, is there loss
25   circulation material in here because we might end up

Exhibit 11
Page 124 of 179

Steve Eddy
April 1, 2021

Page 124

1    having some bad runs, and we sometimes, you know, like
2    do you know that?  And most of our customer were
3    familiar with it.  Yeah, I understand you might have
4    to pull out a hole, clean it up, and go in again.  You
5    know, it's no big deal.  It takes time sometimes, but
6    we give people a heads up of what to expect because we
7    hate it if we saw, uh-oh, there's no flow and the
8    company man turns around and says, oh yeah, I forgot
9    to tell you, put Nut Plug in the well.  And we just
10   sort of go, well, thank you very much for that
11   information, sir, we appreciate your business.  And
12   then we proceed, okay.
13          But in specialty services, I was more in
14   tune to the world of mud than a lot of people because
15   it mattered even more for how it could potentially
16   effect the operation.
17       Q    (By Ms. Chester-Schindler) Mr. Eddy -- I'm
18   sorry --
19          TELEPHONIC DEFENSE COUNSEL:  Object.
20   Nonresponsiveness.
21       Q    (By Ms. Chester-Schindler) Mr. Eddy, when you
22   were describing the various ways that you recall being
23   exposed to these mud additives, you mentioned a couple
24   of times bags of mud.  In your experience, was there a
25   specific location aboard these drilling rigs where mud

Steve Eddy
April 1, 2021

Page 125

1  was always stored?

2          TELEPHONIC DEFENSE COUNSEL:  Object to the

3  form.

4      A    No.  I've seen it everywhere depending on

5  the configuration and the location of the mud tanks,

6  the hoppers as were talked about earlier and the

7  available space.  Now, that's offshore.  On land it

8  was a lot easier even on a board location in the

9  middle of the swamp, they could usually unload the

10  pallets and have them, you know, within, you know,

11  couple dozen feet of the mud tanks.  So there was no

12  big deal when you had a big footprint, but space was

13  always at a premium offshore, and -- and I -- I have

14  seen sacks of mud and pallets of mud jammed anywhere

15  else possible on a rig in an offshore environment.

16      Q    (By Ms. Chester-Schindler) Mr. Eddy, during

17  the course of your work for Schlumberger, again,

18  focusing on the 1978 to 1987 time frame, do you recall

19  being exposed to mud additives above deck?  In other

20  words, feeling them get on your skin and clothing?

21      A    Yes.

22          TELEPHONIC DEFENSE COUNSEL:  Objection.

23  Form.

24      Q    (By Ms. Chester-Schindler) Can you describe

25  those experiences for us?

Exhibit 11
Page 126 of 179

Steve Eddy
April 1, 2021

Page 126

1    A    Well, the wind -- the wind picks up.  You

2  know, the offshore really neat environment, but you're

3  out on the ocean for God sake, and you sometimes

4  wouldn't even be aware someone was cutting open mud

5  sacks and dumping them into a hopper, and there would

6  be a swirl of this dust come by.  I mean, it happened

7  and that's why by and large we wore coveralls, you

8  know.

9         We were sometimes criticized, well, that's

10  not very professional.  You should have a double --

11  double knit set of slacks and a collared shirt, and

12  some crews operated that way.  I wasn't.  I was always

13  in coveralls, but I was differentiated by my white

14  helmet whereas the guys had blue helmets okay, and so

15  they could always find the engineer.

16         The customer could always figure out who the

17  engineer was, but, yeah, it was not a pretty and clean

18  environment all the time.  It was not for the -- the

19  dirt insensitive.  We're very much more suited to the

20  environment than someone that was persnickety and

21  worrying about minor dirt.  We thought nothing of it.

22  We didn't suffer for it.  It was just part of the job.

23    Q    (By Ms. Chester-Schindler) Mr. Eddy, you

24  indicated that you and David have kept in touch a

25  little bit over the years since you left Schlumberger

Exhibit 11
Page 127 of 179

Steve Eddy
April 1, 2021

Page 127

1    and since he left Schlumberger.  How would you describe

2    David as a person?

3        **A    Excellent character.  All my encounters with**

4    **him have been professional and friendly.  I think he**

5    **was very customer service oriented.  He was very**

6    **business like.  He had a great sense of humor and got**

7    **along with him great.  He was a low maintenance**

8    **employee.**

9        Q    Mr. Eddy, this may seem like an obvious

10   question.  But when you were working as a field

11   services manager out of Belle Chasse, was there

12   paperwork associated with that job?

13       **A    Lots.  Yes.**

14       Q    Can you give us a rough overview of the

15   types of documents that -- you would generate as part

16   of sending a crew out to a given job?

17       **A    So there really be a sort of a call out**

18   **sheet.  It list all the services, the contact on the**

19   **rig, a bunch of things like that, of course, you know,**

20   **standard services.  We had to haul all the stuff down**

21   **the river road to Venice is usually where we went.**

22   **You had -- for instance, many of our standard tools**

23   **use radioactive sources.  You had to have everything**

24   **placard.  You had to have the paperwork for**

25   **transporting that stuff.  You had to make sure it was**

Exhibit 11
Page 128 of 179

Steve Eddy
April 1, 2021

Page 128

1    all chained down correctly.

2            You had just the -- if it was a Schlumberger

3    company that is or Schlumberger truck, you had to make

4    sure that crew had their logbooks and everything up

5    to -- up to date.  There -- there was the service

6    order by the time they come back.  You ended up with a

7    pretty good little stack of -- of paperwork and

8    bureaucracy to go through just to make sure all the

9    t's were crossed and the i's were dotted.

10       Q    Mr. Eddy, can you estimate for us the range

11   of time a well might be in operation and serviced in

12   some capacity by Schlumberger for the offshore wells?

13           TELEPHONIC DEFENSE COUNSEL:  Objection.

14   Form.

15       A    I could estimate but I don't know that

16   there's any accuracy to it.  You're talking about for

17   a specific well?

18       Q    (By Ms. Chester-Schindler) Just generally if

19   you -- if you feel comfortable doing so, are you able

20   to estimate, for instance, whether wells would be in

21   operation for more than one year and would be serviced

22   by Schlumberger for more than one year?

23       A    Well, if you're talking about a new

24   wellbore, you know, for instance, we typically would

25   go out three times on average for a new exploration

Steve Eddy
April 1, 2021

Page 129

1  well, a single well.  That's not saying it's in

2  production.  Now if it ever became a production well

3  to me, you know, from my experience, depending on the

4  field, the depth, or horizon, there's wells that last,

5  you know, a year or less to ones that have been

6  pumping for 20 years, you know, or providing for 20

7  years, you know.

8         So to me it's just about everything.  It

9  depends very much on the horizon, the formation, and

10  the field, and there's all kinds of different ones in

11  offshore, you know.  Any way, I can give you a lot of

12  for instances, but I don't think it would be relevant

13  to this.

14     Q    I appreciate it.  That answers my question.

15  And where I'm heading with this, Mr. Eddy, is I'm

16  trying to get an understanding of whether it would be

17  your expect foundation based on your experience that

18  Schlumberger would have documentation for those wells

19  that were in production that it did still do some type

20  of service for, in other words, for instance,

21  contracts, things of that nature?

22         TELEPHONIC DEFENSE COUNSEL:  Objection form.

23     A    Assuming a well was in production, it -- can

24  I -- can I do that?

25     Q    (By Ms. Chester-Schindler) Sure.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 130 of 179

Steve Eddy
April 1, 2021

Page 130

1      A    To me the service orders at the case coal

2  district might contain such information.  Open hole

3  wouldn't have a clue because if we have no more, you

4  know -- and that's what's neat about offshore.

5  There -- there could be wells that are plugged for

6  future production and were in an exploration rig, that

7  might drill, you know, a dozen wells in exploration.

8  We be out there continuously for some times months and

9  maybe some times years whereas the production platform

10  might be a -- a longer term thing for a case hole

11  district so I can't speak to that.  If you're asking

12  about the records exist --

13      Q    That's what I'm asking.

14      A    Yeah, I -- I believe that records would

15  exist as to which wells were being serviced that

16  turned out to be commercially viable in subsequent

17  years.

18      Q    Thank you, sir.  My final question for you

19  is this I wanted to pin it back briefly to David and

20  your work as a repeat formation tester.  If I

21  understood some of the discussion today, there was a

22  limited number of engineers that were repeat RFT

23  specialists; is that right?

24      A    Yes.

25      Q    Would it be fair to say that because there

**Paszkiewicz Court Reporting**
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 131 of 179

Steve Eddy
April 1, 2021

Page 131

1  were a limited number of RFT specialists, that these

2  specialists would occasionally go out to certain jobs

3  multiple times?

4      **A    Yes.**

5      Q    Thank you, Mr. Eddy.  I really appreciate

6  you taking the time to speak with us today.  Right now

7  I don't have any further questions.  I might have a

8  few follow up depending upon what everyone else has to

9  say.  Thank you.

10                    [EXAMINATION]

11      QUESTIONS BY MR. MOIR:

12      Q    Mr. Eddy, it's Peter Moir.  I've got a few

13  follow ups on that.

14              THE WITNESS:  Are you recording me okay?

15              VIDEOGRAPHER:  Yeah.

16              TELEPHONIC DEFENSE COUNSEL:  I think he

17  would have told me if he wasn't.

18              THE WITNESS:  I hate that.  Oh, we get to do

19  it all over.

20              TELEPHONIC DEFENSE COUNSEL:  We'd have to

21  fire him.

22      Q    (By Mr. Moir) I have just got a couple follow

23  ups, Mr. Eddy.  You don't know what Schlumberger's

24  record retention policy is, is that fair, in terms of

25  their current record retention policy?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 132 of 179

Steve Eddy
April 1, 2021

Page 132

1    A    No.

2    Q    You were -- you were just asked about RFTs

3    and whatnot.  As you testified earlier, RFT like David

4    were not rig assigned, is that?

5    A    Correct.

6         MS. CHESTER-SCHINDLER:  Objection.  Form.

7    Q    (By Mr. Moir) And I'm kind of going a little

8    backwards, I guess.  You were talking about loss of

9    circulation and that sometimes wells would get out of

10   control.  Do -- do you recall testifying to that?

11   A    Yes.

12   Q    And you said, you know, a lot of -- there

13   are a lot of wells that went out of control, and I

14   heard you say particularly on land.  Was that your

15   experience that there were a lot of times particularly

16   on land where there were issues relating to loss of

17   control that you recall?

18        MS. CHESTER-SCHINDLER:  Objection.  Form.

19   A    I will say that I encountered it more

20   frequently on land because there were more land wells

21   that I serviced.

22   Q    (By Mr. Moir) Okay.

23   A    I do not know if there's a percentage

24   overall of when do you have a bad time versus when

25   everything normal, but you tend to only remember the

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 133 of 179

Steve Eddy
April 1, 2021

Page 133

1    bad times.

2         Q    Okay.  You talked about becoming a relief

3    engineer for specialty services.  At some point after

4    you were -- had moved to Belle Chasse, right?

5         A    Correct.

6         Q    And was this at about the same time that you

7    became the field services manager for specialty

8    services that they kind of tack this on as well, that

9    you're going to -- you know, Steve, your -- your --

10   you already wear one hat which a regular field

11   services manager.  Now you're going to wear another

12   hat which is specialty services field service manager,

13   and now we're going to give you a third hat, relief

14   engineer.  That's kind of how it happened, wasn't it?

15        A    There is no justice in the world, but, yes,

16   that is what happened.  I did know how to run a RFT.

17   They knew I was a specialist from NMT nuclear magnetic

18   logging.  There was sort of a logical fit there, and

19   also they were trying to create some focus on the

20   specialty services which -- which in some areas of the

21   oil patch gets short shrift as -- as it were.

22        Q    Do you remember when it was that you

23   became -- that you got that third hat stacked on the

24   relief engineer?

25        A    I -- I -- I can't say.  You know, to my

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 134 of 179

Steve Eddy
April 1, 2021

Page 134

1    memory it -- it had to be, you know, at least a year
2    after I showed up but I don't know that.  Somewhere
3    between six months and a year.
4        Q    Some time in -- I'm sorry, I didn't mean to
5    cut you off.  Some time in 1986?
6            MS. CHESTER-SCHINDLER:  Objection.  Form.
7        A    Perhaps, yes.
8        Q    (By Mr. Moir) Okay.  And in terms of, you
9    know, we talked about field services -- field service
10   manager.  How many times did you go offshore to a rig
11   not as relief engineer, but as a field service manager
12   to talk to the customer or to deal with any issue that
13   might be out there, in other words, where that's the
14   role that you had when you went out there?
15           MS. CHESTER-SCHINDLER:  Objection.  Form.
16   Asked and answered.
17       A    Previously I believe I said that, you know,
18   between 12 and 24 times I went out.  I think a small,
19   you know, to my -- to my recollection maybe 25 percent
20   of my trips offshore were just as field service
21   manager checking out what was going on auditing what
22   the process was that we were doing but not as a
23   specialist engineer running a service.  So I say
24   roughly 25 percent of the time I was probably doing
25   that offshore.  The other 75 percent I was running a

Exhibit 11
Page 135 of 179

Steve Eddy
April 1, 2021

Page 135

1    service directly.

2         Q    (By Mr. Moir) And -- and between the two, you

3    recall going offshore between a dozen to two dozen

4    times?

5              MS. CHESTER-SCHINDLER:   Objection.   Form.

6         A    That's correct --

7         Q    (By Mr. Moir) Okay.

8         A    -- you know, over those three years.

9         Q    Okay. And do you recall how many different

10   rigs?  Was it a dozen to two dozen different rigs?

11   Was it -- you know, how many different rigs do you

12   recall going offshore during that three-year period?

13        A    And I believe in round numbers and a number

14   of different rigs would be the total times I went out.

15   I did not repeat --

16        Q    Okay.

17        A    -- at -- at a rig, so I think I honestly

18   were -- somewhere between 12 and 24 different

19   operations, locations, blocks --

20        Q    Okay.

21        A    -- as it were offshore.

22        Q    Okay.  And you talked about Visquik, and you

23   say I recall seeing it offshore at least once, and you

24   said -- I believe you said you -- you're not sure if

25   it was either when you were running the RFT or when

Exhibit 11
Page 136 of 179

Steve Eddy
April 1, 2021

Page 136

1   you were running the NMTC's, is that right, testing

2   the -- the NMTC?

3               MS. CHESTER-SCHINDLER:  Objection.  Form.

4        A    It could have been one in either of those

5   cases.  It would not have surprised me if it hadn't

6   happened when I was out there as field service

7   manager.

8        Q    (By Mr. Moir) Okay.

9        A    Because I'd wander around the rig.  I'd look

10  at the layout.  I doublechecked on my crew that's out

11  there.  Hey, you know, what -- what mud tank did you

12  take the sample from --

13       Q    Right.

14       A    -- you know.  I try to make sure they were

15  doing procedure correctly on the actual measurements,

16  and never -- never caught them in an issue but just to

17  let them know, hey, it mattered.

18       Q    And -- and the time frame that you ran the

19  NMTC which may have been the time you remember seeing

20  the Visquik, that was in the period of 1983 primarily,

21  but occasionally being called from Houston to go run

22  to this well in that period '83 to 85; is that

23  correct?

24              MS. CHESTER-SCHINDLER:   Objection.  Form.

25       A    I'll even say that, no, it went even logger.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 137 of 179

Steve Eddy
April 1, 2021

Page 137

1    '83 through '87 because I believe I made at least one

2    or two jobs after I had gone back as the -- the head

3    of the customer acceptance testing.  Things we were in

4    transition to a new nuclear magnetic tool that, thank

5    God, didn't need magnetite, and so you didn't need as

6    much of a specialist who is hovering around the mud

7    tanks, okay.

8         Q    (By Mr. Moir) So it was somewhere in that '83

9    to '8- -- '87 time frame you saw it, you can't say

10   when?

11        A    I -- I don't believe I saw it in any way

12   possible past '87, no.

13        Q    Okay.  And then the last question I've got

14   for you, I think, is you keep talking about the

15   customer.  The customer is the company that hires

16   Schlumberger, they hire the casing contractor, they

17   hire the drilling contractor.  They're the -- the

18   customer that is paying everybody to help them drill

19   this hole; is that right?

20        A    From our position at the district, it's

21   whoever signs the service order.  It could be a

22   turnkey operator.  It could be someone with the, you

23   know, Chevron or Shell on their helmet.  I've seen

24   every -- every possible turn depending on how the

25   contract and the partners are in -- in because I've

Exhibit 11
Page 138 of 179

Steve Eddy
April 1, 2021

Page 138

1   seen so many different times where people had partial

2   shares.  And -- and when I talk about the customer,

3   I'm usually talking about, in some ways, the company

4   man.  Like, who is my engineer?  Who do I interact

5   with when something's going?  I don't care if the

6   president of an oil company is dialing in because we

7   had Zoom and beyond at a couple of headquarters where

8   people are watching what was going on in the well and

9   I didn't care.  It was the company man because he's

10  the one that gives us that sort of, hey, you're doing

11  okay, or, hey, you know, I'm disappointed.

12      Q    But the customer, Schlumberger's customer

13  running wireline services, it's not the drilling

14  contractor.  It's the company that wants the hole

15  drilled.

16      A    Usually.

17          MS. CHESTER-SCHINDLER:  Objection.  Form.

18      A    I just say that because I've seen drilling

19  companies do a lot more.  With regard to what the

20  costs are and whatnot, you know, on occasion.

21  Weird -- weird arrangements that made no sense to me

22  but my -- mind not to question why.

23      Q    (By Mr. Moir) Last two questions.  The only

24  offshore wireline work that you did was as a relief

25  engineer running a specialty tool; is that correct?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 139 of 179

Steve Eddy
April 1, 2021

Page 139

1      A     When I was at Belle Chasse, that's true.
2  But I went offshore multiple times when running the
3  prototype nuclear magnetic testing tools including
4  before my offshore hitch as field service manager
5  and -- and slightly after that I was still running
6  that equipment on occasion for oddball reasons.
7      Q     But that -- that the NMT, that's the NMT
8  you're talking about, right?
9      A     That's right.
10     Q     And that's considered a specialty tool,
11 isn't it?
12     A     That's correct.
13     Q     So, in order words, you never worked
14 offshore as a regular open hole wireline engineer?
15     A     No.
16     Q     Okay.  Am I right?
17     A     I -- I think you are correct.  There's some
18 oddball circumstances where a customer called out a
19 land crew because they're cheaper, and we get out to
20 the rig and say what is going on here.  And there was
21 a lot of bad language and things back with people at
22 higher pay grades than me usually talking in New
23 Orleans or Houston.
24     Q     In other words, that's not something you
25 did -- okay.

Exhibit 11
Page 140 of 179

Steve Eddy
April 1, 2021

Page 140

1      A     Bizarre --

2      Q     Yeah.

3      A     -- is what that would be.

4      Q     Thank you.  That's all I have.

5                      [EXAMINATION]

6      QUESTIONS BY MR. COSCULLUELA:

7      Q     Mr. Eddy, Alex Cosculluela again.  I've got

8      just a couple of questions for you.  I know that

9      Schlumberger is today a technology company that

10     originated in the oil field.  Is that the way you

11     characterized it?

12     A     Yes.

13     Q     Did Schlumberger ever operate drilling mud

14     service company?

15     A     I don't know if they're a service company

16     but that Dowell Schlumberger, the chemical side of

17     things, was heavily into drilling fluids.

18     Q     Okay.  Dowell -- my -- my recollection was

19     that Dowell was a cementing -- cementing contractor?

20     A     Not always.  There was some mud things that

21     were done up in Oklahoma.  Really -- really bunch of

22     different stuff that was done.

23     Q     Okay.

24     A     But I think that we got into every bit of

25     it.  But once we got into the offshore rigs, Sedco 4X,

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 141 of 179

Steve Eddy
April 1, 2021

Page 141

1    there -- there were a lot of relations and JVs and

2    whatnot that I -- I couldn't relate coherent relay to

3    you.

4         Q    (By Mr. Cosculluela) Okay.  Apart from

5    Dowell -- apart from Dowell, whatever its business was,

6    Schlumberger never had a presence in the drilling mud

7    service industry like a Baroid or a Magcobar, or --

8         A    Not -- not like that.

9         Q    Okay.

10        A    Okay.

11        Q    Those were the companies that supplied the

12   bulk of the products used offshore?

13        A    To the best of my knowledge, but then,

14   again, I won't say I'm an expert even though I've

15   been -- been there a long time.

16        Q    Okay.  And that's a good point.  You -- you

17   never worked for a drilling mud service company?

18        A    No, sir.

19        Q    You wouldn't call yourself a drilling mud

20   engineer?

21        A    Absolutely not.

22        Q    Okay.  Now, that said, you've got a pair of

23   eyes, you got a pair of ears, and you spent plenty of

24   time in -- in the oil field, right?

25        A    All I have is experience.  No -- no formal

Exhibit 11
Page 142 of 179

Steve Eddy
April 1, 2021

Page 142

1  education.  I only know what I saw.

2      Q    Okay.

3      A    And -- and what I did.

4      Q    What you remember -- what you remember in

5  terms of -- of what's called loss circulation material

6  or LCM is -- I heard you talk about walnut shells,

7  right?

8      A    Really husks.

9      Q    Walnut husks?

10     A    Yeah.  You know, how a walnut -- see, I

11  didn't know a lot of these things.  I thought walnuts

12  were those things you opened at Thanksgiving.  No,

13  that's not how they are.  They look like baseballs --

14     Q    Okay.

15     A    -- with a bunch of sponge wrapped around

16  them.

17     Q    And do they come in -- the -- the product

18  itself for use as an LCM or loss circulation material

19  comes in a fine grade, a medium grade, and a coarse

20  grade.

21     A    It's ground up and mixed with other stuff

22  and be unidentifiable if not for the brand name or

23  what it says on the bag.

24     Q    All right.  Pecan hulls, were those also

25  used?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 143 of 179

Steve Eddy
April 1, 2021

Page 143

1     A     I ran into a couple of brands that
2  supposedly used some of that, and those are really
3  thin and stupid.  I don't know.  But I also ran into
4  pecans and other ways with NMTC, manganese, EDTA,
5  pecan tree fertilizer.  There's -- there's a lot of
6  weird things that come out of the organics business
7  that sometimes are used in weird ways, and I have no
8  idea how long that was or if that was prevalent, you
9  know.  I just ran into it on occasion.
10     Q     All right.  How about cotton seed hulls?
11  You remember cottonseed hulls as an LCM?
12     A     I do not remember that, but it makes perfect
13  sense given that I was told about socks and underwear
14  at one time in my life.
15     Q     Right.  How about Mica?
16     A     Yeah.  I've heard of that because of
17  plating.  That was actually used quite often in order
18  to ensure a really smooth borehole.
19     Q     Right.
20     A     Because not only would it help with loss
21  circulation, it was really nice to smooth out a
22  borehole.
23     Q     Okay.  And -- and in your recollections, do
24  you remember seeing the Mica come in a fine grade, a
25  medium grade, and a coarse grade?

Exhibit 11
Page 144 of 179

Steve Eddy
April 1, 2021

Page 144

1    A    I -- I can't say I specifically I remember

2  that but I -- I believe you completely.  It only makes

3  sense if they bought it.

4    Q    Sure.  Do you remember -- Do you remember

5  coming across a loss circulation material that was

6  like cellophane -- cellophane strips the size of a --

7  a nickel, a penny, a dime, or even bigger?

8    A    I don't remember seeing that.

9    Q    Okay.

10    A    I just take your word for it.  I don't know

11  that if I have personal experience --

12    Q    Okay.

13    A    -- you know, and that -- that's all I can

14  say on that.

15    Q    Now, you mentioned a couple of products by

16  brand name.  You mentioned Nut Plug.

17    A    Yeah.

18    Q    Okay.  And that was a product that was sold

19  by dicks.  In fact, it was called Dix Mud Plug.  Do

20  you remember that?

21    A    I don't remember the Dix.

22    Q    Okay.

23    A    But I just remember Nut Plug being thrown

24  around, you know, bring those sacks of Nut Plug over

25  here, or don't trip over that, and don't use that

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 145 of 179

Steve Eddy
April 1, 2021

Page 145

1    unless we tell you, that kind of thing.

2        Q    How about the -- how about the loss

3    circulation material, but I think you also mentioned

4    Kwik Seal.  Do you remember that one?

5        A    I cannot -- I will not swear I remember

6    that.  I --

7        Q    Okay.

8        A    -- probably have seen that, but I have no

9    recollection of that.

10       Q    Okay.

11       A    Because, once again, the pneumonic in my

12   head that allowed me to even remember Visquik was a

13   very specific word pneumonic that I tied to some

14   personal experience.  That's the only reason I

15   remember that I believe.

16       Q    Right.  You don't remember any of the other

17   asbestos drilling mud additives if there were any on

18   the market from your time in the --

19       A    No, you know.  If I went online and looked

20   up a bunch of them, it would be disingenuous because I

21   would not have remembered any of those or anything,

22   you know, so -- so I have no history on all the

23   different products that might have had asbestos in

24   them.

25       Q    Okay.  Sir, thank you very much for your

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 146 of 179

Steve Eddy
April 1, 2021

Page 146

1    time.  Nothing further.

2              MR. COSCULLUELA:  Anybody else?

3                   [EXAMINATION]

4         QUESTIONS BY MR. FOUNDAS:

5         Q    Yeah, this is Ernest Foundas.  I have just a

6    few follow ups.

7              Hello, Mr. Eddy.  Can you hear me?

8         **A    Yes.**

9         Q    Okay.  So in response to some questions from

10   plaintiff's counsel, you mentioned that you recalled

11   certain bags with the words IMCO or Baroid on the

12   labels, right?

13        **A    Correct.**

14        Q    Now, you'd agree with me that IMCO and

15   Baroid are mud supply companies, right?

16        **A    Correct.**

17        Q    Okay.  And each of those mud supply

18   companies would supply a full range of mud supply

19   materials to oil rigs.

20             MS. CHESTER-SCHINDLER:  Objection.  Form.

21        **A    I presume that because I've seen them so**

22   **often.**

23        Q    (By Mr. Foundas) Yes.  So if you saw the word

24   IMCO or Baroid on a bag, that would identify the

25   supplier of the material, but there would be a whole

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 147 of 179

Steve Eddy
April 1, 2021

Page 147

1   range of materials that could be in those bags, right?

2           MS. CHESTER-SCHINDLER:  Objection.  Form.

3       **A    I would say yes.**

4       Q    (By Mr. Foundas) Right.  Okay.  So in other

5   words, the word Baroid on a bag it could be part of the

6   mud -- the drilling mud components, or it could be an

7   additive, could be any of those different products?

8           MS. CHESTER-SCHINDLER:  Objection.  Form.

9       **A    Yes.**

10      Q    (By Mr. Foundas) Okay.  Those are all the

11  questions I have.  Thank you.

12          MR. COSCULLUELA:  Going.  Going.  Gone.

13                  [EXAMINATION]

14  QUESTIONS BY MR. LEITZELAR:

15      Q    This is Lou Leitzelar.  I only have a couple

16  questions for you, Mr. Eddy.  Can you hear me?

17      **A    Yes.**

18      Q    All right.  So listening to the questioning

19  of all the different counsel today, I just want to

20  make sure that with respect to my client, the

21  following understanding is correct.  Is it fair to

22  state that you don't recall working with Mr. Hsieh or

23  Mr. -- or David at any ExxonMobil rig or work site?

24          MS. CHESTER-SCHINDLER:  Objection.  Form.

25      **A    I cannot remember specifically, you know,**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 148 of 179

Steve Eddy
April 1, 2021

Page 148

1    him working there.  I do recall us servicing those

2    companies in combination.

3         Q    (By Mr. Leitzelar) Do you recall any specific

4    rig that was an Exxon, either one of those companies?

5         A    No.

6         Q    Do -- is it also fair to state you don't

7    recall working offshore in the vicinity of Mr. Hsieh

8    after 1987?

9         A    Correct.

10        Q    Thank you.  That's all I've got.

11             MS. CHESTER-SCHINDLER:  I think now you can

12   do your going, going gone, Alex, if you like to try

13   again.

14             MR. COSCULLUELA:  The moment's lost, Suzi.

15   You know it.  I know it.  And the other people know

16   it.  It's over.

17             MS. CHESTER-SCHINDLER:  Thank you, Mr. Eddy.

18             TELEPHONIC DEFENSE COUNSEL:  Thank you, Mr.

19   Eddy.

20             VIDEOGRAPHER:  We're off the record at 1:08.

21                  (Whereupon signature was reserved, and

22                   the deponent was excused.)

23

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 149 of 179

Steve Eddy
April 1, 2021

Page 149

1        COMES NOW THE WITNESS, STEVE EDDY, and
having read the foregoing transcript of the deposition
2 taken on the 1st day of APRIL, 2021, acknowledges by
signature hereto that it is a true and accurate
3 transcript of the testimony given on the date
hereinabove mentioned.

4

5        _____
         [STEVE EDDY]
6

7        Subscribed to before me this _____ day
of _____, 2021.
8

9

10       _____
         [Notary Public]
11

12

13 My commission expires:  _____.

14

15

16

17 (STEVE EDDY VIDEO CONFERENCE AND TELEPHONIC VIDEOTAPED
DEPOSITION)
18 DAVID HSIEH vs. APACHE DEEPWATERS, LLC, ET AL.
Reporter:  Angela M. Taylor, RPR, MO-CCR, IL-CSR
19 Date Taken:  APRIL 1, 2020.

20

21

22

23

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 150 of 179

Steve Eddy
April 1, 2021

Page 150

1          REPORTER CERTIFICATE

2

3

4

5          I, Angela M. Taylor, RPR, MO-CCR, IL-CSR, do
hereby certify that there came before me at video
conferencing and telephonically remotely,

6

7                    STEVE EDDY,

8   who was by me first duly sworn; that the witness was
carefully examined, that said examination was reported
9   by myself, translated and proofread using
computer-aided transcription, and the above transcript
10  of proceedings is a true and accurate transcript of my
notes as taken at the time of the examination of this
11  witness.

12          I further certify that I am neither attorney
nor counsel for nor related nor employed by any of the
13  parties to the action in which this examination is
taken; further, that I am not a relative or employee
14  of any attorney or counsel employed by the parties
hereto or financially interested in this action.

15
            Dated this 13th day of APRIL, 2021.
16

17

18  _____    _____
            ANGELA M. TAYLOR, RPR, MO-CCR, IL-CSR
19

20

21

22

23

24

25

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

Exhibit 11
Page 151 of 179

Steve Eddy
April 1, 2021

**A**

**a.m** 11:14 15:6,9 79:17,20 98:23

**able** 55:3,3,19 55:20 56:12 59:17 60:5,9 66:6 67:8 70:3 102:14 128:19

**aboard** 124:25

**absolutely** 80:24 141:21

**ACCARDO** 7:12

**acceptance** 23:8 95:16 96:3 137:3

**accommodate** 65:14 107:10 108:5

**accomplished** 118:24

**account** 77:12

**accuracy** 128:16

**accurate** 89:15 93:8 149:2 150:10

**Ace** 89:16,19

**acknowledges** 149:2

**acquisition** 58:16 91:24 96:13

**action** 1:16 4:15 85:21 86:14 150:13,14

**actions** 81:25

**active** 22:5 107:1

**activity** 98:16

**actual** 44:9 74:11 95:24 110:16 120:7 123:21 136:15

**ADAMS** 5:9,13

**add** 118:7

**added** 118:23

**addition** 20:22

**additional** 53:22 53:23

**additionally** 25:17

**additive** 21:25 118:16 147:7

**additives** 33:13 39:12 116:24 116:25 118:23 120:11,16 124:23 125:19 145:17

**address** 45:19 52:12

**adhered** 45:2

**adheres** 111:3

**administered** 8:15 12:4

**admittedly** 92:2 93:21

**advance** 28:20 30:9 31:11 34:2 100:25 104:11

**advise** 34:16

**aec@arlaw.com** 5:15

**afflictions** 93:3 94:7

**afford** 29:25

**afternoon** 4:21

**age** 8:13 12:2 47:14

**ago** 18:18 22:9 86:23 114:15

**agree** 58:5 64:23 80:5 81:10,14 146:14

**agreed** 8:1 36:10

**agreement** 8:8 9:18

**ahead** 11:6 15:11 31:20,24

**36:24 38:18** 46:13 68:15 81:22 104:16 104:24 110:17

**air** 58:7,12,13,24 58:25 59:5 63:25 66:24 98:24 99:10 119:14

**al** 1:7,18 4:7,17 11:15 149:18

**alerts** 46:3

**Alex** 5:13 46:24 47:8,22 72:19 140:7 148:12

**align** 106:3

**alive** 99:12

**allow** 25:6 112:22

**allowed** 145:12

**amateur** 93:21

**amateur's** 93:15

**America** 6:20,20 7:6,6

**Anadrill** 96:13

**analyst** 87:13

**And--** 119:20

**and/or** 85:15

**ANDERSON** 6:22

**Angela** 2:1 4:22 8:4 11:20 149:18 150:4 150:18

**answer** 61:22 109:14

**answered** 82:20 134:16

**answers** 129:14

**Anybody** 146:2

**anymore** 99:15 123:8

**Apache** 1:7,17 4:7,16 6:11 11:15 149:18

**apart** 111:14 141:4,5

**apartment** 116:1

**apologize** 14:11 47:5

**appear** 9:23 10:1 70:16

**Appearances** 6:1 7:1 11:22

**appearing** 5:3,7 5:12,16,21 6:2 6:6,11,15,20 7:2,6,11,15 9:20

**appears** 59:20 70:12

**appraisal** 103:21

**appreciate** 46:21 69:17,22 79:13 84:21 87:10 97:4 124:11 129:14 131:5

**approximate** 94:17 95:4,7

**approximately** 11:10,14 18:18 20:21 27:8 87:20 99:24

**approximating** 49:22

**April** 1:22 4:20 11:9 149:2,19 150:15

**area** 15:19 55:8 57:20 65:13 66:3,13 80:22 96:20

**areas** 133:20

**arrange** 106:14

**arrangement** 71:6 77:9,10

**arrangements**

**138:21**

**arranging** 105:21,23

**arrived** 24:12 52:5

**arriving** 113:3

**art** 77:10

**asbestos** 39:12 39:17 40:5 41:2 42:21 80:10,15 81:1 81:12 85:22 94:2,8,13 114:8,22 115:18 145:17 145:23

**asbestos-conta...** 40:17 86:10,15

**ascribed** 94:2

**aside** 117:8

**asked** 11:12 21:16 41:1 86:20 98:20 132:2 134:16

**asking** 56:19 130:11,13

**assembled** 23:15

**assets** 103:19

**assign** 28:15,17 30:5 106:6 107:6

**assigned** 22:10 25:25 28:25 29:11,13,17 30:8 31:9,14 31:17 49:11 50:17 95:23 103:16 106:10 132:4

**assignment** 20:21 94:23

**assisted** 77:14

**associated** 80:10 93:16 127:12

**assume** 63:7

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 152 of 179

Steve Eddy
April 1, 2021

Page 152

**assuming** 60:22
60:25 129:23
**attached** 3:12
**attempt** 107:3
116:9
**attempted** 121:1
**attention** 45:11
51:2 94:4
**attorney** 150:12
150:14
**atypical** 68:11
71:6 74:15
76:5
**audio** 11:11
12:13 14:25
**auditing** 134:21
**auxiliary** 58:18
**available** 29:23
52:25 79:4
102:5 105:7
125:7
**Avenue** 5:19 6:4
6:9,23
**average** 128:25
**avoid** 34:8 62:14
71:11,22 81:25
**aware** 35:2
39:15 45:17
46:2,6 85:11
93:1 126:4

**B**

**B** 46:16,18
104:22,23,24
105:5
**B's** 105:1
**back** 10:15 15:8
15:20 33:25
38:5 50:4,12
55:11 83:18
92:21 96:2
98:9,10 100:19
103:7,9,9
109:3 112:5,11
112:17 116:16

128:6 130:19
137:2 139:21
**backwards** 51:5
132:8
**bad** 36:4,9 62:14
111:14 124:1
132:24 133:1
139:21
**bag** 41:13 83:5
83:15 84:6,6
84:10 99:3
123:2 142:23
146:24 147:5
**bags** 40:23 41:5
78:13,21 82:20
82:24 83:9,12
83:17,20,22
84:2,13,15,16
122:15 124:24
146:11 147:1
**Baker** 5:18 6:6,7
**balance** 36:1
**ball** 37:5
**bar** 94:21
**barge** 20:17
**barges** 20:11,11
97:24,24
**barite** 119:18
**Baroid** 118:7,14
118:16,20
141:7 146:11
146:15,24
147:5
**barrel** 109:16
**barrels** 22:5
**base** 20:23
**baseballs** 142:13
**based** 23:17 29:8
30:3 49:3
93:10 111:18
117:13 120:9
129:17
**basic** 78:7 100:5
101:5
**basically** 22:2

23:7 25:3 26:4
32:19 35:10
58:9,17 95:1
95:17 96:2
99:5 100:9,13
101:5 106:9
107:24 115:5
**basis** 9:9,10,14
17:25 94:9
**basket** 99:1
**Baton** 1:1 4:1
5:24 6:14,19
**bearing** 10:3
**BEARMAN**
5:18
**beat** 98:7
**becoming** 133:2
**beginning** 79:19
**behalf** 1:21 4:20
11:1
**behavior** 87:13
**Belated** 67:21
**believe** 13:24
27:11,14 41:7
49:12 57:1,2
58:4 60:16,18
64:19 75:1
76:12 77:3
80:12,17,17
81:23 85:20
86:13 87:24
93:3 99:14
108:19 117:12
130:14 134:17
135:13,24
137:1,11 144:2
145:15
**Belle** 13:17,23
13:23 14:5,14
14:16 16:2,16
16:18,25 17:11
17:12,14,16,21
22:11,22 23:25
24:13 31:16
41:20 50:18,21

51:20 52:5
85:15 89:17
90:7 91:5 92:7
92:9 94:23
95:20,21 96:1
97:9,9 103:7
103:10 127:11
133:4 139:1
**beneath** 76:19
**BERKOWITZ**
5:18
**best** 27:19 49:19
52:3 97:1
141:13
**better** 72:21
84:1 109:3
116:10
**beyond** 138:7
**BIENVENU**
5:23
**big** 53:17,19
63:10 75:25
77:23 111:25
112:7 122:20
123:11 124:5
125:12,12
**bigger** 37:1
144:7
**biggest** 47:18
63:10 88:4
107:21 122:9
123:11
**Billy** 107:22
**Billy's** 107:23
**birth** 15:15
**Bisquick** 116:3,8
**BISSELL** 7:17
**bit** 30:21 34:23
39:8 43:6
47:23 48:7
51:5 56:18
58:19 62:18
64:13 69:4
75:4 86:23
87:23 104:14

110:6,16,23
111:1 112:4
126:25 140:24
**bitty** 98:25
**Bizarre** 140:1
**blackness** 99:10
**blanks** 121:25
**blessed** 47:20
**blind** 61:7
**block** 65:23,24
83:5
**blocks** 135:19
**blowout** 35:22
53:25
**blue** 58:6 60:20
61:14,15,19
62:1 64:6,15
66:20 126:14
**Bluebonnet** 5:24
**Blvd** 5:24 6:13
**board** 63:22
125:8
**boat** 30:14 98:22
99:1,7,20
105:22
**boats** 99:18,18
**BOCKIUS** 7:3
**BONNECAZE**
5:23
**bonus** 100:24
**borehole** 111:11
112:25 114:2
115:11 121:10
122:8 143:18
143:22
**bores** 88:9
**bothered** 91:21
**bottom** 58:9
110:17 112:3
**bought** 118:9
144:3
**box** 58:14 73:22
105:3 119:5
**boxes** 75:23 76:3
**BP** 6:20,20,21

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 153 of 179

Steve Eddy
April 1, 2021

Page 153

7:6,6,7
**BRADLEY** 6:22
**brain** 115:24
**branched** 88:9
**brand** 42:20,21
115:23 118:7
118:20 142:22
144:16
**brands** 143:1
**break** 15:4,7
79:15,18
100:17 102:10
113:14
**Bridger** 7:17
9:18,25
**briefly** 32:10
86:1 130:19
**bring** 34:21
38:25 39:3
144:24
**brings** 110:19
**broke** 102:6
**broken** 57:22
**buckets** 22:4
**budgeting**
103:20
**budgets** 103:18
**built** 59:7,8
88:13
**bulk** 77:24,25
141:12
**bullets** 37:15
**bunch** 35:9
58:18 90:10
97:20 105:23
116:1 127:19
140:21 142:15
145:20
**bureaucracy**
128:8
**bush** 66:1
**business** 18:6
47:17 49:6
88:3 124:11
127:6 141:5

143:6
**bust** 51:11
**butchering** 13:3

—————
**C**
**C** 5:1 46:16,18
105:7
**caboodle** 104:21
**cake** 121:8
**calculate** 38:8
121:16
**calculations**
123:22
**CALDWELL**
5:18
**calibrate** 105:2
**call** 29:23 36:12
45:5 52:14,16
61:12 65:9
71:12 74:15
77:3 92:23
102:10 103:4
107:22 108:8
121:9 123:6
127:17 141:19
**called** 11:3
14:20 15:25
17:3 21:11
22:3 23:9
30:10,20 34:24
40:24 52:18
70:16 82:7
88:18 89:19
92:3 93:2
136:21 139:18
142:5 144:19
**calling** 62:19
74:4
**calls** 104:24
**camera** 47:4
72:13
**Canada** 20:25
49:21 92:2
**cancer** 93:2,11
**cancers** 19:1

**cantilever** 60:2
**cantilevered**
61:8 74:12,22
**capable** 97:25
**capacity** 27:7
128:12
**captured** 112:5
**Carbide** 7:11
**care** 47:6 59:9
59:11 138:5,9
**career** 40:10,22
82:15 92:12
93:18 97:5
**carefully** 69:25
150:8
**case** 4:6 9:20,20
9:21,24 10:1,8
10:8,10 11:3,5
11:14 35:22
65:19 74:12
115:4 123:4
130:1,10
**cased** 88:24
89:22
**cases** 10:14 36:1
136:5
**casing** 88:22
89:1,12 115:5
115:9 137:16
**CAT** 95:15
103:4,6
**catwalk** 53:1
56:16 57:21
60:18,19 67:14
70:7 73:6
122:20
**caught** 136:16
**cause** 33:16
34:10 35:25
93:11
**caused** 77:16
**causing** 53:14
112:23
**caving** 111:11
**CCR** 2:2

**cellophane**
144:6,6
**cemented** 89:22
**cementing** 89:1
140:19,19
**center** 58:9 78:5
96:11 100:10
110:15 112:2
**centers** 96:11,22
100:19,20
**certain** 31:9
33:13,15 52:24
53:6 106:15,16
131:2 146:11
**certificate** 15:15
150:1
**certified** 8:5,6
87:13
**certify** 150:5,12
**cetera** 24:10
75:6 100:16
122:14,14
**chain** 91:24
**chained** 128:1
**chair** 15:4
**challenging** 45:6
**chance** 69:9
105:19
**change** 20:20
36:4
**changes** 104:15
**character** 127:3
**characterized**
140:11
**charged** 37:12
**Charles** 5:19 6:4
6:9,23
**chart** 68:22 72:9
**Chasse** 13:17,23
13:23 14:5,14
14:17 16:3,16
16:18,25 17:11
17:12,14,16,21
22:11,22 23:25
24:13 31:17

41:20 50:18,22
51:20 52:5
85:15 89:17
90:7 91:5 92:7
92:10 94:24
95:20,22 96:1
97:9,9 103:7
103:10 127:11
133:4 139:1
**cheaper** 139:19
**checking** 134:21
**chemical** 5:12
47:11 140:16
**Chester** 10:4
**Chester-Schin...**
3:4 5:4 8:19,23
9:3,7,15,22
10:2,12,15,21
10:24 31:5,19
31:23 34:11
36:22 38:17
39:2,14,19
40:2,19 41:15
41:18,25 42:6
42:10,15,22
43:3,5,11,16
43:24 44:4,8
44:19,23 45:21
46:12 47:22,25
52:10 54:11
55:24 59:19
60:23 61:4,20
64:2 67:21
68:7,14 69:10
69:16,21 70:2
71:4,7 72:4,18
75:20 78:1,12
80:16,23 81:7
81:13 82:4
83:14 84:22
85:23 86:16,24
87:2 91:1,4,10
91:23 93:20
94:25 99:21
100:4 108:1

110:3 116:22
117:25 118:22
119:10 120:15
124:17,21
125:16,24
126:23 128:18
129:25 132:6
132:18 134:6
134:15 135:5
136:3,24
138:17 146:20
147:2,8,24
148:11,17
**Chevron** 5:12
7:15 47:11
90:9 91:17
137:23
**chief** 11:3,6
**childishness**
115:24
**Chinese** 92:22
**chips** 88:13
**choke** 32:14,16
32:16 33:2
**Christi** 100:11
**chronological**
37:13
**chunk** 123:11
**circle** 12:22
15:18 50:16
**circula** 117:20
**circulate** 22:7
**circulation**
34:23 35:7,8
36:6,18,20,20
111:20,22,24
112:8,9,14
113:5,13
114:14,19,25
117:10,11
122:6 123:16
123:25 132:9
142:5,18
143:21 144:5
145:3

**circumstance**
34:13
**circumstances**
27:24 40:14
139:18
**Civil** 1:16 4:15
8:20,21
**claiming** 39:10
**clarification**
11:12 86:21
**clean** 78:25 79:1
110:10 124:4
126:17
**cleaning** 53:9
120:8
**clear** 33:11 38:6
69:25 70:6
94:22 110:16
**clearer** 121:11
**clearly** 65:6 66:2
**clears** 110:20
112:2
**Clearwater**
18:18
**client** 22:20
29:24 34:16
59:4,11 71:23
101:21 106:20
107:20,22
147:20
**client's** 18:8
**clients** 29:1 31:9
33:20 34:17
36:10 45:12
103:17
**clog** 32:25 33:12
33:16,18 34:1
34:5,6,10
**clogged** 33:4
**close** 83:11,15
**closed** 57:6
**closer** 62:4,6,11
69:19
**clothing** 125:20
**clue** 130:3

**coached** 32:6
**coal** 130:1
**coals** 122:12
**coarse** 142:19
143:25
**coast** 20:13
97:19 101:15
**code** 8:21,24
15:19
**coherent** 141:2
**cold** 58:21
**collared** 126:11
**collect** 37:22
38:15
**college** 19:21
48:11
**colors** 82:23
**column** 35:12
110:15 113:23
**combination**
74:9 148:2
**combinations**
76:6 117:15
**combined** 118:9
**come** 36:18 38:5
50:16 87:9
90:3 94:6
106:19 114:8
114:16 126:6
128:6 142:17
143:6,24
**come/first** 30:25
**comes** 38:4,6
76:8 93:22
99:7 104:11
112:1 142:19
149:1
**comfortable**
55:22 105:15
128:19
**coming** 31:11
48:5 112:11
144:5
**commercially**
89:4 101:25

130:16
**commission**
149:13
**committed**
85:21
**common** 37:25
71:8 72:5
96:17 99:16
113:9 117:14
118:6 122:8
**communicate**
46:4
**compact** 63:9
**companies** 19:4
29:5 88:10
90:10 91:15
96:14 118:6,8
138:19 141:11
146:15,18
148:2,4
**company** 5:12
6:7,15 7:2 27:2
29:24,24 47:12
81:23 86:3
88:7,16 90:13
90:15 92:2,6
124:8 128:3
137:15 138:3,6
138:9,14 140:9
140:14,15
141:17
**company's** 61:2
**Company-USA**
5:17
**compare** 37:23
123:20
**compared** 63:16
78:24
**competent**
108:14
**competitor** 98:8
**completely** 86:8
144:2
**components**
117:11 147:6

**composition**
33:25
**computer** 58:15
**computer-aided**
150:9
**computers**
58:17
**conceivable** 79:9
**concept** 111:19
**concern** 47:19
**condition** 33:22
119:25
**conditioner** 59:6
**conditioning**
58:7,12,13,24
59:1 66:24
**conduct** 11:1
**conference**
51:24 149:17
**conferencing**
4:21 150:5
**configuration**
71:6 72:5
74:16 109:12
109:24 125:5
**configurations**
68:8 74:8
75:24 76:1,9
**conflict** 108:5
**connection**
11:11 14:25
85:14
**ConocoPhillips**
5:7
**consider** 18:22
20:23
**considered** 20:8
20:13 46:8
97:16 139:10
**consistent** 20:16
**constantly** 45:11
**constraints** 97:2
**construction**
43:18 75:22
**consultant** 87:12

**CONT'D** 6:1 7:1
**contact** 18:14
  127:18
**contain** 81:1
  130:2
**contained** 39:12
  41:2
**containing** 40:5
  42:20
**continued** 91:22
**continuously**
  130:8
**contract** 29:1
  106:11,25
  137:25
**contracting** 28:9
**contractor**
  29:14 98:11
  137:16,17
  138:14 140:19
**contracts** 36:16
  92:9 106:23
  129:21
**control** 34:25
  53:20 115:8
  117:23 122:22
  132:10,13,17
**controlled**
  117:22
**Convention** 6:18
**conversation**
  39:20
**conversations**
  14:2
**conveyed** 97:24
**conveys** 110:18
**cook** 116:1
**cool** 58:22,23
  69:15 123:23
**coordinating**
  106:2
**coordination**
  105:14
**cores** 37:11
**coring** 37:12

**corners** 70:23
**Corporation**
  5:21,22 6:21
  7:7
**Corpus** 100:11
**correct** 14:2,7
  18:11 19:12,13
  21:17 22:11,14
  22:23 23:4,20
  24:1,2,7,16,17
  24:22 25:23
  26:18 27:1,20
  27:21 28:13,16
  40:1,18 41:3,5
  41:9,10,13,14
  41:17 42:11,11
  42:14,17,21,23
  44:18 48:12,15
  50:6 51:9,17
  51:21,22 55:9
  62:21 64:19
  80:22 87:14
  90:18 109:4
  132:5 133:5
  135:6 136:23
  138:25 139:12
  139:17 146:13
  146:16 147:21
  148:9
**corrected** 14:10
  113:7
**corrections**
  115:17
**correctly** 108:24
  118:13 128:1
  136:15
**Cosculluela** 3:2
  3:5 5:13 46:23
  46:24 47:9,24
  48:1 52:11
  54:13 56:3
  59:22 61:1,13
  64:5 67:23
  68:10,15 69:24
  70:3 71:5,9

72:7,17,20,23
  76:7 78:6,18
  79:14 140:6,7
  141:4 146:2
  147:12 148:14
**costs** 102:8,8
  138:20
**cotton** 143:10
**cottonseed**
  143:11
**counsel** 8:2,2,8
  8:22 9:2,5,12
  9:17 10:4,9,11
  10:13,19,22
  11:5,22 42:16
  81:21 82:13
  84:20,24 90:19
  91:3,6,18
  93:13 94:20
  98:14 100:2
  107:14 110:1
  115:22 117:3,6
  118:18 119:1
  120:12 124:19
  125:2,22
  128:13 129:22
  131:16,20
  146:10 147:19
  148:18 150:12
  150:14
**counted** 96:21
**couple** 27:15
  32:17 44:12,15
  53:7 54:14
  100:12 102:11
  113:8 124:23
  125:11 131:22
  138:7 140:8
  143:1 144:15
  147:15
**course** 8:24 11:4
  13:5 92:12
  108:17 117:1
  120:17 125:17
  127:19

**court** 1:1,11 4:1
  4:10 5:22 8:6
  8:15 9:19,20
  9:21,24 10:1,8
  11:11,17,20,21
  11:24 12:4
  14:24 32:7
  86:20
**coveralls** 119:15
  126:7,13
**covered** 48:8
  57:9
**Covid** 47:15
  48:5
**CPUs** 58:18
**crane** 99:5
**cranes** 66:13
  69:5
**crashing** 99:7
**create** 121:6
  133:19
**creating** 103:15
**crew** 31:8 39:4
  99:18 102:2
  104:20,22
  105:1,3,5,5,8
  105:10,22
  106:14,18
  122:11 127:16
  128:4 136:10
  139:19
**crews** 24:21
  25:12,13,15
  31:11,13 78:25
  103:16 104:4
  105:7,16,20,21
  106:10,15
  107:1 126:12
**criticized** 126:9
**cross** 114:23
**crossed** 128:9
**crowded** 56:18
  79:8
**crown** 63:12
  65:22 66:2

**CSR** 2:1
**current** 131:25
**currently** 87:12
**customarily**
  53:11
**customer** 23:8
  90:25 91:2
  95:16 96:3
  101:23 103:4,6
  106:9,13 108:6
  121:20 122:24
  123:8 124:2
  126:16 127:5
  134:12 137:3
  137:15,15,18
  138:2,12,12
  139:18
**customers** 17:7
  26:16 89:25
  106:7,16
**cut** 98:9 110:6
  110:20 134:5
**cuts** 32:20
**cutters** 119:5
**cutting** 119:5
  126:4
**cuttings** 110:16
  110:18 112:3
**Cypress** 85:5,8
  85:10,18,18,20

---

**D**

**D** 105:7
**Dallas** 5:6
**dangerous** 45:6
**date** 11:9 24:10
  95:4 128:5
  149:3,19
**Dated** 150:15
**dates** 96:24
**Daughter** 47:18
**David** 1:4,14 4:4
  4:13 10:5
  11:14 12:23
  13:2 15:21,25

Steve Eddy
April 1, 2021

Page 156

15:25 17:9
18:10,22 22:10
22:12 27:10,19
28:11 85:15
92:14,15,23
93:1 94:12
97:7 108:8,9
108:11 120:10
126:24 127:2
130:19 132:3
147:23 149:18
**day** 4:21 87:9
102:13 149:2,7
150:15
**days** 30:14 48:9
56:22 104:22
105:9,17
114:11
**deal** 26:16 53:19
124:5 125:12
134:12
**dealing** 108:15
**debris** 33:1
112:7
**decades** 18:15
**deck** 69:5 84:17
98:6,10,25
99:7,10 125:19
**decks** 65:13
73:17,17
**declaring** 38:10
**deep** 65:13
113:20
**deeper** 65:15
**Deepwater** 1:17
6:11 11:15
**DEEPWATE...**
1:7 4:7,16
149:18
**defendants** 1:8
1:19,21 4:8,18
4:20 8:3,14
12:3 84:22
**defense** 8:22 9:2
9:5,12,17

10:11,13,19,22
11:4 42:16
81:21 82:13
84:24 90:19
91:3,6,18
93:13 94:20
98:14 100:2
107:14 110:1
115:22 117:3,6
118:18 119:1
120:12 124:19
125:2,22
128:13 129:22
131:16,20
148:18
**degree** 94:15
**deHaas** 11:16
**delivery** 98:18
119:9
**depending** 43:18
74:9 77:6 88:5
94:5 96:20
125:4 129:3
131:8 137:24
**depends** 75:25
129:9
**depicted** 62:2
64:7 71:1
73:17
**deploying** 49:14
**deponent** 148:22
**deposes** 8:16
12:5
**deposition** 1:21
4:19 8:3,19
10:7 11:8,17
12:12 13:6
32:1 54:16
56:8,24 59:13
59:23 62:2
64:22 68:20,23
72:10,11,24
149:1,17
**depth** 101:23
129:4

**derrick** 55:8
57:14,17 60:10
60:12 63:23
64:4 65:17
66:4 70:12
73:14 74:11
**derrickhand**
63:23
**describe** 53:12
54:3 62:23
82:20 98:12,21
100:4 125:24
127:1
**described** 106:6
106:25 113:6
118:23 119:12
120:15
**describing**
124:22
**design** 75:9 77:7
79:3
**designed** 78:3
**designer's** 77:12
**desk** 116:20
**desperately** 9:25
**detail** 48:8 94:19
121:14
**detailed** 92:6
95:4
**details** 83:13
85:19
**detection** 88:23
**determine** 94:12
103:18
**development**
49:2
**diagnosed** 19:1
93:2
**diagram** 70:5
**dialing** 138:6
**diameter** 122:8
**dicks** 144:19
**die** 99:2
**difference**
101:16 102:1

121:18
**different** 20:6
26:2 32:17
35:9 40:9
45:23 61:6,7
76:6,9 77:6
102:16,17
109:14 112:15
113:8 121:4
129:10 135:9
135:10,11,14
135:18 138:1
140:22 145:23
147:7,19
**differentiated**
126:13
**differently** 92:3
**difficulties** 35:3
**dig** 96:25
**dilute** 113:15
**dime** 144:7
**dimension**
123:13
**direct** 51:2
**directly** 75:5
103:23 135:1
**dirt** 126:19,21
**disagree** 52:7
**disappointed**
138:11
**discovered** 46:7
**Discoverer**
54:19,19,20
**discuss** 94:14
**discussed** 48:1
**discussion** 10:5
15:21 130:21
**disingenuous**
145:20
**dispatch** 104:5
**dispatched**
104:19
**dispatching**
104:3,7
**dispute** 17:25

39:25
**disruption**
107:21
**distance** 44:2
62:2 67:5 68:5
78:16
**distancing** 74:25
**distinctly** 119:18
**district** 1:1,11
1:12 4:1,10,11
13:4 26:5
89:17 95:22
101:13 103:23
103:24 104:1
130:2,11
137:20
**districts** 97:22
**divested** 88:14
**divide** 89:14
**division** 1:6 4:6
46:3
**Dix** 144:19,21
**document** 68:17
**documentation**
129:18
**documents**
12:18 127:15
**doing** 9:4 19:25
20:2 21:2,18
22:17 25:15
45:13 62:14
85:14 89:20
100:13 101:11
102:16 128:19
134:22,24
136:15 138:10
**dollars** 122:11
**DONELSON**
5:18
**door** 53:2 56:16
70:9
**dope** 22:2
**dotted** 128:9
**double** 62:19
85:14 126:10

126:11
**doublechecked**
136:10
**dowel** 96:15
**Dowell** 140:16
140:18,19
141:5,5
**downhole** 23:9
25:4 33:23
35:11 49:14
96:6 120:25
**downtime** 102:8
102:9
**dozen** 18:17
26:12,13 44:13
44:15 115:14
125:11 130:7
135:3,3,10,10
**dozens** 90:2
**drastically** 18:8
**draw** 30:24
57:10,11 65:21
**drawing** 3:9
68:18 70:12,21
71:2 72:12
**drawings** 68:22
72:9
**drawn** 73:4
76:19
**drill** 43:23 44:12
44:16 55:1
56:17,20 62:11
63:18,24 64:13
67:11 70:4
75:24 77:5
88:8 110:15,16
110:19,23,24
111:17 112:2,3
112:4 120:6
130:7 137:18
**drilled** 88:22
138:15
**drillers** 70:11
**drilling** 18:3,5
21:25 28:3,4

29:14 34:21
35:8,13 36:4
39:8,11 40:17
40:23 42:20,25
52:14,15 53:10
53:23 54:7,8
59:18,24 61:3
62:24 63:8
67:25 68:1
74:21 75:9,14
76:23 77:4
78:13 88:10
104:16 105:6
109:22,23,24
110:8,12,13,14
110:14,17,18
111:1,2,6,7,10
111:12,15
113:16,16,17
114:21 115:6,7
118:24 119:3
120:19 124:25
137:17 138:13
138:18 140:13
140:17 141:6
141:17,19
145:17 147:6
**drillship** 68:1
**drillships** 56:4
**driving** 78:8
**drug** 116:16
**dry** 78:22 119:8
119:10 120:3
**duly** 150:8
**dumb** 116:9
**dump** 122:5
**dumping** 119:5
126:5
**dust** 126:6
**duties** 103:12
**duty** 81:11
102:18 104:6

**_____ E _____**

**E** 5:1,1,13 105:7

**E's** 105:10
**e-mailed** 86:23
**earlier** 23:24
32:4 51:23
66:24 98:17
100:5 108:18
108:25 123:17
125:6 132:3
**earning** 100:23
**ears** 141:23
**earth** 88:22
111:1
**easier** 107:18
125:8
**East** 1:1 4:1
12:22 15:18
**easy** 33:6 64:24
106:17 113:12
**Eddy** 1:21 4:19
8:12 10:2 11:3
11:9 12:1,11
12:16,17,19,20
15:12,14,15,16
15:17 31:23
43:5 46:20,24
69:11,23 79:23
85:4 87:3,7
92:20 93:5
98:12 99:22
110:11 111:18
115:17 116:24
117:25 118:22
120:9 124:17
124:21 125:16
126:23 127:9
128:10 129:15
131:5,12,23
140:7 146:7
147:16 148:17
148:19 149:1,5
149:17 150:7
**EDTA** 143:4
**education** 142:1
**effect** 124:16
**efoundas@pu...**

7:14
**eight** 25:13
**either** 26:18
27:6,15,23
38:19 39:4
54:19 71:14
116:14 135:25
136:4 148:4
**electrical** 88:8
**elevated** 65:14
**Emmett** 5:18
**employed**
150:12,14
**employee** 81:18
127:8 150:13
**employer's**
81:17
**encompassed**
96:9
**encounter** 35:3
**encountered**
116:14 117:20
132:19
**encounters**
127:3
**endeavor** 106:25
**ended** 95:18
128:6
**ends** 104:18
**Energy** 85:5,8
85:10,18,21
86:2,7,9,13
**engineer** 19:24
22:16 23:8
25:18,25 26:15
27:7 31:16
37:20 38:14,16
38:19,24,24
39:3,4,12
40:10,23 48:14
48:21,21,22
95:11,11,12,12
95:13,15,16,25
100:6,7,14,23
101:4,18 102:1

102:19,20
103:4,6 104:12
104:25 105:8
105:12 107:18
107:19 108:13
115:25 120:23
121:24 126:15
126:17 133:3
133:14,24
134:11,23
138:4,25
139:14 141:20
**engineering**
29:7 96:22
116:18
**engineers** 30:6
31:3,3 34:19
45:18 49:3
96:4 102:17
103:15,22
106:6 107:3
116:1 120:10
130:22
**ensure** 36:13
143:18
**entered** 48:10,13
**entire** 17:14
103:24
**entirely** 89:15
**entitled** 68:23
70:1 72:12
73:19
**environment**
30:10 45:5
80:14 93:7
96:24 98:13
101:17 103:15
119:12,13
125:15 126:2
126:18,20
**environments**
45:7
**equal** 35:25
113:25
**equilibrium**

Steve Eddy
April 1, 2021

Page 158

113:24
**equipment**
23:13 29:19
30:1,12,16,22
58:15,18,20
59:10 61:3,14
62:7,25 67:25
71:6 75:14,14
76:13 77:10
95:17 100:16
101:6 102:7,10
102:12 103:18
104:18 105:1
105:10 106:3
109:12,24
139:6
**Ernest** 7:12
79:23 146:5
**esoteric** 115:16
**essentially** 97:5
109:2
**establish** 47:12
48:7
**estate** 74:9 77:7
**estimate** 55:19
55:21 59:17
67:8 121:21
128:10,15,20
**et** 1:7,17 4:7,16
11:15 24:9
75:6 100:16
122:13,14
149:18
**event** 53:12,16
64:6
**everybody** 9:6
54:4 137:18
**everything's**
99:4
**Evidence** 8:24
8:25
**evolve** 58:17
**evolved** 54:23
96:19
**exact** 24:10

96:24
**exacting** 123:22
**exactly** 24:6
25:1,9 50:20
57:7,7 60:4
88:19
**examination** 3:1
11:1 12:9
46:22 79:21
85:2 87:1
131:10 140:5
146:3 147:13
150:8,10,13
**examined** 4:20
8:13 12:2
150:8
**example** 25:20
33:24 38:4
45:9 88:14
104:20 113:11
123:18
**exceed** 81:9
**exceeded** 81:5
**excellent** 45:9
98:19 127:3
**exception** 31:4
37:9 54:10
**exceptional**
54:12 108:13
**exceptions** 37:4
37:10 43:18
90:12
**exchanging**
18:25
**exclusively** 20:2
21:5 89:20
**excuse** 69:10
87:12 92:17
109:23
**excused** 148:22
**Exhibit** 3:9
54:16 56:9,24
59:13,23 62:2
64:7,22 66:7
68:20 72:11,15

72:24
**Exhibits** 3:8,12
**exist** 60:12 74:19
130:12,15
**existing** 89:7,21
**expand** 114:21
**expanding** 89:6
**expect** 116:10
124:6 129:17
**expectation** 49:3
**expensive** 30:2
58:14 102:7
**experience** 30:4
45:17 78:3
93:10 97:21
111:18 120:9
124:24 129:3
129:17 132:15
141:25 144:11
145:14
**experiences**
19:11 125:25
**experiencing**
36:6 51:11
**experimental**
95:14
**expert** 98:18
141:14
**experts** 116:18
**expires** 149:13
**explain** 36:9
58:24 88:18
97:15 110:3,11
113:10 118:3
120:21
**explanation**
88:17
**exploration** 5:16
89:6,12 128:25
130:6,7
**explosively**
37:12
**exposed** 39:17
49:20 63:11
85:22 86:15

94:13 120:10
124:23 125:19
**exposure** 80:15
81:2,4 94:2
120:22
**expression**
62:17 76:8
**extra** 30:22
50:23 53:24
102:7
**extreme** 99:13
**extruded** 121:12
**Exxon** 5:21
148:4
**ExxonMobil**
5:22 147:23
**eyes** 122:20
141:23

**F**

**facilitates** 107:9
**facilities** 68:2
78:11,25
**facility** 23:16,18
50:5,8 74:21
**fact** 38:11 80:19
83:16 98:2
108:10 120:5
144:19
**facts** 34:12
**failed** 59:2
**fair** 13:7 14:9
27:23 51:14
56:3,4 57:16
58:23 68:13
69:6 70:19
89:11 130:25
131:24 147:21
148:6
**fall** 111:14
**familiar** 54:16
59:25 60:1,4
77:3 85:4,6
86:2,5 88:19
91:14 94:10

111:19 116:12
118:1,3 124:3
**familiarize** 56:9
**family** 47:17
**far** 44:6 59:17
64:18 67:24
120:5
**fashion** 117:23
**fast** 102:13
**faster** 9:16
**fat** 105:19
**FE** 48:16,19,19
48:19
**federal** 5:22
8:20,24 9:19
9:20 10:8,10
**fee** 36:13
**feel** 128:19
**feeling** 125:20
**feet** 44:12,13,16
53:1 55:21
56:2,20 57:25
59:21 62:11
63:3,4,10,13
63:19,20,25
64:13 67:11
98:24 99:8,9
120:2 125:11
**felicitous** 45:3
**fellows** 116:7
**felt** 51:1
**fertilizer** 143:5
**fewer** 102:24
**fiber** 114:9
**fibers** 115:18
**fibrous** 114:23
115:1 116:24
**field** 13:13,19,22
14:4,13,16
16:12,19,22,24
17:10 19:24
20:19 21:18
22:16 23:7,14
24:1,3,3,13,15
24:19,19 25:8

Exhibit 11
Page 159 of 179

25:25 26:4,5,8
26:15,24 27:6
27:16 28:14
30:4 37:3
38:19 39:4
40:10 48:11,13
48:14,21,21,22
48:23,24 49:12
49:22,24 50:18
50:21,25 51:10
88:5,16 95:10
95:11,12,12,13
95:18,21 97:8
99:25 100:6,7
100:14,23
101:4,13,18
103:8,11,12,15
103:18 107:13
107:18 108:7
109:1 120:10
120:23 122:17
127:10 129:4
129:10 133:7
133:10,12
134:9,9,11,20
136:6 139:4
140:10 141:24
**fields** 89:7
**figure** 101:24
105:12,13
111:12 114:5
126:16
**filed** 19:3
**filter** 32:18
33:11,16 34:1
34:3,6 121:7
**filters** 32:11,21
33:2 123:17
**filtrate** 32:24
38:5 111:6
121:6,15,17,23
123:21
**final** 48:22
130:18
**financially**

150:14
**find** 122:4
126:15
**fine** 9:5 92:25
119:22 122:23
123:4 142:19
143:24
**fire** 131:21
**first** 11:2 17:9
17:12 19:23
20:20 22:10
30:25 47:14
48:4 49:20
50:21 51:17,18
51:19 52:1
54:15 87:8
95:9 101:8
103:10 104:24
116:4 120:23
150:8
**fit** 133:18
**five-gallon** 22:4
**five-person**
25:13
**flat** 20:11 66:13
97:24
**flexible** 105:5
**flip** 68:22 72:9
**float** 29:22
**floor** 36:4 43:17
43:23 44:12,16
52:21 53:10
54:9 55:4,6,7
55:23 56:12,17
56:20 57:8,16
59:14,18,21
60:9,12 62:3
62:11 64:8,14
64:16 66:3
67:2,6,11 68:6
68:12 70:17,20
71:2,13 74:11
74:22 75:15,24
76:2,2 77:5
78:16 98:24

120:6
**Florida** 11:19,20
12:21 15:19
**flow** 32:25 33:8
74:17 111:25
124:7
**flowing** 33:9
35:23
**fluid** 25:4,6
32:23 33:4,8
33:22 35:13,16
35:23,25 36:2
38:6,12 53:13
53:23 111:7
112:25 113:3
121:11 123:15
123:21
**fluids** 32:23
123:19 140:17
**flush** 62:17
**FOCO** 5:23
**focus** 99:22
133:19
**focusing** 117:1
125:18
**fold** 102:8
**folks** 55:6 70:19
**follow** 98:3
131:8,13,22
146:6
**follow-up** 84:19
**following** 30:15
147:21
**fool** 113:2
**foot** 98:22 99:9
**footprint** 52:25
125:12
**force** 78:9
**foregoing** 149:1
**foremost** 87:8
**forenoon** 4:21
**forgot** 124:8
**form** 9:9,11,13
31:5,19 34:11
36:22 38:17

39:2,14,19
40:2,19 41:15
41:18,25 42:6
42:10,15,22
43:3,11,16,24
44:4,8,19,23
45:21 46:12
52:10 54:11
55:24 59:19
60:23 61:4,20
64:2 67:22
68:7,14 71:4,7
72:4 75:20
78:1,12 80:16
80:23 81:7,13
81:22 82:4,14
83:14 85:23
86:16 90:20
91:7,19 93:14
94:21 98:15
100:3 107:15
115:22 117:4,7
118:19 119:2
120:13 125:3
125:23 128:14
129:22 132:6
132:18 134:6
134:15 135:5
136:3,24
138:17 146:20
147:2,8,24
**formal** 141:25
**FORMAN** 6:3,8
**formation** 14:20
17:3,6 25:2,4
32:23,25 35:11
35:13,14,23,24
36:2 37:17
51:7 52:6
53:24 89:10
108:21 110:25
112:13,21
113:2,14,24
114:1,2,3,4,22
115:1 121:22

123:16,23
129:9 130:20
**formations** 25:7
53:14 111:4,8
112:23
**forth** 92:21
**forthright** 33:20
**fortunate** 47:20
**forward** 48:4
**Foundas** 3:3,5
7:12 79:22,23
80:20 81:3,8
81:16 82:2,6
82:18 83:16
146:4,5,23
147:4,10
**foundation**
129:17
**four** 25:12 58:7
58:12,24,25,25
63:11 66:24
67:24 68:22
96:21 115:14
**frame** 14:8
89:24 92:10
99:23 115:20
117:2 118:17
125:18 136:18
137:9
**frequency** 75:22
102:16
**frequently**
132:20
**friend** 18:22
**friendly** 127:4
**front** 10:17 47:4
73:23
**full** 12:17 15:13
15:14 50:16
97:25 100:7
146:18
**fun** 53:8
**function** 79:3
**fundamental**
101:20

Steve Eddy
April 1, 2021

**fundamentally**
101:21
**furnished** 68:22
**further** 44:16
69:11 131:7
146:1 150:12
150:13
**future** 130:6

**G**

**G** 7:8
**gallon** 53:23
113:16,18,19
**gap** 25:19
**garbage** 77:2
114:12
**gas** 32:23 121:21
**GE** 6:7
**gear** 57:5
**general** 48:19,23
48:24 88:4
95:12 96:16
97:20 100:7,14
101:4
**generally** 29:25
36:8 37:5
59:25 60:1
94:10 107:12
128:18
**generate** 127:15
**generic** 33:25
**gentleman** 92:14
**gentlemen** 95:1
**geography**
97:18
**getting** 37:2,23
105:20 113:3
**GFE** 95:12,13
100:14
**give** 34:1 87:10
92:6 95:4
121:20 124:6
127:14 129:11
133:13
**given** 38:8 55:25

55:25 57:10,11
60:25 67:18
78:16 81:25
85:24 97:1
99:6 115:1
127:16 143:13
149:3
**gives** 71:23 98:9
138:10
**giving** 36:2 97:4
**glad** 99:11
**go** 10:15 11:6
12:16 15:11,16
20:11,12 25:18
26:9 27:1
30:13 31:20,24
32:1 35:17
36:24 38:18
45:25 46:13
48:18 65:12
66:1 68:15
69:11 75:4,11
79:14 81:22
89:4 97:3
100:18,19,25
104:12,13,18
104:23 105:7
105:12 109:11
110:24 111:12
115:9 120:18
124:4,10 128:8
128:25 131:2
134:10 136:21
**God** 126:3 137:5
**goes** 35:19 84:20
98:8 112:4,6
**going** 9:9,23
10:17 11:2
12:12 15:2,11
18:9 22:22
23:13 26:17,23
27:5 30:9,15
31:7 34:14,21
35:4 37:11,12
41:20 47:4

49:13 51:5
53:13 55:20
57:16 68:19
72:10,23 75:4
81:22 82:18
88:25 92:23
98:21 99:4
101:9 104:12
104:14,21,22
104:25 105:8
105:19 106:14
111:14,15
112:11,12
113:1,3,17,23
116:13,17
120:4 121:13
122:13,23
123:7,8 132:7
133:9,11,13
134:21 135:3
135:12 138:5,8
139:20 147:12
147:12 148:12
148:12
**good** 9:4 10:21
31:12 37:17
45:7 47:6,16
47:17,19,21
51:3 58:2 80:5
105:25 107:8
107:19 108:14
114:25 117:18
117:19 128:7
141:16
**gotten** 88:6
**grade** 142:19,19
142:20 143:24
143:25,25
**grades** 139:22
**gravity** 77:14
78:5
**great** 59:3 61:23
79:12 108:13
127:6,7
**greatest** 60:24

**Green** 3:3 7:8
84:25 85:3
86:1,18,22,22
**grit** 32:21
**ground** 112:16
117:18 119:14
142:21
**group** 25:16
88:12
**grunt** 100:13
**guess** 28:6 34:8
61:22 75:18
84:1 92:4
101:9 115:17
132:8
**Gulf** 91:2,8,16
**guys** 34:24
126:14

**H**

**half** 18:17 87:23
102:12 115:14
**Hampton** 11:18
**hand** 72:23
103:25,25
**handle** 45:24
63:8
**handwriting**
69:9 72:25
**happen** 27:4
34:14 35:18
105:20 106:10
111:15
**happened** 20:21
36:2 50:20
71:14 106:8
126:6 133:14
133:16 136:6
**happening**
113:21
**happens** 71:11
111:23
**happenstance**
76:15
**happy** 47:24

80:3 108:11
123:7
**Harbor** 12:21
15:19
**hard** 111:5
**harder** 28:23
**hat** 50:23 133:10
133:12,13,23
**hatch** 114:23
**hate** 124:7
131:18
**haul** 127:20
**hazard** 46:7,8
46:10 80:18,19
80:22 81:24
**hazardous** 45:24
**hazards** 80:7,10
81:12,18
**head** 96:2
115:23 137:2
145:12
**header** 121:25
**heading** 129:15
**headquarters**
138:7
**heads** 124:6
**health** 44:21,24
45:18 93:7
96:23
**healthy** 47:17
**hear** 79:24 87:3
118:14 146:7
147:16
**heard** 20:14
86:4 87:5
108:24 118:12
132:14 142:6
143:16
**Hearing** 9:3
**heat** 58:19
**heavily** 98:16
102:15 140:17
**HEBERT** 7:8
**held** 11:18 93:6
94:17 95:2

Exhibit 11
Page 161 of 179

Steve Eddy
April 1, 2021

Page 161

helicopter 99:16 99:20
helicopters 105:22
helipad 55:10,17 60:6,19 64:23
helipads 61:9
hell 53:17
Hello 79:23 146:7
helmet 126:14 137:23
helmets 126:14
help 32:25 33:21 62:22 63:23 69:3 115:1 137:18 143:20
helpful 90:5
helping 100:14
helps 72:14 101:24 120:6
Henry 5:8
hereinabove 149:3
hereto 149:2 150:14
hey 24:14 46:15 56:2 104:11 105:8 106:14 107:6 116:6,10 123:3,24 136:11,17 138:10,11
high 63:12,20 77:25 90:24 98:23 99:9
higher 64:3 74:7 139:22
highest 76:2
Highway 11:19
hire 137:16,17
hires 137:15
historic 114:10
history 102:25 118:5 145:22

hit 122:18
hitch 21:1 41:19 92:1 102:18 139:4
hold 55:20 72:13 72:13 97:6
holding 69:12
hole 16:18 20:2 20:23 24:14 33:18,22 34:10 35:19 36:15 88:8,18,21,23 88:24 89:6,9 89:11,12,16,19 95:22 97:9,11 101:13 110:21 111:12,13 112:25 122:4 124:4 130:2,10 137:19 138:14 139:14
home 101:12
honest 34:18
honestly 135:17
Hood 5:5
hook 65:25
hope 9:22
hopefully 48:5
hoping 114:13
hopper 43:1,13 43:23 44:1 74:4,6,12,16 74:22 75:5,15 76:19 119:6 126:5
hoppers 75:23 125:6
horizon 115:10 129:4,9
horizontal 32:19 57:22 59:16
horizontally 64:8
horsepower 77:17

hot 102:10
Houma 20:3,4 20:23 22:13 41:9
hours 4:20 102:11
house 58:14
Houston 5:10,15 7:5,19 14:8 23:9,10,16,18 47:9 50:4,8,8 50:12 93:17 95:15 96:2,6 96:16,20 103:3 116:17,20 123:6 136:21 139:23
hovering 137:6
Hsieh 1:4,14 3:9 4:4,13 11:1,15 12:23 13:1,2,7 15:25 17:9,15 17:18,23 18:10 18:14 22:12,22 25:21 27:10,19 28:1,11,15 29:10 30:6 31:17 39:10,15 40:12,15,16 42:13,19 51:19 51:19 52:1,2 54:14 56:8 68:19,22 72:12 73:18 85:12,22 86:15 92:14,15 92:18 94:12 147:22 148:7 149:18
Hsieh's 15:22,22 19:14 39:25 69:8 71:2 72:9 72:25 76:19
Hughes 6:6,7
huh 108:2
hulls 142:24

143:10,11
humor 116:9 127:6
hundred 22:5 59:21 89:15
hunt 97:3
husks 114:7 117:16,16 142:8,9
hydraulically-... 25:5
hydrocarbon 89:3 121:19
hydrocarbons 88:23
hydrostatic 35:12,15 53:24 113:23

I
i's 128:9
I-M-C-O 118:11
idea 36:9 78:7 86:11 97:21 104:10 143:8
identification 72:16
identified 73:21 74:2 120:11
identify 55:4 58:2 60:5,9,15 62:22 64:24 66:10 68:19,20 69:25 74:20 115:19 146:24
IL-CSR 2:1 4:22 149:18 150:4 150:18
image 55:2,3,7 56:7,10,23 57:4 58:10 59:22 64:21 72:8,11 73:18
images 54:14 61:25 64:17

67:4,24
IMCO 118:1,1,4 118:6,9 146:11 146:14,24
immediately 66:11
important 33:3 33:6,23 44:21 44:25 45:2 57:5 123:10,20
importantly 77:5 110:25
inaudible 13:22 13:25 14:2,5,8 14:23 15:1 110:4
inches 53:9 123:12,13
include 14:19 17:2 29:6 104:3
included 90:16
includes 24:20
including 16:2 19:5 30:4 67:25 75:25 96:11,15 102:13 114:8 139:3
incorrect 38:12
increases 111:15
INDEX 3:1,8
indicated 14:25 97:11 103:2 126:24
industries 94:3
industry 18:9 51:4 63:2 87:16 91:15 141:7
inert 117:13
infiltrated 32:24
informally 51:24
information

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 162 of 179

Steve Eddy
April 1, 2021

Page 162

46:10,14 61:21
71:20 81:4
87:11 124:11
130:2
**infrequent** 27:4
**initial** 88:21
**initially** 95:21
**inject** 99:8
**inland** 20:13
97:21,23 98:2
**Inn** 11:18
**innumerable**
118:10,20
**insensitive**
126:19
**inside** 58:15
84:9 111:7,17
116:6
**installation** 98:5
**installed** 66:17
**instance** 25:12
33:20 89:16
90:6 92:1
109:19 127:22
128:20,24
129:20
**instances** 53:7
72:3 129:12
**insult** 12:14
**insurance** 36:12
**intel** 88:13
**intent** 76:13
79:6
**interact** 138:4
**interactions**
103:17
**interest** 92:4
**interested**
150:14
**intermediate**
65:8 113:19
**Intermittently**
18:15
**interpersonal**
108:15

**interpretation**
38:11 101:24
121:14
**intervention**
51:2
**introduce** 47:7
87:6
**introduced**
46:25,25
**invade** 111:8
**investing** 51:11
**involved** 85:11
91:8 103:19,20
**involves** 20:9
**irrespective**
37:1
**issue** 26:17
39:25 134:12
136:16
**issues** 12:13
132:16
**It'd** 28:5
**it'll** 111:8
**iterations** 91:15
**itty** 98:25

——————
　　　　**J**
**jackup** 20:11
56:13,25 57:2
57:3 65:10
97:23
**Jalenak** 6:17
**jam** 78:14
**jammed** 125:14
**Jay** 6:17
**jay.jalenak@...**
6:19
**jbridger@stro...**
7:19
**jerry** 76:8,12
**JFE** 48:14,19
100:22
**job** 19:23 28:14
89:1 90:22
95:5 98:18

102:5,21
103:12 104:11
105:10,25
106:4 108:13
109:6,16
116:20 126:22
127:12,16
**jobs** 13:12 16:11
21:3 22:17,25
28:16,17 29:23
30:6 96:12
100:15 102:16
102:18,24
104:4 106:19
116:19 131:2
137:2
**Joe** 107:7
**John** 7:17
**joining** 118:21
**joint** 54:21
63:11 67:16,16
**joints** 57:23,24
63:2 64:12,20
**joke** 116:6
**JONES** 6:12
**Jr** 6:17 7:8
**JUDICIAL** 1:1
4:1
**jump** 99:5
**junior** 19:24
48:14,21 95:11
100:6
**jury** 55:6 62:23
70:20 72:20
87:5 88:2,18
91:14 95:2
108:17
**justice** 133:15
**JVs** 141:1

——————
　　　　**K**
**K** 6:22
**KEAN** 6:17
**keep** 12:13,14
31:7 53:20

58:20,23 59:2
78:25 98:7
103:15 105:4
107:1 115:8
137:14
**keeping** 105:15
106:3
**keeps** 114:3
**kelly** 57:12,17
66:1,1 75:6
**kept** 18:14 92:17
92:17 126:24
**kick** 53:13
**kicking** 53:8,12
53:15
**kids** 56:22,22
**kind** 33:1 46:18
50:16 85:13
106:22 108:15
121:9 132:7
133:8,14 145:1
**kinds** 46:2
129:10
**kit** 104:21
**knew** 13:2 17:13
30:15 81:24
122:25 133:17
**knit** 126:11
**know** 9:23 12:23
13:25 14:12
18:6,16,16
19:7 24:8
28:20 30:9,21
31:11 33:10,14
33:20,23 34:1
34:2,9,13,18
34:19,24 38:4
39:20,23 40:4
40:6,15 45:2,5
45:14 46:18
51:18 53:6
54:22,25 56:15
56:17 57:9,11
60:3,19 63:1,4
67:10 69:18

71:19 74:12,24
75:6 76:22
77:11,14 78:2
80:1,18,21,24
81:1,4,19,23
82:5,16 84:13
85:19 88:10
89:2 90:2,10
92:9,21 93:22
93:23 94:3
99:18 102:12
103:4,19 104:6
104:11,15,20
104:22 105:3
105:11,11,20
106:14 107:7,8
107:21 111:11
113:20 114:16
114:17 116:5
116:21 117:10
118:6,7 119:25
120:17 121:14
121:17,17,19
121:24 122:6
122:13 123:5
123:14,18,24
124:1,2,5
125:10,10
126:2,8 127:19
128:15,24
129:3,5,6,7,11
130:4,7 131:23
132:12,23
133:9,16,25
134:1,2,9,17
134:19 135:8
135:11 136:11
136:14,17
137:23 138:11
138:20 140:8
140:15 142:1
142:10,11
143:3,9 144:10
144:13,24

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 163 of 179

Steve Eddy
April 1, 2021

145:19,22
147:25 148:15
148:15,15
**knowing** 17:19
38:3 113:2
**knowledge** 29:8
29:10 31:21
39:16,24 40:14
40:16 42:3,13
42:19,23 49:7
52:3 76:4
85:24 86:9,12
86:17 91:20
93:6,15,23,24
94:9 101:16
107:11,16
141:13
**knowledgeable**
34:18 37:4
**known** 75:10
**knows** 105:17
114:10
**KRAUS** 5:4
**KRUTZ** 6:3,8
**Kwik** 145:4

**L**

**LA** 5:20,24 6:5
6:10,14,19,24
7:9,14
**lab** 61:11
**label** 83:12
**labels** 146:12
**lack** 109:2
**ladies** 95:1
**Lafayette** 7:9
**lag** 92:4
**lakes** 101:14
**land** 20:8,23
22:18 36:11
49:3 82:16
92:2 97:12
98:10 101:14
101:18 102:9,9
102:17 116:5

117:24 119:16
119:21 125:7
132:14,16,20
132:20 139:19
**language** 139:21
**large** 88:10
126:7
**larger** 34:4
**Larose** 21:3,5
**lastly** 9:7 10:4
**laundry** 114:12
**lawful** 8:13 12:2
**lawsuit** 19:4,8
**lawyer** 19:15
47:9
**lawyers** 19:3
39:9 68:21
**lay** 57:19,20
67:15
**layout** 68:24
70:1 136:10
**LCM** 142:6,18
143:11
**Leading** 36:23
**learned** 41:1
46:11 49:5
108:17
**learning** 100:10
100:15,18
**leave** 37:16
**led** 85:21
**LEDYARD** 7:17
**left** 57:4 126:25
127:1
**left-hand** 60:6
69:5
**leg** 57:3,6 66:12
**legal** 12:18
15:14
**legs** 65:12
**Leitzelar** 3:6
5:23 147:14,15
148:3
**length** 56:1
57:25 63:18

**lengths** 64:8,16
70:4
**Leslie** 5:8
**leslie.henry@...**
5:11
**let's** 9:13 15:3
36:20 50:2
56:21,21 95:6
104:13
**letting** 112:25
**level** 35:17,19
36:3 43:9,15
43:23 46:3
74:7 77:25,25
**levels** 26:2 74:11
76:18 77:6
120:23
**LEWIS** 7:3
**life** 99:6 143:14
**lighten** 113:22
**limit** 115:11
**limitation** 77:20
**limited** 29:21,21
130:22 131:1
**limits** 81:5,10
**line** 37:7 48:8
50:16 63:24
67:10 104:10
**lines** 33:1 74:17
**liquid** 77:25
121:11
**list** 45:25 92:6
92:11 94:16
118:8 127:18
**listening** 147:18
**listing** 103:1
**literal** 74:25
**literally** 37:14
63:13 98:6
102:4 118:11
119:8
**little** 30:21 32:19
34:23 39:8
43:6 47:23
48:7 51:5

56:18 62:18
64:9,13 69:4
73:22 75:4
87:23 93:22
94:19 104:14
110:6 116:21
126:25 128:7
132:7
**live** 12:20,21
15:17,18
**living** 53:17
115:25
**LLC** 1:7,17 4:7
4:16 5:23 6:7,7
6:16,22 11:15
85:5,8,10,18
85:21 149:18
**LLP** 5:4,9,13 6:3
6:8,11,12,17
7:3,17
**load** 113:22
**located** 11:19
96:15
**location** 60:10
74:16 97:12
101:6 109:19
124:25 125:5,8
**locations** 135:19
**log** 30:20 34:21
105:25 121:13
121:17,25
**logbooks** 128:4
**logged** 39:11
**logger** 136:25
**logging** 19:25
20:3,19,24,24
21:15,22 24:14
25:15 29:4
44:10 59:5
107:3,5 119:21
120:5 122:3
133:18
**logical** 133:18
**logistics** 30:11
98:19 102:1,3

102:15 105:14
106:2,5
**logos** 83:8
**logs** 100:16
101:21
**long** 20:18 23:21
45:25 47:6
50:7 63:3,4,19
77:23 87:20
91:21 98:22,22
114:15 118:8
141:15 143:8
**longer** 102:21,23
130:10
**look** 61:14 74:18
118:5 136:9
142:13
**looked** 10:16
62:1 64:18
67:5 82:21
145:19
**looking** 34:20
45:12 48:4
55:2,2,7 56:24
59:16 99:1
122:14,15
**looks** 34:24
56:18 57:22
62:9 64:11
66:5
**loop** 111:25
112:7,8
**lose** 35:16
112:20 113:12
**losing** 36:17,20
**loss** 33:22 35:7,8
36:6 111:20,22
112:9,20 113:5
114:14,18,25
117:10,20
123:16,24
132:8,16 142:5
142:18 143:20
144:5 145:2
**lost** 11:11 36:14

Exhibit 11
Page 164 of 179

Steve Eddy
April 1, 2021

Page 164

112:13,14
113:5 122:23
123:6 148:14
**lot** 9:16 20:17
34:5,20 38:5,8
58:13 63:8
75:24 76:7,9
90:7,8 94:5
100:20 102:17
105:14 106:2,2
106:4 108:14
112:14 117:9
117:17 119:24
124:14 125:8
129:11 132:12
132:13,15
138:19 139:21
141:1 142:11
143:5
**Lots** 127:13
**Lou** 147:15
**Louisiana** 1:2,12
4:2,11 7:4 8:21
8:23 13:17
16:16,18 20:3
20:4 21:3
97:10,21
101:12 103:8
103:10
**low** 77:25 127:7
**lower** 35:14,20
78:4,5,11
113:22
**lowering** 35:25
**LP** 5:12
**lubricates**
110:23
**luck** 30:23
**lucky** 47:17
**Luis** 5:23
**luis.leitzelar@...**
5:25
**lying** 114:12

**M**

**M** 2:1 4:22 8:4
149:18 150:4
150:18
**Magcobar** 141:7
**magnetic** 21:12
21:14 22:17
49:16,17 95:14
122:2 133:17
137:4 139:3
**magnetite** 22:3
122:5 137:5
**main** 32:18,22
58:16 76:23
101:25
**maintaining**
105:2
**maintenance**
127:7
**major** 90:11,13
90:15
**majority** 26:19
90:14 99:22
108:10
**making** 100:24
112:16 122:25
**malignant** 93:2
93:12
**man** 27:2 75:10
103:11 105:10
124:8 138:4,9
**manageable**
74:9
**managed** 103:16
103:17
**manager** 13:14
13:20 14:5,14
14:16 16:13,20
16:23,24 17:10
24:1,4,13,15
24:19,20 25:8
25:10,11,14,17
26:4,5,8,16,24
27:6,17 28:15
30:4 50:18,21
51:1 93:6,17

95:21,24 96:6
96:16,19 97:8
100:1 102:2
103:8,13,24
104:1 107:13
107:19 108:7
109:2 127:11
133:7,11,12
134:10,11,21
136:7 139:4
**managing** 104:3
106:5
**mandatory** 49:1
**manganese**
143:4
**manner** 119:11
**mantra** 45:11
**manufactured**
23:15
**manufacturing**
23:15 96:8,22
**marathon** 90:8
107:5
**marginally**
117:21
**mark** 72:11
**marked** 72:15
72:24 118:11
**market** 145:18
**MARON** 6:22
**MARVEL** 6:22
**mask** 48:2
**massive** 76:13
**mat** 120:1
**material** 33:18
34:9 114:7,19
117:10,16
123:16,25
142:5,18 144:5
145:3 146:25
**materials** 45:24
77:2 94:8
117:19 146:19
147:1
**matter** 30:23

**mattered** 124:15
136:17
**matters** 8:25
108:4
**Mayfair** 12:22
15:18
**McChesney**
12:17 15:15
**McKinney** 5:9
5:14
**mean** 28:25
35:10 88:19,21
102:4 118:8
123:3 126:6
134:4
**Meaning** 102:20
**means** 62:23
112:10,11
**meant** 101:5
**measure** 88:6
121:4,4,8,12
**measurement**
88:11
**measurements**
88:8 89:8
101:22 106:1
136:15
**measuring**
38:10 123:19
**media** 79:20
**medical** 93:24
**medium** 142:19
143:25
**meet** 17:9 27:2
92:14
**meeting** 22:10
22:21 51:24
52:1
**members** 88:2
91:13
**memory** 85:25
90:23 134:1
**mention** 63:7
**mentioned** 35:7
82:7 90:15

98:17 100:5
104:2 108:18
115:13,18
124:23 144:15
144:16 145:3
146:10 149:3
**merged** 91:16
**merger** 91:9,24
**mesothelioma**
93:2,12
**mess** 107:20
**messages** 18:25
**messed** 102:6
**messes** 115:6
**messy** 119:14
120:3
**met** 17:12 18:17
51:17,18,23
97:7
**methods** 96:10
**Mica** 143:15,24
**Michelle** 6:8
**michelle.roy@...**
6:10
**middle** 1:12 4:11
66:12 125:9
**mile** 113:20
**miles** 20:13
97:18,22
101:14 111:12
**MILLER** 6:17
**millions** 122:11
**mind** 69:11 76:8
85:1 90:3
116:3,12
138:22
**minor** 126:21
**minority** 72:2
**minute** 32:3
56:9
**minutes** 22:9
**misspells** 12:18
**Mitchell** 7:3
**mitchell.tedes...**
7:5

**mix** 43:1 117:19
123:4
**mixed** 142:21
**mixer** 74:4,6
**mixing** 42:9
43:14 74:22
75:3,15 76:19
76:24 119:24
119:24
**mixture** 121:1
**MO-CCR** 2:1
4:22 149:18
150:4,18
**Mobil** 5:21
**mode** 106:21
**modular** 52:14
54:7 59:24
61:3 62:24
**module** 52:18
**modules** 71:13
**Moir** 3:2,4 6:3
12:10,11 15:2
15:10,12 31:7
31:20 32:7
34:15 36:24
38:18 39:6,15
39:22 40:8,21
41:16,23 42:2
42:8,12,18,24
43:9,13,20
44:1,6,15,20
45:16 46:9,13
48:8 61:25
131:11,12,22
132:7,22 134:8
135:2,7 136:8
137:8 138:23
**moment** 47:5
90:22 109:23
**moment's**
148:14
**money** 100:24
**monitor** 11:10
11:13 28:18
33:7

**monitored** 80:6
**monitoring** 81:9
**monkey** 63:22
**Montello** 7:11
**month** 49:10
**months** 21:1
30:1 49:4,21
50:22 100:12
100:18 101:2
130:8 134:3
**MORGAN** 7:3
**morning** 10:5,12
46:21 47:1,13
**move** 15:2 30:21
71:17 77:17
**moved** 133:4
**movement** 114:1
**movies** 36:5
**moving** 102:13
116:19
**mud** 21:24,25,25
22:2,5 32:24
33:13,14,16
34:20 35:12,16
35:19 37:22
38:6,11,15,24
38:24 39:3,11
40:23 42:20
43:1,1,2,13,14
43:15,22,22
44:1,13 53:10
53:20,21 74:4
74:6,8,10,14
74:16,16,22
75:6,15 76:18
76:19,21 77:2
77:17,24,25
78:4,10,10,13
78:15,21,21
80:25 89:9
109:22,24
110:5,8,12,14
110:18 111:1,2
111:6,7,10,15
112:1,16,18,21

113:1,16,16,17
114:3,21
115:10 117:11
118:5,24,25
119:3,6,7,9,11
120:3,3,3,4,16
120:16,17,19
121:1,3,5,6,8
121:12,15,22
122:3,13,15
123:14,21
124:14,23,24
124:25 125:5
125:11,14,14
125:19 126:4
136:11 137:6
140:13,20
141:6,17,19
144:19 145:17
146:15,17,18
147:6,6
**mud's** 110:13
**muds** 39:9 40:17
**multifold** 110:13
**multiple** 37:10
77:6 84:16
96:10,17,20
116:16 117:21
131:3 139:2
**Murphy** 5:16

_____
**N**
**N** 5:1
**name** 11:16
12:11,15,16,25
13:1 15:12,13
15:14,14,22,22
19:4 47:8
56:15 79:23
83:4 85:5,6
87:5 90:3
92:22 118:1,4
118:7,12
142:22 144:16
**name's** 46:24

**named** 92:14
**names** 115:19
117:12
**Napolitano** 6:22
**natural** 35:14
89:10
**nature** 83:6
129:21
**near** 43:2 55:17
**neat** 126:2 130:4
**necessary** 46:15
**need** 32:6 69:18
69:19 77:17
121:23 137:5,5
**needed** 27:3
51:1 103:19
**needs** 103:18
**negotiated**
106:12
**neither** 150:12
**never** 31:17
34:16 37:5
39:1,3 45:10
78:2 99:19
107:22 122:23
136:16,16
139:13 141:6
141:17
**new** 5:20 6:5,10
6:24 7:14 21:9
23:3 43:1 46:7
88:2 128:23,25
137:4 139:22
**newspapers**
114:12
**nice** 143:21
**Nick** 11:16 47:6
69:18,22 72:17
72:18,22
**nickel** 144:7
**night** 34:23
102:14
**NMT** 133:17
139:7,7
**NMTC** 21:13

22:1,8,14
116:15,17
122:2,7 136:2
136:19 143:4
**NMTC's** 136:1
**Nonresponsiv...**
124:20
**Nope** 67:3
**norm** 54:10
**normal** 106:21
132:25
**North** 6:13
**Notary** 149:10
**noted** 11:22 37:3
90:12
**notes** 150:10
**notice** 10:16
61:5
**noticed** 10:7,9
10:13
**notices** 10:20
46:3
**nowadays** 99:17
**nuclear** 21:12,14
22:17 49:15,17
95:14 122:2
133:17 137:4
139:3
**number** 13:10
16:8 18:7 19:1
19:4,18 25:14
29:21,22 33:12
50:22 75:21
89:7 130:22
131:1 135:13
**numbers** 13:21
13:25 16:21
20:20 55:25
56:17 64:12
67:18 87:23
98:1 122:1
135:13
**nurse** 47:18
**NuStar** 6:15
**Nut** 33:21

Steve Eddy
April 1, 2021

Page 166

| | | | | |
|---|---|---|---|---|
| 117:13 124:9 144:16,23,24 | 31:25 **objects** 10:25 **obligation** 81:17 81:19 **observation** 80:25 | 67:24 68:9 72:3,6,6 75:13 78:24 82:16 90:22,25 95:22 97:9,11,16,17 | 21:2,15,20 22:21 23:2,17 23:21,24 24:6 24:12,23 25:1 25:8 26:3,8,14 | 107:24 110:6 110:13,22 111:15 112:13 113:9,11,20 115:25 116:9 |

**O**
**oath** 8:15 12:4
**object** 9:13
81:22 91:3,6
91:18 115:22
117:7 124:19
125:2
**objection** 8:25
9:4,4,14 31:5
31:19 34:11
36:22 38:17
39:2,14,19
40:2,19 41:15
41:18,25 42:6
42:10,15,16,22
43:3,11,16,24
44:4,8,19,23
45:21 46:12
52:10 54:11
55:24 59:19
60:23 61:4,20
64:2 67:21
68:7,14 71:4,7
72:4 75:20
78:1,12 80:16
80:23 81:7,13
82:4,13 83:14
85:23 86:16
90:20 93:13
94:20 98:14
100:2 107:14
110:1 117:3,7
117:7 118:18
119:1 120:12
125:22 128:13
129:22 132:6
132:18 134:6
134:15 135:5
136:3,24
138:17 146:20
147:2,8,24
**objections** 9:9

**observed** 40:10
119:3
**observing** 38:2
**obvious** 54:4
127:9
**obviously** 47:14
101:17
**occasion** 41:12
41:12,21 90:9
106:8 109:7
120:18 138:20
139:6 143:9
**occasionally**
82:11 131:2
136:21
**occasions** 84:12
**occupied** 76:3
**occurs** 113:6
**ocean** 126:3
**odd** 36:25
**oddball** 139:6,18
**office** 13:16
16:18 50:19
104:15
**offices** 16:15
**official** 24:11
81:19
**officially** 20:10
**offshore** 16:18
18:7 20:5,7,9
21:5 22:18,25
26:9 27:9,25
30:10 36:10,16
41:13,20 42:25
44:10 45:4
52:14 53:7,12
54:8 56:19
59:1,24 61:3
66:18,19,20

98:17,22 99:7
99:18,19
101:19 102:2
102:14,19,20
104:15 105:17
109:7,9,11
116:5,13,14,19
119:16,22
120:1 125:7,13
125:15 126:2
128:12 129:11
130:4 134:10
134:20,25
135:3,12,21,23
138:24 139:2,4
139:14 140:25
141:12 148:7
**oh** 34:22 35:3
59:4 72:20
92:16 124:8
131:18
**oil** 5:22 7:2
32:23 37:3
48:10,13 51:10
88:4,16 90:13
90:15 116:10
121:16,20,21
122:17 133:21
138:6 140:10
141:24 146:19
**Oilfield** 6:6
**okay** 9:3,6,15
10:15,21 12:20
13:5,8,9 14:9
14:13 15:17
16:1,4,5,7,22
17:9,15 18:2
18:10,13,20,22
20:4,14,18,22

27:6,13,18
28:8,11,22,25
29:8 30:3,17
31:8,22 32:7
33:2 34:4,8,15
34:16 35:6
36:17 37:7,19
38:1,13,21
39:6,8,22,24
40:8,21 42:2
42:12 43:8,20
43:22 44:1
46:17,20 50:2
50:24 51:16
52:1 53:5
54:13 56:14,21
58:2,20 60:20
61:1,13,17
62:22 64:15
65:5,9,17 66:3
66:20 67:1,17
67:23 68:17
69:8 70:3,7,25
71:9,17,18,24
72:7,7,22 73:3
73:6,11 75:13
76:14,16 77:15
77:19,22 78:14
79:11,24 80:1
80:5 81:3,8,16
82:2,6,18,23
83:1,8,19,22
84:2,8,12,18
85:17 86:1,6
86:12,18 87:3
90:22 92:24
93:1 94:4 95:6
100:1,24
101:22 102:19
103:6 106:17

116:22 120:7
121:19,23
122:2,24 123:1
123:5 124:12
126:14 131:14
132:22 133:2
134:8 135:7,9
135:16,20,22
136:8 137:7,13
138:11 139:16
139:25 140:18
140:23 141:4,9
141:10,16,22
142:2,14
143:23 144:9
144:12,18,22
145:7,10,25
146:9,17 147:4
147:10
**Oklahoma**
140:21
**old** 114:11
123:11
**oldest** 114:11
**on-the-job** 100:9
101:11
**once** 18:17 25:2
37:2 38:2 44:9
67:9 74:25
75:19 76:22
82:17 87:6
98:20 101:8
112:19 116:19
122:17 135:23
140:25 145:11
**one's** 68:23
**ones** 24:23 32:17
63:10 90:3
129:5,10
**online** 145:19

Steve Eddy
April 1, 2021

**open** 16:18 20:2
  20:23 24:14
  35:19 88:8,18
  88:21,23 89:5
  89:8,11 95:22
  97:9,11 101:12
  119:5 126:4
  130:2 139:14
**opened** 142:12
**operate** 44:25
  45:4 140:13
**operated** 29:10
  126:12
**operates** 31:1
**operating** 9:8
  24:21 106:21
**operation** 37:14
  62:24 102:9
  103:25 104:7
  107:9 110:14
  115:7 123:19
  124:16 128:11
  128:21
**operations** 6:7
  20:9 45:14
  104:16 135:19
**operator** 28:8
  29:7 41:23
  82:3 99:5
  137:22
**operators** 17:16
  29:22 38:20,23
  39:5 45:18
  90:14 103:22
**opinion** 108:12
**opportunity**
  79:13 92:14
**oppose** 88:24
**opposed** 26:23
  54:10
**opposite** 60:10
**option** 71:22,23
**order** 10:6,25
  11:2 21:23
  37:13 59:20

67:11 78:4
  110:16,21
  128:6 137:21
  139:13 143:17
**orders** 28:19
  130:1
**organic** 117:13
  117:15
**organics** 143:6
**organization**
  46:6
**organized** 92:3
**organizing**
  103:14
**orient** 69:4
**oriented** 69:14
  70:21 98:16
  127:5
**original** 88:7
**originally** 107:1
**originated** 88:16
  140:10
**Orleans** 5:20 6:5
  6:10,24 7:14
  139:23
**OSHA** 81:5,10
**OSU** 66:16,18
**OTJ** 101:11
**OTTINGER** 7:8
**outlawed** 76:5
**outside** 65:25
  110:19 112:4
  122:7
**outstanding**
  28:19
**overall** 132:24
**overflow** 53:15
**overkill** 59:1
**overseas** 71:15
  71:16
**overview** 95:1
  97:4 127:14
**overweighted**
  113:1
**owner** 42:1

**P**

**P** 5:1,1
**packs** 84:4
**page** 55:13
**pair** 141:22,23
**pallet** 84:4,16
**pallets** 30:12
  78:13 125:10
  125:14
**Palm** 12:21
  15:18
**pan** 115:7
**pancakes** 116:2
  116:7
**paper** 69:12
  121:7
**paperwork**
  127:12,24
  128:7
**parallel** 26:7
  32:20
**PARISH** 1:1 4:1
**part** 8:14 12:3
  28:14 35:19,20
  44:13 50:14,15
  57:6 88:7
  93:18 96:15
  103:22 106:5
  109:6 119:7
  123:12 126:22
  127:15 147:5
**partial** 138:1
**participating**
  68:21
**particular** 29:13
  29:18 40:6
  46:10 61:23
  77:8 102:21
  104:4
**particularly**
  36:10 111:4
  117:23 132:14
  132:15
**parties** 150:13
  150:14

**partners** 137:25
**passed** 101:3
**Paszkiewicz**
  11:17,21
**patch** 116:10
  133:21
**PAUL** 5:4
**pause** 32:2
**pay** 36:15 94:4
  123:9 139:22
**paying** 45:11
  137:18
**PC** 5:18
**pecan** 117:16
  142:24 143:5
**pecans** 143:4
**penny** 144:7
**Penrod** 64:24
  66:7
**people** 24:20
  27:2 29:3 32:8
  37:2 45:5 46:1
  53:16 63:6
  77:3 92:9 94:5
  99:15 104:17
  105:4 106:3,4
  108:11 114:11
  119:4 122:19
  124:6,14 138:1
  138:8 139:21
  148:15
**percent** 30:11
  89:15 102:4
  134:19,24,25
**percentage**
  132:23
**perfect** 69:21
  143:12
**perforated**
  89:22
**perforating**
  96:11
**perform** 87:13
**performed**
  85:12 86:14

97:12 101:18
**period** 14:14
  18:6 41:21
  46:5 96:5
  102:18,21,23
  109:1 135:12
  136:20,22
**permeable**
  111:8
**persnickety**
  126:20
**person** 80:13
  107:6 108:16
  122:3 127:2
**personal** 29:8
  39:16,24 40:14
  40:16 42:3,12
  42:18 86:17
  144:11 145:14
**personality**
  108:4
**personnel** 46:4
  103:21
**perspective**
  67:19
**Peter** 6:3 12:11
  15:12 31:23,25
  131:12
**peter.moir@f...**
  6:5
**Phillips** 5:12
  47:11
**phone** 15:3,4
  19:10 68:21
  107:21
**photo** 60:24
**physical** 37:16
  44:9
**picks** 126:1
**picture** 72:21
**piece** 32:20
  61:14 62:7,24
  102:10,11
  121:7
**pieces** 75:13

Exhibit 11
Page 168 of 179

Steve Eddy
April 1, 2021

76:13
**piled** 75:23 79:9
**pin** 130:19
**Pinhook** 7:9
**pinpoint** 48:9
    61:18
**pipe** 56:1 57:20
    57:21 63:2,4,7
    63:13,18,24
    64:9,10,16,20
    70:4 110:15
**Pipeline** 6:15
**pipes** 59:17 63:5
    70:21,22
**PIPKIN** 7:17
**pit** 43:15 74:8
    76:22
**pits** 34:20 43:2
    43:22 76:18,21
    122:3
**placard** 127:24
**place** 18:8 62:14
    62:15 79:9
    112:12
**placement** 52:13
    52:19 61:23
**plaintiff** 1:5,15
    4:5,14 5:3 8:2
    10:7,25 11:2
**plaintiff's** 84:20
    146:10
**plan** 104:13
**plastic** 84:2
**plat** 56:24
**plated** 121:9
**plates** 111:2,2,3
**platform** 52:15
    65:7,8 130:9
**platforms** 71:12
**plating** 143:17
**play** 11:5
**played** 114:20
    121:6
**please** 11:24
    12:14,15 15:13

**plenty** 141:23
**plug** 33:21
    117:13 122:10
    124:9 144:16
    144:19,23,24
**plugged** 130:5
**plus** 98:2
**pneumatic**
    121:6
**pneumonic**
    145:11,13
**point** 23:2,25
    24:12 40:22
    48:16 49:11
    50:3 52:12
    59:3 61:19
    64:15 92:5
    96:12 100:25
    133:3 141:16
**points** 32:14,16
    33:3 40:22
    47:12
**policy** 131:24,25
**polite** 53:15
**pool** 32:11
**poor** 92:10
**popular** 114:18
**porous** 32:24
    111:4,8 114:20
**portion** 113:1
**position** 23:3,12
    23:22 24:4
    26:24 44:10
    57:10 94:16
    95:2 97:6
    99:25 137:20
**positioned** 54:9
    62:13
**positioning**
    74:13
**positions** 13:12
    16:11 93:5,19
    94:18 103:2
    108:25
**possible** 53:2

105:15 125:15
    137:12,24
**potential** 45:17
    45:19 80:7
    81:4,12,18
    122:10
**potentially**
    124:15
**pound** 53:23
**pounds** 113:19
**poured** 119:9,11
**powdered** 119:8
    119:11
**powerful** 77:13
**Poydras** 7:13
**practice** 107:11
**preferences**
    31:12
**premium** 125:13
**prepare** 89:2
**prepared** 68:19
    72:12 119:4
**presence** 141:6
**present** 55:22
**preserve** 9:13
**president** 138:6
**press** 121:3,6
**pressure** 35:12
    35:14,15,20,21
    53:24 113:24
    113:25 115:10
**pressured** 114:4
**pressures** 33:8
**presume** 146:21
**presuming** 92:7
**presumptuous**
    78:8
**pretty** 30:15
    34:17 56:16
    63:3 79:1
    88:15 101:7
    103:23 104:6
    114:24 117:18
    119:13 126:17
    128:7

**prevalent** 143:8
**prevent** 33:22
    53:25
**prevents** 111:11
**previous** 62:4
**Previously**
    134:17
**primarily** 29:4
    136:20
**principally**
    17:19
**prior** 22:22
    87:16
**pro** 89:2
**probably** 14:7
    28:20 67:10
    79:2 90:12
    99:13 107:5
    123:8 134:24
    145:8
**probe** 32:18
**problem** 34:23
    112:24
**problems** 36:15
    37:1 105:6
    122:7
**procedure** 8:20
    8:21 136:15
**procedures**
    96:17
**proceed** 124:12
**proceeding** 97:2
**proceedings**
    10:7,25 150:10
**proceeds** 111:1
**process** 33:10
    89:12,13 100:8
    101:10 103:20
    120:21 134:22
**processes** 96:10
    96:17
**produced** 4:20
    8:13 12:2
**producers** 90:11
**producing** 89:2

**product** 82:7
    84:9 98:19
    142:17 144:18
**production** 5:17
    65:7 67:25
    68:2 74:21
    75:14 89:7,13
    89:20,22 129:2
    129:2,19,23
    130:6,9
**products** 6:21
    7:7 86:10,15
    115:19 118:10
    141:12 144:15
    145:23 147:7
**professional** 8:5
    94:9 122:18
    126:10 127:4
**profitable** 45:1
**program** 49:2
    101:3
**programs** 45:9
**progression**
    48:18,20,25
    49:10,11 95:11
    100:6
**promoted**
    100:22 101:4
**pronounce**
    12:25 13:1
    15:21,22 92:23
**pronounced**
    92:15
**pronouncing**
    15:24
**pronunciation**
    13:6 16:4
    92:22
**proofread** 150:9
**propping** 111:13
**prototype** 49:13
    49:25 139:3
**prototypes**
    21:19 22:19
**proud** 80:4

Exhibit 11
Page 169 of 179

Steve Eddy
April 1, 2021

**provide** 46:9
  86:10 109:9
**provided** 101:6
  108:12
**provider** 88:5
  95:24
**providing**
  101:21 129:6
**provision**
  106:24
**pub** 93:23
**public** 93:23
  149:10
**PUGH** 7:12
**pull** 106:18
  124:4
**pump** 58:19
  112:10
**pumped** 110:15
  112:1
**pumping** 77:13
  112:16 129:6
**pumps** 77:13,23
**pure** 28:5
**purpose** 109:11
  110:13
**purposes** 16:5
  89:23
**pursuant** 8:20
**put** 15:4 22:7
  33:15 34:25
  50:2 71:15
  75:2 76:15
  77:21 109:3
  114:6,9 118:25
  121:3,5,25
  124:9
**puts** 80:14
**putting** 53:24
**pyramid** 99:1

— **Q** —
**QHSE** 93:7,17
  96:19
**quad** 63:19

**quadruple** 63:19
**quality** 93:7
  96:6,18,23
  105:25
**question** 9:11
  32:3 34:22
  40:4,11,14
  98:20 101:9
  110:7 127:10
  129:14 130:18
  137:13 138:22
**questioning**
  147:18
**questions** 3:2,2
  3:3,3,4,4,5,5,6
  12:10 13:7
  15:11 16:5
  44:20 46:20,23
  47:3 79:22
  80:2 82:7,19
  84:18,20,23
  85:3 86:25
  87:2 99:23
  131:7,11
  138:23 140:6,8
  146:4,9 147:11
  147:14,16
**quicker** 30:21
**quickly** 32:2
  84:25
**quite** 38:5 58:19
  71:21 89:6
  94:1 118:8
  143:17
**quote/unquote**
  23:14

— **R** —
**R** 5:1
**racks** 57:21
**radioactive**
  127:23
**rake** 122:11
**ramp** 70:9 73:7
**ran** 24:25 25:12

36:14 96:3
  120:24 122:18
  123:1 136:18
  143:1,3,9
**range** 95:5
  128:10 146:18
  147:1
**rare** 54:12
**rarely** 29:6
**rarity** 63:16
**ratio** 22:4
**ratioed** 121:1
**read** 83:12,15,17
  83:18 149:1
**reading** 121:18
**readjust** 115:10
**ready** 30:20,24
  106:20
**real** 74:9 77:7
**really** 18:21 27:3
  34:13 36:4
  52:7 63:10
  69:22 87:10
  100:22 115:6
  122:20 123:22
  123:23 126:2
  127:17 131:5
  140:21,21
  142:8 143:2,18
  143:21
**reason** 35:10
  48:2 53:6,21
  71:20 75:11
  85:20 86:13
  97:20,23
  107:20 110:23
  114:23 145:14
**reasonably**
  113:12
**reasons** 26:13
  27:15 33:13
  94:11 97:18
  110:22 122:4
  139:6
**recall** 18:3 21:2

22:10,11,21
  24:6 27:19,22
  27:24 28:3
  40:23 41:4,22
  42:8,9 84:8
  85:4,7,10,17
  86:6 91:1
  108:19 115:20
  116:25 117:11
  118:16 124:22
  125:18 132:10
  132:17 135:3,9
  135:12,23
  147:22 148:1,3
  148:7
**recalled** 41:12
  84:13 146:10
**recertifications**
  45:10
**recirculated**
  112:7
**recognize** 69:8
  70:20 72:25
**recollect** 53:7
**recollection**
  22:15,24 25:24
  26:11,19 29:9
  30:3 31:15
  42:5,25 44:7
  49:19 83:2
  84:1,7,15
  85:13,25 91:12
  108:11 134:19
  140:18 145:9
**recollections**
  143:23
**record** 10:6 11:8
  11:23 15:5,9
  24:8 47:8
  79:15,16,20
  92:8 110:10
  131:24,25
  148:20
**recording**
  131:14

**recordings**
  101:22
**records** 130:12
  130:14
**recover** 37:16,18
**rectangle** 70:21
**reduced** 18:8
**redundancy**
  59:6,7
**REESE** 5:9,13
**refer** 17:7 32:13
**reference** 14:23
  17:5
**referred** 17:7
  20:14 72:10
**regard** 138:19
**regarding** 10:6
  81:18
**Regardless**
  10:24
**Registered** 8:4
**regular** 21:22
  25:15,24,25
  29:4 31:3,8,10
  31:16 38:13,21
  38:22 106:8
  107:3,5 133:10
  139:14
**relate** 141:2
**related** 94:7
  150:12
**relating** 132:16
**relations** 141:1
**relationship**
  17:18 31:13
  107:8,20,25
**relative** 35:12
  68:9 75:24
  77:5 150:13
**relatively**
  106:17
**relay** 141:2
**relevant** 129:12
**relief** 25:17
  26:15 27:7

Exhibit 11
Page 170 of 179

95:24 105:20
109:17 133:2
133:13,24
134:11 138:24
**relieved** 105:16
**remain** 50:7
**remediate** 82:1
**remember** 23:1
23:1 28:6
40:13 65:4
82:23 83:3,4,8
83:19,21,22,24
90:2,21,24
91:8 99:13
116:13 117:5
119:17 132:25
133:22 136:19
142:4,4 143:11
143:12,24
144:1,4,4,8,20
144:21,23
145:4,5,12,15
145:16 147:25
**remembered**
51:25 145:21
**remmett@ba...**
5:20
**REMOTE** 1:21
4:19
**remotely** 4:21
150:5
**repeat** 14:20,23
17:3,5 25:2
37:12 51:6
52:6 80:3
108:21 130:20
130:22 135:15
**reported** 26:2
103:23 150:8
**reporter** 8:5,5,6
8:15 11:12,20
11:24 12:4
14:24 32:7
86:20 149:18
150:1

**Reporting** 11:17
11:21
**represent** 19:7
47:11
**representing**
11:16,21 19:3
39:9 121:9
**required** 27:3
61:22
**research** 93:16
**reservations**
122:21
**reserve** 9:10
76:24
**reserved** 8:8
148:21
**reserving** 9:13
**reset** 33:10,12
**residual** 121:16
121:19
**resistivities** 38:9
**resistivity** 121:5
121:8,13,15
**resolution** 54:21
**resonance** 21:12
21:14 22:17
**respect** 40:11,15
147:20
**responding** 8:14
12:3
**response** 146:9
**responsible**
96:23 103:14
**responsiveness**
9:11
**rest** 51:4
**result** 111:9
**results** 38:12
**resume** 96:25
97:3
**retention** 131:24
131:25
**retire** 87:25
**return** 76:22
113:5

**returns** 35:16
112:14
**RFT** 17:8,13,15
17:20,24 18:11
24:21 25:1,22
26:1 27:20
29:16,20 30:7
30:19 32:10,11
32:22 33:3,17
33:18 34:9
36:7,18 37:2,7
37:13,17,20,21
37:23 38:15
50:19 51:6,12
52:5 108:19
109:4,5,6,9,15
116:15 123:10
123:10,19
130:22 131:1
132:3 133:16
135:25
**RFTs** 132:2
**rggreen@ohll...**
7:10
**rid** 112:6
**ride** 99:19
**rig** 22:12 27:9
27:25 28:3,25
29:3,11,18
30:20 31:13,17
38:24 40:6,16
41:8,13,17,22
42:1,4,13,19
43:10,19,21
45:13 52:15,21
53:3 54:9 55:4
55:6,7,23
56:12,13,25
57:2,8,16
59:14,18,21
60:9,12 61:18
61:24 62:3,9
62:19 64:8,16
65:14 66:3
67:2,5 68:5,12

68:24 70:1,16
70:16,20 71:1
71:15 74:10,22
75:2,15,25
76:2,3 77:8
78:3,5,23,24
81:9 82:3,17
98:7,8,24
99:11 104:22
104:23,24,24
106:9 107:8
109:15,19,23
109:25 114:13
125:15 127:19
130:6 132:4
134:10 135:17
136:9 139:20
147:23 148:4
**rigged** 76:9,12
**right** 10:17,17
15:3,4 16:17
21:18 23:19
24:4 26:25
40:11,24 48:11
48:13 49:15,17
50:7,11 51:10
51:23 52:4,11
53:4,18 55:10
55:16,19 56:7
57:7,7,19,24
58:12 60:5,14
61:9 62:16
63:6,15,18
65:1 66:6,10
66:11,23 70:11
70:14,19 73:16
73:21,25 74:3
76:20 78:6
79:5 82:18
86:25 91:10
103:8,9 104:8
108:6 109:8
116:8,23
117:19 130:23
131:6 133:4

136:1,13
137:19 139:8,9
139:16 141:24
142:7,24
143:10,15,19
145:16 146:12
146:15 147:1,4
147:18
**right-hand**
55:13 69:6
70:15
**rigorous** 18:21
49:2
**rigs** 18:8 26:10
28:4 30:24
39:11 41:4,8
42:4,25 52:24
63:8 71:12
75:9,23 78:24
82:11,16 85:16
98:1 105:6
107:1,23 109:7
109:12 124:25
135:10,10,11
135:14 140:25
146:19
**risk** 45:18,19
80:14
**river** 127:21
**Riverway** 7:18
**road** 7:9 30:13
127:21
**Robert** 5:18
**rock** 37:16 111:5
**Rodger** 7:8
**Roger** 86:22
**role** 134:14
**roof** 58:7 61:10
**room** 47:1 61:24
**rope** 99:1
**ropes** 49:5
**Rory** 7:8
**rotation** 106:18
**Rouge** 1:1 4:1
5:24 6:14,19

Steve Eddy
April 1, 2021

**rough** 89:14
  127:14
**roughly** 53:1
  55:7 67:8
  134:24
**roughnecking**
  119:4
**round** 13:21,25
  16:21 20:20
  55:25 56:17
  64:12 67:18
  87:22 98:1
  135:13
**route** 74:17
**routine** 18:21
  79:10
**routinely** 24:25
  29:5
**Roy** 6:8
**RPR** 2:1 4:22
  149:18 150:4
  150:18
**rubric** 51:7
**rules** 8:20,24 9:8
**run** 22:6,8,19
  25:18 27:5
  29:5,20 33:17
  34:12 35:4
  36:7,19,25
  37:8,11 89:20
  100:15 101:7
  105:1 115:5,5
  115:8,12
  117:21 133:16
  136:21
**running** 17:13
  20:5 21:3,21
  22:14 24:20
  25:14,16 26:20
  27:7,16 29:16
  29:16 33:3
  34:9 37:20
  38:14,22 49:22
  59:2 95:14
  116:15,15,16

120:23 122:21
  134:23,25
  135:25 136:1
  138:13,25
  139:2,5
**runs** 25:11 124:1

─────────
**S**

**S** 5:1,18
**sacks** 80:25
  118:11 119:5
  125:14 126:5
  144:24
**safety** 44:21,24
  45:9,18 46:2,4
  93:7 96:23
**sake** 126:3
**sales** 106:12
**sample** 25:6
  32:23 37:2,22
  38:15,25
  120:25 136:12
**samples** 25:4
  37:16,18 38:5
  120:19
**sampling** 33:5,9
  38:10
**sand** 33:1
**Sandy** 96:11
**saturation**
  121:16,20
**saw** 39:1,3 40:13
  41:5 54:8
  66:23 82:10
  116:4,4 122:19
  123:2,3 124:7
  137:9,11 142:1
  146:23
**saying** 36:8 45:2
  64:11 76:4
  129:1
**says** 8:16 12:5
  116:6 124:8
  142:23
**scale** 55:25

**scaring** 53:17
**schedule** 28:21
  28:23 104:17
  105:18 115:6
**schedules**
  103:17 104:3
**schester@wat...**
  5:6
**Schlumberger**
  6:2 10:9 11:4
  13:9,13,16,20
  14:15 16:8,12
  16:15,17,20,23
  17:24 19:5,7
  19:12,18,19,23
  21:8,16 23:3
  25:9 29:10,24
  30:25 39:7,18
  44:22 45:8,16
  45:17,19 48:14
  48:16 49:6,12
  50:4,8,17
  51:11 52:13,19
  52:20 54:9
  55:16,23 58:3
  58:6,14 59:12
  59:18 60:14,17
  60:20 61:15
  66:16 67:1
  68:3,5,12
  70:15,25 71:1
  71:17 73:22
  74:3,7,23
  75:16 78:18,19
  80:6,9 81:10
  85:14 87:18,21
  87:25 88:3
  89:25 92:13
  93:6 94:15,17
  95:3 96:7,14
  96:15 97:5,6
  97:13,15 99:24
  100:10 103:2
  107:12 109:18
  111:19 117:1

120:24 125:17
  126:25 127:1
  128:2,3,12,22
  129:18 137:16
  140:9,13,16
  141:6
**Schlumberger's**
  131:23 138:12
**schools** 100:25
**Schuette** 6:12
**scoring** 100:21
**scratch** 116:2
**screen** 33:11
  34:7
**script** 83:6
**seal** 37:17 89:1
  114:22 115:1
  145:4
**seas** 54:19 98:23
  99:9
**second** 32:3 48:5
  66:12 79:15
**section** 63:4
**sections** 63:5
**Sedco** 140:25
**sediment** 33:5
**see** 34:21 52:20
  52:23 55:10,16
  57:3,5,8,12,13
  57:19,21 61:1
  62:17 64:10
  65:12,19 66:2
  66:7 67:14
  69:1,2,3 70:7
  70:11,14,14
  73:4,16,21,24
  74:6 78:15
  84:14 116:13
  142:10
**seed** 143:10
**seeing** 40:23
  41:13 42:5,9
  84:9,13 115:20
  116:25 118:16
  135:23 136:19

143:24 144:8
**seen** 36:1 40:10
  52:18 53:2
  61:9 64:17
  71:10,21,25
  72:2 74:8,13
  74:15,21 75:10
  75:15,22,23
  76:1,6,7,9 77:4
  78:13,21,21,22
  79:8,9 82:12
  82:15,16 117:9
  118:10,20
  119:7 125:4,14
  137:23 138:1
  138:18 145:8
  146:21
**semipermanent**
  98:4
**send** 104:25
  107:22
**sending** 127:16
**senior** 48:19,21
  87:12 95:12
  101:1
**sense** 75:12
  106:1 127:6
  138:21 143:13
  144:3
**sensors** 23:9
  96:7
**separate** 10:20
**separated** 64:7,7
**separating**
  64:15
**sequence** 95:18
**ser** 115:12
**series** 100:9
**servant** 100:14
**serve** 24:1,13
  30:25
**service** 13:13,19
  13:22 14:5,14
  14:16 16:12,19
  16:23,24 17:10

Exhibit 11
Page 172 of 179

22:6 24:3,3,19
25:8,9,11,14
25:17 26:4,5,8
26:24 27:5,6,8
27:16,17 28:14
29:3 30:4
50:18,21 51:1
51:7,12 61:11
66:18 95:21,23
97:8 107:19
109:10 127:5
128:5 129:20
130:1 133:12
134:9,11,20,23
135:1 136:6
137:21 139:4
140:14,15
141:7,17
**serviced** 107:2
109:15 128:11
128:21 130:15
132:21
**services** 14:16
14:19 16:24
17:2,10,13,20
20:1,3 24:1,13
24:15,16,19,19
24:25 25:15,16
25:18 26:6,15
26:16 28:9,15
28:19,24 29:4
29:6 30:5,9,19
31:10 50:19,25
51:4,8 61:6
87:19,21 88:5
88:16 89:16,20
89:21 95:13,23
95:25 99:25
101:6,20 103:8
103:11,13
105:23 106:9
107:13 108:7
108:12 109:2,4
115:12 120:24
120:25 124:13

127:11,18,20
133:3,7,8,11
133:12,20
134:9 138:13
**servicing** 65:7
97:25 148:1
**set** 25:5,12 29:25
33:7 58:17
68:3,9 71:10
71:20,21 75:8
76:3 100:16
104:17 122:19
126:11
**sets** 9:8 29:21
30:12
**setting** 33:10
38:22 72:6
**setup** 71:8,25
**Seven** 54:19
**shack** 70:11
**shaker** 77:1
112:6
**shakers** 112:17
**shape** 51:3
**share** 54:15 56:7
59:23 64:22
68:18 72:8
**shared** 54:14
56:8 67:20,24
**shares** 138:2
**sharing** 108:25
**sheet** 111:6
127:18
**Shell** 7:2 90:7
137:23
**Shelley** 6:22
**shells** 33:24
142:6
**shift** 53:3
**ship** 98:10 99:11
104:23
**shipped** 30:14
95:17
**ships** 55:1
**shirt** 126:11

**shoes** 120:1
**shoots** 37:14
**short** 21:13 46:5
53:3 67:15
97:17 133:21
**shorter** 64:4
**shorthand** 8:4,5
14:22 17:5
**shot** 56:16
102:11
**shots** 45:10
47:16 48:3
**show** 54:13 81:9
**showed** 134:2
**showing** 60:25
74:10
**shown** 68:4
**shows** 24:9
**shrift** 133:21
**shrinkwrap**
84:5
**shut** 105:6,9
**sic** 15:19 121:1
121:22
**sick** 25:19
**side** 3:9 37:15
55:13 57:4
60:6 69:5,6
70:15 72:12
73:19 94:21
96:18 121:10
140:16
**sides** 111:3
**sideways** 108:2
**sign** 36:12
**signature** 8:7
148:21 149:2
**signed** 116:23
**significant** 18:3
**signs** 137:21
**similar** 55:1
60:21 62:19
66:23 94:6
**similarly** 86:2
**simple** 54:2,3,4

**single** 57:23,24
115:25 129:1
**sir** 47:7 67:23
68:15,17 72:8
72:23 79:11
87:5 94:11
124:11 130:18
141:18 145:25
**sit** 80:21
**site** 80:6 147:23
**sites** 96:17,20
**situation** 36:5
**six** 21:1 49:21
100:17 134:3
**size** 144:6
**sized** 97:25
**sizes** 122:8
**skills** 108:15
**skin** 125:20
**slacks** 126:11
**SLB** 73:22
**sleeve** 32:19
**slick** 61:7
**slight** 30:19
**slightly** 139:5
**sloppy** 73:12
**slough** 111:14
**slow** 18:3,5,9
43:5
**slung** 99:10
**small** 58:13,14
97:23 134:18
**smaller** 34:4
62:6 63:9
90:14 115:11
**smart** 37:4
**smell** 119:17,18
**smooth** 107:9
143:18,21
**snapolitano@...**
6:24
**socks** 114:12
143:13
**sold** 23:14
144:18

**solids** 32:22 38:7
**something's**
138:5
**soon** 49:21
**sorry** 32:4 43:7
59:5 73:11,12
90:19 104:9
124:18 134:4
**sort** 29:22 45:3
51:5 105:4
114:22,23
116:6 124:10
127:17 133:18
138:10
**Sounds** 80:5
**sour** 107:25
**source** 92:10
**sources** 127:23
**space** 64:9 71:13
79:4 125:7,12
**speak** 32:4 43:6
47:23 79:13
87:9 130:11
131:6
**speaking** 18:24
29:25 32:8
37:5 67:8
**special** 21:24
25:16,18 26:6
46:1 50:19,25
51:4,8,12
95:13,23,25
109:3
**specialist** 17:20
17:24 18:11
25:22 26:1
27:20 30:7
37:21 52:6
108:19 109:5,6
109:17 133:17
134:23 137:6
**specialists** 38:3
130:23 131:1,2
**specialty** 14:16
14:19 16:24

Steve Eddy
April 1, 2021

17:2,10,13,20
21:9,11,15
24:16,18,24
26:15,20 27:5
27:7 28:15,23
29:6,16 30:5
37:20 38:14
124:13 133:3,7
133:12,20
138:25 139:10
**specific** 27:24
29:2 39:20
41:22 83:21
84:5 85:13
91:11 106:6,7
124:25 128:17
145:13 148:3
**specifically**
16:17 28:6
82:25 83:3
90:21 144:1
147:25
**speculate** 83:25
**speculation** 28:5
**spent** 34:20
141:23
**spillage** 78:22
**spoken** 19:10,14
**sponge** 142:15
**spool** 73:23,23
**spread** 96:9
**spring** 63:4
**Springs** 11:18
11:20
**St** 5:19 6:4,9,23
**stability** 111:16
**stable** 111:9
**stack** 128:7
**stacked** 64:8
78:10 84:17
133:23
**staff** 95:15,16
**staffing** 51:3
**stainless** 32:20
**stand** 14:10 56:1

59:16,16 63:5
63:7 108:21
**standard** 63:1,3
63:24 64:19
127:20,22
**standards** 96:10
**standing** 63:14
**stands** 62:10
63:12
**start** 19:19 21:8
38:7 49:13
50:21 52:5
94:16 100:24
104:13 113:23
**started** 15:20
99:23 100:23
**starting** 12:12
113:12
**state** 1:2 4:2 9:9
9:21,23 10:1,8
32:2 74:24
75:21 115:2
147:22 148:6
**statement** 81:15
**States** 1:11 4:10
92:1 97:19
**stay** 97:22
**staying** 101:2
**steel** 32:21 76:3
**stenographic**
11:23
**stent** 27:12
**stepped** 47:1
**Steve** 1:21 4:19
8:12 11:8 12:1
12:16,19 15:14
15:16 87:7
133:9 149:1,5
149:17 150:7
**Steven** 12:17
15:15
**stick** 110:25
123:13
**sticks** 67:16
**STIPULATED**

8:1
**stirrers** 119:6
**stood** 115:23
**stop** 114:5,7,14
115:7
**stopped** 59:5
**stopping** 114:25
**storage** 78:10
**store** 77:24
**stored** 79:2
125:1
**stories** 114:10
**straight** 19:21
56:16 67:10
**Street** 5:5,9,14
6:18 7:4,13
**string** 25:3
110:17,19,24
112:2,3,5
115:9
**strips** 144:6
**STRONG** 7:17
**structure** 60:3
**stuck** 116:3,12
**stuff** 22:7 33:1
33:25 49:8
77:21 79:1,8
104:23 105:4
106:3 112:10
114:17 117:18
119:14,18
121:2,3 127:20
127:25 140:22
142:21
**stupid** 37:6
143:3
**Subscribed**
149:7
**subsequent**
130:16
**subsidiary** 71:16
**substance** 22:3
120:7
**substantial**
80:14 104:7

**successful** 49:24
50:3
**sucked** 35:24
**sucking** 114:3
**sucks** 112:21
**sudden** 104:24
**suffer** 126:22
**suite** 5:5,10,14
5:19 6:4,9,13
6:18,23 7:4,13
7:18 31:10
**suited** 126:19
**suites** 11:18
101:5
**Sun** 86:6
**Sunbelt** 86:2,7,9
86:13
**supplied** 141:11
**supplier** 146:25
**supply** 30:13
98:22 99:7,18
99:20 146:15
146:17,18,18
**supposedly**
116:20 143:2
**sure** 30:11 38:9
40:3 41:16
46:14 47:24
51:2 69:14
72:20 76:25
78:20 91:23
93:25 94:22
95:8 104:5
118:13 122:25
127:25 128:4,8
129:25 135:24
136:14 144:4
147:20
**surface** 110:18
110:20 112:1,5
112:6,11,17,22
113:4
**surfaces** 119:25
**surprise** 74:14
78:15

**surprised** 75:7
116:13 136:5
**surprises** 30:18
**surreal** 99:12
**surviving** 47:14
**Susannah** 5:4
**Suzi** 10:4,14
69:24 72:20
148:14
**swamp** 125:9
**swamps** 101:14
**swear** 11:25
145:5
**sweet** 29:5
**swirl** 126:6
**sworn** 4:20 8:13
12:2 15:10
150:8
**swung** 99:9
**system** 22:3,5
33:14,14 34:19
44:14 58:16
115:10 119:8
**systems** 74:14
119:9

---

**T**

**t's** 128:9
**table** 73:23
**tack** 133:8
**tackle** 65:20
**tad** 47:23
**take** 12:14 15:3
25:3 32:8,8
35:13,16 38:7
56:9 59:9,11
79:15 81:25
136:12 144:10
**taken** 1:21 8:3
8:20 15:7
79:18 149:2,19
150:10,13
**takes** 124:5
**talk** 26:16 52:19
89:5 94:18

Exhibit 11
Page 174 of 179

Steve Eddy
April 1, 2021

Page 174

105:8,12,25
109:22 134:12
138:2 142:6
**talked** 19:17
23:24 31:25
39:8 73:7
123:17 125:6
133:2 134:9
135:22
**talking** 29:3
41:19 78:22
94:23 95:9,19
96:5 102:12
111:24,25
119:15 128:16
128:23 132:8
137:14 138:3
139:8,22
**tank** 74:16 75:4
76:24 119:6
122:12 136:11
**tanks** 74:11 77:4
78:4 112:18
125:5,11 137:7
**TARDY** 6:22
**Tarpon** 11:18,19
**taxi** 105:23
**Taylor** 2:1 4:22
8:4 11:21
149:18 150:4
150:18
**technical** 98:18
**technically**
108:14
**technicians** 96:4
**technology**
88:12,15 140:9
**Tedesco** 7:3
**teeth** 57:5
**TELEPHONIC**
8:22 9:2,5,18
9:17 10:11,13
10:19,22 42:16
81:21 82:13
84:24 90:19

91:3,6,18
93:13 94:20
98:14 100:2
107:14 110:1
115:22 117:3,6
118:18 119:1
120:12 124:19
125:2,22
128:13 129:22
131:16,20
148:18 149:17
**telephonically**
4:21 5:3,7,16
5:21 6:6,11,15
6:20 7:2,6,11
7:15 150:5
**tell** 12:15 15:13
35:1 54:18,22
60:3 84:17
92:20 116:21
123:6 124:9
145:1
**telling** 123:22
**tells** 107:22
**temporarily**
25:6
**ten** 105:9
**tend** 34:4 110:25
132:25
**term** 77:10
88:17,19 104:8
108:19 130:10
**terminal** 117:23
**terms** 62:23
97:15 112:15
131:24 134:8
142:5
**test** 14:20 18:25
22:16 23:7
49:12 88:13
96:4
**tested** 23:13
**tester** 17:3,6
25:2 108:22
130:20

**testers** 88:13
**testified** 17:23
22:9 39:16
52:4 132:3
**testifying** 132:10
**testimony** 17:25
39:25 47:13
149:3
**testing** 21:9,16
21:18,21 23:8
23:18 50:5,8
51:7 52:6
95:16,17 96:3
100:20 136:1
137:3 139:3
**tests** 22:14 49:23
49:24 104:2
**Texaco** 7:16
90:16,22,24
91:16
**Texas** 14:8
23:10
**thank** 32:5
47:25 69:22,22
70:2 72:18
79:11 86:19
87:8 89:24
90:5 94:11
99:21 103:1
124:10 130:18
131:5,9 137:4
140:4 145:25
147:11 148:10
148:17,18
**Thanks** 10:2
69:16 72:22
**Thanksgiving**
142:12
**thin** 143:3
**thing** 32:22
35:18 44:25
46:1,19 79:10
98:5 99:1,16
112:23 113:11
113:15 116:6

130:10 145:1
**things** 29:5
33:15 34:6
35:9 38:8 46:5
54:23 61:8
67:15 68:9
71:14,17 74:17
77:16 88:13
92:5 96:13
105:15 111:16
113:9 114:8,16
114:19,21
115:4,14,15
117:13,17
121:4 122:22
123:1 127:19
129:21 137:3
139:21 140:17
140:20 142:11
142:12 143:6
**think** 26:7 27:9
40:13 41:11
44:9 53:19
56:3,4 65:2,19
67:9 70:5,5
82:2 84:18
90:11 97:1
98:17 105:9
118:12 127:4
129:12 131:16
134:18 135:17
137:14 139:17
140:24 145:3
148:11
**third** 21:13
133:13,23
**thought** 126:21
142:11
**three** 13:2 18:18
20:12 24:24
63:2,5 67:4
70:22 96:12,21
97:18,22 101:1
101:14 104:22
115:13 120:22

121:3 122:1
128:25 135:8
**three-joint** 56:1
62:10
**three-stand**
62:19
**three-year** 41:21
135:12
**throw** 99:3
114:11,13
**thrown** 144:23
**tie** 29:25
**tied** 145:13
**time** 9:10 11:6,9
11:13,24 14:7
14:24 16:2
17:14,19 18:13
20:10 21:4,6,7
27:10,25 28:4
28:12 29:20
32:9 33:19
34:20 42:1
46:5,21 48:7
50:16 51:5
53:9 62:8 68:2
79:12 84:19,21
86:20,25 87:9
87:10 89:24
90:11,17 91:4
91:17,21 92:10
93:16 98:3
99:4,23 102:22
102:24 103:10
103:11 105:16
105:17 106:19
106:22 108:7
109:1,13
114:15 115:20
116:4,5 117:2
118:17 120:20
124:5 125:18
126:18 128:6
128:11 131:6
132:24 133:6
134:4,5,24

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 175 of 179

Steve Eddy
April 1, 2021

Page 175

| | | | | |
|---|---|---|---|---|
| 136:18,19 | 37:20,24 38:14 | 50:4 96:1 | 137:24 | 102:19 |
| 137:9 141:15 | 38:22 49:13,16 | **transition** 137:4 | **turned** 102:17 | **typically** 36:19 |
| 141:24 143:14 | 49:17 95:14 | **transitioned** | 130:16 | 37:7,21 38:15 |
| 145:18 146:1 | 122:8,19,23 | 99:25 | **turning** 69:12 | 38:21 43:2,13 |
| 150:10 | 123:10 137:4 | **translated** 150:9 | **turnkey** 137:22 | 43:15,23 44:2 |
| **times** 18:17 | 138:25 139:10 | **transporting** | **turns** 89:3 124:8 | 102:21 113:17 |
| 19:11 26:13 | **tools** 123:7 | 127:25 | **twice** 82:15 | 128:24 |
| 27:8,9,12,15 | 127:22 139:3 | **traveling** 65:23 | **two** 7:18 8:25 | |
| 27:18 33:10 | **top** 53:10 65:20 | 65:24 | 9:8 10:20 | **U** |
| 40:12 71:10,21 | 65:21 66:21 | **tree** 143:5 | 22:19 23:23 | |
| 91:25 116:4,16 | 68:24 70:1 | **trial** 72:21 | 24:24 25:3 | **U.S.A** 7:15 |
| 118:10,20 | **total** 99:10 | 108:18 | 26:2,12 27:12 | **Uh-huh** 24:5 |
| 119:3 124:24 | 135:14 | **triangle** 60:7 | 27:18 32:8 | 47:10 52:17 |
| 128:25 130:8,9 | **totally** 92:3 | **tried** 62:14 | 40:12 41:21 | 64:25 73:8 |
| 131:3 132:15 | **touch** 92:17 | **tries** 33:11 99:6 | 50:10 58:18 | 74:1 89:18 |
| 133:1 134:10 | 126:24 | 99:8 | 59:2 63:8 | **uh-oh** 124:7 |
| 134:18 135:4 | **tower** 55:8 57:14 | **trip** 144:25 | 64:12,17 66:13 | **underground** |
| 135:14 138:1 | 57:17 66:4 | **triple** 62:20 | 67:16 71:14 | 35:22 88:11 |
| 139:2 | **trace** 91:22 | **trips** 100:10 | 74:11 84:16 | **understand** |
| **timing** 99:2 | **track** 92:5 | 134:20 | 96:12 98:21 | 18:24 39:9 |
| **titanium** 32:21 | **tracked** 78:23 | **trouble** 107:23 | 100:17 103:6 | 40:3 50:15 |
| 123:11 | 78:23 119:20 | **truck** 20:6,9,10 | 111:12 112:23 | 64:9 80:1,2 |
| **title** 95:5 96:9 | 119:20,21 | 20:15,17,19 | 113:20 116:4 | 91:11 118:13 |
| **today** 11:16,20 | **tracking** 120:16 | 98:3 119:21 | 117:22 121:18 | 124:3 |
| 16:5 80:21 | **traditional** 11:2 | 128:3 | 122:3,10 135:2 | **understanding** |
| 92:20 94:12 | **traditionally** | **truck-on-a-ba...** | 135:3,10 137:2 | 29:9 48:10 |
| 99:22 120:11 | 107:17 | 20:15 | 138:23 | 51:16 81:17 |
| 130:21 131:6 | **traditions** | **true** 10:11 31:2 | **two-minute** 15:3 | 87:11 91:16 |
| 140:9 147:19 | 106:15 | 82:3 139:1 | **two-stand** 62:9 | 93:11,21 |
| **Today's** 11:9 | **train** 100:18 | 149:2 150:10 | 62:18 | 108:24 110:4,7 |
| **told** 14:4 35:1 | **trained** 100:11 | **try** 22:20 32:1 | **two-weeks-on-...** | 110:12 113:7 |
| 40:12,21 41:11 | 103:16 | 33:12,21 34:8 | 105:18 | 129:16 147:21 |
| 48:3,3 75:1 | **training** 45:20 | 37:13 61:17 | **TX** 5:6,10,15 7:5 | **understate** |
| 81:24 93:4 | 45:23,25 46:10 | 97:22 107:9 | 7:19 | 45:15 |
| 106:13 114:24 | 46:14 100:10 | 108:5 113:15 | **type** 20:6,15 | **understood** 35:5 |
| 131:17 143:13 | 101:10,11 | 115:8,8,15 | 21:24 59:25 | 130:21 |
| **tons** 45:24 | **transcribed** 8:7 | 136:14 148:12 | 61:11 65:7 | **underwear** |
| **tool** 14:19 17:2 | **transcript** 3:12 | **trying** 9:25 | 80:13 88:11 | 143:13 |
| 21:9,11,12,14 | 149:1,3 150:9 | 12:13 32:22 | 94:5 129:19 | **unfortunately** |
| 21:15,20,21 | 150:10 | 43:6 98:25 | **types** 61:7 | 69:20 116:18 |
| 22:17 25:3,5 | **transcription** | 99:4 114:9 | 112:20 114:18 | **unidentifiable** |
| 26:1,20 29:17 | 150:9 | 123:15 129:16 | 114:20 117:15 | 142:22 |
| 32:11 33:7,17 | **transfer** 50:9 | 133:19 | 127:15 | **uninvaded** |
| 34:9,12 35:4 | **transferred** 23:3 | **tune** 124:14 | **typewriting** 8:7 | 121:22 |
| 36:7,12,13,18 | 23:25 24:9 | **turn** 59:4 104:10 | **typical** 68:8,11 | **Union** 7:11 |
| | | | | **uniquely** 94:2 |

Exhibit 11
Page 176 of 179

Steve Eddy
April 1, 2021

**unit** 20:6,7 44:2
44:10 46:3
52:15,20,21
54:9 55:16,23
56:19 58:3,6,6
58:15 59:13,18
59:24 60:15,17
60:20,21 61:2
61:7,18,19
62:1,13,18
64:6,16 66:7
66:18,19,20
67:2 68:3,5,9
68:12 70:15,25
71:1,16 72:6
73:22 74:3,7
74:23 75:16
78:17,18,19,23
96:22 98:5,9
109:19 119:22
120:1,5,16
**United** 1:11 4:10
92:1 97:19
**units** 18:7 20:5,9
52:13 53:9
54:7,8 58:7,12
58:13,24 59:1
66:24
**unload** 125:9
**unneeded** 71:19
**unpack** 56:21
**unplanned**
115:6
**unsuitable** 37:17
**uphill** 77:14
**ups** 53:3 131:13
131:23 146:6
**use** 13:6 15:23
16:4 33:21
76:23 116:3
122:13 127:23
142:18 144:25
**usually** 21:23
22:6 25:11,12
28:19 30:25

33:19 34:5
37:9,13 43:17
43:25 44:5,11
44:13 64:3
78:11 84:5
97:18 99:17
100:12 102:11
102:12,15,23
106:11 112:13
119:4,13 120:1
125:9 127:21
138:3,16
139:22
**utilized** 107:12

_____
**V**
**V** 53:2 56:16
70:9
**vacation** 25:20
**vaccination** 48:5
**vague** 83:2,25
**valuation**
103:21
**variances** 75:10
**various** 26:13
27:15 101:22
103:2 112:20
114:21 117:15
124:22
**vast** 31:10
108:10
**Venice** 30:13
127:21
**verbose** 45:14
**verify** 10:16
**version** 21:13
**versus** 11:15
101:18,23
132:24
**vertically** 63:14
**vessel** 54:17
**viable** 89:4
101:25 130:16
**VIATOR** 5:23
**vicinity** 44:11

148:7
**video** 4:21 11:7
11:10,13 15:5
15:8 79:16,20
149:17 150:5
**videographer**
11:7,13 15:5,8
69:13,20 79:16
79:19 131:15
148:20
**videotaped** 1:21
4:19 11:8
149:17
**view** 3:9 68:24
70:1 72:13
73:19
**violated** 97:20
**Visquik** 40:24
41:2,5,13 42:3
42:9,14,21
82:8 83:3
84:10,13
115:25 116:8
116:25 117:9
123:2,2 135:22
136:20 145:12
**visualize** 56:12
**voice** 12:14
**volume** 90:24
**vs** 1:6,16 4:6,15
149:18

_____
**W**
**wait** 98:10
**walk** 47:4
**WALKER** 6:12
**walnut** 33:24
114:17 117:16
142:6,9,10
**walnuts** 142:11
**wander** 136:9
**want** 24:15 28:5
31:22 34:17
37:22 38:3,9
40:3 48:7

52:12,15,19
54:6,13 62:17
71:12 79:11
94:14,22,25
99:22 104:18
105:11 113:13
118:13 121:14
123:5,6,18
147:19
**wanted** 22:20
29:2 31:9,24
32:10 47:7
64:21 69:25
82:6 96:24
100:22 101:1
122:4,6 123:14
130:19
**wants** 59:11
101:23 138:14
**warn** 80:9 81:11
81:17
**warnings** 83:12
83:19,21
**wasn't** 27:3
29:20 35:25
53:2 106:11,21
106:24 116:13
126:12 131:17
133:14
**watch** 46:15
**watching** 138:8
**water** 11:15
20:12 65:15
111:7
**WATERS** 5:4
**WATKINS** 6:3
6:8
**way** 18:2,7 26:7
32:3 42:24
45:4 49:9 50:2
52:7 53:15
66:1 75:2,8
76:5 78:24
81:22 94:13
99:16 100:6

109:3 115:24
116:15 121:1
123:19 126:12
129:11 137:11
140:10
**ways** 97:24
112:20 119:7
124:22 138:3
143:4,7
**we'll** 50:1 71:22
109:22
**we're** 35:4 47:19
47:19 59:5
69:14 79:20
95:9,18 96:5
98:7 126:19
133:13 148:20
**we've** 53:19
64:17 67:4
69:4 73:7
105:5
**wear** 133:10,11
**wearing** 48:2
**wedding** 18:19
**weeks** 30:14
100:17
**weigh** 113:18
**weight** 53:20,21
113:13,15,22
122:13
**weighted** 112:24
**weird** 115:15
138:21,21
143:6,7
**welcome** 120:1
**welded** 98:6
**welders** 94:4
**welding** 94:5,6
**well's** 122:22
**wellbore** 35:15
37:15 53:14
75:5 77:6
88:21 89:10
111:4,9,16,17
113:25 114:10

Exhibit 11
Page 177 of 179

Steve Eddy
April 1, 2021

114:13 121:2
128:24
**wells** 20:19
39:11 89:7,21
113:20 117:21
128:12,20
129:4,18 130:5
130:7,15 132:9
132:13,20
**went** 10:6 18:6
28:18 59:6
95:15 96:3
103:3,7,9
108:1 109:7,9
109:20,25
127:21 132:13
134:14,18
135:14 136:25
139:2 145:19
**weren't** 97:25
105:2 116:17
**West** 7:9
**whatnot** 132:3
138:20 141:2
**wheels** 53:3
**whisk** 99:6
**white** 58:7 61:10
66:21 126:13
**wide** 123:12,13
**William** 6:12
**wind** 126:1,1
**winter** 98:23
**wipe** 120:2
**wireline** 19:25
20:2 21:22
24:14 31:2,3
31:16 37:19
38:14,16,22,22
39:12 40:22
44:2,17 52:13
52:20,21 55:23
59:12 61:2,18
66:7 67:1 68:3
68:12 71:1
75:16 138:13

138:24 139:14
**witness** 8:8,9
11:25 15:10
32:6 43:8
69:15,18
131:14,18
149:1 150:8,11
**wonderful** 99:20
**word** 144:10
145:13 146:23
147:5
**words** 22:13,16
33:24 109:18
111:23 125:20
129:20 134:13
139:13,24
146:11 147:5
**wore** 126:7
**work** 13:9,19,23
16:8,19 19:15
19:17 20:15,17
20:18,24 21:2
30:11 37:3
45:4 50:17
80:6,13,22
85:11,14 87:13
87:16,17,20
89:6,7 90:7,8,9
91:25 94:14,15
97:12 100:13
101:18 106:20
117:1 119:12
119:13 120:17
125:17 130:20
138:24 147:23
**worked** 14:4
17:16 18:10
19:18 23:18
25:21 39:7
49:9 51:18,19
85:8 87:18
89:25 90:12
92:7 103:3,25
106:16 122:24
139:13 141:17

**working** 13:13
13:22 14:13
16:12,22 17:20
20:5,23 22:13
23:8 24:18
27:19 30:7
31:12,16 38:13
39:17 41:8,9
51:20 52:5
63:23 65:13
98:13 105:18
107:4 108:8
114:3 127:10
147:22 148:1,7
**workplace** 81:18
**works** 49:8
57:10,11 92:25
115:25
**world** 88:5
124:14 133:15
**worrying** 126:21
**worse** 115:4
**worst** 35:22
**worth** 122:11
**worthwhile** 88:25
**wouldn't** 30:8
30:19 34:4
35:3 40:6
50:20 74:15
126:4 130:3
141:19
**wrapped** 142:15
**wrapper** 84:3
**write** 36:5
**writing** 83:6,6
**written** 29:2
83:5
**wrong** 51:17
90:23 104:8
**wschuette@jo...**
6:14

---

**X**

**X's** 70:22

---

**Y**

**yards** 55:21
**yeah** 9:17 10:20
26:22 34:22
35:7 43:4
50:14 55:12
57:10,13 60:2
60:8 65:2
66:19 79:7
84:25 103:5
107:9 109:5
124:3,8 126:17
130:14 131:15
140:2 142:10
143:16 144:17
146:5
**year** 20:19 95:10
128:21,22
129:5 134:1,3
**years** 13:2,10,19
13:23 16:9,19
18:18 19:19
23:23 26:11
50:10 87:23
92:18 94:18
95:10 98:21
101:1 103:7
126:25 129:6,7
130:9,17 135:8
**Yep** 55:15 57:15
66:22 70:10
73:15

---

**Z**

**zoom** 69:13
138:7

---

**0**

**0-0-0** 8:11
**084.004538** 2:1

---

**1**

**1** 1:22 4:20
149:19
**1/2** 122:9 123:13

**1:08** 4:21 148:20
**10** 99:8
**10-foot** 98:23
**10:07** 11:14
**10:11** 15:6
**10:14** 15:9
**100** 44:12 53:1
56:1,2,19
**1000** 7:4
**1020** 7:18
**1067** 2:2
**11:26** 79:17
**11:41** 79:20
**110** 56:2
**1100** 7:13
**12** 3:2 113:19
134:18 135:18
**120** 63:20
**1221** 5:9,14
**13** 113:19
**131** 3:4
**1313** 7:9
**13th** 150:15
**14** 113:19
**140** 3:5
**146** 3:5
**147** 3:6
**15-year** 96:5
**150** 63:13 98:22
98:24 99:9
**19** 11:19
**1978** 19:20
48:14 87:22
92:13 95:10
99:23 115:20
117:2 118:17
125:18
**1982** 21:8
**1983** 13:21
20:21 21:8
23:2 49:12,18
103:3 136:20
**1985** 14:14
16:21 22:22
23:23 24:7

Exhibit 11
Page 178 of 179

Steve Eddy
April 1, 2021

50:17 51:20
52:2
**1986** 17:24 18:4
  18:11 134:5
**1987** 14:6,15
  16:21 18:11
  99:24 115:21
  117:2 118:17
  125:18 148:8
**19TH** 1:1 4:1
**1st** 11:9 149:2

_____
**2**
_____
**2** 79:20 104:12
**20** 44:16,16
  129:6,6
**2005** 87:22
  92:13 99:19
**201** 5:19 6:4,9
  6:23
**2020** 149:19
**2021** 1:22 4:20
  11:9 149:2,7
  150:15
**2100** 6:4,9
**24** 54:16 134:18
  135:18
**2411** 6:23
**25** 1:6 4:6 44:16
  134:19,24
**27** 87:23

_____
**3**
_____
**3** 123:13
**3:00** 98:23
**3:19-CV-00408**
  1:16 4:15
**30** 49:4,10 57:25
  63:3,19 101:2
**30-month** 49:1
  100:8 101:10
**3141** 5:5
**326** 12:21 15:18
**33** 56:9,24 59:13
**3300** 7:13

**34** 59:24 62:2
**34683** 12:22
  15:19
**3600** 5:19
**39248** 11:19

_____
**4**
_____
**4** 64:7
**40** 102:4
**400** 6:18
**4000** 7:4
**4210** 5:24
**43** 64:22 66:8
**4400** 5:10,14
**445** 6:13
**46** 3:2
**49** 68:20
**4X** 140:25

_____
**5**
_____
**5** 123:12
**5.9-inch** 122:7
**5/8** 122:9
**50** 3:9 72:11,15
  72:24
**534** 54:19

_____
**6**
_____
**60** 30:11 44:11
  62:11 63:10
  64:12,13 102:4
**670885** 1:6 4:6

_____
**7**
_____
**70** 67:11
**700** 5:5 6:18
**70163** 7:14
**70170** 5:20 6:5
  6:10,24
**70503** 7:9
**70802** 6:14,19
**70809** 5:24
**72** 3:9
**75** 134:25
**75219** 5:6
**77002** 7:5

**77010** 5:10,15
**77056** 7:19
**78** 118:21
**79** 3:3

_____
**8**
_____
**8** 13:25 113:18
  122:9
**8-** 137:9
**80** 53:1
**800** 6:13
**82** 21:7
**83** 13:25 21:7
  50:3,12,12
  95:10 136:22
  137:1,8
**85** 3:3 13:21
  14:5 16:3 18:6
  50:13,14,15
  95:19,20
  136:22
**86** 52:6
**87** 3:4 16:3 18:6
  95:20 137:1,9
  137:12

_____
**9**
_____
**9** 113:18 122:9
**9:00** 4:20
**90** 56:1,19 63:4
  63:17,25 67:11
**91** 64:24 66:7

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Exhibit 11
Page 179 of 179