UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID HSIEH** | **CIVIL ACTION** |
| **VERSUS** | |
| **BADGER OIL CORPORATION, ET AL.** | **NO. 19-00408-BAJ-DPC** |

### ORDER

This action is currently set for a fourteen-day jury trial beginning April 11, 2022. A pre-trial conference is set for February 9, 2022 at 3:00 p.m.

The Magistrate Judge's March 3, 2021 Scheduling Order (Doc. 148) set deadlines of December 6, 2021 for submission of the parties' joint pretrial order, and January 10, 2022 for submission of affidavits of settlement efforts. These deadlines have now passed, and no such pleadings appear in the record. Indeed, all discovery and pleading deadlines set forth in the March 3 Scheduling Order have expired, and there are no motions pending.

Additionally, the record shows that thirty (30) of the original thirty-six (36) named Defendants have either been dismissed from this action, or settled their claims with Plaintiff.[1] Of the six remaining named Defendants, five have *not* made

---

[1] These Defendants are: (1) The Allan Company (*See* Docs. 11, 18); (2) Pintail Minerals Corporation (Doc. 102); (3) Diamond Offshore Drilling, Inc. (Doc. 104); (4) Cypress Energy Corporation (Doc. 152); (5) Badger Oil Corporation (Doc. 154); (6) Klentos Production Corporation (Doc. 154); (7) Riceland Petroleum Company (Doc. 157); (8) ConocoPhillips Company (Doc. 208); (9) Chevron Phillips Chemical Company, LP (Doc. 227); (10) Key Exploration Company (Doc. 235); (11) Sunbelt Energy, Ltd. (Doc. 235); (12) Shell Offshore, Inc. (Doc. 236); (13) Shell Oil Company (Doc. 236); (14) SWEPI LP (Doc. 236); (15) BP America

appearances (Boo-ker Oil & Gas Corp., El-Oil, Ltd., Flash Gas & Oil Southwest, Inc., Petro-Chem Equipment Company, Inc., and W. R. Grace & Co.-Conn.). It is unclear from the record, however, whether Plaintiff has also settled his claims with these Defendants, and/or they were dismissed prior to removal of Plaintiff's action from state court. The last remaining Defendant, ENSCO Offshore Company, is protected from continued litigation by the U.S. Bankruptcy Code's mandatory stay provision, 11 U.S.C. § 362. (Doc. 136).

Accordingly, in light of the foregoing,

**IT IS ORDERED** that the April 11, 2022 jury trial of the above-captioned matter be and is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that the February 9, 2022 pretrial conference be and is hereby **CONTINUED**.

**IT IS FURTHER ORDERED** that on or before February 9, 2022, Plaintiff shall submit a status report setting forth Plaintiff's remaining claims against remaining Defendants Boo-ker Oil & Gas Corp., El-Oil, Ltd., ENSCO Offshore Company, Flash Gas & Oil Southwest, Inc., Petro-Chem Equipment Company, Inc., and W. R. Grace & Co.-Conn. In the alternative, Plaintiff shall immediately submit notices of settlement as to these remaining Defendants consistent with the

---

Inc. (Doc. 238); (16) BP Corporation North America Inc. (Doc. 238); (17) BP Products North America Inc. (Doc. 238); (18) Chevron U.S.A. Inc. (Doc. 239); (19) Schlumberger Ltd. Company (Doc. 242); (20) Schlumberger Technology Corporation (Doc. 242); (21) Texaco Inc. (Doc. 241); (22) Apache Deepwater, LLC (Doc. 246); (23) Baker Hughes Oilfield Operations LLC (Doc. 246); (24) Baker Hughes, a GE Company, LLC (Doc. 246); (25) Montello, Inc. (Doc. 246); (26) Murphy Exploration & Production Company (Doc. 246); (27) Nustar Pipeline Company, LLC (Doc. 246); (28) Union Carbide Corporation (Doc. 246); (29) Exxon Mobil Corporation (Doc. 249); (30) ExxonMobil Oil Corporation (Doc. 249).

requirements of Local Civil Rule 16(c), and/or notices of dismissal consistent with the requirements of Federal Rule of Civil Procedure 41(a)(1).

**Failure to satisfy the deadlines set forth in this Order may result in sanctions and penalties, including dismissal of the above-captioned action.**

Baton Rouge, Louisiana, this 4th day of February, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**